changing, is possible with much higher confidence than quantifying absolute risk. Biases in climate models, uncertainty in the probability distribution of the most extreme events and the ambiguity of paleoclimatic records for short-term events mean that it is not yet possible to quantify the absolute probability of occurrence of any observed weather event in a hypothetical pristine climate. At present, therefore, the evidence does not support the claim that we are observing weather events that would, individually, have been *extremely unlikely* in the absence of human-induced climate change, although observed trends in the concurrence of large numbers of events (see Section 10.6.1) may be more easily attributable to external factors. The most important development since AR4 is an emerging consensus that the role of external drivers of climate change in specific extreme weather events, including events that might have occurred in a pre-industrial climate, can be quantified using a probabilistic approach.

## 10.7    Multi-century to Millennia Perspective

Evaluating the causes of climate change before the 20th century is important to test and improve our understanding of the role of internal and forced natural climate variability for the recent past. This section draws on assessment of temperature reconstructions of climate change over the past millennium and their uncertainty in Chapter 5 (Table 5.A.1; Sections 5.3.5 and 5.5.1 for regional records), and on comparisons of models and data over the pre-instrumental period in Chapters 5 and 9 (Sections 5.3.5, 5.5.1 and 9.5.3), and focuses on the evidence for the contribution by radiatively forced climate change to reconstructions and early instrumental records. In addition, the residual variability that is not explained by forcing from palaeoclimatic records provides a useful comparison to estimates of climate model internal variability. The model dependence of estimates of internal variability is an important uncertainty in detection and attribution results.

The inputs for detection and attribution studies for periods covered by indirect, or proxy, data are affected by more uncertainty than those from the instrumental period (see Chapter 5), owing to the sparse data coverage, particularly further back in time, and uncertainty in the link between proxy data and, for example, temperature. Records of past radiative influences on climate are also uncertain (Section 5.2; see Schmidt et al., 2011; Schmidt et al., 2012). For the preindustrial part of the last millennium changes in solar, volcanic, GHG forcing, and land use change, along with a small orbital forcing are potentially important external drivers of climate change. Estimates of solar forcing (Figure 5.1a; Box 10.2) are uncertain, particularly in their amplitude, as well as in modelling, for example, of the influence of solar forcing on atmospheric circulation involving stratospheric dynamics (see Box 10.2; Gray et al., 2010). Estimates of past volcanism are reasonably well established in their timing, but the magnitude of the RF of individual eruptions is uncertain (Figure 5.1a). It is possible that large eruptions had a more moderated climate effect than simulated by many climate models due to faster fallout associated with larger particle size (Timmreck et al., 2009), or increased amounts of injected water vapour (Joshi and Jones, 2009). Reconstructed changes in land cover and its effect on climate are also uncertain (Kaplan et al., 2009; Pongratz et al., 2009). Forcing of WMGHGs shows only very subtle variations over the last millennium up to 1750. This includes a small drop and partial recovery

in the 17th century (Section 6.2.3, Figure 6.7), followed by increases in GHG concentrations with industrialization since the middle of the 18th century (middle of the 19th century for $N_2O$, Figure 6.11).

When interpreting reconstructions of past climate change with the help of climate models driven with estimates of past forcing, it helps that the uncertainties in reconstructions and forcing are independent from each other. Thus, uncertainties in forcing and reconstructions combined should lead to less, rather than more similarity between fingerprints of forced climate change and reconstructions, making it improbable that the response to external drivers is spuriously detected. However, this is the case only if all relevant forcings and their uncertainties are considered, reducing the risk of misattribution due to spurious correlations between external forcings, and if the data are homogeneous and statistical tests properly applied (e.g., Legras et al., 2010). Hence this section focuses on work that considers all relevant forcings simultaneously.

### 10.7.1    Causes of Change in Large-Scale Temperature over the Past Millennium

Despite the uncertainties in reconstructions of past NH mean temperatures, there are well-defined climatic episodes in the last millennium that can be robustly identified (Chapter 5, see also Figure 10.19). Chapter 5 concludes that in response to solar, volcanic and anthropogenic RFs, climate models simulate temperature changes in the NH which are generally consistent in magnitude and timing with reconstructions, within their broad uncertainty ranges (Section 5.3.5).

#### 10.7.1.1  Role of External Forcing in the Last Millennium

The AR4 concluded that 'A substantial fraction of the reconstructed NH inter-decadal temperature variability of the seven centuries prior to 1950 is *very likely* attributable to natural external forcing'. The literature since the AR4, and the availability of more simulations of the last millennium with more complete forcing (see Schmidt et al., 2012), including solar, volcanic and GHG influences, and generally also land use change and orbital forcing) and more sophisticated models, to a much larger extent coupled climate or coupled ESMs (Chapter 9), some of them with interactive carbon cycle, strengthens these conclusions.

Most reconstructions show correlations with external forcing that are similar to those found between pre-Paleoclimate Modelling Intercomparison Project Phase 3 (PMIP3) simulations of the last millennium and forcing, suggesting an influence by external forcing (Fernández-Donado et al., 2013). From a global scale average of new regional reconstructions, Past Global Changes 2k (PAGES 2k) Consortium (2013) find that periods with strong volcanic and solar forcing combined occurring over the last millennium show significantly cooler conditions than randomly selected periods from the last two millennia. Detection analyses based on PMIP3 and CMIP5 model simulations for the years from 850 to 1950 and also from 850 to 1850 find that the fingerprint of external forcing is detectable in all reconstructions of NH mean temperature considered (Schurer et al., 2013; see Figure 10.19), but only in about half the cases considered does detection also occur prior to 1400. The authors find a smaller response to forcing in reconstructions than simulated, but this discrepancy is consistent with

917

BLM_0074426

uncertainties in forcing or proxy response to it, particularly associated with volcanism. The discrepancy is reduced when using more strongly smoothed data or omitting major volcanic eruptions from the analysis. The level of agreement between fingerprints from multiple models in response to forcing and reconstructions decreases earlier in time, and the forced signal is detected only in about half the cases considered when analysing the period 851 to 1401. This may be partly due to weaker forcing and larger forcing uncertainty early in the millennium and partly due to increased uncertainty in reconstructions. Detection results indicate a contribution by external drivers to the warm conditions in the 11th to 12th century, but cannot explain the warmth around the 10th century in some of the reconstructions (Figure 10.19). This detection of a role of external forcing extends work reported in AR4 back into to the 9th century CE.

Detection and attribution studies support results from modelling studies that infer a strong role of external forcing in the cooling of NH temperatures during the Little Ice Age (LIA; see Chapter 5 and Glossary). Both model simulations (Jungclaus et al., 2010) and results from detection and attribution studies (Hegerl et al., 2007a; Schurer et al., 2013) suggest that a small drop in GHG concentrations may have contributed to the cool conditions during the 16th and 17th centuries. Note, however, that centennial variations of GHG during the late Holocene are very small relative to their increases since pre-industrial times (Section 6.2.3). The role of solar forcing is less clear except for decreased agreement if using very large solar forcing (e.g., Ammann et al., 2007; Feulner, 2011). Palastanga et al. (2011) demonstrate that neither a slowdown of the thermohaline circulation nor a persistently negative NAO alone can explain the reconstructed temperature pattern over Europe during the periods 1675–1715 and 1790–1820.



**Figure 10.19** | The top panel compares the mean annual Northern Hemisphere (NH) surface air temperature from a multi-model ensemble to several NH temperature reconstructions. These reconstructions are: CH-blend from Hegerl et al. (2007a) in purple, which is a reconstruction of 30°N to 90°N land only (Mann et al., 2009), plotted for the region 30°N to 90°N land and sea (green) and D'Arrigo et al. (2006) in red, which is a reconstruction of 20°N to 90°N land only. The dotted coloured lines show the corresponding instrumental data. The multi-model mean for the reconstructed domain is scaled to fit each reconstruction in turn, using a total least squares (TLS) method. The best estimate of the detected forced signal is shown in orange (as an individual line for each reconstruction; lines overlap closely) with light orange shading indicating the range expected if accounting for internal variability. The best fit scaling values for each reconstruction are given in the insert as well as the detection results for six other reconstructions (M8; M9 (Mann et al., 2008, 2009); AW (Ammann and Wahl, 2007); Mo (Moberg et al., 2005); Ju (Juckes et al., 2007); CH (Hegerl et al., 2007a); CL (Christiansen and Ljungqvist, 2011) and inverse regressed onto the instrumental record CS; DA (D'Arrigo et al., 2006); Fr (Frank et al., 2007). An asterisk next to the reconstruction name indicates that the residuals (over the more robustly reconstructed period 1401–1950) are inconsistent with the internal variability generated by the combined control simulations of all climate models investigated (for details see Schurer et al., 2013). The ensemble average of a data-assimilation simulation (Goosse et al., 2012b) is plotted in blue, for the region 30°N to 90°N land and sea, with the error range shown in light blue shading. The bottom panel is similar to the top panel, but showing the European region, following Hegerl et al. (2011a) but using the simulations and method in Schurer et al. (2013). The detection analysis is performed for the period 1500–1950 for two reconstructions: Luterbacher et al. (2004)(representing the region 35°N to 70°N, 25°W to 40°E, "land only, labelled 'Lu' in the insert") shown in red, and Mann et al. (2009) (averaged over the region 25°N to 65°N, 0° to 60°E, land and sea, labelled 'M9' in the insert), shown in green. As in the top panel, best fit estimates are shown in dark orange with uncertainty range due to internal variability shown in light orange. The data assimilation from Goosse et al. (2012a), constrained by the Mann et al. (2009) reconstruction is shown in blue, with error range in light blue. All data are shown with respect to the mean of the period covered by the white part of the figure (850–1950 for the NH, 1500–1950 for European mean data).

BLM_0074427

Data assimilation studies support the conclusion that external forcing, together with internal climate variability, provides a consistent explanation of climate change over the last millennium. Goosse et al. (2010, 2012a, 2012b) select, from a very large ensemble with an EMIC, the individual simulations that are closest to the spatial reconstructions of temperature between 30°N and 60°N by Mann et al. (2009) accounting for reconstruction uncertainties. The method also varies the external forcing within uncertainties, determining a combined realization of the forced response and internal variability that best matches the data. Results (Figure 10.19) show that simulations reproduce the target reconstruction within the uncertainty range, increasing confidence in the consistency of the reconstruction and the forcing. The results suggest that long-term circulation anomalies may help to explain the hemispheric warmth early in the millennium, although results vary dependent on input parameters of the method.

#### 10.7.1.2  Role of Individual Forcings

Volcanic forcing shows a detectable influence on large-scale temperature (see AR4; Chapter 5), and volcanic forcing plays an important role in explaining past cool episodes, for example, in the late 17th and early 19th centuries (see Chapter 5 and 9; Hegerl et al., 2007b; Jungclaus et al., 2010; Miller et al., 2012) . Schurer et al. (2013) separately detect the response to GHG variations between 1400 and 1900 in most NH reconstructions considered, and that of solar and volcanic forcing combined in all reconstructions considered.

Even the multi-century perspective makes it difficult to distinguish century-scale variations in NH  temperature due to solar forcing alone from the response to other forcings, due to the few degrees of freedom constraining this forcing (see Box 10.2). Hegerl et al. (2003, 2007a) found solar forcing detectable in some cases. Simulations with higher than best guess solar forcing may reproduce the warm period around 1000 more closely, but the peak warming occurs about a century earlier in reconstructions than in solar forcing and with it model simulations (Jungclaus et al., 2010; Figure 5.8; Fernández-Donado et al., 2013). Even if solar forcing were on the high end of estimates for the last millennium, it would not be able to explain the recent warming according both to model simulations (Ammann et al., 2007; Tett et al., 2007; Feulner, 2011) and detection and attribution approaches that scale the temporal fingerprint of solar forcing to best match the data (Hegerl et al., 2007a; Schurer et al., 2013; Figure 10.19). Some studies suggest that particularly for millennial and multi-millenial time scales orbital forcing may be important globally (Marcott et al., 2013) and for high-latitude trends (Kaufman et al., 2009) based on a comparison of the correspondence between long-term Arctic cooling in models and data though the last millennium up to about 1750 (see also PAGES 2k Consortium, 2013).

#### 10.7.1.3  Estimates of Internal Climate Variability

The interdecadal and longer-term variability in large-scale temperatures in climate model simulations with and without past external forcing is quite different (Tett et al., 2007; Jungclaus et al., 2010), consistent with the finding that a large fraction of temperature variance in the last millennium has been externally driven. The residual variability in past climate that is not explained by changes in RF provides an estimate of internal variability for NH mean temperature that is not directly derived from climate model simulation. This residual variability is somewhat larger than control simulation variability for some reconstructions if the comparison is extended to the full period since 850 CE (Schurer et al., 2013), However, when extracting 50- and 60-year trends from this residual variability, the distribution of these trends is similar to the multi-model control simulation ensemble used in Schurer et al. (2013). In all cases considered, the most recent 50-and 60-year trend from instrumental data is far outside the range of any 50-year trend in residuals from reconstructions of NH mean temperature of the past millennium.

#### 10.7.2   Changes of Past Regional Temperature

Several reconstructions of European regional temperature variability are available (Section 5.5). While Bengtsson et al. (2006) emphasized the role of internal variability in pre-industrial European climate as reconstructed by Luterbacher et al. (2004), Hegerl et al. (2011a) find a detectable response to external forcing in summer temperatures in the period 1500–1900, for winter temperatures during 1500–1950 and 1500–2000; and throughout the record for spring. The fingerprint of the forced response shows coherent time evolution between models and reconstructed temperatures over the entire analysed period (compare to annual results in Figure 10.19, using a larger multi-model ensemble). This suggests that the cold European winter conditions in the late 17th and early 19th century and the warming in between were at least partly externally driven.

Data assimilation results focussing on the European sector suggests that the explanation of forced response combined with internal variability is self-consistent (Goosse et al., 2012a, Figure 10.19). The assimilated simulations reproduce the warmth of the MCA better than the forced only simulations do. The response to individual forcings is difficult to distinguish from each other in noisier regional reconstructions. An epoch analysis of years immediately following strong, largely tropical, volcanic eruptions shows that European summers show detectable fingerprints of volcanic response , while winters show a noisy response of warming in northern Europe and cooling in southern Europe (Hegerl et al., 2011a). Landrum et al. (2013) suggest similar volcanic responses for North America, with warming in the north of the continent and cooling in the south. There is also evidence for a decrease in SSTs following tropical volcanic forcing in tropical reconstructions over the past 450 years (D'Arrigo et al., 2009). There is substantial literature suggesting solar influences on regional climate reconstructions, possibly due to circulation changes, for example,  changes in Northern Annular Modes (e.g., Kobashi et al., 2013; see Box 10.2).

#### 10.7.3   Summary: Lessons from the Past

Detection and attribution studies strengthen results from AR4 that external forcing contributed to past climate variability and change prior to the 20th century. Ocean–Atmosphere General Circulation Models (OAGCMs) simulate similar changes on hemispheric and annual scales as those by simpler models used earlier, and enable detection of regional and seasonal changes. Results suggest that volcanic forcing and GHG forcing in particular are important for explaining past changes in NH temperatures. Results from data assimilation runs confirm

BLM_0074428

that the combination of internal variability and external forcing provides a consistent explanation of the last millennium and suggest that changes in circulation may have further contributed to climate anomalies. The role of external forcing extends to regional records, for example, European seasonal temperatures. In summary, it is *very unlikely* that NH temperature variations from 1400 to 1850 can be explained by internal variability alone. There is *medium confidence* that external forcing contributed to NH temperature variability from 850 to 1400. There is *medium confidence* that external forcing (anthropogenic and natural forcings together) contributed to European temperatures of the last five centuries.

## 10.8   Implications for Climate System Properties and Projections

Detection and Attribution results can be used to constrain predictions of future climate change (see Chapters 11 and 12) and key climate system properties. These properties include: the Equilibrium Climate Sensitivity (ECS), which determines the long-term equilibrium warming response to stable atmospheric composition, but not accounting for vegetation or ice sheet changes (Section 12.5.3; see Box 12.2); the transient climate response (TCR), which is a measure of the magnitude of transient warming while the climate system, particularly the deep ocean, is not in equilibrium; and the transient climate response to cumulative $CO_2$ emissions (TCRE), which is a measure of the transient warming response to a given mass of $CO_2$ injected into the atmosphere, and combines information on both the carbon cycle and climate response. TCR is more tightly constrained by the observations of transient warming than ECS. The observational constraints on TCR, ECS and TCRE assessed here focus on information provided by recent observed climate change, complementing analysis of feedbacks and climate modelling information, which are assessed in Chapter 9. The assessment in this chapter also incorporates observational constraints based on palaeoclimatic information, building on Chapter 5, and contributes to the overall synthesis assessment in Chapter 12 (Box 12.2).

Because neither ECS nor TCR is directly observed, any inference about them requires some form of climate model, ranging in complexity from a simple zero-dimensional energy balance box model to OAGCMs (Hegerl and Zwiers, 2011). Constraints on estimates of future climate change and equilibrium climate change from recent warming hinge on the rate at which the ocean has taken up heat (Section 3.2), and by the extent to which recent warming has been reduced by cooling from aerosol forcing. Therefore, attempts to estimate climate sensitivity (transient or equilibrium) often also estimate the total aerosol forcing and the rate of ocean heat uptake, which are discussed in Section 10.8.3. The AR4 contained a detailed discussion on estimating quantities relevant for projections, and included an appendix with the relevant estimation methods. Here, we build on this assessment, repeating information and discussion only where necessary to provide context.

### 10.8.1   Transient Climate Response

The AR4 discussed for the first time estimates of the TCR. TCR was originally defined as the warming at the time of $CO_2$ doubling (i.e.,

after 70 years) in a 1% $yr^{-1}$ increasing $CO_2$ experiment (see Hegerl et al., 2007b), but like ECS, it can also be thought of as a generic property of the climate system that determines the global temperature response $\Delta T$ to any gradual increase in RF, $\Delta F$, taking place over an approximately 70-year time scale, normalized by the ratio of the forcing change to the forcing due to doubling $CO_2$, $F_{2\times CO2}$: TCR = $F_{2\times CO2} \Delta T/\Delta F$ (Frame et al., 2006; Gregory and Forster, 2008; Held et al., 2010; Otto et al., 2013). This generic definition of the TCR has also been called the 'Transient Climate Sensitivity' (Held et al., 2010). TCR is related to ECS and the global energy budget as follows: ECS = $F_{2\times CO2}/\alpha$, where $\alpha$ is the sensitivity parameter representing the net increase in energy flux to space per degree of warming given all feedbacks operating on these time scales. Hence, by conservation of energy, ECS = $F_{2\times CO2} \Delta T/(\Delta F - \Delta Q)$, where $\Delta Q$ is the change in the rate of increase of climate system heat content in response to the forcing $\Delta F$. On these time scales, deep ocean heat exchange affects the surface temperature response as if it were an enhanced radiative damping, introducing a slow, or 'recalcitrant', component of the response which would not be reversed for many decades even if it were possible to return RF to pre-industrial values (Held et al., 2010): hence the difficulty of placing an upper bound on ECS from observed surface warming alone (Forest et al., 2002; Frame et al., 2006). Because $\Delta Q$ is always positive at the end of a period of increasing forcing, before the climate system has re-equilibrated, TCR is always less than ECS, and since $\Delta Q$ is uncertain, TCR is generally better constrained by observations of recent climate change than ECS.

Because TCR focuses on the short- and medium-term response, constraining TCR with observations is a key step in narrowing estimates of future global temperature change in the relatively short term and under scenarios where forcing continues to increase or peaks and declines (Frame et al., 2006). After stabilization, the ECS eventually becomes the relevant climate system property. Based on observational constraints alone, the AR4 concluded that TCR is *very likely* to be larger than 1°C and *very unlikely* to be greater than 3.5°C (Hegerl et al., 2007b). This supported the overall assessment that the transient climate response is *very unlikely* greater than 3°C and *very likely* greater than 1°C (Meehl et al., 2007a). New estimates of the TCR are now available.

Scaling factors derived from detection and attribution studies (see Section 10.2) express how model responses to GHGs and aerosols need to be scaled to match the observations over the historical period. These scaled responses were used in AR4 to provide probabilistic projections of both TCR and future changes in global temperature in response to these forcings under various scenarios (Allen et al., 2000; Stott and Kettleborough, 2002; Stott et al., 2006, 2008b; Kettleborough et al., 2007; Meehl et al., 2007b; Stott and Forest, 2007). Allen et al. (2000), Frame et al. (2006) and Kettleborough et al. (2007) demonstrate a near linear relationship between 20th century warming, TCR and warming by the mid-21st century as parameters are varied in Energy Balance Models, justifying this approach. Forster et al. (2013 ) show how the ratio $\Delta T/\Delta F$ does depend on the forcing history, with very rapid increases in forcing giving lower values: hence any inference from past attributable warming to future warming or TCR depends on a model (which may be simple or complex, but ideally physically based) to relate these quantities. Such inferences also depend on forcing estimates and projections. Recent revisions to RF (see Chapter 8) suggest higher net anthropogenic forcing over the 20th century, and hence a smaller estimated

BLM_0074429

TCR. Stott et al. (2008b) demonstrated that optimal detection analysis of 20th century temperature changes (using HadCM3) are able to exclude the very high and low temperature responses to aerosol forcing. Consequently, projected 21st century warming may be more closely constrained than if the full range of aerosol forcings is used (Andreae et al., 2005). Stott and Forest (2007) demonstrate that projections obtained from such an approach are similar to those obtained by constraining EMIC parameters from observations. Stott et al. (2011), using HadGEM2-ES, and Gillett et al. (2012), using CanESM2, both show that the inclusion of observations between 2000 and 2010 in such an analysis reduces the uncertainties in projected warming in the 21st century, and tends to constrain the maximum projected warming to below that projected using data to 2000 only (Stott et al, 2006). Such an improvement is consistent with prior expectations of how additional data will narrow uncertainties (Stott and Kettleborough, 2002).

TCR estimates have been derived using a variety of methods (Figure 10.20a). Knutti and Tomassini (2008) compare EMIC simulations with 20th century surface and ocean temperatures to derive a probability density function for TCR skewed slightly towards lower values with a 5 to 95% range of 1.1°C to 2.3°C. Libardoni and Forest (2011) take a similar approach with a different EMIC and include atmospheric data and, under a variety of assumptions, obtain 5 to 95% ranges for TCR spanning 0.9°C to 2.4°C. Updating this study to include data to 2004 gives results that are essentially unchanged. Using a single model and observations from 1851 to 2010 Gillett et al. (2012) derive a 5 to 95% range of 1.3°C to 1.8°C and using a single model, but using multiple sets of observations and analysis periods ending in 2010 and beginning in 1910 or earlier, Stott et al. (2011) derive 5 to 95% ranges that were generally between 1°C and 3°C. Both Stott et al. (2011) and Gillett et al. (2012) find that the inclusion of data between 2000 and 2010 helps to constrain the upper bound of TCR. Gillett et al. (2012) find that the inclusion of data prior to 1900 also helps to constrain TCR, though Stott et al. (2011) do not. Gillett et al. (2013 ) account for a broader range of model and observational uncertainties, in particular addressing the efficacy of non-$CO_2$ gases, and find a range of 0.9°C to 2.3°C. Several of the estimates of TCR that were cited by Hegerl et al. (2007b) may have underestimated non-$CO_2$ efficacies relative to the more recent estimates in Forster et al. (2007). Because observationally constrained estimates of TCR are based on the ratio between past attributable warming and past forcing, this could account for a high bias in some of the inputs used for the AR4 TCR estimate.

Held et al. (2010) show that a two-box model originally proposed by Gregory (2000), distinguishing the 'fast' and 'recalcitrant' responses, fits both historical simulations and instantaneous doubled $CO_2$ simulations of the GFDL coupled model CM2.1. The fast response has a relaxation time of 3 to 5 years, and the historical simulation is almost completely described by this fast component of warming. Padilla et al. (2011) use this simple model to derive an observationally constrained estimate of the TCR of 1.3°C to 2.6°C. Schwartz (2012) uses this two-time scale formulation to obtain TCR estimates ranging from 0.9°C to 1.9°C, the lower values arising from higher estimates of forcing over the 20th century. Otto et al. (2013) update the analysis of Gregory et al. (2002) and Gregory and Forster (2008) using forcing estimates from Forster et al. (2013 ) to obtain a 5 to 95% range for TCR of 0.9°C to 2.0°C comparing the decade 2000–2009 with the period 1860–1879.

They note, however, the danger of overinterpreting a single, possibly anomalous, decade, and report a larger TCR range of 0.7°C to 2.5°C replacing the 2000s with the 40 years 1970–2009.

Tung et al. (2008) examine the response to the 11-year solar cycle using discriminant analysis, and find a high range for TCR: >2.5°C to 3.6°C However, this estimate may be affected by different mechanisms by which solar forcing affects climate (see Box 10.2). The authors attempt to minimize possible aliasing with the response to other forcings in the 20th century and with internal climate variability, although some influence by them cannot be ruled out.

Rogelj et al. (2012) take a somewhat different approach, using a simple climate model to match the distribution of TCR to observational constraints and a consensus distribution of ECS (which will itself have been informed by recent climate change), following Meinshausen et al. (2009). Harris et al. (2013) estimate a distribution for TCR based on a large sample of emulated GCM equilibrium responses, constrained by multiannual mean observations of recent climate and adjusted to account for additional uncertainty associated with model structural deficiencies (Sexton et al., 2012). The equilibrium responses are scaled by global temperature changes associated with the sampled model variants, reweighting the projections based on the likelihood that they correctly replicate observed historical changes in surface temperature, to predict the TCR distribution. Both of these studies represent a combination of multiple lines of evidence, although still strongly informed by recent observed climate change, and hence are assessed here for completeness.

Based on this evidence, including the new 21st century observations that were not yet available to AR4, we conclude that, on the basis of constraints provided by recent observed climate change, TCR is *likely* to lie in the range 1°C to 2.5°C and *extremely unlikely* to be greater than 3°C. This range for TCR is smaller than given at the time of AR4, due to the stronger observational constraints and the wider range of studies now available. Our greater confidence in excluding high values of TCR arises primarily from higher and more confident estimates of past forcing: estimates of TCR are not strongly dependent on observations of ocean heat uptake.

### 10.8.2   Constraints on Long-Term Climate Change and the Equilibrium Climate Sensitivity

The equilibrium climate sensitivity (ECS) is defined as the warming in response to a sustained doubling of carbon dioxide in the atmosphere relative to pre-industrial levels (see AR4). The equilibrium to which the ECS refers to is generally assumed to be an equilibrium involving the ocean–atmosphere system, which does not include Earth system feedbacks such as long-term melting of ice sheets and ice caps, dust forcing or vegetation changes (see Chapter 5 and Section 12.5.3). The ECS cannot be directly deduced from transient warming attributable to GHGs, or from TCR, as the role of ocean heat uptake has to be taken into account (see Forest et al., 2000; Frame et al., 2005; Knutti and Hegerl, 2008). Estimating the ECS generally relies on the paradigm of a comparison of observed change with results from a physically based climate model, sometimes a very simple one, given uncertainty in the model, data, RF and due to internal variability.

BLM_0074430

For example, estimates can be based on the simple box model introduced in Section 10.8.1, ECS = $F_{2 \times CO2} \Delta T/(\Delta F - \Delta Q)$. Simple energy balance calculations rely on a very limited representation of climate response time scales, and cannot account for nonlinearities in the climate system that may lead to changes in feedbacks for different forcings (see Chapter 9). Alternative approaches are estimates that use climate model ensembles with varying parameters that evaluate the ECS of individual models and then infer the probability density function (PDF) for the ECS from the model–data agreement or by using optimization methods (Tanaka et al., 2009).

As discussed in the AR4, the probabilistic estimates available in the literature for climate system parameters, such as ECS and TCR have all been based, implicitly or explicitly, on adopting a Bayesian approach and therefore, even if it is not explicitly stated, involve using some kind of prior information. The shape of the prior has been derived from expert judgement in some studies, observational or experimental evidence in others or from the distribution of the sample of models available. In all cases the constraint by data, for example, from transient warming, or observations related to feedbacks is fairly weak on the upper tail of ECS (e.g., Frame et al., 2005). Therefore, results are sensitive to the prior assumptions (Tomassini et al., 2007; Knutti and Hegerl, 2008; Sanso and Forest, 2009; Aldrin et al., 2012). When the prior distribution fails to taper off for high sensitivities, as is the case for uniform priors (Frame et al., 2005), this leads to long tails (Frame et al., 2005; Annan and Hargreaves, 2011; Lewis, 2013). Uniform priors have been criticized (e.g., Annan and Hargreaves, 2011; Pueyo, 2012; Lewis, 2013) since results assuming a uniform prior in ECS translates instead into a strongly structured prior on climate feedback parameter and vice versa (Frame et al., 2005; Pueyo, 2012). Objective Bayesian analyses attempt to avoid this paradox by using a prior distribution that is invariant to parameter transforms and rescaling, for example, a Jeffreys prior (Lewis, 2013). Estimated probability densities based on priors that are strongly non-uniform in the vicinity of the best fit to the data, as is typically the case for the Jeffreys prior in this instance, can peak at values very different from the location of the best fit, and hence need to be interpreted carefully. To what extent results are sensitive to priors can be evaluated by using different priors, and this has been done more consistently in studies than at the time of AR4 (see Figure 10.20b) and is assessed where available, illustrated in Figure 10.20. Results will also be sensitive to the extent to which uncertainties in forcing (Tanaka et al., 2009), models and observations and internal climate variability are taken into account, and can be acutely sensitive to relatively arbitrary choices of observation period, choice of truncation in estimated covariance matrices and so forth (Lewis, 2013), illustrating the importance of sensitivity studies. Analyses that make a more complete effort to estimate all uncertainties affecting the model–data comparison lead to more trustworthy results, but end up with larger uncertainties (Knutti and Hegerl, 2008).

The detection and attribution chapter in AR4 (Hegerl et al., 2007b) concluded that 'Estimates based on observational constraints indicate that it is *very likely* that the equilibrium climate sensitivity is larger than 1.5°C with a most likely value between 2°C and 3°C'. The following sections discuss evidence since AR4 from several lines of evidence, followed by an overall assessment of ECS based on observed climate changes, and a subset of available new estimates is shown in Figure 10.20b.

### 10.8.2.1   Estimates from Recent Temperature Change

As estimates of ECS based on recent temperature change can only sample atmospheric feedbacks that occur with presently evolving climate change, they provide information on the 'effective climate sensitivity' (e.g., Forest et al., 2008). As discussed in AR4, analyses based on global scale data find that within data uncertainties, a strong aerosol forcing or a large ocean heat uptake might have masked a strong greenhouse warming (see, e.g., Forest et al., 2002; Frame et al., 2005; Stern, 2006; Roe and Baker, 2007; Hannart et al., 2009; Urban and Keller, 2009; Church et al., 2011). This is consistent with the finding that a set of models with a large range of ECS and aerosol forcing could be consistent with the observed warming (Kiehl, 2007). Consequently, such analyses find that constraints on aerosol forcing are essential to provide tighter constraints on future warming (Tanaka et al., 2009; Schwartz et al., 2010). Aldrin et al. (2012) analyse the observed record from 1850 to 2007 for hemispheric means of surface temperature, and upper 700 m ocean heat content since 1955. The authors use a simple climate model and a Markov Chain Monte Carlo Bayesian technique for analysis. The authors find a quite narrow range of ECS, which narrows further if using a uniform prior in 1/ECS rather than ECS (Figure 10.20). If observations are updated to 2010 and forcing estimates including further indirect aerosol effects are used (following Skeie et al., 2011), this yields a reduced upper tail (see Figure 10.20b, dash dotted). However, this estimate involves a rather simple model for internal variability, hence may underestimate uncertainties. Olson et al. (2012) use similar global scale constraints and surface temperature to 2006, and ocean data to 2003 and arrive at a wide range if using a uniform prior in ECS, and a quite well constrained range if using a prior derived from current mean climate and Last Glacial Maximum (LGM) constraints (see Figure 10.20b). Some of the differences between Olson et al. (2012) and Aldrin et al. (2012) may be due to structural differences in the model used (Aldrin et al. use a simple EBM while Olson use the UVIC EMIC), some due to different statistical methods and some due to use of global rather than hemispheric temperatures in the latter work. An approach based on regressing forcing histories used in 20th century simulations on observed surface temperatures (Schwartz, 2012) estimates ranges of ECS that encompass the AR4 ranges if accounting for data uncertainty (Figure 10.20). Otto et al. (2013) updated the Gregory et al. (2002) global energy balance analysis (see equation above), using temperature and ocean heat content data to 2009 and estimates of RF that are approximately consistent with estimates from Chapters 7 and 8, and ocean heat uptake estimates that are consistent with Chapter 3 and find that inclusion of recent deep ocean heat uptake and temperature data considerably narrow estimates of ECS compared to results using data to the less recent past.

Estimates of ECS and TCR that make use of both spatial and temporal information, or separate the GHG attributable warming using fingerprint methods, can yield tighter estimates (e.g., Frame et al., 2005; Forest et al., 2008; Libardoni and Forest, 2011). The resulting GHG attributable warming tends to be reasonably robust to uncertainties in aerosol forcing (Section 10.3.1.1.3). Forest et al. (2008) have updated their earlier study using a newer version of the MIT model and five different surface temperature data sets (Libardoni and Forest, 2011). Correction of statistical errors in estimation procedure pointed out by Lewis (see Lewis, 2013) changes their result only slightly (Libardoni

BLM_0074431

**10**

and Forest, 2013). The overarching 5 to 95% range of effective climate sensitivity widens to 1.2°C to 5.3°C when all five data sets are used, and constraints on effective ocean diffusivity become very weak (Forest et al., 2008). Uncertainties would likely further increase if estimates of forcing uncertainty, for example, due to natural forcings, are also included (Forest et al., 2006). Lewis (2013) reanalysed the data used in Forest et al. (2006) using an objective Bayesian method (see discussion at top of section). The author finds that use of a Jeffreys prior narrows the upper tail considerably, to 3.6°C for the 95th percentile. When revising the method, omitting upper air data, and adding 6 more years of data a much reduced 5 to 95% range of 1.2°C to 2.2°C results (see Figure 10.20), similar to estimates by Ring et al. (2012) using data to 2008. Lewis's upper limit extends to 3.0°C if accounting for forcing and surface temperature uncertainty (Lewis, 2013). Lewis (2013) also reports a range of 1.1°C to 2.9°C using his revised diagnostics and the Forest et al. (2006) statistical method, whereas adding 9 more years to the Libardoni and Forest (2013) corrected diagnostic (after Libardoni and Forest, 2011; Figure 10.20; using an expert prior in both cases), does not change results much (Figure 10.20b). The differences between results reported in Forest et al. (2008); Libardoni and Forest (2011); Lewis (2013); Libardoni and Forest (2013) are still not fully understood, but appear to be due to a combination of sensitivity of results to the choice of analysis period as well as differences in diagnostics and statistical approach.

In summary, analyses that use the most recent decade find a tightening of the range of ECS based on a combination of recent heat uptake and surface temperature data. Results consistently give low probability to ECS values under 1.0°C (Figure 10.20). The mode of the PDFs varies considerably with period considered as expected from the influence of internal variability on the single realization of observed climate change. Estimates including the most recent data tend to have reduced upper tails (Libardoni and Forest, 2011; Aldrin et al., 2012 and update; Ring et al., 2012 and update cf. Figure 10.20; Lewis, 2013; Otto et al., 2013), although further uncertainty in statistical assumptions and structural uncertainties in simple models used, as well as neglected uncertainties, for example, in forcings, increase assessed uncertainty.

### 10.8.2.2  Estimates Based on Top of the Atmosphere Radiative Balance

With the satellite era, measurements are now long enough to allow direct estimates of variations in the energy budget of the planet, although the measurements are not sufficiently accurate to determine absolute top of the atmosphere (TOA) fluxes or trends (see Section 2.3 and Box 13.1). Using a simple energy balance relationship between net energy flow towards the Earth, net forcing and a climate feedback parameter and the satellite measurements Murphy et al. (2009) made direct estimates of the climate feedback parameter as the regression coefficient of radiative response against GMST. The feedback parameter in turn is inversely proportional to the ECS (see above, also Forster and Gregory, 2006). Such regression based estimates are, however, subject to uncertainties (see Section 7.2.5.7; see also, Gregory and Forster, 2008; Murphy and Forster, 2010). Lindzen and Choi (2009) used data from the radiative budget and simple energy balance models over the tropics to investigate feedbacks in climate models. Their result suggests that climate models overestimate the outgoing shortwave

radiation compared to Earth Radiation Budget Experiment (ERBE) data, but this result was found unreliable owing to use of a limited sample of periods and of a domain limited to low latitudes (Murphy and Forster, 2010). Lindzen and Choi (2011) address some of these criticisms (Chung et al., 2010; Trenberth et al., 2010), but the results remains uncertain. For example, the lag-lead relationship between TOA balance and SST (Lindzen and Choi, 2011) is replicated by Atmospheric Model Intercomparison Project (AMIP) simulations where SST cannot respond (Dessler, 2011). Hence, as discussed in Section 7.2.5.7, the influence of internal temperature variations on short time scales seriously affects such estimates of feedbacks. In addition, the energy budget changes that are used to derive feedbacks are also affected by RF, which Lindzen and Choi (2009) do not account for. Murphy and Forster (2010) further question if estimates of the feedback parameter are suitable to estimate the ECS, as multiple time scales are involved in feedbacks that contribute to climate sensitivity (Knutti and Hegerl, 2008; Dessler, 2010). Lin et al. (2010a) use data over the 20th century combined with an estimate of present TOA imbalance based on modelling (Hansen et al., 2005a) to estimate the energy budget of the planet and give a best estimate of ECS of 3.1°C, but do not attempt to estimate a distribution that accounts fully for uncertainties. In conclusion, measurement and methodological uncertainties in estimates of the feedback parameter and the ECS from short-term variations in the satellite period preclude strong constraints on ECS. When accounting for these uncertainties, estimates of ECS based on the TOA radiation budget appear consistent with those from other lines of evidence within large uncertainties (e.g., Forster and Gregory, 2006; Figure 10.20b).

### 10.8.2.3  Estimates Based on Response to Volcanic Forcing or Internal Variability

Some analyses used in AR4 were based on the well observed forcing and responses to major volcanic eruptions during the 20th century. The constraint is fairly weak because the peak response to short-term volcanic forcing depends nonlinearly on ECS (Wigley et al., 2005; Boer et al., 2007). Recently, Bender et al. (2010) re-evaluated the constraint and found a close relationship in 9 out of 10 AR4 models between the shortwave TOA imbalance, the simulated response to the eruption of Mt Pinatubo and the ECS. Applying the constraint from observations suggests a range of ECS of 1.7°C to 4.1°C. This range for ECS is subject to observational uncertainty and uncertainty due to internal climate variability, and is derived from a limited sample of models. Schwartz (2007) tried to relate the ECS to the strength of natural variability using the fluctuation dissipation theorem but studies suggest that the observations are too short to support a well constrained and reliable estimate and would yield an underestimate of sensitivity (Kirk-Davidoff, 2009); and that assuming single time scales is too simplistic for the climate system (Knutti and Hegerl, 2008) . Thus, credible estimates of ECS from the response to natural and internal variability do not disagree with other estimates, but at present cannot provide more reliable estimates of ECS.

### 10.8.2.4  Paleoclimatic Evidence

Palaeoclimatic evidence is promising for estimating ECS (Edwards et al., 2007). This section reports on probabilistic estimates of ECS derived from paleoclimatic data by drawing on Chapter 5 information

**10**

BLM_0074432

on forcing and temperature changes. For periods of past climate, which were close to radiative balance or when climate was changing slowly, for example, the LGM, radiative imbalance and with it ocean heat uptake is less important than for the present (Sections 5.3.3.1 and 5.3.3.2). Treating the RF due to ice sheets, dust and $CO_2$ as forcings rather than feedbacks implies that the corresponding RF contributions are associated with considerable uncertainties (see Section 5.2.2.3). Koehler et al. (2010) used an estimate of LGM cooling along with its uncertainties together with estimates of LGM RF and its uncertainty to derive an overall estimate of climate sensitivity. This method accounts for the effect of changes in feedbacks for this very different climatic state using published estimates of changes in feedback factors (see Section 5.3.3.2; Hargreaves et al., 2007; Otto-Bliesner et al., 2009). The authors find a best estimate of 2.4°C and a 5 to 95% range of ECS from 1.4°C to 5.2°C, with sensitivities beyond 6°C difficult to reconcile with the data. In contrast, Chylek and Lohmann (2008b) estimate the ECS to be 1.3°C to 2.3°C based on data for the transition from the LGM to the Holocene. However, the true uncertainties are likely larger due to uncertainties in relating local proxies to large-scale temperature change observed over a limited time (Ganopolski and von Deimling, 2008; Hargreaves and Annan, 2009). The authors also use an aerosol RF estimate that may be high (see response by Chylek and Lohmann, 2008a; Ganopolski and von Deimling, 2008).

At the time of the AR4, several studies were assessed in which parameters in climate models had been perturbed systematically in order to estimate ECS, and further studies have been published since, some making use of expanded data for LGM climate change (see Section 5.3.3.2, Table 5.3). Sometimes substantial differences between estimates based on similar data reflect not only differences in assumptions on forcing and use of data, but also structural model uncertainties, for example, in how feedbacks change between different climatic states (e.g., Schneider von Deimling et al., 2006; Hargreaves et al., 2007; (see also Otto-Bliesner et al., 2009). Holden et al. (2010) analysed which versions of the EMIC Genie are consistent with LGM tropical SSTs and find a 90% range of 2.0°C to 5.0°C. Recently, new data synthesis products have become available for assessment with climate model simulations of the LGM which together with further data cover much more of the LGM ocean and land areas, although there are still substantial gaps and substantial data uncertainty (Section 5.3.3). An analysis of the recent SST and land temperature reconstructions for the LGM compared to simulations with an EMIC suggests a 90% range of 1.4°C to 2.8°C for ECS, with SST data providing a narrower range and lower values than land data only (see Figure 10.20; Schmittner et al., 2011). However, structural model uncertainty as well as data uncertainty may increase this range substantially (Fyke and Eby, 2012; Schmittner et al., 2012). Hargreaves et al. (2012) derived a relationship between ECS and LGM response for seven model simulations from PMIP2 simulations and found a linear relationship between tropical cooling and ECS (see Section 5.3.3.2) which has been used to derive an estimate of ECS (Figure 10.20); and has been updated using PMIP3 simulations (Section 5.3.3.2). However, uncertainties remain as the relationship is dependent on the ensemble of models used.

Estimates of ECS from other, more distant paleoclimate periods (e.g., Royer et al., 2007; Royer, 2008; Pagani et al., 2009; Lunt et al., 2010) are difficult to directly compare, as climatic conditions were very

different from today and as climate sensitivity can be state dependent, as discussed above. Also, the response on very long time scales is determined by the Earth System Sensitivity, which includes very slow feedbacks by ice sheets and vegetation (see Section 12.5.3). Paleosens Members (2012) reanalysed the relationship between RF and temperature response from paleoclimatic studies, considering Earth system feedbacks as forcings in order to derive an estimate of ECS that is limited to atmospheric feedbacks (sometimes referred to as Charney sensitivity and directly comparable to ECS), and find that resulting estimates are reasonably consistent over the past 65 million years (see detailed discussion in Section 5.3.1). They estimate a 95% range of 1.1°C to 7.0°C, largely based on the past 800,000 years. However, uncertainties in paleoclimate estimates of ECS are likely to be larger than from the instrumental record, for example, due to changes in feedbacks between different climatic states. In conclusion, estimates of ECS have continued to emerge from palaeoclimatic periods that indicate that ECS is *very likely* less than 6°C and *very likely* greater than 1.0°C (see Section 5.3.3).

#### 10.8.2.5 Combining Evidence and Overall Assessment

Most studies find a lower 5% limit for ECS between 1°C and 2°C (Figure 10.20). The combined evidence thus indicates that the net feedbacks to RF are significantly positive. At present, there is no credible individual line of evidence that yields very high or very low climate sensitivity as best estimate. Some recent studies suggest a low climate sensitivity (Chylek et al., 2007; Schwartz et al., 2007; Lindzen and Choi, 2009). However, these are based on problematic assumptions, for example, about the climate's response time, the cause of climate fluctuations, or neglect uncertainty in forcing, observations and internal variability (as discussed in Foster et al., 2008; Knutti and Hegerl, 2008; Murphy and Forster, 2010). In some cases the estimates of the ECS have been refuted by testing the method of estimation with a climate model of known sensitivity (e.g., Kirk-Davidoff, 2009).

Several authors (Annan and Hargreaves, 2006; Hegerl et al., 2006; Annan and Hargreaves, 2010) had proposed combining estimates of climate sensitivity from different lines of evidence by the time of AR4; these and recent work is shown in the panel 'combined' in Figure 10.20. Aldrin et al. (2012) combined the Hegerl et al. (2006) estimate based on the last millennium with their estimate based on the 20th century; and Olson et al. (2012) combined weak constraints from climatology and the LGM in their prior, updated by data on temperature changes. This approach is robust only if the lines of evidence used are truly independent. The latter is hard to evaluate when using prior distributions based on expert knowledge (e.g., Libardoni and Forest, 2011). If lines of evidence are not independent, overly confident assessments of equilibrium climate sensitivity may result (Henriksson et al., 2010; Annan and Hargreaves, 2011).

In conclusion, estimates of the Equilibrium Climate Sensitivity (ECS) based on multiple and partly independent lines of evidence from observed climate change, including estimates using longer records of surface temperature change and new palaeoclimatic evidence, indicate that there is *high confidence* that ECS is *extremely unlikely* less than 1°C and *medium confidence* that the ECS is *likely* between 1.5°C and 4.5°C and *very unlikely* greater than 6°C. They complement the

10

BLM_0074433



**Figure 10.20 |** (a) Examples of distributions of the transient climate response (TCR, top) and the equilibrium climate sensitivity (ECS, bottom) estimated from observational constraints. Probability density functions (PDFs), and ranges (5 to 95%) for the TCR estimated by different studies (see text). The grey shaded range marks the *very likely* range of 1°C to 2.5°C for TCR and the grey solid line represents the *extremely unlikely* <3°C upper bound as assessed in this section. Representative distributions from AR4 shown as dashed lines and open bar. (b) Estimates of ECS are compared to overall assessed *likely* range (solid grey), with solid line at 1°C and a dashed line at 6°C. The figure compares some selected old estimates used in AR4 (no labels, thin lines; for references see Supplementary Material) with new estimates available since AR4 (labelled, thicker lines). Distributions are shown where available, together with 5 to 95% ranges and median values (circles). Ranges that are assessed as being incomplete are marked by arrows; note that in contrast to the other estimates Schwartz (2012), shows a sampling range and Chylek and Lohmann a 95% range. Estimates are based on changes over the instrumental period (top row); and changes from palaeoclimatic data (2nd row). Studies that combine multiple lines of evidence are shown in the bottom panel. The boxes on the right-hand side indicate limitations and strengths of each line of evidence, for example, if a period has a similar climatic base state, if feedbacks are similar to those operating under CO₂ doubling, if the observed change is close to equilibrium, if, between all lines of evidence plotted, uncertainty is accounted for relatively completely, and summarizes the level of scientific understanding of this line of evidence overall. A blue box indicates an overall *high confidence*, pale yellow indicates *medium*, and dark red *low*, confidence (i.e., poorly understood, very few studies, poor agreement, unknown limitations, after Knutti and Hegerl, 2008). Where available, results are shown using several different prior distributions; for example for Aldrin et al. (2012) solid shows the result using a uniform *prior* in ECS, which is shown as updated to 2010 in dash-dots; dashed: uniform *prior* in 1/ECS; and in bottom panel, result combining with Hegerl et al. (2006) *prior*. For Lewis (2013), dashed shows results using the Forest et al. (2006) diagnostic and an objective Bayesian *prior*, solid a revised diagnostic. For Otto et al. (2013), solid is an estimate using change to 1979–2009, dashed using the change to 2000–2009. Palaeoclimate: Hargreaves et al. (2012) is shown in solid, with dashed showing an update based on PMIP3 simulations (see Chapter 5); For Schmittner et al. (2011), solid is land-and-ocean, dashed land-only, and dash-dotted is ocean-only diagnostic.

925

evaluation in Chapter 9 and support the overall assessment in Chapter 12 that concludes between all lines of evidence with *high confidence* that ECS is *likely* in the range 1.5°C to 4.5°C. Earth system feedbacks can lead to different, probably larger, warming than indicated by ECS on very long time scales.

### 10.8.3   Consequences for Aerosol Forcing and Ocean Heat Uptake

Some estimates of ECS also yield estimates of aerosol forcing that are consistent with observational records, which we briefly mention here. Note that the estimate will reflect any forcings with a time or time–space pattern resembling aerosol forcing that is not explicitly included in the overall estimate (see discussion in Olson et al., 2012), for example, BC on snow; and should hence be interpreted as an estimate of aerosol plus neglected forcings. Estimates will also vary with the method applied and diagnostics used (e.g., analyses including spatial information will yield stronger results). Murphy et al. (2009) use correlations between surface temperature and outgoing shortwave and longwave flux over the satellite period to estimate how much of the total recent forcing has been reduced by aerosol total reflection, which they estimate as $-1.1 \pm 0.4$ W m$^{-2}$ from 1970 to 2000 (1 standard deviation), while Libardoni and Forest (2011), see also Forest et al. (2008), based on the 20th century, find somewhat lower estimates, namely a 90% bound of $-0.83$ to $-0.19$ W m$^{-2}$ for the 1980s relative to preindustrial. Lewis (2013), using similar diagnostics but an objective Bayesian method, estimates a total aerosol forcing of about $-0.6$ to $-0.1$ W m$^{-2}$ or $-0.6$ to 0.0 W m$^{-2}$ dependent on diagnostic used. The range of the aerosol forcing estimates that are based on the observed climate change are in-line with the expert judgement of the effective RF by aerosol radiation and aerosol cloud interactions combined (ERFaci+ari; Chapter 7) of $-0.9$ W m$^{-2}$ with a range from $-1.9$ to $-0.1$ W m$^{-2}$ that has been guided by climate models that include aerosol effects on mixed-phase and convective clouds in addition to liquid clouds, satellite studies and models that allow cloud-scale responses (see Section 7.5.2).

Several estimates of ECS also estimate a parameter that describe the efficiency with which the ocean takes up heat, e.g., effective global vertical ocean diffusivity (e.g., Tomassini et al., 2007; Forest et al., 2008; Olson et al., 2012; Lewis, 2013). Forest and Reynolds (2008) find that the effective global ocean diffusivity $K_v$ in many of the CMIP3 models lies above the median value based on observational constraints, resulting in a positive bias in their ocean heat uptake. Lewis (2013) similarly finds better agreement for small values of effective ocean diffusivity. However, such a finding was very sensitive to data sets used for surface temperature (Libardoni and Forest, 2011) and ocean data (Sokolov et al., 2010), is somewhat sensitive to the diagnostic applied (Lewis, 2013), and limited by difficulties observing heat uptake in the deep ocean (see, e.g., Chapters 3 and 13). Olson et al. (2012) and Tomassini et al. (2007) find that data over the historical period provide only a weak constraint on background ocean effective diffusivity. Comparison of the vertical profiles of temperature and of historical warming in models and observations suggests that the ocean heat uptake efficiency may be typically too large (Kuhlbrodt and Gregory, 2012; Section 13.4.1; see also Sections 9.4.2, 10.4.1, 10.4.3). If effective diffusivity were high in models this might lead to a tendency to bias ocean warming high relative to surface warming; but this uncertainty makes

only a small contribution to uncertainty in TCR (Knutti and Tomassini, 2008; Kuhlbrodt and Gregory, 2012; see Section 13.4.1). Nonetheless, ocean thermal expansion and heat content change simulated in CMIP5 models show relatively good agreement with observations, although this might also be due to a compensation between ocean heat uptake efficiency and atmospheric feedbacks (Kuhlbrodt and Gregory, 2012). In summary, constraints on effective ocean diffusivity are presently not conclusive.

### 10.8.4   Earth System Properties

A number of papers have found the global warming response to $CO_2$ emissions to be determined primarily by total cumulative emissions of $CO_2$, irrespective of the timing of those emissions over a broad range of scenarios (Allen et al., 2009; Matthews et al., 2009; Zickfeld et al., 2009; Section 12.5.4.2), although Bowerman et al. (2011) find that, when scenarios with persistent 'emission floors' are included, the strongest predictor of peak warming is cumulative emissions to 2200. Moreover, the ratio of global warming to cumulative carbon emissions, known variously as the Absolute Global Temperature Change Potential (AGTP; defined for an infinitesimal pulse emission) (Shine et al., 2005), the Cumulative Warming Commitment (defined based on peak warming in response to a finite injection; CWC) (Allen et al., 2009) or the Carbon Climate Response (CCR) (Matthews et al., 2009), is approximately scenario-independent and constant in time.

The ratio of $CO_2$-induced warming realized by a given year to cumulative carbon emissions to that year is known as the Transient Climate Response to cumulative $CO_2$ Emissions (TCRE, see Chapter 12). TCRE depends on TCR and the Cumulative Airborne Fraction (CAF), which is the ratio of the increased mass of $CO_2$ in the atmosphere to cumulative $CO_2$ emissions (not including natural fluxes and those arising from Earth system feedbacks) over a long period, typically since pre-industrial times (Gregory et al., 2009): $\text{TCRE} = \text{TCR} \times \text{CAF}/C_0$, where $C_0$ is the mass of carbon (in the form of $CO_2$) in the pre-industrial atmosphere (590 PgC). Given estimates of CAF to the time of $CO_2$ doubling of 0.4 to 0.7 (Zickfeld et al., 2013), we therefore expect values of TCRE, if expressed in units of °C per 1000 PgC, to be similar to or slightly lower than, and more uncertain than, values of TCR (Gillett et al., 2013 ).

TCRE may be estimated from observations by dividing an estimate of warming to date attributable to $CO_2$ by historical cumulative carbon emissions, which gives a 5 to 95% range of 0.7°C to 2.0°C per 1000 PgC (Gillett et al., 2013 ), 1.0°C to 2.1°C per 1000 PgC (Matthews et al., 2009) or 1.4°C to 2.5°C per 1000 PgC (Allen et al., 2009), the higher range in the latter study reflecting a higher estimate of $CO_2$-attributable warming to 2000. The peak warming induced by a given total cumulative carbon emission (Peak Response to Cumulative Emissions (PRCE)) is less well constrained, since warming may continue even after a complete cessation of $CO_2$ emissions, particularly in high-response models or scenarios. Using a combination of observations and models to constrain temperature and carbon cycle parameters in a simple climate-carbon-cycle model, (Allen et al., 2009), obtain a PRCE 5 to 95% confidence interval of 1.3°C to 3.9°C per 1000 PgC. They also report that (Meinshausen et al., 2009) obtain a 5 to 95% range in PRCE of 1.1°C to 2.7°C per 1000 PgC using a Bayesian approach with a different simple model, with climate parameters constrained

by observed warming and carbon cycle parameters constrained by the C4MIP simulations (Friedlingstein et al., 2006).

The ratio of warming to cumulative emissions, the TCRE, is assessed to be *likely* between 0.8°C and 2.5°C per 1000 PgC based on observational constraints. This implies that, for warming due to $CO_2$ emissions alone to be *likely* less than 2°C at the time $CO_2$ emissions cease, total cumulative emissions from all anthropogenic sources over the entire industrial era would need to be limited to about 1000 PgC, or one trillion tonnes of carbon (see Section 12.5.4).

## 10.9   Synthesis

The evidence has grown since the Fourth Assessment Report that widespread changes observed in the climate system since the 1950s are attributable to anthropogenic influences. This evidence is documented in the preceding sections of this chapter, including for near surface temperatures (Section 10.3.1.1), free atmosphere temperatures (Section 10.3.1.2), atmospheric moisture content (Section 10.3.2.1), precipitation over land (Section 10.3.2.2), ocean heat content (Section 10.4.1), ocean salinity (Section 10.4.2), sea level (Section 10.4.3), Arctic sea ice (Section 10.5.1), climate extremes (Section 10.6) and evidence from the last millenium (Section 10.7). These results strengthen the conclusion that human influence on climate has played the dominant role in observed warming since the 1950s. However, the approach taken so far in this chapter has been to examine each aspect of the climate system—the atmosphere, oceans, cryosphere, extremes, and from paleoclimate archives—separately in each section and sub-section. In this section we look across the whole climate system to assess the extent that a consistent picture emerges across sub-systems and climate variables.

### 10.9.1   Multi-variable Approaches

Multi-variable studies provide one approach to gain a more comprehensive view across the climate system, although there have been relatively few applications of multi-variable detection and attribution studies in the literature. A combined analysis of near-surface temperature from weather stations and free atmosphere temperatures from radiosondes detected an anthropogenic influence on the joint changes in temperatures near the surface and aloft (Jones et al., 2003). In a Bayesian application of detection and attribution Schnur and Hasselmann (2005) combined surface temperature, diurnal temperature range and precipitation into a single analysis and showed strong net evidence for detection of anthropogenic forcings despite low likelihood ratios for diurnal temperature range and precipitation on their own. Barnett et al. (2008) applied a multi-variable approach in analysing changes in the hydrology of the Western United States (see also Section 10.3.2.3).

The potential for a multi-variable analysis to have greater power to discriminate between forced changes and internal variability has been demonstrated by Stott and Jones (2009) and Pierce et al. (2012). In the former case, they showed that a multi-variable fingerprint consisting of the responses of GMST and sub-tropical Atlantic salinity has a higher S/N ratio than the fingerprints of each variable separately. They found reduced detection times as a result of low correlations between the two variables in the control simulation although the detection result

depends on the ability of the models to represent the co-variability of the variables concerned. Multi-variable attribution studies potentially provide a stronger test of climate models than single variable attribution studies although there can be sensitivity to weighting of different components of the multi-variable fingerprint. In an analysis of ocean variables, Pierce et al. (2012) found that the joint analysis of temperature and salinity changes yielded a stronger signal of climate change than 'either salinity or temperature alone'.

Further insights can be gained by considering a synthesis of evidence across the climate system. This is the subject of the next subsection.

### 10.9.2   Whole Climate System

To demonstrate how observed changes across the climate system can be understood in terms of natural and anthropogenic causes Figure 10.21 compares observed and modelled changes in the atmosphere, ocean and cryosphere. The instrumental records associated with each element of the climate system are generally independent (see FAQ 2.1), and consequently joint interpretations across observations from the main components of the climate system increases the confidence to higher levels than from any single study or component of the climate system. The ability of climate models to replicate observed changes (to within internal variability) across a wide suite of climate indicators also builds confidence in the capacity of the models to simulate the Earth's climate.

The coherence of observed changes for the variables shown in Figure 10.21 with climate model simulations that include anthropogenic and natural forcing is remarkable. Surface temperatures over land, SSTs and ocean heat content changes show emerging anthropogenic and natural signals with a clear separation between the observed changes and the alternative hypothesis of just natural variations (Figure 10.21, Global panels). These signals appear not just in the global means, but also at continental and ocean basin scales in these variables. Sea ice emerges strongly from the range expected from natural variability for the Arctic and Antarctica remains broadly within the range of natural variability consistent with expectations from model simulations including anthropogenic forcings.

Table 10.1 illustrates a larger suite of detection and attribution results across the climate system than summarized in Figure 10.21. These results include observations from both the instrumental record and paleo-reconstructions on a range of time scales ranging from daily extreme precipitation events to variability over millennium time scales.

From up in the stratosphere, down through the troposphere to the surface of the Earth and into the depths of the oceans there are detectable signals of change such that the assessed likelihood of a detectable, and often quantifiable, human contribution ranges from *likely* to *extremely likely* for many climate variables (Table 10.1). Indeed to successfully describe the observed warming trends in the atmosphere, ocean and at the surface over the past 50 years, contributions from both anthropogenic and natural forcings are required (e.g., results 1, 2, 3, 4, 5, 7, 9 in Table 10.1). This is consistent with anthropogenic forcings warming the surface of the Earth, troposphere and oceans superimposed with cooling events caused by the three large explosive volcanic eruptions since the 1960's. These two effects (anthropogenic warming and vol-

10

BLM_0074436

Frequently Asked Questions
## FAQ 10.2 | When Will Human Influences on Climate Become Obvious on Local Scales?

*Human-caused warming is already becoming locally obvious on land in some tropical regions, especially during the warm part of the year. Warming should become obvious in middle latitudes—during summer at first—within the next several decades. The trend is expected to emerge more slowly there, especially during winter, because natural climate variability increases with distance from the equator and during the cold season. Temperature trends already detected in many regions have been attributed to human influence. Temperature-sensitive climate variables, such as Arctic sea ice, also show detected trends attributable to human influence.*

Warming trends associated with global change are generally more evident in averages of global temperature than in time series of local temperature ('local' here refers generally to individual locations, or small regional averages). This is because most of the local variability of local climate is averaged away in the global mean. Multi-decadal warming trends detected in many regions are considered to be outside the range of trends one might expect from natural internal variability of the climate system, but such trends will only become obvious when the local mean climate emerges from the 'noise' of year-to-year variability. How quickly this happens depends on both the rate of the warming trend and the amount of local variability. Future warming trends cannot be predicted precisely, especially at local scales, so estimates of the future time of emergence of a warming trend cannot be made with precision.

In some tropical regions, the warming trend has already emerged from local variability (FAQ 10.2, Figure 1). This happens more quickly in the tropics because there is less temperature variability there than in other parts of the globe. Projected warming may not emerge in middle latitudes until the mid-21st century—even though warming trends there are larger—because local temperature variability is substantially greater there than in the tropics. On a seasonal basis, local temperature variability tends to be smaller in summer than in winter. Warming therefore tends to emerge first in the warm part of the year, even in regions where the warming trend is larger in winter, such as in central Eurasia in FAQ 10.2, Figure 1.

Variables other than land surface temperature, including some oceanic regions, also show rates of long-term change different from natural variability. For example, Arctic sea ice extent is declining very rapidly, and already shows a human influence. On the other hand, local precipitation trends are very hard to detect because at most locations the variability in precipitation is quite large. The probability of record-setting warm summer temperatures has increased throughout much of the Northern Hemisphere . High temperatures presently considered extreme are projected to become closer to the norm over the coming decades. The probabilities of other extreme events, including some cold spells, have lessened.

In the present climate, individual extreme weather events cannot be unambiguously ascribed to climate change, since such events could have happened in an unchanged climate. However the probability of occurrence of such events could have changed significantly at a particular location. Human-induced increases in greenhouse gases are estimated to have contributed substantially to the probability of some heatwaves. Similarly, climate model studies suggest that increased greenhouse gases have contributed to the observed intensification of heavy precipitation events found over parts of the Northern Hemisphere. However, the probability of many other extreme weather events may not have changed substantially. Therefore, it is incorrect to ascribe every new weather record to climate change.

The date of future emergence of projected warming trends also depends on local climate variability, which can temporarily increase or decrease temperatures. Furthermore, the projected local temperature curves shown in FAQ 10.2, Figure 1 are based on multiple climate model simulations forced by the same assumed future emissions scenario. A different rate of atmospheric greenhouse gas accumulation would cause a different warming trend, so the spread of model warming projections (the coloured shading in FAQ 10.2, Figure 1) would be wider if the figure included a spread of greenhouse gas emissions scenarios. The increase required for summer temperature change to emerge from 20th century local variability (regardless of the rate of change) is depicted on the central map in FAQ 10.2, Figure 1.

A full answer to the question of when human influence on local climate will become obvious depends on the strength of evidence one considers sufficient to render something 'obvious'. The most convincing scientific evidence for the effect of climate change on local scales comes from analysing the global picture, and from the wealth of evidence from across the climate system linking many observed changes to human influence. *(continued on next page)*

BLM_0074437



**FAQ 10.2, Figure 1 |** Time series of projected temperature change shown at four representative locations for summer (red curves, representing June, July and August at sites in the tropics and Northern Hemisphere or December, January and February in the Southern Hemisphere) and winter (blue curves). Each time series is surrounded by an envelope of projected changes (pink for the local warm season, blue for the local cold season) yielded by 24 different model simulations, emerging from a grey envelope of natural local variability simulated by the models using early 20th century conditions. The warming signal emerges first in the tropics during summer. The central map shows the global temperature increase (°C) needed for temperatures in summer at individual locations to emerge from the envelope of early 20th century variability. Note that warm colours denote the smallest needed temperature increase, hence earliest time of emergence. All calculations are based on Coupled Model Intercomparison Project Phase 5 (CMIP5) global climate model simulations forced by the Representative Concentration Pathway 8.5 (RCP8.5) emissions scenario. Envelopes of projected change and natural variability are defined as ±2 standard deviations. (Adapted and updated from Mahlstein et al., 2011.)

BLM_0074438



**Figure 10.21 |** Detection and attribution signals in some elements of the climate system, at regional scales (top panels) and global scales (bottom four panels). Brown panels are land surface temperature time series, green panels are precipitation time series, blue panels are ocean heat content time series and white panels are sea ice time series. Observations are shown on each panel in black or black and shades of grey. Blue shading is the model time series for natural forcing simulations and pink shading is the combined natural and anthropogenic forcings. The dark blue and dark red lines are the ensemble means from the model simulations. All panels show the 5 to 95% intervals of the natural forcing simulations, and the natural and anthropogenic forcing simulations. For surface temperature the results are from Jones et al. (2013 ) (and Figure 10.1). The observed surface temperature is from Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4). Observed precipitation is from Zhang et al. (2007) (black line) and CRU TS 3.0 updated (grey line). Three observed records of ocean heat content (OHC) are shown. Sea ice anomalies (rather than absolute values) are plotted and based on models in Figure 10.16. The green horizontal lines indicate quality of the observations and estimates. For land and ocean surface temperatures panels and precipitation panels, solid green lines at bottom of panels indicate where data spatial coverage being examined is above 50% coverage and dashed green lines where coverage is below 50%. For example, data coverage of Antarctica never goes above 50% of the land area of the continent. For ocean heat content and sea ice panels the solid green line is where the coverage of data is good and higher in quality, and the dashed green line is where the data coverage is only adequate. More details of the sources of model simulations and observations are given in the Supplementary Material (10.SM.1).

BLM_0074439

canic eruptions) cause much of the observed response (see also Figures 10.5, 10.6, 10.9, 10.14a and 10.21). Both natural and anthropogenic forcings are required to understand fully the variability of the Earth system during the past 50 years.

Water in the free atmosphere is expected to increase, as a consequence of warming of the atmosphere (Section 10.6.1), and atmospheric circulation controls the global distribution of precipitation and evaporation. Simulations show that GHGs increase moisture in the atmosphere and change its transport in such a way as to produce patterns of precipitation and evaporation that are quite distinct from the observed patterns of warming. Our assessment shows that anthropogenic forcings have contributed to observed increases in moisture content in the atmosphere (result 16, *medium confidence*, Table 10.1), to global scale changes in precipitation patterns over land (result 14, *medium confidence*), to a global scale intensification of heavy precipitation in land regions where there observational coverage is sufficient to make an assessment (result 15, *medium confidence*), and to changes in surface and sub-surface ocean salinity (result 11, *very likely*). Combining evidence from both atmosphere and ocean that systematic changes in precipitation over land and ocean salinity can be attributed to human influence supports an assessment that it is *likely* that human influence has affected the global water cycle since 1960.

Warming of the atmosphere and the oceans affects the cryosphere, and in the case of snow and sea ice warming leads to positive feedbacks that amplify the warming response in the atmosphere and oceans. Retreat of mountain glaciers has been observed with an anthropogenic influence detected (result 17, *likely*, Table 10.1), Greenland ice sheet has melted at the edges and accumulating snow at the higher elevations is consistent with GHG warming supporting an assessment for an anthropogenic influence on the negative surface mass balance of Greenland's ice sheet (result 18, *likely*, Table 10.1). Our level of scientific understanding is too low to provide a quantifiable explanation of the observed mass loss of the Antarctic ice sheet (*low confidence*, result 19, Table 10.1). Sea ice in the Arctic is decreasing rapidly and the changes now exceed internal variability and with an anthropogenic contribution detected (result 20, *very likely*, Table 10.1). Antarctic sea ice extent has grown overall over the last 30 years but there is low scientific understanding of the spatial variability and changes in Antarctic sea ice extent (result 21, Table 10.1). There is evidence for an anthropogenic component to observed reductions in NH snow cover since the 1970s (*likely*, result 22, Table 10.1).

Anthropogenic forcing has also affected temperature on continental scales, with human influences having made a substantial contribution to warming in each of the inhabited continents (results 28, *likely*, Table 10.1), and having contributed to the very substantial Arctic warming over the past 50 years (result 29, *likely*, Table 10.1) while because of large observational uncertainties there is *low confidence* in attribution of warming averaged over available stations over Antarctica (result 30, Table 10.1). There is also evidence that anthropogenic forcings have contributed to temperature change in many sub-continental regions (result 32, *likely*, Table 10.1) and that anthropogenic forcings have contributed to the observed changes in the frequency and intensity of daily temperature extremes on the global scale since the mid-20th century (result 8, *very likely*, Table 10.1). Furthermore there is evidence

that human influence has substantially increased the probability of occurrence of heat waves in some locations (result 33, *likely*, Table 10.1).

An analysis of these results (from Table 10.1) shows that there is *high confidence* in attributing many aspects of changes in the climate system to human influence including from atmospheric measurements of temperature. Synthesizing the results in Table 10.1 shows that the combined evidence from across the climate system increases the level of confidence in the attribution of observed climate change to human influence and reduces the uncertainties associated with assessments based on a single variable. From this combined evidence, it is *virtually certain* that human influence has warmed the global climate system.

## Acknowledgements

We acknowledge the major contributions of the following scientists who took a substantial part in the production of key figures: Beena Balan Sarojini, Oliver Browne, Jara Imbers Quintana, Gareth Jones, Fraser Lott, Irina Mahlstein, Alexander Otto, Debbie Polson, Andrew Schurer, Lijun Tao, and Muyin Wang. We also acknowledge the contributions of Viviane Vasconcellos de Menezes for her work on the production of figures and for her meticulous management of the bibliography database used for this chapter.

**10**

BLM_0074440

932

**Table 10.1 |** Synthesis of detection and attribution results across the climate system from this chapter. Note that we follow the guidance note for lead authors of the IPCC AR5 on consistent treatment of uncertainties (Mastrandrea et al., 2011). Where the confidence is *medium* or less there is no assessment given of the quantified likelihood measure, and the table cell is marked not applicable (N/A).

| Result | (1) Statement about variable or property: time, season | (2) Confidence (*Very high, High, medium or low, very low*) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| *Global Scale Atmospheric Temperature Changes* | | | | | | |
| 1 | More than half of the observed increase in global mean surface temperatures from 1951 to 2010 is due to the observed anthropogenic increase in greenhouse gas (GHG) concentrations. | High | Very likely | Four global surface temperature series (HadCRUT3, HadCRUT4, MLOST, GISTEMP). CMIP3 and CMIP5 models. | · Many formal attribution studies, including optimal fingerprint time-space studies and time series based studies. · Robust evidence. Attribution of more than half of warming since 1950 to GHGs seen in multiple independent analyses using different observational data sets and climate models. · High agreement. Studies agree in robust detection of GHG contribution to observed warming that is larger than any other factor including internal variability. | The observed warming is well understood in terms of contributions of anthropogenic forcings such as greenhouse gases (GHGs) and tropospheric aerosols and natural forcings from volcanic eruptions. Solar forcing is the only other forcing that could explain long-term warming but pattern of warming is not consistent with observed pattern of change in time, vertical change and estimated to be small. AMO could be confounding influence but studies that find significant role for AMO show this does not project strongly onto 60-year trends. (Section 10.3.1.1, Figures 10.4 and 10.5) |
| 2 | More than half of the observed increase in global mean surface temperatures from 1951 to 2010 is due to human influence on climate. | High | Extremely likely | Multiple CMIP5 models and multiple methodologies. | · Formal attribution studies including different optimal detection methodologies and time series based studies. · Robust evidence of well-constrained estimates of net anthropogenic warming estimated in optimal detection studies. · High agreement. Both optimal detection and time series studies agree in robust detection of anthropogenic influence that is substantially more than half of the observed warming. | The observed warming is well understood in terms of contributions of anthropogenic and natural forcings. Solar forcing and AMO could be confounding influence but are estimated to be smaller than the net effects of human influence. (Section 10.3.1.1, Figures 10.4, 10.5, 10.6) |
| 3 | Early 20th century warming is due in part to external forcing. | High | Very likely | Instrumental global surface temperature series and reconstructions of the last millenium. CMIP3 and CMIP5 models. | · Formal detection and attribution studies looking at early century warming and studies for the last few hundred years. · High agreement across a number of studies in detecting external forcings when including early 20th century period although they vary in contributions from different forcings. | Modelling studies show contribution from external forcings to early century warming. Residual differences between models and observations indicate role for circulation changes as contributor. (Section 10.3.1.1, Figures 10.1, 10.2, 10.6) |
| 4 | Warming since 1950 cannot be explained without external forcing. | High | Virtually certain | Estimates of internal variability from CMIP3 and CMIP5 models, observation based time series and space pattern analyses, and estimating residuals of the non-forced component from paleo data. | · Many, including optimal fingerprint time-space studies, observation based time series and space pattern analyses and paleo data studies. · Robust evidence and high agreement. · Detection of anthropogenic fingerprint robustly seen in independent analyses using different observational data sets, climate models, and methodological approaches. | Based on all evidence above combined. Observed warming since 1950 is very large compared to climate model estimates of internal variability, which are assessed to be adequate at global scale. The Northern Hemisphere (NH) mean warming since 1950 is far outside the range of any similar length trend in residuals from reconstructions of NH mean temperature of the past millennium. The spatial pattern of observed warming differs from those associated with internal variability. (Sections 9.5.3.1, 10.3.1.1, 10.7.1) |

*(continued on next page)*

BLM_0074441

Table 10.1 (continued)

| Result | (1) Statement about variable or property: time, season | (2) Confidence (Very high, High, medium or low, very low) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 5 | Anthropogenic forcing has led to a detectable warming of troposphere temperatures since 1961. | High | Likely | Multiple radiosonde data sets from 1958 and satellite data sets from 1979 to present. CMIP3 and CMIP5 models. | · Formal attribution studies with CMIP3 models (assessed in AR4) and CMIP5 models. <br> · Robust detection and attribution of anthropogenic influence on tropospheric warming with large signal-to-noise (S/N) ratios estimated. <br> · Studies agree in detecting an anthropogenic influence on tropospheric warming trends. | Observational uncertainties in radiosondes are now much better documented than at time of AR4. It is virtually certain that the troposphere has warmed since the mid-20th century but there is only medium confidence in the rate and vertical structure of those changes in the NH extratropical troposphere and low confidence elsewhere. Most, though not all, CMIP3 and CMIP5 models overestimate the observed warming trend in the tropical troposphere during the satellite period although observational uncertainties are large and outside the tropics and over the period of the radiosonde record beginning in 1961 there is better agreement between simulated and observed trends. (Sections 2.4.4, 9.4.1.4.2, 10.3.1, Figure 10.8) |
| 6 | Anthropogenic forcing dominated by the depletion of the ozone layer due to ozone depleting substances, has led to a detectable cooling of lower stratosphere temperatures since 1979. | High | Very Likely | Radiosonde data from 1958 and satellite data from 1979 to present. CCMVal, CMIP3 and CMIP5 simulations. | · A formal optimal detection attribution study using stratosphere resolving chemistry climate models and a detection study analysing the S/N ratio of the data record together with many separate modelling studies and observational studies. <br> · Physical reasoning and model studies show very consistent understanding of observed evolution of stratospheric temperatures, consistent with formal detection and attribution results. <br> · Studies agree in showing very strong cooling in stratosphere that can be explained only by anthropogenic forcings dominated by ozone depleting substances. | New generation of stratosphere resolving models appear to have adequate representation of lower stratospheric variability. Structure of stratospheric temperature trends and variations is reasonably well represented by models. CMIP5 models all include changes in stratospheric ozone while only about half of the models participating in CMIP3 include stratospheric ozone changes. (Sections 9.4.1.4.5, 10.3.1.2.2, Figures 10.8 and 10.9) |
| 7 | Anthropogenic forcing, particularly GHGs and stratospheric ozone depletion has led to a detectable observed pattern of tropospheric warming and lower stratospheric cooling since 1961. | High | Very likely | Radiosonde data from 1958 and satellite data from 1979 to present. | · Attribution studies using CMIP3 and CMIP5 models. <br> · Physical reasoning and modelling supports robust expectation of fingerprint of anthropogenic influence of tropospheric warming and lower stratospheric cooling which is robustly detected in multiple observational records. <br> · Fingerprint of anthropogenic influence is detected in different measures of free atmosphere temperature changes including tropospheric warming, and a very clear identification of stratospheric cooling in models that include anthropogenic forcings. | Fingerprint of changes expected from physical understanding and as simulated by models is detected in observations. Understanding of stratospheric changes has improved since AR4. Understanding of observational uncertainty has improved although uncertainties remain particularly in the tropical upper troposphere. (Sections 2.4.4, 10.3.1.2.3, Figures 10.8, 10.9) |

(continued on next page)

Detection and Attribution of Climate Change: from Global to Regional

Chapter 10

10

934

*Table 10.1 (continued)*

| Result | (1) Statement about variable or property: time, season | (2) Confidence (*Very high, High, medium or low, very low*) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 8 | Anthropogenic forcing has contributed to the observed changes in the frequency and intensity of daily temperatures extremes on the global scale since the mid-20th century. | *High* | *Very Likely* | Indices for frequency and intensity of extreme temperatures including annual maximum and annual minimum daily temperatures, over land areas of the World except parts of Africa, South America and Antarctica. CMIP3 and CMIP5 simulations, 1950–2005. | · Several studies including fingerprint time–space studies.<br>· Detection of anthropogenic influence robustly seen in independent analysis using different statistical methods and different indices. | Expected from physical principles that changes in mean temperature should bring changes in extremes, confirmed by detection and attribution studies. New evidence since AR4 for detection of human influence on extremely warm daytime maximum temperatures and new evidence that influence of anthropogenic forcing can be separately detected from natural forcing. More limited observational data and greater observational uncertainties than for mean temperatures. (Section 10.6.1.1, Figure 10.17) |
| **Oceans** | | | | | | |
| 9 | Anthropogenic forcings have made a substantial contribution to upper ocean warming (above 700 m) observed since the 1970s.<br><br>This anthropogenic ocean warming has contributed to global sea level rise over this period through thermal expansion. | High | Very likely | Several observational data sets since the 1970s. CMIP3 and CMIP5 models. | · Several new attribution studies detect role of anthropogenic forcing on observed increase in ocean's global heat content with volcanic forcing also contributing to observed variability.<br>· The evidence is very robust, and tested against known structural deficiencies in the observations, and in the models.<br>· High levels of agreement across attribution studies and observation and model comparison studies. The strong physical relationship between thermosteric sea level and ocean heat content means that the anthropogenic ocean warming has contributed to global sea level rise over this period through thermal expansion. | New understanding of the structural errors in the temperature data sets has led to their correction which means that the unexplained multi-decadal scale variability reported in AR4 has largely been resolved as being spurious. The observations and climate simulations have similar trends (including anthropogenic and volcanic forcings) and similar decadal variability. The detection is well above S/N levels required at 1 and 5% significance levels. The new results show the conclusions to be very robust to structural uncertainties in observational data sets and transient climate simulations. (Sections 3.2.5, 10.4.1, 10.4.3, 13.3.6, Figure 10.14) |
| 10 | Anthropogenic forcing has contributed to sea level rise through melting glaciers and Greenland ice sheet. | *High* | Likely | Observational evidence of melting glaciers (Section 4.3) and ice sheets (Section 4.4). Global mean sea level budget closure to within uncertainties. (Section13.3.6) | · Several new mass balance studies quantifying glacier and ice sheet melt rates (Section 10.5.2) and their contributions to sea level rise. (Section 13.3) | Strong observational evidence of contribution from melting glaciers and *high confidence* in attribution of glacier melt to human influence. Increasing rates of ice sheet contributions albeit from short observational record (especially of Antarctic mass loss). Current climate models do not represent glacier and ice sheet processes. Natural variability of glaciers and ice sheets not fully understood. (Sections 10.4.3, 10.5.2) |

*(continued on next page)*

Table 10.1 (continued)

| Result | (1) Statement about variable or property: time, season | (2) Confidence (Very high, High, medium or low, very low) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 11 | The observed ocean surface and sub-surface salinity changes since the 1960s are due, in part, to anthropogenic forcing. | High | Very likely | Oceans chapter (Section 3.3) and attribution studies in Section 10.4.2. | · Robust observational evidence for amplification of climatological patterns of surface salinity.<br>· CMIP3 simulations show patterns of salinity change consistent with observations, but there are only a few formal attributions studies that include a full characterization of internal variability.<br>· Physical understanding of expected patterns of change in salinity due to changes in water cycle support results from detection and attribution studies. | More than 40 studies of regional, global surface and subsurface salinity observations show patterns of change consistent with acceleration of hydrological water cycle. Climate models that include anthropogenic forcings show the same consistent pattern of surface salinity change. (Sections 3.3.5, 10.4.2, Figure 10.15) |
| 12 | Observed increase in surface ocean acidification since 1980s is a resulted of rising atmospheric $CO_2$ | Very high | Very likely | Evidence from Section 3.8.2 and Box 3.2, Figure 3.18. | · Based on ocean chemistry, expert judgement, and many analyses of time series and other indirect measurements<br>· Robust evidence from time series measurements. Measurements have a high degree of certainty (see Table 3.2) and instrumental records show increase in ocean acidity.<br>· High agreement of the observed trends. | Very high confidence, based on the number of studies, the updates to earlier results in AR4, and the very well established physical understanding of gas exchange between atmosphere and surface ocean, and the sources of excess carbon dioxide in the atmosphere. Alternative processes and hypotheses can be excluded. (Section 3.8.2, Box 3.2, Section 10.4.4) |
| 13 | Observed pattern of decrease in oxygen content is, in part, attributable to anthropogenic forcing."<br>To correctly read: Observed pattern of decrease in oxygen content from the 1960s to the 1990s is, in part, attributable to anthropogenic forcing. | Medium | About as likely as not | Evidence from Section 3.8.3 and attribution studies in Section 10.4.4. | · Qualitative expert judgement based on comparison of observed and expected changes in response to increasing $CO_2$.<br>· Medium evidence. One specific global ocean study, many studies of hydrographic sections and repeat station data, high agreement across observational studies.<br>· Medium agreement. One attribution study, and only limited regional and large-scale modelling and observation comparisons. | Physical understanding of ocean circulation and ventilation, and from the global carbon cycle, and from simulations of ocean oxygen concentrations from coupled bio-geochemical models with OAGCMs. Main uncertainty is observed decadal variability which is not well understood in global and regional inventories of dissolved oxygen in the oceans. (Section 10.4.4) |
| **Water Cycle** | | | | | | |
| 14 | Global scale precipitation patterns over land have changed due to anthropogenic forcings including increases in NH mid to high latitudes. | Medium | N/A | Multiple observational data sets based on rain gauges over land, with coverage dominated by the NH. CMIP3 and CMIP5 models. | · Several land precipitation studies examining annual and seasonal precipitation.<br>· Evidence for consistency between observed and modelled changes in global precipitation patterns over land regions with sufficient observations.<br>· Medium degree of agreement of studies. Expected anthropogenic fingerprints of changes in zonal mean precipitation found in annual and some seasonal data with some sensitivity of attribution results to observational data set used. | Increases of precipitation at high latitudes of the NH are a robust feature of climate model simulations and are expected from process understanding. Global-land average long-term changes small at present time, whereas decadal variability over some land areas is large. Observations are very uncertain and poor coverage of precipitation expected to make fingerprint of changes much more indistinct. (Sections 2.5.1, 10.3.2.2, Figures 10.10 and 10.11) |

(continued on next page)

10

936

Table 10.1 (continued)

| Result | (1) Statement about variable or property: time, season | (2) Confidence (Very high, High, medium or low, very low) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 15 | In land regions where observational coverage is sufficient for assessment, anthropogenic forcing has contributed to global-scale intensification of heavy precipitation over the second half of the 20th century. | Medium | N/A | Wettest 1-day and 5-day precipitation in a year obtained from rain guage observations, CMIP3 simulations. | · Only one detection and attribution study restricted to NH land where observations were available. · Study found stronger detectability for models with natural forcings but not able to differentiate anthropogenic from natural forcings. · Although only one formal detection and attribution study, observations of a general increase in heavy precipitation at the global scale agree with physical expectations. | Evidence for anthropogenic influence on various aspects of the hydrological cycle that implies extreme precipitation would be expected to increase. There are large observational uncertainties and poor global coverage which makes assessment difficult. (Section 10.6.1.2, Figure 10.11) |
| 16 | Anthropogenic contribution to atmospheric specific humidity since 1973. | Medium | N/A | Observations of atmospheric moisture content over ocean from satellite; observations of surface humidity from weather stations and radiosondes over land. | · Detection and attribution studies of both surface humidity from weather stations over land and atmospheric moisture content over oceans from satellites. · Detection of anthropogenic influence on atmospheric moisture content over oceans robust to choice of models. · Studies looking at different variables agree in detecting specific humidity changes. | Recent reductions in relative humidity over land and levelling off of specific humidity not fully understood. Length and quality of observational data sets limit detection and attribution and assimilated analyses not judged sufficiently reliable for detection and attribution. (Section 10.3.2.1) |
| Hemispheric Scale Changes; Basin Scale Changes | | | | | | |
| Cryosphere | | | | | | |
| 17 | A substantial part of glaciers mass loss since the 1960's is due to human influence. | High | Likely | Robust agreement from long-term glacier records. (Section 4.3.3) | · Several new recent studies since last assessment. · High agreement across a limited number of studies. | Well established records of glacier length, and better methods of estimating glacier volumes and mass loss. Better characterization of internal variability, and better understanding of the response to natural variability, and local land cover change. (Sections 4.3.3, 10.5.2) |
| 18 | Anthropogenic forcing has contributed to surface melting of the Greenland ice sheet since 1993. | High | Likely | Robust agreement across in situ and satellite derived estimates of surface mass balance (Section 4.4). Nested or downscaled model simulations show pattern of change consistent with warming. | · Several new studies since last assessment. · Robust evidence from different sources. · High agreement across a limited number of studies. | Documented evidence of surface mass loss. Uncertainty caused by poor characterization of the internal variability of the surface mass balance (strong dependence on atmospheric variability) that is not well represented in CMIP5 models. (Section 4.4.2, 10.5.2.1) |
| 19 | Antarctic ice sheet mass balance loss has a contribution from anthropogenic forcing. | Low | N/A | Observational evidence for Antarctic mass sheet loss is well established across a broad range of studies. (Section 4.4) | · No formal studies exist. Processes for mass loss for Antarctica are not well understood. Regional warming and changed wind patterns (increased westerlies, increase in the Southern Annular Mode (SAM)) could contribute to enhanced melt of Antarctica. High agreement in observational studies. | Low confidence assessment based on low scientific understanding. (Sections 4.4.2, 13.4, 10.5.2) |
| 20 | Anthropogenic forcing has contributed to the Arctic sea ice loss since 1979. | High | Very likely | Robust agreement across all observations. (Section 4.2) | · Multiple detection and attribution studies, large number of model simulations and data comparisons for instrumental record. · Robust set of studies of simulations of sea ice and observed sea ice extent. · High agreement between studies of sea ice simulations and observed sea ice extent. | High confidence based on documented observations of ice extent loss, and also good evidence for a significant reduction in sea ice volume. The physics of Arctic sea ice is well understood and consistent with the observed warming in the region, and from simulations of Arctic sea ice extent with anthropogenic forcing. (Sections 9.4.3, 10.5.1) |

(continued on next page)

Table 10.1 (continued)

| Result | (1) Statement about variable or property: time, season | (2) Confidence (Very high, High, medium or low, very low) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 21 | Incomplete scientific explanations of the observed increase in Antarctic sea ice extent precludes attribution at this time. | N/A | N/A | The increase in sea ice extent in observations is robust, based on satellite measurements and ship-based measurements. (Section 4.5.2) | · No formal attribution studies.<br>· Estimates of internal variability from CMIP5 simulations exceed observed sea ice variability.<br>· Modelling studies have a low level of agreement for observed increase, and there are competing scientific explanations. | Low confidence based on low scientific understanding of the spatial variability and changes in the Antarctic sea ice. (Sections 4.5.2, 10.5.1, 9.4.3) |
| 22 | There is an anthropogenic component to observed reductions in NH snow cover since 1970 | High | Likely | Observations show decrease in NH snow cover. | · Two snow cover attribution studies.<br>· Decrease in snow cover in the observations are consistent among many studies. (Section 4.5.2, 4.5.3)<br>· Reductions in observed snow cover inconsistent with internal variability and can be explained only by climate models that include anthropogenic forcings. | Expert judgement and attribution studies support the human influence on reduction in snow cover extent. (Sections 4.5.2, 4.5.3, 10.5.3) |
| **Atmospheric Circulation and Patterns of Variability** | | | | | | |
| 23 | Human influence has altered sea level pressure patterns globally since 1951. | High | Likely | An observational gridded data set and reanalyses. Multiple climate models. | · A number of studies find detectable anthropogenic influence on sea level pressure patterns.<br>· Detection of anthropogenic influence is found to be robust to currently sampled modelling and observational uncertainty. | Detectable anthropogenic influence on changes in sea level pressure patterns is found in several attribution studies that sample observational and modelling uncertainty. Observational uncertainties not fully sampled as results based largely on variants of one gridded data set although analyses based on reanalyses also support the finding of a detectable anthropogenic influence. (Section 10.3.3.4) |
| 24 | The positive trend in the SAM seen in austral summer since 1951 is due in part to stratospheric ozone depletion. | High | Likely | Measurements since 1957. Clear signal of SAM trend in December, January and February (DJF) is robust to observational uncertainty. | · Many studies comparing consistency of observed and modelled trends, and consistency of observed trend with simulated internal variability.<br>· Observed trends are consistent with CMIP3 and CMIP5 simulations that include stratospheric ozone depletion.<br>· Several studies show that the observed increase in the DJF SAM is inconsistent with simulated internal variability. High agreement of modelling studies that ozone depletion drives an increase in the DJF SAM index. There is medium confidence that GHGs have also played a role. | Consistent result of modelling studies is that the main aspect of the anthropogenically forced response on the DJF SAM is the impact of ozone depletion. The observational record is relatively short, observational uncertainties remain, and the DJF SAM trend since 1951 is only marginally inconsistent with internal variability in some data sets. (Section 10.3.3.3, Figure 10.13) |
| 25 | Stratospheric ozone depletion has contributed to the observed poleward shift of the Southern Hadley cell during austral summer. | Medium | N/A | Multiple observational lines of evidence for widening but large spread in the magnitude. Reanalysis suggest a southward shift of southern Hadley cell border during DJF which is also seen in CMIP3 and CMIP5 models. | · Consistent evidence for effects of stratospheric ozone depletion.<br>· Evidence from modelling studies is robust that stratospheric ozone drives a poleward shift of the southern Hadley Cell border during austral summer. The magnitude of the shift is very uncertain and appears to be underestimated by models. There is medium confidence that GHGs have also played a role. | The observed magnitude of the tropical belt widening is uncertain. The contribution of internal climate variability to the observed poleward expansion of the Hadley circulation remains very uncertain. (Section 10.3.3.1, Figure 10.12) |

(continued on next page)

BLM_0074446

*Table 10.1 (continued)*

| Result | (1) Statement about variable or property: time, season | (2) Confidence (Very high, High, medium or low, very low) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 26 | Attribution of changes in tropical cyclone activity to human influence. | Low | N/A | Incomplete and short observational records in most basins. | · Formal attribution studies on SSTs in tropics. However, mechanisms linking anthropogenically induced SST increases to changes in tropical cyclone activity poorly understood.<br>· Attribution assessments depend on multi-step attribution linking anthropogenic influence to large-scale drivers and thence to tropical cyclone activity.<br>· Low agreement between studies, medium evidence. | Insufficient observational evidence of multi-decadal scale variability. Physical understanding lacking. There remains substantial disagreement on the relative importance of internal variability, GHG forcing, and aerosols. (Sections 10.6.1.5, 14.6.1) |
| **Millennium Time Scale** | | | | | | |
| 27 | External forcing contributed to NH temperature variability from 1400 to 1850, and from 850 to 1400. | *High* for period from 1400 to 1850; *medium* for period from 850 to 1400. | *Very likely* for period from 1400 to 1850. | See Chapter 5 for reconstructions; simulations from PMIP3 and CMIP5 models, with more robust detection results for 1400 onwards. | · A small number of detection and attribution studies and further evidence from climate modelling studies; comparison of models with reconstructions and results from data assimilation.<br>· Robust agreement from a number of studies using a range of reconstructions and models (EBMs to ESMs) that models are able to reproduce key features of last seven centuries.<br>· Detection results and simulations indicate a contribution by external drivers to the warm conditions in the 11th to 12th century, but cannot explain the warmth around the 10th century in some reconstructions. | Large uncertainty in reconstructions particularly for the first half of the millennium but good agreement between reconstructed and simulated large scale features from 1400. Detection of forced influence robust for a large range of reconstructions. Difficult to separate role of individual forcings. Results prior to 1400 much more uncertain, partly due to larger data and forcing uncertainty. (Sections 10.7.1, 10.7.2, 10.7.3) |
| **Continental to Regional Scale Changes** | | | | | | |
| 28 | Anthropogenic forcing has made a substantial contribution to warming to each of the inhabited continents. | *High* | *Likely* | Robust observational evidence except for Africa due to poor sampling. Detection and attribution studies with CMIP3 and CMIP5 models. | · New studies since AR4 detect anthropogenic warming on continental and sub-continental scales.<br>· Robust detection of human influence on continental scales agrees with global attribution of widespread warming over land to human influence.<br>· Studies agree in detecting human influence on continental scales. | Anthropogenic pattern of warming widespread across all inhabited continents. Lower S/N ratios at continental scales than global scales. Separation of response to forcings more difficult at these scales. Models have greater errors in representation of regional details. (Section 10.3.1.1,4, Box 11.2) |
| 29 | Anthropogenic contribution to very substantial Arctic warming over the past 50 years. | *High* | *Likely* | Adequate observational coverage since 1950s. Detection and attribution analysis with CMIP3 models. | · Multiple models show amplification of Arctic temperatures from anthropogenic forcing.<br>· Large positive Arctic-wide temperature anomalies in observations over last decade and models are consistent only when they include external forcing. | Large temperature signal relative to mid-latitudes but also larger internal variability and poorer observational coverage than at lower latitudes. Known multiple processes including albedo shifts and added heat storage contribute to faster warming than at lower latitudes. (Sections 10.3.1.1.4, 10.5.1.1) |

(continued on next page)

Table 10.1 (continued)

| Result | (1) Statement about variable or property: time, season | (2) Confidence (Very high, High, medium or low, very low) | (3) Quantified measure of uncertainty where the probability of the outcome can be quantified (Likelihood given generally only if high or very high confidence) | (4) Data sources Observational evidence (Chapters 2 to 5); Models (Chapter 9) | (5) Type, amount, quality, consistency of evidence from attribution studies and degree of agreement of studies. | (6) Factors contributing to the assessments including physical understanding, observational and modelling uncertainty, and caveats. |
|---|---|---|---|---|---|---|
| 30 | Human contribution to observed warming averaged over available stations over Antarctica. | Low | N/A | Poor observational coverage of Antarctica with most observations around the coast. Detection and attribution studies with CMIP3 and CMIP5 models. | · One optimal detection study, and some modelling studies.<br>· Clear detection in one optimal detection study. | Possible contribution to changes from SAM increase. Residual when SAM induced changes are removed shows warming consistent with expectation due to anthropogenic forcing. High observational uncertainty and sparse data coverage (individual stations only mostly around the coast). (Sections 10.3.1.1.4, 2.4.1.1) |
| 31 | Contribution by forcing to reconstructed European temperature variability over last five centuries. | Medium | N/A | European seasonal temperatures from 1500 onwards. | · One detection and attribution study and several modelling studies.<br>· Clear detection of external forcings in one study; robust volcanic signal seen in several studies (see also Chapter 5). | Robust volcanic response detected in Epoch analyses in several studies. Models reproduce low-frequency evolution when include external forcings. Uncertainty in overall level of variability, uncertainty in reconstruction particularly prior to late 17th century. (Sections 10.7.2, 5.5.1) |
| 32 | Anthropogenic forcing has contributed to temperature change in many sub-continental regions of the world. | High | Likely | Good observational coverage for many regions (e.g., Europe) and poor for others (e.g., Africa, Arctic). Detection and attribution studies with CMIP3 and CMIP5 models. | · A number of detection and attribution studies have analysed temperatures on scales from Giorgi regions to climate model grid box scale.<br>· Many studies agree in showing that an anthropogenic signal is apparent in many sub-continental scale regions. In some sub-continental-scale regions circulation changes may have played a bigger role. | Larger role of internal variability at smaller scales relative to signal of climate change. In some regions observational coverage is poor. Local forcings and feedbacks as well as circulation changes are important in many regions and may not be well simulated in all regions. (Section 10.3.1.1.4, Box 11.2) |
| 33 | Human influence has substantially increased the probability of occurrence of heat waves in some locations. | High | Likely | Good observational coverage for some regions and poor for others (thus biasing studies to regions where observational coverage is good). Coupled modeling studies examining the effects of anthropogonic warming and the probability of occurrence of very warm seasonal temperatures and targeted experiments with models forced with prescribed sea surface temperatures. | · Multi-step attribution studies of some events including the Europe 2003, Western Russia 2010, and Texas 2011 heatwaves have shown an anthropogenic contribution to their occurrence probability, backed up by studies looking at the overall implications of increasing mean temperatures for the probability of exceeding seasonal mean temperature thresholds in some regions.<br>· To infer the probability of a heatwave, extrapolation has to be made from the scales on which most attribution studies have been carried out to the spatial and temporal scales of heatwaves.<br>· Studies agree in finding robust evidence for anthropogenic influence on increase in probability of occurrence of extreme seasonal mean temperatures in many regions. | In some instances, circulation changes could be more important than thermodynamic changes. This could be a possible confounding influence since much of the magnitude (as opposed to the probability of occurrence) of many heat waves is attributable to atmospheric flow anomalies. (Sections 10.6.1, 10.6.2) |

# References

AchutaRao, K. M., B. D. Santer, P. J. Gleckler, K. E. Taylor, D. W. Pierce, T. P. Barnett, and T. M. L. Wigley, 2006: Variability of ocean heat uptake: Reconciling observations and models. *J. Geophys. Res. Oceans*, **111**, C05019.

AchutaRao, K. M., et al., 2007: Simulated and observed variability in ocean temperature and heat content. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 10768–10773.

Ahlmann, H. W., 1948: The present climatic fluctuation. *Geogr. J.*, **112**, 165–195.

Aldrin, M., M. Holden, P. Guttorp, R. B. Skeie, G. Myhre, and T. K. Berntsen, 2012: Bayesian estimation of climate sensitivity based on a simple climate model fitted to observations of hemispheric temperatures and global ocean heat content. *Environmetrics*, **23**, 253–271.

Alekseev, G. V., A. I. Danilov, V. M. Kattsov, S. I. Kuz'mina, and N. E. Ivanov, 2009: Changes in the climate and sea ice of the Northern Hemisphere in the 20th and 21st centuries from data of observations and modeling. *Izvestia Atmospheric and Oceanic Physics*, **45**, 675–686.

Alexander, L. V., and J. M. Arblaster, 2009: Assessing trends in observed and modelled climate extremes over Australia in relation to future projections. *Int. J. Climatol.*, **29**, 417–435.

Allan, R., and T. Ansell, 2006: A new globally complete monthly historical gridded mean sea level pressure dataset (HadSLP2): 1850–2004. *J. Clim.*, **19**, 5816–5842.

Allan, R. P., B. J. Soden, V. O. John, W. Ingram, and P. Good, 2010: Current changes in tropical precipitation. *Environ. Res. Lett.*, **5**, 025205.

Allen, M., 2011: In defense of the traditional null hypothesis: Remarks on the Trenberth and Curry WIREs opinion articles. *WIREs Clim. Change*, **2**, 931–934.

Allen, M. R., and S. F. B. Tett, 1999: Checking for model consistency in optimal fingerprinting. *Clim. Dyn.*, **15**, 419–434.

Allen, M. R., and W. J. Ingram, 2002: Constraints on future changes in climate and the hydrologic cycle. *Nature*, **419**, 224–232.

Allen, M. R., and P. A. Stott, 2003: Estimating signal amplitudes in optimal fingerprinting. Part I: Theory. *Clim. Dyn.*, **21**, 477–491.

Allen, M. R., P. A. Stott, J. F. B. Mitchell, R. Schnur, and T. L. Delworth, 2000: Quantifying the uncertainty in forecasts of anthropogenic climate change. *Nature*, **407**, 617–620.

Allen, M. R., D. J. Frame, C. Huntingford, C. D. Jones, J. A. Lowe, M. Meinshausen, and N. Meinshausen, 2009: Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature*, **458**, 1163–1166.

Allen, M. R., et al., 2006: Quantifying anthropogenic influence on recent near-surface temperature change. *Surv. Geophys.*, **27**, 491–544.

Allen, R. J., S. C. Sherwood, J. R. Norris, and C. S. Zender, 2012: Recent Northern Hemisphere tropical expansion primarily driven by black carbon and tropospheric ozone. *Nature*, **485**, 350–354.

Ammann, C. M., and E. R. Wahl, 2007: The importance of the geophysical context in statistical evaluations of climate reconstruction procedures. *Clim. Change*, **85**, 71–88.

Ammann, C. M., F. Joos, D. S. Schimel, B. L. Otto-Bliesner, and R. A. Tomas, 2007: Solar influence on climate during the past millennium: Results from transient simulations with the NCAR Climate System Model. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 3713–3718.

Andreae, M. O., C. D. Jones, and P. M. Cox, 2005: Strong present-day aerosol cooling implies a hot future. *Nature*, **435**, 1187–1190.

Andrews, O. D., N. L. Bindoff, P. R. Halloran, T. Ilyina, and C. Le Quéré, 2013: Detecting an external influence on recent changes in oceanic oxygen using an optimal fingerprinting method. *Biogeosciences*, **10**, 1799–1813.

Annan, J. D., and J. C. Hargreaves, 2006: Using multiple observationally-based constraints to estimate climate sensitivity. *Geophys. Res. Lett.*, **33**, L06704.

Annan, J. D., and J. C. Hargreaves, 2010: Reliability of the CMIP3 ensemble. *Geophys. Res. Lett.*, **37**, L02703.

Annan, J. D., and J. C. Hargreaves, 2011: On the generation and interpretation of probabilistic estimates of climate sensitivity. *Clim. Change*, **104**, 423–436.

Aoki, S., N. L. Bindoff, and J. A. Church, 2005: Interdecadal water mass changes in the Southern Ocean between 30 degrees E and 160 degrees E. *Geophys. Res. Lett.*, **32**, L07607.

Arkin, P. A., T. M. Smith, M. R. P. Sapiano, and J. Janowiak, 2010: The observed sensitivity of the global hydrological cycle to changes in surface temperature. *Environ. Res. Lett.*, **5**, 035201.

Bal, S., S. Schimanke, T. Spangehl, and U. Cubasch, 2011: On the robustness of the solar cycle signal in the Pacific region. *Geophys. Res. Lett.*, **38**, L14809.

Balachandran, N. K., D. Rind, P. Lonergan, and D. T. Shindell, 1999: Effects of solar cycle variability on the lower stratosphere and the troposphere. *J. Geophys. Res. Atmos.*, **104**, 27321–27339.

Balan Sarojini, B., P. Stott, E. Black, and D. Polson, 2012 Fingerprints of changes in annual and seasonal precipitation from CMIP5 models over land and ocean. *Geophys. Res. Lett.*, **39**, L23706.

Barnett, T. P., D. W. Pierce, and R. Schnur, 2001: Detection of anthropogenic climate change in the world's oceans. *Science*, **292**, 270–274.

Barnett, T. P., D. W. Pierce, K. Achutarao, P. Gleckler, B. Santer, J. Gregory, and W. Washington, 2005: Penetration of human-induced warming into the world's oceans. *Science*, **309**, 284–287.

Barnett, T. P., et al., 2008: Human-induced changes in the hydrology of the western United States. *Science*, **319**, 1080–1083.

Barriopedro, D., R. Garcia-Herrera, and R. Huth, 2008: Solar modulation of Northern Hemisphere blocking. *J. Geophys. Res. Atmos.*, **113**, D14118.

Beenstock, M., Y. Reingewertz, and N. Paldor, 2012: Polynomial cointegration tests of anthropogenic impact on global warming. *Earth Syst. Dyn. Discuss.*, **3**, 561–596.

Bender, F. A. M., A. M. L. Ekman, and H. Rodhe, 2010: Response to the eruption of Mount Pinatubo in relation to climate sensitivity in the CMIP3 models. *Clim. Dyn.*, **35**, 875–886.

Benestad, R. E., and G. A. Schmidt, 2009: Solar trends and global warming. *J. Geophys. Res. Atmos.*, **114**, D14101.

Bengtsson, L., and K. I. Hodges, 2011: On the evolution of temperature trends in the tropical troposphere. *Clim. Dyn.*, **36** 419–430.

Bengtsson, L., V. A. Semenov, and O. M. Johannessen, 2004: The early twentieth-century warming in the Arctic—A possible mechanism. *J. Clim.*, **17**, 4045–4057.

Bengtsson, L., K. I. Hodges, E. Roeckner, and R. Brokopf, 2006: On the natural variability of the pre-industrial European climate. *Clim. Dyn.*, **27**, 743–760.

Berliner, L. M., A. L. Richard, and J. S. Dennis, 2000: Bayesian climate change assessment. *J. Clim.*, **13**, 3805–3820.

Bhend, J., and H. von Storch, 2008: Consistency of observed winter precipitation trends in northern Europe with regional climate change projections. *Clim. Dyn.*, **31**, 17–28.

Bindoff, N. L., and T. J. McDougall, 2000: Decadal changes along an Indian ocean section at 32 degrees S and their interpretation. *J. Phys. Oceanogr.*, **30**, 1207–1222.

Bindoff, N. L., et al., 2007: Observations: Oceanic climate change and sea level. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 385–432.

Bintanja, R., G. J. van Oldenborgh, S. S. Drijfhout, B. Wouters, and C. A. Katsman, 2013: Important role for ocean warming and increased ice-shelf melt in Antarctic sea-ice expansion. *Nature Geosci.*, **6**, 376–379.

Birner, T., 2010: Recent widening of the tropical belt from global tropopause statistics: Sensitivities. *J. Geophys. Res. Atmos.*, **115**, D23109.

Bitz, C. M., and L. M. Polvani, 2012: Antarctic climate response to stratospheric ozone depletion in a fine resolution ocean climate model. *Geophys. Res. Lett.*, **39**, L20705.

Boer, G. J., 2011: The ratio of land to ocean temperature change under global warming *Clim. Dyn.*, **37**, 2253–2270.

Boer, G. J., M. Stowasser, and K. Hamilton, 2007: Inferring climate sensitivity from volcanic events. *Clim. Dyn.*, **28**, 481–502.

Bonfils, C., P. B. Duffy, B. D. Santer, T. M. L. Wigley, D. B. Lobell, T. J. Phillips, and C. Doutriaux, 2008: Identification of external influences on temperatures in California. *Clim. Change*, **87**, S43–S55.

Booth, B. B. B., N. J. Dunstone, P. R. Halloran, T. Andrews, and N. Bellouin, 2012: Aerosols implicated as a prime driver of twentieth-century North Atlantic climate variability. *Nature*, **484**, 228–232.

Bowerman, N. H. A., D. J. Frame, C. Huntingford, J. A. Lowe, and M. R. Allen, 2011: Cumulative carbon emissions, emissions floors and short-term rates of warming: Implications for policy. *Philos. Trans. R. Soc. A*, **369**, 45–66.

Boyer, T. P., S. Levitus, J. I. Antonov, R. A. Locarnini, and H. E. Garcia, 2005: Linear trends in salinity for the World Ocean, 1955–1998. *Geophys. Res. Lett.*, **32**, L01604.

BLM_0074449

Brandt, P., et al., 2010: Changes in the ventilation of the oxygen minimum zone of the tropical North Atlantic. *J. Phys. Oceanogr.*, **40**, 1784–1801.

Brayshaw, D. J., B. Hoskins, and M. Blackburn, 2008: The storm-track response to idealized SST perturbations in an aquaplanet GCM. *J. Atmos. Sci.*, **65**, 2842–2860.

Brohan, P., J. J. Kennedy, I. Harris, S. F. B. Tett, and P. D. Jones, 2006: Uncertainty estimates in regional and global observed temperature changes: A new data set from 1850. *J. Geophys. Res. Atmos.*, **111**, D12106.

Bromwich, D. H., J. P. Nicolas, A. J. Monaghan, M. A. Lazzara, L. M. Keller, G. A. Weidner, and A. B. Wilson, 2013: Central West Antarctica among the most rapidly warming regions on Earth. *Nature Geosci.*, **6**, 139–145.

Brönnimann, S., 2009: Early twentieth-century warming. *Nature Geosci.*, **2**, 735–736.

Brönnimann, S., et al., 2012: A multi-data set comparison of the vertical structure of temperature variability and change over the Arctic during the past 100 year. *Clim. Dyn.*, **39** 1577–1598.

Brown, R. D., and D. A. Robinson, 2011: Northern Hemisphere spring snow cover variability and change over 1922–2010 including an assessment of uncertainty. *Cryosphere*, **5**, 219–229.

Burke, E. J., S. J. Brown, and N. Christidis, 2006: Modeling the recent evolution of global drought and projections for the twenty-first century with the Hadley Centre climate model. *J. Hydrometeorol.*, **7** 1113–1125.

Butchart, N., et al., 2011: Multimodel climate and variability of the stratosphere. *J. Geophys. Res. Atmos.*, **116**, D05102.

Butler, A. H., D. W. Thompson, and R. Heikes, 2010: The steady-state atmospheric circulation response to climate change–like thermal forcings in a simple general circulation model. *J. Clim.*, **23**, 3474–3496.

Cai, M., and K.-K. Tung, 2012: Robustness of dynamical feedbacks from radiative forcing: 2% solar versus 2XCO2 experiments in an idealized GCM. *J. Atmos. Sci.*, **69**, 2256–2271.

Cattiaux, J., R. Vautard, C. Cassou, P. Yiou, V. Masson-Delmotte, and F. Codron, 2010: Winter 2010 in Europe: A cold extreme in a warming climate. *Geophys. Res. Lett.*, **37**, L20704.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov, 2010: Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 21271–21276.

Charlton-Perez, A. J., et al., 2013: On the lack of stratospheric dynamical variability in low-top versions of the CMIP5 models. *J. Geophys. Res. Atmos.*, **118**, 2494–2505.

Chinn, T., S. Winkler, M. J. Salinger, and N. Haakensen, 2005: Recent glacier advances in Norway and New Zealand: A comparison of their glaciological and meteorological causes. *Geograf. Annal. A*, **87**, 141–157.

Christiansen, B., and F. C. Ljungqvist, 2011: Reconstruction of the extratropical NH mean temperature over the last millennium with a method that preserves low-frequency variability. *J. Clim.*, **24**, 6013–6034.

Christidis, N., P. A. Stott, and S. J. Brown, 2011: The role of human activity in the recent warming of extremely warm daytime temperatures. *J. Clim.*, **24**, 1922–1930.

Christidis, N., P. A. Stott, G. C. Hegerl, and R. A. Betts, 2013: The role of land use change in the recent warming of daily extreme temperatures. *Geophys. Res. Lett.*, **40**, 589–594.

Christidis, N., P. A. Stott, F. W. Zwiers, H. Shiogama, and T. Nozawa, 2010: Probabilistic estimates of recent changes in temperature: A multi-scale attribution analysis. *Clim. Dyn.*, **34**, 1139–1156.

Christidis, N., P. A. Stott, F. W. Zwiers, H. Shiogama, and T. Nozawa, 2012a: The contribution of anthropogenic forcings to regional changes in temperature during the last decade. *Clim. Dyn.*, **39**, 1259–1274.

Christidis, N., P. A. Stott, G. S. Jones, H. Shiogama, T. Nozawa, and J. Luterbacher, 2012b: Human activity and anomalously warm seasons in Europe. *Int. J. Climatol.*, **32**, 225–239.

Chung, E. S., B. J. Soden, and B. J. Sohn, 2010: Revisiting the determination of climate sensitivity from relationships between surface temperature and radiative fluxes. *Geophys. Res. Lett.*, **37**, L10703.

Church, J., N. White, and J. Arblaster, 2005: Significant decadal-scale impact of volcanic eruptions on sea level and ocean heat content. *Nature*, **438**, 74–77.

Church, J. A., D. Monselesan, J. M. Gregory, and B. Marzeion, 2013: Evaluating the ability of process based models to project sealevel change. *Environ. Res. Lett.*, **8**, 014051.

Church, J. A., et al., 2011: Revisiting the Earth's sea-level and energy budgets from 1961 to 2008. *Geophys. Res. Lett.*, **38**, L18601.

Chylek, P., and U. Lohmann, 2008a: Reply to comment by Andrey Ganopolski and Thomas Schneider von Deimling on "Aerosol radiative forcing and climate sensitivity deduced from the Last Glacial Maximum to Holocene transition". *Geophys. Res. Lett.*, **35**, L23704.

Chylek, P., and U. Lohmann, 2008b: Aerosol radiative forcing and climate sensitivity deduced from the last glacial maximum to Holocene transition. *Geophys. Res. Lett.*, **35**, L04804.

Chylek, P., U. Lohmann, M. Dubey, M. Mishchenko, R. Kahn, and A. Ohmura, 2007: Limits on climate sensitivity derived from recent satellite and surface observations. *J. Geophys. Res. Atmos.*, **112**, D24S04.

Comiso, J. C., 2012: Large decadal decline in Arctic multiyear ice cover. *J. Clim.*, **25**, 1176–1193.

Comiso, J. C., and F. Nishio, 2008: Trends in the sea ice cover using enhanced and compatible AMSR-E, SSM/I, and SMMR data. *J. Geophys. Res. Oceans*, **113**, C02S07.

Compo, G. P., et al., 2011: The twentieth century reanalysis project. *Q. J. R. Meteorol. Soc.*, **137**, 1–28.

Cordero, E. C., and P. M. D. Forster, 2006: Stratospheric variability and trends in models used for the IPCC AR4. *Atmos. Chem. Phys.*, **6**, 5369–5380.

Crook, J. A., and P. M. Forster, 2011: A balance between radiative forcing and climate feedback in the modeled 20th century temperature response. *J. Geophys. Res. Atmos.*, **116**, D17108.

Crook, J. A., P. M. Forster, and N. Stuber, 2011: Spatial patterns of modeled climate feedback and contributions to temperature response and polar amplification. *J. Clim.*, **24**, 3575–3592.

Curry, J. A., and P. J. Webster, 2011: Climate science and the uncertainty monster. *Bull. Am. Meteorol. Soc.*, **92**, 1667–1682.

Curry, R., B. Dickson, and I. Yashayaev, 2003: A change in the freshwater balance of the Atlantic Ocean over the past four decades. *Nature*, **426**, 826–829

D'Arrigo, R., R. Wilson, and G. Jacoby, 2006: On the long-term context for late twentieth century warming. *J. Geophys. Res. Atmos.*, **111** D03103.

D'Arrigo, R., R. Wilson, and A. Tudhope, 2009: The impact of volcanic forcing on tropical temperatures during the past four centuries. *Nature Geosci.*, **2**, 51–56.

Dai, A., 2011: Drought under global warming: A review. *WIREs Clim. Change*, **2**, 45–65.

Dai, A., 2013: Increasing drought under global warming in observations and models. *Nature Clim. Change*, **3**, 52–58.

Dall'Amico, M., L. J. Gray, K. H. Rosenlof, A. A. Scaife, K. P. Shine, and P. A. Stott, 2010: Stratospheric temperature trends: Impact of ozone variability and the QBO. *Clim. Dyn.*, **34**, 381–398.

Davis, S. M., and K. H. Rosenlof, 2012: A multidiagnostic intercomparison of tropical-width time series using reanalyses and satellite observations. *J. Clim.*, **25**, 1061–1078.

Day, J., J. C. Hargreaves, J. D. Annan, and A. Abe-Ouchi, 2012: Sources of multi-decadal variability in Arctic sea ice extent. *Environ. Res. Lett.*, **7**, 034011.

Dean, S. M., and P. A. Stott, 2009: The effect of local circulation variability on the detection and attribution of New Zealand temperature trends. *J. Clim.*, **22**, 6217–6229.

DelSole, T., M. K. Tippett, and J. Shukla, 2011: A significant component of unforced multidecadal variability in the recent acceleration of global warming. *J. Clim.*, **24**, 909–926.

Delworth, T., V. Ramaswamy, and G. Stenchikov, 2005: The impact of aerosols on simulated ocean temperature trends over the Atlantic in the 20th century. *Geophys. Res. Lett.*, **32**, L24709.

Delworth, T. L., and M. E. Mann, 2000: Observed and simulated multidecadal variability in the Northern Hemisphere. *Clim. Dyn.*, **16**, 661–676.

Deser, C., and H. Teng, 2008: Evolution of Arctic sea ice concentration trends and the role of atmospheric circulation forcing, 1979–2007. *Geophys. Res. Lett.*, **35**, L02504.

Dessler, A. E., 2010: A determination of the cloud feedback from climate variations over the past decade. *Science*, **330**, 1523–1527.

Dessler, A. E., 2011: Cloud variations and the Earth's energy budget. *Geophys. Res. Lett.*, **38**, L19701.

Dickson, R. R., et al., 2000: The Arctic Ocean response to the North Atlantic oscillation. *J. Clim.*, **13**, 2671–2696.

Ding, Q. H., E. J. Steig, D. S. Battisti, and M. Kuttel, 2011: Winter warming in West Antarctica caused by central tropical Pacific warming. *Nature Geosci.*, **4**, 398–403.

BLM_0074450

Doherty, S. J., et al., 2009: Lessons learned from IPCC AR4 scientific developments needed to understand, predict, and respond to climate change. *Bull. Am. Meteorol. Soc.*, **90**, 497–513.

Dole, R., et al., 2011: Was there a basis for anticipating the 2010 Russian heat wave? *Geophys. Res. Lett.*, **38**, L06702.

Domingues, C., J. Church, N. White, P. Gleckler, S. Wijffels, P. Barker, and J. Dunn, 2008: Improved estimates of upper-ocean warming and multi-decadal sea-level rise. *Nature*, **453**, 1090–1093.

Doscher, R., K. Wyser, H. E. M. Meier, M. W. Qian, and R. Redler, 2010: Quantifying Arctic contributions to climate predictability in a regional coupled ocean-ice-atmosphere model. *Clim. Dyn.*, **34**, 1157–1176.

Douglass, D. H., E. G. Blackman, and R. S. Knox, 2004: Corrigendum to: Temperature response of Earth to the annual solar irradiance cycle [Phys. Lett. A 323 (2004) 315]. *Phys. Lett. A*, **325**, 175–176.

Douville, H., A. Ribes, B. Decharme, R. Alkama, and J. Sheffield, 2013: Anthropogenic influence on multidecadal changes in reconstructed global evapotranspiration. *Nature Clim. Change*, **3**, 59–62.

Driscoll, S., A. Bozzo, L. J. Gray, A. Robock, and G. Stenchikov, 2012: Coupled Model Intercomparison Project 5 (CMIP5) simulations of climate following volcanic eruptions. *J. Geophys. Res.*, **117**, D17105.

Drost, F., and D. Karoly, 2012 Evaluating global climate responses to different forcings using simple indices. *Geophys. Res. Lett.*, **39**, L16701.

Drost, F., D. Karoly, and K. Braganza, 2012: Communicating global climate change using simple indices: An update *Clim. Dyn.*, **39**, 989–999.

Duarte, C. M., T. M. Lenton, P. Wadhams, and P. Wassmann, 2012: Abrupt climate change in the Arctic. *Nature Clim. Change*, **2**, 60–62.

Durack, P., S. Wijffels, and R. Matear, 2012: Ocean salinities reveal strong global water cycle intensification during 1950 to 2000. *Science*, **336**, 455–458.

Durack, P. J., and S. E. Wijffels, 2010: Fifty-year trends in global ocean salinities and their relationship to broad-scale warming. *J. Clim.*, **23**, 4342–4362.

Edwards, T. L., M. Crucifix, and S. P. Harrison, 2007: Using the past to constrain the future: How the palaeorecord can improve estimates of global warming. *Prog. Phys. Geogr.*, **31**, 481–500.

Elsner, J. B., 2006: Evidence in support of the climate change—Atlantic hurricane hypothesis. *Geophys. Res. Lett.*, **33**, L16705.

Elsner, J. B., J. P. Kossin, and T. H. Jagger, 2008: The increasing intensity of the strongest tropical cyclones. *Nature*, **455**, 92–95.

Emanuel, K., 2005: Increasing destructiveness of tropical cyclones over the past 30 years. *Nature*, **436**, 686–688.

Emanuel, K., S. Solomon, D. Folini, S. Davis, and C. Cagnazzo, 2013: Influence of tropical tropopause layer cooling on Atlantic hurricane activity. *J. Clim.*, **26**, 2288–2301.

Emerson, S., Y. W. Watanabe, T. Ono, and S. Mecking, 2004: Temporal trends in apparent oxygen utilization in the upper pycnocline of the North Pacific: 1980–2000. *J. Oceanogr.*, **60**, 139–147.

Engle, R. F., and C. W. J. Granger, 1987: Co-integration and error correction: Representation, estimation, and testing. *Econometrica*, **55**, 251–276.

Esper, J., et al., 2012: Orbital forcing of tree-ring data. *Nature Clim. Change*, **2**, 862–866.

Evan, A. T., G. R. Foltz, D. X. Zhang, and D. J. Vimont, 2011: Influence of African dust on ocean-atmosphere variability in the tropical Atlantic. *Nature Geosci.*, **4**, 762–765.

Evan, A. T., D. J. Vimont, A. K. Heidinger, J. P. Kossin, and R. Bennartz, 2009: The role of aerosols in the evolution of tropical North Atlantic Ocean temperature anomalies. *Science*, **324**, 778–781.

Eyring, V., et al., 2013: Long-term changes in tropospheric and stratospheric ozone and associated climate impacts in CMIP5 simulations. *J. Geophys. Res. Atmos.*, doi:10.1002/jgrd.50316.

Eyring, V., et al., 2006: Assessment of temperature, trace species, and ozone in chemistry-climate model simulations of the recent past. *J. Geophys. Res. Atmos.*, **111**, D22308.

Fernández-Donado, L., et al., 2013: Large-scale temperature response to external forcing in simulations and reconstructions of the last millennium. *Clim. Past*, **9**, 393–421.

Fettweis, X., G. Mabille, M. Erpicum, S. Nicolay, and M. Van den Broeke, 2011: The 1958–2009 Greenland ice sheet surface melt and the mid-tropospheric atmospheric circulation. *Clim. Dyn.*, **36**, 139–159.

Fettweis, X., B. Franco, M. Tedesco, J. H. van Angelen, J. T. M. Lenaerts, M. R. van den Broeke, and H. Gallée, 2013: Estimating the Greenland ice sheet surface mass balance contribution to future sea level rise using the regional atmospheric climate model MAR. *Cryosphere*, **7**, 469–489.

Feulner, G., 2011: Are the most recent estimates for Maunder Minimum solar irradiance in agreement with temperature reconstructions? *Geophys. Res. Lett.*, **38**, L16706.

Fischer, E. M., S. I. Seneviratne, P. L. Vidale, D. Luthi, and C. Schar, 2007: Soil moisture –atmosphere interactions during the 2003 European summer heat wave. *J. Clim.*, **20**, 5081–5099.

Fogt, R. L., J. Perlwitz, A. J. Monaghan, D. H. Bromwich, J. M. Jones, and G. J. Marshall, 2009: Historical SAM variability. Part II: Twentieth-century variability and trends from reconstructions, observations, and the IPCC AR4 models. *J. Clim.*, **22**, 5346–5365.

Folland, C. K., et al., 2013 How predictive skill of global surface temperature a year ahead. *Geophys. Res. Lett.*, **40**, 761–767.

Forest, C. E., and R. W. Reynolds, 2008: Climate change—Hot questions of temperature bias. *Nature*, **453**, 601–602.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2006: Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.*, **33**, L01705.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century changes. *Tellus A*, **60**, 911–920.

Forest, C. E., M. R. Allen, P. H. Stone, and A. P. Sokolov, 2000: Constraining uncertainties in climate models using climate change detection techniques. *Geophys. Res. Lett.*, **27**, 569–572.

Forest, C. E., P. H. Stone, A. P. Sokolov, M. R. Allen, and M. D. Webster, 2002: Quantifying uncertainties in climate system properties with the use of recent climate observations. *Science*, **295**, 113–117.

Forster, P., et al., 2007: Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 129–234.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013 Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res. Atmos.*, **118**, 1139–1150.

Forster, P. M., et al., 2011: Stratospheric changes and climate. In: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project-Report No. 52 [P. M. Forster and D. W. J. Thompson (eds.)]. World Meteorological Organization, Geneva, Switzerland, 516 pp.

Forster, P. M. D., and J. M. Gregory, 2006: The climate sensitivity and its components diagnosed from Earth Radiation Budget data. *J. Clim.*, **19**, 39–52.

Foster, G., and S. Rahmstorf, 2011: Global temperature evolution 1979–2010. *Environ. Res. Lett.*, **6**, 044022.

Foster, G., J. D. Annan, G. A. Schmidt, and M. E. Mann, 2008: Comment on "Heat capacity, time constant, and sensitivity of Earth's climate system" by S. E. Schwartz. *J. Geophys. Res. Atmos.*, **113**, D15102.

Fowler, H. J., and R. L. Wilby, 2010: Detecting changes in seasonal precipitation extremes using regional climate model projections: Implications for managing fluvial flood risk. *Water Resour. Res.*, **46**, W03525.

Frame, D. J., D. A. Stone, P. A. Stott, and M. R. Allen, 2006: Alternatives to stabilization scenarios. *Geophys. Res. Lett.*, **33**, L14707.

Frame, D. J., B. B. B. Booth, J. A. Kettleborough, D. A. Stainforth, J. M. Gregory, M. Collins, and M. R. Allen, 2005: Constraining climate forecasts: The role of prior assumptions. *Geophys. Res. Lett.*, **32**, L09702.

Francis, J. A., and S. J. Vavrus 2012: Evidence linking Arctic amplification to extreme weather in mid-latitudes. *Geophys. Res. Lett.*, **39**, L06801.

Frank, D., J. Esper, and E. R. Cook, 2007: Adjustment for proxy number and coherence in a large-scale temperature reconstruction. *Geophys. Res. Lett.*, **34**, L16709.

Frank, D. C., J. Esper, C. C. Raible, U. Buntgen, V. Trouet, B. Stocker, and F. Joos, 2010: Ensemble reconstruction constraints on the global carbon cycle sensitivity to climate. *Nature*, **463**, 527–530.

Franzke, C., 2010: Long-range dependence and climate noise characteristics of Antarctic temperature data. *J. Clim.*, **23**, 6074–6081.

Free, M., 2011: The seasonal structure of temperature trends in the tropical lower stratosphere. *J. Clim.*, **24**, 859–866.

BLM_0074451

**10**

Free, M., and J. Lanzante, 2009: Effect of volcanic eruptions on the vertical temperature profile in radiosonde data and climate models. *J. Clim.*, **22**, 2925–2939.

Friedlingstein, P., et al., 2006: Climate–carbon cycle feedback analysis: Results from the C4MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Frierson, D. M. W., 2006: Robust increases in midlatitude static stability in simulations of global warming. *Geophys. Res. Lett.*, **33**, L24816.

Frierson, D. M. W., J. Lu, and G. Chen, 2007: Width of the Hadley cell in simple and comprehensive general circulation models. *Geophys. Res. Lett.*, **34**, L18804.

Fu, Q., and P. Lin, 2011: Poleward shift of subtropical jets inferred from satellite-observed lower stratospheric temperatures. *J. Clim.*, **24**, 5597–5603.

Fu, Q., S. Solomon and P. Lin, 2010: On the seasonal dependence of tropical lower-stratospheric temperature trends. *Atmos. Chem. Phys.*, **10**, 2643–2653.

Fu, Q., S. Manabe, and C. M. Johanson, 2011: On the warming in the tropical upper troposphere: Models versus observations. *Geophys. Res. Lett.*, **38**, L15704.

Fu, Q., C. M. Johanson, J. M. Wallace, and T. Reichler, 2006: Enhanced mid-latitude tropospheric warming in satellite measurements. *Science*, **312**, 1179–1179.

Fyfe, J. C., 2006: Southern Ocean warming due to human influence. *Geophys. Res. Lett.*, **33**, L19701.

Fyfe, J. C., N. P. Gillett, and D. W. J. Thompson, 2010: Comparing variability and trends in observed and modelled global-mean surface temperature. *Geophys. Res. Lett.*, **37**, L16802.

Fyfe, J. C., N. P. Gillett, and G. J. Marshal, 2012: Human influence on extratropical Southern Hemisphere summer precipitation. *Geophys. Res. Lett.*, **39**, L23711.

Fyke, J., and M. Eby, 2012: Comment on "Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum". *Science*, **337**, 1294.

Ganopolski, A., and T. S. von Deimling, 2008: Comment on "Aerosol radiative forcing and climate sensitivity deduced from the Last Glacial Maximum to Holocene transition" by Petr Chylek and Ulrike Lohmann. *Geophys. Res. Lett.*, **35**, L23703.

Gascard, J. C., et al., 2008: Exploring Arctic transpolar drift during dramatic sea ice retreat. *Eos Trans. Am. Geophys. Union*, **89**, 21–22.

Gay-Garcia, C., F. Estrada, and A. Sanchez, 2009: Global and hemispheric temperature revisited. *Clim. Change*, **94**, 333–349

Giles, K. A., S. W. Laxon, and A. L. Ridout, 2008: Circumpolar thinning of Arctic sea ice following the 2007 record ice extent minimum. *Geophys. Res. Lett.*, **35**, L22502.

Gillett, N. P., and P. A. Stott, 2009: Attribution of anthropogenic influence on seasonal sea level pressure. *Geophys. Res. Lett.*, **36**, L23709.

Gillett, N. A., and J. C. Fyfe, 2013: Annular Mode change in the CMIP5 simulations. *Geophys. Res. Lett.*, **40**, 1189–1193.

Gillett, N. P., R. J. Allan, and T. J. Ansell, 2005: Detection of external influence on sea level pressure with a multi-model ensemble. *Geophys. Res. Lett.*, **32**, L19714.

Gillett, N. P., P. A. Stott, and B. D. Santer, 2008a: Attribution of cyclogenesis region sea surface temperature change to anthropogenic influence. *Geophys. Res. Lett.*, **35**, L09707.

Gillett, N. P., G. C. Hegerl, M. R. Allen, and P. A. Stott, 2000: Implications of changes in the Northern Hemisphere circulation for the detection of anthropogenic climate change. *Geophys. Res. Lett.*, **27**, 993–996.

Gillett, N. P., F. W. Zwiers, A. J. Weaver, and P. A. Stott, 2003: Detection of human influence on sea-level pressure. *Nature*, **422**, 292–294.

Gillett, N. P., H. F. Wehner, S. F. B. Tett, and A. J. Weaver, 2004: Testing the linearity of the response to combined greenhouse and sulfate aerosol forcing. *Geophys. Res. Lett.*, **31**, L14201.

Gillett, N. P., V. K. Arora, G. M. Flato, J. F. Scinocca, and K. von Salzen, 2012: Improved constraints on 21st-century warming derived using 160 years of temperature observations. *Geophys. Res. Lett.*, **39**, L01704.

Gillett, N. P., V. K. Arora, D. Matthews, P. A. Stott, and M. R. Allen, 2013 Constraining the ratio of global warming to cumulative $CO_2$ emissions using CMIP5 simulations. *J. Clim.*, doi:10.1175/JCLI-D-12–00476.1.

Gillett, N. P., et al., 2008b: Attribution of polar warming to human influence. *Nature Geosci.*, **1**, 750–754.

Gillett, N. P., et al., 2011: Attribution of observed changes in stratospheric ozone and temperature. *Atmos. Chem. Phys.*, **11** 599–609.

Gleckler, P. J., T. M. L. Wigley, B. D. Santer, J. M. Gregory, K. AchutaRao, and K. E. Taylor, 2006: Volcanoes and climate: Krakatoa's signature persists in the ocean. *Nature*, **439**, 675–675.

Gleckler, P. J., et al., 2012: Human-induced global ocean warming on multidecadal timescales. *Nature Clim. Change*, **2**, 524–529.

Gong, D., and S. Wang, 1999: Definition of Antarctic oscillation index. *Geophys. Res. Lett.*, **26**, 459–462.

Goosse, H., W. Lefebvre, A. de Montety, E. Crespin, and A. H. Orsi, 2009: Consistent past half-century trends in the atmosphere, the sea ice and the ocean at high southern latitudes. *Clim. Dyn.*, **33**, 999–1016.

Goosse, H., J. Guiot, M. E. Mann, S. Dubinkina, and Y. Sallaz-Damaz, 2012a: The medieval climate anomaly in Europe: Comparison of the summer and annual mean signals in two reconstructions and in simulations with data assimilation. *Global Planet. Change*, **84–85**, 35–47.

Goosse, H., E. Crespin, A. de Montety, M. E. Mann, H. Renssen, and A. Timmermann, 2010: Reconstructing surface temperature changes over the past 600 years using climate model simulations with data assimilation. *J. Geophys. Res. Atmos.*, **115**, D09108.

Goosse, H., et al., 2012b: The role of forcing and internal dynamics in explaining the "Medieval Climate Anomaly". *Clim. Dyn.*, **39**, 2847–2866.

Gouretski, V., and K. Koltermann, 2007: How much is the ocean really warming? *Geophys. Res. Lett.*, **34**, L01610.

Graff, L. S., and J. H. LaCasce, 2012: Changes in the extratropical storm tracks in response to changes in SST in an GCM. *J. Clim.*, **25**, 1854–1870.

Grant, A. N., S. Bronnimann, T. Ewen, T. Griesser, and A. Stickler, 2009: The early twentieth century warm period in the European Arctic. *Meteorol. Z.*, **18** 425–432.

Graversen, R. G., and M. H. Wang, 2009: Polar amplification in a coupled climate model with locked albedo. *Clim. Dyn.*, **33**, 629–643.

Gray, L. J., et al., 2010: Solar influences on climate. *Rev. Geophys.*, **48** RG4001.

Gregory, J. M., 2000: Vertical heat transports in the ocean and their effect on time-dependent climate change. *Clim. Dyn.*, **16**, 501–515.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Gregory, J. M., and P. M. Forster, 2008: Transient climate response estimated from radiative forcing and observed temperature change. *J. Geophys. Res. Atmos.*, **113**, D23105.

Gregory, J. M., J. A. Lowe, and S. F. B. Tett, 2006: Simulated global-mean sea level changes over the last half-millennium. *J. Clim.*, **19**, 4576–4591.

Gregory, J. M., C. D. Jones, P. Cadule, and P. Friedlingstein, 2009: Quantifying carbon cycle feedbacks. *J. Clim.*, **22**, 5232–5250.

Gregory, J. M., R. J. Stouffer, S. C. B. Raper, P. A. Stott, and N. A. Rayner, 2002: An observationally based estimate of the climate sensitivity. *J. Clim.*, **15**, 3117–3121.

Gregory, J. M., H. T. Banks, P. A. Stott, J. A. Lowe, and M. D. Palmer, 2004: Simulated and observed decadal variability in ocean heat content. *Geophys. Res. Lett.*, **31**, L15312.

Gregory, J. M., et al., 2012 Twentieth-century global-mean sea-level rise: Is the whole greater than the sum of the parts? *J. Clim.*, doi:10.1175/JCLI-D-12-00319.1.

Grist, J., et al., 2010: The roles of surface heat flux and ocean heat transport convergence in determining Atlantic Ocean temperature variability. *Ocean Dyn.*, **60**, 771–790.

Haam, E., and K. K. Tung, 2012: Statistics of solar cycle-La Niña connection: Correlation of two autocorrelated time series. *J. Atmos. Sci.*, **69** 2934–2939.

Haigh, J., M. Blackburn, and R. Day, 2005: The response of tropospheric circulation to perturbations in lower-stratospheric temperature. *J. Clim.*, **18**, 3672–3685.

Haigh, J. D., 1996: The impact of solar variability on climate. *Science*, **272** 981–984.

Haimberger, L., C. Tavolato, and S. Sperka, 2012: Homogenization of the global radiosonde temperature dataset through combined comparison with reanalysis background series and neighboring stations. *J. Clim.*, **25**, 8108–8131.

Han, W., et al., 2010: Patterns of Indian Ocean sea-level change in a warming climate. *Nature Geosci.*, **3**, 546–550.

Hanna, E., J. M. Jones, J. Cappelen, S. H. Mernild, L. Wood, K. Steffen, and P. Huybrechts, 2013: The influence of North Atlantic atmospheric and oceanic forcing effects on 1900–2010 Greenland summer climate and ice melt/runoff. *Int. J. Climatol.*, **33**, 862–880.

Hanna, E., et al., 2008: Increased runoff from melt from the Greenland ice sheet: A response to global warming. *J. Clim.*, **21**, 331–341.

Hannart, A., J. L. Dufresne, and P. Naveau, 2009: Why climate sensitivity may not be so unpredictable. *Geophys. Res. Lett.*, **36**, L16707.

Hansen, J., and S. Lebedeff, 1987: Global trends of measured surface air-temperature. *J. Geophys. Res. Atmos.*, **92**, 13345–13372.

Hansen, J., M. Sato, and R. Ruedy, 2012: Perception of climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 14726–14727.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

**10**

BLM_0074452

**10**

Hansen, J., et al., 2005a: Earth's energy imbalance: Confirmation and implications. *Science*, 308, 1431–1435.

Hansen, J., et al., 2005b: Efficacy of climate forcings. *J. Geophys. Res. Atmos.*, 110, D18104.

Hargreaves, J. C., and J. D. Annan, 2009: Comment on 'Aerosol radiative forcing and climate sensitivity deduced from the Last Glacial Maximum to Holocene transition', by P. Chylek and U. Lohmann, Geophys. Res. Lett., doi:10.1029/2007GL032759., 2008. Clim. Past, 5, 143–145.

Hargreaves, J. C., A. Abe-Ouchi, and J. D. Annan, 2007: Linking glacial and future climates through an ensemble of GCM simulations. *Clim. Past*, 3, 77–87.

Hargreaves, J. C., J. D. Annan, M. Yoshimori, and A. Abe-Ouchi, 2012: Can the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, 39, L24702.

Harris, G. R., D. M. H. Sexton, B. B. B. Booth, M. Collins, and J. M. Murphy, 2013: Probabilistic projections of transient climate change. *Clim. Dyn.*, doi:10.1007/s00382-012-1647-y.

Hasselmann, K., 1997: Multi-pattern fingerprint method for detection and attribution of climate change. *Clim. Dyn.*, 13, 601–611.

Hegerl, G., and F. Zwiers, 2011: Use of models in detection and attribution of climate change. *WIRES Clim. Change*, 2, 570–591.

Hegerl, G. J., Luterbacher, F. Gonzalez-Rouco, S. F. B. Tett, T. Crowley, and E. Xoplaki, 2011a: Influence of human and natural forcing on European seasonal temperatures. *Nature Geosci*, 4, 99–103.

Hegerl, G. C., F. W. Zwiers, and C. Tebaldi, 2011b: Patterns of change: Whose fingerprint is seen in global warming? *Environ. Res. Lett.*, 6, 044025.

Hegerl, G. C., F. W. Zwiers, P. A. Stott, and V. V. Kharin, 2004: Detectability of anthropogenic changes in annual temperature and precipitation extremes. *J. Clim.*, 17, 3683–3700.

Hegerl, G. C., T. J. Crowley, W. T. Hyde, and D. J. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, 440, 1029–1032.

Hegerl, G. C., P. Stott, S. Solomon, and F. W. Zwiers, 2011c: Comment on "Climate science and the uncertainty monster by J.A. Curry and P.J. Webster". *Bull. Am. Meteorol. Soc.*, 92, 1683–1685.

Hegerl, G. C., T. J. Crowley, S. K. Baum, K. Y. Kim, and W. T. Hyde, 2003: Detection of volcanic, solar and greenhouse gas signals in paleo-reconstructions of Northern Hemispheric temperature. *Geophys. Res. Lett.*, 30, 1242.

Hegerl, G. C., T. J. Crowley, M. Allen, W. T. Hyde, H. N. Pollack, J. Smerdon, and E. Zorita, 2007a: Detection of human influence on a new, validated 1500-year temperature reconstruction. *J. Clim.*, 20, 650–666.

Hegerl, G. C., et al., 2010: Good practice guidance paper on detection and attribution related to anthropogenic climate change. In: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Detection and Attribution of Anthropogenic Climate Change* [T. F. Stocker, et al. (eds.)]. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland, 8 pp.

Hegerl, G. C., et al., 2007b: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 663–745.

Held, I. M., and B. J. Soden, 2006: Robust responses of the hydrological cycle to global warming. *J. Clim.*, 19, 5686–5699.

Held, I. M., M. Winton, K. Takahashi, T. Delworth, F. R. Zeng, and G. K. Vallis, 2010: Probing the fast and slow components of global warming by returning abruptly to preindustrial forcing. *J. Clim.*, 23, 2418–2427.

Helm, K. P., N. L. Bindoff, and J. A. Church, 2010: Changes in the global hydrological-cycle inferred from ocean salinity. *Geophys. Res. Lett.*, 37, L18701.

Helm, K. P., N. L. Bindoff, and J. A. Church, 2011: Observed decreases in oxygen content of the global ocean. *Geophys. Res. Lett.*, 38, L23602.

Henriksson, S. V., E. Arjas, M. Laine, J. Tamminen, and A. Laaksonen, 2010: Comment on 'Using multiple observationally-based constraints to estimate climate sensitivity' by J. D. Annan and J. C. Hargreaves, *Geophys. Res. Lett.*, doi:10.1029/2005GL025259, 2006. *Clim. Past*, 6, 411–414.

Hidalgo, H. G., et al., 2009: Detection and attribution of streamflow timing changes to climate change in the Western United States. *J. Clim.*, 22, 3838–3855.

Hodge, S. M., D. C. Trabant, R. M. Krimmel, T. A. Heinrichs, R. S. March, and E. G. Josberger, 1998: Climate variations and changes in mass of three glaciers in western North America. *J. Clim.*, 11, 2161–2179.

Hoekema, D. J., and V. Sridhar, 2011: Relating climatic attributes and water resources allocation: A study using surface water supply and soil moisture indices in the Snake River basin, Idaho. *Water Resour. Res.*, 47, W07536.

Hoerling, M., et al. 2003: The perfect ocean for drought. *Science*, 299, 691–694.

Hoerling, M., et al., 2013: Anatomy of an extreme event. *J. Clim.*, 26, 2811–2832.

Hoerling, M. P., J. K. Eischeid, X.-W. Quan, H. F. Diaz, R. S. Webb, R. M. Dole, and D. R. Easterling, 2012: Is a transition to semipermanent drought conditions imminent in the U.S. great plains? *J. Clim.*, 25, 8380–8386.

Holden, P. B., N. R. Edwards, K. I. C. Oliver, T. M. Lenton, and R. D. Wilkinson, 2010: A probabilistic calibration of climate sensitivity and terrestrial carbon change in GENIE-1. *Clim. Dyn.*, 35, 785–806.

Holland, D. M., R. H. Thomas, B. De Young, M. H. Ribergaard, and B. Lyberth, 2008: Acceleration of Jakobshavn Isbrae triggered by warm subsurface ocean waters. *Nature Geosci.*, 1, 659–664.

Hood, L. L., and R. E. Soukharev, 2012: The lower-stratospheric response to 11-yr solar forcing: Coupling to the troposphere-ocean response. *J. Atmos. Sci.*, 69, 1841–1864.

Hosoda, S., T. Suga, N. Shikama, and K. Mizuno, 2009: Global surface layer salinity change detected by Argo and its implication for hydrological cycle intensification. *J. Oceanogr.*, 65, 579–586.

Hu, Y., and Q. Fu, 2007: Observed poleward expansion of the Hadley circulation since 1979. *Atmos. Chem. Phys.*, 7, 5229–5236.

Hu, Y. Y., C. Zhou, and J. P. Liu, 2011: Observational evidence for poleward expansion of the Hadley circulation. *Adv. Atmos. Sci.*, 28, 33–44.

Hu, Y. Y., L. J. Tao, and J. P. Liu, 2013: Poleward expansion of the Hadley circulation in CMIP5 simulations. *Adv. Atmos. Sci.*, 30, 790–795.

Huber, M., and R. Knutti, 2011: Anthropogenic and natural warming inferred from changes in Earth's energy balance. *Nature Geosci.*, 5, 31–36.

Hudson, R. D., M. F. Andrade, M. B. Follette, and A. D. Frolov, 2006: The total ozone field separated into meteorological regimes—Part II: Northern Hemisphere mid-latitude total ozone trends. *Atmos. Chem. Phys.*, 6, 5183–5191.

Huntingford, C., P. A. Stott, M. R. Allen, and F. H. Lambert, 2006: Incorporating model uncertainty into attribution of observed temperature change. *Geophys. Res. Lett.*, 33, L05710.

Huss, M., and A. Bauder, 2009: 20th-century climate change inferred from four long-term point observations of seasonal mass balance. *Ann. Glaciol.*, 50, 207–214.

Huss, M., R. Hock, A. Bauder, and M. Funk, 2010: 100-year mass changes in the Swiss Alps linked to the Atlantic Multidecadal Oscillation. *Geophys. Res. Lett.*, 37, L10501.

Huybers, P., 2010: Compensation between model feedbacks and curtailment of climate sensitivity. *J. Clim.*, 23, 3009–3018.

Imbers, J., A. Lopez, C. Huntingford, and M. R. Allen, 2013: Testing the robustness of the anthropogenic climate change detection statements using different empirical models. *J. Geophys. Res. Atmos.*, doi:10.1002/jgrd.50296.

Ineson, S., A. A. Scaife, J. R. Knight, J. C. Manners, N. M. Dunstone, L. J. Gray, and J. D. Haigh, 2011: Solar forcing of winter climate variability in the Northern Hemisphere. *Nature Geosci.*, 4, 753–757.

Ingram, W. J., 2007: Detection and attribution of climate change, and understanding solar influence on climate. In: *Solar Variability and Planetary Climates* [Y. Calisesi, R.-M. Bonnet , L. Gray , J. Langen, and M. Lockwood (eds.)]. Springer Science+Business Media, New York, NY, USA, and Heidelberg, Germany, pp. 199–211.

IPCC, 2012: Managing the risks of extreme events and disasters to advance climate change adaptation. *A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change* [C. B. Field et al. (eds.)]. *Cambridge University Press, Cambridge, UK, and New York, NY, USA*, 582.

Ishii, M., and M. Kimoto, 2009: Reevaluation of historical ocean heat content variations with time-varying XBT and MBT depth bias corrections. *J. Oceanogr.*, 65, 287–299.

Jackson, J. M., E. C. Carmack, F. A. McLaughlin, S. E. Allen, and R. G. Ingram, 2010: Identification, characterization, and change of the near-surface temperature maximum in the Canada Basin, 1993–2008. *J. Geophys. Res. J. Geophys. Res. Oceans*, 115, C05021.

Jacob, T., J. Wahr, W. T. Pfeffer, and S. Swenson, 2012: Recent contributions of glaciers and ice caps to sea level rise. *Nature*, 482 514–518.

Jacobs, S. S., A. Jenkins, C. F. Giulivi, and P. Dutrieux, 2011: Stronger ocean circulation and increased melting under Pine Island Glacier ice shelf. *Nature Geosci.*, 4, 519–523.

BLM_0074453

Jahn, A., et al., 2012: Late-twentieth-century simulation of Arctic sea-ice and ocean properties in the CCSM4. *J. Clim.*, **25**, 1431–1452.

Johannessen, O. M., et al., 2004: Arctic climate change: Observed and modelled temperature and sea-ice variability *Tellus A*, **56**, 559–560.

Johanson, C. M., and Q. Fu, 2009: Hadley cell widening: Model simulations versus observations. *J. Clim.*, **22**, 2713–2725.

Johnson, G. C., and A. H. Orsi, 1997: Southwest Pacific Ocean water-mass changes between 1968/69 and 1990/91. *J. Clim.*, **10**, 306–316.

Jones, G. S., and P. A. Stott, 2011: Sensitivity of the attribution of near surface temperature warming to the choice of observational dataset. *Geophys. Res. Lett.*, **38**, L21702.

Jones, G. S., S. F. B. Tett, and P. A. Stott, 2003: Causes of atmospheric temperature change 1960–2000: A combined attribution analysis. *Geophys. Res. Lett.*, **30**, 1228.

Jones, G. S., P. A. Stott, and N. Christidis, 2008: Human contribution to rapidly increasing frequency of very warm Northern Hemisphere summers. *J. Geophys. Res. Atmos.*, **113**, D02109.

Jones, G. S., N. Christidis, and P. A. Stott, 2011: Detecting the influence of fossil fuel and bio-fuel black carbon aerosols on near surface temperature changes. *Atmos. Chem. Phys.*, **11** 799–816.

Jones, G. S., M. Lockwood, and P. A. Stott, 2012: What influence will future solar activity changes over the 21st century have on projected global near surface temperature changes ? *J. Geophys. Res. Atmos.*, **117**, D05103.

Jones, G. S., P. A. Stott, and N. Christidis, 2013 Attribution of observed historical near surface temperature variations to anthropogenic and natural causes using CMIP5 simulations. *J. Geophys. Res. Atmos.*, doi:10.1002/jgrd.50239.

Jones, P. D., et al., 2001: Adjusting for sampling density in grid box land and ocean surface temperature time series. *J. Geophys. Res. Atmos.*, **106**, 3371–3380.

Joshi, M. M., and G. S. Jones, 2009: The climatic effects of the direct injection of water vapour into the stratosphere by large volcanic eruptions. *Atmos. Chem. Phys.*, **9**, 6109–6118.

Joughin, I., and R. B. Alley, 2011: Stability of the West Antarctic ice sheet in a warming world. *Nature Geosci.*, **4**, 506–513.

Juckes, M. N., et al., 2007: Millennial temperature reconstruction intercomparison and evaluation. *Clim. Past*, **3**, 591–609.

Jung, M., et al., 2010: Recent decline in the global land evapotranspiration trend due to limited moisture supply. *Nature*, **467**, 951–954.

Jungclaus, J. H., et al., 2010: Climate and carbon-cycle variability over the last millennium. *Clim. Past*, **6**, 723–737.

Kaplan, J. O., K. M. Krumhardt, and N. Zimmermann, 2009: The prehistoric and preindustrial deforestation of Europe. *Quat. Sci. Rev.*, **28**, 3016–3034.

Karoly, D. J., and Q. G. Wu, 2005: Detection of regional surface temperature trends. *J. Clim.*, **18**, 4337–4343.

Karoly, D. J., and P. A. Stott, 2006: Anthropogenic warming of central England temperature. *Atmos. Sci. Lett.*, **7** 81–85.

Karpechko, A. Y., N. P. Gillett, G. J. Marshall, and A. A. Scaife, 2008: Stratospheric influence on circulation changes in the Southern Hemisphere troposphere in coupled climate models. *Geophys. Res. Lett.*, **35**, L20806.

Kattsov, V. M., et al., 2010: Arctic sea-ice change: A grand challenge of climate science. *J. Glaciol.*, **56**, 1115–1121.

Kaufman, D. S., et al., 2009: Recent warming reverses long-term arctic cooling. *Science*, **325**, 1236–1239.

Kaufmann, R. K., and D. I. Stern, 1997: Evidence for human influence on climate from hemispheric temperature relations. *Nature*, **388**, 39–44.

Kaufmann, R. K., and D. I. Stern, 2002: Cointegration analysis of hemispheric temperature relations. *J. Geophys. Res. Atmos.*, **107**, 4012.

Kaufmann, R. K., H. Kauppi, and J. H. Stock, 2006: Emission, concentrations, & temperature: A time series analysis. *Clim. Change*, **77**, 249–278.

Kaufmann, R. K., H. Kauppi, M. L. Mann, and J. H. Stock, 2011: Reconciling anthropogenic climate change with observed temperature 1998–2008. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 11790–11793.

Kaufmann, R. K., H. Kauppi, M. L. Mann, and J. H. Stock, 2013: Does temperature contain a stochastic trend: Linking statistical results to physical mechanisms. *Clim. Change*, doi:10.1007/s10584–012–0683–2.

Kay, A. L., S. M. Crooks, P. Pall, and D. A. Stone, 2011a: Attribution of Autumn/Winter 2000 flood risk in England to anthropogenic climate change: A catchment-based study. *J. Hydrol.*, **406**, 97–112.

Kay, J. E., M. M. Holland, and A. Jahn, 2011b: Inter-annual to multi-decadal Arctic sea ice extent trends in a warming world. *Geophys. Res. Lett.*, **38**, L15708.

Keeling, R. F., and H. E. Garcia, 2002: The change in oceanic $O_2$ inventory associated with recent global warming. *Proc. Natl. Acad. Sci. U.S.A.*, **99**, 7848–7853.

Keeling, R. F., A. Kortzinger, and N. Gruber, 2010: Ocean deoxygenation in a warming world. *Annu. Rev. Mar. Sci.*, **2**, 199–229.

Kettleborough, J. A., B. B. B. Booth, P. A. Stott, and M. R. Allen, 2007: Estimates of uncertainty in predictions of global mean surface temperature. *J. Clim.*, **20**, 843–855.

Kharin, V. V., F. W. Zwiers, X. Zhang, and G. C. Hegerl, 2007: Changes in temperature and precipitation extremes in the IPCC ensemble of global coupled model simulations. *J. Clim.*, **20**, 1419–1444.

Kharin, V. V., F. W. Zwiers, X. Zhang, and M. Wehner, 2013: Changes in temperature and precipitation extremes in the CMIP5 ensemble. *Clim. Change*, doi:10.1007/s10584-013-0705-8.

Kiehl, J. T., 2007: Twentieth century climate model response and climate sensitivity. *Geophys. Res. Lett.*, **34**, L22710.

Kinnard, C., C. M. Zdanowicz, D. A. Fisher, E. Isaksson, A. Vernal, and L. G. Thompson, 2011: Reconstructed changes in Arctic sea ice cover over the past 1450 years. *Nature*, **479**, 509–513.

Kirk-Davidoff, D. B., 2009: On the diagnosis of climate sensitivity using observations of fluctuations. *Atmos. Chem. Phys.*, **9**, 813–822.

Knight, J., et al., 2009: Do global temperature trends over the last decade falsify climate predictions? In: State of the Climate in 2008. *Bull. Am. Meteorol. Soc.*, **90**, S22–S23.

Knight, J. R., C. K. Folland, and A. A. Scaife, 2006: Climate impacts of the Atlantic Multidecadal Oscillation. *Geophys. Res. Lett.*, **33**, L17706.

Knight, J. R., R. J. Allan, C. K. Folland, M. Vellinga, and M. E. Mann, 2005: A signature of persistent natural thermohaline circulation cycles in observed climate. *Geophys. Res. Lett.*, **32**, L20708.

Knutson, T. R., F. Zeng, and A. T. Wittenberg, 2013: Multi-model assessment of regional surface temperature trends. *J. Clim.*, doi:10.1175/JCLI-D-12-00567.1.

Knutson, T. R., et al., 2010: Tropical cyclones and climate change. *Nature Geosci.*, **3**, 157–163.

Knutti, R., 2008: Why are climate models reproducing the observed global surface warming so well? *Geophys. Res. Lett.*, **35**, L18704.

Knutti, R., and G. C. Hegerl, 2008: The equilibrium sensitivity of the Earth's temperature to radiation changes. *Nature Geosci.*, **1**, 735–743.

Knutti, R., and L. Tomassini, 2008: Constraints on the transient climate response from observed global temperature and ocean heat uptake. *Geophys. Res. Lett.*, **35**, L09701.

Knutti, R., S. Krähenmann, D. J. Frame, and M. R. Allen, 2008: Comment on "Heat capacity, time constant, and sensitivity of Earth's climate system" by S. E. Schwartz. *J. Geophys. Res. Atmos.*, **113**, D15103.

Kobashi, T., D. T. Shindell, K. Kodera, J. E. Box, T. Nakaegawa, and K. Kawamura, 2013: On the origin of multidecadal to centennial Greenland temperature anomalies over the past 800 yr. *Clim. Past*, **9**, 583–596.

Kobayashi, T., K. Mizuno, and T. Suga, 2012: Long-term variations of surface and intermediate waters in the southern Indian Ocean along 32°S. *J. Oceanogr.*, **68**, 243–265.

Kodama, C., and T. Iwasaki, 2009: Influence of the SST rise on baroclinic instability wave activity under an aquaplanet condition. *J. Atmos. Sci.*, **66**, 2272–2287.

Kodera, K., 2004: Solar influence on the Indian Ocean monsoon through dynamical processes. *Geophys. Res. Lett.*, **31**, L24209.

Kodera, K., 2006: The role of dynamics in solar forcing. *Space Sci. Rev.*, **23** 319–330.

Kodera, K., and Y. Kuroda, 2002: Dynamical response to the solar cycle. *J. Geophys. Res. Atmos.*, **107**, 4749.

Kodera, K., K. Coughlin, and O. Arakawa, 2007: Possible modulation of the connection between the Pacific and Indian Ocean variability by the solar cycle. *Geophys. Res. Lett.*, **34**, L03710.

Koehler, P., R. Bintanja, H. Fischer, F. Joos, R. Knutti, G. Lohmann, and V. Masson-Delmotte, 2010: What caused Earth's temperature variations during the last 800,000 years? Data-based evidence on radiative forcing and constraints on climate sensitivity. *Quat. Sci. Rev.*, **29**, 129–145.

Korhonen, H., K. S. Carslaw, P. M. Forster, S. Mikkonen, N. D. Gordon, and H. Kokkola, 2010: Aerosol climate feedback due to decadal increases in Southern Hemisphere wind speeds. *Geophys. Res. Lett.*, **37**, L02805.

Krakauer, N. Y., and I. Fung, 2008: Mapping and attribution of change in streamflow in the coterminous United States. *Hydrol. Earth Syst. Sci.*, **12**, 1111–1120.

**10**

BLM_0074454

**10**

Kuhlbrodt, T., and J. M. Gregory, 2012: Ocean heat uptake and its consequences for the magnitude of sea level rise and climate change. *Geophys. Res. Lett.*, **39**, L18608.

Kunkel, K. E., et al., 2008: Observed changes in weather and climate extremes. In: *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands* [G. A. M. T. R. Karl, C. D. Miller, S. J. Hassol, A. M. Waple, and L. W. Murray (eds.)]. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, pp. 35–80.

Kwok, R., and N. Untersteiner, 2011: The thinning of Arctic sea ice. *Physics Today*, **64**, 36–41.

Kwok, R., G. F. Cunningham, M. Wensnahan, I. Rigor, H. J. Zwally, and D. Yi, 2009: Thinning and volume loss of the Arctic Ocean sea ice cover: 2003–2008. *J. Geophys. Res. J. Geophys. Res. Oceans*, **114**, C07005.

L'Heureux, M., A. H. Butler, B. Jha, A. Kumar, and W. Q. Wang, 2010: Unusual extremes in the negative phase of the Arctic Oscillation during 2009. *Geophys. Res. Lett.*, **37**, L10704.

Lamarque, J.-F., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Landrum, L., B. L. Otto-Bliesner, E. R. Wahl, A. Conley, P. J. Lawrence, N. Rosenbloom, and H. Teng, 2013: Last millennium climate and its variability in CCSM4. *J. Clim.*, **26**, 1085–1111.

Langen, P. L., and V. A. Alexeev, 2007: Polar amplification as a preferred response in an idealized aquaplanet GCM. *Clim. Dyn.*, **29**, 305–317.

Latif, M., et al., 2004: Reconstructing, monitoring, and predicting multidecadal-scale changes in the North Atlantic thermohaline circulation with sea surface temperature. *J. Clim.*, **17**, 1605–1614.

Laxon, S. W., et al., 2013: CryoSat-2 estimates of Arctic sea ice thickness and volume. *Geophys. Res. Lett.*, **40**, 732–737.

Lean, J. L., 2006: Comment on "Estimated solar contribution to the global surface warming using the ACRIM TSI satellite composite" by N. Scaffetta and B. J. West. *Geophys. Res. Lett.*, **33**, L15701.

Lean, J., and D. H. Rind, 2008: How natural and anthropogenic influences alter global and regional surface temperatures: 1889 to 2006. *Geophys. Res. Lett.*, **35**, L18701.

Lean, J. L., and D. H. Rind, 2009: How will Earth's surface temperature change in future decades? *Geophys. Res. Lett.*, **36**, L15708.

Leclercq, P. W., and J. Oerlemans, 2011: Global and hemispheric temperature reconstruction from glacier length fluctuations. *Clim. Dyn.*, **38**, 1065–1079.

Ledoit, O., and M. Wolf, 2004: A well-conditioned estimator for large-dimensional covariance matrices. *J. Multivar. Anal.*, **88**, 365–411.

Legras, B., O. Mestre, E. Bard, and P. Yiou, 2010: A critical look at solar-climate relationships from long temperature series. *Clim. Past*, **6**, 745–758.

Leibensperger, E. M., et al., 2012: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 1: Aerosol trends and radiative forcing. *Atmos. Chem. Phys.*, **12**, 3333–3348.

Levitus, S., J. I. Antonov, T. P. Boyer, R. A. Locarnini, H. E. Garcia, and A. V. Mishonov, 2009: Global ocean heat content 1955–2008 in light of recently revealed instrumentation problems. *Geophys. Res. Lett.*, **36**, L07608.

Lewis, N., 2013: An objective Bayesian, improved approach for applying optimal fingerprint techniques to estimate climate sensitivity. *J. Clim.*, doi:10.1175/JCLI-D-12-00473.1.

Li, J. P., and J. L. X. L. Wang, 2003: A modified zonal index and its physical sense. *Geophys. Res. Lett.*, **30**, 1632.

Libardoni, A. G., and C. E. Forest, 2011: Sensitivity of distributions of climate system properties to the surface temperature dataset. *Geophys. Res. Lett.*, **38**, L22705.

Libardoni, A. G., and C. E. Forest, 2013: Correction to "Sensitivity of distributions of climate system properties to the surface temperature dataset". *Geophys. Res. Lett.*, doi:10.1002/grl.50480.

Lin, B., et al., 2010a: Estimations of climate sensitivity based on top-of-atmosphere radiation imbalance. *Atmos. Chem. Phys.*, **10**, 1923–1930.

Lin, P., Q. A. Fu, S. Solomon, and J. M. Wallace, 2010b: Temperature trend patterns in Southern Hemisphere high latitudes: Novel indicators of stratospheric change *J. Clim.*, **22**, 6325–6341.

Lindsay, R. W., J. Zhang, A. Schweiger, M. Steele, and H. Stern, 2009: Arctic sea ice retreat in 2007 follows thinning trend. *J. Clim.*, **22**, 165–176.

Lindzen, R. S., and Y. S. Choi, 2009: On the determination of climate feedbacks from ERBE data. *Geophys. Res. Lett.*, **36**, L16705.

Lindzen, R. S., and Y. S. Choi, 2011: On the observational determination of climate sensitivity and its implications. *Asia-Pacific J. Atmos. Sci.*, **47**, 377–390.

Liu, C., R. P. Allan, and G. J. Huffman, 2012: Co-variation of temperature and precipitation in CMIP5 models and satellite observations. *Geophys. Res. Lett.*, **39**, L13803.

Lockwood, M., 2008: Recent changes in solar outputs and the global mean surface temperature. III. Analysis of contributions to global mean air surface temperature rise. *Proc. R. Soc. London A*, **464**, 1387–1404.

Lockwood, M., 2012: Solar influence on global and regional climates. *Surv. Geophys.*, **33**, 503–534.

Lockwood, M., and C. Fröhlich, 2007: Recent oppositely directed trends in solar climate forcings and the global mean surface air temperature *Proc. R. Soc. London A*, **463**, 2447–2460.

Lockwood, M., and C. Fröhlich, 2008: Recent oppositely directed trends in solar climate forcings and the global mean surface air temperature: II. Different reconstructions of the total solar irradiance variation and dependence on response time scale. *Proc. R. Soc. London A*, **464**, 1367–1385.

Lockwood, M., R. G. Harrison, T. Woollings, and S. K. Solanki, 2010: Are cold winters in Europe associated with low solar activity? *Environ. Res. Lett.*, **5**, 024001.

Loehle, C., and N. Scaffetta, 2011: Climate change attribution using empirical decomposition of climatic data. *Open Atmos. Sci. J.*, **5**, 74–86.

Lott, F. C., et al., 2013: Models versus radiosondes in the free atmosphere: A new detection and attribution analysis of temperature. *J. Geophys. Res. Atmos.*, **118**, 2609–2619.

Lu, J., G. A. Vecchi, and T. Reichler, 2007: Expansion of the Hadley cell under global warming. *Geophys. Res. Lett.*, **34**, L06805.

Lu, J., G. Chen, and D. M. W. Frierson, 2008: Response of the zonal mean atmospheric circulation to El Nino versus global warming. *J. Clim.*, **21**, 5835–5851.

Lu, J., C. Deser, and T. Reichler, 2009: Cause of the widening of the tropical belt since 1958. *Geophys. Res. Lett.*, **36**, L03803.

Lucas, C., H. Nguyen, and B. Timbal, 2012: An observational analysis of Southern Hemisphere tropical expansion. *J. Geophys. Res. Atmos.*, **117**, D17112.

Lunt, D. J., A. M. Haywood, G. A. Schmidt, U. Salzmann, P. J. Valdes, and H. J. Dowsett, 2010: Earth system sensitivity inferred from Pliocene modelling and data. *Nature Geosci.*, **3**, 60–64.

Luterbacher, J., D. Dietrich, E. Xoplaki, M. Grosjean, and H. Wanner, 2004: European seasonal and annual temperature variability, trend, and extremes since 1500. *Science*, **303**, 1499–1503.

Mahajan, S., R. Zhang, and T. L. Delworth, 2011: Impact of the Atlantic Meridional Overturning Circulation (AMOC) on Arctic surface air temperature and sea ice variability. *J. Clim.*, **24**, 6573–6581.

Mahlstein, I., and R. Knutti, 2012 September Arctic sea ice predicted to disappear for 2oC global warming above present. *J. Geophys. Res. Atmos.*, **117**, D06104.

Mahlstein, I., G. Hegerl, and S. Solomon, 2012: Emerging local warming signals in observational data. *Geophys. Res. Lett.*, **39**, L21711.

Mahlstein, I., R. Knutti, S. Solomon, and R. W. Portmann, 2011: Early onset of significant local warming in low latitude countries. *Environ. Res. Lett.*, **6**, 034009.

Manabe, S., and R. T. Wetherald, 1975: The effects of doubling the $CO_2$ concentration on the climate of a General Circulation Model. *J. Atmos. Sci.*, **32**, 3–15.

Mankoff, K. D., S. S. Jacobs, S. M. Tulaczyk, and S. E. Stammerjohn, 2012: The role of Pine Island Glacier ice shelf basal channels in deep water upwelling, polynyas and ocean circulation in Pine Island Bay, Antarctica. *Ann. Glaciol.*, **53**, 123–128.

Mann, M. E., 2011: On long range temperature dependence in global surface temperature series. *Clim. Change*, **107**, 267–276.

Mann, M. E., and K. A. Emanuel, 2006: Atlantic hurricane trends linked to climate change. *Eos Trans. Am. Geophys. Union*, **87**, 233–238.

Mann, M. E., Z. H. Zhang, M. K. Hughes, R. S. Bradley, S. K. Miller, S. Rutherford, and F. B. Ni, 2008: Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 13252–13257.

Mann, M. E., et al., 2009: Global signatures and dynamical origins of the Little Ice Age and medieval climate anomaly. *Science*, **326**, 1256–1260.

Marcott, S. A., J. D. Shakun, P. U. Clark, and A. C. Mix, 2013: A reconstruction of regional and global temperature for the past 11,300 years. *Science*, **339**, 1198–1201

Marzeion, B., and A. Nesje, 2012: Spatial patterns of North Atlantic Oscillation influence on mass balance variability of European glaciers. *Cryosphere*, **6**, 661–673.

BLM_0074455

Maslanik, J. A., C. Fowler, J. Stroeve, S. Drobot, J. Zwally, D. Yi, and W. Emery, 2007: A younger, thinner Arctic ice cover: Increased potential for rapid, extensive sea-ice loss. *Geophys. Res. Lett.*, **34**, L24501.

Maslowski, W., J. Kinney, M. Higgins, and A. Roberts, 2012: The future of Arctic sea ice. *Annu. Rev. Earth Planet. Sci.*, **40**, 625–654.

Massey, N., T. Anna, R. C., F. E. L. Otto, S. Wilson, R. G. Jones, and M. R. Allen, 2012: Have the odds of warm November temperatures and of cold December temperatures in central england changed? *Bull. Am. Meteorol. Soc.*, **93**, 1057–1059.

Mastrandrea, M. D., et al., 2011: Guidance note for lead authors of the IPCC Fifth Assessment Report on consistent treatment of uncertainties. Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland.

Matthes, K., Y. Kuroda, K. Kodera, and U. Langematz, 2006: Transfer of the solar signal from the stratosphere to the troposphere: Northern winter. *J. Geophys. Res. Atmos.*, **111** D06108.

Matthews, H. D., N. P. Gillett, P. A. Stott, and K. Zickfeld, 2009: The proportionality of global warming to cumulative carbon emissions. *Nature*, **459**, 829–U3.

Mazzarella, A., and N. Scafetta, 2012: Evidences for a quasi 60-year North Atlantic Oscillation since 1700 and its meaning for global climate change. *Theor. Appl. Climatol.*, **107**, 599–609.

McCracken, K. G., and J. Beer, 2007: Long-term changes in the cosmic ray intensity at Earth, 1428–2005. *J. Geophys. Res. Space Physics*, **112**, A10101.

McKitrick, R., and L. Tole, 2012: Evaluating explanatory models of the spatial pattern of surface climate trends using model selection and Bayesian averaging methods. *Clim. Dyn.*, **39**, 2867–2882.

McKitrick, R., S. McIntyre, and C. Herman, 2010: Panel and multivariate methods for tests of trend equivalence in climate data series. *Atmos. Sci. Lett.*, **11**, 270–277.

McLandress, C., J. Perlwitz, and T. G. Shepherd, 2012: Comment on "Tropospheric temperature response to stratospheric ozone recovery in the 21st century" by Hu et al., 2011. *Atmos. Chem. Phys.*, **12**, 2533–2540.

McLandress, C., T. G. Shepherd, J. F. Scinocca, D. A. Plummer, M. Sigmond, A. I. Jonsson, and M. C. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II: Southern Hemisphere troposphere. *J. Clim.*, **24**, 1850–1868.

Mecking, S., M. J. Warner, and J. L. Bullister, 2006: Temporal changes in pCFC-12 ages and AOU along two hydrographic sections in the eastern subtropical North Pacific. *Deep-Sea Res. Pt. I*, **53**, 169–187.

Meehl, G. A., and J. M. Arblaster, 2009: A lagged warm event-like response to peaks in solar forcing in the Pacific region. *J. Clim.*, **22**, 3647–3660.

Meehl, G. A., J. M. Arblaster, and C. Tebaldi, 2007a: Contributions of natural and anthropogenic forcing to changes in temperature extremes over the U.S. *Geophys. Res. Lett.*, **34**, L19709.

Meehl, G. A., J. M. Arblaster, G. Branstator, and H. van Loon, 2008: A coupled air-sea response mechanism for solar forcing in the Pacific region. *J. Clim.*, **21** 2883–2897.

Meehl, G. A., W. M. Washington, T. M. L. Wigley, J. M. Arblaster, and A. Dai, 2003: Solar and greenhouse gas forcing and climate response in the 20th century. *J. Clim.*, **16** 426–444.

Meehl, G. A., J. M. Arblaster, K. Matthes, F. Sassi, and H. van Loon, 2009: Amplifying the Pacific climate system response to a small 11-747year solar cycle forcing. *Science*, **325** 1114–1118.

Meehl, G. A., et al., 2007b: Global climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747–846.

Meinshausen, M., et al., 2009: Greenhouse-gas emission targets for limiting global warming to 2°C. *Nature*, **458**, 1158–1162.

Merrifield, M., and M. Maltrud, 2011: Regional sea level trends due to a Pacific trade wind intensification. *Geophys. Res. Lett.*, **38**, L21605.

Meyssignac, B., D. Salas y Melia, M. Becker, W. Llovel, and A. Cazenave, 2012: Tropical Pacific spatial trend patterns in observed sea level: Internal variability and/or anthropogenic signature? *Clim. Past*, **8**, 787–802.

Miller, G. H., R. B. Alley, J. Brigham-Grette, J. J. Fitzpatrick, L. Polyak, M. C. Serreze, and J. W. C. White, 2010: Arctic amplification: Can the past constrain the future? *Quat. Sci. Rev.*, **29**, 1779–1790.

Miller, G. H., et al., 2012: Abrupt onset of the Little Ice Age triggered by volcanism and sustained by sea-ice/ocean feedbacks. *Geophys. Res. Lett.*, **39**, L02708.

Miller, R. L., G. A. Schmidt, and D. T. Shindell, 2006: Forced annular variations in the 20th century intergovernmental panel on climate change fourth assessment report models. *J. Geophys. Res. Atmos.*, **111**, D18101.

Mills, T. C., 2009: How robust is the long-run relationship between temperature and radiative forcing? *Clim. Change*, **94**, 351–361.

Min, S.-K., and A. Hense, 2006: A Bayesian assessment of climate change using multimodel ensembles. Part I: Global mean surface temperature. *J. Clim.*, **19**, 3237–3256.

Min, S.-K., and A. Hense, 2007: A Bayesian assessment of climate change using multimodel ensembles. Part II: Regional and seasonal mean surface temperatures. *J. Clim.*, **20**, 2769–2790.

Min, S.-K., and S.-W. Son, 2013: Multi-model attribution of the Southern Hemisphere Hadley cell widening: Major role of ozone depletion. *J. Geophys. Res. Atmos.*, **118**, 3007–3015.

Min, S.-K., X. B. Zhang, and F. Zwiers, 2008a: Human-induced arctic moistening. *Science*, **320**, 518–520.

Min, S.-K., X. B. Zhang, F. W. Zwiers, and T. Agnew, 2008b: Human influence on Arctic sea ice detectable from early 1990s onwards. *Geophys. Res. Lett.*, **35**, L21701.

Min, S.-K., X. Zhang, F. W. Zwiers, and G. C. Hegerl, 2011: Human contribution to more intense precipitation extremes. *Nature*, **470**, 378–381.

Min, S.-K., X. Zhang, F. W. Zwiers, P. Friederichs, and A. Hense, 2008c: Signal detectability in extreme precipitation changes assessed from twentieth century climate simulations. *Clim. Dyn.*, **32**, 95–111.

Min, S.-K., X. Zhang, F. Zwiers, H. Shiogama, Y.-S. Tung, and M. Wehner, 2013: Multi-model detection and attribution of extreme temperature changes. *J. Clim.*, doi:10.1175/JCLI-D-12-00551.w.

Misios, S., and H. Schmidt, 2012: Mechanisms involved in the amplification of the 11-yr solar cycle signal in the Tropical Pacific ocean. *J. Clim.*, **25**, 5102–5118.

Mitchell, D. M., P. A. Stott, L. J. Gray, F. C. Lott, N. Butchart, S. C. Hardiman, and S. M. Osprey, 2013: The impact of stratospheric resolution on the detectability of climate change signals in the free atmosphere. *Geophys. Res. Lett.*, **40**, 937–942.

Miyazaki, C., and T. Yasunari, 2008: Dominant interannual and decadal variability of winter surface air temperature over Asia and the surrounding oceans. *J. Clim.*, **21**, 1371–1386.

Moberg, A., D. M. Sonechkin, K. Holmgren, N. M. Datsenko, and W. Karlen, 2005: Highly variable Northern Hemisphere temperatures reconstructed from low- and high-resolution proxy data. *Nature*, **433**, 613–617.

Mölg, T., N. J. Cullen, D. R. Hardy, M. Winkler, and G. Kaser, 2009: Quantifying climate change in the tropical midtroposphere over East Africa from glacier shrinkage on Kilimanjaro. *J. Clim.*, **22**, 4162–4181.

Mölg, T., M. Großhauser, A. Hemp, M. Hofer, and B. Marzeion, 2012: Limited forcing of glacier loss through land-cover change on Kilimanjaro. *Nature Clim. Change*, **2**, 254–258.

Morak, S., G. C. Hegerl, and J. Kenyon, 2011: Detectable regional changes in the number of warm nights. *Geophys. Res. Lett.*, **38**, L17703.

Morak, S., G. C. Hegerl, and N. Christidis, 2013: Detectable changes in the frequency of temperature extremes. *J. Clim.*, **26**, 1561–1574.

Morgenstern, O., et al., 2010: Anthropogenic forcing of the Northern Annular Mode in CCMVal-2 models. *J. Geophys. Res. Atmos.*, **115**, D00M03.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res. Atmos.*, **117**, D08101.

Murphy, D. M., and P. M. Forster, 2010: On the accuracy of deriving climate feedback parameters from correlations between surface temperature and outgoing radiation. *J. Clim.*, **23** 4983–4988.

Murphy, D. M., S. Solomon, R. W. Portmann, K. H. Rosenlof, P. M. Forster, and T. Wong, 2009: An observationally based energy balance for the Earth since 1950. *J. Geophys. Res. Atmos.*, **114**, D17107.

Nagato, Y., and H. L. Tanaka, 2012: Global warming trend without the contribution from decadal variability of the Arctic oscillation. *Polar Sci.*, **6**, 15–22.

Nakanowatari, T., K. I. Ohshima, and M. Wakatsuchi, 2007: Warming and oxygen decrease of intermediate water in the northwestern North Pacific, originating from the Sea of Okhotsk, 1955–2004. *Geophys. Res. Lett.*, **34**, L04602.

National Research Council, 2012: *The Effects of Solar Variability on Earth's Climate: A Workshop Report.* The National Academies Press, Washington, DC, 70 pp.

Nesje, A., O. Lie, and S. O. Dahl, 2000: Is the North Atlantic Oscillation reflected in Scandinavian glacier mass balance records? *J. Quat. Sci.*, **15**, 587–601.

10

BLM_0074456

Nghiem, S. V., I. G. Rigor, D. K. Perovich, P. Clemente-Colon, J. W. Weatherly, and G. Neumann, 2007: Rapid reduction of Arctic perennial sea ice. *Geophys. Res. Lett.*, **34**, L19504.

Nguyen, H., B. Timbal, A. Evans, C. Lucas, and I. Smith, 2013: The Hadley circulation in reanalyses: Climatology, variability and change. *J. Clim.*, **26**, 3357–3376.

Noake, K., D. Polson, G. Hegerl, and X. Zhang, 2012: Changes in seasonal land precipitation during the latter 20th Century. *Geophys. Res. Lett.*, **39**, L03706.

North, G. R., and M. J. Stevens, 1998: Detecting climate signals in the surface temperature record. *J. Clim.*, **11**, 563–577.

Notz, D., and J. Marotzke, 2012: Observations reveal external driver for Arctic sea-ice retreat. *Geophys. Res. Lett.*, **39**, L08502.

Nussbaumer, S. U., and H. J. Zumbühl, 2012: The Little Ice Age history of the Glacier des Bossons (Mont Blanc massif, France): A new high-resolution glacier length curve based on historical documents. *Clim. Change*, **111**, 301–334.

O'Gorman, P. A., and T. Schneider, 2008: Energy of midlatitude transient eddies in idealized simulations of changed climates. *J. Clim.*, **21**, 5797–5806.

O'Gorman, P. A., 2010: Understanding the varied response of the extratropical storm tracks to climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19176–19180.

Oerlemans, J., 2005: Extracting a climate signal from 169 glacier records. *Science*, **308**, 675–677.

Olson, R., R. Sriver, M. Goes, N. M. Urban, H. D. Matthews, M. Haran, and K. Keller, 2012: A climate sensitivity estimate using Bayesian fusion of instrumental observations and an Earth System model. *J. Geophys. Res. Atmos.*, **117**, D04010.

Ono, T., T. Midorikawa, Y. W. Watanabe, K. Tadokoro, and T. Saino, 2001: Temporal increases of phosphate and apparent oxygen utilization in the subsurface waters of western subarctic Pacific from 1968 to 1998. *Geophys. Res. Lett.*, **28**, 3285–3288.

Otto-Bliesner, B. L., et al., 2009: A comparison of PMIP2 model simulations and the MARGO proxy reconstruction for tropical sea surface temperatures at last glacial maximum. *Clim. Dyn.*, **32**, 799–815.

Otto, A., et al., 2013: Energy budget constraints on climate response. *Nature Geosci.*, **6**, 415–416.

Otto, F. E. L., N. Massey, G. J. van Oldenborgh, R. G. Jones, and M. R. Allen, 2012: Reconciling two approaches to attribution of the 2010 Russian heat wave. *Geophys. Res. Lett.*, **39**, L04702.

Overland, J. E., 2009: The case for global warming in the Arctic. In: *Influence of Climate Change on the Changing Arctic and Sub-Arctic Conditions. NATO Science for Peace and Security Series C: Environmental Security* [J. C. J. Nihoul and A. G. Kostianoy (eds.)]. Springer Science+Business Media, Dordrecht, Netherlands, pp. 13–23.

Overland, J. E., and M. Wang, 2013: When will the summer arctic be nearly sea ice free? *Geophys. Res. Lett.*, doi:10.1002/grl.50316.

Overland, J. E., M. Wang, and S. Salo, 2008: The recent Arctic warm period. *Tellus A*, **60**, 589–597.

Overland, J. E., K. R. Wood, and M. Wang, 2011: Warm Arctic-cold continents: Climate impacts of the newley open Arctic sea ice. *Polar Res.*, **30**, 15787.

Overland, J. E., J. A. Francis, E. Hanna, and W. M., 2012: The recent shift in early summer Arctic atmospheric circulation. *Geophys. Res. Lett.*, **39**, L19804.

Oza, S. R., R. K. K. Singh, N. K. Vyas, and A. Sarkar, 2011a: Spatio-Temporal analysis of melting onset dates of sea–ice in the Arctic. *Indian J. Geo-Mar. Sci.*, **40**, 497–501.

Oza, S. R., R. K. K. Singh, A. Srivastava, M. K. Dash, I. M. L. Das, and N. K. Vyas, 2011b: Inter-annual variations observed in spring and summer antarctic sea ice extent in recent decade. *Mausam*, **62**, 633–640.

Padilla, L. E., G. K. Vallis, and C. W. Rowley, 2011: Probabilistic estimates of transient climate sensitivity subject to uncertainty in forcing and natural variability. *J. Clim.*, **24**, 5521–5537.

Pagani, M., K. Caldeira, R. Berner, and D. J. Beerling, 2009: The role of terrestrial plants in limiting atmospheric $CO_2$ decline over the past 24 million years. *Nature*, **460**, 85–88.

PAGES 2k Consortium, 2013: Continental-scale temperature variability during the past two millennia. *Nature Geosci.*, **6**, 339–346.

Palastanga, V., G. van der Schrier, S. L. Weber, T. Kleinen, K. R. Briffa, and T. J. Osborn, 2011: Atmosphere and ocean dynamics: Contributors to the Little Ice Age and Medieval Climate Anomaly. *Clim. Dyn.*, **36**, 973–987.

Paleosens Members, 2012: Making sense of palaeoclimate sensitivity. *Nature*, **491**, 683–691.

Pall, P., et al., 2011: Anthropogenic greenhouse gas contribution to UK autumn flood risk. *Nature*, **470**, 382–385.

Palmer, M. D., S. A. Good, K. Haines, N. A. Rayner, and P. A. Stott, 2009: A new perspective on warming of the global oceans. *Geophys. Res. Lett.*, **36**, L20709.

Penner, J. E., M. Wang, A. Kumar, L. Rotstayn, and B. Santer, 2007: Effect of black carbon on mid-troposphere and surface temperature trends. In: *Human-Induced Climate Change: An Interdisciplinary Assessment* [M. Schlesinger, et al. (ed.)], Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 18–33.

Peterson, T. C., P. A. Stott, and S. Herring, 2012: Explaining extreme events of 2011 from a climate perspective. *Bull. Am. Meteorol. Soc.*, **93**, 1041–1067.

Pierce, D. W., T. P. Barnett, B. D. Santer, and P. J. Gleckler, 2009: Selecting global climate models for regional climate change studies. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 8441–8446.

Pierce, D. W., P. J. Gleckler, T. P. Barnett, B. D. Santer, and P. J. Durack, 2012: The fingerprint of human-induced changes in the ocean's salinity and temperature fields. *Geophys. Res. Lett.*, **39**, L21704.

Pierce, D. W., T. P. Barnett, K. AchutaRao, P. Gleckler, J. Gregory, and W. Washington, 2006: Anthropogenic warming of the oceans: Observations and model results. *J. Clim.*, **19**, 1873–1900.

Pierce, D. W., et al., 2008: Attribution of declining Western U.S. snowpack to human effects. *J. Clim.*, **21**, 6425–6444.

Pitman, A. J., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Po-Chedley, S., and Q. Fu, 2012: Discrepancies in tropical upper tropospheric warming between atmospheric circulation models and satellites. *Environ. Res. Lett.*, **7**, 044018.

Poison, D., G. C. Hegerl, X. Zhang, and T. J. Osborn, 2013: Causes of robust seasonal land precipitation changes. *J. Clim.*, doi:10.1175/JCLI-D-12-00474.1.

Polvani, L. M., D. W. Waugh, G. J. P. Correa, and S. W. Son, 2011: Stratospheric ozone depletion: The main driver of twentieth-century atmospheric circulation changes in the southern hemisphere. *J. Clim.*, **24**, 795–812.

Polyakov, I. V., J. E. Walsh, and R. Kwok, 2012: Recent changes of Arctic multiyear sea ice coverage and the likely causes. *Bull. Am. Meteorol. Soc.*, **93**, 145–151.

Polyakov, I. V., U. S. Bhatt, H. L. Simmons, D. Walsh, J. E. Walsh, and X. Zhang, 2005: Multidecadal variability of North Atlantic temperature and salinity during the twentieth century. *J. Clim.*, **18**, 4562–4581.

Polyakov, I. V., et al., 2003: Variability and trends of air temperature and pressure in the maritime Arctic, 1875–2000. *J. Clim.*, **16**, 2067–2077.

Pongratz, J., C. H. Reick, T. Raddatz, and M. Claussen, 2009: Effects of anthropogenic land cover change on the carbon cycle of the last millennium. *Global Biogeochem. Cycles*, **23**, GB4001.

Pritchard, H. D., S. R. M. Ligtenberg, H. A. Fricker, D. G. Vaughan, M. R. van den Broeke, and L. Padman, 2012: Antarctic ice sheet loss driven by basal melting of ice shelves. *Nature*, **484**, 502–505.

Pueyo, S., 2012: Solution to the paradox of climate sensitivity. *Clim. Change*, **113**, 163–179

Quadrelli, R., and J. M. Wallace, 2004: A simplified linear framework for interpreting patterns of Northern Hemisphere wintertime climate variability. *J. Clim.*, **17**, 3728–3744.

Rahmstorf, S., and D. Coumou, 2011: Increase of extreme events in a warming world. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 17905–17909.

Ramaswamy, V., M. D. Schwarzkopf, W. J. Randel, B. D. Santer, B. J. Soden, and G. L. Stenchikov, 2006: Anthropogenic and natural influences in the evolution of lower stratospheric cooling. *Science*, **311**, 1138–1141.

Ramsay, H. A., and A. H. Sobel, 2011: The effects of relative and absolute sea surface temperature on tropical cyclone potential intensity using a single column model. *J. Clim.*, **24**, 183–193.

Randel, W. J., et al., 2009: An update of observed stratospheric temperature trends. *J. Geophys. Res. Atmos.*, **114**, D02107.

Ray, E. A., et al., 2010: Evidence for changes in stratospheric transport and mixing over the past three decades based on multiple data sets and tropical leaky pipe analysis. *J. Geophys. Res. Atmos.*, **115**, D21304.

Rea, W., M. Reale, and J. Brown, 2011: Long memory in temperature reconstructions. *Clim. Change*, **107**, 247–265.

Reichert, B. K., L. Bengtsson, and J. Oerlemans, 2002: Recent glacier retreat exceeds internal variability. *J. Clim.*, **15**, 3069–3081.

Ribes, A., and L. Terray, 2013: Application of regularised optimal fingerprint analysis for attribution. Part II: Application to global near-surface temperature *Clim. Dyn.*, doi:10.1007/s00382-013-1736-6.

BLM_0074457

Ribes, A., J. M. Azais, and S. Planton, 2009: Adaptation of the optimal fingerprint method for climate change detection using a well-conditioned covariance matrix estimate. *Clim. Dyn.*, **33**, 707–722.

Ribes, A., J. M. Azais, and S. Planton, 2010: A method for regional climate change detection using smooth temporal patterns. *Clim. Dyn.*, **35**, 391–406.

Ribes, A., S. Planton, and L. Terray, 2013: Application of regularised optimal fingerprint for attribution. Part I: Method, properties and idealised analysis. *Clim. Dyn.*, doi:10.1007/s00382-013-1735-7.

Rind, D., J. Lean, J. Lerner, P. Lonergan, and A. Leboissitier, 2008: Exploring the stratospheric/tropospheric response to solar forcing. *J. Geophys. Res. Atmos.*, **113** D24103.

Ring, M. J., D. Lindner, E. F. Cross, and M. E. Schlesinger, 2012: Causes of the global warming observed since the 19th century. atmospheric and climate sciences *Atmos. Clim. Sci.*, **2**, 401–415.

Roe, G. H., and M. B. Baker, 2007: Why is climate sensitivity so unpredictable? *Science*, **318**, 629–632.

Roe, G. H., and M. A. O'Neal, 2009: The response of glaciers to intrinsic climate variability: Observations and models of late-Holocene variations in the Pacific Northwest. *J. Glaciol.*, **55**, 839–854.

Roemmich, D., and J. Gilson, 2009: The 2004–2008 mean and annual cycle of temperature, salinity, and steric height in the global ocean from the Argo Program. *Prog. Oceanogr.*, **82**, 81–100.

Rogelj, J., M. Meinshausen, and R. Knutti, 2012: Global warming under old and new scenarios using IPCC climate sensitivity range estimates. *Nature Clim. Change*, **2**, 248–253.

Rohde, R., et al., 2013: A new estimate of the average Earth surface land temperature spanning 1753 to 2011. *Geoinf. Geostat. Overview*, **1**, 1.

Roscoe, H. K., and J. D. Haigh, 2007: Influences of ozone depletion, the solar cycle and the QBO on the Northern Annular Mode. *Q. J. R. Meteorol. Soc.*, **133**, 1855–1864.

Roy, I., and J. D. Haigh, 2010: Solar cycle signals in sea level pressure and sea surface temperature. *Atmos. Chem. Phys.*, **10** 3147–3153.

Roy, I., and J. D. Haigh, 2012: Solar cycle signals in the Pacific and the issue of timings. *J. Atmos. Sci.*, **69** 1446–1451.

Royer, D. L., 2008: Linkages between $CO_2$, climate, and evolution in deep time. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 407–408.

Royer, D. L., R. A. Berner, and J. Park, 2007: Climate sensitivity constrained by $CO_2$ concentrations over the past 420 million years. *Nature*, **446**, 530–532.

Rupp, D. E., P. W. Mote, N. L. Bindoff, P. A. Stott, and D. A. Robinson, 2013: Detection and attribution of observed changes in Northern Hemisphere spring snow cover. *J. Clim.*, doi:10.1175/JCLI-D-12-00563.1.

Rupp, D. E., P. W. Mote, N. Massey, J. R. Cameron, J. Rones, and M. R. Allen, 2012: Did human influence on climate make the 2011 Texas drought more probable? *Bull. Am. Meteorol. Soc.*, **93**, 1052–1054.

Sanso, B., and C. Forest, 2009: Statistical calibration of climate system properties. *J. R. Stat. Soc. C*, **58**, 485–503.

Santer, B. D., W. Bruggemann, U. Cubasch, K. Hasselmann, H. Hock, E. Maierreimer, and U. Mikolajewicz, 1994: Signal-to-noise analysis of time-dependent greenhouse warming experiments: 1. Pattern-analysis. *Clim. Dyn.*, **9**, 267–285.

Santer, B. D., et al., 2009: Incorporating model quality information in climate change detection and attribution studies. *Proc. Natl. Acad. Sci. U.S.A.*, **106** 14778–14783.

Santer, B. D., et al., 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 15248–15253.

Santer, B. D., et al., 2006: Forced and unforced ocean temperature changes in Atlantic and Pacific tropical cyclogenesis regions. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 13905–13910.

Santer, B. D., et al., 2013: Identifying human influences on atmospheric temperature. *Proc. Natl. Acad. Sci. U.S.A.*, **110**, 26–33.

Sato, M., J. E. Hansen, M. P. McCormick, and J. B. Pollack, 1993: Stratospheric aerosol optical depth, 1850–1990. *J. Geophys. Res. Atmos.*, **98**, 22987–22994.

Scafetta, N., and B. J. West, 2007: Phenomenological reconstructions of the solar signature in the Northern Hemisphere surface temperature records since 1600. *J. Geophys. Res. Atmos.*, **112**, D24S03.

Scheff, J., and D. M. W. Frierson, 2012a: Robust future precipitation declines in CMIP5 largely reflect the poleward expansion of the model subtropical dry zones. *Geophys. Res. Lett.*, **39**, L18704.

Scheff, J., and D. M. W. Frierson, 2012b: Twenty-first-century multimodel subtropical precipitation declines are mostly midlatitude shifts. *J. Clim.*, **25**, 4330–4434.

Schlesinger, M. E., and N. Ramankutty, 1994: An oscillation in the global climate system of period 65–70 years. *Nature*, **367**, 723–726.

Schmidt, G., et al., 2012: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.1). *Geosci. Model Dev.*, **5**, 185–191.

Schmidt, G. A., et al, 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geosci. Model Dev.*, **4**, 33–45.

Schmittner, A., et al., 2011: Climate sensitivity estimated from temperature reconstructions of the last glacial maximum. *Science*, **334**, 1385–1388.

Schmittner, A., et al., 2012: Response to comment on "Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum". *Science*, **337** 1294

Schneider, T., and I. M. Held, 2001: Discriminants of twentieth-century changes in earth surface temperatures. *J. Clim.*, **14** 249–254.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schnur, R., and K. I. Hasselmann, 2005: Optimal filtering for Bayesian detection and attribution of climate change. *Clim. Dyn.*, **24**, 45–55.

Schubert, S., et al., 2009: A US CLIVAR project to assess and compare the responses of global climate models to drought-related sst forcing patterns: Overview and results. *J. Clim.*, **22**, 5251–5272.

Schurer, A., G. Hegerl, M. E. Mann, S. F. B. Tett, and S. J. Phipps, 2013: Separating forced from chaotic climate variability over the past millennium. *J. Clim.*, doi:10.1175/JCLI-D-12-00826.1.

Schwartz, S. E., 2007: Heat capacity, time constant, and sensitivity of Earth's climate system. *J. Geophys. Res. Atmos.*, **112**, D24S05.

Schwartz, S. E., 2012: Determination of Earth's transient and equilibrium climate sensitivities from observations over the twentieth century: Strong dependence on assumed forcing. *Surv. Geophys.*, **33** 745–777.

Schwartz, S. E., R. J. Charlson, and H. Rodhe, 2007: Quantifying climate change—too rosy a picture? *Nature Rep. Clim. Change*, doi:10.1038/climate.2007.22, 23–24.

Schwartz, S. E., R. J. Charlson, R. A. Kahn, J. A. Ogren, and H. Rodhe, 2010: Why hasn't Earth warmed as much as expected? *J. Clim.*, **23**, 2453–2464.

Schweiger, A., R. Lindsay, J. Zhang, M. Steele, H. Stern, and R. Kwok, 2011: Uncertainty in modeled Arctic sea ice volume. *J. Geophys. Res. J. Geophys. Res. Oceans*, **116**, C00D06.

Screen, J. A., and I. Simmonds, 2010: Increasing fall-winter energy loss from the Arctic Ocean and its role in Arctic temperature amplification. *Geophys. Res. Lett.*, **37**, L16707.

Seager, R., N. Naik, and G. A. Vecchi, 2010: Thermodynamic and dynamic mechanisms for large-scale changes in the hydrological cycle in response to global warming. *J. Clim.*, **23**, 4651–4668.

Seager, R., Y. Kushnir, C. Herweijer, N. Naik, and J. Velez, 2005: Modeling of tropical forcing of persistent droughts and pluvials over western North America: 1856–2000. *J. Clim.*, **18**, 4065–4088.

Sedlacek, K., and R. Knutti, 2012: Evidence for external forcing on 20th-century climate from combined ocean atmosphere warming patterns. *Geophys. Res. Lett.*, **39**, L20708.

Seidel, D. J., and W. J. Randel, 2007: Recent widening of the tropical belt: Evidence from tropopause observations. *J. Geophys. Res. Atmos.*, **112**, D20113.

Seidel, D. J., Q. Fu, W. J. Randel, and T. J. Reichler, 2008: Widening of the tropical belt in a changing climate. *Nature Geosci.*, **1**, 21–24.

Seidel, D. J., N. P. Gillett, J. R. Lanzante, K. P. Shine, and P. W. Thorne, 2011: Stratospheric temperature trends: Our evolving understanding. *WIREs Clim. Change*, **2**, 592–616.

Seidel, D. J., Y. Zhang, A. Beljaars, J.-C. Golaz, A. R. Jacobson, and B. Medeiros, 2012: Climatology of the planetary boundary layer over the continental United States and Europe. *J. Geophys. Res. Atmos.*, **117**, D17106.

Semenov, V. A., 2008: Influence of oceanic inflow to the Barents Sea on climate variability in the Arctic region. *Doklady Earth Sci.*, **418**, 91–94.

Semmler, T., S. Varghese, R. McGrath, P. Nolan, S. L. Wang, P., and C. O'Dowd, 2008: Regional climate model simulations of North Atlantic cyclones: Frequency and intensity changes. *Clim. Res.*, **36**, 1–16.

Seneviratne, S. I., 2012: Historical drought trends revisited. *Nature*, **491**, 338–339.

Seneviratne, S. I., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth Sci. Rev.*, **99**, 125–161.

**10**

BLM_0074458

Seneviratne, S. I., et al., 2012: Changes in climate extremes and their impacts on the natural physical environment. In: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation.* A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change (IPCC) [C. B. Field et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 109–230.

Serreze, M. C., and J. A. Francis, 2006: The arctic amplification debate. *Clim. Change*, **76**, 241–264.

Serreze, M. C., M. M. Holland, and J. Stroeve, 2007: Perspectives on the Arctic's shrinking sea-ice cover. *Science*, **315**, 1533–1536.

Serreze, M. C., A. P. Barrett, J. C. Stroeve, D. N. Kindig, and M. M. Holland, 2009: The emergence of surface-based Arctic amplification. *Cryosphere*, **3**, 9.

Sexton, D. M. H., J. M. Murphy, M. Collins, and M. J. Webb, 2012: Multivariate probabilistic projections using imperfect climate models part I: Outline of methodology. *Clim. Dyn.*, **38**, 2513–2542.

Sheffield, J., E. F. Wood, and M. Roderick, 2012: Little change in global drought over the past 60 years. *Nature*, **491**, 435–438.

Shindell, D., and G. Faluvegi, 2009: Climate response to regional radiative forcing during the twentieth century. *Nature Geosci.*, **2**, 294–300.

Shindell, D., D. Rind, N. Balachandran, J. Lean, and J. Lonergan, 1999: Solar cycle variability, ozone, and climate. *Science*, **284**, 305–308.

Shindell, D. T., G. A. Schmidt, R. L. Miller, and D. Rind, 2001: Northern Hemisphere winter climate response to greenhouse gas, ozone, solar, and volcanic forcing. *J. Geophys. Res. Atmos.*, **106**, 7193–7210.

Shine, K. P., J. S. Fuglestvedt, K. Hailemariam, and N. Stuber, 2005: Alternatives to the global warming potential for comparing climate impacts of emissions of greenhouse gases. *Clim. Change*, **68**, 281–302.

Shiogama, H., T. Nagashima, T. Yokohata, S. A. Crooks, and T. Nozawa, 2006: Influence of volcanic activity and changes in solar irradiance on surface air temperatures in the early twentieth century. *Geophys. Res. Lett.*, **33**, L09702.

Shiogama, H., D. A. Stone, T. Nagashima, T. Nozawa, and S. Emori, 2012: On the linear additivity of climate forcing-response relationships at global and continental scales. *Int. J. Climatol.*, doi:10.1002/joc.3607.

Sigmond, M., and J. C. Fyfe, 2010: Has the ozone hole contributed to increased Antarctic sea ice extent? *Geophys. Rese. Lett.*, **37**, L18502.

Sigmond, M., M. C. Reader, J. C. Fyfe, and N. P. Gillett, 2011: Drivers of past and future Southern Ocean change: Stratospheric ozone versus greenhouse gas impacts. *Geophys. Res. Lett.*, **38**, L12601.

Simmons, A. J., K. M. Willett, P. D. Jones, P. W. Thorne, and D. P. Dee, 2010: Low-frequency variations in surface atmospheric humidity, temperature, and precipitation: Inferences from reanalyses and monthly gridded observational data sets. *J. Geophys. Res. Atmos.*, **115**, D01110

Skeie, R. B., T. K. Berntsen, G. Myhre, K. Tanaka, M. M. Kvalevåg, and C. R. Hoyle, 2011: Anthropogenic radiative forcing time series from pre-industrial times until 2010. *Atmos. Chem. Phys.*, **11**, 11827–11857.

Smirnov, D. A., and I. I. Mokhov, 2009: From Granger causality to long-term causality: Application to climatic data. *Phys. Rev. E*, **80**, 016208.

Sokolov, A., C. Forest, and P. Stone, 2010: Sensitivity of climate change projections to uncertainties in the estimates of observed changes in deep-ocean heat content. *Clim. Dyn.*, **34**, 735–745.

Solomon, S., P. J. Young, and B. Hassler, 2012: Uncertainties in the evolution of stratospheric ozone and implications for recent temperature changes in the tropical lower stratosphere. *Geophys. Res. Lett.*, **39**, L17706.

Solomon, S., et al., 2007: Technical Summary. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 19–92.

Son, S. W., N. F. Tandon, L. M. Polvani, and D. W. Waugh, 2009: Ozone hole and Southern Hemisphere climate change. *Geophys. Res. Lett.*, **36**, L15705.

Son, S. W., et al., 2008: The impact of stratospheric ozone recovery on the Southern Hemisphere westerly jet. *Science*, **320**, 1486–1489.

Son, S. W., et al., 2010: Impact of stratospheric ozone on Southern Hemisphere circulation change: A multimodel assessment. *J. Geophys. Res. Atmos.*, **115**, D00M07.

SPARC CCMVal, 2010: *SPARC Report on the Evaluation of Chemistry-Climate Models.* SPARC Report No. 5, WCRP-132, WMO/TD-No. 1526, [V. Eyring, T. G. Shepherd and D. W. Waugh (eds.)]. Stratospheric Processes And their Role in Climate. Available at: http://www.atmosp.physics.utoronto.ca/SPARC.

St Jacques, J. M., D. J. Sauchyn, and Y. Zhao, 2010: Northern Rocky Mountain streamflow records: Global warming trends, human impacts or natural variability? *Geophys. Res. Lett.*, **37**, L06407.

Stahl, K., et al., 2010: Streamflow trends in Europe: Evidence from a dataset of near-natural catchments. *Hydrol. Earth Syst. Sci.*, **14**, 2367–2382.

Staten, P. W., J. J. Rutz, T. Reichler, and J. Lu, 2012: Breaking down the tropospheric circulation response by forcing. *Clim. Dyn.*, **39** 2361–2375.

Steig, E. J., and A. J. Orsi, 2013: The heat is on in Antarctica. *Nature Geosci.*, **6** 87–88.

Stenchikov, G., T. L. Delworth, V. Ramaswamy, R. J. Stouffer, A. Wittenberg, and F. Zeng, 2009: Volcanic signals in oceans. *J. Geophys. Res. Atmos.*, **114**, D16104.

Stephens, G. L., and Y. X. Hu, 2010: Are climate-related changes to the character of global-mean precipitation predictable? *Environ. Res. Lett.*, **5**, 025209.

Stephens, G. L., et al., 2010: Dreary state of precipitation in global models. *J. Geophys. Res. Atmos.*, **115**, D24211.

Stern, D. I., 2006: An atmosphere-ocean time series model of global climate change. *Comput. Stat. Data Anal.*, **51**, 1330–1346.

Stone, D. A., and M. R. Allen, 2005: Attribution of global surface warming without dynamical models. *Geophys. Res. Lett.*, **32**, L18711.

Stott, P. A., and J. Kettleborough, 2002: Origins and estimates of uncertainty in predictions of twenty-first century temperature rise *Nature*, **416**, 723–726.

Stott, P. A., and C. E. Forest, 2007: Ensemble climate predictions using climate models and observational constraints. *Philos. Trans. R. Soc. A*, **365**, 2029–2052.

Stott, P. A., and G. S. Jones, 2009: Variability of high latitude amplification of anthropogenic warming. *Geophys. Res. Lett.*, **36**, L10701.

Stott, P. A., and G. S. Jones, 2012: Observed 21st century temperatures further constrain decadal predictions of future warming. *Atmos. Sci. Lett.*, **13**, 151–156.

Stott, P. A., D. A. Stone, and M. R. Allen, 2004: Human contribution to the European heatwave of 2003. *Nature*, **432**, 610–614.

Stott, P. A., R. T. Sutton, and D. M. Smith, 2008a: Detection and attribution of Atlantic salinity changes. *Geophys. Res. Lett.*, **35**, L21702.

Stott, P. A., C. Huntingford, C. D. Jones, and J. A. Kettleborough, 2008b: Observed climate change constrains the likelihood of extreme future global warming. *Tellus B*, **60**, 76–81.

Stott, P. A., G. S. Jones, N. Christidis, F. W. Zwiers, G. Hegerl, and H. Shiogama, 2011: Single-step attribution of increasing frequencies of very warm regional temperatures to human influence. *Atmos. Sci. Lett.*, **12**, 220–227.

Stott, P. A., J. F. B. Mitchell, M. R. Allen, T. L. Delworth, J. M. Gregory, G. A. Meehl, and B. D. Santer, 2006: Observational constraints on past attributable warming and predictions of future global warming. *J. Clim.*, **19**, 3055–3069.

Stott, P. A., N. P. Gillett, G. C. Hegerl, D. J. Karoly, D. A. Stone, X. Zhang, and F. Zwiers, 2010: Detection and attribution of climate change: A regional perspective. *WIREs Clim. Change*, **1**, 192–211.

Stott, P. A., et al., 2013: Attribution of weather and climate-related events. In: *Climate Science for Serving Society: Research, Modelling and Prediction Priorities* [G. R. Asrar and J. W. Hurrell (eds.)]. Springer Science+Business Media, Dordrecht, Netherlands, 477 pp.

Stramma, L., S. Schmidtko, L. Levin, and G. Johnson, 2010: Ocean oxygen minima expansions and their biological impacts. *Deep-Sea Res. Pt. I*, **57**, 587–595.

Stroeve, J., et al., 2008: Arctic Sea ice extent plummets in 2007. *Eos Trans. Am. Geophys. Union*, **89**, 13–14.

Stroeve, J. C., M. C. Serreze, M. M. Holland, J. E. Kay, W. Meier, and A. P. Barrett, 2012a: The Arctic's rapidly shrinking sea ice cover: A research synthesis. *Clim. Change*, **110** 1005–1027.

Stroeve, J. C., V. Kattsov, A. Barrett, M. Serreze, T. Pavlova, M. Holland, and W. N. Meier, 2012b: Trends in Arctic sea ice extent from CMIP5, CMIP3 and observations. *Geophys. Res. Lett.*, **39**, L16502.

Swanson, K. L., G. Sugihara, and A. A. Tsonis, 2009: Long-term natural variability and 20th century climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 16120–16123.

Swart, N. C., and J. C. Fyfe, 2012: Observed and simulated changes in the Southern Hemisphere surface westerly wind-stress. *Geophys. Res. Lett.*, **39**, L16711.

Tanaka, K., T. Raddatz, B. C. O'Neill, and C. H. Reick, 2009: Insufficient forcing uncertainty underestimates the risk of high climate sensitivity. *Geophys. Res. Lett.*, **36** L16709.

BLM_0074459

10

Tapiador, F. J., 2010: A joint estimate of the precipitation climate signal in Europe using eight regional models and five observational datasets. *J. Clim.*, 24, 1719–1738.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, 93, 485–498.

Tedesco, M., J. E. Box, J. Cappellen, T. Mote, R. S. W. van der Wal, and J. Wahr, 2012: Greenland ice sheet. In State of the Climate in 2011. *Bull. Am. Meteorol. Soc.*, 93, S150–S153.

Terray, L., 2012: Evidence for multiple drivers of North Atlantic multi-decadal climate variability. *Geophys. Res. Lett.*, 39, L19712.

Terray, L., L. Corre, S. Cravatte, T. Delcroix, G. Reverdin, and A. Ribes, 2012: Near-Surface salinity as nature's rain gauge to detect human influence on the tropical water cycle. *J. Clim.*, 25, 958–977.

Tett, S. F. B., et al., 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Clim. Dyn.*, 28, 3–34.

Thompson, D. W. J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, 296, 895–899.

Thompson, D. W. J., and S. Solomon, 2009: Understanding recent stratospheric climate change. *J. Clim.*, 22, 1934–1943.

Thompson, D. W. J., J. M. Wallace, P. D. Jones, and J. J. Kennedy, 2009: Identifying signatures of natural climate variability in time series of global-mean surface temperature: Methodology and insights. *J. Clim.*, 22, 6120–6141.

Thorne, P. W., and R. S. Vose, 2010: Reanalyses suitable for characterizing long-term trends. *Bull. Am. Meteorol. Soc.*, 91, 353–361.

Thorne, P. W., et al., 2011: A quantification of uncertainties in historical tropical tropospheric temperature trends from radiosondes. *J. Geophys. Res. Atmos.*, 116, D12116.

Timmermann, A., S. McGregor, and F. F. Jin, 2010: Wind effects on past and future regional sea level trends in the southern Indo-Pacific. *J. Clim.*, 23, 4429–4437.

Timmreck, C., S. J. Lorenz, T. J. Crowley, S. Kinne, T. J. Raddatz, M. A. Thomas, and J. H. Jungclaus, 2009: Limited temperature response to the very large AD 1258 volcanic eruption. *Geophys. Res. Lett.*, 36, L21708.

Ting, M., Y. Kushnir, R. Seager, and C. H. Li, 2009: Forced and internal twentieth-century sst trends in the North Atlantic. *J. Clim.*, 22 1469–1481.

Tomassini, L., P. Reichert, R. Knutti, T. F. Stocker, and M. E. Borsuk, 2007: Robust bayesian uncertainty analysis of climate system properties using Markov chain Monte Carlo methods. *J. Clim.*, 20, 1239–1254.

Trenberth, K., 2011a: Attribution of climate variations and trends to human influences and natural variability. *WIREs Clim. Change*, 2, 925–930.

Trenberth, K., 2011b: Changes in precipitation with climate change. *Clim. Research*, 47, 123–138.

Trenberth, K. E., and D. J. Shea, 2006: Atlantic hurricanes and natural variability in 2005. *Geophys. Res. Lett.*, 33, L12704.

Trenberth, K. E., and J. T. Fasullo, 2012: Climate extremes and climate change: The Russian heat wave and other climate extremes of 2010. *J. Geophys. Res. Atmos.*, 117, D17103.

Trenberth, K. E., J. T. Fasullo, C. O'Dell, and T. Wong, 2010: Relationships between tropical sea surface temperature and top-of-atmosphere radiation. *Geophys. Res. Lett.*, 37, L03702.

Tung, K.-K., and J. Zhou, 2010: The Pacific's response to surface heating in 130 yr of SST: La Niña-like or El Niño-like? *J. Atmos. Sci.*, 67, 2649–2657.

Tung, K.-K., and J. Zhou, 2013: Using data to attribute episodes of warming and cooling in instrumental records. *Proc. Natl. Acad. Sci. U.S.A.*, 110 2058–2063.

Tung, K. K., J. S. Zhou, and C. D. Camp, 2008: Constraining model transient climate response using independent observations of solar-cycle forcing and response. *Geophys. Res. Lett.*, 35 L17707.

Turner, J., T. J. Bracegirdle, T. Phillips, G. J. Marshall, and J. S. Hosking, 2013: An initial assessment of Antarctic sea ice extent in the CMIP5 models. *J. Clim.*, 26, 1473–1484.

Turner, J., et al., 2005: Antarctic change during the last 50 years. *Int. J. Climatol.*, 25, 1147–1148.

Turner, J., et al., 2009: Non-annular atmospheric circulation change induced by stratospheric ozone depletion and its role in the recent increase of Antarctic sea ice extent. *Geophys. Res. Lett.*, 36, L08502.

Ulbrich, U., G. C. Leckebusch, and J. G. Pinto, 2009: Extra-tropical cyclones in the present and future climate: A review. *Theor. Appl. Climatol.*, 96, 117–131.

Urban, N. M., and K. Keller, 2009: Complementary observational constraints on climate sensitivity. *Geophys. Res. Lett.*, 36, L04708.

van der Schrier, G., P. D. Jones, and K. R. Briff, 2011: The sensitivity of the PDSI to the Thornthwaite and Penman-Monteith parameterizations for potential evapotranspiration. *J. Geophys. Res. Atmos.*, 116, D03106.

van Loon, H., and G. A. Meehl, 2008: The response in the Pacific to the sun's decadal peaks and contrasts to cold events in the Southern Oscillation. *J. Atmos. Sol. Terres. Phys.*, 70 1046–1055.

van Loon, H., and G. A. Meehl, 2012: The Indian summer monsoon during peaks in the 11 year sunspot cycle. *Geophys. Res. Lett.*, 39 L13701.

van Loon, H., G. A. Meehl, and D. J. Shea, 2007: Coupled air-sea response to solar forcing in the Pacific region during northern winter. *J. Geophys. Res. Atmos.*, 112, D02108.

van Oldenborgh, G. J., A. van Urk, and M. Allen, 2012: The absence of a role of climate change in the 2011 Thailand floods. *Bull. Am. Meteorol. Soc.*, 93, 1047–1049.

van Oldenborgh, G. J., F. J. Doblas Reyes, S. S. Drijfhout, and E. Hawkins, 2013: Reliability of regional climate model ensembles. *Environ. Res. Lett.*, 8, 014055.

Vecchi, G. A., and B. J. Soden, 2007: Global warming and the weakening of the tropical circulation. *J. Clim.*, 20, 4316–4340.

Vecchi, G. A., K. L. Swanson, and B. J. Soden, 2008: Whither hurricane activity. *Science*, 322, 687–689

Veryard, H. G., 1963: A review of studies on climate fluctuations during the period of the meteorological. *Changes of Climate: Proceedings of the Rome Symposium Organised by UNESCO and WMO*, pp. 3–15.

Villarini, G., and G. A. Vecchi, 2012: Twenty-first-century projections of North Atlantic tropical storms from CMIP5 models. *Nature Clim. Change*, 2, 604–607.

Villarini, G., and G. A. Vecchi, 2013: Projected increases in North Atlantic tropical cyclone intensity from CMIP5 models. *J. Clim.*, 26, 3231–3240.

Visser, H., and A. C. Petersen, 2012: Inference on weather extremes and weather related disasters: A review of statistical methods. *Clim. Past*, 8 265–286.

von Schuckmann, K., F. Gaillard, and P. Y. Le Traon, 2009: Global hydrographic variability patterns during 2003–2008. *J. Geophys. Res. J. Geophys. Res. Oceans*, 114, C09007.

Vorosmarty, C., L. Hinzman, and J. Pundsack, 2008: Introduction to special section on changes in the arctic freshwater system: Identification, attribution, and impacts at local and global scales. *J. Geophys. Res. Biogeosci.*, 113, G01S91.

Vuille, M., G. Kaser, and I. Juen, 2008: Glacier mass balance variability in the Cordillera Blanca, Peru and its relationship with climate and the large-scale circulation. *Global Planet. Change*, 62, 14–28.

Walker, R. T., T. K. Dupont, D. M. Holland, B. R. Parizek, and R. B. Alley, 2009: Initial effects of oceanic warming on a coupled ocean-ice shelf-ice stream system. *Earth Planet. Sci. Lett.*, 287, 483–487.

Wan, H., X. Zhang, F. W. Zwiers, and H. Shiogama, 2013: Effect of data coverage on the estimation of mean and variability of precipitation at global and regional scales. *J. Geophys. Res. Atmos.*, 118, 534–546.

Wang, D. B., and M. Hejazi, 2011: Quantifying the relative contribution of the climate and direct human impacts on mean annual streamflow in the contiguous United States. *Water Resour. Res.*, 47, W00J12.

Wang, J., and X. Zhang, 2008: Downscaling and projection of winter extreme daily precipitation over North America. *J. Clim.*, 21, 923–937.

Wang, J., et al., 2009a: Is the Dipole Anomaly a major driver to record lows in Arctic summer sea ice extent? *Geophys. Res. Lett.*, 36, L05706.

Wang, M., and J. E. Overland, 2012: A sea ice free summer Arctic within 30 years: An update from CMIP5 models. *Geophys. Res. Lett.*, 39, L18501.

Wang, M. Y., and J. E. Overland, 2009: A sea ice free summer Arctic within 30 years? *Geophys. Res. Lett.*, 36, L07502.

Wang, M. Y., J. E. Overland, V. Kattsov, J. E. Walsh, X. D. Zhang, and T. Pavlova, 2007: Intrinsic versus forced variation in coupled climate model simulations over the Arctic during the twentieth century. *J. Clim.*, 20 1093–1107.

Wang, X. L., V. R. Swail, F. W. Zwiers, X. Zhang, and Y. Feng, 2009b: Detection of external influence on trends of atmospheric storminess and northern oceans wave heights. *Clim. Dyn.*, 32, 189–203.

Wassmann, P., C. M. Duarte, S. Agusti, and M. K. Sejr, 2011: Footprints of climate change in the Arctic marine ecosystem. *Global Change Biol.*, 17, 1235–1249.

Wen, Q. H., X. Zhang, Y. Xu, and B. Wang, 2013: Detecting human influence on extreme temperatures in China. *Geophys. Res. Lett.*, 40, 1171–1176.

Wentz, F. J., L. Ricciardulli, K. Hilburn, and C. Mears, 2007: How much more rain will global warming bring? *Science*, 317 233–235.

Westra, S., L. V. Alexander, and F. W. Zwiers, 2013: Global increasing trends in annual maximum daily precipitation. *J. Clim.*, doi:10.1175/JCLI-D-12-00502.1.

10

BLM_0074460

White, W. B., and Z. Y. Liu, 2008: Non-linear alignment of El Nino to the 11-yr solar cycle. *Geophys. Res. Lett.*, **35**, L19607.

Wigley, T. M. L., and B. D. Santer, 2013: A probabilistic quantification of the anthropogenic component of twentieth century global warming. *Clim. Dyn.*, **40**, 1087–1102.

Wigley, T. M. L., C. M. Ammann, B. D. Santer, and K. E. Taylor, 2005: Comment on "Climate forcing by the volcanic eruption of Mount Pinatubo" by David H. Douglass and Robert S. Knox. *Geophys. Res. Lett.*, **32**, L20709.

Wijffels, S., et al., 2008: Changing expendable bathythermograph fall rates and their impact on estimates of thermosteric sea level rise. *J. Clim.*, **21**, 5657–5672.

Wilcox, L. J., B. J. Hoskins, and K. P. Shine, 2012: A global blended tropopause based on ERA data. Part II: Trends and tropical broadening. *Q. J. R. Meteorol. Soc.*, **138**, 576–584.

Willett, K. M., N. P. Gillett, P. D. Jones, and P. W. Thorne, 2007: Attribution of observed surface humidity changes to human influence. *Nature*, **449**, 710–712

Willett, K. M., P. D. Jones, N. P. Gillett, and P. W. Thorne, 2008: Recent changes in surface humidity: Development of the HadCRUH dataset. *J. Clim.*, **21**, 5364–5383.

Wilson, D., H. Hisdal, and D. Lawrence, 2010: Has streamflow changed in the Nordic countries? Recent trends and comparisons to hydrological projections. *J. Hydrol.*, **394**, 334–346.

WMO (World Meteorological Organization), 2011: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project–Report No. 52, World Meterological Organization, Geneva, Switzerland, 516 pp.

Wong, A. P. S., N. L. Bindoff, and J. A. Church, 1999: Large-scale freshening of intermediate waters in the Pacific and Indian oceans. *Nature*, **400**, 440–443.

Wood, K. R., and J. E. Overland, 2010: Early 20th century Arctic warming in retrospect. *Int. J. Climatol.*, **30**, 1269–1279.

Woollings, T., 2008: Vertical structure of anthropogenic zonal-mean atmospheric circulation change. *Geophys. Res. Lett.*, **35**, L19702.

Woollings, T., M. Lockwood, G. Masato, C. Bell, and L. J. Gray, 2010: Enhanced signatures of solar variability in Eurasian winter climate. *Geophys. Res. Lett.*, **37** L20805.

Wu, Q. G., and D. J. Karoly, 2007: Implications of changes in the atmospheric circulation on the detection of regional surface air temperature trends. *Geophys. Res. Lett.*, **34**, L08703.

Wu, Z. H., N. E. Huang, J. M. Wallace, B. V. Smoliak, and X. Y. Chen, 2011: On the time-varying trend in global-mean surface temperature. *Clim. Dyn.*, **37** 759–773.

Xie, S.-P., C. Deser, G. A. Vecchi, J. Ma, H. Teng, and A. T. Wittenberg, 2010: Global warming pattern formation: Sea surface temperature and rainfall. *J. Clim.*, **23**, 966–986.

Yamaguchi, S., R. Naruse, and T. Shiraiwa, 2008: Climate reconstruction since the Little Ice Age by modelling Koryto glacier, Kamchatka Peninsula, Russia. *J. Glaciol.*, **54**, 125–130.

Yang, X., J. C. Fyfe, and G. M. Flato, 2010: The role of poleward energy transport in Arctic temperature. *Geophys. Res. Lett.*, **37**, L14803.

Yiou, P., R. Vautard, P. Naveau, and C. Cassou, 2007: Inconsistency between atmospheric dynamics and temperatures during the exceptional 2006/2007 fall/winter and recent warming in Europe. *Geophys. Res. Lett.*, **34**, L21808.

Yoshimori, M., and A. J. Broccoli, 2008: Equilibrium response of an atmosphere-mixed layer ocean model to different radiative forcing agents: Global and zonal mean response. *J. Clim.*, **21**, 4399–4423.

Young, P. J., et al., 2012: Agreement in late twentieth century Southern Hemisphere stratospheric temperature trends in observations and CCMVal-2, CMIP3 and CMIP5 models. *J. Geophys. Res. Atmos.*, **118** 605–613.

Zhang, J., R. Lindsay, A. Schweiger, and M. Steele, 2013: The impact of an intense summer cyclone on 2012 Arctic sea ice retreat. *Geophys. Res. Lett.*, **40**, 720–726.

Zhang, J. L., 2007: Increasing Antarctic sea ice under warming atmospheric and oceanic conditions. *J. Clim.*, **20**, 2515–2529.

Zhang, R., and T. L. Delworth, 2009: A new method for attributing climate variations over the Atlantic Hurricane Basin's main development region. *Geophys. Res. Lett.*, **36**, L06701.

Zhang, R., et al., 2012: Have aerosols caused the observed Atlantic Multidecadal Variability? *J. Atmos. Sci.*, **70**, 1135–1144.

Zhang, X. B., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–465.

Zhang, X. D., A. Sorteberg, J. Zhang, R. Gerdes, and J. C. Comiso, 2008: Recent radical shifts of atmospheric circulations and rapid changes in Arctic climate system. *Geophys. Res. Lett.*, **35**, L22701.

Zhou, J., and K.-K. Tung, 2013a: Deducing multidecadal anthropogenic global warming trends using multiple regression analysis. *J. Atmos. Sci.*, **70**, 3–8.

Zhou, J., and K.-K. Tung, 2013b: Observed tropospheric temperature response to 11-yr solar cycle and what it reveals about mechanisms. *J. Atmos. Sci.*, **70**, 9–14.

Zhou, Y., and G. Ren, 2011: Change in extreme temperature event frequency over mainland China, 1961–2008. *Climate Research*, **50**, 125–139.

Zickfeld, K., M. Eby, H. D. Matthews, and A. J. Weaver, 2009: Setting cumulative emissions targets to reduce the risk of dangerous climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 16129–16134.

Zickfeld, K., et al., 2013: Long-term climate change commitment and reversibility: An EMIC intercomparison. *J. Clim.*, doi:10.1175/JCLI-D-12–00584.1.

Zorita, E., T. F. Stocker, and H. von Storch, 2008: How unusual is the recent series of warm years? *Geophys. Res. Lett.*, **35**, L24706.

Zunz, V., H. Goosse, and F. Massonnet, 2013: How does internal variability influence the ability of CMIP5 models to reproduce the recent trend in Southern Ocean sea ice extent? *Cryosphere*, **7**, 451–468.

Zwiers, F. W., X. Zhang, and Y. Feng, 2011: Anthropogenic influence on long return period daily temperature extremes at regional scales. *J. Clim.*, **24**, 881–892.

**10**

# 11

# Near-term Climate Change: Projections and Predictability

**Coordinating Lead Authors:**

Ben Kirtman (USA), Scott B. Power (Australia)

**Lead Authors:**

Akintayo John Adedoyin (Botswana), George J. Boer (Canada), Roxana Bojariu (Romania), Ines Camilloni (Argentina), Francisco Doblas-Reyes (Spain), Arlene M. Fiore (USA), Masahide Kimoto (Japan), Gerald Meehl (USA), Michael Prather (USA), Abdoulaye Sarr (Senegal), Christoph Schär (Switzerland), Rowan Sutton (UK), Geert Jan van Oldenborgh (Netherlands), Gabriel Vecchi (USA), Hui-Jun Wang (China)

**Contributing Authors:**

Nathaniel L. Bindoff (Australia), Philip Cameron-Smith (USA/New Zealand), Yoshimitsu Chikamoto (USA/Japan), Olivia Clifton (USA), Susanna Corti (Italy), Paul J. Durack (USA/Australia), Thierry Fichefet (Belgium), Javier García-Serrano (Spain), Paul Ginoux (USA), Lesley Gray (UK), Virginie Guemas (Spain/France), Ed Hawkins (UK), Marika Holland (USA), Christopher Holmes (USA), Johnna Infanti (USA), Masayoshi Ishii (Japan), Daniel Jacob (USA), Jasmin John (USA), Zbigniew Klimont (Austria/Poland), Thomas Knutson (USA), Gerhard Krinner (France), David Lawrence (USA), Jian Lu (USA/Canada), Daniel Murphy (USA), Vaishali Naik (USA/India), Alan Robock (USA), Luis Rodrigues (Spain/Brazil), Jan Sedláček (Switzerland), Andrew Slater (USA/Australia), Doug Smith (UK), David S. Stevenson (UK), Bart van den Hurk (Netherlands), Twan van Noije (Netherlands), Steve Vavrus (USA), Apostolos Voulgarakis (UK/Greece), Antje Weisheimer (UK/Germany), Oliver Wild (UK), Tim Woollings (UK), Paul Young (UK)

**Review Editors:**

Pascale Delecluse (France), Tim Palmer (UK), Theodore Shepherd (Canada), Francis Zwiers (Canada)

This chapter should be cited as:

Kirtman, B., S.B. Power, J.A. Adedoyin, G.J. Boer, R. Bojariu, I. Camilloni, F.J. Doblas-Reyes, A.M. Fiore, M. Kimoto, G.A. Meehl, M. Prather, A. Sarr, C. Schär, R. Sutton, G.J. van Oldenborgh, G. Vecchi and H.J. Wang, 2013: Near-term Climate Change: Projections and Predictability. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0074462

# Table of Contents

**Executive Summary** ................................................................. 955

**11.1   Introduction** .................................................................. 958

   **Box 11.1: Climate Simulation, Projection, Predictability and Prediction** ................................................................ 959

**11.2   Near-term Predictions** .............................................. 962

   11.2.1   Introduction ................................................... 962

   11.2.2   Climate Prediction on Decadal Time Scales .............. 965

   11.2.3   Prediction Quality ........................................... 966

**11.3   Near-term Projections** .............................................. 978

   11.3.1   Introduction ................................................... 978

   11.3.2   Near-term Projected Changes in the Atmosphere and Land Surface ............................................... 980

   11.3.3   Near-term Projected Changes in the Ocean ............. 993

   11.3.4   Near-term Projected Changes in the Cryosphere....... 995

   11.3.5   Projections for Atmospheric Composition and Air Quality to 2100 .......................................... 996

   11.3.6   Additional Uncertainties in Projections of Near-term Climate.............................................. 1004

   **Box 11.2: Ability of Climate Models to Simulate Observed Regional Trends** .............................................. 1013

**References** ............................................................................ 1015

**Frequently Asked Questions**

   FAQ 11.1   **If You Cannot Predict the Weather Next Month, How Can You Predict Climate for the Coming Decade?** ................................................... 964

   FAQ 11.2   **How Do Volcanic Eruptions Affect Climate and Our Ability to Predict Climate?** ......................... 1008

**11**

BLM_0074463

## Executive Summary

*This chapter assesses the scientific literature describing expectations for near-term climate (present through mid-century). Unless otherwise stated, 'near-term' change and the projected changes below are for the period 2016–2035 relative to the reference period 1986–2005. Atmospheric composition (apart from $CO_2$; see Chapter 12) and air quality projections through to 2100 are also assessed.*

### Decadal Prediction

The nonlinear and chaotic nature of the climate system imposes natural limits on the extent to which skilful predictions of climate statistics may be made. Model-based 'predictability' studies, which probe these limits and investigate the physical mechanisms involved, support the potential for the skilful prediction of annual to decadal average temperature and, to a lesser extent precipitation.

**Predictions for averages of temperature, over large regions of the planet and for the global mean, exhibit positive skill when verified against observations for forecast periods up to ten years (***high confidence***[1]).** Predictions of precipitation over some land areas also exhibit positive skill. Decadal prediction is a new endeavour in climate science. The level of quality for climate predictions of annual to decadal average quantities is assessed from the past performance of initialized predictions and non-initialized simulations. {11.2.3, Figures 11.3 and 11.4}

In current results, observation-based initialization is the dominant contributor to the skill of predictions of annual mean temperature for the first few years and to the skill of predictions of the global mean surface temperature and the temperature over the North Atlantic, regions of the South Pacific and the tropical Indian Ocean for longer periods (*high confidence*). Beyond the first few years the skill for annual and multi-annual averages of temperature and precipitation is due mainly to the specified radiative forcing (*high confidence*). {Section 11.2.3, Figures 11.3 to 11.5}

### Projected Changes in Radiative Forcing of Climate

**For greenhouse gas (GHG) forcing, the new Representative Concentration Pathway (RCP) scenarios are similar in magnitude and range to the AR4 Special Report on Emission Scenarios (SRES) scenarios in the near term, but for aerosol and ozone precursor emissions the RCPs are much lower than SRES by factors of 1.2 to 3.** For these emissions the spread across RCPs by 2030 is much narrower than between scenarios that considered current legislation and maximum technically feasible emission reductions (factors of 2). In the near term, the SRES Coupled Model Intercomparison Project Phase 3 (CMIP3) results, which did not incorporate current legislation on air pollutants, include up to three times more anthropogenic aerosols than RCP CMIP5 results (*high confidence*), and thus the CMIP5 global mean temperatures may be up to 0.2°C warmer than if forced with SRES aerosol scenarios (*medium confidence*). {10.3.1.1.3, Figure 10.4, 11.3.1.1, 11.3.5.1, 11.3.6.1, Figure 11.25, Tables AII.2.16 to AII.2.22 and AII.6.8}

**Including uncertainties for the chemically reactive GHG methane gives a range in concentration that is 30% wider than the spread in RCP concentrations used in CMIP5 models (***likely***[2]).** By 2100 this range extends 520 ppb above RCP8.5 and 230 ppb below RCP2.6 (*likely*), reflecting uncertainties in emissions from agricultural, forestry and land use sources, in atmospheric lifetimes, and in chemical feedbacks, but not in natural emissions. {11.3.5}

**Emission reductions aimed at decreasing local air pollution could have a near-term impact on climate (***high confidence***).** Short-lived air pollutants have opposing effects: cooling from sulphate and nitrate; warming from black carbon (BC) aerosol, carbon monoxide (CO) and methane ($CH_4$). Anthropogenic $CH_4$ emission reductions (25%) phased in by 2030 would decrease surface ozone and reduce warming averaged over 2036–2045 by about 0.2°C (*medium confidence*). Combined reductions of BC and co-emitted species (78%) on top of methane reductions (24%) would further reduce warming (*low confidence*), but uncertainties increase. {Section 7.6, Chapter 8, 11.3.6.1, Figure 11.24a, 8.7.2.2.2, Table AII.7.5a}

### Projected Changes in Near-term Climate

**Projections of near-term climate show modest sensitivity to alternative RCP scenarios on global scales, but aerosols are an important source of uncertainty on both global and regional scales.** {11.3.1, 11.3.6.1}

### Projected Changes in Near-term Temperature

**The projected change in global mean surface air temperature will *likely* be in the range 0.3 to 0.7°C (***medium confidence***).** This projection is valid for the four RCP scenarios and assumes there will be no major volcanic eruptions or secular changes in total solar irradiance before 2035. A future volcanic eruption similar to the 1991 eruption of Mt Pinatubo would cause a rapid drop in global mean surface air temperature of several tenths °C in the following year, with recovery over the next few years. Possible future changes in solar irradiance

[1]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0074464

could influence the rate at which global mean surface air temperature increases, but there is *high confidence* that this influence will be small in comparison to the influence of increasing concentrations of GHGs in the atmosphere. {11.3.6, Figure 11.25}

**It is *more likely than not* that the mean global mean surface air temperature for the period 2016–2035 will be more than 1°C above the mean for 1850–1900, and *very unlikely* that it will be more than 1.5°C above the 1850–1900 mean (*medium confidence*).** {11.3.6.3}

**In the near term, differences in global mean surface air temperature change across RCP scenarios for a single climate model are typically smaller than differences between climate models under a single RCP scenario.** In 2030, the CMIP5 ensemble median values differ by at most 0.2ºC between RCP scenarios, whereas the model spread (17 to 83% range) for each RCP is about 0.4ºC. The inter-scenario spread increases in time: by 2050 it is 0.8ºC, whereas the model spread for each scenario is only 0.6ºC. Regionally, the largest differences in surface air temperature between RCP2.6 and RCP8.5 are found in the Arctic. {11.3.2.1.1, 11.3.6.1, 11.3.6.3, Figure 11.24a,b, Table AII.7.5}

**It is *very likely* that anthropogenic warming of surface air temperature will proceed more rapidly over land areas than over oceans, and that anthropogenic warming over the Arctic in winter will be greater than the global mean warming over the same period, consistent with the AR4.** Relative to natural internal variability, near-term increases in seasonal mean and annual mean temperatures are expected to be larger in the tropics and subtropics than in mid-latitudes (*high confidence*). {11.3.2, Figures 11.10 and 11.11}

### Projected Changes in the Water Cycle and Atmospheric Circulation

**Zonal mean precipitation will *very likely* increase in high and some of the mid latitudes, and will *more likely than not* decrease in the subtropics.** At more regional scales precipitation changes may be influenced by anthropogenic aerosol emissions and will be strongly influenced by natural internal variability. {11.3.2, Figures 11.12 and 11.13}

**Increases in near-surface specific humidity over land are *very likely*. Increases in evaporation over land are *likely* in many regions.** There is *low confidence* in projected changes in soil moisture and surface run off. {11.3.2, Figure 11.14}

**It is *likely* that the descending branch of the Hadley Circulation and the Southern Hemisphere (SH) mid-latitude westerlies will shift poleward.** It is *likely* that in austral summer the projected recovery of stratospheric ozone and increases in GHG concentrations will have counteracting impacts on the width of the Hadley Circulation and the meridional position of the SH storm track. Therefore, it is *likely* that in the near term the poleward expansion of the descending southern branch of the Hadley Circulation and the SH mid-latitude westerlies in austral summer will be less rapid than in recent decades. {11.3.2}

**There is *medium confidence* in near-term projections of a northward shift of Northern Hemisphere storm tracks and westerlies.** {11.3.2}

### Projected Changes in the Ocean and Cryosphere

**It is *very likely* that globally averaged surface and vertically averaged ocean temperatures will increase in the near term.** It is *likely* that there will be increases in salinity in the tropical and (especially) subtropical Atlantic, and decreases in the western tropical Pacific over the next few decades. The Atlantic Meridional Overturning Circulation is *likely* to decline by 2050 (*medium confidence*). However, the rate and magnitude of weakening is very uncertain and, due to large internal variability, there may be decades when increases occur. {11.3.3}

**It is *very likely* that there will be further shrinking and thinning of Arctic sea ice cover, and decreases of northern high-latitude spring time snow cover and near surface permafrost (see glossary) as global mean surface temperature rises.** For high GHG emissions such as those corresponding to RCP8.5, a nearly ice-free Arctic Ocean (sea ice extent less than $1 \times 10^6$ km$^2$ for at least 5 consecutive years) in September is *likely* before mid-century (*medium confidence*). This assessment is based on a subset of models that most closely reproduce the climatological mean state and 1979 to 2012 trend of Arctic sea ice cover. There is *low confidence* in projected near-term decreases in the Antarctic sea ice extent and volume. {11.3.4}

### Projected Changes in Extremes

**In most land regions the frequency of warm days and warm nights will *likely* increase in the next decades, while that of cold days and cold nights will decrease.** Models project near-term increases in the duration, intensity and spatial extent of heat waves and warm spells. These changes may proceed at a different rate than the mean warming. For example, several studies project that European high-percentile summer temperatures warm faster than mean temperatures. {11.3.2.5.1, Figures 11.17 and 11.18}

**The frequency and intensity of heavy precipitation events over land will *likely* increase on average in the near term.** However, this trend will not be apparent in all regions because of natural variability and possible influences of anthropogenic aerosols. {11.3.2.5.2, Figures 11.17 and 11.18}

**There is *low confidence* in basin-scale projections of changes in the intensity and frequency of tropical cyclones (TCs) in all basins to the mid-21st century.** This *low confidence* reflects the small number of studies exploring near-term TC activity, the differences across published projections of TC activity, and the large role for natural variability and non-GHG forcing of TC activity up to the mid-21st century. There is *low confidence* in near-term projections for increased TC intensity in the North Atlantic, which is in part due to projected reductions in North Atlantic aerosols loading. {11.3.2.5.3}

BLM_0074465

**Projected Changes in Air Quality**

**The range in projections of air quality ($O_3$ and $PM_{2.5}$ in near-surface air) is driven primarily by emissions (including $CH_4$), rather than by physical climate change (*medium confidence*). The response of air quality to climate-driven changes is more uncertain than the response to emission-driven changes (*high confidence*).** Globally, warming decreases background surface $O_3$ (*high confidence*). High $CH_4$ levels (RCP8.5, SRES A2) can offset this decrease, raising 2100 background surface $O_3$ on average by about 8 ppb (25% of current levels) relative to scenarios with small $CH_4$ changes (RCP4.5, RCP6.0) (*high confidence*). On a continental scale, projected air pollution levels are lower under the new RCP scenarios than under the SRES scenarios because the SRES did not incorporate air quality legislation (*high confidence*). {11.3.5, 11.3.5.2; Figures 11.22 and 11.23ab, AII.4.2, AII.7.1–AII.7.4}

**Observational and modelling evidence indicates that, all else being equal, locally higher surface temperatures in polluted regions will trigger regional feedbacks in chemistry and local emissions that will increase peak levels of $O_3$ and $PM_{2.5}$ (*medium confidence*).** Local emissions combined with background levels and with meteorological conditions conducive to the formation and accumulation of pollution are known to produce extreme pollution episodes on local and regional scales. There is *low confidence* in projecting changes in meteorological blocking associated with these extreme episodes. For $PM_{2.5}$, climate change may alter natural aerosol sources (wildfires, wind-lofted dust, biogenic precursors) as well as precipitation scavenging, but no confidence level is attached to the overall impact of climate change on $PM_{2.5}$ distributions. {11.3.5, 11.3.5.2, Box 14.2}

**11**

957

BLM_0074466

## 11.1   Introduction

This chapter describes current scientific expectations for 'near-term' climate. Here 'near term' refers to the period from the present to mid-century, during which the climate response to different emissions scenarios is generally similar. Greatest emphasis in this chapter is given to the period 2016–2035, though some information on projected changes before and after this period (up to mid-century) is also assessed. An assessment of the scientific literature relating to atmospheric composition (except carbon dioxide ($CO_2$), which is addressed in Chapter 12) and air quality for the near-term and beyond to 2100 is also provided.

This emphasis on near-term climate arises from (1) a recognition of its importance to decision makers in government and industry; (2) an increase in the international research effort aimed at improving our understanding of near-term climate; and (3) a recognition that near-term projections are generally less sensitive to differences between future emissions scenarios than are long-term projections. Climate prediction on seasonal to multi-annual time scales require accurate estimates of the initial climate state with less dependence on changes in external forcing[3] over the period. On longer time scales climate projections rely on projections of external forcing with little reliance on the initial state of internal variability. Estimates of near-term climate depend partly on the committed change (caused by the inertia of the oceans as they respond to historical external forcing), the time evolution of internally generated climate variability and the future path of external forcing. Near-term climate is sensitive to rapid changes in some short-lived climate forcing agents (Jacobson and Streets, 2009; Wigley et al., 2009; UNEP and WMO, 2011; Shindell et al., 2012b).

The need for near-term climate information has spawned a new field of climate science: decadal climate prediction (Smith et al., 2007; Meehl et al., 2009b, 2013d). The Coupled Model Intercomparison Project Phase 5 (CMIP5) experimental protocol includes a sequence of near-term predictions (1 to 10 years) where observation-based information is used to initialize the models used to produce the forecasts. The goal is to exploit the predictability of internally generated climate variability as well as that of the externally forced component. The result depends on the ability of current models to reproduce the observed variability as well as on the accurate depiction of the initial state (see Box 11.1). Skilful multi-annual to decadal climate predictions (in the technical sense of 'skilful' as outlined in 11.2.3.2 and FAQ 11.1) are being produced although technical challenges remain that need to be overcome in order to improve skill. These challenges are now being addressed by the scientific community.

Climate change experiments with models that do not depend on initial condition but on the history and projection of climate forcings (often referred to as 'uninitialized' or 'non-initialized' projections or simply as 'projections') are another component of CMIP5. Such projections have been the main focus of assessments of future climate in previous IPCC assessments and are considered in Chapters 12 to 14. The main focus of attention in past assessments has been on the properties of projections for the late 21st century and beyond. Projections also provide valuable information on externally forced changes to near-term climate, however, and are an important source of information that complements information from the predictions. Projections are also assessed in this chapter.

The objectives of this chapter are to assess the state of the science concerning both near-term predictions and near-term projections. CMIP5 results are considered for the near term as are other published near-term predictions and projections. The chapter consists of four major assessments:

1. The scientific basis for near-term prediction as reflected in estimates of predictability (see Box 11.1), and the dynamical and physical mechanisms underpinning predictability, and the processes that limit predictability (see Section 11.2).

2. The current state of knowledge in near-term prediction (see Section 11.2). Here the emphasis is placed on the results from the decadal (10-year) multi-model prediction experiments in the CMIP5 database.

3. The current state of knowledge in near-term projection (see Section 11.3). Here the emphasis is on what the climate in next few decades may look like relative to 1986–2005, based on near-term projections (i.e., the forced climatic response). The focus is on the 'core' near-term period (2016–2035), but some information prior to this period and out to mid-century is also discussed. A key issue is when, where and how the signal of externally forced climate change is expected to emerge from the background of natural climate variability.

4. Projected changes in atmospheric composition and air quality, and their interactions with climate change during the near term and beyond, including new findings from the Atmospheric Chemistry and Climate Model Intercomparison (ACCMIP) initiative.

---

[3]   Seasonal-to-interannual predictions typically include the impact of external forcing.

BLM_0074467

## Box 11.1 | Climate Simulation, Projection, Predictability and Prediction

This section outlines some of the ideas and the terminology used in this chapter.

### Internally generated and externally forced climate variability

It is useful for purposes of analysis and description to consider the pre-industrial climate system as being in a state of climatic equilibrium with a fixed atmospheric composition and an unchanging Sun. In this idealized state, naturally occurring processes and interactions within the climate system give rise to 'internally generated' climate variability on many time scales (as discussed in Chapter 1). Variations in climate may also result due to features 'external' to this idealized system. Forcing factors, such as volcanic eruptions, solar variations, anthropogenic changes in the composition of the atmosphere, land use change etc., give rise to 'externally forced' climate variations. In this sense climate system variables such as annual mean temperatures (as in Box 11.1, Figure 1 for instance) may be characterized as a combination of externally forced and internally generated components with $T(t) = T_f(t) + T_i(t)$. This separation of $T$, and other climate variables, into components is useful when analysing climate behaviour but does not, of course, mean that the climate system is linear or that externally forced and internally generated components do not interact.

### Climate simulation

A climate simulation is a model-based representation of the temporal behaviour of the climate system under specified external forcing and boundary conditions. The result is the modelled response to the imposed external forcing combined with internally generated variability. The thin yellow lines in Box 11.1, Figure 1 represent an ensemble of climate simulations begun from pre-industrial conditions with imposed historical external forcing. The imposed external conditions are the same for each ensemble member and differences among the simulations reflect differences in the evolutions of the internally generated component. Simulations are not intended to be forecasts of the observed evolution of the system (the black line in Box 11.1, Figure 1) but to be possible evolutions that are consistent with the external forcings.

In practice, and in Box 11.1, Figure 1, the forced component of the temperature variation is estimated by averaging over the different simulations of $T(t)$ with $T_f(t)$ the component that survives ensemble averaging (the red curve) while $T_i(t)$ averages to near zero for a large enough ensemble. The spread among individual ensemble members (from these or pre-industrial simulations) and their behaviour with time provides some information on the statistics of the internally generated variability. *(continued on next page)*



**Box 11.1, Figure 1 |** The evolution of observation-based global mean temperature $T$ (the black line) as the difference from the 1986–2005 average together with an ensemble of externally forced simulations to 2005 and projections based on the RCP4.5 scenario thereafter (the yellow lines). The model-based estimate of the externally forced component $T_f$ (the red line) is the average over the ensemble of simulations. To the extent that the red line correctly estimates the forced component, the difference between the black and red lines is the internally generated component $T_i$ for global mean temperature. An ensemble of forecasts of global annual mean temperature, initialized in 1998, is plotted as thin purple lines and their average, the ensemble mean forecast, as the thick green line. The grey areas along the axis indicate the presence of external forcing associated with volcanoes.

BLM_0074468

*Box 11.1 (continued)*

### Climate projection

A climate projection is a climate simulation that extends into the future based on a scenario of future external forcing. The simulations in Box 11.1, Figure 1 become climate projections for the period beyond 2005 where the results are based on the RCP4.5 forcing scenario (see Chapters 1 and 8 for a discussion of forcing scenarios).

### Climate prediction, climate forecast

A climate prediction or climate forecast is a statement about the future evolution of some aspect of the climate system encompassing both forced and internally generated components. Climate predictions do not attempt to forecast the actual day-to-day progression of the system but instead the evolution of some climate statistic such as seasonal, annual or decadal averages or extremes, which may be for a particular location, or a regional or global average. Climate predictions are often made with models that are the same as, or similar to, those used to produce climate simulations and projections (assessed in Chapter 9). A climate prediction typically proceeds by integrating the governing equations forward in time from observation-based initial conditions. A decadal climate prediction combines aspects of both a forced and an initial condition problem as illustrated in Box 11.1, Figure 2. At short time scales the evolution is largely dominated by the initial state while at longer time scales the influence of the initial conditions decreases and the importance of the forcing increases as illustrated in Box 11.1, Figure 4. Climate predictions may also be made using statistical methods which relate current to future conditions using statistical relationships derived from past system behaviour.

Because of the chaotic and nonlinear nature of the climate system small differences, in initial conditions or in the formulation of the forecast model, result in different evolutions of forecasts with time. This is illustrated in Box 11.1, Figure 1, which displays an ensemble of forecasts of global annual mean temperature (the thin purple lines) initiated in 1998. The individual forecasts are begun from slightly different initial conditions, which are observation-based estimates of the state of the climate system. The thick green line is the average of these forecasts and is an attempt to predict the most probable outcome and to maximize forecast skill. In this schematic example, the 1998 initial conditions for the forecasts are warmer than the average of the simulations. The individual and ensemble mean forecasts exhibit a decline in global temperature before beginning to rise again. In this case, initialization has resulted in more realistic values for the forecasts than for the corresponding simulation, at least for short lead times in the forecast. As the individual forecasts evolve they diverge from one another and begin to resemble the projection results.

A probabilistic view of forecast behaviour is depicted schematically in Box 11.1, Figure 3. The probability distribution associated with the climate simulation of temperature evolves in response to external forcing. By contrast, the probability distribution associated with a climate forecast has a sharply peaked initial distribution representing the comparatively small uncertainty in the observation-based initial state. The forecast probability distribution broadens with time until, ultimately, it becomes indistinguishable from that of an uninitialized climate projection.

### Climate predictability

The term 'predictability', as used here, indicates the extent to which even minor imperfections in the knowledge of the current state or of the representation of the system limits knowledge of subsequent states. The rate of separation or divergence of initially close states of the climate system with time (as for the light purple lines in Box 11.1, Figure 1), or the rate of displacement and broadening of its

*(continued on next page)*



**Box 11.1, Figure 2 |** A schematic illustrating the progression from an initial-value based prediction at short time scales to the forced boundary-value problem of climate projection at long time scales. Decadal prediction occupies the middle ground between the two. (Based on Meehl et al., 2009b.)

BLM_0074469

*Box 11.1 (continued)*

probability distribution (as in Box 11.1, Figure 3) are indications of the system's predictability. If initially close states separate rapidly (or the probability distribution broadens quickly towards the climatological distribution), the predictability of the system is low and vice versa. Formally, predictability in climate science is a feature of the physical system itself, rather than of our 'ability to make skilful predictions in practice'. The latter depends on the accuracy of models and initial conditions and on the correctness with which the external forcing can be treated over the forecast period.

**Forecast quality, forecast skill**
Forecast (or prediction) quality measures the success of a prediction against observation-based information. Forecasts made for past cases, termed retrospective forecasts or hindcasts, may be analysed to give an indication of the quality that may be expected for future forecasts for a particular variable at a particular location.

The relative importance of initial conditions and of external forcing for climate prediction, as depicted schematically in Box 11.1, Figure 2, is further illustrated in the example of Box 11.1, Figure 4 which plots



**Box 11.1, Figure 3 |** A schematic representation of prediction in terms of probability. The probability distribution corresponding to a forced simulation is in red, with the deeper shades indicating higher probability. The probabilistic forecast is in blue. The sharply peaked forecast distribution based on initial conditions broadens with time as the influence of the initial conditions fades until the probability distribution of the initialized prediction approaches that of an uninitialized projection. (Based on Branstator and Teng, 2010.)

correlation measures of both forecast skill and predictability for temperature averages over the globe ranging from a month to a decade. Initialized forecasts exhibit enhanced values compared to uninitialized simulations for shorter time averages but the advantage declines as averaging time increases and the forced component grows in importance.



**Box 11.1, Figure 4 |** An example of the relative importance of initial conditions and external forcing for climate prediction and predictability. The global average of the correlation skill score of ensemble mean initialized forecasts are plotted as solid orange lines and the corresponding model-based predictability measure as dashed orange lines. The green lines are the same quantities but for uninitialized climate simulations. Results are for temperature averaged over periods from a month to a decade. Values plotted for the monthly average correspond to the first month, those for the annual average to the first year and so on up to the decadal average. (Based on Boer et al., 2013.)

BLM_0074470

## 11.2   Near-term Predictions

### 11.2.1   Introduction

#### 11.2.1.1   Predictability Studies

The innate behaviour of the climate system imposes limits on the ability to predict its evolution. Small differences in initial conditions, external forcing and/or in the representation of the behaviour of the system produce differences in results that limit useful prediction. Predictability studies estimate predictability limits for different variables and regions.

#### 11.2.1.2   Prognostic Predictability Studies

Prognostic predictability studies analyse the behaviour of models integrated forward in time from perturbed initial conditions. The study of Griffies and Bryan (1997) is one of the earliest studies of the predictability of internally generated decadal variability in a coupled atmosphere–ocean climate model. The study concentrates on the North Atlantic and the subsurface ocean temperature while the subsequent studies of Boer (2000) and Collins (2002) deal mainly with surface temperature. Long time scale temperature variability in the North Atlantic has received considerable attention together with its possible connection to the variability of the Atlantic Meridional Overturning Circulation (AMOC) in predictability studies by Collins and Sinha (2003), Collins et al. (2006), Dunstone and Smith (2010), Dunstone et al. (2011), Grotzner et al. (1999), Hawkins and Sutton (2009), Latif et al. (2006, 2007), )Msadek et al. (2010), Persechino et al. (2012), Pohlmann et al. (2004, 2013), Swingedouw et al. (2013), and Teng et al. (2011). The predictability of the AMOC varies among models and, to some extent, with initial model states, ranging from several to 10 or more years. The predictability values are model-based and the realism of the simulated AMOC in the models cannot be easily judged in the absence of a sufficiently long record of observation-based AMOC values. Many predictability studies are based on perturbations to surface quantities but Sevellec and A. Fedorov (2012) and Zanna (2012) note that small perturbations to deep ocean quantities may also affect upper ocean values. The predictability of the North Atlantic sea surface temperature (SST) is typically weaker than that of the AMOC and the connection between the predictability of the AMOC, and the SST is inconsistent among models.

Prognostic predictability studies of the Pacific are less plentiful although Pacific Decadal Variability (PDV) mechanisms (including the Pacific Decadal Oscillation (PDO) and the Inter-decadal Pacific Oscillation (IPO) have received considerable study (see Chapters 2 and 12). Power and Colman (2006) find predictability on multi-year time scales in SST and on decadal time-scales in the sub-surface ocean temperature in the off-equatorial South Pacific in their model. Power et al. (2006) find no evidence for the predictability of inter-decadal changes in the nature of El Niño-Southern Oscillation (ENSO) impacts on Australian rainfall. Sun and Wang (2006) suggest that some of the temperature variability linked to PDV can be predicted approximately 7 years in advance. Teng et al. (2011) investigate the predictability of the first two Empirical Orthogonal Functions (EOFs) of annual mean SST and upper ocean temperature identified with PDV and find predictability of the order of 6 to 10 years. Meehl et al. (2010) consider the predictability of 19-year filtered Pacific SSTs in terms of low order EOFs and find predictability on these long time scales.

Hermanson and Sutton (2010) report that predictable signals in different regions and for different variables may arise from differing initial conditions and that ocean heat content is more predictable than atmospheric and surface variables. Branstator and Teng (2010) analyse upper ocean temperatures, and some SSTs, for averages over the North Atlantic, North Pacific and the tropical Atlantic and Pacific in the National Center for Atmospheric Research (NCAR) model. Predictability associated with the initial state of the system decreases whereas that due to external forcing increases with time. The 'cross-over' time, when the two contributions are equal, is longer in extratropical (7 to 11 years) compared to tropical (2 years) regions and in the North Atlantic compared to the North Pacific. Boer et al. (2013) estimate surface air (rather than upper ocean) temperature predictability in the Canadian Centre for Climate Modelling and Analysis (CCCma) model and find a cross-over time (using a different measure) on the order of 3 years when averaged over the globe.

#### 11.2.1.3   Diagnostic Predictability Studies

Diagnostic predictability studies are based on analyses of the observed record or the output of climate models. Because long data records are needed, diagnostic multi-annual to decadal predictability studies based on observational data are comparatively few. Newman (2007) and Alexander et al. (2008) develop multivariate empirical Linear Inverse Models (LIMs) from observation-based SSTs and find predictability for ENSO and PDV type patterns that are generally limited to the order of a year although exceeding this in some areas. Zanna (2012) develops a LIM based on Atlantic SSTs and infers the possibility of decadal scale predictability. Hoerling et al. (2011) appeal to forced climate change relative to the 1971–2000 period together with the statistics of natural variability to infer the potential for the prediction of temperature over North America for 2011–2020.

Tziperman et al. (2008) apply LIM-based methods to Geophysical Fluid Dynamics Laboratory (GFDL) model output, as do Hawkins and Sutton (2009) and Hawkins et al. (2011) to Hadley Centre model output and find predictability up to a decade or more for the AMOC and North Atlantic SST. Branstator et al. (2012) use analog and multivariate linear regression methods to quantify the predictability of the internally generated component of upper ocean temperature in results from six coupled models. Results differ considerably across models but offer some areas of commonality. Basin-average estimates indicate predictability for up to a decade in the North Atlantic and somewhat less in the North Pacific. Branstator and Teng (2012) assess the predictability of both the internally generated and forced component of upper ocean temperature in results from 12 coupled models participating in CMIP5. They infer potential predictability from initializing the internally generated component 5 years in the North Pacific and 9 years in the North Atlantic while the forced component dominates after 6.5 and 8 years in the two basins. Results vary among models, although with some agreement for internal component predictability in subpolar gyre regions.

Studies of 'potential predictability' take a number of forms but broadly assume that overall variability may be separated into a long time

BLM_0074471

scale component of interest and shorter time scale components that are unpredictable on these long time scales, written symbolically as $\sigma^2_\chi = \sigma^2_v + \sigma^2_\varepsilon$. The fraction $p = \sigma^2_v / \sigma^2_\chi$ is a measure of potentially predictable variance provided that hypothesis that $\sigma^2_v$ is zero may be rejected. Small $p$ indicates either a lack of long time scale variability or its smallness as a fraction of the total. Predictability is 'potential' in the sense that the existence of appreciable long time scale variability is not a direct indication that it may be skilfully predicted. There are

a number of approaches to estimating potential predictability each with its statistical difficulties (e.g., DelSole and Feng, 2013). At multi-annual time scales the potential predictability of the internally generated component of temperature is studied in Boer (2000), Collins (2002), Pohlmann et al. (2004), Power and Colman (2006) and, in a multi-model context, in Boer (2004) and Boer and Lambert (2008). Power and Colman (2006) report that potential predictability in the ocean tends to increase with latitude and depth. Multi-model results



## Potential Predictability Variance Fractions

### Internal

### Forced

### Forced plus internal

Figure 11.1 | The potential predictability of 5-year means of temperature (lower), the contribution from the forced component (middle) and from the internally generated component (upper). These are multi-model results from CMIP5 RCP4.5 scenario simulations from 17 coupled climate models following the methodology of Boer (2011). The results apply to the early 21st century.

BLM_0074472

Frequently Asked Questions

## FAQ 11.1 | If You Cannot Predict the Weather Next Month, How Can You Predict Climate for the Coming Decade?

*Although weather and climate are intertwined, they are in fact different things. Weather is defined as the state of the atmosphere at a given time and place, and can change from hour to hour and day to day. Climate, on the other hand, generally refers to the statistics of weather conditions over a decade or more.*

*An ability to predict future climate without the need to accurately predict weather is more commonplace that it might first seem. For example, at the end of spring, it can be accurately predicted that the average air temperature over the coming summer in Melbourne (for example) will very likely be higher than the average temperature during the most recent spring—even though the day-to-day weather during the coming summer cannot be predicted with accuracy beyond a week or so. This simple example illustrates that factors exist—in this case the seasonal cycle in solar radiation reaching the Southern Hemisphere—that can underpin skill in predicting changes in climate over a coming period that does not depend on accuracy in predicting weather over the same period.*

The statistics of weather conditions used to define climate include long-term averages of air temperature and rainfall, as well as statistics of their variability, such as the standard deviation of year-to-year rainfall variability from the long-term average, or the frequency of days below 5°C. Averages of climate variables over long periods of time are called climatological averages. They can apply to individual months, seasons or the year as a whole. A climate prediction will address questions like: 'How likely will it be that the average temperature during the coming summer will be higher than the long-term average of past summers?' or: 'How likely will it be that the next decade will be warmer than past decades?' More specifically, a climate prediction might provide an answer to the question: 'What is the probability that temperature (in China, for instance) averaged over the next ten years will exceed the temperature in China averaged over the past 30 years?' Climate predictions do not provide forecasts of the detailed day-to-day evolution of future weather. Instead, they provide probabilities of long-term changes to the statistics of future climatic variables.

Weather forecasts, on the other hand, provide predictions of day-to-day weather for specific times in the future. They help to address questions like: 'Will it rain tomorrow?' Sometimes, weather forecasts are given in terms of prob-abilities. For example, the weather forecast might state that: 'the likelihood of rainfall in Apia tomorrow is 75%'.

To make accurate weather predictions, forecasters need highly detailed information about the current state of the atmosphere. The chaotic nature of the atmosphere means that even the tiniest error in the depiction of 'initial con-ditions' typically leads to inaccurate forecasts beyond a week or so. This is the so-called 'butterfly effect'.

Climate scientists do not attempt or claim to predict the detailed future evolution of the weather over coming seasons, years or decades. There is, on the other hand, a sound scientific basis for supposing that aspects of climate can be predicted, albeit imprecisely, despite the butterfly effect. For example, increases in long-lived atmospheric greenhouse gas concentrations tend to increase surface temperature in future decades. Thus, information from the past can and does help predict future climate.

Some types of naturally occurring so-called 'internal' variability can—in theory at least—extend the capacity to predict future climate. Internal climatic variability arises from natural instabilities in the climate system. If such variability includes or causes extensive, long-lived, upper ocean temperature anomalies, this will drive changes in the overlying atmosphere, both locally and remotely. The El Niño-Southern Oscillation phenomenon is probably the most famous example of this kind of internal variability. Variability linked to the El Niño-Southern Oscillation unfolds in a partially predictable fashion. The butterfly effect is present, but it takes longer to strongly influence some of the variability linked to the El Nino-Southern Oscillation.

Meteorological services and other agencies have exploited this. They have developed seasonal-to-interannual pre-diction systems that enable them to routinely predict seasonal climate anomalies with demonstrable predictive skill. The skill varies markedly from place to place and variable to variable. Skill tends to diminish the further the predic-tion delves into the future and in some locations there is no skill at all. 'Skill' is used here in its technical sense: it is a measure of how much greater the accuracy of a prediction is, compared with the accuracy of some typically simple prediction method like assuming that recent anomalies will persist during the period being predicted.

Weather, seasonal-to-interannual and decadal prediction systems are similar in many ways (e.g., they all incorpo-rate the same mathematical equations for the atmosphere, they all need to specify initial conditions to kick-start

*(continued on next page)*

**11**

BLM_0074473

FAQ 11.1 (continued)

predictions, and they are all subject to limits on forecast accuracy imposed by the butterfly effect). However, decadal prediction, unlike weather and seasonal-to-interannual prediction, is still in its infancy. Decadal prediction systems nevertheless exhibit a degree of skill in *hindcasting* near-surface temperature over much of the globe out to at least nine years. A 'hindcast' is a prediction of a past event in which only observations prior to the event are fed into the prediction system used to make the prediction. The bulk of this skill is thought to arise from *external forcing*. 'External forcing' is a term used by climate scientists to refer to a forcing agent outside the climate system causing a change in the climate system. This includes increases in the concentration of long-lived greenhouse gases.

Theory indicates that skill in predicting decadal precipitation should be less than the skill in predicting decadal surface temperature, and hindcast performance is consistent with this expectation.

Current research is aimed at improving decadal prediction systems, and increasing the understanding of the reasons for any apparent skill. Ascertaining the degree to which the extra information from internal variability actually translates to increased skill is a key issue. While prediction systems are expected to improve over coming decades, the chaotic nature of the climate system and the resulting butterfly effect will always impose unavoidable limits on predictive skill. Other sources of uncertainty exist. For example, as volcanic eruptions can influence climate but their timing and magnitude cannot be predicted, future eruptions provide one of a number of other sources of uncertainty. Additionally, the shortness of the period with enough oceanic data to initialize and assess decadal predictions presents a major challenge.

Finally, note that decadal prediction systems are designed to exploit both externally forced and internally generated sources of predictability. Climate scientists distinguish between decadal predictions and decadal projections. Projections exploit only the predictive capacity arising from external forcing. While previous IPCC Assessment Reports focussed exclusively on projections, this report also assesses decadal prediction research and its scientific basis.

for both externally forced and internally generated components of the potential predictability of decadal means of surface air temperature in simulations of 21st century climate in CMIP3 model data are analysed in Boer (2011) and results based on CMIP5 model data are shown in Figure 11.2. Potential predictability of 5-year means for internally generated variability is found over extratropical oceans but is generally weak over land while that associated with the decadal change in the forced component is found in tropical areas and over some land areas.

Predictability studies of precipitation on long time scales are comparatively few. Jai and DelSole (2012) identify 'optimally predictable' fractions of internally generated temperature and precipitation variance over land on multi-year time scales in the control simulations of 10 models participating in CMIP5, with results that vary considerably from model to model. Boer and Lambert (2008) find little potential predictability for decadal means of precipitation in the internally generated variability of a collection of CMIP3 model control simulations other than over parts of the North Atlantic. This is also the case for the internally generated component of CMIP3 precipitation in 21st century climate change simulations in Boer (2011) although there is evidence of potential predictability for the forced component of precipitation mainly at higher latitudes and for longer time scales.

### 11.2.1.4 Summary

Predictability studies suggest that initialized climate forecasts should be able to provide more detailed information on climate evolution, over

a few years to a decade, than is available from uninitialized climate simulations alone. Predictability results are, however, based mainly on climate model results and depend on the verisimilitude with which the models reproduce climate system behaviour (Chapter 9). There is evidence of multi-year predictability for both the internally generated and externally forced components of temperature over considerable portions of the globe with the first dominating at shorter and the second at longer time scales. Predictability for precipitation is based on fewer studies, is more modest than for temperature, and appears to be associated mainly with the forced component at longer time scales. Predictability can also vary from location to location.

### 11.2.2   Climate Prediction on Decadal Time Scales

#### 11.2.2.1  Initial Conditions

A dynamical prediction consists of an ensemble of forecasts produced by integrating a climate model forward in time from a set of observation-based initial conditions. As the forecast range increases, processes in the ocean become increasingly important and the sparseness, non-uniformity and secular change in sub-surface ocean observations is a challenge to analysis and prediction (Meehl et al., 2009b, 2013d; Murphy et al., 2010) and can lead to differences among ocean analyses, that is, quantified descriptions of ocean initial conditions (Stammer, 2006; Keenlyside and Ba, 2010). Approaches to ocean initialization include (as listed in Table 11.1): assimilation only of SSTs to initialize the sub-surface ocean indirectly (Keenlyside et al., 2008;

BLM_0074474

Dunstone, 2010; Swingedouw et al., 2013); the forcing of the ocean model with atmospheric observations (e.g., Du et al., 2012; Matei et al., 2012b; Yeager et al., 2012) and more sophisticated alternatives based on fully coupled data assimilation schemes (e.g., Zhang et al., 2007a; Sugiura et al., 2009).

Dunstone and Smith (2010) and Zhang et al. (2010a) found an expected improvement in skill when sub-surface information was used as part of the initialization. Assimilation of atmospheric data, on the other hand, is expected to have little impact after the first few months (Balmaseda and Anderson, 2009). The initialization of sea ice, snow cover, frozen soil and soil moisture can potentially contribute to seasonal and subseasonal skill (e.g., Koster et al., 2010; Toyoda et al., 2011; Chevallier and Salas-Melia, 2012; Paolino et al., 2012), although an assessment of their benefit at longer time scales has not yet been determined.

### 11.2.2.2   Ensemble Generation

An ensemble can be generated in many different ways and a wide range of methods have been explored in seasonal prediction (e.g., Stockdale et al., 1998; Stan and Kirtman, 2008) but not yet fully investigated for decadal prediction (Corti et al., 2012). Methods being investigated include adding random perturbations to initial conditions, using atmospheric states displaced in time, using parallel assimilation runs (Doblas-Reyes et al., 2011; Du et al., 2012) and perturbing ocean initial conditions (Zhang et al., 2007a; Mochizuki et al., 2010). Perturbations leading to rapidly growing modes, common in weather forecasting, have also been investigated (Kleeman et al., 2003; Vikhliaev et al., 2007; Hawkins and Sutton, 2009, 2011; Du et al., 2012). The uncertainty associated with the limitations of a model's representation of the climate system may be partially represented by perturbed physics (Stainforth et al., 2005; Murphy et al., 2007) or stochastic physics (Berner et al., 2008), and applied to multi-annual and decadal predictions (Doblas-Reyes et al., 2009; Smith et al., 2010). Weisheimer et al. (2011) compare these three approaches in a seasonal prediction context.

The multi-model approach, which is used widely and most commonly, combines ensembles of predictions from a collection of models, thereby increasing the sampling of both initial conditions and model properties. Multi-model approaches are used across time scales ranging from seasonal–interannual (e.g., DEMETER; Palmer et al. (2004), to seasonal-decadal (e.g., Weisheimer et al., 2011; van Oldenborgh et al., 2012), in climate change simulation (e.g., IPCC, 2007, Chapter 10; Meehl et al., 2007b) and in the ENSEMBLES and CMIP5-based decadal predictions assessed in Section 11.2.3. A problem with the multi-model approach is tha the inter-dependence of the climate models used in current forecast systems (Power et al. 2012; Knutti et al. 2013) is expected to lead to co-dependence of forecast error.

### 11.2.3   Prediction Quality

#### 11.2.3.1   Decadal Prediction Experiments

Decadal predictions for specific variables can be made by exploiting empirical relationships based on past observations and expected physical relationships. Predictions of North Pacific Ocean temperatures have been achieved using prior wind stress observations (Schneider

and Miller, 2001). Both global and regional predictions of surface temperature have been made based on projected changes in external forcing and the observed state of the natural variability at the start date (Lean and Rind, 2009; Krueger and von Storch, 2011; Ho et al., 2012a; Newman, 2013). Some of these forecast systems are also used as benchmarks to compare with the dynamical systems under development. Comparisons (Newman (2013) have shown that there is similarity in the temperature skill between a linear inverse method and the CMIP5 hindcasts, pointing at a similarity in their sources of skill. In the future, the combination of information from empirical and dynamical predictions might be explored to provide a unified and more skilful source of information.

Evidence for skilful interannual to decadal temperatures using dynamical models forced only by previous and projected changes in anthropogenic greenhouse gases (GHGs) and aerosols and natural variations in volcanic aerosols and solar irradiance is reported by Lee et al. (2006b), Räisänen and Ruokolainen (2006) and Laepple et al. (2008). Some attempts to predict the 10-year climate over regions have been done using this approach, and include assessments of the role of the internal decadal variability (Hoerling et al., 2011). To be clear, in the context of this report these studies are viewed as projections because no attempt is made to use observational estimates for the initial conditions. Essentially, an uninitialized prediction is synonymous with a projection. These projections or uninitialized predictions are referred to synonymously in the literature as 'NoInit,' or 'NoAssim', referring to the fact that no assimilated observations are used for the specification of the initial conditions.

Additional skill can be realized by initializing the models with observations in order to predict the evolution of the internally generated component and to correct the model's response to previously imposed forcing (Smith et al., 2010; Fyfe et al., 2011; Kharin et al., 2012; Smith et al., 2012). Again, to be clear, the assessment provided here distinguishes between predictions in which attempts are made to initialize the models with observations, and projections. See Box 11.1 and FAQ 11.1 for further details.

The ENSEMBLES project (van Oldenborgh et al., 2012), for example, has conducted a multi-model decadal retrospective prediction study, and the Coupled Model Intercomparison Project phase 5 (CMIP5) proposed a coordinated experiment that focuses on decadal, or near-term, climate prediction (Meehl et al., 2009b; Taylor et al., 2012). Prior to these initiatives, several pioneering attempts at initialized decadal prediction were made (Pierce et al., 2004; Smith et al., 2007; Troccoli and Palmer 2007; Keenlyside et al., 2008; Pohlmann et al., 2009; Mochizuki et al., 2010). Results from the CMIP5 coordinated experiment (Taylor et al., 2012) are the basis for the assessment reported here.

Because the practice of decadal prediction is in its infancy, details of how to initialize the models included in the CMIP5 near-term experiment were left to the discretion of the modelling groups and are described in Meehl et al. (2013d) and Table 11.1. In CMIP5 experiments, volcanic aerosol and solar cycle variability are prescribed along the integration using observation-based values up to 2005, and assuming a climatological 11-year solar cycle and a background volcanic aerosol load in the future. These forcings are shared with CMIP5

BLM_0074475

historical runs (i.e., uninitialized projections) started from pre-industrial control simulations, enabling an assessment of the impact of initialization. The specification of the volcanic aerosol load and the solar irradiance in the hindcasts gives an optimistic estimate of the forecast quality with respect to an operational prediction system, where no such future information can be used. Table 11.1 summarizes forecast systems contributing to, and the initialization methods used in, the CMIP5 near-term experiment.

The coordinated nature of the ENSEMBLES and CMIP5 experiments also offers a good opportunity to study *multi-model* ensembles (Garcia-Serrano and Doblas-Reyes, 2012; van Oldenborgh et al., 2012) as a means of sampling model uncertainty while some modelling groups have also investigated this using perturbed parameter approaches (Smith et al., 2010). The relative merit of the different approaches for decadal predictions has yet to be assessed.

When initialized with states close to the observations, models 'drift' towards their imperfect climatology (an estimate of the mean climate), leading to biases in the simulations that depend on the forecast time. The time scale of the drift in the atmosphere and upper ocean is, in most cases, a few years (Hazeleger et al., 2013a). Biases can be largely removed using empirical techniques a posteriori (Garcia-Serrano and Doblas-Reyes, 2012; Kharin et al., 2012). The bias correction or adjustment linearly corrects for model drift (e.g., Stockdale, 1997; Garcia-Serrano et al., 2012; Gangstø et al., 2013). The approach assumes that the model bias is stable over the prediction period (from 1960 onward in the CMIP5 experiment). This might not be the case if, for instance, the predicted temperature trend differs from the observed trend (Fyfe et al., 2011; Kharin et al., 2012). Figure 11.2 is an illustration of the time scale of the global SST drift, while at the same time showing the systematic error of several of the forecast systems contributing to CMIP5. It is important to note that the systematic errors illustrated here are



**Figure 11.2 |** Time series of global mean sea surface temperature from the (a) direct model output and (b) anomalies of the CMIP5 multi-model initialized hindcasts. Results for each forecast system are plotted with a different colour, with each line representing an individual member of the ensemble. Results for the start dates 1961, 1971, 1981, 1991 and 2001 are shown, while the model and observed climatologies to obtain the anomalies in (b) have been estimated using data from start dates every five years. The reference data (ERSST) is drawn in black. All time series have been smoothed with a 24-month centred moving average that filters out the seasonal cycle and removes data for the first and last years of each time series.

BLM_0074476

968

Table 11.1 | Initialization methods used in models that entered CMIP5 near-term experiments. (Figures 11.3 to 11.7 have been prepared using those contributions with asterisk on top of the modelling centre's name.).

| CMIP5 Near-term Players / Name of modeling centre (or group) | CMIP5 official model id | AGCM | OGCM | Initialization Atmosphere/Land | Initialization Ocean | Initialization Sea Ice | Anomaly Assimilation? | Perturbation Atmosphere | Perturbation Ocean | Aerosol Concentration (C)/Emission (E) | Aerosol Direct(D)/Indirect (I1,I2) | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (*) Beijing Climate Center, China Meteorological Administration (BCC) China | BCC-CSM 1.1 | 2.8°L26 | 1°L40 | No | SST, T&S (SODA) | No | No | Perturbed atmosphere/ocean/land/sea ice | | C | D | Xin et al. (2013) |
| (*) Canadian Centre for Climate Modelling and Analysis (CCCMA) Canada | CanCM4 | 2.8°L35 | 1.4° × 0.9°L40 | ERA40/Interim | SST (ERSST&OISST), T&S (SODA & GODAS) | HadISST1.1 | No | Ensemble assimilation | | E | D, I1 | Merryfield et al. (2013) |
| (*) Centro Euro-Mediterraneo per I Cambiamenti Climatici (CMCC-CM) Italy | CMCC-CM | 0.75°L31 | 0.5°–2° L31 | No | SST, T&S (INGV ocean analysis) | CMCC-CM climatology | No | Ensemble assimilation | | C | D, I1 | Bellucci et al. (2013) |
| (*) Centre National de Recherches Météorologiques, et Centre Européen de Recherche et Formation Avancées en Calcul Scientifique (CNRM-CERFACS) France | CNRM-CM5 | 1.4°L31 | 1°L42 | No | T&S (NEMOVAR-COMBINE) | No | No | 1st day atmospheric conditions | No | C | D, I1 | Meehl et al. (2013d) |
| National Centers for Environmental Prediction and Center for Ocean-Land-Atmosphere Studies (NCEP and COLA) USA | CFSv2-2011 | 0.9°L64 | 0.25–0.5°L40 | NCEP CFSR reanalysis | NCEP CFSR ocean analysis (NCEP runs) / NEMOVAR-S4 ocean analysis (COLA runs) | NCEP CFSR reanalysis | No | No | No | C | D, I1 | Saha et al. (2010) |
| (*) EC-EARTH consortium (EC-EARTH) Europe | EC-EARTH | 1.1°L62 | 1°L42 | ERA40/Interim | Ocean assimilation (ORAS4/NEMOVAR S4) | NEMO3.2-LIM2 forced with DFS4.3 | No (KNMI & IC3) yes (SMHI) | Start dates and singular vectors | Ensemble ocean assim (NEM-OVAR) | C | D | Du et al. (2012) Hazeleger et al. (2013a) |
| (*) Institut Pierre-Simon Laplace (IPSL) France | IPSL-CM5A-LR | 1.9 × 3.8° L39 | 2°L31 | No | SST anomalies (Reynolds observations) | No | Yes | No | White noise on SST | C | D, I1 | Swingedouw et al. (2013) |
| (*) AORI/NIES/JAMSTEC, Japan | MIROC4h / MIROC5 | 0.6°L56 / 1.4°L40 | 0.3°L48 / 1.4°L50 | No | SST, T&S (Ishii and Kimoto, 2009) | No | Yes | Start dates and ensemble assimilation | | E | D,I1,I2 | Tatebe et al. (2012) |
| (*) Met Office Hadley Centre (MOHC) UK | HadCM3 | 3.8°L19 | 1.3°L20 | ERA40/ECMWF operational analysis | SST, T&S (Smith and Murphy, 2007) | HADISST | Yes, also full field | SST perturbation | No | E | D | Smith et al. (2013a) |

(continued on next page)

BLM_0074477

*(Table 11.1 continued)*

| CMIP5 Near-term Players | CMIP5 Official Model ID | AGCM | OGCM | Initialization | | | | Perturbation | | Aerosol | | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Modeling Centre (or group) | | | | Atmosphere/Land | Ocean | Sea Ice | Anomaly Assimilation? | Atmosphere | Ocean | Concentration (C) /Emission (E) | Direct(D)/ Indirect (I1,I2) | |
| (*) Max Planck Institute for Meteorology (MPI-M) Germany | MPI-ESM -LR — MPI-ESM -MR | 1.9°L47 — 1.9°L95 | 1.5°L40 — 0.4°L40 | No | T&S from forced OGCM | No | Yes | 1-day lagged | | C | D | Matei et al. (2012b) |
| (*) Meteorological Research Institute (MRI) Japan | MRI-CGCM3 | 1.1°L48 | 1°L51 | No | SST, T&S (Ishii and Kimoto, 2009) | No | Yes | Start dates and ensemble assimilation | | E | D, I1, I2 | Tatebe et al. (2012) |
| Global Modeling and Assimilation Office, (NASA) USA | GEOS-5 | 2.5 °×2° L72 | 1°L50 | MERRA | T&S from ocean assimilation (GEOS iODAS) | GEOS iODAS reanalysis | No | Two-sided breeding method | | E | D | |
| (*) National Center for Atmospheric Research (NCAR) USA | CCSM4 | 1.3°L26 | 1.0°L60 | No | Ocean assimilation (POPDART) — Ocean state from forced ocean-ice GCM | Ice state from forced ocean-ice GCM (strong salinity restoring for POPDART) | No | Single atm from AMIP run — Staggered atm start dates from uninitialized run | Ensemble assimilation — Single member ocean | E | D | Yeager et al. (2012) |
| (*) Geophysical Fluid Dynamics Laboratory (GFDL) USA | GFDL-CM 2.1 | 2.5°L24 | 1°L50 | NCEP reanalysis | Ocean observations of 3-D T & S & SST | No | No | Coupled EnKF | | C | D | Yang et al. (2013) |
| LASG, Institute of Atmospheric Physics, Chinese Academy of Sciences; and CESS, Tsinghua University China | FGOALS-g2 | 2.8°L26 | 1°L30 | No | SST, T&S (Ishii et al., 2006) | No | No | A simplified scheme of 3DVar | | C | D, I1 | Wang et al. (2013) |
| LASG, Institute of Atmospheric Physics, Chinese Academy of Sciences China, Tsinghua University China | FGOALS-s2 | 2.8°L26 | 1°L30 | No | T&S (EN3_v2a) | No | Yes | Incremental Analysis Updates (IAU) scheme | | C | D | Wu and Zhou (2012) |

common to both decadal prediction systems and climate-change projections. The bias adjustment itself is another important source of uncertainty in climate predictions (e.g., Ho et al., 2012b). There may be nonlinear relationships between the mean state and the anomalies, that are neglected in linear bias adjustment techniques. There are also difficulties in estimating the drift in the presence of volcanic eruptions.

It has been recognized that including as many initial states as possible in computing the drift and adjusting the bias is more desirable than a greater number of ensemble members per initial state (Meehl et al., 2013d), although increasing both is desirable to obtain robust forecast quality estimates. A procedure for bias adjustment following the technique outlined above has been recommended for CMIP5 (ICPO, 2011). A suitable adjustment depends also on there being a sufficient number of hindcasts for statistical robustness (Garcia-Serrano et al., 2012; Kharin et al., 2012).

To reduce the impact of the drift many of the early attempts at decadal prediction (Smith et al., 2007; Keenlyside et al., 2008; Pohlmann et al., 2009; Mochizuki et al., 2010) use an approach called anomaly initialization (Schneider et al., 1999; Pierce et al., 2004; Smith et al., 2007). The anomaly initialization approach attempts to circumvent model drift and the need for a time-varying bias correction. The models are initialized by adding observed anomalies to an estimate of the model mean climate. The mean model climate is subsequently subtracted from the predictions to obtain forecast anomalies. Sampling error in the estimation of the mean climatology affects the success of this approach. This is also the case for full-field initialization, although as anomaly initialisation is affected to a smaller degree by the drift, the sampling error is assumed to be smaller (Hazeleger et al., 2013a). The relative merits of anomaly versus full initialization are being quantified (Hazeleger et al., 2013a; Magnusson et al., 2013; Smith et al., 2013a), although no initialization method was found to be definitely better in terms of forecast quality. Another less widely explored alternative is dynamic bias correction in which multi-year monthly mean analysis increments are added during the integration of the ocean model (Wang et al., 2013). Figure 11.2 includes predictions performed with both full and anomaly initialization systems.

### 11.2.3.2  Forecast Quality Assessment

The quality of a forecast system is assessed by estimating, among others, the accuracy, skill and reliability of a set of hindcasts (Jolliffe and Stephenson, 2011). These three terms—accuracy, skill and reliability—are used here in a strict technical sense. A suite of measures needs to be considered, particularly when a forecast system are compared. The accuracy of a forecast system refers to the average distance/error between forecasts and observations. The skill score is a relative measure of the quality of the forecasting system compared to some benchmark or reference forecast (e.g., climatology or persistence). The reliability, which is a property of the specific forecast system, measures the trustworthiness of the predictions. Reliability measures how well the predicted probability distribution matches the observed relative frequency of the forecast event. Accuracy and reliability are aspects of forecast quality that can be improved by improving the individual forecast systems or by combining several of them into a multi-model prediction. The reliability can be improved by a

*posteriori* corrections to model spread. Forecast quality can also be improved by unequal weighting (Weigel et al., 2010; DelSole et al., 2013), although this option has not been explored in decadal prediction to date, because a long training sample is required to obtain robust weights.

The assessment of forecast quality depends on the quantities of greatest interest to those who use the information. World Meteorological Organization (WMO)'s Standard Verification System (SVS) for Long-Range Forecasts (LRF) (WMO, 2002) outlines specifications for long-range (sub-seasonal to seasonal) forecast quality assessment. These measures are also described in Jolliffe and Stephenson (2011) and Wilks (2006). A recommendation for a deterministic metric for decadal climate predictions is the mean square skill score (MSSS), and for a probabilistic metric, the continuous ranked probability skill score (CRPSS) as described in Goddard et al. (2013) and Meehl et al. (2013d). For dynamical ensemble systems, a useful measure of the characteristics of an ensemble forecast system is spread. The relative spread can be described in terms of the ratio between the mean spread around the ensemble mean and the root mean square error (RMSE) of the ensemble-mean prediction, or spread-to-RMSE ratio. A ratio of 1 is considered a desirable feature for a Gaussian-distributed variable of a well-calibrated (i.e., reliable) prediction system (Palmer et al., 2006). The importance of using statistical inference in forecast quality assessments has been recently emphasized (Garcia-Serrano and Doblas-Reyes, 2012; Goddard et al., 2013). This is even more important when there are only small samples available (Kumar, 2009) and a small number of degrees of freedom (Gangstø et al., 2013). Confidence intervals for the scores are typically computed using either parametric or bootstrap methods (Lanzante, 2005; Jolliffe, 2007; Hanlon et al., 2013).

The skill of seasonal predictions can vary from generation to generation (Power et al. 1999) and from one generation of forecast systems to the next (Balmaseda et al., 1995). This highlights the possibility that the skill of decadal predictions might also vary from one period to another. Certain initial conditions might precede more predictable near-term states than other initial conditions, and this has the potential to be reflected in predictive skill assessments. However, the short length of the period available to initialize and verify the predictions makes the analysis of the variations in skill very difficult.

### 11.2.3.3  Pre-CMIP5 Decadal Prediction Experiments

Early decadal prediction studies found little additional predictive skill from initialization, over that due to changes in radiative forcing (RF), on global (Pierce et al., 2004) and regional scales (Troccoli and Palmer, 2007). However, neither of these studies considered more than two start dates. More comprehensive tests, which considered at least nine different start dates indicated temperature skill (Smith et al., 2007; Keenlyside et al., 2008; Pohlmann et al., 2009; Sugiura et al., 2009; Mochizuki et al., 2010; Smith et al., 2010; Doblas-Reyes et al., 2011; Garcia-Serrano and Doblas-Reyes, 2012; Garcia-Serrano et al., 2012; Kroger et al., 2012; Matei et al., 2012b; van Oldenborgh et al., 2012; Wu and Zhou, 2012; MacLeod et al., 2013). Moreover, this skill was enhanced by initialization (local increase in correlation of 0.1 to 0.3, depending on the system) mostly over the ocean, in particular over the North Atlantic and subtropical Pacific oceans. Regions with skill

BLM_0074479

improvements from initialization for precipitation are small and rarely statistically significant (Goddard et al., 2013).

### 11.2.3.4  Coupled Model Intercomparison Project Phase 5 Decadal Prediction Experiments

Indices of global mean temperature, the Atlantic Multi-decadal Variability (AMV; (Trenberth and Shea, 2006)) and the Inter-decadal Pacific Oscillation (IPO; Power et al., 1999) or Pacific Decadal Oscillation (PDO) are used as benchmarks to assess the ability of decadal forecast systems to predict multi-annual averages of climate variability (Kim et al., 2012; van Oldenborgh et al., 2012; Doblas-Reyes et al., 2013; Goddard et al., 2013; see also Figure 11.3). Initialized predictions of global mean surface air temperature (GMST) for the following year are now being performed in almost-real time (Folland et al., 2013).

Non-initialized predictions (or projections) of the global mean temperature are statistically significantly skilful for most of the forecast ranges considered (*high confidence*), due to the almost monotonic increase in temperature, pointing to the importance of the time-varying RF (Murphy et al., 2010; Kim et al., 2012). This leads to a high (above 0.9) correlation of the ensemble mean prediction that varies very as a function of forecast lead time. This holds whether the changes in the external forcing (i.e., changes in natural and/or anthropogenic atmospheric composition) are specified (i.e., CMIP5) or are projected (ENSEMBLES). The skill of the multi-annual global mean surface temperature improves with initialization, although this is mainly evidenced when the accuracy is measured in terms of the RMSE (Doblas-Reyes et al., 2013). An improved prediction of global mean surface temperature is evidenced by the closer fit of the initialized predictions during the 21st century (Figure 11.3; Meehl and Teng, 2012; Doblas-Reyes et al., 2013; Guemas et al., 2013; Box 9.2). The impact of initialization is seen as a better representation of the phase of the internal variability, in particular in increasing the upper ocean heat content (Meehl et al., 2011) and in terms of a correction of the model's forced response.

The AMV (Chapter 14) has important impacts on temperature and precipitation over land (Li and Bates, 2007; Li et al., 2008; Semenov et al., 2010). The AMV index shows a large fraction of its variability on decadal time scales and has multi-year predictability (Murphy et al., 2010; Garcia-Serrano and Doblas-Reyes, 2012). The AMV has been connected to multi-decadal variability of Atlantic tropical cyclones (Goldenberg et al., 2001; Zhang and Delworth, 2006; Smith et al., 2010; Dunstone et al., 2011). Figure 11.3 shows that the CMIP5 multi-model ensemble mean has skill on multi-annual time scales, the skill being generally larger than for the single-model forecast systems (Garcia-Serrano and Doblas-Reyes, 2012; Kim et al., 2012). The skill of the AMV index improves with initialization (*high confidence*) for the early forecast ranges. In particular, the RMSE is substantially reduced (indicating improved skill) with initialization for the AMV. The positive correlation of the non-initialized AMV predictions is consistent with the view that part of the recent variability is due to external forcings (Evan et al., 2009; Ottera et al., 2010; Chang et al., 2011; Booth et al., 2012; Garcia-Serrano et al., 2012; Terray, 2012; Villarini and Vecchi, 2012; Doblas-Reyes et al., 2013).

Pacific decadal variability is associated with potentially important climate impacts, including rainfall over America, Asia, Africa and Aus-

tralia (Power et al., 1999; Deser et al., 2004; Seager et al., 2008; Zhu et al., 2011; Li et al., 2012). The combination of Pacific and Atlantic variability and climate change is an important driver of multi-decadal USA drought (McCabe et al., 2004; Burgman et al., 2010) including key events like the American dustbowl of the 1930s (Schubert et al., 2004). van Oldenborgh et al. (2012) reported weak skill in hindcasting the IPO in the ENSEMBLES multi-model. Doblas-Reyes et al. (2013) show that the ensemble-mean skill of the ENSEMBLES multi-model IPO is not statistically significant at the 95% level and shows no clear impact of the initialization, in agreement with the predictability study of Meehl et al. (2010). On the other hand, case studies suggest that there might be some initial states that can produce skill in predicting IPO-related decadal variability for some time periods (e.g., Chikamoto et al., 2012b; Meehl and Arblaster, 2012; Meehl et al., 2013a).

The higher AMV and global mean temperature skill of the CMIP5 predictions with respect to the ENSEMBLES hindcasts (van Oldenborgh et al., 2012; Goddard et al., 2013) might be partly due to the CMIP5 multi-model using specified instead of projected aerosol loading (especially the volcanic aerosol) and solar irradiance variations during the simulations. As these forcings cannot be specified in a real forecast setting, ENSEMBLES offers an estimate of the skill closer to what could be expected from a real-time forecast system such as the one described in (Smith et al., 2013a). The use of correct forcings nevertheless allows a more powerful test of the effect of initialization on the ability of models to reproduce past observations.

Near-term prediction systems have significant skill for temperature over large regions (Figure 11.4), especially over the oceans (Smith et al., 2010; Doblas-Reyes et al., 2011; Kim et al., 2012; Matei et al., 2012b; van Oldenborgh et al., 2012; Hanlon et al., 2013). It has been shown that a large part of the skill corresponds to the correct representation of the long-term trend (*high confidence*) as the skill decreases substantially after an estimate of the long-term trend is removed from both the predictions and the observations (e.g., Corti et al., 2012; van Oldenborgh et al., 2012; MacLeod et al., 2013). Robust skill increase due to initialization (Figure 11.4) is limited to areas of the North Atlantic, the Indian Ocean and the southeast Pacific (*high confidence*) (Doblas-Reyes et al., 2013), in agreement with previous results (Pohlmann et al., 2009; Smith et al., 2010; Mochizuki et al., 2012) and predictability estimates (Branstator and Teng, 2012). Similar results have been found in several individual forecast systems (e.g., Muller et al., 2012; Bellucci et al., 2013). However, the impact of initialization on the skill in those regions, though robust (as shown by the agreement between the different CMIP5 systems) is small and not statistically significant with 90% confidence.

The improvement in retrospective North Atlantic variability predictions from initialization (Smith et al., 2010; Dunstone et al., 2011; Garcia-Serrano et al., 2012; Hazeleger et al., 2013b) suggests that internal variability was important to North Atlantic variability during the past few decades. However, the interpretation of the results is complicated by the fact that the impact on skill varies slightly with the forecast quality measure used (Figure 11.4; Doblas-Reyes et al., 2013). This has been attributed to, among other things, the different impact of the predicted local trends on the scores used (Goddard et al., 2013). Skill in hindcasts of subpolar Atlantic temperature, which is evident in Figure 11.4, is

**11**

BLM_0074480



**Figure 11.3 |** Decadal prediction forecast quality of two climate indices. (Top row) Time series of the 2- to 5-year average ensemble-mean initialized hindcast anomalies and the corresponding non-initialized experiments for two climate indices: global mean surface temperature (GMST, left) and the Atlantic multi-decadal variability (AMV, right). The observational time series, Goddard Institute of Space Studies (GISS) GMST and Extended Reconstructed Sea Surface Temperature (ERSST) for the AMV, are represented with dark grey (positive anomalies) and light grey (negative anomalies) vertical bars, where a 4-year running mean has been applied for consistency with the time averaging of the predictions. Predicted time series are shown for the CMIP5 Init (solid) and NoInit (dotted) simulations with hindcasts started every 5 years over the period 1960–2005. The lower and upper quartile of the multi-model ensemble are plotted using thin lines. The AMV index was computed as the SST anomalies averaged over the region Equator to 60°N and 80°W to 0°W minus the SST anomalies averaged over 60°S to 60°N. Note that the vertical axes are different for each time series. (Middle row) Correlation of the ensemble mean prediction with the observational reference along the forecast time for 4-year averages of the three sets of CMIP5 hindcasts for Init (solid) and NoInit (dashed). The one-sided 95% confidence level with a $t$ distribution is represented in grey. The effective sample size has been computed taking into account the autocorrelation of the observational time series. A two-sided $t$ test (where the effective sample size has been computed taking into account the autocorrelation of the observational time series) has been used to test the differences between the correlation of the initialized and non-initialized experiments, but no differences where found statistically significant with a confidence equal or higher than 90%. (Bottom row) Root mean square error (RMSE) of the ensemble mean prediction along the forecast time for 4-year averages of the CMIP5 hindcasts for Init (solid) and NoInit (dashed). A two-sided $F$ test (where the effective sample size has been computed taking into account the autocorrelation of the observational time series) has been used to test the ratio between the RMSE of the Init and NoInit, and those forecast times with differences statistically significant with a confidence equal or higher than 90% are indicated with an open square. (Adapted from Doblas-Reyes et al., 2013.)

972

improved more by initialization than is skill in hindcasting sub-tropical Atlantic temperature (Garcia-Serrano et al., 2012; Robson et al., 2012; Hazeleger et al., 2013b). This is relevant because the sub-polar branch of the AMV is a source of skill for multi-year North Atlantic tropical storm frequency predictions (Smith et al., 2010). Vecchi et al. (2013) argued that the nominal improvement in multi-year forecasts of North Atlantic hurricane frequency was mainly due to persistence.

Sugiura et al. (2009) reported on skill in hindcasting the Pacific Decadal Oscillation (PDO) in their forecast system. They ascribed the skill to the interplay between Rossby waves and a clockwise propagation of ocean heat content anomalies along the Kuroshio–Oyashio extension and subtropical subduction pathway. However, as Figure 11.4 shows, the Pacific Ocean has the lowest temperature skill overall, with no consistent impact from initialization. The central North Pacific has zero or negative skill, which may be due to the relatively large amplitude of the interannual variability when compared to the long-term trend; the overall failure to predict the largest warming events (Guémas et al., 2012) beyond a few months; and differences (compared to AMV) in how surface temperature and upper ocean heat content interact for the PDO (Mochizuki et al., 2010; Chikamoto et al., 2012a; Mochizuki et al., 2012). There is a robust loss of skill due to initialization in the CMIP5 predictions over the equatorial Pacific (Doblas-Reyes et al., 2013) that has not been adequately explained.

The AMV is thought to be related to the AMOC (Knight et al., 2005). An assessment of the impact of observing systems on AMOC predictability indicates that the recent dense observations of oceanic temperature and salinity are crucial to constraining the AMOC in one model Zhang et al. (2007a). The observing system representative of the pre-2000s was not as effective, indicating that inadequate observations in the past might also limit the impact of initialization on the predictions. This has been confirmed by Pohlmann et al. (2013) using decadal predictions, where they also find a positive impact from initialization that agrees with Hazeleger et al. (2013b). Assessments of the skill of prediction systems to hindcast past variability in the AMOC have been attempted (Pohlmann et al., 2013; Swingedouw et al., 2013) although direct measures of the AMOC are far too short to underpin a reliable estimate of skill, and longer histories are poorly known (Matei et al., 2012a; Vecchi et al., 2012). There is *very low confidence* in current estimates of the skill of the AMOC hindcasts. Sustained ocean observations, such as Argo, a broad global array of temperature/salinity profiling floats, and Rapid Climate Change-Meridional Overturning Circulation and Heatflux Array (RAPID-MOCHA), will be needed to build a capability to reliably predict the AMOC (Srokosz et al., 2012).

Climate prediction is, by nature, probabilistic. Probabilistic predictions are expected to be skilful, but also reliable. Decadal predictions should be evaluated on the basis of whether they give an accurate estimation of the relative frequency of the predicted outcome. This question can be addressed using, among other tools, attributes diagrams (Mason, 2004). They measure how closely the forecast probabilities of an event correspond to the mean probability of observing the event. They are based on a discrete binning of many forecast probabilities taken over a given geographical region. Figure 11.5 illustrates the CMIP5 multi-model Init and NoInit attributes diagrams for predictions of both the global and North Atlantic SSTs to be in the lower tercile (where the tercile threshold has been estimated separately for the predictions and the observations). The diagrams are constructed using predictions for each grid point over the corresponding area. For perfect reliability the forecast probability and the frequency of occurrence should be equal, and the plotted points should lie on the diagonal (solid black line in the figure). When the line joining the bullets (the reliability curve) has positive slope it indicates that as the forecast probability of the event increases, so does the chance of observing the event. The predictions therefore can be considered as moderately reliable. However, if the slope of the curve is less than the slope of the diagonal, then the forecast system is overconfident. If the reliability curve is mainly horizontal, then the frequency of occurrence of the event does not depend on the forecast probabilities and the predictions contain no more information than a random guess. An ideal forecast should have a good resolution whilst retaining reliability, that is, probability forecasts should be both sharp and reliable.

In agreement with Corti et al. (2012), CMIP5 multi-model surface temperature predictions are more reliable for the North Atlantic than when considered over the global oceans, and have a tendency to be overconfident particularly for the global oceans (*medium confidence*). This means that the multi-model ensemble spread should not be considered as a robust measure of the actual uncertainty, at least for multi-annual averages. The attributes diagrams already take into account the systematic error in the simulated variability by estimating separately the event thresholds for the predictions and the observational reference. For the North Atlantic, initialization improves the reliability of the predictions, which translates into an increase of the Brier skill score, the probabilistic skill measure with respect to a naïve climatological prediction (which is reliable, but not skilful) used to aggregate the information in the attributes diagram. However, the uncertainty associated with these estimates is not negligible. This is due mainly to the small sample of start dates, which has the consequence that the number of predictions with a given probability is small to give a robust estimate of the observed relative frequency (Brocker and Smith, 2007). In addition to this, there are biases in the reliability diagram itself (Ferro and Fricker, 2012). These results suggest that the multi-model ensemble should be used with care when estimating probability forecasts or the uncertainty of the mean predictions. Given that the models used for the dynamical predictions are the same as those used for the projections, this verification also provides useful information for the assessment of the projections (cf. Box 11.2).

The skill in hindcasting precipitation over land (Figure 11.6) is much lower than the skill in hindcasting temperature over land. This is consistent with predictability studies discussed previously (e.g., Box 11.1) (*high confidence*). Several regions, especially in the Northern Hemisphere (NH) and West Africa (Gaetani and Mohino, 2013), have skill but these regions are not statistically significant with a 95% confidence level. The positive skill in hindcasting precipitation can be attributed mostly to variable RF (*high confidence*) as initialization improves the skill very little (Goddard et al., 2013). The areas with positive skill agree with those where the precipitation trends of multi-annual averages are the largest (Doblas-Reyes et al., 2013). The skill in areas like West Africa might be associated with the positive AMV skill, as the AMV drives interannual variability in precipitation over this region (van Oldenborgh et al., 2012).

**11**

BLM_0074482

The small amount of statistically significant differences found between the initialized and non-initialized experiments does not necessarily mean that the impact of the initialization does not have a physical basis. A comparison of the global mean temperature and AMV forecast quality using 1- and 5-year intervals between start dates (Garcia-Serrano et al., 2012) suggests that, although a five-year interval sampling allows an estimate of the level of skill, local maxima as a function of forecast time might well be due to poor sampling of the start dates (Garcia-Serrano and Doblas-Reyes, 2012; Kharin et al., 2012; Doblas-Reyes et al., 2013; Goddard et al., 2013). Several signals, such as the



**Figure 11.4 |** (a) Root mean square skill score of the near surface air temperature forecast quality for the forecast time 2 to 5 years from the multi-model ensemble mean of the CMIP5 Init experiment with 5-year interval between start dates over the period 1960–2005. A combination of temperatures from Global Historical Climatology Network/Climate Anomaly Monitoring System (GHCN/CAMS) air temperature over land, Extended Reconstructed Sea Surface Temperature (ERSST) and Goddard Institute of Space Studies Surface Temperature Analysis (GISTEMP) 1200 over the polar areas is used as a reference. Black dots correspond to the points where the skill score is statistically significant with 95% confidence using a one-sided F-test taking into account the autocorrelation of the observation minus prediction time series. (b) Ratio between the root mean square error of the ensemble mean of Init and NoInit. Dots are used for the points where the ratio is significantly above or below 1, with 90% confidence using a two-sided F-test taking into account the autocorrelation of the observation minus prediction time series. Contours are used for areas where the ratio of at least 75% of the single forecast systems is either above or below one agreeing with the value of the ratio in the multi-model ensemble. Poorly observationally sampled areas are masked in grey. The original model data have been bilinearly interpolated to the observational grid. The ensemble mean of each forecast system has been estimated before computing the multi-model ensemble mean. (Adapted from Doblas-Reyes et al., 2013.)

BLM_0074483

skill improvement for temperature over the North Atlantic, are robust in the sense that it is found in more than 75% of forecast system. However, it is difficult to obtain statistical significance with these limited samples. The low start date sampling frequency is one of the limitations of the core CMIP5 near-term prediction experiment, the other one being the short length of the period of study, limited by the availability of observational data. Results estimated with yearly start dates are more robust than with a 5-year start date frequency. However, even with 1-year start date frequency, the impact of the initialization is similar. The spatial distribution of the skill does not change substantially with the different start date frequency. The skill and the initialization

impact are both slightly reduced in the results with yearly start dates, but at the same time the spatial variability is substantially reduced.

The CMIP5 multi-model overestimates the spread of the multi-annual average temperature (Doblas-Reyes et al., 2013). Figure 11.7 shows the ratio of the spread around the ensemble mean prediction and the RMSE of the ensemble mean prediction of Init and NoInit, which in a well-calibrated system is expected to be close to 1. However, the ratio is overestimated over the North Atlantic, the Indian Ocean and the Arctic, and underestimated over the North Pacific and most continental areas, suggesting that the CMIP5 systems do not discriminate



**Figure 11.5 |** Attributes diagram for the CMIP5 multi-model decadal initialized (a and c) and non-initialized (b and d) hindcasts for the event 'surface air temperature anomalies below the lower tercile over (a) and (b) the global oceans (60°N to 60°S) and (c) and (d) the North Atlantic (87.5°N to 30°N, 80°W to 10°W) for the forecast time 2 to 5 years. The red bullets in the figure correspond to the number of probability bins (10 in this case) used to estimate forecast probabilities. The size of the bullets represents the number of forecasts in a specific probability category and is a measure of the sharpness (or variance of the forecast probabilities) of the predictions. The blue horizontal and vertical lines indicate the climatological frequency of the event in the observations and the mean forecast probability, respectively. Grey vertical bars indicate the uncertainty in the observed frequency for each probability category estimated at 95% level of confidence with a bootstrap resampling procedure based on 1000 samples. The longer the bars, the more the vertical position of the bullets may change as new hindcasts become available. The black dashed line separates skilful from unskilled regions in the diagram in the Brier skill score sense. The Brier skill score with respect to the climatological forecast is drawn in the top left corner of each panel. (Adapted from Corti et al., 2012.)

BLM_0074484

between the regions where the spread should be reduced according to the RMSE level in the area. These results are found for both the Init and NoInit ensembles and agree with the overconfidence of the probability forecasts shown in Figure 11.6 (Corti et al., 2012). The spread overestimation also agrees with the results found for the indices illustrate in Figure 11.3 (Doblas-Reyes et al., 2013). The spread overestimation

points to the need for a careful interpretation of current ensemble and probabilistic climate information for climate adaptation and services.

The skill of extreme daily temperature and precipitation in multi-annual time scales has also been assessed (Eade et al., 2012; Hanlon et al., 2013). There is little improvement in skill with the initialization beyond



**Figure 11.6** | (a) Root mean square skill score for precipitation hindcasts for the forecast time 2 to 5 years from the multi-model ensemble mean of the CMIP5 Init experiment with 5-year interval between start dates over the period 1960–2005. Global Precipitation Climatology Centre (GPCC) precipitation is used as a reference. Black dots correspond to the points where the skill score is statistically significant with 95% confidence using a one-sided *F*-test taking into account the autocorrelation of the observation minus prediction time series. (b) Ratio between the root mean square error of the ensemble mean of Init and NoInit. Dots are used for the points where the ratio is significantly above or below one with 90% confidence using a two-sided *F*-test taking into account the autocorrelation of the observation minus prediction time series. Contours are used for areas where the ratio of at least 75% of the single forecast systems is either above or below 1, agreeing with the value of the ratio in the multi-model ensemble. The model original data have been bilinearly interpolated to the observational grid. The ensemble mean of each forecast system has been estimated before computing the multi-model ensemble mean. (Adapted from Doblas-Reyes et al., 2013.)

BLM_0074485



**Figure 11.7** | Ratio between the surface temperature spread around the ensemble mean and the root mean square error (RMSE) of the ensemble-mean prediction of Init and NoInit for the forecast time 2 to 5 years with 5-year interval between start dates over the period 1960–2005. A combination of temperatures from Global Historical Climatology Network/Climate Anomaly Monitoring System (GHCN/CAMS) air temperature over land, Extended Reconstructed Sea Surface Temperature (ERSST) v3b over sea and Goddard Institute of Space Studies Surface Temperature Analysis (GISTEMP) 1200 over the polar areas is used as a reference to compute the RMSE. (Adapted from Doblas-Reyes et al., 2013.)

the first year, suggesting that skill then arises largely from the varying external forcing. The skill for extremes is generally similar to, but slightly lower than, that for the mean.

Responding to the increases in decadal skill in certain regions due to initialization, a coordinated quasi-operational decadal prediction initiative has been organized (Smith et al., 2013b). The forecast systems participating in the initiative are based on those of CMIP5 and have been evaluated for forecast quality. Statistical predictions are also included in the initiative. The most recent forecast shows (compared to the projections) substantial warming of the north Atlantic subpolar gyre, cooling of the north Pacific throughout the next decade and cooling over most land and ocean regions and in the global average out to several years ahead. However, in the absence of explosive or frequent volcanic eruptions, global surface temperature is predicted to continue to rise and, to a certain degree, recover from the reduced rate of warming (see Box 9.2).

### 11.2.3.5  Realizing Potential

Although idealized model experiments show considerable promise for predicting internal variability, realizing this potential is a challenging task. There are three main hurdles: (1) the limited availability of data to initialize and verify predictions, (2) limited progress in initialization techniques for decadal predictions and (3) dynamical model shortcomings that require validating how the simulated variance compares with the observed variance.

It is expected that the availability of temperature and salinity data in the top 2 km of the ocean through the enhanced global deployment of Argo floats will give a step change in our ability to initialize and pre-

dict ocean heat and density anomalies (Zhang et al., 2007a; Dunstone and Smith, 2010). Another important advancement is the availability of highly accurate altimetry data, made especially useful after the launching of TOPography EXperiment (TOPEX)/Poseidon in 1992. Argo and altimeter data became available only in 2000 and 1992 respectively, so an accurate estimate of their impact on real forecasts has to wait (Dunstone and Smith, 2010). In all cases, both the length of the observational data sets and the reduced coverage of the data available, especially before 2000, are serious limitations to obtain robust estimates of forecast quality.

Improved initialization of other aspects such as sea ice, snow cover, frozen soil and soil moisture, may also have potential to contribute to predictive skill beyond the seasonal time scale. This could be investigated, for example by using measurements of soil moisture from the Soil Moisture and Ocean Salinity (SMOS) satellite launched in 2009, or by initializing sea ice thickness with observations from the CryoSat-2 satellite launched in 2010. Along the same line, understanding the links between the initialization and the correct prediction of both the internal and external variability should help improving forecast quality (Solomon et al., 2011).

Many of the current decadal prediction systems use relatively simple initialization schemes and do not adopt fully coupled initialization/ensemble generation schemes. Assimilation schemes offer opportunities for fully coupled initialization including assimilation of variables such as sea ice, snow cover and soil moisture, although they present technically and scientifically challenging problems. This approach has been tested in schemes like four-dimensional variational data assimilation (4DVAR; Sugiura et al., 2008) and the ensemble Kalman filter (Keppenne et al., 2005; Zhang et al., 2007a).

977

BLM_0074486

Bias correction is used to reduce the effects of model drift, but the nonlinearity in the climate system (e.g., Power (1995) might limit the effectiveness of bias correction and thereby reduce forecast quality. Understanding and reducing both drift and systematic errors is important (Palmer and Weisheimer, 2011), as it is also for seasonal-to-interannual climate prediction and for climate change projections. While improving models is the highest priority, efforts to quantify the degree of interference between model bias and predictive signals should not be overlooked.

## 11.3   Near-term Projections

### 11.3.1   Introduction

In this section the outlook for global and regional climate up to mid-century is assessed, based on climate model projections. In contrast to the predictions discussed in Section 11.2, these projections are not initialized using observations; instead, they are initialized from historical simulations of the evolution of climate from pre-industrial conditions up to the present. The historical simulations are forced by estimates of past anthropogenic and natural climate forcing agents, and the projections are obtained by forcing the models with scenarios for future climate forcing agents. Major use is made of the CMIP5 model experiments forced by the Representative Concentration Pathway (RCP) scenarios discussed in Chapters 1 and 8. Projections of climate change in this and subsequent chapters are expressed relative to the reference period: 1986–2005. In this chapter most emphasis is given to the period 2016–2035, but some information on changes projected before and after this period (up to mid-century) is also provided. Longer-term projections are assessed in Chapters 12 and 13.

Key assessment questions addressed in this section are: *What is the externally forced signal of near-term climate change, and how large is it compared to natural internal variability?* From the point of view of climate impacts, the absolute magnitude of climate change may in some instances be less important than the magnitude relative to the local level of natural internal variability. Because many systems are naturally adapted to a background level of variability, it may be changes that move outside of this range that are most likely to trigger impacts that are unprecedented in the recent past (e.g., Lobell and Burke (2008) for crops).

An important conclusion of the AR4 (Section 10.3.1) was that near-term climate projections are not very sensitive to plausible alternative non-mitigation scenarios for GHG concentrations (specifically the Special Report on Emission Scenarios (SRES) scenarios; comparison with RCP scenarios is discussed in Chapter 1), that is, in the near term, different scenarios give rise to similar magnitudes and patterns of climate change. (Note, however, that some impacts may be more sensitive.) For this reason, most of the projections presented in this chapter are based on one specific RCP scenario, RCP4.5. RCP4.5 was chosen because of its intermediate GHG forcing. However, there is greater sensitivity to other forcing agents, in particular anthropogenic aerosols (e.g., Chalmers et al., 2012). Consequently, a further question addressed in this section (especially in Section 11.3.6.1) is: *To what extent are near-term climate projections sensitive to alternative scenarios for anthropogenic*

*forcing?* Note finally that a great deal of additional information on near-term projections is provided in Annex I.

#### 11.3.1.1   Uncertainty in Near-term Climate Projections

As discussed in Chapters 1 (Section 1.4) and 12 (Section 12.2), climate projections are subject to several sources of uncertainty. Here three main sources are distinguished. The first arises from natural *internal variability*, which is intrinsic to the climate system, and includes phenomena such as variability in the mid-latitude storm tracks and the ENSO. The existence of internal variability places fundamental limits on the precision with which future climate variables can be projected. The second is uncertainty concerning the past, present and future *forcing* of the climate system by natural and anthropogenic forcing agents such as GHGs, aerosols, solar forcing and land use change. Forcing agents may be specified in various ways, for example, as *emissions* or as *concentrations* (see Section 12.2). The third is uncertainty related to the *response* of the climate system to the specified forcing agents.

Quantifying the uncertainty that arises from each of the three sources is an important challenge. For projections, no attempt is made to predict the evolution of the internal variability. Instead, the statistics of this variability are included as a component of the uncertainty associated with a projection. The magnitude of internal variability can be estimated from observations (Chapters 2, 3 and 4) or from climate models (Chapter 9). Challenges arise in estimating the variability on decadal and longer time scales, and for rare events such as extremes, as observational records are often too short to provide robust estimates.

Uncertainty concerning the past forcing of the climate system arises from a lack of direct or proxy observations, and from observational errors. This uncertainty can influence future projections of some variables (particularly large-scale ocean variables) for years or even decades ahead (e.g., Meehl and Hu, 2006; Stenchikov et al., 2009; Gregory, 2010). Uncertainty about future forcing arises from the inability to predict future anthropogenic emissions and land use change, and natural forcings (e.g., volcanoes), and from uncertainties concerning carbon cycle and other biogeochemical feedbacks (Chapters 6, 12 and Annex II.4.1). The uncertainties in future anthropogenic forcing are typically investigated through the development of specific scenarios (e.g., for emissions or concentrations), such as the RCP scenarios (Chapters 1 and 8). Different scenarios give rise to different climate projections, and the spread of such projections is commonly described as *scenario uncertainty*. The sensitivity of climate projections to alternative scenarios for future anthropogenic emissions is discussed especially in Section 11.3.6.1

To project the climate response to specified forcing agents, climate models are required. The term *model uncertainty* describes uncertainty about the extent to which any particular climate model provides an accurate representation of the real climate system. This uncertainty arises from approximations required in the development of models. Such approximations affect the representation of all aspects of the climate including natural internal variability and the response to external forcings. As discussed in Chapter 1 (Section 1.4.2), the term *model uncertainty* is sometimes used in a narrower sense to describe the spread between projections generated using different models or model

BLM_0074487



**Figure 11.8 |** Sources of uncertainty in climate projections as a function of lead time based on an analysis of CMIP5 results. (a) Projections of global mean decadal mean surface air temperature to 2100 together with a quantification of the uncertainty arising from internal variability (orange), model spread (blue) and RCP scenario spread (green). (b) Signal-to-uncertainty ratio for various global and regional averages. The signal is defined as the simulated multi-model mean change in surface air temperature relative to the simulated mean surface air temperature in the period 1986–2005, and the uncertainty is defined as the total uncertainty. (c–f) The fraction of variance explained by each source of uncertainty for: global mean decadal and annual mean temperature (c), European (30°N to 75°N, 10°W to 40°E) decadal mean boreal winter (December to February) temperature (d) and precipitation (f), and East Asian (5°N to 45°N, 67.5°E to 130°E) decadal mean boreal summer (June to August) precipitation (e). See text and Hawkins and Sutton (2009) and Hawkins and Sutton (2011) for further details.

BLM_0074488

versions; however, such a measure is crude as it takes no account of factors such as model quality (Chapter 9) or model independence. The term *model response uncertainty* is used here to describe the dimension of model uncertainty that is directly related to the response to external forcings. To obtain projections of extreme events such as tropical cyclones, or regional phenomena such as orographic rainfall, it is sometimes necessary to employ a dynamical or statistical downscaling procedure. Such downscaling introduces an additional dimension of model uncertainty (e.g., Alexandru et al., 2007).

The relative importance of the different sources of uncertainty depends on the variable of interest, the space and time scales involved (Section 10.5.4.3 of Meehl et al. (2007b)), and the lead-time of the projection. Figure 11.8 provides an illustration of these dependencies based on an analysis of CMIP5 projections (following Hawkins and Sutton, 2009, 2011; Yip et al., 2011). In this example, the forcing-related uncertainty is estimated using the spread of projections for different RCP scenarios (i.e., scenario uncertainty), while the spread among different models for individual RCP scenarios is used as a measure of the model response uncertainty. Internal variability is estimated from the models as in Hawkins and Sutton (2009). Key points are: (1) the uncertainty in *near-term* projections is dominated by internal variability and model spread. This finding provides some of the rationale for considering near-term projections separately from long-term projections. Note, however, that the RCP scenarios do not sample the full range of uncertainty in future anthropogenic forcing, and that uncertainty in aerosol forcings in particular may be more important than is suggested by Figure 11.8 (see Section 11.3.6.1); (2) internal variability becomes increasingly important on smaller space and time scales; (3) for projections of precipitation, scenario uncertainty is less important and (on regional scales) internal variability is generally more important than for projections of surface air temperature; (4) the full model uncertainty may well be larger or smaller than the model spread due to common errors or unrealistic models.

A key quantity for any climate projection is the signal-to-noise (S/N) ratio (Christensen et al., 2007), where the 'signal' is a measure of the amplitude of the projected climate change, and the noise is a measure of the uncertainty in the projection. Higher S/N ratios indicate more robust projections of change and/or changes that are large relative to background levels of variability. Depending on the purpose, it may be useful to identify the noise with the total uncertainty, or with a specific component such as the internal variability. The evolution of the S/N ratio with lead time depends on whether the signal grows more rapidly than the noise, or vice versa. Figure 11.8 (top right) shows that, when the noise is identified with the total uncertainty, the S/N ratio for surface air temperature is typically higher at lower latitudes and has a maximum at a lead time of a few decades (Cox and Stephenson, 2007; Hawkins and Sutton, 2009). The former feature is primarily a consequence of the greater amplitude of internal variability in mid-latitudes. The latter feature arises because over the first few decades, when scenario uncertainty is small, the signal grows most rapidly, but subsequently, the contribution from scenario uncertainty grows more rapidly than does the signal, so the S/N ratio falls. See Hawkins and Sutton (2009, 2011) for further details.

### 11.3.2   Near-term Projected Changes in the Atmosphere and Land Surface

#### 11.3.2.1  Surface Temperature

##### 11.3.2.1.1  Global mean surface air temperature

Figure 11.9 (a) and (b) show CMIP5 projections of global mean surface air temperature under RCP4.5. The 5 to 95% range for the projected anomaly for the period 2016–2035, relative to the reference period 1986–2005, is 0.47°C to 1.00°C (see also Table 12.2). However, as discussed in Section 11.3.1.1, this range provides only a very crude measure of uncertainty, and there is no guarantee that the real world must lie within this range. Obtaining better estimates is an important challenge. One approach involves initializing climate models using observations, as discussed in Section 11.2. Figure 11.9 (b) compares multi-model initialized climate predictions (8 models from Smith et al., 2013b), initialized in 2011; 14 CMIP5 decadal prediction experiment models following the methodology of Meehl and Teng (2012), initialized in 2006 with the 'raw' uninitialized CMIP5 projections. The 5 to 95% range for both sets of initialized predictions is cooler (by about 15% for the median values) than the corresponding range for the raw projections, particularly at the upper end. The differences are partly a consequence of initializing the models in a state that is cool (in comparison to the median of the raw projections) as a result of the recent hiatus in global mean surface temperature rise (see Box 9.2). However, it is not yet possible to attribute all of the reasons with confidence because the raw projections are based on a different, and larger, set of models than the initialized predictions, and because of uncertainties related to the bias adjustment of the initialized predictions (Goddard et al., 2013; Meehl et al., 2013d)

Another approach to making projections involves weighting models according to some measure of their quality (see Chapter 9). A specific approach of this type, known as Allen, Stott and Kettleborough (ASK) (Allen et al., 2000; Stott and Kettleborough, 2002), is based on the use of results from detection and attribution studies (Chapter 10), in which the fit between observations and model simulations of the past is used to scale projections of the future. ASK requires specific simulations to be carried out with individual forcings (e.g., anthropogenic GHG forcing alone), and only some of the centres participating in CMIP5 have carried out the necessary integrations. Biases in ASK-derived projections may arise from errors in the specified forcings, or in the simulated patterns of response, and/or from nonlinearities in the responses to forcings.

Figure 11.9c shows the projected range of global mean surface air temperature change derived using the ASK approach for RCP4.5 (Stott and G. Jones, 2012; Stott et al., 2013) applied to six models and compares this with the range derived from the 42 CMIP5 models. In this case decadal means are shown. The 5 to 95% confidence interval for the projected temperature anomaly for the period 2016–2035, based on the ASK method, is 0.39°C to 0.87°C. As for the initialized predictions shown in Figure 11.9b, both the lower and upper values are below the corresponding values obtained from the raw CMIP5 results, although there is substantial overlap between the two ranges. The relative cooling of the ASK results is directly related to evidence presented in

BLM_0074489



**Figure 11.9 |** (a) Projections of global mean, annual mean surface air temperature 1986–2050 (anomalies relative to 1986–2005) under RCP4.5 from CMIP5 models (blue lines, one ensemble member per model), with four observational estimates: Hadley Centre/Climate Research Unit gridded surface temperature data set 3 (HadCRUT3: Brohan et al., 2006); European Centre for Medium range Weather Forecast (ECMWF) interim reanalysis of the global atmosphere and surface conditions (ERA-Interim: Simmons et al., 2010); Goddard Institute of Space Studies Surface Temperature Analysis (GISTEMP: Hansen et al., 2010); National Oceanic and Atmospheric Administration (NOAA: Smith et al. (2008) for the period 1986–2011 (black lines). (b) As in (a) but showing the 5 to 95% range (grey and blue shades, with the multi-model median in white) of annual mean CMIP5 projections using one ensemble member per model from RCP4.5 scenario, and annual mean observational estimates (solid black line). The maximum and minimum values from CMIP5 are shown by the grey lines. Red hatching shows 5 to 95% range for predictions initialized in 2006 for 14 CMIP5 models applying the Meehl and Teng (2012) methodology. Black hatching shows the 5 to 95% range for predictions initialized in 2011 for eight models from Smith et al. (2013b). (c) As (a) but showing the 5 to 95% range (grey and blue shades, with the multi-model median in white) of decadal mean CMIP5 projections using one ensemble member per model from RCP4.5 scenario, and decadal mean observational estimates (solid black line). The maximum and minimum values from CMIP5 are shown by the grey lines. The dashed black lines show an estimate of the projected 5 to 95% range for decadal mean global mean surface air temperature for the period 2016–2040 derived using the ASK methodology applied to six CMIP5 GCMs. (From Stott et al., 2013.) The red line shows a statistical prediction based on the method of Lean and Rind (2009), updated for RCP4.5.

BLM_0074490

Chapter 10 (Section 10.3.1) that 'This provides evidence that some CMIP5 models have a higher transient response to GHGs and a larger response to other anthropogenic forcings (dominated by the effects of aerosols) than the real world (*medium confidence*).' The ASK results and the initialised predictions both suggest that those CMIP5 models that warm most rapidly over the period (1986–2005) to (2016–2035) may be inconsistent with the observations. This possibility is also suggested by comparing the models with the observed rate of warming since 1986—see Box 9.2 for a full discussion of this comparison. Lastly, Figure 11.9 also shows a statistical prediction for global mean surface air temperature, using the method of Lean and Rind (2009), which uses multiple linear regression to decompose observed temperature variations into distinct components. This prediction is very similar to the CMIP5 multi-model median.

The projections shown in Figure 11.9 assume the RCP4.5 scenario and use the 1986–2005 reference period. In Section 11.3.6 additional uncertainties associated with future forcing, climate responses and sensitivity to the choice of reference period, are discussed. An overall assessment of the *likely* range for future global mean surface air temperature is provided in Section 11.3.6.3.

For the remaining projections in this chapter the spread among the CMIP5 models is used as a simple, but crude, measure of uncertainty.

The extent of agreement between the CMIP5 projections provides rough guidance about the likelihood of a particular outcome. But—as partly illustrated by the discussion above—it must be kept firmly in mind that the real world could fall outside of the range spanned by these particular models. See Section 11.3.6 for further discussion.

11.3.2.1.2    Regional and seasonal patterns of surface warming

The geographical pattern of near-term surface warming simulated by the CMIP5 models (Figure 11.10) is consistent with previous IPCC reports in a number of key aspects, although weaknesses in the ability of current models to capture observed regional trends (Box 11.2) must be kept in mind. First, temperatures over land increase more rapidly than over sea (e.g., Manabe et al., 1991; Sutton et al., 2007). Processes that contribute to this land–sea warming contrast include different local feedbacks over ocean and land and changes in atmospheric energy transport from ocean to land regions (e.g., Lambert and Chiang, 2007; Vidale et al., 2007; Shimpo and Kanamitsu, 2009; Fasullo, 2010; Boer, 2011; Joshi et al., 2011).

Second, the projected warming in wintertime shows a pronounced polar amplification in the NH (see Box 5.1). This feature is found in virtually all coupled model projections, but the CMIP3 simulations generally appeared to underestimate this effect in comparison to

11

## Seasonal mean air temperature change (RCP4.5: 2016-2035)



**Figure 11.10** | CMIP5 multi-model ensemble mean of projected changes in December, January and February and June, July and August surface air temperature for the period 2016–2035 relative to 1986–2005 under RCP4.5 scenario (left panels). The right panels show an estimate of the model-estimated internal variability (standard deviation of 20-year means). Hatching in left-hand panels indicates areas where projected changes are small compared to the internal variability (i.e., smaller than one standard deviation of estimated internal variability), and stippling indicates regions where the multi-model mean projections deviate significantly from the simulated 1986–2005 period (by at least two standard deviations of internal variability) and where at least 90% of the models agree on the sign of change. The number of models considered in the analysis is listed in the top-right portion of the panels; from each model one ensemble member is used. See Box 12.1 in Chapter 12 for further details and discussion. Technical details are in Annex I.

observations (Stroeve et al., 2007; Screen and Simmonds, 2010). Several studies have isolated mechanisms behind this amplification, which include reductions in snow cover and retreat of sea ice (e.g., Serreze et al., 2007; Comiso et al., 2008); changes in atmospheric and oceanic circulations (Chylek et al., 2009, 2010; Simmonds and Keay, 2009); presence of anthropogenic soot in the Arctic environment (Flanner et al., 2007; Quinn et al., 2008; Jacobson, 2010; Ramana et al., 2010); and increases in cloud cover and water vapour (Francis, 2007; Schweiger et al., 2008). Most studies argue that changes in sea ice are central to the polar amplification—see Section 11.3.4.1 for further discussion. Further information about the regional changes in surface air temperature projected by the CMIP5 models is presented in Annex I.

As discussed in Sections 11.1 and 11.3.1, the signal of climate change is emerging against a background of natural internal variability. The concept of 'emergence' describes the magnitude of the climate change signal relative to this background variability, and may be useful for some climate impact assessments (e.g., AR4, Chapter 11, Table 11.1; Mahlstein et al., 2011; Hawkins and Sutton, 2012; see also FAQ 10.2). However, it is important to recognize that there is no single metric of emergence. It depends on user-driven choices of variable, space and time scale, of the baseline relative to which changes are measured (e.g., pre-industrial versus recent climate) and of the threshold at which emergence is defined.

Figure 11.11 quantifies the 'Time of Emergence' (ToE) of the mean warming signal relative to the recent past (1986–2005), based on the CMIP5 RCP4.5 projections, using a spatial resolution of 2.5° latitude × 2.5° longitude, the standard deviation of interannual variations as the measure of internal variability, and a signal-to-noise threshold of 1. Because of the dependence on user-driven choices, the most important information in Figure 11.11 is the geographical and seasonal variation in ToE, seen in the maps, and the variation in ToE between models, shown in the histograms. Consistent with Mahlstein et al. (2011), the earliest ToE is found in the tropics, with ToE in mid-latitudes typically a decade or so later. Over North Africa and Asia, earlier ToE is found for the warm half-year (April to September) than for the cool half-year. Earlier ToE is generally found for larger space and time scales, because the variance of natural internal variability decreases with averaging (Section 11.3.1.1 and AR4, Section 10.5.4.3). This tendency can be seen in Figure 11.11 by comparing the median value of the histograms for area averages with the area average of the median ToE inferred from the maps (e.g., for Region 2). The large range of values for ToE implied by different CMIP5 models, which can be as much as 30 years, is a consequence of differences in both the magnitude of the warming signal simulated by the models (i.e., uncertainty in the climate response, see Section 11.3.1.1) and in the amplitude of simulated natural internal variability (Hawkins and Sutton, 2012).



**Figure 11.11** | Time of Emergence (ToE) of significant local warming derived from 37 CMIP5 models under the RCP4.5 scenario. Warming is quantified as the half-year mean temperature anomaly relative to 1986–2005, and the noise as the standard deviation of half-year mean temperature derived from a control simulation of the relevant model. Central panels show the median time at which the signal-to-noise ratio exceeds a threshold value of 1 for (left) the October to March half year and (right) the April to September half year, using a spatial resolution of 2.5° × 2.5°. Histograms show the distribution of ToE for area averages over the regions indicated obtained from the different CMIP5 models. Full details of the methodology may be found in Hawkins and Sutton (2012).

BLM_0074492

In summary, it is *very likely* that anthropogenic warming of surface air temperature over the next few decades will proceed more rapidly over land areas than over oceans, and that the warming over the Arctic in winter will be greater than the global mean warming over the same period. Relative to background levels of natural internal variability, near-term increases in seasonal mean and annual mean temperatures are expected to occur more rapidly in the tropics and subtropics than in mid-latitudes (*high confidence*).

### 11.3.2.2   Free Atmospheric Temperature

Changes in zonal mean temperature for the near-term period (2016–2035) compared to the base period 1986–2005) for the multi-model CMIP5 ensemble show a pattern similar to that in the CMIP3, with warming in the troposphere and cooling in the stratosphere of a couple of degrees that is significant even in the near term period. There is relatively greater warming in the tropical upper troposphere and northern high latitudes. A more detailed assessment of observed and simulated changes in free atmospheric temperatures can be found in Sections 10.3.1.2.1 and 12.4.3.2.

### 11.3.2.3   The Water Cycle

As discussed in the AR4 (Section 10.3.6; Meehl et al., 2007b), the IPCC Technical Paper on Climate Change and Water (Bates et al., 2008) and the Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (Seneviratne et al., 2012), a general intensification of the global hydrological cycle, and of precipitation extremes, are expected for a future warmer climate (e.g., (Huntington, 2006; Williams et al., 2007; Wild et al., 2008; Chou et al., 2009; Dery et al., 2009; O'Gorman and Schneider, 2009; Lu and Fu, 2010; Seager et al., 2010; Wu et al., 2010; Kao and Ganguly, 2011; Muller et al., 2011; Durack et al., 2012). In this section, projected changes in the time-mean hydrological cycle are discussed; changes in extremes, are presented in Section 11.3.2.5 while processes underlying precipitation changes are treated in Chapter 7.

#### 11.3.2.3.1   Changes in precipitation

AR4 projections of the spatial patterns of precipitation change in response to GHG forcing (Chapter 10, Section 10.3.2) showed consistency between models on the largest scales (i.e., zonal means) but large uncertainty on smaller scales. The consistent pattern was characterized by increases at high latitudes and in wet regions (including the maxima in mean precipitation found in the tropics), and decreases in dry regions (including large parts of the subtropics). Large uncertainties in the sign of projected change were seen especially in regions located on the borders between regions of increases and regions of decreases. More recent research has highlighted the fact that if models agree that the projected change is small in some sense relative to internal variability, then agreement on the sign of the change is not expected (Tebaldi et al., 2011; Power et al., 2012). This recognition led to the identification of subregions within the border regions, where models agree that projected changes are either zero or small (Power et al., 2012). This, and other considerations, also led to the realization that the consensus among models on precipitation projections is more widespread than might have been inferred on the basis of the projections described in

the AR4 (Power et al., 2012). Information on the reliability of near-term projections can also be obtained from verification of past regional trends (Räisänen (2007); Box 11.2)

Since the AR4 there has also been considerable progress in understanding the factors that govern the spatial pattern of change in precipitation (*P*), precipitation minus evaporation (*P* − *E*), and inter-model differences in these patterns. The general pattern of wet-get-wetter (also referred to as 'rich-get-richer', e.g., Held and Soden, 2006; Chou et al., 2009; Allan et al., 2010) and dry-get-drier has been confirmed, although with deviations in some dry regions at present that are projected to become wetter by some models, e.g., Northeast Brazil in austral summer and East Africa (see Annex I). It has been demonstrated that the wet-get-wetter pattern implies an enhanced seasonal precipitation range between wet and dry seasons in the tropics, and enhanced inter-hemispheric precipitation gradients (Chou et al., 2007).

It has recently been proposed that analysis of the energy budget, previously applied only to the global mean, may provide further insights into the controls on regional changes in precipitation (Levermann et al., 2009; Muller and O'Gorman, 2011; O'Gorman et al., 2012). Muller and O'Gorman (2011) argue in particular that changes in radiative and surface sensible heat fluxes provide a guide to the local precipitation response over land. Projected and observed patterns of oceanic precipitation change in the tropics tend to follow patterns of SST change because of local changes in atmospheric stability, such that regions warming more than the tropics as a whole tend to exhibit an increase in local precipitation, while regions warming less tend to exhibit reduced precipitation (Johnson and Xie, 2010; Xie et al., 2010).

AR4 (Section 10.3.2 and Chapter 11) showed that, especially in the near term, and on regional or smaller scales, the magnitude of projected changes in mean precipitation was small compared to the magnitude of natural internal variability (Christensen et al., 2007). Recent work has confirmed this result, and provided more quantification (e.g., Hawkins and Sutton, 2011; Hoerling et al., 2011; Rowell, 2011; Deser et al., 2012; Power et al., 2012). Hawkins and Sutton (2011) presented further analysis of CMIP3 results and found that, on spatial scales of the order of 1000 km, internal variability contributes 50 to 90% of the total uncertainty in all regions for projections of decadal and seasonal mean precipitation change for the next decade, and is the most important source of uncertainty for many regions for lead times up to three decades ahead (Figure 11.8). Thereafter, response uncertainty is generally dominant. Forcing uncertainty (except for that relating to aerosols, see Section 11.4.7) is generally negligible for near-term projections. The S/N ratio for projected changes in seasonal mean precipitation is highest in the subtropics and at high latitudes. Rowell (2011) found that the contribution of response uncertainty to the total uncertainty (response plus internal variability) in local precipitation change is highest in the deep tropics, particularly over South America, Africa, the east and central Pacific, and the Atlantic. Over tropical land and summer mid-latitude continents the representation of SST changes, atmospheric processes, land surface processes, and the terrestrial carbon cycle all contribute to the uncertainty in projected changes in rainfall.

BLM_0074493