the economic or political feasibility of such goals, but simply assesses the implications of different illustrative climate targets on allowed carbon emissions, based on our current understanding of climate and carbon cycle feedbacks.

### 12.5.4.2   Constraints on Cumulative Carbon Emissions

The current RF from GHGs maintained indefinitely (i.e., the commitment from constant greenhouse gas concentrations) would correspond to approximately 2°C warming. That, however, does not imply that the commitment from past emissions has already exceeded 2°C. Part of the positive RF from GHGs is currently compensated by negative aerosol forcing, and stopping GHG emissions would lead to a decrease in the GHG forcing. Actively removing $CO_2$ from the atmosphere, for example by the combined use of biomass energy and carbon capture and storage, would further accelerate the decrease in GHG forcing.

The total amount of anthropogenic $CO_2$ released in the atmosphere (often termed cumulative carbon emission) is a good indicator of the atmospheric $CO_2$ concentration and hence of the global warming response to $CO_2$. The ratio of global temperature change to total cumulative anthropogenic $CO_2$ emissions (TCRE) is relatively constant over time and independent of the scenario, but is model dependent as it depends on the model cumulative airborne fraction of $CO_2$ and ECS/TCR (Matthews and Caldeira, 2008; Allen et al., 2009; Gregory et al., 2009; Matthews et al., 2009; Meinshausen et al., 2009; Zickfeld et al., 2009; Bowerman et al., 2011; Knutti and Plattner, 2012; Zickfeld et al., 2012, 2013). This is consistent with an earlier study indicating that the global warming potential of $CO_2$ is approximately independent of the scenario (Caldeira and Kasting, 1993). The concept of a constant ratio of cumulative emissions of $CO_2$ to temperature holds well only until temperatures peak (see Figure 12.45e) and only for smoothly varying cumulative $CO_2$ emissions (Gillett et al., 2013). It does not hold for stabilization on millennial time scales or for non-$CO_2$ forcings, and there is limited evidence for its applicability for cumulative emissions exceeding 2000 PgC owing to limited simulations available (Plattner et al., 2008; Hajima et al., 2012; Matsuno et al., 2012b; Gillett et al., 2013; Zickfeld et al., 2013). For non-$CO_2$ forcings with shorter atmospheric life times than $CO_2$ the rate of emissions at the time of peak warming is more important than the cumulative emissions over time (Smith et al., 2012).

Assuming constant climate sensitivity and fixed carbon cycle feedbacks, long-term (several centuries to millennium) stabilization of global temperatures requires eventually the stabilization of atmospheric concentrations (or decreasing concentrations if the temperature should be stabilized more quickly). This requires decreasing emissions to near-zero (Jones et al., 2006; Meehl et al., 2007b; Weaver et al., 2007; Matthews and Caldeira, 2008; Plattner et al., 2008; Allen et al., 2009; Matthews et al., 2009; Meinshausen et al., 2009; Zickfeld et al., 2009; Friedlingstein et al., 2011; Gillett et al., 2011; Roeckner et al., 2011; Knutti and Plattner, 2012; Matsuno et al., 2012a).

The relationships between cumulative emissions and temperature for various studies are shown in Figure 12.45. Note that some lines mark the evolution of temperature as a function of emissions over time while other panels show peak temperatures for different simulations.

Also some models prescribe only $CO_2$ emissions while others use multi gas scenarios, and the time horizons differ. The warming is usually larger if non-$CO_2$ forcings are considered, since the net effect of the non-$CO_2$ forcings is positive in most scenarios (Hajima et al., 2012). Not all numbers are therefore directly comparable. Matthews et al. (2009) estimated the TCRE as 1°C to 2.1°C per 1000 PgC (TtC, or $10^{12}$ metric tonnes of carbon) (5 to 95%) based on the $C^4MIP$ model range (Figure 12.45a). The ENSEMBLES E1 show a range of 1°C to 4°C per 1000 PgC (scaled from 0.5°C to 2°C for 500 PgC, Figure 12.45d) (Johns et al., 2011). Rogelj et al. (2012) estimate a 5 to 95% range of about 1°C to 2°C per 1000 PgC (Figure 12.45e) based on the MAGICC model calibrated to the $C^4MIP$ model range and the *likely* range of 2°C to 4.5°C for climate sensitivity given in AR4. Allen et al. (2009) used a simple model and found 1.3°C to 3.9°C per 1000 PgC (5 to 95%) for peak warming (Figure 12.45g) and 1.4°C to 2.5°C for TCRE. The EMICs TCRE simulations suggest a range of about 1.4°C to 2.5°C per 1000 PgC and a mean of 1.9°C per 1000 PgC (Zickfeld et al., 2013) (Figure 12.45h). The results of Meinshausen et al. (2009) confirm the approximate linearity between temperature and $CO_2$ emissions (Figure 12.45b). Their results are difficult to compare owing to the shorter time period considered, but the model was found to be consistent with that of Allen et al. (2009). Zickfeld et al. (2009), using an EMIC, find a best estimate of about 1.5°C per 1000 PgC. Gillett et al. (2013) find a range of 0.8°C to 2.4°C per 1000 PgC in 15 CMIP5 models and derive an observationally constrained range of 0.7°C to 2.0°C per 1000 PgC. Results from much earlier model studies support the near linear relationship of cumulative emissions and global temperature, even though these studies did not discuss the linear relationship. An example is given in Figure 12.45c based on data shown in IPCC TAR Figure 13.3 (IPCC, 2001) and IPCC AR4 Figure 10.35 (Meehl et al., 2007b). The relationships between cumulative $CO_2$ emissions and temperature in CMIP5 are shown in Figure 12.45f for the 1% yr$^{-1}$ $CO_2$ increase scenarios and in Figure 12.45i for the RCP8.5 emission driven ESM simulations (Gillett et al., 2013). Compatible emissions from concentration driven CMIP5 ESMs are discussed in Section 6.4.3.3.

Expert judgement based on the available evidence therefore suggests that the TCRE is *likely* between 0.8°C to 2.5°C per 1000 PgC, for cumulative $CO_2$ emissions less than about 2000 PgC until the time at which temperature peaks. Under these conditions, and for low to medium estimates of climate sensitivity, the TCRE is nearly identical to the peak climate response to cumulative carbon emissions. For high climate sensitivity, strong carbon cycle feedbacks or large cumulative emissions, the peak warming can be delayed and the peak response may be different from TCRE, but is often poorly constrained by models and observations. The range of TCRE assessed here is consistent with other recent attempts to synthesize the available evidence (NRC, 2011; Matthews et al., 2012). The results by Schwartz et al. (2010, 2012) imply a much larger warming for the carbon emitted over the historical period and have been questioned by Knutti and Plattner (2012) for neglecting the relevant response time scales and combining a transient airborne fraction with an equilibrium climate sensitivity.

The TCRE can be compared to the temperature response to emissions on a time scale of about 1000 years after emissions cease. This can be estimated from the *likely* range of equilibrium climate sensitivity (1.5°C to 4.5°C) and a cumulative $CO_2$ airborne fraction after about

**12**

1000 years of about $25 \pm 5\%$ (Archer et al., 2009; Joos et al., 2013). Again combining the extreme values would suggest a range of 0.6°C to 2.7°C per 1000 PgC, and 1.5°C per 1000 PgC for an ECS of 3°C and a cumulative airborne fraction of 25%. However, this equilibrium estimate is based on feedbacks estimated for the present day climate. Climate and carbon cycle feedbacks may increase substantially on long time scales and for high cumulative $CO_2$ emissions (see Section 12.5.3), introducing large uncertainties in particular on the upper bound. Based on paleoclimate data and an analytical model, Goodwin et al. (2009) estimate a long term RF of 1.5 W m$^{-2}$ for an emission of 1000 PgC. For an equilibrium climate sensitivity of 3°C this corresponds to a warming of 1.2°C on millennial time scales, consistent with the climate carbon cycle models results discussed above.

The uncertainty in TCRE is caused by the uncertainty in the physical feedbacks and ocean heat uptake (reflected in TCR) and uncertainties in carbon cycle feedbacks (affecting the cumulative airborne fraction of $CO_2$). TCRE only characterizes the warming due to $CO_2$ emissions, and contributions from non-$CO_2$ gases need to be considered separately when estimating likelihoods to stay below a temperature limit. Warming as a function of cumulative $CO_2$ emissions is similar in the four RCP scenarios, and larger than that due to $CO_2$ alone, since non-$CO_2$ forcings contribute warming in these scenarios (compare Figure 12.45 f, i) (Hajima et al., 2012).



**Figure 12.45 |** Global temperature change vs. cumulative carbon emissions for different scenarios and models. (a) Transient global temperature increase vs. cumulative $CO_2$ emissions for Coupled Climate Carbon Cycle Model Intercomparison Project (C$^4$MIP) (Matthews et al., 2009). (b) Maximum temperature increase until 2100 vs. cumulative Kyoto-gas emissions ($CO_2$ equivalent; note that all other panels are given in C equivalent) (Meinshausen et al., 2009). (c) Transient temperature increase vs. cumulative $CO_2$ emissions for IPCC TAR models (red, IPCC TAR Figure 13.3) and IPCC AR4 Earth System Models of Intermediate Complexity (EMICs, black: IPCC AR4 Figure 10.35). (d) As in (a) but for the ENSEMBLES E1 scenario (Johns et al., 2011). (e) Transient temperature increase for the RCP scenarios based on the Model for the Assessment of Greenhouse Gas-Induced Climate Change (MAGICC) model constrained to C$^4$MIP, observed warming, and the IPCC AR4 climate sensitivity range (Rogelj et al., 2012). (f) Transient temperature change from the CMIP5 1% yr$^{-1}$ concentration driven simulations. (g) Peak $CO_2$ induced warming vs. cumulative $CO_2$ emissions to 2200 (Allen et al., 2009; Bowerman et al., 2011). (h) Transient temperature increase from the new EMIC RCP simulations (Zickfeld et al., 2013). (i) Transient temperature change from the CMIP5 historical and RCP8.5 emission driven simulations (black) and transient temperature change in all concentration-driven CMIP5 RCP simulations with back-calculated emissions (red). Note that black lines in panel (i) do not include land use $CO_2$ and that warming in (i) is higher than in (f) due to additional non-$CO_2$ forcings.

BLM_0074618

**Box 12.2 | Equilibrium Climate Sensitivity and Transient Climate Response**

Equilibrium climate sensitivity (ECS) and transient climate response (TCR) are useful metrics summarizing the global climate system's temperature response to an externally imposed radiative forcing (RF). ECS is defined as the equilibrium change in annual mean global surface temperature following a doubling of the atmospheric $CO_2$ concentration (see Glossary), while TCR is defined as the annual mean global surface temperature change at the time of $CO_2$ doubling following a linear increase in $CO_2$ forcing over a period of 70 years (see Glossary). Both metrics have a broader application than these definitions imply: ECS determines the eventual warming in response to stabilization of atmospheric composition on multi-century time scales, while TCR determines the warming expected at a given time following any steady increase in forcing over a 50- to 100-year time scale.

ECS and TCR can be estimated from various lines of evidence. The estimates can be based on the values of ECS and TCR diagnosed from climate models (Section 9.7.1; Table 9.5), or they can be constrained by analysis of feedbacks in climate models (see Section 9.7.2), patterns of mean climate and variability in models compared to observations (Section 9.7.3.3), temperature fluctuations as reconstructed from paleoclimate archives (Sections 5.3.1 and 5.3.3.2; Box 5.1), observed and modelled short-term perturbations of the energy balance like those caused by volcanic eruptions (Section 10.8), and the observed surface and ocean temperature trends since pre-industrial (see Sections 10.8.1 and 10.8.2; Figure 10.20). For many applications, the limitations of the forcing-feedback analysis framework and the dependence of feedbacks on time scales and the climate state (see Section 12.5.3) must be kept in mind. Some studies estimate the TCR as the ratio of global mean temperature change to RF (Section 10.8.2.2) (Gregory and Forster, 2008; Padilla et al., 2011; Schwartz, 2012). Those estimates are scaled by the RF of $2 \times CO_2$ (3.7 W $m^{-2}$; Myhre et al., 1998) to be comparable to TCR in the following discussion.



**Box 12.2, Figure 1 |** Probability density functions, distributions and ranges for equilibrium climate sensitivity, based on Figure 10.20b plus climatological constraints shown in IPCC AR4 (Meehl et al., 2007b; Box 10.2, Figure 1), and results from CMIP5 (Table 9.5). The grey shaded range marks the *likely* 1.5°C to 4.5°C range, and the grey solid line the *extremely unlikely* less than 1°C, the grey dashed line the *very unlikely* greater than 6°C. See Figure 10.20b and Chapter 10 Supplementary Material for full caption and details. Labels refer to studies since AR4. Full references are given in Section 10.8.

Newer studies of constraints based on the observed warming since pre-industrial, analysed using simple and intermediate complexity models, improved statistical methods, and several different and newer data sets, are assessed in detail in Section 10.8.2. Together with results from feedback analysis and paleoclimate constraints (Sections 5.3.1 and 5.3.3.2; Box 5.1), but without considering the CMIP based evidence, these studies show ECS is *likely* between 1.5°C to 4.5°C (*medium confidence*) and *extremely unlikely* less than 1.0°C (see Section 10.8.2). A few studies argued for very low values of climate sensitivity, but many of them have received criticism in the literature (see Section 10.8.2). Estimates based on AOGCMs and feedback analysis indicate a range of 2°C to 4.5°C, with the CMIP5 model mean at 3.2°C, similar to CMIP3. A summary of published ranges and PDFs of ECS is given in Box 12.2, Figure 1. Distributions and ranges for the TCR are shown in Box 12.2, Figure 2.

Simultaneously imposing different constraints from the observed warming trends, volcanic eruptions, model climatology, and paleoclimate, for example, by using a distribution obtained from the Last Glacial Maximum as a prior for the 20th century analysis, yields a more narrow range for climate sensitivity (see Figure 10.20; Section 10.8.2.5) (e.g., Annan and Hargreaves, 2006, 2011b; Hegerl et al., 2006; Aldrin et al., 2012). However, such methods are sensitive to assumptions of independence of the various lines of evidence, which might have shared biases (Lemoine, 2010), and the assumption that each individual line of evidence is unbiased and its uncertainties are captured completely. Expert elicitations for PDFs of climate sensitivity exist (Morgan and Keith, 1995; Zickfeld et al., 2010), but have also received some criticism (Millner et al., 2013). They are not used formally here because the experts base their opinion on the same studies as we assess. The peer-reviewed literature provides no consensus on a

*(continued on next page)*

BLM_0074619

Box 12.2 (continued)

formal statistical method to combine different lines of evidence. All methods in general are sensitive to the assumed prior distributions. These limitations are discussed in detail in Section 10.8.2.

Based on the combined evidence from observed climate change including the observed 20th century warming, climate models, feedback analysis and paleoclimate, ECS is *likely* in the range 1.5°C to 4.5°C with *high confidence*. The combined evidence increases the confidence in this final assessment compared to that based on the observed warming and paleoclimate only. ECS is positive, *extremely unlikely* less than 1°C (*high confidence*), and *very unlikely* greater than 6°C (*medium confidence*). The upper limit of the *likely* range is unchanged compared to AR4. The lower limit of the *likely* range of 1.5°C is less than the lower limit of 2°C in AR4. This change reflects the evidence from new studies of observed temperature change, using the extended records in atmosphere and ocean. These studies suggest a best fit to the observed surface and ocean warming for ECS values in the lower part of the *likely* range. Note that these studies are not purely observational, because they require an estimate of the response to RF from models. In addition, the uncertainty in ocean heat uptake remains substantial (see Section 3.2, Box 13.1). Accounting for short term variability in simple models remains challenging, and it is important not to give undue weight to any short time period that might be strongly affected by internal variability (see Box 9.2). On the other hand, AOGCMs show very good agreement with observed climatology with ECS values in the upper part of the 1.5°C to 4.5°C range (Section 9.7.3.3), but the simulation of key feedbacks like clouds remains challenging in those models. The estimates from the observed warming, paleoclimate, and from climate models are consistent within their uncertainties, each is supported by many studies and multiple data sets, and in combination they provide *high confidence* for the assessed *likely* range. Even though this assessed range is similar to previous reports (Charney, 1979; IPCC, 2001), confidence today is much higher as a result of high quality and longer observational records with a clearer anthropogenic signal, better process understanding, more and better understood evidence from paleoclimate reconstructions, and better climate models with higher resolution that capture many more processes more realistically. Box 12.2 Figure 1 illustrates that all these lines of evidence individually support the assessed *likely* range of 1.5°C to 4.5°C.



Box 12.2, Figure 2 | Probability density functions, distributions and ranges (5 to 95%) for the transient climate response from different studies, based on Figure 10.20a, and results from CMIP5 (black histogram; Table 9.5). The grey shaded range marks the *likely* 1°C to 2.5°C range, and the grey solid line marks the *extremely unlikely* greater than 3°C. See Figure 10.20a and Chapter 10 Supplementary Material for full caption and details. Full references are given in Section 10.8.

The tails of the ECS distribution are now better understood. Multiple lines of evidence provide *high confidence* that an ECS value less than 1°C is *extremely unlikely*. The assessment that ECS is *very unlikely* greater than 6°C is an expert judgment informed by several lines of evidence. First, the comprehensive climate models used in the CMIP5 exercise produce an ECS range of 2.1°C to 4.7°C (Table 9.5), very similar to CMIP3. Second, comparisons of perturbed-physics ensembles against the observed climate find that models with ECS values in the range 3°C to 4°C show the smallest errors for many fields (Section 9.7.3.3). Third, there is increasing evidence that the aerosol RF of the 20th century is not strongly negative, which makes it unlikely that the observed warming was caused by a very large ECS in response to a very small net forcing. Fourth, multiple and at least partly independent observational constraints from the satellite period, instrumental period and palaeoclimate studies continue to yield very low probabilities for ECS larger than 6°C, particularly when including most recent ocean and atmospheric data (see Box 12.2, Figure 1).

Analyses of observations and simulations of the instrumental period are estimating the effective climate sensitivity (a measure of the strengths of the climate feedbacks today, see Glossary), rather than ECS directly. In some climate models ECS tends to be higher than the effective climate sensitivity (see Section 12.5.3), because the feedbacks that are represented in the models (water vapour, lapse

*(continued on next page)*

BLM_0074620

*Box 12.2 (continued)*

rate, albedo and clouds) vary with the climate state. On time scales of many centuries, additional feedbacks with their own intrinsic time scales (e.g., vegetation, ice sheets; see Sections 5.3.3 and 12.5.3) (Jones et al., 2009; Goelzer et al., 2011) may become important but are not usually modelled. The resulting Earth system sensitivity is less well constrained but likely to be larger than ECS (Hansen et al., 2008; Rohling et al., 2009; Lunt et al., 2010; Pagani et al., 2010; Rohling and Members, 2012), implying that lower atmospheric $CO_2$ concentrations are needed to meet a given temperature target on multi-century time scales. A number of caveats, however, apply to those studies (see Section 12.5.3). Those long-term feedbacks have their own intrinsic time scales, and are less likely to be proportional to global mean temperature change.

For scenarios of increasing RF, TCR is a more informative indicator of future climate than ECS (Frame et al., 2005; Held et al., 2010). This assessment concludes with *high confidence* that the TCR is *likely* in the range 1°C to 2.5°C, close to the estimated 5 to 95% range of CMIP5 (1.2°C to 2.4°C; see Table 9.5), is positive and *extremely unlikely* greater than 3°C. As with the ECS, this is an expert-assessed range, supported by several different and partly independent lines of evidence, each based on multiple studies, models and data sets. TCR is estimated from the observed global changes in surface temperature, ocean heat uptake and RF, the detection/attribution studies identifying the response patterns to increasing GHG concentrations (Section 10.8.1), and the results of CMIP3 and CMIP5 (Section 9.7.1). Estimating TCR suffers from fewer difficulties in terms of state- or time-dependent feedbacks (see Section 12.5.3), and is less affected by uncertainty as to how much energy is taken up by the ocean. Unlike ECS, the ranges of TCR estimated from the observed warming and from AOGCMs agree well, increasing our confidence in the assessment of uncertainties in projections over the 21st century.

Another useful metric relating directly $CO_2$ emissions to temperature is the transient climate response to cumulative carbon emission (TCRE) (see Sections 12.5.4 and 10.8.4). This metric is useful to determine the allowed cumulative carbon emissions for stabilization at a specific global temperature. TCRE is defined as the annual mean global surface temperature change per unit of cumulated $CO_2$ emissions, usually 1000 PgC, in a scenario with continuing emissions (see Glossary). It considers physical and carbon cycle feedbacks and uncertainties, but not additional feedbacks associated for example with the release of methane hydrates or large amounts of carbon from permafrost. The assessment based on climate models as well as the observed warming suggests that the TCRE is *likely* between 0.8°C to 2.5°C per 1000 PgC ($10^{12}$ metric tons of carbon), for cumulative $CO_2$ emissions less than about 2000 PgC until the time at which temperatures peak. Under these conditions, and for low to medium estimates of climate sensitivity, the TCRE gives an accurate estimate of the peak global mean temperature response to cumulated carbon emissions. TCRE has the advantage of directly relating global mean surface temperature change to $CO_2$ emissions, but as a result of combining the uncertainty in both TCR and the carbon cycle response, it is more uncertain. It also ignores non-$CO_2$ forcings and the fact that other components of the climate system (e.g., sea level rise, ice sheets) have their own intrinsic time scales, resulting in climate change not avoided by limiting global temperature change.

### 12.5.4.3   Conclusions and Limitations

One difficulty with the concepts of climate stabilization and targets is that stabilization of global temperature does not imply stabilization for all aspects of the climate system. For example, some models show significant hysteresis behaviour in the global water cycle, because global precipitation depends on both atmospheric $CO_2$ and temperature (Wu et al., 2010). Processes related to vegetation changes (Jones et al., 2009) or changes in the ice sheets (Charbit et al., 2008; Ridley et al., 2010) as well as ocean acidification, deep ocean warming and associated sea level rise (Meehl et al., 2005b; Wigley, 2005; Zickfeld et al., 2013) (see Figure 12.44d), and potential feedbacks linking, for example, ocean and the ice sheets (Gillett et al., 2011; Goelzer et al., 2011), have their own intrinsic long time scales. Those will result in significant changes hundreds to thousands of years after global temperature is stabilized. Thermal expansion, in contrast to global mean temperature, also depends on the evolution of surface temperature (Stouffer and Manabe, 1999; Bouttes et al., 2013; Zickfeld et al., 2013).

The simplicity of the concept of a cumulative carbon emission budget makes it attractive for policy (WBGU, 2009). The principal driver of long term warming is the total cumulative emission of $CO_2$ over time. To limit warming caused by $CO_2$ emissions to a given temperature target, cumulative $CO_2$ emissions from all anthropogenic sources therefore need to be limited to a certain budget. Higher emissions in earlier decades simply imply lower emissions by the same amount later on. This is illustrated in the RCP2.6 scenario in Figure 12.46a/b. Two idealized emission pathways with initially higher emissions (even sustained at high level for a decade in one case) eventually lead to the same warming if emissions are then reduced much more rapidly. Even a stepwise emission pathway with levels constant at 2010 and zero near mid-century would eventually lead to a similar warming as they all have identical cumulative emissions.

However, several aspects related to the concept of a cumulative carbon emission budget should be kept in mind. The ratio of global temperature and cumulative carbon is only approximately constant. It is the result of an interplay of several compensating carbon cycle and climate

BLM_0074621

feedback processes operating on different time scales (a cancellation of variations in the increase in RF per ppm of $CO_2$, the ocean heat uptake efficiency and the airborne fraction) (Gregory et al., 2009; Matthews et al., 2009; Solomon et al., 2009). It depends on the modelled climate sensitivity and carbon cycle feedbacks. Thus, the allowed emissions for a given temperature target are uncertain (see Figure 12.45) (Matthews et al., 2009; Zickfeld et al., 2009; Knutti and Plattner, 2012). Nevertheless, the relationship is nearly linear in all models. Most models do not consider the possibility that long term feedbacks (Hansen et al., 2007; Knutti and Hegerl, 2008) may be different (see Section 12.5.3). Despite the fact that stabilization refers to equilibrium, the results assessed here are primarily relevant for the next few centuries and may differ for millennial scales. Notably, many of these limitations apply similarly to other policy targets, for example, stabilizing the atmospheric $CO_2$ concentration.

Non-$CO_2$ forcing constituents are important, which requires either assumptions on how $CO_2$ emission reductions are linked to changes in other forcings (Meinshausen et al., 2006; Meinshausen et al., 2009; McCollum et al., 2013), or separate emission budgets and climate modelling for short-lived and long-lived gases. So far, many studies ignored non-$CO_2$ forcings altogether. Those that consider them find significant effects, in particular warming of several tenths of a degree for abrupt reductions in emissions of short-lived species, like aerosols (Brasseur and Roeckner, 2005; Hare and Meinshausen, 2006; Zickfeld et al., 2009; Armour and Roe, 2011; Tanaka and Raddatz, 2011) (see also FAQ 12.3). Other studies, which model reductions that explicitly target warming from short-lived non-$CO_2$ species only, find important short-term cooling benefits shortly after the reduction of these species (Shindell et al., 2012), but do not extend beyond 2030.

The concept of cumulative carbon also implies that higher initial emissions can be compensated by a faster decline in emissions later or by negative emissions. However, in the real world short-term and long-term goals are not independent and mitigation rates are limited by economic constraints and existing infrastructure (Rive et al., 2007; Mignone et al., 2008; Meinshausen et al., 2009; Davis et al., 2010; Friedlingstein et al., 2011; Rogelj et al., 2013). An analysis of 193 published emission pathways with an energy balance model (UNEP, 2010; Rogelj et al., 2011) is shown in Figure 12.46c, d. Those emission pathways that *likely* limit warming below 2°C (above pre-industrial) by 2100 show emissions of about 31 to 46 Pg($CO_2$-eq) yr$^{-1}$ and 17 to 23 Pg($CO_2$-eq) yr$^{-1}$ by 2020 and 2050, respectively. Median 2010 emissions of all models are 48 Pg($CO_2$-eq) yr$^{-1}$. Note that, as opposed to Figure 12.46a, b, many scenarios still have positive emissions in 2100. As these will not be zero immediately after 2100, they imply that the warming may exceed the target after 2100.

The aspects discussed above do not limit the robustness of the overall scientific assessment, but highlight factors that need to be considered when determining cumulative $CO_2$ emissions consistent with a given temperature target. In conclusion, taking into account the available information from multiple lines of evidence (observations, models and process understanding), the near linear relationship between cumulative $CO_2$ emissions and peak global mean temperature is well established in the literature and robust for cumulative total $CO_2$ emissions up to about 2000 PgC. It is consistent with the relationship inferred

from past cumulative $CO_2$ emissions and observed warming, is supported by process understanding of the carbon cycle and global energy balance, and emerges as a robust result from the entire hierarchy of models.

Using a best estimate for the TCRE would provide a most likely value for the cumulative $CO_2$ emissions compatible with stabilization at a given temperature. However, such a budget would imply about 50% probability for staying below the temperature target. Higher probabilities for staying below a temperature or concentration target require significantly lower budgets (Knutti et al., 2005; Meinshausen et al., 2009; Rogelj et al., 2012). Based on the assessment of TCRE (assuming a normal distribution with a ±1 standard deviation range of 0.8–2.5°C per 1000 PgC), limiting the warming caused by anthropogenic $CO_2$ emissions alone (i.e., ignoring other radiative forcings) to less than 2°C since the period 1861–1880 with a probability of >33%, >50% and >66%, total $CO_2$ emissions from all anthropogenic sources would need to be below a cumulative budget of about 1570 PgC, 1210 PgC and 1000 PgC since 1870, respectively. An amount of 515 [445 to 585] PgC was emitted between 1870 and 2011. Accounting for non-$CO_2$ forcings contributing to peak warming, or requiring a higher likelihood of temperatures remaining below 2°C, both imply lower cumulative $CO_2$ emissions. A possible release of GHGs from permafrost or methane hydrates, not accounted for in current models, would also further reduce the anthropogenic $CO_2$ emissions compatible with a given temperature target. When accounting for the non-$CO_2$ forcings as in the RCP scenarios, compatible carbon emissions since 1870 are reduced to about 900 PgC, 820 PgC and 790 PgC to limit warming to less than 2°C since the period 1861–1880 with a probability of >33%, >50%, and >66%, respectively. These estimates were derived by computing the fraction of CMIP5 ESMs and EMICs that stay below 2°C for given cumulative emissions following RCP8.5, as shown in TFE.8 Figure 1c. The non-$CO_2$ forcing in RCP8.5 is higher than in RCP2.6. Because all likelihood statements in calibrated IPCC language are open intervals, the provided estimates are thus both conservative and consistent choices valid for non-$CO_2$ forcings across all RCP scenarios. There is no RCP scenario which limits warming to 2°C with probabilities of >33% or >50%, and which could be used to directly infer compatible cumulative emissions. For a probability of >66% RCP2.6 can be used as a comparison. Combining the average back-calculated fossil fuel carbon emissions for RCP2.6 between 2012 and 2100 (270 PgC) with the average historical estimate of 515 PgC gives a total of 785 PgC, i.e., 790 PgC when rounded to 10 PgC. As the 785 PgC estimate excludes an explicit assessment of future land-use change emissions, the 790 PgC value also remains a conservative estimate consistent with the overall likelihood assessment. The ranges of emissions for these three likelihoods based on the RCP scenarios are rather narrow, as they are based on a single scenario and on the limited sample of models available (TFE.8 Figure 1c). In contrast to TCRE they do not include observational constraints or account for sources of uncertainty not sampled by the models. The concept of a fixed cumulative $CO_2$ budget holds not just for 2°C, but for any temperature level explored with models so far (up to about 5°C; see Figures 12.44 to 12.46), with higher temperature levels implying larger budgets.

12

BLM_0074622



**Figure 12.46 |** (a) $CO_2$ emissions for the RCP2.6 scenario (black) and three illustrative modified emission pathways leading to the same warming. (b) Global temperature change relative to pre-industrial for the pathways shown in panel (a). (c) Grey shaded bands show Integrated Assessment Model (IAM) emission pathways over the 21st century. The pathways were grouped based on ranges of *likely* avoided temperature increase in the 21st century. Pathways in the darkest three bands *likely* stay below 2°C, 3°C, 4°C by 2100, respectively (see legend), while those in the lightest grey band are higher than 4°C. Emission corridors were defined by, at each year, identifying the 15th to 85th percentile range of emissions and drawing the corresponding bands across the range. Individual scenarios that follow the upper edge of the bands early on tend to follow the lower edge of the band later on. Black-white lines show median paths per range. (d) Global temperature relative to pre-industrial for the pathways in (c). (Data in (c) and (d) based on Rogelj et al. (2011).) Coloured lines in (c) and (d) denote the four RCP scenarios.

## 12.5.5 Potentially Abrupt or Irreversible Changes

### 12.5.5.1 Introduction

This report adopts the definition of abrupt climate change used in Synthesis and Assessment Product 3.4 of the U.S. Climate Change Science Program CCSP (CCSP, 2008b). We define *abrupt climate change* as a large-scale change in the climate system that takes place over a few decades or less, persists (or is anticipated to persist) for at least a few decades, and causes substantial disruptions in human and natural systems (see Glossary). Other definitions of abrupt climate change exist. For example, in the AR4 climate change was defined as abrupt if it occurred faster than the typical time scale of the responsible forcing.

A number of components or phenomena within the Earth system have been proposed as potentially possessing critical thresholds (some-

times referred to as tipping points (Lenton et al., 2008)), beyond which abrupt or nonlinear transitions to a different state ensues. The term irreversibility is used in various ways in the literature. The AR5 report defines a perturbed state as *irreversible* on a given time scale if the recovery time scale from this state due to natural processes is significantly longer than the time it takes for the system to reach this perturbed state (see Glossary). In that context, most aspects of the climate change resulting from $CO_2$ emissions are irreversible, due to the long residence time of the $CO_2$ perturbation in the atmosphere and the resulting warming (Solomon et al., 2009). These results are discussed in Sections 12.5.2 to 12.5.4. Here, we also assess aspects of irreversibility in the context of abrupt change, multiple steady states and hysteresis, i.e., the question whether a change (abrupt or not) would be reversible if the forcing was reversed or removed (e.g., Boucher et al., 2012). Irreversibility of ice sheets and sea level rise are also assessed in Chapter 13.

BLM_0074623

**Table 12.4 |** Components in the Earth system that have been proposed in the literature as potentially being susceptible to abrupt or irreversible change. Column 2 defines whether or not a potential change can be considered to be abrupt under the AR5 definition. Column 3 states whether or not the process is irreversible in the context of abrupt change, and also gives the typical recovery time scales. Column 4 provides an assessment, if possible, of the likelihood of occurrence of abrupt change in the 21st century for the respective components or phenomena within the Earth system, for the scenarios considered in this chapter.

| Change in climate system component | Potentially abrupt (AR5 definition) | Irreversibility if forcing reversed | Projected likelihood of 21st century change in scenarios considered |
|---|---|---|---|
| Atlantic MOC collapse | Yes | Unknown | *Very unlikely* that the AMOC will undergo a rapid transition (*high confidence*) |
| Ice sheet collapse | No | Irreversible for millennia | *Exceptionally unlikely* that either Greenland or West Antarctic Ice sheets will suffer near-complete disintegration (*high confidence*) |
| Permafrost carbon release | No | Irreversible for millennia | Possible that permafrost will become a net source of atmospheric greenhouse gases (*low confidence*) |
| Clathrate methane release | Yes | Irreversible for millennia | *Very unlikely* that methane from clathrates will undergo catastrophic release (*high confidence*) |
| Tropical forests dieback | Yes | Reversible within centuries | *Low confidence* in projections of the collapse of large areas of tropical forest |
| Boreal forests dieback | Yes | Reversible within centuries | *Low confidence* in projections of the collapse of large areas of boreal forest |
| Disappearance of summer Arctic sea ice | Yes | Reversible within years to decades | *Likely* that the Arctic Ocean becomes nearly ice-free in September before mid-century under high forcing scenarios such as RCP8.5 (*medium confidence*) |
| Long-term droughts | Yes | Reversible within years to decades | *Low confidence* in projections of changes in the frequency and duration of megadroughts |
| Monsoonal circulation | Yes | Reversible within years to decades | *Low confidence* in projections of a collapse in monsoon circulations |

In this section we examine the main components or phenomena within the Earth system that have been proposed in the literature as potentially being susceptible to abrupt or irreversible change (see Table 12.4). Abrupt changes that arise from nonlinearities within the climate system are inherently difficult to assess and their timing, if any, of future occurrences is difficult to predict. Nevertheless, progress is being made exploring the potential existence of early warning signs for abrupt climate change (see e.g., Dakos et al., 2008; Scheffer et al., 2009).

### 12.5.5.2   The Atlantic Meridional Overturning

EMICs for which the stability has been systematically assessed by suitably designed hysteresis experiments robustly show a threshold beyond which the Atlantic thermohaline circulation cannot be sustained (Rahmstorf et al., 2005). This is also the case for one low-resolution ESM (Hawkins et al., 2011). However, proximity to this threshold is highly model dependent and influenced by factors that are currently poorly understood. There is some indication that the CMIP3 climate models may generally overestimate the stability of the Atlantic Ocean circulation (Hofmann and Rahmstorf, 2009; Drijfhout et al., 2010). In particular, De Vries and Weber (2005), Dijkstra (2007), Weber et al. (2007), Huisman et al. (2010), Drijfhout et al. (2010) and Hawkins et al. (2011) suggest that the sign of net freshwater flux into the Atlantic transported through its southern boundary via the overturning circulation determines whether or not the AMOC is in a mono-stable or bi-stable state. For the pre-industrial control climate of most of the CMIP3 models, Drijfhout et al. (2010) found that the salt flux was negative (implying a positive freshwater flux), indicating that they were in a mono-stable regime. However, this is not the case in the CMIP5 models where Weaver et al. (2012) found that the majority of the models were in a bi-stable regime during RCP integrations. Observations suggest that the present day ocean is in a bi-stable regime, thereby allowing for multiple equilibria and a stable 'off' state of the AMOC (Bryden et al., 2011; Hawkins et al., 2011).

In addition to the main threshold for a complete breakdown of the circulation, others may exist that involve more limited changes, such as a cessation of Labrador Sea deep water formation (Wood et al., 1999). Rapid melting of the Greenland ice sheet causes increases in freshwater runoff, potentially weakening the AMOC. None of the CMIP5 simulations include an interactive ice sheet component. However, Jungclaus et al. (2006), Mikolajewicz et al. (2007), Driesschaert et al. (2007) and Hu et al. (2009) found only a slight temporary effect of increased melt water fluxes on the AMOC, that was either small compared to the effect of enhanced poleward atmospheric moisture transport or only noticeable in the most extreme scenarios.

Although many more model simulations have been conducted since the AR4 under a wide range of forcing scenarios, projections of the AMOC behaviour have not changed. Based on the available CMIP5 models, EMICs and the literature, it remains *very likely* that the AMOC will weaken over the 21st century relative to pre-industrial. Best estimates and ranges for the reduction from CMIP5 are 11% (1 to 24%) in RCP2.6 and 34% (12 to 54%) in RCP8.5 (Weaver et al., 2012) (see Section 12.4.7.2, Figure 12.35). But there is *low confidence* in the magnitude of the weakening. Drijfhout et al. (2012) show that the AMOC decrease per degree global mean temperature rise varies from 1.5 to 1.9 Sv ($10^6$ m$^3$ s$^{-1}$) for the CMIP5 multi-model ensemble members they considered depending on the scenario, but that the standard deviation in this regression is almost half the signal.

The FIO-ESM model shows cooling over much of the NH that may be related to a strong reduction of the AMOC in all RCP scenarios (even RCP2.6), but the limited output available from the model precludes an assessment of the response and realism of this response. Hence it is not included the overall assessment of the likelihood of abrupt changes.

**12**

BLM_0074624

It is *unlikely* that the AMOC will collapse beyond the end of the 21st century for the scenarios considered but a collapse beyond the 21st century for large sustained warming cannot be excluded. There is *low confidence* in assessing the evolution of the AMOC beyond the 21st century. Two of the CMIP5 models revealed an eventual slowdown of the AMOC to an off state (Figure 12.35). But this did not occur abruptly.

As assessed by Delworth et al. (2008), for an abrupt transition of the AMOC to occur, the sensitivity of the AMOC to forcing would have to be far greater than that seen in current models. Alternatively, significant ablation of the Greenland ice sheet greatly exceeding even the most aggressive of current projections would be required (Swingedouw et al., 2007; Hu et al., 2009). While neither possibility can be excluded entirely, it is *unlikely* that the AMOC will collapse beyond the end of the 21st century because of global warming based on the models and range of scenarios considered.

### 12.5.5.3 Ice Sheets

As detailed in Section 13.4.3, all available modelling studies agree that the Greenland ice sheet will significantly decrease in area and volume in a warmer climate as a consequence of increased melt rates not compensated for by increased snowfall rates and amplified by positive feedbacks. Conversely, the surface mass balance of the Antarctic ice sheet is projected to increase in most projections because increased snowfall rates outweigh melt increase (see Section 13.4.4).

Irreversibility of ice sheet volume and extent changes can arise because of the surface-elevation feedback that operates when a decrease of the elevation of the ice sheet induces a decreased surface mass balance (generally through increased melting), and therefore essentially applies to Greenland. As detailed in Section 13.4.3.3, several stable states of the Greenland ice sheet might exist (Charbit et al., 2008; Ridley et al., 2010; Langen et al., 2012; Robinson et al., 2012; Solgaard and Langen, 2012), and the ice sheet might irreversibly shrink to a stable smaller state once a warming threshold is crossed for a certain amount of time, with the critical duration depending on how far the temperature threshold has been exceeded. Based on the available evidence (see Section 13.4.3.3), an irreversible decrease of the Greenland ice sheet due to surface mass balance changes appears *very unlikely* in the 21st century but *likely* on multi-centennial to millennial time scales in the strongest forcing scenarios.

In theory (Weertman, 1974; Schoof, 2007) ice sheet volume and extent changes can be abrupt because of the grounding line instability that can occur in coastal regions where bedrock is retrograde (i.e., sloping towards the interior of the ice sheet) and below sea level (see Section 4.4.4 and Box 13.2). This essentially applies to West Antarctica, but also to parts of Greenland and East Antarctica. Furthermore, ice shelf decay induced by oceanic or atmospheric warming might lead to abruptly accelerated ice flow further inland (De Angelis and Skvarca, 2003). Because ice sheet growth is usually a slow process, such changes could also be irreversible in the definition adopted here. The available evidence (see Section 13.4) suggests that it is *exceptionally unlikely* that the ice sheets of either Greenland or West Antarctica will suffer a near-complete disintegration during the 21st century. More generally, the potential for abrupt and/or irreversible ice sheet changes (or the

initiation thereof) during the 21st century and beyond is discussed in detail in Sections 13.4.3 and 13.4.4.

### 12.5.5.4 Permafrost Carbon Storage

Since the IPCC AR4, estimates of the amount of carbon stored in permafrost have been significantly revised upwards (Tarnocai et al., 2009), putting the permafrost carbon stock to an equivalent of twice the atmospheric carbon pool (Dolman et al., 2010). Because of low carbon input at high latitudes, permafrost carbon is to a large part of Pleistocene (Zimov et al., 2006) or Holocene (Smith et al., 2004) origin, and its potential vulnerability is dominated by decomposition (Eglin et al., 2010). The conjunction of a long carbon accumulation time scale on one hand and potentially rapid permafrost thawing and carbon decomposition under warmer climatic conditions (Zimov et al., 2006; Schuur et al., 2009; Kuhry et al., 2010) on the other hand suggests potential irreversibility of permafrost carbon decomposition (leading to an increase of atmospheric $CO_2$ and/or $CH_4$ concentrations) on time scales of hundreds to thousands of years in a warming climate. Indeed, recent observations (Dorrepaal et al., 2009; Kuhry et al., 2010) suggest that this process, induced by widespread permafrost warming and thawing (Romanovsky et al., 2010), might be already occurring. However, the existing modelling studies of permafrost carbon balance under future warming that take into account at least some of the essential permafrost-related processes (Khvorostyanov et al., 2008; Wania et al., 2009; Koven et al., 2011; Schaefer et al., 2011; MacDougall et al., 2012; Schneider von Deimling et al., 2012) do not yield coherent results beyond the fact that present-day permafrost might become a net emitter of carbon during the 21st century under plausible future warming scenarios (*low confidence*). This also reflects an insufficient understanding of the relevant soil processes during and after permafrost thaw, including processes leading to stabilization of unfrozen soil carbon (Schmidt et al., 2011), and precludes a firm assessment of the amplitude of irreversible changes in the climate system potentially related to permafrost degassing and associated global feedbacks at this stage (see also Sections 6.4.3.4 and 6.4.7.2 and FAQ 6.1).

### 12.5.5.5 Atmospheric Methane from Terrestrial and Oceanic Clathrates

Model simulations (Fyke and Weaver, 2006; Reagan and Moridis, 2007; Lamarque, 2008; Reagan and Moridis, 2009) suggest that clathrate deposits in shallow regions (in particular at high latitude regions and in the Gulf of Mexico) are susceptible to destabilization via ocean warming. However, concomitant sea level rise due to changes in ocean mass enhances clathrate stability in the ocean (Fyke and Weaver, 2006). A recent assessment of the potential for a future abrupt release of methane was undertaken by the U.S. Climate Change Science Program (Synthesis and Assessment Product 3.4 see Brooke et al., 2008). They concluded that it was *very unlikely* that such a catastrophic release would occur this century. However, they argued that anthropogenic warming will *very likely* lead to enhanced methane emissions from both terrestrial and oceanic clathrates (Brooke et al., 2008). Although difficult to formally assess, initial estimates of the 21st century positive feedback from methane clathrate destabilization are small but not insignificant (Fyke and Weaver, 2006; Archer, 2007; Lamarque, 2008). Nevertheless, on multi-millennial time scales, the positive feedback to anthropogenic

**12**

BLM_0074625

warming of such methane emissions is potentially larger (Archer and Buffett, 2005; Archer, 2007; Brooke et al., 2008). Once more, due to the difference between release and accumulation time scales, such emissions are irreversible. See also FAQ 6.1.

#### 12.5.5.6 Tropical and Boreal Forests

##### 12.5.5.6.1 Tropical forests

In today's climate, the strongest growth in the Amazon rainforest occurs during the dry season when strong insolation is combined with water drawn from underground aquifers that store the previous wet season's rainfall (Huete et al., 2006). AOGCMs do not agree about how the dry season length in the Amazon may change in the future under the SRES A1 scenario (Bombardi and Carvalho, 2009), but simulations with coupled regional climate/potential vegetation models are consistent in simulating an increase in dry season length, a 70% reduction in the areal extent of the rainforest by the end of the 21st century using the SRES A2 scenario, and an eastward expansion of the Caatinga vegetation (Cook and Vizy, 2008; Sorensson et al., 2010). In addition, some models have demonstrated the existence of multiple equilibria of the tropical South American climate–vegetation system (e.g., Oyama and Nobre, 2003). The transition could be abrupt when the dry season becomes too long for the vegetation to survive, although the resilience of the vegetation to a longer dry period may be increased by the $CO_2$ fertilization effect (Zelazowski et al., 2011). Deforestation may also increase dry season length (Costa and Pires, 2010) and drier conditions increase the likelihood of wildfires that, combined with fire ignition associated with human activity, can undermine the forest's resiliency to climate change (see also Section 6.4.8.1). If climate change brings drier conditions closer to those supportive of seasonal forests rather than rainforest, fire can act as a trigger to abruptly and irreversibly change the ecosystem (Malhi et al., 2009). However, the existence of refugia is an important determinant of the potential for the re-emergence of the vegetation (Walker et al., 2009).

Analysis of projected change in the climate–biome space of current vegetation distributions suggest that the risk of Amazonian forest dieback is small (Malhi et al., 2009), a finding supported by modelling when strong carbon dioxide fertilization effects on Amazonian vegetation are assumed (Rammig et al., 2010). However, the strength of $CO_2$ fertilization on tropical vegetation is poorly known (see Box 6.3). Uncertainty concerning the existence of critical thresholds in the Amazonian and other tropical rainforests purely driven by climate change therefore remains high, and so the possibility of a critical threshold being crossed in precipitation volume cannot be ruled out (Nobre and Borma, 2009; Good et al., 2011b, 2011c). Nevertheless, there is still some question as to whether a transition of the Amazonian or other tropical rainforests into a lower biomass state could result from the combined effects of limits to carbon fertilization, climate warming, potential precipitation decline in interaction with the effects of human land use.

##### 12.5.5.6.2 Boreal forest

Evidence from field observations and biogeochemical modelling make it scientifically conceivable that regions of the boreal forest could tip into a different vegetation state under climate warming, but uncertainties

on the likelihood of this occurring are very high (Lenton et al., 2008; Allen et al., 2010). This is mainly due to large gaps in knowledge concerning relevant ecosystemic and plant physiological responses to warming (Niinemets, 2010). The main response is a potential advancement of the boreal forest northward and the potential transition from a forest to a woodland or grassland state on its dry southern edges in the continental interiors, leading to an overall increase in herbaceous vegetation cover in the affected parts of the boreal zone (Lucht et al., 2006). The proposed potential mechanisms for decreased forest growth and/or increased forest mortality are: increased drought stress under warmer summer conditions in regions with low soil moisture (Barber et al., 2000; Dulamsuren et al., 2009, 2010); desiccation of saplings with shallow roots due to summer drought periods in the top soil layers, causing suppression of forest reproduction (Hogg and Schwarz, 1997); leaf tissue damage due to high leaf temperatures during peak summer temperatures under strong climate warming; and increased insect, herbivory and subsequent fire damage in damaged or struggling stands (Dulamsuren et al., 2008). The balance of effects controlling standing biomass, fire type and frequency, permafrost thaw depth, snow volume and soil moisture remains uncertain. Although the existence of, and the thresholds controlling, a potential critical threshold in the boreal forest are extremely uncertain, its existence cannot at present be ruled out.

#### 12.5.5.7 Sea Ice

Several studies based on observational data or model hindcasts suggest that the rapidly declining summer Arctic sea ice cover might reach or might already have passed a tipping point (Lindsay and Zhang, 2005; Wadhams, 2012; Livina and Lenton, 2013). Identifying Arctic sea ice tipping points from the short observational record is difficult due to high interannual and decadal variability. In some climate projections, the decrease in summer Arctic sea ice areal coverage is not gradual but is instead punctuated by 5- to10- year periods of strong ice loss (Holland et al., 2006; Vavrus et al., 2012; Döscher and Koenigk, 2013). Still, these abrupt reductions do not necessarily require the existence of a tipping point in the system or further imply an irreversible behaviour (Amstrup et al., 2010; Lenton, 2012). The 5- to 10-year events discussed by Holland et al. (2006) arise when large natural climate variability in the Arctic reinforces the anthropogenically-forced change (Holland et al., 2008). Positive trends on the same time scale also occur when internal variability counteracts the forced change until the middle of the 21st century (Holland et al., 2008; Kay et al., 2011; Vavrus et al., 2012).

Further work using single-column energy-balance models (Merryfield et al., 2008; Eisenman and Wettlaufer, 2009; Abbot et al., 2011) yielded mixed results about the possibility of tipping points and bifurcations in the transition from perennial to seasonal sea ice cover. Thin ice and snow covers promote strong longwave radiative loss to space and high ice growth rates (e.g., Bitz and Roe, 2004; Notz, 2009; Eisenman, 2012). These stabilizing negative feedbacks can be large enough to overcome the positive surface–albedo feedback and/or cloud feedback, which act to amplify the forced sea ice response. In such low-order models, the emergence of multiple stable states with increased climate forcing is a parameter-dependent feature (Abbot et al., 2011; Eisenman, 2012). For example, Eisenman (2012) showed with a single-column energy-balance model that certain parameter choices that cause thicker ice or warmer ocean under a given climate forcing make the model more prone to bifurcations and hence irreversible behaviour.

**12**

BLM_0074626

The reversibility of sea ice loss with respect to global or hemispheric mean surface temperature change has been directly assessed in AOGCMs/ESMs by first raising the $CO_2$ concentration until virtually all sea ice disappears year-round and then lowering the $CO_2$ level at the same rate as during the ramp-up phase until it reaches again the initial value (Armour et al., 2011; Boucher et al., 2012; Ridley et al., 2012; Li et al., 2013b). None of these studies show evidence of a bifurcation leading to irreversible changes in Arctic sea ice. AOGCMs have also been used to test summer Arctic sea ice recovery after either sudden or very rapid artificial removal, and all had sea ice return within a few years (Schröder and Connolley, 2007; Sedláček et al., 2011; Tietsche et al., 2011). In the Antarctic, as a result of the strong coupling between the Southern Ocean's surface and the deep ocean, the sea ice areal coverage in some of the models integrated with ramp-up and ramp-down atmospheric $CO_2$ concentration exhibits a significant lag relative to the global or hemispheric mean surface temperature (Ridley et al., 2012; Li et al., 2013b), so that its changes may be considered irreversible on centennial time scales.

Diagnostic analyses of a few global climate models have shown abrupt sea ice losses in the transition from seasonal to year-round Arctic ice-free conditions after raising $CO_2$ to very high levels (Winton, 2006b; Ridley et al., 2008; Li et al., 2013b), but without evidence for irreversible changes. Winton (2006b, 2008) hypothesized that the small ice cap instability (North, 1984) could cause such an abrupt transition. With a low-order Arctic sea ice model, Eisenman and Wettlaufer (2009) also found an abrupt change behaviour in the transition from seasonal ice to year-round ice-free conditions, accompanied by an irreversible bifurcation to a new stable, annually ice-free state. They concluded that the cause is a loss of the stabilizing effect of sea ice growth when the ice season shrinks in time. The Arctic sea ice may thus experience a sharp transition to annually ice-free conditions, but the irreversible nature of this transition seems to depend on the model complexity and structure.

In conclusion, rapid summer Arctic sea ice losses are *likely* to occur in the transition to seasonally ice-free conditions. These abrupt changes might have consequences throughout the climate system as noted by Vavrus et al. (2011) for cloud cover and Lawrence et al. (2008b) for the high-latitude ground state. Furthermore, the interannual-to-decadal variability in the summer Arctic sea ice extent is projected to increase in response to global warming (Holland et al., 2008; Goosse et al., 2009). These studies suggest that large anomalies in Arctic sea ice areal coverage, like the ones that occurred in 2007 and 2012, might become increasingly frequent. However, there is little evidence in global climate models of a tipping point (or critical threshold) in the transition from a perennially ice-covered to a seasonally ice-free Arctic Ocean beyond which further sea ice loss is unstoppable and irreversible.

### 12.5.5.8   Hydrologic Variability: Long-Term Droughts and Monsoonal Circulation

#### 12.5.5.8.1   Long-term Droughts

As noted in Section 5.5.5, long-term droughts (often called megadroughts, see Glossary) are a recurring feature of Holocene paleoclimate records in North America, East and South Asia, Europe, Africa and India. The transitions into and out of the long-term droughts take many years. Because the long-term droughts all ended, they are not irreversible. Nonetheless transitions over years to a decade into a state of long-term drought would have impacts on human and natural systems.

AR4 climate model projections (Milly et al., 2008) and CMIP5 ensembles (Figure 12.23) both suggest widespread drying and drought across most of southwestern North America and many other subtropical regions by the mid to late 21st century (see Section 12.4.5), although without abrupt change. Some studies suggest that this subtropical drying may have already begun in southwestern North America (Seager et al., 2007; Seidel and Randel, 2007; Barnett et al., 2008; Pierce et al., 2008). More recent studies (Hoerling et al., 2010; Seager and Vecchi, 2010; Dai, 2011; Seager and Naik, 2012) suggest that regional reductions in precipitation are due primarily to internal variability and that the anthropogenic forced trends are currently weak in comparison.

While previous long-term droughts in southwest North America arose from natural causes, climate models project that this region will undergo progressive aridification as part of a general drying and poleward expansion of the subtropical dry zones driven by rising GHGs (Held and Soden, 2006; Seager et al., 2007; Seager and Vecchi, 2010). The models project the aridification to intensify steadily as RF and global warming progress without abrupt changes. Because of the very long lifetime of the anthropogenic atmospheric $CO_2$ perturbation, such drying induced by global warming would be largely irreversible on millennium time scale (Solomon et al., 2009; Frölicher and Joos, 2010; Gillett et al., 2011) (see Sections 12.5.2 and 12.5.4). For example, Solomon et al. (2009) found in a simulation where atmospheric $CO_2$ increases to 600 ppm followed by zero emissions, that the 15% reduction in precipitation in areas such as southwest North America, southern Europe and western Australia would persist long after emissions ceased. This, however, is largely a consequence of the warming persisting for centuries after emissions cease rather than an irreversible behaviour of the water cycle itself.

#### 12.5.5.8.2   Monsoonal circulation

Climate model simulations and paleo-reconstructions provide evidence of past abrupt changes in Saharan vegetation, with the 'green Sahara' conditions (Hoelzmann et al., 1998) of the African Humid Period (AHP) during the mid-Holocene serving as the most recent example. However, Mitchell (1990) and Claussen et al. (2003) note that the mid-Holocene is not a direct analogue for future GHG-induced climate change since the forcings are different: a increased shortwave forcing in the NH summer versus a globally and seasonally uniform atmospheric $CO_2$ increase, respectively. Paleoclimate examples suggest that a strong radiative or SST forcing is needed to achieve a rapid climate change, and that the rapid changes are reversible when the forcing is withdrawn. Both the abrupt onset and termination of the AHP were triggered when northern African summer insolation was 4.2% higher than present day, representing a local increase of about 19 W $m^{-2}$ (deMenocal et al., 2000). Note that the globally averaged radiative anthropogenic forcing from 1750 to 2011 (Table 8.6) is small compared to this local increase in insolation. A rapid Saharan greening has been simulated in a climate model of intermediate complexity forced by a rapid increase in atmospheric $CO_2$, with the overall extent of greening depending on the equilibrium atmospheric $CO_2$ level reached (Claussen et al., 2003).

BLM_0074627

Abrupt Saharan vegetation changes of the Younger Dryas are linked with a rapid AMOC weakening which is considered *very unlikely* during the 21st century and *unlikely* beyond that as a consequence of global warming.

Studies with conceptual models (Zickfeld et al., 2005; Levermann et al., 2009) have shown that the Indian summer monsoon can operate in two stable regimes: besides the 'wet' summer monsoon, a stable state exists which is characterized by low precipitation over India. These studies suggest that any perturbation of the radiative budget that tends to weaken the driving pressure gradient has the potential to induce abrupt transitions between these two regimes.

Numerous studies with coupled ocean–atmosphere models have explored the potential impact of anthropogenic forcing on the Indian monsoon (see also Section 14.2). When forced with anticipated increases in GHG concentrations, the majority of these studies show an intensification of the rainfall associated with the Indian summer monsoon (Meehl and Washington, 1993; Kitoh et al., 1997; Douville et al., 2000; Hu et al., 2000; May, 2002; Ueda et al., 2006; Kripalani et al., 2007; Stowasser et al., 2009; Cherchi et al., 2010). Despite the intensification of precipitation, several of these modelling studies show a weakening of the summer monsoon circulation (Kitoh et al., 1997; May, 2002; Ueda et al., 2006; Kripalani et al., 2007; Stowasser et al., 2009; Cherchi et al., 2010). The net effect is nevertheless an increase of precipitation due to enhanced moisture transport into the Asian monsoon region (Ueda et al., 2006). In recent years, studies with GCMs have also explored the direct effect of aerosol forcing on the Indian monsoon (Lau et al., 2006; Meehl et al., 2008; Randles and Ramaswamy, 2008; Collier and Zhang, 2009). Considering absorbing aerosols (black carbon) only, Meehl et al. (2008) found an increase in pre-monsoonal precipitation, but a decrease in summer monsoon precipitation over parts of South Asia. In contrast, Lau et al. (2006) found an increase in May–June–July precipitation in that region. If an increase in scattering aerosols only is considered, the monsoon circulation weakens and precipitation is inhibited (Randles and Ramaswamy, 2008). More recently, Bollasina et al. (2011) showed that anthropogenic aerosols played a fundamental role in driving the recent observed weakening of the summer monsoon. Given that the effect of increased atmospheric regional loading of aerosols is opposed by the concomitant increases in GHG concentrations, it is *unlikely* that an abrupt transition to the dry summer monsoon regime will be triggered in the 21st century.

## Acknowledgements

We especially acknowledge the input of Contributing Authors Urs Beyerle for maintaining the database of CMIP5 output, Jan Sedláček for producing a large number of CMIP5 figures, and Joeri Rogelj for preparing synthesis figures. Chapter technical assistants Oliver Stebler, Franziska Gerber and Barbara Aellig, provided great help in assembling the chapter and Sébastien Denvil and Jérôme Raciazek provided technical assistance in downloading the CMIP5 data.

**12**

BLM_0074628

# References

Abbot, D. S., M. Silber, and R. T. Pierrehumbert, 2011: Bifurcations leading to summer Arctic sea ice loss. *J. Geophys. Res.*, **116**, D19120.

Abe, M., H. Shiogama, T. Nozawa, and S. Emori, 2011: Estimation of future surface temperature changes constrained using the future-present correlated modes in inter-model variability of CMIP3 multimodel simulations. *J. Geophys. Res.*, **116**, D18104.

Adachi, Y., et al., 2013: Basic performance of a new earth system model of the Meteorological Research Institute (MRI-ESM1). *Papers Meteorol. Geophys.*, doi:10.2467/mripapers.64.

Adams, P. J., J. H. Seinfeld, D. Koch, L. Mickley, and D. Jacob, 2001: General circulation model assessment of direct radiative forcing by the sulfate-nitrate-ammonium-water inorganic aerosol system. *J. Geophys. Res.*, **106**, 1097–1111.

Adler, R. F., G. J. Gu, J. J. Wang, G. J. Huffman, S. Curtis, and D. Bolvin, 2008: Relationships between global precipitation and surface temperature on interannual and longer timescales (1979–2006). *J. Geophys. Res.*, **113**, D22104.

Aldrin, M., M. Holden, P. Guttorp, R. B. Skeie, G. Myhre, and T. K. Berntsen, 2012: Bayesian estimation of climate sensitivity based on a simple climate model fitted to observations of hemispheric temperatures and global ocean heat content. *Environmetrics*, **23**, 253–271.

Alexander, L. V., and J. M. Arblaster, 2009: Assessing trends in observed and modelled climate extremes over Australia in relation to future projections. *Int. J. Climatol.*, **29**, 417–435.

Alexander, L. V., et al., 2006: Global observed changes in daily climate extremes of temperature and precipitation. *J. Geophys. Res.*, **111**, D05109.

Alexeev, V., and C. Jackson, 2012: Polar amplification: Is atmospheric heat transport important? *Clim. Dyn.*, doi:10.1007/s00382-012-1601-z.

Alexeev, V., D. Nicolsky, V. Romanovsky, and D. Lawrence, 2007: An evaluation of deep soil configurations in the CLM3 for improved representation of permafrost. *Geophys. Res. Lett.*, **34**, L09502.

Alexeev, V. A., P. L. Langen, and J. R. Bates, 2005: Polar amplification of surface warming on an aquaplanet in "ghost forcing" experiments without sea ice feedbacks. *Clim. Dyn.*, **24**, 655–666.

Allan, R., and B. Soden, 2008: Atmospheric warming and the amplification of precipitation extremes. *Science*, **321**, 1481–1484.

Allan, R. P., 2012: Regime dependent changes in global precipitation. *Clim. Dyn.*, doi:10.1007/s00382-011-1134-x.

Allen, C., et al., 2010: A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecol. Manage.*, **259**, 660–684.

Allen, M. R., and W. J. Ingram, 2002: Constraints on future changes in climate and the hydrologic cycle. *Nature*, **419**, 224–232.

Allen, M. R., D. J. Frame, C. Huntingford, C. D. Jones, J. A. Lowe, M. Meinshausen, and N. Meinshausen, 2009: Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature*, **458**, 1163–1166.

Allen, R. J., and S. C. Sherwood, 2008: Warming maximum in the tropical upper troposphere deduced from thermal winds. *Nature Geosci.*, **1**, 399–403.

Allen, R. J., and S. C. Sherwood, 2010: Aerosol-cloud semi-direct effect and land-sea temperature contrast in a GCM. *Geophys. Res. Lett.*, **37**, L07702.

Allen, R. J., S. C. Sherwood, J. R. Norris, and C. S. Zender, 2012: Recent Northern Hemisphere tropical expansion primarily driven by black carbon and tropospheric ozone. *Nature*, **485**, 350–354.

Amstrup, S., E. DeWeaver, D. Douglas, B. Marcot, G. Durner, C. Bitz, and D. Bailey, 2010: Greenhouse gas mitigation can reduce sea-ice loss and increase polar bear persistence. *Nature*, **468**, 955–958.

Andrews, T., and P. M. Forster, 2008: $CO_2$ forcing induces semi-direct effects with consequences for climate feedback interpretations. *Geophys. Res. Lett.*, **35**, L04802.

Andrews, T., P. M. Forster, and J. M. Gregory, 2009: A surface energy perspective on climate change. *J. Clim.*, **22**, 2557–2570.

Andrews, T., P. Forster, O. Boucher, N. Bellouin, and A. Jones, 2010: Precipitation, radiative forcing and global temperature change. *Geophys. Res. Lett.*, **37**, L14701.

Annan, J. D., and J. C. Hargreaves, 2006: Using multiple observationally-based constraints to estimate climate sensitivity. *Geophys. Res. Lett.*, **33**, L06704.

Annan, J. D., and J. C. Hargreaves, 2010: Reliability of the CMIP3 ensemble. *Geophys. Res. Lett.*, **37**, L02703.

Annan, J. D., and J. C. Hargreaves, 2011a: Understanding the CMIP3 multi-model ensemble. *J. Clim.*, **24**, 4529–4538.

Annan, J. D., and J. C. Hargreaves, 2011b: On the generation and interpretation of probabilistic estimates of climate sensitivity. *Clim. Change*, **104**, 423–436.

Arblaster, J. M., G. A. Meehl, and D. J. Karoly, 2011: Future climate change in the Southern Hemisphere: Competing effects of ozone and greenhouse gases. *Geophys. Res. Lett.*, **38**, L02701.

Archer, D., 2007: Methane hydrate stability and anthropogenic climate change. *Biogeosciences*, **4**, 521–544.

Archer, D., and B. Buffett, 2005: Time-dependent response of the global ocean clathrate reservoir to climatic and anthropogenic forcing. *Geochem. Geophys. Geosyst.*, **6**, Q03002.

Archer, D., et al., 2009: Atmospheric lifetime of fossil fuel carbon dioxide. *Annu. Rev. Earth Planet. Sci.*, **37**, 117–134.

Armour, K., and G. Roe, 2011: Climate commitment in an uncertain world. *Geophys. Res. Lett.*, **38**, L01707.

Armour, K., I. Eisenman, E. Blanchard-Wrigglesworth, K. McCusker, and C. Bitz, 2011: The reversibility of sea ice loss in a state-of-the-art climate model. *Geophys. Res. Lett.*, **38**, L16705.

Arora, V. K., et al., 2011: Carbon emission limits required to satisfy future representative concentration pathways of greenhouse gases. *Geophys. Res. Lett.*, **38**, L05805.

Arzel, O., T. Fichefet, and H. Goosse, 2006: Sea ice evolution over the 20th and 21st centuries as simulated by current AOGCMs. *Ocean Model.*, **12**, 401–415.

Augustsson, T., and V. Ramanathan, 1977: Radiative-convective model study of $CO_2$ climate problem. *J. Atmos. Sci.*, **34**, 448–451.

Bala, G., K. Caldeira, and R. Nemani, 2010: Fast versus slow response in climate change: Implications for the global hydrological cycle. *Clim. Dyn.*, **35**, 423–434.

Baldwin, M. P., M. Dameris, and T. G. Shepherd, 2007: Atmosphere—How will the stratosphere affect climate change? *Science*, **316**, 1576–1577.

Ballester, J., F. Giorgi, and X. Rodo, 2010a: Changes in European temperature extremes can be predicted from changes in PDF central statistics. *Clim. Change*, **98**, 277–284.

Ballester, J., X. Rodo, and F. Giorgi, 2010b: Future changes in Central Europe heat waves expected to mostly follow summer mean warming. *Clim. Dyn.*, **35**, 1191–1205.

Banks, H. T., and J. M. Gregory, 2006: Mechanisms of ocean heat uptake in a coupled climate model and the implications for tracer based predictions of ocean heat uptake. *Geophys. Res. Lett.*, **33**, L07608.

Bao, Q., et al., 2013: The Flexible Global Ocean-Atmosphere-Land system model, Spectral Version 2: FGOALS-s2. *Adv. Atmos. Sci.*, **30**, 561–576.

Barber, V., G. Juday, and B. Finney, 2000: Reduced growth of Alaskan white spruce in the twentieth century from temperature-induced drought stress. *Nature*, **405**, 668–673.

Barnes, E. A., and L. M. Polvani, 2013: Response of the midlatitude jets and of their variability to increased greenhouse gases in the CMIP5 models. *J. Clim.*, doi:10.1175/JCLI-D-12-00536.1.

Barnett, D. N., S. J. Brown, J. M. Murphy, D. M. H. Sexton, and M. J. Webb, 2006: Quantifying uncertainty in changes in extreme event frequency in response to doubled $CO_2$ using a large ensemble of GCM simulations. *Clim. Dyn.*, **26**, 489–511.

Barnett, T., and D. Pierce, 2008: When will Lake Mead go dry? *Water Resour. Res.*, **44**, W03201.

Barnett, T. P., et al., 2008: Human-induced changes in the hydrology of the western United States. *Science*, **319**, 1080–1083.

Barriopedro, D., E. M. Fischer, J. Luterbacher, R. Trigo, and R. García-Herrera, 2011: The hot summer of 2010: Redrawing the temperature record map of Europe. *Science*, **332**, 220–224.

Bekryaev, R. V., I. V. Polyakov, and V. A. Alexeev, 2010: Role of polar amplification in long-term surface air temperature variations and modern Arctic warming. *J. Clim.*, **23**, 3888–3906.

Bellouin, N., J. Rae, A. Jones, C. Johnson, J. Haywood, and O. Boucher, 2011: Aerosol forcing in the Hadley Centre CMIP5 simulations by HadGEM2-ES and the role of ammonium nitrate. *J. Geophys. Res.*, **116**, D20206.

Bengtsson, L., K. I. Hodges, and E. Roeckner, 2006: Storm tracks and climate change. *J. Clim.*, **19**, 3518–3543.

BLM_0074629

Bengtsson, L., K. I. Hodges, and N. Keenlyside, 2009: Will extratropical storms intensify in a warmer climate? *J. Clim.*, **22**, 2276–2301.

Berg, P., J. O. Haerter, P. Thejll, C. Piani, S. Hagemann, and J. H. Christensen, 2009: Seasonal characteristics of the relationship between daily precipitation intensity and surface temperature. *J. Geophys. Res.*, **114**, D18102.

Betts, R., et al., 2007: Projected increase in continental runoff due to plant responses to increasing carbon dioxide. *Nature*, **448**, 1037–1041.

Bitz, C., and G. Roe, 2004: A mechanism for the high rate of sea ice thinning in the Arctic Ocean. *J. Clim.*, **17**, 3623–3632.

Bitz, C., and Q. Fu, 2008: Arctic warming aloft is data set dependent. *Nature*, **455**, E3–E4.

Bitz, C. M., 2008: Some aspects of uncertainty in predicting sea ice thinning. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications* [E. T. DeWeaver, C. M. Bitz and L. B. Tremblay (eds.)]. American Geophysical Union, Washington, DC, pp. 63–76.

Bitz, C. M., J. K. Ridley, M. M. Holland, and H. Cattle, 2012: Global climate models and 20th and 21st century Arctic climate change. In: *Arctic Climate Change – The ACSYS Decade and Beyond* [P. Lemke (ed.)]. Springer Science+Business Media, Dordrecht, Netherlands, pp. 405–436.

Boberg, F., P. Berg, P. Thejll, W. Gutowski, and J. Christensen, 2010: Improved confidence in climate change projections of precipitation evaluated using daily statistics from the PRUDENCE ensemble. *Clim. Dyn.*, **35**, 1097–1106.

Boé, J., and L. Terray, 2008: Uncertainties in summer evapotranspiration changes over Europe and implications for regional climate change. *Geophys. Res. Lett.*, **35**, L05702.

Boé, J., A. Hall, and X. Qu, 2009a: Current GCMs' unrealistic negative feedback in the Arctic. *J. Clim.*, **22**, 4682–4695.

Boé, J., A. Hall, and X. Qu, 2009b: September sea-ice cover in the Arctic Ocean projected to vanish by 2100. *Nature Geosci.*, **2**, 341–343.

Boer, G. J., 1993: Climate change and the regulation of the surface moisture and energy budgets. *Clim. Dyn.*, **8**, 225–239.

Boer, G. J., 2011: The ratio of land to ocean temperature change under global warming. *Clim. Dyn.*, **37**, 2253–2270.

Boer, G. J., and B. Yu, 2003: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Boer, G. J., K. Hamilton, and W. Zhu, 2005: Climate sensitivity and climate change under strong forcing. *Clim. Dyn.*, **24**, 685–700.

Bollasina, M. A., Y. Ming, and V. Ramaswamy, 2011: Anthropogenic aerosols and the weakening of the South Asian summer monsoon. *Science*, **334**, 502–505.

Bombardi, R., and L. Carvalho, 2009: IPCC global coupled model simulations of the South America monsoon system. *Clim. Dyn.*, **33**, 893–916.

Böning, C., A. Dispert, M. Visbeck, S. Rintoul, and F. Schwarzkopf, 2008: The response of the Antarctic Circumpolar Current to recent climate change. *Nature Geosci.*, **1**, 864–869.

Bony, S., and J. L. Dufresne, 2005: Marine boundary layer clouds at the heart of tropical cloud feedback uncertainties in climate models. *Geophys. Res. Lett.*, **32**, L20806.

Bony, S., G. Bellon, D. Klocke, S. Sherwood, S. Fermepin, and S. Denvil, 2013: Robust direct effect of carbon dioxide on tropical circulation and regional precipitation. *Nature Geosci.*, doi:10.1038/ngeo1799.

Bony, S., et al., 2006: How well do we understand and evaluate climate change feedback processes? *J. Clim.*, **19**, 3445–3482.

Booth, B. B. B., et al., 2012: High sensitivity of future global warming to land carbon cycle processes. *Environ. Res. Lett.*, **7**, 024002.

Boucher, O., et al., 2012: Reversibility in an Earth System model in response to $CO_2$ concentration changes. *Environ. Res. Lett.*, **7**, 024013.

Bouttes, N., J. M. Gregory, and J. A. Lowe, 2013: The reversibility of sea level rise. *J. Clim.*, **26**, 2502–2513.

Bowerman, N., D. Frame, C. Huntingford, J. Lowe, and M. Allen, 2011: Cumulative carbon emissions, emissions floors and short-term rates of warming: Implications for policy. *Philos. Trans. R. Soc. A*, **369**, 45–66.

Bracegirdle, T., and D. Stephenson, 2012: Higher precision estimates of regional polar warming by ensemble regression of climate model projections. *Clim. Dyn.*, **39**, 2805–2821.

Bracegirdle, T., W. Connolley, and J. Turner, 2008: Antarctic climate change over the twenty first century. *J. Geophys. Res.*, **113**, D03103.

Bracegirdle, T. J., et al., 2013: Assessment of surface winds over the Atlantic, Indian, and Pacific Ocean sectors of the Southern Ocean in CMIP5 models: Historical bias, forcing response, and state dependence. *J. Geophys. Res.*, **118**, 547–562.

Brasseur, G., and E. Roeckner, 2005: Impact of improved air quality on the future evolution of climate. *Geophys. Res. Lett.*, **32**, L23704.

Brient, F., and S. Bony, 2013: Interpretation of the positive low-cloud feedback predicted by a climate model under global warming. *Clim. Dyn.*, **40**, 2415–2431.

Brierley, C. M., M. Collins, and A. J. Thorpe, 2010: The impact of perturbations to ocean-model parameters on climate and climate change in a coupled model. *Clim. Dyn.*, **34**, 325–343.

Bromwich, D. H., J. P. Nicolas, A. J. Monaghan, M. A. Lazzara, L. M. Keller, G. A. Weidner, and A. B. Wilson, 2013: Central West Antarctica among the most rapidly warming regions on Earth. *Nature Geosci.*, **6**, 139–145.

Brooke, E., D. Archer, E. Dlugokencky, S. Frolking, and D. Lawrence, 2008: Potential for abrupt changes in atmospheric methane. *Abrupt Climate Change: A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*. U.S. Geological Survey, Washington, DC, pp. 163–201.

Brooks, H. E., 2009: Proximity soundings for severe convection for Europe and the United States from reanalysis data. *Atmos. Res.*, **93**, 546–553.

Brooks, H. E., 2013: Severe thunderstorms and climate change. *Atmos. Res.*, **123**, 129–138.

Brooks, H. E., J. W. Lee, and J. P. Craven, 2003: The spatial distribution of severe thunderstorm and tornado environments from global reanalysis data. *Atmos. Res.*, **67–68**, 73–94.

Brovkin, V., et al., 2013: Effect of anthropogenic land-use and land cover changes on climate and land carbon storage in CMIP5 projections for the 21st century. *J. Clim.*, doi:10.1175/JCLI-D-12-00623.1.

Brown, R., and P. Mote, 2009: The response of Northern Hemisphere snow cover to a changing climate. *J. Clim.*, **22**, 2124–2145.

Brown, R. D., and D. A. Robinson, 2011: Northern Hemisphere spring snow cover variability and change over 1922–2010 including an assessment of uncertainty. *Cryosphere*, **5**, 219–229.

Brutel-Vuilmet, C., M. Menegoz, and G. Krinner, 2013: An analysis of present and future seasonal Northern Hemisphere land snow cover simulated by CMIP5 coupled climate models. *Cryosphere*, **7**, 67–80.

Bryan, K., F. G. Komro, S. Manabe, and M. J. Spelman, 1982: Transient climate response to increasing atmospheric carbon-dioxide. *Science*, **215**, 56–58.

Bryden, H. L., B. A. King, and G. D. McCarthy, 2011: South Atlantic overturning circulation at 24S. *J. Mar. Res.*, **69**, 38–55.

Burke, E., and S. Brown, 2008: Evaluating uncertainties in the projection of future drought. *J. Hydrometeorol.*, **9**, 292–299.

Burke, E. J., C. D. Jones, and C. D. Koven, 2012: Estimating the permafrost-carbon-climate response in the CMIP5 climate models using a simplified approach. *J. Clim.*, doi:10.1175/JCLI-D-12-00550.1.

Buser, C. M., H. R. Kunsch, D. Luthi, M. Wild, and C. Schär, 2009: Bayesian multi-model projection of climate: Bias assumptions and interannual variability. *Clim. Dyn.*, **33**, 849–868.

Butchart, N., and A. A. Scaife, 2001: Removal of chlorofluorocarbons by increased mass exchange between the stratosphere and troposphere in a changing climate. *Nature*, **410**, 799–802.

Butchart, N., et al., 2006: Simulations of anthropogenic change in the strength of the Brewer-Dobson circulation. *Clim. Dyn.*, **27**, 727–741.

Butchart, N., et al., 2010: Chemistry-climate model simulations of twenty-first century stratospheric climate and circulation changes. *J. Clim.*, **23**, 5349–5374.

Butler, A. H., D. W. J. Thompson, and R. Heikes, 2010: The steady-state atmospheric circulation response to climate change-like thermal forcings in a simple General Circulation Model. *J. Clim.*, **23**, 3474–3496.

Cabre, M. F., S. A. Solman, and M. N. Nunez, 2010: Creating regional climate change scenarios over southern South America for the 2020's and 2050's using the pattern scaling technique: Validity and limitations. *Clim. Change*, **98**, 449–469.

Caesar, J., and J. A. Lowe, 2012: Comparing the impacts of mitigation versus non-intervention scenarios on future temperature and precipitation extremes in the HadGEM2 climate model. *J. Geophys. Res.*, **117**, D15109.

Cagnazzo, C., E. Manzini, P. G. Fogli, M. Vichi, and P. Davini, 2013: Role of stratospheric dynamics in the ozone-carbon connection in the Southern Hemisphere. *Clim. Dyn.*, doi:10.1007/s00382-013-1745-5.

Cai, W., 2005: Dynamical amplification of polar warming. *Geophys. Res. Lett.*, **32**, L22710.

Caldeira, K., and J. F. Kasting, 1993: Insensitivity of global warming potentials to carbon-dioxide emission scenarios. *Nature*, **366**, 251–253.

Caldwell, P., and C. S. Bretherton, 2009: Response of a subtropical stratocumulus-capped mixed layer to climate and aerosol changes. *J. Clim.*, **22**, 20–38.

BLM_0074630

Calvo, N., and R. R. Garcia, 2009: Wave forcing of the tropical upwelling in the lower stratosphere under increasing concentrations of greenhouse gases. *J. Atmos. Sci.*, **66**, 3184–3196.

Calvo, N., R. R. Garcia, D. R. Marsh, M. J. Mills, D. E. Kinnison, and P. J. Young, 2012: Reconciling modeled and observed temperature trends over Antarctica. *Geophys. Res. Lett.*, **39**, L16803.

Cao, L., and K. Caldeira, 2010: Atmospheric carbon dioxide removal: Long-term consequences and commitment. *Environ. Res. Lett.*, **5**, 024011.

Cao, L., G. Bala, and K. Caldeira, 2012: Climate response to changes in atmospheric carbon dioxide and solar irradiance on the time scale of days to weeks. *Environ. Res. Lett.*, **7**, 034015.

Capotondi, A., M. Alexander, N. Bond, E. Curchitser, and J. Scott, 2012: Enhanced upper ocean stratification with climate change in the CMIP3 models. *J. Geophys. Res.*, **117**, C04031.

Cariolle, D., and H. Teyssedre, 2007: A revised linear ozone photochemistry parameterization for use in transport and general circulation models: Multi-annual simulations. *Atmos. Chem. Phys.*, **7**, 2183–2196.

Carslaw, K., O. Boucher, D. Spracklen, G. Mann, J. Rae, S. Woodward, and M. Kulmala, 2010: A review of natural aerosol interactions and feedbacks within the Earth system. *Atmos. Chem. Phys.*, **10**, 1701–1737.

Catto, J. L., L. C. Shaffrey, and K. I. Hodges, 2011: Northern Hemisphere extratropical cyclones in a warming climate in the HiGEM high-resolution climate model. *J. Clim.*, **24**, 5336–5352.

CCSP, 2008a: *Weather and Climate Extremes in a Changing Climate: A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*. Department of Commerce, NOAA's National Climatic Data Center, College Park, MD, 164 pp.

CCSP, 2008b: *Abrupt Climate Change. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*. U.S. Geological Survey, Washington, DC, 459 pp.

Cess, R., et al., 1990: Intercomparison and interpretation of climate feedback processes in 19 atmospheric general-circulation models. *J. Geophys. Res.*, **95**, 16601–16615.

Chadwick, R., I. Boutle, and G. Martin, 2012: Spatial patterns of precipitation change in CMIP5: Why the rich don't get richer in the Tropics. *J. Clim.*, doi:10.1175/JCLI-D-12-00543.1.

Chadwick, R., P. Wu, P. Good, and T. Andrews, 2013: Asymmetries in tropical rainfall and circulation patterns in idealised CO₂ removal experiments. *Clim. Dyn.*, **40**, 295–316.

Chang, E. K. M., Y. Guo, and X. Xia, 2012a: CMIP5 multimodel ensemble projection of storm track change under global warming. *J. Geophys. Res.*, **117**, D23118.

Chang, E. K. M., Y. Guo, X. Xia, and M. Zheng, 2012b: Storm track activity in IPCC AR4/CMIP3 model simulations. *J. Clim.*, **26**, 246–260.

Chapin, F., et al., 2005: Role of land-surface changes in Arctic summer warming. *Science*, **310**, 657–660.

Charbit, S., D. Paillard, and G. Ramstein, 2008: Amount of CO₂ emissions irreversibly leading to the total melting of Greenland. *Geophys. Res. Lett.*, **35**, L12503.

Charney, J. G., 1979: *Carbon Dioxide and Climate: A Scientific Assessment*. National Academies of Science Press, Washington, DC, 22 pp.

Chen, C. T., and T. Knutson, 2008: On the verification and comparison of extreme rainfall indices from climate models. *J. Clim.*, **21**, 1605–1621.

Chen, G., J. Lu, and D. M. W. Frierson, 2008: Phase speed spectra and the latitude of surface westerlies: Interannual variability and global warming trend. *J. Clim.*, **21**, 5942–5959.

Cherchi, A., A. Alessandri, S. Masina, and A. Navarra, 2010: Effect of increasing CO₂ levels on monsoons. *Clim. Dyn.*, **37**, 83–101.

Choi, D. H., J. S. Kug, W. T. Kwon, F. F. Jin, H. J. Baek, and S. K. Min, 2010: Arctic Oscillation responses to greenhouse warming and role of synoptic eddy feedback. *J. Geophys. Res. Atmos.*, **115**, D17103.

Chou, C., and J. D. Neelin, 2004: Mechanisms of global warming impacts on regional tropical precipitation. *J. Clim.*, **17**, 2688–2701.

Chou, C., and C. Chen, 2010: Depth of convection and the weakening of tropical circulation in global warming. *J. Clim.*, **23**, 3019–3030.

Chou, C., and C.-W. Lan, 2012: Changes in the annual range of precipitation under global warming. *J. Clim.*, **25**, 222–235.

Chou, C., J. D. Neelin, J. Y. Tu, and C. T. Chen, 2006: Regional tropical precipitation change mechanisms in ECHAM4/OPYC3 under global warming. *J. Clim.*, **19**, 4207–4223.

Chou, C., J. D. Neelin, C. A. Chen, and J. Y. Tu, 2009: Evaluating the "Rich-Get-Richer" mechanism in tropical precipitation change under global warming. *J. Clim.*, **22**, 1982–2005.

Chou, C., C. Chen, P.-H. Tan, and K.-T. Chen, 2012: Mechanisms of global warming impacts on precipitation frequency and intensity. *J. Clim.*, **25**, 3291–3306.

Chou, C., J. C. H. Chiang, C.-W. Lan, C.-H. Chung, Y.-C. Liao, and C.-J. Lee, 2013: Increase in the range between wet and dry season precipitation. *Nature Geosci.*, **6**, 263–267.

Christensen, J. H., F. Boberg, O. B. Christensen, and P. Lucas-Picher, 2008: On the need for bias correction of regional climate change projections of temperature and precipitation. *Geophys. Res. Lett.*, **35**, L20709.

Christensen, J. H., et al., 2007: Regional climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 847–940.

Christensen, N., and D. Lettenmaier, 2007: A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrol. Earth Syst. Sci.*, **11**, 1417–1434.

Cionni, I., et al., 2011: Ozone database in support of CMIP5 simulations: Results and corresponding radiative forcing. *Atmos. Chem. Phys.*, **11**, 11267–11292.

Clark, R. T., S. J. Brown, and J. M. Murphy, 2006: Modeling Northern Hemisphere summer heat extremes and their uncertainties using a physics ensemble of climate sensitivity experiments. *J. Clim.*, **19**, 4418–4435.

Clark, R. T., J. M. Murphy, and S. J. Brown, 2010: Do global warming targets limit heatwave risk? *Geophys. Res. Lett.*, **37**, L17703.

Claussen, M., V. Brovkin, A. Ganopolski, C. Kubatzki, and V. Petoukhov, 2003: Climate change in northern Africa: The past is not the future. *Clim. Change*, **57**, 99–118.

Colle, B. A., Z. Zhang, K. A. Lombardo, E. Chang, P. Liu, and M. Zhang, 2013: Historical evaluation and future prediction of eastern North America and western Atlantic extratropical cyclones in the CMIP5 models during the cool season. *J. Clim.*, doi:0.1175/JCLI-D-12-00498.1.

Collier, J., and G. Zhang, 2009: Aerosol direct forcing of the summer Indian monsoon as simulated by the NCAR CAM3. *Clim. Dyn.*, **32**, 313–332.

Collins, M., C. M. Brierley, M. MacVean, B. B. B. Booth, and G. R. Harris, 2007: The sensitivity of the rate of transient climate change to ocean physics perturbations. *J. Clim.*, **20**, 2315–2320.

Collins, M., B. B. B. Booth, G. Harris, J. M. Murphy, D. M. H. Sexton, and M. J. Webb, 2006a: Towards quantifying uncertainty in transient climate change. *Clim. Dyn.*, **27**, 127–147.

Collins, M., R. E. Chandler, P. M. Cox, J. M. Huthnance, J. Rougier, and D. B. Stephenson, 2012: Quantifying future climate change. *Nature Clim. Change*, **2**, 403–409.

Collins, M., B. Booth, B. Bhaskaran, G. Harris, J. Murphy, D. Sexton, and M. Webb, 2011: Climate model errors, feedbacks and forcings: A comparison of perturbed physics and multi-model ensembles. *Clim. Dyn.*, **36**, 1737–1766.

Collins, M., et al., 2010: The impact of global warming on the tropical Pacific ocean and El Nino. *Nature Geosci.*, **3**, 391–397.

Collins, W. D., et al., 2006b: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). *J. Geophys. Res.*, **111**, D14317.

Colman, R., and B. McAvaney, 2009: Climate feedbacks under a very broad range of forcing. *Geophys. Res. Lett.*, **36**, L01702.

Colman, R., and S. Power, 2010: Atmospheric radiative feedbacks associated with transient climate change and climate variability. *Clim. Dyn.*, **34**, 919–933.

Comiso, J. C., and F. Nishio, 2008: Trends in the sea ice cover using enhanced and compatible AMSR-E, SSM/I, and SMMR data. *J. Geophys. Res.*, **113**, C02S07.

Cook, K., and E. Vizy, 2008: Effects of twenty-first-century climate change on the Amazon rain forest. *J. Clim.*, **21**, 542–560.

Costa, M., and G. Pires, 2010: Effects of Amazon and Central Brazil deforestation scenarios on the duration of the dry season in the arc of deforestation. *Int. J. Climatol.*, **30**, 1970–1979.

Crook, J. A., P. M. Forster, and N. Stuber, 2011: Spatial patterns of modeled climate feedback and contributions to temperature response and polar amplification. *J. Clim.*, **24**, 3575–3592.

Crucifix, M., 2006: Does the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **33**, L18701.

BLM_0074631

Cruz, F. T., A. J. Pitman, J. L. McGregor, and J. P. Evans, 2010: Contrasting regional responses to increasing leaf-level atmospheric carbon dioxide over Australia. *J. Hydrometeorol.*, **11**, 296–314.

Dai, A., 2011: Drought under global warming: A review. *WIREs Clim. Change*, **2**, 45–65.

Dai, A., 2013: Increasing drought under global warming in observations and models. *Nature Clim. Change*, **3**, 52–58.

Dakos, V., M. Scheffer, E. H. van Nes, V. Brovkin, V. Petoukhov, and H. Held, 2008: Slowing down as an early warning signal for abrupt climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 14308–14312.

Danabasoglu, G., and P. Gent, 2009: Equilibrium climate sensitivity: Is it accurate to use a slab ocean model? *J. Clim.*, **22**, 2494–2499.

Davin, E. L., N. de Noblet-Ducoudre, and P. Friedlingstein, 2007: Impact of land cover change on surface climate: Relevance of the radiative forcing concept. *Geophys. Res. Lett.*, **34**, L13702.

Davis, S., K. Caldeira, and H. Matthews, 2010: Future $CO_2$ emissions and climate change from existing energy infrastructure. *Science*, **329**, 1330–1333.

Davis, S. M., and K. H. Rosenlof, 2012: A multidiagnostic intercomparison of tropical-width time series using reanalyses and satellite observations. *J. Clim.*, **25**, 1061–1078.

De Angelis, H., and P. Skvarca, 2003: Glacier surge after ice shelf collapse. *Science*, **299**, 1560–1562.

de Vries, H., R. J. Haarsma, and W. Hazeleger, 2012: Western European cold spells in current and future climate. *Geophys. Res. Lett.*, **39**, L04706.

de Vries, P., and S. Weber, 2005: The Atlantic freshwater budget as a diagnostic for the existence of a stable shut down of the meridional overturning circulation. *Geophys. Res. Lett.*, **32**, L09606.

Del Genio, A. D., M.-S. Yao, and J. Jonas, 2007: Will moist convection be stronger in a warmer climate? *Geophys. Res. Lett.*, **34**, L16703.

Delisle, G., 2007: Near-surface permafrost degradation: How severe during the 21st century? *Geophys. Res. Lett.*, **34**, L09503.

Delworth, T. L., et al., 2008: The potential for abrupt change in the Atlantic meridional overturning circulation. In: *Abrupt Climate Change: A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*, U.S. Geological Survey, Washington, DC, pp. 258–359.

deMenocal, P., J. Ortiz, T. Guilderson, J. Adkins, M. Sarnthein, L. Baker, and M. Yarusinsky, 2000: Abrupt onset and termination of the African Humid Period: Rapid climate responses to gradual insolation forcing. *Quaternary Science Reviews*, **19**, 347–361.

Deser, C., A. Phillips, V. Bourdette, and H. Teng, 2012a: Uncertainty in climate change projections: The role of internal variability. *Clim. Dyn.*, **38**, 527–546.

Deser, C., R. Knutti, S. Solomon, and A. S. Phillips, 2012b: Communication of the role of natural variability in future North American climate. *Nature Clim. Change*, **2**, 775–779.

Dessai, S., X. F. Lu, and M. Hulme, 2005: Limited sensitivity analysis of regional climate change probabilities for the 21st century. *J. Geophys. Res. Atmos.*, **110**, D19108.

Diffenbaugh, N., and M. Ashfaq, 2010: Intensification of hot extremes in the United States. *Geophys. Res. Lett.*, **37**, L15701.

Diffenbaugh, N. S., J. S. Pal, F. Giorgi, and X. J. Gao, 2007: Heat stress intensification in the Mediterranean climate change hotspot. *Geophys. Res. Lett.*, **34**, L11706.

Dijkstra, H., 2007: Characterization of the multiple equilibria regime in a global ocean model. *Tellus A*, **59**, 695–705.

DiNezio, P. N., A. C. Clement, G. A. Vecchi, B. J. Soden, and B. P. Kirtman, 2009: Climate response of the equatorial Pacific to global warming. *J. Clim.*, **22**, 4873–4892.

Dirmeyer, P. A., Y. Jin, B. Singh, and X. Yan, 2013: Evolving land-atmosphere interactions over North America from CMIP5 simulations. *J. Clim.*, doi:10.1175/JCLI-D-12-00454.1.

Dix, M., et al., 2013: The ACCESS Coupled Model: Documentation of core CMIP5 simulations and initial results. *Aust. Meteorol. Oceanogr. J.*, **63**, 83-199.

Dole, R., et al., 2011: Was there a basis for anticipating the 2010 Russian heat wave? *Geophys. Res. Lett.*, **38**, L06702.

Dolman, A., G. van der Werf, M. van der Molen, G. Ganssen, J. Erisman, and B. Strengers, 2010: A carbon cycle science update since IPCC AR-4. *Ambio*, **39**, 402–412.

Donat, M. G., et al., 2013: Updated analyses of temperature and precipitation extreme indices since the beginning of the twentieth century: The HadEX2 dataset. *J. Geophys. Res.*, **118**, 2098–2118.

Dong, B. W., J. M. Gregory, and R. T. Sutton, 2009: Understanding land-sea warming contrast in response to increasing greenhouse gases. Part I: Transient adjustment. *J. Clim.*, **22**, 3079–3097.

Dorrepaal, E., S. Toet, R. van Logtestijn, E. Swart, M. van de Weg, T. Callaghan, and R. Aerts, 2009: Carbon respiration from subsurface peat accelerated by climate warming in the subarctic. *Nature*, **460**, 616–619.

Döscher, R., and T. Koenigk, 2013: Arctic rapid sea ice loss events in regional coupled climate scenario experiments. *Ocean Sci.*, **9**, 217–248.

Doutriaux-Boucher, M., M. J. Webb, J. M. Gregory, and O. Boucher, 2009: Carbon dioxide induced stomatal closure increases radiative forcing via a rapid reduction in low cloud. *Geophys. Res. Lett.*, **36**, L02703.

Douville, H., J. F. Royer, J. Polcher, P. Cox, N. Gedney, D. B. Stephenson, and P. J. Valdes, 2000: Impact of $CO_2$ doubling on the Asian summer monsoon: Robust versus model-dependent responses. *J. Meteorol. Soc. Jpn.*, **78**, 421–439.

Dowdy, A. J., G. A. Mills, B. Timbal, and Y. Wang, 2013: Changes in the risk of extratropical cyclones in Eastern Australia. *J. Clim.*, **26**, 1403–1417.

Downes, S., A. Budnick, J. Sarmiento, and R. Farneti, 2011: Impacts of wind stress on the Antarctic Circumpolar Current fronts and associated subduction. *Geophys. Res. Lett.*, **38**, L11605.

Downes, S. M., and A. M. Hogg, 2013: Southern Ocean circulation and eddy compensation in CMIP5 models. *J. Clim.*, doi:10.1175/JCLI-D-12-00504.1.

Downes, S. M., N. L. Bindoff, and S. R. Rintoul, 2010: Changes in the subduction of Southern Ocean water masses at the end of the twenty-first century in eight IPCC models. *J. Clim.*, **23**, 6526–6541.

Driesschaert, E., et al., 2007: Modeling the influence of Greenland ice sheet melting on the Atlantic meridional overturning circulation during the next millennia. *Geophys. Res. Lett.*, **34**, L10707.

Drijfhout, S., G. J. van Oldenborgh, and A. Cimatoribus, 2012: Is a decline of AMOC causing the warming hole above the North Atlantic in observed and modeled warming patterns? *J. Clim.*, **25**, 8373–8379.

Drijfhout, S. S., S. Weber, and E. van der Swaluw, 2010: The stability of the MOC as diagnosed from the model projections for the pre-industrial, present and future climate. *Clim. Dyn.*, **37**, 1575–1586.

Dufresne, J.-L., et al., 2013: Climate change projections using the IPSL-CM5 Earth system model: From CMIP5 to CMIP5. *Clim. Dyn.*, **40**, 2123–2165.

Dufresne, J., J. Quaas, O. Boucher, S. Denvil, and L. Fairhead, 2005: Contrasts in the effects on climate of anthropogenic sulfate aerosols between the 20th and the 21st century. *Geophys. Res. Lett.*, **32**, L21703.

Dufresne, J. L., and S. Bony, 2008: An assessment of the primary sources of spread of global warming estimates from coupled atmosphere-ocean models. *J. Clim.*, **21**, 5135–5144.

Dulamsuren, C., M. Hauck, and M. Muhlenberg, 2008: Insect and small mammal herbivores limit tree establishment in northern Mongolian steppe. *Plant Ecol.*, **195**, 143–156.

Dulamsuren, C., M. Hauck, and C. Leuschner, 2010: Recent drought stress leads to growth reductions in *Larix sibirica* in the western Khentey, Mongolia. *Global Change Biol.*, **16**, 3024–3035.

Dulamsuren, C., et al., 2009: Water relations and photosynthetic performance in *Larix sibirica* growing in the forest-steppe ecotone of northern Mongolia. *Tree Physiol.*, **29**, 99–110.

Dunne, J. P., R. J. Stouffer, and J. G. John, 2013: Reductions in labour capacity from heat stress under climate warming. *Nature Clim. Change*, doi:10.1038/nclimate1827.

Durack, P., and S. Wijffels, 2010: Fifty-year trends in global ocean salinities and their relationship to broad-scale warming. *J. Clim.*, **23**, 4342–4362.

Durack, P. J., S. E. Wijffels, and R. J. Matear, 2012: Ocean salinities reveal strong global water cycle intensification during 1950 to 2000. *Science*, **336**, 455–458.

Eby, M., K. Zickfeld, A. Montenegro, D. Archer, K. Meissner, and A. Weaver, 2009: Lifetime of anthropogenic climate change: Millennial time scales of potential $CO_2$ and surface temperature perturbations. *J. Clim.*, **22**, 2501–2511.

Edwards, T., M. Crucifix, and S. Harrison, 2007: Using the past to constrain the future: How the palaeorecord can improve estimates of global warming. *Prog. Phys. Geogr.*, **31**, 481–500.

Eglin, T., et al., 2010: Historical and future perspectives of global soil carbon response to climate and land-use changes. *Tellus B*, **62**, 700–718.

Eisenman, I., 2012: Factors controlling the bifurcation structure of sea ice retreat. *J. Geophys. Res.*, **117**, D01111.

Eisenman, I., and J. Wettlaufer, 2009: Nonlinear threshold behavior during the loss of Arctic sea ice. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 28–32.

**12**

BLM_0074632

Eisenman, I., T. Schneider, D. S. Battisti, and C. M. Bitz, 2011: Consistent changes in the sea ice seasonal cycle in response to global warming. *J. Clim.*, **24**, 5325–5335.

Eliseev, A., P. Demchenko, M. Arzhanov, and I. Mokhov, 2013: Transient hysteresis of near-surface permafrost response to external forcing. *Clim. Dyn.*, doi:10.1007/s00382–013–1672–5.

Emori, S., and S. Brown, 2005: Dynamic and thermodynamic changes in mean and extreme precipitation under changed climate. *Geophys. Res. Lett.*, **32**, L17706.

Eyring, V., et al., 2005: A strategy for process-oriented validation of coupled chemistry-climate models. *Bull. Am. Meteorol. Soc.*, **86**, 1117–1133.

Eyring, V., et al., 2013: Long-term ozone changes and associated climate impacts in CMIP5 simulations. *J. Geophys. Res.*, doi:10.1002/jgrd.50316.

Falloon, P. D., R. Dankers, R. A. Betts, C. D. Jones, B. B. B. Booth, and F. H. Lambert, 2012: Role of vegetation change in future climate under the A1B scenario and a climate stabilisation scenario, using the HadCM3C Earth system model. *Biogeosciences*, **9**, 4739–4756.

Farneti, R., and P. Gent, 2011: The effects of the eddy-induced advection coefficient in a coarse-resolution coupled climate model. *Ocean Model.*, **39**, 135–145.

Farneti, R., T. Delworth, A. Rosati, S. Griffies, and F. Zeng, 2010: The role of mesoscale eddies in the rectification of the Southern Ocean response to climate change. *J. Phys. Oceanogr.*, **40**, 1539–1557.

Fasullo, J. T., 2010: Robust land-ocean contrasts in energy and water cycle feedbacks. *J. Clim.*, **23**, 4677–4693.

Favre, A., and A. Gershunov, 2009: North Pacific cyclonic and anticyclonic transients in a global warming context: Possible consequences for Western North American daily precipitation and temperature extremes. *Clim. Dyn.*, **32**, 969–987.

Finnis, J., M. M. Holland, M. C. Serreze, and J. J. Cassano, 2007: Response of Northern Hemisphere extratropical cyclone activity and associated precipitation to climate change, as represented by the Community Climate System Model. *J. Geophys. Res.*, **112**, G04S42.

Fischer, E. M., and C. Schär, 2009: Future changes in daily summer temperature variability: Driving processes and role for temperature extremes. *Clim. Dyn.*, **33**, 917–935.

Fischer, E. M., and C. Schär, 2010: Consistent geographical patterns of changes in high-impact European heatwaves. *Nature Geosci.*, **3**, 398–403.

Fischer, E. M., and R. Knutti, 2013: Robust projections of combined humidity and temperature extremes. *Nature Clim. Change*, **3**, 126–130.

Fischer, E. M., D. M. Lawrence, and B. M. Sanderson, 2011: Quantifying uncertainties in projections of extremes—A perturbed land surface parameter experiment. *Clim. Dyn.*, **37**, 1381–1398.

Fischer, E. M., J. Rajczak, and C. Schär, 2012a: Changes in European summer temperature variability revisited. *Geophys. Res. Lett.*, **39**, L19702.

Fischer, E. M., K. W. Oleson, and D. M. Lawrence, 2012b: Contrasting urban and rural heat stress responses to climate change. *Geophys. Res. Lett.*, **39**, L03705.

Flannery, B. P., 1984: Energy-balance models incorporating transport of thermal and latent energy. *J. Atmos. Sci.*, **41**, 414–421.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2006: Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.*, **33**, L01705.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century climate. *Tellus A*, **60**, 911–920.

Forster, P., and K. Taylor, 2006: Climate forcings and climate sensitivities diagnosed from coupled climate model integrations. *J. Clim.*, **19**, 6181–6194.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res.*, **118**, 1139–1150.

Fowler, H., M. Ekstrom, S. Blenkinsop, and A. Smith, 2007a: Estimating change in extreme European precipitation using a multimodel ensemble. *J. Geophys. Res.*, **112**, D18104.

Fowler, H. J., S. Blenkinsop, and C. Tebaldi, 2007b: Linking climate change modelling to impacts studies: Recent advances in downscaling techniques for hydrological modelling. *Int. J. Climatol.*, **27**, 1547–1578.

Frame, D., B. Booth, J. Kettleborough, D. Stainforth, J. Gregory, M. Collins, and M. Allen, 2005: Constraining climate forecasts: The role of prior assumptions. *Geophys. Res. Lett.*, **32**, L09702.

Frederiksen, C. S., J. S. Frederiksen, J. M. Sisson, and S. L. Osbrough, 2011: Australian winter circulation and rainfall changes and projections. *Int. J. Clim. Change Strat. Manage.*, **3**, 170–188.

Friedlingstein, P., and S. Solomon, 2005: Contributions of past and present human generations to committed warming caused by carbon dioxide. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 10832–10836.

Friedlingstein, P., S. Solomon, G. Plattner, R. Knutti, P. Ciais, and M. Raupach, 2011: Long-term climate implications of twenty-first century options for carbon dioxide emission mitigation. *Nature Clim. Change*, **1**, 457–461.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the $C^4MIP$ model intercomparison. *J. Clim.*, **19**, 3337–3353.

Frieler, K., M. Meinshausen, M. Mengel, N. Braun, and W. Hare, 2012: A scaling approach to probabilistic assessment of regional climate. *J. Clim.*, **25**, 3117–3144.

Frierson, D., J. Lu, and G. Chen, 2007: Width of the Hadley cell in simple and comprehensive general circulation models. *Geophys. Res. Lett.*, **34**, L18804.

Frölicher, T., and F. Joos, 2010: Reversible and irreversible impacts of greenhouse gas emissions in multi-century projections with the NCAR global coupled carbon cycle-climate model. *Clim. Dyn.*, **35**, 1439–1459.

Fu, Q., C. M. Johanson, J. M. Wallace, and T. Reichler, 2006: Enhanced mid-latitude tropospheric warming in satellite measurements. *Science*, **312**, 1179–1179.

Fyfe, J., O. Saenko, K. Zickfeld, M. Eby, and A. Weaver, 2007: The role of poleward-intensifying winds on Southern Ocean warming. *J. Clim.*, **20**, 5391–5400.

Fyke, J., and A. Weaver, 2006: The effect of potential future climate change on the marine methane hydrate stability zone. *J. Clim.*, **19**, 5903–5917.

Garcia, R. R., and W. J. Randel, 2008: Acceleration of the Brewer-Dobson circulation due to increases in greenhouse gases. *J. Atmos. Sci.*, **65**, 2731–2739.

Gastineau, G., and B. J. Soden, 2009: Model projected changes of extreme wind events in response to global warming. *Geophys. Res. Lett.*, **36**, L10810.

Gastineau, G., H. Le Treut, and L. Li, 2008: Hadley circulation changes under global warming conditions indicated by coupled climate models. *Tellus A*, **60**, 863–884.

Gastineau, G., L. Li, and H. Le Treut, 2009: The Hadley and Walker circulation changes in global warming conditions described by idealized atmospheric simulations. *J. Clim.*, **22**, 3993–4013.

Gent, P. R., et al., 2011: The Community Climate System Model Version 4. *J. Clim.*, **24**, 4973–4991.

Georgescu, M., D. Lobell, and C. Field, 2011: Direct climate effects of perennial bioenergy crops in the United States. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 4307–4312.

Gerber, E. P., et al., 2012: Assessing and understanding the impact of stratospheric dynamics and variability on the Earth system. *Bull. Am. Meteorol. Soc.*, **93**, 845–859.

Gillett, N., M. Wehner, S. Tett, and A. Weaver, 2004: Testing the linearity of the response to combined greenhouse gas and sulfate aerosol forcing. *Geophys. Res. Lett.*, **31**, L14201.

Gillett, N. P., and P. A. Stott, 2009: Attribution of anthropogenic influence on seasonal sea level pressure. *Geophys. Res. Lett.*, **36**, L23709.

Gillett, N. P., V. K. Arora, D. Matthews, and M. R. Allen, 2013: Constraining the ratio of global warming to cumulative $CO_2$ emissions using CMIP5 simulations. *J. Clim.*, doi:10.1175/JCLI-D-12-00476.1.

Gillett, N. P., V. K. Arora, K. Zickfeld, S. J. Marshall, and A. J. Merryfield, 2011: Ongoing climate change following a complete cessation of carbon dioxide emissions. *Nature Geosci.*, **4**, 83–87.

Giorgi, F., 2008: A simple equation for regional climate change and associated uncertainty. *J. Clim.*, **21**, 1589–1604.

Gleckler, P. J., K. AchutaRao, J. M. Gregory, B. D. Santer, K. E. Taylor, and T. M. L. Wigley, 2006: Krakatoa lives: The effect of volcanic eruptions on ocean heat content and thermal expansion. *Geophys. Res. Lett.*, **33**, L17702.

Goelzer, H., P. Huybrechts, M. Loutre, H. Goosse, T. Fichefet, and A. Mouchet, 2011: Impact of Greenland and Antarctic ice sheet interactions on climate sensitivity. *Clim. Dyn.*, **37**, 1005–1018.

Good, P., J. M. Gregory, and J. A. Lowe, 2011a: A step-response simple climate model to reconstruct and interpret AOGCM projections. *Geophys. Res. Lett.*, **38**, L01703.

Good, P., J. M. Gregory, J. A. Lowe, and T. Andrews, 2013: Abrupt $CO_2$ experiments as tools for predicting and understanding CMIP5 representative concentration pathway projections. *Clim. Dyn.*, **40**, 1041–1053.

Good, P., C. Jones, J. Lowe, R. Betts, B. Booth, and C. Huntingford, 2011b: Quantifying environmental drivers of future tropical forest extent. *J. Clim.*, **24**, 1337–1349.

Good, P., et al., 2012: A step-response approach for predicting and understanding non-linear precipitation changes. *Clim. Dyn.*, **39**, 2789–2803.

BLM_0074633

Good, P., et al., 2011c: A review of recent developments in climate change science. Part I: Understanding of future change in the large-scale climate system. *Prog. Phys. Geogr.*, **35**, 281–296.

Goodwin, P., R. Williams, A. Ridgwell, and M. Follows, 2009: Climate sensitivity to the carbon cycle modulated by past and future changes in ocean chemistry. *Nature Geosci.*, **2**, 145–150.

Goosse, H., O. Arzel, C. Bitz, A. de Montety, and M. Vancoppenolle, 2009: Increased variability of the Arctic summer ice extent in a warmer climate. *Geophys. Res. Lett.*, **36**, L23702.

Goubanova, K., and L. Li, 2007: Extremes in temperature and precipitation around the Mediterranean basin in an ensemble of future climate simulations. *Global Planet. Change*, **57**, 27–42.

Gouttevin, I., G. Krinner, P. Ciais, J. Polcher, and C. Legout, 2012: Multi-scale validation of a new soil freezing scheme for a land-surface model with physically-based hydrology. *Cryosphere*, **6**, 407–430.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Grant, A., S. Brönnimann, and L. Haimberger, 2008: Recent Arctic warming vertical structure contested. *Nature*, **455**, E2–E3.

Graversen, R., and M. Wang, 2009: Polar amplification in a coupled climate model with locked albedo. *Clim. Dyn.*, **33**, 629–643.

Graversen, R., T. Mauritsen, M. Tjernstrom, E. Kallen, and G. Svensson, 2008: Vertical structure of recent Arctic warming. *Nature*, **541**, 53–56.

Gregory, J., and M. Webb, 2008: Tropospheric adjustment induces a cloud component in $CO_2$ forcing. *J. Clim.*, **21**, 58–71.

Gregory, J., and P. Forster, 2008: Transient climate response estimated from radiative forcing and observed temperature change. *J. Geophys. Res.*, **113**, D23105.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Gregory, J. M., and J. F. B. Mitchell, 1995: Simulation of daily variability of surface-temperature and precipitation over Europe in the current and $2xCO_2$ climates using the UKMO climate model. *Q. J. R. Meteorol. Soc.*, **121**, 1451–1476.

Gregory, J. M., and R. Tailleux, 2011: Kinetic energy analysis of the response of the Atlantic meridional overturning circulation to $CO_2$-forced climate change. *Clim. Dyn.*, **37**, 893–914.

Gregory, J. M., C. D. Jones, P. Cadule, and P. Friedlingstein, 2009: Quantifying carbon cycle feedbacks. *J. Clim.*, **22**, 5232–5250.

Gregory, J. M., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205.

Gregory, J. M., et al., 2005: A model intercomparison of changes in the Atlantic thermohaline circulation in response to increasing atmospheric $CO_2$ concentration. *Geophys. Res. Lett.*, **32**, L12703.

Grubb, M., 1997: Technologies, energy systems and the timing of $CO_2$ emissions abatement—An overview of economic issues. *Energy Policy*, **25**, 159–172.

Gumpenberger, M., et al., 2010: Predicting pan-tropical climate change induced forest stock gains and losses-implications for REDD. *Environ. Res. Lett.*, **5**, 014013.

Gutowski, W., K. Kozak, R. Arritt, J. Christensen, J. Patton, and E. Takle, 2007: A possible constraint on regional precipitation intensity changes under global warming. *J. Hydrometeorol.*, **8**, 1382–1396.

Haarsma, R. J., F. Selten, and G. J. van Oldenborgh, 2013: Anthropogenic changes of the thermal and zonal flow structure over Western Europe and Eastern North Atlantic in CMIP3 and CMIP5 models. *Clim. Dyn.*, doi:10.1007/s00382–013–1734-8.

Haarsma, R. J., F. Selten, B. V. Hurk, W. Hazeleger, and X. L. Wang, 2009: Drier Mediterranean soils due to greenhouse warming bring easterly winds over summertime central Europe. *Geophys. Res. Lett.*, **36**, L04705.

Hajima, T., T. Ise, K. Tachiiri, E. Kato, S. Watanabe, and M. Kawamiya, 2012: Climate change, allowable emission, and Earth system response to representative concentration pathway scenarios. *J. Meteorol. Soc. Jpn.*, **90**, 417–433.

Hall, A., 2004: The role of surface albedo feedback in climate. *J. Clim.*, **17**, 1550–1568.

Hall, A., X. Qu, and J. Neelin, 2008: Improving predictions of summer climate change in the United States. *Geophys. Res. Lett.*, **35**, L01702.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

Hansen, J., G. Russell, A. Lacis, I. Fung, D. Rind, and P. Stone, 1985: Climate response-times—Dependence on climate sensitivity and ocean mixing. *Science*, **229**, 857–859.

Hansen, J., M. Sato, P. Kharecha, G. Russell, D. Lea, and M. Siddall, 2007: Climate change and trace gases. *Philos. Trans. R. Soc. A*, **365**, 1925–1954.

Hansen, J., et al., 1984: Climate sensitivity: Analysis of feedback mechanisms. In: *Climate Processes and Climate Sensitivity* [J. Hansen and T. Takahashi (eds.)]. American Geophysical Union, Washington, DC, pp. 130–163.

Hansen, J., et al., 1988: Global climate changes as forecast by Goddard Institute for Space Studies 3-dimensional model. *J. Geophys. Res. Atmos.*, **93**, 9341–9364.

Hansen, J., et al., 2005a: Target atmospheric $CO_2$: Where should humanity aim? *Open Atmos. Sci. J.*, **2**, 217–231.

Hansen, J., et al., 2005a: Earth's energy imbalance: Confirmation and implications. *Science*, **308**, 1431–1435.

Hansen, J., et al., 2005b: Efficacy of climate forcings. *J. Geophys. Res.*, **110**, D18104.

Hardiman, S., N. Butchart, T. Hinton, S. Osprey, and L. Gray, 2012: The effect of a well resolved stratosphere on surface climate: Differences between CMIP5 simulations with high and low top versions of the Met Office climate model. *J. Clim.*, **35**, 7083–7099.

Hare, B., and M. Meinshausen, 2006: How much warming are we committed to and how much can be avoided? *Clim. Change*, **75**, 111–149.

Hargreaves, J. C., A. Abe-Ouchi, and J. D. Annan, 2007: Linking glacial and future climates through an ensemble of GCM simulations. *Clim. Past*, **3**, 77–87.

Hargreaves, J. C., J. D. Annan, M. Yoshimori, and A. Abe-Ouchi, 2012: Can the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **39**, L24702.

Harris, G. R., M. Collins, D. M. H. Sexton, J. M. Murphy, and B. B. B. Booth, 2010: Probabilistic projections for 21st century European climate. *Nat. Hazards Earth Syst. Sci.*, **10**, 2009–2020.

Harris, G. R., D. M. H. Sexton, B. B. B. Booth, M. Collins, J. M. Murphy, and M. J. Webb, 2006: Frequency distributions of transient regional climate change from perturbed physics ensembles of general circulation model simulations. *Clim. Dyn.*, **27**, 357–375.

Hartmann, D. L., and K. Larson, 2002: An important constraint on tropical cloud-climate feedback. *Geophys. Res. Lett.*, **29**, 1951.

Harvey, B. J., L. C. Shaffrey, T. J. Woollings, G. Zappa, and K. I. Hodges, 2012: How large are projected 21st century storm track changes? *Geophys. Res. Lett.*, **39**, L18707.

Haugen, J., and T. Iversen, 2008: Response in extremes of daily precipitation and wind from a downscaled multi-model ensemble of anthropogenic global climate change scenarios. *Tellus A*, **60**, 411–426.

Hawkins, E., and R. Sutton, 2009: The potential to narrow uncertainty in regional climate predictions. *Bull. Am. Meteorol. Soc.*, **90**, 1095–1107.

Hawkins, E., and R. Sutton, 2011: The potential to narrow uncertainty in projections of regional precipitation change. *Clim. Dyn.*, **37**, 407–418.

Hawkins, E., R. Smith, L. Allison, J. Gregory, T. Woollings, H. Pohlmann, and B. de Cuevas, 2011: Bistability of the Atlantic overturning circulation in a global climate model and links to ocean freshwater transport. *Geophys. Res. Lett.*, **38**, L16699.

Hazeleger, W., et al., 2013: Multiyear climate predictions using two initialisation strategies. *Geophys. Res. Lett.*, doi:10.1002/grl.50355.

Hegerl, G., T. Crowley, W. Hyde, and D. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, **440**, 1029–1032.

Hegerl, G. C., F. W. Zwiers, P. A. Stott, and V. V. Kharin, 2004: Detectability of anthropogenic changes in annual temperature and precipitation extremes. *J. Clim.*, **17**, 3683–3700.

Held, I., and B. Soden, 2006: Robust responses of the hydrological cycle to global warming. *J. Clim.*, **19**, 5686–5699.

Held, I. M., M. Winton, K. Takahashi, T. Delworth, F. R. Zeng, and G. K. Vallis, 2010: Probing the fast and slow components of global warming by returning abruptly to preindustrial forcing. *J. Clim.*, **23**, 2418–2427.

Hellmer, H. H., F. Kauker, R. Timmermann, J. Determann, and J. Rae, 2012: Twenty-first-century warming of a large Antarctic ice-shelf cavity by a redirected coastal current. *Nature*, **484**, 225–228.

Henderson-Sellers, A., P. Irannejad, and K. McGuffie, 2008: Future desertification and climate change: The need for land-surface system evaluation improvement. *Global and Planetary Change*, **64**, 129–138.

Hibbard, K. A., G. A. Meehl, P. A. Cox, and P. Friedlingstein, 2007: A strategy for climate change stabilization experiments. *EOS Transactions AGU*, **88**, 217–221.

Hirschi, M., et al., 2011: Observational evidence for soil-moisture impact on hot extremes in southeastern Europe. *Nature Geosci.*, **4**, 17–21.

**12**

BLM_0074634

Ho, C. K., D. B. Stephenson, M. Collins, C. A. T. Ferro, and S. J. Brown, 2012: Calibration strategies: A source of additional uncertainty in climate change projections. *Bull. Am. Meteorol. Soc.*, **93**, 21–26.

Hodson, D. L. R., S. P. E. Keeley, A. West, J. Ridley, E. Hawkins, and H. T. Hewitt, 2012: Identifying uncertainties in Arctic climate change projections. *Clim. Dyn.*, doi:10.1007/s00382-012-1512-z.

Hoelzmann, P., D. Jolly, S. Harrison, F. Laarif, R. Bonnefille, and H. Pachur, 1998: Mid-Holocene land-surface conditions in northern Africa and the Arabian Peninsula: A data set for the analysis of biogeophysical feedbacks in the climate system. *Global Biogeochem. Cycles*, **12**, 35–51.

Hoerling, M., J. Eischeid, and J. Perlwitz, 2010: Regional precipitation trends: Distinguishing natural variability from anthropogenic forcing. *J. Clim.*, **23**, 2131–2145.

Hoerling, M. P., J. K. Eischeid, X.-W. Quan, H. F. Diaz, R. S. Webb, R. M. Dole, and D. R. Easterling, 2012: Is a transition to semipermanent drought conditions imminent in the US Great Plains? *J. Clim.*, **25**, 8380–8386.

Hofmann, M., and S. Rahmstorf, 2009: On the stability of the Atlantic meridional overturning circulation. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20584–20589.

Hogg, E., and A. Schwarz, 1997: Regeneration of planted conifers across climatic moisture gradients on the Canadian prairies: Implications for distribution and climate change. *J. Biogeogr.*, **24**, 527–534.

Holden, P. B., and N. R. Edwards, 2010: Dimensionally reduced emulation of an AOGCM for application to integrated assessment modelling. *Geophys. Res. Lett.*, **37**, L21707.

Holland, M., C. Bitz, and B. Tremblay, 2006: Future abrupt reductions in the summer Arctic sea ice. *Geophys. Res. Lett.*, **33**, L23503.

Holland, M., M. Serreze, and J. Stroeve, 2010: The sea ice mass budget of the Arctic and its future change as simulated by coupled climate models. *Clim. Dyn.*, **34**, 185–200.

Holland, M. M., and C. M. Bitz, 2003: Polar amplification of climate change in coupled models. *Clim. Dyn.*, **21**, 221–232.

Holland, M. M., C. M. Bitz, B. Tremblay, and D. A. Bailey, 2008: The role of natural versus forced change in future rapid summer Arctic ice loss. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications* [E. T. DeWeaver, C. M. Bitz and L. B. Tremblay (eds.)]. American Geophysical Union, Washington, DC, pp. 133–150.

Hu, A., G. Meehl, W. Han, and J. Yin, 2009: Transient response of the MOC and climate to potential melting of the Greenland ice sheet in the 21st century. *Geophys. Res. Lett.*, **36**, L10707.

Hu, Y., and Q. Fu, 2007: Observed poleward expansion of the Hadley circulation since 1979. *Atmos. Chem. Phys.*, **7**, 5229–5236.

Hu, Z.-Z., M. Latif, E. Roeckner, and L. Bengtsson, 2000: Intensified Asian summer monsoon and its variability in a coupled model forced by increasing greenhouse gas concentrations. *Geophys. Res. Lett.*, **27**, 2681–2684.

Hu, Z. Z., A. Kumar, B. Jha, and B. H. Huang, 2012: An analysis of forced and internal variability in a warmer climate in CCSM3. *J. Clim.*, **25**, 2356–2373.

Huang, P., S.-P. Xie, K. Hu, G. Huang, and R. Huang, 2013: Patterns of the seasonal response of tropical rainfall to global warming. *Nature Geosci.*, **6**, 357–361.

Huete, A. R., et al., 2006: Amazon rainforests green-up with sunlight in dry season. *Geophys. Res. Lett.*, **33**, L06405.

Huisman, S., M. den Toom, H. Dijkstra, and S. Drijfhout, 2010: An indicator of the multiple equilibria regime of the Atlantic meridional overturning circulation. *J. Phys. Oceanogr.*, **40**, 551–567.

Huntingford, C., and P. M. Cox, 2000: An analogue model to derive additional climate change scenarios from existing GCM simulations. *Clim. Dyn.*, **16**, 575–586.

Huntingford, C., J. Lowe, B. Booth, C. Jones, G. Harris, L. Gohar, and P. Meir, 2009: Contributions of carbon cycle uncertainty to future climate projection spread. *Tellus B*, **61**, 355–360.

Huntingford, C., et al., 2008: Towards quantifying uncertainty in predictions of Amazon 'dieback'. *Philos. Trans. R. Soc.  B*, **363**, 1857–1864.

Huntingford, C., et al., 2013: Simulated resilience of tropical rainforests to $CO_2$-induced climate change. *Nature Geosci.*, **6**, 268–273.

Hurtt, G., et al., 2011: Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Clim. Change*, **109**, 117–161.

Hwang, Y.-T., D. M. W. D.M.W. Frierson, B. J. Soden, and I. M. Held, 2011: Corrigendum for Held and Soden (2006). *J. Clim.*, **24**, 1559–1560.

IPCC, 2000: *IPCC Special Report on Emissions Scenarios. Prepared by Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC, 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

Ishizaki, Y., et al., 2012: Temperature scaling pattern dependence on representative concentration pathway emission scenarios. *Clim. Change*, **112**, 535–546.

Iversen, T., et al., 2013: The Norwegian Earth System Model, NorESM1–M — Part 2: Climate response and scenario projections. *Geosci. Model Dev.*, **6**, 389–415.

Jackson, C. S., M. K. Sen, G. Huerta, Y. Deng, and K. P. Bowman, 2008: Error reduction and convergence in climate prediction. *J. Clim.*, **21**, 6698–6709.

Jaeger, C., and J. Jaeger, 2010: Three views of two degrees. *Clim. Change Econ.*, **3**, 145–166.

Jiang, X., S. J. Eichelberger, D. L. Hartmann, R. Shia, and Y. L. Yung, 2007: Influence of doubled $CO_2$ on ozone via changes in the Brewer-Dobson circulation. *J. Atmos. Sci.*, **64**, 2751–2755.

Johanson, C. M., and Q. Fu, 2009: Hadley Cell widening: Model simulations versus observations. *J. Clim.*, **22**, 2713–2725.

Johns, T. C., et al., 2011: Climate change under aggressive mitigation: The ENSEMBLES multi-model experiment. *Clim. Dyn.*, **37**, 1975–2003.

Johnson, N. C., and S.-P. Xie, 2010: Changes in the sea surface temperature threshold for tropical convection. *Nature Geosci.*, **3**, 842–845.

Jones, A., J. Haywood, and O. Boucher, 2007: Aerosol forcing, climate response and climate sensitivity in the Hadley Centre climate model. *J. Geophys. Res.*, **112**, D20211.

Jones, C., P. Cox, and C. Huntingford, 2006: Climate-carbon cycle feedbacks under stabilization: Uncertainty and observational constraints. *Tellus B*, **58**, 603–613.

Jones, C., J. Lowe, S. Liddicoat, and R. Betts, 2009: Committed terrestrial ecosystem changes due to climate change. *Nature Geosci.*, **2**, 484–487.

Jones, C. D., et al., 2013: 21st Century compatible $CO_2$ emissions and airborne fraction simulated by CMIP5 Earth System models under 4 Representative Concentration Pathways. *J. Clim.*, doi:10.1175/JCLI-D-12-00554.1.

Jones, C. D., et al., 2011: The HadGEM2—ES implementation of CMIP5 centennial simulations. *Geosci. Model Dev.*, **4**, 543–570.

Joos, F., et al., 2013: Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: A multi-model analysis. *Atmos. Chem. Phys.*, **13**, 2793–2825.

Joshi, M., E. Hawkins, R. Sutton, J. Lowe, and D. Frame, 2011: Projections of when temperature change will exceed 2°C above pre-industrial levels. *Nature Clim. Change*, **1**, 407–412.

Joshi, M., K. Shine, M. Ponater, N. Stuber, R. Sausen, and L. Li, 2003: A comparison of climate response to different radiative forcings in three general circulation models: Towards an improved metric of climate change. *Clim. Dyn.*, **20**, 843–854.

Joshi, M. M., F. H. Lambert, and M. J. Webb, 2013: An explanation for the difference between twentieth and twenty-first century land–sea warming ratio in climate models. *Clim. Dyn.*, doi:10.1007/s00382-013-1664-5.

Joshi, M. M., M. J. Webb, A. C. Maycock, and M. Collins, 2010: Stratospheric water vapour and high climate sensitivity in a version of the HadSM3 climate model. *Atmos. Chem. Phys.*, **10**, 7161–7167.

Joshi, M. M., J. M. Gregory, M. J. Webb, D. M. H. Sexton, and T. C. Johns, 2008: Mechanisms for the land/sea warming contrast exhibited by simulations of climate change. *Clim. Dyn.*, **30**, 455–465.

Jun, M., R. Knutti, and D. W. Nychka, 2008: Spatial analysis to quantify numerical model bias and dependence: How many climate models are there? *J. Am. Stat. Assoc. Appl. Case Stud.*, **103**, 934–947.

Jungclaus, J., H. Haak, M. Esch, E. Röckner, and J. Marotzke, 2006: Will Greenland melting halt the thermohaline circulation? *Geophys. Res. Lett.*, **33**, L17708.

Kang, S. M., and I. M. Held, 2012: Tropical precipitation, SSTs and the surface energy budget: A zonally symmetric perspective. *Clim. Dyn.*, **38**, 1917–1924.

Kang, S. M., L. M. Polvani, J. C. Fyfe, and M. Sigmond, 2011: Impact of polar ozone depletion on subtropical precipitation. *Science*, **332**, 951–954.

BLM_0074635

Karpechko, A. Y., and E. Manzini, 2012: Stratospheric influence on tropospheric climate change in the Northern Hemisphere. *J. Geophys. Res.*, **117**, D05133.

Kattenberg, A., et al., 1996: Climate models—Projections of future climate. In: *Climate Change 1995: The Science of Climate Change. Contribution of WGI to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, L. G. Meira . A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 285–357.

Kawase, H., T. Nagashima, K. Sudo, and T. Nozawa, 2011: Future changes in tropospheric ozone under Representative Concentration Pathways (RCPs). *Geophys. Res. Lett.*, **38**, L05801.

Kay, J., M. Holland, and A. Jahn, 2011: Inter-annual to multi-decadal Arctic sea ice extent trends in a warming world. *Geophys. Res. Lett.*, **38**, L15708.

Kay, J. E., M. M. Holland, C. Bitz, E. Blanchard-Wrigglesworth, A. Gettelman, A. Conley, and D. Bailey, 2012: The influence of local feedbacks and northward heat transport on the equilibrium Arctic climate response to increased greenhouse gas forcing in coupled climate models. *J. Clim.*, **25**, 5433–5450.

Kaye, N., A. Hartley, and D. Hemming, 2012: Mapping the climate: Guidance on appropriate techniques to map climate variables and their uncertainty. *Geosci. Model Dev.*, **5**, 245–256.

Kellomaki, S., M. Maajarvi, H. Strandman, A. Kilpelainen, and H. Peltola, 2010: Model computations on the climate change effects on snow cover, soil moisture and soil frost in the boreal conditions over Finland. *Silva Fennica*, **44**, 213–233.

Kendon, E., D. Rowell, and R. Jones, 2010: Mechanisms and reliability of future projected changes in daily precipitation. *Clim. Dyn.*, **35**, 489–509.

Kendon, E., D. Rowell, R. Jones, and E. Buonomo, 2008: Robustness of future changes in local precipitation extremes. *J. Clim.*, **17**, 4280–4297.

Kharin, V. V., F. W. Zwiers, X. B. Zhang, and G. C. Hegerl, 2007: Changes in temperature and precipitation extremes in the IPCC ensemble of global coupled model simulations. *J. Clim.*, **20**, 1419–1444.

Kharin, V. V., F. W. Zwiers, X. Zhang, and M. Wehner, 2013: Changes in temperature and precipitation extremes in the CMIP5 ensemble. *Clim. Change*, doi:10.1007/s10584-013-0705-8.

Khvorostyanov, D., P. Ciais, G. Krinner, and S. Zimov, 2008: Vulnerability of east Siberia's frozen carbon stores to future warming. *Geophys. Res. Lett.*, **35**, L10703.

Kidston, J., and E. P. Gerber, 2010: Intermodel variability of the poleward shift of the austral jet stream in the CMIP3 integrations linked to biases in 20th century climatology. *Geophys. Res. Lett.*, **37**, L09708.

Kienzle, S., M. Nemeth, J. Byrne, and R. MacDonald, 2012: Simulating the hydrological impacts of climate change in the upper North Saskatchewan River basin, Alberta, Canada. *J. Hydrol.*, **412**, 76–89.

Kirkevåg, K., et al., 2013: Aerosol–climate interactions in the Norwegian Earth System Model – NorESM1–M. *Geosci. Model Dev.*, **6**, 207–244.

Kitoh, A., S. Yukimoto, A. Noda, and T. Motoi, 1997: Simulated changes in the Asian summer monsoon at times of increased atmospheric $CO_2$. *J. Meteorol. Soc. Jpn.*, **75**, 1019–1031.

Kjellstrom, E., L. Barring, D. Jacob, R. Jones, G. Lenderink, and C. Schär, 2007: Modelling daily temperature extremes: Recent climate and future changes over Europe. *Clim. Change*, **81**, 249–265.

Knutti, R., 2010: The end of model democracy? *Clim. Change*, **102**, 395–404.

Knutti, R., and G. C. Hegerl, 2008: The equilibrium sensitivity of the Earth's temperature to radiation changes. *Nature Geosci.*, **1**, 735–743.

Knutti, R., and L. Tomassini, 2008: Constraints on the transient climate response from observed global temperature and ocean heat uptake. *Geophys. Res. Lett.*, **35**, L09701.

Knutti, R., and G.-K. Plattner, 2012: Comment on 'Why hasn't Earth warmed as much as expected?' by Schwartz et al. 2010. *J. Clim.*, **25**, 2192–2199.

Knutti, R., and J. Sedláček, 2013: Robustness and uncertainties in the new CMIP5 climate model projections. *Nature Clim. Change*, **3**, 369–373.

Knutti, R., D. Masson, and A. Gettelman, 2013: Climate model genealogy: Generation CMIP5 and how we got there. *Geophys. Res. Lett.*, **40**, 1194–1199.

Knutti, R., S. Krähenmann, D. Frame, and M. Allen, 2008a: Comment on "Heat capacity, time constant, and sensitivity of Earth's climate system" by S. E. Schwartz. *J. Geophys. Res.*, **113**, D15103.

Knutti, R., F. Joos, S. Müller, G. Plattner, and T. Stocker, 2005: Probabilistic climate change projections for $CO_2$ stabilization profiles. *Geophys. Res. Lett.*, **32**, L20707.

Knutti, R., R. Furrer, C. Tebaldi, J. Cermak, and G. A. Meehl, 2010a: Challenges in combining projections from multiple climate models. *J. Clim.*, **23**, 2739–2758.

Knutti, R., G. Abramowitz, M. Collins, V. Eyring, P. J. Gleckler, B. Hewitson, and L. Mearns, 2010b: Good practice guidance paper on assessing and combining multi model climate projections. *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Assessing and Combining Multi-Model Climate Projections*. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland.

Knutti, R., et al., 2008b: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Kodra, E., K. Steinhaeuser, and A. R. Ganguly, 2011: Persisting cold extremes under 21st-century warming scenarios. *Geophys. Res. Lett.*, **38**, L08705.

Kolomyts, E., and N. Surova, 2010: Predicting the impact of global warming on soil water resources in marginal forests of the middle Volga region. *Water Resour.*, **37**, 89–101.

Komuro, Y., et al., 2012: Sea-ice in twentieth-century simulations by new MIROC coupled models: A comparison between models with high resolution and with ice thickness distribution. *J. Meteorol. Soc. Jpn.*, **90A**, 213–232.

Körper, J., et al., 2013: The effects of aggressive mitigation on steric sea level rise and sea ice changes. *Clim. Dyn.*, **40**, 531–550.

Koster, R., Z. Guo, R. Yang, P. Dirmeyer, K. Mitchell, and M. Puma, 2009a: On the nature of soil moisture in land surface models. *J. Clim.*, **22**, 4322–4335.

Koster, R., et al., 2006: GLACE: The Global Land-Atmosphere Coupling Experiment. Part I: Overview. *J. Hydrometeorol.*, **7**, 590–610.

Koster, R. D., S. D. Schubert, and M. J. Suarez, 2009b: Analyzing the concurrence of meteorological droughts and warm periods, with implications for the determination of evaporative regime. *J. Clim.*, **22**, 3331–3341.

Koster, R. D., H. L. Wang, S. D. Schubert, M. J. Suarez, and S. Mahanama, 2009c: Drought-induced warming in the continental United States under different SST regimes. *J. Clim.*, **22**, 5385–5400.

Koven, C., P. Friedlingstein, P. Ciais, D. Khvorostyanov, G. Krinner, and C. Tarnocai, 2009: On the formation of high-latitude soil carbon stocks: Effects of cryoturbation and insulation by organic matter in a land surface model. *Geophys. Res. Lett.*, **36**, L21501.

Koven, C. D., W. J. Riley, and A. Stern, 2013: Analysis of permafrost thermal dynamics and response to climate change in the CMIP5 Earth system models. *J. Clim.*, **26**, 1877–1900.

Koven, C. D., et al., 2011: Permafrost carbon-climate feedbacks accelerate global warming. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 14769–14774.

Kripalani, R., J. Oh, A. Kulkarni, S. Sabade, and H. Chaudhari, 2007: South Asian summer monsoon precipitation variability: Coupled climate model simulations and projections under IPCC AR4. *Theor. Appl. Climatol.*, **90**, 133–159.

Kug, J., D. Choi, F. Jin, W. Kwon, and H. Ren, 2010: Role of synoptic eddy feedback on polar climate responses to the anthropogenic forcing. *Geophys. Res. Lett.*, **37**, L14704.

Kuhlbrodt, T., and J. M. Gregory, 2012: Ocean heat uptake and its consequences for the magnitude of sea level rise and climate change. *Geophys. Res. Lett.*, **39**, L18608.

Kuhry, P., E. Dorrepaal, G. Hugelius, E. Schuur, and C. Tarnocai, 2010: Potential remobilization of belowground permafrost carbon under future global warming. *Permafr. Periglac. Process.*, **21**, 208–214.

Kumar, A., et al., 2010: Contribution of sea ice loss to Arctic amplification. *Geophys. Res. Lett.*, **37**, L21701.

Kunkel, K. E., T. R. Karl, D. R. Easterling, K. Redmond, J. Young, X. Yin, and P. Hennon, 2013: Probable Maximum Precipitation (PMP) and climate change. *Geophys. Res. Lett.*, **40**, 1402–1408.

Kysely, J., and R. Beranova, 2009: Climate-change effects on extreme precipitation in central Europe: Uncertainties of scenarios based on regional climate models. *Theor. Appl. Climatol.*, **95**, 361–374.

Lamarque, J.-F., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lamarque, J., 2008: Estimating the potential for methane clathrate instability in the 1%-$CO_2$ IPCC AR-4 simulations. *Geophys. Res. Lett.*, **35**, L19806.

Lamarque, J., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lamarque, J. F., et al., 2013: The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP): Overview and description of models, simulations and climate diagnostics. *Geosci. Model Dev.*, **6**, 179–206.

12

BLM_0074636

Lambert, F., and M. Webb, 2008: Dependency of global mean precipitation on surface temperature. *Geophys. Res. Lett.*, **35**, L16706.

Lambert, F. H., and J. C. H. Chiang, 2007: Control of land-ocean temperature contrast by ocean heat uptake. *Geophys. Res. Lett.*, **34**, L13704.

Lambert, F. H., M. J. Webb, and M. J. Joshi, 2011: The relationship between land-ocean surface temperature contrast and radiative forcing. *J. Clim.*, **24**, 3239–3256.

Lambert, F. H., N. P. Gillett, D. A. Stone, and C. Huntingford, 2005: Attribution studies of observed land precipitation changes with nine coupled models. *Geophys. Res. Lett.*, **32**, L18704.

Lambert, F. H., G. R. Harris, M. Collins, J. M. Murphy, D. M. H. Sexton, and B. B. B. Booth, 2012: Interactions between perturbations to different Earth system components simulated by a fully-coupled climate model. *Clim. Dyn.*, doi:10.1007/s00382-012-1618-3.

Langen, P. L., and V. A. Alexeev, 2007: Polar amplification as a preferred response in an idealized aquaplanet GCM. *Clim. Dyn.*, **29**, 305–317.

Langen, P. L., A. M. Solgaard, and C. S. Hvidberg, 2012: Self-inhibiting growth of the Greenland Ice Sheet. *Geophys. Res. Lett.*, **39**, L12502.

Lapola, D. M., M. D. Oyama, and C. A. Nobre, 2009: Exploring the range of climate biome projections for tropical South America: The role of $CO_2$ fertilization and seasonality. *Global Biogeochem. Cycles*, **23**, GB3003.

Lau, K., M. Kim, and K. Kim, 2006: Asian summer monsoon anomalies induced by aerosol direct forcing: The role of the Tibetan Plateau. *Clim. Dyn.*, **26**, 855–864.

Lawrence, D., and A. Slater, 2010: The contribution of snow condition trends to future ground climate. *Clim. Dyn.*, **34**, 969–981.

Lawrence, D., A. Slater, and S. Swenson, 2012: Simulation of present-day and future permafrost and seasonally frozen ground conditions in CCSM4. *J. Clim.*, **25**, 2207–2225.

Lawrence, D., A. Slater, V. Romanovsky, and D. Nicolsky, 2008a: Sensitivity of a model projection of near-surface permafrost degradation to soil column depth and representation of soil organic matter. *J. Geophys. Res. Earth Surface*, **113**, F02011.

Lawrence, D., A. Slater, R. Tomas, M. Holland, and C. Deser, 2008b: Accelerated Arctic land warming and permafrost degradation during rapid sea ice loss. *Geophys. Res. Lett.*, **35**, L11506.

Lean, J., and D. Rind, 2009: How will Earth's surface temperature change in future decades? *Geophys. Res. Lett.*, **36**, L15708.

Lee, S., T. Gong, N. Johnson, S. B. Feldstein, and D. Pollard, 2011: On the possible link between tropical convection and the Northern Hemisphere Arctic surface air temperature change between 1958 and 2001. *J. Clim.*, **24**, 4350–4367.

Lefebvre, W., and H. Goosse, 2008: Analysis of the projected regional sea-ice changes in the Southern Ocean during the twenty-first century. *Clim. Dyn.*, **30**, 59–76.

Lemoine, D. M., 2010: Climate sensitivity distributions dependence on the possibility that models share biases. *J. Clim.*, **23**, 4395–4415.

Lenderink, G., and E. Van Meijgaard, 2008: Increase in hourly precipitation extremes beyond expectations from temperature changes. *Nature Geosci.*, **1**, 511–514.

Lenderink, G., A. van Ulden, B. van den Hurk, and E. van Meijgaard, 2007: Summertime inter-annual temperature variability in an ensemble of regional model simulations: Analysis of the surface energy budget. *Clim. Change*, **81**, 233–247.

Lenton, T., H. Held, E. Kriegler, J. Hall, W. Lucht, S. Rahmstorf, and H. Schellnhuber, 2008: Tipping elements in the Earth's climate system. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 1786–1793.

Lenton, T. M., 2012: Arctic climate tipping points. *Ambio*, **41**, 10–22.

Leslie, L. M., M. Leplastrier, and B. W. Buckley, 2008: Estimating future trends in severe hailstorms over the Sydney Basin: A climate modelling study. *Atmos. Res.*, **87**, 37–51.

Levermann, A., J. Schewe, V. Petoukhov, and H. Held, 2009: Basic mechanism for abrupt monsoon transitions. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20572–20577.

Levitus, S., J. Antonov, and T. Boyer, 2005: Warming of the world ocean, 1955–2003. *Geophys. Res. Lett.*, **32**, L02604.

Levitus, S., et al., 2012: World ocean heat content and thermosteric sea level change (0–2000 m), 1955–2010. *Geophys. Res. Lett.*, **39**, L10603.

Levy II, H., L. W. Horowitz, M. D. Schwarzkopf, Y. Ming, J.-C. Golaz, V. Naik, and V. Ramaswamy, 2013: The roles of aerosol direct and indirect effects in past and future climate change. *J. Geophys. Res.*, doi:10.1002/jgrd.50192.

Li, C., J. S. von Storch, and J. Marotzke, 2013a: Deep-ocean heat uptake and equilibrium climate response. *Clim. Dyn.*, **40**, 1071–1086.

Li, C., D. Notz, S. Tietsche, and J. Marotzke, 2013b: The transient versus the equilibrium response of sea ice to global warming. *J. Clim.*, doi:10.1175/JCLI-D-12-00492.1.

Li, F., J. Austin, and J. Wilson, 2008: The strength of the Brewer-Dobson circulation in a changing climate: Coupled chemistry-climate model simulations. *J. Clim.*, **21**, 40–57.

Li, F., W. Collins, M. Wehner, D. Williamson, J. Olson, and C. Algieri, 2011a: Impact of horizontal resolution on simulation of precipitation extremes in an aqua-planet version of Community Atmospheric Model (CAM3). *Tellus*, **63**, 884–892.

Li, L., X. Jiang, M. Chahine, E. Olsen, E. Fetzer, L. Chen, and Y. Yung, 2011b: The recycling rate of atmospheric moisture over the past two decades (1988–2009). *Environ. Res. Lett.*, **6**, 034018.

Li, L. J., et al., 2013c: The Flexible Global Ocean-Atmosphere-Land System Model: Grid-point Version 2: FGOALS-g2. *Adv. Atmos. Sci.*, **30**, 543–560.

Liepert, B. G., and M. Previdi, 2009: Do models and observations disagree on the rainfall response to global warming? *J. Clim.*, **22**, 3156–3166.

Liepert, B. G., and M. Previdi, 2012: Inter-model variability and biases of the global water cycle in CMIP3 coupled climate models. *Environ. Res. Lett.*, **7**, 014006.

Lim, E. P., and I. Simmonds, 2009: Effect of tropospheric temperature change on the zonal mean circulation and SH winter extratropical cyclones. *Clim. Dyn.*, **33**, 19–32.

Lindsay, R., and J. Zhang, 2005: The thinning of Arctic sea ice, 1988–2003: Have we passed a tipping point? *J. Clim.*, **18**, 4879–4894.

Liu, Z., S. J. Vavrus, F. He, N. Wen, and Y. Zhong, 2005: Rethinking tropical ocean response to global warming: The enhanced equatorial warming. *J. Clim.*, **18**, 4684–4700.

Livina, V. N., and T. M. Lenton, 2013: A recent tipping point in the Arctic sea-ice cover: Abrupt and persistent increase in the seasonal cycle since 2007. *Cryosphere*, **7**, 275–286.

Loarie, S. R., D. B. Lobell, G. P. Asner, Q. Z. Mu, and C. B. Field, 2011: Direct impacts on local climate of sugar-cane expansion in Brazil. *Nature Clim. Change*, **1**, 105–109.

Loeb, N. G., et al., 2009: Toward optimal closure of the Earth's Top-of-Atmosphere radiation budget. *J. Clim.*, **22**, 748–766.

Long, M. C., K. Lindsay, S. Peacock, J. K. Moore, and S. C. Doney, 2013: Twentieth-century oceanic carbon uptake and storage in CESM1(BGC). *J. Clim.*, doi:10.1175/JCLI-D-12-00184.1.

Lorenz, D. J., and E. T. DeWeaver, 2007: Tropopause height and zonal wind response to global warming in the IPCC scenario integrations. *J. Geophys. Res. Atmos.*, **112**, D10119.

Lowe, J., C. Huntingford, S. Raper, C. Jones, S. Liddicoat, and L. Gohar, 2009: How difficult is it to recover from dangerous levels of global warming? *Environ. Res. Lett.*, **4**, 014012.

Lowe, J. A., and J. M. Gregory, 2006: Understanding projections of sea level rise in a Hadley Centre coupled climate model. *J. Geophys. Res.*, **111**, C11014.

Lu, J., and M. Cai, 2009: Seasonality of polar surface warming amplification in climate simulations. *Geophys. Res. Lett.*, **36**, L16704.

Lu, J., G. Vecchi, and T. Reichler, 2007: Expansion of the Hadley cell under global warming. *Geophys. Res. Lett.*, **34**, L06805.

Lu, J., G. Chen, and D. Frierson, 2008: Response of the zonal mean atmospheric circulation to El Niño versus global warming. *J. Clim.*, **21**, 5835–5851.

Lucht, W., S. Schaphoff, T. Ebrecht, U. Heyder, and W. Cramer, 2006: Terrestrial vegetation redistribution and carbon balance under climate change. *Carbon Balance Manage.*, **1**, 1-6.

Lunt, D., A. Haywood, G. Schmidt, U. Salzmann, P. Valdes, and H. Dowsett, 2010: Earth system sensitivity inferred from Pliocene modelling and data. *Nature Geosci.*, **3**, 60–64.

Luo, J. J., W. Sasaki, and Y. Masumoto, 2012: Indian Ocean warming modulates Pacific climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 18701–18706.

Lustenberger, A., R. Knutti, and E. M. Fischer, 2013: The potential of pattern scaling for projecting temperature-related extreme indices. *Int. J. Climatol.*, doi:10.1002/joc.3659.

Ma, J., and S-P. Xie, 2013: Regional patterns of sea surface temperature change: A source of uncertainty in future projections of precipitation and atmospheric circulation. *J. Clim.*, **26**, 2482–2501.

Ma, J., S-P. Xie, and Y. Kosaka, 2012: Mechanisms for tropical tropospheric circulation change in response to global warming. *J. Clim.*, **25**, 2979–2994.

MacDougall, A. H., C. A. Avis, and A. J. Weaver, 2012: Significant contribution to climate warming from the permafrost carbon feedback. *Nature Geosci.*, **5**, 719–721.

Mahlstein, I., and R. Knutti, 2011: Ocean heat transport as a cause for model uncertainty in projected Arctic warming. *J. Clim.*, **24**, 1451–1460.

**12**

Mahlstein, I., and R. Knutti, 2012: September Arctic sea ice predicted to disappear near 2°C global warming above present. *J. Geophys. Res.*, **117**, D06104.

Mahlstein, I., R. Knutti, S. Solomon, and R. W. Portmann, 2011: Early onset of significant local warming in low latitude countries. *Environ. Res. Lett.*, **6**, 034009.

Mahlstein, I., R.W. Portmann, J. S. Daniel, S. Solomon, and R. Knutti, 2012: Perceptible changes in regional precipitation in a future climate. *Geophys. Res. Lett.*, **39**, L05701.

Maksym, T., S. E. Stammerjohn, S. Ackley, and R. Massom, 2012: Antarctic sea ice—A polar opposite? *Oceanography*, **25**, 140–151.

Malhi, Y., et al., 2009: Exploring the likelihood and mechanism of a climate-change-induced dieback of the Amazon rainforest. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20610–20615.

Manabe, S., and R. Stouffer, 1980: Sensitivity of a global climate model to an increase of $CO_2$ concentration in the atmosphere. *J. Geophys. Res.*, **85**, 5529–5554.

Manabe, S., and R. T. Wetherald, 1980: Distribution of climate change resulting from an increase in $CO_2$ content of the atmosphere. *J. Atmos. Sci.*, **37**, 99–118.

Manabe, S., and R. Stouffer, 1994: Multiple-century response of a coupled ocean-atmosphere model to an increase of atmospheric carbon-dioxide. *J. Clim.*, **7**, 5–23.

Manabe, S., K. Bryan, and M. J. Spelman, 1990: Transient-response of a global ocean atmosphere model to a doubling of atmospheric carbon-dioxide. *J. Phys. Oceanogr.*, **20**, 722–749.

Manabe, S., R. J. Stouffer, M. J. Spelman, and K. Bryan, 1991: Transient responses of a coupled ocean atmosphere model to gradual changes of atmospheric $CO_2$. Part I: Annual mean response. *J. Clim.*, **4**, 785–818.

Marsh, P. T., H. E. Brooks, and D. J. Karoly, 2009: Preliminary investigation in the severe thunderstorm environment of Europe simulated by the Community Climate System Model 3. *Atmos. Res.*, **93**, 607–618.

Maslowski, W., J. C. Kinney, M. Higgins, and A. Roberts, 2012: The future of Arctic sea ice. In: *Annual Review of Earth and Planetary Sciences* [R. Jeanloz (ed.)]. Annual Reviews, Palo Alto, CA, USA, pp. 625–654.

Masson, D., and R. Knutti, 2011: Climate model genealogy. *Geophys. Res. Lett.*, **38**, L08703.

Massonnet, F., T. Fichefet, H. Goosse, C. M. Bitz, G. Philippon-Berthier, M. Holland, and P. Y. Barriat, 2012: Constraining projections of summer Arctic sea ice. *Cryosphere*, **6**, 1383–1394.

Matsuno, T., K. Maruyama, and J. Tsutsui, 2012a: Stabilization of atmospheric carbon dioxide via zero emissions-An alternative way to a stable global environment. Part 1: Examination of the traditional stabilization concept. *Proc. Jpn. Acad. B*, **88**, 368–384.

Matsuno, T., K. Maruyama, and J. Tsutsui, 2012b: Stabilization of atmospheric carbon dioxide via zero emissions-An alternative way to a stable global environment. Part 2: A practical zero-emissions scenario. *Proc. Jpn. Acad. B*, **88**, 385–395.

Matthews, H., and K. Caldeira, 2008: Stabilizing climate requires near-zero emissions. *Geophys. Res. Lett.*, **35**, L04705.

Matthews, H. N. Gillett, P. Stott, and K. Zickfeld, 2009: The proportionality of global warming to cumulative carbon emissions. *Nature*, **459**, 829–832.

Matthews, H. D., and K. Zickfeld, 2012: Cumulative carbon and climate response to zeroed emissions of greenhouse gases and aerosols. *Nature Clim. Change*, **2**, 338–341.

Matthews, H. D., S. Solomon, and R. Pierrehumbert, 2012: Cumulative carbon as a policy framework for achieving climate stabilization. *Philos. Trans. R. Soc. A*, **370**, 4365–4379.

May, W., 2002: Simulated changes of the Indian summer monsoon under enhanced greenhouse gas conditions in a global time-slice experiment. *Geophys. Res. Lett.*, **29**, 1118.

May, W., 2008a: Climatic changes associated with a global "2°C-stabilization" scenario simulated by the ECHAM5/MPI-OM coupled climate model. *Clim. Dyn.*, **31**, 283–313.

May, W., 2008b: Potential future changes in the characteristics of daily precipitation in Europe simulated by the HIRHAM regional climate model. *Clim. Dyn.*, **30**, 581–603.

May, W., 2012: Assessing the strength of regional changes in near-surface climate associated with a global warming of 2°C. *Clim. Change*, **110**, 619–644.

McCabe, G., and D. Wolock, 2007: Warming may create substantial water supply shortages in the Colorado River basin. *Geophys. Res. Lett.*, **34**, L22708.

McCollum, D., V. Krey, K. Riahi, P. Kolp, A. Grubler, M. Makowski, and N. Nakicenovic, 2013: Climate policies can help resolve energy security and air pollution challenges. *Clim. Change*, doi:10.1007/s10584-013-0710-y.

McLandress, C., and T. G. Shepherd, 2009: Simulated anthropogenic changes in the Brewer-Dobson circulation, including its extension to high latitudes. *J. Clim.*, **22**, 1516–1540.

McLandress, C., T. G. Shepherd, J. F. Scinocca, D. A. Plummer, M. Sigmond, A. I. Jonsson, and M. C. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II: Southern Hemisphere troposphere. *J. Clim.*, **24**, 1850–1868.

Meehl, G., and W. Washington, 1993: South Asian summer monsoon variability in a model with doubled atmospheric carbon-dioxide concentration. *Science*, **260**, 1101–1104.

Meehl, G., J. Arblaster, and C. Tebaldi, 2005a: Understanding future patterns of increased precipitation intensity in climate model simulations. *Geophys. Res. Lett.*, **32**, L18719.

Meehl, G., J. Arblaster, and W. Collins, 2008: Effects of black carbon aerosols on the Indian monsoon. *J. Clim.*, **21**, 2869–2882.

Meehl, G., et al., 2012: Climate system response to external forcings and climate change projections in CCSM4. *J. Clim.*, **25**, 3661–3683.

Meehl, G. A., and C. Tebaldi, 2004: More intense, more frequent, and longer lasting heat waves in the 21st century. *Science*, **305**, 994–997.

Meehl, G. A., G. J. Boer, C. Covey, M. Latif, and R. J. Stouffer, 2000: The Coupled Model Intercomparison Project (CMIP). *Bull. Am. Meteorol. Soc.*, **81**, 313–318.

Meehl, G. A., C. Tebaldi, G. Walton, D. Easterling, and L. McDaniel, 2009: Relative increase of record high maximum temperatures compared to record low minimum temperatures in the U. S. *Geophys. Res. Lett.*, **36**, L23701.

Meehl, G. A., W. M. Washington, C. M. Ammann, J. M. Arblaster, T. M. L. Wigley, and C. Tebaldi, 2004: Combinations of natural and anthropogenic forcings in twentieth-century climate. *J. Clim.*, **17**, 3721–3727.

Meehl, G. A., et al., 2005b: How much more global warming and sea level rise? *Science*, **307**, 1769–1772.

Meehl, G. A., et al., 2007a: The WCRP CMIP3 multimodel dataset - A new era in climate change research. *Bull. Am. Meteorol. Soc.*, **88**, 1383–1394.

Meehl, G. A., et al., 2006: Climate change projections for the twenty-first century and climate change commitment in the CCSM3. *J. Clim.*, **19**, 2597–2616.

Meehl, G. A., et al., 2013: Climate change projections in CESM1(CAM5) compared to CCSM4. *J. Clim.*, doi:10.1175/JCLI-D-12–00572.1.

Meehl, G. A., et al., 2007b: Global climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747–846.

Meijers, A. J. S., E. Shuckburgh, N. Bruneau, J.-B. Sallee, T. J. Bracegirdle, and Z. Wang, 2012: Representation of the Antarctic Circumpolar Current in the CMIP5 climate models and future changes under warming scenarios. *J. Geophys. Res.*, **117**, C12008.

Meinshausen, M., S. Raper, and T. Wigley, 2011a: Emulating coupled atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 1: Model description and calibration. *Atmos. Chem. Phys.*, **11**, 1417–1456.

Meinshausen, M., T. Wigley, and S. Raper, 2011b: Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 2: Applications. *Atmos. Chem. Phys.*, **11**, 1457–1471.

Meinshausen, M., B. Hare, T. Wigley, D. Van Vuuren, M. Den Elzen, and R. Swart, 2006: Multi-gas emissions pathways to meet climate targets. *Clim. Change*, **75**, 151–194.

Meinshausen, M., et al., 2009: Greenhouse-gas emission targets for limiting global warming to 2°C. *Nature*, **458**, 1158–1162.

Meinshausen, M., et al., 2011c: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Merrifield, M. A., 2011: A shift in western tropical Pacific sea level trends during the 1990s. *J. Clim.*, **24**, 4126–4138.

Merryfield, W., M. M. Holland, and A. H. Monahan, 2008: Multiple equilibria and abrupt transitions in Arctic summer sea ice extent. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications*. American Geophysical Union, Washington, DC, pp. 151–174.

Mignone, B., R. Socolow, J. Sarmiento, and M. Oppenheimer, 2008: Atmospheric stabilization and the timing of carbon mitigation. *Clim. Change*, **88**, 251–265.

Mikolajewicz, U., M. Vizcaino, J. Jungclaus, and G. Schurgers, 2007: Effect of ice sheet interactions in anthropogenic climate change simulations. *Geophys. Res. Lett.*, **34**, L18706.

**12**

BLM_0074638

Millner, A., R. Calel, D. A. Stainforth, and G. MacKerron, 2013: Do probabilistic expert elicitations capture scientists' uncertainty about climate change? *Clim. Change*, **116**, 427–436.

Milly, P. J., Betancourt, M. Falkenmark, R. Hirsch, Z. Kundzewicz, D. Lettenmaier, and R. Stouffer, 2008: Stationarity is dead: Whither water management? *Science*, **319**, 573–574.

Min, S., X. Zhang, F. Zwiers, and G. Hegerl, 2011: Human contribution to more-intense precipitation extremes. *Nature*, **470**, 378–381.

Ming, Y., V. Ramaswamy, and G. Persad, 2010: Two opposing effects of absorbing aerosols on global-mean precipitation. *Geophys. Res. Lett.*, **37**, L13701.

Mitas, C., and A. Clement, 2006: Recent behavior of the Hadley cell and tropical thermodynamics in climate models and reanalyses. *Geophys. Res. Lett.*, **33**, L01810.

Mitchell, J. F. B., 1990: Is the Holocene a good analogue for greenhouse warming? *J. Clim.*, **3**, 1177–1192.

Mitchell, J. F. B., C. A. Wilson, and W. M. Cunnington, 1987: On $CO_2$ climate sensitivity and model dependence of results. *Q. J. R. Meteorol. Soc.*, **113**, 293–322.

Mitchell, J. F. B., T. C. Johns, W. J. Ingram, and J. A. Lowe, 2000: The effect of stabilising atmospheric carbon dioxide concentrations on global and regional climate change. *Geophys. Res. Lett.*, **27**, 2977–2980.

Mitchell, J. F. B., T. C. Johns, M. Eagles, W. J. Ingram, and R. A. Davis, 1999: Towards the construction of climate change scenarios. *Clim. Change*, **41**, 547–581.

Mitchell, T. D., 2003: Pattern scaling - An examination of the accuracy of the technique for describing future climates. *Clim. Change*, **60**, 217–242.

Mizuta, R., 2012: Intensification of extratropical cyclones associated with the polar jet change in the CMIP5 global warming projections. *Geophys. Res. Lett.*, **39**, L19707.

Monaghan, A., D. Bromwich, and D. Schneider, 2008: Twentieth century Antarctic air temperature and snowfall simulations by IPCC climate models. *Geophys. Res. Lett.*, **35**, L07502.

Montenegro, A., V. Brovkin, M. Eby, D. Archer, and A. Weaver, 2007: Long term fate of anthropogenic carbon. *Geophys. Res. Lett.*, **34**, L19707.

Morgan, M. G., and D. W. Keith, 1995: Climate-change - Subjective judgments by climate experts. *Environ. Sci. Technol.*, **29**, A468–A476.

Moss, R. H., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Moss, R. H., et al., 2008: Towards new scenarios for analysis of emissions, climate change, impacts, and response strategies. In: *IPCC Expert Meeting Report: Towards New Scenarios*. Intergovernmental Panel on Climate Change, Geneva, Switzerland, 132 pp.

Muller, C. J., and P. A. O'Gorman, 2011: An energetic perspective on the regional response of precipitation to climate change. *Nature Clim. Change*, **1**, 266–271.

Murphy, D. M., S. Solomon, R. W. Portmann, K. H. Rosenlof, P. M. Forster, and T. Wong, 2009: An observationally based energy balance for the Earth since 1950. *J. Geophys. Res.*, **114**, D17107.

Murphy, J., D. Sexton, D. Barnett, G. Jones, M. Webb, and M. Collins, 2004: Quantification of modelling uncertainties in a large ensemble of climate change simulations. *Nature*, **430**, 768–772.

Murphy, J. M., B. B. B. Booth, M. Collins, G. R. Harris, D. M. H. Sexton, and M. J. Webb, 2007: A methodology for probabilistic predictions of regional climate change from perturbed physics ensembles. *Philos. Trans. R. Soc. A*, **365**, 1993–2028.

Myhre, G., E. Highwood, K. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–2718.

Neelin, J. D., C. Chou, and H. Su, 2003: Tropical drought regions in global warming and El Niño teleconnections. *Geophys. Res. Lett.*, **30**, 2275.

Neelin, J. D., M. Munnich, H. Su, J. E. Meyerson, and C. E. Holloway, 2006: Tropical drying trends in global warming models and observations. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 6110–6115.

Nelson, F., and S. Outcalt, 1987: A computational method for prediction and regionalization of permafrost. *Arct. Alpine Res.*, **19**, 279–288.

Newlands, N. K., G. Espino-Hernández, and R. S. Erickson, 2012: Understanding crop response to climate variability with complex agroecosystem models. *Int. J. Ecol.*, **2012**, 756242.

Niall, S., and K. Walsh, 2005: The impact of climate change on hailstorms in southeastern Australia. *Int. J. Climatol.*, **25**, 1933–1952.

Nicolsky, D., V. Romanovsky, V. Alexeev, and D. Lawrence, 2007: Improved modeling of permafrost dynamics in a GCM land-surface scheme. *Geophys. Res. Lett.*, **34**, L08501.

Niinemets, U., 2010: Responses of forest trees to single and multiple environmental stresses from seedlings to mature plants: Past stress history, stress interactions, tolerance and acclimation. *Forest Ecol. Manage.*, **260**, 1623–1639.

Nikulin, G., E. Kjellstrom, U. Hansson, G. Strandberg, and A. Ullerstig, 2011: Evaluation and future projections of temperature, precipitation and wind extremes over Europe in an ensemble of regional climate simulations. *Tellus A*, **63**, 41–55.

Nobre, C., and L. Borma, 2009: 'Tipping points' for the Amazon forest. *Curr. Opin. Environ. Sustain.*, **1**, 28–36.

North, G., 1984: The small ice cap instability in diffuse climate models. *J. Atmos. Sci.*, **41**, 3390–3395.

Notaro, M., 2008: Statistical identification of global hot spots in soil moisture feedbacks among IPCC AR4 models. *J. Geophys. Res.*, **113**, D09101.

Notz, D., 2009: The future of ice sheets and sea ice: Between reversible retreat and unstoppable loss. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20590–20595.

NRC, 2011: *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia*. National Academies Press, Washington, DC, 298 pp.

O'Connor, F., et al., 2010: Possible role of wetlands, permafrost, and methane hydrates in the methane cycle under future climate change: A review. *Rev. Geophys.*, **48**, RG4005.

O'Gorman, P., and T. Schneider, 2009a: Scaling of precipitation extremes over a wide range of climates simulated with an idealized GCM. *J. Clim.*, **22**, 5676–5685.

O'Gorman, P., and T. Schneider, 2009b: The physical basis for increases in precipitation extremes in simulations of 21st-century climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 14773–14777.

O'Gorman, P., R. Allan, M. Byrne, and M. Previdi, 2012: Energetic constraints on precipitation under climate change. *Surv. Geophys.*, **33**, 585–608.

O'Gorman, P. A., 2010: Understanding the varied response of the extratropical storm tracks to climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19176–19180.

O'Gorman, P. A., and C. J. Muller, 2010: How closely do changes in surface and column water vapor follow Clausius-Clapeyron scaling in climate change simulations? *Environ. Res. Lett.*, **5**, 025207.

Orlowsky, B., and S. I. Seneviratne, 2012: Global changes in extreme events: Regional and seasonal dimension. *Clim. Change*, **110**, 669–696.

Otto, A., et al., 2013: Energy budget constraints on climate response. *Nature Geosci.*, **6**, 415-416.

Overland, J. E., and M. Wang, 2013: When will the summer Arctic be nearly sea ice free? *Geophys. Res. Lett.*, doi:10.1002/grl.50316.

Overland, J. E., M. Wang, N. A. Bond, J. E. Walsh, V. M. Kattsov, and W. L. Chapman, 2011: Considerations in the selection of global climate models for regional climate projections: The Arctic as a case study. *J. Clim.*, **24**, 1583–1597.

Oyama, M. D., and C. A. Nobre, 2003: A new climate-vegetation equilibrium state for Tropical South America. *Geophys. Res. Lett.*, **30**, 2199.

Padilla, L., G. Vallis, and C. Rowley, 2011: Probabilistic estimates of transient climate sensitivity subject to uncertainty in forcing and natural variability. *J. Clim.*, **24**, 5521–5537.

Paeth, H., and F. Pollinger, 2010: Enhanced evidence in climate models for changes in extratropical atmospheric circulation. *Tellus A*, **62**, 647–660.

Pagani, M., Z. Liu, J. LaRiviere, and A. Ravelo, 2010: High Earth-system climate sensitivity determined from Pliocene carbon dioxide concentrations. *Nature Geosci.*, **3**, 27–30.

Pall, P., M. Allen, and D. Stone, 2007: Testing the Clausius-Clapeyron constraint on changes in extreme precipitation under $CO_2$ warming. *Clim. Dyn.*, **28**, 351–363.

Pennell, C., and T. Reichler, 2011: On the effective number of climate models. *J. Clim.*, **24**, 2358–2367.

Perkins, S. E., L. V. Alexander, and J. R. Nairn, 2012: Increasing frequency, intensity and duration of observed global heatwaves and warm spells. *Geophys. Res. Lett.*, **39**, L20714.

Perrie, W., Y. H. Yao, and W. Q. Zhang, 2010: On the impacts of climate change and the upper ocean on midlatitude northwest Atlantic landfalling cyclones. *J. Geophys. Res.*, **115**, D23110.

Piani, C., D. J. Frame, D. A. Stainforth, and M. R. Allen, 2005: Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophys. Res. Lett.*, **32**, L23825.

Pierce, D., et al., 2008: Attribution of declining Western US snowpack to human effects. *J. Clim.*, **21**, 6425–6444.

Pinto, J. G., U. Ulbrich, G. C. Leckebusch, T. Spangehl, M. Reyers, and S. Zacharias, 2007: Changes in storm track and cyclone activity in three SRES ensemble experiments with the ECHAM5/MPI-OM1 GCM. *Clim. Dyn.*, **29**, 195–210.

BLM_0074639

Pitman, A., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Plattner, G.-K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721– 2751.

Polvani, L. M., M. Previdi, and C. Deser, 2011: Large cancellation, due to ozone recovery, of future Southern Hemisphere atmospheric circulation trends. *Geophys. Res. Lett.*, **38**, L04707.

Pongratz, J., C. Reick, T. Raddatz, and M. Claussen, 2010: Biogeophysical versus biogeochemical climate response to historical anthropogenic land cover change. *Geophys. Res. Lett.*, **37**, L08702.

Port, U., V. Brovkin, and M. Claussen, 2012: The influence of vegetation dynamics on anthropogenic climate change. *Earth Syst. Dyn.*, **3**, 233–243.

Power, S., and G. Kociuba, 2011a: The impact of global warming on the Southern Oscillation Index. *Clim. Dyn.*, **37**, 1745–1754.

Power, S., F. Delage, R. Colman, and A. Moise, 2012: Consensus on twenty-first-century rainfall projections in climate models more widespread than previously thought. *J. Clim.*, **25**, 3792–3809.

Power, S. B., and G. Kociuba, 2011b: What caused the observed twentieth-century weakening of the Walker circulation? *J. Clim.*, **24**, 6501–6514.

Previdi, M., 2010: Radiative feedbacks on global precipitation. *Environ. Res. Lett.*, **5**, 025211.

Rahmstorf, S., et al., 2005: Thermohaline circulation hysteresis: A model intercomparison. *Geophys. Res. Lett.*, **32**, L23605.

Räisänen, J., 2007: How reliable are climate models? *Tellus A*, **59**, 2–29.

Räisänen, J., 2008: Warmer climate: Less or more snow? *Clim. Dyn.*, **30**, 307–319.

Räisänen, J., and L. Ruokolainen, 2006: Probabilistic forecasts of near-term climate change based on a resampling ensemble technique. *Tellus A*, **58**, 461–472.

Räisänen, J., and J. S. Ylhaisi, 2011: Cold months in a warming climate. *Geophys. Res. Lett.*, **38**, L22704.

Ramanathan, V., P. J. Crutzen, J. T. Kiehl, and D. Rosenfeld, 2001: Aerosols, climate, and the hydrologic cycle. *Science*, **294**, 2119–2124.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA pp. 349-416.

Rammig, A., et al., 2010: Estimating the risk of Amazonian forest dieback. *New Phytologist*, **187**, 694–706.

Randall, D. A., et al., 2007: Climate models and their evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 589–662.

Randalls, S., 2010: History of the 2°C climate target. *WIREs Climate Change*, **1**, 598–605.

Randel, W., and F. Wu, 2007: A stratospheric ozone profile data set for 1979–2005: Variability, trends, and comparisons with column ozone data. *J. Geophys. Res.*, **112**, D06313.

Randel, W. J., M. Park, F. Wu, and N. Livesey, 2007: A large annual cycle in ozone above the tropical tropopause linked to the Brewer-Dobson circulation. *J. Atmos. Sci.*, **64**, 4479–4488.

Randles, C., and V. Ramaswamy, 2008: Absorbing aerosols over Asia: A Geophysical Fluid Dynamics Laboratory general circulation model sensitivity study of model response to aerosol optical depth and aerosol absorption. *J. Geophys. Res.*, **113**, D21203.

Reagan, M., and G. Moridis, 2007: Oceanic gas hydrate instability and dissociation under climate change scenarios. *Geophys. Res. Lett.*, **34**, L22709.

Reagan, M., and G. Moridis, 2009: Large-scale simulation of methane hydrate dissociation along the West Spitsbergen Margin. *Geophys. Res. Lett.*, **36**, L23612.

Ridley, J., J. Lowe, and D. Simonin, 2008: The demise of Arctic sea ice during stabilisation at high greenhouse gas concentrations. *Clim. Dyn.*, **30**, 333–341.

Ridley, J., J. Lowe, C. Brierley, and G. Harris, 2007: Uncertainty in the sensitivity of Arctic sea ice to global warming in a perturbed parameter climate model ensemble. *Geophys. Res. Lett.*, **34**, L19704.

Ridley, J., J. Gregory, P. Huybrechts, and J. Lowe, 2010: Thresholds for irreversible decline of the Greenland ice sheet. *Clim. Dyn.*, **35**, 1049–1057.

Ridley, J. K., J. A. Lowe, and H. T. Hewitt, 2012: How reversible is sea ice loss? *Cryosphere*, **6**, 193–198.

Riley, W. J., et al., 2011: Barriers to predicting changes in global terrestrial methane fluxes: Analyses using CLM4ME, a methane biogeochemistry model integrated in CESM. *Biogeosciences*, **8**, 1925–1953.

Rind, D., 1987: The doubled $CO_2$ climate - Impact of the sea-surface temperature-gradient. *J. Atmos. Sci.*, **44**, 3235–3268.

Rinke, A., P. Kuhry, and K. Dethloff, 2008: Importance of a soil organic layer for Arctic climate: A sensitivity study with an Arctic RCM. *Geophys. Res. Lett.*, **35**, L13709.

Rive, N., A. Torvanger, T. Berntsen, and S. Kallbekken, 2007: To what extent can a long-term temperature target guide near-term climate change commitments? *Clim. Change*, **82**, 373–391.

Robinson, A., R. Calov, and A. Ganopolski, 2012: Multistability and critical thresholds of the Greenland ice sheet. *Nature Clim. Change*, **2**, 429–432.

Roeckner, E., M. A. Giorgetta, T. Crueger, M. Esch, and J. Pongratz, 2011: Historical and future anthropogenic emission pathways derived from coupled climate-carbon cycle simulations. *Clim. Change*, **105**, 91–108.

Roehrig, R., D. Bouniol, F. Guichard, F. Hourdin, and J.-L. Redelsperger, 2013: The present and future of the West African monsoon: A process-oriented assessment of CMIP5 simulations using the AMMA transect. *J. Clim.*, doi:10.1175/JCLI-D-12-00505.1.

Roesch, A., 2006: Evaluation of surface albedo and snow cover in AR4 coupled climate models. *J. Geophys. Res.*, **111**, D15111.

Rogelj, J., M. Meinshausen, and R. Knutti, 2012: Global warming under old and new scenarios using IPCC climate sensitivity range estimates. *Nature Clim. Change*, **2**, 248–253.

Rogelj, J., D. L. McCollum, B. C. O'Neill, and K. Riahi, 2013: 2020 emissions levels required to limit warming to below 2°C. *Nature Clim. Change*, **3**, 405–412.

Rogelj, J., et al., 2011: Emission pathways consistent with a 2°C global temperature limit. *Nature Clim. Change*, **1**, 413–418.

Rohling, E., and P. P. Members, 2012: Making sense of palaeoclimate sensitivity. *Nature*, **491**, 683–691.

Rohling, E., K. Grant, M. Bolshaw, A. Roberts, M. Siddall, C. Hemleben, and M. Kucera, 2009: Antarctic temperature and global sea level closely coupled over the past five glacial cycles. *Nature Geosci.*, **2**, 500–504.

Romanovsky, V. E., S. L. Smith, and H. H. Christiansen, 2010: Permafrost thermal state in the polar Northern Hemisphere during the international polar year 2007–2009: A synthesis. *Permafr. Periglac. Process.*, **21**, 106–116.

Rotstayn, L. D., S. J. Jeffrey, M. A. Collier, S. M. Dravitzki, A. C. Hirst, J. I. Syktus, and K. K. Wong, 2012: Aerosol- and greenhouse gas-induced changes in summer rainfall and circulation in the Australasian region: A study using single-forcing climate simulations. *Atmos. Chem. Phys.*, **12**, 6377–6404.

Rougier, J., 2007: Probabilistic inference for future climate using an ensemble of climate model evaluations. *Climatic Change*, **81**, 247–264.

Rougier, J., D. M. H. Sexton, J. M. Murphy, and D. Stainforth, 2009: Analyzing the climate sensitivity of the HadSM3 climate model using ensembles from different but related experiments. *J. Clim.*, **22**, 3540–3557.

Rowell, D. P., 2012: Sources of uncertainty in future changes in local precipitation. *Clim. Dyn.*, doi:10.1007/s00382–011–1210–2.

Rowlands, D. J., et al., 2012: Broad range of 2050 warming from an observationally constrained large climate model ensemble. *Nature Geosci.*, **5**, 256–260.

Ruosteenoja, K., H. Tuomenvirta, and K. Jylha, 2007: GCM-based regional temperature and precipitation change estimates for Europe under four SRES scenarios applying a super-ensemble pattern-scaling method. *Clim. Change*, **81**, 193–208.

Saenko, O. A., A. S. Gupta, and P. Spence, 2012: On challenges in predicting bottom water transport in the Southern Ocean. *J. Clim.*, **25**, 1349–1356.

Saito, K., M. Kimoto, T. Zhang, K. Takata, and S. Emori, 2007: Evaluating a high-resolution climate model: Simulated hydrothermal regimes in frozen ground regions and their change under the global warming scenario. *J. Geophys. Res.*, **112**, F02S11.

Sallée, J-B., E. Shuckburgh, N. Bruneau, A. J. S. Meijers, T. Bracegirdle, and Z. Wang, 2013a: Assessment of Southern Ocean mixed-layer depths in CMIP5 models: Historical bias and forcing response. *J. Geophys. Res.*, doi:10.1002/jgrc.20157.

Sallée, J-B., E. Shuckburgh, N. Bruneau, A. J. S. Meijers, T. J. Bracegirdle, Z. Wang, and T. Roy, 2013b: Assessment of Southern Ocean water mass circulation and characteristics in CMIP5 models: Historical bias and forcing response. *J. Geophys. Res.*, doi:10.1002/jgrc.20135.

**12**

BLM_0074640

Sanchez-Gomez, E., S. Somot, and A. Mariotti, 2009: Future changes in the Mediterranean water budget projected by an ensemble of regional climate models. *Geophys. Res. Lett.*, **36**, L21401.

Sanderson, B. M., 2011: A multimodel study of parametric uncertainty in predictions of climate response to rising greenhouse gas concentrations. *J. Clim.*, **25**, 1362–1377.

Sanderson, B. M., 2013: On the estimation of systematic error in regression-based predictions of climate sensitivity. *Clim. Change*, doi:10.1007/s10584–012–0671–6.

Sanderson, B. M., and R. Knutti, 2012: On the interpretation of constrained climate model ensembles. *Geophys. Res. Lett.*, **39**, L16708.

Sanderson, B. M., K. M. Shell, and W. Ingram, 2010: Climate feedbacks determined using radiative kernels in a multi-thousand member ensemble of AOGCMs. *Clim. Dyn.*, **35**, 1219–1236.

Sanderson, B. M., et al., 2008: Constraints on model response to greenhouse gas forcing and the role of subgrid-scale processes. *J. Clim.*, **21**, 2384–2400.

Sanderson, M. G., D. L. Hemming, and R. A. Betts, 2011: Regional temperature and precipitation changes under high-end (>= 4°C) global warming. *Philos. Trans. R. Soc. A*, **369**, 85–98.

Sanso, B., and C. Forest, 2009: Statistical calibration of climate system properties. *J. R. Stat. Soc. C*, **58**, 485–503.

Sanso, B., C. E. Forest, and D. Zantedeschi, 2008: Inferring climate system properties using a computer model. *Bayes. Anal.*, **3**, 1–37.

Sansom, P. G., D. B. Stephenson, C. A. T. Ferro, G. Zappa, and L. Shaffrey, 2013: Simple uncertainty frameworks for selecting weighting schemes and interpreting multimodel ensemble climate change projections. *J. Clim.*, doi:10.1175/JCLI-D-12-00462.1.

Santer, B. D., T. M. L. Wigley, M. E. Schlesinger, and J. F. B. Mitchell, 1990: *Developing Climate Scenarios from Equilibrium GCM Results*. Max-Planck-Institut-für-Meteorologie Report. Max-Planck-Institut-für-Meteorologie, Hamburg, Germany, 29 pp.

Scaife, A. A., et al., 2012: Climate change projections and stratosphere-troposphere interaction. *Clim. Dyn.*, **38**, 2089–2097.

Schaefer, K., T. Zhang, L. Bruhwiler, and A. Barrett, 2011: Amount and timing of permafrost carbon release in response to climate warming. *Tellus B*, **63**, 165–180.

Schär, C., P. L. Vidale, D. Lüthi, C. Frei, C. Häberli, M. A. Liniger, and C. Appenzeller, 2004: The role of increasing temperature variability in European summer heatwaves. *Nature*, **427**, 332–336.

Scheff, J., and D. M. W. Frierson, 2012: Robust future precipitation declines in CMIP5 largely reflect the poleward expansion of model subtropical dry zones. *Geophys. Res. Lett.*, **39**, L18704.

Scheffer, M., et al., 2009: Early-warning signals for critical transitions. *Nature*, **461**, 53–59.

Schlesinger, M., 1986: Equilibrium and transient climatic warming induced by increased atmospheric $CO_2$. *Clim. Dyn.*, **1**, 35–51.

Schlesinger, M., et al., 2000: Geographical distributions of temperature change for scenarios of greenhouse gas and sulfur dioxide emissions. *Technol. Forecast. Soc. Change*, **65**, 167–193.

Schmidt, M. W. I., et al., 2011: Persistence of soil organic matter as an ecosystem property. *Nature*, **478**, 49–56.

Schmittner, A., et al., 2011: Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum. *Science*, **334**, 1385–1388.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schneider von Deimling, T., M. Meinshausen, A. Levermann, V. Huber, K. Frieler, D. Lawrence, and V. Brovkin, 2012: Estimating the near-surface permafrost-carbon feedback on global warming. *Biogeosciences*, **9**, 649–665.

Schoof, C., 2007: Ice sheet grounding line dynamics: Steady states, stability, and hysteresis. *J. Geophys. Res.*, **112**, F03S28.

Schröder, D., and W. M. Connolley, 2007: Impact of instantaneous sea ice removal in a coupled general circulation model. *Geophys. Res. Lett.*, **34**, L14502.

Schuenemann, K. C., and J. J. Cassano, 2010: Changes in synoptic weather patterns and Greenland precipitation in the 20th and 21st centuries: 2. Analysis of 21st century atmospheric changes using self-organizing maps. *J. Geophys. Res.*, **115**, D05108.

Schuur, E., J. Vogel, K. Crummer, H. Lee, J. Sickman, and T. Osterkamp, 2009: The effect of permafrost thaw on old carbon release and net carbon exchange from tundra. *Nature*, **459**, 556–559.

Schwalm, C. R., et al., 2012: Reduction in carbon uptake during turn of the century drought in western North America. *Nature Geosci.*, **5**, 551–556.

Schwartz, S., R. Charlson, R. Kahn, J. Ogren, and H. Rodhe, 2010: Why hasn't Earth warmed as much as expected? *J. Clim.*, **23**, 2453–2464.

Schwartz, S., R. Charlson, R. Kahn, J. Ogren, and H. Rodhe, 2012: Reply to "Comments on 'Why hasn't Earth warmed as much as expected?'". *J. Clim.*, **25**, 2200–2204.

Schwartz, S. E., 2012: Determination of Earth's transient and equilibrium climate sensitivities from observations over the twentieth century: Strong dependence on assumed forcing. *Surv. Geophys.*, **33**, 745–777.

Schweiger, A., R. Lindsay, J. Zhang, M. Steele, H. Stern, and R. Kwok, 2011: Uncertainty in modeled Arctic sea ice volume. *J. Geophys. Res.*, **116**, C00D06.

Screen, J., and I. Simmonds, 2010: The central role of diminishing sea ice in recent Arctic temperature amplification. *Nature*, **464**, 1334–1337.

Screen, J. A., N. P. Gillett, A. Y. Karpechko, and D. P. Stevens, 2010: Mixed layer temperature response to the Southern Annular Mode: Mechanisms and model representation. *J. Clim.*, **23**, 664–678.

Seager, R., and G. A. Vecchi, 2010: Greenhouse warming and the 21st century hydroclimate of the southwestern North America. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 21277–21282.

Seager, R., and N. Naik, 2012: A mechanisms-based approach to detecting recent anthropogenic hydroclimate change. *J. Clim.*, **25**, 236–261.

Seager, R., N. Naik, and G. A. Vecchi, 2010: Thermodynamic and dynamic mechanisms for large-scale changes in the hydrological cycle in response to global warming. *J. Clim.*, **23**, 4651–4668.

Seager, R., et al., 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science*, **316**, 1181–1184.

Sedláček, J., R. Knutti, O. Martius, and U. Beyerle, 2011: Impact of a reduced Arctic sea ice cover on ocean and atmospheric properties. *J. Clim.*, **25**, 307–319.

Seidel, D., and W. Randel, 2007: Recent widening of the tropical belt: Evidence from tropopause observations. *J. Geophys. Res.*, **112**, D20113.

Seidel, D. J., Q. Fu, W. J. Randel, and T. J. Reichler, 2008: Widening of the tropical belt in a changing climate. *Nature Geosci.*, **1**, 21–24.

Sen Gupta, A., A. Santoso, A. Taschetto, C. Ummenhofer, J. Trevena, and M. England, 2009: Projected changes to the Southern Hemisphere ocean and sea ice in the IPCC AR4 climate models. *J. Clim.*, **22**, 3047–3078.

Seneviratne, S. I., D. Lüthi, M. Litschi, and C. Schär, 2006: Land-atmosphere coupling and climate change in Europe. *Nature*, **443**, 205–209.

Seneviratne, S. I., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth Sci. Rev.*, **99**, 125–161.

Seneviratne, S. I., et al., 2012: Changes in climate extremes and their impacts on the natural physical environment. In: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change (IPCC)* [C. B. Field, et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 109–230.

Senior, C. A., and J. F. B. Mitchell, 2000: The time-dependence of climate sensitivity. *Geophys. Res. Lett.*, **27**, 2685–2688.

Serreze, M., A. Barrett, J. Stroeve, D. Kindig, and M. Holland, 2009: The emergence of surface-based Arctic amplification. *Cryosphere*, **3**, 11–19.

Serreze, M. C., and J. A. Francis, 2006: The Arctic amplification debate. *Clim. Change*, **76**, 241–264.

Sexton, D., H. Grubb, K. Shine, and C. Folland, 2003: Design and analysis of climate model experiments for the efficient estimation of anthropogenic signals. *J. Clim.*, **16**, 1320–1336.

Sexton, D. M. H., and J. M. Murphy, 2012: Multivariate probabilistic projections using imperfect climate models. Part II: Robustness of methodological choices and consequences for climate sensitivity. *Clim. Dyn.*, 2543–2558.

Sexton, D. M. H., J. M. Murphy, M. Collins, and M. J. Webb, 2012: Multivariate probabilistic projections using imperfect climate models. Part I: Outline of methodology. *Clim. Dyn.*, 2513–2542.

Shepherd, T. G., and C. McLandress, 2011: A robust mechanism for strengthening of the Brewer-Dobson circulation in response to climate change: Critical-layer control of subtropical wave breaking. *J. Atmos. Sci.*, **68**, 784–797.

Sherwood, S. C., 2010: Direct versus indirect effects of tropospheric humidity changes on the hydrologic cycle. *Environ. Res. Lett.*, **5**, 025206.

12

BLM_0074641

Sherwood, S. C., and M. Huber, 2010: An adaptability limit to climate change due to heat stress. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 9552–9555.

Sherwood, S. C., W. Ingram, Y. Tsushima, M. Satoh, M. Roberts, P. L. Vidale, and P. A. O'Gorman, 2010: Relative humidity changes in a warmer climate. *J. Geophys. Res.*, **115**, D09104.

Shindell, D., et al., 2012: Simultaneously mitigating near-term climate change and improving human health and food security. *Science*, **335**, 183–189.

Shindell, D. T., et al., 2006: Simulations of preindustrial, present-day, and 2100 conditions in the NASA GISS composition and climate model G-PUCCINI. *Atmos. Chem. Phys.*, **6**, 4427–4459.

Shindell, D. T., et al., 2013a: Interactive ozone and methane chemistry in GISS-E2 historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2653–2689.

Shindell, D. T., et al., 2013b: Radiative forcing in the ACCMIP historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2939–2974.

Shine, K. P., J. Cook, E. J. Highwood, and M. M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30**, 2047.

Shiogama, H., S. Emori, K. Takahashi, T. Nagashima, T. Ogura, T. Nozawa, and T. Takemura, 2010a: Emission scenario dependency of precipitation on global warming in the MIROC3.2 model. *J. Clim.*, **23**, 2404–2417.

Shiogama, H., et al., 2010b: Emission scenario dependencies in climate change assessments of the hydrological cycle. *Clim. Change*, **99**, 321–329.

Shkolnik, I., E. Nadyozhina, T. Pavlova, E. Molkentin, and A. Semioshina, 2010: Snow cover and permafrost evolution in Siberia as simulated by the MGO regional climate model in the 20th and 21st centuries. *Environ. Res. Lett.*, **5**, 015005.

Shongwe, M. E., G. J. van Oldenborgh, B. van den Hurk, and M. van Aalst, 2011: Projected changes in mean and extreme precipitation in Africa under global warming. Part II: East Africa. *J. Clim.*, **24**, 3718–3733.

Siegenthaler, U., and H. Oeschger, 1984: Transient temperature changes due to increasing $CO_2$ using simple models. *Ann. Glaciol.*, **5**, 153–159.

Sigmond, M., P. C. Siegmund, E. Manzini, and H. Kelder, 2004: A simulation of the separate climate effects of middle-atmosphere and tropospheric $CO_2$ doubling. *J. Clim.*, **17**, 2352–2367.

Sillmann, J., and E. Roeckner, 2008: Indices for extreme events in projections of anthropogenic climate change. *Clim. Change*, **86**, 83–104.

Sillmann, J., and M. Croci-Maspoli, 2009: Present and future atmospheric blocking and its impact on European mean and extreme climate. *Geophys. Res. Lett.*, **36**, L10702.

Sillmann, J., V. V. Kharin, F. W. Zwiers, X. Zhang, and D. Bronaugh, 2013: Climate extremes indices in the CMIP5 multimodel ensemble: Part 2. Future climate projections. *J. Geophys. Res.*, **118**, 2473–2493.

Simmons, A. J., K. M. Willett, P. D. Jones, P. W. Thorne, and D. P. Dee, 2010: Low-frequency variations in surface atmospheric humidity, temperature, and precipitation: Inferences from reanalyses and monthly gridded observational data sets. *J. Geophys. Res.*, **115**, D01110.

Simpkins, G. R., and A. Y. Karpechko, 2012: Sensitivity of the southern annular mode to greenhouse gas emission scenarios. *Clim. Dyn.*, **38**, 563–572.

Slater, A. G., and D. M. Lawrence, 2013: Diagnosing present and future permafrost from climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00341.1.

Smeets, E. M. W., L. F. Bouwmanw, E. Stehfest, D. P. van Vuuren, and A. Posthuma, 2009: Contribution of $N_2O$ to the greenhouse gas balance of first-generation biofuels. *Global Change Biol.*, **15**, 1–23.

Smith, L., Y. Sheng, G. MacDonald, and L. Hinzman, 2005: Disappearing Arctic lakes. *Science*, **308**, 1429–1429.

Smith, L., et al., 2004: Siberian peatlands a net carbon sink and global methane source since the early Holocene. *Science*, **303**, 353–356.

Smith, R. L., C. Tebaldi, D. Nychka, and L. O. Mearns, 2009: Bayesian modeling of uncertainty in ensembles of climate models. *J. Am. Stat. Assoc.*, **104**, 97–116.

Smith, S. J., J. van Aardenne, Z. Klimont, R. J. Andres, A. Volke, and S. Delgado Arias, 2011: Anthropogenic sulfur dioxide emissions: 1850–2005. *Atmos. Chem. Phys.*, **11**, 1101–1116.

Smith, S. M., J. A. Lowe, N. H. A. Bowerman, L. K. Gohar, C. Huntingford, and M. R. Allen, 2012: Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Clim. Change*, **2**, 535–538.

Sobel, A. H., and S. J. Camargo, 2011: Projected future seasonal changes in tropical summer climate. *J. Clim.*, **24**, 473–487.

Soden, B., I. Held, R. Colman, K. Shell, J. Kiehl, and C. Shields, 2008: Quantifying climate feedbacks using radiative kernels. *J. Clim.*, **21**, 3504–3520.

Soden, B. J., and I. M. Held, 2006: An assessment of climate feedbacks in coupled ocean-atmosphere models. *J. Clim.*, **19**, 3354–3360.

Soden, B. J., and G. A. Vecchi, 2011: The vertical distribution of cloud feedback in coupled ocean-atmosphere models. *Geophys. Res. Lett.*, **38**, L12704.

Sohn, B. J., and S.-C. Park, 2010: Strengthened tropical circulations in past three decades inferred from water vapor transport. *J. Geophys. Res.*, **115**, D15112.

Sokolov, A. P., et al., 2009: Probabilistic forecast for twenty-first-century climate based on uncertainties in emissions (without policy) and climate parameters. *J. Clim.*, **23**, 2230–2231.

Solgaard, A. M., and P. L. Langen, 2012: Multistability of the Greenland ice sheet and the effects of an adaptive mass balance formulation. *Clim. Dyn.*, **39**, 1599–1612.

Solomon, S., G. Plattner, R. Knutti, and P. Friedlingstein, 2009: Irreversible climate change due to carbon dioxide emissions. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 1704–1709.

Solomon, S., J. Daniel, T. Sanford, D. Murphy, G. Plattner, R. Knutti, and P. Friedlingstein, 2010: Persistence of climate changes due to a range of greenhouse gases. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 18354–18359.

Solomon, S., et al., 2007: Technical Summary. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 19–92.

Son, S. W., et al., 2010: Impact of stratospheric ozone on Southern Hemisphere circulation change: A multimodel assessment. *J. Geophys. Res.*, **115**, D00M07.

Sörensson, A., C. Menendez, R. Ruscica, P. Alexander, P. Samuelsson, and U. Willen, 2010: Projected precipitation changes in South America: A dynamical downscaling within CLARIS. *Meteorol. Z.*, **19**, 347–355.

Spence, P., O. A. Saenko, C. O. Dufour, J. Le Sommer, and M. H. England, 2012: Mechanisms maintaining Southern Ocean meridional heat transport under projected wind forcing. *J. Phys. Oceanogr.*, **42**, 1923–1931.

St. Clair, S., J. Hillier, and P. Smith, 2008: Estimating the pre-harvest greenhouse gas costs of energy crop production. *Biomass Bioenerg.*, **32**, 442–452.

Stachnik, J. P., and C. Schumacher, 2011: A comparison of the Hadley circulation in modern reanalyses. *J. Geophys. Res.*, **116**, D22102.

Stephenson, D. B., M. Collins, J. C. Rougier, and R. E. Chandler, 2012: Statistical problems in the probabilistic prediction of climate change. *Environmetrics*, **23**, 364–372.

Sterl, A., et al., 2008: When can we expect extremely high surface temperatures? *Geophys. Res. Lett.*, **35**, L14703.

Stott, P., G. Jones, and J. Mitchell, 2003: Do models underestimate the solar contribution to recent climate change? *J. Clim.*, **16**, 4079–4093.

Stott, P., P. Good, G. A. Jones, N. Gillett, and E. Hawkins, 2013: The upper end of climate model temperature projections is inconsistent with past warming. *Environ. Res. Lett.*, **8**, 014024.

Stouffer, R., 2004: Time scales of climate response. *J. Clim.*, **17**, 209–217.

Stouffer, R. J., and S. Manabe, 1999: Response of a coupled ocean-atmosphere model to increasing atmospheric carbon dioxide: Sensitivity to the rate of increase. *J. Clim.*, **12**, 2224–2237.

Stowasser, M., H. Annamalai, and J. Hafner, 2009: Response of the South Asian summer monsoon to global warming: Mean and synoptic systems. *J. Clim.*, **22**, 1014–1036.

Stroeve, J., M. Holland, W. Meier, T. Scambos, and M. Serreze, 2007: Arctic sea ice decline: Faster than forecast. *Geophys. Res. Lett.*, **34**, L09501.

Stroeve, J. C., V. Kattsov, A. Barrett, M. Serreze, T. Pavlova, M. Holland, and W. N. Meier, 2012: Trends in Arctic sea ice extent from CMIP5, CMIP3 and observations. *Geophys. Res. Lett.*, **39**, L16502.

Stuber, N., M. Ponater, and R. Sausen, 2005: Why radiative forcing might fail as a predictor of climate change. *Clim. Dyn.*, **24**, 497–510.

Sudo, K., M. Takahashi, and H. Akimoto, 2003: Future changes in stratosphere-troposphere exchange and their impacts on future tropospheric ozone simulations. *Geophys. Res. Lett.*, **30**, 2256.

Sugiyama, M., H. Shiogama, and S. Emori, 2010: Precipitation extreme changes exceeding moisture content increases in MIROC and IPCC climate models. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 571–575.

Sun, Y., S. Solomon, A. Dai, and R. W. Portmann, 2007: How often will it rain? *J. Clim.*, **20**, 4801–4818.

BLM_0074642

Sutton, R.T., B.W. Dong, and J. M. Gregory, 2007: Land/sea warming ratio in response to climate change: IPCC AR4 model results and comparison with observations. *Geophys. Res. Lett.*, **34**, L02701.

Swann, A. L., I. Y. Fung, S. Levis, G. B. Bonan, and S. C. Doney, 2010: Changes in Arctic vegetation amplify high-latitude warming through the greenhouse effect. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 1295–1300.

Swart, N. C., and J. C. Fyfe, 2012: Observed and simulated changes in the Southern Hemisphere surface westerly wind-stress. *Geophys. Res. Lett.*, **39**, L16711.

Swingedouw, D., P. Braconnot, P. Delecluse, E. Guilyardi, and O. Marti, 2007: Quantifying the AMOC feedbacks during a 2xCO$_2$ stabilization experiment with land-ice melting. *Clim. Dyn.*, **29**, 521–534.

Swingedouw, D., T. Fichefet, P. Huybrechts, H. Goosse, E. Driesschaert, and M. Loutre, 2008: Antarctic ice-sheet melting provides negative feedbacks on future climate warming. *Geophys. Res. Lett.*, **35**, L17705.

Szopa, S., et al., 2013: Aerosol and ozone changes as forcing for climate evolution between 1850 and 2100. *Clim. Dyn.*, **40**, 2223–2250.

Takahashi, K., 2009a: Radiative constraints on the hydrological cycle in an idealized radiative-convective equilibrium model. *J. Atmos. Sci.*, **66**, 77–91.

Takahashi, K., 2009b: The global hydrological cycle and atmospheric shortwave absorption in climate models under CO$_2$ forcing. *J. Clim.*, **22**, 5667–5675.

Tanaka, K., and T. Raddatz, 2011: Correlation between climate sensitivity and aerosol forcing and its implication for the "climate trap". *Clim. Change*, **109**, 815–825.

Tarnocai, C., J. Canadell, E. Schuur, P. Kuhry, G. Mazhitova, and S. Zimov, 2009: Soil organic carbon pools in the northern circumpolar permafrost region. *Global Biogeochem. Cycles*, **23**, GB2023.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: A summary of the CMIP5 experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Tebaldi, C., and R. Knutti, 2007: The use of the multi-model ensemble in probabilistic climate projections. *Philos. Trans. R. Soc. A*, **365**, 2053–2075.

Tebaldi, C., and D. B. Lobell, 2008: Towards probabilistic projections of climate change impacts on global crop yields. *Geophys. Res. Lett.*, **35**, L08705.

Tebaldi, C., and B. Sanso, 2009: Joint projections of temperature and precipitation change from multiple climate models: A hierarchical Bayesian approach. *J. R. Stat. Soc. A*, **172**, 83–106.

Tebaldi, C., J. M. Arblaster, and R. Knutti, 2011: Mapping model agreement on future climate projections. *Geophys. Res. Lett.*, **38**, L23701.

Tebaldi, C., K. Hayhoe, J. M. Arblaster, and G. A. Meehl, 2006: Going to the extremes. *Clim. Change*, **79**, 185–211.

Terray, L., L. Corre, S. Cravatte, T. Delcroix, G. Reverdin, and A. Ribes, 2012: Near-surface salinity as nature's rain gauge to detect human influence on the tropical water cycle. *J. Clim.*, **25**, 958–977.

Thorne, P., 2008: Arctic tropospheric warming amplification? *Nature*, **455**, E1–E2.

Tietsche, S., D. Notz, J. H. Jungclaus, and J. Marotzke, 2011: Recovery mechanisms of Arctic summer sea ice. *Geophys. Res. Lett.*, **38**, L02707.

Tjiputra, J. F., et al., 2013: Evaluation of the carbon cycle components in the Norwegian Earth System Model (NorESM). *Geosci. Model Dev.*, **6**, 301–325.

Tokinaga, H., S.-P. Xie, C. Deser, Y. Kosaka, and Y. M. Okumura, 2012: Slowdown of the Walker circulation driven by tropical Indo-Pacific warming. *Nature*, **491**, 439–443.

Trapp, R. J., N. S. Diffenbaugh, and A. Gluhovsky, 2009: Transient response of severe thunderstorm forcing to elevated greenhouse gas concentrations. *Geophys. Res. Lett.*, **36**, L01703.

Trapp, R. J., N. S. Diffenbaugh, H. E. Brooks, M. E. Baldwin, E. D. Robinson, and J. S. Pal, 2007: Changes in severe thunderstorm environment frequency during the 21st century caused by anthropogenically enhanced global radiative forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 19719–19723.

Trenberth, K. E., and D. J. Shea, 2005: Relationships between precipitation and surface temperature. *Geophys. Res. Lett.*, **32**, L14703.

Trenberth, K. E., and J. T. Fasullo, 2009: Global warming due to increasing absorbed solar radiation. *Geophys. Res. Lett.*, **36**, L07706.

Trenberth, K. E., and J. T. Fasullo, 2010: Simulation of present-day and twenty-first-century energy budgets of the Southern Oceans. *J. Clim.*, **23**, 440–454.

Turner, J., T. J. Bracegirdle, T. Phillips, G. J. Marshall, and J. S. Hosking, 2013: An initial assessment of Antarctic sea ice extent in the CMIP5 models. *J. Clim.*, **26**, 1473–1484.

Ueda, H., A. Iwai, K. Kuwako, and M. Hori, 2006: Impact of anthropogenic forcing on the Asian summer monsoon as simulated by eight GCMs. *Geophys. Res. Lett.*, **33**, L06703.

Ulbrich, U., G. C. Leckebusch, and J. G. Pinto, 2009: Extra-tropical cyclones in the present and future climate: A review. *Theor. Appl. Climatol.*, **96**, 117–131.

Ulbrich, U., et al., 2013: Are greenhouse gas signals of Northern Hemisphere winter extra-tropical cyclone activity dependent on the identification and tracking algorithm? *Meteorol. Z.*, **22**, 61–68.

UNEP, 2010: The emissions gap report: Are the Copenhagen Accord pledges sufficient to limit global warming to 2°C or 1.5°C? , 55 pp.

Utsumi, N., S. Seto, S. Kanae, E. E. Maeda, and T. Oki, 2011: Does higher surface temperature intensify extreme precipitation? *Geophys. Res. Lett.*, **38**, L16708.

Vaks, A., et al., 2013: Speleothems reveal 500,000-year history of Siberian permafrost. *Science*, **340**, 183–186.

Van Klooster, S. L., and P. J. Roebber, 2009: Surface-based convective potential in the contiguous United States in a business-as-usual future climate. *J. Clim.*, **22**, 3317–3330.

van Vuuren, D. P., et al., 2011: RCP3–PD: Exploring the possibilities to limit global mean temperature change to less than 2°C. *Clim. Change*, **109**, 95–116.

Vavrus, S., M. Holland, and D. Bailey, 2011: Changes in Arctic clouds during intervals of rapid sea ice loss. *Clim. Dyn.*, **36**, 1475–1489.

Vavrus, S. J., M. M. Holland, A. Jahn, D. A. Bailey, and B. A. Blazey, 2012: Twenty-first-century Arctic climate change in CCSM4. *J. Clim.*, **25**, 2696–2710.

Vecchi, G. A., and B. J. Soden, 2007: Global warming and the weakening of the tropical circulation. *Bull. Am. Meteorol. Soc.*, **88**, 1529–1530.

Vecchi, G. A., B. J. Soden, A. T. Wittenberg, I. M. Held, A. Leetmaa, and M. J. Harrison, 2006: Weakening of tropical Pacific atmospheric circulation due to anthropogenic forcing. *Nature*, **441**, 73–76.

Vial, J., J.-L. Dufresne, and S. Bony, 2013: On the interpretation of inter-model spread in CMIP5 climate sensitivity estimates. *Clim. Dyn.*, doi:10.1007/s00382-013-1725-9.

Vidale, P. L., D. Lüthi, R. Wegmann, and C. Schär, 2007: European summer climate variability in a heterogeneous multi-model ensemble. *Clim. Change*, **81**, 209–232.

Voldoire, A., et al., 2013: The CNRM-CM5.1 global climate model: Description and basic evaluation. *Clim. Dyn.*, **40**, 2091–2121.

Voss, R., and U. Mikolajewicz, 2001: Long-term climate changes due to increased CO$_2$ concentration in the coupled atmosphere-ocean general circulation model ECHAM3/LSG. *Clim. Dyn.*, **17**, 45–60.

Wadhams, P., 2012: Arctic ice cover, ice thickness and tipping points. *Ambio*, **41**, 23–33.

Walker, R., et al., 2009: Protecting the Amazon with protected areas. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 10582–10586.

Wang, M., and J. Overland, 2009: A sea ice free summer Arctic within 30 years? *Geophys. Res. Lett.*, **36**, L07502.

Wang, M., and J. E. Overland, 2012: A sea ice free summer Arctic within 30 years: An update from CMIP5 models. *Geophys. Res. Lett.*, **39**, L18501.

Wania, R., I. Ross, and I. Prentice, 2009: Integrating peatlands and permafrost into a dynamic global vegetation model: 2. Evaluation and sensitivity of vegetation and carbon cycle processes. *Global Biogeochem. Cycles*, **23**, GB3015.

Washington, W., et al., 2009: How much climate change can be avoided by mitigation? *Geophys. Res. Lett.*, **36**, L08703.

Watanabe, S., et al., 2011: MIROC-ESM 2010: Model description and basic results of CMIP5-20c3m experiments. *Geosci. Model Dev.*, **4**, 845–872.

Watterson, I. G., 2008: Calculation of probability density functions for temperature and precipitation change under global warming. *J. Geophys. Res.*, **113**, D12106.

Watterson, I. G., 2011: Calculation of joint PDFs for climate change with properties matching recent Australian projections. *Aust. Meteorol. Oceanogr. J.*, **61**, 211–219.

Watterson, I. G., and P. H. Whetton, 2011a: Joint PDFs for Australian climate in future decades and an idealized application to wheat crop yield. *Aust. Meteorol. Oceanogr. J.*, **61**, 221–230.

Watterson, I. G., and P. H. Whetton, 2011b: Distributions of decadal means of temperature and precipitation change under global warming. *J. Geophys. Res.*, **116**, D07101.

Watterson, I. G., J. L. McGregor, and K. C. Nguyen, 2008: Changes in extreme temperatures of Australasian summer simulated by CCAM under global warming, and the roles of winds and land-sea contrasts. *Aust. Meteorol. Mag.*, **57**, 195–212.

WBGU, 2009: *Solving the Climate Dilemma: The Budget Approach*. German Advisory Council on Global Change, Berlin, 59 pp.

**12**

BLM_0074643

Weaver, A., K. Zickfeld, A. Montenegro, and M. Eby, 2007: Long term climate implications of 2050 emission reduction targets. *Geophys. Res. Lett.*, **34**, L19703.

Weaver, A. J., et al., 2012: Stability of the Atlantic meridional overturning circulation: A model intercomparison. *Geophys. Res. Lett.*, **39**, L20709.

Webb, M., et al., 2006: On the contribution of local feedback mechanisms to the range of climate sensitivity in two GCM ensembles. *Clim. Dyn.*, **27**, 17–38.

Webb, M. J., F. H. Lambert, and J. M. Gregory, 2013: Origins of differences in climate sensitivity, forcing and feedback in climate models. *Clim. Dyn.*, **40**, 677–707.

Weber, S., et al., 2007: The modern and glacial overturning circulation in the Atlantic Ocean in PMIP coupled model simulations. *Clim. Past*, **3**, 51–64.

Weertman, J., 1974: Stability of the junction of an ice sheet and an ice shelf. *J. Glaciol.*, **13**, 3–11.

Wehner, M., D. Easterling, J. Lawrimore, R. Heim, R. Vose, and B. Santer, 2011: Projections of future drought in the continental United States and Mexico. *J. Hydrometeorol.*, **12**, 1359–1377.

Weigel, A., R. Knutti, M. Liniger, and C. Appenzeller, 2010: Risks of model weighting in multimodel climate projections. *J. Clim.*, **23**, 4175–4191.

Wentz, F., L. Ricciardulli, K. Hilburn, and C. Mears, 2007: How much more rain will global warming bring? *Science*, **317**, 233–235.

Wetherald, R., and S. Manabe, 1988: Cloud feedback processes in a General-Circulation Model. *J. Atmos. Sci.*, **45**, 1397–1415.

Wetherald, R. T., R. J. Stouffer, and K. W. Dixon, 2001: Committed warming and its implications for climate change. *Geophys. Res. Lett.*, **28**, 1535–1538.

Wigley, T. M. L., 2005: The climate change commitment. *Science*, **307**, 1766–1769.

Wilcox, L. J., A. J. Charlton-Perez, and L. J. Gray, 2012: Trends in Austral jet position in ensembles of high- and low-top CMIP5 models. *J. Geophys. Res.*, **117**, D13115.

Willett, K., and S. Sherwood, 2012: Exceedance of heat index thresholds for 15 regions under a warming climate using the wet-bulb globe temperature. *Int. J. Climatol.*, **32**, 161–177.

Williams, J. W., S. T. Jackson, and J. E. Kutzbach, 2007: Projected distributions of novel and disappearing climates by 2100 AD. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 5738–5742.

Williams, K. D., W. J. Ingram, and J. M. Gregory, 2008: Time variation of effective climate sensitivity in GCMs. *J. Clim.*, **21**, 5076–5090.

Winton, M., 2006a: Amplified Arctic climate change: What does surface albedo feedback have to do with it? *Geophys. Res. Lett.*, **33**, L03701.

Winton, M., 2006b: Does the Arctic sea ice have a tipping point? *Geophys. Res. Lett.*, **33**, L23504.

Winton, M., 2008: Sea ice-albedo feedback and nonlinear Arctic climate change. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications* [E. T. DeWeaver, C. M. Bitz and L. B. Tremblay (eds.)]. American Geophysical Union, Washington, DC, pp. 111–131.

Winton, M., 2011: Do climate models underestimate the sensitivity of Northern Hemisphere sea ice cover? *J. Clim.*, **24**, 3924–3934.

WMO, 2007: *Scientific assessment of ozone depletion*. In: *2006, Global Ozone Research and Monitoring Project*. World Meteorological Organization, Geneva, Switzerland, 572 pp.

Wood, R., A. Keen, J. Mitchell, and J. Gregory, 1999: Changing spatial structure of the thermohaline circulation in response to atmospheric $CO_2$ forcing in a climate model. *Nature*, **399**, 572–575.

Woollings, T., 2008: Vertical structure of anthropogenic zonal-mean atmospheric circulation change. *Geophys. Res. Lett.*, **35**, L19702.

Woollings, T., and M. Blackburn, 2012: The North Atlantic jet stream under climate change and its relation to the NAO and EA patterns. *J. Clim.*, **25**, 886–902.

Woollings, T., J. M. Gregory, J. G. Pinto, M. Reyers, and D. J. Brayshaw, 2012: Response of the North Atlantic storm track to climate change shaped by ocean-atmosphere coupling. *Nature Geosci.*, **5**, 313–317.

Wu, P., R. Wood, J. Ridley, and J. Lowe, 2010: Temporary acceleration of the hydrological cycle in response to a $CO_2$ rampdown. *Geophys. Res. Lett.*, **37**, L12705.

Wu, P., L. Jackson, A. Pardaens, and N. Schaller, 2011a: Extended warming of the northern high latitudes due to an overshoot of the Atlantic meridional overturning circulation. *Geophys. Res. Lett.*, **38**, L24704.

Wu, T., et al., 2013: Global carbon budgets simulated by the Beijing Climate Center Climate System Model for the last century. *J. Geophys. Res.*, doi:10.1002/jgrd.50320.

Wu, Y., M. Ting, R. Seager, H.-P. Huang, and M. A. Cane, 2011b: Changes in storm tracks and energy transports in a warmer climate simulated by the GFDL CM2.1 model. *Clim. Dyn.*, **37**, 53–72.

Wyant, M. C., et al., 2006: A comparison of low-latitude cloud properties and their response to climate change in three AGCMs sorted into regimes using mid-tropospheric vertical velocity. *Clim. Dyn.*, **27**, 261–279.

Xie, P., and G. Vallis, 2012: The passive and active nature of ocean heat uptake in idealized climate change experiments. *Clim. Dyn.*, **38**, 667–684.

Xie, S. P., C. Deser, G. A. Vecchi, J. Ma, H. Y. Teng, and A. T. Wittenberg, 2010: Global warming pattern formation: Sea surface temperature and rainfall. *J. Clim.*, **23**, 966–986.

Xin, X., L. Zhang, J. Zhang, T. Wu, and Y. Fang, 2013a: Climate change projections over East Asia with BCC_CSM1.1 climate model under RCP scenarios. *J. Meteorol. Soc. Jpn.*, **4**, 413-429.

Xin, X., T. Wu, J. Li, Z. Wang, W. Li, and F. Wu, 2013b: How well does BCC_CSM1.1 reproduce the 20th century climate change in China? *Atmos. Ocean. Sci. Lett.*, **6**, 21–26.

Yang, F. L., A. Kumar, M. E. Schlesinger, and W. Q. Wang, 2003: Intensity of hydrological cycles in warmer climates. *J. Clim.*, **16**, 2419–2423.

Yin, J., J. Overpeck, S. Griffies, A. Hu, J. Russell, and R. Stouffer, 2011: Different magnitudes of projected subsurface ocean warming around Greenland and Antarctica. *Nature Geosci.*, **4**, 524–528.

Yokohata, T., M. Webb, M. Collins, K. Williams, M. Yoshimori, J. Hargreaves, and J. Annan, 2010: Structural similarities and differences in climate responses to $CO_2$ increase between two perturbed physics ensembles. *J. Clim.*, **23**, 1392–1410.

Yokohata, T., J. D. Annan, M. Collins, C. S. Jackson, M. Tobis, M. Webb, and J. C. Hargreaves, 2012: Reliability of multi-model and structurally different single-model ensembles. *Clim. Dyn.*, **39**, 599–616.

Young, P. J., K. H. Rosenlof, S. Solomon, S. C. Sherwood, Q. Fu, and J.-F. Lamarque, 2012: Changes in stratospheric temperatures and their implications for changes in the Brewer Dobson circulation, 1979–2005. *J. Clim.*, **25**, 1759–1772.

Yukimoto, S., et al., 2012: A new global climate model of the Meteorological Research Institute: MRI-CGCM3–Model description and basic performance. *J. Meteorol. Soc. Jpn.*, **90A**, 23–64.

Zappa, G., L. C. Shaffrey, K. I. Hodges, P. G. Sansom, and D. B. Stephenson, 2013: A multi-model assessment of future projections of North Atlantic and European extratropical cyclones in the CMIP5 climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00573.1.

Zelazowski, P., Y. Malhi, C. Huntingford, S. Sitch, and J. Fisher, 2011: Changes in the potential distribution of humid tropical forests on a warmer planet. *Philos. Trans. R. Soc. A*, **369**, 137–160.

Zelinka, M., and D. Hartmann, 2010: Why is longwave cloud feedback positive? *J. Geophys. Res.*, **115**, D16117.

Zelinka, M., S. Klein, and D. Hartmann, 2012: Computing and partitioning cloud feedbacks using Cloud property histograms. Part II: Attribution to changes in cloud amount, altitude, and optical depth. *J. Clim.*, **25**, 3736–3754.

Zhang, M., and H. Song, 2006: Evidence of deceleration of atmospheric vertical overturning circulation over the tropical Pacific. *Geophys. Res. Lett.*, **33**, L12701.

Zhang, M. H., and C. Bretherton, 2008: Mechanisms of low cloud-climate feedback in idealized single-column simulations with the Community Atmospheric Model, version 3 (CAM3). *J. Clim.*, **21**, 4859–4878.

Zhang, R., 2010a: Northward intensification of anthropogenically forced changes in the Atlantic meridional overturning circulation (AMOC). *Geophys. Res. Lett.*, **37**, L24603.

Zhang, T., 2005: Influence of the seasonal snow cover on the ground thermal regime: An overview. *Rev. Geophys.*, **43**, RG4002.

Zhang, T., J. A. Heginbottom, R. G. Barry, and J. Brown, 2000: Further statistics on the distribution of permafrost and ground ice in the Northern Hemisphere 1. *Polar Geogr.*, **24**, 126–131.

Zhang, X., 2010b: Sensitivity of Arctic summer sea ice coverage to global warming forcing: Towards reducing uncertainty in arctic climate change projections. *Tellus A*, **62**, 220–227.

Zhang, X., and J. Walsh, 2006: Toward a seasonally ice-covered Arctic Ocean: Scenarios from the IPCC AR4 model simulations. *J. Clim.*, **19**, 1730–1747.

Zhang, X. B., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–U464.

Zhou, L. M., R. E. Dickinson, P. Dirmeyer, A. Dai, and S. K. Min, 2009: Spatiotemporal patterns of changes in maximum and minimum temperatures in multi-model simulations. *Geophys. Res. Lett.*, **36**, L02702.

BLM_0074644

Zhuang, Q., et al., 2004: Methane fluxes between terrestrial ecosystems and the atmosphere at northern high latitudes during the past century: A retrospective analysis with a process-based biogeochemistry model. *Global Biogeochem. Cycles*, **18**, GB3010.

Zickfeld, K., V. K. Arora, and N. P. Gillett, 2012: Is the climate response to $CO_2$ emissions path dependent? *Geophys. Res. Lett.*, **39**, L05703.

Zickfeld, K., B. Knopf, V. Petoukhov, and H. Schellnhuber, 2005: Is the Indian summer monsoon stable against global change? *Geophys. Res. Lett.*, **32**, L15707.

Zickfeld, K., M. Eby, H. Matthews, and A. Weaver, 2009: Setting cumulative emissions targets to reduce the risk of dangerous climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 16129–16134.

Zickfeld, K., M. Morgan, D. Frame, and D. Keith, 2010: Expert judgments about transient climate response to alternative future trajectories of radiative forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 12451–12456.

Zickfeld, K., et al., 2013: Long-term climate change commitment and reversibility: An EMIC intercomparison. *J. Clim.*, doi:10.1175/JCLI-D-12-00584.1.

Zimov, S., S. Davydov, G. Zimova, A. Davydova, E. Schuur, K. Dutta, and F. Chapin, 2006: Permafrost carbon: Stock and decomposability of a globally significant carbon pool. *Geophys. Res. Lett.*, **33**, L20502.

Zunz, V., H. Goosse, and F. Massonnet, 2013: How does internal variability influence the ability of CMIP5 models to reproduce the recent trend in Southern Ocean sea ice extent? *Cryosphere*, **7**, 451–468.

**12**

BLM_0074645

# 13

# Sea Level Change

**Coordinating Lead Authors:**

John A. Church (Australia), Peter U. Clark (USA)

**Lead Authors:**

Anny Cazenave (France), Jonathan M. Gregory (UK), Svetlana Jevrejeva (UK), Anders Levermann (Germany), Mark A. Merrifield (USA), Glenn A. Milne (Canada), R. Steven Nerem (USA), Patrick D. Nunn (Australia), Antony J. Payne (UK), W. Tad Pfeffer (USA), Detlef Stammer (Germany), Alakkat S. Unnikrishnan (India)

**Contributing Authors:**

David Bahr (USA), Jason E. Box (Denmark/USA), David H. Bromwich (USA), Mark Carson (Germany), William Collins (UK), Xavier Fettweis (Belgium), Piers Forster (UK), Alex Gardner (USA), W. Roland Gehrels (UK), Rianne Giesen (Netherlands), Peter J. Gleckler (USA), Peter Good (UK), Rune Grand Graversen (Sweden), Ralf Greve (Japan), Stephen Griffies (USA), Edward Hanna (UK), Mark Hemer (Australia), Regine Hock (USA), Simon J. Holgate (UK), John Hunter (Australia), Philippe Huybrechts (Belgium), Gregory Johnson (USA), Ian Joughin (USA), Georg Kaser (Austria), Caroline Katsman (Netherlands), Leonard Konikow (USA), Gerhard Krinner (France), Anne Le Brocq (UK), Jan Lenaerts (Netherlands), Stefan Ligtenberg (Netherlands), Christopher M. Little (USA), Ben Marzeion (Austria), Kathleen L. McInnes (Australia), Sebastian H. Mernild (USA), Didier Monselesan (Australia), Ruth Mottram (Denmark), Tavi Murray (UK), Gunnar Myhre (Norway), J.P. Nicholas (USA), Faezeh Nick (Norway), Mahé Perrette (Germany), David Pollard (USA), Valentina Radić (Canada), Jamie Rae (UK), Markku Rummukainen (Sweden), Christian Schoof (Canada), Aimée Slangen (Australia/Netherlands), Jan H. van Angelen (Netherlands), Willem Jan van de Berg (Netherlands), Michiel van den Broeke (Netherlands), Miren Vizcaíno (Netherlands), Yoshihide Wada (Netherlands), Neil J. White (Australia), Ricarda Winkelmann (Germany), Jianjun Yin (USA), Masakazu Yoshimori (Japan), Kirsten Zickfeld (Canada)

**Review Editors:**

Jean Jouzel (France), Roderik van de Wal (Netherlands), Philip L. Woodworth (UK), Cunde Xiao (China)

This chapter should be cited as:

Church, J.A., P.U. Clark, A. Cazenave, J.M. Gregory, S. Jevrejeva, A. Levermann, M.A. Merrifield, G.A. Milne, R.S. Nerem, P.D. Nunn, A.J. Payne, W.T. Pfeffer, D. Stammer and A.S. Unnikrishnan, 2013: Sea Level Change. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0074646

# Table of Contents

Executive Summary ...................................................... 1139

**13.1   Components and Models of Sea Level Change** .... 1142

13.1.1   Introduction and Chapter Overview ........................ 1142

13.1.2   Fundamental Definitions and Concepts .................. 1142

13.1.3   Processes Affecting Sea Level ................................ 1143

13.1.4   Models Used to Interpret Past and Project Future
Changes in Sea Level ............................................ 1144

**13.2   Past Sea Level Change** ...................................... 1145

13.2.1   The Geological Record ......................................... 1145

13.2.2   The Instrumental Record (~1700–2012) ................. 1146

**13.3   Contributions to Global Mean Sea Level Rise
During the Instrumental Period** ......................... 1150

13.3.1   Thermal Expansion Contribution ........................... 1150

13.3.2   Glaciers ............................................................. 1151

13.3.3   Greenland and Antarctic Ice Sheets ...................... 1153

13.3.4   Contributions from Water Storage on Land ............. 1155

13.3.5   Ocean Mass Observations from the Gravity
Recovery and Climate Experiment .......................... 1156

13.3.6   Budget of Global Mean Sea Level Rise ................... 1156

**Box 13.1: The Global Energy Budget** ............................. 1159

**13.4   Projected Contributions to Global Mean
Sea Level** ........................................................ 1161

13.4.1   Ocean Heat Uptake and Thermal Expansion ........... 1161

13.4.2   Glaciers ............................................................. 1163

13.4.3   Greenland Ice Sheet ............................................ 1165

13.4.4   Antarctic Ice Sheet .............................................. 1170

**Box 13.2: History of the Marine Ice-Sheet Instability
Hypothesis** ................................................................ 1175

13.4.5   Anthropogenic Intervention in Water Storage
on Land .............................................................. 1176

**13.5   Projections of Global Mean Sea Level Rise** ........... 1179

13.5.1   Process-Based Projections for the 21st Century ....... 1179

13.5.2   Semi-Empirical Projections for the 21st Century ..... 1182

13.5.3   Confidence in *Likely* Ranges and Bounds .............. 1184

13.5.4   Long-term Scenarios ............................................ 1186

**13.6   Regional Sea Level Changes** ............................... 1191

13.6.1   Regional Sea Level Changes, Climate Modes and
Forced Sea Level Response ................................... 1191

13.6.2   Coupled Model Intercomparison Project Phase 5
General Circulation Model Projections on Decadal
to Centennial Time Scales ..................................... 1192

13.6.3   Response to Atmospheric Pressure Changes ........... 1193

13.6.4   Response to Freshwater Forcing ............................ 1193

13.6.5   Regional Relative Sea Level Changes ..................... 1194

13.6.6   Uncertainties and Sensitivity to Ocean/Climate
Model Formulations and Parameterizations ............. 1197

**13.7   Projections of 21st Century Sea Level
Extremes and Waves** ........................................ 1200

13.7.1   Observed Changes in Sea Level Extremes .............. 1200

13.7.2   Projections of Sea Level Extremes ........................ 1200

13.7.3   Projections of Ocean Waves ................................. 1202

**13.8   Synthesis and Key Uncertainties** ........................ 1204

**References** ................................................................ 1206

**Frequently Asked Questions**

FAQ 13.1   Why Does Local Sea Level Change Differ
from the Global Average? ................................ 1148

FAQ 13.2   Will the Greenland and Antarctic Ice Sheets
Contribute to Sea Level Change over the
Rest of the Century? ....................................... 1177

**Supplementary Material**

*Supplementary Material is available in online versions of the report.*

13

BLM_0074647

## Executive Summary

This chapter considers changes in global mean sea level, regional sea level, sea level extremes, and waves. Confidence in projections of global mean sea level rise has increased since the Fourth Assessment Report (AR4) because of the improved physical understanding of the components of sea level, the improved agreement of process-based models with observations, and the inclusion of ice-sheet dynamical changes.

### Past Sea Level Change

**Paleo sea level records from warm periods during the last 3 million years indicate that global mean sea level has exceeded 5 m above present (*very high confidence*)[1] when global mean temperature was up to 2°C warmer than pre-industrial (*medium confidence*).** There is *very high confidence* that maximum global mean sea level during the last interglacial period (~129 to 116 ka) was, for several thousand years, at least 5 m higher than present and *high confidence* that it did not exceed 10 m above present, implying substantial contributions from the Greenland and Antarctic ice sheets. This change in sea level occurred in the context of different orbital forcing and with high latitude surface temperature, averaged over several thousand years, at least 2°C warmer than present (*high confidence*) {5.3.4, 5.6.1, 5.6.2, 13.2.1}

**Proxy and instrumental sea level data indicate a transition in the late 19th century to the early 20th century from relatively low mean rates of rise over the previous two millennia to higher rates of rise (*high confidence*). It is *likely*[2] that the rate of global mean sea level rise has continued to increase since the early 20th century, with estimates that range from 0.000 [−0.002 to 0.002] mm yr$^{-2}$ to 0.013 [0.007 to 0.019] mm yr$^{-2}$.** It is *very likely* that the global mean rate was 1.7 [1.5 to 1.9] mm yr$^{-1}$ between 1901 and 2010 for a total sea level rise of 0.19 [0.17 to 0.21] m. Between 1993 and 2010, the rate was *very likely* higher at 3.2 [2.8 to 3.6] mm yr$^{-1}$; similarly high rates *likely* occurred between 1920 and 1950. {3.7.2, 3.7.4, 5.6.3, 13.2.1, 13.2.2, Figure 13.3}

### Understanding of Sea Level Change

**Ocean thermal expansion and glacier melting have been the dominant contributors to 20th century global mean sea level rise.** Observations since 1971 indicate that thermal expansion and glaciers (excluding Antarctic glaciers peripheral to the ice sheet) explain 75% of the observed rise (*high confidence*). The contribution of the Greenland and Antarctic ice sheets has increased since the early 1990s, partly from increased outflow induced by warming of the immediately adjacent ocean. Natural and human-induced land water storage changes have made only a small contribution; the rate of groundwater depletion has increased and now exceeds the rate of reservoir impoundment. Since 1993, when observations of all sea level components are available, the sum of contributions equals the observed global mean sea level rise within uncertainties (*high confidence*). {Chapters 3, 4, 13.3.6, Figure 13.4, Table 13.1}

**There is *high confidence* in projections of thermal expansion and Greenland surface mass balance, and *medium confidence* in projections of glacier mass loss and Antarctic surface mass balance.** There has been substantial progress in ice-sheet modelling, particularly for Greenland. Process-based model calculations of contributions to past sea level change from ocean thermal expansion, glacier mass loss and Greenland ice-sheet surface mass balance are consistent with available observational estimates of these contributions over recent decades. Ice-sheet flowline modelling is able to reproduce the observed acceleration of the main outlet glaciers in the Greenland ice sheet, thus allowing estimates of the 21st century dynamical response (*medium confidence*). Significant challenges remain in the process-based projections of the dynamical response of marine-terminating glaciers and marine-based sectors of the Antarctic ice sheet. Alternative means of projection of the Antarctic ice-sheet contribution (extrapolation within a statistical framework and informed judgement) provide *medium confidence* in a *likely* range. There is currently *low confidence* in projecting the onset of large-scale grounding line instability in the marine-based sectors of the Antarctic ice sheet. {13.3.1 to 13.3.3, 13.4.3, 13.4.4}

**The sum of thermal expansion simulated by Coupled Model Intercomparison Project phase 5 (CMIP5) Atmosphere–Ocean General Circulation Models (AOGCMs), glacier mass loss computed by global glacier models using CMIP5 climate change simulations, and estimates of land water storage explain 65% of the observed global mean sea level rise for 1901–1990 and 90% for 1971–2010 and 1993–2010 (*high confidence*).** When observed climate parameters are used, the glacier models indicate a larger Greenland peripheral glacier contribution in the first half of the 20th century such that the sum of thermal expansion, glacier mass loss and changes in land water storage and a small ongoing Antarctic ice-sheet contribution are within 20% of the observations throughout the 20th century. Model-based estimates of ocean thermal expansion and glacier contributions indicate that the greater rate of global mean sea level rise since 1993 is a response to radiative forcing (RF, both anthropogenic and natural) and increased loss of ice-sheet mass and not part of a natural oscillation (*medium confidence*). {13.3.6, Figures 13.4, 13.7, Table 13.1}

---

[1] In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2] In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

13

1139

BLM_0074648

### The Earth's Energy Budget

**Independent estimates of effective RF of the climate system, the observed heat storage, and surface warming combine to give an energy budget for the Earth that is closed within uncertainties (***high confidence***), and is consistent with the** *likely* **range of climate sensitivity.** The largest increase in the storage of heat in the climate system over recent decades has been in the oceans; this is a powerful observation for the detection and attribution of climate change. {Boxes 3.1, 13.1}

### Global Mean Sea Level Rise Projections

**It is** *very likely* **that the rate of global mean sea level rise during the 21st century will exceed the rate observed during 1971–2010 for all Representative Concentration Pathway (RCP) scenarios due to increases in ocean warming and loss of mass from glaciers and ice sheets. Projections of sea level rise are larger than in the AR4, primarily because of improved modeling of land-ice contributions. For the period 2081–2100, compared to 1986–2005, global mean sea level rise is** *likely* **(***medium confidence***) to be in the 5 to 95% range of projections from process-based models, which give 0.26 to 0.55 m for RCP2.6, 0.32 to 0.63 m for RCP4.5, 0.33 to 0.63 m for RCP6.0, and 0.45 to 0.82 m for RCP8.5. For RCP8.5, the rise by 2100 is 0.52 to 0.98 m with a rate during 2081–2100 of 8 to 16 mm yr$^{-1}$.** We have considered the evidence for higher projections and have concluded that there is currently insufficient evidence to evaluate the probability of specific levels above the assessed *likely* range. Based on current understanding, only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a meter of sea level rise during the 21st century. {13.5.1, Table 13.5, Figures 13.10, 13.11}

**Some semi-empirical models project a range that overlaps the process-based** *likely* **range while others project a median and 95th percentile that are about twice as large as the process-based models. In nearly every case, the semi-empirical model 95th percentile is higher than the process-based** *likely* **range.** Despite the successful calibration and evaluation of semi-empirical models against the observed 20th century sea level record, there is no consensus in the scientific community about their reliability, and consequently *low confidence* in projections based on them. {13.5.2, 13.5.3, Figure 13.12}

**It is** *virtually certain* **that global mean sea level rise will continue beyond 2100, with sea level rise due to thermal expansion to continue for many centuries. The amount of longer term sea level rise depends on future emissions.** The few available process-based models that go beyond 2100 indicate global mean sea level rise above the pre-industrial level to be less than 1 m by 2300 for greenhouse gas concentrations that peak and decline and remain below 500 ppm $CO_2$-eq, as in scenario RCP2.6. For a radiative forcing that corresponds to above 700 ppm $CO_2$-eq but below 1500 ppm, as in the scenario RCP8.5, the projected rise is 1 m to more than 3 m

(*medium confidence*). This assessment is based on *medium confidence* in the modelled contribution from thermal expansion and *low confidence* in the modelled contribution from ice sheets. The amount of ocean thermal expansion increases with global warming (0.2 to 0.6 m °C$^{-1}$) but the rate of the glacier contribution decreases over time as their volume (currently 0.41 m sea level equivalent) decreases. Sea level rise of several meters could result from long-term mass loss by ice sheets (consistent with paleo data observations of higher sea levels during periods of warmer temperatures), but there is *low confidence* in these projections. Sea level rise of 1 to 3 m per degree of warming is projected if the warming is sustained for several millennia (*low confidence*). {13.5.4, Figures 13.4.3, 13.4.4}

**The available evidence indicates that sustained global warming greater than a certain threshold above pre-industrial would lead to the near-complete loss of the Greenland ice sheet over a millennium or more, causing a global mean sea level rise of about 7 m.** Studies with fixed ice-sheet topography indicate the threshold is greater than 2°C but less than 4°C (*medium confidence*) of global mean surface temperature rise with respect to pre-industrial. The one study with a dynamical ice sheet suggests the threshold is greater than about 1°C (*low confidence*) global mean warming with respect to pre-industrial. We are unable to quantify a *likely* range. Whether or not a decrease in the Greenland ice sheet mass loss is irreversible depends on the duration and degree of exceedance of the threshold. Abrupt and irreversible ice loss from a potential instability of marine-based sectors of the Antarctic ice sheet in response to climate forcing is possible, but current evidence and understanding is insufficient to make a quantitative assessment. {5.8, 13.3, 13.4 }

### Regional Sea Level Change Projections

**It is** *very likely* **that in the 21st century and beyond, sea level change will have a strong regional pattern, with some places experiencing significant deviations of local and regional sea level change from the global mean change.** Over decadal periods, the rates of regional sea level change as a result of climate variability can differ from the global average rate by more than 100% of the global average rate. By the end of the 21st century, it is *very likely* that over about 95% of the world ocean, regional sea level rise will be positive, and most regions that will experience a sea level fall are located near current and former glaciers and ice sheets. About 70% of the global coastlines are projected to experience a relative sea level change within 20% of the global mean sea level change. {13.6.5, Figures 13.18 to 13.22}

### Projections of 21st Century Sea Level Extremes and Surface Waves

**It is** *very likely* **that there will be a significant increase in the occurrence of future sea level extremes in some regions by 2100, with a** *likely* **increase in the early 21st century.** This increase will primarily be the result of an increase in mean sea level (*high confidence*), with the frequency of a particular sea level extreme increasing by an order of magnitude or more in some regions by the end of the 21st century. There is *low confidence* in region-specific projections of storminess and associated storm surges. {13.7.2, Figure 13.25}

**13**

BLM_0074649

**It is *likely* (*medium confidence*) that annual mean significant wave heights will increase in the Southern Ocean as a result of enhanced wind speeds.** Southern Ocean generated swells are *likely* to affect heights, periods, and directions of waves in adjacent basins. It is *very likely* that wave heights and the duration of the wave season will increase in the Arctic Ocean as a result of reduced sea-ice extent. In general, there is *low confidence* in region-specific projections due to the *low confidence* in tropical and extratropical storm projections, and to the challenge of downscaling future wind fields from coarse-resolution climate models. {13.7.3; Figure 13.26}

**13**

BLM_0074650

## 13.1   Components and Models of Sea Level Change

### 13.1.1   Introduction and Chapter Overview

Changes in sea level occur over a broad range of temporal and spatial scales, with the many contributing factors making it an integral measure of climate change (Milne et al., 2009; Church et al., 2010). The primary contributors to contemporary sea level change are the expansion of the ocean as it warms and the transfer of water currently stored on land to the ocean, particularly from land ice (glaciers and ice sheets) (Church et al., 2011a). Observations indicate the largest increase in the storage of heat in the climate system over recent decades has been in the oceans (Section 3.2) and thus sea level rise from ocean warming is a central part of the Earth's response to increasing greenhouse gas (GHG) concentrations.

The First IPCC Assessment Report (FAR) laid the groundwork for much of our current understanding of sea level change (Warrick and Oerlemans, 1990). This included the recognition that sea level had risen during the 20th century, that the rate of rise had increased compared to the 19th century, that ocean thermal expansion and the mass loss from glaciers were the main contributors to the 20th century rise, that during the 21st century the rate of rise was projected to be faster than during the 20th century, that sea level will not rise uniformly around the world, and that sea level would continue to rise well after GHG emissions are reduced. They also concluded that no major dynamic response of the ice sheets was expected during the 21st century, leaving ocean thermal expansion and the melting of glaciers as the main contributors to the 21st century rise. The Second Assessment Report (SAR) came to very similar conclusions (Warrick et al., 1996).

By the time of the Third Assessment Report (TAR), coupled Atmosphere–Ocean General Circulation Models (AOGCMs) and ice-sheet models largely replaced energy balance climate models as the primary techniques supporting the interpretation of observations and the projections of sea level (Church et al., 2001). This approach allowed consideration of the regional distribution of sea level change in addition to the global average change. By the time of the Fourth Assessment Report (AR4), there were more robust observations of the variations in the rate of global average sea level rise for the 20th century, some understanding of the variability in the rate of rise, and the satellite altimeter record was long enough to reveal the complexity of the time-variable spatial distribution of sea level (Bindoff et al., 2007). Nevertheless, three central issues remained. First, the observed sea level rise over decades was larger than the sum of the individual contributions estimated from observations or with models (Rahmstorf et al., 2007, 2012a), although in general the uncertainties are large enough that there was no significant contradiction. Second, it was not possible to make confident projections of the regional distribution of sea level rise. Third, there was insufficient understanding of the potential contributions from the ice sheets. In particular, the AR4 recognized that existing ice-sheet models were unable to simulate the recent observations of ice-sheet accelerations and that understanding of ice-sheet dynamics was too limited to assess the likelihood of continued acceleration or to provide a best estimate or an upper bound for their future contributions.

Despite changes in the scenarios between the four Assessments, the sea level projections for 2100 (compared to 1990) for the full range of scenarios were remarkably similar, with the reduction in the upper end in more recent reports reflecting the smaller increase in radiative forcing (RF) in recent scenarios due to smaller GHG emissions and the inclusion of aerosols, and a reduction in uncertainty in projecting the contributions: 31 to 110 cm in the FAR, 13 to 94 cm in the SAR, 9 to 88 cm in the TAR and 18 to 59 cm in AR4 (not including a possible additional allowance for a dynamic ice-sheet response).

Results since the AR4 show that for recent decades, sea level has continued to rise (Section 3.7). Improved and new observations of the ocean (Section 3.7) and the cryosphere (Chapter 4) and their representation in models have resulted in better understanding of 20th century sea level rise and its components (this chapter). Records of past sea level changes constrain long-term land-ice response to warmer climates as well as extend the observational record to provide a longer context for current sea level rise (Section 5.6).

This chapter provides a synthesis of past and contemporary sea level change at global and regional scales. Drawing on the published refereed literature, including as summarized in earlier chapters of this Assessment, we explain the reasons for contemporary change and assess confidence in and provide global and regional projections of *likely* sea level change for the 21st century and beyond. We discuss the primary factors that cause regional sea level to differ from the global average and how these may change in the future. In addition, we address projected changes in surface waves and the consequences of sea level and climate change for extreme sea level events.

### 13.1.2   Fundamental Definitions and Concepts

The height of the ocean surface at any given location, or sea level, is measured either with respect to the surface of the solid Earth (relative sea level (RSL)) or a geocentric reference such as the reference ellipsoid (geocentric sea level). RSL is the more relevant quantity when considering the coastal impacts of sea level change, and it has been measured using tide gauges during the past few centuries (Sections 13.2.2 and 3.7) and estimated for longer time spans from geological records (Sections 13.2.1 and 5.6). Geocentric sea level has been measured over the past two decades using satellite altimetry (Sections 13.2.2 and 3.7).

A temporal average for a given location, known as Mean Sea Level (MSL; see Glossary), is applied to remove shorter period variability. Apart from Section 13.7, which considers high-frequency changes in ocean surface height, the use of 'sea level' elsewhere in this chapter refers to MSL. It is common to average MSL spatially to define global mean sea level (GMSL; see Glossary). In principle, integrating RSL change over the ocean area gives the change in ocean water volume, which is directly related to the processes that dominate sea level change (changes in ocean temperature and land-ice volume). In contrast, a small correction (–0.15 to –0.5 mm yr$^{-1}$) needs to be subtracted from altimetry observations to estimate ocean water volume change (Tamisiea, 2011). Local RSL change can differ significantly from GMSL because of spatial variability in changes of the sea surface and ocean floor height (see FAQ 13.1 and Section 13.6).

13

BLM_0074651

### 13.1.3   Processes Affecting Sea Level

This chapter focusses on processes within the ocean, atmosphere, land ice, and hydrological cycle that are climate sensitive and are expected to contribute to sea level change at regional to global scales in the coming decades to centuries (Figure 13.1). Figure 13.2 is a navigation aid for the different sections of this chapter and sections of other chapters that are relevant to sea level change.

Changes in ocean currents, ocean density and sea level are all tightly coupled such that changes at one location impact local sea level and sea level far from the location of the initial change, including changes in sea level at the coast in response to changes in open-ocean temperature (Landerer et al., 2007; Yin et al., 2010). Although both temperature and salinity changes can contribute significantly to regional sea level change (Church et al., 2010), only temperature change produces a significant contribution to global average ocean volume change due to thermal expansion or contraction (Gregory and Lowe, 2000). Regional atmospheric pressure anomalies also cause sea level to vary through atmospheric loading (Wunsch and Stammer, 1997). All of these climate-sensitive processes cause sea level to vary on a broad range of space and time scales from relatively short-lived events, such as waves and storm surges, to sustained changes over several decades or centuries that are associated with atmospheric and ocean modes of climate variability (White et al., 2005; Miller and Douglas, 2007; Zhang and Church, 2012).

Water and ice mass exchange between the land and the oceans leads to a change in GMSL. A signal of added mass to the ocean propagates rapidly around the globe such that all regions experience a sea level change within days of the mass being added (Lorbacher et al., 2012). In addition, an influx of freshwater changes ocean temperature and salinity and thus changes ocean currents and local sea level (Stammer, 2008; Yin et al., 2009), with signals taking decades to propagate around

the global ocean. The coupled atmosphere–ocean system can also adjust to temperature anomalies associated with surface freshwater anomalies through air–sea feedbacks, resulting in dynamical adjustments of sea level (Okumura et al., 2009; Stammer et al., 2011). Water mass exchange between land and the ocean also results in patterns of sea level change called 'sea level fingerprints' (Clark and Lingle, 1977; Conrad and Hager, 1997; Mitrovica et al., 2001) due to change in the gravity field and vertical movement of the ocean floor associated with visco-elastic Earth deformation (Farrell and Clark, 1976). These changes in mass distribution also affect the Earth's inertia tensor and therefore rotation, which produces an additional sea level response (Milne and Mitrovica, 1998).

There are other processes that affect sea level but are not associated with contemporary climate change. Some of these result in changes that are large enough to influence the interpretation of observational records and sea level projections at regional and global scales. In particular, surface mass transfer from land ice to oceans during the last deglaciation contributes significantly to present-day sea level change due to the ongoing visco-elastic deformation of the Earth and the corresponding changes of the ocean floor height and gravity (referred to as glacial isostatic adjustment (GIA)) (Lambeck and Nakiboglu, 1984; Peltier and Tushingham, 1991). Ice sheets also have long response times and so continue to respond to past climate change (Section 13.1.5).

Anthropogenic processes that influence the amount of water stored in the ground or on its surface in lakes and reservoirs, or cause changes in land surface characteristics that influence runoff or evapotranspiration rates, will perturb the hydrological cycle and cause sea level change (Sahagian, 2000; Wada et al., 2010). Such processes include water impoundment (dams, reservoirs), irrigation schemes, and groundwater depletion (Section 13.4.5).



**Figure 13.1 |** Climate-sensitive processes and components that can influence global and regional sea level and are considered in this chapter. Changes in any one of the components or processes shown will result in a sea level change. The term 'ocean properties' refers to ocean temperature, salinity and density, which influence and are dependent on ocean circulation. Both relative and geocentric sea level vary with position. Note that the geocenter is not shown.

BLM_0074652



**Figure 13.2 |** Schematic representation of key linkages between processes and components that contribute to sea level change and are considered in this report. Colouring of individual boxes indicates the types of models and approaches used in projecting the contribution of each process or component to future sea level change. The diagram also serves as an index to the sections in this Assessment that are relevant to the assessment of sea level projections via the section numbers given at the bottom of each box. Note gravity and solid Earth effects change the shape of the ocean floor and surface and thus are required to infer changes in ocean water volume from both relative and geocentric sea level observations.

Sea level changes due to tectonic and coastal processes are beyond the scope of this chapter. With the exception of earthquakes, which can cause rapid local changes and tsunamis (Broerse et al., 2011) and secular RSL changes due to post-seismic deformation (Watson et al., 2010), tectonic processes cause, on average, relatively low rates of sea level change (order 0.1 mm yr⁻¹ or less; Moucha et al., 2008). Sediment transfer and compaction (including from ground water depletion) in the coastal zone are particularly important in deltaic regions (Blum and Roberts, 2009; Syvitski et al., 2009). Although they can dominate sea level change in these localized areas, they are less important as a source of sea level change at regional and global scales and so are not considered further in this chapter (see discussion in Working Group II, Chapter 5). Estimates of sediment delivery to the oceans (Syvitski and Kettner, 2011) suggest a contribution to GMSL rise of order 0.01 mm yr⁻¹.

### 13.1.4   Models Used to Interpret Past and Project Future Changes in Sea Level

AOGCMs have components representing the ocean, atmosphere, land, and cryosphere, and simulate sea surface height changes relative to the geoid resulting from the natural forcings of volcanic eruptions and changes in solar irradiance, and from anthropogenic increases in GHGs and aerosols (Chapter 9). AOGCMs also exhibit internally generated climate variability, including such modes as the El Niño-Southern Oscillation (ENSO), the Pacific Decadal Oscillation (PDO), the North Atlantic Oscillation (NAO) and others that affect sea level (White et al., 2005; Zhang and Church, 2012). Critical components for global and regional changes in sea level are changes in surface wind stress and air–sea heat and freshwater fluxes (Lowe and Gregory, 2006; Timmermann et al., 2010; Suzuki and Ishii, 2011) and the resultant changes in ocean density and circulation, for instance in the strength of the Atlantic Meridional Overturning Circulation (AMOC) (Yin et al., 2009; Lorbacher et al., 2010; Pardaens et al., 2011a). As in the real world, ocean density, circulation and sea level are dynamically connected in AOGCMs and evolve together. Offline models are required for simulating glacier and ice-sheet changes (Section 13.1.4.1).

Geodynamic surface-loading models are used to simulate the RSL response to past and contemporary changes in surface water and land-ice mass redistribution and contemporary atmospheric pressure changes. The sea surface height component of the calculation is based solely on water mass conservation and perturbations to gravity, with no considerations of ocean dynamic effects. Application of these models has focussed on annual and interannual variability driven by contemporary changes in the hydrological cycle and atmospheric loading (Clarke et al., 2005; Tamisiea et al., 2010), and on secular trends associated with past and contemporary changes in land ice and hydrology (Lambeck et al., 1998; Mitrovica et al., 2001; Peltier, 2004; Riva et al., 2010).

Semi-empirical models (SEMs) project sea level based on statistical relationships between observed GMSL and global mean temperature (Rahmstorf, 2007a; Vermeer and Rahmstorf, 2009; Grinsted et al., 2010) or total RF (Jevrejeva et al., 2009, 2010). The form of this relationship is motivated by physical considerations, and the parameters are determined from observational data—hence the term 'semi-empirical' (Rahmstorf et al., 2012b). SEMs do not explicitly simulate the underlying processes, and they use a characteristic response time that could be considerably longer than the time scale of interest (Rahmstorf, 2007a) or one that is explicitly determined by the model (Grinsted et al., 2010).

Storm-surge and wave-projection models are used to assess how changes in storminess and MSL impact sea level extremes and wave climates. The two main approaches involve dynamical (Lowe et al., 2010) and statistical models (Wang et al., 2010). The dynamical models are forced by near-surface wind and mean sea level pressure fields derived from regional or global climate models (Lowe et al., 2010).

In this chapter, we use the term 'process-based models' (see Glossary) to refer to sea level and land-ice models (Section 13.1.4.1) that aim to simulate the underlying processes and interactions, in contrast to

**13**

BLM_0074653

'semi-empirical models' which do not. Although these two approaches are distinct, semi-empirical methods are often employed in components of the process-based models (e.g., glacier models in which surface mass balance is determined by a degree-day method (Braithwaite and Olesen, 1989)).

#### 13.1.4.1 Models Used to Project Changes in Ice Sheets and Glaciers

The representation of glaciers and ice sheets within AOGCMs is not yet at a stage where projections of their changing mass are routinely available. Additional process-based models use output from AOGCMs to evaluate the consequences of projected climate change on these ice masses.

The overall contribution of an ice mass to sea level involves changes to either its surface mass balance (SMB) or changes in the dynamics of ice flow that affect outflow (i.e., solid ice discharge) to the ocean. SMB is primarily the difference between snow accumulation and the melt and sublimation of snow and ice (ablation). An assessment of observations related to this mass budget can be found in Section 4.4.2. Although some ice-sheet models used in projections incorporate both effects, most studies have focussed on either SMB or flow dynamics. It is assumed that the overall contribution can be found by summing the contributions calculated independently for these two sources, which is valid if they do not interact significantly. Although this can be addressed using a correction term to SMB in ice-sheet projections over the next century, such interactions become more important on longer time scales when, for example, changes in ice-sheet topography may significantly affect SMB or dynamics.

Projecting the sea level contribution of land ice requires comparing the model results with a base state that assumes no significant sea level contribution. This base state is taken to be either the pre-industrial period or, because of our scant knowledge of the ice sheets before the advent of satellites, the late 20th century. In reality, even at these times, the ice sheets may have been contributing to sea level change (Huybrechts et al., 2011; Box and Colgan, 2013) and this contribution, although difficult to quantify, should be included in the observed sea level budget (Gregory et al., 2013b).

Regional Climate Models (RCMs), which incorporate or are coupled to sophisticated representations of the mass and energy budgets associated with snow and ice surfaces, are now the primary source of ice-sheet SMB projections. A major source of uncertainty lies in the ability of these schemes to adequately represent the process of internal refreezing of melt water within the snowpack (Bougamont et al., 2007; Fausto et al., 2009). These models require information on the state of the atmosphere and ocean at their lateral boundaries, which are derived from reanalysis data sets or AOGCMs for past climate, or from AOGCM projections of future climate.

Models of ice dynamics require a fairly complete representation of stresses within an ice mass in order to represent the response of ice flow to changes at the marine boundary and the governing longitudinal stresses (Schoof, 2007a). For Antarctica, there is also a need to employ high spatial resolution (<1 km) to capture the dynamics of grounding

line migration robustly so that results do not depend to an unreasonable extent on model resolution (Durand et al., 2009; Goldberg et al., 2009; Morlighem et al., 2010; Cornford et al., 2013; Pattyn et al., 2013). One-dimensional flowline models have been developed to the stage that modelled iceberg calving is comparable with observations (Nick et al., 2009). The success of this modelling approach relies on the ability of the model's computational grid to evolve to continuously track the migrating calving front. Although this is relatively straightforward in a one-dimensional model, this technique is difficult to incorporate into three-dimensional ice-sheet models that typically use a computational grid that is fixed in space.

The main challenge faced by models attempting to assess sea level change from glaciers is the small number of glaciers for which mass budget observations are available (about 380) (Cogley, 2009a) (see Sections 4.3.1 and 4.3.4) as compared to the total number (the Randolph Glacier Inventory contains more than 170,000) (Arendt et al., 2012). Statistical techniques are used to derive relations between observed SMB and climate variables for the small sample of surveyed glaciers, and then these relations are used to upscale to regions of the world. These techniques often include volume–area scaling to estimate glacier volume from their more readily observable areas. Although tidewater glaciers may also be affected by changes in outflow related to calving, the complexity of the associated processes means that most studies limit themselves to assessing the effects of SMB changes.

## 13.2    Past Sea Level Change

### 13.2.1    The Geological Record

Records of past sea level change provide insight into the sensitivity of sea level to past climate change as well as context for understanding current changes and evaluating projected changes. Since the AR4, important progress has been made in understanding the amplitude and variability of sea level during past intervals when climate was warmer than pre-industrial, largely through better accounting of the effects of proxy uncertainties and GIA on coastal sequences (Kopp et al., 2009, 2013; Raymo et al., 2011; Dutton and Lambeck, 2012; Lambeck et al., 2012; Raymo and Mitrovica, 2012) (Chapter 5). Here we summarize the constraints provided by the record of past sea level variations during times when global temperature was similar to or warmer than today.

#### 13.2.1.1  The Middle Pliocene

There is *medium confidence* that during the warm intervals of the middle Pliocene (3.3 to 3.0 Ma), global mean surface temperatures were 2°C to 3.5°C warmer than for pre-industrial climate (Section 5.3.1). There are multiple lines of evidence that GMSL during these middle Pliocene warm periods was higher than today, but low agreement on how high it reached (Section 5.6.1). The most robust lines of evidence come from proximal sedimentary records that suggest periodic deglaciation of the West Antarctic ice sheet (WAIS) and parts of the East Antarctic ice sheet (EAIS) (Naish et al., 2009; Passchier, 2011) and from ice-sheet models that suggest near-complete deglaciation of the Greenland ice sheet, WAIS and partial deglaciation of the EAIS

BLM_0074654

(Pollard and DeConto, 2009; Hill et al., 2010; Dolan et al., 2011). The assessment by Chapter 5 suggests that GMSL was above present, but that it did not exceed 20 m above present, during the middle Pliocene warm periods (*high confidence*).

### 13.2.1.2   Marine Isotope Stage 11

During marine isotope stage 11 (MIS 11; 401 to 411 ka), Antarctic ice core and tropical Pacific paleo temperature estimates suggest that global temperature was 1.5°C to 2.0°C warmer than pre-industrial (*low confidence*) (Masson-Delmotte et al., 2010). Studies of the magnitude of sea level highstands from raised shorelines attributed to MIS 11 have generated highly divergent estimates. Since the AR4, studies have accounted for GIA effects (Raymo and Mitrovica, 2012) or reported elevations from sites where the GIA effects are estimated to be small (Muhs et al., 2012; Roberts et al., 2012). From this evidence, our assessment is that MIS 11 GMSL reached 6 to 15 m higher than present (*medium confidence*), requiring a loss of most or all of the present Greenland ice sheet and WAIS plus a reduction in the EAIS of up to 5 m equivalent sea level if sea level rise was at the higher end of the range.

### 13.2.1.3   The Last Interglacial Period

New data syntheses and model simulations since the AR4 indicate that during the Last Interglacial Period (LIG, ~129 to 116 ka), global mean annual temperature was 1°C to 2ºC warmer than pre-industrial (*medium confidence*) with peak global annual sea surface temperatures (SSTs) that were 0.7°C ± 0.6°C warmer (*medium confidence*) (Section 5.3.4). High latitude surface temperature, averaged over several thousand years, was at least 2°C warmer than present (*high confidence*) (Section 5.3.4). There is robust evidence and high agreement that under the different orbital forcing and warmer climate of the LIG, sea level was higher than present. There have been a large number of estimates of the magnitude of LIG GMSL rise from localities around the globe, but they are generally from a small number of RSL reconstructions, and do not consider GIA effects, which can be substantial (Section 5.6.2). Since the AR4, two approaches have addressed GIA effects in order to infer LIG sea level from RSL observations at coastal sites. Kopp et al. (2009, 2013) obtained a probabilistic estimate of GMSL based on a large and geographically broadly distributed database of LIG sea level indicators. Their analysis accounted for GIA effects (and their uncertainties) as well as uncertainties in geochronology, the interpretation of sea level indicators, and regional tectonic uplift and subsidence. Kopp et al. (2013) concluded that GMSL was 6.4 m (95% probability) and 7.7 m (67% probability) higher than present, and with a 33% probability that it exceeded 8.8 m. The other approach, taken by Dutton and Lambeck (2012), used data from far-field sites that are tectonically stable. Their estimate of 5.5 to 9 m LIG GMSL is consistent with the probabilistic estimates made by Kopp et al. (2009, 2013). Chapter 5 thus concluded there is *very high confidence* that the maximum GMSL during the LIG was at least 5 m higher than present and *high confidence* it did not exceed 10 m. The best estimate is 6 m higher than present. Chapter 5 also concluded from ice-sheet model simulations and elevation changes derived from a new Greenland ice core that the Greenland ice sheet *very likely* contributed between 1.4 and 4.3 m sea level equivalent. This implies with *medium confidence* a

contribution from the Antarctic ice sheet to the global mean sea level during the last interglacial period, but this is not yet supported by observational and model evidence.

There is *medium confidence* for a sea level fluctuation of up to 4 m during the LIG, but regional sea level variability and uncertainties in sea level proxies and their ages cause differences in the timing and amplitude of the reported fluctuation (Kopp et al., 2009, 2013; Thompson et al., 2011). For the time interval during the LIG in which GMSL was above present, there is *high confidence* that the maximum 1000-year average rate of GMSL rise associated with the sea level fluctuation exceeded 2 m kyr$^{-1}$ but that it did not exceed 7 m kyr$^{-1}$ (Chapter 5) (Kopp et al., 2013). Faster rates lasting less than a millennium cannot be ruled out by these data. Therefore, there is *high confidence* that there were intervals when rates of GMSL rise during the LIG exceeded the 20th century rate of 1.7 [1.5 to 1.9] mm yr$^{-1}$.

### 13.2.1.4   The Late Holocene

Since the AR4, there has been significant progress in resolving the sea level history of the last 7000 years. RSL records indicate that from ~7 to 3 ka, GMSL *likely* rose 2 to 3 m to near present-day levels (Chapter 5). Based on local sea level records spanning the last 2000 years, there is *medium confidence* that fluctuations in GMSL during this interval have not exceeded ~ ±0.25 m on time scales of a few hundred years (Section 5.6.3, Figure 13.3a). The most robust signal captured in salt marsh records from both Northern and Southern Hemispheres supports the AR4 conclusion for a transition from relatively low rates of change during the late Holocene (order tenths of mm yr$^{-1}$) to modern rates (order mm yr$^{-1}$) (Section 5.6.3, Figure 13.3b). However, there is variability in the magnitude and the timing (1840–1920) of this increase in both paleo and instrumental (tide gauge) records (Section 3.7). By combining paleo sea level records with tide gauge records at the same localities, Gehrels and Woodworth (2013) concluded that sea level began to rise above the late Holocene background rate between 1905 and 1945, consistent with the conclusions by Lambeck et al. (2004).

## 13.2.2   The Instrumental Record (~1700–2012)

The instrumental record of sea level change is mainly comprised of tide gauge measurements over the past two to three centuries (Figures 13.3b and 13.3c) and, since the early 1990s, of satellite-based radar altimeter measurements (Figure 13.3d).

### 13.2.2.1   The Tide Gauge Record (~1700–2012)

The number of tide gauges has increased since the first gauges at some northern European ports were installed in the 18th century; Southern Hemisphere (SH) measurements started only in the late 19th century. Section 3.7 assesses 20th century sea level rise estimates from tide gauges (Douglas, 2001; Church and White, 2006, 2011; Jevrejeva et al., 2006, 2008; Holgate, 2007; Ray and Douglas, 2011), and concludes that even though different strategies were developed to account for inhomogeneous tide gauge data coverage in space and time, and to correct for vertical crustal motions (also sensed by tide gauges, in addition to sea level change and variability), it is *very likely*

BLM_0074655



**Figure 13.3 |** (a) Paleo sea level data for the last 3000 years from Northern and Southern Hemisphere sites. The effects of glacial isostatic adjustment (GIA) have been removed from these records. Light green = Iceland (Gehrels et al., 2006), purple = Nova Scotia (Gehrels et al., 2005), bright blue = Connecticut (Donnelly et al., 2004), blue = Nova Scotia (Gehrels et al., 2005), red = United Kingdom (Gehrels et al., 2011), green = North Carolina (Kemp et al., 2011), brown = New Zealand (Gehrels et al., 2008), grey = mid-Pacific Ocean (Woodroffe et al., 2012). (b) Paleo sea level data from salt marshes since 1700 from Northern and Southern Hemisphere sites compared to sea level reconstruction from tide gauges (blue time series with uncertainty) (Jevrejeva et al., 2008). The effects of GIA have been removed from these records by subtracting the long-term trend (Gehrels and Woodworth, 2013). Ordinate axis on the left corresponds to the paleo sea level data. Ordinate axis on the right corresponds to tide gauge data. Green and light green = North Carolina (Kemp et al., 2011), orange = Iceland (Gehrels et al., 2006), purple = New Zealand (Gehrels et al., 2008), dark green = Tasmania (Gehrels et al., 2012), brown = Nova Scotia (Gehrels et al., 2005). (c) Yearly average global mean sea level (GMSL) reconstructed from tide gauges by three different approaches. Orange from Church and White (2011), blue from Jevrejeva et al. (2008), green from Ray and Douglas (2011) (see Section 3.7). (d) Altimetry data sets from five groups (University of Colorado (CU), National Oceanic and Atmospheric Administration (NOAA), Goddard Space Flight Centre (GSFC), Archiving, Validation and Interpretation of Satellite Oceanographic (AVISO), Commonwealth Scientific and Industrial Research Organisation (CSIRO)) with mean of the five shown as bright blue line (see Section 3.7). (e) Comparison of the paleo data from salt marshes (purple symbols, from (b)), with tide gauge and altimetry data sets (same line colours as in (c) and (d)). All paleo data were shifted by mean of 1700–1850 derived from the Sand Point, North Carolina data. The Jevrejeva et al. (2008) tide gauge data were shifted by their mean for 1700–1850; other two tide gauge data sets were shifted by the same amount. The altimeter time series has been shifted vertically upwards so that their mean value over the 1993–2007 period aligns with the mean value of the average of all three tide gauge time series over the same period.

13

BLM_0074656

**Frequently Asked Questions**

# FAQ 13.1 | Why Does Local Sea Level Change Differ from the Global Average?

*Shifting surface winds, the expansion of warming ocean water, and the addition of melting ice can alter ocean cur-*
*rents which, in turn, lead to changes in sea level that vary from place to place. Past and present variations in the*
*distribution of land ice affect the shape and gravitational field of the Earth, which also cause regional fluctuations*
*in sea level. Additional variations in sea level are caused by the influence of more localized processes such as sedi-*
*ment compaction and tectonics.*

Along any coast, vertical motion of either the sea or land surface can cause changes in sea level relative to the land
(known as relative sea level). For example, a local change can be caused by an increase in sea surface height, or by a
decrease in land height. Over relatively short time spans (hours to years), the influence of tides, storms and climatic
variability—such as El Niño—dominates sea level variations. Earthquakes and landslides can also have an effect by
causing changes in land height and, sometimes, tsunamis. Over longer time spans (decades to centuries), the influ-
ence of climate change—with consequent changes in volume of ocean water and land ice—is the main contributor
to sea level change in most regions. Over these longer time scales, various processes may also cause vertical motion
of the land surface, which can also result in substantial changes in relative sea level.

Since the late 20th century, satellite measurements of the height of the ocean surface relative to the center of the
Earth (known as geocentric sea level) show differing rates of geocentric sea level change around the world (see
FAQ 13.1, Figure 1). For example, in the western Pacific Ocean, rates were about three times greater than the global
mean value of about 3 mm per year from 1993 to 2012. In contrast, those in the eastern Pacific Ocean are lower
than the global mean value, with much of the west coast of the Americas experiencing a fall in sea surface height
over the same period. *(continued on next page)*



**FAQ13.1, Figure 1 |** Map of rates of change in sea surface height (geocentric sea level) for the period 1993–2012 from satellite altimetry. Also shown are relative
sea level changes (grey lines) from selected tide gauge stations for the period 1950–2012. For comparison, an estimate of global mean sea level change is also shown
(red lines) with each tide gauge time series. The relatively large, short-term oscillations in local sea level (grey lines) are due to the natural climate variability described
in the main text. For example, the large, regular deviations at Pago Pago are associated with the El Niño-Southern Oscillation.

BLM_0074657

FAQ 13.1 (continued)

Much of the spatial variation shown in FAQ 13.1, Figure 1 is a result of natural climate variability—such as El Niño and the Pacific Decadal Oscillation—over time scales from about a year to several decades. These climate variations alter surface winds, ocean currents, temperature and salinity, and hence affect sea level. The influence of these processes will continue during the 21st century, and will be superimposed on the spatial pattern of sea level change associated with longer term climate change, which also arises through changes in surface winds, ocean currents, temperature and salinity, as well as ocean volume. However, in contrast to the natural variability, the longer term trends accumulate over time and so are expected to dominate over the 21st century. The resulting rates of geocentric sea level change over this longer period may therefore exhibit a very different pattern from that shown in FAQ 13.1, Figure 1.

Tide gauges measure relative sea level, and so they include changes resulting from vertical motion of both the land and the sea surface. Over many coastal regions, vertical land motion is small, and so the long-term rate of sea level change recorded by coastal and island tide gauges is similar to the global mean value (see records at San Francisco and Pago Pago in FAQ 13.1, Figure 1). In some regions, vertical land motion has had an important influence. For example, the steady fall in sea level recorded at Stockholm (FAQ 13.1, Figure 1) is caused by uplift of this region after the melting of a large (>1 km thick) continental ice sheet at the end of the last Ice Age, between ~20,000 and ~9000 years ago. Such ongoing land deformation as a response to the melting of ancient ice sheets is a significant contributor to regional sea level changes in North America and northwest Eurasia, which were covered by large continental ice sheets during the peak of the last Ice Age.

In other regions, this process can also lead to land subsidence, which elevates relative sea levels, as it has at Charlottetown, where a relatively large increase has been observed, compared to the global mean rate (FAQ 13.1, Figure 1). Vertical land motion due to movement of the Earth's tectonic plates can also cause departures from the global mean sea level trend in some areas—most significantly, those located near active subduction zones, where one tectonic plate slips beneath another. For the case of Antofagasta (FAQ 13.1, Figure 1) this appears to result in steady land uplift and therefore relative sea level fall.

In addition to regional influences of vertical land motion on relative sea level change, some processes lead to land motion that is rapid but highly localized. For example, the greater rate of rise relative to the global mean at Manila (FAQ 13.1, Figure 1) is dominated by land subsidence caused by intensive groundwater pumping. Land subsidence due to natural and anthropogenic processes, such as the extraction of groundwater or hydrocarbons, is common in many coastal regions, particularly in large river deltas.



–3.0  –2.0  –1.0  0.0  0.2  0.4  0.6  0.8  1.0  1.1  1.2  1.3
Sea level change (mm yr⁻¹)

**FAQ13.1, Figure 2** | Model output showing relative sea level change due to melting of the Greenland ice sheet and the West Antarctic ice sheet at rates of 0.5 mm yr⁻¹ each (giving a global mean value for sea level rise of 1 mm yr⁻¹). The modelled sea level changes are less than the global mean value in areas near the melting ice but enhanced further afield. (Adapted from Milne et al., 2009)

It is commonly assumed that melting ice from glaciers or the Greenland and Antarctic ice sheets would cause globally uniform sea level rise, much like filling a bath tub with water. In fact, such melting results in regional variations in sea level due to a variety of processes, including changes in ocean currents, winds, the Earth's gravity field and land height. For example, computer models that simulate these latter two processes predict a regional fall in relative sea level around the melting ice sheets, because the gravitational attraction between ice and ocean water is reduced, and the land tends to rise as the ice melts (FAQ 13.1, Figure 2). However, further away from the ice sheet melting, sea level rise is enhanced, compared to the global average value.

In summary, a variety of processes drive height changes of the ocean surface and ocean floor, resulting in distinct spatial patterns of sea level change at local to regional scales. The combination of these processes produces a complex pattern of total sea level change, which varies through time as the relative contribution of each process changes. The global average change is a useful single value that reflects the contribution of climatic processes (e.g., land-ice melting and ocean warming), and represents a good estimate of sea level change at many coastal locations. At the same time, however, where the various regional processes result in a strong signal, there can be large departures from the global average value.

13

BLM_0074658

that the long-term trend estimate in GMSL is 1.7 [1.5 to 1.9] mm yr$^{-1}$ between 1901 and 2010 for a total sea level rise of 0.19 [0.17 to 0.21] m (Figure 13.3c). Interannual and decadal-scale variability is superimposed on the long-term MSL trend, and Chapter 3 noted that discrepancies between the various published MSL records are present at these shorter time scales.

Section 3.7 also concludes that it is *likely* that the rate of sea level rise increased from the 19th century to the 20th century. Taking this evidence in conjunction with the proxy evidence for a change of rate (Sections 5.6.3 and 13.2.1; Figure 13.3b), there is *high confidence* that the rate of sea level rise has increased during the last two centuries, and it is *likely* that GMSL has accelerated since the early 1900's. Because of the presence of low-frequency variations (e.g., multi-decadal variations seen in some tide gauge records; Chambers et al. (2012)), sea level acceleration results are sensitive to the choice of the analysis time span. When a 60-year oscillation is modelled along with an acceleration term, the estimated acceleration in GMSL (twice the quadratic term) computed over 1900–2010 ranges from 0.000 [−0.002 to 0.002] mm yr$^{-2}$ in the Ray and Douglas (2011) record, to 0.013 [0.007 to 0.019] mm yr$^{-2}$ in the Jevrejeva et al. (2008) record, and 0.012 [0.009 to 0.015] mm yr$^{-2}$ in the Church and White (2011) record. For comparison, Church and White (2011) estimated the acceleration term to be 0.009 [0.004 to 0.014] mm yr$^{-2}$ over the 1880–2009 time span when the 60-year cycle is not considered.

### 13.2.2.2   The Satellite Altimeter Record (1993–2012)

The high-precision satellite altimetry record started in 1992 and provides nearly global (±66°) sea level measurements at 10-day intervals. Ollivier et al. (2012) showed that Envisat, which observes to ±82° latitude, provides comparable GMSL estimates. Although there are slight differences at interannual time scales in the altimetry-based GMSL time series produced by different groups (Masters et al., 2012), there is very good agreement on the 20-year long GMSL trend (Figure 13.3d). After accounting for the ~ −0.3 mm yr$^{-1}$ correction related to the increasing size of the global ocean basins due to GIA (Peltier, 2009), a GMSL rate of 3.2 [2.8 to 3.6] mm yr$^{-1}$ over 1993–2012 is found by the different altimetry data processing groups. The current level of precision is derived from assessments of all source of errors affecting the altimetric measurements (Ablain et al., 2009) and from tide gauge comparisons (Beckley et al., 2010; Nerem et al., 2010). Chapter 3 concludes that the GMSL trend since 1993 is *very likely* higher compared to the mean rates over the 20th century, and that it is *likely* that GMSL rose between 1920 and 1950 at a rate comparable to that observed since 1993. This recent higher rate is also seen in tide gauge data over the same period, but on the basis of observations alone it does not necessarily reflect a recent acceleration, considering the previously reported multi-decadal variations of mean sea level. The rapid increase in GMSL since 2011 is related to the recovery from the 2011 La Niña event (Section 13.3.5) (Boening et al., 2012).

## 13.3   Contributions to Global Mean Sea Level Rise During the Instrumental Period

In order to assess our understanding of the causes of observed changes and our confidence in projecting future changes we compare observational estimates of contributions with results derived from AOGCM experiments, beginning in the late 19th century, forced with estimated past time-dependent anthropogenic changes in atmospheric composition and natural forcings due to volcanic aerosols and variations in solar irradiance (Section 10.1). This period and these simulations are often referred to as "historical."

### 13.3.1   Thermal Expansion Contribution

#### 13.3.1.1   Observed

Important progress has been realized since AR4 in quantifying the observed thermal expansion component of global mean sea level rise. This progress reflects (1) the detection of systematic time-dependent depth biases affecting historical expendable bathythermograph data (Gouretski and Koltermann, 2007) (Chapter 3), (2) the newly available Argo Project ocean (temperature and salinity) data with almost global coverage (not including ice-covered regions and marginal seas) of the oceans down to 2000 m since 2004–2005, and (3) estimates of the deep-ocean contribution using ship-based data collected during the World Ocean Circulation Experiment and revisit cruises (Johnson and Gruber, 2007; Johnson et al., 2007; Purkey and Johnson, 2010; Kouketsu et al., 2011).

For the period 1971–2010, the rate for the 0 to 700 m depth range is 0.6 [0.4 to 0.8] mm yr$^{-1}$ (Section 3.7.2 and Table 3.1). Including the deep-ocean contribution for the same period increases the value to 0.8 [0.5 to 1.1] mm yr$^{-1}$ (Table 13.1). Over the altimetry period (1993–2010), the rate for the 0 to 700 m depth range is 0.8 [0.5 to 1.1] mm yr$^{-1}$ and 1.1 [0.8 to 1.4] mm yr$^{-1}$ when accounting for the deep ocean (Section 3.7.2, Table 3.1, Table 13.1).

#### 13.3.1.2   Modelled

GMSL rise due to thermal expansion is approximately proportional to the increase in ocean heat content (Section 13.4.1). Historical GMSL rise due to thermal expansion simulated by CMIP5 models is shown in Table 13.1 and Figure 13.4a. The model spread is due to uncertainty in RF and modelled climate response (Sections 8.5.2, 9.4.2.2, 9.7.2.5 and 13.4.1).

In the time mean of several decades, there is a negative volcanic forcing if there is more volcanic activity than is typical of the long term, and a positive forcing if there is less. In the decades after major volcanic eruptions, the rate of expansion is temporarily enhanced, as the ocean recovers from the cooling caused by the volcanic forcing (Church et al., 2005; Gregory et al., 2006) (Figure 13.4a). During 1961–1999, a period when there were several large volcanic eruptions, the CMIP3 simulations with both natural and anthropogenic forcing have substantially smaller increasing trends in the upper 700 m than those with anthropogenic forcing only (Domingues et al., 2008) because the natural volcanic forcing tends to cool the climate system, thus reducing ocean

**13**

BLM_0074659

**Table 13.1 |** Global mean sea level budget (mm yr$^{-1}$) over different time intervals from observations and from model-based contributions. Uncertainties are 5 to 95%. The Atmosphere–Ocean General Circulation Model (AOGCM) historical integrations end in 2005; projections for RCP4.5 are used for 2006–2010. The modelled thermal expansion and glacier contributions are computed from the CMIP5 results, using the model of Marzeion et al. (2012a) for glaciers. The land water contribution is due to anthropogenic intervention only, not including climate-related fluctuations.

| Source | 1901–1990 | 1971–2010 | 1993–2010 |
|---|---|---|---|
| **Observed contributions to global mean sea level (GMSL) rise** | | | |
| Thermal expansion | – | 0.8 [0.5 to 1.1] | 1.1 [0.8 to 1.4] |
| Glaciers except in Greenland and Antarctica[a] | 0.54 [0.47 to 0.61] | 0.62 [0.25 to 0.99] | 0.76 [0.39 to 1.13] |
| Glaciers in Greenland[b] | 0.15 [0.10 to 0.19] | 0.06 [0.03 to 0.09] | 0.10 [0.07 to 0.13][b] |
| Greenland ice sheet | – | – | 0.33 [0.25 to 0.41] |
| Antarctic ice sheet | – | – | 0.27 [0.16 to 0.38] |
| Land water storage | –0.11 [–0.16 to –0.06] | 0.12 [0.03 to 0.22] | 0.38 [0.26 to 0.49] |
| **Total of contributions** | – | – | **2.8 [2.3 to 3.4]** |
| **Observed GMSL rise** | **1.5 [1.3 to 1.7]** | **2.0 [1.7 to 2.3]** | **3.2 [2.8 to 3.6]** |
| **Modelled contributions to GMSL rise** | | | |
| Thermal expansion | 0.37 [0.06 to 0.67] | 0.96 [0.51 to 1.41] | 1.49 [0.97 to 2.02] |
| Glaciers except in Greenland and Antarctica | 0.63 [0.37 to 0.89] | 0.62 [0.41 to 0.84] | 0.78 [0.43 to 1.13] |
| Glaciers in Greenland | 0.07 [–0.02 to 0.16] | 0.10 [0.05 to 0.15] | 0.14 [0.06 to 0.23] |
| **Total including land water storage** | **1.0 [0.5 to 1.4]** | **1.8 [1.3 to 2.3]** | **2.8 [2.1 to 3.5]** |
| **Residual[c]** | **0.5 [0.1 to 1.0]** | **0.2 [–0.4 to 0.8]** | **0.4 [–0.4 to 1.2]** |

Notes:

[a]   Data for all glaciers extend to 2009, not 2010.

[b]   This contribution is not included in the total because glaciers in Greenland are included in the observational assessment of the Greenland ice sheet.

[c]   Observed GMSL rise – modelled thermal expansion – modelled glaciers – observed land water storage.

heat uptake (Levitus et al., 2001). The models including natural forcing are closer to observations, though with a tendency to underestimate the trend by about 10% (Sections 9.4.2.2 and 10.4.1).

Gregory (2010) and Gregory et al. (2013a) proposed that AOGCMs underestimate ocean heat uptake in their historical simulations because their control experiments usually omit volcanic forcing, so the imposition of historical volcanic forcing on the simulated climate system represents a time mean negative forcing relative to the control climate. The apparent long persistence of the simulated oceanic cooling following the 1883 eruption of Krakatau (Delworth et al., 2005; Gleckler et al., 2006a, 2006b; Gregory et al., 2006) is a consequence of this bias, which also causes a model-dependent underestimate of up to 0.2 mm yr$^{-1}$ of thermal expansion on average during the 20th century (Gregory et al., 2013a, 2013b). This implies that CMIP5 results may be similarly underestimated, depending on the details of the individual model control runs. Church et al. (2013) proposed a correction of 0.1 mm yr$^{-1}$ to the model mean rate, which we apply in the sea level budget in Table 13.1 and Figure 13.7. The corrected CMIP5 model mean rate for 1971–2010 is close to the central observational estimate; the model mean rate for 1993–2010 exceeds the central observational estimate but they are not statistically different given the uncertainties (Table 13.1 and Figure 13.4a). This correction is not made to projections of thermal expansion because it is very small compared with the projected increase in the rate (Section 13.5.1).

In view of the improvement in observational estimates of thermal expansion, the good agreement of historical model results with observational estimates, and their consistency with understanding of the energy budget and RF of the climate system (Box 13.1), we have *high confidence* in the projections of thermal expansion using AOGCMs.

### 13.3.2   Glaciers

#### 13.3.2.1   Observed

'Glaciers' are defined here as all land-ice masses, including those peripheral to (but not including) the Greenland and Antarctic ice sheets. The term 'glaciers and ice caps' was applied to this category in the AR4. Changes in aggregate glacier volume have conventionally been determined by various methods of repeat mapping of surface elevation to detect elevation (and thus volume) change. Mass changes are determined by compilation and upscaling of limited direct observations of surface mass balance (SMB). Since 2003, gravity observations from Gravity Recovery and Climate Experiment (GRACE) satellites have been used to detect mass change of the world's glaciers.

The combined records indicate that a net decline of global glacier volume began in the 19th century, before significant anthropogenic RF had started, and was probably the result of warming associated with the termination of the Little Ice Age (Crowley, 2000; Gregory et al., 2006, 2013b). Global rates of glacier volume loss did not increase significantly during much of the 20th century (Figure 4.12). In part this may have been because of an enhanced rate of loss due to unforced high-latitude variability early in the century, while anthropogenic warming was still comparatively small (Section 13.3.2.2). It is *likely* that anthropogenic forcing played a statistically significant role in acceleration of global glacier losses in the latter decades of the 20th

**13**

BLM_0074660



**Figure 13.4 |** Comparison of modelled and observed components of global mean sea level change since 1900. Changes in glaciers, ice sheets and land water storage are shown as positive sea level rise when mass is added to the ocean. (a) Ocean thermal expansion. Individual CMIP5 Atmosphere–Ocean General Circulation Model (AOGCM) simulations are shown in grey, the AOGCM average is black, observations in teal with the 5 to 95% uncertainties shaded. (b) Glaciers (excluding Antarctic peripheral glaciers). Model simulations by Marzeion et al. (2012a) with input from individual AOGCMs are shown in grey with the average of these results in bright purple. Model simulations by Marzeion et al. (2012a) forced by observed climate are shown in light blue. The observational estimates by Cogley (2009b) are shown in green (dashed) and by Leclercq et al. (2011) in red (dashed). (c) Changes in land water storage (yellow/orange, the sum of groundwater depletion and reservoir storage) start at zero in 1900. The Greenland ice sheet (green), the Antarctic ice sheet (blue) and the sum of the ice sheets (red), start at zero at the start of the record in 1991. (d) The rate of change (19-year centred trends) for the terms in (a)–(c), and for the ice sheets (5-year centred trends). All curves in (a) and (b) are shown with zero time-mean over the period 1986–2005 and the colours in (d) are matched to earlier panels. (Updated from Church et al., 2013)

BLM_0074661

century relative to rates in the 19th century (Section 10.5.2.2). It is also *likely* that, during the 20th century, the progressive loss of glacier area significantly restricted the rate of mass loss (Gregory et al., 2013b).

The earliest sea level assessments recognized that glaciers have been significant contributors to GMSL rise (Meier, 1984). As assessed in Chapter 4, observations, improved methods of analysis and a new, globally complete inventory indicate that glaciers, including those around the ice-sheet peripheries, *very likely* continue to be significant contributors to sea level, but are also highly variable on annual to decadal time scales. It is assumed that all glacier losses contribute to sea level rise, but the potential role of terrestrial interception of runoff, either in lakes formed following future ice retreat or in groundwater, has yet to be evaluated. For the period 2003–2009, the sea level contribution of all glaciers globally, including those glaciers surrounding the periphery of the two ice sheets, is 0.71 [0.64 to 0.79] mm yr$^{-1}$ sea level equivalent (SLE) (Section 4.3.3, Table 4.4). Depending on the method used, however, loss-rate measurements of the two ice sheets can be very difficult to separate from losses from the peripheral glaciers. To avoid double counting, total cryospheric losses are determined by adding estimates of glacier losses excluding the peripheral glaciers to losses from the ice sheets including their peripheral glaciers. The sea level contribution of all glaciers *excluding* those glaciers surrounding the periphery of the two ice sheets was 0.54 [0.47-0.61] mm yr$^{-1}$ SLE for 1901-1990, 0.62 [0.25-0.99] mm yr$^{-1}$ SLE for 1971-2009, 0.76 [0.39-1.13] mm yr$^{-1}$ SLE for 1993-2009, and 0.83 [0.46-1.20] mm yr$^{-1}$ SLE for 2005-2009 (Section 4.3.3.4, Table 13.1).

### 13.3.2.2 Modelled

Global glacier mass balance models are calibrated using data from the few well-observed glaciers. Approximately 100 glacier mass balance records are available in any given year over the past half-century; only 17 glaciers exist with records of 30 years or more (Dyurgerov and Meier, 2005; Kaser et al., 2006; Cogley, 2012). Confidence in these models for projections of future change (Section 13.4.2) depends on their ability to reproduce past observed glacier change using corresponding climate observations as the forcing (Raper and Braithwaite, 2005; Meier et al., 2007; Bahr et al., 2009; Radić and Hock, 2011; Marzeion et al., 2012b; 2012a; Giesen and Oerlemans, 2013). Model validation is challenging owing to the scarcity of independent observations (unused in model calibration), but uncertainties have been evaluated by methods such as cross validation of hindcast projections for individual glaciers drawn from the sample of glacier observations averaged for calibration (Marzeion et al., 2012a; Radić et al., 2013).

Confidence in the use of AOGCM climate simulations as input to glacier projections is gained from the agreement since the mid-20th century of glacier models forced by AOGCM simulations with glacier models forced by observations (Marzeion et al., 2012a) (Figure 13.4b). In the earlier 20th century, around the 1930s, glaciers at high northern latitudes lost mass at an enhanced rate (Oerlemans et al., 2011; Leclercq et al., 2012); in the model, observed forcings produced larger glacier losses than did AOGCM forcings (Marzeion et al., 2012a) (Figure 13.4d). This is judged *likely* to be due to an episode of unforced, regionally variable warming around Greenland (Box, 2002; Chylek et al., 2004) rather than to RF of the climate system, and is consequently

not reproduced by AOGCM experiments (Section 10.2). In our analysis of the budget of GMSL rise (Section 13.3.6), we take the difference between the simulations using AOGCM forcing and the simulation using observations as an estimate of the influence of unforced climate variability on global glacier mass balance (Figure 13.4b).

There is *medium confidence* in the use of glacier models to make global projections based on AOGCM results. The process-based understanding of glacier surface mass balance, the consistency of models and observations of glacier changes, and the evidence that AOGCM climate simulations can provide realistic input all give confidence, which on the other hand is limited because the set of well-observed glaciers is a very small fraction of the total.

### 13.3.3 Greenland and Antarctic Ice Sheets

#### 13.3.3.1 Observed Mass Balance

The Greenland ice sheet's mass balance is comprised of its surface mass balance and outflow, whereas Antarctica's mass budget is dominated by accumulation and outflow in the form of calving and ice flow into floating (and therefore sea level neutral) ice shelves. Knowledge of the contribution of the Greenland and Antarctic ice sheets to observed sea level changes over the last two decades comes primarily from satellite and airborne surveys. Three main techniques are employed: the mass budget method, repeat altimetry, and gravimetric methods that measure temporal variations in the Earth's gravity field (Section 4.4.2).

Observations indicate that the Greenland contribution to GMSL has *very likely* increased from 0.09 [–0.02 to 0.20] mm yr$^{-1}$ for 1992–2001 to 0.59 [0.43 to 0.76] mm yr$^{-1}$ for 2002–2011 (Section 4.4.3, Figure 13.4). The average rate of the Antarctica contribution to sea level rise *likely* increased from 0.08 [–0.10 to 0.27] mm yr$^{-1}$ for 1992–2001 to 0.40 [0.20 to 0.61] mm yr$^{-1}$ for 2002–2011 (Section 4.4.3). For the budget period 1993–2010, the combined contribution of the ice sheets is 0.60 [0.42 to 0.78] mm yr$^{-1}$. For comparison, the AR4's assessment for the period 1993–2003 was 0.21 ± 0.07 mm yr$^{-1}$ for Greenland and 0.21 ± 0.35 mm yr$^{-1}$ for Antarctica.

#### 13.3.3.2 Modelled Surface Mass Balance

Projections of changes in the SMB of the Antarctic and Greenland ice sheets are obtained from RCM or downscaled AOGCM simulations (Sections 13.4.3.1 and 13.4.4.1). A spatial resolution of a few tens kilometres or finer is required in order to resolve the strong gradients in SMB across the steep slopes of the ice-sheet margins. Although simulations of SMB at particular locations may have errors of 5 to 20% compared with *in situ* observations, there is good agreement between methods involving RCMs and observational methods of evaluating ice-sheet mass balance (Shepherd et al., 2012). In the present climate, for both Greenland and Antarctica, the mean SMB over the ice-sheet area is positive, giving a negative number when expressed as sea level equivalent (SLE).

In Greenland, the average and standard deviation of accumulation (precipitation minus sublimation) estimates for 1961–1990 is –1.62 ± 0.21 mm yr$^{-1}$ SLE from the models in Table 13.2, agreeing with

13

BLM_0074662

published observation-based accumulation maps, for example −1.42 ± 0.11 mm yr⁻¹ SLE by Bales et al. (2009) and −1.63 ± 0.23 mm yr⁻¹ SLE by Burgess et al. (2010). For SMB (accumulation minus runoff, neglecting drifting snow erosion, which is small), the models give −0.92 ± 0.26 mm yr⁻¹ SLE for 1961–1990 (Table 13.2).

All of these models indicate that Greenland ice sheet SMB showed no significant trend from the 1960s to the 1980s, then started becoming less positive (becoming less negative expressed as SLE) in the early 1990s, on average by 3% yr⁻¹. This results in a statistically significant and increasing (i.e., becoming more positive) contribution to the rate of GMSL rise (SMB trend column of Table 13.2, Figure 13.5). The largest trends are found in models with coupled snow and atmosphere simulations using the Regional Atmospheric Climate Model 2 (RACMO2) and the Modèle Atmosphérique Régional (MAR). Van den Broeke et al. (2009) concluded that the mass loss during 2000–2008 is equally split between SMB and dynamical change. Rignot et al. (2011) indicated that SMB change accounts for about 60% of the mass loss since 1992 and Sasgen et al. (2012) showed that SMB change, simulated by RACMO2 (Ettema et al., 2009, an earlier version of the model in Table 13.2), accounts for about 60% of the observed rate of mass loss during 2002–2010, with an observational estimate of the increase in ice outflow accounting for the remainder. This satisfactory consistency, within uncertainties, in estimates for the Greenland ice-sheet mass budget gives confidence in SMB simulations of the past, and hence also in the similar models used for projections of SMB changes (Section 13.4.3.1).

This recent trend towards increasingly less positive SMB is caused almost entirely by increased melting and subsequent runoff, with variability in accumulation being comparatively small (Sasgen et al., 2012; Vernon et al., 2013). This tendency is related to pronounced regional warming, which may be attributed to some combination of anthropogenic climate change and anomalous regional variability in recent years (Hanna et al., 2008; 2012; Fettweis et al., 2013). Greenland SMB models forced by boundary conditions from AOGCM historical simulations (Rae et al., 2012; Fettweis et al., 2013) do not show statistically significant trends towards increasing contributions to GMSL, implying

that the dominant contribution is internally generated regional climate variability, which is not expected to be reproduced by AOGCM historical simulations (Section 10.2). We have *high confidence* in projections of future warming in Greenland because of the agreement of models in predicting amplified warming at high northern latitudes (Sections 12.4.3.1, 14.8.2) for well-understood physical reasons, although there remains uncertainty in the size of the amplification, and we have *high confidence* in projections of increasing surface melting (Section 13.4.3.1) because of the sensitivity to warming demonstrated by SMB models of the past.

All Greenland SMB simulations for the first half of the 20th century depend on reconstructions of meteorological variability over the ice sheet made using empirical relationships based on observations from coastal stations and estimates of accumulation from ice cores. Despite the similar input data sets in all cases, the various climate reconstruction and SMB methods used have led to a range of results (Fettweis et al., 2008; Wake et al., 2009; Hanna et al., 2011; Box, 2013; Box and Colgan, 2013; Box et al., 2013; Gregory et al., 2013b). For 1901–1990, Hanna et al. (2011) have a time-mean GMSL contribution of −0.3 mm yr⁻¹, while Box and Colgan (2013) have a weakly positive contribution and the others are near zero. In all cases, there is substantial variability associated with regional climate fluctuations, in particular the warm episode in the 1930s, during which glaciers retreated in southeastern Greenland (Bjork et al., 2012). Chylek et al. (2004) argued that this episode was associated with the NAO rather than with global climate change.

In Antarctica, accumulation (precipitation minus sublimation) approximates SMB because surface melting and runoff are negligible in the present climate (Section 4.4.2.1.1). There are uncertainties in model- and observation-based estimates of Antarctic SMB. Global climate models do not account for snow hydrology or for drifting snow processes which remove an estimated 7% of the accumulated snow (Lenaerts et al., 2012), and the ice sheet's steep coastal slopes are not well captured by coarse-resolution models. Observation-based estimates rely on sparse accumulation measurements with very little coverage in high-accumulation areas. For the Antarctic ice sheet and ice shelves

**Table 13.2** | Surface mass balance (SMB) and rates of change of SMB of the Greenland ice sheet, calculated from ice-sheet SMB models using meteorological observations and reanalyses as input, expressed as sea level equivalent (SLE). A negative SLE number for SMB indicates that accumulation exceeds runoff. A positive SLE for SMB anomaly indicates that accumulation has decreased, or runoff has increased, or both. Uncertainties are one standard deviation. Uncertainty in individual model results reflects temporal variability (1 standard deviations of annual mean values indicated); the uncertainty in the model average is 1 standard deviation of variation across models.

| Reference and Model[a] | Time-Mean SMB 1961–1990 mm yr⁻¹ SLE | Rate of Change of SMB 1991–2010 mm yr⁻² SLE | Time-Mean SMB Anomaly (With Respect to 1961–1990 Time-Mean SMB)[b] mm yr⁻¹ SLE | | |
|---|---|---|---|---|---|
| | | | 1971–2010 | 1993–2010 | 2005–2010 |
| RACMO2, Van Angelen et al. (2012), 11 km RCM | −1.13 ± 0.30 | 0.04 ± 0.01 | 0.07 ± 0.33 | 0.23 ± 0.30 | 0.47 ± 0.24 |
| MAR, Fettweis et al. (2011), 25 km RCM | −1.17 ± 0.31 | 0.05 ± 0.01 | 0.12 ± 0.38 | 0.36 ± 0.33 | 0.64 ± 0.22 |
| PMM5, Box et al. (2009), 25 km RCM | −0.98 ± 0.18 | 0.02 ± 0.01 | 0.00 ± 0.19 | 0.10 ± 0.22 | 0.23 ± 0.21 |
| ECMWFd, Hanna et al. (2011), 5 km PDD | −0.77 ± 0.27 | 0.02 ± 0.01 | 0.02 ± 0.28 | 0.12 ± 0.27 | 0.24 ± 0.19 |
| SnowModel, Mernild and Liston (2012), 5 km EBM | −0.54 ± 0.21 | 0.03 ± 0.01 | 0.09 ± 0.25 | 0.19 ± 0.24 | 0.36 ± 0.23 |
| Model Average | −0.92 ± 0.26 | 0.03 ± 0.01 | 0.06 ± 0.05 | 0.20 ± 0.10 | 0.39 ± 0.17 |

Notes:

[a]   The approximate spatial resolution is stated and the model type denoted by PDD = positive degree day, EBM = Energy Balance Model, RCM = Regional Climate Model.

[b]   Difference from the time-mean SMB of 1961–1990. This difference equals the sea level contribution from Greenland SMB changes if the ice sheet is assumed to have been near zero mass balance during 1961–1990 (Hanna et al., 2005; Sasgen et al., 2012).

**13**



**Figure 13.5 |** Annual mean surface mass balance (accumulation minus ablation) for the Greenland ice sheet, simulated by five regional climate models for the period 1960–2010.

together, CMIP3 AOGCMs simulate SMB for 1979–2000 of $-7.1 \pm 1.5$ mm yr$^{-1}$ SLE (Connolley and Bracegirdle, 2007; Uotila et al., 2007), the mean being about 10% larger in magnitude than observation-based estimates, for instance $-6.3$ mm yr$^{-1}$ SLE from Vaughan et al. (1999). For the SMB of the grounded ice sheet alone, four global reanalysis models, with resolutions of 38 to 125 km (Bromwich et al., 2011), give $-5.2 \pm 0.5$ mm yr$^{-1}$ SLE for 1979–2010, which compares well with an observational estimate of $-4.9 \pm 0.1$ mm yr$^{-1}$ SLE for 1950–2000 (Arthern et al., 2006). Because of higher accumulation near the coast, the regional climate model RACMO2 gives the somewhat larger value of $-5.5 \pm 0.3$ mm yr$^{-1}$ SLE for 1979–2000 (Lenaerts et al., 2012). This relatively good agreement, combined with the similarity of the geographical distribution of modelled and observed SMB, give *medium confidence* in the realism of the RCM SMB simulation.

Some global reanalyses have been shown to contain spurious trends in various quantities in the SH related to changes in the observing systems, for example, new satellite observations (Bromwich et al., 2007; 2011). In the RCMs and in global reanalyses that are not affected by spurious trends, no significant trend is present in accumulation since 1980 (Section 4.4.2.3). This agrees with observation-based studies (Monaghan et al., 2006; Anschütz et al., 2009) (Chapter 4) and implies that Antarctic SMB change has not contributed significantly to recent changes in the rate of GMSL rise. Likewise, CMIP3 historical simulations do not exhibit any systematic trend in Antarctic precipitation during the late 20th century (Uotila et al., 2007). No observational assessments have been made of variability in SMB for the whole ice sheet for the earlier part of the 20th century, or of its longer term mean.

General Circulation Model (GCM) and Regional Circulation Model (RCM) projections consistently indicate significant Antarctic warming and concomitant increase in precipitation. We have *high confidence* in expecting a relationship between these quantities on physical grounds (Section 13.4.4.1) and from ice core evidence (Van Ommen et al., 2004;

Lemieux-Dudon et al., 2010; Stenni et al., 2011). The absence of a significant trend in Antarctic precipitation up to the present is not inconsistent with the expected relationship, because observed temperature trends over the majority of the continent are weak (Section 10.5.2.1) and trends in Antarctic precipitation simulated for recent decades are much smaller than interannual variability (van den Broeke et al., 2006; Uotila et al., 2007). Taking all these considerations together, we have *medium confidence* in model projections of a future Antarctic SMB increase, implying a negative contribution to GMSL rise (see also Sections 13.4.4.1, 13.5.3 and 14.8.15).

### 13.3.4   Contributions from Water Storage on Land

Changes in water storage on land in response to climate change and variability (i.e., water stored in rivers, lakes, wetlands, the vadose zone, aquifers and snow pack at high latitudes and altitudes) and from direct human-induced effects (i.e., storage of water in reservoirs and groundwater pumping) have the potential to contribute to sea level change. Based on satellite observations of the Northern Hemisphere (NH) snowpack, Biancamaria et al. (2011) found no significant trend in the contribution of snow to sea level. Estimates of climate-related changes in land water storage over the past few decades rely on global hydrological models because corresponding observations are inadequate (Milly et al., 2010). In assessing the relation between terrestrial water storage and climate, Milly et al. (2003) and Ngo-Duc et al. (2005) found no long-term climatic trend in total water storage, but documented interannual to decadal fluctuations, equivalent to several millimetres of sea level. Recent studies have shown that interannual variability in observed GMSL correlates with ENSO indices (Nerem et al., 2010) and is inversely related to ENSO-driven changes of terrestrial water storage, especially in the tropics (Llovel et al., 2011). During El Niño events, sea level (and ocean mass) tends to be higher because ocean precipitation increases and land precipitation decreases in the tropics (Cazenave et al., 2012). The reverse happens during La Niña events, as

BLM_0074664

seen during 2010–2011, when there was a decrease in GMSL due to a temporary increase in water storage on the land, especially in Australia, northern South America, and southeast Asia (Boening et al., 2012) (Section 13.3.5).

Direct human interventions on land water storage also induce sea level changes (Sahagian, 2000; Gornitz, 2001; Huntington, 2008; Lettenmaier and Milly, 2009). The largest contributions come from impoundment in reservoirs and groundwater withdrawal. Over the past half-century, storage in tens of thousands of reservoirs has offset some of the sea level rise that would otherwise have occurred. Chao et al. (2008) estimated that the nearly 30,000 reservoirs built during the 20th century resulted in nominal reservoir storage up to 2007 equivalent to ~23 mm of sea level fall (mostly since 1940), with a stabilization in recent years. Chao et al. further assumed that the reservoirs were 85% full, and by including seepage into groundwater as estimated from a model, they obtained a total of 30 mm of sea level fall (equivalent to a rate of sea level fall of 0.55 mm yr$^{-1}$ from 1950 to 2000). Their seepage estimate was argued to be unrealistically large, however, because it assumes aquifers are infinite and have no interfering boundary conditions (Lettenmaier and Milly, 2009; Konikow, 2013). Chao et al. (2008) argued that sedimentation of reservoirs does not reduce their sea level contribution, but their argument is disputed (Gregory et al., 2013b). Lettenmaier and Milly (2009) suggested a loss of capacity due to sedimentation at 1% yr$^{-1}$. Given the uncertainty about them, neither the seepage nor the effect of sedimentation is included in the budget (Section 13.3.6). Here the (negative) GMSL contribution from reservoir storage is estimated as 85% [70 to 100%] of the nominal capacity (with the lower limit coming from Pokhrel et al. (2012)).

Konikow (2011) estimated that human-induced groundwater depletion contributed 0.26 ± 0.07 mm yr$^{-1}$ to GMSL rise over 1971–2008 and 0.34 ± 0.07 mm yr$^{-1}$ over 1993–2008 (based mostly on observational methods), whereas Wada et al. (2012) estimated values of 0.42 ± 0.08 mm yr$^{-1}$ over 1971–2008 and 0.54 ± 0.09 mm yr$^{-1}$ over 1993–2008 (based on modelling of water fluxes). The average of these two series with the difference as a measure of the uncertainty is used in the sea level budget (Section 13.3.6). Pokhrel et al. (2012) estimated a larger groundwater depletion, but Konikow (2013) (disputed by Pohkrel et al. (2013)) argued that their underlying assumptions of defining depletion as equivalent to groundwater use, and allowing unlimited extraction to meet water demand, led to substantial overestimates of depletion.

In summary, climate-related changes in water and snow storage on land do not show significant long-term trends for the recent decades. However, direct human interventions in land water storage (reservoir impoundment and groundwater depletion) have each contributed at least several tenths of mm yr$^{-1}$ of sea level change (Figure 13.4, Table 13.1). Reservoir impoundment exceeded groundwater depletion for the majority of the 20th century but groundwater depletion has increased and now exceeds current rates of impoundment, contributing to an increased rate of GMSL rise. The net contribution for the 20th century is estimated by adding the average of the two groundwater depletion estimates to the reservoir storage term (Figure 13.4c). The trends are -0.11 [-0.16 to -0.06] mm yr$^{-1}$ for 1901-1990, 0.12 [0.03 to 0.22] mm yr$^{-1}$ for 1971 to 2010 and 0.38 [0.26 to 0.49] mm yr$^{-1}$ for 1993 to 2010 (Table 13.1).

### 13.3.5   Ocean Mass Observations from Gravity Recovery and Climate Experiment

As discussed in Chapter 3, it has been possible to directly estimate changes in ocean mass using satellite gravity data from GRACE since 2002 (Chambers et al., 2004, 2010; Chambers, 2006; Cazenave et al., 2009; Leuliette and Miller, 2009; Llovel et al., 2010). These measurements represent the sum of total land ice plus land water components, and thus provide an independent assessment of these contributions. However, GRACE is also sensitive to mass redistribution associated with GIA and requires that this effect (on the order of −0.7 to −1.3 mm yr$^{-1}$ when averaged over the ocean domain) (Paulson et al., 2007; Peltier, 2009; Chambers et al., 2010; Tamisiea, 2011) be removed before estimating the ocean-mass component. Most recent estimates (Leuliette and Willis, 2011; von Schuckmann and Le Traon, 2011) report a global mean ocean mass increase of 1.8 [1.4 to 2.2] mm yr$^{-1}$ over 2003–2012 after correcting for the GIA component. The associated error results from the low signal-to-noise ratio over the ocean domain and uncertainty in the model-based GIA correction (Quinn and Ponte, 2010).

Chapter 3 notes that, in terms of global averages, the sum of the contribution to GMSL due to change in global ocean mass (the barystatic contribution), measured by GRACE, and the contribution due to global ocean thermal expansion (the thermosteric contribution), measured by the Argo Project, agrees within uncertainties with the GMSL change observed by satellite altimetry (Leuliette and Willis, 2011; von Schuckmann and Le Traon, 2011), although there is still a missing contribution from expansion in the deep ocean below 2000 m. These data sets have allowed an investigation of the cause of variability in sea level over the last few years (Figure 13.6). In particular, Boening et al. (2012) concluded that the decrease in GMSL over 2010–2011 followed by a rapid increase since 2011 was related to the 2011 La Niña event, whereby changes in land/ocean precipitation patterns caused a temporary increase in water storage on the land (and corresponding decrease in GMSL) during the La Niña event, especially in Australia, northern South America and southeast Asia (Boening et al., 2012).

### 13.3.6   Budget of Global Mean Sea Level Rise

Drawing on Sections 13.3.1 to 13.3.5, the budget of GMSL rise (Table 13.1, Figure 13.7) is analysed using models and observations for the periods 1901–1990 (the 20th century, excluding the period after 1990 when ice-sheet contributions to GMSL rise have increased; Sections 4.4 and 13.3.3.1), since 1971 (when significantly more ocean data became available and systematic glacier reconstructions began), and since 1993 (when precise satellite sea level altimetry began). The 2005–2010 period when Argo and GRACE data are available is short and strongly affected by interannual climate variability, as discussed in the previous subsection (Section 13.3.5 and Figure 13.6). Such variability is not externally forced and is therefore not expected to be reproduced in AOGCM historical experiments. For the contribution from land water storage (Figure 13.4c) we use the estimated effect of human intervention and neglect effects from climate-related variation, which

BLM_0074665



**Figure 13.6 |** Global mean sea level from altimetry from 2005 to 2012 (blue line). Ocean mass changes are shown in green (as measured by Gravity Recovery and Climate Experiment (GRACE)) and thermosteric sea level changes (as measured by the Argo Project) are shown in red. The black line shows the sum of the ocean mass and thermosteric contributions. (Updated from Boening et al., 2012)

are unimportant on multi-decadal time scales (Section 13.3.4). Contributions due to runoff from thawed permafrost, change in atmospheric moisture content, and sedimentation in the ocean are not considered in the budget because they are negligible compared with observed GMSL rise and the uncertainties.

For 1993–2010, allowing for uncertainties, the observed GMSL rise is consistent with the sum of the observationally estimated contributions (*high confidence*) (Table 13.1, Figure 13.7e). The two largest terms are ocean thermal expansion (accounting for about 35% of the observed GMSL rise) and glacier mass loss (accounting for a further 25%, not including that from Greenland and Antarctica). Observations indicate an increased ice-sheet contribution over the last two decades (Sections 4.4.2.2, 4.4.2.3 and 13.3.3.1) (Shepherd et al., 2012). The closure of the observational budget since 1993, within uncertainties, represents a significant advance since the AR4 in physical understanding of the causes of past GMSL change, and provides an improved basis for critical evaluation of models of these contributions in order to assess their reliability for making projections.

The observational budget cannot be rigorously assessed for 1901–1990 or 1971–2010 because there is insufficient observational information

to estimate ice-sheet contributions with *high confidence* before the 1990s, and ocean data sampling is too sparse to permit an estimate of global mean thermal expansion before the 1970s. However, a closed observational GMSL budget since the 1970s can be demonstrated with reasonable estimates of ice-sheet contributions (Church et al., 2011a; Moore et al., 2011) (Table 13.1, Figure 13.7). For 1971–2010, the observed contributions from thermal expansion and mass loss from glaciers (not including those in Antarctica) alone explain about 75% of the observed GMSL (*high confidence*).

AOGCM-based estimates of thermal expansion, which agree well with observations since 1971, observational estimates of the glacier contribution, and the estimated change in land water storage (Figure 13.4c), which is relatively small, can all be made from the start of the 20th century (Sections 13.3.1.2, 13.3.2.2 and 13.3.4, Table 13.1). Model estimates of Greenland ice-sheet SMB changes give an uncertain but relatively small contribution during most of the 20th century, increasing since the early 1990s (Section 13.3.3.2). There could be a small constant contribution from the Antarctic ice sheet (Huybrechts et al., 2011; Gregory et al., 2013b) due to long-term adjustment to climate change in previous millennia. Any secular rate of sea level rise in the late Holocene was small (order of few tenths mm yr⁻¹) (Section

13

BLM_0074666



**Figure 13.7 |** (a) The observed and modelled sea level for 1900 to 2010. (b) The rates of sea level change for the same period, with the satellite altimeter data shown as a red dot for the rate. (c) The observed and modelled sea level for 1961 to 2010. (d) The observed and modelled sea level for 1990 to 2010. Panel (e) compares the sum of the observed contributions (orange) and the observed sea level from the satellite altimeter data (red). The estimates of global mean sea level are from Jevrejeva et al. (2008), Church and White (2011), and Ray and Douglas (2011), with the shading indicating the uncertainty estimates (two standard deviations). The satellite altimeter data since 1993 are shown in red. The grey lines in panels (a)-(d) are the sums of the contributions from modelled ocean thermal expansion and glaciers (excluding glaciers peripheral to the Antarctic ice sheet; from Marzeion et al., 2012a), plus changes in land-water storage (see Figure 13.4). The black line is the mean of the grey lines plus a correction of thermal expansion for the omission of volcanic forcing in the AOGCM control experiments (see Section 13.3.1.2). The dashed black line (adjusted model mean) is the sum of the corrected model mean thermal expansion, the change in land water storage, the Marzeion et al. (2012a) glacier estimate using observed (rather than modelled) climate (see Figure 13.4), and an illustrative long-term ice-sheet contribution (of 0.1 mm yr⁻¹). The dotted black line is the adjusted model mean but now including the observed ice-sheet contributions, which begin in 1993. Because the observational ice-sheet estimates include the glaciers peripheral to the Greenland and Antarctic ice sheets (from Section 4.4), the contribution from glaciers to the adjusted model mean excludes the peripheral glaciers to avoid double counting. (Figure and caption updated from Church et al., 2013).

BLM_0074667

13.2.1.4), probably less than 0.2 mm yr$^{-1}$ (see discussion in Gregory et al., (2013b). Including these ice-sheet contributions (but omitting Antarctic SMB variations, for which no observationally based information for the ice sheet as a whole is available for the majority of the 20th century), GMSL rise during the 20th century can be accounted for within uncertainties, including the observation that the linear trend of GMSL rise during the last 50 years is little larger than for the 20th century, despite the increasing anthropogenic forcing (Gregory et al., 2013b). Model-based attribution of sea level change to RFs is discussed in Section 10.4.3.

The sum of CMIP5 AOGCM thermal expansion (Section 13.3.1.2), glacier model results with CMIP5 AOGCM input (not including glaciers in Antarctica; Section 13.3.2.2; Marzeion et al., (2012a)), and anthropogenic intervention in land water storage (Section 13.3.4) accounts for about 65% of the observed rate of GMSL rise for 1901–1990, and 90% for 1971–2010 and 1993–2010 (*high confidence*) (Table 13.1; Figure 13.7). In all periods, the residual is small enough to be attributed to the ice sheets (Section 13.3.3.2).

The unusually warm conditions in the Arctic during the 1930s (Chylek et al., 2004), which are attributed to unforced climate variability (Delworth and Knutson, 2000) and are therefore not expected to be simulated by AOGCMs, *likely* produced a greater mass loss by glaciers in high northern latitudes (Section 13.3.2.2). The difference between the glacier mass loss calculated with the Marzeion et al. (2012a) model when it is forced with observed climate rather than AOGCM simulated climate (the purple and blue curves in Figure 13.4b) is an estimate of this effect.

If the glacier model results for observational input are used (Marzeion et al. (2012a), not including glaciers in Antarctica) and an illustrative value of 0.1 mm yr$^{-1}$ is included for a long-term Antarctic contribution,

the model mean is within 20% of the observed GMSL rise for the 20th century (Figure 13.7a,c, dashed line), and 10% since 1993 (Figure 13.7d, dashed line; Church et al. (2013)). When the observed ice-sheet contributions since 1992 are included as well, the sum is almost equivalent to the observed rise (dotted line in Figure 13.7). Both observations and models have a maximum rate of rise in the 1930–1950 period, a minimum rate in the 1960s and a maximum rate over the last two decades (Figure 13.7b). This agreement provides evidence that the larger rate of rise since 1990, with a significant component of ocean thermal expansion (Figure 13.4d), results from increased RF (both natural and anthropogenic) and increased ice-sheet discharge, rather than a natural oscillation (*medium confidence*) (Church et al., 2013).

In summary, the evidence now available gives a clearer account of observed GMSL change than in previous IPCC assessments, in two respects. First, reasonable agreement can be demonstrated throughout the period since 1900 between GMSL rise as observed and as calculated from the sum of contributions. From 1993, all contributions can be estimated from observations; for earlier periods, a combination of models and observations is needed. Second, when both models and observations are available, they are consistent within uncertainties. These two advances give confidence in the 21st century sea level projections. The ice-sheet contributions have the potential to increase substantially due to rapid dynamical change (Sections 13.1.4.1, 13.4.3.2 and 13.4.4.2) but have been relatively small up to the present (Sections 4.4 and 13.3.3.2). Therefore, the closure of the sea level budget to date does not test the reliability of ice-sheet models in projecting future rapid dynamical change; we have only *medium confidence* in these models, on the basis of theoretical and empirical understanding of the relevant processes and observations of changes up to the present (13.4.3.2, 13.4.4.2).

### Box 13.1 | The Global Energy Budget

The global energy balance is a fundamental aspect of the Earth's climate system. At the top of the atmosphere (TOA), the boundary of the climate system, the balance involves shortwave radiation received from the Sun, and shortwave radiation reflected and longwave radiation emitted by the Earth (Section 1.2.2). The rate of storage of energy in the Earth system must be equal to the net downward radiative flux at the TOA.

The TOA fluxes (Section 2.3) have been measured by the Earth Radiation Budget Experiment (ERBE) satellites from 1985 to 1999 (Wong et al., 2006) and the Cloud and the Earth's Radiant Energy System (CERES) satellites from March 2000 to the present (Loeb et al., 2009). The TOA radiative flux measurements are highly precise, allowing identification of changes in the Earth's net energy budget from year to year within the ERBE and CERES missions (Kato, 2009; Stackhouse et al., 2010; Loeb et al., 2012), but the absolute calibration of the instruments is not sufficiently accurate to allow determination of the absolute TOA energy flux or to provide continuity across missions (Loeb et al., 2009).

The ocean has stored more than 90% of the increase in energy in the climate system over recent decades (Box 3.1), resulting in ocean thermal expansion and hence sea level rise (Sections 3.7, 9.4 and 13.3.1). Thus the energy and sea level budgets are linked and must be consistent (Church et al., 2011b). This Box focusses on the Earth's global energy budget since 1970 when better global observational data coverage is available. The RFs (from Chapter 8), the global averaged surface temperatures (Hadley Centre/Climate Research Unit gridded surface temperature data set 4 (HadCRUT4) (Morice et al., 2012), and the rate of energy storage are relative to the time mean of 1860 to 1879. Otto et al. (2013) used an energy imbalance over this reference period of 0.08 ± 0.03 W m$^{-2}$, which is subtracted from the observed energy storage. *(continued on next page)*

13

BLM_0074668

*Box 13.1 (continued)*

Since 1970, the effective radiative forcing (ERF) of the climate system has been positive as a result of increased greenhouse gas (GHG) concentrations (well-mixed and short-lived GHGs, tropospheric and stratospheric ozone, and stratospheric water vapour) and a small increase in solar irradiance (Box 13.1, Figure 1a). This positive ERF has been partly compensated by changes in tropospheric aerosols which predominantly reflect sunlight and modify cloud properties and structure in ways that tend to reinforce the negative ERF, although black carbon produces positive forcing. Explosive volcanic eruptions (such as El Chichón in Mexico in 1982 and Mt. Pinatubo in the Philippines in 1991) can inject sulphur dioxide into the stratosphere, giving rise to stratospheric aerosol, which persists for several years. This reflects some of the incoming solar radiation, and thus gives a further negative forcing. Changes in surface albedo from land-use change have also led to a greater reflection of shortwave radiation back to space and hence a negative forcing. Since 1970, the net ERF of the climate system (including black carbon on snow and combined contrails and contrail-induced cirrus, not shown) has increased (Chapter 8), resulting in a cumulative total energy inflow (Box 13.1, Figure 1a). From 1971 to 2010, the total energy inflow (relative to the reference period 1860–1879) is estimated to be 790 [105 to 1,370] ZJ (1 ZJ = 10²¹ J).



**Box 13.1, Figure 1 |** The Earth's energy budget from 1970 through 2011. (a) The cumulative energy flux into the Earth system from changes in well-mixed and short-lived greenhouse gases, solar forcing, changes in tropospheric aerosol forcing, volcanic forcing and surface albedo (relative to 1860–1879) are shown by the coloured lines and these are added to give the cumulative energy inflow (black; including black carbon on snow and combined contrails and contrail-induced cirrus, not shown separately). (b) The cumulative total energy inflow from (a, black) is balanced by the sum of the warming of the Earth system (blue; energy absorbed in warming the ocean, the atmosphere and the land and in the melting of ice) and an increase in outgoing radiation inferred from changes in the global averaged surface temperature. The sum of these two terms is given for a climate feedback parameter $\alpha$ of 0.82, 1.23 and 2.47 W m$^{-2}$ °C$^{-1}$ (corresponding to an equilibrium climate sensitivity of 4.5, 3.0 and 1.5°C, respectively). The energy budget would be closed for a particular value of $\alpha$ if that line coincided with the total energy inflow. For clarity, all uncertainties (shading) shown are for a *likely* range.

If the ERF were fixed, the climate system would eventually warm sufficiently that the radiative response would balance the ERF, and there would be zero net heat flux into the system. As the ERF is increasing, the ocean's large capacity to store heat means the climate system is not in equilibrium (Hansen et al., 2005), and continues to store energy (Box 3.1 and Box 13.1, Figure 1b). This storage provides

*(continued on next page)*

13

BLM_0074669

*Box 13.1 (continued)*

strong evidence of a changing climate. The majority of this additional heat is in the upper 700 m of the ocean but there is also warming in the deep and abyssal ocean (Box 3.1). The associated thermal expansion of the ocean has contributed about 40% of the observed sea level rise since 1971 (Sections 13.3.1, 13.3.6; Church et al., (2011b)). A small amount of additional heat has been used to warm the continents, warm and melt glacial and sea ice, and warm the atmosphere. The estimated increase in energy in the Earth system between 1971 and 2010 is 274 [196 to 351] ZJ (Box 3.1).

As the climate system warms, energy is lost to space through increased outgoing radiation. This radiative response by the system is predominantly due to increased thermal grey-body radiation emitted by the atmosphere and surface, but is modified by climate feedbacks, such as changes in water vapour, surface albedo and clouds, which affect both outgoing longwave and reflected shortwave radiation. Following Murphy et al. (2009), Box 13.1, Figure 1b relates the cumulative total energy inflow to the Earth system to the change in energy storage and the cumulative outgoing radiation. Calculation of the latter is based on the observed globally averaged surface temperature change $\Delta T$ relative to a reference temperature for which the Earth system would be in radiative balance. This temperature change is multiplied by the climate feedback parameter $\alpha$, which in turn is related to the equilibrium climate sensitivity. For equilibrium climate sensitivities of 4.5°C, 3.0°C to 1.5°C (Box 12.2) and an ERF for a doubled $CO_2$ concentration of $3.7 \pm 0.74$ W m$^{-2}$ (Sections 8.1, 8.3), the corresponding estimates of the climate feedback parameter $\alpha$ are 0.82, 1.23 and 2.47 W m$^{-2}$ °C$^{-1}$.

In addition to these forced variations in the Earth's energy budget, there is also internal variability on decadal time scales. Observations and models indicate that because of the comparatively small heat capacity of the atmosphere, a decade of steady or even decreasing surface temperature can occur in a warming world (Easterling and Wehner, 2009; Palmer et al., 2011). General Circulation Model simulations indicate that these periods are associated with a transfer of heat from the upper to the deeper ocean, of order 0.1 W m$^{-2}$ (Katsman and van Oldenborgh, 2011; Meehl et al., 2011), with a near steady (Meehl et al., 2011) or an increased radiation to space (Katsman and van Oldenborgh, 2011), again of order 0.1 W m$^{-2}$. Although these natural fluctuations represent a large amount of heat, they are significantly smaller than the anthropogenic forcing of the Earth's energy budget (Huber and Knutti, 2012), particularly when looking at time scales of several decades or more (Santer et al., 2011).

These independent estimates of ERF, observed heat storage, and surface warming combine to give an energy budget for the Earth that is consistent with the assessed *likely* range of climate sensitivity (1.5°C to 4.5°C; Box 12.2) to within estimated uncertainties (*high confidence*). Quantification of the terms in the Earth's energy budget and verification that these terms balance over recent decades provides strong evidence for our understanding of anthropogenic climate change. Changes in the Earth's energy storage are a powerful observation for the detection and attribution of climate change (Section 10.3) (Gleckler et al., 2012; Huber and Knutti, 2012).

## 13.4   Projected Contributions to Global Mean Sea Level

### 13.4.1   Ocean Heat Uptake and Thermal Expansion

More than 90% of the net energy increase of the climate system on multiannual time scales is stored in the ocean (Box 3.1). GMSL rise due to thermal expansion is approximately proportional to the increase in ocean heat content. The constant of proportionality is $0.11 \pm 0.01$ m per $10^{24}$ J for the ensemble of CMIP5 models (Kuhlbrodt and Gregory, 2012); it depends on the vertical and latitudinal distribution of warming in the ocean, because the expansion of sea water per degree Celsius of warming is greater at higher temperature and higher pressure (Russell et al., 2000; Hallberg et al., 2012; Körper et al., 2013; Perrette et al., 2013).

For the early decades of the 21st century, the upper ocean dominates the ocean heat uptake, and ocean heat content rises roughly linearly with global mean surface air temperature (SAT) change (Pardaens et al., 2011b; Körper et al., 2013). On multi-decadal time scales under scenarios of steadily increasing RF, the rate of increase of ocean heat content is approximately proportional to the global mean SAT change from equilibrium (Gregory, 2000; Meehl et al., 2007; Rahmstorf, 2007a; Gregory and Forster, 2008; Katsman et al., 2008; Schwartz, 2012), with the constant of proportionality (in W m$^{-2}$ °C$^{-1}$) being the ocean heat uptake efficiency $\kappa$.

The ocean heat uptake efficiency quantifies the effect of ocean heat uptake on moderating time-dependent climate change; neglecting the small fraction of heat stored elsewhere in the climate system, the surface warming can be approximated as $F/(\alpha+\kappa)$, where $F$ is the RF and $\alpha$ is the climate feedback parameter (Raper et al., 2002), and hence the rate of ocean heat uptake is approximately $\kappa F/(\alpha+\kappa)$. In CMIP3 and CMIP5, the model spread in projections of surface warming is dominated by the spread in $F$ and $\alpha$, but the spread in $\kappa$ accounts for a substantial part of the spread in projections of ocean heat uptake (Dufresne and Bony, 2008; Gregory and Forster, 2008; Knutti and Tomassini, 2008; Geoffroy et al., 2012; Sriver et al., 2012; Forster et al., 2013).

The spread in $\kappa$ relates to differences among models in heat-transport processes within the ocean. The warming spreads downwards from the surface over time, and the greatest increases in projected ocean

13

1161

heat content occur where the warming penetrates most deeply, in the Southern Ocean and the North Atlantic (Figure 12.12; Section 12.4.7.1) (Kuhlbrodt and Gregory, 2012). Changes in convection and the large-scale vertical circulation are particularly important to heat uptake in the North Atlantic (Banks and Gregory, 2006; Rugenstein et al., 2013). Heat is also transported vertically by eddies, especially in the Southern Ocean, and by turbulent mixing. These processes are parameterized in models when they occur at unresolved scales. Observed ocean heat uptake has been used in conjunction with observed global SAT change to constrain the ocean effective thermal diffusivity representing all unresolved vertical transports in simple climate models and EMICs (Forest et al., 2008; Knutti and Tomassini, 2008; Marčelja, 2010; Sokolov et al., 2010). The simulated ocean vertical temperature profile and the depth of penetration of the warming in AOGCMs have also been evaluated by comparison with observations, and both bear a relationship to κ (Hallberg et al., 2012; Kuhlbrodt and Gregory, 2012). Such comparisons suggest that model projections might be biased towards overestimating ocean heat uptake and thermal expansion for a given surface warming (Sections 9.4.2.2, 10.8.3 and 13.3.1.2). The physical causes of this tendency are unclear. Although the simulated vertical temperature profile is affected by the model representation of vertical heat transport processes, Brierley et al. (2010) found only a small effect on κ from variation of model parameters that influence interior heat transport.

Because the ocean integrates the surface heat flux, thermal expansion projections following different scenarios do not significantly diverge for several decades. Scenarios assuming strong mitigation of GHG emissions begin to show a reduced rate of thermal expansion beyond about 2040; the amount by 2100 is about one third less than in a non-mitigation scenario (Washington et al., 2009; Pardaens et al.,

2011b; Körper et al., 2013), and half as much in RCP2.6 as in RCP8.5 (Yin, 2012) (Section 13.5.1). The integrating effect means that thermal expansion depends not only on the cumulative total, but also on the pathway of $CO_2$ emissions; reducing emissions earlier rather than later, for the same cumulative total, leads to a larger mitigation of sea level rise due to thermal expansion (Zickfeld et al., 2012; Bouttes et al., 2013). The integrating effect also means that annual time series of global ocean thermal expansion show less interannual variability than time series of global SAT. For the present assessment of GMSL rise, projections of ocean heat uptake and thermal expansion up to 2100 have been derived from the CMIP5 AOGCMs (Yin, 2012). Methods are described in Section 13.5.1 and the Supplementary Material and the results for ocean heat uptake are shown in Figure 13.8, and for thermal expansion in Table 13.5 and Figures 13.10 and 13.11.

Ocean heat uptake efficiency is not constant on time scales of many decades or in scenarios of stable or decreasing RF (Rahmstorf, 2007a; Schewe et al., 2011; Bouttes et al., 2013). A good representation of AOGCM behaviour is obtained by distinguishing a shallow layer, which is associated with surface temperature variations on decadal time scales, from a deep layer, which has the majority of the heat capacity (Hansen et al., 1985; Knutti et al., 2008; Held et al., 2010; Olivié et al., 2012; Schwartz, 2012; Bouttes et al., 2013; Geoffroy et al., 2013). Ocean heat uptake and thermal expansion take place not only while atmospheric GHG concentrations are rising, but continue for many centuries to millennia after stabilization of RF, at a rate which declines on a centennial time scale (Stouffer, 2004; Meehl et al., 2005; 2007; Solomon et al., 2009; Hansen et al., 2011; Meehl et al., 2012; Schwartz, 2012; Bouttes et al., 2013; Li et al., 2013; Zickfeld et al., 2013). This is because the time scale for warming the deep ocean is much longer than for the shallow ocean (Gregory, 2000; Held et al., 2010).



**Figure 13.8 |** Heat uptake by the climate system during the 21st century relative to 1986–2005 projected by CMIP5 Atmosphere–Ocean General Circulation Models (AOGCMs) under RCP scenarios (1 YJ = 10²⁴ J). The heat uptake is diagnosed by two different methods. The thick solid lines, and the coloured ranges for RCP2.6 and RCP8.5, are the time- and global integral of the net downward radiative flux perturbation at the top of the atmosphere, from the 21 AOGCMs used to make the global mean sea level projections (in some cases estimated from other scenarios, as described in the Supplementary Material). The broken solid lines, and the thin solid lines delimiting ranges for RCP2.6 and RCP8.5, are the global volume integral of ocean temperature change, in a smaller and different set of AOGCMs for each scenario. The difference between the two diagnoses is due partly to the different sets of models (which is a consequence of diagnostics available in the CMIP5 data set), and partly to heat uptake in other parts of the simulated climate system than the ocean water. In both methods, climate drift in the pre-industrial control run has been subtracted.

BLM_0074671

The rate and the stabilization time scale for thermal expansion depend on the GHG stabilization level. For the highest scenario (RCP8.5), GMSL rise due to thermal expansion can exceed 2 m above the pre-industrial level by the year 2500 (Section 12.5.2, Figure 12.44, Figure 13.14a), and is still rising at that time. Changes in ocean circulation, particularly due to a reduction in deep water formation, can also have a large effect on global ocean heat uptake, and may relate nonlinearly to global surface warming (Levermann et al., 2005; Fluckiger et al., 2006; Vellinga and Wood, 2008). As the rate of ocean heat uptake decreases, the surface warming approaches the level determined by the equilibrium climate sensitivity.

On a multi-millennial time scale, the range from Earth System Models of Intermediate Complexity suggests that thermal expansion contributes between 0.20 to 0.63 m per degree Celsius of global mean temperature increase (Meehl et al., 2007; Zickfeld et al., 2013) (Section 12.5.2 and Figure 13.14a). The median of the six models of 0.42 m $°C^{-1}$ is consistent with a thermal expansion of 0.38 m $°C^{-1}$ that would result from a uniform increase in ocean temperature from the presently observed temperature and salinity distribution (Levitus et al., 2009). Uncertainty arises due to the different spatial distribution of the warming in models and the dependence of the expansion on local temperature and salinity.

### 13.4.2   Glaciers

The 21st century sea level contribution from glaciers presented in the AR4 assessment ranged from 0.06 to 0.15 m SLE by 2100 across a range of scenarios (Meehl et al., 2007). The Randolph Glacier Inventory (RGI) (Arendt et al., 2012) has improved projections of glacier contribution to sea level rise by providing the first globally complete accounting of glacier location, area, and area-elevation distribution (hypsometry). Several analyses of scenario-dependent SMB glacier projections (referred to here as process-based models) have been produced using the RGI, including Marzeion et al. (2012a), Giesen and Oerlemans (2013), and Radić et al. (2013). The Marzeion and Radić approaches each used different suites of CMIP5 AOGCM models to calculate SMB terms from RCP forcings, and the model by Slangen and van de Wal (2011) was used to calculate SMB terms from RCP forcings (Supplementary Material 13.SM.1). Giesen and Oerlemans (2013) used CRU forcing but calculated SMB from three different combinations of variations in modelled temperature, precipitation, and atmospheric transmissivity. Only their results for varying temperature are shown here. Machguth et al. (2013) is also included in Table 13.3, but this projection represents changes in Greenland peripheral glaciers only, and is not included in the global glacier summaries. Although these details differ among the models, all share a generally common time-evolving structure, with SMB initially determined by model-generated climate forcing applied to a subset of global glaciers, and the ensuing volume change converted to area change via volume-area scaling, and this result upscaled to a new global distribution and hypsometry to create initial conditions for the subsequent time step. These methods are described further in Section 13.5.1 and in the Supplementary Material. Related results are shown in Table 13.5 and Figures 13.10 and 13.11.

Although the peripheral glaciers surrounding the ice sheets are included with the ice sheets in assessment of present-day changes (Table 13.1), future projections should ideally assess the peripheral glaciers separately, as these are too small and dynamically responsive to be modelled adequately with coarse-grid, non-dynamic ice-sheet SMB models. The peripheral glaciers surrounding both the Greenland and Antarctic ice sheets are thus included in the process-based models described above, but for projections shown in Table 13.5, the Antarctic peripheral glaciers are included with the Antarctic ice sheet whereas the Greenland peripheral glaciers are included with the remaining world's glaciers. Projected losses from glaciers peripheral to both ice sheets are listed separately in Table 13.3.

Several glacier loss projections derived from model types other than process-based models have been published since 2007; their projections range from 0.08 to 0.39 m SLE by 2100 (Table 13.3). These used methods of projecting future losses from glaciers developed in response to the absence of a global compilation of glacier observations after 2005 and the absence of a globally complete glacier inventory to provide geographic boundary conditions for conventional modelling. These methods include extrapolation from observed rates (Meier et al., 2007), semi-empirical methods applied to sea level change components (Jevrejeva et al., 2012b), kinematic (or 'limit seeking') projections (Pfeffer et al., 2008), and power-law scaling estimates based on re-establishing equilibrium accumulation-area ratios (AARs) from initial non-equilibrium AARs (Bahr et al., 2009). Strengths of these approaches include the fact that observations used to calibrate extrapolation and semi-empirical projection partially account for future dynamically forced losses, that semi-empirical methods use modelled future forcings as guidance for projections, and that AAR equilibration has strong physical and theoretical underpinnings and gives generalized but robust projections. These strengths partially offset the weaknesses of these models, which include, in the case of extrapolation and semi-empirical projection, an assumption of statistical stationarity that may not be valid, while the AAR equilibration approach gives only a final steady state value, so that rates or cumulative losses at any intermediate time must be estimated by area-response time scaling. However, these alternate methods are valuable because of their construction on fundamental and robust principles together with their use of the limited available information to produce projections that, although imprecise, are transparent, and require less detailed input information or knowledge of details of complex processes in comparison to process-based models.

Published results from process-based models are shown in Table 13.3. Glacier contributions at 2100, expressed as SLE, range between 0.04 and 0.11 m for Special Report on Emission Scenarios (SRES) A1B, 0.07 and 0.17 m for RCP2.6, between 0.07 and 0.20 m for RCP4.5, between 0.07 and 0.20 m for RCP6.0, and between 0.12 and 0.26 m for RCP8.5.

The projections derived from alternative models are also shown in Table 13.3; the mean and range of these models listed here is 0.24 [0.08 to 0.39] m SLE, consistent with the process-based models. Results from the process-based models, plotted as time series and grouped by forcing scenario, are shown in Figure 13.9. See Table 13.3 for specific start/end dates for each projection.

Unresolved uncertainties in the projection of glacier contributions to sea level rise include the potential for near-term dynamic response

**13**

BLM_0074672

from marine-terminating glaciers and interception of terrestrial runoff. Of the about 734,000 km$^2$ of global glacier area exclusive of that peripheral to the Greenland and Antarctic ice sheets, 280,500 km$^2$ (38%) drains through marine-terminating outlets (Gardner et al., 2013). Although the long-term potential for dynamic discharge from glaciers (as opposed to ice sheets) is limited by their small total volume, dynamic losses may be an important component of total sea level rise on the decade-to-century scale. In Alaska, Columbia Glacier

lost 7.65 Gt yr$^{-1}$ between 1996 and 2007, with 94% of that loss coming from rapid tidewater retreat (Rasmussen et al., 2011); the loss from this single 1000 km$^2$ glacier is 1.3% of the global cryospheric component of sea level rise during 1993–2010 (Table 13.1) and 0.7% of total sea level rise. The observations required to estimate the potential for similar dynamic response from other glacier regions do not exist at this time, but the dynamic contribution could be large on the century time scale. If the basin-wide thinning rate observed at Columbia Glacier

**Table 13.3** | Twenty-first century sea level rise projections for global glaciers, from process-based surface mass balance models, and from alternate model strategies. Dates for beginning and end of model period are as shown; mean and 5% to 95% confidence sea level equivalents are shown in metres. Process-based models all use variations on Atmosphere–Ocean General Circulation Model (AOGCM) mass balance forcing applied to inventoried glacier hypsometries on a subset of global glaciers and upscaling by power-law techniques to the global total. Calving and rapid dynamic response are not included in any of the models except for Jevrejeva et al. (2012b), where calving losses are present to a limited degree in input data, and NRC (2012), where calving is explicitly included in future losses. Other model details are discussed in the text.

| Reference | Model | Starting Date | End Date | Contribution to Global Mean Sea Level Rise (SLR) | | Peripheral Glacier (PG) Contribution | |
|---|---|---|---|---|---|---|---|
| | | | | Projected SLR (m) from Glaciers *except* Antarctic PGs | | Greenland Ice Sheet PG (m) | Antarctic Ice Sheet PG (m) |
| **Process-based Surface Mass Balance (SMB) Models** | | | | Mean | [5 to 95%] confidence | 5 to 95% confidence | 5 to 95% confidence |
| **Scenario RCP2.6** | | | | | | | |
| Marzeion et al. (2012a) | | 1986–2005 Mean | 2099 | 0.12 | [0.07–0.17] | 0.007–0.02 | 0.02–0.04 |
| Slangen and van de Wal (2011) | | 2000 | 2099 | 0.10 | [0.07–0.13] | 0.004–0.007 | 0.02–0.03 |
| **Scenario RCP4.5** | | | | | | | |
| Marzeion et al. (2012a) | | 1986–2005 Mean | 2099 | 0.14 | [0.08–0.20] | 0.009–0.022 | 0.02–0.04 |
| Radic et al. (2013) | | 2006 | 2099 | 0.13 | [0.07–0.20] | 0.0–0.024 | 0.02 |
| Slangen and van de Wal (2011) | | 2000 | 2099 | 0.12 | [0.07–0.17] | 0.005–0.01 | 0.03–0.04 |
| **Scenario RCP6.0** | | | | | | | |
| Marzeion et al. (2012a) | | 1986–2005 Mean | 2099 | 0.15 | [0.09–0.20] | 0.01–0.022 | 0.02–0.04 |
| Slangen and van de Wal (2011) | | 2000 | 2099 | 0.14 | [0.07–0.20] | 0.006–0.01 | 0.04 |
| **Scenario RCP8.5** | | | | | | | |
| Marzeion et al. (2012a) | | 1986–2005 Mean | 2099 | 0.18 | [0.12–0.25] | 0.015–0.025 | 0.02–0.05 |
| Radic et al. (2013) | | 2006 | 2099 | 0.19 | [0.12–0.26] | 0.009–0.031 | 0.02–0.03 |
| Slangen and van de Wal (2011) | | 2000 | 2099 | 0.18 | [0.12–0.24] | 0.008–0.015 | 0.04–0.06 |
| **Scenario A1B** | | | | | | | |
| Giesen and Oerlemans (2013) | | 2012 | 2099 | 0.08 | [0.04–0.11] | 0.004–0.021 | 0.01–0.04 |
| **Scenario A1B and RCP4.5** | | | | | | | |
| Machguth et al. (2013)[a] | | 2000 | 2098 | | | 0.006–0.011 | |
| | | | | | | | |
| **Alternate Models** | | | | | | | |
| Meier et al. (2007) | Extrapolation with fixed rate | 2006 | 2100 | 0.3 | [0.08–0.13] | | |
| | Extrapolation with fixed acceleration | 2006 | 2100 | 0.24 | [0.11–0.37] | | |
| Pfeffer et al. (2008) | Low-range projection | 2007 | 2100 | 0.17 | | | |
| | High-range projection | 2007 | 2100 | 0.24 | | | |
| Bahr et al. (2009) | AAR fixed at present values | Find equilibrium value | | 0.18 | [0.15–0.27] | | |
| | AAR declines at current rate | Find equilibrium value | | 0.38 | [0.35–0.39] | | |
| National Research Council (2012) | Generalized linear model extrapolation, variable rate | 2010 | 2100 | 0.14 | [0.13–0.16] | | |
| Jevrejeva et al. (2012b) | Semi-empirical projection of components of sea level rise, forced by radiation | 2009 | 2100 | 0.26 | | | |

Notes

[a]   This projection represents changes in Greenland peripheral glaciers only, and is not included in the global glacier summaries.

**13**

1164

BLM_0074673



**Figure 13.9 |** Time series plots for process-based model projections of sea level contributions from global glaciers (in mm), including peripheral glaciers surrounding the Greenland ice sheet but excluding the glaciers surrounding the Antarctic ice sheet. Projections are grouped by forcing scenario as indicated on the plots. Results are plotted for a common time interval of 2011 to 2099. Colours correspond to particular model analyses: red = Marzeion et al. (2012a); blue = Slangen and van de Wal (2011); green = Radić et al. (2013); black = Giesen and Oerlemans (2013). Individual Atmosphere–Ocean General Circulation Model (AOGCM) projections are plotted for each analysis, so the ranges of the curves at 2099 are different than those listed in Table 13.3, where 5 to 95% confidence limits are shown. In the panel showing results for RCP6.0 and A1B forcings, only Giesen and Oerlemans (black lines) use the A1B forcing.

over the past 25 years (about 5 m yr⁻¹) were to occur over the area of global glaciers draining through marine outlets (280,500 km²) during the next 89 years (2011–2100), the sea level contribution would be approximately 30 cm SLE, compatible with Jeverajeva et al's (2012b) projected loss of 26 cm SLE from glaciers. Although this is a rough calculation and an upper bound, because drainage through marine outlets does not guarantee tidewater instability, it indicates that the potential for a significant sea level response to dynamic retreat of glaciers cannot be rejected *a priori*.

Completion of the global glacier inventory has allowed large improvements in assessment and modelling, but further uncertainties related to the inventory remain to be resolved, including those arising from the size cutoff decided for the inventory (Bahr and Radić, 2012). Another source of uncertainty is interception of glacier runoff by land hydrology. Despite rapidly growing knowledge of changes in terrestrial water storage, especially through increased reliability of GRACE observations, glacier mass loss is still generally assumed to flow directly to the ocean,

with no delay or interception by surface or aquifer storage. Although this probably will not apply to discharge from glaciers located near coasts (e.g., Canadian Arctic, Patagonia, Alaska, ice-sheet peripheries), runoff from interior regions (e.g., Alps, High Mountain Asia) may be significantly intercepted before reaching the ocean. Whether terrestrial interception has any significant effect on the net glacier contribution to sea level rise is undetermined at this time.

### 13.4.3   Greenland Ice Sheet

#### 13.4.3.1   Surface Mass Balance Change

Greenland SMB is positive in the present climate but shows a decreasing trend (Section 13.3.3.2), which implies an increasing contribution to GMSL rise. Like the AR4, all recent studies have indicated that the future sea level contribution from Greenland SMB change will be increasingly positive because the increase in ablation (mostly runoff) outweighs that in accumulation (mostly snowfall), and that scenarios

13

BLM_0074674

of greater RF lead to a larger sea level contribution. Precipitation is projected to increase at about 5% per °C of annual-mean warming over Greenland, but the increase in snowfall is smaller because the fraction of rain increases as temperature rises (Gregory and Huybrechts, 2006; Fettweis et al., 2013).

We compare post-AR4 studies of Greenland SMB change using time-dependent simulations of the 21st century by CMIP3 AOGCMs for scenario SRES A1B and CMIP5 AOGCMs for scenario RCP4.5 (Table 13.4). The time-integral of the Greenland SMB anomaly with respect to a reference period is interpreted as a contribution to GMSL rise, on the assumption that the ice sheet was in approximate mass balance during the reference period (see discussion in Sections 13.1.4.1 and 13.3.3.2); this assumption can be avoided only if ice-sheet outflow is also modelled. Making this assumption, the Greenland SMB contribution lies in the range 0.00 to 0.13 m for these two scenarios.

The spread in the magnitude and patterns of Greenland climate change projected by the AOGCMs causes a large part of the spread in the projected contribution to GMSL rise (Table 13.4). Yoshimori and Abe-Ouchi (2012) found that the inter-model spread in global mean SAT change accounts for about 60% of the spread in the change of projected Greenland ablation. Two important contributions to the remaining spread are the weakening of the AMOC, which affects the magnitude of warming over Greenland, and the SAT of Greenland in the model control climate, which affects the sensitivity of melting to warming (Yoshimori and Abe-Ouchi, 2012; Fettweis et al., 2013).

Ablation is computed using either an EBM, which may be stand-alone or part of a regional climate model, or from surface air temperature using an empirical temperature index method, mostly commonly the positive-degree-day (PDD) method, in which melting is proportional to the time-integral of temperature above the freezing point. Meltwater production increases faster than linearly with temperature increase because of reduced albedo due to refreezing of meltwater in the snow-pack and expansion of the area of bare ice (van Angelen et al., 2012; Fettweis et al., 2013; Franco et al., 2013). The simulation of this positive albedo feedback on mass loss depends sensitively on the model

**Table 13.4 |** Contribution to sea level rise from change in the surface mass balance of the Greenland ice sheet during the 21st century. Where given, ranges are 5 to 95% estimated from the published results and indicate the uncertainty due to the climate change modelling by Atmosphere–Ocean General Circulation Model (AOGCMs), except where noted otherwise.

| Reference | Model[a] | Contribution to Global Mean Sea Level Rise | | | |
|---|---|---|---|---|---|
| | | starting from | up to | amount (m)[b] | rate (mm yr$^{-1}$)[b] |
| Scenario SRES A1B, CMIP3 AOGCMs | | | | | |
| AR4 (Meehl et al., 2007)[c] | 20 km PDD | 1990 | 2090–2099 | 0.01–0.08[d] | 0.3–1.9[d] |
| Bengtsson et al. (2011)[e] | 60 km (T213) EBM | 1959–1989 | 2069–2099 | — | 1.4 |
| Fettweis et al. (2008)[f] | TI from 25 km EBM | 1970–1999 | 2090–2099 | 0.03–0.05 | 0.3–1.0 |
| Graversen et al. (2011) | 10 km PDD | 2000 | 2100 | 0.02–0.08 0.00–0.17[g] | 0.0–2.1[g] |
| Mernild et al. (2010) | 25 km EBM | 1980–1999 | 2070–2079 | 0.02 | 0.5 |
| Rae et al. (2012)[h] | 25 km EBM | 1980–1999 | 2090–2099 | 0.01, 0.04, 0.06 | 0.3,1.2,1.5 |
| Seddik et al. (2012)[i] | 10 km[a] PDD | 2004 | 2104 | 0.02, 0.04 | — |
| Yoshimori and Abe-Ouchi (2012) | 1–2 km TI | 1980–1999 | 2090–2099 | 0.02–0.13 | 0.2–2.0 |
| Scenario RCP4.5, CMIP5 AOGCMs | | | | | |
| Fettweis et al. (2013)[c] | 25 km RCM | 1980–1999 | 2100 | 0.02–0.11 | 0.1–1.2 in 2080–2099 |
| Gregory and Huybrechts (2006)[c,j] | 20 km PDD | 1980–1999 | 2100 | 0.00–0.06 | 0.0–0.8 in 2080–2099 |
| Van Angelen et al. (2012)[k] | 11 km RCM | 1960–1990 | 2100 | 0.11[l] | 1.7[l] in 2079–2098 |
| Yoshimori and Abe-Ouchi (2012)[j] | 1–2 km TI | 1980–1999 | 2090–2099 | 0.00–0.11 | 0.0–1.8 |

Notes:

a   The spatial resolution is stated and the surface mass balance (SMB) method denoted by TI = temperature index, PDD = positive degree day, EBM = Energy Balance Model.

b   The amount of sea level rise is the time-integral of the SMB anomaly from the period or date labelled 'starting from' to the one labelled 'up to'. Unless otherwise indicated, the SMB anomaly is calculated relative to the mean SMB for the 'starting from' period, and the rate of sea level rise is the SMB anomaly in the 'up to' period.

c   These results are estimated from global mean surface air temperature (SAT) change, using formulae fitted to results from a Greenland SMB model.

d   The SMB anomaly is relative to the late 19th century.

e   This experiment used time-slices, with boundary conditions from the European Centre for Medium range Weather Forecasts (ECMWF) and Hamburg 5 (ECHAM5) GCM, rather than a simulation of the complete century; thus, results are not available for the amount.

f   Fettweis et al. (2008) and Franco et al. (2011) used a hybrid approach: they derived a regression relationship from simulations of the recent past using a Regional Climate Model (RCM), incorporating an EBM, between annual anomalies in Greenland climate and in Greenland SMB, then applied this relationship to project future SMB from projected future climate anomalies. The method assumes that a relationship derived from past variability will also hold for future forced climate change.

g   Range including uncertainty in choice of emission scenario (B1, A1B or A2), SMB modelling and ice-sheet dynamical modelling, as well as uncertainty in climate modelling.

h   Results are given for the Hadley Centre Regional Model 3P (HadRM3P), High-Resolution Hamburg climate model 5 (HIRHAM5) and the Modèle Atmosphérique Régional (MAR) RCMs driven with the same boundary conditions from the ECHAM5/MPI-OM AOGCM.

i   Results are given for two ice sheet models (Elmer/Ice, Simulation COde for POLythermal Ice Sheets (SICOPOLIS)) using the same AOGCM climate boundary conditions. The resolution given is for SICOPOLIS; Elmer/Ice has variable resolution.

j   Results calculated from CMIP5 AOGCMs by the same method as used in the paper.

k   These results were obtained from the model of Van Angelen et al. (2012) using boundary conditions from the HadGEM2-ES AOGCM and are shown by Fettweis et al. (2013).

l   With respect to 1992–2011 as a reference period, during which there is a significant simulated trend in SMB (Section 13.3.3.2), the amount is 0.07 m and the rate 1.4 mm yr$^{-1}$.

13

BLM_0074675

snow-albedo parameterization (Rae et al., 2012). Goelzer et al. (2013) projected 14 to 31% more runoff during the 21st century when using an EBM than when using a PDD method, mainly because of the omission of the albedo feedback in the latter. However, other studies using temperature index methods (Graversen et al., 2011; Yoshimori and Abe-Ouchi, 2012) have ranges extending to higher values than those from EBMs, indicating that this is not the only difference between these classes of methods (Table 13.4).

SMB simulations are also particularly sensitive to the treatment of meltwater refreezing (Bougamont et al., 2007; Rae et al., 2012). The pore space in the present-day percolation zone could accommodate 1 to 5 mm SLE of refrozen meltwater over the next several decades (Harper et al., 2012), and the importance of meltwater refreezing will become greater as melting becomes prevalent in areas where it has previously been rare. On the other hand, refreezing will be restricted, and runoff consequently increased, by the expansion of the area of bare ice (Fettweis et al., 2013).

Another source of model spread is the representation of topography, which is lower when represented at coarser resolution. This allows precipitation to spread further inland because of reduced topographic barriers (Bengtsson et al., 2011), and enhances ablation because there is more area at lower, warmer altitudes (Bengtsson et al., 2011; Seddik et al., 2012). Most of the models in Table 13.4 use a fixed Greenland topography, and thus cannot simulate the positive feedback on ablation that can be expected as the ice-sheet surface becomes lower. Dynamical models are required to simulate this effect (Section 13.4.3.2).

For the present assessment of GMSL rise, changes in Greenland ice sheet SMB up to 2100 have been computed from global mean SAT change projections derived from the CMIP5 AOGCMs, following methods described in Section 13.5.1 and the Supplementary Material. The distribution of results, shown in Table 13.5 and Figures 13.10 and 13.11, covers the ranges obtained using the methods of Fettweis et al. (2013), Gregory and Huybrechts (2006), and Yoshimori and Abe-Ouchi (2012).

On multi-centennial to millennial time scales, feedbacks between regional climate and the ice sheet become increasingly relevant, especially under strong climate change scenarios, thus requiring coupled climate ice-sheet models to capture potential feedbacks beyond the year 2100. These models apply a reduced spatial resolution in order to be computationally efficient enough to evaluate longer time scales and to combine the different climatic components. Consistent with regional climate models for the 21st century, they project an increasingly negative mass balance for the Greenland ice sheet for all warming scenarios which is mainly due to a decreasing SMB (Ridley et al., 2005; Winguth et al., 2005; Driesschaert et al., 2007; Mikolajewicz et al., 2007a; Swingedouw et al., 2008; Vizcaíno et al., 2008, 2010; Huybrechts et al., 2011; Goelzer et al., 2013). The main feedbacks between climate and the ice sheet arise from changes in ice elevation, atmospheric and ocean circulation, and sea-ice distribution.

Comparing the different feedbacks, *high confidence* can be assigned to the models' ability to capture the feedback between SMB and sur-

face elevation. As a consequence, a nonlinear increase in ice loss from Greenland with increasing regional RF is found across different scenarios (Driesschaert et al., 2007). This nonlinearity arises from the increase in both the length of the ablation season and the daily amount of melting as the ice-sheet surface lowers. This SMB-surface elevation feedback is also the main reason for the threshold behaviour of the Greenland ice sheet on multi-millennial time scales (Section 13.4.3.3).

*Medium-to-low confidence* is assigned to the models' representation of the atmospheric and ocean circulation and sea-ice changes. On multi-centennial time scales, Swingedouw et al. (2008) found enhanced ice loss from Greenland in a coupled simulation (compared to the uncoupled version) in which ice topography and meltwater flux influence the ocean and atmospheric circulation as well as sea-ice distribution. Vizcaíno et al. (2010) found reduced ice loss due to the coupling, mainly caused by the effect of topographic changes on the surface temperature, but less pronounced in amplitude compared with Swingedouw et al. (2008). Both the atmospheric circulation and the ocean currents, especially in coastal areas, are poorly resolved by these models. It is therefore *likely* that the time scales associated with ocean transport processes are distorted and there is *low confidence* that these feedbacks, although existent, can be quantified accurately by the applied models.

The AMOC exerts a strong influence on regional climate around the Greenland ice sheet and consequently its SMB. Most CMIP5 models show a reduction of the AMOC under future warming during the 21st century and beyond (Section 12.4.7.2). Although coupled climate–ice sheet models show some influence of meltwater from Greenland on the AMOC, the uncertainty between models with respect to the AMOC response to warming is significantly larger than the difference between simulations with or without this feedback within one model.

In the coupled climate–ice sheet model applied by Mikolajewicz et al. (2007a) and Vizcaíno et al. (2008), the AMOC shows a strongly nonlinear response to global warming. A weak AMOC reduction is found for 1%-per-year-$CO_2$-increase scenarios up to 560 and 840 ppm, and a near-complete cessation of the AMOC for 1120 ppm. As a consequence, after 600 years of integration, the sea level contribution for the 1120 ppm scenario is similar to that of the 560 ppm scenario, but doubles for the medium scenario, which stabilizes at 840 ppm. In the most recent model version (Vizcaíno et al., 2010), the AMOC shows a strong weakening of the AMOC in all scenarios (~60% reduction in 560 ppm scenario; ~80% for 1120 ppm). The total sea level contribution from Greenland, including the effect of the AMOC weakening, is ~1 m (corresponding to an average rate of 1.7 mm yr⁻¹) for 560 ppm $CO_2$ and ~3 m (5 mm yr⁻¹) for 1120 ppm $CO_2$.

Even though the AMOC weakening in the model by Huybrechts et al. (2011) is less pronounced (10 to 25%), the ice loss through melting is significantly weaker in this model. During the first 1000 years of integration, the Greenland ice sheet contributes 0.36 m (corresponding to an average rate of 0.36 mm yr⁻¹) for 560 ppm $CO_2$ and 2.59 m (2.59 mm yr⁻¹) for 1120 ppm $CO_2$. In Huybrechts et al. (2011), the respective increases in global mean SAT are 2.4°C (2 × $CO_2$) and 6.3°C (4 × $CO_2$) after 1000 years with respect to pre-industrial. This relatively weak warming response to GHG forcing compared to CMIP5 models and

**13**

BLM_0074676

the climate model used in Vizcaíno et al. (2010) explains the relatively small sea level response.

Using the same model as Huybrechts et al. (2011), albeit with a slightly higher polar warming, Goelzer et al. (2012) computed temperatures and sea level under the SRES scenarios B1, A1B and A2, with subsequent GHG stabilization after the year 2100. As in Huybrechts et al. (2011), the ice-sheet evolution is dominated by the SMB. They find sea level contributions of 1.4, 2.6 and 4.2 m in the year 3000 for the scenarios B1, A1B and B2, which correspond to mean rates of sea level rise of 1.4 mm yr$^{-1}$, 2.6 mm yr$^{-1}$, and 4.2 mm yr$^{-1}$, respectively.

In summary, coupled climate-ice sheet models consistently show an increasingly negative mass balance of the Greenland ice sheet due mainly to a decreasing SMB under warming scenarios on centennial time scales beyond 2100. On multi-millennial time scales, these models show a threshold temperature beyond which the melting of the Greenland ice sheet self-amplifies and the ice volume is reduced to less than 30% of its present volume (Section 13.4.3.3).

### 13.4.3.2 Dynamical Change

Observations suggest three main mechanisms by which climate change can affect the dynamics of ice flow in Greenland (Sections 4.4.3 and 4.4.4): by directly affecting ice loss (outflow) through the calving of icebergs and marine melt from marine-terminating outlet glaciers; by altering basal sliding through the interaction of surface melt water with the glacier bed; and indirectly through the interaction between SMB and ice flow. We assess the consequences of each of these processes.

Section 4.4.3.2 presents the observational basis on which concerns about increased ice loss by calving and marine melt are based. In particular, recent increases in loss are thought to be linked to the migration of subtropical water masses around the coast of Greenland (Holland et al., 2008) and its occupation of coastal fjords (Straneo et al., 2010; Christoffersen et al., 2011). Output from 19 AOGCMs under scenario A1B showed warming of 1.7°C to 2.0°C around Greenland over the course of the 21st century (Yin et al., 2011), suggesting that the trend towards increased outflow triggered by warming coastal waters will continue.

Although projections of outflow are at a fairly early stage, literature now exists to make an assessment. Flowline modelling has successfully simulated the observed retreat and associated acceleration of the main outlet glaciers of the Greenland ice sheet (Helheim and Petermann Glaciers (Nick et al., 2009, 2012); Jakobshavn Isbræ (Vieli and Nick, 2011)). The same model has been used to project mass loss from these glaciers (Nick et al., 2013), as well as Kangerdlugssuaq Glacier, using ocean and atmosphere forcing based on scenarios A1B and RCP8.5. At 2100, total projected SLR spans 8 to 13 mm for A1B and 11 to 17 mm for RCP8.5. These figures generalize to 40 to 63 mm and 57 to 85 mm, respectively, for the whole ice sheet based on a simple scaling between modelled and total ice-sheet area (a factor of ~5). Price et al. (2011) modelled the century-scale response of the ice sheet to the observed recent retreat of three outlet glaciers (Jakobshavn Isbræ, and Helheim and Kangerdlugssuaq Glaciers). At 2100, the projected SLR associated with the three modelled outlet glaciers is 0.6 to 1.4 mm,

which equates to SLR of 4 to 8 mm after scaling (by a factor of ~6) to all outlet glaciers based on observed mass loss (van den Broeke et al., 2009). Total projected SLR then varies between 10 and 45 mm at 2100 if successive retreats are specified with a notional repeat interval between 50 and 10 years.

Goelzer et al. (2013) implemented the Nick et al. (2013) retreat chronology within a 5-km resolution ice-sheet model along with their own generalization for including unsampled outlet glaciers. Associated SLR at 2100 is projected to vary between 8 and 18 mm. Graversen et al. (2011) attempted to capture the effect of increased outflow by enhancing basal sliding and generated SLR of 9 to 24 mm at 2100.

Two estimates of the effect of dynamical change on Greenland's contribution to SLR by 2100 have been made on the basis of physical intuition. Pfeffer et al. (2008) developed a low scenario by assuming a first-decade doubling of outlet glacier velocity throughout the ice sheet that equates to 93 mm SLR, while a high scenario that assumes an order of magnitude increase on the same time scale contributes 467 mm. Katsman et al. (2011) used a similar methodology to obtain an estimate of 100 mm SLR.

Based primarily on Nick et al. (2013), we assess the upper limit of the *likely* range of this dynamical effect to be 85 mm for RCP8.5 and 63 mm for all other RCP scenarios for the year 2100. We have *medium confidence* in this as an upper limit because it is compatible with Katsman et al. (2011), the low scenario of Pfeffer et al. (2008), and Price et al. (2011) in the probable event of a sub-decadal recurrence interval. Although the *likely* upper limit is less than the high scenario of Pfeffer et al. (2008), process modelling gives no support to the order of magnitude increase in flow on which this scenario is based. It is higher than the contributions found by Goelzer et al. (2013) and Graversen et al. (2011) for which there are two potential explanations. First, the generalization used to extrapolate from the modelled sample to all outlet glaciers differs. Nick et al. (2013) used a scaling similar to the independently derived value of Price et al. (2011), while the implied scaling used by Goelzer et al. (2013) is substantially lower. Second, Goelzer et al. (2013) suggested that surface ice melt and calving each remove marginal ice (see below), implying that by not including surface melt, overall mass loss by dynamics may be over predicted by the flowline model of Nick et al. (2013). At present, these studies cannot be reconciled and we therefore use the more inclusive range.

The lower limit of the *likely* range is assessed as 20 mm for RCP8.5 and 14 mm for all other RCP scenarios. This reflects the individual outlet glacier projections of Nick et al. (2013) but uses a lower generalization more similar to that found by Goelzer et al. (2013). This assessment of the lower limit is compatible with Price et al. (2011) and Graversen et al. (2011).

Section 4.4.3.2 assesses understanding of the link between abundant summer meltwater, lubrication of the ice-sheet base, and enhanced ice flow. Although this mechanism appears important in modulating present-day ice flow, it is not supported as the cause of recent mass loss. Goelzer et al. (2013) incorporated a parameterization of this effect based on field observations, which results in less than a millimetre SLR by 2100 in their projections. Bindschadler et al. (2013) reported a suite

BLM_0074677

of experiments assessing this effect in an eight-model ensemble, but their parameterization appears overly simplistic and may well exaggerate the importance of the effect. These projections do not incorporate the effect on ice flow of the latent heat released by increased future quantities of melt water within the ice sheet (Phillips et al., 2010; 2013), for which no projections are currently available. Basal lubrication is therefore assessed as making an insignificant contribution to the *likely* range of SLR over the next century and is omitted in the remainder of the assessment. We have *medium confidence* in projections of this effect primarily because recent improvements in process-based understanding show that it has little contribution to mass loss (Section 4.4.3.2); the potential of latent-heat effects in the future limits a higher level of confidence.

Finally, we assess the level of interaction between SMB change and ice flow. In AR4, this effect is assessed as $0 \pm 10\%$ (*likely* range) of SMB, based on Huybrechts and de Wolde (1999) and Gregory and Huybrechts (2006). This assessment included both the positive feedback between SMB and the height of the ice sheet, and a countering negative feedback involving ice flow and depletion effects. The latter effect is partly included in our assessment of the direct impacts of climate change on ice flow, and we therefore limit our assessment to the SMB-height feedback. Few studies explicitly determine this effect, but Goelzer et al. (2013) reported that it amounts to 5 to 15% of SMB over the course of the 21st century, which we extend slightly (0 to 15%) to reflect possible interaction with mass loss by calving (Goelzer et al., 2013).

Goelzer et al. (2013) and Gillet-Chaulet et al. (2012) suggested that SMB and ice dynamics cannot be assessed separately because of the strong interaction between ice loss and climate due to, for instance, calving and SMB. The current assessment has by necessity separated these effects because the type of coupled ice sheet-climate models needed to make a full assessment do not yet exist. These interactions may well combine to reduce SLR in comparison to the assessed range because of the mass-depletion effect of retreating outlet glaciers. Another source of uncertainty is the bedrock topography of Greenland, although recent improvements in data coverage (Bamber et al., 2013) suggest that the majority of the ice sheet rests on bedrock above sea level and the number of deep bedrock troughs penetrating into the interior of Greenland are limited, thus limiting the potential for marine ice-sheet instability (see Box 13.2).

Although not strictly comparable because they contain a different balance of ice-dynamical effects, the assessment is consistent with Bindschadler et al. (2013), who reported an extensive model inter-comparison exercise in which standardized experiments are combined to represent the impact of climate change under RCP8.5 on the Greenland ice sheet. The resultant projection included contributions from lubrication, marine melt and SMB-coupling and generated a mean SLR at 2100 of 162 mm over five models, or 53 mm if an outlier with anomalously high response is removed (including SMB results in SLR at 2100 of 223 and 114 mm for five- and four-model means, respectively). This comparison provides further weight to our confidence.

In summary, dynamical change within the Greenland ice sheet is *likely* (*medium confidence*) to lead to SLR during the next century with a range of 20 to 85 mm for RCP8.5, and 14 to 63 mm for all other sce-

narios by year 2100. The latter are assumed to have uniform SLR in the absence of literature allowing these scenarios to be assessed individually, although dependency on scenario is expected to exist. In addition, mass loss associated with SMB-height feedback is *likely* to contribute a further 0 to 15% of SMB (in itself scenario dependent). This equates to, for example, 0 to 14 mm by 2100 based on the central estimate of RCP8.5. The peripheral glaciers of Greenland are not included here but are in the assessment of global glaciers' contribution to SLR (Section 13.4.2). All the available literature suggests that this dynamical contribution to sea level rise will continue well beyond 2100.

### 13.4.3.3 Possible Irreversibility of Greenland Ice Loss and Associated Temperature Threshold

A number of model results agree in showing that the Greenland ice sheet, like other climatic subsystems (Lenton et al., 2008; Levermann et al., 2012) (see Section 12.5.5), exhibits a strongly nonlinear and potentially irreversible response to surface warming. The mechanism of this threshold behaviour is the SMB-height feedback (Section 13.4.3.2); that is, as the surface is lowered due to ice loss, the associated warming of the near surface increases ablation, leading to further ice loss. This feedback is small but not negligible in the 21st century (Section 13.4.3.2) and becomes important for projections for the 22nd century (Goelzer et al. 2013) and beyond. This nonlinear behaviour may be accelerated by a reduced surface albedo caused by surface melting which tends to further decrease the surface mass balance (Box et al., 2012) (Section 13.4.3.1).

Although the mean SMB of the Greenland ice sheet is positive, in a steady state it must be balanced by ice outflow, so the ice sheet must extend to the coast. In a warmer climate, the mean SMB is reduced (Section 13.4.3.1) and the steady-state ice sheet will have a lower surface and volume. Models show a threshold in surface warming beyond which self-amplifying feedbacks result in a partial or near-complete ice loss on Greenland (Greve, 2000; Driesschaert et al., 2007; Charbit et al., 2008; Ridley et al., 2010; Robinson et al., 2012). If a temperature above this threshold is maintained over a multi-millennial time period, the majority of the Greenland ice sheet will be lost by changes in SMB on a millennial to multi-millennial time scale (equivalent to a sea level rise of about 7 m; Table 4.1). During the Middle Pliocene warm intervals, when global mean temperature was 2°C to 3.5°C higher than pre-industrial, ice-sheet models suggest near-complete deglaciation of Greenland (Hill et al., 2010).

A simplifying assumption is that the threshold is the warming required with the current ice-sheet topography to reduce the mean SMB to zero, on the argument that the ice sheet margin must then retreat from the coast. Using this criterion, Gregory and Huybrechts (2006) estimated that the SMB threshold occurs for a GMST increase of 3.1 [1.9 to 4.6] °C (4.5 [3.0 to 6.0] °C for Greenland surface temperature) above pre-industrial (assumed to be a steady state). More recent studies have found thresholds below or in the lower part of this range. In a coupled ice sheet–climate model of intermediate complexity, Huybrechts et al. (2011) found this threshold at 2.5°C for annual average Greenland SAT. Comparing three regional climate models, Rae et al. (2012) found a strong dependence of the threshold on the model formulation of the SMB. Based on the model's performance against observations and the

BLM_0074678

physical detail of its surface scheme, MAR is considered the most realistic model, and yields a threshold value 2.8 [2.1 to 3.4] °C for changes in Greenland annual average temperature compared to pre-industrial. Using MAR driven with output from various CMIP5 AOGCMs, Fettweis et al. (2013) evaluated the threshold as ~3°C in GMST above 1980–1999 (hence about 3.5°C relative to pre-industrial), and found that it is not exceeded in the 21st century under the RCP4.5 scenario but is reached around 2070 under the RCP8.5 scenario.

Some of the uncertainty in the threshold results from the value assumed for the steady state ice-sheet SMB (see Table 13.2), and whether this is assumed to be pre-industrial or a more recent period. For 400 Gt yr$^{-1}$ (Fettweis et al., 2013), the parametrization of Greenland ice sheet SMB used for present assessment of 21st century changes (Section 13.4.3.1, Supplementary Material) gives a global warming threshold of 3.0 [2.1 to 4.1] °C with respect to 1860–1879 (the reference period used in Box 13.1); for 225 Gt yr$^{-1}$ (Gregory and Huybrechts, 2006, following Church et al., 2001), the threshold is 2.1 [1.5 to 3.0] °C.

Although a negative SMB is a sufficient condition for passing the threshold, it will overestimate the value of the threshold quantitatively, because the SMB–height feedback (even without passing the threshold) means that the steady-state SMB is reduced by more than is calculated assuming fixed topography. The actual SMB change will depend on the dynamical response of the ice sheet that determines its topography. Constraining simulations with a dynamic ice-sheet model to changes during the last interglacial, Robinson et al. (2012) estimated the threshold as 1.6 [0.9 to 2.8] °C global averaged temperature above pre-industrial. In these simulations, they find that the threshold is passed when southeastern Greenland has a negative SMB. The near-complete ice loss then occurs through ice flow and SMB.

The complete loss of the ice sheet is not inevitable because it has a long time scale (tens of millennia near the threshold and a millennium or more for temperatures a few degrees above the threshold). If the surrounding temperatures decline before the ice sheet is eliminated, the ice sheet might regrow. In the context of future GHG emissions, the time scale of ice loss is competing with the time scale of temperature decline after a reduction of GHG emissions (Allen et al., 2009; Solomon et al., 2009; Zickfeld et al., 2009). The outcome therefore depends on both the $CO_2$ concentration and on how long it is sustained. Charbit et al. (2008) found that loss of the ice sheet is inevitable for cumulative emissions above about 3000 GtC, but a partial loss followed by regrowth occurs for cumulative emissions less than 2500 GtC. Ridley et al. (2010) identified three steady states of the ice sheet. If the $CO_2$ concentration is returned to pre-industrial when more than 20 to 40% of the ice sheet has been lost, it will regrow only to 80% of its original volume due to a local climate feedback in one region; if 50% or more, it regrows to 20 to 40% of the original. Similar states with ice volume around 20%, 60 to 80% and 100% of the initial ice volume are also found in other models (Langen et al., 2012; Robinson et al., 2012). If all the ice is lost, temperatures must decline to below a critical threshold for regrowth of the ice sheet (Robinson et al., 2012; Solgaard and Langen, 2012).

On the evidence of paleo data and modelling (Section 5.6.2.3, 13.2.1), it is *likely* that during the LIG, when global mean temperature never

exceeded 2°C pre-industrial, the Greenland ice sheet contributed no more than ~4 m to GMSL. This could indicate that the threshold for near-complete deglaciation had not been passed, or that it was not greatly exceeded so that the rate of mass loss was low; however, the forcing responsible for the LIG warming was orbital rather than from $CO_2$ (van de Berg et al., 2011), so it is not a direct analogue and the applicable threshold may be different. Studies with fixed-topography ice sheets indicate a threshold of 2°C or above of global warming with respect to pre-industrial for near-complete loss of the Greenland ice sheet, while the one study (and therefore *low confidence*) presently available with a dynamical ice sheet suggests that the threshold could be as low as about 1°C (Robinson et al. 2012). Recent studies with fixed-topography ice sheets indicate that the threshold is less than about 4°C (*medium confidence* because of multiple studies). With currently available information, we do not have sufficient confidence to assign a *likely* range for the threshold. If the threshold is exceeded temporarily, an irreversible loss of part or most of the Greenland ice sheet could result, depending on the duration and amount that the threshold is exceeded.

### 13.4.4   Antarctic Ice Sheet

#### 13.4.4.1  Surface Mass Balance Change

Because the ice loss from Antarctica due to surface melt and runoff is about 1% of the total mass gain from snowfall, most ice loss occurs through solid ice discharge into the ocean. In the 21st century, ablation is projected to remain small on the Antarctic ice sheet because low surface temperatures inhibit surface melting, except near the coast and on the Antarctic Peninsula, and meltwater and rain continue to freeze in the snowpack (Ligtenberg et al., 2013). Projections of Antarctic SMB changes over the 21st century thus indicate a negative contribution to sea level because of the projected widespread increase in snowfall associated with warming air temperatures (Krinner et al., 2007; Uotila et al., 2007; Bracegirdle et al., 2008). Several studies (Krinner et al., 2007; Uotila et al., 2007; Bengtsson et al., 2011) have shown that the precipitation increase is directly linked to atmospheric warming via the increased moisture holding capacity of warmer air, and is therefore larger for scenarios of greater warming. The relationship is exponential, resulting in an increase of SMB as a function of Antarctic SAT change evaluated in various recent studies with high-resolution (~60 km) models as 3.7% °C$^{-1}$ (Bengtsson et al., 2011), 4.8% °C$^{-1}$ (Ligtenberg et al., 2013) and ~7% °C$^{-1}$ (Krinner et al., 2007). These agree well with the sensitivity of 5.1 ± 1.5% °C$^{-1}$ (one standard deviation) of CMIP3 AOGCMs (Gregory and Huybrechts, 2006).

The effect of atmospheric circulation changes on continental-mean SMB is an order of magnitude smaller than the effect of warming, but circulation changes can have a large influence on regional changes in accumulation, particularly near the ice-sheet margins (Uotila et al., 2007) where increased accumulation may induce additional ice flow across the grounding line (Huybrechts and De Wolde, 1999; Gregory and Huybrechts, 2006; Winkelmann et al., 2012). Simulated SMB is strongly and nonlinearly influenced by ocean surface temperature and sea-ice conditions (Swingedouw et al., 2008). This dependence means that the biases in the model-control climate may distort the SMB sensitivity to climate change, suggesting that more accurate predictions

**13**

BLM_0074679

may be obtained from regional models by using boundary conditions constructed by combining observed present-day climate with projected climate change (Krinner et al., 2008). There is a tendency for higher resolution models to simulate a stronger future precipitation increase because of better representation of coastal and orographic precipitation processes (Genthon et al., 2009).

For the present assessment of GMSL rise, changes in Antarctic ice-sheet SMB up to 2100 have been computed from global mean SAT change projections derived from the CMIP5 AOGCMs, using the range of sensitivities of precipitation increase to atmospheric warming summarized above, and the ratio of Antarctic to global warming evaluated from CMIP3 AOGCMs by Gregory and Huybrechts (2006) (see also Section 13.5.1 and Supplementary Material). The results are shown in Table 13.5 and Figures 13.10 and 13.11. The projected change in ice outflow is affected by the SMB because of the influence of topography on ice dynamics (Section 13.4.4.2 and Supplementary Material). Ozone recovery, through its influence on atmospheric circulation at high southern latitudes (Section 10.3.3.3), may offset some effects of GHG increase in the 21st century, but Antarctic precipitation is nonetheless projected to increase (Polvani et al., 2011). Bintanja et al. (2013) suggested that Antarctic warming and precipitation increase may be suppressed in the future by expansion of Antarctic sea ice, promoted by freshening of the surface ocean, caused by basal melting of ice shelves, and they conducted an AOGCM sensitivity test of this hypothesis. We consider these possibilities in Section 13.5.3.

Beyond the year 2100, regional climate simulations run at high spatial resolution (5 to 55 km) but without climate-ice sheet feedbacks included show a net ice gain until the year 2200 (Ligtenberg et al., 2013). During the 22nd century, the ice gain is equivalent to an average rate of sea level fall of 1.2 mm yr$^{-1}$ for the A1B scenario and 0.46 mm yr$^{-1}$ for the E1 scenario.

For multi-centennial to multi-millennial projections, feedbacks between the ice sheet and regional climate need to be accounted for. This is currently done using ice-sheet models coupled to climate models of intermediate complexity, which have a significantly lower spatial resolution in the atmospheric component than regional climate models used to assess future SMB within the 21st century. These coarser resolution models capture the increase in snowfall under future warming, but the regional distribution is represented less accurately. Accordingly, there is *low confidence* in their ability to model spatial melting and accumulation patterns accurately. In contrast, *medium confidence* can be assigned to the models' projection of total accumulation on Antarctica, as it is controlled by the large-scale moisture transport toward the continent.

In idealized scenarios of 1% increase of $CO_2$ yr$^{-1}$ up to 560 ppm with subsequent stabilization, Vizcaíno et al. (2010) and Huybrechts et al. (2011) found an initial increase of ice volume due to additional snowfall during the first 600 years of integration. In both models, the changes in SMB dominate the mass changes during and beyond the first 100 years. After 600 years of integration, Vizcaíno et al. (2010) found a mass gain corresponding to a sea level fall of 0.15 m (−0.25 mm yr$^{-1}$ on average). For the same experiment and the same period, Huybrechts et al. (2011) found a sea level fall of 0.08 m (−0.13 mm yr$^{-1}$ on average).

In a similar experiment but allowing GHG concentrations to reach 1120 ppm $CO_2$ before being stabilized, both models show a net positive sea level contribution after 600 years of integration. Huybrechts et al. (2011) found a weak sea level contribution during the first 500 years of integration followed by a stronger and relatively constant long-term average rate of ~2 mm yr$^{-1}$ after 1000 years of integration up to a total contribution of ~4 m SLE after 3000 years of integration. Although they found some grounding line retreat due to basal ice-shelf melt, the multi-centennial evolution of the ice sheet is dominated by changes in SMB whereas the solid-ice discharge after an initial increase shows a significant decrease during the scenario.

For the same scenario, Vizcaíno et al. (2010) found that the initial mass gain is followed by a weak mass loss. After 250 years of integration, the contribution is stronger and relatively constant at a rate of about 3 mm yr$^{-1}$, corresponding to a net contribution of 1.2 m to global mean sea level rise after 600 years.

The same model as in Huybrechts et al. (2011), although with a slightly stronger polar amplification, was applied to the three SRES scenarios used in the AR4 (B1, A1B, A2) with stabilization in the year 2100 (Goelzer et al., 2012). For the lowest scenario (B1), they found practically no net Antarctic contribution to sea level in the year 3000. Under the medium scenario (A1B), the ice sheet contributes 0.26 m, and under the highest scenario (A2), it contributes 0.94 m SLE in the year 3000.

These simulations include a negative feedback on the regional climate by ice-sheet melt through which summer temperatures can be significantly reduced over Antarctica (Swingedouw et al., 2008). However, due to the coarse resolution and the high polar amplification, there is *low confidence* in the model's representation of oceanic circulation changes around Antarctica.

In both models (Vizcaíno et al., 2010; Huybrechts et al., 2011), the ice sheets are not equilibrated with the surrounding climate after the integration period under the 1120 ppm $CO_2$ forcing. Though GHG concentrations were stabilized after 120 years of integration, the Antarctic ice sheet continues to contribute to sea level rise at a relatively constant rate for another 480 years in Vizcaíno et al. (2010) and 2880 years in Huybrechts et al. (2011). This is consistent with a positive sea level contribution from Antarctica during past warmer climates (Sections 13.2.1 and 13.5.4).

In summary, both coupled ice sheet-climate models consistently show that for high-emission scenarios, the surface melt increases and leads to an ice loss on multi-centennial time scales. The long time period over which the Antarctic ice sheet continues to lose mass indicates a potential role of the feedback between climate and ice sheet. Consistent with regional climate models for the 21st and 22nd centuries, both coarse-resolution coupled models show a positive SMB change for most of the first 100 years of climate change. Due to the inertia in the climate system, regional temperatures continue to rise after that. Together with enhanced solid ice discharge, this results in mass loss of the ice sheet. The corresponding decline in surface elevation increases the surface temperature and leads to additional ice loss.

**13**

BLM_0074680