### 13.4.4.2 Dynamical Change

The Antarctic ice sheet represents the largest potential source of future SLR; the West Antarctic ice sheet alone has the potential to raise sea level by ~4.3 m (Fretwell et al., 2013). The rate at which this reservoir will be depleted and cause sea level to rise, however, is not easily quantifiable. In this section, we focus on dynamical changes (i.e., those related to the flow of the ice sheet) that affect SLR by altering the flux of ice across the grounding line (or outflow) that separates ice resting on bedrock (some of which does not currently displace ocean water) from floating ice shelves (which already displace ocean water and have only a negligible effect on sea level) (Jenkins and Holland, 2007).

Issues associated with the inability of models to reproduce recently observed changes in the dynamics of the Antarctic ice sheet prevented the AR4 from quantifying the effect of these changes on future sea level. Since the AR4, progress has been made in understanding the observations (Sections 4.4.3 and 4.4.4), and projections are becoming available. It must be stressed, however, that this field has yet to reach the same level of development that exists for modelling many other components of the Earth system. There is an underlying concern that observations presage the onset of large-scale grounding line retreat in what is termed the Marine Ice Sheet Instability (MISI; Box 13.2), and much of the research assessed here attempts to understand the applicability of this theoretical concept to projected SLR from Antarctica.

There are three distinct processes that could link climate change to dynamical change of the Antarctic ice sheet and potentially trigger increased outflow. These may operate directly through the increased potential for melt ponds to form on the upper surface of ice shelves, which may destabilize them, or by increases in submarine melt experienced by ice shelves as a consequence of oceanic warming, which leads to their thinning, as well as indirectly by coupling between SMB and ice flow. Section 4.4.3.2 presents the observational basis on which understanding of these processes is based, while their potential future importance is assessed here. Literature on the two mechanisms directly linked to climate change will be assessed first, followed by their relation to outflow change and lastly SMB coupling.

There is strong evidence that regional warming and increased melt water ponding in the Antarctic Peninsula led to the collapse of ice shelves along the length of peninsula (Cook and Vaughan, 2010), most notably the Larsen B ice shelf (MacAyeal et al., 2003). Substantial local warming (~5 to 7 °C) would, however, be required before the main Antarctic ice shelves (the Ross and Filchner-Ronne ice shelves) would become threatened (Joughin and Alley, 2011). An assessment of the AR4 AOGCM ensemble under scenario A1B yielded an Antarctic continental-average warming rate of $0.034 \pm 0.01°C\ yr^{-1}$ (Bracegirdle et al., 2008), suggesting that the required level of warming may not be approached by the end of the 21st century. Using an intermediate complexity model with scenario A2, Fyke et al. (2010) found that melt starts to reach significant levels over these ice shelves around 2100 to 2300. Barrand et al. (2013) made a process-based assessment of the effect of ice-shelf collapse on outflow from the Antarctic Peninsula, which yields a range of SLR at 2100 between 10 and 20 mm, with a bounding maximum of 40 mm.

There is good evidence linking the focus of current Antarctic mass loss in the Amundsen Sea sector of the WAIS (containing Pine Island and Thwaites Glaciers) (Shepherd and Wingham, 2007; Rignot et al., 2008; Pritchard et al., 2009) to the presence of relatively warm Circumpolar Deep Water on the continental shelf (Thoma et al., 2008; Jenkins et al., 2010). However, it is not possible to determine whether this upwelling was related directly or indirectly to a rise in global mean temperature. Yin et al. (2011) assessed output from 19 AOGCMs under scenario A1B to determine how subsurface temperatures are projected to evolve around the West and East Antarctic ice sheets. They showed decadal-mean warming of 0.4°C to 0.7°C and 0.4°C to 0.9°C around West and East Antarctica, respectively (25th to 75th percentiles of ensemble) by the end of the 21st century. More detailed regional modelling using scenario A1B illustrates the potential for warm water to invade the ocean cavity underlying the Filchner-Ronne ice shelf in the second half of the 21st century, with an associated 20-fold increase in melt (Hellmer et al., 2012). Based on the limited literature, there is *medium confidence* that oceanic processes may potentially trigger further dynamical change particularly in the latter part of the 21st century, while there is also *medium confidence* that atmospheric change will not affect dynamics outside of the Antarctic Peninsula during the 21st century.

Several process-based projections of the future evolution of Pine Island Glacier have now been made, and some of the issues that this modelling faced (such as the need for sub-kilometre resolution to ensure consistent results; Cornford et al. (2013), Durand et al. (2009)) are being resolved (Pattyn et al., 2013). In experiments using an idealized increase in marine melt, Joughin et al. (2010) demonstrated only limited (~25 km) retreat of the grounding line before a new equilibrium position was established. Gladstone et al. (2012) used a flowline model forced with ocean-model output (Hellmer et al., 2012) to identify two modes of retreat: one similar to that identified by Joughin et al. (2010), and a second characterized by complete collapse from 2150 onwards. More sophisticated ice-flow modelling (albeit with idealized forcing) suggests grounding line retreat of ~100 km in 50 years (Cornford et al., 2013). These studies support the theoretical finding of Gudmundsson et al. (2012) that grounding line retreat, if triggered, does not inevitably lead to MISI but may halt if local buttressing from ice rises or channel sidewalls is sufficient. Parizek et al. (2013) used a flowline model to study Thwaites Glacier and found that grounding line retreat is possible only under extreme ocean forcing. It is also thought that considerably less back pressure is exerted by Thwaites' ice shelf in comparison to Pine Island's (Rignot, 2001; 2008), which may make it less sensitive to forcing by submarine melt (Schoof, 2007a; Goldberg et al., 2012). Based on this literature, there is *high confidence* that the retreat of Pine Island Glacier (if it occurs) can be characterized by a SLR measured in centimetres by 2100, although there is *low confidence* in the models' ability to determine the probability or timing of any such retreat. There is also *medium confidence* (in the light of the limited literature) that Thwaites Glacier is probably less prone to undergo ocean-driven grounding line retreat than its neighbour in the 21st century. No process-based modelling is available on which to base projections of EAIS glaciers currently losing mass, such as Totten and Cook Glaciers.

Bindschadler et al. (2013) reported a model inter-comparison exercise on the impact of climate change under RCP8.5 on the Antarctic ice

13

BLM_0074681

sheet. The resultant projection includes contributions from increased marine melt in the Amundsen Sea and Amery sectors, and generated a mean SLR at 2100 of ~100 mm over four models (with overall SLR of 81 mm when SMB change was included). There is, however, *low confidence* in the projection because of the unproven ability of many of the contributing models to simulate grounding line motion. Bindschadler et al. (2013) also reported idealized experiments in which ice-shelf melt is increased by 2, 20 and 200 m yr[-1]. The resulting five-model mean SLR of 69, 693 and 3477 mm by 2100, respectively, can be considered only as a general indication because of the shortcomings of the contributing models (e.g., two do not include ice shelves) which may be offset by the use of a multi-model mean. Although grounding line migration in the 20 m yr[-1] experiment is extensive in some models and consistent with what might be expected under MISI (Bindschadler et al., 2013), the 200 m yr[-1] experiment is unrealistic, even if used as a proxy for the improbable atmosphere-driven collapse of the major ice shelves, and is not considered further.

We now assess two alternatives to process-based modelling that exist in the literature: the development of plausible high-end projections based on physical intuition (Pfeffer et al., 2008; Katsman et al., 2011) and the use of a probabilistic framework for extrapolating current observations of the ice sheet's mass budget (Little et al., 2013a; 2013b). Pfeffer et al. (2008) postulated a possible but extreme scenario of 615 mm SLR based on vastly accelerated outflow in the Amundsen Sea sector and East Antarctica, whereas a more plausible scenario involving reduced acceleration in the Amundsen Sea sector yields 136 mm. Katsman et al. (2011) used similar assumptions in a 'modest' scenario that generates SLR of 70 to 150 mm, and a 'severe' scenario that attempts to capture the consequences of the collapse of the WAIS through the MISI and has a SLR contribution of 490 mm. The NRC (2012) extrapolated mass-budget observations of the ice sheet to generate a projection of 157 to 323 mm (including future SMB change), with an additional 77 to 462 mm accounting for 21st-century increases in outflow (summing as 234 to 785 mm).

Little et al. (2013a) applied a range of linear growth rates to present-day SMB and outflow observations of Antarctic sectors (Rignot et al., 2008; Shuman et al., 2011; Zwally and Giovinetto, 2011), which are then weighted using a continental-scale observational synthesis (Shepherd et al., 2012) (consistent with the assessment of Chapter 4). In the case of Pine Island Glacier, growth rates are based on the process-based modelling of Joughin et al. (2010). Within this framework, SLR at 2100 has a 5 to 95% range of −20 to 185 mm for dynamical change only, and −86 to 133 mm when SMB change is included (based on Uotila et al. (2007)). Projections for the Antarctic Peninsula are consistent with the process-based modelling of Barrand et al. (2013). Further, Little et al. (2013a) found that the upper (95%) limit of the projected range can only approach 400 mm under scenarios expected for MISI (such as the immediate collapse of Pine Island and Thwaites Glaciers or all marine-based sectors experiencing the same rates of mass loss as Pine Island Glacier).

Our assessment of the *likely* range of SLR is based on the weighted 5-95% range (-20 to 185 mm) of Little et al. (2013), which is consistent with the lower scenarios of Katsman et al. (2011) (70 to 150 mm) and Pfeffer et al. (2008) (136 mm), and with the RCP8.5 projection and low-melt experiment of Bindschadler et al. (2013) (~100 and 69 mm, respectively). The base projection of the NRC (2012) (157 to 323 mm including future SMB change), however, is less compatible. This moderate level of consistency across a range of techniques suggests *medium confidence* in this assessment. We assess this as the *likely* (as opposed to *very likely*) range because it is based primarily on perturbations of the ice sheet's present-day state of mass imbalance and does not include the potentially large increases in outflow that may be associated with the MISI discussed below.

The probability of extensive grounding line retreat being both triggered and continuing to the extent that it contributes to significant SLR in the 21st century is very poorly constrained, as the results of a recent expert elicitation indicate (Bamber and Aspinall, 2013). We have *medium confidence*, however, that this probability lies outside of the *likely* range of SLR. Five arguments support this assessment. First, the partial loss of Pine Island Glacier is included by Little et al. (2013a) in their range and the full loss of the ice stream (if it were to occur) is thought to raise sea level by centimetres only (consistent with the use of the Little et al. (2013a) 5 to 95% range as the assessed *likely* range). Second, the current grounding line position of the neighbouring Thwaites Glacier appears to be more stable than that of Pine Island Glacier (Parizek et al., 2013) so that its potentially large contribution to SLR by 2100 is assessed to have a significantly lower probability. Third, there is a low probability that atmospheric warming in the 21st century will lead to extensive grounding line retreat outside of the Antarctic Peninsula because summer air temperatures will not rise to the level where significant surface melt and ponding occur. Fourth, although this retreat may be triggered by oceanic warming during the 21st century (in particular, under the Filchner-Ronne ice shelf), current literature suggests that this may occur late in the century (Hellmer et al., 2012), reducing the time over which enhanced outflow could affect end-of-century SLR. Finally, there are theoretical grounds to believe that grounding line retreat may stabilize (Gudmundsson et al., 2012) so that MISI (and associated high SLR) is not inevitable.

We next assess the magnitude of potential SLR at 2100 in the event that MISI affects the Antarctic ice sheet. Bindschadler et al. (2013), Katsman et al. (2011), the NRC (2012), and Pfeffer et al. (2008) presented contrasting approaches that can be used to make this assessment, which are upper-end estimates of 693, 490, 785 and 615 mm, respectively. Together this literature suggests with *medium confidence* that this contribution would be several tenths of a metre. The literature does not offer a means of assessing the probability of this contribution, however, other than our assessment (above) that it lies above the *likely* range.

Literature investigating the relation between the SLR generated by dynamical change and emission scenario does not currently exist. There is also a lack of literature on the relation between emission scenario and the intrusions of warm water into ice-shelf cavities thought to be important in triggering observed mass loss (Jacobs et al., 2011) and potentially important in the future (Hellmer et al., 2012). It is therefore premature to attach a scenario dependence to projections of dynamical change, even though such a dependency is expected to exist.

*Likely* increases in snowfall over the next century (Section 13.4.4.1) will affect the amount of ice lost by outflow across the grounding

13

BLM_0074682

line because of local changes in ice thickness and stress regime (Huybrechts and De Wolde, 1999). This effect was incorporated in AR4 projections for 2100 as a compensatory mass loss amounting to 0 to 10% of the SMB mass gain (Gregory and Huybrechts, 2006). Winkelmann et al. (2012) re-evaluated the effect and reported a range of 15 to 35% for the next century (30 to 65% after 500 years). The two studies are difficult to compare because of differences in model physics and experimental design so that the use of their joint range (0 to 35%) is an appropriate assessment of the *likely* range of this effect. This range is supported by Barrand et al. (2013), who quantified the effect for the Antarctic Peninsula as ~15% of SMB. Moreover, because this contribution relies on similar physics to the grounding line migration discussed above, it is appropriate to assume that their uncertainties are correlated. Winkelmann et al. (2012) showed that the fractional size of this compensatory effect is independent of scenario. Accounting for this effect equates to SLR of 0 to 32 mm by 2100 based on the SMB range over all emission-scenario projections in Section 13.5.1.1.

Beyond the 21st century, only projections with coarse-resolution ice sheet–climate models are available (Vizcaíno et al., 2010; Huybrechts et al., 2011). *Confidence* in the ability of these two models to capture both change in the oceanic circulation around Antarctica and the response of the ice sheet to these changes, especially a potential grounding line retreat, is *low*. The model applied by Vizcaíno et al. (2010) lacks a dynamic representation of ice shelves. Because dynamic ice discharge from Antarctica occurs predominately through ice shelves, it is *likely* that the projections using this model considerably underestimate the Antarctic contribution.

In summary, it is *likely* that dynamical change within the Antarctic ice sheet will lead to SLR during the next century with a range of –20 to 185 mm. SLR beyond the *likely* range is poorly constrained and considerably larger increases are possible (the underlying probability distribution is asymmetric towards larger rise), which will probably be associated with the MISI (Box 13.2). Although the likelihood of such SLR cannot yet be assessed more precisely than falling above the *likely* range, literature suggests (with *medium confidence*) that its potential magnitude is several tenths of a metre. We are unable to assess SLR as a function of emission scenario, although a dependency of SLR on scenario is expected to exist. In addition, coupling between SMB and dynamical change is *likely* to make a further contribution to SLR of 0 to 35% of the SMB. All the available literature suggests that this dynamical contribution to sea level rise will continue well beyond 2100.

### 13.4.4.3  Possible Irreversibility of Ice Loss from West Antarctica

Due to relatively weak snowfall on Antarctica and the slow ice motion in its interior, it can be expected that the WAIS would take at least several thousand years to regrow if it was eliminated by dynamic ice discharge. Consequently any significant ice loss from West Antarctic that occurs within the next century will be irreversible on a multi-centennial to millennial time scale. We discuss here the possibility of abrupt dynamic ice loss from West Antarctica (see Section 12.5.5 for definition of abrupt).

Information on the ice and bed topography of WAIS suggests that it has about 3.3 m of equivalent global sea level grounded on areas with

downward sloping bedrock (Bamber et al., 2009). As detailed in Box 13.2, large areas of the WAIS may therefore be subject to potential ice loss via the MISI. As it is the case for other potential instabilities within the climate system (Section 12.5.5), there are four lines of evidence to assess the likelihood of a potential occurrence: theoretical understanding, present-day observations, numerical simulations, and paleo records.

The MISI is based on a number of studies that indicated the theoretical existence of the instability (Weertman, 1961; Schoof, 2007a) (see also Box 13.2). The most fundamental derivation, that is, starting from a first-principle ice equation, states that in one-dimensional ice flow the grounding line between grounded ice sheet and floating ice shelf cannot be stable on a landward sloping bed. The limitation of the one-dimensional case disregards possible stabilizing effects of the ice shelves (Dupont and Alley, 2005). Although it is clear that ice shelves that are laterally constrained by embayments inhibit ice flow into the ocean, the effect has not been quantified against the MISI. The same is true for other potentially stabilizing effects such as sedimentation near the grounding line (Alley et al., 2007) or the influence of large-scale bedrock roughness (i.e., topographic pinning points) on ice flow. Although these stabilizing effects need to be further investigated and quantified against the destabilizing effect of the MISI, no studies are available that would allow dismissing the MISI on theoretical grounds.

Although direct observations of ice dynamics are available, they are neither detailed enough nor cover a sufficiently long period to allow the monitoring of the temporal evolution of an MISI. Most Antarctic ice loss that has been detected during the satellite period has come from the WAIS (Rignot et al., 2008; Pritchard et al., 2012). Some studies have found an acceleration of ice loss (Rignot et al., 2011) as well as enhanced basal ice-shelf melting (Pritchard et al., 2012), but the short period of observations does not allow one to either dismiss or confirm that these changes are associated with destabilization of WAIS.

Paleo records suggest that WAIS may have deglaciated several times during warm periods of the last 5 million years, but they contain no information on rates (Naish et al., 2009). Although coarse-resolution models are in principle capable of modelling the MISI, there is *medium confidence* in their ability to simulate the correct response time to external perturbations on decadal to centennial time scales (Pattyn et al., 2013). One of these models (Pollard and DeConto, 2009) reproduced paleo records of deglaciation with a forced ice-sheet model at 40 km resolution and parameterized ice flow across the grounding line according to Schoof (2007a). These simulations showed a sea level rise of about 7 m over time spans of 1000 to 7000 years with approximately equal contributions from West and East Antarctica. However, no available model results or paleo records have indicated the possibility of self-accelerated ice discharge from these regions.

In summary, ice-dynamics theory, numerical simulations, and paleo records indicate that the existence of a marine-ice sheet instability associated with abrupt and irreversible ice loss from the Antarctic ice sheet is possible in response to climate forcing. However, theoretical considerations, current observations, numerical models, and paleo records currently do not allow a quantification of the timing of the onset of such an instability or of the magnitude of its multi-century contribution.

**13**

BLM_0074683

## Box 13.2 | History of the Marine Ice-Sheet Instability Hypothesis

Marine ice sheets rest on bedrock that is submerged below sea level (often by 2 to 3 km). The most well-researched marine ice sheet is the West Antarctic ice sheet (WAIS) where approximately 75% of the ice sheet's area currently rests on bedrock below sea level. The East Antarctic ice sheet (EAIS), however, also has appreciable areas grounded below sea level (~35%), in particular around the Totten and Cook Glaciers.

These ice sheets are fringed by floating ice shelves, which are fed by flow from grounded ice across a grounding line (GL). The GL is free to migrate both seawards and landwards as a consequence of the local balance between the weight of ice and displaced ocean water. Depending on a number of factors, which include ice-shelf extent and geometry, ice outflow to the ocean generally (but not always) increases with ice thickness at the GL. Accordingly, when the ice sheet rests on a bed that deepens towards the ice-sheet interior (see Box 13.2, Figure 1a), the ice outflow to the ocean will generally increase as the GL retreats. It is this feature that gives rise to the Marine Ice-Sheet Instability (MISI), which states that a GL cannot remain stable on a landward-deepening slope. Even if snow accumulation and outflow were initially in balance (Box 13.2, Figure 1b), natural fluctuations in climate cause the GL to fluctuate slightly (Box 13.2, Figure 1c). In the case of a retreat, the new GL position is then associated with deeper bedrock and thicker ice, so that outflow increases (Box 13.2, Figure 1d). This increased outflow leads to further, self-sustaining retreat until a region of shallower, seaward-sloping bedrock is reached. Stable configurations can therefore exist only where the GL rests on slopes that deepen towards the ocean. A change in climate can therefore potentially force a large-scale retreat of the GL from one bedrock ridge to another further inland. *(continued on next page)*



**Box 13.2, Figure 1 |** Schematic of the processes leading to the potentially unstable retreat of a grounding line showing (a) geometry and ice fluxes of a marine ice sheet, (b) the grounding line in steady state, (c) climate change triggering mass outflow from the ice sheet and the start of grounding line retreat and (d) self-sustained retreat of the grounding line.

13

BLM_0074684

*Box 13.2 (continued)*

The MISI has a long history based on theoretical discussions that were started by Weertman (1974) and Mercer (1978), and has seen many refinements over the subsequent years. The advent of satellite-based observations has given fresh impetus to this debate, in particular work on the GL retreat and associated thinning of Pine Island (PIG), Thwaites (TG) and Smith Glaciers (all part of the WAIS), which are collectively responsible for most of Antarctica's present mass loss (Rignot et al., 2008). These observations highlighted the need to develop a better understanding of the MISI to make more accurate projections of the ice sheet's future contribution to sea level rise.

Early studies of the MISI were not based on a formal derivation from the basic laws of mechanics thought to control ice-sheet flow and the robustness of their results was therefore difficult to assess. An open question was the expected impact of changes at the GL on the ice-sheet flow (Hindmarsh, 1993). Recently, however, a more complete analysis from first principles has been developed that suggests that the fundamental relation between thickness and flux at the GL exists and has a power of ~5 (i.e., that a 10% increase in thickness leads to a 60% increase in flux) (Schoof, 2007b, 2011). This analysis, however, does not include ice shelves that occupy laterally constrained embayments, which is often the case (for instance at PIG). In such situations, drag from ice-shelf sidewalls may suppress the positive feedback between increasing ice thickness and ice flux at the GL (Dupont and Alley, 2005; Goldberg et al., 2009; Gudmundsson et al., 2012). Other factors that could suppress the instability include a sea level fall adjacent to the GL resulting from the isostatic and gravitational effects of ice loss (Gomez et al., 2010b).

Two processes that could trigger GL retreat are particularly relevant to contemporary polar climate change. The first is the presence of warmer ocean water under ice shelves, which leads to enhanced submarine ice-shelf melt (Jacobs et al., 2011). The second is the presence of melt water ponds on the surface of the ice shelf, which can cause stress concentrations allowing fractures to penetrate the full ice-shelf thickness. This process appears to have been a primary factor in the collapse of the Larsen B Ice Shelf (LBIS) over the course of two months in 2002 (MacAyeal et al., 2003). The collapse of the LBIS provided a natural demonstration of the linkage between the structural integrity of an ice shelf and the flow of grounded ice draining into it. Following the breakup of LBIS, the speeds of the glaciers feeding the collapsed portion of the shelf increased two- to eightfold, while the flow of glaciers draining into a surviving sector was unaltered (Rignot et al., 2004; Scambos et al., 2004; Rott et al., 2011). This indicates that a mechanical link does indeed exist between shelf and sheet, and has important implications for the future evolution of the far more significant PIG and TG systems of the WAIS.

The recent strides made in placing MISI on a sound analytical footing are, however, limited to the analysis of steady states. Numerical modelling is needed to simulate the GL retreat rates that are required to make accurate SLR projections. There are major challenges in designing models whose results are not controlled by the details of their numerical design. Problems arise at the GL because, in addition to flotation, basal traction is dramatically reduced as the ice loses contact with the underlying bedrock (Pattyn et al., 2006). This is a topic of active research, and a combination of more complete modelling of the GL stress regime (Favier et al., 2012) and the use of high-resolution (subkilometre) models (Durand et al., 2009; Cornford et al., 2013) shows promise towards resolving these problems. Much progress has also been made by using model inter-comparison as a means of understanding these effects (Pattyn et al., 2013).

### 13.4.5 Anthropogenic Intervention in Water Storage on Land

The potential future effects that human activities have on changing water storage on land, thus affecting sea level, have been little studied in the published peer-reviewed scientific literature. For depletion of groundwater arising from extraction (for agriculture and other uses), we consider two possibilities. The first assumes that this contribution to GMSL rise continues throughout the 21st century at the rate of $0.40 \pm 0.11$ mm yr$^{-1}$ (mean $\pm$ SD) assessed for 2001–2008 by Konikow (2011), amounting to 38 [21 to 55] mm by 2081–2100 relative to 1986–2005. The second uses results from land surface hydrology models (Wada et al., 2012) with input from climate and socioeconomic projections for SRES scenarios, yielding 70 [51 to 90] mm for the same time interval. Because of the improved treatment of groundwater recharge by Wada et al. (2012), this is less than Rahmstorf et al. (2012b) obtained by assuming that the groundwater extraction estimates of Wada et al. (2010) can be scaled up in the future with global population. These two possibilities indicate a range of about 20 to 90 mm for the contribution of groundwater depletion to GMSL rise.

For the rate of impoundment of water in reservoirs, we evaluate two possibilities. The first assumes it will continue throughout the 21st century (e.g., Lempérière, 2006) at the average rate of $-0.2 \pm 0.05$ mm yr$^{-1}$ SLE (mean $\pm$ SD) estimated for 1971–2010 using data updated from Chao et al. (2008), giving a negative contribution to GMSL rise of $-19$ [$-11$ to $-27$] mm by 2081–2100 relative to 1986–2005. The second assumes it will be zero after 2010 (i.e., no further net impoundment), as shown for the 1990s and 2000s by Lettenmaier and Milly (2009) (see Section 13.3.4 for discussion). A zero contribution implies a balance between further construction of reservoir capacity and reduction of storage volume by sedimentation, each of which could plausibly

13

Frequently Asked Questions
**FAQ 13.2: Will the Greenland and Antarctic Ice Sheets Contribute to Sea Level Change over the Rest of the Century?**

*The Greenland, West and East Antarctic ice sheets are the largest reservoirs of freshwater on the planet. As such, they have contributed to sea level change over geological and recent times. They gain mass through accumulation (snowfall) and lose it by surface ablation (mostly ice melt) and outflow at their marine boundaries, either to a floating ice shelf, or directly to the ocean through iceberg calving. Increases in accumulation cause global mean sea level to fall, while increases in surface ablation and outflow cause it to rise. Fluctuations in these mass fluxes depend on a range of processes, both within the ice sheet and without, in the atmosphere and oceans. Over the course of this century, however, sources of mass loss appear set to exceed sources of mass gain, so that a continuing positive contribution to global sea level can be expected. This FAQ summarizes current research on the topic and provides indicative magnitudes for the various end-of-century (2081-2100 with respect to 1986-2005) sea level contributions from the full assessment, which are reported as the two-in-three probability level across all emission scenarios.*

Over millennia, the slow horizontal flow of an ice sheet carries mass from areas of net accumulation (generally, in the high-elevation interior) to areas of net loss (generally, the low-elevation periphery and the coastal perimeter). At present, Greenland loses roughly half of its accumulated ice by surface ablation, and half by calving. Antarctica, on the other hand, loses virtually all its accumulation by calving and submarine melt from its fringing ice shelves. Ice shelves are floating, so their loss has only a negligible direct effect on sea level, although they can affect sea level indirectly by altering the mass budget of their parent ice sheet (see below).

In East Antarctica, some studies using satellite radar altimetry suggest that snowfall has increased, but recent atmospheric modelling and satellite measurements of changes in gravity find no significant increase. This apparent disagreement may be because relatively small long-term trends are masked by the strong interannual variability of snowfall. Projections suggest a substantial increase in 21st century Antarctic snowfall, mainly because a warmer atmosphere would be able to carry more moisture into polar regions. Regional changes in atmospheric circulation probably play a secondary role. For the whole of the Antarctic ice sheet, this process is projected to contribute between 0 and 70 mm to sea level fall.

Currently, air temperatures around Antarctica are too cold for substantial surface ablation. Field and satellite-based observations, however, indicate enhanced outflow—manifested as ice-surface lowering—in a few localized coastal regions. These areas (Pine Island and Thwaites Glaciers in West Antarctica, and Totten and Cook Glaciers in East Antarctica) all lie within kilometre-deep bedrock troughs towards the edge of Antarctica's continental shelf. The increase in outflow is thought to have been triggered by regional changes in ocean circulation, bringing warmer water in contact with floating ice shelves.

On the more northerly Antarctic Peninsula, there is a well-documented record of ice-shelf collapse, which appears to be related to the increased surface melting caused by atmospheric warming over recent decades. The subsequent thinning of glaciers draining into these ice shelves has had a positive—but minor—effect on sea level, as will any further such events on the Peninsula. Regional projections of 21st century atmospheric temperature change suggest that this process will probably not affect the stability of the large ice shelves of both the West and East Antarctica, although these ice shelves may be threatened by future oceanic change (see below).

Estimates of the contribution of the Antarctic ice sheets to sea level over the last few decades vary widely, but great strides have recently been made in reconciling the observations. There are strong indications that enhanced outflow (primarily in West Antarctica) currently outweighs any increase in snow accumulation (mainly in East Antarctica), implying a tendency towards sea level rise. Before reliable projections of outflow over the 21st century can be made with greater confidence, models that simulate ice flow need to be improved, especially of any changes in the grounding line that separates floating ice from that resting on bedrock and of interactions between ice shelves and the ocean. The concept of 'marine ice-sheet instability' is based on the idea that the outflow from an ice sheet resting on bedrock below sea level increases if ice at the grounding line is thicker and, therefore, faster flowing. On bedrock that slopes downward towards the ice-sheet interior, this creates a vicious cycle of increased outflow, causing ice at the grounding line to thin and go afloat. The grounding line then retreats down slope into thicker ice that, in turn, drives further increases in outflow. This feedback could potentially result in the rapid loss of parts of the ice sheet, as grounding lines retreat along troughs and basins that deepen towards the ice sheet's interior.

13

BLM_0074686

*FAQ 13.2 (continued)*

Future climate forcing could trigger such an unstable collapse, which may then continue independently of climate. This potential collapse might unfold over centuries for individual bedrock troughs in West Antarctica and sectors of East Antarctica. Much research is focussed on understanding how important this theoretical concept is for those ice sheets. Sea level could rise if the effects of marine instability become important, but there is not enough evidence at present to unambiguously identify the precursor of such an unstable retreat. Change in outflow is projected to contribute between –20 (i.e., fall) and 185 mm to sea level rise by year 2100, although the uncertain impact of marine ice-sheet instability could increase this figure by several tenths of a metre. Overall, increased snowfall seems set to only partially offset sea level rise caused by increased outflow.

In Greenland, mass loss through more surface ablation and outflow dominates a possible recent trend towards increased accumulation in the interior. Estimated mass loss due to surface ablation has doubled since the early 1990s. This trend is expected to continue over the next century as more of the ice sheet experiences surface ablation for longer periods. Indeed, projections for the 21st century suggest that increasing mass loss will dominate over weakly increasing accumulation. The refreezing of melt water within the snow pack high up on the ice sheet offers an important (though perhaps temporary) dampening effect on the relation between atmospheric warming and mass loss.

Although the observed response of outlet glaciers is both complex and highly variable, iceberg calving from many of Greenland's major outlet glaciers has increased substantially over the last decade, and constitutes an appreciable additional mass loss. This seems to be related to the intrusion of warm water into the coastal seas around Greenland, but it is not clear whether this phenomenon is related to inter-decadal variability, such as the North Atlantic

*(continued on next page)*



**FAQ 13.2, Figure 1 |** Illustrative synthesis of projected changes in SMB and outflow by 2100 for (a) Greenland and (b) Antarctic ice sheets. Colours shown on the maps refer to projected SMB change between the start and end of the 21st century using the RACMO2 regional atmospheric climate model under future warming scenarios A1B (Antarctic) and RCP4.5 (Greenland). For Greenland, average equilibrium line locations during both these time periods are shown in purple and green, respectively. Ice-sheet margins and grounding lines are shown as black lines, as are ice-sheet sectors. For Greenland, results of flowline modelling for four major outlet glaciers are shown as inserts, while for Antarctica the coloured rings reflect projected change in outflow based on a probabilistic extrapolation of observed trends. The outer and inner radius of each ring indicate the upper and lower bounds of the two-thirds probability range of the contribution, respectively (scale in upper right); red refers to mass loss (sea level rise) while blue refers to mass gain (sea level fall). Finally, the sea level contribution is shown for each ice sheet (insert located above maps) with light grey referring to SMB (model experiment used to generate the SMB map is shown as a dashed line) and dark grey to outflow. All projections refer to the two-in-three probability range across all scenarios.

BLM_0074687

*FAQ 13.2 (continued)*

Oscillation, or a longer term trend associated with greenhouse gas–induced warming. Projecting its effect on 21st century outflow is therefore difficult, but it does highlight the apparent sensitivity of outflow to ocean warming. The effects of more surface melt water on the lubrication of the ice sheet's bed, and the ability of warmer ice to deform more easily, may lead to greater rates of flow, but the link to recent increases in outflow is unclear. Change in the net difference between surface ablation and accumulation is projected to contribute between 10 and 160 mm to sea level rise in 2081-2100 (relative to 1986-2005), while increased outflow is projected to contribute a further 10 to 70 mm (Table 13.5).

The Greenland ice sheet has contributed to a rise in global mean sea level over the last few decades, and this trend is expected to increase during this century. Unlike Antarctica, Greenland has no known large-scale instabilities that might generate an abrupt increase in sea level rise over the 21st century. A threshold may exist, however, so that continued shrinkage might become irreversible over multi-centennial time scales, even if the climate were to return to a pre-industrial state over centennial time scales. Although mass loss through the calving of icebergs may increase in future decades, this process will eventually end when the ice margin retreats onto bedrock above sea level where the bulk of the ice sheet resides.

have a rate of about 1% $yr^{-1}$ of existing capacity (Lempérière, 2006; Lettenmaier and Milly, 2009). These two possibilities together indicate a range of about 0 to 30 mm of GMSL fall for the contribution of reservoir impoundment.

Our assessment thus leads to a range of –10 to +90 mm for the net contribution to GMSL rise from anthropogenic intervention in land water storage by 2081–2100 relative to 1986–2005. This range includes the range of 0 to 40 mm assumed by Katsman et al. (2008). Because of the limited information available, we do not have sufficient confidence to give ranges for individual RCP scenarios.

## 13.5    Projections of Global Mean Sea Level Rise

Process-based projections for GMSL rise during the 21st century, given in Section 13.5.1, are the sum of contributions derived from models that were evaluated by comparison with observations in Section 13.3 and used to project the contributions in Section 13.4. Projections of GMSL rise by semi-empirical models (SEMs) are given in Section 13.5.2. We compare these two and other approaches in Section 13.5.3 and assess the level of confidence that we can place in each approach. Longer term projections are discussed in Section 13.5.4.

### 13.5.1    Process-Based Projections for the 21st Century

The process-based projections of GMSL rise for each RCP scenario are based on results from 21 CMIP5 AOGCMs from which projections of SAT change and thermal expansion are available (see Section 13.4.1). Where CMIP5 results were not available for a particular AOGCM and scenario, they were estimated (Good et al., 2011; 2013) (Section 12.4.1.2; Supplementary Material). The projections of thermal expansion do not include an adjustment for the omission of volcanic forcing in AOGCM spin-up (Section 13.3.4.2), as this is uncertain and relatively small (about 10 mm during the 21st century). Changes in glacier and ice-sheet SMB are calculated from the global mean SAT projections

using parameterizations derived from the results of process-based models of these components (note that glaciers on Antarctica are covered by the Antarctic ice-sheet SMB projection, and are therefore not included in the glacier projections) (Sections 13.4.2, 13.4.3.1, 13.4.4.1 and Supplementary Material). According to the assessment in Section 12.4.1.2, global mean SAT change is *likely* to lie within the 5 to 95% range of the projections of CMIP5 models. Following this assessment, the 5 to 95% range of model results for each of the GMSL rise contributions that is projected on the basis of CMIP5 results is interpreted as the *likely* range.

Possible ice-sheet dynamical changes by 2100 are assessed from the published literature (Sections 13.4.3.2 and 13.4.4.2), which as yet provides only a partial basis for making projections related to particular scenarios. They are thus treated as independent of scenario, except that a higher rate of change is used for Greenland ice sheet outflow under RCP8.5. Projections of changes in land water storage due to human intervention are also treated as independent of emissions scenario, because we do not have sufficient information to give ranges for individual scenarios. The scenario-independent treatment does not imply that the contributions concerned will not depend on the scenario followed, only that the current state of knowledge does not permit a quantitative assessment of the dependence. For each of these contributions, our assessment of the literature provides a 5-95% range for the late 21st century (2100 for Greenland and Antarctic ice-sheet dynamics, 2081-2100 for land water storage). For consistency with the treatment of the CMIP5-derived results, we interpret this range as the *likely* range. We assume that each of these contributions begins from its present-day rate and that the rate increases linearly in time, in order to interpolate from the present day to the late 21st century (see Supplementary Material for details).

The *likely* range of GMSL rise given for each RCP combines the uncertainty in global climate change, represented by the CMIP5 ensemble (Section 12.4.1.2), with the uncertainties in modelling the contributions to GMSL. The part of the uncertainty related to the magnitude of global

13

BLM_0074688

climate change is correlated among all the scenario-dependent contributions, while the methodological uncertainties are treated as independent (see also Supplementary Material).

The sum of the projected contributions gives the *likely* range for future GMSL rise. The median projections for GMSL in all scenarios lie within a range of 0.05 m until the middle of the century (Figure 13.11), because the divergence of the climate projections has a delayed effect owing to the time-integrating characteristic of sea level. By the late 21st century (over an interval of 95 years, between the 20-year mean of 2081–2100 and the 20-year mean of 1986–2005), they have a spread of about 0.25 m, with RCP2.6 giving the least amount of rise (0.40 [0.26 to 0.55] m) (*likely* range) and RCP8.5 giving the most (0.63 [0.45 to 0.82] m). RCP4.5 and RCP6.0 are very similar at the end of the century (0.47 [0.32 to 0.63] m and 0.48 [0.33 to 0.63]] m respectively), but RCP4.5 has a greater rate of rise earlier in the century than RCP6.0 (Figure 13.10 and Table 13.5). At 2100, the *likely* ranges are 0.44 [0.28–0.61] m (RCP2.6), 0.53 [0.36–0.71] m (RCP4.5), 0.55 [0.38–0.73] m (RCP6.0), and 0.74 [0.52–0.98] m (RCP8.5).

In all scenarios, the rate of rise at the start of the RCP projections (2007–2013) is about 3.7 mm yr⁻¹, slightly above the observational range of 3.2 [2.8 to 3.6] mm yr⁻¹ for 1993–2010, because the modelled contributions for recent years, although consistent with observations for 1993–2010 (Section 13.3), are all in the upper part of the observa-

tional ranges, perhaps related to the simulated rate of climatic warming being greater than has been observed (Box 9.2). In the projections, the rate of rise initially increases. In RCP2.6 it becomes roughly constant (central projection 4.5 mm yr⁻¹) before the middle of the century, and subsequently declines slightly. The rate of rise becomes roughly constant in RCP4.5 and RCP6.0 by the end of the century, whereas acceleration continues throughout the century in RCP8.5, reaching 11 [8 to 16] mm yr⁻¹ in 2081–2100.

In all scenarios, thermal expansion is the largest contribution, accounting for about 30 to 55% of the projections. Glaciers are the next largest, accounting for 15–35% of the projections. By 2100, 15 to 55% of the present volume of glaciers outside Antarctica is projected to be eliminated under RCP2.6, and 35 to 85% under RCP8.5 (Table 13.SM.2). SMB change on the Greenland ice sheet makes a positive contribution, whereas SMB change in Antarctica gives a negative contribution (Sections 13.4.3.1 and 13.4.4.1). The positive contribution due to rapid dynamical changes that result in increased ice outflow from both ice sheets together has a *likely* range of 0.03 to 0.20 m in RCP8.5 and 0.03 to 0.19 m in the other RCPs. There is a relatively small positive contribution from human intervention in land water storage, predominantly due to increasing extraction of groundwater.



**Figure 13.10 |** Projections from process-based models with *likely* ranges and median values for global mean sea level rise and its contributions in 2081–2100 relative to 1986–2005 for the four RCP scenarios and scenario SRES A1B used in the AR4. The contributions from ice sheets include the contributions from ice-sheet rapid dynamical change, which are also shown separately. The contributions from ice-sheet rapid dynamical change and anthropogenic land water storage are treated as having uniform probability distributions, and as independent of scenario (except that a higher rate of change is used for Greenland ice-sheet outflow under RCP8.5). This treatment does not imply that the contributions concerned will not depend on the scenario followed, only that the current state of knowledge does not permit a quantitative assessment of the dependence. See discussion in Sections 13.5.1 and 13.5.3 and Supplementary Material for methods. Only the collapse of the marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level (GMSL) to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a meter of sea level rise.

**13**



**Figure 13.11** | Projections from process-based models of (a) global mean sea level (GMSL) rise relative to 1986–2005 and (b) the rate of GMSL rise and its contributions as a function of time for the four RCP scenarios and scenario SRES A1B. The lines show the median projections. For GMSL rise and the thermal expansion contribution, the *likely* range is shown as a shaded band. The contributions from ice sheets include the contributions from ice-sheet rapid dynamical change, which are also shown separately. The time series for GMSL rise plotted in (a) are tabulated in Annex II (Table AII.7.7), and the time series of GMSL rise and all of its contributions are available in the Supplementary Material. The rates in (b) are calculated as linear trends in overlapping 5-year periods. Only the collapse of the marine-based sectors of the Antarctic ice sheet, if initiated, could cause GMSL to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a metre of sea level rise.

13

1181

BLM_0074690

**Table 13.5 |** Median values and *likely* ranges for projections of global mean sea level (GMSL) rise and its contributions in metres in 2081–2100 relative to 1986–2005 for the four RCP scenarios and SRES A1B, GMSL rise in 2046–2065 and 2100, and rates of GMSL rise in mm yr⁻¹ in 2081–2100. See Section 13.5.1 concerning how the *likely* range is defined. Because some of the uncertainties in modelling the contributions are treated as uncorrelated, the sum of the lower bound of contributions does not equal the lower bound of the sum, and similarly for the upper bound. Because of imprecision from rounding, the sum of the medians of contributions may not exactly equal the median of the sum. The net contribution (surface mass balance (SMB) + dynamics) for each ice sheet, and the contribution from rapid dynamical change in both ice sheets together, are shown as additional lines below the sum; they are not contributions in addition to those given above the sum. The contributions from ice-sheet rapid dynamical change and anthropogenic land water storage are treated as having uniform probability distributions, uncorrelated with the magnitude of global climate change (except for the interaction between Antarctic ice-sheet SMB and outflow), and as independent of scenario (except that a higher rate of change is used for Greenland ice-sheet outflow under RCP8.5). This treatment does not imply that the contributions concerned will not depend on the scenario followed, only that the current state of knowledge does not permit a quantitative assessment of the dependence. Regional sea level change is expected in general to differ from the global mean (see Section 13.6).

| | SRES A1B | RCP2.6 | RCP4.5 | RCP6.0 | RCP8.5 |
|---|---|---|---|---|---|
| Thermal expansion | 0.21 [0.16 to 0.26] | 0.14 [0.10 to 0.18] | 0.19 [0.14 to 0.23] | 0.19 [0.15 to 0.24] | 0.27 [0.21 to 0.33] |
| Glaciers[a] | 0.14 [0.08 to 0.21] | 0.10 [0.04 to 0.16] | 0.12 [0.06 to 0.19] | 0.12 [0.06 to 0.19] | 0.16 [0.09 to 0.23] |
| Greenland ice-sheet SMB[b] | 0.05 [0.02 to 0.12] | 0.03 [0.01 to 0.07] | 0.04 [0.01 to 0.09] | 0.04 [0.01 to 0.09] | 0.07 [0.03 to 0.16] |
| Antarctic ice-sheet SMB[c] | –0.03 [–0.06 to –0.01] | –0.02 [–0.04 to –0.00] | –0.02 [–0.05 to –0.01] | –0.02 [–0.05 to –0.01] | –0.04 [–0.07 to –0.01] |
| Greenland ice-sheet rapid dynamics | 0.04 [0.01 to 0.06] | 0.04 [0.01 to 0.06] | 0.04 [0.01 to 0.06] | 0.04 [0.01 to 0.06] | 0.05 [0.02 to 0.07] |
| Antarctic ice-sheet rapid dynamics | 0.07 [–0.01 to 0.16] | 0.07 [–0.01 to 0.16] | 0.07 [–0.01 to 0.16] | 0.07 [–0.01 to 0.16] | 0.07 [–0.01 to 0.16] |
| Land water storage | 0.04 [–0.01 to 0.09] | 0.04 [–0.01 to 0.09] | 0.04 [–0.01 to 0.09] | 0.04 [–0.01 to 0.09] | 0.04 [–0.01 to 0.09] |
| Global mean sea level rise in 2081–2100 | 0.52 [0.37 to 0.69] | 0.40 [0.26 to 0.55] | 0.47 [0.32 to 0.63] | 0.48 [0.33 to 0.63] | 0.63 [0.45 to 0.82] |
| Greenland ice sheet | 0.09 [0.05 to 0.15] | 0.06 [0.04 to 0.10] | 0.08 [0.04 to 0.13] | 0.08 [0.04 to 0.13] | 0.12 [0.07 to 0.21] |
| Antarctic ice sheet | 0.04 [–0.05 to 0.13] | 0.05 [–0.03 to 0.14] | 0.05 [–0.04 to 0.13] | 0.05 [–0.04 to 0.13] | 0.04 [–0.06 to 0.13] |
| Ice-sheet rapid dynamics | 0.10 [0.03 to 0.19] | 0.10 [0.03 to 0.19] | 0.10 [0.03 to 0.19] | 0.10 [0.03 to 0.19] | 0.12 [0.03 to 0.20] |
| Rate of global mean sea level rise | 8.1 [5.1 to 11.4] | 4.4 [2.0 to 6.8] | 6.1 [3.5 to 8.8] | 7.4 [4.7 to 10.3] | 11.2 [7.5 to 15.7] |
| Global mean sea level rise in 2046–2065 | 0.27 [0.19 to 0.34] | 0.24 [0.17 to 0.32] | 0.26 [0.19 to 0.33] | 0.25 [0.18 to 0.32] | 0.30 [0.22 to 0.38] |
| Global mean sea level rise in 2100 | 0.60 [0.42 to 0.80] | 0.44 [0.28 to 0.61] | 0.53 [0.36 to 0.71] | 0.55 [0.38 to 0.73] | 0.74 [0.52 to 0.98] |

Only the collapse of the marine-based sectors of the Antarctic ice sheet, if initiated, could cause GMSL to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a meter of sea level rise.

Notes:

[a]　Excluding glaciers on Antarctica but including glaciers peripheral to the Greenland ice sheet.

[b]　including the height–SMB feedback.

[c]　including the interaction between SMB change and outflow.

### 13.5.2　Semi-Empirical Projections for the 21st Century

The development of semi-empirical models (SEMs) was motivated by two problems. First, process-based modelling was incomplete in the AR4 because of the unavailability of ice-sheet dynamical models which could be used to simulate the observed recent accelerations in ice flow and make projections with confidence (Meehl et al., 2007) (Sections 13.1.4.1, 13.4.3.2 and 13.4.4.2). Second, in all previous IPCC assessments, observed GMSL rise during the 20th century could not be completely accounted for by the contributions to GMSL from thermal expansion, glaciers and ice sheets. For example, the AR4 assessed the mean observational rate for 1961–2003 as $1.8 \pm 0.5$ mm yr⁻¹, and the sum of contributions as $1.1 \pm 0.5$ mm yr⁻¹ (Bindoff et al., 2007; Hegerl et al., 2007). With the central estimates, only about 60% of observed sea level rise was thus explained, and the potential implication was that projections using process-based models which reproduce only those known contributions would underestimate future sea level rise (Rahmstorf, 2007a; Jevrejeva et al., 2009; Grinsted et al., 2010). SEMs do not aim to solve the two problems that motivated their development, but instead provide an alternative approach for projecting GMSL.

The semi-empirical approach regards a change in sea level as an integrated response of the entire climate system, reflecting changes in the dynamics and thermodynamics of the atmosphere, ocean and cryosphere; it does not explicitly attribute sea level rise to its individual physical components. SEMs use simple physically motivated relationships, with various analytical formulations and parameters determined from observational time series, to predict GMSL for the 21st century (Figure 13.12 and Table 13.6) and beyond, from either global mean SAT (Rahmstorf, 2007a; Horton et al., 2008; Vermeer and Rahmstorf, 2009; Grinsted et al., 2010; Rahmstorf et al., 2012b) or RF (Jevrejeva et al., 2009; 2010, 2012a).

SEMs are designed to reproduce the observed sea level record over their period of calibration, as this provides them with model parameters needed to make projections (Rahmstorf, 2007a; Jevrejeva et al., 2009; Vermeer and Rahmstorf, 2009; Grinsted et al., 2010). A test of the predictive skill of the models requires simulating a part of the observed record that has not been used for calibration. For instance, Rahmstorf (2007b) calibrated for 1880–1940 and predicted 1940–2000, obtaining results within 0.02 m of observed. Jevrejeva et al. (2012b) calibrated

13



**Figure 13.12 |** Median and range (5 to 95%) for projections of global mean sea level rise (metres) in 2081–2100 relative to 1986–2005 by semi-empirical models for (a) RCP2.6, (b) RCP4.5, (c) RCP6.0 and (d) RCP8.5. Blue bars are results from the models using RCP temperature projections, red bars are using RCP radiative forcing (RF). The numbers on the horizontal axis refer to the literature source of the projection and the sea level reconstruction used for calibration (for studies using RCP temperature projections) or reconstruction of RF (for studies using RCP RF). (1) Rahmstorf et al. (2012b), with Kemp et al. (2011); (2) Schaeffer et al. (2012); (3) Rahmstorf et al. (2012b), with Church and White (2006); (4) Rahmstorf et al. (2012b), with Church and White (2011); (5) Rahmstorf et al. (2012b), with Jevrejeva et al. (2008); (6) Grinsted et al. (2010), with Moberg et al. (2005); (7) Jevrejeva et al. (2012a), with Goosse et al. (2005); (8) Jevrejeva et al. (2012a), with Crowley et al. (2003); (9) Jevrejeva et al. (2012a) with Tett et al. (2007). Also shown for comparison is the median (thick black line) and *likely* range (horizontal grey bar) (as defined in Section 13.5.1) from the process-based projections (Table 13.5), which are assessed as having *medium confidence*, in contrast to SEMs, which are assessed as having *low confidence* (Section 13.5.3).

up to 1950 and predicted 0.03 m (about 25%) less than observed for 1950–2009, and 3.8 mm yr⁻¹ for 1993–2010, which is about 20% more than observed.

The GMSL estimates used for calibrating the SEMs are based on the existing sparse network of long tide-gauge records, and are thus uncertain, especially before the late 19th century; these uncertainties are reflected in the observational estimates of the rate of GMSL rise (Sections 3.7 and 13.2.2). Consequently, the projections may be sensitive to the statistical treatment of the temporal variability in the instrumental record of sea level change (Holgate et al., 2007; Rahmstorf, 2007b; Schmith et al., 2007). Rahmstorf et al. (2012b) reported that GMSL projections for the RCP4.5 scenario for 2100 (Table 13.6) varied by ±0.04 m when the embedding dimension used for temporal smoothing during the calibration was varied within a range of 0 to 25 years.

Furthermore, there is some sensitivity to the choice of data sets used for calibration. For instance, when calibrated up to 1960 and used

to predict 1961–2003, the model of Bittermann et al. (2013) overestimates the GMSL data set of Jevrejeva et al. (2008) by 75%, but makes an accurate estimate for the Church and White (2011) data set, although these two data sets have similar rates of sea level rise in the predicted period. The central projections of Rahmstorf et al. (2012b) for 2100 under RCP4.5 (Table 13.6) for calibration with the GMSL data set of Church and White (2006) are about 0.2 m more than for calibration with the Church and White (2011) data set, although the two Church and White (2006, 2011) data sets differ at all times by less than one standard deviation. The ranges of the projections by Grinsted et al. (2010) and Jevrejeva et al. (2010, 2012a, 2012b) allow for the uncertainty in the GMSL reconstructions through the use of an uncertainty covariance matrix in determining the model parameters. Grinsted et al. (2010) also investigated the sensitivity to the temperature data set used as predictor, and Jevrejeva et al. (2010) investigated the sensitivity to RF as predictor (Table 13.6). In the latter case, three data sets gave median projections under RCP4.5 for 2100 within a range of about ±0.20 m.

SEM projections will be biased unless contributions to past GMSL rise which correlate with but are not physically related to contemporary changes in the predictor variable (either global mean SAT change or RF) are subtracted from the observational sea level record before the calibration (Vermeer and Rahmstorf, 2009; Jevrejeva et al., 2012b; Rahmstorf et al., 2012b; Orlić and Pasarić, 2013). These include groundwater depletion due to anthropogenic intervention and storage of water by dams (Section 13.3.4), ongoing adjustment of the Greenland and Antarctic ice sheets to climate change in previous centuries and millennia (Section 13.3.6), and the effects of internally generated regional climate variability on glaciers (Marzeion et al., 2012a; Church et al., 2013, Sections 13.3.2.2 and 13.3.6) and ice sheets (Section 13.3.3.2). For instance, Jevrejeva et al. (2012b) found that their median projections for 2100 were reduced by 0.02 to 0.10 m by excluding some such contributions.

Making projections with a SEM assumes that sea level change in the future will have the same relationship as it has had in the past to RF or global mean temperature change. The appropriate choice for the formulation of the SEM may depend on the nature of the climate forcing and the time scale, and potentially nonlinear physical processes may not scale in the future in ways which can be calibrated from the past (von Storch et al., 2008; Vermeer and Rahmstorf, 2009; Rahmstorf et al., 2012b; Orlić and Pasarić, 2013). Two such effects that could lead to overestimated or underestimated projections by SEMs have been discussed in the literature.

First, AOGCMs indicate that the ocean heat uptake efficiency tends to decline as warming continues and heat penetrates more deeply (Gregory and Forster, 2008). A linear scaling of the rate of global ocean heat uptake with global SAT determined from the past, as proposed by Rahmstorf (2007a), will thus overestimate future time-integrated heat content change and the consequent global ocean thermal expansion on a century time scale (Orlić and Pasarić, 2013). Rahmstorf (2007a) found that the linear scaling overestimated by 0.12 m (about 30%) the thermal expansion simulated by a climate model with a 3D ocean from 1990 to 2100 under scenario SRES A1FI. Furthermore, the Rahmstorf (2007a) model is inadequate for simulating sea level variations of the

**13**

BLM_0074692

last millennium (von Storch et al., 2008), which arise predominantly from episodic volcanic forcing, rather than the sustained forcing on multi-decadal time scales for which it was intended. In both applications, the AOGCM behaviour is more accurately reproduced by taking into account the vertical profile of warming, at least by distinguishing the upper (mixed layer) and lower (thermocline) layers (Vermeer and Rahmstorf, 2009; Held et al., 2010) (Section 13.4.1), or by introducing a relaxation time scale for sea level rise (Jevrejeva et al., 2012b).

Second, the sensitivity of glaciers to warming will tend to decrease as the area most prone to ablation and the remaining volume decrease, partly counteracted by lowering of the surface due to thinning (Huss et al., 2012) Section 13.4.2). On the other hand, glaciers at high latitudes that currently have negligible surface melting will begin to ablate as

the climate becomes warmer, tending to give an increase in sensitivity (Rahmstorf et al., 2012b) (Section 13.4.2). Estimating the balance of these two effects will require detailed modelling of glacier SMB. The absence of a multidecadal acceleration in the rate of glacier mass loss in observations of the 20th and simulations of the 21st centuries (Section 4.3.3) (Radic and Hock, 2010; Marzeion et al., 2012a), despite rising global temperatures, suggests that the reduction in sensitivity may dominate (Gregory et al., 2013b).

### 13.5.3    Confidence in *Likely* Ranges and Bounds

The AR4 (Meehl et al., 2007) presented process-model-based projections of GMSL rise for the end of the 21st century, but did not provide a best estimate or *likely* range principally because scientific

**Table 13.6 |** Global mean sea level (GMSL) rise (metres) projected by semi-empirical models and compared with the IPCC AR4 and AR5 projections. In each case the results have a probability distribution whose 5th, 50th and 95th percentiles are shown in the columns as indicated. The AR5 5 to 95% process-based model range is interpreted as a *likely* range (*medium confidence*) (Section 13.5.1).

| | From | To | 5% | 50% | 95% |
|---|---|---|---|---|---|
| **Scenario SRES A1B** | | | | | |
| IPCC AR4[a] | 1990 | 2100 | 0.22 | 0.37 | 0.50 |
| IPCC AR4[a,b] | 1990 | 2100 | 0.22 | 0.43 | 0.65 |
| IPCC AR5 (also in Table 13.5) | 1996 | 2100 | 0.42 | 0.60 | 0.80 |
| Rahmstorf (2007a)[c] | 1990 | 2100 | — | 0.85 | — |
| Horton et al. (2008)[d] | 2000 | 2100 | 0.62 | 0.74 | 0.88 |
| Vermeer and Rahmstorf (2009) | 1990 | 2100 | 0.98 | 1.24 | 1.56 |
| Grinsted et al. (2010) with Brohan et al. (2006) temperature for calibration | 1990 | 2100 | 0.32 | 0.83 | 1.34 |
| Grinsted et al. (2010) with Moberg et al. (2005) temperature for calibration | 1990 | 2100 | 0.91 | 1.12 | 1.32 |
| Jevrejeva et al. (2010) with Crowley et al. (2003) forcing for calibration | 1990 | 2100 | 0.63 | 0.86 | 1.06 |
| Jevrejeva et al. (2010) with Goosse et al. (2005) forcing for calibration | 1990 | 2100 | 0.60 | 0.75 | 1.15 |
| Jevrejeva et al. (2010) with Tett et al. (2007) forcing for calibration | 1990 | 2100 | 0.87 | 1.15 | 1.40 |
| **Scenario RCP4.5** | | | | | |
| IPCC AR5 (also in Table 13.5) | 1986–2005 | 2081–2100 | 0.32 | 0.47 | 0.63 |
| Grinsted et al. (2010) calibrated with Moberg et al. (2005) temperature | 1986–2005 | 2081–2100 | 0.63 | 0.88 | 1.14 |
| Rahmstorf et al. (2012b) calibrated with Church and White (2006) GMSL | 1986–2005 | 2081–2100 | 0.79 | 0.86 | 0.93 |
| Rahmstorf et al. (2012b) calibrated with Church and White (2011) GMSL | 1986–2005 | 2081–2100 | 0.57 | 0.63 | 0.68 |
| Rahmstorf et al. (2012b) calibrated with Jevrejeva et al. (2008) GMSL | 1986–2005 | 2081–2100 | 0.82 | 0.97 | 1.12 |
| Rahmstorf et al. (2012b) calibrated with proxy data | 1986–2005 | 2081–2100 | 0.56 | 0.88 | 1.06 |
| Jevrejeva et al. (2012a) calibrated with Goosse et al. (2005) radiative forcing | 1986–2005 | 2081–2100 | 0.43 | 0.56 | 0.69 |
| Jevrejeva et al. (2012a) calibrated with Crowley et al. (2003) radiative forcing | 1986–2005 | 2081–2100 | 0.48 | 0.65 | 0.80 |
| Jevrejeva et al. (2012a) calibrated with Tett et al. (2007) radiative forcing | 1986–2005 | 2081–2100 | 0.65 | 0.85 | 1.05 |
| Schaeffer et al. (2012) | 1986–2005 | 2081–2100 | 0.58 | 0.80 | 1.05 |

Notes:
[a]    Extrapolated to 2100 using the projected rates of sea level rise for 2090–2099 in Table 10.7 of Meehl et al. (2007).
[b]    Including scaled-up ice-sheet discharge given in Table 10.7 of Meehl et al. (2007) and extrapolated to 2100 as an illustration of the possible magnitude of this effect.
[c]    Uncertainty range not given.
[d]    The mean value and the range are shown for semi-empirical model projections based on results from 11 GCMs.

13

BLM_0074693

understanding at the time was not sufficient to allow an assessment of the possibility of future rapid changes in ice-sheet dynamics (on time scales of a few decades, Section 4.4.5). Future rapid changes in ice-sheet outflow were consequently not included in the ranges given by the AR4. For the SRES A1B scenario, the AR4 range was 0.21 to 0.48 m, and for the highest emissions scenario, A1FI, it was 0.26 to 0.59 m. The AR4 also noted that if ice-sheet outflow increased linearly with global mean surface air temperature, the AR4 maximum projections would be raised by 0.1 to 0.2 m. The AR4 was unable to exclude larger values or to assess their likelihood.

Since the publication of the AR4, upper bounds of up to 2.4 m for GMSL rise by 2100 have been estimated by other approaches, namely SEMs (Section 13.5.2), evidence from past climates (Section 13.2.1) and physical constraints on ice-sheet dynamics (Sections 13.4.3.2 and 13.4.4.2). The broad range of values reflects the different methodologies for obtaining the upper bound, involving different constraining factors and sources of evidence. In particular, the upper bound is strongly affected by the choice of probability level, which in some approaches is unknown because the probability of the underlying assumptions is not quantified (Little et al., 2013b).

The confidence that can be placed in projections of GMSL rise and its upper bound by the various approaches must be considered. Confidence arises from the nature, quantity, quality and consistency of the evidence.

The first approach is based on process-based projections, which use the results from several models for each contribution (Sections 13.4 and 13.5.1; Table 13.5). There is medium evidence in support of this approach, arising from our understanding of the modelled physical processes, the consistency of the models with wider physical understanding of those processes as elements of the climate system (e.g., Box 13.1), the consistency of modelled and observed contributions (Sections 13.3.1 to 13.3.5), the consistency of observed and modelled GMSL (Section 13.3.6), and the consistency of process-based projections based on the CMIP5 ensemble of AOGCMs, which have a range of 50 to 60% of the ensemble mean under a given scenario (Table 13.5). Considering this evidence, we have *medium confidence* in the process-based projections.

The second approach uses SEMs (Section 13.5.2, Table 13.6), which make projections by calibrating a physically motivated relationship between GMSL and some other parameter of the climate system in the past and applying it to the future, without quantifying the contributory physical processes. If we had no physical understanding of the causes of sea level rise, the semi-empirical approach to projections would be the only possible one, but extrapolation beyond the range of calibration implies uncertainty that is difficult to quantify, owing to the assumption that sea level change in the future will have the same relationship as it has had in the past to RF or global mean temperature change (Section 13.5.2). As a result, there is low agreement and no consensus in the scientific community about the reliability of SEM projections, despite their successful calibration and evaluation against the observed 20th century sea level record.

For a given RCP, some SEMs project a range that overlaps the process-based *likely* range while others project a median and 95-percentile

that are about twice as large as the process-based models. In nearly every case, the SEM 95-percentile is above the process-based *likely* range (Figure 13.12). Two physical explanations have been suggested for the higher projections. First, the contribution from accelerated calving of tidewater glaciers may be substantial and included in SEMs but not process-based models (Jevrejeva et al., 2012b); however, this could account for only 0.1 to 0.2 m of additional GMSL rise. Second, SEMs may allow for rapid ice-sheet dynamical change (Section 4.4.4) in response to future climate change (Grinsted et al., 2010; Little et al., 2013a). In order for large ice-sheet dynamical changes to be predictable by SEMs, two conditions must be met. First, these changes must have contributed substantially to sea level rise during the period of calibration. This is *very unlikely* to be the case, because it is *very likely* that dynamical changes have contributed only a small part of the observed sea level rise during the 20th century, rising to about 15% during 1993–2010 (Section 13.3.6). Second, the changes must have a link to global surface temperature or RF. Current understanding of recent dynamical changes in Greenland and Antarctica is that they have been triggered by local changes in ocean temperature (Holland et al., 2008; Thoma et al., 2008; Jacobs et al., 2011), but a link has not been demonstrated between these changes and global climate change or its drivers. Consequently there is great uncertainty regarding whether recent ice-sheet dynamical changes indicate a long-term trend or instead arise from internal variability (Bamber and Aspinall, 2013). Hence there is no evidence that ice-sheet dynamical change is the explanation for the higher GMSL rise projections of SEMs, implying that either there is some other contribution which is presently unidentified or underestimated by process-based models, or that the projections of SEMs are overestimates (cf. Section 13.5.2). Because of the limited or medium evidence supporting SEMs, and the low agreement about their reliability, we have *low confidence* in their projections.

The third approach uses paleo records of sea level change that show that rapid GMSL rise has occurred during glacial terminations, at rates that averaged about 10 mm yr$^{-1}$ over centuries, with at least one instance (Meltwater Pulse 1A) that exceeded 40 mm yr$^{-1}$ (Section 5.6.3), but this rise was primarily from much larger ice-sheet sources that no longer exist. Contributions from these vanished ice sheets could have continued even after sea level and climate had reached interglacial states, if the Greenland and Antarctic ice sheets contracted during the termination to smaller sizes than at present. During past interglacial periods, only the Greenland and Antarctic ice sheets were present. For the time interval during the LIG in which GMSL was above present, there is *high confidence* that the maximum 1000-year average rate of GMSL rise during these periods exceeded 2 m kyr$^{-1}$ but did not exceed 7 m kyr$^{-1}$ (Kopp et al., 2013) (Sections 5.6.2 and 13.2.1.3). Because climate variations during interglacial periods had different forcings from anthropogenic climate change, they give only a limited basis for predictions of the future, and we do not consider that they provide upper bounds for GMSL rise during the 21st century.

The fourth approach is concerned particularly with the contribution from ice-sheet dynamical change, for which it considers kinematic limits. Pfeffer et al. (2008) argued that scenarios of GMSL rise exceeding 2 m by 2100 are physically untenable, ruling out, for example, the heuristic argument of Hansen et al. (2007) giving 5 m by 2100. Pfeffer et al. (2008) constructed scenarios of 0.8 m and 2.0 m, and Katsman

13

BLM_0074694

et al. (2011) of 1.15 m, for GMSL rise by 2100, including ice-sheet rapid dynamical acceleration. Although these authors considered their scenarios to be physically possible, they are unable to quantify their likelihood, because the probability of the assumptions on which they depend cannot be estimated from observations of the response of the Greenland and Antarctic ice sheets to climate change or variability on century time scales. These scenarios involve contributions of ~0.5 m from Antarctica. This is much greater than any process-based projections of dynamical ice-sheet change (Section 13.4.4.2), and would require either a sustained high increase in outflow in all marine-based sectors or the localized collapse of the ice sheet in the Amundsen Sea sector (Little et al., 2013a).

In summary, we have greater confidence in the process-based projections than in the other approaches, and our assessment is that GMSL rise during the 21st century for each RCP scenario is *likely* (*medium confidence*) to lie within the 5 to 95% range given by the process-based projections (Section 13.5.1 and Table 13.5; see Section 13.5.4 for following centuries), which are consistent with the *likely* ranges projected for global mean surface air temperature change (Section 12.4.1.2). We are not able to assess a *very likely* range on the same basis, because there is no assessment available of the *very likely* range for global mean SAT change, and because we cannot robustly quantify the probability of ice-sheet dynamical changes which would give rise to greater values.

Under the RCP8.5 scenario, which has the highest RF, the *likely* range reaches 0.98 m by 2100 relative to 1986–2005. Observations do not show an increase in Antarctic precipitation, which is projected by models and makes a negative contribution to the projected GMSL rise (Table 13.5). The recovery of Antarctic stratospheric ozone concentration and increased basal melting of Antarctic ice shelves have both been suggested as giving rise to mechanisms whereby the Antarctic warming and precipitation increase might be suppressed with respect to CMIP5 projections (Section 13.4.4.1). If the Antarctic precipitation increase is omitted from the process-based projections, the *likely* range for RCP8.5 at 2100 reaches 1.03 m (assuming uncorrelated errors). Higher values for 2100 are given in the scientific literature on the basis of various approaches: 1.15 m (Katsman et al., 2011), 1.21 m (Schaeffer et al., 2012) (for RCP4.5), 1.40 m (National Research Council, 2012), 1.65 m (Jevrejeva et al., 2012b) (for RCP8.5), 1.79 m (Vermeer and Rahmstorf, 2009) (for SRES A1FI), 1.90 m (Rahmstorf et al., 2012b) (with proxy calibration, for RCP8.5), 2.0 m (Pfeffer et al., 2008), 2.25 m (Sriver et al., 2012), and 2.4 m (Nicholls et al., 2011). Considering this inconsistent evidence, we conclude that the probability of specific levels above the *likely* range cannot be reliably evaluated.

Only the collapse of marine-based sectors of the Antarctic ice sheet could cause GMSL rise substantially above the *likely* range during the 21st century. Expert estimates of contributions from this source have a wide spread (Bamber and Aspinall, 2013), indicating a lack of consensus on the probability for such a collapse. The potential additional contribution to GMSL rise also cannot be precisely quantified, but there is *medium confidence* that, if a collapse were initiated, it would not exceed several tenths of a metre during the 21st century (Section 13.4.4.2).

The time mean rate of GMSL rise during the 21st century is *very likely* to exceed the rate of 2.0 [1.7 to 2.3] mm yr$^{-1}$ observed during 1971–2010, because the process-based GMSL projections indicate a significantly greater rate even under the RCP2.6 scenario, which has the lowest RF. It has been asserted that the acceleration of GMSL rise implied by the IPCC AR4 projections is inconsistent with the observed magnitude of acceleration during the 20th century (Boretti, 2011, 2012b, 2012a, 2012c, 2013a, 2013b. 2013c; Boretti and Watson, 2012; Parker, 2013a, 2013b, 2013c). Refuting this argument, Hunter and Brown (2013) show that the acceleration projected in the AR4 is consistent with observations since 1990s. Present understanding of the contributions to GMSL rise (Section 13.3) gives an explanation of the rate of 20th century GMSL rise and confidence in the process-based projections, which indicate a greater rate of rise in the 21st century because of increasing forcing.

The improved agreement of process-based models with observations and physical understanding represents progress since the AR4, in which there was insufficient confidence to give *likely* ranges for 21st century GMSL rise, as we have done here. For scenario SRES A1B, which was assessed in the AR4, the *likely* range on the basis of science assessed in the AR5 is 0.60 [0.42 to 0.80] m by 2100 relative to 1986–2005, and 0.57 [0.40 to 0.76] m by 2090–2099 relative to 1990. Compared with the AR4 projection of 0.21 to 0.48 m for the same scenario and period, the largest increase is from the inclusion of rapid changes in Greenland and Antarctic ice sheet outflow, for which the combined *likely* range is 0.03 to 0.21 m by 2091–2100 (assuming uncorrelated uncertainties). These terms were omitted in the AR4 because a basis to make projections was not available in published literature at that time. The contribution from thermal expansion is similar to the AR4 projection and has smaller uncertainty. The contribution from glaciers is larger than in the AR4 primarily because of the greater estimate of the present glacier volume in new inventories (although the glacier area estimate is similar, Table 4.1), and the Greenland SMB contribution is larger because of recent improvement in models of relevant surface processes. Further progress on modelling each of the contributions is still needed in order to attain *high confidence* in GMSL projections, in particular concerning the probability distribution of GMSL above the *likely* ranges.

### 13.5.4   Long-term Scenarios

Less information is available on climate change beyond the year 2100 than it is up to the year 2100. However, the ocean and ice sheets will continue to respond to changes in external forcing on multi-centennial to multi-millennial time scales. For the period up to the year 2500, available physical model projections discussed in Sections 13.4.1-4 are combined into an assessment of future sea level rise. Paleo simulations are combined with paleo data to estimate the sea level commitment on a multi-millennial time scale beyond 2500 for different levels of sustained increases in global mean temperature.

The RCPs, as applied in Chapter 12 and Sections 13.4 and 13.5.1, are defined up to the year 2100. Their extension up to the year 2300 is used to project long-term climate change (Section 12.3.1.3) (Meinshausen et al., 2011), but they are not directly derived from integrated assessment models. In simulations that are reported here up to the year 2500, the RF has generally been kept constant at the 2300 level

BLM_0074695

except for RCP2.6, in which the forcing continues to decline at the 2300 rate. Some model simulations of ice sheets and ocean warming assessed here have used scenarios different from the RCP scenarios. Because of the limited number of available simulations, sea level projections beyond the year 2100 have thus been grouped into three categories according to their GHG concentration in the 22nd century: *low scenarios* in which atmospheric GHG concentrations peak and decline and do not exceed values that are equivalent to 500 ppm $CO_2$, *medium scenarios* with concentrations between 500 and 700 ppm $CO_2$-eq, and *high scenarios* above 700 ppm. As a consequence, the model spread shown in Figure 13.13 and Table 13.8 combines different scenarios and is not merely due to different model physics. The low scenarios include RCP2.6, SRES B1 and scenarios with 0.5 and 2% yr$^{-1}$ increases in $CO_2$ followed by no emissions after 450 ppm has been reached, and the commitment scenarios, CC, in Goelzer et al. (2013) which stabilize $CO_2$ at present-day levels. In a number of the low scenarios, the global mean temperature peaks during the 21st century and declines thereafter. These peak-and-decline scenarios include RCP2.6 as well as all scenarios with no GHG emissions after a specified year. Even in these scenarios sea level continues to rise up to the year 2500 in accordance with the multi-millennial sea level commitment of about 2 m °C$^{-1}$ as discussed in Section 13.5.4.2. The medium scenarios include RCP4.5 as well as scenarios with 1% yr$^{-1}$ increase in $CO_2$ up to 560 ppm and SRES-B1 and SRES-A1B. The high scenarios include RCP6.0 and RCP8.5 as well as 1120 ppm scenarios and SRES A2. Also included are scenarios with 0.5 and 2% increase in $CO_2$ and a SRES A2 scenario with zero emissions after 1200 ppm and 1120 ppm have been reached, respectively.

### 13.5.4.1   Multi-centennial Projections

The multi-centennial sea level contributions from ocean expansion and the cryospheric components are discussed in Sections 13.4.1 to 13.4.4. A synthesis of these contributions is provided in Table 13.8 and Figure 13.13 for the end of each century until the year 2500. Thermal expansion contributions (dark blue bars, Figure 13.13) were obtained from coarse-resolution coupled climate models (Vizcaíno et al., 2008; Solomon et al., 2009; Gillett et al., 2011; Schewe et al., 2011; Zickfeld et al., 2013). For comparison, the full model spread of the CMIP5 models which were integrated beyond 2100 is provided in Table 13.7 and as light blue bars in Figure 13.13. Even though the models used for the long-term projections (Table 13.8) are less complex compared to the CMIP5 models, their model spread for the different periods and scenarios encompasses the CMIP5 spread, which provides *medium confidence* in the application of the less complex models around 2300.

Contributions from the Greenland and Antarctic ice sheets were obtained with climate models of comparable complexity coupled to ice-sheet models (Vizcaíno et al., 2010; Huybrechts et al., 2011; Goelzer et al., 2012). Glacier projections were obtained by application of the method by Marzeion et al. (2012a) to the CMIP5 model output for scenarios and models that were integrated up to the year 2300. For 2400 and 2500, the same model spread as for 2300 is shown. This is probably underestimating the glacier's sea level contribution beyond 2300.

The ranges of sea level contributions provided in Figure 13.13 and Table 13.8 only represent the model spread and cannot be interpreted as uncertainty ranges. An uncertainty assessment cannot be provided beyond the year 2100 because of the small number of available simulations, the fact that different scenarios were combined within one scenario group, and the overall *low confidence* in the ability of the coarse-resolution ice-sheet models to capture the dynamic ice discharge from Greenland and Antarctica, as discussed below. The range for the total sea level change was obtained by taking the sum of contributions that result in the lowest and the highest sea level rise and thereby covers the largest possible model spread.

Except for the glacier models (Section 13.4.2), the models used here for the period beyond 2100 are different from the models used for the 21st century (Sections 13.4.1, 13.4.3, 13.4.4, and 13.5.1). Generally, the model spread for the total sea level contribution in 2100 is slightly lower than the *likely* range provided in Section 13.5.1 (light red bars in Figure 13.13). This is due to the ice-sheet models, particularly of the Antarctic ice sheet, as coarse-resolution model results for thermal expansion cover the range of the CMIP5 projections (light blue vertical lines in Figure 13.13 and Table 13.7.) and the glacier contribution is the same.

Projections beyond 2100 show positive contributions to sea level from thermal expansion, glaciers and changes in Greenland ice sheet SMB. Due to enhanced accumulation under warming, the Antarctic ice sheet SMB change makes a negative contribution to sea level in scenarios below 700 ppm $CO_2$-eq. These results were obtained with fully coupled climate–ice sheet models which need to apply a relatively low spatial resolution. In light of the discussion in Section 13.3.3.2 and the assessment of the 21st century changes in Section 13.4.4.1, there is *low confidence* in this result. For scenarios above 700 ppm $CO_2$-eq, Antarctic SMB change is contributing positively to GMSL.

As discussed in Sections 13.4.3.2 and 13.4.4.2, there is *medium confidence* in the ability of coupled ice sheet–climate models to project sea level contributions from dynamic ice-sheet changes in Greenland and Antarctica for the 21st century. In Greenland, dynamic mass loss is limited by topographically defined outlets regions. Furthermore, solid ice discharge induced from interaction with the ocean is self-limiting because retreat of the ice sheet results in less contact with the ocean and less mass loss by iceberg calving (Pfeffer et al., 2008; Graversen et al., 2011; Price et al., 2011). By contrast, the bedrock topography of Antarctica is such that parts of the retreating ice sheet will remain in contact with the ocean. In particular, due to topography that is sloping landward, especially in West Antarctica, enhanced rates of mass loss are expected as the ice retreats.

Although the model used by Huybrechts et al. (2011) is in principle capable of capturing grounding line motion of marine ice sheets (see Box 13.2), *low confidence* is assigned to the model's ability to capture the associated time scale and the perturbation required to initiate a retreat (Pattyn et al., 2013). The model used by Vizcaíno et al. (2010) does not represent ice-shelf dynamics and is thus lacking a fundamental process that can trigger the instability. As stated by the authors, *low confidence* is thus also assigned to the model's ability to project future solid ice discharge from Antarctica. It is thus *likely* that the values depicted in Figure 13.13 systematically underestimate Antarctica's future contribution. As detailed in Section 13.5.4.2, simulations of the last 5 Myr (Pollard and DeConto, 2009) indicate that on

**13**

BLM_0074696



**Figure 13.13 |** Sea level projections beyond the year 2100 are grouped into three categories according to the concentration of GHG concentration (in $CO_2$-eq) in the year 2100 (upper panel: >700 ppm including RCP6.0 and RCP8.5; middle panel: 500–700 ppm including RCP4.5; lower panel: <500 ppm including RCP2.6). Colored bars show the full model spread. Horizontal lines provide the specific model simulations. The different contributions are given from left to right as thermal expansion from the CMIP5 simulations up to 2300 (as used for the 21st century projections, section 13.5.1, light blue, with the median indicated by the horizontal bar), thermal expansion for the models considered in this section (dark blue), glaciers (light green), Greenland ice sheet (dark green), Antarctic ice sheet (orange), and the total contribution (red). The range provided for the total sea level change represents the maximum possible spread that can be obtained from the four different contributions. Light red-shaded bars show the *likely* range for the 21st century total sea level projection of the corresponding scenarios from Figure 13.10 with the median as the horizontal line. In the upper panel, the left light red bar corresponds to RCP6.0 and the right light red bar corresponds to RCP8.5.

**13**

multi-millennial time scales, the Antarctic ice sheet loses mass for elevated temperatures, in contrast to the projections until the year 2500 for the low and medium scenarios.

The model spread of total sea level change in 2300 ranges from 0.41 to 0.85 m for the low scenario (Table 13.8). Using an SEM, Schaeffer et al. (2012) obtained a significantly larger 90% confidence range of 1.3 to 3.3 m for the RCP2.6 scenario. The RCP4.5 scenario, for which they obtained a range of 2.3 to 5.5 m, is categorized here as a medium scenario, and is also significantly higher than the range

of 0.27 to 1.51 m computed by the process-based models. Using a different semi-empirical approach, Jevrejeva et al. (2012a) obtained a 90% confidence range of 0.13 to 1.74 m for RCP2.6 in the year 2500, which encloses the model spread of 0.50 to 1.02 m for the low scenario from the process-based models. For the medium and high scenarios, however, they obtained ranges of 0.72 to 4.3 m and 1.0 to 11.5 m, respectively, which are significantly higher than the corresponding process-based model spread of 0.18 to 2.32 m and 1.51 to 6.63 m (Table 13.8). Because projections of land water storage are not available for years beyond 2100 these were not included here.

BLM_0074697

The higher estimates from the SEMs than the process-based models used here for the long-term projections are consistent with the relation between the two modelling approaches for the 21st century (Figure 13.12). Section 13.5.3 concluded that the limited or medium evidence supporting SEMs, and the low agreement about their reliability, provides *low confidence* in their projections for the 21st century. We note here that the confidence in the ability of SEMs is further reduced with the length of the extrapolation period and the deviation of the future forcing from the forcing of the learning period (Schaeffer et al., 2012), thus decreasing confidence over the long time frames considered here.

For increasing global mean SAT, sea level is *virtually certain* to continue to rise beyond the year 2500 as shown by available process-based model simulations of thermal expansion and ice sheets that were computed beyond 2500 (Rahmstorf and Ganopolski, 1999; Ridley et al., 2005; Winguth et al., 2005; Driesschaert et al., 2007; Mikolajewicz et al., 2007b; Swingedouw et al., 2008; Vizcaíno et al., 2008; Solomon et al., 2009; Vizcaíno et al., 2010; Gillett et al., 2011; Goelzer et al., 2011; Huybrechts et al., 2011; Schewe et al., 2011).

### 13.5.4.2 Multi-Millennial Projections

Here sea level commitment in response to a global mean temperature increase on a multi-millennial time scale is assessed. Figure 13.14 shows the sea level rise after several millennia of constant global mean temperature increase above pre-industrial. The thermal expansion of the ocean was taken from 1000-year integrations with six coupled climate models as used in the AR4 (models Bern2D, CGoldstein, CLIMate and BiosphERe-2 (CLIMBER-2), Massachusetts Institute of Technology (MIT), MoBidiC, and Loch-Vecode-Ecbilt-CLio-agIsm Model (LOVE-CLIM) in Figure 10.34 in Meehl et al. (2007)). These yield a rate of sea level change in the range of 0.20 to 0.63 m °C$^{-1}$ (Figure 13.14a). For reference, a spatially uniform increase of ocean temperature yields a global mean sea level rise of 0.38 m °C$^{-1}$ when added to observed data (Levitus et al., 2009) (black dots in Figure 13.14a). Uncertainty arises due to the different spatial distribution of the warming in models and the dependence of the expansion on local temperature and salinity. The contribution for glaciers was obtained with the models from Mazeion et al. (2012a) and Radic and Hock (2011) by integration with fixed boundary conditions corresponding to different global mean SAT levels for 3000 years.

As detailed in Sections 13.4.3.2 and 13.4.4.2, there is *low confidence* in the ability of current Antarctic ice-sheet models to capture the temporal response to changes in external forcing on a decadal to centennial time scale. On multi-centennial to multi-millennial time scales, however, these models can be validated against paleo sea level records. The contributions from the Greenland ice sheet were computed with a dynamic ice-sheet model coupled to an energy-moisture balance model for the SMB (Robinson et al., 2012). The model's parameters were constrained by comparison with SMB estimates and topographic data for the present day and with estimated summit-elevation changes from ice-core records for the Last Interglacial period (LIG), in order to ensure that the coupled model ensemble has a realistic sensitivity to climatic change. The parameter spread leads to a spread in ice-sheet responses (dark green lines in Figure 13.14c). The contribution to sea level commitment from the Greenland ice sheet is relatively weak (on average 0.18 m °C$^{-1}$

up to 1°C and 0.34 m °C$^{-1}$ between 2°C and 4°C) apart from the abrupt threshold of ice loss between 0.8°C and 2.2°C above pre-industrial (90% confidence interval in the particular model calculations reported here) (Figure 13.14c). This represents a change from a fully ice-covered Greenland to an essentially ice-free state, reducing the ice sheet to around 10% of present-day volume and raising sea level by over 6 m (Ridley et al., 2005; Ridley et al., 2010). The threshold temperature is lower than estimates obtained from the assumption that the threshold coincides with a negative total SMB of the Greenland ice sheet (see Section 13.4.3.3 for a more complete discussion).

The Antarctic ice sheet contribution comes from a simulation of the last 5 million years (Pollard and DeConto, 2009), which is in good agreement with regional paleo records (Naish et al., 2009). The sensitivity of the ice sheet was extracted from this model simulation by correlating the ice volume with the global mean temperature which forces the simulation. The standard deviation of the resulting scatter is used as a measure of uncertainty (Figure 13.14d). Uncertainty arises from uncertainty in the forcing data, the ice physics representation, and from the time-dependent nature of the simulation. For example, the existence of hysteresis behavior on the sub-continental scale can lead to different contributions for the same temperature increase. The Antarctic ice sheet shows a relatively constant commitment of 1.2 m °C$^{-1}$. Paleorecords indicate that a potential hysteresis behaviour of East Antarctica requires a temperature increase above 4°C and is thereby outside of the scope discussed here (Foster and Rohling, 2013).

In order to compare the model results with past sea level anomalies for the temperature range up to 4°C, we focus on the three previous periods of warmer climates and higher sea levels than pre-industrial that were assessed in Sections 5.6.1, 5.6.2 and 13.2.1: the middle Pliocene, MIS 11, and the LIG (Figure 13.14e). In each case, there is reasonable agreement between the model result of a long-term sea level response for a given temperature with the information from the paleo record.

The ability of the physical models to reproduce paleo sea level records on a multi-millennial time scale provides confidence in applying them to millennial time frames. After 2000 years, the sea level contribution will be largely independent of the exact warming path during the first century. As can be seen from Figure 10.34 of AR4, the oceanic heat content will be largely equilibrated after 2000 years; the same is true for the glacier component. The situation for Antarctica is slightly more complicated, but as can be inferred from Pollard and DeConto (2009), much of the retreat of the West Antarctic ice sheet will have already occurred by 2000 years, especially if the warming occurs on a decadal to centennial time scale. The opposite and smaller trend in East Antarctic ice volume due to increased snowfall in a warmer environment will also have largely equilibrated (Uotila et al., 2007; Winkelmann et al., 2012).

The most significant difference arises from the contribution of the Greenland ice sheet. Consistent with previous estimates (Huybrechts et al., 2011; Goelzer et al., 2012), the rate of the sea level contribution from Greenland increases with temperature. The transient simulations for an instantaneous temperature increase show a quasi-quadratic dependence of the sea level contribution on this temperature increase after 2000 years (Figure 13.14h) (Robinson et al. 2012). The results are

13

BLM_0074698

quantitatively consistent with previous estimates on a millennial time scale (Huybrechts et al., 2011; Goelzer et al., 2012). The sea level contribution of the Greenland ice sheet after 2000 years of integration at 560 ppm was plotted against the average Greenland temperature divided by the standard polar amplification of 1.5 between global mean and

Greenland mean temperature increase (Gregory and Huybrechts, 2006, black dot in Figure 13.14h). Taken together, these results imply that a sea level rise of 1 to 3 m °C⁻¹ is expected if the warming is sustained for several millennia (*low confidence*) (Figure 13.14e, 13.14j).



**Figure 13.14 |** (Left column) Multi-millennial sea level commitment per degree Celsius of warming as obtained from physical model simulations of (a) ocean warming, (b) mountain glaciers and (c) the Greenland and (d) the Antarctic ice sheets. (e) The corresponding total sea level commitment, compared to paleo estimates from past warm periods (PI = pre-industrial, LIG = last interglacial period, M11 = Marine Isotope Stage 11, Plio = Mid-Pliocene). Temperatures are relative to pre-industrial. Dashed lines provide linear approximations in (d) and (e) with constant slopes of 1.2, 1.8 and 2.3 m °C⁻¹. Shading as well as the vertical line represents the uncertainty range as detailed in the text. (Right column) 2000-year-sea level commitment. The difference in total sea level commitment (j) compared to the fully equilibrated situation (e) arises from the Greenland ice sheet which equilibrates on tens of thousands of years. After 2000 years one finds a nonlinear dependence on the temperature increase (h) consistent with coupled climate–ice sheet simulations by Huybrechts et al. (2011) (black dot). The total sea level commitment after 2000 years is quasi-linear with a slope of 2.3 m °C⁻¹.

BLM_0074699

**Table 13.7 |** Median and model spread of the thermal expansion of CMIP5 comprehensive climate models. RCP2.6 belongs to the low scenarios as shown in Figure 13.13 and Table 13.8; RCP4.5 is a 'medium scenario' and RCP8.5 a 'high scenario'. The model spread in Table 13.8 encloses the CMIP5 model spread for all scenarios. Sea level contributions are provided in metres.

| Scenario | Mean 2191–2200 | | | Mean 2291–2300 | | |
|---|---|---|---|---|---|---|
| | No. of Models | Median | Model Spread | No. of Models | Median | Model Spread |
| RCP2.6 | 3 | 0.19 m | 0.15–0.22 m | 3 | 0.21 m | 0.15–0.25 m |
| RCP4.5 | 7 | 0.39 m | 0.30–0.47 m | 6 | 0.54 m | 0.38–0.66 m |
| RCP8.5 | 2 | 0.85m | 0.80–0.90 m | 2 | 1.34 m | 1.26–1.41 m |

**Table 13.8 |** Model spread of sea level contribution and total sea level change for low, medium and high scenarios as defined in the text and shown in Figure 13.13. As detailed in the text, there is *low confidence* in the ice-sheet models' ability to project rapid dynamical change in the Antarctic ice sheet, which may result in a systematic underestimation of the ice-sheet contributions. The unit of all sea level contributions is metres.

| Contribution | Scenario | 2100 | 2200 | 2300 | 2400 | 2500 |
|---|---|---|---|---|---|---|
| Thermal expansion | Low | 0.07 to 0.31 m | 0.08 to 0.41 m | 0.08 to 0.47 m | 0.09 to 0.52 m | 0.09 to 0.57 m |
| Glaciers | Low | 0.15 to 0.18 m | 0.19 to 0.23 m | 0.22 to 0.26 m | 0.22 to 0.26 m[b] | 0.22 to 0.26 m[b] |
| Greenland ice sheet | Low | 0.05 m[a] | 0.10 m[a] | 0.15 m[a] | 0.21 m[a] | 0.26 m[a] |
| Antarctic ice sheet | Low | –0.01 m[a] | –0.02 m[a] | –0.03 m[a] | –0.05 m[a] | –0.07 m[a] |
| **Total** | **Low** | **0.26 to 0.53 m** | **0.35 to 0.72 m** | **0.41 to 0.85 m** | **0.46 to 0.94 m** | **0.50 to 1.02 m** |
| Thermal expansion | Medium | 0.09 to 0.39 m | 0.17 to 0.62 m | 0.20 to 0.81 m | 0.22 to 0.98 m | 0.24 to 1.13 m |
| Glaciers | Medium | 0.15 to 0.19 m | 0.21 to 0.25 m | 0.25 to 0.29 m | 0.25 to 0.29 m[b] | 0.25 to 0.29 m[b] |
| Greenland ice sheet | Medium | 0.02 to 0.09 m | 0.05 to 0.24 m | 0.08 to 0.44 m | 0.11 to 0.65 m | 0.14 to 0.91 m |
| Antarctic ice sheet | Medium | –0.07 to –0.01 m | –0.17 to –0.02 m | –0.25 to –0.03 m | –0.36 to –0.02 m | –0.45 to –0.01 m |
| **Total** | **Medium** | **0.19 to 0.66 m** | **0.26 to 1.09 m** | **0.27 to 1.51 m** | **0.21 to 1.90 m** | **0.18 to 2.32 m** |
| Thermal expansion | High | 0.08 to 0.55 m | 0.23 to 1.20 m | 0.29 to 1.81 m | 0.33 to 2.32 m | 0.37 to 2.77 m |
| Glaciers | High | 0.17 to 0.19 m | 0.25 to 0.32 m | 0.30 to 0.40 m | 0.30 to 0.40 m[b] | 0.30 to 0.40 m[b] |
| Greenland ice sheet | High | 0.02 to 0.09 m | 0.13 to 0.50 m | 0.31 to 1.19 m | 0.51 to 1.94 m | 0.73 to 2.57 m |
| Antarctic ice sheet | High | –0.07 to –0.00 m | –0.04 to 0.01 m | 0.02 to 0.19 m | 0.06 to 0.51 m | 0.11 to 0.88 m |
| **Total** | **High** | **0.21 to 0.83 m** | **0.58 to 2.03 m** | **0.92 to 3.59 m** | **1.20 to 5.17 m** | **1.51 to 6.63 m** |

Notes:
[a]   The value is based on one simulation only.
[b]   Owing to lack of available simulations the same interval used as for the year 2300.

## 13.6    Regional Sea Level Changes

Regional sea level changes may differ substantially from a global average, showing complex spatial patterns which result from ocean dynamical processes, movements of the sea floor, and changes in gravity due to water mass redistribution (land ice and other terrestrial water storage) in the climate system. The regional distribution is associated with natural or anthropogenic climate modes rather than factors causing changes in the global average value, and include such processes as a dynamical redistribution of water masses and a change of water mass properties caused by changes in winds and air pressure, air–sea heat and freshwater fluxes and ocean currents. Because the characteristic time scales of all involved processes are different, their relative contribution to net regional sea level variability or change will depend fundamentally on the time scale considered.

### 13.6.1    Regional Sea Level Changes, Climate Modes and Forced Sea Level Response

As discussed in Chapter 3, most of the regional sea level changes observed during the recent altimetry era or reconstructed during past

decades from tide gauges appear to be steric (Levitus et al., 2005, 2009; Lombard et al., 2005a, 2005b; Ishii and Kimoto, 2009; Stammer et al., 2013). Moreover, steric changes observed during the altimetry era appear to be primarily thermosteric in nature, although halosteric effects, which can reduce or enhance thermosteric changes, are also important in some regions (e.g., Atlantic Ocean, Bay of Bengal). Ocean models and ocean reanalysis-based results (Carton et al., 2005; Wunsch and Heimbach, 2007; Stammer et al., 2011) as well as ocean circulation models without data assimilation (Lombard et al., 2009) confirm these results.

Observations and ocean reanalysis (Stammer et al., 2011; 2013) also agree in showing that steric spatial patterns over the last half of the 20th century fluctuate in space and time as part of modes of the coupled ocean–atmosphere system such as ENSO, the NAO, and the PDO (Levitus et al., 2005; Lombard et al., 2005a; Di Lorenzo et al., 2010; Lozier et al., 2010; Zhang and Church, 2012). In these cases, regional sea level variability is associated with changing wind fields and resulting changes in the ocean circulation (Kohl and Stammer, 2008). For example, the large rates of sea level rise in the western tropical Pacific and of sea level fall in the eastern Pacific over the period 1993–2010

13

BLM_0074700

correspond to an increase in the strength of the trade winds in the central and eastern tropical Pacific over the same period (Timmermann et al., 2010; Merrifield and Maltrud, 2011; Nidheesh et al., 2012). The long-term sea level trend from 1958 to 2001 in the tropical Pacific can also be explained as the ocean's dynamical response to variations in the wind forcing (Qiu and Chen, 2006; Timmermann et al., 2010).

Spatial variations in trends in regional sea level may also be specific to a particular sea or ocean basin. For example, a sea level rise of 5.4 ± 0.3 mm yr$^{-1}$ in the region between Japan and Korea from 1993 to 2001 is nearly two times the GMSL trend, with more than 80% of this rise being thermosteric (Kang et al., 2005). Han et al. (2010) found that regional changes of sea level in the Indian Ocean that have emerged since the 1960s are driven by changing surface winds associated with a combined enhancement of Hadley and Walker Cells.

### 13.6.2   Coupled Model Intercomparison Project Phase 5 General Circulation Model Projections on Decadal to Centennial Time Scales

CMIP5 projections of regional sea level provide information primarily about dynamical sea level changes resulting from increased heat uptake and changes in the wind forcing. On decadal time scales, the CMIP5 model ensemble identifies strong interannual variability (up to 8 cm, root-mean square (RMS)) associated with ENSO and dynamics of the equatorial current system in the tropical Pacific and Indian Oceans (Figure 13.15a). Similar variability in the amplitude of sea level change but due to other climate modes is also apparent in the North Atlantic Current and in parts of the Southern Ocean.



**Figure 13.15 |** (a) Root-mean square (RMS) interannual dynamic sea level variability (millimetres) in a CMIP5 multi-model ensemble (21 models), built from the historically forced experiments during the period 1951–2005. (b) Changes in the ensemble average interannual dynamic sea level variability (standard deviation (SD), in millimetres) evaluated over the period 2081–2100 relative to the reference period 1986–2005. The projection data (2081–2100) are from the CMIP5 RCP4.5 experiment.

Toward the end of the 21st century, the CMIP5 results indicate that it is possible that the interannual to decadal variability of dynamic sea level can weaken in some parts of the world ocean, for example, the western low-latitude Pacific and parts of the Indian Ocean, whereas it could be amplified in other parts, for example, the North Pacific, the eastern tropical Pacific, the eastern subtropical Atlantic and the Arctic (Figure 13.15b).

Longer-than-decadal-time-scale regional sea level changes can increasingly be expected to result from long-term changes in the wind field, changes in the regional and global ocean heat and freshwater content and the associated dynamical adjustment (with associated redistribution of ocean properties), and (to a lesser extent) from atmospheric pressure. The CMIP5 projections of steric sea level changes toward the end of the 21st century reveal a clear regional pattern in dynamical sea level change (Figure 13.16), in which the Southern Ocean shows a net decline relative to the global mean, while the remaining global ocean displays complex ridge-and-trough structures superimposed on a generally rising sea level (Yin, 2012). For example, in the North Atlantic, the largest sea level rise is along and north of the North Atlantic Current, but less so further to the south in the center of the warmer subtropical gyre. A similar pattern was observed in CMIP3 results there due to a weakening of the AMOC which leads to a local steric sea level rise east of North America, resulting in more water on the shelf and directly impacting northeastern North America (Levermann et al., 2005; Landerer et al., 2007; Yin et al., 2010). A similar pattern can be observed in the North Pacific, but here and in other parts of the world ocean (e.g., Southern Ocean), regional sea level patterns are largely the result of changes in wind forcing, associated changes in the circulation, and an associated redistribution of heat and freshwater. Some regional changes can also be expected to result from modifications in the expansion coefficient due to changes in the ocean's regional heat content (Kuhlbrodt and Gregory, 2012).

The CMIP5 ensemble indicates that regions showing an enhanced sea level toward the end of the 21st century coincide with those showing the largest uncertainty (Figure 13.16b). Although this also appeared in the earlier CMIP3 SRES A1B results, the CMIP5 results, by comparison, show a general reduction in the ensemble spread, especially in high latitudes. On a global average, this reduction is from 5.7 cm to 2.1 cm, RMS.

The contribution of changes of global ocean heat storage to regional steric sea level anomalies is *virtually certain* to increase with time as the climate warming signal increasingly penetrates into the deep ocean (Pardaens et al., 2011a). For the last three decades of the 21st century, the AR4 climate model ensemble mean shows a significant heat storage increase (Yin et al., 2010), about half of which is stored in the ocean below 700 m depth. Recent detection of ongoing changes in the ocean salinity structure (Durack and Wijffels, 2010) (Section 3.3.2) may also contribute to future regional steric sea level changes. Halosteric effects can dominate in some regions, especially in regions of high-latitude water mass formation where long-term heat and freshwater changes are expected to occur (e.g., in the subpolar North Atlantic, the Arctic, the Southern Ocean) (Yin et al., 2010; Pardaens et al., 2011a). Because of an anticipated increase in atmospheric moisture transport from low to high latitudes (Pardaens et al., 2003), halosteric anomalies are positive in the Arctic Ocean and dominate regional sea level



**Figure 13.16 |** (a) Ensemble mean projection of the time-averaged dynamic and steric sea level changes for the period 2081–2100 relative to the reference period 1986–2005, computed from 21 CMIP5 climate models (in metres), using the RCP4.5 experiment. The figure includes the globally averaged steric sea level increase of 0.18 ± 0.05 m. (b) Root-mean square (RMS) spread (deviation) of the individual model result around the ensemble mean (metres). Note that the global mean is different from the value in Table 13.5, by less than 0.01 m, because a slightly different set of CMIP5 models was used (see the Supplementary Material).

anomalies there (Yin et al., 2010). It is *likely* that future thermosteric changes will dominate the steric variations in the Southern Ocean, and strong compensation between thermosteric and halosteric change will characterize the Atlantic (Pardaens et al., 2011a).

### 13.6.3   Response to Atmospheric Pressure Changes

Regional sea level also adjusts to regional changes in atmospheric sea level pressure relative to its instantaneous mean over the ocean. Over time scales longer than a few days, the adjustment is nearly isostatic. Sea level pressure is projected to increase over the subtropics and mid-latitudes (depressing sea level) and decrease over high latitudes (raising sea level), especially over the Arctic (order several millibars), by the end of the 21st century associated with a poleward expansion of the Hadley Circulation and a poleward shift of the storm tracks of several degrees latitude (Section 12.4.4) (Held and Soden, 2006). These changes may therefore contribute positively to the sea level rise in the Arctic in the range of up to 1.5 cm and about 2.5 cm for RCP4.5 and RCP8.5, respectively (Yin et al., 2010) (Figure 13.17). In contrast, air pressure changes oppose sea level rise in mid- and low latitudes albeit with small amplitudes. Air pressure may also influence regional sea level elsewhere, as demonstrated by sea level changes in the Mediterranean in the second half of the 20th century (Tsimplis et al., 2005).

### 13.6.4   Response to Freshwater Forcing

Enhanced freshwater fluxes derived from an increase in ice-sheet meltwater at high latitudes results in a regional pattern of sea level rise



**Figure 13.17 |** Projected ensemble mean sea level change (metres) due to changes in atmospheric pressure loading over the period from 1986–2005 to 2081–2100 for (a) RCP4.5 and (b) RCP8.5 (contour interval is 0.005 m). Standard deviation of the model ensemble due to the atmospheric pressure loading for (c) RCP4.5 and (d) RCP8.5 (contour interval is 0.005 m).

13

originating from adjustments in ocean dynamics and in the solid earth. Neither effect is included in CMIP5 models, although the latter adjustment is computed off line here.

### 13.6.4.1  Dynamic Ocean Response to Cryospheric Freshwater Forcing

The addition of freshwater from glaciers and ice sheets to the ocean leads to an instantaneous increase in global mean sea level, but because it is communicated around the ocean basins via a dynamical adjustment, it is not instantaneously globally uniform (Kawase, 1987; Cane, 1989). For the addition of mass, the barotropic adjustment of the ocean takes place in a few days (Gower, 2010; Lorbacher et al., 2012). The addition of freshwater to the ocean from melting of the Greenland ice sheet results in an additional basin-wide steric response of the North Atlantic within months and is communicated to the global ocean via boundary waves, equatorial Kelvin waves, and westward propagating baroclinic Rossby waves on decadal time scales (Stammer, 2008). A similar response but with a different pattern can be observed from Antarctic meltwater input. In both cases, an associated complete baroclinic adjustment of the global ocean might take as long as several centuries. The adjustment of the ocean to high-latitude meltwater input also involves atmospheric teleconnections; such a response to Greenland meltwater pulses could lead to sea level changes in the Pacific within months (Stammer et al., 2011). On longer-than-decadal time scales, the freshwater input to the North Atlantic raises sea level in the Arctic Ocean and leads to an anomalous southward Bering Strait throughflow, transporting colder, fresher water from the Arctic Ocean into the North Pacific (Hu et al., 2010) and causing North Pacific cooling (Okumura et al., 2009). Meltwater forcing in the subpolar North Atlantic also causes changes of the AMOC (Section 12.4.7.2), which in turn causes dynamical changes of sea level in the North Atlantic, particularly in its northwestern region (Lorbacher et al., 2010). The combination of this dynamic sea level rise and the global mean sea level rise makes the northeastern North American coast vulnerable to some of the fastest and largest sea level rises during this century (Yin et al., 2009).

### 13.6.4.2  Earth and Gravitational Response to Contemporary Surface Water Mass Redistribution

Deformational, rotational and gravitational responses to mass redistribution between the cryosphere, the land and the oceans produce distinctive regional departures from GMSL, referred to as sea level fingerprints (Mitrovica et al., 2001, 2009; Gomez et al., 2010a; Riva et al., 2010) (Section 13.1, FAQ 13.1). Many existing studies of these effects have not defined a specific rate of ice-sheet mass loss (Mitrovica et al., 2001) or are based on end-member scenarios of ice retreat, such as from the WAIS (Bamber et al., 2009; Mitrovica et al., 2009; Gomez et al., 2010a) and marine-based parts of the East Antarctic ice sheet (Gomez et al., 2010a). Bamber and Riva (2010) calculated the sea level fingerprint of all contemporary land-ice melt and each of its major components. Spada et al. (2013) examined the regional sea level pattern from future ice melt based on the A1B scenario.

As can be seen from Figure 13.18, a characteristic of the sea level fingerprints is that regions adjacent to the source of the mass loss are subject to relative sea level fall of about an order of magnitude greater than the equivalent GMSL rise from these mass contributions, whereas in the far field the sea level rise is larger (up to about 30%) than the global average rise (Mitrovica et al., 2001, 2009; Gomez et al., 2010a). Gomez et al. (2010a) and Mitrovica et al. (2011) showed that differences in the maximum predicted rise (relative to the global mean) between published results is due to the accuracy with which water expulsion from the deglaciated marine basins is calculated. These changes are in addition to the ongoing response to past changes (e.g., glacial isostatic adjustment in response to the last deglaciation). Mitrovica et al. (2001) suggested that the lower rates of sea level change inferred from tide gauge records at European sites relative to the global average were consistent with 20th century melting from Greenland. Similarly, Gehrels and Woodworth (2013) suggested that the larger magnitude of the early 20th century sea level acceleration observed in Australia and New Zealand, as compared with the North Atlantic, may represent a fingerprint of the increased melt contributions of Greenland and Arctic glaciers in the 1930s. Nevertheless, current rates of ice-sheet melting are difficult to distinguish from dynamic variability (Kopp et al., 2010; Hay et al., 2013), but it is *likely* that with further ice-sheet melting they will begin to dominate the regional patterns of sea level change toward the end of the 21st century, especially under climate forcing conditions for which ice-sheet melting contributes more than 20-cm equivalent sea level rise (Kopp et al., 2010). These changes are in addition to the ongoing response to past changes (e.g., GIA in response to the last deglaciation; Figure 13.18a).

Water mass redistributions associated with land hydrology changes other than those from land ice may also produce spatially variable fingerprints in sea level (Fiedler and Conrad, 2010). In particular, regional changes in the terrestrial storage of water can lead to a sea level response on interannual and longer time scales, specifically near large river basins (Riva et al., 2010).

### 13.6.5  Regional Relative Sea Level Changes

Regional relative sea level change projections can be estimated from a combination of the various contributions to sea level change described above, emerging from the ocean, atmospheric pressure loading and the solid Earth.

Over the next few decades, regional relative sea level changes over most parts of the world are *likely* to be dominated by dynamical changes (mass redistribution and steric components) resulting from natural variability, although exceptions are possible at sites near rapidly melting ice sheets where static effects could become large. However, towards the end of the 21st century, regional patterns in sea level from all other contributions will progressively emerge and eventually dominate over the natural variability.

Ensemble mean estimates of relative sea level change during the period 2081–2100 relative to 1986–2000 resulting from GIA and from glacier and ice-sheet melting for RCP4.5 and RCP8.5 scenarios (Figure 13.18) suggest that for the 21st century, past, present and future loss of land-ice mass will *very likely* be an important contributor to spatial patterns in relative sea level change, leading to rates of maximum rise at low-to-mid latitudes. Hu et al. (2011) and Sallenger et al. (2012) also

13

Sea Level Change
Chapter 13



**Figure 13.18 |** Ensemble mean regional contributions to sea level change (metres) from (a) glacial isostatic adjustment (GIA), (b) glaciers and (c) ice-sheet surface mass balance (SMB). Panels (b) and (c) are based on information available from scenario RCP4.5. All panels represent changes between the periods 1986–2000 and 2081–2100.

suggested that steric and dynamical sea level changes can potentially increase the sea level near the northeastern coast of North America and in the western Pacific. Considerable uncertainties remain, however, in both the sea level budget and in the regional expression of sea level rise. In addition, local sea level rise can also partly be compensated by vertical land movement resulting from GIA, especially in some formerly glaciated high-latitude regions where high rates of land uplift may lead to a decrease of relative sea level. For example, Johansson et al. (2014) reported a 29 cm sea level rise in the Gulf of Finland and 27 cm fall in the Bay of Bothnia.

The ensemble mean regional relative sea level change between 1986–2005 and 2081–2100 for the RCP4.5 scenario (not including the dynamic ocean contribution in response to the influx of freshwater associated with land-ice loss and changes in terrestrial ground water) reveals that many regions are *likely* to experience regional sea level changes that differ substantially from the global mean (Figure 13.19).

Figure 13.20 shows ensemble mean regional relative sea level change between 1986–2005 and 2081–2100 for RCPs 2.6, 6.0 and 8.5.

It is *very likely* that over about 95% of the world ocean, regional relative sea level rise will be positive, while most regions that will experience a sea level fall are located near current and former glaciers and ice sheets. Figure 13.21b shows that over most of the oceans (except for limited regions around western Antarctica, Greenland, and high Arctic regions), estimated regional sea level changes are significant at the 90% confidence limit. Local sea level changes deviate more than 10% and 25% from the global mean projection for as much as 30% and 9% of the ocean area, respectively, indicating that spatial



**Figure 13.19 |** (a) Ensemble mean regional relative sea level change (m) evaluated from 21 models of the CMIP5 scenario RCP 4.5, including atmospheric loading, plus land-ice, GIA and terrestrial water sources, between 1986–2005 and 2081–2100. Global mean is 0.48 m, with a total range of -1.74 to +0.71 m. (b) The local, lower 90% uncertainty bound (p=0.05) for RCP4.5 scenario sea level rise (plus non-scenario components). (c) The local, upper 90% uncertainty bound (p=0.95) for RCP4.5 scenario sea level rise (plus non-scenario components). Note that the global mean is different from the value in Table 13.5, by less than 0.01 m, because a slightly different set of CMIP5 models was used (see the Supplementary Material) and that panels (b) and (c) contain local uncertainties not present in global uncertainties.

13

1195



**Figure 13.20 |** (a) Ensemble mean regional relative sea level change (metres) evaluated from 21 CMIP5 models for the RCP scenarios (a) 2.6, (b) 4.5, (c) 6.0 and (d) 8.5 between 1986–2005 and 2081–2100. Each map includes effects of atmospheric loading, plus land ice, glacial isostatic adjustment (GIA) and terrestrial water sources.



**Figure 13.21 |** (a) Percentage of the deviation of the ensemble mean regional relative sea level change between 1986–2005 and 2081–2100 from the global mean value. The figure was computed for RCP4.5, but to first order is representative for all RCPs. (b) Total RCP4.5 sea level change (plus all other components) divided by the combined standard error of all components (see Supplementary Material Section 13.SM.2). Assuming a normal distribution, or a t-distribution given the number of models as an approximation of the number of degrees of freedom, a region passes the 90% confidence level where the change is greater than 2 standard errors, which is most of the ocean except for limited regions around western Antarctica, Greenland and high Arctic regions.

variations can be large. Regional changes in sea level reach values of up to 30% above the global mean value in the Southern Ocean and around North America, between 10 and 20% in equatorial regions and up to 50% below the global mean in the Arctic region and some regions near Antarctica (Figure 13.21a).

Figure 13.22 shows that, between 1986–2005 and 2081–2100, sea level changes along the world's coastlines associated with the RCP4.5 and RCP8.5 scenarios have a substantially skewed non-Gaussian distribution, with significant coastal deviations from the global mean. When the coastlines around Antarctica and Greenland are excluded (Figure 13.22b), many negative changes disappear, but the general structures of the global histograms remain. In general, changes along the coastlines will range from about 30 cm to 55 cm for an RCP 4.5 scenario, peaking near 50 cm, and from about 40 cm to more than 80 cm under a RCP 8.5 scenario, peaking near 65 cm. About 68% and 72% of the coastlines will experience a relative sea level change within ±20% of the GMSL change for RCP4.5 and RCP8.5, respectively. In both cases, the maximum of the histogram is slightly higher than the GMSL, whereas the arithmetic mean is lower. Only some coastlines will experience a sea level rise of up to about 40% above GMSL change.

Figure 13.23 shows the combination of the natural variability (annual mean) and the CMIP5 projected sea level rise for the RCP4.5 scenario for a number of locations distributed around the world. For example, at Pago Pago (14°S,195°E) in the western equatorial Pacific, the

1196



**Figure 13.22 |** (a) Histograms of the deviation of the ensemble mean regional relative sea level change (Figure 13.20) along all coastlines (represented by the closest model grid point) between 1986–2005 and 2081–2100 from the global mean value. Shown are results for RCP4.5 (blue) and RCP8.5 (pink), respectively. (b) Same as in (a) but excluding Antarctic and Greenland coastlines. Vertical dashed lines represent global mean sea level changes for the two RCPs.

historical record indicates that annual variability in mean sea level has been about 21 cm (5 to 95% range). Projections by individual climate models indicate that it is *very likely* that a similar range of natural variability will continue through the 21st century (Figure 13.15b). However, by 2100, the average projected sea level for the RCP4.5 scenario of 0.52 [0.32 to 0.70] m is greater than any observations of annual mean sea level in the instrumental record. Of all the examples shown, the greatest sea level increase will be in New York, which is representative of the enhanced sea level rise there due to ocean processes and GIA in the region (compare Figures 13.16 and 13.18). The figure also reveals the large spatial inhomogeneity of interannual to decadal variability. In each case, monthly variability and extreme sea levels from winds and waves associated with weather phenomena (Section 13.7) need to be considered in addition to these projections of regional sea level.

### 13.6.6   Uncertainties and Sensitivity to Ocean/Climate Model Formulations and Parameterizations

Uncertainties of climate models are discussed in detail in Chapter 9. Sea level is a property of the ocean connected to nearly all dynamical and thermodynamical processes over the full ocean column, from the surface fluxes to the ocean bottom. Although many of the processes are to first order correctly simulated in climate models, differences between models (Figure 13.24) indicate that uncertainties in simulated and projected steric sea level (globally and regionally) remain poorly understood. Moreover, the spread in ocean heat uptake efficiency among models is responsible for 50% of the spread in heat uptake (Kuhlbrodt and Gregory, 2012). In addition, some processes are not part of the CMIP5 simulations, such as the dynamical response of the ocean to meltwater input or the GIA/rotational/gravitational processes associated with this ice mass loss. Stammer and Hüttemann (2008) showed that coupled climate models that do not include the effect of changes in atmospheric moisture content on sea level pressure will underestimate future regional atmospheric pressure loading effects by up to 2 cm. Other uncertainties result from GIA/rotational/gravitational effects as well as from uncertainties in air–sea fluxes.

Improvements in the skill of a sea level projection require (1) better parameterizations of unresolved physical processes, (2) improved numerical algorithms for such processes as temperature and salinity advection, (3) refined grid resolution to better represent such features as boundary currents and mesoscale eddies, and (4) the elimination of obsolete assumptions that have a direct impact on sea level (Griffies and Greatbatch, 2012). Among the many limiting approximations made in ocean models, the Boussinesq approximation has been found to only marginally impact regional patterns (i.e., deviations from global mean) when directly compared to non-Boussinesq simulations (Losch et al., 2004), thus lending greater confidence in Boussinesq models for addressing questions of regional sea level change. Furthermore, for global sea level, the now-standard *a posteriori* adjustment (Greatbatch, 1994; Griffies and Greatbatch, 2012) accurately incorporates the missing global steric effect. The representation of dense overflows can also affect sea level simulations, and is particularly problematic in many ocean models used for climate studies, with direct impacts on the simulated vertical patterns of ocean heat uptake (Legg et al., 2009).

Coarse-resolution ocean–climate simulations require a parameterization of mesoscale and smaller eddies, but the parameterizations as well as the details of their numerical implementations can greatly impact the simulation. As shown by Hallberg and Gnanadesikan (2006) and Farneti et al. (2010), coarse-resolution climate models may be overestimating the Antarctic Circumpolar Current response to wind changes. Better implementations of eddy parameterizations reduce such biases (Farneti and Gent, 2011; Gent and Danabasoglu, 2011), and they form the basis for some, but not all, of the CMIP5 simulations. Moreover, Vinogradov and Ponte (2011) suggested that as one considers regional sea level variability and its relevant dynamics and forcing, mesoscale ocean features become important factors on a sub-decadal time scale. Suzuki et al. (2005) compared changes in mean dynamic sea level in 2080–2100 relative to 1980–2000 as obtained from a low- and a high-resolution ocean component of a coupled model and concluded that although changes are comparable between runs, the

13

BLM_0074706

high-resolution model captures enhanced details owing to resolving ocean eddy dynamics.

Even with a perfect ocean model, skill in sea level projections depends on skill of the coupled climate model in which errors impacting sea level may originate from non-ocean components. Furthermore, initialization is fundamental to the prediction problem, particularly for simulation of low-frequency climate variability modes (Meehl et al., 2010). Projections of land-ice melting and the resultant sea level rise patterns also have large uncertainties, with additional uncertainties arising from

GIA models such as the mantle viscosity structure. Each of the many uncertainties and errors results in considerable spread in the projected patterns of sea level change (Figure 13.24) (Pardaens et al., 2011a; Slangen et al., 2012). In addition to ocean–climate model formulations and parameterizations, uncertainty in predictions of sea level change may be associated with specified freshwater forcing. Whether or not an ocean model is coupled with an ice-sheet model, the forcing should distinguish between runoff and iceberg flux. Martin and Adcroft (2010) reported the only attempt thus far to explicitly represent iceberg drift and melting in a fully coupled climate model.



**Figure 13.23** | Observed and projected relative sea level change (compare Figure 13.20) near nine representative coastal locations for which long tide-gauge measurements are available. The observed *in situ* relative sea level records from tide gauges (since 1970) are plotted in yellow, and the satellite record (since 1993) is provided as purple lines. The projected range from 21 CMIP5 RCP4.5 scenario runs (90% uncertainty) is shown by the shaded region for the period 2006–2100, with the bold line showing the ensemble mean. Coloured lines represent three individual climate model realizations drawn randomly from three different climate models used in the ensemble. Station locations of tide gauges are: (a) San Francisco: 37.8°N, 122.5°W; (b) New York: 40.7°N, 74.0°W; (c) Ijmuiden: 52.5°N, 4.6°E; (d) Haldia: 22.0°N, 88.1°E; (e) Kanmen, China: 28.1°N, 121.3°E; (f) Brest: 48.4°N, 4.5°W; (g) Mar del Plata, Argentina: 38.0°S, 57.5°W; (h) Fremantle: 32.1°S, 115.7°E; (i) Pago Pago: 14.3°S, 170.7°W. Vertical bars at the right sides of each panel represent the ensemble mean and ensemble spread (5 to 95%) of the *likely* (*medium confidence*) sea level change at each respective location at the year 2100 inferred from RCPs 2.6 (dark blue), 4.5 (light blue), 6.0 (yellow) and 8.5 (red).

BLM_0074707



**Figure 13.24 |** Projected relative sea level change (in m) from the combined global steric plus dynamic topography and glacier contributions for the RCP4.5 scenario over the period from 1986–2005 to 2081–2100 for each individual climate model used in the production of Figure 13.16a.

1199

BLM_0074708

## 13.7    Projections of 21st Century Sea Level Extremes and Waves

Climate change will affect sea levels extremes and ocean waves in two principal ways. First, because extratropical and tropical storms are one of the key drivers of sea level extremes and waves, future changes in intensity, frequency, duration, and path of these storms will impact them. Second, sea level rise adds to the heights of sea level extremes, regardless of any changes in the storm-related component. MSL change may also accentuate the threat of coastal inundation due to changes in wave runup. Observations of changes in sea level extremes and waves are discussed in Chapter 3. Sea level extremes at the coast occur mainly in the form of storm surges and tsunamis, but because the latter are not climate driven, we assess only projections for sea level extremes based on estimates of future storminess and MSL change.

### 13.7.1    Observed Changes in Sea Level Extremes

As discussed in the AR4 (Bindoff et al., 2007) and confirmed by more recent studies (Menéndez and Woodworth, 2010), statistical analyses of tide-gauge observations have shown an increase in observed sea level extremes worldwide that are caused primarily by an increase in MSL (Chapter 3). Dominant modes of climate variability, particularly ENSO and NAO, also have a measureable influence on sea level extremes in many regions (Lowe et al., 2010; Walsh et al., 2011). These impacts are due to sea level anomalies associated with climate modes, as well as mode-related changes in storminess. There has been some indication that the amplitude and phase of major tidal constituents have exhibited long-term change (Jay, 2009; Muller et al., 2011), but their impacts on extreme sea level are not well understood. Using particle size analysis of cores collected in the Mackenzie Delta in the Arctic region, Vermaire et al. (2013) inferred increased storm surge activity in the region during the last approximately 150 years, which they related to the annual mean temperature anomaly in the NH and a decrease in summer sea-ice extent.

### 13.7.2    Projections of Sea Level Extremes

#### 13.7.2.1    Recent Assessments of Projections of Sea Level Extremes

The AR4 assessed projections of storm surges for a few regions (Europe, Australia, the Bay of Bengal) based on a limited number of dynamical modelling studies (Christensen et al., 2007). Although these results generally indicated higher magnitude surges in future scenarios, there was *low confidence* in these projections because of the wide spread in underlying AOGCM and RCM projections.

Studies since the AR4 have further assessed the relative contributions of sea level rise and storminess on projected sea level extremes. Lowe et al. (2010) concluded that the increases in the observed sea level extremes in the 20th century occurred primarily through an increase in MSL, and that the same applies to projections for the 21st century. The IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) assessment concluded that it is *very likely* that MSL rise will contribute to an increase in future sea level extremes (Seneviratne et al., 2012). It noted that changes in storminess may also affect sea level extremes

but the limited geographical coverage of studies and uncertainties associated with storminess changes prevent a general assessment. The global tropical cyclone frequency will *likely* decrease or remain roughly constant, but it is *more likely than not* that the frequency of the most intense storms will increase in some ocean basins (Chapter 14). Uncertainties in projections of cyclone frequency and tracks make it difficult to project how these changes will impact particular regions. Similarly, while the SREX and the current assessment (Chapter 14) find that it is *likely* that there has been a poleward shift in the main northern and southern extra-tropical cyclone tracks during the last 50 years, and that regional changes may be substantial, there is only *low confidence* in region-specific projections.

#### 13.7.2.2    Projections Based on Dynamical and Statistical Approaches

Projected changes in storm surges (relative to MSL) have been assessed by applying climate–model forcing to storm-surge models. Return periods of sea level extremes (see Glossary) exceeding a given threshold level, referred to as return levels, are used in quantifying projected changes. Using three regionally downscaled GCMs for A2, B2 and A1B scenarios, Debernard and Roed (2008) found an 8 to 10% increase in the 99th percentile surge heights between 1961–1990 and 2071–2100, mainly during the winter season, along the coastlines of the eastern North Sea and the northwestern British Isles, and decreases south of Iceland. Using a downscaled GCM under an A1B scenario, Wang et al. (2008) projected a significant increase in wintertime storm surges around most of Ireland between 1961–1990 and 2031–2060. Sterl et al. (2009) concatenated the output from a 17-member ensemble of A1B simulations from a GCM over the periods 1950–2000 and 2050–2100 into a single longer time series to estimate 10,000-year return levels of surge heights along the Dutch coastline. No statistically significant change in this value was projected for the 21st century because projected wind speed changes were not associated with the maximum surge-generating northerlies. Using an ensemble of three climate models under A2 simulations, Colberg and McInnes (2012) found that changes in the 95th percentile sea level height (with respect to mean sea level) across the southern Australian coast in 2081–2100 compared to 1981–2000 were small (±0.1 m), mostly negative, and despite some inter-model differences, resembled the changes in wind patterns simulated by the climate models (McInnes et al., 2011). These studies demonstrate that the results are sensitive to the particular choice of GCM or RCM, therefore identifying uncertainties associated with the projections. For the tropical east coast of Australia, Harper et al. (2009) found that a 10% increase in tropical cyclone intensity for 2050 led to increases in the 100-year return level (including tides) that at most locations were smaller than 0.1 m with respect to mean sea level.

Several regional storm-surge studies have considered the relative contribution of the two main causative factors on changes in future sea level extremes (e.g., McInnes et al. (2009, 2013) for the southeastern coast of Australia; Brown et al. (2010) for the eastern Irish Sea; Woth et al. (2006) for the North Sea; Lowe et al. (2009) for the United Kingdom coast). They concluded that sea level rise has a greater potential than meteorological changes to increase sea level extremes by the end of the 21st century in these locations. Unnikrishnan et al. (2011) used

13

RCM simulations to force a storm-surge model for the Bay of Bengal and found that the combined effect of MSL rise of 4 mm yr⁻¹ and RCM projections for the A2 scenario (2071–2100) gave an increase in 100-year return levels of total sea level (including tides) between 0.40 to 0.67 m (about 15 to 20%) along the northern part of the east coast of India, except around the head of the bay, compared to those in the base line (1961–1990) scenario.

Using six hypothetical hurricanes producing approximate 100-year return levels, Smith et al. (2010) found that in the regions of large surges on the southeastern Louisiana coast, the effect of MSL rise added linearly to the simulated surges. However, in the regions of moderate surges (2–3 m), particularly in wetland-fronted areas, the increase in surge height was 1–3 m larger than the increase in mean sea level. They showed that sea level rise alters the speed of propagation of surges and their amplification in different regions of the coast. For the Gulf of Mexico, Mousavi et al. (2011) developed a simple

relationship between hurricane-induced storm surges, sea level rise and hurricane intensification through increased SSTs for three modelled major historical cyclones, concluding that the dynamic interaction of surge and sea level rise lowered or amplified the surge at different points within a shallow coastal bay.

Higher mean sea levels can significantly decrease the return period for exceeding given threshold levels. For a network of 198 tide gauges covering much of the globe, Hunter (2012) determined the factor by which the frequency of sea levels exceeding a given height would be increased for a MSL rise of 0.5 m (Figure 13.25a). These calculations have been repeated here (Figure 13.25b) using regional RSL projections and their uncertainty using the RCP4.5 scenario (Section 13.6, Figure 13.19a). This multiplication factor depends exponentially on the inverse of the Gumbel scale parameter (a factor that describes the statistics of sea level extremes caused by the combination of tides and storm surges) (Coles and Tawn, 1990). The scale parameter is generally



**Figure 13.25 |** The estimated multiplication factor (shown at tide gauge locations by colored dots), by which the frequency of flooding events of a given height increase for (a) a mean sea level (MSL) rise of 0.5 m (b) using regional projections of MSL for the RCP4.5 scenario, shown in Figure 13.19a.

13

BLM_0074710

large where tides and/or storm surges are large, leading to a small multiplication factor, and vice versa. Figure 13.25a shows that a 0.5 m MSL rise would *likely* result in the frequency of sea level extremes increasing by an order of magnitude or more in some regions. The multiplication factors are found to be similar or slightly higher, in general, when accounting for regional MSL projections (Figure 13.25b). Specifically, in regions having higher regional projections of MSL, such as the east coast of Canada and the USA (where GIA results in a larger sea level rise) and/or in regions of large uncertainty (e.g. in regions near the former Laurentide ice sheet where the GIA uncertainty is large), the multiplication factor is higher, whereas in regions having lower regional projections of MSL, such as the northwest region of North America (where the land is rising due to present changes in glaciers and ice-caps), the multiplication factor is lower. In another study, large increases in the frequency of sea level extremes for 2050 were found for a network of sites around the USA coastline based on semi-empirical MSL rise projections and 20th century statistics of extremes (Tebaldi et al., 2012). Using projected time series of tides, MSL rise, components of sea level fluctuations from projected MSLP and wind stress fields, and a contribution for ENSO variability through projected SSTs for the 21st century, Cayan et al. (2008) showed that for high-end scenarios of MSL rise, the frequency and magnitude of extremes along the California coast increases considerably relative to those experienced in the 20th century.

In summary, dynamical and statistical methods on regional scales show that it is *very likely* that there will be an increase in the occurrence of future sea level extremes in some regions by 2100, with a *likely* increase in the early 21st century. The combined effects of MSL rise and changes in storminess will affect future extremes. There is *high confidence* that extremes will increase with MSL rise yet there is *low confidence* in region-specific projections in storminess and storm surges.

### 13.7.3   Projections of Ocean Waves

Changes in ocean wave conditions are determined by changes in the major wind systems, especially in the main areas affected by tropical and extra-tropical storms. Based on *in situ* and satellite altimeter observations and wave–model hindcasts, it is *likely* that mean significant wave heights (SWH, defined as the average of the highest one third of wave heights) have increased in regions of the North Pacific and the North Atlantic over the past half century, and in the Southern Ocean since the mid 1980s (Chapter 3, Seneviratne et al., 2012). The limited observational wave record makes it difficult to separate long-term trends from multi decadal variability (Young et al., 2011). A number of studies have related changes in wind–wave climatologies to modes of climate variability such as ENSO (Allan and Komar, 2006; Adams et al., 2008; Menéndez et al., 2008), the NAO (Woolf et al., 2002; Izaguirre et al., 2010), and the Southern Annular Mode (SAM) (Hemer et al., 2010; Izaguirre et al., 2011). Although anthropogenic influences have been considered (Wang et al., 2009), it is *likely* that reported SWH trends over the past half-century largely reflect natural variations in wind forcing. Recent reductions in summer sea ice extent have resulted in enhanced wave activity in the Arctic Ocean due to increased fetch area and longer duration of the open-water season (Francis et al., 2011; Overeem et al., 2011).

In general, there is *low confidence* in projections of future storm conditions (Chapters 12 and 14) and hence in projections of ocean waves. Nevertheless, there has been continued progress in translating climate model outputs into wind–wave projections. In the AR4, projected changes in global SWHs were based on a single statistical model (Wang and Swail, 2006). The projected conditions were consistent with increased wind speeds associated with mid-latitude storms, but they considered only a limited five-member ensemble for a single future emission scenario (SRES A2); wave parameters other than SWH were not considered.

Since the AR4, global wave–climate projections for the end of the 21st century have been made by dynamically downscaling CMIP3 AOGCM results. A multi-model ensemble based on dynamical models forced with various GHG emission scenarios (SRES A1B: Mori et al. (2010), Fan et al. (2013), Semedo et al. (2013); SRES A2: Hemer et al. (2012a), as well as the statistical model of Wang and Swail (2006) forced with emission scenarios IS92a and SRES A2 and B2, has been constructed as part of the Coordinated Ocean Wave Climate Project (COWCLIP) (Hemer et al., 2013). In general, the ensemble projected changes of annual mean SWH (Figure 13.26a) resemble the statistical projections of Wang and Swail (2006) under an A2 scenario. The largest change is projected to be in the Southern Ocean, where mean SWHs at the end of the 21st century are approximately 5 to 10% higher than the present-day mean. SWH increase in this region reflects the projected strengthening of the westerlies over the Southern Ocean, particularly during austral winter (Figure 13.26c). Another region of SWH increase in the ensembles is in the tropical South Pacific associated with a projected strengthening of austral winter easterly trade winds in the CMIP3 multi-model data set (Figure 13.26c). Negligible change or a mean SWH decrease is projected for all other ocean basins, with decreases identified in the trade wind region of the North Pacific, the mid-latitude westerlies in all basins, and in the trade and monsoon wind regions of the Indian Ocean. Hemer et al. (2013) found that variance of wave–climate projections associated with wave downscaling methodology dominated other sources of variance within the projections such as the climate scenario or climate model uncertainties. Mori et al. (2013) reported similar findings.

Three CMIP3-based model projections (Mori et al., 2010; Hemer et al., 2012b; Fan et al., 2013) were used to compare projections of wave direction and period (Hemer et al., 2013). Wave direction (Figure 13.26d) exhibits clockwise rotation in the tropics, consistent with a higher contribution from northward propagating swell from the Southern Ocean. Wave period (Figure 13.26e) shows an increase over the eastern Pacific, which is also attributed to enhanced wave generation in the Southern Ocean and northward swell propagation. A projected decrease in wave periods in the North Atlantic and western and central North Pacific is symptomatic of weaker wind forcing in these regions.

SWH projections based on CMIP5 winds for emission scenarios RCP4.5 and RCP8.5 (Dobrynin et al., 2012) exhibit similar regional patterns for the end of the 21st century to the CMIP3 results presented in Figure 13.26A. Dobrynin et al. (2012) reported SWH increases in the Arctic Ocean, an area not considered by Hemer et al. (2013), and in basins connected to the Southern Ocean, particularly for RCP8.5. The probability of extreme wave heights is projected to increase in the SH, the

13



**Figure 13.26 |** Projected changes in wind–wave conditions (~2075–2100 compared with ~1980–2009) derived from the Coordinated Ocean Wave Climate Projection (COWCLIP) Project (Hemer et al., 2013). (a) Percentage difference in annual mean significant wave height. (b) Percentage difference in means of January to March significant wave height. (c) Percentage difference in means of July to September significant wave height. Hashed regions indicate projected change is greater than the 5-member ensemble standard deviation. (d) As for (a), but displaying absolute changes in mean wave direction, with positive values representing projected clockwise rotation relative to displayed vectors, and colours shown only where ensemble members agree on sign of change. (e) As for (a), but displaying absolute changes in mean wave period. The symbol ~ is used to indicate that the reference periods differ slightly for the various model studies considered.

13

BLM_0074712

Arctic and Indian Oceans, but decrease in the North and Equatorial Atlantic and in the Pacific. In addition to wind changes, the projected loss of summer sea ice extent in the Arctic Ocean is *very likely* to increase overall wave activity there (Manson and Solomon, 2007; Overeem et al., 2011).

Model intercomparisons are starting to identify common features of global wave projections but in general there is *low confidence* in wave model projections because of uncertainties regarding future wind states, particularly storm geography, the limited number of model simulations used in the ensemble averages, and the different methodologies used to downscale climate model results to regional scales (Hemer et al., 2012a). Despite these uncertainties, it appears *likely* (*medium confidence*) that enhanced westerly surface winds in the SH (discussed in Chapter 12) will lead to enhanced wave generation in that region by the end of the 21st century.

A number of dynamical wave projection studies have been carried out with a regional focus. For the Mediterranean Sea, Lionello et al. (2008; 2010) projected a widespread shift of the wave height distribution to lower values by the mid-21st century under an SRES A1B scenario, implying a decrease in mean and extreme wave heights. Caires et al. (2008) and Debernard and Røed (2008) reported a decrease (4 to 6% of present values) in the annual 99th percentile SWH south of Iceland by the end of the 21st century, and an increase (6 to 8%) along the North Sea east coast (SRES A2, B2, A1B scenarios). Grabemann and Weisse (2008) found increases (up to 18% of present values) in annual 99th percentile SWH in the North Sea by the end of the 21st century, with an increase in the frequency of extreme wave events over large areas of the southern and eastern North Sea (SRES A2, B2 scenarios). Charles et al. (2012) projected a general decrease in wave heights in the Bay of Biscay by the end of the 21st century (SRES A2, A1B, B1 scenarios), accompanied by clockwise rotations in winter swell (attributed to a projected northward shift in North Atlantic storm tracks) and summer sea and intermediate waves (attributed to a projected slackening of westerly winds). Along the Portuguese coast, Andrade et al. (2007) found little projected change in SWH and a tendency for a more northerly wave direction than present (SRES A2 scenario).

In the Pacific, multi-model projections by Graham et al. (2013) (SRES A2 scenario) indicate a decrease in boreal winter upper-quantile SWHs over the mid-latitude North Pacific by the end of the 21st century associated with a projected decrease in wind speeds along the southern flank of the main westerlies. There is a less robust tendency for higher extreme waves at higher latitudes. On the southeastern Australian coast, Hemer et al. (2012b) used multi-model projections (SRES A2 and B1 scenarios) to identify a decrease in mean SWH (<0.2 m) by the end of the 21st century compared to present due to a projected decrease in regional storm wave energy, and a shift to a more southerly wave direction, consistent with a projected southward shift of the subtropical ridge in the forcing fields.

## 13.8   Synthesis and Key Uncertainties

There has been significant progress in our understanding of sea level change since the AR4. Paleo data now provide *high confidence* that sea levels were substantially higher when GHG concentrations were higher or surface temperatures were warmer than pre-industrial. The combination of paleo sea level data and long tide gauge records confirms that the rate of rise has increased from low rates of change during the late Holocene (order tenths of mm $yr^{-1}$) to rates of almost 2 mm $yr^{-1}$ averaged over the 20th century, with a *likely* continuing acceleration during the 20th century (Figure 13.27). Since 1993, the sum of observed contributions to sea level rise is in good agreement with the observed rise.

Understanding of the components that contribute to total sea level rise has improved significantly. For the 20th century, the range from an ensemble of such process-based models encompasses the observed rise when allowances are made for lack of inclusion of volcanic forcing in AOGCM control simulations, natural climate variability, and a possible small long-term ice-sheet contribution. Ice-sheet contributions to the 20th century sea level rise were small, however, and this agreement is thus not an evaluation of ice-sheet models. Nevertheless, there has been significant improvement in accounting for important physical processes in ice-sheet models, particularly of the dynamical response of individual glacier systems to warmer ocean waters in the immediate vicinity of the outlet glaciers. Although there are as yet no complete simulations of regional ocean temperature changes near ice sheets and of the ice-sheet response to realistic climate change forcing, the publications to date have allowed an assessment of the *likely* range of sea level rise for the 21st century (Figure 13.27).



**Figure 13.27** | Compilation of paleo sea level data, tide gauge data, altimeter data (from Figure 13.3), and central estimates and *likely* ranges for projections of global mean sea level rise for RCP2.6 (blue) and RCP8.5 (red) scenarios (Section 13.5.1), all relative to pre-industrial values.

13

BLM_0074713

These observations, together with our current scientific understanding and projections of future climate and sea level, imply that it is *virtually certain* that sea level will continue to rise during the 21st century and beyond. For the first few decades of the 21st century, regional sea level change will be dominated by climate variability superimposed on the climate change signal. For all scenarios, the rate of 21st century GMSL rise is *very likely* to exceed the average rate during the 20th century. For the RCP8.5 scenario, the projected rate of GMSL rise by the end of the 21st century will approach average rates experienced during the deglaciation of the Earth after the Last Glacial Maximum. These rates imply a significant transfer of mass from the ice sheets to the oceans and associated regional departures of sea level rise from the global average, in addition to the regional patterns from changing atmosphere–ocean interactions.

Sea level rise has already led to a significant increase in the return frequency of sea level extremes at many locations, and it is *very likely* that this will continue during the 21st century, although there is *low confidence* in projections of changes in storminess. The first assessment of surface waves indicates a *likely* (*medium confidence*) increase in the height of waves in the Southern Ocean.

Despite this progress, significant uncertainties remain, particularly related to the magnitude and rate of the ice-sheet contribution for the 21st century and beyond, the regional distribution of sea level rise, and the regional changes in storm frequency and intensity. For coastal planning, sea level rise needs to be considered in a risk management framework, requiring knowledge of the frequency of sea level variability (from climate variability and extreme events) in future climates, projected changes in mean sea level, and the uncertainty of the sea level projections (Hunter, 2010, 2012), as well as local issues such as the compaction of sediments in deltaic regions and the changing supply of these sediments to maintain the height of the deltas (Syvitski et al., 2009). Although improved understanding has allowed the projection of a *likely* range of sea level rise during the 21st century, it has not been possible to quantify a *very likely* range or give an upper bound to future rise. The potential collapse of ice shelves, as observed on the Antarctic Peninsula (Rignot et al., 2004; Scambos et al., 2004; Rott et al., 2011), could lead to a larger 21st century rise of up to several tenths of a metre.

Sea level will continue to rise for centuries, even if GHG concentrations are stabilized, with the amount of rise dependent on future GHG emissions. For higher emission scenarios and warmer temperatures, surface melting of the Greenland ice sheet is projected to exceed accumulation, leading to its long-term decay and a sea level rise of metres, consistent with paleo sea level data.

## Acknowledgements

We thank Lea Crosswell and Louise Bell for their assistance in drafting a number of diagrams in this chapter and Jorie Clark for assistance with managing chapter references.

13

BLM_0074714

# References

Ablain, M., A. Cazenave, G. Valladeau, and S. Guinehut, 2009: A new assessment of the error budget of global mean sea level rate estimated by satellite altimetry over 1993–2008. *Ocean Sci.*, **5**, 193–201.

Adams, P. N., D. L. Inman, and N. E. Graham, 2008: Southern California deep-water wave climate: Characterization and application to coastal processes. *J. Coast. Res.*, **24**, 1022–1035.

Allan, J. C., and P. D. Komar, 2006: Climate controls on US West Coast erosion processes. *J. Coast. Res.*, **22**, 511–529.

Allen, M. R., D. J. Frame, C. Huntingford, C. D. Jones, J. A. Lowe, M. Meinshausen, and N. Meinshausen, 2009: Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature*, **458**, 1163–1166.

Alley, R. B., S. Anandakrishnan, T. K. Dupont, B. R. Parizek, and D. Pollard, 2007: Effect of sedimentation on ice-sheet grounding-line stability. *Science*, **315**, 1838–1841.

Andrade, C., H. O. Pires, R. Taborda, and M. C. Freitas, 2007: Projecting future changes in wave climate and coastal response in Portugal by the end of the 21st century. *J. Coast. Res.*, **SI 50**, 263–257.

Anschütz, H., et al., 2009: Revisiting sites of the South Pole Queen Maud Land Traverses in East Antarctica: Accumulation data from shallow firn cores. *J. Geophys. Res. Atmos.*, **114**, D012204.

Arendt, A., et al., 2012: Randolph Glacier Inventory [v2.0]: A dataset of global glacier outlines. Global Land Ice Measurements from Space, Boulder CO, USA. Digital Media.

Arthern, R., D. P. Winebrenner, and D. G. Vaughan, 2006: Antarctic snow accumulation mapped using polarization of 4.3–cm wavelength microwave emission. *J. Geophys. Res. Atmos.*, **111**, D06107.

Bahr, D. B., and V. Radić, 2012: Significant contribution to total mass from very small glaciers. *Cryosphere*, **6**, 763–770.

Bahr, D. B., M. Dyurgerov, and M. F. Meier, 2009: Sea-level rise from glaciers and ice caps: A lower bound. *Geophys. Res. Lett.*, **36**, L03501.

Bales, R. C., et al., 2009: Annual accumulation for Greenland updated using ice core data developed during 2000–2006 and analysis of daily coastal meteorological data. *J. Geophys. Res. Atmos.*, **114**, D06116.

Bamber, J., and R. Riva, 2010: The sea level fingerprint of recent ice mass fluxes. *Cryosphere*, **4**, 621–627.

Bamber, J. L., and W. P. Aspinall, 2013: An expert judgement assessment of future sea level rise from the ice sheets. *Nature Clim. Change*, **3**, 424–427.

Bamber, J. L., R. E. M. Riva, B. L. A. Vermeersen, and A. M. LeBrocq, 2009: Reassessment of the potential sea-level rise from a collapse of the West Antarctic Ice Sheet. *Science*, **324**, 901–903.

Bamber, J. L., et al., 2013: A new bed elevation dataset for Greenland. *Cryosphere*, **7**, 499–510.

Banks, H. T., and J. M. Gregory, 2006: Mechanisms of ocean heat uptake in a coupled climate model and the implications for tracer based predictions of ocean heat uptake. *Geophys. Res. Lett.*, **33**, L07608.

Barrand, N. E., et al., 2013: Computing the volume response of the Antarctic Peninsula ice sheet to warming scenarios to 2200. *J. Glaciol.*, **55**, 397–409.

Beckley, B. D., et al., 2010: Assessment of the Jason-2 Extension to the TOPEX/Poseidon, Jason-1 sea-surface height time series for global mean sea level monitoring. *Mar. Geodesy*, **33**, 447–471.

Bengtsson, L., S. Koumoutsaris, and K. Hodges, 2011: Large-scale surface mass balance of ice sheets from a comprehensive atmosphere model. *Surv. Geophys.*, **32**, 459–474.

Biancamaria, S., A. Cazenave, N. M. Mognard, W. Llovel, and F. Frappart, 2011: Satellite-based high latitude snow volume trend, variability and contribution to sea level over 1989/2006. *Global Planet. Change*, **75**, 99–107.

Bindoff, N. L., et al., 2007: Observations: Oceanic climate change and sea level. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 385–432.

Bindschadler, R. A., et al., 2013: Ice-sheet model sensitivities to environmental forcing and their use in projecting future sea level (The SeaRISE Project). *J. Glaciol.*, **59**, 195–224.

Bintanja, R., G. J. van Oldenborgh, S. S. Drijfhout, B. Wouters, and C. A. Katsman, 2013: Important role for ocean warming and increased ice-shelf melt in Antarctic sea-ice expansion. *Nature Geosci.*, **6**, 376–379.

Bittermann, K., S. Rahmstorf, M. Perrette, and M. Vermeer, 2013: Predictability of 20th century sea-level rise from past data. *Environ. Res. Lett.*, **8**, 014013.

Bjork, A. A., et al., 2012: An aerial view of 80 years of climate-related glacier fluctuations in southeast Greenland. *Nature Geosci.*, **5**, 427–432.

Blum, M. D., and H. H. Roberts, 2009: Drowning of the Mississippi Delta due to insufficient sediment supply and global sea-level rise. *Nature Geosci.*, **2**, 488–491.

Boening, C., J. K. Willis, F. W. Landerer, R. S. Nerem, and J. Fasullo, 2012: The 2011 La Niña: So strong, the oceans fell. *Geophys. Res. Lett.*, **39**, L19602.

Boretti, A., 2011: The measured rate of rise of sea levels is not increasing and climate models should be revised to match the experimental evidence. *R. Soc. Publish. eLett.*, **July 12, 2011**.

Boretti, A., 2012a: Short term comparison of climate model predictions and satellite altimeter measurements of sea levels. *Coast. Eng.*, **60**, 319–322.

Boretti, A., 2012b: Is there any support in the long term tide gauge data to the claims that parts of Sydney will be swamped by rising sea levels? *Coast. Eng.*, **64**, 161–167.

Boretti, A., 2012c: Discussion of Natalya N. Warner, Philippe E. Tissot, "Storm flooding sensitivity to sea level rise for Galveston Bay, Texas", *Ocean Eng.* 44 (2012), 23–32. *Ocean Eng.*, **55**, 235–237.

Boretti, A., and T. Watson, 2012: The inconvenient truth: Ocean levels are not accelerating in Australia or over the world. *Energy Environ.*, **23**, 801–817.

Boretti, A., 2013a: Discussion of Christine C. Shepard, Vera N. Agostini, Ben Gilmer, Tashya Allen, Jeff Stone, William Brooks and Michael W. Beck. Reply: Evaluating alternative future sea-level rise scenarios, *Nat. Hazards*, 2012 doi:10.1007/s11069-012-0160–2. *Nat. Hazards*, **65**, 967–975.

Boretti, A., 2013b: Discussion of J.A.G. Cooper, C. Lemckert, Extreme sea level rise and adaptation options for coastal resort cities: A qualitative assessment from the Gold Coast, Australia. *Ocean Coast. Manage.*, **78**, 132–135.

Boretti, A. A., 2013c: Discussion of "Dynamic System Model to Predict Global Sea-Level Rise and Temperature Change" by Mustafa M. Aral, Jiabao Guan, and Biao Chang. *J. Hydrol. Eng.*, **18**, 370–372.

Bougamont, M., et al., 2007: The impact of model physics on estimating the surface mass balance of the Greenland ice sheet. *Geophys. Res. Lett.*, **34**, L17501.

Bouttes, N., J. M. Gregory, and J. A. Lowe, 2013: The reversibility of sea-level rise. *J. Clim.*, **26**, 2502–2513.

Box, J. E., 2002: Survey of Greenland instrumental temperature records: 1873–2001. *Int. J. Climatol.*, **22**, 1829–1847.

Box, J. E., 2013: Greenland ice sheet mass balance reconstruction. Part II: Surface mass balance (1840–2010). *J. Clim.*, **26**, 6974-6989.

Box, J. E., and W. Colgan, 2013: Greenland ice sheet mass balance reconstruction. Part III: Marine ice loss and total mass balance (1840–2010). *J. Clim.*, **26**, 6990-7002.

Box, J. E., L. Yang, D. H. Bromwich, and L. S. Bai, 2009: Greenland ice sheet surface air temperature variability: 1840–2007. *J. Clim.*, **22**, 4029–4049.

Box, J. E., X. Fettweis, J. C. Stroeve, M. Tedesco, D. K. Hall, and K. Steffen, 2012: Greenland ice sheet albedo feedback: Thermodynamics and atmospheric drivers. *Cryosphere*, **6**, 821–839.

Box, J. E., et al., 2013: Greenland ice sheet mass balance reconstruction. Part I: Net snow accumulation (1600–2009). *J. Clim.*, **26**, 3919-3934.

Bracegirdle, T. J., W. M. Connolley, and J. Turner, 2008: Antarctic climate change over the twenty first century. *J. Geophys. Res. Atmos.*, **113**, D03103.

Braithwaite, R. J., and O. B. Olesen, 1989: Calculation of glacier ablation from air temperature, West Greenland. In: *Glacier Fluctuations and Climatic Change* [J. Oerlemans (ed.)]. Kluwer Academic, Dordrecht, Netherlands, pp. 219–233.

Brierley, C., M. Collins, and A. Thorpe, 2010: The impact of perturbations to ocean-model parameters on climate and climate change in a coupled model. *Clim. Dyn.*, **34**, 325–343.

Broerse, D. B. T., L. L. A. Vermeersen, R. E. M. Riva, and W. van der Wal, 2011: Ocean contribution to co-seismic crustal deformation and geoid anomalies: Application to the 2004 December 26 Sumatra-Andaman earthquake. *Earth Planet. Sci. Lett.*, **305**, 341–349.

**13**

BLM_0074715

Brohan, P., J. J. Kennedy, I. Harris, S. F. B. Tett, and P. D. Jones, 2006: Uncertainty estimates in regional and global observed temperature changes: A new data set from 1850. *J. Geophys. Res. Atmos.*, **111**, D12106.

Bromwich, D. H., J. P. Nicolas, and A. J. Monaghan, 2011: An assessment of precipitation changes over Antarctica and the Southern Ocean since 1989 in contemporary global reanalyses. *J. Clim.*, **24**, 4189–4209.

Bromwich, D. H., R. L. Fogt, K. I. Hodges, and J. E. Walsh, 2007: A tropospheric assessment of the ERA-40, NCEP, and JRA-25 global reanalyses in the polar regions. *J. Geophys. Res. Atmos.*, **112**, D10111.

Brown, J., A. Souza, and J. Wolf, 2010: Surge modelling in the eastern Irish Sea: Present and future storm impact. *Ocean Dyn.*, **60**, 227–236.

Burgess, E. W., R. R. Forster, J. E. Box, E. Mosley-Thompson, D. H. Bromwich, R. C. Bales, and L. C. Smith, 2010: A spatially calibrated model of annual accumulation rate on the Greenland Ice Sheet (1958–2007). *Journal of Geophys. Res. Earth Surf.*, **115**, F02004.

Caires, S., J. Groeneweg, and A. Sterl, 2008: Past and future changes in North Sea extreme waves. In: *Proceedings of the 31st International Conference on Coastal Engineering*, Vols. 1-5 [J.M. Smith (ed.)], World Scientific Publishing Company, Singapore, pp. 547–559.

Cane, M. A., 1989: A mathmatical note on Kawase study of deep ocean. *J. Phys. Oceanogr.*, **19**, 548–550.

Carton, J. A., B. S. Giese, and S. A. Grodsky, 2005: Sea level rise and the warming of the oceans in the Simple Ocean Data Assimilation (SODA) ocean reanalysis. *J. Geophys. Res. Oceans*, **110**, C09006.

Cayan, D., P. Bromirski, K. Hayhoe, M. Tyree, M. Dettinger, and R. Flick, 2008: Climate change projections of sea level extremes along the California coast. *Clim. Change*, **87**, 57–73.

Cazenave, A., et al., 2009: Sea level budget over 2003–2008: A reevaluation from GRACE space gravimetry, satellite altimetry and Argo. *Global Planet. Change*, **65**, 83–88.

Cazenave, A., et al., 2012: Estimating ENSO influence on the global mean sea level, 1993–2010. *Mar. Geodesy*, **35 (S1)**, 82–97.

Chambers, D. P., 2006: Evaluation of new GRACE time-variable gravity data over the ocean. *Geophys. Res. Lett.*, **33**, L17603.

Chambers, D. P., J. Wahr, and R. S. Nerem, 2004: Preliminary observations of global ocean mass variations with GRACE. *Geophys. Res. Lett.*, **31**, L13310.

Chambers, D. P., M. A. Merrifield, and R. S. Nerem, 2012: Is there a 60-year oscillation in global mean sea level? *Geophys. Res. Lett.*, **39**, L18607.

Chambers, D. P., J. M. Wahr, M. Tamisiea, and R. S. Nerem, 2010: Ocean mass from GRACE and glacial isostatic adjustment. *J. Geophys. Res.*, **115**, B11415.

Chao, B. F., Y. H. Wu, and Y. S. Li, 2008: Impact of artificial reservoir water impoundment on global sea level. *Science*, **320**, 212–214.

Charbit, S., D. Paillard, and G. Ramstein, 2008: Amount of $CO_2$ emissions irreversibly leading to the total melting of Greenland. *Geophys. Res. Lett.*, **35**, L12503.

Charles, E. D., D. Idier, P. Delecluse, M. Deque, and G. Le Cozannet, 2012: Climate change impact on waves in the Bay of Biscay, France. *Ocean Dyn.*, **62**, 831–848.

Christensen, J. H., et al., 2007: Regional climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 849–925.

Christoffersen, P., et al., 2011: Warming of waters in an East Greenland fjord prior to glacier retreat: Mechanisms and connection to large-scale atmospheric conditions. *Cryosphere*, **5**, 701–714.

Church, J. A., and N. J. White, 2006: A 20th century acceleration in global sea-level rise. *Geophys. Res. Lett.*, **33**, L01602.

Church, J. A., and N. J. White, 2011: Sea-level rise from the late 19th to the early 21st century. *Surv. Geophys.*, **32**, 585–602.

Church, J. A., N. J. White, and J. M. Arblaster, 2005: Significant decadal-scale impact of volcanic eruptions on sea level and ocean heat content. *Nature*, **438**, 74–77.

Church, J. A., P. L. Woodworth, T. Aarup, and W. S. Wilson, (eds.) 2010: Understanding Sea-Level Rise and Variability. Wiley-Blackwell, Hoboken, NJ, USA, 428 pp.

Church, J. A., D. Monselesan, J. M. Gregory, and B. Marzeion, 2013: Evaluating the ability of process based models to project sea-level change. *Environ. Res. Lett.*, **8**, 015051.

Church, J. A., J. M. Gregory, N. J. White, S. M. Platten, and J. X. Mitrovica, 2011a: Understanding and projecting sea level change. *Oceanography*, **24**, 130–143.

Church, J. A., et al., 2001: Changes in sea level. *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 639–693.

Church, J. A., et al., 2011b: Revisiting the Earth's sea-level and energy budgets from 1961 to 2008. *Geophys. Res. Lett.*, **38**, L18601.

Chylek, P., J. E. Box, and G. Lesins, 2004: Global warming and the Greenland ice sheet. *Clim. Change*, **63**, 201–221.

Clark, J. A., and C. S. Lingle, 1977: Future sea-level changes due to West Antarctic ice sheet fluctuations. *Nature*, **269**, 206–209.

Clarke, P. J., D. A. Lavallee, G. Blewitt, T. M. van Dam, and J. M. Wahr, 2005: Effect of gravitational consistency and mass conservation on seasonal surface mass loading models. *Geophys. Res. Lett.*, **32**, L08306.

Cogley, G., 2009a: Geodetic and direct mass-balance measurements: Comparison and joint analysis. *Ann. Glaciol.*, **50**, 96–100.

Cogley, G., 2012: The future of the world's glaciers. In: *Future Climates of the World*, 2nd ed. [A. Henderson-Sellers and K. McGuffie (eds.)]. Elsevier, Amsterdam, Netherlands, and Philadelphia, PA, USA, pp. 197–222.

Cogley, J. G., 2009b: A more complete version of the World Glacier Inventory. *Ann. Glaciol.*, **50**, 32–38.

Colberg, F., and K. L. McInnes, 2012: The impact of future changes in weather patterns on extreme sea levels over southern Australia. *J. Geophys. Res. Oceans*, **117**, C08001.

Coles, S. G., and J. A. Tawn, 1990: Statistics of coastal flood prevention. *Philos. Trans. R. Soc. London A*, **332**, 457–476.

Connolley, W. M., and T. J. Bracegirdle, 2007: An Antarctic assessment of IPCC AR4 coupled models. *Geophys. Res. Lett.*, **34**, L22505.

Conrad, C. P., and B. H. Hager, 1997: Spatial variations in the rate of sea level rise caused by the present-day melting of glaciers and ice sheets. *Geophys. Res. Lett.*, **24**, 1503–1506.

Cook, A. J., and D. G. Vaughan, 2010: Overview of areal changes of the ice shelves on the Antarctic Peninsula over the past 50 years. *Cryosphere*, **4**, 77–98.

Cornford, S. L., et al., 2013: Adaptive mesh, finite volume modeling of marine ice sheets. *J. Comput. Phys.*, **232**, 529–549.

Crowley, T., 2000: Causes of climate change over the past 1000 years. *Science*, **289**, 270–277.

Crowley, T. J., S. K. Baum, K.-Y. Kim, G. C. Hegerl, and W. T. Hyde, 2003: Modeling ocean heat content changes during the last millennium. *Geophys. Res. Lett.*, **30**, 1932.

Debernard, J. B., and L. P. Røed, 2008: Future wind, wave and storm surge climate in the Northern Seas: A revisit. *Tellus A*, **60**, 427–438.

Delworth, T. L., and T. R. Knutson, 2000: Simulation of early 20th century global warming. *Science*, **287**, 2246–2250.

Delworth, T. L., V. Ramaswamy, and G. L. Stenchikov, 2005: The impact of aerosols on simulated ocean temperature and heat content in the 20th century. *Geophys. Res. Lett.*, **32**, L24709.

Di Lorenzo, E., et al., 2010: Central Pacific El Niño and decadal climate change in the North Pacific Ocean. *Nature Geosci.*, **3**, 762–765.

Dobrynin, M., J. Murawsky, and S. Yang, 2012: Evolution of the global wind wave climate in CMIP5 experiments. *Geophys. Res. Lett.*, **39**, L18606.

Dolan, A. M., A. M. Haywood, D. J. Hill, H. J. Dowsett, S. J. Hunter, D. J. Lunt, and S. J. Pickering, 2011: Sensitivity of Pliocene ice sheets to orbital forcing. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **309**, 98–110.

Domingues, C. M., J. A. Church, N. J. White, P. J. Gleckler, S. E. Wijffels, P. I. M. Barker, and J. R. Dunn, 2008: Improved estimates of upper-ocean warming and multi-decadal sea-level rise. *Nature*, **453**, 1090–1093.

Donnelly, J. P., P. Cleary, P. Newby, and R. Ettinger, 2004: Coupling instrumental and geological records of sea-level change: Evidence from southern New England and an increase in the rate of sea-level rise in the late 19th century. *Geophys. Res. Lett.*, **31**, L05203.

Douglas, B. C., 2001: Sea level change in the era of the recording tide gauge. In: *Sea Level Rise, History and Consequences*. International Geophysics Series, Volume 75 [B. Douglas, M. S. Kearney and S. P. Leatherman (eds.)]. Academic Press, San Diego, CA, USA, pp. 37–64.

Driesschaert, E., et al., 2007: Modeling the influence of Greenland ice sheet melting on the Atlantic meridional overturning circulation during the next millennia. *Geophys. Res. Lett.*, **34**, L10707.

13

BLM_0074716

Dufresne, J. L., and S. Bony, 2008: An assessment of the primary sources of spread of global warming estimates from coupled atmosphere-ocean models. *J. Clim.*, **21**, 5135–5144.

Dupont, T. K., and R. B. Alley, 2005: Assessment of the importance of ice-shelf buttressing to ice-sheet flow. *Geophys. Res. Lett.*, **32**, L04503.

Durack, P. J., and S. E. Wijffels, 2010: Fifty-year trends in global ocean salinities and their relationship to broad-scale warming. *J. Clim.*, **23**, 4342–4362.

Durand, G., O. Gagliardini, T. Zwinger, E. Le Meur, and R. C. A. Hindmarsh, 2009: Full Stokes modeling of marine ice sheets: Influence of the grid size. *Ann. Glaciol.*, **50**, 109–114.

Dutton, A., and K. Lambeck, 2012: Ice volume and sea level during the last interglacial. *Science*, **337**, 216–219.

Dyurgerov, M., and M. F. Meier, 2005: Glaciers and the changing Earth system: A 2004 snapshot. Occasional Paper. Institute of Arctic and Alpine Research, University of Colorado, Boulder,CO, USA.

Easterling, D. R., and M. F. Wehner, 2009: Is the climate warming or cooling? *Geophys. Res. Lett.*, **36**, L08706.

Ettema, J., M. R. van den Broeke, E. van Meijgaard, W. J. van de Berg, J. L. Bamber, J. E. Box, and R. C. Bales, 2009: Higher surface mass balance of the Greenland ice sheet revealed by high-resolution climate modeling. *Geophys. Res. Lett.*, **36**, L12501.

Fan, Y., I. M. Held, S. J. Lin, and X. and Wang, 2013: Ocean warming effect on surface gravity wave climate change for the end of the 21st century. *J. Clim.*, **26**, 6046-6066.

Farneti, R., and P. R. Gent, 2011: The effects of the eddy-induced advection coefficient in a coarse-resolution coupled climate model. *Ocean Model.*, **39**, 135–145.

Farneti, R., T. L. Delworth, A. J. Rosati, S. M. Griffies, and F. Zeng, 2010: The role of mesoscale eddies in the rectification of the Southern Ocean response to climate change. *J. Phys. Oceanogr.*, **40**, 1539–1557.

Farrell, W. E., and J. A. Clark, 1976: On postglacial sea level. *Geophys. J. R. Astron. Soc.*, **46**, 647–667.

Fausto, R. S., A. P. Ahlstrom, D. van As, S. J. Johnsen, P. L. Langen, and K. Steffen, 2009: Improving surface boundary conditions with focus on coupling snow densification and meltwater retention in large-scale ice-sheet models of Greenland. *J. Glaciol.*, **55**, 869–878.

Favier, L., O. Gagliardini, G. Durand, and T. Zwinger, 2012: A three-dimensional full Stokes model of the grounding line dynamics: Effect of a pinning point beneath the ice shelf. *Cryosphere*, **6**, 101–112.

Fettweis, X., E. Hanna, H. Gallee, P. Huybrechts, and M. Erpicum, 2008: Estimation of the Greenland ice sheet surface mass balance for the 20th and 21st centuries. *Cryosphere*, **2**, 117–129.

Fettweis, X., A. Belleflame, M. Erpicum, B. Franco, and S. Nicolay, 2011: Estimation of the sea level rise by 2100 resulting from changes in the surface mass balance of the Greenland ice sheet. *Clim. Change Geophys. Found. Ecol. Effects* [J. Blanco and H. Kheradmand (eds.)]. Croatia: Intech, pp. 503–520.

Fettweis, X., B. Franco, M. Tedesco, J. H. van Angelen, J. T. M. Lenaerts, M. R. van den Broeke, and H. Gallee, 2013: Estimating Greenland ice sheet surface mass balance contribution to future sea level rise using the regional atmospheric model MAR. *Cryosphere*, **7**, 469–489.

Fiedler, J. W., and C. P. Conrad, 2010: Spatial variability of sea level rise due to water impoundment behind dams. *Geophys. Res. Lett.*, **37**, L12603.

Fluckiger, J., R. Knutti, and J. W. C. White, 2006: Oceanic processes as potential trigger and amplifying mechanisms for Heinrich events. *Paleoceanography*, **21**, PA2014.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century changes. *Tellus A*, **60**, 911–920.

Forster, P. M., T. Andrews, I. Goodwin, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res.*, **118**, 1139–1150.

Foster, G. L., and E. J. Rohling, 2013: Relationship between sea level and climate forcing by CO₂ on geological timescales. *Proc. Natl. Acad. Sci. U.S.A.*, **110**, 1209–1214.

Francis, O. P., G. G. Panteleev, and D. E. Atkinson, 2011: Ocean wave conditions in the Chukchi Sea from satellite and in situ observations. *Geophys. Res. Lett.*, **38**, L24610.

Franco, B., X. Fettweis, and M. Erpicum, 2013: Future projections of the Greenland ice sheet energy balance driving the surface melt. *Cryosphere*, **7**, 1–18.

Franco, B., X. Fettweis, M. Erpicum, and S. Nicolay, 2011: Present and future climates of the Greenland ice sheet according to the IPCC AR4 models. *Clim. Dyn.*, **36**, 1897–1918.

Fretwell, P., et al., 2013: Bedmap2: Improved ice bed, surface and thickness datasets for Antarctica. *Cryosphere*, **7**, 375–393.

Fyke, J. G., L. Carter, A. Mackintosh, A. J. Weaver, and K. J. Meissner, 2010: Surface melting over ice shelves and ice sheets as assessed from modeled surface air temperatures. *J. Clim.*, **23**, 1929–1936.

Gardner, A. S., et al., 2013: A reconciled estimate of glacier contributions to sea level rise: 2003 to 2009. *Science*, **340**, 852-857.

Gehrels, R., and P. L. Woodworth, 2013: When did modern rates of sea-level rise start? *Global Planet. Change*, **100**, 263–277.

Gehrels, W. R., B. Hayward, R. M. Newnham, and K. E. Southall, 2008: A 20th century acceleration of sea-level rise in New Zealand. *Geophys. Res. Lett.*, **35**, L02717.

Gehrels, W. R., D. A. Dawson, J. Shaw, and W. A. Marshall, 2011: Using Holocene relative sea-level data to inform future sea-level predictions: An example from southwest England. *Global Planet. Change*, **78**, 116–126.

Gehrels, W. R., et al., 2005: Onset of recent rapid sea-level rise in the western Atlantic Ocean. *Quat. Sci. Rev.*, **24**, 2083–2100.

Gehrels, W. R., et al., 2006: Rapid sea-level rise in the North Atlantic Ocean since the first half of the nineteenth century. *Holocene*, **16**, 949–965.

Gehrels, W. R., et al., 2012: Nineteenth and twentieth century sea-level changes in Tasmania and New Zealand. *Earth Planet. Sci. Lett.*, **315**, 94–102.

Gent, P. R., and G. Danabasoglu, 2011: Response to increasing southern hemisphere winds in CCSM4. *J. Clim.*, **24**, 4992–4998.

Genthon, C., G. Krinner, and H. Castebrunet, 2009: Antarctic precipitation and climate-change predictions: Horizontal resolution and margin vs plateau issues. *Ann. Glaciol.*, **50**, 55–60.

Geoffroy, O., D. Saint-Martin, and A. Ribes, 2012: Quantifying the source of spread in climate change experiments. *Geophys. Res. Lett.*, **39**, L24703.

Geoffroy, O., D. Saint-Martin, D. J. L. Olivie, A. Voldoire, G. Belon, and S. Tyteca, 2013: Transient climate response in a two-box energy-balance model. Part I: Analytical solution and parameter calibration using CMIP5. *J. Clim.*, **26**, 1841-1857.

Giesen, R. H., and J. Oerlemans, 2013: Climate-model induced differences in the 21st century global and regional glacier contributions to sea-level rise. *Clim. Dyn.*, **41**, 3283–3300.

Gillet-Chaulet, F., et al., 2012: Greenland ice sheet contribution to sea-level rise from a new-generation ice-sheet model. *Cryosphere*, **6**, 1561–1576.

Gillett, N. P., V. K. Arora, K. Zickfeld, S. J. Marshall, and A. J. Merryfield, 2011: Ongoing climate change following a complete cessation of carbon dioxide emissions. *Nature Geosci.*, **4**, 83–87.

Gladstone, R. M., et al., 2012: Calibrated prediction of Pine Island Glacier retreat during the 21st and 22nd centuries with a coupled flowline model. *Earth Planet. Sci. Lett.*, **333**, 191–199.

Gleckler, P. J., K. AchutaRao, J. M. Gregory, B. D. Santer, K. E. Taylor, and T. M. L. Wigley, 2006a: Krakatoa lives: The effect of volcanic eruptions on ocean heat content and thermal expansion. *Geophys. Res. Lett.*, **33**, L17702.

Gleckler, P. J., T. M. L. Wigley, B. D. Santer, J. M. Gregory, K. AchutaRao, and K. E. Taylor, 2006b: Volcanoes and climate: Krakatoa's signature persists in the ocean. *Nature*, **439**, 675.

Gleckler, P. J., et al., 2012: Human-induced global ocean warming on multidecadal timescales. *Nature Clim. Change*, **2**, 524–529.

Goelzer, H., P. Huybrechts, M. F. Loutre, H. Goosse, T. Fichefet, and A. Mouchet, 2011: Impact of Greenland and Antarctic ice sheet interactions on climate sensitivity. *Clim. Dyn.*, **37**, 1005–1018.

Goelzer, H., P. Huybrechts, S. C. B. Raper, M. F. Loutre, H. Goosse, and T. Fichefet, 2012: Millennial total sea-level commitments projected with the Earth system model of intermediate complexity LOVECLIM. *Environ. Res. Lett.*, **7**, 045401.

Goelzer, H., et al., 2013: Sensitivity of Greenland ice sheet projections to model formulations. *J. Glaciol.*, **59**, 733-749.

Goldberg, D., D. M. Holland, and C. Schoof, 2009: Grounding line movement and ice shelf buttressing in marine ice sheets. *J. Geophys. Res. Earth Surf.*, **114**, F04026.

Goldberg, D. N., C. M. Little, O. V. Sergienko, A. Gnanadesikan, R. Hallberg, and M. Oppenheimer, 2012: Investigation of land ice-ocean interaction with a fully coupled ice-ocean model: 2. Sensitivity to external forcings. *J. Geophys. Res. Earth Surf.*, **117**, F02038.

Gomez, N., J. X. Mitrovica, P. Huybers, and P. U. Clark, 2010a: Sea level as a stabilizing factor for marine-ice-sheet grounding lines. *Nature Geosci.*, **3**, 850–853.

BLM_0074717

Gomez, N., J. X. Mitrovica, M. E. Tamisiea, and P. U. Clark, 2010b: A new projection of sea level change in response to collapse of marine sectors of the Antarctic Ice Sheet. *Geophys. J. Int.*, **180**, 623–634.

Good, P., J. M. Gregory, and J. A. Lowe, 2011: A step-response simple climate model to reconstruct and interpret AOGCM projections. *Geophys. Res. Lett.*, **38**, L01703.

Good, P., J. M. Gregory, J. A. Lowe, and T. Andrews, 2013: Abrupt CO2 experiments as tools for predicting and understanding CMIP5 representative concentration pathway projections. *Clim. Dyn.*, **40**, 1041–1053.

Goosse, H., H. Renssen, A. Timmermann, and R. S. Bradley, 2005: Internal and forced climate variability during the last millennium: A model-data comparison using ensemble simulations. *Quat. Sci. Rev.*, **24**, 1345–1360.

Gornitz, V., 2001: Impoundment, groundwater mining, and other hydrologic transformations: Impacts on global sea level rise. *Sea Level Rise, History and Consequences*. International Geophysics Series, Volume 75 [B. Douglas, M. S. Kearney and S. P. Leatherman (eds.)]. Academic Press, San Diego, CA, USA, pp. 97–119.

Gouretski, V., and K. P. Koltermann, 2007: How much is the ocean really warming? *Geophys. Res. Lett.*, **34**, L01610.

Gower, J. F. R., 2010: Comment on "Response of the global ocean to Greenland and Antarctic ice melting" by D. Stammer. *J. Geophys. Res. Oceans*, **115**, C10009.

Grabemann, I., and R. Weisse, 2008: Climate change impact on extreme wave conditions in the North Sea: an ensemble study. *Ocean Dyn.*, **58**, 199–212.

Graham, N. E., D. R. Cayan, P. Bromirski, and R. Flick, 2013: Multi-model projections of 21st century North Pacific winter wave climate under the IPCC A2 scenario. *Clim. Dyn.*, **40**, 1335–1360.

Graversen, R. G., S. Drijfhout, W. Hazeleger, R. van de Wal, R. Bintanja, and M. Helsen, 2011: Greenland's contribution to global sea level rise by the end of the 21st century. *Clim. Dyn.*, **37**, 1427–1442.

Greatbatch, R. J., 1994: A note on the representation of steric sea-levels in models that conserve volume rather than mass. *J. Geophys. Res. Oceans*, **99**, 12767–12771.

Gregory, J. M., 2000: Vertical heat transports in the ocean and their effect on time-dependent climate change. *Clim. Dyn.*, **16**, 501–515.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Gregory, J. M., and J. A. Lowe, 2000: Predictions of global and regional sea-level rise using AOGCMs with and without flux adjustment. *Geophys. Res. Lett.*, **27**, 3069–3072.

Gregory, J. M., and P. Huybrechts, 2006: Ice-sheet contributions to future sea-level change. *Philos. R. Soc. London A*, **364**, 1709–1731.

Gregory, J. M., and P. M. Forster, 2008: Transient climate response estimated from radiative forcing and observed temperature change. *J. Geophys. Res. Atmos.*, **113**, D23105.

Gregory, J. M., J. A. Lowe, and S. F. B. Tett, 2006: Simulated global-mean sea-level changes over the last half-millennium. *J. Clim.*, **19**, 4576–4591.

Gregory, J. M., et al., 2013a: Climate without pre-industrial volcanic forcing underestimate historical ocean thermal expansion. *Geophys. Res. Lett.*, **40**, 1–5.

Gregory, J. M., et al., 2013b: Twentieth-century global-mean sea level rise: Is the whole greater than the sum of the parts? *J. Clim.*, **26**, 4476-4499.

Greve, R., 2000: On the response of the Greenland ice sheet to greenhouse climate change. *Clim. Change*, **46**, 289–303.

Griffies, S. M., and R. J. Greatbatch, 2012: Physical processes that impact the evolution of global mean sea level in ocean climate models. *Ocean Model.*, **51**, 37–72.

Grinsted, A., J. C. Moore, and S. Jevrejeva, 2010: Reconstructing sea level from paleo and projected temperatures 200 to 2100 AD. *Clim. Dyn.*, **34**, 461–472.

Gudmundsson, G. H., J. Krug, G. Durand, F. L., and O. Gagliardini, 2012: The stability of grounding lines on retrograde slopes. *Cryosphere Discuss.*, **6**, 2597–2619.

Hallberg, R., and A. Gnanadesikan, 2006: The role of eddies in determining the structure and response of the wind-driven southern hemisphere overturning: Results from the Modeling Eddies in the Southern Ocean (MESO) project. *J. Phys. Oceanogr.*, **36**, 2232–2252.

Hallberg, R., A. Adcroft, J. Dunne, J. Krasting, and R. J. Stouffer, 2013: Sensitivity of 21st century global-mean steric sea level rise to ocean model formulation. *J. Clim.*, **26**, 2947-2956.

Han, W. Q., et al., 2010: Patterns of Indian Ocean sea-level change in a warming climate. *Nature Geosci.*, **3**, 546–550.

Hanna, E., S. H. Mernild, J. Cappelen, and K. Steffen, 2012: Recent warming in Greenland in a long-term instrumental (1881–2012) climatic context: I. Evaluation of surface air temperature records. *Environ. Res. Lett.*, **7**, 045404.

Hanna, E., P. Huybrechts, I. Janssens, J. Cappelen, K. Steffen, and A. Stephens, 2005: Runoff and mass balance of the Greenland ice sheet: 1958–2003. *J. Geophys. Res. Atmos.*, **110**, D13108.

Hanna, E., et al., 2008: Increased runoff from melt from the Greenland Ice Sheet: A response to global warming. *J. Clim.*, **21**, 331–341.

Hanna, E., et al., 2011: Greenland Ice Sheet surface mass balance 1870 to 2100 based on twentieth century reanalysis, and links with global climate forcing. *J. Geophys. Res.*, **116**, D24121.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

Hansen, J., G. Russell, A. Lacis, I. Fung, D. Rind, and P. Stone, 1985: Climate response times—dependence on climate sensitivity and ocean mixing. *Science*, **229**, 857–859.

Hansen, J., M. Sato, P. Kharecha, G. Russell, D. Lea, and M. Siddall, 2007: Climate change and trace gases. *Philos. Trans. R. Soc. London A*, **365**, 1925–1954.

Hansen, J., et al., 2005: Earth's energy imbalance: Confirmation and implications. *Science*, **308**, 1431–1435.

Harper, B., T. Hardy, L. Mason, and R. Fryar, 2009: Developments in storm tide modelling and risk assessment in the Australian region. *Nat. Hazards*, **51**, 225–238.

Harper, J., N. Humphrey, W. T. Pfeffer, J. Brown, and X. Fettweis, 2012: Greenland ice-sheet contribution to sea-level rise buffered by meltwater storage in firn. *Nature*, **491**, 240-243.

Hay, C. C., E. Morrow, R. E. Kopp, and J. X. Mitrovica, 2013: Estimating the sources of global sea level rise with data assimilation techniques. *Proc. Natl. Acad. Sci. U.S.A.*, **110**, 3692–3699.

Hegerl, G. C., et al., 2007: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 663–745.

Held, I. M., and B. J. Soden, 2006: Robust responses of the hydrological cycle to global warming. *J. Clim.*, **19**, 5686–5699.

Held, I. M., M. Winton, K. Takahashi, T. Delworth, F. R. Zeng, and G. K. Vallis, 2010: Probing the fast and slow components of global warming by returning abruptly to preindustrial forcing. *J. Clim.*, **23**, 2418–2427.

Hellmer, H. H., F. Kauker, R. Timmermann, J. Determann, and J. Rae, 2012: Twenty-first-century warming of a large Antarctic ice-shelf cavity by a redirected coastal current. *Nature*, **485**, 225–228.

Hemer, M. A., J. A. Church, and J. R. Hunter, 2010: Variability and trends in the directional wave climate of the Southern Hemisphere. *Int. J. Climatol.*, **30**, 475–491.

Hemer, M. A., J. Katzfey, and C. Trenham, 2012a: Global dynamical projections of surface ocean wave climate for a future high greenhouse gas emission scenario. *Ocean Model.*, **70**, 221-245.

Hemer, M.A., K. I. McInnes, and R. Ranasinghe, 2012b: Projections of climate change-driven variations in the offshore wave climate of southeastern Australia. *Int. J. Climatol.*, **33**, 1615-1632.

Hemer, M. A., Y. Fan, N. Mori, A. Semedo, and X. L. Wang, 2013: Projected future changes in wind-wave climate in a multi-model ensemble. *Nature Clim. Change*, **3**, 471–476.

Hill, D. J., A. M. Dolan, A. M. Haywood, S. J. Hunter, and D. K. Stoll, 2010: Sensitivity of the Greenland ice sheet to Pliocene sea surface temperatures. *Stratigraphy*, **7**, 111–121.

Hindmarsh, R. C. A., 1993: Qualitative dynamics of marine ice sheets. *Ice Clim. Syst.*, **I**, 12, 68–99.

Holgate, S., S. Jevrejeva, P. Woodworth, and S. Brewer, 2007: Comment on "A semi-empirical approach to projecting future sea-level rise". *Science*, **317**, 2.

Holgate, S. J., 2007: On the decadal rates of sea level change during the twentieth century. *Geophys. Res. Lett.*, **34**, L01602.

Holland, D. M., R. H. Thomas, B. De Young, M. H. Ribergaard, and B. Lyberth, 2008: Acceleration of Jakobshavn Isbrae triggered by warm subsurface ocean waters. *Nature Geosci.*, **1**, 659–664.

13

BLM_0074718

Horton, R., C. Herweijer, C. Rosenzweig, J. P. Liu, V. Gornitz, and A. C. Ruane, 2008: Sea level rise projections for current generation CGCMs based on the semi-empirical method. *Geophys. Res. Lett.*, **35**, L02715.

Hu, A., G. A. Meehl, W. Han, and J. Yin, 2011: Effect of the potential melting of the Greenland Ice Sheet on the Meridional Overturning Circulation and global climate in the future. *Deep-Sea Res. Pt. II*, **58**, 1914–1926.

Hu, A. X., et al., 2010: Influence of Bering Strait flow and North Atlantic circulation on glacial sea-level changes. *Nature Geosci.*, **3**, 118–121.

Huber, M., and R. Knutti, 2012: Anthropogenic and natural warming inferred from changes in earth's energy balance. *Nature Geosci.*, **5**, 31–36.

Hunter, J., 2010: Estimating sea-level extremes under conditions of uncertain sea-level rise. *Clim. Change*, **99**, 331–350.

Hunter, J., 2012: A simple technique for estimating an allowance for uncertain sea-level rise. *Clim. Change*, **113**, 239–252.

Hunter, J. R., and M. J. I. Brown, 2013: Discussion of Boretti, A., 'Is there any support in the long term tide gauge data to the claims that parts of Sydney will be swamped by rising sea levels?'. *Coastal Eng.*, **75**, 1–3.

Huntington, T. G., 2008: Can we dismiss the effect of changes in land-based water storage on sea-level rise? *Hydrol. Proc.*, **22**, 717–723.

Huss, M., R. Hock, A. Bauder, and M. Funk, 2012: Conventional versus reference-surface mass balance. *J. Glaciol.*, **58**, 278–286.

Huybrechts, P., and J. De Wolde, 1999: The dynamic response of the Greenland and Antarctic ice sheets to multiple-century climatic warming. *J. Clim.*, **12**, 2169–2188.

Huybrechts, P., H. Goelzer, I. Janssens, E. Driesschaert, T. Fichefet, H. Goosse, and M. F. Loutre, 2011: Response of the Greenland and Antarctic ice sheets to multi-millennial greenhouse warming in the earth system model of intermediate complexity LOVECLIM. *Surv. Geophys.*, **32**, 397–416.

Ishii, M., and M. Kimoto, 2009: Reevaluation of historical ocean heat content variations with time-varying XBT and MBT depth bias corrections. *J. Oceanogr.*, **65**, 287–299.

Izaguirre, C., F. J. Méndez, M. Menéndez, and I. J. Losada, 2011: Global extreme wave height variability based on satellite data. *Geophys. Res. Lett.*, **38**, L10607.

Izaguirre, C., F. J. Méndez, M. Menéndez, A. Luceño, and I. J. Losada, 2010: Extreme wave climate variability in southern Europe using satellite data. *J. Geophys. Res. Oceans*, **115**, C04009.

Jacobs, S. S., A. Jenkins, C. F. Giulivi, and P. Dutrieux, 2011: Stronger ocean circulation and increased melting under Pine Island Glacier ice shelf. *Nature Geosci.*, **4**, 519–523.

Jay, D. A., 2009: Evolution of tidal amplitudes in the eastern Pacific Ocean. *Geophys. Res. Lett.*, **36**, L04603.

Jenkins, A., and D. Holland, 2007: Melting of floating ice and sea level rise. *Geophys. Res. Lett.*, **34**, L16609.

Jenkins, A., P. Dutrieux, S. S. Jacobs, S. D. McPhail, J. R. Perrett, A. T. Webb, and D. White, 2010: Observations beneath Pine Island Glacier in West Antarctica and implications for its retreat. *Nature Geosci.*, **3**, 468–472.

Jevrejeva, S., A. Grinsted, and J. C. Moore, 2009: Anthropogenic forcing dominates sea level rise since 1850. *Geophys. Res. Lett.*, **36**, L20706.

Jevrejeva, S., J. C. Moore, and A. Grinsted, 2010: How will sea level respond to changes in natural and anthropogenic forcings by 2100? *Geophys. Res. Lett.*, **37**, L07703.

Jevrejeva, S., J. C. Moore, and A. Grinsted, 2012a: Sea level projections to AD 2500 with a new generation of climate change scenarios. *Global Planet. Change*, **80–81**, 14–20.

Jevrejeva, S., J. C. Moore, and A. Grinsted, 2012b: Potential for bias in 21st century semiempirical sea level projections. *J. Geophys. Res.*, **117**, D20116.

Jevrejeva, S., A. Grinsted, J. C. Moore, and S. Holgate, 2006: Nonlinear trends and multiyear cycles in sea level records. *J. Geophys. Res. Oceans*, **111**, C09012.

Jevrejeva, S., J. C. Moore, A. Grinsted, and P. L. Woodworth, 2008: Recent global sea level acceleration started over 200 years ago? *Geophys. Res. Lett.*, **35**, L08715.

Johansson, M. M., H. Pellikka, K. K. Kahma, and K. Ruosteenoja, 2013: Global sea level rise scenarios adapted to the Finnish coast. *J. Mar. Syst.*, **129**, 35–46.

Johnson, G. C., and N. Gruber, 2007: Decadal water mass variations along 20 W in the Northeastern Atlantic Ocean. *Prog. Oceanogr.*, **73**, 277–295.

Johnson, G. C., S. Mecking, B. M. Sloyan, and S. E. Wijffels, 2007: Recent bottom water warming in the Pacific Ocean. *J. Clim.*, **20**, 5365–5375.

Joughin, I., and R. B. Alley, 2011: Stability of the West Antarctic ice sheet in a warming world. *Nature Geosci.*, **4**, 506–513.

Joughin, I., B. E. Smith, and D. M. Holland, 2010: Sensitivity of 21st century sea level to ocean-induced thinning of Pine Island Glacier, Antarctica. *Geophys. Res. Lett.*, **37**, L20502.

Kang, S. K., J. Y. Cherniawsky, M. G. G. Foreman, H. S. Min, C. H. Kim, and H. W. Kang, 2005: Patterns of recent sea level rise in the East/Japan Sea from satellite altimetry and in situ data. *J. Geophys. Res. Oceans*, **110**, C07002.

Kaser, G., J. G. Cogley, M. B. Dyurgerov, M. F. Meier, and A. Ohmura, 2006: Mass balance of glaciers and ice caps: Consensus estimates for 1961–2004. *Geophys. Res. Lett.*, **33**, L19501.

Kato, S., 2009: Interannual variability of the global radiation budget. *J. Clim.*, **22**, 4893–4907.

Katsman, C., W. Hazeleger, S. Drijfhout, G. Oldenborgh, and G. Burgers, 2008: Climate scenarios of sea level rise for the northeast Atlantic Ocean: A study including the effects of ocean dynamics and gravity changes induced by ice melt. *Clim. Change*, **91**, 351–374.

Katsman, C. A., and G. J. van Oldenborgh, 2011: Tracing the upper ocean's missing heat. *Geophys. Res. Lett.*, **38**, L14610.

Katsman, C. A., et al., 2011: Exploring high-end scenarios for local sea level rise to develop flood protection strategies for a low-lying delta - the Netherlands as an example. *Clim. Dyn.*, **109**, 617–645.

Kawase, M., 1987: Establishment of deep ocean circulation driven by deep-water. *J. Phys. Oceanogr.*, **17**, 2294–2317.

Kemp, A. C., B. P. Horton, J. P. Donnelly, M. E. Mann, M. Vermeer, and S. Rahmstorf, 2011: Climate related sea-level variations over the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 11017–11022.

Knutti, R., and L. Tomassini, 2008: Constraints on the transient climate response from observed global temperature and ocean heat uptake. *Geophys. Res. Lett.*, **35**, L09701.

Knutti, R., S. Krahenmann, D. J. Frame, and M. R. Allen, 2008: Comment on "Heat capacity, time constant, and sensitivity of Earth's climate system" by S. E. Schwartz. *J. Geophys. Res. Atmos.*, **113**, D15103.

Kohl, A., and D. Stammer, 2008: Decadal sea level changes in the 50-year GECCO ocean synthesis. *J. Clim.*, **21**, 1876–1890.

Konikow, L. F., 2011: Contribution of global groundwater depletion since 1900 to sea-level rise. *Geophys. Res. Lett.*, **38**, L17401.

Konikow, L. F., 2013: Comment on "Model estimates of sea-level change due to anthropogenic impacts on terrestrial water storage" by Pokhrel et al. *Nature Geosci.*, **6**, 2.

Kopp, R. E., F. J. Simons, J. X. Mitrovica, A. C. Maloof, and M. Oppenheimer, 2009: Probabilistic assessment of sea level during the last interglacial stage. *Nature*, **462**, 863–868.

Kopp, R. E., F. J. Simons, J. X. Mitrovica, A. C. Maloof, and M. Oppenheimer 2013: A probabilistic assessment of sea level variations within the last interglacial stage. *Geophys. J. Int.*, **193**, 711–716.

Kopp, R. E., J. X. Mitrovica, S. M. Griffies, J. J. Yin, C. C. Hay, and R. J. Stouffer, 2010: The impact of Greenland melt on local sea levels: A partially coupled analysis of dynamic and static equilibrium effects in idealized water-hosing experiments. *Clim. Change*, **103**, 619–625.

Körper, J., et al., 2013: The effect of aggressive mitigation on sea level rise and sea ice changes. *Clim. Dyn.*, **40**, 531–550.

Kouketsu, S., et al., 2011: Deep ocean heat content changes estimated from observation and reanalysis product and their influence on sea level change. *J. Geophys. Res. Oceans*, **116**, C03012.

Krinner, G., O. Magand, I. Simmonds, C. Genthon, and J. L. Dufresne, 2007: Simulated Antarctic precipitation and surface mass balance at the end of the twentieth and twenty-first centuries. *Clim. Dyn.*, **28**, 215–230.

Krinner, G., B. Guicherd, K. Ox, C. Genthon, and O. Magand, 2008: Influence of oceanic boundary conditions in simulations of Antarctic climate and surface mass balance change during the coming century. *J. Clim.*, **21**, 938–962.

Kuhlbrodt, T., and J. M. Gregory, 2012: Ocean heat uptake and its consequences for the magnitude of sea level rise and climate change. *Geophys. Res. Lett.*, **39**, L18608.

Lambeck, K., and S. M. Nakiboglu, 1984: Recent global changes in sea level. *Geophys. Res. Lett.*, **11**, 959–961.

Lambeck, K., C. Smither, and M. Ekman, 1998: Tests of glacial rebound models for Fennoscandinavia based on instrumented sea- and lake-level records. *Geophys. J. Int.*, **135**, 375–387.

BLM_0074719

Lambeck, K., A. Purcell, and A. Dutton, 2012: The anatomy of interglacial sea levels: The relationship between sea levels and ice volumes during the Last Interglacial. *Earth Planet. Sci. Lett.,* **315**, 4–11.

Lambeck, K., M. Anzidei, F. Antonioli, A. Benini, and A. Esposito, 2004: Sea level in Roman time in the Central Mediterranean and implications for recent change. *Earth Planet. Sci. Lett.,* **224**, 563–575.

Landerer, F.W., J. H. Jungclaus, and J. Marotzke, 2007: Regional dynamic and steric sea level change in response to the IPCC-A1B scenario. *J. Phys. Oceanogr.,* **37**, 296–312.

Langen, P. L., A. M. Solgaard, and C. S. Hvidberg, 2012: Self-inhibiting growth of the Greenland Ice Sheet. *Geophys. Res. Lett.,* **39**, L12502.

Leclercq, P. W., J. Oerlemans, and J. G. Cogley, 2011: Estimating the glacier contribution to sea-level rise for the period 1800–2005. *Surv. Geophys.,* **32**, 519–535.

Leclercq, P. W., A. Weidick, F. Paul, T. Bolch, M. Citterio, and J. Oerlemans, 2012: Brief communication "Historical glacier length changes in West Greenland". *Cryosphere,* **6**, 1339–1343.

Legg, S., et al., 2009: Improving oceanic overflow representation in climate models. *Bull. Am. Meteorol. Soc.,* **90**, 657–670.

Lemieux-Dudon, B., et al., 2010: Consistent dating for Antarctic and Greenland ice cores. *Quat. Sci. Rev.,* **29**, 8–20.

Lempérière, F., 2006: The role of dams in the XXI century: Achieving a sustainable development target. *Int. J. Hydropower Dams,* **13**, 99–108.

Lenaerts, J. T. M., M. R. van den Broeke, W. J. van de Berg, E. van Meijgaard, and P. Kulpers Munneke, 2012: A new high-resolution surface mass balance map of Antarctica (1989–2009) based on regional atmospheric climate modeling. *Geophys. Res. Lett.,* **39**, L04501.

Lenton, T. M., H. Held, E. Kriegler, J. W. Hall, W. Lucht, S. Rahmstorf, and H. J. Schellnhuber, 2008: Tipping elements in the Earth's climate system. *Proc. Natl. Acad. Sci. U.S.A.,* **105**, 1786–1793.

Lettenmaier, D. P., and P. C. D. Milly, 2009: Land waters and sea level. *Nature Geosci.,* **2**, 452–454.

Leuliette, E.W., and L. Miller, 2009: Closing the sea level rise budget with altimetry, Argo, and GRACE. *Geophys. Res. Lett.,* **36**, L04608.

Leuliette, E.W., and K.Willis, 2011: Balancing the sea level budget. *Oceanography,* **24**, 122–129.

Levermann, A., A. Griesel, M. Hofmann, M. Montoya, and S. Rahmstorf, 2005: Dynamic sea level changes following changes in the thermohaline circulation. *Clim. Dyn.,* **24**, 347–354.

Levermann, A., et al., 2012: Potential climatic transitions with profound impact on Europe Review of the current state of six 'tipping elements of the climate system'. *Clim. Change,* **110**, 845–878.

Levitus, S., J. Antonov, and T. Boyer, 2005: Warming of the world ocean, 1955–2003. *Geophys. Res. Lett.,* **32**, L02604.

Levitus, S., J. I. Antonov, J. L. Wang, T. L. Delworth, K. W. Dixon, and A. J. Broccoli, 2001: Anthropogenic warming of Earth's climate system. *Science,* **292**, 267–270.

Levitus, S., J. I. Antonov, T. P. Boyer, R. A. Locarnini, H. E. Garcia, and A. V. Mishonov, 2009: Global ocean heat content 1955–2008 in light of recently revealed instrumentation problems. *Geophys. Res. Lett.,* **36**, L07608.

Li, C., J. S. von Storch, and J. Marotzke, 2013: Deep-ocean heat uptake and equilibrium climate response. *Clim. Dyn.,* **40**, 1071–1086.

Ligtenberg, S. R. M., W. J. van de Berg, M. R. van den Broeke, J. G. L. Rae, and E. van Meijgaard, 2013: Future surface mass balance of the Antarctic ice sheet and its influence on sea level change, simulated by a regional atmospheric climate model. *Clim. Dyn.,* **41**, 867–884.

Lionello, P., M. B. Galati, and E. Elvini, 2010: Extreme storm surge and wind wave climate scenario simulations at the Venetian littoral. *Phys. Chem. Earth Pts. A/B/C,* **40–41**, 86–92.

Lionello, P., S. Cogo, M. B. Galati, and A. Sanna, 2008: The Mediterranean surface wave climate inferred from future scenario simulations. *Global Planet. Change,* **63**, 152–162.

Little, C. M., M. Oppenheimer, and N. M. Urban, 2013a: Upper bounds on twenty-first-century Antarctic ice loss assessed using a probabilistic framework. *Nature Clim. Change,* **7**, 654-659.

Little, C. M., N. M. Urban, and M. Oppenheimer, 2013b: Probabilistic framework for assessing the ice sheet contribution to sea level change. *Proc. Natl. Acad. Sci. U.S.A.,* **110**, 3264–3269.

Llovel, W., S. Guinehut, and A. Cazenave, 2010: Regional and interannual variability in sea level over 2002–2009 based on satellite altimetry, Argo float data and GRACE ocean mass. *Ocean Dyn.,* **60**, 1193–1204.

Llovel, W., et al., 2011: Terrestrial waters and sea level variations on interannual time scale. *Global Planet. Change,* **75**, 76–82.

Loeb, N. G., et al., 2009: Toward optimal closure of the earth's top-of-atmosphere radiation budget. *J. Clim.,* **22**, 748–766.

Loeb, N. G., et al., 2012: Observed changes in top-of-the-atmosphere radiation and upper-ocean heating consistent within uncertainty. *Nature Geosci.,* **5**, 110–113.

Lombard, A., G. Garric, and T. Penduff, 2009: Regional patterns of observed sea level change: Insights from a 1/4A degrees global ocean/sea-ice hindcast. *Ocean Dyn.,* **59**, 433–449.

Lombard, A., A. Cazenave, P. Y. Le Traon, and M. Ishii, 2005a: Contribution of thermal expansion to present-day sea-level change revisited. *Global Planet. Change,* **47**, 1–16.

Lombard, A., A. Cazenave, K. DoMinh, C. Cabanes, and R. S. Nerem, 2005b: Thermosteric sea level for the past 50 years: Comparison with tide gauges and inference on water mass contribution. *Global Planet. Change,* **48**, 303–312.

Lorbacher, K., J. Dengg, C. W. Boning, and A. Biastoch, 2010: Regional patterns of sea level change related to interannual variability and multidecadal trends in the Atlantic meridional overturning circulation. *J. Clim.,* **23**, 4243–4254.

Lorbacher, K., S. J. Marsland, J.A. Church, S. M. Griffies, and D. Stammer, 2012: Rapid barotrophic sea-level rise from ice-sheet melting scenarios. *J. Geophys. Res.,* **117**, C06003.

Losch, M., A. Adcroft, and J. M. Campin, 2004: How sensitive are coarse general circulation models to fundamental approximations in the equations of motion? *J. Phys. Oceanogr.,* **34**, 306–319.

Lowe, J. A., and J. M Gregory, 2006: Understanding projections of sea level rise in a Hadley Centre coupled climate model. *J. Geophys. Res. Oceans,* **111**, C11014.

Lowe, J. A., et al., 2009: UK Climate Projections science report: Marine and coastal projections. M. O. H. Centre, Ed.

Lowe, J. A., et al., 2010: Past and future changes in extreme sea levels and waves. In: *Understanding Sea-Level Rise and Variability* [J. A. Church, P. L. Woodworth, T. Aarup and W. S. Wilson (eds.)].Wiley-Blackwell, Hoboken, NJ, USA, pp. 326–375.

Lozier, M. S., V. Roussenov, M. S. C. Reed, and R. G.Williams, 2010: Opposing decadal changes for the North Atlantic meridional overturning circulation. *Nature Geosci.,* **3**, 728–734.

MacAyeal, D. R., T. A. Scambos, C. L. Hulbe, and M. A. Fahnestock, 2003: Catastrophic ice-shelf break-up by an ice-shelf-fragment- capsize mechanism. *J. Glaciol.,* **49**, 22–36.

Machguth, H., et al., 2013: The future sea-level rise contribution of Greenland's glaciers and ice caps. *Environ. Res. Lett.,* **8**, 025005.

Manson, G. K., and S. M. Solomon, 2007: Past and future forcing of Beaufort sea coastal change. *Atmos. Ocean,* **45**, 107–122.

Marčelja, S., 2010: The timescale and extent of thermal expansion of the global ocean due to climate change. *Ocean Sci.,* **6**, 179–184.

Martin, T., and A. Adcroft, 2010: Parameterizing the fresh-water flux from land ice to ocean with interactive icebergs in a coupled climate model. *Ocean Model.,* **34**, 111–124.

Marzeion, B., A. H. Jarosch, and M. Hofer, 2012a: Past and future sea-level changes from the surface mass balance of glaciers. *Cryosphere,* **6**, 1295–1322.

Marzeion, B., M. Hofer, A. H. Jarosch, G. Kaser, and T. Mölg, 2012b: A minimal model for reconstructing interannual mass balance variability of glaciers in the European Alps. *Cryosphere,* **6**, 71–84.

Masson-Delmotte, V., et al., 2010: EPICA Dome C record of glacial and interglacial intensities. *Quat. Sci. Rev.,* **29**, 113–128.

Masters, D., R. S. Nerem, C. Choe, E. Leuliette, B. Beckley, N. White, and M. Ablain, 2012: Comparison of global mean sea level time series from TOPEX/Poseidon, Jason-1, and Jason-2. *Mar. Geodesy,* **35**, 20–41.

McInnes, K., I. Macadam, G. Hubbert, and J. O'Grady, 2009: A modelling approach for estimating the frequency of sea level extremes and the impact of climate change in southeast Australia. *Nat. Hazards,* **51**, 115–137.

McInnes, K., I. Macadam, G. Hubbert, and J. G. O'Grady, 2013: An assessment of current and future vulnerability to coastal inundation due to sea level extremes in Victoria, southeast Australia. *Int. J. Climatol.,* **33**, 33–47.

McInnes, K. L., T. A. Erwin, and J. M. Bathols, 2011: Global climate model projected changes in 10 m wind due to anthropogenic climate change. *Atmos. Sci. Lett.,* **12**, 325–333.

**13**

BLM_0074720

Meehl, G. A., A. X. Hu, and C. Tebaldi, 2010: Decadal Prediction in the Pacific Region. *J. Clim.*, **23**, 2959–2973.

Meehl, G. A., J. M. Arblaster, J. T. Fasullo, A. Hu, and K. E. Trenberth, 2011: Model-based evidence of deep-ocean heat uptake during surface-temperature hiatus periods. *Nature Clim. Change*, **1**, 360–364.

Meehl, G. A., et al., 2005: How much more global warming and sea level rise? *Science*, **307**, 1769–1772.

Meehl, G. A., et al., 2007: Global climate projections.In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 755–828.

Meehl, G. A., et al., 2012: Relative outcomes of climate change mitigation related to global temperature versus sea-level rise. *Nature Clim. Change*, **2**, 576–580.

Meier, M. F., 1984: Contribution of small glaciers to global sea level. *Science*, **226**, 1418–1421.

Meier, M. F., et al., 2007: Glaciers dominate eustatic sea-level rise in the 21st century. *Science*, **317**, 1064–1067.

Meinshausen, M., et al., 2011: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Menéndez, M., and P. L. Woodworth, 2010: Changes in extreme high water levels based on a quasi-global tide-gauge data set. *J. Geophys. Res. Oceans*, **115**, C10011.

Menéndez, M., F. J. Méndez, I. J. Losada, and N. E. Graham, 2008: Variability of extreme wave heights in the northeast Pacific Ocean based on buoy measurements. *Geophys. Res. Lett.*, **35**, L22607.

Mercer, J. H., 1978: West Antarctic ice sheet and $CO_2$ greenhouse effect: A threat of disaster. *Nature*, **271**, 321–325.

Mernild, S. H., and G. E. Liston, 2012: Greenland freshwater runoff. Part II: Distribution and trends, 1960–2010. *J. Clim.*, **25**, 6015.

Mernild, S. H., G. E. Liston, C. A. Hiemstra, and J. H. Christensen, 2010: Greenland ice sheet surface mass-balance modeling in a 131-yr perspective, 1950–2080. *J. Hydrometeorol.*, **11**, 3–25.

Merrifield, M. A., and M. E. Maltrud, 2011: Regional sea level trends due to a Pacific trade wind intensification. *Geophys. Res. Lett.*, **38**, L21605.

Mikolajewicz, U., M. Vizcaíno, J. Jungclaus, and G. Schurgers, 2007a: Effect of ice sheet interactions in anthropogenic climate change simulations. *Geophys. Res. Lett.*, **34**, L18706.

Mikolajewicz, U., M. Groger, E. Maier-Reimer, G. Schurgers, M. Vizcaíno, and A. Winguth, 2007b: Long-term effects of anthropogenic $CO_2$ emissions simulated with a complex earth system model. *Clim. Dyn.*, **28**, 599–634.

Miller, L., and B. C. Douglas, 2007: Gyre-scale atmospheric pressure variations and their relation to 19th and 20th century sea level rise. *Geophys. Res. Lett.*, **34**, L16602.

Milly, P. C. D., A. Cazenave, and M. C. Gennero, 2003: Contribution of climate-driven change in continental water storage to recent sea-level rise. *Proc. Natl. Acad. Sci. U.S.A.*, **100**, 13158–13161.

Milly, P. C. D., et al., 2010: Terrestrial water-storage contributions to sea-level rise and variability. In: *Understanding Sea-Level Rise and Variability* [J. A. Church, P. L. Woodworth, T. Aarup and W. S. Wilson (eds.)]. Wiley-Blackwell, Hoboken, NJ, USA, pp. 226–255.

Milne, G. A., and J. X. Mitrovica, 1998: Postglacial sea-level change on a rotating Earth. *Geophys. J. Int.*, **133**, 1–19.

Milne, G. A., W. R. Gehrels, C. W. Hughes, and M. E. Tamisiea, 2009: Identifying the causes of sea-level change. *Nature Geosci.*, **2**, 471–478.

Mitrovica, J. X., N. Gomez, and P. U. Clark, 2009: The sea-level fingerprint of West Antarctic collapse. *Science*, **323**, 753–753.

Mitrovica, J. X., M. E. Tamisiea, J. L. Davis, and G. A. Milne, 2001: Recent mass balance of polar ice sheets inferred from patterns of global sea-level change. *Nature*, **409**, 1026–1029.

Mitrovica, J. X., N. Gomez, E. Morrow, C. Hay, K. Latychev, and M. E. Tamisiea, 2011: On the robustness of predictions of sea-level fingerprints. *Geophys. J. Int.*, **187**, 729–742.

Moberg, A., D. M. Sonechkin, K. Holmgren, N. M. Datsenko, and W. Karlen, 2005: Highly variable Northern Hemisphere temperatures reconstructed from low- and high-resolution proxy data. *Nature*, **433**, 613–617.

Monaghan, A. J., et al., 2006: Insignificant change in Antarctic snowfall since the International Geophysical Year. *Science*, **313**, 827–831.

Moore, J. C., S. Jevrejeva, and A. Grinsted, 2011: The historical global sea level budget. *Ann. Glaciol.*, **52**, 8–14.

Mori, N., T. Shimura, T. Yasuda, and H. Mase, 2013: Multi-model climate projections of ocean surface variables under different climate scenarios—Future change of waves, sea level, and wind. *Ocean Eng.*, **71**, 122-129.

Mori, N., T. Yasuda, H. Mase, T. Tom, and Y. Oku, 2010: Projection of extreme wave climate change under global warming. *Hydrol. Res. Lett.*, **4**, 15–19.

Morice, C. P., J. J. Kennedy, N. A. Rhayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res. Atmos.*, **117**, D08101.

Morlighem, M., E. Rignot, H. Seroussi, E. Larour, and H. Ben Dhia, 2010: Spatial patterns of basal drag inferred using control methods from a full-Stokes and simpler models for Pine Island Glacier, West Antarctica. *Geophys. Res. Lett.*, **37**, L14502.

Moucha, R., A. M. Forte, J. X. Mitrovica, D. B. Rowley, S. Quere, N. A. Simmons, and S. P. Grand, 2008: Dynamic topography and long-term sea-level variations: There is no such thing as a stable continental platform. *Earth Planet. Sci. Lett.*, **271**, 101–108.

Mousavi, M., J. Irish, A. Frey, F. Olivera, and B. Edge, 2011: Global warming and hurricanes: The potential impact of hurricane intensification and sea level rise on coastal flooding. *Clim. Change*, **104**, 575–597.

Muhs, D. R., J. M. Pandolfi, K. R. Simmons, and R. R. Schumann, 2012: Sea-level history of past interglacial periods from uranium-series dating of corals, Curacao, Leeward Antilles islands. *Quat. Res.*, **78**, 157–169.

Muller, M., B. K. Arbic, and J. X. Mitrovica, 2011: Secular trends in ocean tides: Observations and model results. *J. Geophys. Res. Oceans*, **116**, C05013.

Murphy, D. M., S. Solomon, R. W. Portmann, K. H. Rosenlof, P. M. Forster, and T. Wong, 2009: An observationally based energy balance for the Earth since 1950. *J. Geophys. Res. Oceans*, **114**, D17107.

Naish, T., et al., 2009: Obliquity-paced Pliocene West Antarctic ice sheet oscillations. *Nature*, **458**, 322–328.

National Research Council, 2012: *Sea-Level Rise for the Coasts of California, Oregon, and Washington: Past, Present, and Future.* The National Academies Press, Washington, DC.

Nerem, R. S., D. P. Chambers, C. Choe, and G. T. Mitchum, 2010: Estimating mean sea level change from the TOPEX and Jason altimeter missions. *Mar. Geodesy*, **33**, 435–446.

Ngo-Duc, T., K. Laval, J. Polcher, A. Lombard, and A. Cazenave, 2005: Effects of land water storage on global mean sea level over the past half century. *Geophys. Res. Lett.*, **32**, L09704.

Nicholls, R. J., et al., 2011: Sea-level rise and its possible impacts given a 'beyond 4 degrees C world' in the twenty-first century. *Philos. Trans. R. Soc. London A*, **369**, 161–181.

Nick, F. M., A. Vieli, I. M. Howat, and I. Joughin, 2009: Large-scale changes in Greenland outlet glacier dynamics triggered at the terminus. *Nature Geosci.*, **2**, 110–114.

Nick, F. M., et al., 2012: The response of Petermann Glacier, Greenland, to large calving events, and its future stability in the context of atmospheric and oceanic warming. *J. Glaciol.*, **58**, 229–239.

Nick, F. M., et al., 2013: Future sea-level rise from Greenland's major outlet glaciers in a warming climate. *Nature*, **497**, 235–238.

Nidheesh, A. G., M. Lengaine, J. Vialard, A. S. Unnikrishnam, and H. Dayan, 2013: Decadal and long-term sea level variability in the tropical Indo-Pacific Ocean. *Clim. Dyn.*, **41**, 381–402.

Oerlemans, J., J. Jania, and L. Kolondra, 2011: Application of a minimal glacier model to Hansbreen, Svalbard. *Cryosphere*, **5**, 1–11.

Okumura, Y. M., C. Deser, A. Hu, A. Timmermann, and S. P. Xie, 2009: North Pacific climate response to freshwater forcing in the Subarctic North Atlantic: Oceanic and atmospheric pathways. *J. Clim.*, **22**, 1424–1445.

Olivié, D. J. L., G. P. Peters, and D. Saint-Martin, 2012: Atmosphere Response Time Scales Estimated from AOGCM Experiments. *J. Clim.*, **25**, 7956–7972.

Ollivier, A., Y. Faugere, N. Picot, M. Ablain, P. Femenias, and J. Benveniste, 2012: Envisat Ocean Altimeter becoming relevant for mean sea level trend studies. *Mar. Geodesy*, **35**, 118–136.

Orlić, M., and Z. Pasarić, 2013: Semi-empirical versus process-based sea-level projections for the twenty-first century. *Nature Clim. Change*, **8**, 735-738.

Otto, A., et al., 2013: Energy budget contraints on climate response. *Nature Geosci.*, **6**, 415–416.

BLM_0074721

Overeem, I., R. S. Anderson, C. W. Wobus, G. D. Clow, F. E. Urban, and N. Matell, 2011: Sea ice loss enhances wave action at the Arctic coast. *Geophys. Res. Lett.*, **38**, L17503.

Palmer, M. D., D. J. McNeall, and J. Dunstone, 2011: Importance of the deep ocean for estimating decadal changes in Earth's radiation balance. *Geophys. Res. Lett.*, **38**, L13707.

Pardaens, A., J. M. Gregory, and J. Lowe, 2011a: A model study of factors influencing projected changes in regional sea level over the twenty-first century. *Clim. Dyn.*, **36**, 2015–2033.

Pardaens, A. K., H. T. Banks, J. M. Gregory, and P. R. Rowntree, 2003: Freshwater transports in HadCM3. *Clim. Dyn.*, **21**, 177–195.

Pardaens, A. K., J. A. Lowe, S. Brown, R. J. Nicholls, and D. de Gusmao, 2011b: Sea-level rise and impacts projections under a future scenario with large greenhouse gas emission reductions. *Geophys. Res. Lett.*, **38**, L12604.

Parizek, B. R., et al., 2013: Dynamic (in)stability of Thwaites Glacier, West Antarctica. *J. Geophys. Res. Earth Surf.*, **118**, 638–655.

Parker, A., 2013a: Comment to M Lichter and D Felsenstein, Assessing the costs of sea-level rise and extreme flooding at the local level: A GIS-based approach. *Ocean Coast. Manage.*, **78**, 138–142.

Parker, A., 2013b: Sea level trends at locations of the United States with more than 100 years of recording. *Nat. Hazards*, **65**, 1011–1021.

Parker, A., 2013c: Comment to Shepard, CC, Agostini, VN, Gilmer, B., Allen, T., Stone, J., Brooks, W., Beck, MW: Assessing future risk: Quantifying the effects of sea level rise on storm surge risk for the southern shores of Long Island. *Nat. Hazards*, **65**, 977–980.

Passchier, S., 2011: Linkages between East Antarctic Ice Sheet extent and Southern Ocean temperatures based on a Pliocene high-resolution record of ice-rafted debris off Prydz Bay, East Antarctica. *Paleoceanography*, **26**, Pa4204.

Pattyn, F., A. Huyghe, S. De Brabander, and B. De Smedt, 2006: Role of transition zones in marine ice sheet dynamics. *J. Geophys. Res. Earth Surf.*, **111**, F02004.

Pattyn, F., et al., 2013: Grounding-line migration in plan-view marine ice-sheet models: Results of the ice2sea MISMIP3d intercomparison. *J. Glaciol.*, **59**, 410–422.

Paulson, A., S. J. Zhong, and J. Wahr, 2007: Inference of mantle viscosity from GRACE and relative sea level data. *Geophys. J. Int.*, **171**, 497–508.

Peltier, W. R., 2004: Global glacial isostasy and the surface of the ice-age earth: The ICE-5G (VM2) model and GRACE. *Annu. Rev. Earth Planet. Sci.*, **32**, 111–149.

Peltier, W. R., 2009: Closure of the budget of global sea level rise over the GRACE era: The importance and magnitudes of the required corrections for global glacial isostatic adjustment. *Quat. Sci. Rev.*, **28**, 1658–1674.

Peltier, W. R., and A. M. Tushingham, 1991: Influence of glacial isostatic-adjustment on tide gauge measurements of secular sea-level change. *J. Geophys. Res. Solid Earth Planets*, **96**, 6779–6796.

Perrette, M., F. W. Landerer, R. Riva, K. Frieler, and M. Meinshausen, 2013: A scaling approach to project regional sea level rise and its uncertainties. *Earth Syst. Dyn.*, **4**, 11–29.

Pfeffer, W. T., J. T. Harper, and S. O'Neel, 2008: Kinematic constraints on glacier contributions to 21st-century sea-level rise. *Science*, **321**, 1340–1343.

Phillips, T., H. Rajaram, and K. Steffen, 2010: Cryo-hydrologic warming: A potential mechanism for rapid thermal response of ice sheets. *Geophys. Res. Lett.*, **37**, L20503.

Phillips, T., H. Rajaram, W. Colgan, K. Steffen, and W. Abdalati, 2013: Evaluation of cryo-hydrologic warming as an explanation for increased ice velocities in the wet snow zone, Sermeq Avannarleq, West Greenland. *J. Geophys. Res.*, **118**, 1241–1256.

Pokhrel, Y. N., N. Hanasaki, P. J. F. Yeh, T. J. Yamada, S. Kanae, and T. Oki, 2012: Model estimates of sea-level change due to anthropogenic impacts on terrestrial water storage. *Nature Geosci.*, **5**, 389–392.

Pokhrel, Y. N., N. Hanasaki, P. J. F. Yeh, T. J. Yamada, S. Kanae, and T. Oki, 2013: Overestimated water storage Reply. *Nature Geosci.*, **6**, 2–3.

Pollard, D., and R. M. DeConto, 2009: Modelling West Antarctic ice sheet growth and collapse through the past five million years. *Nature*, **458**, 329–332.

Polvani, L. M., M. Previdi, and C. Deser, 2011: Large cancellation, due to ozone recovery, of future Southern Hemisphere atmospheric circulation trends. *Geophys. Res. Lett.*, **38**, L04707.

Price, S. F., A. J. Payne, I. M. Howat, and B. E. Smith, 2011: Committed sea-level rise for the next century from Greenland ice sheet dynamics during the past decade. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 8978–8983.

Pritchard, H. D., R. J. Arthern, D. G. Vaughan, and L. A. Edwards, 2009: Extensive dynamic thinning on the margins of the Greenland and Antarctic ice sheets. *Nature*, **461**, 971–975.

Pritchard, H. D., S. R. M. Ligtenberg, H. A. Fricker, D. G. Vaughan, M. R. van den Broeke, and L. Padman, 2012: Antarctic ice-sheet loss driven by basal melting of ice shelves. *Nature*, **484**, 502–505.

Purkey, S. G., and G. C. Johnson, 2010: Warming of global abyssal and deep southern ocean waters between the 1990s and 2000s: Contributions to global heat and sea level rise budgets. *J. Clim.*, **23**, 6336–6351.

Qiu, B., and S. M. Chen, 2006: Decadal variability in the large-scale sea surface height field of the South Pacific Ocean: Observations and causes. *J. Phys. Oceanogr.*, **36**, 1751–1762.

Quinn, K. J., and R. M. Ponte, 2010: Uncertainty in ocean mass trends from GRACE. *Geophys. J. Int.*, **181**, 762–768.

Radic, V., and R. Hock, 2010: Regional and global volumes of glaciers derived from statistical upscaling of glacier inventory data. *J. Geophys. Res. Earth Surf.*, **115**, F01010.

Radić, V., and R. Hock, 2011: Regionally differentiated contribution of mountain glaciers and ice caps to future sea-level rise. *Nature Geosci.*, **4**, 91–94.

Radić, V., A. Bliss, A. D. Beedlow, R. Hock, E. Miles, and J. G. Cogley, 2013: Regional and global projections of the 21st century glacier mass changes in response to climate scenarios from global climate models. *Clim. Dyn.*, doi:10.1007/s00382-013-1719-7.

Rae, J. G. L., et al., 2012: Greenland ice sheet surface mass balance: Evaluating simulations and making projections with regional climate models. *Cryosphere*, **6**, 1275–1294.

Rahmstorf, S., 2007a: A semi-empirical approach to projecting future sea-level rise. *Science*, **315**, 368–370.

Rahmstorf, S., 2007b: Response to comments on "A semi-empirical approach to projecting future sea-level rise". *Science*, **317**, 1866.

Rahmstorf, S., and A. Ganopolski, 1999: Long-term global warming scenarios computed with an efficient coupled climate model. *Clim. Change*, **43**, 353–367.

Rahmstorf, S., M. Perrette, and M. Vermeer, 2012a: Testing the robustness of semi-empirical sea level projections. *Clim. Dyn.*, **39**, 861–875.

Rahmstorf, S., G. Foster, and A. Cazenave, 2012b: Comparing climate projections to observations up to 2011. *Environ. Res. Lett.*, **7**, 044035.

Rahmstorf, S., A. Cazenave, J. A. Church, J. E. Hansen, R. F. Keeling, D. E. Parker, and R. C. J. Somerville, 2007: Recent climate observations compared to projections. *Science*, **316**, 709–709.

Raper, S. C. B., and R. J. Braithwaite, 2005: The potential for sea level rise: New estimates from glacier and ice cap area and volume distributions. *Geophys. Res. Lett.*, **32**, L05502.

Raper, S. C. B., J. M. Gregory, and R. J. Stouffer, 2002: The role of climate sensitivity and ocean heat uptake on AOGCM transient temperature response. *J. Clim.*, **15**, 124–130.

Rasmussen, L. A., H. Conway, R. M. Krimmel, and R. Hock, 2011: Surface mass balance, thinning and iceberg production, Columbia Glacier, Alaska, 1948–2007. *J. Glaciol.*, **57**, 431–440.

Ray, R. D., and B. C. Douglas, 2011: Experiments in reconstructing twentieth-century sea levels. *Prog. Oceanogr.*, **91**, 495–515.

Raymo, M. E., and J. X. Mitrovica, 2012: Collapse of polar ice sheets during the stage 11 interglacial. *Nature*, **483**, 453–456.

Raymo, M. E., J. X. Mitrovica, M. J. O'Leary, R. M. DeConto, and P. L. Hearty, 2011: Departures from eustasy in Pliocene sea-level records. *Nature Geosci.*, **4**, 328–332.

Ridley, J., J. M. Gregory, P. Huybrechts, and J. Lowe, 2010: Thresholds for irreversible decline of the Greenland ice sheet. *Clim. Dyn.*, **35**, 1065–1073.

Ridley, J. K., P. Huybrechts, J. M. Gregory, and J. A. Lowe, 2005: Elimination of the Greenland ice sheet in a high $CO_2$ climate. *J. Clim.*, **18**, 3409–3427.

Rignot, E., 2001: Evidence for rapid retreat and mass loss of Thwaites Glacier, West Antarctica. *J. Glaciol.*, **47**, 213–222.

Rignot, E., 2008: Changes in West Antarctic ice stream dynamics observed with ALOS PALSAR data. *Geophys. Res. Lett.*, **35**, L12505.

Rignot, E., I. Velicogna, M. R. van den Broeke, A. Monaghan, and J. Lenaerts, 2011: Acceleration of the contribution of the Greenland and Antarctic ice sheets to sea level rise. *Geophys. Res. Lett.*, **38**, L05503.

Rignot, E., G. Casassa, P. Gogineni, W. Krabill, A. Rivera, and R. Thomas, 2004: Accelerated ice discharge from the Antarctic Peninsula following the collapse of Larsen B ice shelf. *Geophys. Res. Lett.*, **31**, L18401.

**13**

BLM_0074722

Rignot, E., J. L. Bamber, M. R. Van Den Broeke, C. Davis, Y. H. Li, W. J. Van De Berg, and E. Van Meijgaard, 2008: Recent Antarctic ice mass loss from radar interferometry and regional climate modelling. *Nature Geosci.*, **1**, 106–110.

Riva, R. E. M., J. L. Bamber, D. A. Lavallee, and B. Wouters, 2010: Sea-level fingerprint of continental water and ice mass change from GRACE. *Geophys. Res. Lett.*, **37**, L19605.

Roberts, D. L., P. Karkanas, Z. Jacobs, C. W. Marean, and R. G. Roberts, 2012: Melting ice sheets 400,000 yr ago raised sea level by 13 m: Past analogue for future trends. *Earth Planet. Sci. Lett.*, **357**, 226–237.

Robinson, A., R. Calov, and A. Ganopolski, 2012: Multistability and critical thresholds of the Greenland ice sheet. *Nature Clim. Change*, **2**, 429–432.

Rott, H., F. Muller, T. Nagler, and D. Floricioiu, 2011: The imbalance of glaciers after disintegration of Larsen-B ice shelf, Antarctic Peninsula. *Cryosphere*, **5**, 125–134.

Rugenstein, M., M. Winton, R. J. Stouffer, S. M. Griffies, and R. W. Hallberg, 2013: Northern high latitude heat budget decomposition and transient warming. *J. Clim.*, **26**, 609-621.

Russell, G. L., V. Gornitz, and J. R. Miller, 2000: Regional sea-level changes projected by the NASA/GISS atmosphere-ocean model. *Clim. Dyn.*, **16**, 789–797.

Sahagian, D., 2000: Global physical effects of anthropogenic hydrological alterations: Sea level and water redistribution. *Global Planet. Change*, **25**, 39–48.

Sallenger, A. H., K. S. Doran, and P. A. Howd, 2012: Hotspot of accelerated sea-level rise on the Atlantic coast of North America. *Nature Clim. Change*, **2**, 884-888.

Santer, B. D., et al., 2011: Separating signal and noise in atmospheric temperature changes: The importance of timescale. *J. Geophys. Res. Atmos.*, **116**, D22105.

Sasgen, I., et al., 2012: Timing and origin of recent regional ice-mass loss in Greenland. *Earth Planet. Sci. Lett.*, **333**, 293–303.

Scambos, T. A., J. A. Bohlander, C. A. Shuman, and P. Skvarca, 2004: Glacier acceleration and thinning after ice shelf collapse in the Larsen B embayment, Antarctica. *Geophys. Res. Lett.*, **31**, L18402.

Schaeffer, M., W. Hare, S. Rahmstorf, and M. Vermeer, 2012: Long-term sea-level rise implied by 1.5°C and 2°C warming levels. *Nature Clim. Change*, **2**, 867–870.

Schewe, J., A. Levermann, and M. Meinshausen, 2011: Climate change under a scenario near 1.5 °C of global warming: Monsoon intensification, ocean warming and steric sea level rise. *Earth Syst. Dyn.*, **2**, 25–35.

Schmith, T., S. Johansen, and P. Thejll, 2007: Comment on "A semi-empirical approach to projecting future sea-level rise". *Science*, **317**, 1866.

Schoof, C., 2007a: Marine ice-sheet dynamics. Part 1. The case of rapid sliding. *J. Fluid Mech.*, **573**, 27–55.

Schoof, C., 2007b: Ice sheet grounding line dynamics: Steady states, stability, and hysteresis. *J. Geophys. Res. Earth Surf.*, **112**, F03S28.

Schoof, C., 2011: Marine ice sheet dynamics. Part 2. A Stokes flow contact problem. *J. Fluid Mech.*, **679**, 122–155.

Schwartz, S. E., 2012: Determination of Earth's transient and equilibrium climate sensitivities from observations over the twentieth century: Strong dependence on assumed forcing. *Surv. Geophys.*, **33**, 745–777.

Seddik, H., R. Greve, T. Zwinger, F. Gillet-Chaulet, and O. Gagliardini, 2012: Simulations of the Greenland ice sheet 100 years into the future with the full Stokes model Elmer/Ice. *J. Glaciol.*, **58**, 427–440.

Semedo, A., R. Weisse, A. Beherens, A. Sterl, L. Bengtson, and H. Gunther, 2013: Projection of global wave climate change towards the end of the 21st century. *J. Clim.*, **26**, 8269-8288.

Seneviratne, S.I., N. Nicholls, D. Easterling, C.M. Goodess, S. Kanae, J. Kossin, Y. Luo, J. Marengo, K. McInnes, M. Rahimi, M. Reichstein, A. Sorteberg, C. Vera, and X. Zhang, 2012: Changes in climate extremes and their impacts on the natural physical environment. In: Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (eds.)]. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change (IPCC). Cambridge University Press, Cambridge, UK, and New York, NY, USA, pp. 109-230.

Shepherd, A., and D. Wingham, 2007: Recent sea-level contributions of the Antarctic and Greenland ice sheets. *Science*, **315**, 1529–1532.

Shepherd, A., et al., 2012: A reconciled estimate of ice-sheet mass balance. *Science*, **338**, 1183–1189.

Shuman, C. A., E. Berthier, and T. A. Scambos, 2011: 2001–2009 elevation and mass losses in the Larsen A and B embayments, Antarctic Peninsula. *J. Glaciol.*, **57**, 737–754.

Slangen, A. B. A., and R. S. W. van de Wal, 2011: An assessment of uncertainties in using volume-area modelling for computing the twenty-first century glacier contribution to sea-level change. *Cryosphere*, **5**, 673–686.

Slangen, A. B. A., C. A. Katsman, R. S. W. van de Wal, L. L. A. Vermeersen, and R. E. M. Riva, 2012: Towards regional projections of twenty-first century sea-level change based on IPCC SRES scenarios. *Clim. Dyn.*, **38**, 1191–1209.

Smith, J. M., M. A. Cialone, T. V. Wamsley, and T. O. McAlpin, 2010: Potential impact of sea level rise on coastal surges in southeast Louisiana. *Ocean Eng.*, **37**, 37–47.

Sokolov, A. P., C. E. Forest, and P. H. Stone, 2010: Sensitivity of climate change projections to uncertainties in the estimates of observed changes in deep-ocean heat content. *Clim. Dyn.*, **34**, 735–745.

Solgaard, A. M., and P. L. Langen, 2012: Multistability of the Greenland ice sheet and the effects of an adaptive mass balance formulation. *Clim. Dyn.*, **39**, 1599–1612.

Solomon, S., G.-K. Plattner, R. Knutti, and P. Friedlingstein, 2009: Irreversible climate change due to carbon dioxide emissions. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 1704–1709.

Spada, G., J. L. Bamber, and R. T. W. L. Hurkmans, 2013: The gravitationally consistent sea-level fingerprint of future terrestrial ice loss. *Geophys. Res. Lett.*, **40**, 482–486.

Sriver, R. L., N. M. Urban, R. Olson, and K. Keller, 2012: Toward a physically plausible upper bound of sea-level rise projections. *Clim. Change*, **115**, 893–902.

Stackhouse, P. W., T. Wong, N. G. Loeb, D. P. Kratz, A. C. Wilber, D. R. Doelling, and L. C. Nguyen, 2010: Earth radiation budget at top-of-atmosphere. *Bull. Am. Meteorol. Soc.*, **90**, S33–S34.

Stammer, D., 2008: Response of the global ocean to Greenland and Antarctic ice melting. *J. Geophys. Res. Oceans*, **113**, C06022.

Stammer, D., and S. Huttemann, 2008: Response of regional sea level to atmospheric pressure loading in a climate change scenario. *J. Clim.*, **21**, 2093–2101.

Stammer, D., A. Cazenave, R. M. Ponte, and M. E. Tamisiea, 2013: Causes for contemporary regional sea level changes. In: *Annual Review of Marine Science*, Vol. 5 [C. A. Carlson and S. J. Giovannoni (eds.)]. Annual Reviews, Palo Alto, CA, USA, pp. 21–46.

Stammer, D., N. Agarwal, P. Herrmann, A. Kohl, and C. R. Mechoso, 2011: Response of a coupled ocean-atmosphere model to Greenland ice melting. *Surv. Geophys.*, **32**, 621–642.

Stenni, B., et al., 2011: Expression of the bipolar see-saw in Antarctic climate records during the last deglaciation. *Nature Geosci.*, **4**, 46–49.

Sterl, A., H. van den Brink, H. de Vries, R. Haarsma, and E. van Meijgaard, 2009: An ensemble study of extreme North Sea storm surges in a changing climate. *Ocean Sci. Discuss.*, **6**, 1031–1059.

Stouffer, R. J., 2004: Time scales of climate response. *J. Clim.*, **17**, 209–217.

Straneo, F., et al., 2010: Rapid circulation of warm subtropical waters in a major glacial fjord in East Greenland. *Nature Geosci.*, **3**, 182–186.

Suzuki, T., and M. Ishii, 2011: Regional distribution of sea level changes resulting from enhanced greenhouse warming in the Model for Interdisciplinary Research on Climate version 3.2. *Geophys. Res. Lett.*, **38**, L02601.

Suzuki, T., et al., 2005: Projection of future sea level and its variability in a high-resolution climate model: Ocean processes and Greenland and Antarctic ice-melt contributions. *Geophys. Res. Lett.*, **32**, L19706.

Swingedouw, D., T. Fichefet, P. Huybrechts, H. Goosse, E. Driesschaert, and M. F. Loutre, 2008: Antarctic ice-sheet melting provides negative feedbacks on future climate warming. *Geophys. Res. Lett.*, **35**, L17705.

Syvitski, J. P. M., and A. Kettner, 2011: Sediment flux and the Anthropocene. *Philos. Trans. R. Soc. London A*, **369**, 957–975.

Syvitski, J. P. M., et al., 2009: Sinking deltas due to human activities. *Nature Geosci.*, **2**, 681–686.

Tamisiea, M. E., 2011: Ongoing glacial isostatic contributions to observations of sea level change. *Geophys. J. Int.*, **186**, 1036–1044.

Tamisiea, M. E., E. M. Hill, R. M. Ponte, J. L. Davis, I. Velicogna, and N. T. Vinogradova, 2010: Impact of self attraction and loading on the annual cycle in sea level. *J. Geophys. Res.*, **115**, C07004.

Tebaldi, C., B. H. Strauss, and C. E. Zervas, 2012: Modelling sea level rise impacts on storm surges along US coasts. *Environ. Res. Lett.*, **7**, 2–11.

Tett, S. F. B., et al., 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Clim. Dyn.*, **28**, 3–34.

Thoma, M., A. Jenkins, D. Holland, and S. Jacobs, 2008: Modelling circumpolar deep water intrusions on the Amundsen Sea continental shelf, Antarctica. *Geophys. Res. Lett.*, **35**, L18602.

13

BLM_0074723

Thompson, W. G., H. A. Curran, M. A. Wilson, and B. White, 2011: Sea-level oscillations during the last interglacial highstand recorded by Bahamas corals. *Nature Geosci.*, **4**, 684–687.

Timmermann, A., S. McGregor, and F. F. Jin, 2010: Wind effects on past and future regional sea level trends in the Southern Indo-Pacific. *J. Clim.*, **23**, 4429–4437.

Tsimplis, M., E. Alvarez-Fanjul, D. Gomis, L. Fenoglio-Marc, and B. Perez, 2005: Mediterranean Sea level trends: Atmospheric pressure and wind contribution. *Geophys. Res. Lett.*, **32**, L20602.

Unnikrishnan, A. S., M. R. R. Kumar, and B. Sindhu, 2011: Tropical cyclones in the Bay of Bengal and extreme sea-level projections along the east coast of India in a future climate scenario. *Curr. Sci. (India)*, **101**, 327–331.

Uotila, P., A. H. Lynch, J. J. Cassano, and R. I. Cullather, 2007: Changes in Antarctic net precipitation in the 21st century based on Intergovernmental Panel on Climate Change (IPCC) model scenarios. *J. Geophys. Res. Atmos.*, **112**, D10107.

van Angelen, J. H., et al., 2012: Sensitivity of Greenland ice sheet surface mass balance to surface albedo parameterization: A study with a regional climate model. *Cryosphere*, **6**, 1531–1562.

van de Berg, W. J., M. van den Broeke, J. Ettema, E. van Meijgaard, and F. Kaspar, 2011: Significant contribution of insolation to Eemian melting of the Greenland ice sheet. *Nature Geosci.*, **4**, 679–683.

van den Broeke, M., W. J. van de Berg, and E. van Meijgaard, 2006: Snowfall in coastal West Antarctica much greater than previously assumed. *Geophys. Res. Lett.*, **33**, L02505.

van den Broeke, M., et al., 2009: Partitioning recent Greenland mass loss. *Science*, **326**, 984–986.

Van Ommen, T. D., V. Morgan, and M. A. J. Curran, 2004: Deglacial and Holocene changes in accumulation at Law Dome, East Antarctica. *Ann. Glaciol.*, **39**, 395–365.

Vaughan, D. G., J. L. Bamber, M. Giovinetto, J. Russell, and A. P. R. Cooper, 1999: Reassessment of net surface mass balance in Antarctica. *J. Clim.*, **12**, 933–946.

Vellinga, M., and R. Wood, 2008: Impacts of thermohaline circulation shutdown in the twenty-first century. *Clim. Change*, **91**, 43–63.

Vermaire, J. C., M. F. J. Pisaric, J. R. Thienpont, C. J. C. Mustaphi, S. V. Kokelj, and J. P. Smol, 2013: Arctic climate warming and sea ice declines lead to increased storm surge activity. *Geophys. Res. Lett.*, **40**, 1386-1390.

Vermeer, M., and S. Rahmstorf, 2009: Global sea level linked to global temperature. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 21527–21532.

Vernon, C. L., J. L. Bamber, J. E. Box, M. R. van den Broeke, X. Fettweis, E. Hanna, and P. Huybrechts, 2013: Surface mass balance model intercomparison for the Greenland ice sheet. *Cryosphere*, **7**, 599–614.

Vieli, A., and F. M. Nick, 2011: Understanding and modelling rapid dynamic changes of tidewater outlet glaciers: Issues and implications. *Surv. Geophys.*, **32**, 437–458.

Vinogradov, S. V., and R. M. Ponte, 2011: Low-frequency variability in coastal sea level from tide gauges and altimetry. *J. Geophys. Res. Oceans*, **116**, C07006.

Vizcaíno, M., U. Mikolajewicz, J. Jungclaus, and G. Schurgers, 2010: Climate modification by future ice sheet changes and consequences for ice sheet mass balance. *Clim. Dyn.*, **34**, 301–324.

Vizcaíno, M., U. Mikolajewicz, M. Groger, E. Maier-Reimer, G. Schurgers, and A. M. E. Winguth, 2008: Long-term ice sheet-climate interactions under anthropogenic greenhouse forcing simulated with a complex Earth System Model. *Clim. Dyn.*, **31**, 665–690.

von Schuckmann, K., and P. Y. Le Traon, 2011: How well can we derive Global Ocean Indicators from Argo data? *Ocean Sci.*, **7**, 783–791.

von Storch, H., E. Zorita, and J. F. Gonzalez-Rouco, 2008: Relationship between global mean sea-level and global mean temperature in a climate simulation of the past millennium. *Ocean Dyn.*, **58**, 227–236.

Wada, Y., L. P. H. van Beek, C. M. van Kempen, J. W. T. M. Reckman, S. Vasak, and M. F. P. Bierkens, 2010: Global depletion of groundwater resources. *Geophys. Res. Lett.*, **37**, L20402.

Wada, Y., L. P. H. van Beek, F. C. S. Weiland, B. F. Chao, Y. H. Wu, and M. F. P. Bierkens, 2012: Past and future contribution of global groundwater depletion to sea level rise. *Geophys. Res. Lett.*, **39**, L09402.

Wake, L. M., P. Huybrechts, J. E. Box, E. Hanna, I. Janssens, and G. A. Milne, 2009: Surface mass-balance changes of the Greenland ice sheet since 1866. *Ann. Glaciol.*, **50**, 178–184.

Walsh, K. J. E., K. McInnes, and J. L. McBride, 2011: Climate change impacts on tropical cyclones and extreme sea levels in the South Pacific—a regional assessment. *Global Planet. Change*, **80–81**, 149–164.

Wang, S., R. McGrath, J. Hanafin, P. Lynch, T. Semmler, and P. Nolan, 2008: The impact of climate change on storm surges over Irish waters. *Ocean Model.*, **25**, 83–94.

Wang, X. L., and V. R. Swail, 2006: Climate change signal and uncertainty in projections of ocean wave heights. *Clim. Dyn.*, **26**, 109–126.

Wang, X. L., V. R. Swail, and A. Cox, 2010: Dynamical versus statistical downscaling methods for ocean wave heights. *Int. J. Climatol.*, **30**, 317–332.

Wang, X. L., V. R. Swail, F. Zwiers, X. Zhang, and Y. Feng, 2009: Detection of external influence on trends of atmospheric storminess and northern oceans wave heights. *Clim. Dyn.*, **32**, 189–203.

Warrick, R. A., and J. Oerlemans, 1990: Sea level rise. In: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraum (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 260–281.

Warrick, R. A., C. Le Provost, M. F. Meier, J. Oerlemans, and P. L. Woodworth, 1996: Changes in sea level. In: *Climate Change 1995: The Science of Climate Change. Contribution of WGI to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, L. G. Meira . A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 359–405.

Washington, W. M., et al., 2009: How much climate change can be avoided by mitigation? *Geophys. Res. Lett.*, **36**, L08703.

Watson, C., et al., 2010: Twentieth century constraints on sea level change and earthquake deformation at Macquarie Island. *Geophys. J. Int.*, **182**, 781–796.

Weertman, J., 1961: Stability of Ice-Age ice sheets. *J. Geophys. Res.*, **66**, 3783–3792.

Weertman, J., 1974: Stability of the junction of an ice sheet and an ice shelf. *J. Glaciol.*, **13**, 3–11.

White, N. J., J. A. Church, and J. M. Gregory, 2005: Coastal and global averaged sea level rise for 1950 to 2000. *Geophys. Res. Lett.*, **32**, L01601.

Winguth, A., U. Mikolajewicz, M. Groger, E. Maier-Reimer, G. Schurgers, and M. Vizcaíno, 2005: Centennial-scale interactions between the carbon cycle and anthropogenic climate change using a dynamic Earth system model. *Geophys. Res. Lett.*, **32**, L23714.

Winkelmann, R., A. Levermann, M. A. Martin, and K. Frieler, 2012: Increased future ice discharge from Antarctica owing to higher snowfall. *Nature*, **492**, 239–242.

Wong, T., B. A. Wielecki, R. B. I. Lee, G. L. Smith, K. A. Bush, and J. K. Willis, 2006: Reexamination of the observed decadal variability of the earth radiation budget using altitude-corrected ERBE/ERBS nonscanner WFOV data. *J. Clim.*, **19**, 4028–4040.

Woodroffe, C. D., H. V. McGregor, K. Lambeck, S. G. Smithers, and D. Fink, 2012: Mid-Pacific microatolls record sea-level stability over the past 5000 yr. *Geology*, **40**, 951–954.

Woolf, D. K., P. G. Challenor, and P. D. Cotton, 2002: Variability and predictability of the North Atlantic wave climate. *J. Geophys. Res. Oceans*, **107**, C103145.

Woth, K., R. Weisse, and H. von Storch, 2006: Climate change and North Sea storm surge extremes: An ensemble study of storm surge extremes expected in a changed climate projected by four different regional climate models. *Ocean Dyn.*, **56**, 3–15.

Wunsch, C., and D. Stammer, 1997: Atmospheric loading and the oceanic "inverted barometer" effect. *Rev. Geophys.*, **35**, 79–107.

Wunsch, C., and P. Heimbach, 2007: Practical global oceanic state estimation. *Physica D*, **230**, 197–208.

Yin, J., 2012: Century to multi-century sea level rise projections from CMIP5 models. *Geophys. Res. Lett.*, **39**, L17709.

Yin, J. J., M. E. Schlesinger, and R. J. Stouffer, 2009: Model projections of rapid sea-level rise on the northeast coast of the United States. *Nature Geosci.*, **2**, 262–266.

Yin, J. J., S. M. Griffies, and R. J. Stouffer, 2010: Spatial variability of sea level rise in twenty-first century projections. *J. Clim.*, **23**, 4585–4607.

Yin, J. J., J. T. Overpeck, S. M. Griffies, A. X. Hu, J. L. Russell, and R. J. Stouffer, 2011: Different magnitudes of projected subsurface ocean warming around Greenland and Antarctica. *Nature Geosci.*, **4**, 524–528.

Yoshimori, M., and A. Abe-Ouchi, 2012: Sources of spread in multi-model projections of the Greenland ice-sheet surface mass balance. *J. Clim.*, **25**, 1157–1175.

Young, I. R., S. Zieger, and A. V. Babanin, 2011: Global trends in wind speed and wave height. *Science*, **332**, 451–455.

Zhang, X. B., and J. A. Church, 2012: Sea level trends, interannual and decadal variability in the Pacific Ocean. *Geophys. Res. Lett.*, **39**, L21701.

Zickfeld, K., V. K. Arora, and N. P. Gillett, 2012: Is the climate response to $CO_2$ emissions path dependent? *Geophys. Res. Lett.*, **39**, L05703.

13

BLM_0074724

Zickfeld, K., M. Eby, H. D. Matthews, and A. J. Weaver, 2009: Setting cumulative emissions targets to reduce the risk of dangerous climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 16129–16134.

Zickfeld, K., et al., 2013: Long-term climate change commitment and reversibility: An EMIC intercomparison. *J. Clim.*, **26**, 5782-5809.

Zwally, H. J., and M. B. Giovinetto, 2011: Overview and assessment of Antarctic Ice-Sheet mass balance estimates: 1992–2009. *Surv. Geophys.*, **32**, 351–376.

13

BLM_0074725

# Climate Phenomena and their Relevance for Future Regional Climate Change

**14**

### Coordinating Lead Authors:

Jens Hesselbjerg Christensen (Denmark), Krishna Kumar Kanikicharla (India)

### Lead Authors:

Edvin Aldrian (Indonesia), Soon-Il An (Republic of Korea), Iracema Fonseca Albuquerque Cavalcanti (Brazil), Manuel de Castro (Spain), Wenjie Dong (China), Prashant Goswami (India), Alex Hall (USA), Joseph Katongo Kanyanga (Zambia), Akio Kitoh (Japan), James Kossin (USA), Ngar-Cheung Lau (USA), James Renwick (New Zealand), David B. Stephenson (UK), Shang-Ping Xie (USA), Tianjun Zhou (China)

### Contributing Authors:

Libu Abraham (Qatar), Tércio Ambrizzi (Brazil), Bruce Anderson (USA), Osamu Arakawa (Japan), Raymond Arritt (USA), Mark Baldwin (UK), Mathew Barlow (USA), David Barriopedro (Spain), Michela Biasutti (USA), Sébastien Biner (Canada), David Bromwich (USA), Josephine Brown (Australia), Wenju Cai (Australia), Leila V. Carvalho (USA/Brazil), Ping Chang (USA), Xiaolong Chen (China), Jung Choi (Republic of Korea), Ole Bøssing Christensen (Denmark), Clara Deser (USA), Kerry Emanuel (USA), Hirokazu Endo (Japan), David B. Enfield (USA), Amato Evan (USA), Alessandra Giannini (USA), Nathan Gillett (Canada), Annamalai Hariharasubramanian (USA), Ping Huang (China), Julie Jones (UK), Ashok Karumuri (India), Jack Katzfey (Australia), Erik Kjellström (Sweden), Jeff Knight (UK), Thomas Knutson (USA), Ashwini Kulkarni (India), Koteswara Rao Kundeti (India), William K. Lau (USA), Geert Lenderink (Netherlands), Chris Lennard (South Africa), Lai-yung Ruby Leung (USA), Renping Lin (China), Teresa Losada (Spain), Neil C. Mackellar (South Africa), Victor Magaña (Mexico), Gareth Marshall (UK), Linda Mearns (USA), Gerald Meehl (USA), Claudio Menéndez (Argentina), Hiroyuki Murakami (USA/Japan), Mary Jo Nath (USA), J. David Neelin (USA), Geert Jan van Oldenborgh (Netherlands), Martin Olesen (Denmark), Jan Polcher (France), Yun Qian (USA), Suchanda Ray (India), Katharine Davis Reich (USA), Belén Rodriguez de Fonseca (Spain), Paolo Ruti (Italy), James Screen (UK), Jan Sedláček (Switzerland) Silvina Solman (Argentina), Martin Stendel (Denmark), Samantha Stevenson (USA), Izuru Takayabu (Japan), John Turner (UK), Caroline Ummenhofer (USA), Kevin Walsh (Australia), Bin Wang (USA), Chunzai Wang (USA), Ian Watterson (Australia), Matthew Widlansky (USA), Andrew Wittenberg (USA), Tim Woollings (UK), Sang-Wook Yeh (Republic of Korea), Chidong Zhang (USA), Lixia Zhang (China), Xiaotong Zheng (China), Liwei Zou (China)

### Review Editors:

John Fyfe (Canada), Won-Tae Kwon (Republic of Korea), Kevin Trenberth (USA), David Wratt (New Zealand)

### This chapter should be cited as:

Christensen, J.H., K. Krishna Kumar, E. Aldrian, S.-I. An, I.F.A. Cavalcanti, M. de Castro, W. Dong, P. Goswami, A. Hall, J.K. Kanyanga, A. Kitoh, J. Kossin, N.-C. Lau, J. Renwick, D.B. Stephenson, S.-P. Xie and T. Zhou, 2013: Climate Phenomena and their Relevance for Future Regional Climate Change. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

1217

BLM_0074726

# Table of Contents

Executive Summary .................................................. 1219

**14.1   Introduction** .................................................. 1222

14.1.1     Monsoons and Tropical Convergence Zones ........... 1222

14.1.2     Modes of Climate Variability ................................. 1222

14.1.3     Tropical and Extratropical Cyclones......................... 1223

14.1.4     Summary of Climate Phenomena and their Impact on Regional Climate.................................................. 1223

**Box 14.1: Conceptual Definitions and Impacts of Modes of Climate Variability** .................................................. 1223

**14.2   Monsoon Systems** .................................................. 1225

14.2.1     Global Overview .................................................. 1225

14.2.2     Asian-Australian Monsoon..................................... 1227

14.2.3     American Monsoons .............................................. 1232

14.2.4     African Monsoon .................................................. 1234

14.2.5     Assessment Summary ............................................ 1234

**14.3   Tropical Phenomena** .................................................. 1235

14.3.1     Convergence Zones................................................ 1235

14.3.2     Madden–Julian Oscillation..................................... 1237

14.3.3     Indian Ocean Modes............................................... 1237

14.3.4     Atlantic Ocean Modes............................................. 1239

14.3.5     Assessment Summary ............................................ 1240

**14.4   El Niño-Southern Oscillation** .................................. 1240

14.4.1     Tropical Pacific Mean State ..................................... 1240

14.4.2     El Niño Changes over Recent Decades and in the Future .................................................. 1240

14.4.3     Teleconnections...................................................... 1243

14.4.4     Assessment Summary ............................................ 1243

**14.5   Annular and Dipolar Modes** .................................... 1243

14.5.1     Northern Modes...................................................... 1244

14.5.2     Southern Annular Mode ......................................... 1245

14.5.3     Assessment Summary ............................................ 1246

**Box 14.2: Blocking** .................................................. 1246

**14.6   Large-scale Storm Systems** .................................... 1248

14.6.1     Tropical Cyclones.................................................... 1248

14.6.2     Extratropical Cyclones............................................ 1251

14.6.3     Assessment Summary ............................................ 1252

**14.7   Additional Phenomena of Relevance** .................. 1253

14.7.1     Pacific–South American Pattern .............................. 1253

14.7.2     Pacific–North American Pattern .............................. 1253

14.7.3     Pacific Decadal Oscillation/Inter-decadal Pacific Oscillation ................................................. 1253

14.7.4     Tropospheric Biennial Oscillation ........................... 1253

14.7.5     Quasi-Biennial Oscillation ....................................... 1254

14.7.6     Atlantic Multi-decadal Oscillation........................... 1254

14.7.7     Assessment Summary ............................................ 1255

**14.8   Future Regional Climate Change** .......................... 1255

14.8.1     Overview................................................................. 1255

14.8.2     Arctic...................................................................... 1257

14.8.3     North America........................................................ 1258

14.8.4     Central America and Caribbean .............................. 1260

14.8.5     South America........................................................ 1261

14.8.6     Europe and Mediterranean .................................... 1264

14.8.7     Africa ..................................................................... 1266

14.8.8     Central and North Asia........................................... 1268

14.8.9     East Asia ................................................................ 1269

14.8.10    West Asia ............................................................... 1271

14.8.11    South Asia .............................................................. 1272

14.8.12    Southeast Asia ....................................................... 1273

14.8.13    Australia and New Zealand..................................... 1273

14.8.14    Pacific Islands Region............................................. 1275

14.8.15    Antarctica .............................................................. 1276

**References** .................................................. 1290

**Frequently Asked Questions**

FAQ 14.1    How Is Climate Change Affecting Monsoons? .................................................. 1228

FAQ 14.2    How Are Future Projections in Regional Climate Related to Projections of Global Means? .................................................. 1256

**Supplementary Material**

*Supplementary Material is available in online versions of the report.*

BLM_0074727

## Executive Summary

*This chapter assesses the scientific literature on projected changes in major climate phenomena and more specifically their relevance for future change in regional climates, contingent on global mean temperatures continue to rise.*

Regional climates are the complex result of processes that vary strongly with location and so respond differently to changes in global-scale influences. The following large-scale climate phenomena are increasingly well simulated by climate models and so provide a scientific basis for understanding and developing credibility in future regional climate change. A phenomenon is considered relevant to regional climate change if there is confidence that it has influence on the regional climate and there is confidence that the phenomenon will change, particularly under the Representative Concentration Pathway 4.5 (RCP4.5) or higher end scenarios. {Table 14.3}

### Monsoon Systems

**There is growing evidence of improved skill of climate models in reproducing climatological features of the global monsoon. Taken together with identified model agreement on future changes, the global monsoon, aggregated over all monsoon systems, is *likely*[1] to strengthen in the 21st century with increases in its area and intensity, while the monsoon circulation weakens. Monsoon onset dates are *likely* to become earlier or not to change much and monsoon retreat dates are *likely* to delay, resulting in lengthening of the monsoon season in many regions. {14.2.1}**

Future increase in precipitation extremes related to the monsoon is *very likely* in South America, Africa, East Asia, South Asia, Southeast Asia and Australia. Lesser model agreement results in *medium confidence*[2] that monsoon-related interannual precipitation variability will increase in the future. {14.2.1, 14.8.5, 14.8.7, 14.8.9, 14.8.11, 14.8.12, 14.8.13}

Model skill in representing regional monsoons is lower compared to the global monsoon and varies across different monsoon systems. There is *medium confidence* that overall precipitation associated with the Asian-Australian monsoon will increase but with a north–south asymmetry: Indian and East Asian monsoon precipitation is projected to increase, while projected changes in Australian summer monsoon precipitation are small. There is *medium confidence* that the Indian summer monsoon circulation will weaken, but this is compensated by increased atmospheric moisture content, leading to more precipitation. For the East Asian summer monsoon, both monsoon circulation and precipitation are projected to increase. There is *medium confidence* that the increase of the Indian summer monsoon rainfall and its extremes throughout the 21st century will be the largest among all monsoons. {14.2.2, 14.8.9, 14.8.11, 14.8.13}

There is *low confidence* in projections of changes in precipitation amounts for the North American and South American monsoons, but *medium confidence* that the North American monsoon will arrive and persist later in the annual cycle, and *high confidence* in expansion of the South American monsoon area. {14.2.3, 14.8.3, 14.8.4, 14.8.5}

There is *low confidence* in projections of a small delay in the development of the West African rainy season and an intensification of late-season rains. Model limitations in representing central features of the West African monsoon result in *low confidence* in future projections. {14.2.4, 14.8.7}

### Tropical Phenomena

**Based on models' ability to reproduce general features of the Indian Ocean Dipole and agreement on future projections, the tropical Indian Ocean is *likely* to feature a zonal (east–west) pattern of change in the future with reduced warming and decreased precipitation in the east, and increased warming and increased precipitation in the west, directly influencing East Africa and Southeast Asia precipitation. {14.3, 14.8.7, 14.8.12}**

**A newly identified robust feature in model simulations of tropical precipitation over oceans gives *medium confidence* that annual precipitation change follows a 'warmer-get-wetter' pattern, increasing where warming of sea surface temperature exceeds the tropical mean and vice versa.** There is *medium confidence* in projections showing an increase in seasonal mean precipitation on the equatorial flank of the Inter-Tropical Convergence Zone (ITCZ) affecting parts of Central America, the Caribbean, South America, Africa and West Asia despite shortcomings in many models in simulating the ITCZ. There is *medium confidence* that the frequency of zonally oriented South Pacific Convergence Zone events will increase, with the South Pacific Convergence Zone (SPCZ) lying well to the northeast of its average position, a feature commonly reproduced in models that simulate the SPCZ realistically, resulting in reduced precipitation over many South Pacific island nations. Similarly there is *medium confidence* that the South Atlantic Convergence Zone will shift southwards, leading to an increase in precipitation over southeastern South America and a reduction immediately north thereof. {14.3, 14.8.4, 14.8.5, 14.8.7, 14.8.11, 14.8.14}

---

[1]  In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

[2]  In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

BLM_0074728

There is *low confidence* in projections of future changes in the Madden–Julian Oscillation owing to poor ability of the models to simulate it and its sensitivity to ocean warming patterns. The implications for future projections of regional climate extremes in West Asia, South Asia, Southeast Asia and Australia are therefore highly uncertain when associated with the Madden–Julian Oscillation. {14.3, 14.8.10, 14.8.11, 14.8.12, 14.8.13}

There is *low confidence* in the projections of future changes for the tropical Atlantic, both for the mean and interannual modes, because of systematic errors in model simulations of current climate. The implications for future changes in Atlantic hurricanes and tropical South American and West African precipitation are therefore uncertain. {14.3, 14.6.1, 14.8.5, 14.8.7 }

**The realism of the representation of El Niño-Southern Oscillation (ENSO) in climate models is increasing and models simulate ongoing ENSO variability in the future. Therefore there is** *high confidence* **that ENSO** *very likely* **remains as the dominant mode of interannual variability in the future and due to increased moisture availability, the associated precipitation variability on regional scales** *likely* **intensifies.** An eastward shift in the patterns of temperature and precipitation variations in the North Pacific and North America related to El Niño and La Niña (teleconnections), a feature consistently simulated by models, is projected for the future, but with *medium confidence*, while other regional implications including those in Central and South America, the Caribbean, Africa, most of Asia, Australia and most Pacific Islands are more uncertain. However, natural modulations of the variance and spatial pattern of ENSO are so large in models that *confidence* in any specific projected change in its variability in the 21st century remains *low*. {14.4, 14.8.3, 14.8.4, 14.8.5, 14.8.7, 14.8.9, 14.8.11, 14.8.12, 14.8.13, 14.8.14}

Cyclones

**Based on process understanding and agreement in 21st century projections, it is** *likely* **that the global frequency of occurrence of tropical cyclones will either decrease or remain essentially unchanged, concurrent with a** *likely* **increase in both global mean tropical cyclone maximum wind speed and precipitation rates. The future influence of climate change on tropical cyclones is** *likely* **to vary by region, but the specific characteristics of the changes are not yet well quantified and there is** *low confidence* **in region-specific projections of frequency and intensity.** However, better process understanding and model agreement in specific regions provide *medium confidence* that precipitation will be more extreme near the centres of tropical cyclones making landfall in North and Central America; East Africa; West, East, South and Southeast Asia as well as in Australia and many Pacific islands. Improvements in model resolution and downscaling techniques increase confidence in projections of intense storms, and the frequency of the most intense storms will *more likely than not* increase substantially in some basins. {14.6, 14.8.3, 14.8.4, 14.8.7, 14.8.9, 14.8.10, 14.8.11, 14.8.12, 14.8.13, 14.8.14}

**Despite systematic biases in simulating storm tracks, most models and studies are in agreement on the future changes in the number of extratropical cyclones (ETCs). The global number of ETCs is** *unlikely* **to decrease by more than a few percent. A small poleward shift is** *likely* **in the Southern Hemisphere (SH) storm track.** It is *more likely than not*, based on projections with *medium confidence*, that the North Pacific storm track will shift poleward. However, it is *unlikely* that the response of the North Atlantic storm track is a simple poleward shift. There is *low confidence* in the magnitude of regional storm track changes, and the impact of such changes on regional surface climate. It is *very likely* that increases in Arctic, Northern European, North American and SH winter precipitation by the end of the 21st century (2081–2100) will result from more precipitation in ETCs associated with enhanced extremes of storm-related precipitation. {14.6, 14.8.2, 14.8.3, 14.8.5, 14.8.6, 14.8.13, 14.8.15}

Blocking

**Increased ability in simulating blocking in models and higher agreement on projections indicate that there is** *medium confidence* **that the frequency of Northern and Southern Hemisphere blocking will not increase,** while trends in blocking intensity and persistence remain uncertain. The implications for blocking-related regional changes in North America, Europe and Mediterranean and Central and North Asia are therefore also uncertain. {14.8.3, 14.8.6, 14.8.8, Box 14.2}

Annular and Dipolar Modes of Variability

**Models are generally able to simulate gross features of annular and dipolar modes. Model agreement in projections indicates that future boreal wintertime North Atlantic Oscillation is** *very likely* **to exhibit large natural variations and trend of similar magnitude to that observed in the past and is** *likely* **to become slightly more positive on average, with some, but not well documented, implications for winter conditions in the Arctic, North America and Eurasia. The austral summer/autumn positive trend in Southern Annular Mode is** *likely* **to weaken considerably as stratospheric ozone recovers through the mid-21st century with some, but not well documented, implications for South America, Africa, Australia, New Zealand and Antarctica.** {14.5.1, 14.5.2, 14.8.2, 14.8.3, 14.8.5, 14.8.6, 14.8.7, 14.8.8, 14.8.13, 14.8.15}

Atlantic Multi-decadal Oscillation

**Multiple lines of evidence from paleo reconstructions and model simulations indicate that the Atlantic Multi-decadal Oscillation (AMO) is** *unlikely* **to change its behaviour in the future as the mean climate changes.** However, natural fluctuations in the AMO over the coming few decades are *likely* to influence regional climates at least as strongly as will human-induced changes, with implications for Atlantic major hurricane frequency, the West African wet season, North American and European summer conditions. {14.7.6, 14.2.4, 14.6.1, 14.8.3, 14.8.6}

BLM_0074729

**Pacific South American Pattern**

Understanding of underlying physical mechanisms and the projected sea surface temperatures in the equatorial Indo-Pacific regions gives *medium confidence* that future changes in the mean atmospheric circulation for austral summer will project on this pattern, thereby influencing the South American Convergence Zone and precipitation over southeastern South America. {14.7.2, 14.8.5}

BLM_0074730

## 14.1   Introduction

Regional climates are the complex outcome of local physical processes and the non-local responses to large-scale phenomena such as the El Niño-Southern Oscillation (ENSO) and other dominant modes of climate variability. The dynamics of regional climates are determined by local weather systems that control the net transport of heat, moisture and momentum into a region. Regional climate is interpreted in the widest sense to mean the whole joint probability distribution of climate variables for a region including the time mean state, the variance and co-variance and the extremes.

This chapter assesses the physical basis of future regional climate change in the context of changes in the following types of phenomena: *monsoons and tropical convergence zones*, large-scale *modes of climate variability* and *tropical and extratropical cyclones*. Assessment of future changes in these phenomena are based on climate model projections (e.g., the Coupled Model Intercomparison Project Phase 3 (CMIP3) and CMIP5 multi-model ensembles described in Chapter 12) and an understanding of how well such models represent the key processes in these phenomena. More generic processes relevant to regional climate change, such as thermodynamic processes and land–atmosphere feedback processes, are assessed in Chapter 12. Local processes such as snow–albedo feedback, moisture feedbacks due to local vegetation, effects of steep complex terrain etc. can be important for changes but are in general beyond the scope of this chapter. The main focus here is on large-scale atmospheric phenomena rather than more local feedback processes or impacts such as floods and droughts.

Sections 14.1.1 to 14.1.3 introduce the three main classes of phenomena addressed in this Assessment and then Section 14.1.4 summarizes their main impacts on precipitation and surface temperature. Specific climate phenomena are then addressed in Sections 14.2 to 14.7, which build on key findings from the Fourth Assessment Report, AR4 (IPCC, 2007a), and provide an assessment of process understanding and how well models simulate the phenomenon and an assessment of future projections for the phenomena. In Section 14.8, future regional climate changes are assessed, and where possible, interpreted in terms of future changes in phenomena. In particular, the relevance of the various phenomena addressed in this chapter for future climate change in the regions covered in Annex I are emphasized. The regions are those defined in previous regional climate change assessments (IPCC, 2007a, 2007b, 2012). Regional Climate Models (RCMs) and other downscaling tools required for local impact assessments are assessed in Section 9.6 and results from these studies are used where such supporting information adds additional relevant details to the assessment.

### 14.1.1   Monsoons and Tropical Convergence Zones

The major monsoon systems are associated with the seasonal movement of convergence zones over land, leading to profound seasonal changes in local hydrological cycles. Section 14.2 assesses current understanding of monsoonal behaviour in the present and future climate, how monsoon characteristics are influenced by the large-scale tropical modes of variability and their potential changes and how the monsoons in turn affect regional extremes. Convergence zones over the tropical oceans not only play a fundamental role in determining

regional climates but also influence the global atmospheric circulation. Section 14.3 presents an assessment of these and other important tropical phenomena.

### 14.1.2   Modes of Climate Variability

Regional climates are strongly influenced by modes of climate variability (see Box 14.1 for definitions of mode, regime and teleconnection). This chapter assesses major modes such as El Niño-Southern Oscillation (ENSO, Section 14.4), the North Atlantic Oscillation/Northern Annular Mode (NAO/NAM) and Southern Annular Mode (SAM) in the extratropics (Section 14.5) and various other well-known modes such as the Pacific North American (PNA) pattern, Pacific Decadal Oscillation (PDO), Atlantic Multi-decadal Oscillation (AMO), etc. (Section 14.7). Many of these modes are described in previous IPCC reports (e.g., Section 3.6 of AR4 WG1). Chapter 2 gives operational definitions of mode indices (Box 2.5, Table 1) and an assessment of observed historical behaviour (Section 2.7.8). Climate models are generally able to simulate the gross features of many of the modes of variability (Section 9.5), and so provide useful tools for understanding how modes might change in the future (Müller and Roeckner, 2008; Handorf and Dethloff, 2009).

Modes and regimes provide a simplified description of variations in the climate system. In the simplest paradigm, variations in climate variables are described by linear projection onto a set of mode indices (Baldwin et al., 2009; Baldwin and Thompson, 2009; Hurrell and Deser, 2009). For example, a large fraction of interannual variance in Northern Hemisphere (NH) sea level pressure is accounted for by linear combinations of the NAM and the PNA modes (Quadrelli and Wallace, 2004). Alternatively, the nonlinear regime paradigm considers the probability distribution of local climate variables to be a multi-modal mixture of distributions related to a discrete set of regimes/types (Palmer, 1999; Cassou and Terray, 2001; Monahan et al., 2001).

There is ongoing debate on the relevance of the different paradigms (Stephenson et al., 2004; Christiansen, 2005; Ambaum, 2008; Fereday et al., 2008), and care is required when interpreting these constructs (Monahan et al., 2009; Takahashi et al., 2011).

Modes of climate variability may respond to climate change in one or more of the following ways:

- *No change*—the modes will continue to behave as they have done in the recent past.

- *Index changes*—the probability distributions of the mode indices may change (e.g., shifts in the mean and/or variance, or more complex changes in shape such as changes in local probability density, e.g., frequency of regimes).

- *Spatial changes*—the climate patterns associated with the modes may change spatially (e.g., new flavours of ENSO; see Section 14.4 and Supplementary Material) or the local amplitudes of the climate patterns may change (e.g., enhanced precipitation for a given change in index (Bulic and Kucharski, 2012)).

BLM_0074731

- *Structural changes*—the types and number of modes and their mutual dependencies may change; completely new modes could in principle emerge.

An assessment of changes in modes of variability can be problematic for several reasons. First, interpretation depends on how one separates modes of variability from forced changes in the time mean or variations in the annual cycle (Pezzulli et al., 2005; Compo and Sardeshmukh, 2010). Modes of variability are generally defined using indices based on either detrended anomalies (Deser et al., 2010b) or anomalies obtained by removing the time mean over a historical reference period (see Box 2.5). The mode index in the latter approach will include changes in the mean, whereas by definition there is no trend in a mode index when it is based on detrended anomalies. Second, it can be difficult to separate natural variations from forced responses, for example, warming trends in the N. Atlantic during the 20th century that may be due to trends in aerosol and other forcings rather than natural internal variability (see Sections 14.6.2 and 14.7.1). Finally, modes of climate variability are nonlinearly related to one another (Hsieh et al., 2006) and this relationship can change in time (e.g., trends in correlation between ENSO and NAO indices).

Even when the change in a mode of variability index does not contribute greatly to mean regional climate change, a climate mode may still play an important role in regional climate variability and extremes. Natural variations, such as those due to modes of variability, are a major source of uncertainty in future projections of mean regional climate (Deser et al., 2012). Furthermore, changes in the extremes of regional climate are *likely* to be sensitive to small changes in variance or shape of the distribution of the mode indices or the mode spatial patterns (Coppola et al., 2005; Scaife et al., 2008).

### 14.1.3   Tropical and Extratropical Cyclones

Tropical and extratropical cyclones (TCs and ETCs) are important weather phenomena intimately linked to regional climate phenomena and modes of climate variability. Both types of cyclone can produce extreme wind speeds and precipitation (see Section 3.4, IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX; IPCC, 2012)). Sections 14.6.1 and 14.6.2 assess the recent progress in scientific understanding of how these important weather systems are *likely* to change in the future.

### 14.1.4   Summary of Climate Phenomena and their Impact on Regional Climate

Box 14.1, Figure 1 illustrates the large-scale climate phenomena assessed in this chapter. Many of the climate phenomena are evident in the map of annual mean rainfall (central panel). The most abundant annual rainfall occurs in the tropical convergence zones: Inter-Tropical Convergence Zone (ITCZ) over the Pacific, Atlantic and African equatorial belt (see Section 14.3.1.1), South Pacific Convergence Zone (SPCZ) over central South Pacific (see Section 14.3.1.2) and South Atlantic Convergence Zone (SACZ) over Southern South America and Southern Atlantic (see Section 14.3.1.3). In the global monsoon domain (white contours on the map), large amounts of precipitation occur but only in certain seasons (see Section 14.2.1). Local maxima in precipitation are also apparent over the major storm track regions in mid-latitudes (see Section 14.7.2). Box 14.1 Figure 1 also illustrates surface air temperature (left panels) and precipitation (right panels) teleconnection patterns for ENSO (in December to February and June to August; see Section 14.4), NAO (in December to February; see Section 14.5.1) and SAM (in September to November; see Section 14.5.2). The teleconnection patterns were obtained by taking the correlation between monthly gridded temperature and precipitation anomalies and indices for the modes (see Box 14.1 definitions). It can be seen that all three modes have far-reaching effects on temperature and precipitation in many parts of the world. Box 14.1, Table 1 briefly summarizes the main regional impacts of different well-known modes of climate variability.

### Box 14.1 | Conceptual Definitions and Impacts of Modes of Climate Variability

This box briefly defines key concepts used to interpret modes of variability (below) and summarizes regional impacts associated with well-known modes (Box 14.1, Table 1 and Box 14.1, Figure 1). The terms below are used to describe variations in time series variables reported at a set of geographically fixed spatial locations, for example, a set of observing stations or model grid points (based on the more complete statistical and dynamical interpretation in Stephenson et al. (2004)).

**Climate indices**
Time series constructed from climate variables that provides an aggregate summary of the state of the climate system. For example, the difference between sea level pressure in Iceland and the Azores provides a simple yet useful historical NAO index (see Section 14.5 and Box 2.5 for definitions of this and other well-known observational indices). Because of their maximum variance properties, climate indices are often defined using *principal components*.

**Principal component**
A linear combination of a set of time series variables that has maximum variance subject to certain normalization constraints. Principal components are widely used to define optimal *climate indices* from gridded datasets (e.g., the Arctic Oscillation (AO) index, defined as the leading principal component of NH sea level pressure; Section 14.5). *(continued on next page)*

BLM_0074732

*Box 14.1 (continued)*

**Climate pattern**
A set of coefficients obtained by 'projection' (regression) of climate variables at different spatial locations onto a *climate index* time series.

**Empirical Orthogonal Function**
The *climate pattern* obtained if the *climate index* is a *principal component*. It is an eigenvector of the covariance matrix of gridded climate data.

**Teleconnection**
A statistical association between climate variables at widely separated, geographically fixed spatial locations. Teleconnections are caused by large spatial structures such as basin-wide coupled modes of ocean–atmosphere variability, Rossby wave-trains, mid-latitude jets and storm-tracks, etc.

**Teleconnection pattern**
A correlation map obtained by calculating the correlation between variables at different spatial locations and a climate index. It is the special case of a *climate pattern* obtained for standardized variables and a standardized *climate index*, that is, the variables and index are each centred and scaled to have zero mean and unit variance. One-point teleconnection maps are made by choosing a variable at one of the locations to be the climate index. *(continued on next page)*

**Box 14.1, Table 1 |** Regional climate impacts of fundamental modes of variability.

| Mode | Regional Climate Impacts |
|------|--------------------------|
| ENSO | Global impact on interannual variability in global mean temperature. Influences severe weather and tropical cyclone activity worldwide. The diverse El Niño flavours present different teleconnection patterns that induce large impacts in numerous regions from polar to tropical latitudes (Section 14.4). |
| PDO | Influences surface air temperature and precipitation over the entire North American continent and extratropical North Pacific. Modulates ENSO rainfall teleconnections, e.g., Australian climate (Section 14.7.3). |
| IPO | Modulates decadal variability in Australian rainfall, and ENSO teleconnections to rainfall, surface temperature, river flow and flood risk over Australia, New Zealand and the SPCZ (Section 14.7.3). |
| NAO | Influences the N. Atlantic jet stream, storm tracks and blocking and thereby affects winter climate in over the N. Atlantic and surrounding landmasses. The summer NAO (SNAO) influences Western Europe and Mediterranean basin climates in the season (Section 14.5.1). |
| NAM | Modulates the intensity of mid-latitude storms throughout the Northern Hemisphere and thereby influences North America and Eurasia climates as well as sea ice distribution across the Arctic sea (Section 14.5.1). |
| NPO | Influences winter air temperature and precipitation over much of western North America as well as Arctic sea ice in the Pacific sector (Section 14.5.1). |
| SAM | Influences temperature over Antarctica, Australia, Argentina, Tasmania and the south of New Zealand and precipitation over southern South America, New Zealand, Tasmania, Australia and South Africa (Section 14.5.2). |
| PNA | Influences the jet stream and storm tracks over the Pacific and North American sectors, exerting notable influences on the temperature and precipitation in these regions on intraseasonal and interannual time scales (Section 14.7.2). |
| PSA | Influences atmospheric circulation over South America and thereby has impacts on precipitation over the continent (Section 14.7.1). |
| AMO | Influences air temperatures and rainfall over much of the Northern Hemisphere, in particular, North America and Europe. It is associated with multidecadal variations in Indian, East Asian and West African monsoons, the North African Sahel and northeast Brazil rainfall, the frequency of North American droughts and Atlantic hurricanes (Section 14.7.6). |
| AMM | Influences seasonal hurricane activity in the tropical Atlantic on both decadal and interannual time scales. Its variability is influenced by other modes, particularly ENSO and NAO (Section 14.3.4). |
| AN | Affects the West African Monsoon, the oceanic forcing of Sahel rainfall on both decadal and interannual time-scales and the spatial extension of drought in South Africa (Section 14.3.4). |
| IOB | Associated with the intensity of Northwest Pacific monsoon, the tropical cyclone activity over the Northwest Pacific and anomalous rainfall over East Asia (Section 14.3.3). |
| IOD | Associated with droughts in Indonesia, reduced rainfall over Australia, intensified Indian summer monsoon, floods in East Africa, hot summers over Japan, and anomalous climate in the extratropical Southern Hemisphere (Section 14.3.3). |
| TBO | Modulates the strength of the Indian and West Pacific monsoons. Affects droughts and floods over large areas of south Asia and Australia (Section 14.7.4). |
| MJO | Modulates the intensity of monsoon systems around the globe and tropical cyclone activity in the Indian, Pacific and Atlantic Oceans. Associated with enhanced rainfall in Western North America, northeast Brazil, Southeast Africa and Indonesia during boreal winter and Central America/Mexico and Southeast Asia during boreal summer (Section 14.3.2). |
| QBO | Strongly affects the strength of the northern stratospheric polar vortex as well as the extratropical troposphere circulation, occurring preferentially in boreal winter (Section 14.7.5). |
| BLC | Associated with cold air outbreaks, heat-waves, floods and droughts in middle and high latitudes of both hemispheres (Box 14.2). |

Notes:
AMM: Atlantic Meridional Mode
AMO: Atlantic Multi-decadal Oscillation
AN: Atlantic Niño pattern
BLC: Blocking events
ENSO: El Niño-Southern Oscillation

IOB: Indian Ocean Basin pattern
IOD: Indian Ocean Dipole pattern
IPO: Interdecadal Pacific Oscillation
MJO: Madden-Julian Oscillation
NAM: Northern Annular Mode

NAO: North Atlantic Oscillation
NPO: North Pacific Oscillation
PDO: Pacific Decadal Oscillation
PNA: Pacific North America pattern
PSA: Pacific South America pattern

QBO: Quasi-Biennial Oscillation
SAM: Southern Annular Mode
TBO: Tropospheric Biennial Oscillation

BLM_0074733

Box 14.1 (continued)

**Mode of climate variability**
Underlying space–time structure with preferred spatial pattern and temporal variation that helps account for the gross features in variance and for *teleconnections*. A mode of variability is often considered to be the product of a spatial *climate pattern* and an associated *climate index* time series.

**Climate regime**
A set of similar states of the climate system that occur more frequently than nearby states due to either more persistence or more often recurrence. In other words, a cluster in climate state space associated with a local maximum in the probability density function.



**Box 14.1, Figure 1 |** Global distribution of average annual rainfall (in cm/year) from 1979–2010 Global Precipitation Climatology Project (GPCP) database, monsoon precipitation domain (white contours) as defined in Section 14.2.1, and winter storm-tracks in both hemispheres (black arrows). In left (right) column seasonal correlation maps of North Atlantic Oscillation (NAO), Southern Oscillation Index (SOI, the atmospheric component of El Niño-Southern Oscillation (ENSO)) and Southern Annular Mode (SAM) mode indexes vs. monthly temperature (precipitation) anomalies in boreal winter (December, January and February (DJF)), austral winter (June, July and August (JJA)) and austral spring (September, October and November (SON)). Black contours indicate a 99% significance level. The mode indices were taken from National Oceanic and Atmospheric Administration (NOAA, http://www.esrl.noaa.gov/psd/data/climateindices/list/), global temperatures from NASA Goddard Institute of Space Studies Surface Temperature Analysis (GISTEMP, http://data.giss.nasa.gov/gistemp/) and global precipitations from GPCP (http://www.esrl.noaa.gov/psd/data/gridded/data.gpcp.html).

## 14.2   Monsoon Systems

Monsoons are a seasonal phenomenon responsible for producing the majority of wet season rainfall within the tropics. The precipitation characteristics over the Asian-Australian, American and African monsoons can be viewed as an integrated global monsoon system, associated with a global-scale atmospheric overturning circulation (Trenberth et al., 2000). In Section 14.2.1, changes in precipitation of the global monsoon system are assessed. Changes in regional monsoons are assessed in Sections 14.2.2 to 14.2.4.

### 14.2.1   Global Overview

The global *land* monsoon precipitation displays a decreasing trend over the last half-century, with primary contributions from the weakened summer monsoon systems in the NH (Wang and Ding, 2006). The combined global ocean–land monsoon precipitation has intensified during 1979–2008, mainly due to an upward trend in the NH summer oceanic monsoon precipitation (Zhou et al., 2008b; Hsu et al., 2011; Wang et al., 2012b). Because the fractional increase in monsoon area is greater than that in total precipitation, the ratio of the latter to the former (a measure of the global monsoon intensity) exhibits a

14

BLM_0074734

decreasing trend (Hsu et al., 2011). CMIP5 models generally reproduce the observed global monsoon domain, but the disparity between the best and poorest models is large (Section 9.5.2.4).

In the CMIP5 models the global monsoon area (GMA), the global monsoon total precipitation (GMP) and the global monsoon precipitation intensity (GMI) are projected to increase by the end of the 21st century (2081–2100, Hsu et al., 2013; Kitoh et al., 2013; Figure 14.1). See Supplementary Material Section 14.SM.1.2 for the definitions of GMA, GMP and GMI. The CMIP5 model projections show an expansion of GMA mainly over the central to eastern tropical Pacific, the southern Indian Ocean and eastern Asia. In all RCP scenarios, GMA is *very likely* to increase, and GMI is *likely* to increase, resulting in a *very likely* increase in GMP, by the end of the 21st century (2081–2100). The 100-year median changes in GMP are +5%, +8%, +10%, and +16% in RCP2.6, RCP4.5, RCP6.0, and RCP8.5 scenarios, respectively. Indices of precipitation extremes such as simple daily precipitation intensity index (SDII), defined as the total precipitation divided by the number of days with precipitation greater than or equal to 1 mm, annual max-

imum 5-day precipitation total (R5d) and consecutive dry days (CDD) all indicate that intense precipitation will increase at larger rates than those of mean precipitation (Figure 14.1). The standard deviation of interannual variability in seasonal average precipitation (Psd) is projected to increase by many models but some models show a decrease in Psd. This is related to uncertainties in projections of future changes in tropical sea surface temperature (SST). Regarding seasonality, CMIP5 models project that monsoon onset dates will come earlier or not change much while monsoon retreat dates will delay, resulting in a lengthening of the monsoon season in many regions.

CMIP5 models show a decreasing trend of lower-troposphere wind convergence (dynamical factor) throughout the 20th and 21st centuries (Figure 14.2d). With increased moisture (see also Section 12.4), the moisture flux convergence shows an increasing trend from 1980 through the 21st century (Figure 14.2c). Surface evaporation shows a similar trend (Figure 14.2b) associated with warmer SSTs. Therefore, the global monsoon precipitation increases (Figure 14.2a) due to increases in moisture flux convergence and surface evaporation despite



**Figure 14.1 |** (Upper) Observed (thick contour) and simulated (shading) global monsoon domain, based on the definition of Wang et al. (2011). The observations are based on GPCP v2.2 data (Huffman et al., 2009), and the simulations are based on 26 CMIP5 multi-model mean precipitation with a common 2.5 by 2.5 degree grid in the present day (1986–2005) and the future (2080–2099; RCP8.5 scenario). Orange (dark blue) shading shows monsoon domain only in the present day (future). Light blue shading shows monsoon domain in both periods. (Lower) Projected changes for the future (2080–2099) relative to the present day (1986-2005) in the global monsoon area (GMA) and global monsoon intensity (GMI), global monsoon total precipitation (GMP), standard deviation of interannual variability in seasonal average precipitation (Psd), simple daily precipitation intensity index (SDII), seasonal maximum 5-day precipitation total (R5d), seasonal maximum consecutive dry days (CDD) and monsoon season duration (DUR), under the RCP2.6 (dark blue; 18 models), RCP4.5 (light blue; 24 models), RCP6.0 (orange; 14 models) and RCP8.5 scenarios (red; 26 models). Units are % except for DUR (days). Box-and-whisker plots show the 10th, 25th, 50th, 75th and 90th percentiles. All of the indices are calculated for the summer season (May to September in the Northern Hemisphere; November to March in the Southern Hemisphere). The indices of Psd, SDII, R5d and CDD calculated for each model's original grid, and then averaged over the monsoon domains determined by each model at the present-day. The indices of DUR are calculated for seven regional monsoon domains based on the criteria proposed by Wang and LinHo (2002) using regionally averaged climatological cycles of precipitation, and then their changes are averaged with weighting based on their area at the present day.

BLM_0074735



**Figure 14.2 |** Time series of simulated anomalies, smoothed with a 20-year running mean over the global land monsoon domain for (a) precipitation (mm day⁻¹), (b) evaporation (mm day⁻¹), (c) water vapour flux convergence in the lower (below 500 hPa) troposphere (mm day⁻¹), and (d) wind convergence in the lower troposphere (10⁻³ kg m⁻² s⁻¹), relative to the present-day (1986–2005), based on CMIP5 multi-model monthly outputs. Historical (grey; 29 models), RCP2.6 (dark blue; 20 models), RCP4.5 (light blue; 24 models), RCP6.0 (orange; 16 models), and RCP8.5 (red; 24 models) simulations are shown in the 10th and 90th percentile (shading), and in all model averages (thick lines).

a weakened monsoon circulation. Besides greenhouse gases (GHGs), monsoons are affected by changes in aerosol loadings (Ramanathan et al., 2005). The aerosol direct forcing may heat the atmosphere but cools the surface, altering atmospheric stability and inducing horizontal pressure gradients that modulate the large-scale circulation and hence monsoon rainfall (Lau et al., 2008). However, the representation of aerosol forcing differs among models, and remains an important source of uncertainty (Chapter 7 and Section 12.2.2), particularly in some regional monsoon systems.

### 14.2.2    Asian-Australian Monsoon

The seasonal variation in the thermal contrast between the large Eurasian landmass and the Pacific-Indian Oceans drives the powerful Asian-Australian monsoon (AAM) system (Figure 14.3), which consists of five major subsystems: Indian (also known as South Asian), East Asian, Maritime Continent, Australian, and Western North Pacific monsoons. More than 85% of CMIP5 models show an increase in mean

precipitation of the East Asian summer (EAS) monsoon, while more than 95% of models project an increase in heavy precipitation events (Figure 14.4). All models and all scenarios project an increase in both the mean and extreme precipitation in the Indian summer monsoon (referred to as SAS in Figures 14.3 and 14.4) . In these two regions, the interannual standard deviation of seasonal mean precipitation also increases. Over the Australian-Maritime Continent (AUSMC) monsoon region, agreement among models is low. Figure 14.5 shows the time-series of circulation indices representing EAS, Indian (IND), Western North Pacific (WNP) and Australian (AUS) summer monsoon systems. The Indian monsoon circulation index is *likely* to decrease in the 21st century, while a slight increase in the East Asian monsoon circulation is projected. Scatter among models is large for the western North Pacific and Australian monsoon circulation change.

Factors that limit the confidence in quantitative assessment of monsoon changes include sensitivity to model resolution (Cherchi and Navarra, 2007; Klingaman et al., 2011), model biases (Levine and

**14**

BLM_0074736

Frequently Asked Questions
## FAQ 14.1 | How is Climate Change Affecting Monsoons?

*Monsoons are the most important mode of seasonal climate variation in the tropics, and are responsible for a large fraction of the annual rainfall in many regions. Their strength and timing is related to atmospheric moisture content, land–sea temperature contrast, land cover and use, atmospheric aerosol loadings and other factors. Overall, monsoonal rainfall is projected to become more intense in future, and to affect larger areas, because atmospheric moisture content increases with temperature. However, the localized effects of climate change on regional monsoon strength and variability are complex and more uncertain.*

Monsoon rains fall over all tropical continents: Asia, Australia, the Americas and Africa. The monsoon circulation is driven by the difference in temperature between land and sea, which varies seasonally with the distribution of solar heating. The duration and amount of rainfall depends on the moisture content of the air, and on the configuration and strength of the atmospheric circulation. The regional distribution of land and ocean also plays a role, as does topography. For example, the Tibetan Plateau—through variations in its snow cover and surface heating—modulates the strength of the complex Asian monsoon systems. Where moist on-shore winds rise over mountains, as they do in southwest India, monsoon rainfall is intensified. On the lee side of such mountains, it lessens.

Since the late 1970s, the East Asian summer monsoon has been weakening and not extending as far north as it used to in earlier times , as a result of changes in the atmospheric circulation. That in turn has led to increasing drought in northern China, but floods in the Yangtze River Valley farther south. In contrast, the Indo-Australian and Western Pacific monsoon systems show no coherent trends since the mid-20th century, but are strongly modulated by the El Niño-Southern Oscillation (ENSO). Similarly, changes observed in the South American monsoon system over the last few decades are strongly related to ENSO variability. Evidence of trends in the North American monsoon system is limited, but a tendency towards heavier rainfalls on the northern side of the main monsoon region has been observed. No systematic long-term trends have been observed in the behaviour of the Indian or the African monsoons.

The land surface warms more rapidly than the ocean surface, so that surface temperature contrast is increasing in most regions. The tropical atmospheric overturning circulation, however, slows down on average as the climate warms due to energy balance constraints in the tropical atmosphere. These changes in the atmospheric circulation lead to regional changes in monsoon intensity, area and timing. There are a number of other effects as to how

*(continued on next page)*



FAQ 14.1, Figure 1 | Schematic diagram illustrating the main ways that human activity influences monsoon rainfall. As the climate warms, increasing water vapour transport from the ocean into land increases because warmer air contains more water vapour. This also increases the potential for heavy rainfalls. Warming-related changes in large-scale circulation influence the strength and extent of the overall monsoon circulation. Land use change and atmospheric aerosol loading can also affect the amount of solar radiation that is absorbed in the atmosphere and land, potentially moderating the land–sea temperature difference.

BLM_0074737

FAQ 14.1 (continued)

climate change can influence monsoons. Surface heating varies with the intensity of solar radiation absorption, which is itself affected by any land use changes that alter the reflectivity (albedo) of the land surface. Also, changing atmospheric aerosol loadings, such as air pollution, affect how much solar radiation reaches the ground, which can change the monsoon circulation by altering summer solar heating of the land surface. Absorption of solar radiation by aerosols, on the other hand, warms the atmosphere, changing the atmospheric heating distribution.

The strongest effect of climate change on the monsoons is the increase in atmospheric moisture associated with warming of the atmosphere, resulting in an increase in total monsoon rainfall even if the strength of the monsoon circulation weakens or does not change.

Climate model projections through the 21st century show an increase in total monsoon rainfall, largely due to increasing atmospheric moisture content. The total surface area affected by the monsoons is projected to increase, along with the general poleward expansion of the tropical regions. Climate models project from 5% to an approximately 15% increase of global monsoon rainfall depending on scenarios. Though total tropical monsoon rainfall increases, some areas will receive less monsoon rainfall, due to weakening tropical wind circulations. Monsoon onset dates are *likely* to be early or not to change much and the monsoon retreat dates are *likely* to delay, resulting in lengthening of the monsoon season.

Future regional trends in monsoon intensity and timing remain uncertain in many parts of the world. Year-to-year variations in the monsoons in many tropical regions are affected by ENSO. How ENSO will change in future—and how its effects on monsoon will change—also remain uncertain. However, the projected overall increase in monsoon rainfall indicates a corresponding increase in the risk of extreme rain events in most regions.

Turner, 2012; Bollasina and Ming, 2013), poor skill in simulating the Madden–Julian Oscillation (MJO; Section 9.1.3.3) and uncertainties in projected ENSO changes (Collins et al., 2010; Section 14.4) and in the representation of aerosol effects (Section 9.4.6).

### 14.2.2.1  Indian Monsoon

The Indian summer monsoon is known to have undergone abrupt shifts in the past millennium, giving rise to prolonged and intense droughts (Meehl and Hu, 2006; Sinha et al., 2011; see also Chapter 2). The observed recent weakening tendency in seasonal rainfall and the regional re-distribution has been partially attributed to factors such as changes in black carbon and/or sulphate aerosols (Chung and

Ramanathan, 2006; Lau et al., 2008; Bollasina et al., 2011), land use (Niyogi et al., 2010; see also Chapter 10) and SSTs (Annamalai et al., 2013). An increase in extreme rainfall events occurred at the expense of weaker rainfall events (Goswami et al., 2006) over the central Indian region, and in many other areas (Krishnamurthy et al., 2009). With a declining number of monsoon depressions (Krishnamurthy and Ajay-amohan, 2010), the upward trend in extreme rainfall events may be due to enhanced moisture content (Goswami et al., 2006) or warmer SSTs in the tropical Indian Ocean (Rajeevan et al., 2008).

CMIP3 projections show suppressed rainfall over the equatorial Indian Ocean (Cai et al., 2011e; Turner and Annamalai, 2012), and an increase in seasonal mean rainfall over India (Ueda et al., 2006; Annamalai



**Figure 14.3 |** Regional land monsoon domain based on 26 CMIP5 multi-model mean precipitation with a common 2.5° × 2.5° grid in the present-day (1986–2005). For regional divisions, the equator separates the northern monsoon domains (North America Monsoon System (NAMS), North Africa (NAF), Southern Asia (SAS) and East Asian summer (EAS)) from the southern monsoon domains (South America Monsoon System (SAMS), South Africa (SAF), and Australian-Maritime Continent (AUSMC)), 60°E separates NAF from SAS, and 20°N and 100°E separates SAS from EAS. All the regional domains are within 40°S to 40°N.

BLM_0074738



**Figure 14.4 |** Changes in precipitation indices over the regional land monsoon domains of (upper) East Asian summer (EAS), (middle) Southern Asia (SAS), and (lower) Australian-Maritime Continent (AUSMC) based on CMIP5 multi-models. (Left) Time series of observed and model-simulated summer precipitation anomalies (%) relative to the present-day average. All the time series are smoothed with a 20-year running mean. For the time series of simulations, all model averages are shown by thick lines for the historical (grey; 40 models), RCP2.6 (dark blue; 24 models), RCP4.5 (light blue; 34 models), RCP6.0 (orange; 20 models), and RCP8.5 scenarios (red; 32 models). Their intervals between 10th and 90th percentiles are shown by shading for RCP2.6 and RCP8.5 scenarios. For the time series of observations, Climate Research Unit (CRU) TS3.2 (update from Mitchell and Jones, 2005; dark blue), Global Precipitation Climatology Centre (GPCC) v6 (Becker et al., 2013; deep green), GPCC Variability Analysis of Surface Climate Observations (VASClimO; Beck et al., 2005; light green), Highly Resolved Observational Data Integration Towards the Evaluation of Water Resources (APHRODITE) v1101 (Yatagai et al., 2012; only for EAS and SAS regions; light blue), Global Precipitation Climatology Project (GPCP) v2.2 (updated from Huffman et al., 2009; black), and Climate Prediction Center (NOAA) Merged Analysis of Precipitation (CMAP) v1201 (updated from Xie and Arkin, 1997; black with dots) are shown. GPCC v6 with dot line, GPCC VASClimO, GPCP v2.2 and CMAP v1201 are calculated using all grids for the period of 1901–2010, 1951–2000, 1979–2010, 1979–2010, respectively. CRU TS3.2, GPCC v6 with solid line, and APHRODITE v1101, are calculated using only grid boxes (2.5° in longitude/latitude) where at least one observation site exists for more than 80% of the period of 1921–2005, 1921–2005, and 1951–2005, respectively. (Right) Projected changes for the future (2080-2099) relative to the present-day average in averaged precipitation (Pav), standard deviation of interannual variability in seasonal average precipitation (Psd), simple precipitation daily intensity index (SDII), seasonal maximum 5-day precipitation total (R5d), seasonal maximum consecutive dry days (CDD), monsoon onset date (ONS), retreat date (RET), and duration (DUR), under the RCP2.6 (18 models), RCP4.5 (24 models), RCP6.0 (14 models) and RCP8.5 scenarios (26 models). Units are % in Pav, Psd, SDII, R5d, and CDD; days in ONS, RET, and DUR. Box-whisker plots show the 10th, 25th, 50th, 75th and 90th percentiles. All of the indices are calculated for the summer season (May to September in the Northern Hemisphere; November to March in the Southern Hemisphere). The indices of Pav, Psd, SDII, R5d and CDD are calculated for each model's original grid, and then averaged over the monsoon domains determined by each model at the present day. The indices of ONS and DUR are calculated based on the criteria proposed by Wang and LinHo (2002) using regionally averaged climatological cycles of precipitation.

**14**

1230



**Figure 14.5 |** Time series of summer monsoon indices (21-year running mean) relative to the base period average (1986–2005). Historical (gray), RCP4.5 (light blue) and RCP8.5 (red) simulations by 39 CMIP5 model ensembles are shown in 10th and 90th (shading), and 50th (thick line) percentiles. (a) East Asian summer monsoon (defined as June, July and August (JJA) sea level pressure difference between 160°E and 110°E from 10°N to 50°N), (b) Indian summer monsoon (defined as meridional differences of the JJA 850 hPa zonal winds averaged over 5°N to 15°N, 40°E to 80°E and 20°N to 30°N, 60°E to 90°E), (c) western North Pacific summer monsoon (defined as meridional differences of the JJA 850 hPa zonal winds averaged over 5°N to 15°N, 100°E to 130°E and 20°N to 30°N, 110°E to 140°E), (d) Australian summer monsoon (defined as December, January and February (DJF) 850 hPa zonal wind anomalies averaged over 10°S to 0°, 120°E to 150°E). (See Wang et al. (2004) and Zhou et al. (2009c) for indices definitions.)

et al., 2007; Turner et al., 2007a; Kumar et al., 2011b; Sabade et al., 2011). These results are generally confirmed by CMIP5 projections (Chaturvedi et al., 2012). The projected changes in Indian monsoon rainfall increase with the anthropogenic forcing among RCPs (May, 2011; see Figure 14.4; SAS).

In a suite of models that realistically simulate ENSO–monsoon relationships, normal monsoon years are *likely* to become less frequent in the future, but there is no clear consensus about the occurrence of extreme monsoon years (Turner and Annamalai, 2012). CMIP3 models indicate ENSO–monsoon relationships to persist in the future (Kumar et al., 2011b), but there is *low confidence* in the projection of ENSO variability (Section 14.4). Sub-seasonal scale monsoon variability is linked to the MJO but again the *confidence* in the future projection of MJO remains *low* (Section 14.3.2).

CMIP5 models project an increase in mean precipitation as well as its interannual variability and extremes (Figure 14.4; SAS). All models project an increase in heavy precipitation events but disagree on CDD changes. Regarding seasonality, model agreement is high on an earlier onset and later retreat, and hence longer duration. The monsoon circulation weakens in the future (Figure 14.5; IND) but the precipitation increases. Like the global monsoon (Section 14.2.1), the precipitation increase is largely due to the increased moisture flux from ocean to land.

### 14.2.2.2 East Asian Monsoon

The East Asian monsoon is characterized by a wet season and southerly flow in summer and by dry cold northerly flow in winter. The East Asian summer (EAS) monsoon circulation has experienced an inter-decadal weakening from the 1960s to the 1980s (Hori et al., 2007; Li et al., 2010a), associated with deficient rainfall in North China and excessive rainfall in central East China along 30°N (Hu, 1997; Wang, 2001; Gong and Ho, 2002; Yu et al., 2004). The summer monsoon circulation has begun to recover in recent decades (Liu et al., 2012a; Zhu et al., 2012). The summer monsoon over East Asia shows no clear trend during the 20th century (Zhang and Zhou, 2011), although significant trends may be found in local station records (Wang et al., 2006). The winter monsoon circulation weakened significantly after the 1980s (Wang et al., 2009a; Wang and Chen, 2010). See Supplementary Material Sections 14.SM.1.3 to 14.SM.1.7 for additional discussions of natural variability.

CMIP3 models show reasonable skill in simulating large-scale circulation of the EAS monsoon (Boo et al., 2011), but their performance is poor in reproducing the monsoon rainband (Lin et al., 2008a; Li and Zhou, 2011). Only a few CMIP3 models reproduce the Baiu rainband (Ninomiya, 2012) and high-resolution models (Kitoh and Kusunoki, 2008) show better performance than low resolution CMIP3 type models in simulating the monsoon rainband (Kitoh and Kusunoki,

**14**

BLM_0074740

2008). CMIP3 models show large uncertainties in projections of monsoon precipitation and circulation (Ding et al., 2007; Kripalani et al., 2007a) but the simulation of interannual variability of the EAS monsoon circulation has improved from CMIP3 to CMIP5 (Sperber et al., 2012). Climate change may bring a change in the position of the monsoon rain band (Li et al., 2010a).

CMIP5 projections indicate a *likely* increase in both the circulation (Figure 14.5) and rainfall of the EAS monsoon (Figure 14.4) throughout the 21st century. This is different from other Asian-Australian monsoon subsystems, where the increase in precipitation (Figure 14.4) is generally associated with weakening monsoon circulation (Figure 14.5). Interannual variability of seasonal mean rainfall is *very likely* to increase except for RCP2.6 (Figure 14.4). Heavy precipitation events (SDII and R5d) are also *very likely* to increase. CMIP5 models project an earlier monsoon onset and longer duration but the spread among models is large (Figure 14.4).

### 14.2.2.3 Maritime Continent Monsoon

Interaction between land and water characterizes the Maritime Continent region located between the Asian continent and Australia. It provides a land bridge along which maximum convection marches from the Asian summer monsoon regime (generally peaking in June, July and August) to the Australian summer monsoon system (generally peaking in December, January and February).

Phenomena such as the MJO (Tangang et al., 2008; Section 14.3.2; Hidayat and Kizu, 2010; Salahuddin and Curtis, 2011), and ENSO (Aldrian and Djamil, 2008; Moron et al., 2010; Section 14.4) influence Maritime Continent Monsoon variability. Rainfall extremes in the Maritime Continent are strongly influenced by diurnal rainfall variability (Qian, 2008; Qian et al., 2010a; Robertson et al., 2011; Ward et al., 2011) as well as the MJO. There have been no obvious trends in extreme rainfall indices in Indonesia, except evidence of a decrease in some areas in annual rainfall and an increase in the ratio of the wet to dry season rainfall (Aldrian and Djamil, 2008).

Modelling the Maritime Continent monsoon is a challenge because of the coarse resolution of contemporary large-scale coupled climate models (Aldrian and Djamil; Qian, 2008). Most CMIP3 models tend to simulate increasing precipitation in the tropical central Pacific but declining trends over the Maritime Continent for June to August (Ose and Arakawa, 2011), consistent with a decreasing zonal SST gradient across the equatorial Pacific and a weakening Walker Circulation (Collins et al., 2010). Projections of CMIP5 models are consistent with those of CMIP3 models, with decreasing precipitation during boreal summer and increasing precipitation during boreal winter, but model agreement is not high (Figures AI.66-67; Figure 12.22, but see also Figure 14.27).

### 14.2.2.4 Australian Monsoon

Some indices of the Australian summer monsoon (Wang et al., 2004; Li et al., 2012a) show a clear post-1980 reduction, but another index by Kajikawa et al. (2010) does not fully exhibit this change. Over northwest Australia, summer rainfall has increased by more than 50% (Rot-

stayn et al., 2007; Shi et al., 2008b; Smith et al., 2008), whereas over northeast Australia, summer rainfall has decreased markedly since around 1980 (Li et al., 2012a).

Models in general show skill in representing the gross spatial characteristics of Australian monsoon summer precipitation (Moise et al., 2005). Further, atmospheric General Circulation Models (GCMs) forced by SST anomalies can skilfully reproduce monsoon-related zonal wind variability over recent decades (Zhou et al., 2009a). Recent analysis of the skill of a suite of CMIP3 models showed a good representation in the ensemble mean, but a very large range of biases across individual models (more than a factor of 6; Colman et al., 2011). Most CMIP models have biases in monsoon seasonality, but CMIP5 models generally perform better than CMIP3 (Jourdain et al., 2013).

In climate change projections, overall changes in tropical Australian rainfall are small, with substantial uncertainties (Figure 14.4; Moise et al., 2012; see also Figure 14.27). Using a group of CMIP5 models that exhibit a realistic present-day climatology, most projections using the RCP8.5 scenario produced 5% to 20% more monsoon rainfall by the late 21st century compared to the pre-industrial period (Jourdain et al., 2013). Most CMIP3 model projections suggest delayed monsoon onset and reduced monsoon duration over northern Australia. Weaker model agreement is seen over the interior of the Australian continent, where ensembles show an approximate 7-day delay of both the onset and retreat with little change in duration (Zhang et al., 2013a). CMIP5 model agreement in changes of monsoon precipitation seasonality is low (Figure 14.4).

### 14.2.2.5 Western North Pacific Monsoon

The western North Pacific summer monsoon (WNPSM) occupies a broad oceanic region of the South China and Philippine Seas, featuring a monsoon trough and a subtropical anticyclonic ridge to the north (Zhang and Wang, 2008).

The western North Pacific monsoon does not show any trend during 1950–1999. Since the late 1970s, the correlation has strengthened between interannual variability in the western North Pacific monsoon and ENSO (Section 14.4), a change mediated by Indian Ocean SST (Huang et al., 2010; Xie et al., 2010a). This occurred despite a weakening of the Indian monsoon–ENSO correlation in this period (Wang et al., 2008a).

CMIP5 models project little change in western North Pacific monsoon circulation (Figure 14.5) but enhanced precipitation (Figures AI.66-67; Figure 12.22; but see also Figure 14.24) due to increased moisture convergence (Chapter 12).

### 14.2.3  American Monsoons

The American monsoons, the North America Monsoon System (NAMS) and the South America Monsoon System (SAMS), are associated with large inter-seasonal differences in precipitation, humidity and atmospheric circulation (Vera et al., 2006; Marengo et al., 2010a). NAMS and SAMS indices are often, though not always, defined in terms of precipitation characteristics (Wang and LinHo, 2002).

BLM_0074741



**Figure 14.6 |** As in Figure 14.4, except for (upper) North America Monsoon System (NAMS) and (lower) South America Monsoon System (SAMS).

#### 14.2.3.1   North America Monsoon System

The warm season precipitation in northern Mexico and the southwestern USA is strongly influenced by the NAMS. It has been difficult to simulate many important NAMS-related phenomenon in global climate models (Castro et al., 2007; Lin et al., 2008b; Cerezo-Mota et al., 2011), though the models capture gross-scale features associated with the NAMS seasonal cycle (Liang et al., 2008b; Gutzler, 2009). See Supplementary Material Section 14.SM.1.8 for a more detailed discussion of NAMS dynamics.

In the NAMS core region, no distinct precipitation trends have been seen over the last half of the 20th century (Anderson et al., 2010; Arriaga-Ramirez and Cavazos, 2010), due to countervailing trends in increasing intensity and decreasing frequency of events, as well as the decreasing length of the monsoon season itself (Englehart and Douglas, 2006). However, monsoonal stream flow in western Mexico has been decreasing, possibly as a result of changing precipitation characteristics or antecedent hydrological conditions rather than overall precipitation amounts (Gochis et al., 2007). There has also been a systematic delay in monsoon onset, peak and termination (Grantz et al., 2007) as well as an increase in extreme precipitation events associated with land-falling hurricanes (Cavazos et al., 2008). Finally, positive trends in NAMS precipitation amounts have been detected in the northern fringes of the core area, that is, Arizona and western New Mexico (Anderson et al., 2010), consistent with northward NAMS expansion during relatively warm periods in the Holocene (Petersen,

1994; Mock and Brunelle-Daines, 1999; Harrison et al., 2003; Poore et al., 2005; Metcalfe et al., 2010).

Over the coming century, CMIP5 simulations generally project a precipitation reduction in the core zone of the monsoon (Figures AI.27 and Figure 14.6), but this signal is not particularly consistent across models, even under the RCP8.5 scenario (Cook and Seager, 2013). Thus *confidence* in projections of monsoon precipitation changes is currently *low*. CMIP5 models have no consensus on future changes of monsoon timing (Figure 14.6). Temperature increases are consistently projected in all models (Annex I). This will *likely* increase the frequency of extreme summer temperatures (Diffenbaugh and Ashfaq, 2010; Anderson, 2011; Duffy and Tebaldi, 2012), together with projected increase in consecutive dry days (Figure 14.6).

#### 14.2.3.2   South America Monsoon System

The SAMS mainly influences precipitation in the South American tropics and subtropics (Figure 14.1). The main characteristics of SAMS onset are increased humidity flux from the Atlantic Ocean over northern South America, an eastward shift of the subtropical high, strong northwesterly moisture flux east of the tropical Andes, and establishment of the Bolivian High (Raia and Cavalcanti, 2008; Marengo et al., 2010a; Silva and Kousky, 2012). Recent SAMS indices have been calculated based on different variables, such as a large scale index (Silva and Carvalho, 2007), moisture flux (Raia and Cavalcanti, 2008), and wind (Gan et al., 2006), in addition to precipitation (Nieto-Ferreira and

**14**

BLM_0074742

Rickenbach, 2010; Seth et al., 2010; Kitoh et al., 2013). As seen below, conclusions regarding SAMS changes can depend on the index chosen.

SAMS duration and amplitude obtained from the observed large-scale index have both increased in the last 32 years (Jones and Carvalho, 2013). Increase of extreme precipitation and consecutive dry days have been observed in the SAMS region from 1969 to 2009 (Skansi et al., 2013). The overall annual cycle of precipitation in the SAMS region, including SAMS onset and demise, is generally well represented by models (Bombardi and Carvalho, 2009; Seth et al., 2010; Kitoh et al., 2013). Extreme precipitation indices in SAMS region are also well simulated by CMIP5 models (Kitoh et al., 2013). CMIP5 models subjected to historical forcing show increases in SAMS amplitude, earlier onset and later demise during the 1951–2005 period (Jones and Carvalho, 2013). Using a precipitation based index, precipitation increases in austral summer but decreases in austral spring, indicating delayed SAMS onset in the CMIP3 projections (Seth et al., 2011). CMIP5 projections based on the global precipitation index (Section 14.2.1) consistently show small precipitation increases and little change in onset and retreat (Kitoh et al., 2013; Figure 14.6). On the other hand, when using a different index, earlier onsets and later demises and thus, longer duration of the SAMS by the end of the 21st century (2081–2100) has been found (Jones and Carvalho, 2013). Thus there is *medium confidence* that SAMS overall precipitation will remain unchanged. The different estimates of changes in timing underscores potential uncertainties related to SAMS timing due to differences in SAMS indices. The models do show significant and robust increases in extreme precipitation indices in the SAMS region, such as seasonal maximum 5-day precipitation total and number of consecutive dry days (Figure 14.6), leading to *medium confidence* in projections of these characteristics.

### 14.2.4   African Monsoon

In Africa, monsoon circulation affects precipitation in West Africa where notable upper air flow reversals are observed. East and south African precipitation is generally described by variations in the tropical convergence zone rather than as a monsoon feature. This section covers the West African monsoon, and Section 14.8.7 also covers the latter two regions.

The West African monsoon develops during northern spring and summer, with a rapid northward jump of the rainfall belt from along the Gulf of Guinea at 5°N in May to June to the Sahel at 10°N in July to August. Factors influencing the West African monsoon include interannual to decadal variations, land processes and the direct response to radiative forcing. Cross-equatorial tropical Atlantic SST patterns influence the monsoon flow and moistening of the boundary layer, so that a colder northern tropical Atlantic induces negative rainfall anomalies (Biasutti et al., 2008; Giannini et al., 2008; Xue et al., 2010; Rowell, 2011).

In CMIP3 simulations, rainfall is projected to decrease in the early part but increase towards the end of the rainy season, implying a small delay in the monsoon season and an intensification of late-season rains (Biasutti and Sobel, 2009; Biasutti et al., 2009; Seth et al., 2010). CMIP5 models, on the other hand, simulate the variability of tropical Atlantic SST patterns with little credibility (Section 9.4.2.5.2) and model resolu-

tion is known to limit the ability to capture the mesoscale 'squall line' systems that form a central element in the maintenance of the rainy season (Ruti and Dell'Aquila, 2010; see also Section 14.8.7). Therefore, projections of the West African monsoon rainfall appear to be uncertain, reflected by considerable model deficiencies and spread in the projections (Figure 14.7). Note that this figure is based on a somewhat eastward extended area for the West African monsoon (NAF in Figure 14.3), seen as a component of the global monsoon system (Section 14.2.1). The limitations of model simulations in the region arising from the lack of convective organization (Kohler et al., 2010) leading to the underestimation of interannual variability (Scaife et al., 2009) imply that *confidence* in projections of the African monsoon is *low*.

The limited information that could be deduced from CMIP3 has not improved much in CMIP5. Figure 14.7 largely confirms the findings based on CMIP3. The CMIP5 model ensemble projects a modest change in the onset date (depending on the scenario) and a small delay in the retreat date, leading to a small increase in the duration of the rainy season. The delay in the monsoon retreat is larger in the high-end emission scenarios. The interannual variance and the 5-day rain intensity show a robust increase, while a small increase in dry day periods is less significant.

### 14.2.5   Assessment Summary

It is projected that global monsoon precipitation will *likely* strengthen in the 21st century with increase in its area and intensity while the monsoon circulation weakens. Precipitation extremes including precipitation intensity and consecutive dry days are *likely* to increase at higher rates than those of mean precipitation. Overall, CMIP5 models project that the monsoon onset will be earlier or not change much and the monsoon retreat dates will delay, resulting in a lengthening of the monsoon season. Such features are *likely* to occur in most of Asian-Australian Monsoon regions.

There is *medium confidence* that overall precipitation associated with the Asian-Australian monsoon will increase but with a north-south asymmetry: Indian and East Asian monsoon precipitation is projected to increase, while projected changes in Australian summer monsoon precipitation are small. There is *medium confidence* that the Indian summer monsoon circulation will weaken, but this is compensated by increased atmospheric moisture content, leading to more precipitation. For the East Asian summer monsoon, both monsoon circulation and precipitation are projected to increase. There is *low confidence* that over the Maritime Continent boreal summer rainfall will decrease and boreal winter rainfall will increase. There is *low confidence* that changes in the tropical Australian monsoon rainfall are small. There is *low confidence* that Western North Pacific summer monsoon circulation changes are small, but with increased rainfall due to enhanced moisture. There is *medium confidence* in an increase of Indian summer monsoon rainfall and its extremes throughout the 21st century under all RCP scenarios. Their percentage change ratios are the largest and model agreement is highest among all monsoon regions.

There is *low confidence* in projections of American monsoon precipitation changes but there is *high confidence* in increases of precipitation extremes, of wet days and consecutive dry days. There is *medium*

BLM_0074743



**Figure 14.7 |** As in Figure 14.4, except for (upper) North Africa (NAF) and (lower) South Africa (SAF).

*confidence* in precipitation associated with the NAMS will arrive later in the annual cycle, and persist longer. Projections of changes in the timing and duration of the SAMS remain uncertain. There is *high confidence* in the expansion of SAMS, resulting from increased temperature and humidity.

Based on how models represent known drivers of the West African monsoon, there is *low confidence* in projections of its future development based on CMIP5. *Confidence* is *low* in projections of a small delay in the onset of the West African rainy season with an intensification of late-season rains.

## 14.3   Tropical Phenomena

### 14.3.1   Convergence Zones

Section 7.6 presents a radiative perspective of changes in convection (including the differences between GHG and aerosol forcings), and Section 12.4.5.2 discusses patterns of precipitation change on the global scale. The emphasis here is on regional aspects of tropical changes. Tropical convection over the oceans, averaged for a month or longer, is organized into long and narrow convergence zones, often anchored by SST structures. Latent heat release in convection drives atmospheric circulation and affects global climate. In model experiments where spatially uniform SST warming is imposed, precipitation increases in these tropical convergence zones (Xie et al., 2010b), following the 'wet-get-wetter' paradigm (Held and Soden, 2006). On the flanks of

a convergence zone, rainfall may decrease because of the increased horizontal gradient in specific humidity and the resultant increase in dry advection into the convergence zone (Neelin et al., 2003).

Although these arguments based on moist atmospheric dynamics call for changes in tropical convection to be organized around the climatological rain band, studies since AR4 show that such changes in a warmer climate also depend on the spatial pattern of SST warming. As a result of the SST pattern effect, rainfall change does not generally project onto the climatological convergence zones, especially for the annual mean. In CMIP3/5 model projections, annual rainfall change over tropical oceans follows a 'warmer-get-wetter' pattern, increasing where the SST warming exceeds the tropical mean and vice versa (Figure 14.8, Xie et al., 2010b; Sobel and Camargo, 2011; Chadwick et al., 2013). Differences among models in the SST warming pattern are an important source of uncertainty in rainfall projections, accounting for a third of inter-model variability in annual precipitation change in the tropics (Ma and Xie, 2013).

Figure 14.8 presents selected indices for several robust patterns of SST warming for RCP8.5. They include greater warming in the NH than in the Southern Hemisphere (SH), a pattern favouring rainfall increase at locations north of the equator and decreases to the south (Friedman et al., 2013); enhanced equatorial warming (Liu et al., 2005) that anchors a pronounced rainfall increase in the equatorial Pacific; reduced warming in the subtropical Southeast Pacific that weakens convection there; decreased zonal SST gradient across the equatorial Pacific (see Section 14.4) and increased westward SST gradient across the equatorial

BLM_0074744

Indian Ocean (see Section 14.3.3) that together contribute to the weakened Walker cells.

Changes in tropical convection affect the pattern of SST change (Chou et al., 2005) and such atmospheric and oceanic perturbations are inherently coupled. The SST pattern effect dominates the annual rainfall change while the wet-get-wetter effect becomes important for seasonal mean rainfall in the summer hemisphere (Huang et al., 2013). This is equivalent to an increase in the annual range of precipitation in a warmer climate (Chou et al., 2013). Given uncertainties in SST warming pattern, the confidence is generally higher for seasonal than annual mean changes in tropical rainfall.

#### 14.3.1.1 Inter-Tropical Convergence Zone

The Inter-Tropical Convergence Zone (ITCZ) is a zonal band of persistent low-level convergence, atmospheric convection, and heavy rainfall. Over the Atlantic and eastern half of the Pacific, the ITCZ is displaced north of the equator due to ocean–atmosphere interaction (Xie et al.,

2007) and extratropical influences (Kang et al., 2008; Fučkar et al., 2013). Many models show an unrealistic double-ITCZ pattern over the tropical Pacific and Atlantic, with excessive rainfall south of the equator (Section 9.4.2.5.1). This bias needs to be kept in mind in assessing ITCZ changes in model projections, especially for boreal spring when the model biases are largest.

The global zonal mean ITCZ migrates back and forth across the equator following the sun. In CMIP5, seasonal mean rainfall is projected to increase on the equatorward flank of the ITCZ (Figure 14.9). The co-migration of rainfall increase with the ITCZ is due to the wet-get-wetter effect while the equatorward displacement is due to the SST pattern effect (Huang et al., 2013).

#### 14.3.1.2 South Pacific Convergence Zone

The South Pacific Convergence Zone (SPCZ, Widlansky et al., 2011) extends southeastward from the tropical western Pacific to French Polynesia and the SH mid-latitudes, contributing most of the yearly rainfall



**Figure 14.8 |**  (Upper panel) Annual mean precipitation percentage change (δP/P in green/gray shade and white contours at 20% intervals), and relative SST change (colour contours at intervals of 0.2°C; negative dashed) to the tropical (20°S to 20°N) mean warming in RCP8.5 projections, shown as 23 CMIP5 model ensemble mean. (Lower panel) Sea surface temperature (SST) warming pattern indices in the 23-model RCP8.5 ensemble, shown as the 2081–2100 minus 1986–2005 difference. From left: Northern (EQ to 60°N) minus Southern (60°S to EQ) Hemisphere; equatorial (120°E to 60°W, 5°S to 5°N) and Southeast (130°W to 70°W, 30°S to 15°S) Pacific relative to the tropical mean warming; zonal SST gradient in the equatorial Pacific (120°E to 180°E minus 150°W to 90°W, 5°S to 5°N) and Indian (50°E to 70°E, 10°S to 10°N minus 90°E to 110°S, 10°S to EQ) Oceans. (Rightmost) Spatial correlation (r) between relative SST change and precipitation percentage change (δP/P) in the tropics (20°S to 20°N) in each model. (The spatial correlation for the multi-model ensemble mean fields in the upper panel is 0.63). The circle and error bar indicate the ensemble mean and ±1 standard deviation, respectively. The upper panel is a CMIP5 update of Ma and Xie (2013), and see text for indices in the lower panel.

14

1236



**Figure 14.9 |** Seasonal cycle of zonal mean tropical precipitation change (2081–2100 in RCP8.5 minus 1986–2005) in CMIP5 multi-model ensemble (MME) mean. Eighteen CMIP5 models were used. Stippling indicates that more than 90% models agree on the sign of MME change. The red curve represents the meridional maximum of the climatological rainfall. (Adapted from Huang et al., 2013.)

to the many South Pacific island nations under its influence. The SPCZ is most pronounced during austral summer (December, January and February (DJF)).

Zonal and meridional SST gradients, trade wind strength, and subsidence over the eastern Pacific are important mechanisms for SPCZ orientation and variability (Takahashi and Battisti, 2007; Lintner and Neelin, 2008; Vincent et al., 2011; Widlansky et al., 2011). Many GCMs simulate the SPCZ as lying east–west, giving a 'double-ITCZ' structure and missing the southeastward orientation (Brown et al., 2012a).

The majority of CMIP models simulate increased austral summer mean precipitation in the SPCZ, with decreased precipitation at the eastern edge of the SPCZ (Brown et al., 2012a; Brown et al., 2012b). The position of the SPCZ varies on interannual to decadal time scales, shifting northeast in response to El Niño (Folland et al., 2002; Vincent et al., 2011). Strong El Niño events induce a zonally oriented SPCZ located well northeast of its average position, while more moderate ENSO (Section 14.4) events are associated with movement of the SPCZ to the northeast or southwest, without a change in its orientation.

Models from both CMIP3 and CMIP5 that simulate the SPCZ well show a consistent tendency towards much more frequent zonally oriented SPCZ events in future (Cai et al., 2012b). The mechanism appears to be associated with a reduction in near-equatorial meridional SST gradient, a robust feature of modelled SST response to anthropogenic forcing (Widlansky et al., 2013). An increased frequency of zonally oriented

SPCZ events would have major implications for regional climate, possibly leading to longer dry spells in the southwest Pacific.

#### 14.3.1.3 South Atlantic Convergence Zone

The South Atlantic Convergence Zone (SACZ) extends from the Amazon region through southeastern Brazil towards the Atlantic Ocean during austral summer (Cunningham and Cavalcanti, 2006; Carvalho et al., 2011; de Oliveira Vieira et al., 2013). Floods or dry conditions in southeastern Brazil are often related to SACZ variability (Muza et al., 2009; Lima et al., 2010; Vasconcellos and Cavalcanti, 2010). A subset of CMIP models simulate the SACZ (Vera and Silvestri, 2009; Seth et al., 2010; Yin et al., 2012) and its variability as a dipolar structure (Junquas et al., 2012; Cavalcanti and Shimizu, 2012).

A southward displacement of SACZ and intensification of the southern centre of the precipitation dipole are suggested in projections of CMIP3 and CMIP5 models (Seth et al., 2010; Junquas et al., 2012; Cavalcanti and Shimizu, 2012). This displacement is consistent with the increased precipitation over southeastern South America, south of 25°S, projected for the second half of the 21st century, in CMIP3, CMIP5 and regional models (Figure AI.34, Figure 14.21). It is also consistent with the southward displacement of the Atlantic subtropical high (Seth et al., 2010) related to the southward expansion of the Hadley Cell (Lu et al., 2007). Pacific SST warming and the strengthening of the Pacific–South American (PSA)-like wave train (Section 14.6.2) are potential mechanisms for changes in the dipolar pattern resulting in SACZ change (Junquas et al., 2012). This change is also supported by the intensification and increased frequency of the low level jet over South America in future projections (Soares and Marengo, 2009; Seth et al., 2010).

### 14.3.2   Madden–Julian Oscillation

The MJO is the dominant mode of tropical intraseasonal (20 to 100 days) variability (Zhang, 2005). The MJO modulates tropical cyclone activity (Frank and Roundy, 2006), contributes to intraseasonal fluctuations of the monsoons (Maloney and Shaman, 2008), and excites teleconnection patterns outside the tropics (L'Heureux and Higgins, 2008; Lin et al., 2009). Simulation of the MJO by GCMs remains challenging, but with some improvements made in recent years (Section 9.5.2.3).

Possible changes in the MJO in a future warmer climate have just begun to be explored with models that simulate the phenomenon. In the Max Planck Institute Earth System Model, MJO variance increases appreciably with increasing warming (Schubert et al., 2013). The change in MJO variance is highly sensitive to the spatial pattern of SST warming (Maloney and Xie, 2013). In light of the low skill in simulating MJO, and its sensitive to SST warming pattern, which in itself is subject to large uncertainties, it is currently not possible to assess how the MJO will change in a warmer climate.

### 14.3.3   Indian Ocean Modes

The tropical Indian Ocean SST exhibits two modes of interannual variability (Schott et al., 2009; Deser et al., 2010b): the Indian Ocean Basin (IOB) mode featuring a basin-wide structure of the same sign, and the Indian Ocean Dipole (IOD) mode with largest amplitude in the eastern

**14**

BLM_0074746

Indian Ocean off Indonesia, and weaker anomalies of the opposite polarity over the rest of the basin (Box 2.5). Both modes are statistically significantly correlated with ENSO (Section 14.4). CMIP models simulate both modes well (Section 9.5.3.4.2).

The formation of IOB is linked to ENSO via an atmospheric bridge and surface heat flux adjustment (Klein et al., 1999; Alexander et al., 2002). Ocean–atmosphere interactions within the Indian Ocean are important for the long persistence of this mode (Izumo et al., 2008; Wu et al., 2008; Du et al., 2009). The basin mode affects the termination of ENSO events (Kug and Kang, 2006), it induces coherent atmospheric anomalies in the summer following El Niño (Xie et al., 2009), including supressed convection (Wang et al., 2003) and reduced tropical cyclone activity (Du et al., 2011) over the Northwest Pacific and anomalous rainfall over East Asia (Huang et al., 2004).

IOD develops in July to November and involves Bjerknes feedback between zonal SST gradient, zonal wind and thermocline tilt along the equator (Saji et al., 1999; Webster et al., 1999). A positive IOD event (with negative SST anomalies off Sumatra) is associated with droughts in Indonesia, reduced rainfall over Australia, intensified Indian summer monsoon, increased precipitation in East Africa and anomalous conditions in the extratropical SH (Yamagata et al., 2004). Most CMIP3 models are able to reproduce the general features of the IOD, including its phase lock onto the July to November season, while detailed analysis of CMIP5 simulations are not yet available (Section 9.5.3.4.2)

Basin-mean SST has risen steadily for much of the 20th century, a trend captured by CMIP3 20th century simulations (Alory et al., 2007). The SST increase over the North Indian Ocean since about 1930 is noticeably weaker than for the rest of the basin. This spatial pattern is suggestive of the effects of reduced surface solar radiation due to Asian brown clouds (Chung and Ramanathan, 2006) and it affects Arabian

Sea cyclones (Evan et al., 2011b). In the equatorial Indian Ocean, coral isotope records off Indonesia indicate a reduced SST warming and/or increased salinity during the 20th century (Abram et al., 2008). From ship-borne surface measurements, an easterly wind change especially during July to October has been observed over the past six decades, a result consistent with a reduction of marine cloudiness in the east and a decreasing precipitation trend over the maritime continent (Tokinaga et al., 2012). Atmospheric reanalysis products have difficulty representing these changes (Han et al., 2010).

The projected changes over the equatorial Indian Ocean include easterly wind anomalies, a shoaling thermocline (Vecchi and Soden, 2007a; Du and Xie, 2008) and reduced SST warming in the east (Stowasser et al., 2009), a result confirmed by CMIP5 multi-model analysis (Zheng et al., 2013; Figure 14.10). The change in zonal SST gradient, in turn, reinforces the easterly wind change, indicative of a positive feedback between them as envisioned by Bjerknes (1969). This coupled pattern is most pronounced during July to November, and is broadly consistent with the observed changes in the equatorial Indian Ocean.

In one CMIP3 model, the IOB mode and its capacitor effect persist longer, through summer into early fall towards the end of the century (2081–2100, Zheng et al., 2011). This increased persistence intensifies ENSO's influence on the Northwest Pacific summer monsoon. The *confidence* level of this relationship is *low* due to the lack of multi-model studies.

The IOD variability in SST remains nearly unchanged in future projections of CMIP3 and CMIP5 (Ihara et al., 2009; Figure 14.11a) despite the easterly wind change that lifts the thermocline (Figure 14.10b) and intensifies thermocline feedback on SST in the eastern equatorial Indian Ocean. The global increase in atmospheric dry static stability weakens the atmospheric response to zonal SST gradient changes,



**Figure 14.10** | September to November changes in a 22-model CMIP5 ensemble (2081–2100 in RCP8.5 minus 1986–2005 in historical run). (a) Sea surface temperature (SST, colour contours at 0.1°C intervals) relative to the tropical mean (20°S to 20°N), and precipitation (shading and white contours at 20 mm per month intervals). (b) Surface wind velocity (m s⁻¹), and sea surface height deviation from the global mean (contours, centimetres). Over the equatorial Indian Ocean, ocean–atmospheric changes form Bjerknes feedback, with the reduced SST warming and suppressed convection in the east. (Updated with CMIP5 from Xie et al., 2010b.)

BLM_0074747