Sugi, M., H. Murakami, and J. Yoshimura, 2009: A reduction in global tropical cyclone frequency due to global warming. *Sola*, **5**, 164–167.

Sugi, M., H. Murakami, and J. Yoshimura, 2012: On the mechanism of tropical cyclone frequency changes due to global warming. *J. Meteorol. Soc. Jpn.*, **90A**, 397–408.

Suhaila, J., S. M. Deni, W. Z. W. Zin, and A. A. Jemain, 2010: Spatial patterns and trends of daily rainfall regime in Peninsular Malaysia during the southwest and northeast monsoons: 1975–2004. *Meteorol. Atmos. Phys.*, **110**, 1–18.

Sun, J., H. Wang, and W. Yuan, 2008: Decadal variations of the relationship between the summer North Atlantic Oscillation and middle East Asian air temperature. *J. Geophys. Res. Atmos.*, **113**, D15107.

Sun, Y., and Y. H. Ding, 2010: A projection of future changes in summer precipitation and monsoon in East Asia. *Science China Earth Sciences*, **53**, 284–300.

Sung, M.-K., G.-H. Lim, and J.-S. Kug, 2010: Phase asymmetric downstream development of the North Atlantic Oscillation and its impact on the East Asian winter monsoon. *J. Geophys. Res.*, **115**, doi: 10.1029/2009JD013153.

Sutton, R. T., and B. Dong, 2012: Atlantic Ocean influence on a shift in European climate in the 1990s. *Nature Geosci.*, **5**, 788–792.

Swart, N. C., and J. C. Fyfe, 2012: Observed and simulated changes in the Southern Hemisphere surface westerly wind-stress. *Geophys. Res. Lett.*, **39**, L16711.

Takahashi, K., and D. S. Battisti, 2007: Processes controlling the mean tropical Pacific precipitation pattern. Part II: The SPCZ and the southeast Pacific dry zone. *J. Clim.*, **20**, 5696–5706.

Takahashi, K., A. Montecinos, K. Goubanova, and B. Dewitte, 2011: ENSO regimes: Reinterpreting the canonical and Modoki El Nino. *Geophys. Res. Lett.*, **38**, doi: 10.1029/2011gl047364.

Takaya, K., and H. Nakamura, 2005: Mechanisms of intraseasonal amplification of the cold Siberian high. *J. Atmos. Sci.*, **62**, 4423–4440.

Tanarhte, M., P. Hadjinicolaou, and J. Lelieveld, 2012: Intercomparison of temperature and precipitation data sets based on observations in the Mediterranean and the Middle East. *J. Geophys. Res. Atmos.*, **117**, doi: 10.1029/2011JD017293.

Tangang, F. T., L. Juneng, and S. Ahmad, 2007: Trend and interannual variability of temperature in Malaysia: 1961–2002. *Theor. Appl. Climatol.*, **89**, 127–141.

Tangang, F. T., et al., 2008: On the roles of the northeast cold surge, the Borneo vortex, the Madden-Julian Oscillation, and the Indian Ocean Dipole during the extreme 2006/2007 flood in southern Peninsular Malaysia. *Geophys. Res. Lett.*, **35**, L14S07.

Taylor, C., A. Gounou, F. Guichard, P. Harris, R. Ellis, F. Couvreux, and M. De Kauwe, 2011a: Frequency of Sahelian storm initiation enhanced over mesoscale soil-moisture patterns. *Nature Geosci.*, **4**, 430–433.

Taylor, C., et al., 2011b: New perspectives on land-atmosphere feedbacks from the African Monsoon Multidisciplinary Analysis. *Atmos. Sci. Lett.*, **12**, 38–44.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2011c: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Taylor, M. A., F. S. Whyte, T. S. Stephenson, and C. J. D, 2013: Why dry? Investigating the future evolution of the Caribbean Low Level Jet to explain projected Caribbean drying. *Int. J. Climatol.*, **33**, 784–792.

Taylor, M. A., T. S. Stephenson, A. Owino, A. A. Chen, and J. D. Campbell, 2011d: Tropical gradient influences on Caribbean rainfall. *J. Geophys. Res.*, **116**, D00Q08.

Tedeschi, R. G., I. F. A. Cavalcanti, and A. M. Grimm, 2013: Influences of two types of ENSO on South American precipitation. *Int. J. Climatol.*, **33**, 1382–1400.

Thomas, E. R., G. J. Marshall, and J. R. McConnell, 2008: A doubling in snow accumulation in the western Antarctic Peninsula since 1850. *Geophys. Res. Lett.*, **35**, L01706.

Thompson, D., and S. Solomon, 2009: Understanding recent stratospheric climate change. *J. Clim.*, **22**, 1934–1943.

Thompson, D. W. J., and J. M. Wallace, 1998: The Arctic Oscillation signature in the wintertime geopotential height and temperature fields. *Geophys. Res. Lett.*, **25**, 1297–1300.

Thompson, D. W. J., and J. M. Wallace, 2000: Annual modes in the extratropical circulation. Part I: Month-to-month variability. *J. Clim.*, **13**, 1000–1016.

Thompson, D. W. J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Thompson, D. W. J., J. M. Wallace, J. J. Kennedy, and P. D. Jones, 2010: An abrupt drop in Northern Hemisphere sea surface temperature around 1970. *Nature*, **467**, 444–447.

Thompson, D. W. J., S. Solomon, P. J. Kushner, M. H. England, K. M. Grise, and D. J. Karoly, 2011: Signatures of the Antarctic ozone hole in Southern Hemisphere surface climate change. *Nature Geosci.*, **4**, 741–749.

Timbal, B., and J. M. Arblaster, 2006: Land cover change as an additional forcing to explain the rainfall decline in the south west of Australia. *Geophys. Res. Lett.*, **33**, L07717.

Timbal, B., and W. Drosdowsky, 2012: The relationship between the decline of South-eastern Australian rainfall and the strengthening of the subtropical ridge. *Int. J. Climatol.*, doi:10.1002/joc.3492.

Timbal, B., J. M. Arblaster, and S. Power, 2006: Attribution of the late-twentieth-century rainfall decline in southwest Australia. *J. Clim.*, **19**, 2046–2062.

Timmermann, A., F. F. Jin, and J. Abshagen, 2003: A nonlinear theory for El Nino bursting. *J. Atmos. Sci.*, **60**, 152–165.

Ting, M., Y. Kushnir, R. Seager, and C. Li, 2009: Forced and internal twentieth-century SST trends in the north Atlantic. *J. Clim.*, **22**, 1469–1481.

Ting, M., Y. Kushnir, R. Seager, and C. Li, 2011: Robust features of Atlantic multi-decadal variability and its climate impacts. *Geophys. Res. Lett.*, **38**, L17705.

Tjernstrom, M., et al., 2004: Modeling the Arctic boundary layer: An evalutation of six ARCMIP regional-scale models with data from the SHEBA project. *Bound. Layer Meteorol.*, **117**, 337–381.

Tokinaga, H., and S. P. Xie, 2011: Weakening of the equatorial Atlantic cold tongue over the past six decades. *Nature Geosci.*, **4**, 222–226.

Tokinaga, H., S. Xie, A. Timmermann, S. McGregor, T. Ogata, H. Kubota, and Y. Okumura, 2012: Regional patterns of tropical Indo-Pacific climate change: Evidence of the Walker Circulation weakening. *J. Clim.*, **25**, 1689–1710.

Trenberth, K.E., 2011: Changes in precipitation with climate change. *Climate Res.*, **47**, 123-138.

Trenberth, K., and J. Fasullo, 2010: Simulation of present-day and twenty-first-century energy budgets of the southern oceans. *J. Clim.*, **23**, 440–454.

Trenberth, K., J. Fasullo, and L. Smith, 2005: Trends and variability in column-integrated atmospheric water vapor. *Clim. Dyn.*, **24**, 741–758.

Trenberth, K., C. Davis, and J. Fasullo, 2007a: Water and energy budgets of hurricanes: Case studies of Ivan and Katrina. *J. Geophys. Res. Atmos.*, **112**, doi: 10.1029/2006JD008303.

Trenberth, K. E., D. P. Stepaniak, and J. M. Caron, 2000: The global monsoon as seen through the divergent atmospheric circulation. *J. Clim.*, **13**, 3969–3993.

Trenberth, K. E., et al., 2007b: Observations: Surface and atmospheric climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 235–336.

Trigo, R. M., I. F. Trigo, C. C. DaCamara, and T. J. Osborn, 2004: Climate impact of the European winter blocking episodes from the NCEP/NCAR Reanalyses. *Clim. Dyn.*, **23**, 17–28.

Turner, A., K. Sperber, J. Slingo, G. A. Meehl, C. R. Mechoso, M. Kimoto, and A. Giannini, 2011: Modelling monsoons: Understanding and predicting current and future behaviour. World Scientific Series on Asia-Pacific Weather and Climate, Vol. 5. *The Global Monsoon System: Research and Forecast*, 2nd ed. [C. P. Chang, Y. Ding, N.-C. Lau, R. H. Johnson, B. Wang and T. Yasunari (eds.)]. World Scientific Publication Company, Singapore, 608 pp.

Turner, A. G., and H. Annamalai, 2012: Climate change and the South Asian summer monsoon. *Nature Clim. Change*, **2**, 587–595.

Turner, A. G., P. M. Inness, and J. M. Slingo, 2007a: The effect of doubled $CO_2$ and model basic state biases on the monsoon-ENSO system. I: Mean response and interannual variability. *Q. J. R. Meteorol. Soc.*, **133**, 1143–1157.

Turner, J., 2004: The El Niño–southern oscillation and Antarctica. *Int. J. Climatol.*, **24**, 1–31.

Turner, J., J. E. Overland, and J. E. Walsh, 2007b: An Arctic and Antarctic perspective on recent climate change. *Int. J. Climatol.*, **27**, 277–293.

Turner, J., et al., 2005: Antarctic climate change during the last 50 years. *Int. J. Climatol.*, **25**, 279–294.

Tyrlis, E., and B. J. Hoskins, 2008: Aspects of a Northern Hemisphere atmospheric blocking climatology. *J. Atmos. Sci.*, **65**, 1638–1652.

Ueda, H., A. Iwai, K. Kuwako, and M. E. Hori, 2006: Impact of anthropogenic forcing on the Asian summer monsoon as simulated by eight GCMs. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2005gl025336.

Ulbrich, U., and M. Christoph, 1999: A shift of the NAO and increasing storm track activity over Europe due to anthropogenic greenhouse gas forcing. *Clim. Dyn.*, **15**, 551–559.

Ulbrich, U., G. C. Leckebusch, and J. G. Pinto, 2009: Extra-tropical cyclones in the present and future climate: A review. *Theor. Appl. Climatol.*, **96**, 117–131.

**14**

BLM_0074814

Ulbrich, U., J. G. Pinto, H. Kupfer, G. C. Leckebusch, T. Spangehl, and M. Reyers, 2008: Changing northern hemisphere storm tracks in an ensemble of IPCC climate change simulations. *J. Clim.*, **21**, 1669–1679.

Ulbrich, U., et al., 2013: Are Greenhouse Gas Signals of Northern Hemisphere winter extra-tropical cyclone activity dependent on the identification and tracking methodology? *Meteorol. Z.*, **22**, 61-68.

Ummenhofer, C. C., and M. H. England, 2007: Interannual extremes in New Zealand precipitation linked to modes of Southern Hemisphere climate variability. *J. Clim.*, **20**, 5418–5440.

Ummenhofer, C. C., A. Sen Gupta, and M. H. England, 2009a: Causes of late twentieth-century trends in New Zealand precipitation. *J. Clim.*, **22**, 3–19.

Ummenhofer, C. C., M. H. England, P. C. McIntosh, G. A. Meyers, M. J. Pook, J. S. Risbey, A. S. Gupta, and A. S. Taschetto, 2009b: What causes southeast Australia's worst droughts? *Geophys. Res. Lett.*, **36**, doi: 10.1029/2008gl036801.

van den Broeke, M. R., and N. P. M. van Lipzig, 2004: Changes in Antarctic temperature, wind and precipitation in response to the Antarctic Oscillation. *Ann. Glaciol.*, **39**, 119–126.

van Ommen, T. D., and V. Morgan, 2010: Snowfall increase in coastal East Antarctica linked with southwest Western Australian drought. *Nature Geosci*, **3**, 267–272.

Vance, T. R., T. D. van Ommen, M. A. J. Curran, C. T. Plummer, and A. D. Moy, 2012: A millennial proxy record of ENSO and eastern Australian rainfall from the Law Dome ice core, East Antarctica. *J. Clim.*, **26**, 710–725.

Vancoppenolle, M., T. Fichefet, H. Goosse, S. Bouillon, G. Madec, and M. A. M. Maqueda, 2009: Simulating the mass balance and salinity of arctic and antarctic sea ice. 1. Model description and validation. *Ocean Model.*, **27**, 33–53.

Vasconcellos, F. C., and I. F. A. Cavalcanti, 2010: Extreme precipitation over Southeastern Brazil in the austral summer and relations with the Southern Hemisphere annular mode. *Atmos. Sci. Lett.*, **11**, 21–26.

Vautard, R., et al., 2007: Summertime European heat and drought waves induced by wintertime Mediterranean rainfall deficit. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2006GL028001.

Vecchi, G., and A. Wittenberg, 2010: El Nino and our future climate: Where do we stand? *WIREs Clim Change*, **1**, 260–270.

Vecchi, G., and B. J. Soden, 2007a: Global warming and the weakening of the tropical circulation. *J. Clim.*, **20**, 4316–4340.

Vecchi, G. A., and B. J. Soden, 2007b: Increased tropical Atlantic wind shear in model projections of global warming. *Geophys. Res. Lett.*, **34**, L08702.

Vecchi, G. A., B. J. Soden, A. T. Wittenberg, I. M. Held, A. Leetmaa, and M. J. Harrison, 2006: Weakening of tropical Pacific atmospheric circulation due to anthropogenic forcing. *Nature*, **441**, 73–76.

Vera, C., and G. Silvestri, 2009: Precipitation interannual variability in South America from the WCRP-CMIP3 multi-model dataset. *Clim. Dyn.*, **32**, 1003–1014.

Vera, C., et al., 2006: Toward a unified view of the American Monsoon Systems. *J. Clim.*, **19**, 4977–5000.

Vergara, W., et al., 2007: Visualizing future climate in Latin America: Results from the application of the Earth Simulator. In: *Latin America and Caribbean Region Sustainable Development Working Paper No. 30.* The World Bank, Washington, DC, 82 pp.

Vial, J., and T. Osborn, 2012: Assessment of atmosphere-ocean general circulation model simulations of winter northern hemisphere atmospheric blocking. *Clim. Dyn.*, **39**, 95–112.

Vigaud, N., B. Pohl, and J. Crétat, 2012: Tropical-temperate interactions over southern Africa simulated by a regional climate model. *Clim. Dyn.*, doi:10.1007/s00382-012-1314-3, 1–22.

Vigaud, N., Y. Richard, M. Rouault, and N. Fauchereau, 2009: Moisture transport between the South Atlantic Ocean and southern Africa: Relationships with summer rainfall and associated dynamics. *Clim. Dyn.*, **32**, 113–123.

Villarini, G., and G. A. Vecchi, 2012: Twenty-first-century projections of North Atlantic tropical storms from CMIP5 models. *Nature Clim. Change*, **2**, 604–607.

Vimont, D., M. Alexander, and A. Fontaine, 2009: Midlatitude excitation of tropical variability in the Pacific: The role of thermodynamic coupling and seasonality. *J. Clim.*, **22**, 518–534.

Vimont, D. J., and J. P. Kossin, 2007: The Atlantic Meridional Mode and hurricane activity. *Geophys. Res. Lett.*, **34**, L07709.

Vincent, E., M. Lengaigne, C. Menkes, N. Jourdain, P. Marchesiello, and G. Madec, 2011: Interannual variability of the South Pacific Convergence Zone and implications for tropical cyclone genesis. *Clim. Dyn.*, **36**, 1881–1896.

Vincent, L. A., W. A. van Wijngaarden, and R. Ropkinson, 2007: Surface temperature and humidity trends in Canda for 1953–2005. *J. Clim.*, **20**, 5100–5113.

Vizy, E., and K. Cook, 2002: Development and application of a mesoscale climate model for the tropics: Influence of sea surface temperature anomalies on the West African monsoon. *J. Geophys. Res. Atmos.*, **107**, ACL 2-1-ACL 2–22.

Vuille, M., B. Francou, P. Wagnon, I. Juen, G. Kaser, B. G. Mark, and R. S. Bradley, 2008: Climate change and tropical Andean glaciers: Past, present and future. *Earth Sci. Rev.*, **89**, 79–96.

Walsh, K., K. McInnes, and J. McBride, 2012: Climate change impacts on tropical cyclones and extreme sea levels in the South Pacific - A regional assessment. *Global Planet. Change*, **80–81**, 149–164.

Wang, B., 1995: Interdecadal changes in El-Nino onset in the last four decades. *J. Clim.*, **8**, 267–285.

Wang, B., and Y. Wang, 1996: Temporal structure of the Southern Oscillation as revealed by waveform and wavelet analysis. *J. Clim.*, **9**, 1586–1598.

Wang, B., and S. I. An, 2001: Why the properties of El Nino changed during the late 1970s. *Geophys. Res. Lett.*, **28**, 3709–3712.

Wang, B., and S. I. An, 2002: A mechanism for decadal changes of ENSO behavior: Roles of background wind changes. *Clim. Dyn.*, **18**, 475–486.

Wang, B., and LinHo, 2002: Rainy season of the Asian-Pacific summer monsoon. *J. Clim.*, **15**, 386–398.

Wang, B., and Q. Ding, 2006: Changes in global monsoon precipitation over the past 56 years. *Geophys. Res. Lett.*, **33**, L06711.

Wang, B., R. G. Wu, and T. Li, 2003: Atmosphere-warm ocean interaction and its impacts on Asian-Australian monsoon variation. *J. Clim.*, **16**, 1195–1211.

Wang, B., I. S. Kang, and J. Y. Lee, 2004: Ensemble simulations of Asian-Australian monsoon variability by 11 AGCMs. *J. Clim.*, **17**, 803–818.

Wang, B., Q. Ding, and J. Jhun, 2006: Trends in Seoul (1778–2004) summer precipitation. *Geophys. Res. Lett.*, **33**, L15803.

Wang, B., J. Yang, and T. J. Zhou, 2008a: Interdecadal changes in the major modes of Asian-Australian monsoon variability: Strengthening relationship with ENSO since the late 1970s. *J. Clim.*, **21**, 1771–1789.

Wang, B., H.-J. Kim, K. Kikuchi, and A. Kitoh, 2011: Diagnostic metrics for evaluation of annual and diurnal cycles. *Clim. Dyn.*, **37**, 941–955.

Wang, B., S. Xu, and L. Wu, 2012a: Intensified Arabian Sea tropical storms. *Nature*, **489**, E1–E2.

Wang, B., J. Liu, H.-J. Kim, P. J. Webster, and S.-Y. Yim, 2012b: Recent change of the global monsoon precipitation (1979–2008). *Clim. Dyn.*, **39**, 1123–1135.

Wang, C., S. K. Lee, and D. B. Enfield, 2007: Impact of the Atlantic warm pool on the summer climate of the Western Hemisphere. *J. Clim.*, **20**, 5021–5040.

Wang, C., S. K. Lee, and D. B. Enfield, 2008b: Climate response to anomalously large and small Atlantic warm pools during the summer. *J. Clim.*, **21**, 2437–2450.

Wang, H., 2001: The weakening of the Asian monsoon circulation after the end of 1970's. *Adv. Atmos. Sci.*, 376–386.

Wang, L., and W. Chen, 2010: How well do existing indices measure the strength of the East Asian winter monsoon? *Adv. Atmos. Sci.*, **27**, 855–870.

Wang, L., R. Huang, L. Gu, W. Chen, and L. Kang, 2009a: Interdecadal variations of the east Asian winter monsoon and their association with quasi-stationary planetary wave activity. *J. Clim.*, **22**, 4860–4872.

Wang, L., W. Chen, W. Zhou, J. C. L. Chan, D. Barriopedro, and R. Huang, 2010: Effect of the climate shift around mid 1970s on the relationship between wintertime Ural blocking circulation and East Asian climate. *Int. J. Climatol.*, **30**, 153–158.

Wang, S. Y., R. R. Gillies, E. S. Takle, and W. J. Gutowski, 2009b: Evaluation of precipitation in the Intermountain Region as simulated by the NARCCAP regional climate models. *Geophys. Res. Lett.*, **36**, L11704.

Wang, X., C. Z. Wang, W. Zhou, D. X. Wang, and J. Song, 2011: Teleconnected influence of North Atlantic sea surface temperature on the El Niño onset. *Clim. Dyn.*, **37**, 663–676.

Wanner, H., et al., 2001: North Atlantic Oscillation—Concepts and studies. *Surveys in Geophysics*, **22**, 321–382.

Ward, P., M. Marfai, Poerbandono, and E. Aldrian, 2011: Climate adaptation in the city of Jakarta. Chapter 13 in: *Climate Adaptation and Flood Risk in Coastal Cities* [J. Aerts, W. Botzen, M. Bowman, P. Ward and P. Dircke (eds.)]. Routledge Earthscan, Amsterdam, Netherlands, 330 pp.

Watanabe, S., and Y. Kawatani, 2012: Sensitivity of the QBO to mean tropical upwelling under a changing climate simulated with an Earth System Model. *J. Meteorol. Soc. Jpn. II*, **90A**, 351–360.

Watterson, I., A. C. Hirst, and L. D. Rotstayn, 2013: A skill-score based evaluation of simulated Australian climate. *Australian Meteorol. Oceanogr. J.*, **63**, 181-190.

BLM_0074815

Watterson, I. G., 2009: Components of precipitation and temperature anomalies and change associated with modes of the Southern Hemisphere. *Int. J. Climatol.*, **29**, 809–826.

Webster, P. J., A. M. Moore, J. P. Loschnigg, and R. R. Leben, 1999: Coupled ocean-atmosphere dynamics in the Indian Ocean during 1997–98. *Nature*, **401**, 356–360.

Weller, E., and W. Cai, 2013: Realism of the Indian Ocean Dipole in CMIP5 models: The implication for climate projections. *J. Clim.*, **26**, 6649–6659.

Widlansky, M., P. Webster, and C. Hoyos, 2011: On the location and orientation of the South Pacific Convergence Zone. *Clim. Dyn.*, **36**, 561–578.

Widlansky, M. J., et al., 2013: Changes in South Pacific rainfall bands in a warming climate. *Nature Clim. Change*, **3**, 417–423.

Wiedenmann, J. M., A. R. Lupo, I. I. Mokhov, and E. A. Tikhonova, 2002: The climatology of blocking anticyclones for the Northern and Southern Hemispheres: Block intensity as a diagnostic. *J. Clim.*, **15**, 3459–3473.

Wilcox, L. J., A. J. Charlton-Perez, and L. J. Gray 2012: Trends in Austral jet position in ensembles of high- and low-top CMIP5 models. *J. Geophys. Res.*, doi:10.1029/2012JD017597.

Williams, A., and C. Funk, 2011: A westward extension of the warm pool leads to a westward extension of the Walker circulation, drying eastern Africa. *Clim. Dyn.*, **37**, 2417–2435.

Wilson, A. B., D. H. Bromwich, and K. M. Hines, 2012: Evaluation of Polar WRF forecasts on the Arctic System Reanalysis domain:2. Atmospheric hydrologic cycle. *J. Geophys. Res.*, **17**, D04107.

Wittenberg, A., 2004: Extended wind stress analyses for ENSO. *J. Clim.*, **17**, 2526–2540.

Wittenberg, A. T., 2009: Are historical records sufficient to constrain ENSO simulations? *Geophys. Res. Lett.*, **36**, L12702.

Woollings, T., 2008: Vertical structure of anthropogenic zonal-mean atmospheric circulation change. *Geophys. Res. Lett.*, **35**, L19702.

Woollings, T., 2010: Dynamical influences on European climate: An uncertain future. *Philos. Trans. R. Soc. London A*, **368**, 3733–3756.

Woollings, T., A. Charlton-Perez, S. Ineson, A. G. Marshall, and G. Masato, 2010: Associations between stratospheric variability and tropospheric blocking. *J. Geophys. Res. Atmos.*, **115**, D06108.

Woollings, T., J. Gregory, J. Pinto, M. Reyers, and D. Brayshaw, 2012: Response of the North Atlantic storm track to climate change shaped by ocean-atmosphere coupling. *Nature Geosci.*, **5**, 313–317.

Wu, J., and X. J. Gao, 2013: A gridded daily observation dataset over China region and comparison with the other datasets. *Chin. J. Geophys (in Chinese)*, **56**, 1102–1111.

Wu, L. G., 2007: Impact of Saharan air layer on hurricane peak intensity. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2007GL029564.

Wu, Q., and X. Zhang, 2010: Observed forcing-feedback processes between Northern Hemisphere atmospheric circulation and Arctic sea ice coverage. *J. Geophys. Res. Atmos.*, **115**., doi: 10.1029/2009jd013574.

Wu, Q. G., and D. J. Karoly, 2007: Implications of changes in the atmospheric circulation on the detection of regional surface air temperature trends. *Geophys. Res. Lett.*, **34**, L08703.

Wu, R., B. P. Kirtman, and V. Krishnamurthy, 2008: An asymmetric mode of tropical Indian Ocean rainfall variability in boreal spring. *J. Geophys. Res. Atmos.*, **113**, D05104.

Wu, Y., M. Ting, R. Seager, H.-P. Huang, and M. A. Cane, 2011: Changes in storm tracks and energy transports in a warmer climate simulated by the GFDL CM2.1 model. *Clim. Dyn.*, **37**, 53–72.

Xie, P., and P. A. Arkin, 1997: Global precipitation: A 17-year monthly analysis based on gauge observations, satellite estimates, and numerical model outputs. *Bull. Am. Meteorol. Soc.*, **78**, 2539–2558.

Xie, S. P., et al., 2007: A regional ocean–atmosphere model for Eastern Pacific climate: Toward reducing tropical biases. *J. Clim.*, **20**, 1504–1522.

Xie, S. P., and S. G. H. Philander, 1994: A coupled ocean-atmosphere model of relevance to the ITCZ in the eastern Pacific. *Tellus A*, **46**, 340–350.

Xie, S. P., and J. A. Carton, 2004: Tropical Atlantic variability: Patterns, mechanisms, and impacts. *Earth Clim. Ocean-Atmos. Interact.*, American Geophysical Union, 121–142.

Xie, S. P., K. Hu, J. Hafner, H. Tokinaga, Y. Du, G. Huang, and T. Sampe, 2009: Indian Ocean capacitor effect on Indo-western Pacific climate during the summer following El Niño. *J. Clim.*, **22**, 730–747.

Xie, S. P., Y. Du, G. Huang, X. T. Zheng, H. Tokinaga, K. M. Hu, and Q. Y. Liu, 2010a: Decadal shift in El Niño influences on Indo-western Pacific and east Asian climate in the 1970s. *J. Clim.*, **23**, 3352–3368.

Xie, S. P., D. C. Deser, G. A. Vecchi, J. Ma, H. Teng, and A. T. Wittenberg, 2010b: Global warming pattern formation: Sea surface temperature and rainfall. *J. Clim.*, **23**, 966–986.

Xu, Y., X.-J. Gao, and F. Giorgi, 2009: Regional variability of climate change hot-spots in East Asia. *Adv. Atmos. Sci.*, **26**, 783–792.

Xue, Y., et al., 2010: Intercomparison and analyses of the climatology of the West African Monsoon in the West African Monsoon Modeling and Evaluation project (WAMME) first model intercomparison experiment. *Clim. Dyn.*, **35**, 3–27.

Yamada, Y., K. Oouchi, M. Satoh, H. Tomita, and W. Yanase, 2010: Projection of changes in tropical cyclone activity and cloud height due to greenhouse warming: Global cloud-system-resolving approach. *Geophys. Res. Lett.*, **37**, L07709.

Yamagata, T., S. K. Behera, J.-J. Luo, S. Masson, M. Jury, and S. A. Rao, 2004: Coupled ocean-atmosphere variability in the tropical Indian Ocean. *Earth Clim. Ocean-Atmos. Interact.*, American Geophysical Union, 189–212.

Yamazaki, A., and H. Itoh, 2009: Selective absorption mechanism for the maintenance of blocking. *Geophys. Res. Lett.*, **36**, L05803.

Yan, H., L. G. Sun, Y. H. Wang, W. Huang, S. C. Qiu, and C. Y. Yang, 2011: A record of the Southern Oscillation Index for the past 2,000 years from precipitation proxies. *Nature Geosci.*, **4**, 611–614.

Yang, S., and J. H. Christensen, 2012: Arctic sea ice reduction and European cold winters in CMIP5 climate change experiments. *Geophys. Res. Lett.*, **39**, L20707.

Yatagai, A., K. Kamiguchi, O. Arakawa, A. Hamada, N. Yasutomi, and A. Kitoh, 2012: APHRODITE: Constructing a long-term daily gridded precipitation dataset for Asia based on a dense network of rain gauges. *Bull. Am. Meteorol. Soc.*, **93**, 1401–1415.

Ye, Z. Q., and W. W. Hsieh, 2008: Changes in ENSO and associated overturning circulations from enhanced greenhouse gases by the end of the twentieth century. *J. Clim.*, **21**, 5745–5763.

Yeh, S.-W., Y.-G. Ham, and J.-Y. Lee, 2012: Changes in the tropical Pacific SST Trend from CMIP3 to CMIP5 and its implication of ENSO. *J. Clim.*, **25**, 7764–7771.

Yeh, S.-W., B. P. Kirtman, J.-S. Kug, W. Park, and M. Latif, 2011: Natural variability of the central Pacific El Nino event on multi-centennial timescales. *Geophys. Res. Lett.*, **38**, L02704.

Yeh, S. W., and B. P. Kirtman, 2005: Pacific decadal variability and decadal ENSO amplitude modulation. *Geophys. Res. Lett.*, **32**, L05703.

Yeh, S. W., J. S. Kug, B. Dewitte, M. H. Kwon, B. P. Kirtman, and F. F. Jin, 2009: El Nino in a changing climate. *Nature*, **461**, 511–515.

Yeung, J. K., J. A. Smith, G. Villarini, A. A.N., M. L. Baeck, and W. F. Krajewski, 2011: Analyses of the warm season rainfall climatology of the northeastern US using regional climate model simulations and radar rainfall fields. *Adv. Water Resour.*, **34**, 184–204.

Yin, J. H., 2005: A consistent poleward shift of the storm tracks in simulations of 21st century climate. *Geophys. Res. Lett.*, **32**, 4.

Yin, L., R. Fu, E. Shevliakova, and R. Dickinson, 2012: How well can CMIP5 simulate precipitation and its controlling processes over tropical South America? *Clim. Dyn.*, doi:10.1007/s00382-012-1582-y.

Ying, M., T. R. Knutson, H. Kamahori, and T.-C. Lee, 2012: Impacts of climate change on tropical cyclones in the Western North Pacific Basin. Part II: Late twenty-first century projections. *Trop. Cyclone Res. Rev.*, **1**, 231–241.

Yokoi, S., and Y. Takayabu, 2009: Multi-model projection of global warming impact on tropical cyclone genesis frequency over the western north Pacific. *J. Meteorol. Soc. Jpn.*, **87**, 525–538.

Yosef, Y., H. Saaroni, and P. Alpert, 2009: Trends in daily rainfall intensity over Israel 1950/1–2003/4. *Open Atmos. Sci. J.*, **3**, 196–203.

Yu, B., and F. W. Zwiers, 2010: Changes in equatorial atmospheric zonal circulations in recent decades. *Geophys. Res. Lett.*, **37**, L05701.

Yu, R. C., B. Wang, and T. J. Zhou, 2004: Tropospheric cooling and summer monsoon weakening trend over East Asia. *Geophys. Res. Lett.*, **31**, L22212.

Zahn, M., and H. von Storch, 2010: Decreased frequency of North Atlantic polar lows associated with future climate warming. *Nature*, **467**, 309–312.

Zahn, M., and R. Allan, 2011: Changes in water vapor transports of the ascending branch of the tropical circulation. *J. Geophys. Res. Atmos.*, **116**, doi: 10.1029/2011JD016206.

Zanchettin, D., A. Rubino, and J. Jungclaus, 2010: Intermittent multidecadal-to-centennial fluctuations dominate global temperature evolution over the last millennium. *Geophys. Res. Lett.*, **37**, L14702.

BLM_0074816

Zappa, G., L. C. Shaffrey, and K. I. Hodges, 2013a: The ability of CMIP5 models to simulate North Atlantic extratropical cyclones. *J. Clim.*, doi:10.1175/jcli-d-12-00501.1.

Zappa, G., L. C. Shaffrey, K. I. Hodges, P. G. Sansom, and D. B. Stephenson, 2013b: A multi-model assessment of future projections of North Atlantic and European extratropical cyclones in the CMIP5 climate models. *J. Clim.*, doi:10.1175/jcli-d-12-00573.1.

Zebiak, S. E., 1993: Air–sea interaction in the equatorial Atlantic region. *J. Clim.*, **6**, 1567–1586.

Zhang, C., 2005: Madden-Julian Oscillation. *Rev. Geophys.*, **43**, RG2003.

Zhang, H., P. Liang, A. Moise, and L. Hanson, 2013a: The response of summer monsoon onset/retreat in Sumatra-Java and tropical Australia region to global warming in CMIP3 models. *Clim. Dyn.*, **40**, 377–390.

Zhang, J., U. S. Bhatt, W. V. Tangborn, and C. S. Lingle, 2007: Climate downscaling for estimating glacier mass balances in northwestern North America: Validation with a USGS benchmark glacier. *Geophys. Res. Lett.*, **34**, L21505.

Zhang, L., L. Wu, and L. Yu, 2011a: Oceanic origin of a recent La Nia–like trend in the tropical Pacific. *Adv. Atmos. Sci.*, **28**, 1109–1117.

Zhang, L. X., and T. J. Zhou, 2011: An assessment of monsoon precipitation changes during 1901–2001. *Clim. Dyn.*, **37**, 279–296.

Zhang, M. H., and H. Song, 2006: Evidence of deceleration of atmospheric vertical overturning circulation over the tropical Pacific. *Geophys. Res. Lett.*, **33**, L12701.

Zhang, Q., Y. Guan, and H. Yang, 2008: ENSO amplitude change in observation and coupled models. *Adv. Atmos. Sci.*, **25**, 361–366.

Zhang, R., and T. L. Delworth, 2006: Impact of Atlantic multidecadal oscillations on India/Sahel rainfall and Atlantic hurricanes. *Geophys. Res. Lett.*, **33**, L17712.

Zhang, R., and T. L. Delworth, 2009: A new method for attributing climate variations over the Atlantic Hurricane Basin's main development region. *Geophys. Res. Lett.*, **36**, L06701.

Zhang, R., et al., 2013b: Have aerosols caused the observed Atlantic multidecadal variability? *J. Atmos. Sci.*, **70**, 1135–1144.

Zhang, S., and B. Wang, 2008: Global summer monsoon rainy seasons. *Int. J. Climatol.*, **28**, 1563–1578.

Zhang, X., R. Brown, L. Vincent, W. Skinner, Y. Feng, and E. Mekis, 2011b: Canadian climate trends, 1950–2007. Canadian Biodiversity: Ecosystem Status and Trends 2012, Technical Thematic Report No. 5, Canadian Councils of Resource Ministers, Ottawa, iv + 21p.

Zhang, X., et al., 2005: Trends in Middle East climate extreme indices from 1950 to 2003. *J. Geophys. Res. Atmos.*, **110**, doi:10.1029/2005JD006181.

Zhang, X. B., F. W. Zwiers, and P. A. Stott, 2006: Multimodel multisignal climate change detection at regional scale. *J. Clim.*, **19**, 4294–4307.

Zhao, M., and I. Held, 2012: TC-permitting GCM simulations of hurricane frequency response to sea surface temperature anomalies projected for the late twenty-first century. *J. Clim.*, **25**, 2995–3009.

Zhao, M., I. M. Held, S. J. Lin, and G. A. Vecchi, 2009: Simulations of global hurricane climatology, interannual variability, and response to global warming using a 50-km resolution GCM. *J. Clim.*, **22**, 6653–6678.

Zheng, X.-T., S.-P. Xie, and Q. Liu, 2011: Response of the Indian Ocean basin mode and its capacitor effect to global warming. *J. Clim.*, **24**, 6146–6164.

Zheng, X.-T., Y. Du, L. Liu, G. Huang, and Q. Liu, 2013: Indian Ocean Dipole response to global warming in the CMIP5 multi-model ensemble. *J. Clim.*, **26**, 6067–6080.

Zheng, X. T., S. P. Xie, G. A. Vecchi, Q. Y. Liu, and J. Hafner, 2010: Indian Ocean Dipole response to global warming: Analysis of ocean-atmospheric feedbacks in a coupled model. *J. Clim.*, **23**, 1240–1253.

Zhou, T., B. Wu, and B. Wang, 2009a: How well do atmospheric general circulation models capture the leading modes of the interannual variability of the Asian-Australian monsoon? *J. Clim.*, **22**, 1159–1173.

Zhou, T., R. Yu, H. Li, and B. Wang, 2008a: Ocean forcing to changes in global monsoon precipitation over the recent half-century. *J. Clim.*, **21**, 3833–3852.

Zhou, T. J., and R. C. Yu, 2005: Atmospheric water vapor transport associated with typical anomalous summer rainfall patterns in China. *J. Geophys. Res. Atmos.*, **110**, D08104.

Zhou, T. J., and L. W. Zou, 2010: Understanding the predictability of East Asian summer monsoon from the reproduction of land-sea thermal contrast change in AMIP-type simulation. *J. Clim.*, **23**, 6009–6026.

Zhou, T. J., L. X. Zhang, and H. M. Li, 2008b: Changes in global land monsoon area and total rainfall accumulation over the last half century. *Geophys. Res. Lett.*, **35**, L16707.

Zhou, T. J., D. Y. Gong, J. Li, and B. Li, 2009b: Detecting and understanding the multi-decadal variability of the East Asian Summer Monsoon—Recent progress and state of affairs. *Meteorol. Z.*, **18**, 455–467.

Zhou, T. J., et al., 2009c: The CLIVAR C20C project: Which components of the Asian-Australian monsoon circulation variations are forced and reproducible? *Clim. Dyn.*, **33**, 1051–1068.

Zhou, W., J. C. L. Chan, W. Chen, J. Ling, J. G. Pinto, and Y. Shao, 2009d: Synoptic-scale controls of persistent low temperature and icy weather over southern China in January 2008. *Mon. Weather Rev.*, **137**, 3978–3991.

Zhu, C., B. Wang, W. Qian, and B. Zhang, 2012: Recent weakening of northern East Asian summer monsoon: A possible response to global warming. *Geophys. Res. Lett.*, **39**, doi: 10.1029/2012GL051155.

Zhu, Y. L., and H. J. Wang, 2010: The Arctic and Antarctic Oscillations in the IPCC AR4 Coupled Models. *Acta Meteorol. Sin.*, **24**, 176–188.

**14**

BLM_0074817

# Annexes

BLM_0074818

BLM_0074819



# Annex I: Atlas of Global and Regional Climate Projections

**Editorial Team:**
Geert Jan van Oldenborgh (Netherlands), Matthew Collins (UK), Julie Arblaster (Australia), Jens Hesselbjerg Christensen (Denmark), Jochem Marotzke (Germany), Scott B. Power (Australia), Markku Rummukainen (Sweden), Tianjun Zhou (China)

**Advisory Board:**
David Wratt (New Zealand), Francis Zwiers (Canada), Bruce Hewitson (South Africa)

**Review Editor Team:**
Pascale Delecluse (France), John Fyfe (Canada), Karl Taylor (USA)

**This annex should be cited as:**
IPCC, 2013: Annex I: Atlas of Global and Regional Climate Projections [van Oldenborgh, G.J., M. Collins, J. Arblaster, J.H. Christensen, J. Marotzke, S.B. Power, M. Rummukainen and T. Zhou (eds.)]. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

1311

# Table of Contents

**Introduction and Scope** ............................................................. 1313

**Technical Notes** ........................................................................ 1313

**References** ............................................................................... 1314

**Atlas** ........................................................................................ 1317

Figures AI.4 to AI.7: World ......................................................... 1318

Figures AI.8 to AI.11: Arctic....................................................... 1322

Figures AI.12 to AI.15: High latitudes ........................................ 1326

Figures AI.16 to AI.19: North America (West) ............................ 1330

Figures AI.20 to AI.23: North America (East)............................... 1334

Figures AI.24 to AI.27: Central America and Caribbean ............. 1338

Figures AI.28 to AI.31: Northern South America ........................ 1342

Figures AI.32 to AI.35: Southern South America ........................ 1346

Figures AI.36 to AI.39: North and Central Europe...................... 1350

Figures AI.40 to AI.43: Mediterranean and Sahara .................... 1354

Figures AI.44 to AI.47: West and East Africa .............................. 1358

Figures AI.48 to AI.51: Southern Africa and West
Indian Ocean ............................................................................ 1362

Figures AI.52 to AI.55: West and Central Asia............................ 1366

Figures AI.56 to AI.59: Eastern Asia and Tibetan Plateau........... 1370

Figures AI.60 to AI.63: South Asia.............................................. 1374

Figures AI.64 to AI.67: Southeast Asia ....................................... 1378

Figures AI.68 to AI.71: Australia and New Zealand..................... 1382

Figures AI.72 to AI.75: Pacific Islands region ............................. 1386

Figures AI.76 to AI.79: Antarctica .............................................. 1390

**Supplementary Material**

*Supplementary Material is available in online versions of the report.*

BLM_0074821

## Introduction and Scope

This Annex presents a series of figures showing global and regional patterns of climate change computed from global climate model output gathered as part of the Coupled Model Intercomparison Project Phase 5 (CMIP5; Taylor et al., 2012). Maps of surface air temperature change and relative precipitation change (i.e., change expressed as a percentage of mean precipitation) in different seasons are presented for the globe and for a number of different sub-continental-scale regions. Twenty-year average changes for the near term (2016–2035), for the mid term (2046–2065) and for the long term (2081–2100) are given, relative to a reference period of 1986–2005. Time series for temperature and relative precipitation changes are shown for global land and sea averages, the 26 sub-continental SREX (IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation) regions (IPCC, 2012) augmented with polar regions and the Caribbean, two Indian Ocean and three Pacific Ocean regions. In total this Annex gives projections for 35 regions, 2 variables and 2 seasons. The projections are made under the Representative Concentration Pathway (RCP) scenarios, which are introduced in Chapter 1 with more technical detail given in Section 12.3 (also note the discussion of near-term biases in Sections 11.3.5.1 and 11.3.6.1). Maps are shown only for the RCP4.5 scenario; however, the time series presented show how the area-average response varies among the RCP2.6, RCP4.5, RCP6.0 and RCP8.5 scenarios. Spatial maps for the other RCP scenarios and additional seasons are presented in the Annex I Supplementary Material. Figures AI.1 and AI.2 give a graphical explanation of aspects of both the time series plots and the spatial maps. While some of the background to the information presented is given here, discussion of the maps and time series, as well as important additional background, is provided in Chapters 9, 11, 12 and 14. Figure captions on each page of the Atlas reference the specific sub-sections in the report relevant to the regions considered on that page.

The projection of future climate change involves the careful evaluation of models, taking into account uncertainties in observations and consideration of the physical basis of the findings, in order to characterize the credibility of the projections and assess their sensitivity to uncertainties. As discussed in Chapter 9, different climate models have varying degrees of success in simulating past climate variability and mean state when compared to observations. Verification of regional trends is discussed in Box 11.2 and provides further information on the credibility of model projections. The information presented in this Annex is based entirely on all available CMIP5 model output with equal weight given to each model or version with different parameterizations.

Complementary methods for making quantitative projections, in which model output is combined with information about model performance using statistical techniques, exist and should be considered in impacts studies (see Sections 9.8.3, 11.3.1 and 12.2.2 to 12.2.3). Although results from the application of such methods can be assessed alongside the projections from CMIP5 presented here, it is beyond the scope of this Annex. Nor do the simple maps provided represent a robust estimate of the uncertainty associated with the projections. Here the range of model spread is provided as a simple, albeit imperfect, guide to the range of possible futures (including the effect of natural variability). Alternative approaches used to estimate projection uncertainty

are discussed in Sections 11.3.1 and 12.2.2 to 12.2.3. The reliability of past trends is assessed in Box 11.2, which concludes that the time series and maps cannot be interpreted literally as probability density functions. They should not be interpreted as 'forecasts'.

Projections of future climate change are conditional on assumptions of climate forcing, affected by shortcomings of climate models and inevitably also subject to internal variability when considering specific periods. Projected patterns of climate change may differ from one climate model generation to the next due to improvements in models. Some model-inadequacies are common to all models, but so are many patterns of change across successive generations of models, which gives some confidence in projections. The information presented is intended to be only a starting point for anyone interested in more detailed information on projections of future climate change and complements the assessment in Chapters 11, 12 and 14.

## Technical Notes

**Data and Processing:** The figures have been constructed using the CMIP5 model output available at the time of the AR5 cut-off for accepted papers (15 March 2013). This data set comprises 32/42/25/39 scenario experiments for RCP2.6/4.5/6.0/8.5 from 42 climate models (Table AI.1). Only concentration-driven experiments are used (i.e., those in which concentrations rather than emissions of greenhouse gases are prescribed) and only one ensemble member from each model is selected, even if multiple realizations exist with different initial conditions and different realizations of natural variability. Hence each model is given equal weight. Maps from only one scenario (RCP4.5) are shown but time series are included from all four RCPs. Maps from other RCPs are presented in the Annex I Supplementary Material.

**Reference Period:** Projections are expressed as anomalies with respect to the reference period of 1986–2005 for both time series and spatial maps (i.e., differences between the future period and the reference period). Thus the changes are relative to the climate change that has already occurred since the pre-industrial period and which is discussed in Chapters 2 and 10. For quantities where the trend is larger than the natural variability such as large-area temperature changes, a more recent reference period would give better estimates (see Section 11.3.6.1); for quantities where the natural variability is much larger than the trend a longer reference period would be preferable.

**Equal Model Weighting:** Model evaluation uses a multitude of techniques (see Chapter 9) and there is no consensus in the community about how to use this information to assign likelihood to different model projections. Consequently, the different CMIP5 models used for the projections in the Atlas are all considered to give equally likely projections in the sense of 'one model, one vote'. Models with variations in physical parameterization schemes are treated as distinct models.

**Variables:** Two variables have been plotted: surface air temperature change and relative precipitation change. The relative precipitation change is defined as the percentage change from the 1986–2005 reference period in each ensemble member. For the time series, the variables are first averaged over the domain and then the changes from the reference period are computed. This implies that in regions with

BLM_0074822

**AI**

large climatological precipitation gradients, the change is generally dominated by the areas with the most precipitation.

**Seasons:** For temperature, the standard meteorological seasons June to August and December to February are shown, as these often correspond roughly with the warmest and coldest seasons. The annual mean and remaining seasons, March to May and September to October can be found in the Annex I Supplementary Material. For precipitation, the half-years April to September and October to March are shown so that in most monsoon areas the local rain seasons are entirely contained within the seasonal range plotted. Because the seasonal average is computed first, followed by the percentile change, these numbers are dominated by the rainy months within the half-year. The annual means are included in the Supplementary Material.

**Regions:** In addition to the global maps, the areas defined in the SREX (IPCC, 2012) are plotted with the addition of six regions containing the Caribbean, Indian Ocean and Pacific Island States and land and sea areas of the two polar regions. For regions containing large land-areas, averages are computed only over land grid points only. For ocean regions, averages are computed over both land and ocean grid points (see figure captions). A grid box is considered land if the land fraction is larger than 50% and sea if it is smaller than this. SREX regions with long coastlines (west coast of South America, North Europe, Southeast Asia) therefore include some influence of the ocean. Note that temperature and precipitation over islands may be very different from those over the surrounding sea.

**Time Series:** For each of the resulting areas the areal mean is computed on the original model grid using land, sea or all points, depending on the definition of the region (see above). As an indication of the model uncertainty and natural variability, the time series of each model and scenario over the common period 1900–2100 are shown on the top of the page as anomalies relative to 1986–2005 (the seasons December to February and October to March are counted towards the second year in the interval). The multi-model ensemble means are also shown. Finally, for the period 2081–2100, the 20-year means are computed and the box-and-whisker plots show the 5th, 25th, 50th (median), 75th and 95th percentiles sampled over the distribution of the 20-year means of the model time series indicated in Table AI.1, including both natural variability and model spread. In the 20-year means the natural variability is suppressed relative to the annual values in the time series whereas the model uncertainty is the same. Note that owing to a smaller number of models, the box-and-whisker plots for the RCP2.6 scenario and especially the RCP6.0 scenario are less certain than those for RCP4.5 and RCP8.5.

**Spatial Maps:** The maps in the Atlas show, for an area encompassing two or three regions, the difference between the periods 2016–2035, 2046–2065 and 2081–2100 and the reference period 1986–2005. As local projections of climate change are uncertain, a measure of the range of model projections is shown in addition to the median response of the model ensemble interpolated to a common 2.5° grid (the interpolation was done bilinearly for surface air temperature and first order conservatively for precipitation). It should again be emphasized (see above) that this range does not represent the full uncertainty in the projection. On the left, the 25th percentile of the distribution

of ensemble members is shown, on the right the 75th percentile. The median is shown in the middle (different from similar plots in Chapters 11 and 12 and the time series which show the multi-model mean). The distribution combines the effects of natural variability and model spread. The colour scale is kept constant over all maps.

**Hatching:** Hatching indicates regions where the magnitude of the change of the 20-year mean is less than 1 standard deviation of model-estimated present-day natural variability of 20-year mean differences. The natural variability is estimated using all pre-industrial control runs which are at least 500 years long. The first 100 years of the pre-industrial are ignored. The natural variability is then calculated for every grid point as the standard deviation of non-overlapping 20-year means after a quadratic fit is subtracted at every grid point to eliminate model drift. This is multiplied by the square root of 2, a factor that arises as the comparison is between two distributions of numbers. The median across all models of that quantity is used. This characterizes the typical difference between two 20-year averages that would be expected due to unforced internal variability. The hatching is applied to all maps so, for example, if the 25th percentile of the distribution of model projections is less than 1 standard deviation of natural variability, it is hatched.

The hatching can be interpreted as some indication of the strength of the future anomalies from present-day climate, when compared to the strength of present day internal 20-year variability. It either means that the change is relatively small or that there is little agreement between models on the sign of the change. It is presented only as a guide to assessing the strength of change as the difference between two 20-year intervals. Using other measures of natural variability would give smaller or larger hatched areas, but the colours underneath the hatching would not be very different. Other methods of hatching and stippling are possible (see Box 12.1) and, in cases where such information is critical, it is recommended that thorough attention is paid to assessing significance using a statistical test appropriate to the problem being considered.

**Scenarios:** Spatial patterns of changes for scenarios other than RCP4.5 can be found in the Annex I Supplementary Material.

## References

IPCC, 2012: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation.* A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [C. B. Field, V. Baros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G.-K. Plattner, S. K. Allen, M. Tignor and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, 582 pp.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: A summary of the CMIP5 experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

BLM_0074823

**Atlas of Global and Regional Climate Projections**                                                      **Annex I**

**Table AI.1** | The CMIP5 models used in this Annex for each of the historical and RCP scenario experiments. A number in each column is the identifier of the single ensemble member from that model that is used. A blank indicates no run was used, usually because that scenario run was not available. For the pre-industrial control column (piControl), a 'tas' indicates that those control simulations are used in the estimate of internal variability of surface air temperature and a 'pr' indicates that those control simulations are used in the estimate of precipitation internal variability.

**AI**

| CMIP5 Model Name | piControl | Historical | RCP2.6 | RCP4.5 | RCP6.0 | RCP8.5 |
|---|---|---|---|---|---|---|
| ACCESS1-0 | tas/pr | 1 | | 1 | | 1 |
| ACCESS1-3 | tas/pr | 1 | | 1 | | 1 |
| bcc-csm1-1 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| bcc-csm1-1-m | | 1 | 1 | 1 | 1 | |
| BNU-ESM | tas/pr | 1 | 1 | 1 | | 1 |
| CanESM2 | tas/pr | 1 | 1 | 1 | | 1 |
| CCSM4 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| CESM1-BGC | tas/pr | 1 | | 1 | | 1 |
| CESM1-CAM5 | | 1 | 1 | 1 | 1 | 1 |
| CMCC-CM | | 1 | | 1 | | 1 |
| CMCC-CMS | tas/pr | 1 | | 1 | | 1 |
| CNRM-CM5 | tas/pr | 1 | 1 | 1 | | 1 |
| CSIRO-Mk3-6-0 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| EC-EARTH | | 8 | 8 | 8 | | 8 |
| FGOALS-g2 | tas/pr | 1 | 1 | 1 | | 1 |
| FIO-ESM | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GFDL-CM3 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GFDL-ESM2G | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GFDL-ESM2M | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H p1 | | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H p2 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H p3 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H-CC | | 1 | | 1 | | |
| GISS-E2-R p1 | | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-R p2 | pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-R p3 | pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-R-CC | | 1 | | 1 | | |
| HadGEM2-AO | | 1 | 1 | 1 | 1 | 1 |
| HadGEM2-CC | | 1 | | 1 | | 1 |
| HadGEM2-ES | | 2 | 2 | 2 | 2 | 2 |
| inmcm4 | tas/pr | 1 | | 1 | | 1 |
| IPSL-CM5A-LR | tas/pr | 1 | 1 | 1 | 1 | 1 |
| IPSL-CM5A-MR | | 1 | 1 | 1 | 1 | 1 |
| IPSL-CM5B-LR | | 1 | | 1 | | 1 |
| MIROC5 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| MIROC-ESM | tas/pr | 1 | 1 | 1 | 1 | 1 |
| MIROC-ESM-CHEM | | 1 | 1 | 1 | 1 | 1 |
| MPI-ESM-LR | tas/pr | 1 | 1 | 1 | | 1 |
| MPI-ESM-MR | tas/pr | 1 | 1 | 1 | | 1 |
| MPI-ESM-P | tas/pr | 1 | | 1 | | |
| MRI-CGCM3 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| NorESM1-M | tas/pr | 1 | 1 | 1 | 1 | 1 |
| NorESM1-ME | | 1 | 1 | 1 | 1 | 1 |
| | | | | | | |
| Number of models | | 42 | 32 | 42 | 25 | 39 |

BLM_0074824

AI



Figure AI.1 | Explanation of the features of a typical time series figure presented in Annex I.



Figure AI.2 | Explanation of the features of a typical spatial map presented in Annex I. Hatching indicates regions where the magnitude of the 25th, median or 75th percentile of the 20-year mean change is less than 1 standard deviation of model-estimated natural variability of 20-year mean differences.

**Atlas of Global and Regional Climate Projections**                                    **Annex I**

## Atlas



**Figure AI.3 |** Overview of the SREX, ocean and polar regions used.

Figures AI.4 to AI.7: World
Figures AI.8 to AI.11: Arctic
Figures AI.12 to AI.15: High latitudes
Figures AI.16 to AI.19: North America (West)
Figures AI.20 to AI.23: North America (East)
Figures AI.24 to AI.27: Central America and Caribbean
Figures AI.28 to AI.31: Northern South America
Figures AI.32 to AI.35: Southern South America
Figures AI.36 to AI.39: North and Central Europe
Figures AI.40 to AI.43: Mediterranean and Sahara

Figures AI.44 to AI.47: West and East Africa
Figures AI.48 to AI.51: Southern Africa and West Indian Ocean
Figures AI.52 to AI.55: West and Central Asia
Figures AI.56 to AI.59: Eastern Asia and Tibetan Plateau
Figures AI.60 to AI.63: South Asia
Figures AI.64 to AI.67: Southeast Asia
Figures AI.68 to AI.71: Australia and New Zealand
Figures AI.72 to AI.75: Pacific Islands region
Figures AI.76 to AI.79: Antarctica

1317

BLM_0074826



**Figure AI.4 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points over the globe in December to February. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, 11.3.3.1, Box 11.2, 12.4.3.1 and 12.4.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074827

**Atlas of Global and Regional Climate Projections**                                                      Annex I



**Figure AI.5 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points over the globe in June to August. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, 11.3.3.1, Box 11.2, 12.4.3.1 and 12.4.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074828

**AI**



**Figure AI.6 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points over the globe in October to March. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074829

Atlas of Global and Regional Climate Projections                                          Annex I



**Figure AI.7 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points over the globe in April to September. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074830



**Figure AI.8 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Arctic (67.5°N to 90°N) in December to February. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 12.4.3.1, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074831

**Atlas of Global and Regional Climate Projections**



**Figure AI.9 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Arctic (67.5°N to 90°N) in June to August. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 12.4.3.1, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074832

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.10 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Arctic (67.5°N to 90°N) in October to March. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074833

**Atlas of Global and Regional Climate Projections**                                              **Annex I**



**Figure AI.11** | (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Arctic (67.5°N to 90°N) in April to September. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074834



**Figure AI.12 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in December to February. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074835

**Atlas of Global and Regional Climate Projections**

Annex I



**Figure AI.13** | (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in June to August. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074836

**AI**



**Figure AI.14 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in October to March. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074837

**Atlas of Global and Regional Climate Projections**                                      **Annex I**



**Figure AI.15 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in April to September. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074838

AI



**Figure AI.16 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in December to February. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074839



**Figure AI.17 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in June to August. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074840

**Atlas of Global and Regional Climate Projections**



**Figure AI.18 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in October to March. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074841

**Atlas of Global and Regional Climate Projections**                                                          **Annex I**



**Figure AI.19 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in April to September. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074842

**Atlas of Global and Regional Climate Projections**

**AI**



**Figure AI.20 |**  (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in December to February. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074843

**Atlas of Global and Regional Climate Projections**                                                                                    **Annex I**



**Figure AI.21 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in June to August. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005

in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, I0.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

1335

BLM_0074844





**Figure AI.22 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in October to March. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074845

**Atlas of Global and Regional Climate Projections**                                                                    **Annex I**



**Figure AI.23 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in April to September. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074846

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.24 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central America (68.8°W, 11.4°N; 79.7°W, 1.2°S; 116.3°W, 28.6°N; 90.3°W, 28.6°N) in December to February. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074847



**Figure AI.25 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central America (68.8°W, 11.4°N; 79.7°W, 1.2°S; 116.3°W, 28.6°N; 90.3°W, 28.6°N) in June to August. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074848

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.26 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central America (68.8°W,11.4°N; 79.7°W, 1.2°S; 116.3°W,28.6°N; 90.3°W,28.6°N) in October to March. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074849

**Atlas of Global and Regional Climate Projections**                                                                      **Annex I**



**Figure AI.27 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central America (68.8°W, 11.4°N; 79.7°W, 1.2°S; 116.3°W, 28.6°N; 90.3°W, 28.6°N) in April to September. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074850

AI



**Figure AI.28 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in December-February. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074851

AI



**Figure AI.29 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in June to August. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074852



**Figure AI.30 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in October to March. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.1.2, Box 11.2, 14.2.3.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074853



**Figure AI.31 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in April to September. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.1.2, Box 11.2, 14.2.3.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074854

AI



**Figure AI.32 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in December to February. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074855



**Figure AI.33 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in June to August. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074856

AI



**Figure AI.34 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in October to March. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074857

**Atlas of Global and Regional Climate Projections**                                           **Annex I**



**Figure AI.35 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in April to September. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074858



**Figure AI.36 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in December to February. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 10.3, Box 11.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074859

AI



**Figure AI.37 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in June to August. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 10.3, Box 11.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074860

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.38** | (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in October to March. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074861



**Figure AI.39 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in April to September. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074862

AI



**Figure AI.40 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in December to February. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074863



**Figure AI.41 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in June to August. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074864



**Figure AI.42 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in October to March. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios. Note different scales.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074865

**Atlas of Global and Regional Climate Projections**                                                                              **Annex I**



**Figure AI.43 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in April to September. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios. Note different scales.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074866

AI



**Figure AI.44 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in West Africa (11.4°S to 15°N, 20°W to 25°E) in December to February. (Top right) Same for land grid points in East Africa (11.3°S to 15°N, 25°E to 52°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074867



**Figure AI.45 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in West Africa (11.4°S to 15°N, 20°W to 25°E) in June to August. (Top right) Same for land grid points in East Africa (11.3°S to 15°N, 25°E to 52°E). Thin lines denote one ensemble member per model; thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074868

AI



**Figure AI.46 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in West Africa (11.4°S to 15°N, 20°W to 25°E) in October to March. (Top right) Same for land grid points in East Africa (11.3°S to 15°N, 25°E to 52°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.1.2, Box 11.2, 12.4.5.2, 14.2.4, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074869



**Figure AI.47 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in West Africa (11.4°S to 15°N, 20°W to 25°E) in April to September. (Top right) Same for land grid points in East Africa (11.3°S to 15°N, 25°E to 52°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.1.2, Box 11.2, 12.4.5.2, 14.2.4, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074870

   (placeholder)



**Figure AI.48 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Southern Africa (35°S to 11.4°S, 10°W to 52°E) in December to February. (Top right) Same for sea grid points in the West Indian Ocean (25°S to 5°N, 52°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074871



**Figure AI.49 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Southern Africa (35°S to 11.4°S, 10°W to 52°E) in June to August. (Top right) Same for sea grid points in the West Indian Ocean (25°S to 5°N, 52°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074872

AI



**Figure AI.50 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Southern Africa (35°S to 11.4°S, 10°W to 52°E) in October to March. (Top right) Same for sea grid points in the West Indian Ocean (25°S to 5°N, 52°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074873

**Atlas of Global and Regional Climate Projections**                                                                 **Annex I**



**Figure AI.51 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Southern Africa (35°S to 11.4°S, 10°W to 52°E) in April to September. (Top right) Same for sea grid points in the West Indian Ocean (25°S to 5°N, 52°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074874

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.52 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in West Asia (15°N to 50°N, 40°E to 60°E) in December to February. (Top right) Same for land grid points in Central Asia (30°N to 50°N, 60°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.8, 14.8.10 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

**Atlas of Global and Regional Climate Projections**                                                                    Annex I



**Figure AI.53 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in West Asia (15°N to 50°N, 40°E to 60°E) in June to August. (Top right) Same for land grid points in Central Asia (30°N to 50°N, 60°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.8, 14.8.10 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

1367

BLM_0074876

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.54 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in West Asia (15°N to 50°N, 40°E to 60°E) in October to March. (Top right) Same for land grid points in Central Asia (30°N to 50°N, 60°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.8, 14.8.10 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074877



**Figure AI.55 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in West Asia (15°N to 50°N, 40°E to 60°E) in April to September. (Top right) Same for land grid points in Central Asia (30°N to 50°N, 60°E to 75°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.8, 14.8.10 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074878

**Atlas of Global and Regional Climate Projections**

AI



**Figure AI.56 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Eastern Asia (20°N to 50°N, 100°E to 145°E) in December to February. (Top right) Same for land grid points on the Tibetan Plateau (30°N to 50°N, 75°E to 100°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3, 14.8.9 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074879

AI



**Figure AI.57 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Eastern Asia (20°N to 50°N, 100°E to 145°E) in June to August. (Top right) Same for land grid points on the Tibetan Plateau (30°N to 50°N, 75°E to 100°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.8, 14.8.9 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074880

AI



**Figure AI.58 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Eastern Asia (20°N to 50°N, 100°E to 145°E) in October to March. (Top right) Same for land grid points on the Tibetan Plateau (30°N to 50°N, 75°E to 100°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.2.2.2, 14.8.8, 14.8.9 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074881



**Figure AI.59 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Eastern Asia (20°N to 50°N, 100°E to 145°E) in April to September. (Top right) Same for land grid points on the Tibetan Plateau (30°N to 50°N, 75°E to 100°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.2.2.2, 14.8.8, 14.8.9 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074882

AI



**Figure AI.60 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in South Asia (60°E, 5°N; 60°E, 30°N; 100°E, 30°N; 100°E, 20°E; 95°E, 20°N; 95°E, 5°N) in December to February. (Top right) Same for sea grid points in the North Indian Ocean (5°N to 30°N, 60°E to 95°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.11 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074883

**AI**



**Figure AI.61 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in South Asia (60°E, 5°N; 60°E, 30°N; 100°E, 30°N; 100°E, 20°E; 95°E, 20°N; 95°E, 5°N) in June to August. (Top right) Same for sea grid points in the North Indian Ocean (5°N to 30°N, 60°E to 95°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.11 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074884



**Figure AI.62 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in South Asia (60°E, 5°N; 60°E, 30°N; 100°E, 30°N; 100°E, 20°E; 95°E, 20°N; 95°E, 5°N) in October to March. (Top right) Same for sea grid points in the North Indian Ocean (5°N to 30°N, 60°E to 95°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.2.2.1, 14.8.11 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074885

**Atlas of Global and Regional Climate Projections**                                                                Annex I



**Figure AI.63 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in South Asia (60°E, 5°N; 60°E, 30°N; 100°E, 30°N; 100°E, 20°E; 95°E, 20°N; 95°E, 5°N) in April to September. (Top right) Same for sea grid points in the North Indian Ocean (5°N to 30°N, 60°E to 95°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.2.2.1, 14.8.11 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074886

**AI**



**Figure AI.64 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Southeast Asia (10°S to 20°N, 95°E to 155°E) in December to February. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.12 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074887

**Atlas of Global and Regional Climate Projections**                                                              **Annex I**



**Figure AI.65 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Southeast Asia (10°S to 20°N, 95°E to 155°E) in June to August. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.12 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074888

**Atlas of Global and Regional Climate Projections**

**AI**



**Figure AI.66 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Southeast Asia (10°S to 20°N, 95°E to 155°E) in October to March. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.2.2.3, 14.2.2.5, 14.8.12 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074889

**Atlas of Global and Regional Climate Projections**                                           **Annex I**



**Figure AI.67 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Southeast Asia (10°S to 20°N, 95°E to 155°E) in April to September. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.2.2.3, 14.2.2.5, 14.8.12 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0074890