| | | | | |
|---|---|---|---|---|
| **ENSO** | El Niño-Southern Oscillation | | **GHCNDEX** | Global Historical Climatology Network-Daily Gridded Data Set of Climate Extremes |
| **EOF** | Empirical Orthogonal Function | | **GHCNv3** | Global Historical Climatology Network Version 3 |
| **ERA-40** | ECMWF 40-year ReAnalysis | | **GHG** | Greenhouse Gas |
| **ERBE** | Earth Radiation Budget Experiment | | **GI** | Greenland Interstadial |
| **ERBS** | Earth Radiation Budget Satellite | | **GIA** | Glacial Isostatic Adjustment |
| **ERF** | Effective Radiative Forcing | | **GIS** | Greenland Ice Sheet |
| **ERFaci** | Effective Radiative Forcing due to Aerosol–Cloud Interactions | | **GISP** | Greenland Ice Sheet Project |
| **ERFari** | Effective Radiative Forcing due to Aerosol–Radiation Interactions | | **GISS** | Goddard Institute of Space Studies |
| | | | **GISTEMP** | Goddard Institute for Space Studies Surface Temperature Analysis |
| **ERS** | European Remote Sensing (Satellite) | | **GL** | Grounding Line |
| **ERSST** | Extended Reconstructed Sea Surface Temperature | | **GLODAP** | Global Ocean Data Analysis Project |
| **ESA** | European Space Agency | | **GLS** | Generalized Least Squares |
| **ESM** | Earth System Model | | **GMA** | Global Monsoon Area |
| **ESMR** | Electrically Scanning Microwave Radiometer | | **GMD** | Global Monitoring Division (NOAA) |
| **ESRL** | Earth System Research Library (NOAA) | | **GMI** | Global Monsoon Precipitation Intensity |
| **ESTOC** | European Station for Time Series in the Ocean | | **GMP** | Global Monsoon Total Precipitation |
| **ETC** | Extratropical Cyclone | | **GMSL** | Global Mean Sea Level |
| **FACE** | Free-Air $CO_2$ Enrichment | | **GMST** | Global Mean Surface Temperature |
| **FAO** | Food and Agriculture Organization (UN) | | **GOCCP** | GCM-Oriented CALIPSO Cloud Product |
| **FAR** | IPCC First Assessment Report | | **GOGA** | Global Ocean Global Atmosphere |
| **FGOALS1** | Flexible Global Ocean Atmosphere Land System Model Version 1 | | **GOME** | Global Ozone Monitoring Experiment |
| **FIO** | First Institute of Oceanography | | **GOMOS** | Global Ozone Monitoring by Occultation of Stars |
| **FLUXNET** | Global Network of Flux Towers | | **GOSAT** | Greenhouse Gases Observing Satellite |
| **FTIR** | Fourier Transform Infrared Spectroscopy | | **GPCC** | Global Precipitation Climatology Centre |
| **FTS** | Fourier-Transform Spectrometer | | **GPCP** | Global Precipitation Climatology Project |
| **FWCC** | Freshwater Content Changes | | **GPH** | Geopotential Height |
| **GCAM** | Global Change Assessment Model | | **GPP** | Gross Primary Productivity |
| **GCM** | General Circulation Model | | **GPS** | Global Positioning System |
| **GCP** | Global Cost Potential | | **GRACE** | Gravity Recovery and Climate Experiment |
| **GCRM** | Global Cloud-Resolving Models | | **GRISLI** | Grenoble Ice Shelf and Land Ice Model |
| **GEISA** | Gestion et Etude des Informations Spectroscopiques Atmosphériques | | **GS** | Greenland Stadial |
| **GENIE-1** | Grid Enabled Integrated Earth System Model-1 | | **GSFC** | Goddard Space Flight Centre |
| **GeoMIP G1** | Geoengineering Model Intercomparison Project G1 | | **Gt** | Gigatonnes |
| | | | **GTP** | Global Temperature Change Potential |
| **GFDL** | Geophysical Fluid Dynamics Laboratory | | **GUESS** | General Ecosystem Simulator |
| **GFED** | Global Fire Emissions Database | | **GWD** | Gravity-Wave Drag |
| **GHCN** | Global Historical Climatology Network | | **GWP** | Global Warming Potential |

**AIV**

BLM_0074979

| | | | | |
|---|---|---|---|---|
| **HadAT2** | Hadley Centre Atmospheric Temperature Data Set 2 | | **IMBIE** | Ice-sheet Mass Balance Intercomparison Experiment |
| **HadCM** | Hadley Centre Climate Prediction Models | | **IMPROVE** | US Interagency Monitoring of Protected Visual Environments |
| **HadCRUT4** | Hadley Centre Climatic Research Unit Gridded Surface Temperature Data Set 4 | | **INMCM4** | Institute for Numerical Mathematics Coupled Model 4 |
| **HadEX** | Hadley Centre Gridded Data Set Of Temperature And Precipitation Extremes | | **IOB** | Indian Ocean Basin |
| **HadGEM1** | Hadley Centre New Global Environmental Model 1 | | **IOBM** | Indian Ocean Basin Mode |
| | | | **IOD** | Indian Ocean Dipole |
| **HadGEM2-ES** | Hadley Centre New Global Environmental Model 2-Earth System | | **IODM** | Indian Ocean Dipole Mode |
| **HadGHCND** | Hadley Centre Gridded Daily Temperatures Data Set | | **IPA** | International Permafrost Association |
| | | | **IPO** | Inter-decadal Pacific Oscillation |
| **HadISST** | Hadley Centre Interpolated SST | | **IPSL** | Institut Pierre Simon Laplace |
| **HadNMAT2** | Hadley Centre Night Marine Air Temperatures Data Set Version 2 | | **IPY** | International Polar Year |
| | | | **IR** | Infrared |
| **HadSLP2r** | Hadley Centre Sea Level Pressure Data Set 2r | | **IRF** | Impulse Response Function |
| **HadSST3** | Hadley Centre Sea Surface Temperature Data Set Version 3 | | **ISCCP** | International Satellite Cloud Climatology Project |
| **HALOE** | Halogen Occultation Experiment | | **ITCZ** | Inter-Tropical Convergence Zone |
| **HCFC** | Hydrochlorofluorocarbon | | **ITF** | Indonesian Throughflow |
| **HCO$_3^-$** | Bicarbonate Ion | | **IUK** | Iterative Universal Kriging |
| **HF** | Hickey–Frieden (Radiometer) | | **JIMAR** | Joint Institute for Marine and Atmospheric Research |
| **HFC** | Hydrofluorocarbon | | | |
| **HIPPO** | HIAPER Pole-to-Pole Observations | | **JJA** | June, July and August |
| **HIRHAM5** | High-Resolution Hamburg Climate Model 5 | | **JMA** | Japan Meteorological Agency |
| **HITRAN** | High-Resolution Transmission Molecular Absorption | | **JPL** | Jet Propulsion Laboratory |
| | | | **ka** | 1000 Years ago |
| **HOAPS** | Hamburg Ocean–Atmosphere Parameters and Fluxes from Satellite | | **KCM** | Knowledge Capture and Modeling |
| | | | **kyr** | 1000 Years |
| **HOT** | Hawaii Ocean Time Series | | **LAC** | Light-Absorbing Carbon |
| **HYDE** | History Database of the Environment | | **LBIS** | Larsen B Ice Shelf |
| **HY-INT** | Hydroclimatic Intensity | | **LBL** | Line-by-line (models) |
| **HYLAND** | Hybrid Land Terrestrial Ecosystem Model | | **LGM** | Last Glacial Maximum |
| **IAM** | Integrated Assessment Model | | **LIA** | Little Ice Age |
| **IASI** | Infrared Atmospheric Sounder Interferometer | | **LIG** | Last Interglacial |
| **ICE** | Ice Cloud and Land Elevation | | **LISAM** | Large–scale Index for South America Monsoon |
| **ICESat** | Ice, Cloud and Land Elevation Satellite | | **LLGHG** | Long-Lived Greenhouse Gas |
| **ICOADS** | International Comprehensive Ocean-Atmosphere Data Set | | **LMM** | Late Maunder Minimum |
| | | | **LNADW** | Lower North Atlantic Deep Water |
| **IGAC** | International Global Atmospheric Chemistry | | **LOSU** | Level of Scientific Understanding |
| **IMAGE** | Integrated Model to Assess the Global Environment | | **LOVECLIM** | Loch–Vecode-Ecbilt-Clio-Agism Model |

**AIV**

1471

BLM_0074980

| | | | | |
|---|---|---|---|---|
| LPB | La Plata Basin | | MLOST | Merged Land–Ocean Surface Temperature (Analysis) |
| LPJ | Lund-Potsdam-Jena Dynamic Global Model | | MLS | Microwave Limb Sounder |
| LRF | Long-Range Forecast | | MME | Multi-Model Ensemble |
| LS | Lower Stratosphere | | MMF | Multiscale Modelling Framework |
| LSAT | Land-Surface Air Temperature | | MMM | Multi-Model Mean |
| LSW | Labrador Sea Water | | MMTS | Maximum–Minimum Temperature Systems |
| LUC | Land Use and Climate | | MOC | Meridional Overturning Circulation |
| LUCID | Land Use and Climate, Identification of Robust Impacts | | MOCAGE | Modèle de Chimie Atmosphérique à Grande Echelle |
| LULC | Land Use and Land Cover | | MODIS | Moderate Resolution Imaging Spectrometer |
| LULCC | Land Use and Land Cover Change | | MOHC | Met Office Hadley Centre |
| LWCRE | Longwave Cloud Radiative Effect | | MOPITT | Measurements of Pollutants in the Troposphere |
| LWR | Longwave Radiation | | MPI | Max Planck Institute |
| MAGICC | Model for the Assessment of Greenhouse Gas Induced Climate Change | | MPIOM | Max Planck Institute Ocean Model |
| MAM | March, April and May | | MPWP | Mid-Pliocene Warm Period |
| MAR | Modèle Atmosphérique Régional | | MRI | Meteorological Research Institute of Japan Meteorological Agency |
| MARGO | Multiproxy Approach for the Reconstruction of the Glacial Ocean Surface | | MSL | Mean Sea Level |
| MAT | Marine Air Temperatures | | MSSS | Mean Square Skill Score |
| MBT | Mechanical Bathythermograph | | MSU | Microwave Sounding Unit |
| MCA | Medieval Climate Anomaly | | Mt | Megatonnes |
| MDA | Mineral Dust Aerosol | | MT | Mid-Tropospheric |
| MDT | Mean Dynamic Topography | | MTCO | Mean Temperature of the Coldest Month |
| MEA | Millennium Ecosystem Assessment | | MTWA | Mean Temperature of the Warmest Month |
| MERRA | Modern Era Reanalysis for Research and Applications | | MW | Microwave |
| MESSAGE | Model for Energy Supply Strategy Alternatives and their General Environmental Impact | | MXD | Maximum Latewood Density |
| | | | Ma | Million Years ago |
| MFR | Maximum Feasible Reduction | | Myr | Million Years |
| MHD | Mace Head | | $N_2O$ | Nitrous Oxide |
| MIP | Model Intercomparison Project | | NADW | North Atlantic Deep Water |
| MIPAS | Michelson Interferometer for Passive Atmospheric Sounding | | NAM | Northern Annular Mode |
| | | | NAMP | National Air Quality Monitoring Programme (India) |
| MIROC | Model for Interdisciplinary Research on Climate | | NAMS | North American Monsoon System |
| MISI | Marine Ice Sheet Instability | | NAO | North Atlantic Oscillation |
| MISR | Multi-angle Imaging Spectro-Radiometer | | NASA | National Aeronautics and Space Administration |
| MIT | Massachusetts Institute of Technology | | NCAR | National Center for Atmospheric Research |
| MJO | Madden–Julian Oscillation | | NCEP | National Centers for Environmental Prediction |
| MLD | Mixed Layer Depth | | NEC | North Equatorial Current |

AIV

BLM_0074981

**Acronyms**                                                                 **Annex IV**

| | | | |
|---|---|---|---|
| **NEEM** | North Greenland Eemian Ice Drilling | **OLS** | Ordinary Least Squares |
| **NEWS** | Global Nutrient Export from WaterSheds | **OMI** | Ozone Monitoring Instrument |
| **NF$_3$** | Nitrogen Trifluoride | **ONDJFM** | October, November, December, January, February and March |
| **NGRIP** | North Greenland Ice Core Project | **ORC** | Oceanic Reservoir Correction |
| **NH** | Northern Hemisphere | **PAGES 2k** | Past Global Changes 2k |
| **NIWA** | National Institute of Water and Atmospheric Research | **PARASOL** | Polarization and Anisotropy of Reflectances for Atmospheric Sciences Coupled with Observations from Lidar |
| **NMAT** | Nighttime Marine Air Temperature | | |
| **NMVOC** | Non-Methane Volatile Organic Compound | **PATMOS-x** | Pathfinder Atmospheres Extended Data Set |
| **NNR** | NCEP–NCAR | **PBAPs** | Primary Biological Aerosol Particles |
| **NOAA** | National Oceanic and Atmospheric Administration | **PCM** | Parallel Climate Model |
| **NODC** | National Oceanic Data Center | **pCO$_2$** | Partial Pressure of Carbon Dioxide |
| **NorESM** | Norwegian Earth System Model | **PDF** | Probability Density Function |
| **NO$_x$** | Reactive Nitrogen Oxides (the Sum of NO and NO$_2$) | **PDO** | Pacific Decadal Oscillation |
| | | **PDSI** | Palmer Drought Severity Index |
| **NPI** | North Pacific Index | **PETM** | Paleocene–Eocene Thermal Maximum |
| **NPIW** | North Pacific Intermediate Water | **PFC** | Perfluorocarbon |
| **NPP** | Net Primary Productivity | **PG** | Peripheral Glacier |
| **NSIDC** | National Snow and Ice Data Center | **Pg** | Petagram |
| **NT1** | National Aeronautics and Space Administration (NASA) Team Algorithm, Version 1 | **PM$_{10}$** | Particulate Matter with Aerodynamic Diameter <10 μm |
| **NT2** | National Aeronautics and Space Administration (NASA) Team Algorithm, Version 2 | **PM$_{2.5}$** | Particulate Matter with Aerodynamic Diameter <2.5 μm |
| **NTCF** | Near-Term Climate Forcer | **PMEL** | Pacific Marine Environmental Laboratory |
| **O($^1$D)** | Oxygen Radical in the 1D Excited State | **PMIP3** | Paleoclimate Modelling Intercomparison Project Phase III |
| **O$_3$** | Ozone | | |
| **OA** | Ocean–Atmosphere; also Other Anthropogenic (Forcings) | **PMOD** | Physikalisch-Meteorologisches Observatorium Davos |
| **OAC** | Ocean–Atmosphere–Carbon Cycle | **PNA** | Pacific–North American (Pattern) |
| **OAFlux** | Objectively Analyzed Air–Sea Heat Fluxes | **POA** | Primary Organic Aerosol |
| **OAGCMs** | Ocean–Atmosphere General Circulation Models | **POC** | Particulate Organic Carbon |
| **OAV** | Ocean–Atmosphere–Vegetation | **POLDER** | Polarization and Directionality of the Earth's Reflectance |
| **OC** | Organic Carbon | | |
| **OCN** | Oceanic Carbon and Nutrient Cycling (Model) | **PPE** | Perturbed-Parameter Ensemble |
| **ODP** | Ocean Drilling Program | **PRCE** | Peak Response to Cumulative Emissions |
| **ODS** | Ozone-Depleting Substance | **PREMOS** | Precision Monitor Sensor |
| **OH** | Hydroxyl Radical | **PSA** | Pacific–South American (Pattern) |
| **OHC** | Ocean Heat Content | **PSMSL** | Permanent Service for Mean Sea Level |
| **OHR** | Ocean Heating Rate | **PSS** | Practical Salinity Scale |
| **OLR** | Outgoing Longwave Radiation | **PSS78** | Practical Salinity Scale 1978 |

**AIV**

BLM_0074982

| | | | |
|---|---|---|---|
| **PUCCINI** | Physical Understanding of Composition-Climate Interactions and Impacts | **SBA** | SSM/I Bootstrap Algorithm |
| **QBO** | Quasi-Biennial Oscillation | **SBUV** | Solar Backscatter Ultraviolet |
| **R95p (R99p)** | Amount of Precipitation from Days >95th (99th) Percentile | **SC** | Solar Cycle |
| | | **SCA** | Snow-Covered Area |
| **RACMO2** | Regional Atmospheric Climate Model 2 | **SCD** | Snow Cover Duration |
| **RAOBCORE** | Radiosone Observation Correction using Reanalyses | **SCE** | Snow Cover Extent |
| | | **SCIA** | Scanning Imaging Absorption Spectrometer for Atmospheric Chartography |
| **RAPID/MOCHA** | Rapid Climate Change-Meridional Overturning Circulation and Heatflux Array | **SCIAMACHY** | Scanning Imaging Absorption Spectrometer for Atmospheric Chartography |
| **RATPAC** | Radiosonde Atmospheric Temperature Products for Assessing Climate | **SD** | Snow Depth; also Statistical Downscaling |
| **RCM** | Regional Climate Model | **SDGVM** | Sheffield Dynamic Global Vegetation Model |
| **RCP** | Representative Concentration Pathway | **SDII** | Simple Daily Precipitation Intensity Index |
| **RE** | Radiative Efficiency | **SeaWiFS** | Sea-viewing Wide Field-of-view Sensor |
| **REMBO** | Regional, Moisture-Balance Orographic Model | **SEM** | Semi-Empirical Model |
| **REML** | Restricted Maximum Likelihood | **SF$_6$** | Sulphur Hexafluoride |
| **RF** | Radiative Forcing | **SH** | Southern Hemisphere |
| **RFaci** | Radiative Forcing from Aerosol–Cloud Interactions | **SICOPOLIS** | Simulation Code for Polythermal Ice Sheets |
| **RGI** | Randolph Glacier Inventory | **SIM** | Spectral Irradiance Monitor |
| **RH** | Relative Humidity | **SIO** | Scripps Institution of Oceanography |
| **RICH** | Radiosonde Innovation Composite Homogenization | **SLE** | Sea Level Equivalent |
| | | **SLP** | Sea Level Pressure |
| **RMIB** | Royal Meteorological Institute of Belgium | **SLR** | Sea Level Rise |
| **RMS** | Root Mean Square | **SMB** | Surface Mass Balance |
| **RMSE** | Root Mean Square Error | **SMMR** | Scanning Multichannel Microwave Radiometer |
| **RO** | Radio Occultation | **SMOS** | Soil Moisture and Ocean Salinity |
| **RSCA** | Relative Snow-Covered Area | **SNO** | Simultaneous Nadir Overpass |
| **RSL** | Relative Sea Level | **SO$_2$** | Sulphur Dioxide |
| **RSS** | Remote Sensing System | **SO$_2$F$_2$** | Sulphuryl Fluoride |
| **RX5day/RX1day** | Annual Maximum 5-Day/1-Day Precipitation | **SO$_4{}^{2-}$** | Sulfate |
| **S/N** | Signal-to-Noise (Ratio) | **SOA** | Secondary Organic Aerosol |
| **SACZ** | South Atlantic Convergence Zone | **SOI** | Southern Oscillation Index |
| **SAGE** | Stratospheric Aerosol and Gas Experiment or Centre for Sustainability and the Global Environment | **SOLSTICE** | Solar Stellar Irradiance Comparison Experiment |
| | | **SON** | September, October and November |
| **SAM** | Southern Annular Mode | **SORCE** | Solar Radiation and Climate Experiment |
| **SAMS** | South American Monsoon System | **SPARC** | Stratospheric Processes and their Role in Climate Chemistry Climate Model Validation |
| **SAMW** | Sub-Antarctic Mode Water | | |
| **SAR** | IPCC Second Assessment Report | **SPCZ** | South Pacific Convergence Zone |
| **SAT** | Surface Air Temperature | | |

**AIV**

1474

| | | | | |
|---|---|---|---|---|
| SPEI | Standardised Precipitation Evapotranspiration Index | | TOPEX | Topography Experiment |
| SPI | Standardised Precipitation Index | | TRANSCOM | Atmospheric Tracer Transport Model Intercomparison Project |
| SPRINTARS | Spectral Radiation-Transport Model for Aerosol Species | | TRIFFID | Top-down Representation of Interactive Foliage and Flora Including Dynamics |
| SRALT | Satellite Radar Altimetry | | TRUTHS | Traceable Radiometry Underpinning Terrestrial and Helio Studies |
| SRES | IPCC Special Report on Emission Scenarios | | TRW | Tree-Ring Width |
| SREX | IPCC Special Report on Managing the Risk of Extreme Events and Disasters to Advance Climate Change Adaptation | | TSI | Total Solar Irradiance |
| | | | TTD | Transit Time Distribution |
| SRM | Solar Radiation Management | | TW | Tidewater |
| SSH | Sea Surface Height | | UAH | University of Alabama in Huntsville |
| SSI | Spectral Solar Irradiance | | UARS | Upper Atmosphere Research Satellite |
| SSM/I | Special Sensor Microwave/Imager | | UCI | University of California, Irvine |
| SSR | Surface Solar Radiation | | UHI | Urban Heat Island |
| SSS | Sea Surface Salinity | | UNADW | Upper North Atlantic Deep Water |
| SST | Sea Surface Temperature | | UNEP | United Nations Environment Programme |
| SSU | Stratospheric Sounding Unit | | UOHC | Upper (0–700 m) Ocean Heat Content |
| STAR | Center for Satellite Applications and Research | | USHCN | US Historical Climatology Network |
| STMW | Subtropical Mode Water | | UTLS | Upper Troposphere/Lower Stratosphere |
| SVS | Standard Verification System (WMO) | | UV | Ultraviolet |
| SWCRE | Shortwave Cloud Radiative Effect | | UVic | University of Victoria |
| SWE | Snow Water Equivalent | | VasClimO | Variability Analyses of Surface Climate Observations |
| SWH | Significant Wave Height | | VEGAS | Terrestrial Vegetation and Carbon Model |
| SWR | Solar Shortwave Radiation | | VIIRS | Visible Infrared Imaging Radiometer Suite |
| TBO | Tropospheric Biennial Oscillation | | VLM | Vertical Land Motion |
| Tg | Teragrams | | VOC | Volatile Organic Compound |
| T/P | TOPEX/Poseidon | | VOS | Voluntary Observing Ship |
| TANSO | Thermal and Near Infrared Sensor for Carbon Observation | | W | Watts |
| TAR | IPCC Third Assessment Report | | WAIS | West Antarctic Ice Sheet |
| TC | Tropical Cyclone; also Total Carbon | | WASWind | Wave- and Anemometer-Based Sea Surface Wind |
| TCCON | Total Carbon Column Observing Network | | WCRP | World Climate Research Programme |
| TCR | Transient Climate Response | | WMGHG | Well-Mixed Greenhouse Gas |
| TCRE | Transient Climate Response to Cumulative $CO_2$ Emissions | | WMO | World Meteorological Organization |
| | | | WOCE | World Ocean Circulation Experiment |
| TES | Tropospheric Emission Spectrometer | | WSG | Western Subarctic Gyre |
| TIM | Total Irradiance Monitor | | XBT | Expendable Bathythermograph |
| TNI | Trans-Niño Index | | | |
| TOA | Top of the Atmosphere | | | |
| TOMS | Total Ozone Mapping Spectrometer | | | |

AIV

BLM_0074984

BLM_0074985



# Annex V: Contributors to the IPCC WGI Fifth Assessment Report

**This annex should be cited as:**

IPCC, 2013: Annex V: Contributors to the IPCC WGI Fifth Assessment Report. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0074986

*Coordinating Lead Authors, Lead Authors, Review Editors and Contributing Authors are listed alphabetically by surname.*

**AAMAAS, Borgar**
Center for International Climate and
Environmental Research Oslo
Norway

**ABE-OUCHI, Ayako**
University of Tokyo
Japan

**ABIODUN, Babatunde**
University of Cape Town
South Africa

**ABRAHAM, Libu**
Qatar Meteorological Department
Qatar

**ACHUTARAO, Krishna Mirle**
Indian Institute of Technology
India

**ADEDOYIN, Akintayo John**
University of Botswana
Botswana

**ADLER, Robert F.**
University of Maryland
USA

**AHLSTRÖM, Anders**
Lund University
Sweden

**ALDRIAN, Edvin**
Agency for Meteorology, Climatology and
Geophysics
Indonesia

**ALDRIN, Magne**
Norwegian Computing Center and University
of Oslo
Norway

**ALEXANDER, Lisa V.**
University of New South Wales
Australia

**ALLAN, Richard P.**
University of Reading
UK

**ALLAN, Robert**
Met Office Hadley Centre
UK

**ALLEN, Myles R.**
University of Oxford
UK

1478

**ALLEN, Simon K.**
IPCC WGI TSU, University of Bern
Switzerland

**ALLISON, Ian**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**AMBRIZZI, Tércio**
University of Sao Paulo
Brazil

**AN, Soon-Il**
Yonsei University
Republic of Korea

**ANAV, Alessandro**
University of Exeter
UK

**ANCHUKAITIS, Kevin**
Woods Hole Oceanographic Institution
USA

**ANDERSON, Bruce**
Boston University
USA

**ANDREWS, Oliver**
University of East Anglia
UK

**ANDREWS, Timothy**
Met Office Hadley Centre
UK

**AOKI, Shigeru**
Hokkaido University
Japan

**AOYAMA, Michio**
Meteorological Research Institute
Japan

**ARAKAWA, Osamu**
University of Tsukuba
Japan

**ARBLASTER, Julie**
Bureau of Meteorology
Australia

**ARCHER, David**
University of Chicago
USA

**ARENDT, Anthony A.**
University of Alaska Fairbanks
USA

**ARORA, Vivek**
Environment Canada
Canada

**ARRITT, Raymond**
Iowa State University
USA

**ARTAXO, Paulo**
University of Sao Paulo
Brazil

**BAEHR, Johanna**
University of Hamburg
Germany

**BAHR, David B.**
University of Colorado Boulder
USA

**BALA, Govindasamy**
Indian Institute of Science
India

**BALAN SAROJINI, Beena**
University of Reading
UK

**BALDWIN, Mark**
University of Exeter
UK

**BAMBER, Jonathan**
University of Bristol
UK

**BARINGER, Molly**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**BARLOW, Mathew**
University of Massachusetts
USA

**BARRIOPEDRO, David**
Universidad Complutense de Madrid
Spain

**BARTHOLY, Judit**
Eötvös Loránd University
Hungary

**BARTLEIN, Patrick J.**
University of Oregon
USA

**BATES, Nicholas R.**
Bermuda Biological Station
Bermuda

**BEER, Jürg**
Eawag - Swiss Federal Institute of Aquatic
Science and Technology
Switzerland

AV

BLM_0074987

**BELLOUIN, Nicolas**
University of Reading
UK

**BENEDETTI, Angela**
European Centre for Medium-Range Weather Forecasts
UK

**BENITO, Gerardo**
Consejo Superior de Investigaciones Científicas
Spain

**BEYERLE, Urs**
ETH Zurich
Switzerland

**BIASUTTI, Michela**
Columbia University
USA

**BINDOFF, Nathaniel L.**
University of Tasmania
Australia

**BINER, Sébastien**
Ouranos Consortium on Regional Climatology and Adaptation to Climate Change
Canada

**BITZ, Cecilia M.**
University of Washington
USA

**BLAKE, Donald R.**
University of California Irvine
USA

**BODAS-SALCEDO, Alejandro**
Met Office Hadley Centre
UK

**BOER, George J.**
Environment Canada
Canada

**BOJARIU, Roxana**
National Meteorological Administration
Romania

**BONAN, Gordon**
National Center for Atmospheric Research
USA

**BONY, Sandrine**
Laboratoire de Météorologie Dynamique, Institut Pierre Simon Laplace
France

**BOOTH, Ben B.B.**
Met Office Hadley Centre
UK

**BOPP, Laurent**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BORGES, Alberto Vieira**
Université de Liège
Belgium

**BOUCHER, Olivier**
Laboratoire de Météorologie Dynamique, Institut Pierre Simon Laplace
France

**BOUSQUET, Philippe**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BOUWMAN, Lex**
PBL Netherlands Environmental Assessment Agency
Netherlands

**BOX, Jason E.**
Geological Survey of Denmark and Greenland
Denmark

**BOYER, Timothy**
National Oceanic and Atmospheric Administration, National Oceanographic Data Center
USA

**BRACONNOT, Pascale**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BRAUER, Achim**
GFZ German Research Centre for Geosciences
Germany

**BRÉON, François-Marie**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BRETHERTON, Christopher**
University of Washington
USA

**BROMWICH, David H.**
Ohio State University
USA

**BRÖNNIMANN, Stefan**
University of Bern
Switzerland

**BROOKS, Harold E.**
National Oceanic and Atmospheric Administration, National Severe Storms Laboratory
USA

**BROVKIN, Victor**
Max Planck Institute for Meteorology
Germany

**BROWN, Josephine**
Bureau of Meteorology
Australia

**BROWN, Ross**
Environment Canada
Canada

**BROWNE, Oliver**
University of Edinburgh
UK

**BRUHWILER, Lori M.**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory
USA

**BRUTEL-VUILMET, Claire**
Laboratoire de Glaciologie et Géophysique de l'Environnement, Université Joseph Fourier
France

**BYRNE, Robert H.**
University of South Florida
USA

**CAI, Wenju**
CSIRO Marine and Atmospheric Research
Australia

**CALDEIRA, Kenneth**
Carnegie Institution for Science
USA

**CAMERON-SMITH, Philip**
Lawrence Livermore National Laboratory
USA

**CAMILLONI, Ines**
Universidad de Buenos Aires
Argentina

**CAMPOS, Edmo**
University of Sao Paulo
Brazil

**CANADELL, Josep**
CSIRO Marine and Atmospheric Research
Australia

**CANE, Mark**
Columbia University
USA

**AV**

BLM_0074988

**CAO, Long**
Zhejiang University
China

**CARRASCO, Jorge**
Direccion Meteorologica de Chile
Chile

**CARSON, Mark**
University of Hamburg
Germany

**CARTER, Tim**
Finnish Environment Institute
Finland

**CARVALHO, Leila V.**
University of California Santa Barbara
USA

**CATTO, Jennifer**
Monash University
Australia

**CAVALCANTI, Iracema F.A.**
National Institute for Space Research
Brazil

**CAZENAVE, Anny**
Laboratoire d'Etudes en Géophysique et
Océanographie Spatiales
France

**CHADWICK, Robin**
Met Office Hadley Centre
UK

**CHAMBERS, Don**
University of South Florida
USA

**CHANG, Ping**
Texas A&M University
USA

**CHAPPELLAZ, Jérôme**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**CHARABI, Yassine Abdul-Rahman**
Sultan Qaboos University
Oman

**CHEN, Deliang**
University of Gothenburg
Sweden

**CHEN, Xiaolong**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**CHEVALLIER, Frédéric**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**CHHABRA, Abha**
Indian Space Research Organisation
India

**CHIKAMOTO, Yoshimitsu**
University of Hawaii
USA

**CHOI, Jung**
Seoul National University
Republic of Korea

**CHOU, Sin Chan**
National Institute for Space Research
Brazil

**CHRISTENSEN, Jens Hesselbjerg**
Danish Meteorological Institute
Denmark

**CHRISTENSEN, Ole Bøssing**
Danish Meteorological Institute
Denmark

**CHRISTIDIS, Nikolaos**
Met Office Hadley Centre
UK

**CHURCH, John A.**
CSIRO Marine and Atmospheric Research
Australia

**CIAIS, Philippe**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**CLARK, Peter U.**
Oregon State University
USA

**CLEVELAND, Cory**
University of Montana
USA

**CLIFTON, Olivia**
Columbia University
USA

**COGLEY, J. Graham**
Trent University
Canada

**COLLINS, Matthew**
University of Exeter
UK

**COLLINS, William**
University of Reading
UK

**COLLINS, William**
Lawrence Berkeley National Laboratory
USA

**COMISO, Josefino C.**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**COOK, Edward**
Columbia University
USA

**COOK, Kerry H.**
University of Texas
USA

**COOLEY, Sarah**
Woods Hole Oceanographic Institution
USA

**COOPER, Owen R.**
Cooperative Institute for Research in
Environmental Sciences
USA

**CORTI, Susanna**
Institute of Atmospheric Sciences and
Climate
Italy

**COX, Peter**
University of Exeter
UK

**CROWLEY, Thomas**
Braeheads Institute
UK

**CUBASCH, Ulrich**
Freie Universität Berlin
Germany

**CUNNINGHAM, Stuart**
Scottish Association of Marine Science
UK

**DAI, Aiguo**
University at Albany
USA

**DALSØREN, Stig B.**
Center for International Climate and
Environmental Research Oslo
Norway

**DANIEL, John S.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

AV

**DAVIS, Robert E.**
University of Virginia
USA

**DAVIS, Sean M.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**DE CASTRO, Manuel**
Universidad de Castilla-La Mancha
Spain

**DE DECKKER, Patrick**
Australian National University
Australia

**DE ELÍA, Ramón**
Université du Québec à Montréal and
Ouranos Consortium
Canada

**DE MENEZES, Viviane Vasconcellos**
University of Tasmania
Australia

**DE VERNAL, Anne**
Université du Québec à Montréal
Canada

**DEFRIES, Ruth**
Columbia University
USA

**DEL GENIO, Anthony**
National Aeronautics and Space
Administration, Goddard Institute for Space
Studies
USA

**DELCROIX, Thierry**
Laboratoire d'Etudes en Géophysique et
Océanographie Spatiales
France

**DELECLUSE, Pascale**
Météo-France
France

**DELMONTE, Barbara**
University of Milano-Bicocca
Italy

**DELSOLE, Tim**
George Mason University
USA

**DENTENER, Frank J.**
European Commission, Joint Research Center
EU

**DESER, Clara**
National Center for Atmospheric Research
USA

**DINEZIO, Pedro**
University of Hawaii
USA

**DING, Yihui**
National Climate Center, China
Meteorological Administration
China

**DLUGOKENCKY, Edward J.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**DOBLAS-REYES, Francisco**
Institució Catalana de Recerca i Estudis
Avançats and Institut Català de Ciències del
Clima
Spain

**DOKKEN, Trond**
Uni Research Norway
Norway

**DOMINGUES, Catia M.**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**DONAT, Markus G.**
University of New South Wales
Australia

**DONEY, Scott C.**
Woods Hole Oceanographic Institution
USA

**DONG, Wenjie**
Beijing Normal University
China

**DORE, John**
Montana State University
USA

**DOWSETT, Harry J.**
U.S. Geological Survey
USA

**DRIOUECH, Fatima**
Direction de la Météorologie Nationale
Morocco

**DUFRESNE, Jean-Louis**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**DURACK, Paul J.**
Lawrence Livermore National Laboratory
USA

**EASTERLING, David R.**
National Oceanic and Atmospheric
Administration, Cooperative Institute for
Climate and Satellites
USA

**EBY, Michael**
University of Victoria
Canada

**EDWARDS, R. Lawrence**
University of Minnesota
USA

**ELISEEV, Alexey**
Russian Academy of Sciences
Russian Federation

**EMANUEL, Kerry**
Massachusetts Institute of Technology
USA

**EMORI, Seita**
National Institute for Environmental Studies
Japan

**ENDO, Hirokazu**
Meteorological Research Institute
Japan

**ENFIELD, David B.**
University of Miami
USA

**ERISMAN, Jan Willem**
Louis Bolk Institute
Netherlands

**EUSKIRCHEN, Eugenie S.**
University of Alaska Fairbanks
USA

**EVAN, Amato**
Scripps Institution of Oceanography
USA

**EYRING, Veronika**
DLR German Aerospace Center
Germany

**FACCHINI, Maria Cristina**
Institute of Atmospheric Sciences and
Climate
Italy

**FASULLO, John**
National Center for Atmospheric Research
USA

**FEELY, Richard A.**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**AV**

BLM_0074990

**FEINGOLD, Graham**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**FETTWEIS, Xavier**
Université de Liège
Belgium

**FICHEFET, Thierry**
Université catholique de Louvain
Belgium

**FINE, Rana**
University of Miami
USA

**FIOLETOV, Vitali**
Environment Canada
Canada

**FIORE, Arlene M.**
Columbia University and Lamont-Doherty
Earth Observatory
USA

**FISCHER, Erich M.**
ETH Zurich
Switzerland

**FISCHER, Hubertus**
University of Bern
Switzerland

**FLANNER, Mark**
University of Michigan
USA

**FLATO, Gregory**
Environment Canada
Canada

**FLEITMANN, Dominik**
University of Reading
UK

**FOREST, Chris E.**
Pennsylvania State University
USA

**FORSTER, Piers**
University of Leeds
UK

**FOSTER, Gavin**
University of Southampton
UK

**FRAME, David**
Victoria University of Wellington
New Zealand

**FREELAND, Howard**
Fisheries and Oceans Canada
Canada

**FRIEDLINGSTEIN, Pierre**
University of Exeter
UK

**FRÖHLICH, Claus**
Physikalisch-Meteorologisches
Observatorium Davos, World Radiation
Center
Switzerland

**FUGLESTVEDT, Jan**
Center for International Climate and
Environmental Research Oslo
Norway

**FUZZI, Sandro**
Institute of Atmospheric Sciences and
Climate
Italy

**FYFE, John**
Environment Canada
Canada

**GALLOWAY, James**
University of Virginia
USA

**GANOPOLSKI, Andrey**
Potsdam Institute for Climate Impact
Research
Germany

**GAO, Xuejie**
National Climate Center, China
Meteorological Administration
China

**GARCÍA-SERRANO, Javier**
Institut Català de Ciències del Clima
Spain

**GARDNER, Alex S.**
Clark University
USA

**GARZOLI, Silvia**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**GATES, Lydia**
Freie Universität Berlin
Germany

**GBOBANIYI, Emiola**
Swedish Meteorological and Hydrological
Institute
Sweden

**GEHRELS, W. Roland**
University of York
UK

**GERLAND, Sebastian**
Norwegian Polar Institute
Norway

**GHAN, Steven**
Pacific Northwest National Laboratory
USA

**GIANNINI, Alessandra**
Columbia University
USA

**GIESEN, Rianne**
Utrecht University
Netherlands

**GILLETT, Nathan**
Environment Canada
Canada

**GINOUX, Paul**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**GLECKLER, Peter J.**
Lawrence Livermore National Laboratory
USA

**GONZÁLEZ ROUCO, Jesús Fidel**
Universidad Complutense de Madrid
Spain

**GONZÁLEZ-DÁVILA, Melchor**
Universidad de Las Palmas de Gran Canaria
Spain

**GOOD, Peter**
Met Office Hadley Centre
UK

**GOOD, Simon**
Met Office Hadley Centre
UK

**GOODESS, Clare**
University of East Anglia
UK

**GOOSSE, Hugues**
Université catholique de Louvain
Belgium

**GOSWAMI, Prashant**
CSIR Centre for Mathematical Modelling and
Computer Simulation
India

AV

BLM_0074991

**GOVIN, Aline**
MARUM Center for Marine Environmental
Sciences
Germany

**GRANIER, Claire**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut Pierre Simon
Laplace
France

**GRAVERSON, Rune Grand**
Stockholm University
Sweden

**GRAY, Lesley**
University of Oxford
UK

**GREGORY, Jonathan M.**
University of Reading and Met Office Hadley
Centre
UK

**GREVE, Ralf**
Hokkaido University
Japan

**GRIFFIES, Stephen**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**GRUBER, Nicolas**
ETH Zurich
Switzerland

**GRUBER, Stephan**
University of Zurich
Switzerland

**GUEMAS, Virginie**
Institut Català de Ciències del Clima
Spain

**GUILYARDI, Eric**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**GULEV, Sergey**
P.P. Shirshov Institute of Oceanology
Russian Federation

**GUPTA, Anil K.**
Wadia Institute of Himalayan Geology
India

**GURNEY, Kevin**
Arizona State University
USA

**GUTOWSKI, William J.**
Iowa State University
USA

**GUTZLER, David**
University of New Mexico
USA

**HAAS, Christian**
York University
Canada

**HAGEN, Jon Ove**
University of Oslo
Norway

**HAIGH, Joanna**
Imperial College London
UK

**HAIMBERGER, Leopold**
University of Vienna
Austria

**HALL, Alex**
University of California Los Angeles
USA

**HANNA, Edward**
University of Sheffield
UK

**HANSINGO, Kabumbwe**
University of Zambia
Zambia

**HARGREAVES, Julia**
Japan Agency for Marine-Earth Science and
Technology
Japan

**HARIHARASUBRAMANIAN, Annamalai**
University of Hawaii
USA

**HARRISON, Sandy**
Macquarie University
Australia

**HARTMANN, Dennis L.**
University of Washington
USA

**HAWKINS, Ed**
University of Reading
UK

**HAYWOOD, Alan**
University of Leeds
UK

**HEGERL, Gabriele C.**
University of Edinburgh
UK

**HEIMANN, Martin**
Max Planck Institute for Biogeochemistry
Germany

**HEINZE, Christoph**
University of Bergen
Norway

**HELD, Isaac**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**HEMER, Mark**
CSIRO Marine and Atmospheric Research
Australia

**HENSE, Andreas**
University of Bonn
Germany

**HEWITSON, Bruce**
University of Cape Town
South Africa

**HEZEL, Paul J.**
Université catholique de Louvain
Belgium

**HO, Shu-Peng (Ben)**
National Center for Atmospheric Research
USA

**HOCK, Regine**
University of Alaska Fairbanks
USA

**HODGES, Kevin I.**
University of Reading
UK

**HODNEBROG, Øivind**
Center for International Climate and
Environmental Research Oslo
Norway

**HOLGATE, Simon J.**
Sea Level Research Foundation
UK

**HOLLAND, David**
New York University
USA

**HOLLAND, Elisabeth A.**
University of the South Pacific
Fiji

**HOLLAND, Greg**
National Center for Atmospheric Research
USA

AV

BLM_0074992

**HOLLAND, Marika M.**
National Center for Atmospheric Research
USA

**HOLLIS, Chris**
GNS Science
New Zealand

**HOLMES, Christopher**
University of California Irvine
USA

**HOOSE, Corinna**
Karlsruhe Institute of Technology
Germany

**HOPWOOD, Brett**
Oak Ridge National Laboratory
USA

**HORTON, Ben**
Rutgers University
USA

**HOUGHTON, Richard A.**
Woods Hole Research Center
USA

**HOUSE, Joanna I.**
University of Bristol
UK

**HOUWELING, Sander**
Utrecht University
Netherlands

**HU, Yongyun**
Peking University
China

**HUANG, Jianping**
Lanzhou University
China

**HUANG, Ping**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**HUBER, Markus**
ETH Zurich
Switzerland

**HUNKE, Elizabeth**
Los Alamos National Laboratory
USA

**HUNTER, John R.**
University of Tasmania
Australia

**HUNTER, Stephen**
University of Leeds
UK

**HURRELL, Jim**
National Center for Atmospheric Research
USA

**HURTT, George**
University of Maryland
USA

**HUSS, Matthias**
University of Fribourg
Switzerland

**HUYBRECHTS, Philippe**
Vrije Universiteit Brussel
Belgium

**HYDES, David**
National Oceanography Centre
UK

**ILYINA, Tatiana**
Max Planck Institute for Meteorology
Germany

**IMBERS QUINTANA, Jara**
University of Oxford
UK

**INFANTI, Johnna**
University of Miami
USA

**INGRAM, William**
University of Oxford
UK

**ISHII, Masayoshi**
Meteorological Research Institute
Japan

**IVANOVA, Detelina**
Lawrence Livermore National Laboratory
USA

**JACOB, Daniel**
Harvard University
USA

**JACOBS, Stanley**
Columbia University
USA

**JACOBSON, Andrew D.**
Northwestern University
USA

**JAIN, Atul**
University of Illinois
USA

**JAIN, Suman**
University of Zambia
Zambia

**JAKOB, Christian**
Monash University
Australia

**JANSEN, Eystein**
University of Bergen
Norway

**JANSSEN, Emily**
University of Illinois
USA

**JEVREJEVA, Svetlana**
National Oceanography Centre
UK

**JOHN, Jasmin**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**JOHNS, Tim**
Met Office Hadley Centre
UK

**JOHNSON, Gregory C.**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**JONES, Andy**
Met Office Hadley Centre
UK

**JONES, Christopher**
Met Office Hadley Centre
UK

**JONES, Julie**
University of Sheffield
UK

**JOOS, Fortunat**
University of Bern
Switzerland

**JOSEY, Simon A.**
National Oceanography Centre
UK

**JOSHI, Manoj**
University of East Anglia
UK

**JOUGHIN, Ian**
University of Washington
USA

**JOUSSAUME, Sylvie**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

AV

BLM_0074993

**JOUZEL, Jean**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**JUNGCLAUS, Johann**
Max Planck Institute for Meteorology
Germany

**KAGEYAMA, Masa**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**KANIKICHARLA, Krishna Kumar**
Indian Institute of Tropical Meteorology
India

**KANYANGA, Joseph Katongo**
Zambia Meteorological Department
Zambia

**KANZOW, Torsten**
GEOMAR Helmholtz Centre for Ocean Research
Germany

**KAPLAN, Alexey**
Columbia University
USA

**KAPLAN, Jed O.**
EPFL Lausanne
Switzerland

**KARL, David**
University of Hawaii
USA

**KARUMURI, Ashok**
Indian Institute of Tropical Meteorology
India

**KASER, Georg**
University of Innsbruck
Austria

**KASPAR, Frank**
Deutscher Wetterdienst
Germany

**KATO, Etsushi**
National Institute for Environmental Studies
Japan

**KATSMAN, Caroline**
Royal Netherlands Meteorological Institute
Netherlands

**KATTSOV, Vladimir**
Voeikov Main Geophysical Observatory
Russian Federation

**KATZFEY, Jack**
CSIRO Marine and Atmospheric Research
Australia

**KAZMIN, Alexander**
P.P. Shirshov Institute of Oceanology
Russian Federation

**KEELING, Ralph**
Scripps Institution of Oceanography
USA

**KENNEDY, John J.**
Met Office Hadley Centre
UK

**KENT, Elizabeth C.**
National Oceanography Centre
UK

**KERMINEN, Veli-Matti**
Finnish Meteorological Institute
Finland

**KEY, Robert M.**
Princeton University
USA

**KHARIN, Viatcheslav**
Environment Canada
Canada

**KHATIWALA, Samar**
Columbia University
USA

**KIMOTO, Masahide**
University of Tokyo
Japan

**KINNE, Stefan**
Max Planck Institute for Meteorology
Germany

**KIRSCHKE, Stefanie**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**KIRTMAN, Ben**
University of Miami
USA

**KITOH, Akio**
University of Tsukuba
Japan

**KJELLSTRÖM, Erik**
Swedish Meteorological and Hydrological Institute
Sweden

**KLEIN, Stephen A.**
Lawrence Livermore National Laboratory
USA

**KLEIN GOLDEWIJK, Kees**
Utrecht University and PBL Netherlands Environmental Assessment Agency
Netherlands

**KLEIN TANK, Albert M.G.**
Royal Netherlands Meteorological Institute
Netherlands

**KLEYPAS, Joan**
National Center for Atmospheric Research
USA

**KLIMONT, Zbigniew**
International Institute for Applied Systems Analysis
Austria

**KLOSTER, Silvia**
Max Planck Institute for Meteorology
Germany

**KNIGHT, Jeff**
Met Office Hadley Centre
UK

**KNUTSON, Thomas**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**KNUTTI, Reto**
ETH Zurich
Switzerland

**KOCH, Dorothy**
U.S. Department of Energy
USA

**KOIKE, Makoto**
University of Tokyo
Japan

**KONDO, Yutaka**
University of Tokyo
Japan

**KONIKOW, Leonard**
U.S. Geological Survey
USA

**KOPP, Robert**
Rutgers University
USA

**KÖRPER, Janina**
Freie Universität Berlin
Germany

**AV**

BLM_0074994

**KOSSIN, James P.**
National Oceanic and Atmospheric
Administration, Cooperative Institute for
Meteorological Satellite Studies
USA

**KOSTIANOY, Andrey**
P.P. Shirshov Institute of Oceanology
Russian Federation

**KOVEN, Charles**
Lawrence Berkeley National Laboratory
USA

**KRAVITZ, Ben**
Pacific Northwest National Laboratory
USA

**KRINNER, Gerhard**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**KROEZE, Carolien**
Wageningen University and Open Universiteit
Nederland
Netherlands

**KULKARNI, Ashwini**
Indian Institute of Tropical Meteorology
India

**KUNDETI, Koteswara Rao**
Indian Institute of Tropical Meteorology
India

**KUSHNIR, Yochanan**
Columbia University
USA

**KWOK, Ronald**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**KWON, Won-Tae**
National Institute of Meteorological Research
Republic of Korea

**LAKEN, Benjamin**
Instituto de Astrofísica de Canarias
Spain

**LAMARQUE, Jean-François**
National Center for Atmospheric Research
USA

**LAMBECK, Kurt**
Australian National University
Australia

**LANDAIS, Amaëlle**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**LANDERER, Felix**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LASSEY, Keith**
National Institute of Water and Atmospheric
Research
New Zealand

**LAU, Ngar-Cheung**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**LAU, William K.**
National Aeronautics and Space
Administration, Goddard Institute for Space
Studies
USA

**LAW, Rachel M.**
CSIRO Marine and Atmospheric Research
Australia

**LAWRENCE, David M.**
National Center for Atmospheric Research
USA

**LE BROCQ, Anne**
University of Exeter
UK

**LE QUÉRÉ, Corinne**
University of East Anglia
UK

**LEBSOCK, Matthew**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LEE, David**
Manchester Metropolitan University
UK

**LEE, Kitack**
Pohang University of Science and Technology
Republic of Korea

**LEE, Robert W.**
University of Reading
UK

**LEE, Tong**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LEMKE, Peter**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**LENAERTS, Jan**
Utrecht University
Netherlands

**LENDERINK, Geert**
Royal Netherlands Meteorological Institute
Netherlands

**LENNARD, Chris**
University of Cape Town
South Africa

**LENTON, Andrew**
CSIRO Marine and Atmospheric Research
Australia

**LEULIETTE, Eric**
National Oceanic and Atmospheric
Administration, Center for Satellite
Applications and Research
USA

**LEUNG, Lai-yung Ruby**
Pacific Northwest National Laboratory
USA

**LEVERMANN, Anders**
Potsdam Institute for Climate Impact
Research
Germany

**LI, Camille**
University of Bergen
Norway

**LI, Hongmei**
Max Planck Institute for Meteorology
Germany

**LIAO, Hong**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**LIDDICOAT, Spencer**
Met Office Hadley Centre
UK

**LIGTENBERG, Stefan**
Utrecht University
Netherlands

**AV**

BLM_0074995

**LIN, Renping**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**LITTLE, Christopher M.**
Princeton University
USA

**LO, Fiona**
Cornell University
USA

**LOCKWOOD, Mike**
University of Reading
UK

**LOEB, Norman G.**
National Aeronautics and Space
Administration, Langley Research Center
USA

**LOHMANN, Ulrike**
ETH Zurich
Switzerland

**LOMAS, Mark R.**
University of Sheffield
UK

**LOSADA, Teresa**
Universidad de Castilla-La Mancha
Spain

**LOTT, Fraser**
Met Office Hadley Centre
UK

**LU, Jian**
George Mason University
USA

**LUCAS, Christopher**
Bureau of Meteorology
Australia

**LUCHT, Wolfgang**
Potsdam Institute for Climate Impact
Research
Germany

**LUNT, Daniel J.**
University of Bristol
UK

**LUO, Yiqi**
University of Oklahoma
USA

**LUTERBACHER, Jürg**
Justus-Liebig University Giessen
Germany

**MACKELLAR, Neil C.**
University of Cape Town
South Africa

**MAGAÑA, Victor**
Universidad Nacional Autonoma de Mexico
Mexico

**MAHLSTEIN, Irina**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**MAHOWALD, Natalie**
Cornell University
USA

**MAKI, Takashi**
Meteorological Research Institute
Japan

**MARENGO, José**
National Institute for Space Research
Brazil

**MARKUS, Thorsten**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**MARLAND, Gregg**
Appalachian State University
USA

**MAROTZKE, Jochem**
Max Planck Institute for Meteorology
Germany

**MARSHALL, Gareth**
British Antarctic Survey
UK

**MARSTON, George**
University of Reading
UK

**MARZEION, Ben**
University of Innsbruck
Austria

**MASSOM, Rob**
Australian Antarctic Division
Australia

**MASSON-DELMOTTE, Valérie**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**MASSONNET, François**
Université catholique de Louvain
Belgium

**MATTHEWS, H. Damon**
Concordia University
Canada

**MAURITZEN, Cecilie**
Center for International Climate and
Environmental Research Oslo
Norway

**MAYORGA, Emilio**
University of Washington
USA

**MCGREGOR, Shayne**
University of New South Wales
Australia

**MCINNES, Kathleen L.**
CSIRO Marine and Atmospheric Research
Australia

**MEARNS, Linda**
National Center for Atmospheric Research
USA

**MEARS, Carl A.**
Remote Sensing Systems
USA

**MEEHL, Gerald**
National Center for Atmospheric Research
USA

**MEINSHAUSEN, Malte**
Potsdam Institute for Climate Impact
Research
Germany

**MELTON, Joe R.**
Environment Canada
Canada

**MENDOZA, Blanca**
Universidad Nacional Autonoma de Mexico
Mexico

**MENÉNDEZ, Claudio**
Universidad de Buenos Aires
Argentina

**MENÉNDEZ, Melisa**
Universidad de Cantabria
Spain

**MENNE, Matthew**
National Oceanic and Atmospheric
Administration, National Climatic Data
Center
USA

**MERCHANT, Christopher J.**
University of Edinburgh
UK

**AV**

BLM_0074996

**MERNILD, Sebastian H.**
Los Alamos National Laboratory
USA

**MERRIFIELD, Mark A.**
University of Hawaii
USA

**METZL, Nicolas**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**MILNE, Glenn A.**
University of Ottawa
Canada

**MIN, Seung-Ki**
Pohang University of Science and Technology
Republic of Korea

**MITCHELL, Daniel**
University of Oxford
UK

**MITROVICA, Jerry X.**
Harvard University
USA

**MOBERG, Anders**
Stockholm University
Sweden

**MOHOLDT, Geir**
Scripps Institution of Oceanography
USA

**MOKHOV, Igor I.**
A.M. Obukhov Institute of Atmospheric
Physics
Russian Federation

**MOKSSIT, Abdalah**
Direction de la Météorologie Nationale
Morocco

**MÖLG, Thomas**
Technical University Berlin
Germany

**MONSELESAN, Didier**
CSIRO Marine and Atmospheric Research
Australia

**MONTZKA, Stephen A.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**MORAK, Simone**
University of Reading
UK

**MORDY, Calvin**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**MORICE, Colin P.**
Met Office Hadley Centre
UK

**MOTE, Philip**
Oregon State University
USA

**MOTTRAM, Ruth**
Danish Meteorological Institute
Denmark

**MSADEK, Rym**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**MUDELSEE, Manfred**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**MÜLLER, Stefanie**
Freie Universität Berlin
Germany

**MUHS, Daniel R.**
U.S. Geological Survey
USA

**MULITZA, Stefan**
MARUM Center for Marine Environmental
Sciences
Germany

**MUNHOVEN, Guy**
Université de Liège
Belgium

**MURAKAMI, Hiroyuki**
University of Hawaii
USA

**MURPHY, Daniel**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**MURRAY, Tavi**
Swansea University
UK

**MYHRE, Cathrine Lund**
Norwegian Institute for Air Research
Norway

**MYHRE, Gunnar**
Center for International Climate and
Environmental Research Oslo
Norway

**MYNENI, Ranga B.**
Boston University
USA

**NAIK, Vaishali**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**NAISH, Tim**
Victoria University of Wellington
New Zealand

**NAKAJIMA, Teruyuki**
University of Tokyo
Japan

**NATH, Mary Jo**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**NEELIN, J. David**
University of California Los Angeles
USA

**NEREM, R. Steven**
Cooperative Institute for Research in
Environmental Sciences
USA

**NICHOLAS, J.P.**
Ohio State University
USA

**NICK, Faezeh**
UNIS - The University Centre in Svalbard
Norway

**NIELSEN, Claus J.**
University of Oslo
Norway

**NIWA, Yosuke**
Meteorological Research Institute
Japan

**NOJIRI, Yukihiro**
National Institute for Environmental Studies
Japan

**NORBY, Richard J.**
Oak Ridge National Laboratory
USA

**NORRIS, Joel R.**
Scripps Institution of Oceanography
USA

BLM_0074997

**NUNN, Patrick D.**
University of New England
Australia

**O'CONNOR, Fiona**
Met Office Hadley Centre
UK

**O'DOWD, Colin**
National University of Ireland, Galway
Ireland

**O'NEILL, Brian C.**
National Center for Atmospheric Research
USA

**OLAFSSON, Jon**
University of Iceland
Iceland

**OLESEN, Martin**
Danish Meteorological Institute
Denmark

**ORR, James**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**ORSI, Alejandro**
Texas A&M University
USA

**OSBORN, Timothy**
University of East Anglia
UK

**OTTO, Alexander**
University of Oxford
UK

**OTTO, Friederike**
University of Oxford
UK

**OTTO-BLIESNER, Bette**
National Center for Atmospheric Research
USA

**OVERDUIN, Pier Paul**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**OVERLAND, James**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**PAINTER, Jeff**
Lawrence Livermore National Laboratory
USA

**PALMER, Tim**
University of Oxford
UK

**PARK, Geun-Ha**
Korea Institute of Ocean Science and
Technology
Republic of Korea

**PARK, Geun-Ha**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**PARKER, David E.**
Met Office Hadley Centre
UK

**PARRENIN, Frédéric**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**PATRA, Prabir**
Japan Agency for Marine-Earth Science and
Technology
Japan

**PATRICOLA, Christina M.**
Texas A&M University
USA

**PAUL, Frank**
University of Zurich
Switzerland

**PAVLOVA, Tatiana**
Voeikov Main Geophysical Observatory
Russian Federation

**PAYNE, Antony J.**
University of Bristol
UK

**PEARSON, Paul N.**
Cardiff University
UK

**PENNER, Joyce**
University of Michigan
USA

**PEREGON, Anna**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PERLWITZ, Judith**
Cooperative Institute for Research in
Environmental Sciences
USA

**PERRETTE, Mahé**
Potsdam Institute for Climate Impact
Research
Germany

**PETERS, Glen P.**
Center for International Climate and
Environmental Research Oslo
Norway

**PETERS, Wouter**
Wageningen University
Netherlands

**PETERSCHMITT, Jean-Yves**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PEYLIN, Philippe**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PFEFFER, W. Tad**
University of Colorado Boulder
USA

**PHILIPPON-BERTHIER, Gwenaëlle**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PIAO, Shilong**
Peking University
China

**PIERCE, David**
Scripps Institution of Oceanography
USA

**PIPER, Stephen**
Scripps Institution of Oceanography
USA

**PITMAN, Andy**
University of New South Wales
Australia

**PLANTON, Serge**
Météo-France
France

**PLATTNER, Gian-Kasper**
IPCC WGI TSU, University of Bern
Switzerland

**POLCHER, Jan**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**AV**

BLM_0074998

**POLLARD, David**
Pennsylvania State University
USA

**POLSON, Debbie**
University of Edinburgh
UK

**POLYAKOV, Igor**
University of Alaska Fairbanks
USA

**PONGRATZ, Julia**
Max Planck Institute for Meteorology
Germany

**POULTER, Benjamin**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**POWER, Scott B.**
Bureau of Meteorology
Australia

**PRABHAT**
Lawrence Berkeley National Laboratory
USA

**PRATHER, Michael**
University of California Irvine
USA

**PROWSE, Terry**
Environment Canada
Canada

**PURKEY, Sarah G.**
University of Washington
USA

**QIAN, Yun**
Pacific Northwest National Laboratory
USA

**QIN, Dahe**
Co-Chair IPCC WGI, China Meteorological
Administration
China

**QIU, Bo**
University of Hawaii
USA

**QUINN, Terrence**
University of Texas
USA

**RADIĆ, Valentina**
University of British Columbia
Canada

**RAE, Jamie**
Met Office Hadley Centre
UK

**RAHIMZADEH, Fatemeh**
Islamic Republic of Iran Meteorological
Organization
Iran

**RAHMSTORF, Stefan**
Potsdam Institute for Climate Impact
Research
Germany

**RÄISÄNEN, Jouni**
University of Helsinki
Finland

**RAMASWAMY, Venkatachalam**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**RAMESH, Rengaswamy**
Physical Research Laboratory
India

**RANDALL, David**
Colorado State University
USA

**RANDEL, William J.**
National Center for Atmospheric Research
USA

**RASCH, Philip**
Pacific Northwest National Laboratory
USA

**RAUSER, Florian**
Max Planck Institute for Meteorology
Germany

**RAVISHANKARA, A.R.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**RAY, Suchanda**
CSIR Centre for Mathematical Modelling and
Computer Simulation
India

**RAYMOND, Peter A.**
Yale University
USA

**RAYNAUD, Dominique**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**RAYNER, Peter**
University of Melbourne
Australia

**REASON, Chris**
University of Cape Town
South Africa

**REICH, Katharine Davis**
University of California Los Angeles
USA

**REID, Jeffrey**
U.S. Naval Research Laboratory
USA

**REN, Jiawen**
Cold and Arid Regions Environmental and
Engineering Research Institute, Chinese
Academy of Sciences
China

**RENWICK, James**
Victoria University of Wellington
New Zealand

**REVERDIN, Gilles**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**RHEIN, Monika**
University of Bremen
Germany

**RIBES, Aurélien**
Météo-France
France

**RICHTER, Andreas**
University of Bremen
Germany

**RICHTER, Carolin**
World Meteorological Organization
Switzerland

**RIDGWELL, Andy**
University of Bristol
UK

**RIGBY, Matthew**
University of Bristol
UK

**RIGNOT, Eric**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**RILEY, William J.**
Lawrence Berkeley National Laboratory
USA

AV

BLM_0074999

**RINGEVAL, Bruno**
Utrecht University
Netherlands

**RINTOUL, Stephen R.**
CSIRO Marine and Atmospheric Research
Australia

**ROBINSON, David**
Rutgers University
USA

**ROBOCK, Alan**
Rutgers University
USA

**RÖDENBECK, Christian**
Max Planck Institute for Biogeochemistry
Germany

**RODRIGUES, Luis R.L.**
Institut Català de Ciències del Clima
Spain

**RODRÍGUEZ DE FONSECA, Belén**
Universidad Complutense de Madrid
Spain

**RODWELL, Mark**
European Centre for Medium-Range Weather
Forecasts
UK

**ROEMMICH, Dean**
Scripps Institution of Oceanography
USA

**ROGELJ, Joeri**
ETH Zurich
Switzerland

**ROHLING, Eelco**
Australian National University
Australia

**ROJAS, Maisa**
Universidad de Chile
Chile

**ROMANOU, Anastasia**
Columbia University
USA

**ROTH, Raphael**
University of Bern
Switzerland

**ROTSTAYN, Leon**
CSIRO Marine and Atmospheric Research
Australia

**RUMMUKAINEN, Markku**
Swedish Meteorological and Hydrological
Institute
Sweden

**RUSTICUCCI, Matilde**
Universidad de Buenos Aires
Argentina

**RUTI, Paolo**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**SABINE, Christopher**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**SAENKO, Oleg**
Environment Canada
Canada

**SALZMANN, Ulrich**
Northumbria University
UK

**SAMSET, Bjørn**
Center for International Climate and
Environmental Research Oslo
Norway

**SANTER, Benjamin D.**
Lawrence Livermore National Laboratory
USA

**SARR, Abdoulaye**
National Meteorological Agency of Senegal
Senegal

**SATHEESH, S.K.**
Indian Institute of Science
India

**SAUNOIS, Marielle**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**SAVARINO, Joël**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**SCAIFE, Adam A.**
Met Office Hadley Centre
UK

**SCHÄR, Christoph**
ETH Zurich
Switzerland

**SCHMIDT, Hauke**
Max Planck Institute for Meteorology
Germany

**SCHMIDTKO, Sunke**
University of East Anglia
UK

**SCHMITT, Raymond**
Woods Hole Oceanographic Institution
USA

**SCHMITTNER, Andreas**
Oregon State University
USA

**SCHOOF, Christian**
University of British Columbia
Canada

**SCHULZ, Jörg**
EUMETSAT
Germany

**SCHULZ, Michael**
MARUM Center for Marine Environmental
Sciences
Germany

**SCHULZ, Michael**
Norwegian Meteorological Institute
Norway

**SCHULZWEIDA, Uwe**
Max Planck Institute for Meteorology
Germany

**SCHURER, Andrew**
University of Edinburgh
UK

**SCHUUR, Edward**
University of Florida
USA

**SCINOCCA, John**
Environment Canada
Canada

**SCREEN, James**
University of Exeter
UK

**SEAGER, Richard**
Columbia University
USA

**SEBBARI, Rachid**
Direction de la Météorologie Nationale
Morocco

**SEDLÁČEK, Jan**
ETH Zurich
Switzerland

**SEIDEL, Dian J.**
National Oceanic and Atmospheric
Administration, Air Resources Laboratory
USA

**AV**

BLM_0075000

**SEMENOV, Vladimir**
Russian Academy of Sciences
Russian Federation

**SEXTON, David**
Met Office Hadley Centre
UK

**SHAFFREY, Len C.**
University of Reading
UK

**SHAKUN, Jeremy**
Boston College
USA

**SHAO, XueMei**
Institute of Geographic Sciences and Natural
Resources Research, Chinese Academy of
Sciences
China

**SHARP, Martin**
University of Alberta
Canada

**SHEPHERD, Theodore**
University of Reading
UK

**SHERWOOD, Steven**
University of New South Wales
Australia

**SHIKLOMANOV, Nikolay**
George Washington University
USA

**SHIMADA, Koji**
Tokyo University of Marine Science and
Technology
Japan

**SHINDELL, Drew**
National Aeronautics and Space
Administration, Goddard Institute for Space
Studies
USA

**SHINE, Keith**
University of Reading
UK

**SHIOGAMA, Hideo**
National Institute for Environmental Studies
Japan

**SHONGWE, Mxolisi**
South African Weather Service
South Africa

**SILLMANN, Jana**
Environment Canada
Canada

**SIMMONS, Adrian**
European Centre for Medium-Range Weather
Forecasts
UK

**SITCH, Stephen**
University of Exeter
UK

**SLANGEN, Aimée**
CSIRO Marine and Atmospheric Research
Australia

**SLATER, Andrew**
National Snow and Ice Data Center
USA

**SMERDON, Jason**
Columbia University
USA

**SMIRNOV, Dmitry**
Russian Academy of Sciences
Russian Federation

**SMITH, Doug**
Met Office Hadley Centre
UK

**SMITH, Sharon**
Natural Resources Canada
Canada

**SMITH, Steven J.**
Pacific Northwest National Laboratory
USA

**SMITH, Thomas M.**
National Oceanic and Atmospheric
Administration, Center for Satellite
Applications and Research
USA

**SODEN, Brian J.**
University of Miami
USA

**SOLMAN, Silvina**
Universidad de Buenos Aires
Argentina

**SOLOMINA, Olga**
Russian Academy of Sciences
Russian Federation

**SPAHNI, Renato**
University of Bern
Switzerland

**SPERBER, Kenneth**
Lawrence Livermore National Laboratory
USA

**STAMMER, Detlef**
University of Hamburg
Germany

**STAMMERJOHN, Sharon**
University of Colorado Boulder
USA

**STEFFEN, Konrad**
Swiss Federal Institute for Forest, Snow and
Landscape Research WSL
Switzerland

**STENDEL, Martin**
Danish Meteorological Institute
Denmark

**STEPHENS, Graeme**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**STEPHENSON, David B.**
University of Exeter
UK

**STEVENS, Bjorn**
Max Planck Institute for Meteorology
Germany

**STEVENSON, David S.**
University of Edinburgh
UK

**STEVENSON, Samantha**
University of Hawaii
USA

**STIER, Philip**
University of Oxford
UK

**STÖBER, Uwe**
University of Bremen
Germany

**STOCKER, Benjamin D.**
University of Bern
Switzerland

**STOCKER, Thomas F.**
Co-Chair IPCC WGI, University of Bern
Switzerland

**STORELVMO, Trude**
Yale University
USA

**STOTT, Peter A.**
Met Office Hadley Centre
UK

AV

**STRAMMA, Lothar**
GEOMAR Helmholtz Centre for Ocean Research
Germany

**STUBENRAUCH, Claudia**
Laboratoire de Météorologie Dynamique, Institut Pierre Simon Laplace
France

**SUGA, Toshio**
Tohoku University
Japan

**SUTTON, Rowan**
University of Reading
UK

**SWART, Neil**
University of Victoria
Canada

**TAKAHASHI, Taro**
Columbia University
USA

**TAKAYABU, Izuru**
Meteorological Research Institute
Japan

**TAKEMURA, Toshihiko**
Kyushu University
Japan

**TALLEY, Lynne D.**
Scripps Institution of Oceanography
USA

**TANGANG, Fredolin**
National University of Malaysia
Malaysia

**TANHUA, Toste**
GEOMAR Helmholtz Centre for Ocean Research
Germany

**TANS, Pieter**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory
USA

**TARASOV, Pavel**
Freie Universität Berlin
Germany

**TAYLOR, Karl**
Lawrence Livermore National Laboratory
USA

**TEBALDI, Claudia**
Climate Central, Inc.
USA

**TETT, Simon**
University of Edinburgh
UK

**TEULING, Adriaan J. (Ryan)**
Wageningen University
Netherlands

**THOMPSON, Rona L.**
Norwegian Institute for Air Research
Norway

**THORNE, Peter W.**
Nansen Environmental and Remote Sensing Center
Norway

**THORNTON, Peter**
Oak Ridge National Laboratory
USA

**TIMMERMANN, Axel**
University of Hawaii
USA

**TJIPUTRA, Jerry**
Uni Research Norway
Norway

**TRENBERTH, Kevin**
National Center for Atmospheric Research
USA

**TÜRKEŞ, Murat**
Çanakkale Onsekiz Mart University
Turkey

**TURNER, John**
British Antarctic Survey
UK

**UMMENHOFER, Caroline**
Woods Hole Oceanographic Institution
USA

**UNNIKRISHNAN, Alakkat S.**
National Institute of Oceanography
India

**VAN ANGELEN, Jan H.**
Utrecht University
Netherlands

**VAN DE BERG, Willem Jan**
Utrecht University
Netherlands

**VAN DE WAL, Roderik**
Utrecht University
Netherlands

**VAN DEN BROEKE, Michiel**
Utrecht University
Netherlands

**VAN DEN HURK, Bart**
Royal Netherlands Meteorological Institute
Netherlands

**VAN DER WERF, Guido**
VU University Amsterdam
Netherlands

**VAN NOIJE, Twan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN OLDENBORGH, Geert Jan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN VUUREN, Detlef**
PBL Netherlands Environmental Assessment Agency
Netherlands

**VAUGHAN, David G.**
British Antarctic Survey
UK

**VAUTARD, Robert**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**VAVRUS, Steve**
University of Wisconsin
USA

**VECCHI, Gabriel**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**VELICOGNA, Isabella**
University of California Irvine
USA

**VERNIER, Jean-Paul**
National Aeronautics and Space Administration, Langley Research Center
USA

**VESALA, Timo**
University of Helsinki
Finland

**VINTHER, Bo M.**
University of Copenhagen
Denmark

**VITERBO, Pedro**
Instituto de Meteorologia
Portugal

**VIZCAÍNO, Miren**
Delft University of Technology
Netherlands

**AV**

1493

BLM_0075002

**VON SCHUCKMANN, Karina**
Institut Français de Recherche pour
l'Exploitation de la Mer
France

**VON STORCH, Hans**
University of Hamburg
Germany

**VOULGARAKIS, Apostolos**
Imperial College London
UK

**WADA, Yoshihide**
Utrecht University
Netherlands

**WADHAMS, Peter**
University of Cambridge
UK

**WAELBROECK, Claire**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**WALSH, Kevin**
University of Melbourne
Australia

**WANG, Bin**
University of Hawaii
USA

**WANG, Chunzai**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**WANG, Fan**
Institute of Oceanology, Chinese Academy of
Sciences
China

**WANG, Hui-Jun**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**WANG, Junhong**
National Center for Atmospheric Research
USA

**WANG, Muyin**
National Oceanic and Atmospheric
Administration, Joint Institute for the Study
of the Atmosphere and Ocean
USA

**WANG, Xiaolan L.**
Environment Canada
Canada

**WANIA, Rita**
Austria

**WANNER, Heinz**
University of Bern
Switzerland

**WANNINKHOF, Rik**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**WARD, Daniel S.**
Cornell University
USA

**WATTERSON, Ian**
CSIRO Marine and Atmospheric Research
Australia

**WEAVER, Andrew J.**
University of Victoria
Canada

**WEBB, Mark**
Met Office Hadley Centre
UK

**WEBB, Robert**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**WEHNER, Michael**
Lawrence Berkeley National Laboratory
USA

**WEISHEIMER, Antje**
University of Oxford
UK

**WEISS, Ray F.**
Scripps Institution of Oceanography
USA

**WHITE, Neil J.**
CSIRO Marine and Atmospheric Research
Australia

**WIDLANSKY, Matthew**
University of Hawaii
USA

**WIJFFELS, Susan**
CSIRO Marine and Atmospheric Research
Australia

**WILD, Martin**
ETH Zurich
Switzerland

**WILD, Oliver**
Lancaster University
UK

**WILLETT, Kate M.**
Met Office Hadley Centre
UK

**WILLIAMS, Keith**
Met Office Hadley Centre
UK

**WINKELMANN, Ricarda**
Potsdam Institute for Climate Impact
Research
Germany

**WINKER, David**
National Aeronautics and Space
Administration, Langley Research Center
USA

**WINTHER, Jan-Gunnar**
Norwegian Polar Institute
Norway

**WITTENBERG, Andrew**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**WOLF-GLADROW, Dieter**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**WOOD, Simon N.**
University of Bath
UK

**WOODWORTH, Philip L.**
National Oceanography Centre
UK

**WOOLLINGS, Tim**
University of Reading
UK

**WORBY, Anthony**
CSIRO Marine and Atmospheric Research
Australia

**WRATT, David**
National Institute of Water and Atmospheric
Research
New Zealand

**WUEBBLES, Donald**
University of Illinois
USA

**WYANT, Matthew**
University of Washington
USA

AV

BLM_0075003

**XIAO, Cunde**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**XIE, Shang-Ping**
Scripps Institution of Oceanography
USA

**YASHAYAEV, Igor**
Bedford Institute of Oceanography
Canada

**YASUNARI, Tetsuzo**
Nagoya University
Japan

**YEH, Sang-Wook**
Hanyang University
Republic of Korea

**YIN, Jianjun**
University of Arizona
USA

**YOKOYAMA, Yusuke**
University of Tokyo
Japan

**YOSHIMORI, Masakazu**
University of Tokyo
Japan

**YOUNG, Paul**
Lancaster University
UK

**YU, Lisan**
Woods Hole Oceanographic Institution
USA

**ZACHOS, James**
University of California Santa Cruz
USA

**ZAEHLE, Sönke**
Max Planck Institute for Biogeochemistry
Germany

**ZAPPA, Giuseppe**
University of Reading
UK

**ZENG, Ning**
University of Maryland
USA

**ZHAI, Panmao**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Chidong**
University of Miami
USA

**ZHANG, Hua**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Jianglong**
University of North Dakota
USA

**ZHANG, Lixia**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZHANG, Rong**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**ZHANG, Tingjun**
Cooperative Institute for Research in
Environmental Sciences
USA

**ZHANG, Xiao-Ye**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**ZHANG, Xuebin**
Environment Canada
Canada

**ZHAO, Lin**
Cold and Arid Regions Environmental and
Engineering Research Institute, Chinese
Academy of Sciences
China

**ZHAO, Zong-Ci**
National Climate Center, China
Meteorological Administration
China

**ZHENG, Xiaotong**
Ocean University of China
China

**ZHOU, Tianjun**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZICKFELD, Kirsten**
Simon Fraser University
Canada

**ZOU, Liwei**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZWARTZ, Dan**
Victoria University of Wellington
New Zealand

**ZWIERS, Francis**
University of Victoria
Canada

AV

BLM_0075004

BLM_0075005



# AVI

# Annex VI: Expert Reviewers of the IPCC WGI Fifth Assessment Report

**This annex should be cited as:**

IPCC, 2013: Annex VI: Expert Reviewers of the IPCC WGI Fifth Assessment Report. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0075006

**AAMAAS, Borgar**
Center for International Climate and
Environmental Research Oslo
Norway

**ABRAHAM, JOHN**
University of St. Thomas
USA

**ADAM, Hussein**
Wad Medani Ahlia College
Sudan

**ÅGREN, Göran**
Swedish University of Agricultural Sciences
Sweden

**ALEXANDER, Lisa**
University of New South Wales
Australia

**ALEYNIK, Dmitry**
Scottish Association for Marine Science
UK

**ALLAN, Richard**
University of Reading
UK

**ALLEN, Simon K.**
IPCC WGI TSU, University of Bern
Switzerland

**ALLEY, Richard B.**
Pennsylvania State University
USA

**ALLISON, Ian**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**ALORY, Gaël**
Laboratoire d'Etudes en Géophysique
et Océanographie Spatiales
France

**ALPERT, Alice**
Massachusetts Institute of Technology
USA

**AMJAD, Muhammad**
Global Change Impact Studies Centre
Pakistan

**ANDEREGG, William**
Stanford University
USA

**ANDERSEN, Bo**
Norwegian Space Centre
Norway

**ANDREAE, Meinrat O.**
Max Planck Institute for Chemistry
Germany

**ANDREU-BURILLO, Isabel**
Institut Català de Ciències del Clima
Spain

**ANDREWS, Oliver David**
University of East Anglia
UK

**AÑEL CABANELAS, Juan Antonio**
University of Oxford
UK

**ANENBERG, Susan**
U.S. Environmental Protection Agency
USA

**ANNAMALAI, H.**
University of Hawaii
USA

**ANNAN, James**
Japan Agency for Marine-Earth
Science and Technology
Japan

**APITULEY, Arnoud**
Royal Netherlands Meteorological Institute
Netherlands

**APPENZELLER, Christof**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**ARBLASTER, Julie**
Bureau of Meteorology
Australia

**ARNETH, Almut**
Karlsruhe Institute of Technology
Germany

**ARORA, Vivek**
Environment Canada
Canada

**ARTALE, Vincenzo**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**ARTINANO, Begona**
Centro de Investigaciones Energéticas,
Medioambientales y Tecnológicas
Spain

**ARTUSO, Florinda**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**ASMI, Ari**
University of Helsinki
Finland

**AUAD, Guillermo**
Bureau of Ocean Energy Management
USA

**AUCAMP, Pieter**
Ptersa Environmental
Management Consultants
South Africa

**AZAR, Christian**
Chalmers University of Technology
Sweden

**BADER, David**
Lawrence Livermore National Laboratory
USA

**BADIOU, Pascal**
Ducks Unlimited Canada
Canada

**BAHN, Michael**
University of Innsbruck
Austria

**BAKAN, Stephan**
Max Planck Institute for Meteorology
Germany

**BALTENSPERGER, Urs**
Paul Scherrer Institute
Switzerland

**BAMBER, Jonathan**
University of Bristol
UK

**BAN-WEISS, George**
Lawrence Berkeley National Laboratory
and University of Southern California
USA

**BARKER, Stephen**
Cardiff University
UK

**BARNETT, Tim**
Scripps Institution of Oceanography
USA

**BARRETT, Jack**
Imperial College London (retired)
UK

BLM_0075007

**BARRETT, Peter**
Victoria University of Wellington
New Zealand

**BARRY, Roger**
National Snow and Ice Data Center
USA

**BATES, J. Ray**
University College Dublin
Ireland

**BATES, Timothy**
National Oceanic and Atmospheric
Administration, Pacific Marine
Environmental Laboratory
USA

**BEKKI, Slimane**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**BELLOUIN, Nicolas**
Met Office Hadley Centre
UK

**BELTRAN, Catherine**
Université Pierre et Marie Curie
France

**BENNARTZ, Ralf**
University of Wisconsin
USA

**BERNHARD, Luzi**
Swiss Federal Institute for Forest, Snow
and Landscape Research WSL
Switzerland

**BERNHARDT, Karl-Heinz**
Leibniz Society of Sciences at Berlin
Germany

**BERNIER, Pierre**
Natural Resources Canada
Canada

**BERNTSEN, Terje**
University of Oslo
Norway

**BERTHIER, Etienne**
Laboratoire d'Etudes en Géophysique
et Océanographie Spatiales
France

**BETTS, Richard**
Met Office Hadley Centre
UK

**BETZ, Gregor**
Karlsruhe Institute of Technology
Germany

**BHANDARI, Medani**
Syracuse University
USA

**BINDOFF, Nathaniel L.**
University of Tasmania
Australia

**BINTANJA, Richard**
Royal Netherlands Meteorological Institute
Netherlands

**BLADÉ, Ileana**
Universitat de Barcelona
Spain

**BLANCO, Juan A.**
Universidad Pública de Navarra
Spain

**BLATTER, Heinz**
ETH Zurich
Switzerland

**BLOMQVIST, Sven**
Stockholm University
Sweden

**BODAS-SALCEDO, Alejandro**
Met Office Hadley Centre
UK

**BODE, Antonio**
Instituto Español de Oceanografia
Spain

**BOEHM, Christian Reiner**
Imperial College London
UK

**BOENING, Carmen**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**BOERSMA, Klaas Folkert**
Royal Netherlands Meteorological Institute
and Eindhoven University of Technology
Netherlands

**BOGNER, Jean E.**
University of Illinois
USA

**BOKO, Michel**
Université d'Abomey Calavi
Benin

**BOLLASINA, Massimo**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**BONNET, Sophie**
Université du Québec
Canada

**BONY, Sandrine**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**BOOTH, Ben**
Met Office Hadley Centre
UK

**BOSILOVICH, Michael**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**BOUCHER, Olivier**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**BOULDIN, Jim**
University of California Davis
USA

**BOURBONNIERE, Richard**
Environment Canada
Canada

**BOURLES, Bernard**
Institut de Recherche pour le Développement
France

**BOUSQUET, Philippe**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**BOWEN, Melissa**
University of Auckland
New Zealand

**BOYER, Timothy**
National Oceanic and Atmospheric
Administration, National
Oceanographic Data Center
USA

**BRACEGIRDLE, Thomas**
British Antarctic Survey
UK

**BRACONNOT, Pascale**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**BRAESICKE, Peter**
University of Cambridge
UK

AVI

BLM_0075008

**BREGMAN, Abraham**
Royal Netherlands Meteorological Institute
Netherlands

**BRENDER, Pierre**
Laboratoire des Sciences du Climat
et de l'Environnement, Institut Pierre
Simon Laplace and AgroParisTech
France

**BREWER, Michael**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**BRIERLEY, Christopher**
University College London
UK

**BRIFFA, Keith**
University of East Anglia
UK

**BROMWICH, David**
Ohio State University
USA

**BROOKS, Harold**
National Oceanic and Atmospheric
Administration, National Severe
Storms Laboratory
USA

**BROVKIN, Victor**
Max Planck Institute for Meteorology
Germany

**BROWN, Jaclyn**
CSIRO Marine and Atmospheric Research
Australia

**BROWN, Josephine**
Bureau of Meteorology
Australia

**BROWN, Simon**
Met Office Hadley Centre
UK

**BURKETT, Virginia**
U.S. Geological Survey
USA

**BURT, Peter**
University of Greenwich
UK

**BURTON, David**
Burton Systems Software
USA

**BUTENHOFF, Christopher**
Portland State University
USA

1500

**BUTLER, James**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**CAESAR, John**
Met Office Hadley Centre
UK

**CAGNAZZO, Chiara**
Institute of Atmospheric Sciences and Climate
Italy

**CAI, Rongshuo**
Third Institute of Oceanography,
State Oceanic Administration
China

**CAI, Zucong**
Nanjing Normal University
China

**CAINEY, Jill**
UK

**CALVO, Natalia**
Universidad Complutense de Madrid
Spain

**CAMERON-SMITH, Philip**
Lawrence Livermore National Laboratory
USA

**CANDELA, Lucila**
Universitat Politècnica de Catalunya
Spain

**CAO, Jianting**
General Institute of Water Resources
and Hydropower Planning and Design,
Ministry of Water Resources
China

**CARDIA SIMÕES, Jefferson**
Universidade Federal do Rio Grande do Sul
Brazil

**CARDINAL, Damien**
Université Pierre et Marie Curie
France

**CARTER, Timothy**
Finnish Environment Institute
Finland

**CASELDINE, Chris**
University of Exeter
UK

**CASSARDO, Claudio**
University of Torino
Italy

**CASSOU, Christophe**
Centre Européen de Recherche et de
Formation Avancée en Calcul Scientifique
France

**CEARRETA, Alejandro**
Universidad del Pais Vasco
Spain

**CERMAK, Jan**
Ruhr-Universität Bochum
Germany

**CERVARICH, Matthew**
University of Illinois
USA

**CHADWICK, Robin**
Met Office Hadley Centre
UK

**CHARLESWORTH, Mark**
Keele University
UK

**CHARLSON, Robert**
University of Washington
USA

**CHARPENTIER LJUNGQVIST, Fredrik**
Stockholm University
Sweden

**CHAUVIN, Fabrice**
Météo-France
France

**CHAZETTE, Patrick**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**CHE, Tao**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

**CHEN, Xianyao**
First Institute of Oceanography,
State Oceanic Administration
China

**CHERCHI, Annalisa**
Centro Euromediterraneo per i
Cambiamenti Climatici and Istituto
Nazionale di Geofisica e Vulcanologia
Italy

**CHHABRA, Abha**
Indian Space Research Organisation
India

AVI

**CHIKAMOTO, Megumi**
University of Hawaii
USA

**CHIKAMOTO, Yoshimitsu**
University of Hawaii
USA

**CHOU, Chia**
Academia Sinica
Taiwan, China

**CHRISTIAN, James**
Fisheries and Oceans Canada
Canada

**CHRISTOPHERSEN, Øyvind**
Climate and Pollution Agency
Norway

**CHRISTY, John**
University of Alabama
USA

**CHURCH, John**
CSIRO Marine and Atmospheric Research
Australia

**CHYLEK, Petr**
Los Alamos National Laboratory
USA

**CIRANO, Mauro**
Federal University of Bahia
Brazil

**CIURO, Darienne**
University of Illinois
USA

**CLARK, Robin**
Met Office Hadley Centre
UK

**CLAUSSEN, Martin**
Max Planck Institute for Meteorology
Germany

**CLERBAUX, Cathy**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**CLIFT, Peter**
Louisiana State University
USA

**COAKLEY, James**
Oregon State University
USA

**COFFEY, Michael**
National Center for Atmospheric Research
USA

**COGLEY, J. Graham**
Trent University
Canada

**COLE, Julia**
University of Arizona
USA

**COLLIER, Mark**
CSIRO Marine and Atmospheric Research
Australia

**COLLINS, Matthew**
University of Exeter
UK

**COLLINS, William**
University of Reading
UK

**COLMAN, Robert**
Bureau of Meteorology
Australia

**COLOSE, Chris**
University at Albany
USA

**COOPER, Owen**
Cooperative Institute for Research
in Environmental Sciences
USA

**COPSTEIN WALDEMAR, Celso**
Porto Alegre Municipality,
Environmental Department
Brazil

**CORTESE, Giuseppe**
GNS Science
New Zealand

**CORTI, Susanna**
European Centre for Medium-Range
Weather Forecasts and Institute of
Atmospheric Sciences and Climate
Italy

**COTRIM DA CUNHA, Leticia**
Rio de Janeiro State University
Brazil

**COUMOU, Dim**
Potsdam Institute for Climate
Impact Research
Germany

**COVEY, Curt**
Lawrence Livermore National Laboratory
USA

**CRAWFORD, James**
USA

**CRIMMINS, Allison**
U.S. Environmental Protection Agency
USA

**CRISTINI, Luisa**
University of Hawaii
USA

**CROK, Marcel**
Netherlands

**CURRY, Charles**
University of Victoria
Canada

**CURTIS, Jeffrey**
University of Illinois
USA

**DAI, Aiguo**
University at Albany and National
Center for Atmospheric Research
USA

**DAIRAKU, Koji**
National Research Institute for Earth
Science and Disaster Prevention
Japan

**DAMERIS, Martin**
DLR German Aerospace Center
Germany

**DANIEL, John**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**DANIELS, Emma**
Wageningen University
Netherlands

**DANIS, François**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**DAUTRAY, Robert**
Académie des Sciences
France

**DAVIDSON, Eric**
Woods Hole Research Center
USA

**DAVIES, Michael**
Coldwater Consulting Ltd
Canada

**DAY, Jonathan**
University of Reading
UK

AVI

BLM_0075010

**DE ELIA, Ramon**
Ouranos Consortium on Regional Climatology
and Adaptation to Climate Change
Canada

**DE SAEDELEER, Bernard**
Université catholique de Louvain
Belgium

**DE VRIES, Hylke**
Royal Netherlands Meteorological Institute
Netherlands

**DEAN, Robert**
University of Florida
USA

**DEL GENIO, Anthony**
National Aeronautics and
Space Administration, Goddard
Institute for Space Studies
USA

**DELPLA, Ianis**
Laboratoire d'Etude et de Recherche
en Environnement et Santé
France

**DELSOLE, Timothy**
George Mason University
USA

**DELWORTH, Thomas**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**DEMORY, Marie-Estelle**
University of Reading
UK

**DÉQUÉ, Michel**
Météo-France
France

**DERKSEN, Chris**
Environment Canada
Canada

**DESIATO, Franco**
Institute for Environmental
Protection and Research
Italy

**DEVARA, Panuganti C.S.**
Indian Institute of Tropical Meteorology
India

**DEWALS, Benjamin**
Université de Liège
Belgium

**DEWITT, David G.**
Columbia University
USA

**DIAZ MOREJON, Cristobal Felix**
Ministry of Science, Technology
and the Environment
Cuba

**DICKENS, Gerald**
Rice University
USA

**DIEDHIOU, Arona**
Institut de Recherche pour le Développement
France

**DIMA, Mihai**
University of Bucharest
Romania

**DING, Yihui**
National Climate Center, China
Meteorological Administration
China

**DING, Yongjian**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

**DITLEVSEN, Peter**
University of Copenhagen
Denmark

**DOHERTY, Ruth**
University of Edinburgh
UK

**DOLE, Randall**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**DOLMAN, Han**
VU University Amsterdam
Netherlands

**DOMINGUES, Catia M.**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**DONAHUE, Neil**
Carnegie Mellon University
USA

**DONNER, Leo**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**DOSTAL, Paul**
DLR German Aerospace Center
Germany

**DOWNES, Stephanie**
Australian National University
Australia

**DOYLE, Moira Evelina**
Universidad de Buenos Aires
Argentina

**DRAGONI, Walter**
University of Perugia
Italy

**DRIJFHOUT, Sybren**
Royal Netherlands Meteorological Institute
Netherlands

**DU, Enzai**
Peking University
China

**DUAN, Anmin**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**DUCE, Robert**
Texas A&M University
USA

**DUDOK DE WIT, Thierry**
Université d'Orléans
France

**DUNNE, Eimear**
Finnish Meteorological Institute
Finland

**DUNSTONE, Nick**
Met Office Hadley Centre
UK

**DURACK, Paul**
Lawrence Livermore National Laboratory
USA

**DWYER, Ned**
University College Cork
Ireland

**EASTERBROOK, Don**
Western Washington University
USA

**EBI, Kristie**
Stanford University
USA

**EISEN, Olaf**
Alfred Wegener Institute for
Polar and Marine Research
Germany

AVI

BLM_0075011

EISENMAN, Ian
University of California San Diego
USA

EKHOLM, Tommi
VTT Technical Research Centre of Finland
Finland

ELDEVIK, Tor
University of Bergen
Norway

ELJADID, Ali Geath
Al-Fath University
Libya

EMANUEL, Kerry
Massachusetts Institute of Technology
USA

ENOMOTO, Hiroyuki
National Institute of Polar Research
Japan

ERICKSON, David
Oak Ridge National Laboratory
USA

ESPINOZA, Jhan Carlo
Instituto Geofísico del Perú
Peru

ESSERY, Richard
University of Edinburgh
UK

EVANS, Michael Neil
University of Maryland
USA

EVANS, Wayne
York University
Canada

EXBRAYAT, Jean-François
University of New South Wales
Australia

EYNAUD, Frédérique
Université Bordeaux 1
France

FAHEY, David
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

FAN, Jiwen
Pacific Northwest National Laboratory
USA

FARAGO, Tibor
St. Istvan University
Hungary

FEINGOLD, Graham
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

FEIST, Dietrich
Max Planck Institute for Biogeochemistry
Germany

FERRONE, Andrew
Karlsruhe Institute of Technology
Germany

FESER, Frauke
Helmholtz-Zentrum Geesthacht
Germany

FEULNER, Georg
Potsdam Institute for Climate
Impact Research
Germany

FICHEFET, Thierry
Université catholique de Louvain
Belgium

FIELD, Christopher
Carnegie Institution for Science
USA

FISCHER, Andreas
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

FISCHER, Hubertus
University of Bern
Switzerland

FISCHLIN, Andreas
ETH Zurich
Switzerland

FISHER, Joshua
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

FLORES, José-Abel
Universidad de Salamanca
Spain

FLOSSMANN, Andrea
Université Blaise Pascal
France

FOLBERTH, Gerd
Met Office Hadley Centre
UK

FOLLAND, Christopher
Met Office Hadley Centre
UK

FORBES, Donald
Bedford Institute of Oceanography
Canada

FOREST, Chris
Pennsylvania State University
USA

FORSTER, Piers
University of Leeds
UK

FOSTER, James
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

FOUNTAIN, Andrew
Portland State University
USA

FRANKLIN, James
CLF-Chem Consulting SPRL
Belgium

FRANKS, Stewart
University of Newcastle Australia
Australia

FREDERIKSEN, Carsten
Bureau of Meteorology
Australia

FREDERIKSEN, Jorgen
CSIRO Marine and Atmospheric Research
Australia

FREE, Melissa
National Oceanic and Atmospheric
Administration, Air Resources Laboratory
USA

FREELAND, Howard
Fisheries and Oceans Canada
Canada

FREPPAZ, Michele
University of Torino
Italy

FRIEDLINGSTEIN, Pierre
University of Exeter
UK

FROELICHER, Thomas
Princeton University
USA

FRONZEK, Stefan
Finnish Environment Institute
Finland

FRÜH, Barbara
Deutscher Wetterdienst
Germany

AVI

BLM_0075012

**FU, Joshua Xiouhua**
University of Hawaii
USA

**FU, Weiwei**
Danish Meteorological Institute
Denmark

**FUGLESTVEDT, Jan**
Center for International Climate and
Environmental Research Oslo
Norway

**FUKASAWA, Masao**
Japan Agency for Marine-Earth
Science and Technology
Japan

**FUNG, Inez**
University of California Berkeley
USA

**FUNK, Martin**
ETH Zurich
Switzerland

**FYFE, John**
Environment Canada
Canada

**GAALEMA, Stephen**
Black Forest Engineering, LLC
USA

**GAGLIARDINI, Olivier**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**GAJEWSKI, Konrad**
University of Ottawa
Canada

**GALDOS, Marcelo**
Brazilian Bioethanol Science and
Technology Laboratory
Brazil

**GALLEGO, David**
Universidad Pablo de Olavide
Spain

**GANOPOLSKI, Andrey**
Potsdam Institute for Climate
Impact Research
Germany

**GAO, Xuejie**
National Climate Center, China
Meteorological Administration
China

**GARCIA-HERRERA, Ricardo**
Universidad Complutense de Madrid
Spain

1504

**GARIMELLA, Sarvesh**
Massachusetts Institute of Technology
USA

**GARREAUD, René**
Universidad de Chile
Chile

**GATTUSO, Jean-Pierre**
Observatoire Océanologique de Villefranche
sur Mer, Université Pierre et Marie Curie
France

**GAUCI, Vincent**
The Open University
UK

**GAYO, Eugenia M.**
Centro de Investigaciones del
Hombre en el Desierto
Chile

**GEDNEY, Nicola**
Met Office Hadley Centre
UK

**GEHRELS, Roland**
Plymouth University
UK

**GERBER, Stefan**
University of Florida
USA

**GERLAND, Sebastian**
Norwegian Polar Institute
Norway

**GERVAIS, François**
Université François-Rabelais de Tours
France

**GETTELMAN, Andrew**
National Center for Atmospheric Research
USA

**GHAN, Steven**
Pacific Northwest National Laboratory
USA

**GHOSH, Sucharita**
Swiss Federal Institute for Forest, Snow
and Landscape Research WSL
Switzerland

**GIFFORD, Roger**
CSIRO Plant Industry
Australia

**GILBERT, Denis**
Fisheries and Oceans Canada
Canada

**GILLETT, Nathan**
Environment Canada
Canada

**GINOUX, Paul**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**GIORGETTA, Marco**
Max Planck Institute for Meteorology
Germany

**GLIKSON, Andrew**
Australian National University
Australia

**GODIN-BEEKMANN, Sophie**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**GOLAZ, Jean-Christophe**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**GONG, Daoyi**
Beijing Normal University
China

**GONZALEZ, Patrick**
U.S. National Park Service
USA

**GOOD, Peter**
Met Office Hadley Centre
UK

**GOOD, Simon**
Met Office Hadley Centre
UK

**GOODESS, Clare**
University of East Anglia
UK

**GOOSSE, Hugues**
Université catholique de Louvain
Belgium

**GORIS, Nadine**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**GOSWAMI, Santonu**
Oak Ridge National Laboratory
USA

AVI

**GOWER, James**
Fisheries and Oceans Canada
Canada

**GRAY, Vincent**
New Zealand

**GREGORY, Jonathan**
University of Reading and Met
Office Hadley Centre
UK

**GREWE, Volker**
DLR German Aerospace Center
Germany

**GRIFFIES, Stephen**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**GRIGGS, David**
Monash University
Australia

**GRIMM, Alice**
Federal University of Parana
Brazil

**GRINSTED, Aslak**
University of Copenhagen
Denmark

**GRUBER, Nicolas**
ETH Zurich
Switzerland

**GRUBER, Stephan**
University of Zurich
Switzerland

**GUGLIELMIN, Mauro**
University of Insubria
Italy

**GUILYARDI, Eric**
Laboratoire d'Océanographie et du
Climat, Institut Pierre Simon Laplace
France

**GUTTORP, Peter**
University of Washington and
Norwegian Computing Center
USA

**GUTZLER, David**
University of New Mexico
USA

**HAARSMA, Reindert**
Royal Netherlands Meteorological Institute
Netherlands

**HAEBERLI, Wilfried**
University of Zurich
Switzerland

**HAFEZ, Yehia**
King Abdulaziz University
Saudi Arabia

**HAGEN, David L.**
AcrossTech
USA

**HAGOS, Samson**
Pacific Northwest National Laboratory
USA

**HAIGH, Joanna**
Imperial College London
UK

**HAJIMA, Tomohiro**
Japan Agency for Marine-Earth
Science and Technology
Japan

**HALL, Dorothy**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**HALLBERG, Robert**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**HALLORAN, Paul**
Met Office Hadley Centre
UK

**HAN, Dawei**
University of Bristol
UK

**HANSEN, Bogi**
Faroe Marine Research Institute
Faroe Islands

**HAO, Aibing**
Ministry of Land and Resources
China

**HARGREAVES, Julia**
Japan Agency for Marine-Earth
Science and Technology
Japan

**HARNISCH, Jochen**
KfW
Germany

**HARPER, Joel**
University of Montana
USA

**HARTMANN, Jens**
University of Hamburg
Germany

**HASANEAN, Hosny**
King Abdulaziz University
Saudi Arabia

**HASSLER, Birgit**
Cooperative Institute for Research
in Environmental Sciences
USA

**HAWKINS, Ed**
University of Reading
UK

**HAYASAKA, Tadahiro**
Tohoku University
Japan

**HAYWOOD, Jim**
Met Office Hadley Centre and
University of Exeter
UK

**HEGERL, Gabriele**
University of Edinburgh
UK

**HEIM, Richard**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**HEINTZENBERG, Jost**
Leibniz Institute for Tropospheric Research
Germany

**HEINZE, Christoph**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**HERTWICH, Edgar**
Norwegian University of
Science and Technology
Norway

**HEWITSON, Bruce**
University of Cape Town
South Africa

**HIGGINS, Paul**
American Meteorological Society
USA

**HIRST, Anthony**
CSIRO Marine and Atmospheric Research
Australia

AVI

1505

BLM_0075014

**HISDAL, Hege**
Norwegian Water Resources
and Energy Directorate
Norway

**HOCK, Regine**
University of Alaska Fairbanks
USA

**HODSON, Dan**
University of Reading
UK

**HOERLING, Martin**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**HÖGBERG, Peter**
Swedish University of Agricultural Sciences
Sweden

**HOLGATE, Simon**
National Oceanography Centre
UK

**HOLLIS, Christopher**
GNS Science
New Zealand

**HOLTSLAG, Albert A.M.**
Wageningen University
Netherlands

**HÖNISCH, Bärbel**
Columbia University
USA

**HOPE, Pandora**
Bureau of Meteorology
Australia

**HOROWITZ, Larry**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**HOURDIN, Frédéric**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**HOUSE, Joanna**
University of Bristol
UK

**HOUWELING, Sander**
Utrecht University
Netherlands

**HOVLAND, Martin**
University of Bergen
Norway

1506

**HOWARD, William**
Australian National University
Australia

**HREN, Michael**
University of Connecticut
USA

**HU, Aixue**
National Center for Atmospheric Research
USA

**HU, Zeng-Zhen**
National Oceanic and Atmospheric
Administration, National Weather Service
USA

**HUANG, Jianping**
Lanzhou University
China

**HUANG, Lei**
National Climate Center, China
Meteorological Administration
China

**HUANG, Lin**
Environment Canada
Canada

**HUDSON, James**
Desert Research Institute
USA

**HUGGEL, Christian**
University of Zurich
Switzerland

**HUGHES, Malcolm**
University of Arizona
USA

**HUNTER, John**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**HURST, Dale**
Cooperative Institute for Research
in Environmental Sciences
USA

**HUYBRECHTS, Philippe**
Vrije Universiteit Brussel
Belgium

**INCECIK, Selahattin**
Istanbul Technical University
Turkey

**INGRAM, William**
Met Office Hadley Centre and
University of Oxford
UK

**INOUE, Toshiro**
University of Tokyo
Japan

**IRVINE, Peter**
Institute for Advanced Sustainability Studies
Germany

**ISE, Takeshi**
University of Hyogo
Japan

**ISHII, Masao**
Meteorological Research Institute
Japan

**ISHIZUKA, Shigehiro**
Forestry and Forest Products Institute
Japan

**ITO, Akihiko**
National Institute for Environmental Studies
Japan

**ITO, Takamitsu**
Georgia Institute of Technology
USA

**ITOH, Kiminori**
Yokohama National University
Japan

**IVERSEN, Trond**
European Centre for Medium-Range
Weather Forecasts, UK and
Norwegian Meteorological Institute
Norway

**JACKSON, Laura**
Met Office Hadley Centre
UK

**JACOBEIT, Jucundus**
University of Augsburg
Germany

**JACOBSON, Mark Z.**
Stanford University
USA

**JAENICKE, Ruprecht**
Johannes Gutenberg University Mainz
Germany

**JAIN, Sharad K.**
Indian Institute of Technology Roorkee
India

**JEONG, Myeong-Jae**
Gangneung-Wonju National University
Republic of Korea

AVI

**JIANG, Dabang**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**JIANG, Jonathan**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**JOHANSSON, Daniel**
Chalmers University of Technology
Sweden

**JOHN, Jasmin**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**JOHNS, Tim**
Met Office Hadley Centre
UK

**JOHNSON, Jennifer**
Stanford University
USA

**JOHNSON, Nathaniel**
University of Hawaii
USA

**JONES, Christopher**
Met Office Hadley Centre
UK

**JONES, Gareth S.**
Met Office Hadley Centre
UK

**JONES, Philip**
University of East Anglia
UK

**JOOS, Fortunat**
University of Bern
Switzerland

**JOSEY, Simon**
National Oceanography Centre
UK

**JOSHI, Manoj**
University of East Anglia
UK

**JOUGHIN, Ian**
University of Washington
USA

**JOUSSAUME, Sylvie**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon Laplace
France

**JOYCE, Terrence**
Woods Hole Oceanographic Institution
USA

**JUCKES, Martin**
Science and Technologies Facility Council
UK

**JYLHÄ, Kirsti**
Finnish Meteorological Institute
Finland

**KÄÄB, Andreas**
University of Oslo
Norway

**KAGEYAMA, Masa**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**KAHN, Brian**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**KAHN, Ralph**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**KALESCHKE, Lars**
University of Hamburg
Germany

**KANAKIDOU, Maria**
University of Crete
Greece

**KANAYA, Yugo**
Japan Agency for Marine-Earth
Science and Technology
Japan

**KANDEL, Robert**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**KANG, Shichang**
Institute of Tibetan Plateau Research,
Chinese Academy of Sciences
China

**KANG, Sok Kuh**
Korea Ocean Research and
Development Institute
Republic of Korea

**KARLSSON, Per Erik**
Swedish Environmental Research Institute
Sweden

**KAROLY, David**
University of Melbourne
Australia

**KARPECHKO, Alexey**
Finnish Meteorological Institute
Finland

**KATBEH-BADER, Nedal**
Ministry of Environment Affairs
Palestine

**KATO, Etsushi**
National Institute for Environmental Studies
Japan

**KAUFMANN, Robert**
Boston University
USA

**KAUPPINEN, Jyrki**
University of Turku
Finland

**KAVANAGH, Christopher**
International Atomic Energy Agency
Monaco

**KAWAI, Hiroyasu**
Port and Airport Research Institute
Japan

**KAWAMIYA, Michio**
Japan Agency for Marine-Earth Science
and Technology
Japan

**KAWAMURA, Kenji**
National Institute of Polar Research
Japan

**KAYE, Neil**
Met Office Hadley Centre
UK

**KEELING, Ralph**
Scripps Institution of Oceanography
USA

**KEEN, Richard**
University of Colorado Boulder (retired)
USA

**KEENLYSIDE, Noel**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**KELLER, Charles**
Los Alamos National Laboratory (retired)
USA

**KENDON, Elizabeth**
Met Office Hadley Centre
UK

AVI

BLM_0075016

**KENNEDY, John**
Met Office Hadley Centre
UK

**KENT, Elizabeth**
National Oceanography Centre
UK

**KESKIN, Siddik Sinan**
Marmara University
Turkey

**KHALIL, Mohammad Aslam Khan**
Portland State University
USA

**KHESHGI, Haroon**
ExxonMobil Research and Engineering
USA

**KHMELINSKII, Igor**
Universidade do Algarve
Portugal

**KHOSRAWI, Farahnaz**
Stockholm University
Sweden

**KILADIS, George**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory
USA

**KIM, Daehyun**
Columbia University
USA

**KIM, Seong-Joong**
Korea Polar Research Institute
Republic of Korea

**KINDLER, Pascal**
University of Geneva
Switzerland

**KING, Andrew**
University of New South Wales
Australia

**KING, Matt**
University of Tasmania and Newcastle University
Australia

**KINTER, James**
Institute of Global Environment and Society, Inc.
USA

**KIRCHENGAST, Gottfried**
University of Graz
Austria

**KIRKEVÅG, Alf**
Norwegian Meteorological Institute
Norway

**KITOH, Akio**
Meteorological Research Institute
Japan

**KJELLSTRÖM, Erik**
Swedish Meteorological and Hydrological Institute
Sweden

**KLEIN TANK, Albert**
Royal Netherlands Meteorological Institute
Netherlands

**KLINGER, Lee**
USA

**KLOTZBACH, Philip**
Colorado State University
USA

**KNUTSON, Thomas**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**KNUTTI, Reto**
ETH Zurich
Switzerland

**KOBASHI, Takuro**
National Institute of Polar Research
Japan

**KOBAYASHI, Shigeki**
Toyota Central R&D Labs., Inc.
Japan

**KOBAYASHI, Taiyo**
Japan Agency for Marine-Earth Science and Technology
Japan

**KOH, Tieh-Yong**
Nanyang Technological University
Singapore

**KÖHLER, Peter**
Alfred Wegener Institute for Polar and Marine Research
Germany

**KOMEN, Gerbrand**
Royal Netherlands Meteorological Institute and Utrecht University (retired)
Netherlands

**KONDO, Yutaka**
University of Tokyo
Japan

**KONFIRST, Matthew**
American Association for the Advancement of Science and National Science Foundation
USA

**KONOVALOV, Vladimir**
Russian Academy of Sciences
Russian Federation

**KOPP, Robert**
Rutgers University
USA

**KORTELAINEN, Pirkko**
Finnish Environment Institute
Finland

**KREASUWUN, Jiemjai**
Chiang Mai University
Thailand

**KREIENKAMP, Frank**
Climate & Environment Consulting Potsdam GmbH
Germany

**KRINNER, Gerhard**
Laboratoire de Glaciologie et Géophysique de l'Environnement, Université Joseph Fourier
France

**KRIPALANI, Ramesh**
Indian Institute of Tropical Meteorology
India

**KRISTJÁNSSON, Jón Egill**
University of Oslo
Norway

**KRIVOVA, Natalie**
Max Planck Institute for Solar System Research
Germany

**KUHN, Nikolaus J.**
University of Basel
Switzerland

**KULSHRESTHA, Umesh**
Jawaharlal Nehru University
India

**KUSANO, Kanya**
Nagoya University
Japan

**KUSUNOKI, Shoji**
Meteorological Research Institute
Japan

**LAGERLOEF, Gary**
Earth & Space Research
USA

**LAKEN, Benjamin**
Instituto de Astrofísica de Canarias
Spain

**LAMBERT, Fabrice**
Korea Institute of Ocean
Science and Technology
Republic of Korea

**LAMBERT, Francis Hugo**
University of Exeter
UK

**LANDUYT, William**
ExxonMobil Research and Engineering
USA

**LANE, Tracy**
International Hydropower Association
UK

**LANG, Herbert**
ETH Zurich
Switzerland

**LARTER, Robert**
British Antarctic Survey
UK

**LAW, Beverly**
Oregon State University
USA

**LAW, Katharine**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**LAWRENCE, Judy**
Victoria University of Wellington
New Zealand

**LAWRENCE, Mark**
Institute for Advanced Sustainability Studies
Germany

**LAXON, Seymour**
University College London
UK

**LE QUÉRÉ, Corinne**
University of East Anglia
UK

**LEAITCH, Warren Richard**
Environment Canada
Canada

**LECK, Caroline**
Stockholm University
Sweden

**LECLERCQ, Paul**
Utrecht University
Netherlands

**LEE, Arthur**
Chevron Corporation
USA

**LEE, Jae Hak**
Korea Institute of Ocean
Science and Technology
Republic of Korea

**LEE, Sai Ming**
Hong Kong Observatory
China

**LEE, Seoung Soo**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**LEE, Tsz-Cheung**
Hong Kong Observatory
China

**LEGG, Sonya**
Princeton University
USA

**LEMKE, Peter**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**LENAERTS, Jan**
Utrecht University
Netherlands

**LENDERINK, Geert**
Royal Netherlands Meteorological Institute
Netherlands

**LEROY, Suzanne**
Brunel University
UK

**LEVIN, Ingeborg**
University of Heidelberg
Germany

**LEVITUS, Sydney**
National Oceanic and Atmospheric
Administration, National
Oceanographic Data Center
USA

**LEVY, Julian**
Levy Environmental Consulting, Ltd.
USA

**LEVY II, Hiram**
National Oceanic and Atmospheric
Administration, Geophysical Fluid
Dynamics Laboratory (retired)
USA

**LEWIS, Nicholas**
UK

**LEWITT, Martin**
American Geophysical Union
USA

**LI, Can**
University of Maryland and National
Aeronautics and Space Administration,
Goddard Space Flight Center
USA

**LI, Jui-Lin (Frank)**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LI, Qingxiang**
National Meteorological Information Center,
China Meteorological Administration
China

**LI, Shenggong**
Institute of Geographic Sciences
and Natural Resources Research,
Chinese Academy of Sciences
China

**LI, Shuanglin**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**LI, Weiping**
National Climate Center, China
Meteorological Administration
China

**LI, Weiwei**
University of Illinois
USA

**LI, Yueqing**
Institute of Plateau Meteorology, China
Meteorological Administration
China

**LI, Zhanqing**
University of Maryland
USA

**LIAO, Hong**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

AVI

BLM_0075018

**LIN, Hai**
Environment Canada
Canada

**LIN, Jialin**
Ohio State University
USA

**LINDERHOLM, Hans W.**
University of Gothenburg
Sweden

**LINDSAY, Ron**
University of Washington
USA

**LIOU, Kuo-Nan**
University of California Los Angeles
USA

**LITTLE, Christopher**
Princeton University
USA

**LIU, Hongyan**
Peking University
China

**LIU, Ke Xiu**
National Marine Data and
Information Service
China

**LIU, Qiyong**
China CDC
China

**LIU, Shaw**
Academia Sinica
Taiwan, China

**LIU, Xiaohong**
Pacific Northwest National Laboratory
USA

**LJUNGQVIST, Fredrik**
Stockholm University
Sweden

**LLOYD, Philip**
Cape Peninsula University of Technology
South Africa

**LO, Yueh-Hsin**
National Taiwan University
Taiwan, China

**LOBELL, David**
Stanford University
USA

**LOEB, Norman**
National Aeronautics and Space
Administration, Langley Research Center
USA

**LOEW, Alexander**
Max Planck Institute for Meteorology
Germany

**LOFGREN, Brent**
National Oceanic and Atmospheric
Administration, Great Lakes
Environmental Research Laboratory
USA

**LOHMANN, Gerrit**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**LOHMANN, Ulrike**
ETH Zurich
Switzerland

**LOOKYAT TAYLOR, Helen**
World Science Data Base
USA

**LÓPEZ MORENO, Juan Ignacio**
Instituto Pirenaico de Ecología
Spain

**LOUGH, Janice**
Australian Institute of Marine Science
Australia

**LUCE, Charles**
U.S. Forest Service
USA

**LÜTHI, Martin**
ETH Zurich
Switzerland

**LUNT, Daniel**
University of Bristol
UK

**LUO, Jing-Jia**
Bureau of Meteorology
Australia

**LUPO, Anthony**
University of Missouri
USA

**MA, Zhuguo**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**MACCRACKEN, Michael**
Climate Institute
USA

**MACGREGOR, Joseph**
University of Texas
USA

**MÄDER, Claudia**
Federal Environment Agency
Germany

**MAGGI, Valter**
University of Milano-Bicocca
Italy

**MAHLSTEIN, Irina**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**MAHOWALD, Natalie**
Cornell University
USA

**MAKI, Takashi**
Meteorological Research Institute
Japan

**MANN, Michael**
Pennsylvania State University
USA

**MANNING, Martin**
Victoria University of Wellington
New Zealand

**MANZINI, Elisa**
Max Planck Institute for Meteorology
Germany

**MARAUN, Douglas**
GEOMAR Helmholtz Centre
for Ocean Research
Germany

**MARBAIX, Philippe**
Université catholique de Louvain
Belgium

**MARENGO, José**
National Institute for Space Research
Brazil

**MARINOVA, Dora**
Curtin University
Australia

**MARIOTTI, Annarita**
National Oceanic and Atmospheric
Administration, Climate Program Office
USA

**MAROTZKE, Jochem**
Max Planck Institute for Meteorology
Germany

**MARSH, Robert**
University of Southampton
UK

BLM_0075019

**MARTIN, Eric**
Météo-France
France

**MARTIN, Gill**
Met Office Hadley Centre
UK

**MARTÍN MÍGUEZ, Belén**
Centro Tecnológico del Mar
Spain

**MARTIN-VIDE, Javier**
Universitat de Barcelona
Spain

**MARTY, Christoph**
WSL Institute for Snow and
Avalanche Research SLF
Switzerland

**MASSONNET, François**
Université catholique de Louvain
Belgium

**MATEI, Daniela**
Max Planck Institute for Meteorology
Germany

**MATSUNO, Taroh**
Japan Agency for Marine-Earth
Science and Technology
Japan

**MATSUOKA, Kenichi**
Norwegian Polar Institute
Norway

**MATTHEWS, Paul**
University of Nottingham
UK

**MAURITSEN, Thorsten**
Max Planck Institute for Meteorology
Germany

**MAY, Wilhelm**
Danish Meteorological Institute
Denmark

**MCELROY, Charles Thomas**
York University
Canada

**MCINNES, Kathleen**
CSIRO Marine and Atmospheric Research
Australia

**MCKAY, Nicholas**
University of Arizona
USA

**MCKITRICK, Ross**
University of Guelph
Canada

**MCLEAN, John**
James Cook University
Australia

**MEEHL, Gerald**
National Center for Atmospheric Research
USA

**MEIER, Walter**
National Snow and Ice Data Center
USA

**MEIYAPPAN, Prasanth**
University of Illinois
USA

**MELSOM, Arne**
Norwegian Meteorological Institute
Norway

**MÉNDEZ, Carlos**
Instituto Venezolano de
Investigaciones Científicas
Venezuela

**MENGE, Duncan**
Princeton University
USA

**MENZEL, W. Paul**
University of Wisconsin
USA

**MERCHANT, Christopher**
University of Edinburgh
UK

**MEREDITH, Michael**
British Antarctic Survey
UK

**MERLIS, Timothy**
Princeton University and National
Oceanic and Atmospheric Administration,
Geophysical Fluid Dynamics Laboratory
USA

**MERRYFIELD, William**
Environment Canada
Canada

**MESINGER, Fedor**
University of Maryland
USA

**METCALFE, Daniel**
Swedish University of Agricultural Sciences
Sweden

**METELKA, Ladislav**
Czech Hydrometeorological Institute
Czech Republic

**MEYSSIGNAC, Benoit**
Laboratoire d'Etudes en Géophysique
et Océanographie Spatiales
France

**MICKLEY, Loretta**
Harvard University
USA

**MIELIKÄINEN, Kari**
Finnish Forest Research Institute
Finland

**MILLER, Benjamin R.**
Cooperative Institute for Research
in Environmental Sciences
USA

**MIMS, Forrest**
Geronimo Creek Observatory
USA

**MIN, Seung-Ki**
CSIRO Marine and Atmospheric Research
Australia

**MING, Jing**
National Climate Center, China
Meteorological Administration
China

**MING, Yi**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**MINSCHWANER, Kenneth**
New Mexico Institute of
Mining and Technology
USA

**MITCHELL, John**
Met Office Hadley Centre
UK

**MOBERG, Anders**
Stockholm University
Sweden

**MÖHLER, Ottmar**
Karlsruhe Institute of Technology
Germany

**MOLINIÉ, Gilles**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**MONAHAN, Adam**
University of Victoria
Canada

AVI

BLM_0075020

**MONCKTON OF BRENCHLEY, Christopher**
Science and Public Policy Institute
UK

**MONTZKA, Stephen**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**MOORTHY, K. Krishna**
Indian Space Research Organisation
India

**MOOSDORF, Nils**
University of Hamburg
Germany

**MORGENSTERN, Olaf**
National Institute of Water and
Atmospheric Research
New Zealand

**MORI, Nobuhito**
Kyoto University
Japan

**MORICE, Colin**
Met Office Hadley Centre
UK

**MORRISON, Hugh**
National Center for Atmospheric Research
USA

**MOTE, Philip**
Oregon State University
USA

**MSADEK, Rym**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**MUDELSEE, Manfred**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**MUELLER, Christoph**
Justus Leibig University Giessen
Germany

**MÜLLER, Rolf**
Forschungszentrum Jülich
Germany

**MÜLLER, Wolfgang**
Max Planck Institute for Meteorology
Germany

**MULLER, Christian**
Belgian Institute for Space Aeronomy
Belgium

**MURATA, Akihiko**
Japan Agency for Marine-Earth
Science and Technology
Japan

**MURPHY, Brad**
Bureau of Meteorology
Australia

**MURPHY, Daniel**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**MUSCHELER, Raimund**
Lund University
Sweden

**MUTHALAGU, Ravichandran**
Indian National Centre for Ocean
Information Services
India

**MYHRE, Gunnar**
Center for International Climate and
Environmental Research Oslo
Norway

**NABBEFELD, Birgit**
DLR German Aerospace Center
Germany

**NAIK, Vaishali**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**NAKAEGAWA, Tosiyuki**
Meteorological Research Institute
Japan

**NAKAJIMA, Teruyuki**
University of Tokyo
Japan

**NASSAR, Ray**
Environment Canada
Canada

**NAUELS, Alexander**
IPCC WGI TSU, University of Bern
Switzerland

**NEELIN, J. David**
University of California Los Angeles
USA

**NESJE, Atle**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**NEU, Urs**
Swiss Academy of Sciences
Switzerland

**NEVISON, Cynthia**
University of Colorado Boulder
USA

**NEWBERY, David**
University of Bern
Switzerland

**NEWBURY, Thomas Dunning**
Amercian Association for the
Advancement of Science and U.S.
Department of the Interior (retired)
USA

**NICHOLLS, Robert**
University of Southampton
UK

**NITSCHE, Helga**
Deutscher Wetterdienst
Germany

**NODA, Akira**
Japan Agency for Marine-Earth
Science and Technology
Japan

**OBBARD, Jeffrey**
National University of Singapore
Singapore

**OBROCHTA, Stephen**
University of Tokyo
Japan

**O'CONNOR, Fiona**
Met Office Hadley Centre
UK

**OGREN, John**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**OGURA, Tomoo**
National Institute for Environmental Studies
Japan

**OHBA, Masamichi**
Central Research Institute of
Electric Power Industry
Japan

**OHMURA, Atsumu**
ETH Zurich
Switzerland

**OHNEISER, Christian**
Shell International B.V.
Netherlands

AVI

BLM_0075021

**O'ISHI, Ryouta**
University of Tokyo
Japan

**OLIVIÉ, Dirk**
University of Oslo
Norway

**OLIVIER, Jos**
Netherlands Environmental
Assessment Agency
Netherlands

**OOUCHI, Kazuyoshi**
Japan Agency for Marine-Earth
Science and Technology
Japan

**OPPENHEIMER, Michael**
Princeton University
USA

**OREOPOULOS, Lazaros**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**ORLIC, Mirko**
University of Zagreb
Croatia

**ORLOWSKY, Boris**
ETH Zurich
Switzerland

**OSBORN, Timothy**
University of East Anglia
UK

**OSTROM, Nathaniel**
Michigan State University
USA

**OVERPECK, Jonathan**
University of Arizona
USA

**OWENS, John**
3M Company
USA

**PABÓN-CAICEDO, José Daniel**
Universidad Nacional de Colombia
Colombia

**PADMAN, Laurence**
Earth & Space Research
USA

**PALMER, Matthew**
Met Office Hadley Centre
UK

**PAN, Genxing**
Nanjing Agricultural University
China

**PANDEY, Dhananjai Kumar**
National Centre for Antarctic
and Ocean Research
India

**PARKER, Albert**
University of Ballarat
Australia

**PARKER, David**
Met Office Hadley Centre
UK

**PARRISH, David**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**PASSCHIER, Sandra**
Montclair State University
USA

**PATTYN, Frank**
Université libre de Bruxelles
Belgium

**PAUL, Frank**
University of Zurich
Switzerland

**PAVAN, Valentina**
Environmental Agency of Emilia-Romagna
Italy

**PAVELSKY, Tamlin**
University of North Carolina
USA

**PAYNE, Antony**
University of Bristol
UK

**PAYNTER, David**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**PEARSON, David**
Met Office Hadley Centre
UK

**PEDERSEN, Jens Olaf Pepke**
Technical University of Denmark
Denmark

**PELEJERO, Carles**
Institució Catalana de Recerca i Estudis
Avançats and Institut de Ciències del Mar
Spain

**PELLIKKA, Hilkka**
Finnish Meteorological Institute
Finland

**PERLWITZ, Judith**
Cooperative Institute for Research
in Environmental Sciences
USA

**PEROVICH, Donald**
Cold Regions Research and
Engineering Laboratory
USA

**PETERS, Glen**
Center for International Climate and
Environmental Research Oslo
Norway

**PETERS, Karsten**
Monash University
Australia

**PETIT, Michel**
Conseil général de l'Economie,de l'Industrie,
de l'Energie et des Technologies
France

**PFEFFER, W. Tad**
University of Colorado Boulder
USA

**PHILIPONA, Rolf**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**PIACENTINI, Rubén D.**
Universidad Nacional de Rosario
Argentina

**PINCUS, Robert**
University of Colorado Boulder
USA

**PLANTON, Serge**
Météo-France
France

**PLATTNER, Gian-Kasper**
IPCC WGI TSU, University of Bern
Switzerland

**PLUMMER, David**
Environment Canada
Canada

**POERTNER, Hans**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**POHLMANN, Holger**
Max Planck Institute for Meteorology
Germany

AVI

1513

**POITOU, Jean**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace and Société Française de Physique
France

**POKHREL, Samir**
Indian Institute of Tropical Meteorology
India

**POLLACK, Henry**
University of Michigan
USA

**POLONSKY, Alexander**
Marine Hydrophysical Institute
Ukraine

**PONGRATZ, Julia**
Max Planck Institute for Meteorology
Germany

**PORTMANN, Robert**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory
USA

**POULTER, Benjamin**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**POWER, Scott**
Bureau of Meteorology
Australia

**PRATHER, Michael**
University of California Irvine
USA

**PRENTICE, Iain Colin**
Macquarie University and Imperial College
Australia

**PRINN, Ronald**
Massachusetts Institute of Technology
USA

**PUEYO, Salvador**
Institut Català de Ciències del Clima
Spain

**QIAO, Bing**
China Waterborne Transport Research Institute
China

**QUAAS, Johannes**
University of Leipzig
Germany

**QUINN, Patricia**
National Oceanic and Atmospheric Administration, Pacific Marine Environmental Laboratory
USA

**RABATEL, Antoine**
Laboratoire de Glaciologie et Géophysique de l'Environnement, Université Joseph Fourier
France

**RADIĆ, Valentina**
University of British Columbia
Canada

**RADUNSKY, Klaus**
Umweltbundesamt
Austria

**RAHAMAN, Hasibur**
Indian National Centre for Ocean Information Services
India

**RAHIMZADEH, Fatemeh**
Islamic Republic of Iran Meteorological Organization
Iran

**RAHMSTORF, Stefan**
Potsdam Institute for Climate Impact Research
Germany

**RAIBLE, Christoph**
University of Bern
Switzerland

**RÄISÄNEN, Jouni**
University of Helsinki
Finland

**RÄISÄNEN, Petri**
Finnish Meteorological Institute
Finland

**RAJEEVAN, Madhavan Nair**
Government of India, Ministry of Earth Sciences
India

**RAMASWAMY, Venkatachalam**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**RAMSTEIN, Gilles**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**RANDALL, David**
Colorado State University
USA

**RAPER, Sarah**
Manchester Metropolitan University
UK

**RASCH, Philip**
Pacific Northwest National Laboratory
USA

**RAUPACH, Michael**
CSIRO Marine and Atmospheric Research
Australia

**RAVISHANKARA, A.R.**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory
USA

**RAWLS, Alec**
USA

**RAYNER, Nick**
Met Office Hadley Centre
UK

**RAYNER, Peter**
University of Melbourne
Australia

**REAY, David**
University of Edinburgh
UK

**REIS, Stefan**
Centre for Ecology & Hydrology
UK

**REISINGER, Andy**
New Zealand Agricultural GHG Research Centre
New Zealand

**REISMAN, John P.**
OSS Foundation
USA

**REMEDIOS, John**
University of Leicester
UK

**REMER, Lorraine**
National Aeronautics and Space Administration, Goddard Space Flight Center
USA

**REN, Guoyu**
National Climate Center, China Meteorological Administration
China

AVI

BLM_0075023

**RENWICK, James**
Victoria University of Wellington
New Zealand

**REUTEN, Christian**
RWDI AIR Inc.
Canada

**RIAHI, Keywan**
International Institute for
Applied Systems Analysis
Austria

**RIBES, Aurélien**
Météo-France
France

**RIDDICK, Stuart**
Cornell University
USA

**RIDLEY, Jeff**
Met Office Hadley Centre
UK

**RIGNOT, Eric**
University of California Irvine
USA

**RIGOR, Ignatius**
University of Washington
USA

**RINGEVAL, Bruno**
Utrecht University
Netherlands

**RITZ, Christoph**
Swiss Academy of Sciences
Switzerland

**RIVERA, Andrés**
Centro de Estudios Científicos
Chile

**ROBAA, S.M.**
Cairo University
Egypt

**ROBERTS, Chris**
Met Office Hadley Centre
UK

**ROBERTSON, Iain**
Swansea University
UK

**ROBOCK, Alan**
Rutgers University
USA

**ROBSON, Jonathan**
University of Reading
UK

**RODHE, Henning**
Stockholm University
Sweden

**ROGELJ, Joeri**
ETH Zurich
Switzerland

**ROHLING, Eelco Johan**
National Oceanography Centre
UK

**ROJAS, Maisa**
Universidad de Chile
Chile

**ROMANOVSKY, Vladimir**
University of Alaska Fairbanks
USA

**RONCHAIL, Josyane**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**ROSEN, Sergiu Dov**
Israel Oceanographic and
Limnological Research
Israel

**ROSENFELD, Daniel**
Hebrew University of Jerusalem
Israel

**ROSENLOF, Karen**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**ROTSTAYN, Leon**
CSIRO Marine and Atmospheric Research
Australia

**ROTT, Helmut**
University of Innsbruck
Austria

**ROWELL, David**
Met Office Hadley Centre
UK

**ROY, Indrani**
University of Exeter
UK

**ROY, Shouraseni**
University of Miami
USA

**RUMMUKAINEN, Markku**
Swedish Meteorological and Hydrological
Institute and Lund University
Sweden

**RUPP, David**
Oregon State University
USA

**RUSSELL, Andrew**
Brunel University
UK

**RUTI, Paolo Michele**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**SAHU, Lokesh Kumar**
Physical Research Laboratory
India

**SAKAGUCHI, Koichi**
University of Arizona
USA

**SALAS Y MELIA, David**
Météo-France
France

**SALZMANN, Nadine**
University of Zurich and University of Fribourg
Switzerland

**SAMANTA, Arindam**
Atmospheric and Environmental Research
USA

**SANCHEZ GOÑI, Maria Fernanda**
Université Bordeaux 1
France

**SANDERSON, Benjamin**
National Center for Atmospheric Research
USA

**SANYAL, Swarnali**
University of Illinois
USA

**SAROFIM, Marcus**
U.S. Environmental Protection Agency
USA

**SATHEESH, S.K.**
Indian Institute of Science
India

**SATOH, Masaki**
University of Tokyo
Japan

**SAUCHYN, David**
University of Regina
Canada

**SAULO, Celeste**
Universidad de Buenos Aires
Argentina

**AVI**

BLM_0075024

SAUNDERS, Roger
Met Office Hadley Centre
UK

SAUSEN, Robert
DLR German Aerospace Center
Germany

SAVOLAINEN, Ilkka
VTT Technical Research Centre of Finland
Finland

SCAIFE, Adam
Met Office Hadley Centre
UK

SCHMID, Beat
Pacific Northwest National Laboratory
USA

SCHMIDT, Gavin
National Aeronautics and
Space Administration, Goddard
Institute for Space Studies
USA

SCHNEEBELI, Martin
WSL Institute for Snow and
Avalanche Research SLF
Switzerland

SCHNEIDER, Johannes
Max Planck Institute for Chemistry
Germany

SCHOENWIESE, Christian-D.
Goethe University
Germany

SCHOLES, Robert
Council for Scientific and Industrial Research
South Africa

SCHRAMA, Ernst
Delft University of Technology
Netherlands

SCHULZ, Michael
Norwegian Meteorological Institute
Norway

SCHUMANN, Ulrich
DLR German Aerospace Center
Germany

SCHUSTER, Gregory
National Aeronautics and Space
Administration, Langley Research Center
USA

SCHUUR, Edward
University of Florida
USA

SCHWARTZ, Stephen E.
Brookhaven National Laboratory
USA

SCHWARZKOPF, M. Daniel
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

SCHWEIGER, Axel
University of Washington
USA

SEDLÁČEK, Jan
ETH Zurich
Switzerland

SEHAT KASHANI, Saviz
Islamic Azad University
Iran

SEIBERT, Petra
University of Vienna
Austria

SEIDEL, Dian
National Oceanic and Atmospheric
Administration, Air Resources Laboratory
USA

SELVARAJ, Kandasamy
Xiamen University
China

SEN, Omer L.
Istanbul Technical University
Turkey

SENEVIRATNE, Sonia
ETH Zurich
Switzerland

SENSOY, Serhat
Turkish State Meteorological Service
Turkey

SENTMAN, Lori
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

SERPIL, Yaäzan
Turkish State Meteorological Service
Turkey

SETH, Anji
University of Connecticut
USA

SEXTON, David
Met Office Hadley Centre
UK

SHAO, Andrew
University of Washington
USA

SHAO, XueMei
Institute of Geographic Sciences
and Natural Resources Research,
Chinese Academy of Sciences
China

SHELL, Karen
Oregon State University
USA

SHERWIN, Toby
Scottish Association for Marine Science
UK

SHERWOOD, Steven
University of New South Wales
Australia

SHEVLIAKOVA, Elena
Princeton University
USA

SHI, Zongbo
University of Birmingham
UK

SHIBATA, Kiyotaka
Meteorological Research Institute
Japan

SHINDELL, Drew
National Aeronautics and
Space Administration, Goddard
Institute for Space Studies
USA

SHINE, Keith
University of Reading
UK

SHIOGAMA, Hideo
National Institute for Environmental Studies
Japan

SHKOLNIK, Igor
Voeikov Main Geophysical Observatory
Russian Federation

SHMAKIN, Andrey
Russian Academy of Sciences
Russian Federation

SHUMAN, Bryan
University of Wyoming
USA

SICRE, Marie-Alexandrine
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon Laplace
France

BLM_0075025

**SIDDALL, Mark**
University of Bristol
UK

**SIEGLE, Eduardo**
Universidade de São Paulo
Brazil

**SIEVERING, Herman**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory and University
of Colorado Boulder
USA

**SILLMANN, Jana**
Environment Canada
Canada

**SIMMONDS, Ian**
University of Melbourne
Australia

**SIMMONS, Adrian**
European Centre for Medium-Range
Weather Forecasts
UK

**SINGER, S. Fred**
University of Virginia
USA

**SLANGEN, Aimée**
Utrecht University
Netherlands

**SMEDSRUD, Lars Henrik**
Bjerknes Centre for Climate Research
Norway

**SMITH, Doug**
Met Office Hadley Centre
UK

**SMITH, Ian**
CSIRO Marine and Atmospheric Research
Australia

**SMITH, Leonard**
London School of Economics
and Political Science
UK

**SMITH, Sharon**
Natural Resources Canada
Canada

**SMITH, Stephen**
Committee on Climate Change
UK

**SMITH, Stephen G.G.**
UK

**SMITH, Steven**
Pacific Northwest National Laboratory
USA

**SNIDERMAN, Kale**
University of Melbourne
Australia

**SOLOMINA, Olga**
Russian Academy of Sciences
Russian Federation

**SOLOMON, Susan**
Massachusetts Institute of Technology
USA

**SOMERVILLE, Richard**
Scripps Institution of Oceanography
USA

**SONG, Shaojie**
Massachusetts Institute of Technology
USA

**SPAHNI, Renato**
University of Bern
Switzerland

**SPARRENBOM, Charlotte**
Lund University
Sweden

**SPARROW, Michael**
Scientific Committee on Antarctic Research
UK

**SPORYSHEV, Petr**
Voeikov Main Geophysical Observatory
Russian Federation

**SRIKANTHAN, Ramachandran**
Physical Research Laboratory
India

**SRIVER, Ryan**
University of Illinois
USA

**SROKOSZ, Meric**
National Oceanography Centre
UK

**STAGER, Jay Curt**
Paul Smith's College
USA

**STAHLE, David**
University of Arkansas
USA

**STAINFORTH, David**
London School of Economics
and Political Science
UK

**STEBLER, Oliver**
ETH Zurich
Switzerland

**STEIG, Eric**
University of Washington
USA

**STEINFELDT, Reiner**
University of Bremen
Germany

**STENDEL, Martin**
Danish Meteorological Institute
Denmark

**STEPEK, Andrew**
Royal Netherlands Meteorological Institute
Netherlands

**STEPHENS, Graeme**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**STEPHENSON, David**
University of Exeter
UK

**STERL, Andreas**
Royal Netherlands Meteorological Institute
Netherlands

**STERN, Harry**
University of Washington
USA

**STEVENSON, David**
University of Edinburgh
UK

**STEWART, Ronald**
University of Manitoba
Canada

**STIER, Philip**
University of Oxford
UK

**STÖBER, Uwe**
University of Bremen
Germany

**STOCKDALE, Timothy**
European Centre for Medium-
Range Weather Forecasts
UK

**STOCKER, Benjamin**
University of Bern
Switzerland

**STOCKER, Thomas F.**
Co-Chair IPCC WGI, University of Bern
Switzerland

AVI

BLM_0075026

**STONE, Dáithí**
Lawrence Berkeley National Laboratory
USA

**STONE, Reynold**
University of the West Indies
Trinidad and Tobago

**STOTT, Peter**
Met Office Hadley Centre
UK

**STOUFFER, Ronald**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**STOY, Paul**
Montana State University
USA

**STRAUSS, Benjamin**
Climate Central
USA

**STUBENRAUCH, Claudia**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**STUMM, Dorothea**
International Centre for Integrated
Mountain Development
Nepal

**SU, Hui**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**SUBRAMANIAN, Aneesh**
Scripps Institution of Oceanography
USA

**SUGI, Masato**
Japan Agency for Marine-Earth
Science and Technology
Japan

**SUGIYAMA, Masahiro**
Central Research Institute of
Electric Power Industry
Japan

**SUN, Jianqi**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**SUN, Junying**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**SUNDQUIST, Eric**
U.S. Geological Survey
USA

**SUTTON, Rowan**
University of Reading
UK

**SVENSSON, Gunilla**
Stockholm University
Sweden

**SWEENEY, Conor**
University College Dublin
Ireland

**SWIETLICKI, Erik**
Lund University
Sweden

**SWINGEDOUW, Didier**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**TACHIIRI, Kaoru**
Japan Agency for Marine-Earth
Science and Technology
Japan

**TAKAHASHI, Ken**
Instituto Geofísico del Perú
Peru

**TAKAHASHI, Kiyoshi**
National Institute for Environmental Studies
Japan

**TAKAYABU, Izuru**
Meteorological Research Institute
Japan

**TAKAYABU, Yukari**
University of Tokyo
Japan

**TAKEMURA, Toshihiko**
Kyushu University
Japan

**TALARICO, Franco**
University of Siena
Italy

**TALLAKSEN, Lena M.**
University of Oslo
Norway

**TAMISIEA, Mark**
National Oceanography Centre
UK

**TANAKA, Hiroshi**
University of Tsukuba
Japan

**TANAKA, Katsumasa**
ETH Zurich
Switzerland

**TANG, Qi**
Cornell University
USA

**TAPIADOR, Francisco J.**
Universidad de Castilla-La Mancha
Spain

**TARASOV, Lev**
Memorial University of Newfoundland
Canada

**TAYLOR, Jeffrey**
National Ecological Observatory Network
USA

**TELFORD, Richard**
University of Bergen
Norway

**TERRAY, Laurent**
Centre Européen de Recherche et de
Formation Avancée en Calcul Scientifique
France

**TETT, Simon**
University of Edinburgh
UK

**THIELEN, Dirk**
Instituto Venezolano de
Investigaciones Científicas
Venezuela

**THOMAS, Robert**
SIGMA Space
USA

**THOMASON, Larry**
National Aeronautics and Space
Administration, Langley Research Center
USA

**THOMPSON, Erica**
London School of Economics
and Political Science
UK

**THOMPSON, Rona**
Norwegian Institute for Air Research
Norway

**THORNE, Peter**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**AVI**

**TIAN, Jian**
University of Illinois
USA

**TIGNOR, Melinda**
IPCC WGI TSU, University of Bern
Switzerland

**TILYA, Faustine Fidelis**
Tanzania Meteorological Agency
United Republic Of Tanzania

**TITUS, James G.**
U.S. Environmental Protection Agency
USA

**TKALICH, Pavel**
National University of Singapore
Singapore

**TOKINAGA, Hiroki**
University of Hawaii
USA

**TOMASEK, Bradley**
University of Illinois
USA

**TOMOZEIU, Rodica**
Environmental Agency of Emilia-Romagna
Italy

**TONITTO, Christina**
Cornell University
USA

**TOTTERDELL, Ian**
Met Office Hadley Centre
UK

**TRAINER, Michael**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**TRANVIK, Lars**
Uppsala University
Sweden

**TRENBERTH, Kevin**
National Center for Atmospheric Research
USA

**TROUET, Valerie**
University of Arizona
USA

**TSUSHIMA, Yoko**
Met Office Hadley Centre
UK

**TSUTSUI, Junichi**
Central Research Institute of
Electric Power Industry
Japan

**TURCQ, Bruno**
Institut de Recherche pour le Développement
France

**TURNER, Andrew**
University of Reading
UK

**TZEDAKIS, Chronis**
University College London
UK

**UNNINAYAR, Sushel**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**URREGO, Dunia H.**
Université Bordeaux 1
France

**VAN DEN HURK, Bart**
Royal Netherlands Meteorological Institute
Netherlands

**VAN DER LINDEN, Paul**
Met Office Hadley Centre
UK

**VAN DER WERF, Guido**
VU University Amsterdam
Netherlands

**VAN HUISSTEDEN, Ko**
VU University Amsterdam
Netherlands

**VAN KESTEREN, Line**
IPCC Synthesis Report TSU
Netherlands

**VAN NOIJE, Twan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN OLDENBORGH, Geert Jan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN OMMEN, Tasman**
Australian Antarctic Division
Australia

**VAN VELTHOVEN, Peter**
Royal Netherlands Meteorological Institute
Netherlands

**VAN WEELE, Michiel**
Royal Netherlands Meteorological Institute
Netherlands

**VAN YPERSELE, Jean-Pascal**
Université catholique de Louvain
Belgium

**VANAGS, Andrejs**
The Space Exploration Society
USA

**VAQUERO, José Manuel**
Universidad de Extremadura
Spain

**VAUGHAN, David**
British Antarctic Survey
UK

**VAUGHAN, Naomi**
University of East Anglia
UK

**VELDERS, Guus**
National Institute for Public
Health and the Environment
Netherlands

**VERHEGGEN, Bart**
ECN Energy Research Institute
of the Netherlands
Netherlands

**VERHOEF, Anne**
University of Reading
UK

**VERLEYEN, Elie**
Ghent University
Belgium

**VIDAL, Jean-Philippe**
Institut National de Recherche
en Sciences et Technologies pour
l'Environnement et l'Agriculture
France

**VIGNATI, Elisabetta**
European Commission Joint Research Centre
Italy

**VINITNANTHARAT, Soydoa**
King Mongkut's University of
Technology Thonburi
Thailand

**VISSER, Hans**
PBL Netherlands Environmental
Assessment Agency
Netherlands

**VOIGT, Thomas**
Federal Environment Agency
Germany

**AVI**

BLM_0075028

**VOLLMER, Martin**
Swiss Federal Laboratories for Materials
Science and Technology EMPA
Switzerland

**VON SCHUCKMANN, Karina**
Institut Français de Recherche
pour l'Exploitation de la Mer
France

**WAGNON, Patrick**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**WAHL, Eugene**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**WAHL, Terje**
Norwegian Space Centre
Norway

**WAHL, Thomas**
University of Siegen
Germany

**WALISER, Duane**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**WALLINGTON, Timothy**
Ford Motor Company
USA

**WALTER, Andreas**
Deutscher Wetterdienst
Germany

**WANG, Bin**
Institute of Atmospheric Physics, Chinese
Academy of Sciences and Tsinghua University
China

**WANG, Chien**
Massachusetts Institute of Technology
USA

**WANG, Dongxiao**
South China Sea Institute of Oceanology,
Chinese Academy of Sciences
China

**WANG, Hailong**
Pacific Northwest National Laboratory
USA

**WANG, Junye**
Rothamsted Research
UK

**WANG, Kaicun**
Beijing Normal University
China

**WANG, Minghuai**
Pacific Northwest National Laboratory
USA

**WANG, Pinxian**
Tongji University
China

**WANG, Shaowu**
Peking University
China

**WANG, Tijian**
Nanjing University
China

**WANG, Ting**
Lehigh University
USA

**WANG, Xiaolan**
Environment Canada
Canada

**WANG, Xuemei**
Sun Yat-sen University
China

**WANG, Yingping**
CSIRO Marine and Atmospheric Research
Australia

**WANG, Yongguang**
National Climate Center, China
Meteorological Administration
China

**WANG, Zhaomin**
Nanjing University of Information
Science and Technology
China

**WANLISS, James**
Presbyterian College
USA

**WANNER, Heinz**
University of Bern
Switzerland

**WATERLAND, Robert**
E. I. du Pont de Nemours & Co. Inc.
USA

**WATSON, Phil**
NSW Government Office of
Environment and Heritage
Australia

**WATSON, Thomas**
Australia

**WATTERSON, Ian**
CSIRO Marine and Atmospheric Research
Australia

**WEBB, David**
National Oceanography Centre
UK

**WEBB, Mark**
Met Office Hadley Centre
UK

**WEBB, Robert**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**WEEDON, Graham**
Met Office Hadley Centre
UK

**WEISHEIMER, Antje**
European Centre for Medium-
Range Weather Forecasts
UK

**WEISS, Jérôme**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**WEISSE, Ralf**
Helmholtz-Zentrum Geesthacht
Germany

**WENDISCH, Manfred**
University of Leipzig
Germany

**WESTRA, Seth**
University of Adelaide
Australia

**WEYHENMEYER, Gesa**
Uppsala University
Sweden

**WHETTON, Penny**
CSIRO Marine and Atmospheric Research
Australia

**WHITE, Neil**
CSIRO Marine and Atmospheric Research
Australia

**WIELICKI, Bruce**
National Aeronautics and Space
Administration, Langley Research Center
USA

**WILD, Oliver**
Lancaster University
UK

**AVI**

**WILLETT, Kate**
Met Office Hadley Centre
UK

**WILLIAMS, Keith**
Met Office Hadley Centre
UK

**WILLIAMS, Paul**
University of Reading
UK

**WILLIAMS, Richard G.**
Liverpool University
UK

**WILLIAMS, S. Jeffress**
U.S. Geological Survey
USA

**WILSON, Rob**
University of St Andrews
UK

**WITTENBERG, Andrew**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**WOLFF, Eric**
British Antarctic Survey
UK

**WOOD, Richard**
Met Office Hadley Centre
UK

**WOOD, Robert**
University of Washington
USA

**WOODS, Thomas**
University of Colorado Boulder
USA

**WOODWORTH, Philip**
National Oceanography Centre
UK

**WORDEN, Helen**
National Center for Atmospheric Research
USA

**WRATT, David**
National Institute of Water and
Atmospheric Research
New Zealand

**WU, Tonghua**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

**WURZLER, Sabine**
Landesamt für Natur, Umwelt und
Verbraucherschutz NRW
Germany

**XIA, Chaozong**
State Forestry Administration
China

**XIA, Yu**
IPCC WGI TSU, University of Bern
Switzerland

**XIE, Shang-Ping**
Scripps Institution of Oceanography
USA

**XU, Chong-Yu**
University of Oslo
Norway

**XU, Kuan-Man**
National Aeronautics and Space
Administration, Langley Research Center
USA

**XU, Xiaobin**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**XU, Ying**
National Climate Center, China
Meteorological Administration
China

**XU, Yongfu**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**YABI, Ibouraïma**
Université d'Abomey Calavi
Benin

**YASUNARI, Tetsuzo**
Nagoya University
Japan

**YDE, Jacob Clement**
Sogn og Fjordane University College
Norway

**YOKOUCHI, Yoko**
National Institute for Environmental Studies
Japan

**YOSHIMORI, Masakazu**
University of Tokyo
Japan

**YU, Rucong**
China Meteorological Administration
China

**YU, Zicheng**
Lehigh University
USA

**YUKIMOTO, Seiji**
Meteorological Research Institute
Japan

**ZAEHLE, Sönke**
Max Planck Institute for Biogeochemistry
Germany

**ZAHN, Matthias**
University of Reading
UK

**ZAPPA, Giuseppe**
University of Reading
UK

**ZEMP, Michael**
University of Zurich
Switzerland

**ZENG, Xubin**
University of Arizona
USA

**ZHANG, Chengyi**
National Climate Center, China
Meteorological Administration
China

**ZHANG, De-er**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Gan**
University of Illinois
USA

**ZHANG, Guang**
Scripps Institution of Oceanography
USA

**ZHANG, Hua**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Rong**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**ZHANG, Tianyu**
National Marine Environmental
Forecasting Center
China

**ZHANG, Xiangdong**
University of Alaska Fairbanks
USA

AVI

BLM_0075030

**ZHANG, Xuebin**
CSIRO Marine and Atmospheric Research
Australia

**ZHANG, Xuebin**
Environment Canada
Canada

**ZHAO, Xuepeng (Tom)**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**ZHAO, Zong-Ci**
National Climate Center, China
Meteorological Administration
China

**ZHENG, Jingyun**
Institute of Geographic Sciences
and Natural Resources Research,
Chinese Academy of Sciences
China

**ZHOU, Guangsheng**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**ZHOU, Limin**
East China Normal University
China

**ZHOU, Tianjun**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**ZHU, Bin**
Nanjing University of Information
Science and Technology
China

**ZICKFELD, Kirsten**
Simon Fraser University
Canada

**ZORITA, Eduardo**
Helmholtz-Zentrum Geesthacht
Germany

**ZUIDEMA, Paquita**
University of Miami
USA

**ZUO, Juncheng**
HoHai University
China

**ZWEIFEL, Roman**
Swiss Federal Institute for Forest, Snow
and Landscape Research WSL
Switzerland

**ZWIERS, Francis**
University of Victoria
Canada

AVI

BLM_0075031



# Index

This index should be cited as:

IPCC, 2013: Index. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0075032

Index

Note:  * indicates the term also appears in the Glossary (Annex III). Bold page numbers indicate page spans for entire chapters. Italicized page numbers denote tables, figures and boxed material.

## A

**Abrupt climate change***, *70-72*, *151*, 386-387, 432-435, 1114-1119
abrupt glacial events, 483
paleoclimate*, 386-387, 432-435, *434*
permafrost thawing and, *530-531*
projections, 88, 1005, 1033, 1114-1119
summary, 1005, *1115*
**Aerosols***, *151*, 174-180, **571-657**
absorption on snow and ice, 574, 617-618, 685, *685*
aerosol-climate feedbacks, 574, 605-606
aerosol-cloud interactions*, 127, 573, *578*, 606-614, *607*, 618-621, *623*, 625-626, 683-685
aerosol optical depth (AOD), 161, 174-176, *176*, *179*, 596-599, *599*, 692, *757*, 794-795, *794-795*, *1429-1430*
aerosol-radiation interactions*, 574, 576, *578*, 604-605, 614-618, *615*, *617*, *622*, 682-683, *683*
aviation contrails, 574, 592-594, 686
carbonaceous*, 606
climate relevant properties, 573, 602-604, *622-623*
cloud condensation nuclei (CCN)*, 603-604, 609, *886*
composition and mixing state, 602-603
effective radiative forcing (ERF), 574, 576-578, *577-578*, 614-624, *619-621*, *1404-1409*
feedbacks, 574, 576-578, 577, 605-606
formation and types, 595
general concepts, 595-606, *595*, *597*, *622-623*
glaciation effect, *578*
*in situ* surface measurements, 176-180, *177*
lifetime effects, *578*, 609-610
mineral dust (MDA), 394, 600, 605, 617
models, 16, 608-609, 744, 752, *757*, 794-795
new terminology, 578, *578*
observations, 161, 175, 595-599, *596*, *598*
organic*, *1048-1050*, 1052, *1419*, *1428*
paleoclimate*, 394
precipitation effects, 624-627
projections, 1000-1001, *1002-1003*, 1007-1008, *1048-1050*, 1052
radiative forcing*, 13-14, *14*, 127, 186, 574, 576-578, *577*, 614-621, 662, 675, 682-686, 1007, *1048-1050*, 1052, *1404-1409*
sea spray, 599-601, 605
size and optical properties, 603
sources, 599-601
thermodynamic effect, *578*
volcanic aerosols, 14, 662, 691-693
*See also specific aerosols*
**Africa**, 1266-1268, *1267*
African monsoon, 1234, *1235*

climate indices, changes in, *211-212*
projections, *106*, *1281-1282*, *1288*, *1358-1365*
**Air quality**, *684-685*, 955, 1001-1002
climate-driven changes, 999-1000, 1005-1006
extreme weather and, 1005
projections, 24, 88-89, 957, 996-1004
**Aircraft**. *See* Aviation
**Albedo***, *126*
cloud albedo effect, 578, 610, *1048-1050*
snow, 321, 358, 359, *757*
surface, 628, 662, 686-687, *687*, 819
urban, 687
**Altimetry***, 286, 287, 348-349
**Ammonia**, *1418*
**Ammonium**, 605-606
**Annular modes***, *233-235*, 900-901, *900*, 1243-1246
projections, 108, 1220, 1243-1246
**Antarctic ice sheet**, 9, 25, 29, 137, 320, 351-353, 909
dynamical change, 1172-1174
ice loss, 351-353, *352-353*, *367*, *381-382*
irreversible changes, *71-72*, 356, 1174
mass balance*, *348*, 1139, 1170-1171
models, 753, 1171
observed changes, 351-353, *352-353*
paleoclimate*, 387, 428-431, 1174
polar amplification, *397*
sea level equivalent, 320, *321*, 352-354
sea level rise and, 1139, 1154-1155, 1170-1176, *1177-1179*, *1182*
West Antarctic (WAIS), 320, 332, 349, 352-354, 357, 1174, *1175*
**Antarctic region**, *151*, *939*, 1276-1277
bottom water, 279-280
circulation, 284
ice shelves, 320, 353, *367*
oceans, 279-280
paleoclimate*, 387, 420, *459-460*
polar amplification, 385, *396-398*
projections, *106*, 1277, *1285*, *1289*, *1390-1393*
Weddell Sea, 280
**Antarctic sea ice**, 9, 25, 69, 319, 330-335
changes in, *333-334*, 368, 906-909, *908*, 931
drift, 332
extent and concentration, 330, *331*, **332**
models, 787-790, *787-789*
projections, *1089*, 1092
seasonality and trends, 332-335
**Anthropogenic climate change***. *See* Detection and attribution of climate change
**Aragonite**, 94-95, *533*
**Arctic region**
anthropogenic influence, 19, 956
climate projections, 956, 1031, 1062-1064
ocean salinity, 271-273
polar amplification, 385, *396-398*, 1031, 1062-1064
projections, *106*, 1257-1258, *1278*, *1288*, 1322-1324
temperature, 9, *10*, 20, 931, 956, 1062-1064, 1257-1258, *1278*
**Arctic sea ice**, 9, *10*, 69, 136-137, 319, 323-330
attribution of changes, 19, ,870, 906-909, *908*, 931, *938*

changes in, *333-334*, *367*, 368
decadal trends, 329-330
drift, 328-329
extent and concentration, 324-326, *325*, *326*
irreversible changes, *1115*, 1117-1118
models, 16, *18*, 744, 787-790, *787-789*
projections, 24-25, 956, 1032, 1087-1092, *1089-1091*
salinity effects on, 271-273
seasonality, 329
summary, 9, *10*, 319, *367*
thickness and volume, 319, 327-328, *328*
**Asia**
climate indices, changes in, *211-212*
precipitation extremes, *211-212*
projections, *106*, 1268-1273, *1278*, *1282-1284*, *1288-1289*, *1366-1381*
**Asian-Australian monsoon**, 1227-1232, *1230-1231*
**Atlantic Meridional Mode (AMM)**, 802, *1224*
**Atlantic Meridional Overturning Circulation (AMOC)**, 8, 282-284, 782-783
irreversibility and, *70*, 433-435, 1115-1116, *1115*
paleoclimate*, 386-387, 433-435, *456*
projections, 24, 956, 973-974, 995, 1033, 1094-1095
variability, 801, *802*, 806
**Atlantic Multi-decadal Oscillation/Variability (AMO/AMV)***, 230, *233-235*, 801, *802*, 806, 869, 1254-1255
impacts, *1224*
projections, 108, 971-973, *972*, 1220
**Atlantic Niño**, *233*, 803, *806*, *1224*, 1239-1240
**Atlantic Ocean**
carbon storage, *495*
hurricanes, 809
modes, 1239-1240
salinity, 271, *280*
temperature, *280*
tropical, models, 787
variability, *233-235*
water mass properties, 279
**Atlantic Ocean Multidecadal Variability**, *233-234*
**Atmosphere***, 5, **159-254**
free*, 197-198, *197-200*
global reanalyses*, *185-186*
models, *144*, 746, *747*, 748-750, *756-757*, 760-777
observations, 5, *6*, **159-254**
projections, 19-24, *28*, 980-993
radiation budget, 161, 180-186
summary of observations, 5, *130*, 161-163
temperature, 4-5, *6*, 66-68, 161-162, 187-201, 984
*See also* Hydrological cycle; Temperature
**Atmospheric chemistry**, 669-675
**Atmospheric circulation**, 163, 223-232, 899-901, *899-900*
attribution of changes, 871, 899-901, *899-900*, *937-938*
geopotential height, *223*, *223*, 226
jets, storm tracks and weather types, 229-230
projections, 88, 90, 956, 972-975, 988-990, *989-990*, 1032, 1071-1074, *1071-1072*
sea level pressure (SLP), 223-224, *223-224*, 1071-1072, *1071*

BLM_0075033

stratospheric circulation, 230
surface wind speed, 224-226, *225*
teleconnections\*, *233*, 805, *1224*, 1243, *1243*
tropical circulation, 226-230, 899-900, 989-990, *989*, *1073*
upper-air winds, 226
variability in, 163, 230-232, *231-235*
**Atmospheric composition**, *126*, 161, 165-180
aerosols\*, 161, 174-180, 576
clouds, 576
gases, 161, 165-170, *166*
models, 17-18
observed changes, 165-180
projections, 996-1004
*See also specific constituents*
**Attribution of climate change**. *See* Detection and attribution
**Australia and New Zealand**, *106*, 1273-1275, *1274*, *1284*, *1289*, *1382-1385*
monsoon, *1230-1231*, 1232
**Aviation contrails/cloud effect**, 574, 592-594, 686

## B

**Baseline/reference\***, *1034*
**Bayesian method/approach\***, *83*, 755
**Biogeochemical cycles**, 11-12, *465-570*
before fossil fuel era, 480-486
carbon removal/storage techniques, 546-552
connections of carbon, nitrogen, and oxygen cycles, 475-480, *477-479*
ocean, 259, 291-301, 312
overview, 11-12, 470-480
projections, 93-95, *96-97*, 468-469, 514-539
since industrial revolution, 474-475, 486-514
*See also* Carbon cycle
**Biological pump\***, *472*
**Biomass\* burning**, *507*, 509, 600-601, 616, 663, *671*, 714
**Black carbon\***, *600*, 616, 685, *1432*
global warming potential, *740*
metrics, 718
projections, 955, *1048-1050*, *1419*
radiative forcing\*, *1048-1050*, 1052, *1404-1409*
**Blocking\***, 229-230, 796, 1220, *1224*, *1246-1248*
**Brewer-Dobson circulation\***, 90, 163, 230, 1073-1074, 1248
**Bromocarbons**, *733*
**Budgets**. *See* Energy budget; Radiation budget

## C

**Carbon**
cumulative emissions, 1108-1109, *1109*, 1112-1113, *1114*
dissolved inorganic carbon (DIC), 95, 472, *497*, 546-552
land storage, 26, 93
models, 502-504
oceanic, 259, 291-293, *294*, 300, *301*, 472
organic, *1048-1050*, 1052, *1419*, *1431*

permafrost\*, 480, 526-528
sinks\*, 93, 468, 470-472, *471*, 480, 495-503, *503*, 519-523, 538-539, *543*, 551-552
total, 178
transient climate response to emissions (TCRE), 16-17, 1108-1109
*See also* Black carbon
**Carbon cycle\***, 11-12, *96-97*, 470-480, 502-504
before fossil fuel era, 480-486
carbon removal/storage techniques, 469, 546-552, *547*
climate-carbon cycle feedback\*, 514-523, *515*, *516-518*, 551-552
in climate models, 16, 468, *516-518*, 751-752, 792-794
commitments, 543-546
feedbacks, 26, 475-480, *477-478*, 514-523, *515-518*, *520*
geoengineering and, 469, 546-552
global, 470-473, *471*
long-term, 543-546, *543*
models, 502-504, 514-528, *516-518*, *520-522*, *524-529*, 744, 751-752, *757*, 792-794, *793-794*
nitrogen cycle and, 475-480, *476-479*, 537-539, *538*
observations, 11-12, *12*, 50-53
ocean carbon balance, 498-499
paleoclimate\*, 468
perturbations and uncertainties, *96-97*
projections, 26-27, 93-95, *96-97*, 468-469, 523-528, 542-546, 1033, 1096-1099, *1097-1098*
regional fluxes, 499-502, 500-501
sensitivity of, 503-504, *504-505*
since industrial revolution, 474-475, 486-504
sinks\*, 468, 470-472, *471*, 480, 495-503, *503*, 519-523
summary, 11-12, 467-469
terrestrial processes and feedbacks, 502-504, *503-505*
**Carbon dioxide (CO₂)\***, 166-167
air-sea fluxes, 497, 498, 499-501, *500-501*
airborne fraction\*, 495
atmosphere-to-land fluxes, 501-502
atmospheric concentration, 11-12, *12*, *28*, 161, 166-167, *166-167*, 467, *476*, *1401-1402*
atmospheric, growth rate, 491-494, *493-494*
atmospheric, residence times, *472-473*
¹³C/¹²C ratio, *476*
carbon cycle and, 470-473
climate change commitment and, 27-28, *28*, 1033
compatible emissions\*, 523-528, *526-529*
current rate of rise as unprecedented, 385
emissions, 486-488, *487*, *544-545*, 1108-1109, *1109*, *1410*
emissions metrics, 716-717, *731*
emissions, natural, *1421*
feedbacks, 26
fertilization\*, 475, 501, *502*
glacial-interglacial changes, 385, 480-483, *482*, *483*
global budget, 488-494
industrial era, 474-475
lifetime and radiative forcing, *731*

observations, 50-52
observed changes, 11-12, *12*, 132-134, *132*, 161, 165-167, *166*, 467
observed changes, last millennium, 485-486, *486*
ocean absorption of, 11, *12*, 26-27, 291-293, *295-300*, 300, 472, *472-473*, 495-499
ocean sink for, 495-499, *496*, 519-520
paleoclimate\*, 385, 391-394, 399-400, *400*, *457*, *459-460*, 468, 483-484, *483*
permafrost\*, 27, *530-531*
projections, 19, 26-27, *27-28*, *28*, *148*, 156, 468, 514-528, *524*, 662, *1048-1050*, 1096-1097, *1097*, *1422*
proxy methods and data, 394, 457
radiative forcing\*, *13*, *14*, 126, 165, 661, 676-678, *678*, *1048-1050*, *1404-1409*, *1433*
rapid adjustments\* to, 590
regional budgets, *503*
summary, 11-12, *12*
temperature and, 398-399
timescale of persistence in atmosphere, 469
**Carbon Dioxide Removal (CDR)\***, *29*, 469, 546-551, *547*
methods, 547-550, *548-549*, *632-633*
side effects, *633*
summary, 552
**Carbon monoxide (CO)**, 13, *14*, 174, *1416*
lifetime and global warming potential, 718, *740*
radiative forcing\*, *731*
**Carbon tetrachloride (CCl₄)**, 169-170, *678*, *733*
**Caribbean region**. *See* Central America and Caribbean
**Cement production**, 489
**Central America and Caribbean**, *106*, 1260-1261, *1260*, *1280*, *1288*, *1338-1341*
**Central and North Asia**, *106*, 1268-1269, *1269*
**Chaotic system\***, 955, *959*, 1033
**Chlorocarbons**, *733*
**Chlorofluorocarbons (CFCs)**, 161, 169-170, 672, *1403*, *1427*
lifetime and radiative efficiency, *731*
radiative forcing\*, 127, 661, *678*, 679, *1048-1050*
**Chloroform**, *733*
**Circulation**
atmospheric, 163, 223-232, 899-901, *899-900*, *937-938*, 956, 1032
models, 773-774, 782-784, 810-813
oceanic, 258, 281-285, *283*, 433-435, 481, 995, 1094-1095
planetary-scale overturning circulations, 1072-1074
projections, 90, 956, 972-975, 989-991, *989-990*, 995, 1071-1074, *1071-1074*, 1094-1095
**Clathrates\***, *70-71*, *1115*, 1116-1117
**Clausius-Clapeyron equation/relationship\***, 208, 1083
**Climate\***
key concepts, 123-129
weather and, 123-126, 914-917
**Climate change\***
baseline period\*, *1034*
direct observations of, *124*, *130*
drivers of, 13-14, *14*, *124*, *126*, 170-174, 1033

BLM_0075034

**Index**

general concepts, **119-158**, *124-125*
historical overview of assessments, *124-125*
indicators of, 130-137, *130*, 164
irreversible aspects of, 28, *70-72*, 129, 386-387, 433-435, 469, 1033
long-term, 19-20, 89-93, **1029-1136**
multiple lines of evidence for, 121, 129-130
near-term, 85-89, **953-1029**
observations, summarized, 4-12, *130*
sun and, *394-395*, *885-886*
timescales, 28, *125*, 128-129, *128*, 1033, 1105-1107
21st century projections, 1054-1102
weather vs., 123-126
**Climate change commitment\***, 27-29, *28*, *105*, 128-129, *129*, 1033, 1102-1105, *1103*
constant composition, 1103
stabilization scenarios, *102-105*, 1107-1113
zero emission commitment, 1104, *1104*, *1106-1107*
**Climate change projections**. See Climate projections
**Climate feedbacks\***. See Feedbacks
**Climate forcing**. See Radiative forcing
**Climate forecast**. See Climate predictions
**Climate indices\***, *1223*
extreme events, *221-222*
indices of climate variability, 230-232, *231-235*
regional changes in, 209-213, *211-212*
**Climate models\***, 15-16, *75-76*, **741-866**
advances in, 121-122, 142-150, 748-753, *749-750*, *824-825*
aerosols, 744, 752, 794-795
assumptions, 146, 754, 755
atmosphere models, 748-750, 760-777
Atmosphere-Ocean General Circulation Models (AOGCMs)\*, *83*, 405, *516*, 746, *747*, 810-813, 822-823, *822-823*, 919, 1144
Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP), 958, 1052-1054
Atmospheric General Circulation Models (AGCMs), 813
capabilities of, *143-145*, 144-150
carbon cycle, *516-518*, 751-752, 792-794
chemistry-climate interactions, 752, 1052
climate sensitivity and feedbacks, 745, 817-821, *817-819*
climate simulations, 122, *147-150*, 743, 767-809, *959-961*, *1013-1014*
climate variability and, *61-62*, 129, 142-143, 230-232, 743, *769-770*, 795-806
comparison of, *16*, *27*, *29*, 523-526, 1099-1102, *1099-1101*
comparison with observations, *74*, 146, *822-823*, *1013-1014*
confidence in, 743-745, 762, 768, *769-772*, *793*, *806*, 813, *822*, *824-825*
Coupled Model Intercomparison Project Phase 5 (CMIP5), 19-20, *21*, *79-81*, 146, 514-523, *516-518*, *521-522*, 670, 745, *747-748*, *756-759*, 759-760, *766*, *818-819*, *822-823*, *968-969*, 971-978, 1031, *1035*, 1047-1052, *1048-1050*, 1099-1102
development and tuning, *144*, *749-750*

downscaling\*, 744, 810-817
drift\*, 967-970, 978
dynamic global vegetation, 752, 791
Earth System Models\*, 16, 19, 26-27, 146, 468, *516*, *518*, *520*, 523-526, *524-529*, 743-745, 746, *747*, 751-753, 822-823, *822-823*
Earth System Models of Intermediate Complexity (EMICs)\*, 744-745, 746-748, *748*
emergent constraints, 826-827
ensemble\*, 146, 754-755, *793*, 966, *1041-1043*
evaluation, 15-16, *75-76*, **741-866**
evaluation, limitations of, 755-756
evaluation, observations used in, *756-758*
experimental strategies and intercomparisons, 128, 759-760, *759*
extremes, 806-809
flux adjustments\*, *825*
global, 810-814, *811-813*
initialization\*, 754, 760, 770, 796, 958
land, 750-751, 752, 790-791
long-term simulations, 15
model errors, *62-63*, *771-772*, *809-810*, 815, 1039
multi-model ensembles (MMEs), 755, 817-819, 967, *970*, 1039
new components of, 751-753
ocean, 750, 751-752, 777-787
overview, 746-753, *1036-1037*
parameterizations\*, 748, 750
performance, assessment of, 753-758, *809-810*, 821-827, *822-825*
performance, climate sensitivity and, 820-821
performance metrics, *765-766*, 766-767
perturbed-parameter, 755, 1040
process-based\*, 98-99, 806, 1144-1145
projections from, 19-29, *79-81*, 127-128, 523-528, 825-827, 958, 978, 997-998, *1014-1015*, 1035-1044, 1047-1052
proxy methods\*, 388, 394, 404, *457*
reanalyses\*, 143-144, *185-186*, *756-758*, 760
recent and longer-term records in, 760-795
regional-scale, 15, 748, 810-817, *816*, *1013-1014*
resolution\*, *57*, 753, *809*
sea ice, 744, 751, 787-790
semi-empirical\*, 99-100, 1140, 1144-1145
summary, 15-16, *18*, 743-746, *822-823*
temperature, 743, 760-761, 767-773, 777-778
top-down vs. bottom up, *886*
trend models, *179-180*
uncertainties\*, 139-142, *140-141*, *809-810*, 815, 1035-1040, *1038*, 1197-1198
vegetation, 752, 791
*See also specific topics and models*
**Climate patterns\***, *232-235*, *1224*
**Climate penalty**, *685*
**Climate phenomena**, 105-108, *106*, **1217-1308**
*See also Regional climate change*
**Climate predictions\***, **953-1028**
concepts and terms, *959-961*
decadal prediction, 955, 958, 966-978
hindcasts\*, *965*, *967*, 970, 973-974, *975*
initialization, 85, *961-962*, *968-969*, 975, *975*
near-term, 963-978
predictability studies, 962-965, *963*

probability and, *961-962*, 974-975
quality/skill\*, 85-86, *86*, 958, *960-961*, *964-965*, 966-978, *976-977*, *1008-1009*
retrospective, 85
scientific basis for, 958
summary, 955, 1011-1012, *1011*
temperature, *973*, *975*, 977-978, *977*
*See also Climate projections*
**Climate projections\***, 19-29, 79-108, *125*, **953-1136**
abrupt change\*, 1033, 1114-1119
air quality, 957, 996-1004
atlas of, *1311-1393*
atmosphere and land surface, 980-994, 996-1004
atmospheric circulation, 90, 956, *972-975*, 988-990, *989-990*, 1032, 1033, 1071-1074, *1071-1072*
carbon cycle, 93-95, *96-97*, 514-534, 1033, 1096-1099, *1097-1098*
climate models and, *79-81*, 958, 978, 997-998, *1013-1014*, 1035-1044, *1036-1037*, 1047-1052
climate models, consistency and differences, 1099-1102, *1099-1101*
climate stabilization and targets, 27-29, *102-105*, 1033, 1107-1113
clouds, 1070-1071, *1070*
commitment and irreversibility, 1033, 1102-1119, *1106-1107*, 1114-1119
comparison with observations, *64-65*
cryosphere\*, 92, *92-93*, 956, 995-996, 1087-1093, *1088-1092*
data sources and, 155-158, *155-157*
energy budget\*, 1069-1071, *1069-1070*
ensemble\*, *1041-1043*
equilibrium climate sensitivity, 1033, 1105-1107, *1110-1114*
extremes, 956, 990-993, *990-991*, 1003-1004, 1064-1068, *1067-1068*
global, 19-29, 1054-1058
global projections, *1318-1321*
greenhouse gases, 955, 998-1000, 1006-1007, *1048-1050*
hydrological cycle, *44-45*, 88, 91-92, 91, 956, 984-988, *985*, *987*, 1032, 1074-1087
initialization, 85, *960-961*, *968-969*
joint multivariate projections, 1044
key concepts, *959-962*, *1036-1037*, *1084-1085*, *1106-1107*, *1256-1257*
long-term, **1029-1136**
long-term, 21st century, 1054-1102
long-term, beyond 2100, 1102-1119
long-term projections, 89-93
model agreement, *1041-1043*
near-term, 1012-1019
near-term projections, 85-89
oceans, 93, 956, 993-995, *993-994*, 1033, 1093-1095
pattern scaling, 1058-1062, *1061*
precipitation, 7, 956, 984-986, *985*, 992-993, *992*, *1014-1015*, 1032, *1278-1287*
precipitation, long-term, 91-92, *91*, 1032, 1055-1057, *1057*, 1076-1079, *1078*
probability in, *961-962*
quality/skill\*, 85-86, *86*, 958, *960-961*, *976-977*
radiative forcing\*, 79-80, 700-701, *701*, 955,

BLM_0075035

1005-1010, *1006-1007*, 1046-1052, *1048-1050*
reference period, 958, 1034, 1313
regional projections, 956, 957, 1001-1002, *1001-1003*, *1014-1015*, **1217-1308**, *1288-1289*, *1322-1393*
scenarios, 955, 956, 997, 1031, 1034, 1045-1047
sea level change*, *7*, 25-26, *26*, 98-101, *125*, 1140, 1150-1191
sensitivity of, 979, 1007
summary, 19-29, 955-957, 1009-1012, *1011-1012*, 1031-1033
temperature, *7*, 955-956, *973-974*, 980-984, *981-983*, 1006, *1006*, 1010-1012, *1012-1014*, *1278-1287*
temperature, long-term, 89-90, 1031-1032, 1054-1057, *1054-1056*, 1062-1068, *1063*
transient climate response, 1033, *1110-1112*
tropical cyclones, 993-994, *993*
uncertainties*, 115, 955, 978-1039, *979*, 1004-1012, 1034, 1035-1040, *1038*, 1057-1058, *1058*
vs. predictions, 978
*See also* Regional climate change; *specific topics*
**Climate regime***, *1225*
**Climate scenarios***, *29*, 131-132, *147-150*, 1031, 1034, *1036-1037*, 1045-1047
comparison of, 1047
tables, 1395-1445
uncertainty*, 1038-1039, *1038*
*See also* Emissions scenarios
**Climate sensitivity***, *82-85*, 164, 745, 817-821
equilibrium climate sensitivity (ECS), 16, 81, *82-85*, 385, 405-407, *405-406*, 817-819, *817*, *821*, 920-926, *925*, *1110-1112*
probability density functions (PDFs)*, 134-135, *134*
transient climate response (TCR), 16-17, *84-85*, 128, 817-818, *821*, 920-921, *925*, *1110-1112*
**Climate simulations**, 122, *147-150*, 743, 767-795, *959-961*, *1013-1014*
**Climate stabilization**, 27-29, *102-105*, 1033, 1107-1113
**Climate system***, 15, 15-19, 60-78, 871, 920-931
climate models, 15-16
environmental data, *1437-1445*
historical data, *1401-1409*
nonlinear, chaotic nature of, 955, *960*, 1033
observed changes, 4-12, 37-52
quantification of responses, 16-17
responses of, 16-17, 81, 1004
scenario tables, 1395-1445
transient climate response, 16-17, 920-921, *925*
warming of, 4-5, 5, *6-7*, *198-199*
**Climate targets**, *102-105*, 1033, 1107-1113
**Climate variability***, 121, 138, 142-143, 164, *232-235*, 795-806, *959*
indices of, 230-232, *231-235*
interannual-to-centennial, 799-806, *806*
internal, *61-62*, 769-770, 919, 923, *959*
modes of*, 415-416, 744, 801-803, 1220, 1222-1223, *1223-1225*, *1288-1289*
patterns of*, *232-235*, 900-901, *900*, 1243-1246
**Clouds**, 208, **571-657**
aerosol-cloud interactions*, 164, 573, *578*, 606-614, *607*, 618-623, *623*, 625-626, 683-685
anthropogenic sources of moisture, 592-595
aviation-induced cloudiness, 574, 592-594, 686
cloud albedo effect, 578, 610, *1048-1050*
cloud condensation nuclei (CCN)*, 603-604, 608, *886*
cloud convection effects, 573, 585
cloud feedbacks*, 587-592, 819-820
cloud lifetime effect, *1048-1050*
cloud radiative effect (CRE)*, 580-582, *582*, 585-586, *764*, 765
cold clouds, 611-612
cosmic ray effects on, 613-614, 691
effects on Earth's radiation budget, 580-582, *582*
feedbacks, 573-574, 576-578, *577*, 587-592
formation and types, 576, 578-580, *579-581*
general concepts, 578-595, 593-594
geoengineering methods, 628
ice clouds, 585
lifetime effects, *578*, 609-610
liquid clouds, 585, 609-611
mixed-phase clouds, 585
models, 16, 573, 582-587, 591-592, *592*, 608-611, 743, 762-766, *764*
observations, 578-595
opacity, 590
precipitation effects, 624-627
in present-day climate system, 578-582
processes, 587-592, *592*
projections, 1070-1071, *1070*
radiative forcing (CRF)*, 126, *126*, 576-578, *577*, 618-621, 682-684
sea-ice interactions, 590
water vapour feedbacks, 574
**Cold days/cold nights***, 162, *210-212*, 221
projections, 86, 956, *990*, 1065-1066, *1067*
**Commitment.** *See* Climate change commitment
**Compatible emissions***, 523-528, *526-529*, *1104*
**Confidence***, *4*, 36, 139-142, *142*
**Contrails**, 574, 592-594, 686
**Cosmic rays**, 573, 613-614, 691
**Cryosphere***, 9, 69, **317-382**
area, volume, and sea level equivalents, *321-322*
attribution of changes, 870, 906-910, 931, *936-937*
components, 321, *321*, *322*
feedbacks, 27, 321, 358, 359, *757*
frozen ground*, 320, 362-366, *367*
glaciers*, 319, 335-344, *367*
ice sheets*, 320, 344-357, *367*
impact of changes in, 321-323
irreversible changes, *71-72*
lake and river ice, 320, 361-362, *367*
observations, 9, *10*, 136-137, **317-382**
projections, 24-25, 88, 323, 956, 995-996
projections, long-term, 92, *92-93*, 1032-1033, 1087-1093, *1088-1090*
sea ice*, 319, 323-335, 367, 870
seasonal snow, 320, 358-361, *358-360*
summary, 319-320, 367-368, 367
**Cyclones**, *110*, 162, 1220, 1248-1253
attribution of changes, 871, 913-914, *938*
extratropical*, *113*, 217-220, 743, 913, 1220,

1251-1253, *1288-1289*
models, 743, 807
observations, *7*
projections, *7*, 107-108, *108*, *110*, *113*, 956, 992-993, *993*, 1219, 1249-1253, *1250*, *1288-1289*
tropical, *7*, 107-108, *108*, *113*, 162, 216-217, *216*, 807, 871, 913-914, *938*, 956, 992-993, *993*, 1220, 1248-1251, *1288-1289*

## D

**Dansgaard-Oeschger (DO) events***, 432-433
**Deforestation***, 50, 55, 1008
**Detection and attribution of climate change***, *7*, 17-19, *125*, **867-952**
anthropogenic radiative forcings, 13-14, *14*, 17, *146*, 617, 661-662, 675-688, *932-934*, 1005-1008
atmosphere and surface, 878-901
atmospheric circulation, 871, 899-901, *899-900*, 931, *937-938*
atmospheric temperatures, 869-870, 878-893
climate models and 825, 869, 872, *875-876*
climate system properties, 871, 920-927
combination of evidence, 871, 924-926, 931
context, 151, 872-874
cryosphere*, 870, 906-910, 931, *936-937*
definition, 872-873
Earth system properties, 926-927
extremes, *110*, 871, 910-917, *911*
fingerprinting, 873-874, 877-878, *894-895*
greenhouse gases, 127, *150*, 869, 887, *932*
human attribution, *7*, 17-19, 121, *125*, 127, 869-871, 927-931, *932-939*
hydrological cycle, 72, 870, 895-899, 931, *935-936*
irreversibility and, 28
lessons from the past, 919-920
methods, 872-878, *875-876*, *894-895*
models, 825, 869, 872, *875-876*
multi-century to millennia, 917-920, *938*
multi-variable approaches, 878, 927
null hypothesis, 878
ocean properties, 293-294, 870, 901-906, 926, *934-935*
precipitation, 72, 870, 871, 896-897, *897-898*
regional changes, 888-891, *889*, 919, *938-939*
scaling factors, 873-874
sea level change, 870, 905, 1156, 1176-1179
single-step and multi-step attribution, 878
solar irradiance and forcing, *885-886*
summary, 869-871, 893, 927-931, *932-939*
temperature, 17-19, 60, 869-870, 871, 878-893, 918-920, *930*, *932-934*
time series methods, 874-877, 887-888, *895*, *1223*
weather and climate events, 914-917
whole climate system, 927-931, *930*
**Dimethyl sulphide (DMS)**, 601
**Direct air capture***, 550
**Diurnal temperature range (DTR).** *See* Temperature
**Doha Amendment**, 169
**Downscaling***. *See* Climate models
**Drivers of climate change**, 13-14, 53-59, *392-393*
long-term, 1033

**1527**

BLM_0075036

Index

near-term, 170-174, *668*
summary, 13-14, *14*, *124*, *126*
uncertainties, 114
Droughts\*, *110*, *112*, 212, 214-215, 1118
attribution of changes, 912-913
megadroughts *110*, *112*, 422, *423-424*
models, 807-809
observations, *7*, 162, *211-212*, 212
paleoclimate\*, *386*, 422-425, *423-424*
projections, *7*, 91-92, *110*, 986, 1086, 1118
Dust, 394, 600, 605, *1048-1050*

**E**

Earth system
energy budget, 1069-1071, *1069-1070*, 1140, *1159-1161*
properties, 926-927
responses and feedbacks, 388, *395*, 398-415
El Niño-Southern Oscillation (ENSO)\*, 106-107, 232, *233-235*, 1240-1243
Atlantic Niño, *233*, 803, *806*, *1224*, 1239-1240
changes 1240-1242, *1242*
impacts, *1224*
indices, *231*, 232, *233-234*
models, 15, 744, 803-805, *804*, *806*, 1220
paleoclimate\*, 386, 415-416, *416*
projections, 23, 106-107, 1240-1243, *1242*, 1259, *1288-1289*
tropical Pacific mean state, 1240, *1241*
variability, 129, 744, *806*
Electromagnetic spectrum\*, 126
Emission metrics, 17, 58-59, *59*, 662-663, 710-720, *731-738*
application of, 716-720
concepts, 710-716, *710-712*
by sector, 719-720, *720*
Emissions scenarios\*, *516-517*, 523-528, 662-663, 997, *1106-1107*, 1410-1421
compatible emissions\*, 523-528, *526-529*, 1104
Representative Concentration Pathways (RCPs)\*, *79-81*, *147-150*, 468, 523-526, *524-529*, 1045-1047, *1100*
SRES scenarios\*, 131-132, *146-147*, *149-150*, 955, 997, 1045, *1100*
zero emission commitment, 1104, *1104*, *1106-1107*
Energy budget of the Earth\*, *67-68*, 1140, *1159-1161*
glaciers and, *344*
projections, 1069-1071, *1069-1070*
Energy inventory (global), 257, *264-265*
Equilibrium climate experiment\*, 128
Equilibrium climate sensitivity (ECS), 16, 81, *82-85*, 385, 405-407, *405-406*, 817-819, *817*, 821, 920-926, *925*, *1110-1112*
projections, 81, 1033, 1105-1107
summary, *1110-1112*
Europe and Mediterranean, 1264-1266, *1265*
climate indices, changes in, *211-212*
flood frequency, *424*, 915-916, *915*
precipitation extremes, *211-212*, 213, *991*

projections, *106*, *991*, 1264-1266, *1265*, *1281*, *1288*, *1350-1357*
severe storms, 217
temperature, *939*, *991*
wind speeds, 217, *220*
Evaporation, 205, *269-270*
projections, 91-92, 573, 986-988, 1032, 1081-1082, *1082*
Extratropical circulation, 415-416, 773
Extratropical cyclones\*, *113*, 217-220, 743, 913, 1220, 1251-1253, *1288-1289*
Extremes, 72-73, *109-113*, 121, 134-136, 162-163, 209-222
air pollution and, 1005
attribution of changes, *110*, 871, 910-917, *911*, 931
changes in, 209-222, *218-219*
confidence levels, 134-136, *135*
cyclones, *113*, 217
extratropical storms, 217-220, 1074, *1075*
fraction of attributable risk, *47*
hydrological cycle, *110-112*, 213-216, 912-913, 1082-1087
indices of, *221-222*
models, 15, 744, *758*, 806-809, *808*
observations, 46-50, *110*, 162-163, 164, 209-222
precipitation, 23, *110-112*, 211-212, 626-627, 807, *808*, 871, 912, 956, *991*, 992
probability density functions (PDFs)\*, 134-135, *134*
projections, 956, 990-993, *990-991*, 1003-1004, 1031-1032, 1064-1068, *1067-1068*, 1082-1087
regional, *211-212*
sea level, *7*, 101, *110*, 258, 290-291, *290*, 1140, 1200-1204
severe local weather, 216
small-scale, 163
SREX, *7*, *110*, 209, 212-214, 217
temperature, *109-112*, 209-212, *209-212*, *211-212*, *218-219*, 871, 910-912, 931, 990-992, *990-991*, 1031-1032, 1064-1068, *1067-1068*
tropical storms, 216-217, *216*
waves, 1141

**F**

Feedbacks\*, 16, 57-58, *82-85*, 127, *128*
carbon cycle\*, 26, 475-480, *477-478*, 514-523, *515-518*, *520*
climate\*, 57-58, 817-821, *817-819*
climate-carbon cycle, 514-523, *515*, *516-518*, 551-552
climate-vegetation, 752, 791
cloud and aerosol, 573-574, 576-578, *577*, 587-592, *593-594*, 605-606
cryosphere\*, 27, 321, 358, 359, *757*
distinguished from forcing and rapid adjustments, 576-578
Earth System (global and hemispheric scales), 388, *395*, 398-415
models, 16, 19, 26, 514-521, *516-518*, 817-821, *818*

permafrost-climate, 27
projections, 24
snow-albedo, 321, 358, 359, *757*
timescales of, 128-129, *128*, 1105-1107
water vapour, 586-587, *587*, *667*, 819
Fingerprints\*, 873-874, 877-878, *894-895*
Fires, 542, 693, 752
Floods, *112*, 214, 290, 915-916, *915*
paleoclimate, 386, 422-425, *424*
Forests\*, *543*, *1115*, 1117
deforestation\*, 50, 55, 1008
potential irreversible changes, *70-71*
Fossil fuel emissions\*, 467, *477*, 489, 616
compatible emissions, 93, *94*, 523-528, *526-529*
Frequently Asked Questions (FAQs)
Are climate models getting better, and how would we know?, *824-825*
Are glaciers in mountain regions disappearing?, *345-346*
Climate is always changing. How do we determine the causes of observed changes?, *894-895*
Could geoengineering counteract climate change and what side effects might occur?, *632-634*
Could rapid release of methane and carbon dioxide from thawing permafrost or ocean warming substantially increase warming?, *530-531*
Do improvements in air quality have an effect on climate change?, *684-685*
Have there been any changes in climate extremes?, *218-219*
How are future projections in regional climate related to projections of global means?, *1256-1257*
How do aerosols affect climate and climate change?, *622-623*
How do clouds affect climate and climate change?, *593-594*
How do volcanic eruptions affect climate and our ability to predict climate?, *1008-1009*
How do we know the world has warmed?, *198-199*
How does anthropogenic ocean acidification relate to climate change, *297-298*
How important is water vapour to climate change?, *666-667*
How is climate change affecting monsoons?, *1228-1229*
How is sea ice changing in the Arctic and Antarctic?, *333-334*
How unusual is current sea level rate of change?, *430-431*
How will the Earth's water cycle change?, *1084-1085*
If understanding of the climate system has increased, why hasn't the range of temperature projections been reduced?, *140-141*
If you cannot predict the weather next month, how can you predict climate for the coming decade?, *964-965*
Is the ocean warming?, *266-267*
Is the Sun a major driver of recent changes in climate?, *392-393*
Is there evidence for changes in the Earth's water cycle?, *269-270*

Index

What happens to carbon dioxide after it is emitted to the atmosphere?, *544-545*

What would happen to future climate if we stopped emissions today?, *1106-1107*

When will human influence on climate become obvious on local scales?, *928-929*

Why are so many models and scenarios used to project climate change?, *1036-1037*

Why does local sea level change differ from the global average?, *1148-1149*

Will the Greenland and Antarctic ice sheets contribute to sea level change over the rest of the century?, *1177-1179*

Freshwater ice, 320, 361-362

**Frozen ground\***, 320, 362-366, *367*
 permafrost\*, 320, 362-364, *362-363*
 seasonally frozen, 320, 364-366, *365-366*


# G

**Geoengineering\***, 29, *98*, 546-552, *632, 632-634*
 Carbon Dioxide Removal (CDR)\*, 469, 547-551, *548-549, 632-633*
 carbon sequestration in ocean, 549-550
 climate response and, 629-635, *629-631*
 side effects and risks, 29, 575, 627-628, *632-634*
 Solar Radiation Management (SRM)\*, 29, 469, 574-575, 627-635, *629-631, 633-634, 693*
 volcanic eruptions as analogues for, *693*
**Geopotential height**, 223, *223*, 226
**Glaciation**
 future, 387, 435
 glacial-interglacial cycles\*, 385, 399-402, 480-483, *482-483*
 last glacial termination, *389*, 400-401, 428-432
**Glaciers\***, 319, 335-344, *345-346, 367*
 abrupt glacial events, 483
 anthropogenic influence, 19
 attribution of changes, 870, 909-910, 931
 calving\*, 335, 336, 337, 342, 343
 current area and volume, 335, *336-337*
 deglaciation\*, 385, 400
 dynamic change potential, 1164-1165
 equilibrium line\*, 338, *345-346*
 greenhouse gases and, 480-483
 mass balance/budget\*, 319, *341-344*, 343, 1151, 1153
 measurement methods, 335-338, *338*
 models, 1145, 1163-1164
 observed changes, 9, 319, 338-344, *339-340*
 paleoclimate, 385, 421
 projections, 24, 25, 1145, *1164-1165*
 sea level change and, *367*, 1139, 1151-1153, *1151*, 1163-1165, *1164-1165, 1182*
 sea level equivalent, 319, *321*
 summary, 9, 24, 137, 319, *367*
 volume and mass changes, 338-344, *339-344*
**Global Damage Potential (GDP)**, 715
**Global dimming\***, 161, 183-184, 794
**Global Positioning System (GPS)**, 143, 196, 207
**Global Temperature change Potential (GTP)**, 17, 663, 712-714, *714-715, 720*

**Global Warming Potential (GWP)\***, 17, 663, 710-714, *711-712*
**GRACE satellite mission**, 349, 351-353, 380, 1156, 1157
**Gravity field.** *See* GRACE satellite mission
**Greenhouse effect\***, *124*, 127, *666-667*
**Greenhouse gases (GHGs)\***, 126, 127, 161, 165-170, 385
 anthropogenic\*, 17, 27-28, 391, 869, 887, *932, 1410-1420*
 commitment and irreversibility, 1033
 emissions scenarios, *516-517*, 523-528, 662-663, 997-1001, *1410-1421*
 feedbacks, 17, *128, 667*
 glacial-interglacial changes, 385, 480-483, *482, 483*
 global trends, 164
 lifetimes, 128-129, *128*
 observed changes, 4, 11-12, 132-134, *132-133*, 164, 165-170
 observed changes, last millennium, 485-486, *486*
 paleoclimate\*, 385, 391-398, 483-484, *483*
 projections, 19, 27-28, *148*, 955, 997-1001, 1006-1007, *1410-1420, 1422-1427*
 radiative forcing\*, 13-14, *14, 126*, 164, 165, 391-398, 470, 661, 675-676, *1404-1409*
 since industrial revolution, 486-514
 spectral properties, 675-676
 well-mixed, 165-170, *166*, 661, *668*, 676-679, *677-678*, 1006-1007
 *See also* Emissions; *specific gases*
**Greenland ice sheet**, 9, 137, 320, 349-351, *397*, 909
 attribution of changes, 870, 909, 931
 dynamical change, 1168-1169
 loss of (possibility), *71-72, 353*, 363, 1140, 1169-1170
 mass balance\*, *347*, 380-381, 1139, 1153-1155, *1154-1155*, 1165-1168, *1166*
 models, 753, 1166-1168
 observed changes, 349-351, *350*, 357, *367*, 368
 paleoclimate\*, 387, 1170
 projected loss of, 29
 projections, 25, 1140, 1165-1170
 sea level equivalent, 320, *321, 350, 353-354*
 sea level rise and, 1139, 1140, 1153-1154, *1154-1155*, 1165-1170, *1177-1179, 1182*
 thresholds and irreversibility, *71-72*, 1169-1170


# H

**Hadley Circulation\***, 226-229, *227*, 871, 899-900, *899*
 projections, 90, 956, 989-990, *989*, 1032, 1073
**Halocarbons\***, 13, *14*, 675, 717
 radiative forcing\*, 678-679, *678*
**Halogenated alcohols and ethers**, *734-737*
**Halons**, *733*
**Heat flux**, 182, 274-275, *786*
**Heat waves\***, 5, 7, *110, 211-212*, 212
 attribution of changes, *915*, 916, *939*
 projections, *110*, 1066
 Russia (2010), 212, *915*, 916

Texas (2011), 212, 916
**Hindcasts\***, *965*, 970, 973-974, *975*
 precipitation, *976*
 sea surface temperature\*, *967*
**Holocene\***. *See* Paleoclimate
**Human effects on climate**, *7*, 17-19, 121, 127, 928-929
 carbon cycle, 467-468
 detection and attribution studies, **867-952**
 irreversible aspects of, 28, 469
 ocean acidification, 293-294, *295-298*
 oceanic carbon dioxide, *291-293, 293*
 radiative forcing\*, 13, *14*, 17, *146*, 617, 661-662, 675-688
 *See also* Detection and attribution
**Humidity**, 162, *201*, 205-208, *206*, 870
 in climate models, 819
 projections, 956, *987*, 988, 1032, 1076, *1076*
 relative\*, *987*, 988, *1076*
 specific\*, 206, *206*, 956, *987*, 988, 1032
 surface, 205-206, *206*
 tropospheric, 206-208
**Hurricanes**, 809, 994
 *See also* Cyclones
**Hydrochlorofluorocarbons (HCFCs)**, 161, 170, *1403, 1427*
 lifetime and radiative efficiency, 661, *731*
**Hydrofluorocarbons (HFCs)**, 168-169, 998, *1402*
 atmospheric concentration, 161, 168-169, *168*
 lifetime and radiative efficiency, *732-733*
 projections, *1414-1416, 1424-1427*
 radiative forcing\*, *678, 679*, *1434*
**Hydrological cycle\***, 17, 72, 162, 201-208
 abrupt/irreversible changes, *1115*, 1118-1119
 attribution of changes, 17, 72, 870, 895-899, 931, *935-936*
 changes in, *42-45*, 269-270, 273
 extremes, *110-112*, 213-216, 912-913, 1082-1087, *1083, 1086*
 greenhouse effect and, *666*
 land water storage, *1151*, 1155-1156, 1176-1179, *1182*
 observations, 40-46, *42-45*, 162, 164, 201-208
 oceans and, 265, 273
 paleoclimate\*, 386, 421-422
 projections, 20-23, 88, 956, 984-988, *985*, *987*, *1084-1085*
 projections, long-term, *44-45*, 91-92, *91*, 1032, 1074-1087, 1082-1087, *1083, 1086*
 proxy data, 421-422
 radiative forcing\*, 624-625
 surface hydrology, 790-791, 897-899
 *See also* Precipitation; Water vapour


# I

**Ice**, 136-137, 319-320
 aerosol absorption on, 574
 annual melt rates, *264*
 freshwater ice, 320, 361-362, *367*
 river and lake ice, 320, 361-362, *367*
 sea ice\*, 319, 323-335, *367*, 870

1529

Index

*See also* Glaciers
**Ice age\***, 386, *389*, *413*
**Ice clouds**, 585
**Ice cores\***, 391-394, 432, *485*
**Ice nuclei**, 604
**Ice sheets\***, 320, 344-357, *367*, *1177-1179*
    Antarctic, 9, 25, 29, 137, 320, *321*, 351-353, *352-353*, 356-357, 368, 909, 1170-1176
    attribution of changes, 870, 909-910, 931
    basal lubrication\*, 354-355
    calving\*, 355
    causes of changes, 353-355
    climate-ice sheet interactions, *402-403*
    dynamics and stability, 25, 1159, 1168-1169, 1172-1174, *1175-1176*, 1179
    Greenland, 9, 25, 29, 137, 320, *321*, 349-351, *350*, 357, 870, 909, 1165-1170
    grounding line\*, 347, 351, 353, 357
    ice loss, 320, 349-353, *353-354*, *380-382*
    irreversible changes, 29, *71-72*, 355-356, 433, *1115*, 1116, 1169-1170, 1174
    marine ice-sheet instability hypothesis (MISI), *1175-1176*
    mass balance/budget\*, 344-353, *347-348*, *380-382*, 1139
    measurement techniques, 347-349, *347-348*
    models, 25-26, 753, 1145
    observed changes, 9, *10*, 320, 346-353, *347-348*
    ocean interactions, 354, 355, 356-357
    paleoclimate\*, 387, 426-431, 1170, 1174
    polar amplification, *397*, 907
    processes, 354-355
    projections, 25, 29, 1145, 1165-1176
    rapid changes, 355-357
    sea level change and, 29, 355, *367*, 1139, 1145, *1151*, 1153-1155, *1154-1155*, 1165-1176, *1177-1179*, *1182*
    sea level equivalents, *321*, *352-354*, 353
    subsurface melting, 356-357
    summary, 320, *353-354*, *367*
**Ice shelves\***, 320, 353, *367*
**Indian Ocean**, *233-235*, *280*, *495*
    models, 787
    projections, 1219
**Indian Ocean Dipole (IOD)\***, *233-235*, 1220, 1237-1239
    impacts, *1224*
    models, 744, 805, *806*
    projections, 1237-1239, *1238-1239*
**Indonesian Throughflow**, 284-285
**Industrial Revolution\***, 474-475, 486-514, 697-698
**Insolation\***, 794-795
**Inter-Tropical Convergence Zone (ITCZ)\***, 387, 786, 1077, 1219, 1236
**Iron fertilization\***, 481, 543
**Irreversibility\***, 27-29, *70-72*, 129, 386-387, 433-435, 469
    ice sheets\*, 29, *71-72*, 355-356, 433, *1115*, 1116, 1154, 1169-1170
    long-term projections, 1033, 1114-1119
    paleoclimate perspective, 386-387, 433-435
    sea level and, 29
**Islands**. *See* Pacific islands

**K**

**Kyoto Protocol\***, 715
**Kyoto Protocol gases**, 161, 166-170, 997, 1005, *1401-1402*

**L**

**Lake ice**, 320, 361-362, *367*
**Land carbon storage**, 26, 93
**Land surface**, 790-791
**Land surface air temperature\***, 162, 164, 187-189, *187*
**Land use and land use change\***, *127*, 162, 188-189, 686-688
    carbon dioxide emissions, 467, 474-475, 489-491, *490-492*
    future scenarios, 523
    land cover, 686-687
    land water storage, *1151*, 1155-1156, 1176-1179, *1182*
    models, 752, 791
    projections, 1006-1007, 1038, *1048-1050*, 1052, 1099
    radiative forcing\*, 662, 686-688, *687*, *1048-1050*, 1052, *1404-1409*
    urban effects, 162, 188-189
**Land water storage**, *1151*, 1155-1156, 1176-1179, *1182*
**Lapse rate\***, 586-587, *587*, 819
**Likelihood\***, 16, 139-142
    *See also* Confidence; Uncertainty
**Long-term climate change**, 19-20, 89-93, **1029-1136**
    *See also* Climate projections

**M**

**Madden-Julian Oscillation (MJO)\***, 796-798, *798*, 1220, *1224*, 1237
**Mediterranean region**. *See* Europe and Mediterranean
**Meridional Overturning Circulation (MOC)**. *See* Atlantic Meridional Overturning Circulation
**Methane (CH₄)\***, 11, 165, 167, 385, 486, 508-510
    anthropogenic, 509, 663, 955, *1411*
    atmospheric changes, 505-508
    atmospheric concentration, 156, 161, *166-167*, 167, *1401-1402*
    clathrates\*, *70-71*, *1115*, 1116-1117
    couplings and feedbacks, 674-675
    glacial, 482-483, *483*
    global budget, 509-510, *507-508*
    growth rate, 385, 506, *506*
    industrial era, 475
    lifetime and radiative efficiency, *731*, *1432*
    methane cycle, 473-474, *474*, 752
    models, 509-510, 752
    natural sources, 508-509
    observed changes, 11, *133*, 134, 161, 165-166, *166*, 167, 467, 505-508

    paleoclimate, 385, 485
    permafrost\*, 508, *530-531*, 541-542
    projections, 74, *27*, *148*, 156, 468-469, 539-542, *540*, 997-998, *999*, *1048-1050*, *1411*, *1422*
    radiative forcing\*, 13, *14*, 126, 661, 662, 674-675, 677, *678*, *1048-1050*, *1433*
**Methane hydrate**, 542
**Methyl chloroform (CH₃CCl₃)**, *678*, *733*
**Methylene chloride (CH₂Cl₂)**, *733*
**Metrics\***
    emission metrics, 17, 58-59, *59*, 662-663, 710-720, *731-738*
    model performance metrics, *765-766*, 766-767
**Microwave Sounding Unit (MSU)**, 194-196, *195*
**Mineral dust aerosol (MDA)**, 394, 600, 605, 617
**Mitigation\***, 27-29
**Models**. *See* Climate models
**Modes of climate variability\***, 415-416, 744, 801-803, 1222-1223
    definitions and impacts, *1223-1225*
    projections, 1220, *1288-1289*
    regional impacts, *1224*
    responses to climate change, 1222-1223
**Monsoons\***, 105, 1222, 1225-1235, *1228-1229*, *1288-1289*
    abrupt/irreversible changes, *1115*, 1118-1119
    African, 1234, *1235*
    American, 1232-1234, *1233*
    Asian-Australian, 1227-1232, *1230-1231*
    East Asian, *1230-1231*, 1231-1232
    Indian, 1229-1231
    models, 15, 798-799, *799*, 1219
    observations, 163, 227
    overview, 1225-1227, *1226-1227*
    paleoclimate\*, 387, 401-402, *401*, 421-422
    projections, 23, 105, *107*, 1118-1119, 1219, 1225-1235, *1288-1289*
**Montreal Protocol\***, 661, 672, 678
**Montreal Protocol gases**, 161, 170, *678*, *1403*, *1427*, *1435*

**N**

**Natural forcings**, 13-14, *14*
**Near-term climate change**, 85-89, **953-1029**
    *See also* Climate projections
**Near-term climate forcers (NTCFs)\***, *668*, 717-718
**New Zealand**. *See* Australia and New Zealand
**Nitrate aerosols**, 605-606, 616-617, *1048-1050*
**Nitrogen**, 93, 127, 468, 535-539, *538*
    global budgets, 510-514, *511-512*
**Nitrogen cycle**, 475-480, *477-479*
    projections, 535-539, *536-540*
**Nitrogen dioxide (NO₂)**, 174, *174*
**Nitrogen fertilizers**, 469, 510, 512, 535-536, *536*
**Nitrogen fixation**, 475, *477*, 511, 514, *1419-1420*
**Nitrogen oxides**, 717-718, *739*
**Nitrogen trifluoride (NF₃)**, 169, 678, 679, *733*
**Nitrous oxide (N₂O)\***, 11, 167-168, 475
    atmosphere burden and growth rate, 385, 510-512, *511-513*

Index

atmospheric concentration, 161, 167-168, *168*, *476*, *1401-1402*

feedbacks and sensitivity, 512-514, *513*

glacial, 482-483, *483*

global budget, 510-514, *511-512*

global warming potential, 717

lifetime and radiative efficiency, *731*, *1433*

observed changes, 11, *133*, 134, 161, *166*, 167-168, 467-468, 486

paleoclimate*, 385, 485

projections, *148*, 157, 469, 535-537, *537*, 998, *1048-1050*, *1412*, *1423*

radiative forcing*, 13, *14*, 126, 127, 661, 675, 677-678, *678*, *1048-1050*

**Non-methane volatile organic compounds (NMVOCs)**, 13, *14*, 174, 996, 1000, *1417*

**Nonlinearity**, 955, *960*, 1033

**North America**

climate indices, changes in, *211-212*, 212

cyclones, 217

monsoon, 1233, *1233*

precipitation extremes, *211-212*, 213

projections, *106*, 1258-1260, *1259*, *1279*, *1288*, *1334-1337*

**North Atlantic Oscillation (NAO)**, 230, *231*, *233-235*, 354, 1244-1245

impacts, *1224*

models, 744, 801, *806*

paleoclimate*, 386, 415-416

projections, 989, 1220, 1244-1245, *1245*

summary, *806*

**North Pacific Oscillation (NPO)**, 801, *1224*

**Northern Annular Mode (NAM)**, *233-234*, 900, *900*, 1244

impacts, *1224*

models, 415, *806*

paleoclimate*, 415-416

projections, 108, 989, 1245, *1245*

summary, *806*

## O

**Observations**. *See specific topics*

**Oceans**, 8, *255-315*

acidification*, 11, 12, *12*, 52, 69, 136, 259, *295-296*, 300, 751, 870, 905-906

acidification, anthropogenic influence, 293-294, *295-298*

acidification projections, *22*, 27, 94, *105*, 469, 528-532, *532*

attribution of changes, 870, 901-906, 926, *934-935*

biogeochemical changes, 259, 291-301

carbon balance, 300, *301*, 498-499

carbon dioxide absorption, 11, *12*, 26, 51-52, 93, 259, 291-293, *293*, *295-300*, 300, 472, 495-499, 751, 870

CDR methods and, 549-550, 551

circulation, 258, 281-285, *283*, 481, 956

circulation, projections, 994-995, 1094-1095

deep and bottom waters, 263, 279-280

evaporation, 274-275, *275*, 276

fluxes, 258, 273-278

freshwater content, 257, *272*, 273

freshwater fluxes, 275-276, *276*, 994

heat content, 17, *18*, 257, 260-263, *262*, *264*, *266*, 301, 779-781, *782*, 901-903, *902*

heat content, modeling, *743*

heat content, projections, 1162

heat fluxes, 274-275, *786*

heat uptake*, 93, *267*, *821*, 1161-1163, *1162*

human influences, 17, 292-294, *293*

inertia and, 958

iron deposition/fertilization*, 481, 543

irreversible changes, 433-435

mass observations, 1156, *1157*

models, 750, 751-752, 753, *758*, 777-787

nitrogen concentration, 475

nutrients, 298-300

observations, 8, *10*, *22*, *255-315*, *302*

observations, capabilities and methods, 144, 302, 311-316

ocean-atmosphere coupling, 753, 1118-1119

ocean heating rate (OHR), 182, *183*

oxygen concentrations, 259, 294-298, 300-301, *300*, 469, *535*, 870, 905-906

oxygen projections, 532-534, *534-535*

paleoclimate*, 433-435, *456*, 484, 783-784

precipitation and, 275-276, *276*

projections, *24*, 88, 468, 469, 519-520, 528-532, 956, 993-995, *993-994*

projections, long-term, 93, 1033, 1093-1095

salinity, 8, 257, 265-273, *280*, 301, 870, 903-905, *904*, 994, *994*, 1094, *1094*

solubility/biological pumps*, 472

summary, 257-259, 301-302, *302*

surface temperature, 5, 6, 777-779, *778-780*

temperature, 5, *6*, 68-69, 257, 260-265, *266-267*, 901-903, *902*, 993-995, *993-994*

temperature projections, 24

thermal expansion*, 99, *99*, 1139, 1143, 1150-1151, *1159*, 1161-1163, 1180, *1182*

thermal forcing, 354

upper ocean salinity, 268-273

upper ocean temperature, 257, 258, 261-262, *261*, 263, 265, 301, 870, 901

warming (observed), 8, *10*, 17, 24, 257, 260-265, *280*

warming rates, 263, *263*

water exchange between ocean basins, 284-285

water mass properties*, 258, 278-281

wave heights, 258, 277-278

wind stress, 276-278, 784-785, *784-785*

*See also* Sea level; Sea level change

**Optimal fingerprinting**, 877-878

**Orbital forcing**, 385-388, 399, *400*

**Oxygen (O₂)**

atmospheric concentration, *476*, 480, *1437*

dissolved in oceans, 95, 259, 294-298, 300-301, *300*, 469, 905-906

feedbacks, 480

oceanic, projections, 532-534, *534-535*

**Ozone***, 1000

depletion, *739*, 869, *937*, 998-999, 1000, 1078

long-term trends, 172-173

models, 744, 752, *757*, 774-775, *775*

monitoring sites, *173*

ozone hole*, 171, 752

projections, 24, 542, 957, 997, 1000, *1001-1002*, *1048-1050*, *1428*, *1438-1442*

radiative forcing*, 13, *17*, 127, 661-662, 670-672, *672*, 679-681, *1048-1050*, *1404-1409*, *1434*

stratospheric, 161, 171-172, *172*, 672-674, 681-682, *681*, 774-775, 999, *1048-1050*, 1078, *1428*

tropospheric, 161, 172-173, 670-672, *672-673*, 679-681, *680-681*, *684*, 775, 998-999, *1048-1050*, *1428-1429*

**Ozone-depleting substances**, 161, 169-170

## P

**Pacific Decadal Oscillation (PDO)**, 230, *231*, *233-235*, 1253

impacts, *1224*

models, 806, *806*, 1253

predictions, 971, 972

**Pacific Decadal Variability***, *233-235*, 972

**Pacific Islands region**, *106*, 1275-1276, *1285*, *1289*, *1386-1389*

**Pacific/North American (PNA) pattern***, *231*, *233-235*, *806*, *1224*, 1253

**Pacific Ocean**, 271, *280*, *495*

circulation systems, 281-282

tropical, mean state, 743, 786-787

**Pacific/South American (PSA) index**, *231*, *233-235*

**Pacific/South American (PSA) pattern**, 1221, *1224*, 1253

**Paleoclimate***, *124*, *383-464*

8.2 ka event, *389*, 434

abrupt change and irreversibility, 386-387, 432-435, *434*

carbon dioxide, 385, 391-394, 399-400, *400*, *457*, *459-460*, 468, 483-484, *483*

droughts*, 386, 422, *423-424*

Earth system responses and feedbacks, 388, *395*, 398-415

equilibrium climate sensitivity, 923-924

floods, 386, 422-425, *424*

glacial-interglacial cycles, 385, 399-402, 480-483, *482-483*

greenhouse gases, 385, 391-398, 483-484, *483*

Holocene*, *389*, 417-425, 428-435, *434*, 776-777, *776-777*, 1146

ice sheets*, 387, 426-428, 1170, 1174

interglacials*, 386, 407-409, 425-428, 1146

last 2,000 years, *389*, 409-415, *409-410*

Last Glacial Maximum (LGM)*, 385, *389*, 394, 403-407, *404*, 776-777, *776-777*

last glacial termination, *389*, 400-401, 428-432

Last Interglacial (LIG), 385, *389*, 407-409, *408*, 425-428, *427*, 1146

last millennium, 917-920, *918*

Little Ice Age*, 386, *389*, *413*

Medieval Warm Period*, 5, 386, *389*

methods, 385, 388

models, 388, 403-405, 411-415, *413-414*, *456-464*, 776-777, 820-821

modes of climate variability*, 386, 415-416

BLM_0075040

Index

next glacial inception, 387, 435
ocean circulation, 433-435, *456*, 783-784
orbital forcing, 385, 386, 388, 399
periods assessed, *389*
Pliocene*, 1145-1146
polar amplification, 385, *396-398*
pre-industrial perspectives, 388-398, *389*
proxy methods*, 388, 394, 403-404, *457-458*
radiative forcing*, 385, 388-398
reconstructions*, *77-78*, 411-415, *414-415*
sea level, *47*, 385, 425-432, *427-429*, 1139, 1145-1150, *1147*
temperature, 385-386, *395*, 409-415, 417-420, *461-464*
uncertainties*, 404, 411-412
volcanic forcing, *390*, 391
Particulate matter. See Aerosols
Pattern scaling, 1058-1062, *1061*
Perfluorocarbons (PFCs), 161, 168-169, 679, *733-734*, 1000
Permafrost*, 320, 362-364
active layer*, 364-366, *365*
carbon storage in, 480, 526-528
irreversible changes, *70-71*, *1115*, 1116
methane from, 508, *530-531*, 541-542
models, 752
near-surface*, 996
observed changes, 9
permafrost-climate feedback, 27
projections, 25, 27, 468, 541-542, 997
projections, long-term, 1032-1033, *1092*, 1093
subsea, 364
temperature, 9, 25, 362-364, *362-363*
Perturbed physics experiments (PPEs), 1040
Phosphorus, 542
Photosynthesis, 470, *471-472*, 475, *478*, 480, *502*, 545
Polar amplification, 385, *396-398*, 907, 1031, 1062-1064
Polynyas, 329, 332-334
Precipitation, 201-204
aerosol effects, 624-627
attribution of changes, 72, 870, 871, 896-897, *897-898*
extremes, 5, *7*, 23, *110-112*, 162, *211-212*, 213-214, 573, 626-627, 807, *808*, 871, 912, 956, *991*, 992, 1082-1087
extremes, indices of, *221*
extremes, physical basis for changes in, 626-627
global changes and projections, *1320-1321*
global distribution of, *1225*
global warming effects on, 624, *625*
large-scale changes, 201-204, *202-203*, 624
models, 743, 761-762, *763*, 811-813, *811-813*, *1013-1014*
observations, 5, *7*, *8*, *22*, 162, 201-204
ocean precipitation, 275-276, *276*
projections, *7*, 20-23, *22*, 573, 956, 984-986, *985*, *991*, *1014-1015*, *1278-1287*
projections, global, *1320-1321*
projections, long-term, 91-92, *91*, 1032, 1055-1057, *1057*, 1076-1079, *1078*
regional, 573, 1219-1220

runoff*, *91-92*, 204-205, 956, 1081, *1081*
summary, 5, *7-8*
trends, *202-203*, *215*, 624, *898*
warmer-get-wetter, 1219, 1240
wet-get-wetter, 624
See also Monsoons
Predictability*, 131, *953-1029*
near-term predictions, 963-978
prediction quality/skill*, 85-86, *86*, 958, *960-961*, 966-978
terminology, *960*
See also Climate predictions
Principal component, *1223*
Probability density functions (PDFs)*, 134-135, *134*, *697*
Probability in climate predictions/projections, *961-962*
Projections. See Climate projections
Proxy methods*, 388, 394, 404, *457-458*

Q

Quasi-Biennial Oscillation (QBO)*, 230, 744, 806, *806*, *1224*, 1254

R

Radiation
radiative imbalance, *264*
surface solar (SSR), 183-184, *184*, 185-186
surface thermal and net, 184-185
top of the atmosphere (TOA), 180-181, 580-582, 618, 620, *765*, 1069, *1069*
Radiation budget, 161, 180-186, 576
cloud effects on, 580-582, *582*
global mean, 127, *181*, 182-183, *183*
rapid adjustments and, 573, 576
surface, changes in, 183-186, *184*
Radiative effect*, 573, 576, 578, *1161*
cloud radiative effect (CRE)*, 580-582, *582*, 585-586, *764*, 765
Radiative efficiency, *717*, *731-738*
Radiative forcing (RF)*, 13-14, *14*, 53-57, *54*, 127, *659-740*, *1404-1409*, *1433-1436*
aerosols*, *13-14, *14*, 576-578, *577*, 614-623, 682-684, *1404-1409*
aircraft and contrails, 574, 592-594, 686
anthropogenic, 13, 13-14, *14*, *17*, *146*, 617, 661-662, 675-688, *932-934*, 1005-1008
atmospheric carbon dioxide, 13
atmospheric chemistry, 669-675
calculation methodologies, 668-669, *669*
climate response, *395*
clouds, 576-578, *577*, 580-582, *582*, 585-586, 620-622
common properties of forcing compounds, *668*
comparison of previous reports, *696*
concentration/emission changes, 668-669
concept, *53*, 661, 664-668
confidence levels, 694-695, *694-695*
definitions, 664-665, *665*

distinguished from feedbacks, 573
drivers of, *124*
effective (ERF)*, *53*, 574, 576-578, *578*, 614-621, *619-621*, 661, *770*, 1052-1053, *1160-1161*, *1404-1409*, *1433-1436*
effective (ERF)*, defined, 664-665, *665*
effective (ERF)*, probability density function*, *697*
effective (ERF)*, total anthropogenic, 661
emission metrics, 710-720, *711*, *731-738*
external*, 388-398, 917-919
geographic distribution, 702-709, *703-705*
global mean, *89*, 693-701, *696-697*
Global Warming Potential and Temperature change Potential, 663, 710-714
industrial-era, 661-662, 697-698, *697-698*, 705-708, *705*
land surface changes, 686-688, *1404-1409*
limitations of, 667-668
models, 146, 700-701, *701*, *818*
natural forcings, 13-14, *14*, 55-56, *126*, 662, 688-693, 760, 1008
orbital forcing, 385, 386, 387, 388, 399, *400*
paleoclimate*, 130, 385, 388-398
polar amplification, *396-398*
pre-industrial, 388-398
projections, 79-81, 662-663, 700-701, *701*, 955, 1005-1010, *1006-1007*, 1044-1054, *1048-1050*, *1053*
radiative transfer codes, 675-676
scenarios, *79-81*, 1046-1047, *1046*
solar forcing, 388-391, *885-886*, 1007, *1404-1409*
solar irradiance, 14, *14*, 126-127, *126*, 662, 688-691, *885-886*
spatial and temporal patterns, 662, 702-709, *703-705*, *709*
summary, 13-14, 56-57, *57*, *126*, 129, 661-663, 693-701, 1052-1054, *1159-1161*
surface albedo and energy budget, *360-361*, 662, 686-687, *687*
time evolution of, 698-700, *698*
timescales and, 128-129, *128*
uncertainties*, 667, 694-698, *694*, 955, 1004-1008, *1005-1006*
volcanic, *390*, 391, 662, 691-693, *692-693*, 923, 1007, *1404-1409*
well-mixed greenhouse gases, 164, 661, *668*, 676-679, *677-678*
See also specific gases and components
Radiosonde records, 194-196, *195*, *200-201*, 206-207
Rapid adjustments*, 355-357, 573, 576, 590, 605, 661, 664-665, *665*, 1005
See also Abrupt climate change
Rebound effect*, 546
Region(s)*, 1222
atlas (map), *1317*
carbon cycle feedbacks, *522*
radiative forcing*, 705-708, *705*
Regional climate change, 73-74, 105-108, *106*, *1217-1308*
annular and dipolar modes, 108, 1220, 1243-1246, *1288-1289*
Atlantic Multi-decadal Oscillation (AMO), 1220

Atlantic Ocean modes, 1239-1240
blocking, 1220, *1224*, *1246-1248*
changes and projections, *1322-1393*
climate indices, 209-213, *211-212*
climate system, *930*
CO₂ budgets, *501*
CO₂ fluxes, 499, *500*
confidence in projections, *1286-1287*
cyclones, 1220, 1248-1251, *1288-1289*
El Niño–Southern Oscillation (ENSO)*, 106-107, 1240-1243, *1241-1243*, *1288-1289*
extreme events, *211-212*
global means and, *1256-1257*
in Holocene (paleoclimate), 417-425
large-scale storm systems, 1248-1253, *1250*
models, 748, 810-817, *816*, *1013-1014*, 1219
modes of climate variability*, 1222-1223, *1223-1225*
monsoon systems*, 105, 1219, 1222, 1225-1235, *1288-1289*
Pacific South American pattern, 1221, 1253
precipitation, 1032, 1078-1079
projections, 956, 1001-1002, *1001-1003*, *1014-1015*, 1031, 1032, 1078-1079, 1255-1277, *1256*, *1278-1289*
projections, summary, *1288-1289*
sea level, 100-101, *101*, 288-289, 1140, 1191-1199, 1194-1197, *1195-1199*
temperature, 89-90, 869, 888-891, *889*, 919, *930*, *938-939*, *1278-1285*
tropical cyclones, 1248-1251, *1288-1289*
tropical phenomena, 105-106, 1219-1220, 1222, 1235-1240, *1288-1289*
*See also specific regions*
**Regional Climate Models (RCMs)**, 748, 810-817, *816*, *1013-1014*, 1145, 1222
**Representative Concentration Pathways (RCPs)**, 19-20, *22*, 25, 79-81, *147-150*, 468, 523-526, *524-529*, 1045-1047, *1100*
compared with SRES, *149-150*, 997
described, *29*
extensions, 1102, *1103*
projections and, 955-956, 1031, 1034, 1045-1047, *1100*
uncertainties*, 1004-1005, *1005-1006*, 1038-1039, *1038*
**Respiration**, 470, *471-472*, *477-478*, *545*
**River and lake ice**, 320, 361-362, *367*
**River discharge.** *See* Streamflow
**Runoff**, 91-92, 204-205, 956, 1081, *1081*

# S

**Salinity (of oceans)**, 257, 265-273, *269-270*, *280*, *301*, 904-905, *904*
attribution of changes, 870, 904-905
before fossil fuel era, 481
defined, 265
measurement, 312
models, 778-779, *778*, *783*
projections, 994, *994*
sea ice and, 271-273

sea surface, 267-268, *268*, *270*, 1094, *1094*
trends in, 257, 273
upper ocean, regional changes, 271-273, 301
upper ocean, subsurface, 268-271
**Satellite-based methods**, 164, 175, 182, 191, 207, 208
altimetry*, 286, 287, 348-349
GRACE, 349, 351-353, 380, 1156, *1157*
Microwave Sounding Unit (MSU), 194-196, *195*
sea level measurement, 1150
**Scenarios**. *See* Climate scenarios; Emissions scenarios
**Scientific method**, 123
**Sea ice**, 69, 136-137, 323-335, *333-334*, *367*, 481
aerosol absorption on, 617-618
Antarctic, 9, *18*, 69, 319, 330-335, *333-334*, 368, 906-909, *908*, 1092
Arctic, 9, *10*, *18*, 24-25, 69, 271-273, 319, 323-330, *333-334*, *367*, 368, 906-908, *908*, 1087-1092, *1089-1091*
attribution of changes, 870, 906-909, *908*, 931, *936-937*
as climate change indicator, 136-137
cloud interactions, 590
drift, 328-329, 332
extent and concentration, 324-326, *325-326*, 330, *331-332*
irreversible changes, *1115*, 1117-1118
land-fast ice, 329, 334-335
models, *18*, 20, 744, 751, 787-790, *787-789*
observations, 40
observed changes, 136-137, 319, *367*, 368, 386
paleoclimate*, 420-421
projections, 20, *21-22*, 24-25, 956, 995-996
projections, long-term, 92, *92*, 1032, 1087-1092, *1088-1091*
rate of decrease, 319, 386
salinity effects on, 271-273
sea level equivalent, *321*
summary, 9, 319, *367*
thickness and volume, 319, 327-328, *328*, 330-332
trends, 329-330, *331*, *333-334*, 335
**Sea level**, 11, 127, **1137-1216**
anomalies, *286*, *287*
geocentric, 1142, *1143*
irreversible aspects of, 29
mean*, 1142, *1151*, 1156-1159
measurement, 285-286, 312, 1142, 1146-1150
models, 779-781, *781*, 1139-1140, 1192-1193
processes affecting, 1143-1144, *1143-1144*
projections, 20, *23*, *26*
relative (RSL)*, 1142, *1143*, 1194-1197, *1195-1199*
storm-surge models, 1200-1202
trends in, 286-288, *287*, *289*, 291
**Sea level change**, *12*, *47-49*, 98-101, 258, 285-289, **1137-1216**
atmospheric pressure change and, 1193, *1193*
attribution of changes, 19, *110*, 870, 905, 1156, 1176-1179
budget, 1156-1159, *1157-1158*
commitment, 28, 1140
confidence in projections, 1184-1186

contributions to, 11, 25-26, 288, *291*, 1139, 1142-1145, 1150-1179, *1177-1179*, *1182*
extremes, *7*, 101, *110*, *112*, 258, 290-291, *290*, 1140, 1200-1204
freshwater forcing and, 1193-1194
glaciers and, *367*, 1139, 1151-1153, *1151*, 1163-1165, *1164-1165*, *1182*, 1184
global average, *10*, 11, *1148-1149*
global mean sea level rise, *90*, 1140, *1152*, 1156-1159, *1157-1158*, 1179-1191
ice sheets* and, 367, 1139, 1140, *1151*, 1153-1155, *1154-1155*, 1159, 1165-1176, *1177-1179*, *1182*
instrumental record (1700-2012), 1146-1161
land water storage and, *1151*, 1155-1156, 1176-1179, *1182*
long-term scenarios, 98-101, 1186-1191, *1188*, *1190-1191*
measurements, 1146-1150
models, 1139-1140, 1142, 1144-1145, 1179-1183, *1180-1184*, 1192-1193, *1192-1193*
models, compared with observations, *1152*, *1158*
nonuniformity of, 26
observed changes, *4*, *10*, 11, 46, *110*, *124*, 136, *137*, 157-158, 258, 291, *301*, *1151*, *1198*
ocean heat content/uptake*, 905, 1161-1163, *1162*, 1183-1184
ocean mass observations, 1156, *1157*
ocean waves, 1202-1204, *1203*
paleoclimate*, 46, *47*, 385, 425-432, *427-429*, 1139, 1145-1150, *1147*
past sea level change, 1139, 1145-1150, *1147*
process-based projections, 99-100, 1179-1180, *1180-1182*
processes and linkages, 1143-1144, *1143-1144*
projected extremes, 1200-1204, *1201*, *1203*
projections, *7*, 20, *23*, 25-26, *26*, 97-101, *125*, *137*, *157*, 1140, 1150-1191, *1445*
projections with loss of Greenland ice sheet, 1140, 1169-1170
rate of, 258, 289-290, 291, *430-431*
regional changes, 288-289, 1191-1199
regional projections, 100-101, *101*, 1140, 1194-1197, *1195-1199*
satellite altimeter record (1993-2012), 1150
semi-empirical projections, 99-100, 1182-1184, *1184*
summary, 1139-1141, 1204-1205, *1204*
thermal expansion* and, 99, *99*, 1139, 1143, 1150-1151, *1151*, *1159*, 1161-1163, 1180, *1182*
timescales, 1142
uncertainties*, *47-49*, 1197-1198, 1204-1205
**Sea level equivalent (SLE)**, 319, 320, *321*, *344*, 349-350, *350*, *352-354*, 353, 1153
**Sea level pressure (SLP)**, 223-224, *223-224*, 871, 901
projections, 1071-1072, *1071*
**Sea salt**, *1048-1050*
**Sea spray aerosols**, 599-601
**Sea surface temperature (SST)**, 164, 190-194, *190-193*, 480-481
models, 777-779, *778-780*
observations, 5, *6*

BLM_0075042

Index

paleoclimate*, *416*, 420, 422, *458*
projections, *994-995*, 1093
proxy methods, *458*
tropical phenomena and, 1235, *1236*
variability, *107*
**Sectors**
emission metrics and impacts, 719-720, *720*
radiative forcing and temperature, 663
**Snow, ice and frozen ground**, 320, 358-360, *367*
aerosol absorption on, 574, 617-618, 685
attribution of changes, 870, 906-910, 931, *936-937*
frozen ground, 320, 362-366, *367*
glaciers*, 9, 24, 319, 335-344
ice sheets and shelves*, 9, 320, 344-357, *367*
models, 790, *790*
observed changes, 4, 320
projections, 24-25, 92, *92-93*, 996, 1032-1033, 1092-1093, *1092*
river and lake ice, 320, 361-362, *367*
seasonal snow, 320, 358-361, *358-360*
snow albedo, 321, 358, 359
snow cover (Northern Hemisphere), 9, *10*, 24, 25, 92, *93*, 320, 358, *358-359*, *367*, 870, 910, 931, *937*, 996, 1092-1093, *1092*
snow-cryosphere interactions, *360-361*
snowfall, 204, 358-361
**Soil moisture***, 790-791, 897
projections, 91-92, 956, 988, 1079-1080, *1080*
**Solar activity***, *393*
**Solar forcing**, 388-391, *885-886*, 1007, *1048-1050*
**Solar irradiance**, 14, *14*, 19, 126-127, *126*, *392-393*, 688-691, *885-886*
global dimming*, 161, 183-184, 794
measurement, 689-690, *689*
paleoclimate*, 388-391
projections, 86, 690, 955-956
radiative forcing*, 662, 688-691, *1404-1409*
surface solar radiation (SSR), 183-184, *184*, 185-186
total (TSI)*, 19, 388-391, *394-395*, 662, 689-690, *689*
variations, 689-690, *689*
**Solar radiation***, 126-127, *126*, 662
projections, 543, 662
*See also* Orbital forcing
**Solar Radiation Management (SRM)***, 29, 469, 574-575, 627-635, *633-634*
cirrus thinning, 628
climate response and, 629-635, *629-631*
cloud brightening, 628
impacts on carbon cycle, 551-552
side effects and risks, 575, 627-628, *634*
stratospheric aerosols, 627-628, *693*
summary, 635
surface albedo, 628
**Solubility pump***, 472
**South America**
climate indices, changes in, *211-212*
monsoon, 1233-1234, *1233*
precipitation extremes, *211-212*, 213
projections, *106*, 1261-1264, *1262-1263*, *1280-1281*, *1288*, *1338-1349*

**South American Convergence Zone**, 1221
**South Atlantic Convergence Zone (SACZ)**, 1237
**South-east Asia**, *106*, *211-212*, 1273, *1274*, *1378-1381*
**South Pacific Convergence Zone (SPCZ)***, 1219, 1236-1237
**Southern Annular Mode (SAM)***, *231*, *233-235*, 354, 871, 900-901, *900*, *937*, 1245-1246
impacts, *1224*
models, 415-416, 801, *806*
paleoclimate*, *386*, 415-416
projections, 108, 1220, *1245*, 1246
summary, *806*
**Southern Ocean**, 273, 783, 1141
polar amplification, *396-398*
projections, 24, 1095
temperature, 354, 387, *780*
**SRES scenarios***, 131-132, *146-147*, *149-150*, 955, 997, 1034, 1045, *1100*
**Stabilization.** *See* Climate stabilization
**Storm surge***, 1200-1202
**Storm tracks***, 229, 743, 773, 956
projections, 1074, *1075*, 1220
**Stratosphere***, *130*
aerosols*, 627-628, *693*
Brewer-Dobson circulation*, 163, 230, 1073-1074, 1248
ozone, 161, 171-172, *172*, 672-674, 681-682, *681*, 774-775, 1000, *1048-1050*, 1078, 1428
stratospheric-tropospheric relations, 753
temperature, 162, *197*, 892-893, *893*
water vapour, 161, 170-171, *171*, 661-662, 681-682
**Streamflow***, 204-205
**Sulphate aerosols***, 81, 605-606, 616
**Sulphur cycle**, 537, *539*
**Sulphur dioxide (SO₂)**, 127, *538*, *684*, 794, *1402*
geoengineering with, 627
models, 744, 794, 795
**Sulphur hexafluoride (SF₆)**, 161, 168, 169, *733*
projections, *1412*, *1423*
radiative forcing*, *678*, 679, *1434*
**Surface**
climate projections*, 980-993
land surface changes, 684-688
models, 131-132, *132*, 750-751
observations, 5, *6-7*, *130*, **159-254**
wind speed, 224-226
*See also* Atmosphere; Hydrological cycle
**Surface air temperature**, 760-761, *761*, *974-975*, 980-984, *981-982*
**Surface fluxes**, 784-786, *784-785*, 897
**Surface solar radiation (SSR)**, 183-184, *184*, 185-186
**Surface temperature***, 5, *6-7*, 60-66, *60*, 187-194, *461-462*, 577, 760-761, *761-762*, 878-881, *879-881*
interannual variability, *6*, 207-208
projections, 980-984, *981-982*

**T**

**Teleconnections***, *233*, *1224*, 1243, *1243*
models, 805, *806*
**Temperature**, 5, 187-201, 926
anomalies, *197*, *461-462*, *768*, *1059*
atmosphere and surface, 4-5, *6*, 60-68, 161-162, 187-201, 869-870, 984
attribution of changes, 17-19, 60, 869-870, 871, 878-893, 918-920, *930*, *932-934*
cold days/cold nights*, *86*, 162, *210-212*, 221, 956, *990*, 1065-1066, *1067*
commitment, 20
diurnal temperature range (DTR)*, 188
evidence for warming, *198-199*
extremes, 19, *109-112*, 209-212, *209-212*, *218-219*, 807, *808*, 871, 910-912, 931, 1064-1068
free atmosphere, 196-201, *197-201*, 984
geoengineering and, 29, 574-575
global changes and projections, *1318-1319*
global diurnal temperature range (DTR), 162
global instrumental record, 881-885, *882*
global mean surface air surface temperature, 131-132, *132*, 955-956, *1409*
global mean surface air temperature, *23*
global mean surface temperature (GMST)*, 20, *21*, *23*, 90, 121, 161-162, 164, 192-194, *192-194*, 385, 878-880, *879*, *1011*
global mean surface temperature, models, 743, *769-772*
global mean surface temperature, variability, 887-888, *888-889*
global temperature change potential, 17, 663, 712-714, *714-715*, *720*
global warming potential*, 17, 663, 710-714, *711-712*
heat waves*, *110*, 162, *211-212*, 212, *915*, 916, *939*
interannual variability, 5, *6*, 207-208
land-surface air temperature (LSAT)*, 162, 164, 187-189, *187*
last 2,000 years, 409-415, *409-410*
marine air temperature (MAT), 191
mitigation*, 27-28
models, 15-16, 20, 743-745, 760-761, *761-762*, 767-771, *768*, *769-772*, 777-779, *778-780*, 807, 810, *811-813*, 1013-1014
observed changes, 4, *6-7*, *22*, 121, *124*, 131-132, *132*, 187-201, 878-881, *879-881*
observed variability, *393*, 744, 869
oceans, 5, *6*, 8, *10*, 68-69, 257, 260-265, *266-267*, 274-275, *280*, 311, *311-312*, 901-902, *902*
paleoclimate*, 385-386, *395*, 398-399, 409-420, *418-419*, *461-464*
radiative forcing overview, *62*
sea surface temperature (SST)*, *6*, *107*, 164, 190-194, *190-193*, 777-779, *778-780*, 806, *994-995*, 1093
summary, 5, *6-7*, 161-162
surface*, 5, *6-7*, 60-66, *60*, 161-162, 187-194, *461-462*, 577, 743, 878-881, *879-881*
surface air temperature, 760-761, *761*, *974-975*, 980-984, *981-982*

BLM_0075043

trends, 194, *194*, *197-201*, *222*, *880*, *895*
upper air, 162, 194-201, *197*, *772-773*, *774*
upper ocean, 257, 258, 261-262, *261*, 263, 265, 301, *301*
warm days/warm nights*, 86, 162, *210-212*, *221-222*, 956, *990*, 1065-1066, *1067*
warming hiatus, *61-63*, *769-772*, 798, 909
warming hole in N. America, 212
**Temperature projections**, 7, 20, *21-23*, *125*, 155, *929*, *1278-1287*, *1444-1445*
extremes, 991-992, *991*, 1031-1032, 1064-1068, *1067-1068*
free atmospheric temperature, 984
global mean surface temperature, *972*, 980-984, *981*, 1010-1012, *1012-1013*, *1444-1445*
global projections, *1318-1319*
long-term, 89-90, 1031-1032, 1054-1057, *1054-1056*, 1062-1068, *1063*, *1065*, *1067-1068*
near-term, 85-86, *87*, 955-956, 980-984, 993-995, *993-994*, 1009-1012, *1011-1012*
ocean temperature, 956, 993-995, *993-994*
regional projections, *1014*, 1031
skill in, *974*, 977-978, *977*
summary, 955-956, 1009-1012, *1011-1012*
surface air temperature, *974-975*, 980-984, *981-982*
timescale, 28
uncertainties*, *140-141*, 1006, *1006*
zonal average, 1064, *1065*
*See also* Regional climate change
**Thematic Focus Elements (TFEs)**
Carbon cycle perturbations and uncertainties, *96-97*
Climate extremes, *109-113*
Climate sensitivity and feedbacks, *82-85*
Climate targets and stabilization, *102-105*
Comparing projections from previous IPCC assessments with observations, *64-65*
Irreversibility and abrupt change, *70-72*
Sea level change: scientific understanding and uncertainties*, *47-49*
The changing energy budget of the global climate system, *67-68*
Water cycle change, *42-45*
**Thermal expansion***, 1139, 1143, 1150-1151, *1159*
projections, 99, *99*, 1161-1163, 1180, *1182*
**Thermal radiation**, 184-185
**Tide gauge* records**, 285-286, 1146-1150, *1201*
**Timescales**, 28, *125*, 128-129, *128*, 1033, 1105-1107
**Tipping points***. *See* Irreversibility
**Top of the atmosphere (TOA) radiation**, 180-181, 580-582, 618, 620, *765*, 1069, *1069*
**Transient climate response (TCR)**, 128, 817-818, *821*, 871, 920-921, *925*
projections, 81, *84-85*, 1033
summary, 16-17, *1110-1112*
**Transient climate response to cumulative CO₂ emissions (TCRE)***, 16-17, 871, 926-927
projections, *102-104*, 1033, 1108-1109, 1113
**Trend models**, *179-180*
**Tropical Atlantic Ocean Variability**, 233-235
**Tropical cyclones**, 7, 107-108, *108*, 110, 162, 216-217, *216*, 807, 871, 913-914, *938*, 956, 992-993,

*993*, 1220, 1248-1251, *1288-1289*
**Tropical Indian Ocean Variability**, *233-235*
**Tropics**, 1217, 1219-1220, 1235-1240
atmospheric circulation, 226-230, 989-990, *989*, 1073
convergence zones, 421-422, 1219, 1221, 1222, 1235-1237, *1236-1237*
extratropical modes, 415-416
paleoclimate*, 415, 420
precipitation, 1219
projections, 1235-1240, *1288-1289*
tropical modes, 415
tropical Pacific mean state, 1240, *1241*
tropical phenomena, 105-106, 1219-1220, 1222, 1235-1240, *1288-1289*
tropical storms, 216-217
warmer-get-wetter pattern, 1219, 1240
**Tropopause***, 226, *228*
**Troposphere***, *130*
humidity, 206-208
ozone, 161, 172-173, 670-672, *672-673*, 679-681, *680-681*, *684*, 775, 998-999, *1048-1050*, *1428-1429*
stratospheric-tropospheric relations, 753
temperature, 5, 162, 195, *197*, 772-773, *774*, 891-892
water vapour, 207, *207*
**Tropospheric Biennial Oscillation (TBO)**, 805, *1224*, 1253-1254

## U

**Uncertainty***, *36*, 114-115, 121, 139-142, *140-141*
carbon cycle*, *96-97*
climate models*, 139-142, *140-141*, *809-810*, 815, 1035-1040, *1038*, 1197-1198
climate projections, 115, 955, 978-980, *979*, 1004-1012, 1035-1040, *1038*, 1057-1058, *1058*, 1197-1198
in observations, *36*, 114, *165*, *810*
quantification, 1040-1044
scenario uncertainty, 1038-1039, *1038*
sea level change*, *47-49*
temperature projections, *140-141*
*See also* Variability
**Urban albedo**, 687
**Urban heat islands***, 162, 188-189

## V

**Variability**, 121, 129-130, 138, 163, 164, *232-235*
internal*, *61-62*, 138, *769-770*, 869, 919, 923
models, 795-806
natural, 121, 129-132, 138, *140*
paleoclimate*, 386
*See also* Climate variability
**Vegetation**
models, 752, 791
projections, 1097-1099, *1098*
**Volatile organic compounds (VOCs)***, 127, 718, *740*
**Volcanic aerosols**, 14, 662, 691-693

**Volcanic eruptions**, 15, 86, *140*, *393-394*, 691-693
as analogues, *693*
climate prediction and, *1008-1009*
models, 391
projections, 693, 1007
volcanic forcing, *390*, 391, 662, 691-693, *692-693*, 923, 1007, *1048-1050*, *1404-1409*

## W

**Walker Circulation***, 163, 226-229, *227*
projections, 90, 991, 1032, 1073
**Warm days/warm nights***, 162, *210-212*, *221-222*
projections, 86, 956, *990*, 1065-1066, *1067*
**Warmer-get-wetter pattern**, 1219, 1240
**Water cycle**. *See* Hydrological cycle
**Water vapour**, *207*, 624, *666-667*, 896
feedbacks, 586-587, *587*, *667*, 819
projections, 1076, *1076*
radiative forcing*, *126*, 661-662, *666-667*
stratospheric, 161, 170-171, *171*, 661-662, 681-682
tropospheric, 207, *207*, 265
water vapour-lapse rate, 586-587, *587*, 819
*See also* Humidity
**Wave height**, 258, 277-278, 1141
projections, 101, 1202-1204, *1203*
**Weather**, 229-230
climate and, 123-126, 914-917
**Wetlands**, 539-541
**Winds**
mid-latitude westerlies, 956
models, 784-785, *784-785*
projections, 1072, *1072*
upper-air, 226
wave height and, 258, 277-278, 1141
wind speeds, 217, *220*, 224-226, *225*
wind stress (oceanic), 276-278, 784-785, *784-785*

Index

BLM_0075044

BLM_0075045

# Recommendations for Development of Oil and Gas Resources Within Important Wildlife Habitats

Version 6.0
Revised:  April 2010

- August 2009 changes shown in italics on pages 20, 107, 108 & 109 – Non-core clarifications
- November 2009 changes shown in italics on pages 19, 31, 107-110, Sage Grouse Core Area Densities and Timing Limitation Stipulations
- March 2010 Raptor changes shown in italics on page 48
- April 2010 Appendix C Updated to 7/31/08 version page 111

Wyoming Game and Fish Department
Cheyenne, Wyoming

i

BLM_0075046

# PURPOSE, USE AND HISTORY OF THIS DOCUMENT

Wyoming has a long history of oil and gas extraction and production.  The pace of this development has varied cyclically based largely upon public demand, market price, federal energy policy and new extraction technologies.  However, the cumulative area affected has grown substantially in recent years, and is expected to continue increasing in the foreseeable future (Surdam *undated*, Surdam and Quillinan 2008).  Newly developed fields will remain in production up to 40 years and longer.  While oil and gas development is an important component of Wyoming's economy, large-scale development often has adverse impacts on wildlife.  In view of these impacts, the Wyoming Game and Fish Commission (Commission) is publishing recommendations designed to ameliorate conflicts between oil and gas development and wildlife resources.  It is the Wyoming Game and Fish Department's (WGFD) belief that if the appropriate recommendations are adopted and effectively implemented, important wildlife resources can be sustained while allowing Wyoming to play its pivotal role in providing energy to the nation.

The major purposes of this document are to: identify thresholds of oil and gas development and related activities that impair the functions or suitability of important wildlife habitats; recommend planning and management considerations that will avoid or minimize impacts as oil and gas developments reach identified thresholds; and recommend effective mitigation to offset or compensate unavoidable, adverse effects on federal, state, and privately managed lands.  The document provides implementation guidance under the Commission's Mitigation Policy (Commission 2008) and supports the Commission's Mission of "Conserving Wildlife – Serving People."  The Commission has a single-purpose mandate: "… to provide an adequate and flexible system for control, propagation, management, protection and regulation of all Wyoming wildlife" [W.S. 23-1-103].  Our consultation role in federal agency actions pursuant to NEPA and other federal laws is fully consistent with the Commission's mission and purpose.  It is important to recognize the WGFD and Commission have no specific authority to require adoption or implementation of recommendations in this report.  These recommendations convey alternatives for consideration by companies and jurisdictional agencies in light of their statutory and regulatory programs and obligations.

A working group of wildlife and fisheries biologists was tasked with developing the initial management recommendations in early 2004.  Working group members and other participants have extensive experience with federal land use planning, permitting, and energy-related issues.  The Commission endorsed the recommendations in September, 2004 after several changes were made to address specific concerns expressed by the Bureau of Land Management (BLM), the oil and gas industry, agriculture community, and conservation organizations.  This document was described as a "working document" subject to future revisions as substantive new information becomes available.  In March, 2006 and August, 2008 the original working group reconvened to consider the need for revisions based on recent published research,

BLM_0075047

additional data, and the effectiveness of the original recommendations.  The current version incorporates results of those technical reviews and editorial revisions.

A number of recommendations are standard practices currently used by several companies, the BLM, and the US Forest Service (USFS).  Standard practices were included to reinforce their importance, provide greater specificity where appropriate, and encourage broader use by companies and agencies.  Several concepts were adapted from a USDI/USDA publication entitled: "Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development" available at: http://www.blm.gov/wo/st/en/prog/energy/oil_and_gas/best_management_practices/gold_book.html (USDI/USDA 2006).  This document includes additional criteria based on available science, to better define the circumstances and extent to which these practices should be applied to protect wildlife resources and maintain important habitat functions.

This document provides advanced disclosure of potential wildlife-related concerns, and suggests mitigation and management options companies and resource agencies can incorporate into project designs and operations to benefit wildlife.  The recommendations should be considered within areas of important wildlife habitats, in which large-scale energy developments are planned or underway.  Maps of crucial big game winter ranges, sage-grouse habitat, priority watersheds, and other important habitats are available from the WGFD website: www.wgf.state.wy.us (Habitat Section).  Recommendations may be site-specifically adjusted to accommodate unique issues and circumstances.

Early, pre-decisional consultation provides the best opportunity to plan oil and gas developments in a manner that avoids or minimizes adverse impacts to important wildlife habitats.  If significant resource concerns are identified prior to leasing, effective protection and mitigation measures can be included as lease stipulations providing full disclosure to prospective bidders.  Ultimately, the authority to make land management decisions rests with the surface management agency, based on principals of multiple use and sustained yield set forth by the Federal Land Policy and Management Act (FLPMA) the National Forest Management Act (NFMA) and other statutory authorities, State of Wyoming statutes and rules, and county ordinances

The working group reviewed pertinent literature to identify and describe reasonably foreseeable impacts to wildlife resources (refer to "References Consulted" and Appendix J – Annotated Bibliography).  A number of studies have examined effects oil and gas operations have on selected species and habitat functions, for example, displacement of elk and mule deer from crucial winter ranges and impacts to sage-grouse reproduction.  However, not all wildlife responses to oil and gas operations have been specifically studied.  As necessary, the working group gathered and interpreted information on disturbances and activities comparable to those associated with oil and gas fields.  For example, studies of wildlife responses to humans on foot, ATVs, equipment disturbance, roads, noise levels, ecological health of watersheds etc. were reviewed to determine disturbance thresholds for similar activities and features

ii

BLM_0075048

associated with oil and gas field developments.    This approach affords a reasonable basis for recommending mitigation and management practices at a programmatic level.

Energy development technologies are constantly evolving, as is knowledge of wildlife impacts, and monitoring and mitigation techniques.  In light of this, efforts to identify and incorporate additional literature, monitoring procedures and more effective mitigation will continue.  These recommendations will be updated and revised as significant new information becomes available.  We encourage input that may improve future iterations.  Input should be provided to the working group chairman, Steve Tessmann, Wyoming Game and Fish Department, 5400 Bishop Boulevard, Cheyenne, WY  82006.

iii

BLM_0075049

TABLE OF CONTENTS

**Section**                                                                 Page

LIST OF ACRONYMS USED ………………………………………………………..vii

STATEMENT OF PRINCIPLE  (*last updated May 2009*)………………………………..  1

INTRODUCTION  (*last updated May 2009*)…………………………………………………  2

SCOPE  (*last updated May 2009*)………………………………………………………………  4

DEFINITIONS  (*last updated May 2009*)……………………………………………………  4

LANDSCAPE PLANNING  (*last updated May 2009*)…………………………………  7

OIL AND GAS IMPACTS  (*last updated May 2009*)
    Sources and Significance of Impacts …………………………………….……………9
    Key Misconceptions about Wildlife Responses to
      Oil and Gas Development…………………………………………………………11
    Impact Thresholds …………………………………………………………………… 14
    Threshold Classifications …………………………………………………………15

IMPACT THRESHOLDS, MANAGEMENT
AND MITIGATION RECOMMENDATIONS:
TERRESTRIAL RESOURCES  (*last updated May 2009*)…………………………...…  16
    Mule Deer – crucial winter range  (*last updated May 2009*)…………………………  24
    Pronghorn – crucial winter range  (*last updated May 2009* …………………………  29
    Sage-grouse  (*last updated May 2009*)…………………………. ………………………  30
        – special considerations …………………………………………………  30
        – core areas …………………………………………………………………  30
        – non-core areas …………………………………………………………32
    Columbian Sharp-tailed Grouse …………………………………………………… 36
    Elk – crucial winter range (*last updated May 2009*)……………………………  38
    Moose – crucial winter range (*last updated May 2009*)……………………………  39
    Bighorn Sheep  (*last updated May 2009*)
        – crucial winter range …………………………………………………… 39
        – parturition (lambing areas) …………………………………………… 39
    Big Game Migration Corridors  (*last updated May 2009*)…………………………  40
    Species of Greatest Conservation Need  (*last updated May 2009*)…………………  40
        – songbird breeding and migration habitat ……………………………………  40
        – raptor nesting habitat ……………………………………………………40
        – waterbird species …………………………………………………………41
        – bat foraging habitats …………………………………………………… 41
    Federally-listed, Threatened and Endangered Species  (*last updated May 2009*)….  41

iv

BLM_0075050

WETLANDS AND RIPARIAN HABITATS (*last updated May 2009*) ................. 41
AQUATIC RESOURCES  (*last updated MAY 2009*)...................................... 42
    Resource Categories and Impact Thresholds .............................................. 43
    Additional Management Prescriptions ………...…………………….………… 44

OVERLAPPING VITAL AND HIGH VALUE HABITATS
(*last updated May 2009*) ……………………………………………………………..49

RECLAMATION ……………………………………………………………………... 49

REFERENCES CONSULTED (*last updated May 2009*)……………….………… 51

## Figures

Fig. 1.  Approved oil and gas leases throughout Wyoming and adjacent states
      (*last updated May 2009*) ……………………….…………………………………. 1

## Tables

Table 1.  Impact thresholds and summary of mitigation recommendations
      for terrestrial resources …………………………………………………………… 18

Table 2.  Impact thresholds and summary of mitigation recommendations
      for aquatic resources …………………...…………………………………………..45

Table 3.  Raptor Survey Dates and Buffers …………………………….......................48

## Appendices

APPENDIX A – STANDARD MANAGEMENT PRACTICES
        (*last updated May 2009*)……………………………………………98

APPENDIX B – "BEST MANAGEMENT PRACTICES" FOR
        MINIMIZING IMPACTS TO SAGE-GROUSE IN
        CORE AND NON-CORE HABITATS  (*last updated May 2009*) … 107

APPENDIX C – STIPULATIONS FOR DEVELOPMENT IN CORE
        SAGE-GROUSE POPULATION AREAS
        (*last updated May 2009*)……………………………….……………… .. 111

APPENDIX D –MAP: SAGE-GROUSE CORE BREEDING AREAS
        VERSION 2 (*last updated May 2009*) ……………………….……… 115

APPENDIX E – EXECUTIVE ORDER 2008-2: GREATER SAGE-GROUSE
        CORE AREA PROTECTION  (*last updated May 2009*)………….... 116

BLM_0075051

APPENDIX F – WILDLIFE HABITAT MITIGATION OPTIONS
(*last updated 1/30/09*) …………………………………………………119

APPENDIX G – BIRD AND MAMMAL SPECIES ENDEMIC TO THE NORTHERN
GREAT PLAINS REGION
(*last updated May 2009*)……………………….…………..……   122

APPENDIX H– SPECIES OF GREATEST CONSERVATION NEED
IN ECOREGIONS OF WITH MODERATE OR HIGH
POTENTIAL FOR OIL AND GAS DEVELOPMENT
(*last updated May 2009*)……………………………………………. 124

APPENDIX I – NONGAME HABITAT PRIORITY AREAS
(*last updated May 2009*)……………………………………………. 127

APPENDIX J – ANNOTATED BIBLIOGRAPHY OF WILDLIFE
DISTURBANCE LITERATURE (*last updated May 2009*)………….128

BLM_0075052

# LIST OF ACRONYMS USED

| | |
|---|---|
| APD | – Application for Permit to Drill |
| APWG | – Activity Plan Working Group |
| ATV | – All-terrain Vehicle |
| BLM | – U.S. Bureau of Land Management |
| BMP | – Best Management Practice |
| CBNG | – Coal-bed Natural Gas |
| CEQ | – Council on Environmental Quality |
| CFR | – Code of Federal Regulations |
| CSU | – Controlled Surface Use |
| dBA | – Decibel |
| ESA | – Endangered Species Act |
| FLPMA | – Federal Land Policy and Management Act of 1976 |
| GAO | – United States General Accounting Office or General Accountability Office |
| GIS | – Geographic Information System |
| NEPA | – National Environmental Policy Act of 1969 |
| NFMA | – National Forest Management Act of 1976 |
| No | – Number |
| NSO | – No Surface Occupancy |
| NSS | – Native Species Status |
| P.L. | – Public Law |
| POD | – Plan of Development |
| SGCN | – Species of Greatest Conservation Need – listed in the Comprehensive Wildlife Conservation Strategy for Wyoming (WGFD 2005).  This plan is now called the, "State Wildlife Action Plan." |
| SHP | – Strategic Habitat Plan |
| SWAP | --State Wildlife Action Plan |
| SWG | – State Wildlife Grants |
| U.S.C. | – United States Code |
| USDA | – United States Department of Agriculture |
| USDI | – United States Department of Interior |
| USFS | – United States Forest Service |
| USFWS | – United States Fish and Wildlife Service |
| USGS | – United States Geological Survey |
| WGFC | – Wyoming Game and Fish Commission |
| WGFD | – Wyoming Game and Fish Department |
| WOGCC | –Wyoming Oil and Gas Conservation Commission |
| WY | – Wyoming |

BLM_0075053

## STATEMENT OF PRINCIPLE

Energy development with increasing levels of disturbance is impacting habitat function on vast tracts of land in Wyoming and across the West (Fig. 1). These conversions are recognized at a global scale – two of 180 environmental monitoring sites identified by the United Nations Environmental Programme (UNEP) are natural gas fields in Wyoming (UNEP 2005). Just 8 UNEP sites have been designated in the conterminous 48 states. High-density well fields impact visual resources, air and water quality, wildlife habitat, and public recreation. Impending large-scale wind energy fields, pipelines and utility corridors, potential oil shale development, and other intensive uses threaten to further industrialize and fragment the landscape across Wyoming.

If effective habitat conditions are to be maintained for wildlife on public lands, it is imperative to accomplish energy production with the smallest possible footprint of disturbance. This document provides science-based recommendations to achieve these goals through a variety of project planning, siting, and design considerations.



Fig. 1. Producing oil and gas leases throughout Wyoming and adjacent states.
*Source*: BLM/USFS National Integrated Land System (2008 data)
http://www.geocommunicator.gov/GeoComm/index.shtm

1

BLM_0075054

## INTRODUCTION

Several of the most intact, native ecosystems remaining in the Intermountain West are found within Wyoming. In particular, sagebrush and grasslands throughout the western U.S. continue to gain importance for several reasons. Sagebrush dominated landscapes and watersheds provide diverse habitats for approximately 87 species of mammals, 297 species of birds (Braun et al. 1976) and 63 species of fish, reptiles and amphibians (Wyoming Game and Fish Department Vertebrate Species List, 1992). Sagebrush ecosystems in Wyoming not only support crucial habitats for some of the largest, migratory populations of ungulates in North America, but also offer the best chance to sustain healthy populations of sage-grouse and other obligate species into the future. In addition, native grasslands of the north-central prairie states (which include eastern Wyoming) support 138 species of land mammals, including 16 considered narrowly endemic to grasslands (Appendix G) (Samson and Knopf 1996). Nine avian species (excluding wetland and sagebrush associates) are narrowly endemic to grasslands (Appendix G). Twenty additional species are more widespread but have strong affinities to the northern Great Plains region. The Powder River in northeast Wyoming is one of the last free-flowing prairie stream systems with an essentially intact native fish community.

Beetle and Johnson (1982) estimated sagebrush-steppe communities once comprised nearly 58,000 square miles (37 million acres) of Wyoming. The current area is about 29 million acres based on recent information compiled by U.S. Department of Interior, (USDI) Bureau of Land Management (BLM) (2001). The BLM study did not account for the entire difference between historic and current sagebrush coverage, but provided the following conversion acreages: more than 21,000 acres of sagebrush converted to annual grasslands, approximately 381,000 acres of conifer/juniper encroachments, and approximately 684,000 acres dominated by perennial grasses with sagebrush cover loss.

Grassland ecosystems comprise approximately 20 percent (19,600 square miles) of Wyoming [United States Geological Survey (USGS) Biological Resources Division 1996]. Shortgrass prairie is located mainly in the southeast corner and extends southward into Colorado (Knight 1994). Mixed-grass prairie is common across much of eastern Wyoming.

Sagebrush and grassland communities are in a declining state of health throughout most of the West (Winward 2004) and continue to be impacted by drought, altered fire ecology, excessive herbivory, agricultural conversions, energy developments, rural subdivisions, and other stressors. As anthropogenic activities continue to impact ecosystems throughout the western U.S., Wyoming's rangelands have become increasingly important in efforts to conserve functional, native ecosystems and the assemblages of endemic wildlife that depend on them.

Much of the sagebrush in Wyoming is in late successional stages dominated by older plants (>50 years old) of relatively even age classes (sagebrush monocultures) (Winward 1991; Miller et al. 1994; Wyoming Interagency Vegetation Committee 2002). These stands are characterized by reduced vigor, productivity, diversity, and nutritional quality (WY Interagency Vegetation Committee 2002). Grasslands in Wyoming have also been extensively altered and converted by various land uses. Fragmentation and declining quality of these ecosystems are the principal reasons why populations and distributions of associated wildlife are declining. Nationally,

BLM_0075055

grassland and shrubland birds have declined more consistently over the past 30 years than any other ecological association of birds (WY Game and Fish Dept. and WY BLM 2002).

Many of the issues affecting sagebrush and grasslands are also impacting other ecosystems. Mixed mountain shrub, aspen, riparian corridors, streams and wetlands provide extremely important habitat for diverse and unique assemblages of wildlife, but exhibit symptoms of declining health including advanced succession and overall loss of quality and vigor. To address these concerns, WGFD has developed a Strategic Habitat Plan (2008) (SHP) that sets forth management goals for habitat priority areas delineated throughout the state. The management emphases are to protect, rehabilitate, and enhance habitats that are essential for sustaining important wildlife populations and wildlife-based recreation. However, habitat priority areas are broadly defined and should not be confused with specific habitat types or functions identified under the Wyoming Game and Fish Commission's Mitigation Policy. Vital habitats such as crucial winter ranges and sage-grouse breeding habitat are more specifically identified and may be within or outside the priority habitat areas. In appropriate circumstances, there may be opportunities to mitigate oil and gas impacts by implementing habitat rehabilitation or improvement projects, consistent with WGFD objectives, within SHP priority areas.

In addition to the SHP, WGFD has recently completed a State Wildlife Action Plan (SWAP) (WGFD 2005). The SWAP provides a long-range plan to conserve Wyoming's Species of Greatest Conservation Need (SGCN) and to meet the requirements of the Congressionally-authorized State Wildlife Grants (SWG) Program. The strategy also prioritizes areas and habitats of importance across the state (Refer to Appendix H for a list of SGCN within ecoregions with high potential for oil and gas development, and Appendix I for and a map of nongame habitat priority areas).

Sagebrush and grassland dependant wildlife are a vital feature of the West's culture and heritage. Wildlife-dependent recreation is also the prevalent recreation on most public lands in Wyoming. Wildlife-related expenditures totaling nearly $0.5 billion annually are a major contribution to the tourism market, which is the State's second greatest source of revenue (WGFD 2003). Development of expansive coal, oil and natural gas deposits that underlie important wildlife habitats, combined with other intensive uses of the land, constitute our greatest contemporary challenge to the conservation of western wildlife. Large-scale development of these domestic energy reserves is placing sagebrush communities and wildlife increasingly at risk.

Abundant wildlife resources can be sustained on federal lands only if resource agencies work with industry to manage wildlife habitats, energy development and other land uses in a manner that is fully consistent and compatible with principles of multiple use and sustained yield set forth by the Federal Land Policy and Management Act of 1976 (FLPMA) and the National Forest Management Act of 1976 (NFMA). These principles include "... a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources ... and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output." [Title 43, Sec. 1701(a)(8)].

3

BLM_0075056

**SCOPE**

The 3 major purposes of this document are:
1) Identify thresholds of oil and gas development that impair the functions or suitability of important wildlife habitats;
2) Recommend planning and management considerations that will avoid or minimize impacts to important wildlife habitats as oil and gas developments reach identified thresholds; and
3) Recommend effective mitigation to offset or compensate unavoidable, adverse effects of oil and gas development.

**DEFINITIONS**

As used in this document, "important wildlife habitats" include habitats defined as "irreplaceable," "vital," or "high value" by the Wyoming Game and Fish Commission's Mitigation Policy (Commission 2008). "Irreplaceable habitats" must be formally designated by the Commission and include habitat components that cannot be replaced or mitigated (e.g., critical habitats of species listed under the federal Endangered Species Act). "Vital habitats" directly limit a wildlife community, population, or subpopulation, and restoration or replacement may not be plausible. Such habitats include, but are not limited to, big game crucial winter ranges, sage-grouse nesting and brood-rearing habitats, habitats essential for Species of Greatest Conservation Need (SGCN), and blue ribbon fisheries (streams). The WGFD is directed by the Commission to recommend no loss of habitat function. Some modifications of habitat characteristics may occur provided habitat function is maintained (i.e., the location, essential features, and species supported are unchanged). "High value habitats" sustain a wildlife community, population or subpopulation, but impacts can be minimized and habitat restored or replaced where avoidance is not possible. These habitats include, but are not limited to, parturition habitats and winter-yearlong ranges of big game species, riparian habitats, and red ribbon fisheries (streams). The WGFD is directed by the Commission to recommend no net long-term loss of habitat function and WGFD will recommend measures to minimize impacts and restore or replace the function of affected habitats.

The majority of habitats addressed by this document are classified as "vital" or "high value" by the Commission's Mitigation Policy. The approach recommended to protect and maintain important wildlife resources follows the Commission's Mitigation Policy, which sets forth the following priority of actions: 1) avoid the impact; 2) minimize the impact through appropriate planning and management actions; 3) mitigate the impact by providing replacement or substitute resources; and 4) provide financial compensation only when no reasonable alternative is available to avoid, minimize or mitigate the impact.

Additional terms used in this document are defined below:
"Activity Plan Working Group or APWG" means an operational group of Cooperating Agencies who assist the BLM in preparing environmental analyses for activity level actions or plan modifications. Either the BLM or potential cooperating agencies may identify the need for

4

activity planning and recommend formation of an APWG. The need for public involvement with working group activities should also be considered. Major purposes of the APWG concept are: minimize controversies during analysis and decision making by addressing public land management issues in a proactive rather than reactive framework; improve resource conditions by recommending appropriate management and mitigation; streamline public land authorizations; increase management flexibility; and assure developers are aware of resource protection requirements early in the process. The APWG will recommend practices and procedures for consideration by the BLM Field Office Manager to achieve the purposes and intent of this document. Although the group will strive to achieve consensus, all recommendations of individual group members will be forwarded to the Field Office Manager for consideration.

"effective mitigation" means the successful implementation of operational planning and management practices that either avoid an impact or reduce it to a minimal level. Effective mitigation also means the successful establishment of replacement resources (through creation or enhancement) to achieve specific biological objectives. In most cases, this means increasing the capacity of one or more alternative habitats to replace the habitat functions lost or diminished as a result of development.

"habitat function" means the arrangement and capability of habitat features to sustain species, populations, and diversity of wildlife over time (Commission 2008).

"facility" as used in this document means all areas of disturbance related to oil and gas development. "Facility" comprehensively includes well pads, roads, overhead power lines, storage tanks, shops, equipment staging areas, sweetening plants, above ground pipelines, and any other surface disturbance or structure related to oil and gas development.

"integrated mitigation" means a landscape approach to mitigation in which one or more companies consider a broad range of opportunities and strategies to accomplish effective mitigation. An integrated mitigation program can include mitigation projects that are cooperatively developed among several companies and agencies.

"habitat effectiveness" means the degree to which **a** habitat or its components fulfill specific habitat functions; the degree to which a species or population is able to continue using a habitat for a specific function.

"habitat suitability" has the same meaning as "habitat effectiveness".

"habitat value" means the relative importance of various habitat types and conditions in sustaining socially or ecologically significant wildlife populations and biological diversity.

"impact, extreme" means the function of an important wildlife habitat is substantially impaired or lost even though some animals may still be present within the project area. Seasonal use restrictions and intensive implementation of recommended management practices (Appendices A and B) and/or habitat mitigation options (Appendix F) are still useful, however the impact cannot be fully mitigated within the project area. Off-site mitigation is necessary to maintain properly functioning biotic communities and sustainable land uses by creating or enhancing replacement habitats. Off-site mitigation should be located within the same landscape unit.

"impact, high" means the function of an important wildlife habitat is increasingly impaired (a significant reduction in wildlife use is anticipated), but impacts can often be reduced or eliminated through seasonal use restrictions and intensive implementation of recommended management practices (Appendices A and B) and/or habitat mitigation options (Appendix F). The impact will be difficult, or at times impossible to effectively mitigate within the project area, and off-site mitigation may be necessary to maintain properly functioning biotic

BLM_0075058

communities and sustainable land uses by creating or enhancing replacement habitats. Off-site mitigation should be located within the same landscape unit.

"impact, moderate" means a level of development that causes discernable impairment of the function of an important habitat (a detectable reduction in wildlife use is anticipated), but the impact can be significantly reduced or eliminated through seasonal use restrictions, recommended management practices (Appendices A and B), and/or habitat mitigation options (Appendix F). Habitat mitigation options can usually be implemented effectively within or close to the project area. This level of impact can result in a cumulatively significant effect if multiple impacts are present over a large area and are not mitigated.

"landscape management" means management applied within a landscape unit to maintain biotic communities in a properly functioning condition and to support sustainable land uses.

"landscape unit" means a geographic area encompassing all the major ecological components, functions, and processes that are essential to sustain species populations or biotic communities. Examples include big game herd units, a riparian/stream system containing all life requirements for species of fish, or the area providing all seasonal habitats required by sage-grouse.

"migration corridor" means a route that animals traditionally follow between seasonal habitats. Migration corridors may be comparatively broad or very constricted. The WGFD has identified and mapped important big game migration corridors throughout the state.

"No Surface Occupancy" (NSO), as used in these recommendations, means no surface facilities including roads shall be placed within the NSO area. Other activities may be authorized with the application of appropriate seasonal stipulations, provided the resources protected by the NSO are not adversely affected. For example, underground utilities may be permissible if installation is completed outside periods specified in applicable seasonal stipulations and significant resource damage does not occur. Similarly, geophysical exploration may be permissible in accordance with seasonal stipulations.

"properly functioning condition" (in a landscape context) means the major ecological components, functions, and processes are kept intact such that the capacity of the land to produce wildlife and sustain biological diversity is not impaired. A landscape or biotic community in a properly functioning condition retains its potential natural vegetation within the range of normal ecological variation. Anthropogenic features and activities do not cause habitat fragmentation or diminish the ability of wildlife to continue using important seasonal or yearlong habitats.

"riparian habitat or "riparian corridor" means an area of vegetation that exerts a direct biological, physical, and chemical influence on (and is influenced by) an adjacent stream, river, or lake ecosystem, through both above- and below-ground interactions. This area of association extends from the rooting systems and overhanging canopies of streamside flora outward to include all vegetation reliant on the capillary fringe characteristic of soils surrounding aquatic environments (Odum 1971). NRCS (2005) provides the following working definition: "Riparian areas are ecosystems that occur along watercourses or water bodies. They are distinctly different from the surrounding lands because of unique soil and vegetation characteristics that are strongly influenced by free or unbound water in the soil. Riparian ecosystems occupy the transitional area between the terrestrial and aquatic ecosystems. Typical examples would include floodplains, stream banks, and lake shores." Riparian habitats in Wyoming are often indicated by presence of cottonwood trees, willows,

6

BLM_0075059

water birch, river birch, dogwood, sedges, tufted hair grass, reed canary grass, and other phreatophytic vegetation, and also include springs, seeps and wet meadows.

"section," when used in the context of a geographic area, refers to a legal section of 640 acres.

"square mile" or "mi$^2$" means a unit of surface area measurement that is 640 acres and does not imply any particular shape or configuration.

"to the extent reasonable" or "to the extent practicable" means effective technologies and practices can be applied to avoid, minimize, or mitigate an impact. "Reasonable" is used here in the same context as 43 CFR 3162.5-1(a). The basis for this determination includes technological feasibility, applicability, and economic considerations.

"threshold (or "impact threshold") means a level of development or disturbance that can impair key habitat functions by directly eliminating habitat, by disrupting access to or use of habitat, or by causing avoidance and stress.

"well pad location" means the disturbed site on the land surface, from which one or more wells are drilled. Wildlife impact thresholds are based on densities of well pad locations rather than individual wells. For example, if 16 wells are drilled from a single pad, then the impact is based on a single pad rather than 16 wells.


## LANDSCAPE PLANNING

Landscape planning is comprehensive resource planning done at a geographic scale and configuration sufficient to maintain biotic communities in a properly functioning condition, in order that land uses can be managed on a sustainable basis. A landscape approach is essential to plan and mitigate large-scale energy developments because impacts from such developments are not limited to the actual project area, nor are mitigation opportunities.

Both the BLM and USFS have recognized that public land management must be rooted in landscape concepts and principles (BLM 1994; USDA Forest Service Handbook). In addition, the NEPA cumulative impact assessment is focused on the landscape and must consider the availability, arrangement, and condition of important habitats, and the effects of all past, present, and reasonably foreseeable developments.

Selection of landscapes appropriate for analysis and planning is based on the species, populations, or habitat functions affected by land management decisions. For example, a big game herd unit is a type of landscape encompassing the seasonal habitats that sustain the herd. A watershed is another landscape generally used in aquatic habitat management and often in terrestrial habitat management. The landscape that pertains to a sage-grouse population would include major lek complexes, nesting and brood-rearing habitats, and winter concentration areas necessary to meet the year-round biological requirements of that species. Landscapes appropriate for migratory bird populations should encompass the habitat complexes those populations occupy during the seasons they are present, for example the nesting season. The landscape also defines the area in which habitat treatments (Appendix F) can be done effectively to maintain or restore habitat functions. For example, the area that encompasses the crucial winter ranges used by a herd or herd segment is the landscape in which it may be possible to mitigate impacts to crucial winter ranges.

BLM_0075060

The following process is recommended to identify and evaluate impacts in order to formulate effective wildlife mitigation at a landscape level:

1) In consultation with the state wildlife agency, identify and delineate appropriate landscape units for planning and analysis;

2) Comprehensively inventory the biological and physical components (vegetation cover types, wildlife species and numbers, seasonal habitats, current land uses, existing patterns of development, etc.) affected by the proposed development.  This inventory can consist of available studies, data, and prior environmental analyses <u>to the extent existing information adequately characterizes the affected resources</u> (environment), but may require additional data collection if missing information is necessary to conduct an adequate landscape analysis (i.e., to support a reasoned choice among the alternatives). The inventory should:

   i)   describe how key physical and biological components are functionally interconnected or interdependent, for example, the seasonal ranges and migration patterns of a big game herd or the watershed processes that sustain a healthy fishery;

   ii)  identify the habitat components that limit wildlife populations, fulfill key habitat functions or sustain ecologically diverse communities; and

   iii) objectively assess the existing condition of all major ecological components based on quantitative inventory and monitoring data.  If adequate resource data are not available, include a means of collecting the information;

3) Identify landscape goals and objectives based on the desired condition (properly functioning condition) of major ecological components and processes;

4) Comprehensively describe past, present, and reasonably foreseeable developments and land uses including the potential locations and scale of oil and gas developments. Identify direct, indirect, and cumulative effects of development and land uses, including whether the condition or functions of the various ecological components may be impaired;

5) Identify and prioritize areas suitable for potential mitigation projects;

6) Formulate effective management and mitigation to avoid, minimize, rectify, or compensate adverse impacts;

7) Design a technically sound monitoring plan that will enable managers to refine the assessment of impacts, evaluate the effectiveness of mitigation, and detect unforeseen conditions;

8) As necessary, design and conduct research to study and evaluate presently unquantified effects, resource conditions, and key ecological processes; and

9) Adjust monitoring, management and mitigation as necessary to achieve landscape goals and objectives more effectively, address unforeseen conditions, or improve practices based on research results (this is an application of "adaptive management").

8

BLM_0075061

## OIL AND GAS IMPACTS

### Sources and Significance of Impacts

Oil and gas developments cause a range of adverse effects on wildlife (refer to "References Consulted" and Appendix J), but in some circumstances may also create enhancement opportunities. Ecologically speaking, virtually all disturbances constitute an impact at some level. Excavations, roads, facilities, equipment, human activity, noise, and changes to water quantity/quality physically eliminate habitat, reduce the effectiveness of a larger area of otherwise suitable habitat, and may introduce or attract abnormally high numbers of competitive or predatory organisms. The significance of the impact depends on the amount, intensity, and duration of the disturbance, the specific locations and arrangements of the disturbance, and the ecological importance of the habitats affected. Small, isolated disturbances within non-limiting habitats are often a minor consequence within most ecosystems. However, larger-scale developments within habitats that are essential to survival or reproduction of wildlife become a more significant concern because such impacts cannot be relieved or absorbed by surrounding, unaltered habitats. Prudent risk management dictates each increment of disturbance should be planned, managed and mitigated to avoid cumulatively significant effects. When it is reasonable to anticipate a cumulatively significant adverse effect, 40 CFR 1500.2(a) and (f), 1500.6, 1508.27(b)(7), 1502.14(f), and 1502.16(h), taken collectively, require each federal agency shall interpret and administer its existing statutes and authorities to avoid, minimize or mitigate the effects of component actions to the extent practicable. Impacts to limiting habitats and habitat functions will be the focus of this document.

Potential enhancement opportunities associated with oil and gas development may include the use of produced water to create wetlands and other water sources or to irrigate vegetation in ecologically appropriate circumstances. Effective mitigation and successful reclamation may bring about additional enhancement possibilities. An integrated mitigation program should consider and incorporate such opportunities where they accrue. Individual companies have also voluntarily implemented a number of field design and management practices to reduce their level of impact, as well as funding several mitigation projects, monitoring and research studies. Examples include directional drilling to reduce well pad densities, use of oak mats to reduce vegetation disturbance, installation of liquid gathering systems, contributions to the Jonah Field and Pinedale Anticline mitigation funds for habitat improvement, and funding for mule deer and sage-grouse research.

Adverse effects of oil and gas development can be divided into 7 categories: 1) direct loss of habitat; 2) physiological stress to wildlife; 3) disturbance and displacement of wildlife; 4) habitat fragmentation and isolation; 5) alteration of environmental functions and processes (e.g., stream hydrology, water quantity/quality); 6) introduction of competitive and predatory organisms; and 7) secondary effects created by work force assimilation and growth of service industries. The direct loss or alteration of habitat is always a concern. The collective area of disturbance may encompass just 5-10% of the land, however the influence of each facility (well pad, road, overhead power line, etc.) extends to a larger surrounding area where the proximity of disturbance causes stress and avoidance by wildlife. For mule deer, alert and flight reactions have been detected up to 0.29 miles from the source of disturbance (Freddy et al. 1986), whereas

BLM_0075062

habitat avoidance responses may extend to distances of over a mile (Sawyer et al. 2008). The authors also reported deer respond negatively to roads with high traffic levels associated with winter drill sites. Zones of negative response can reach over half mile for elk on open winter ranges (Brekke 1998; Hayden-Wing Associates 1990; Hiatt and Baker 1981; Johnson and Lockman 1979, 1981) and up to several hundred meters for some raptor species during egg laying and early incubation (Fyfe and Olendorff 1976, White Thurow 1985). Results from year 3 of an ongoing study indicate migrating pronghorn avoid the more densely developed areas of the Pinedale Anticline fields (Berger pers. comm., Berger et al. 2008).

As densities of wells, roads, and facilities increase, habitats within and near well fields become progressively less effective until most animals no longer use these areas. Animals that remain within the affected zones are subjected to increased physiological stress. This avoidance and stress response impairs habitat function by reducing the capability of wildlife to use the habitat effectively. In addition, physical or psychological barriers lead to fragmentation of habitats, further limiting access to effective habitat. An area of intensive activity or construction becomes a barrier when animals can't or won't move through it to use otherwise suitable habitat. These impacts are especially problematic when they occur within or adjacent to limiting habitats such as crucial winter ranges and reproductive habitats.

Sawyer et al. (2006) state, "There are 2 potential concerns with the apparent avoidance of well pads by mule deer. First, the avoidance or lower probability of use of areas near wells creates indirect habitat losses of winter range that are substantially larger in size than the direct habitat losses incurred when native vegetation is removed during construction of the well pad. Habitat losses, whether direct or indirect, have the potential to reduce carrying capacity of the range and result in population-level effects (i.e., survival or reproduction). Second, if deer do not respond by vacating winter ranges, distribution shifts will result in increased density in remaining portions of the winter range, exposing the population to greater risks of density-dependent effects. Consistent with Bartmann et al. (1992), we would expect fawn mortality to be the primary density-dependent population regulation process because of their high susceptibility to over-winter mortality (White et al. 1987, Hobbs 1989)." ... "Assuming there is some level of increased energy expenditure required for deer to alter their winter habitat-selection patterns (Parker et al. 1984, Freddy et al. 1986, Hobbs 1989), the apparent displacement of deer from high-use to low-use areas has the potential to influence survival and reproduction."

Along similar lines, Naugle et al. (*In press*) wrote, "Recent research shows that sage-grouse populations decline when cumulative impacts of development negatively affect reproduction or survival (Aldridge and Boyce 2007), when birds behaviorally avoid infrastructure in one or more seasons (Doherty el al. 2008), or both (Lyon and Anderson 2003; Holloran 2005; Kaiser 2006; Holloran et al. 2007). Behavioral avoidance of energy development reduces the distribution of sage-grouse and may result in population declines if density-dependence or habitat suitability lowers survival or reproduction in displaced birds (Holloran and Anderson 2005; Aldridge and Boyce 2007). Adult female sage-grouse in Canada lead their young into the Manyberries Oil Field where succulent forbs were abundant, but despite this attraction, the development was a population sink where risk of chick mortality increased 1.5 times for each additional well visible within 1 km of the brood (Aldridge and Boyce 2007: Appendix C2). In the Powder River Basin, sage-grouse were 1.3 times less likely to use otherwise suitable winter habitats that have been

10

developed for energy (12 wells/4 km²), and differences were most pronounced in high quality winter habitat with abundant sagebrush cover (Doherty et al. 2008: Appendix C3)."

Oil and gas developments also affect aquatic ecosystems. The overall health of an aquatic habitat derives from the condition of the entire watershed including the uplands, riparian corridor and the stream channel. Impacts to the upland plant community and environment can have a very immediate impact on an aquatic system, because the condition of vegetation throughout a watershed is the major factor determining the quantity and quality of the associated flow regime. In essence the runoff is naturally regulated by healthy, diverse vegetation. Vegetation in good condition provides greater ground cover, which reduces runoff and increases infiltration rates. Furthermore, diverse plant communities contain various microsites that enable snow to melt at differing rates, thereby extending the runoff period. Collectively, these factors produce more stable base flows essential for healthy fish and riparian habitats. Reduced sedimentation is another major benefit to aquatic organisms. Healthy vegetation naturally produces a healthy water cycle. However, some unimpacted stream systems in Wyoming have a natural flow regime dominated by sharply fluctuating runoff, high sediment loads and unstable channel. These types of systems sustain a native biotic community adapted to this harsh environment. When developments alter physical conditions (i.e., stabilize flow regimes, reduce sediment loads), the opportunity exists for native species to be replaced by detrimental, non-native species.

Energy booms also bring about rapid growth of human populations, which can have additional impacts on terrestrial, riparian and aquatic ecosystems. These "secondary effects" arise from additional housing, service industries, transportation corridors, and other infrastructure. In western Wyoming, much of the private land available for development or subdivision is located within and near riparian corridors. This pattern of land ownership is clearly evident from BLM surface status maps, and is particularly the case in areas like the upper Green River Basin. The region contains some of the most valuable and unique wetlands and riparian habitats in Wyoming, for example, the New Fork potholes and several important wetland complexes and subirrigated meadows near Cora and Merna. As additional infrastructure is constructed to accommodate support services, some of the development inevitably takes place within or near riparian corridors. Appropriate mitigation should be considered and may include acquisition of non-crucial upland sites for housing, conservation easements to protect important wetlands and riparian habitats, and mitigation projects to build or enhance replacement wetlands.

<u>Key Misconceptions about Wildlife Responses to Development</u>

1) Wildlife relocate to unaffected habitats, so there really is no impact (i..e., "they just move out of the way").

This common assumption contradicts a fundamental axiom of population ecology and wildlife management that has been known and reconfirmed since the time of Aldo Leopold – populations of organisms increase to fill vacant, suitable habitat and are then regulated by the essential component of their habitat that is in least supply (Leopold 1933; Edwards and Fowle 1955; Smith 1966:355; Odum 1971:183). For example, availability and quality of crucial winter ranges at lower elevations generally limit productivity, recruitment and abundance of migratory big game populations in mountainous environments. Complexes of

BLM_0075064

suitable breeding and brood-rearing habitats are thought to limit populations of sage-grouse. In any given environment, existing populations of wildlife occupy the habitats that are suitable. Conversely, the areas that are not suitable for one reason or another are not used. When activities associated with energy development displace animals from otherwise suitable habitats, the animals are forced to utilize marginal habitats or they relocate to unaffected habitats where the population density and competition increase. Consequences of such displacement and competition are lower survival, lower reproductive success, lower recruitment, and lower carrying capacity leading ultimately to population-level impacts.

2) Deer and pronghorn are frequently seen foraging near oil and gas facilities and even use habitats in the middle of oil fields. This indicates they become accustomed to, and are not affected by such activities.

Individuals within any population exhibit varying tolerances to disturbances. Some animals, especially resident or non-migratory individuals, may acclimate or modify their behavior in response to repetitious, non-threatening activity such as traffic. However, other segments of the same population may remain sensitive to disturbance. The health of the overall herd depends on the ability of all population segments to effectively utilize limiting resources. Displacement away from oil and gas development is not necessarily evident if some animals remain visible near the disturbance and appear acclimated to it. Sawyer et al. (2008) found that the majority of wintering mule deer were displaced farther as development of a natural gas field progressed during the first 3 years, then displacement distance decreased (though was still significant) in a severe winter during year 4. In year 5, avoidance distance increased from year 4 and was similar to year 1. During the first 5 years of study, deer use of the developed area declined 45%, whereas the overall Sublette Herd declined only 25%(due to the hard winter of 2003-2004). By 2007, the decline remained disproportionately greater in the developed area (30%) compared to the overall herd (10%). Further, the presence of animals on disturbed sites near human activity does not mean they are not being negatively affected. Studies have documented increased physiological stress within several species exposed to varying degrees of human activity. Responses to activity may also seem less apparent as the animal reaches a state of diminished health.

Migratory behavior is an important adaptation that enables a population to benefit from seasonal abundance of forage and cover at higher elevations and milder winters at lower elevations. Migratory animals attain better physiological condition by accessing high quality forage within transitional and summer ranges, and then move to winter ranges typified by a milder climate, less snow accumulation and available browse. However, the sensitivity of migratory segments to oil and gas disturbance can reduce their effective use of winter ranges, thereby canceling the advantages of migratory behavior. Avoidance and stress responses to sources of disturbance are thoroughly documented in the literature (Refer to "References Consulted" and Appendix J).

3) Seasonal use stipulations, standard operating procedures, and reclamation practices are adequate mitigation for wildlife resources affected by oil and gas developments.

12

Kniola and Gil (2005) documented 84% of coalbed methane wells and facilities in NE Wyoming were out of compliance with reclamation success standards and other conditions of approval. WGFD field personnel also report noncompliance issues in western Wyoming. In addition, some BLM field offices have routinely granted exceptions to seasonal operating restrictions despite presence of animals in the area.

When they are consistently applied, seasonal use restrictions are a valuable tool for limiting disturbance to wildlife at sensitive times of year. However, seasonal restrictions are currently limited to exploration and drilling phases of oil field development. Oil and gas operations also disturb and displace wildlife throughout a production life of up to 40 years and longer. A variety of management and mitigation tools are available to minimize impacts of an operating oil or gas field (Appendices A and B) and to offset unavoidable impacts by providing replacement resources (Appendix F).

In accordance with 43 CFR 3162.5-1(a) and Section 6 of the standard federal oil and gas lease terms (Form 3100-11), "Lessee shall conduct operations in a manner that minimizes adverse impacts to the land, air, and water, and to cultural, biological, visual, and other resources, and other land uses or users. Lessee shall take reasonable measures deemed necessary by lessor to accomplish the intent of this section."

This provision gives the BLM authority to stipulate reasonable protective measures necessary to reduce or mitigate impacts to wildlife habitat and related environmental values. The current interpretation and application of standard lease terms, timing limitations, and reclamation are important mitigation during the initial development and final reclamation phases of oil and gas development. However, it is equally, if not more important to apply effective mitigation throughout the production phase, because production usually results in substantial, long-term loss of habitat functions. Mitigation has generally not been required during the production phase, as evidenced in prior NEPA documents (USDI Bureau of Land Management 1985, 1986a, 1986b, 1987, 1988a, 1988b, 1992, 1996a, 1996b, 1997, 1998, 1999, 2000, 2003a, 2004a).

In the extreme case, long-term displacement of wildlife from preferred habitats and severed migration routes could eliminate "migration memory" that required millennia to evolve. Each successive cohort of ungulates learns the locations of suitable winter habitats and migration routes from older, experienced females that lead them (Baker 1978; Mackie et al. 1998:44; and others). Extended disruptions of migration or habitat use could erase learned behavior from entire cohorts of young animals, breaking the tradition of migration to the most suitable winter habitats.

4) Adding more and cleaner water to a stream, improves it for fish.

Hydrology and other physical properties of a stream are determined by an array of environmental factors including geology, climate, topography, land cover, and other factors (Leopold et al. 1964). The natural biotic community inhabiting a stream system is adapted to the range of conditions expressed in the system via the flow regime, water quality and physical habitats (Poff and Allan 1995). Any disturbance that causes a change or shift in the

BLM_0075066

range of conditions may also produce a change in the biotic community (Bunn and Arthington 2002). Changes in hydrologic conditions, whether from increases or decreases in water supply or changes in water quality or temperature, should be evaluated based on how they will affect the existing biotic community.

Impact Thresholds

As applied in this document, "impact thresholds" are levels of development and disturbance that impair key habitat functions by directly eliminating habitat, by disrupting wildlife access to, or use of habitat, or by causing avoidance and stress. Impact thresholds, appropriate management, and mitigation will vary depending on species and habitats affected. Our most pressing need is to address the species and habitat functions affected by impending, large-scale developments in sagebrush/steppe ecosystems. In the future, we may expand this document to consider additional species, ecosystems and habitat functions.

Participating biologists from the WGFD identified impact thresholds based on the best available science (see "References Consulted" and Appendix J), and their collective field experience. Relevant studies have documented varying degrees of avoidance and stress responses to sources of noise and activity. However, any level of oil and gas development potentially creates an impact. It is legitimate to apply management practices and mitigation to reduce or offset the effects of even a single well in crucial habitat. The challenge of the Mitigation Working Group was to identify ranges of development that constitute "moderate," "high," and "extreme" impacts, for the purpose of recommending appropriate management and mitigation.

We based the thresholds on 2 quantitative measures – density of well pad locations and cumulative area of disturbances per square mile (see "square mile" defined on page 7). The cumulative area of disturbance represents direct loss of habitat. In addition to well pads, many other facilities and activities can affect wildlife in a typical well field, for example roads, storage tanks, equipment staging areas, compressor stations, shops, pipelines, power supplies, traffic, human presence, etc. The density of well pads provides a general index to the intensity of well field development and associated activity. Naugle et al. (2006), Walker et al. (2007a), and Naugle et al. (*In press*) concluded the density of well pads is highly correlated with other features of development and therefore comprises a suitable index representing the extent of development. The Working Group adopted this approach because it would be exceedingly difficult, based on the available literature, to factor every aspect of well field development into a comprehensive set of disturbance criteria. In some cases, thresholds based on well pad densities and cumulative acreages may under-represent the actual level of disturbance. However, the cumulative effect can be lessened by conscientiously applying management practices described in Appendices A, B, and C as appropriate. Where management practices or a particular development configuration produce less impact than the applicable threshold criterion would indicate, mitigation can be site-specifically adjusted. Such mitigation adjustments should be recommended by the APWG to the BLM after consultation with the WGFD.

BLM_0075067

Threshold Classifications

Wildlife species and habitats addressed by the current version of these mitigation recommendations include:

Mule Deer ............................................ crucial winter range
Pronghorn ...................................... crucial winter range
Sage-grouse ................................. core and non-core areas
Elk ............................................... crucial winter range,
............................................... parturition (calving) areas
Big Game ..................................... migration corridors
Moose ........................................ crucial winter range
Bighorn Sheep ............................. crucial winter range,
............................... parturition (lambing) areas
Species of Greatest Conservation
    Need (SGCN) ........................... important seasonal or yearlong habitats
Riparian Corridors, Wetlands,
    and Aspen Communities ................. all
Priority watersheds ........................ designated by the WGFD
Class 1 & 2 Streams (now termed blue
    and red ribbon fisheries) ................ designated by the WGFD
Native Cutthroat Trout ..................... Core Conservation Populations and Conservation
                                             Populations
Overlapping Vital & High Value Habitats

Impact thresholds were identified based on well pad densities and acreages of disturbance that correspond to "moderate," "high," and "extreme" impacts to habitat effectiveness.  The Commissions Mitigation Policy establishes programmatic direction for department recommendations to avoid, minimize or mitigate impacts to important wildlife habitats, as described in the definitions on pages 5-6.

Descriptions of important habitat resources and management concerns can be obtained from the WGFD SHP and the WGFD SWAP, the Wyoming Greater Sage-Grouse Conservation Plan, Nongame Bird and Mammal Plan (Oakleaf et al. 1996), and other publications, maps, databases, and GIS layers maintained by the WGFD.  Detailed information from these sources includes locations of crucial winter ranges, parturition areas, migration corridors, sage-grouse leks, raptor nests, priority non-game species and habitats, species of greatest conservation need (SGCN), wetlands, priority watersheds, and other important habitats.  The WGFD maps and geo-referenced data sets include big game seasonal range maps, herd unit reports, the Wildlife Observation System database, Atlas of Birds, Mammals, Amphibians, and Reptiles in Wyoming (Cerovski et al. 2004), priority terrestrial and aquatic habitat maps, National Wetland Inventory maps, stream/lake database, and fish link database. Explanations and maps of priority watersheds and terrestrial habitats are available on the WGFD's website (http://gf.state.wy.us/) by selecting "habitat home."  Specific requests for other maps, inventories and data queries can be directed to (307)-777-4588 (terrestrial

15

resources and wetland maps) and (307)-777-4559 (aquatic resources).  National Wetland Inventory Maps are also available at the following web address: http://www.fws.gov/nwi/. The Department adds and updates resource information on its website as new data become available.

## IMPACT THRESHOLDS, MANAGEMENT AND MITIGATION RECOMMENDATIONS – TERRESTRIAL RESOURCES

The WGFD recognizes that there may be geological limitations, lease language and surface and downhole management requirements that may constrain the full implementation of these recommendations.

All 3 levels of impact – moderate, high, and extreme –result in a loss of habitat function.  To the extent reasonable, seasonal use restrictions, standard management practices in Appendix A, and appropriate habitat mitigation in Appendix F should be applied at all levels of development to avoid and minimize impacts.  Development in core and non-core sage-grouse habitats should be addressed through the application of best management practices (BMPs) and stipulations found in Appendices B and C.  Additional management prescriptions, compensatory/off-site mitigation or optional contributions to a mitigation account may be necessary to mitigate high and extreme impacts resulting from more intensive developments.  Impact thresholds are based on well fields in both the development (drilling, construction, completion) and production phases.  If monitoring data demonstrates impacts are substantially different after a field goes into production, mitigation can be adjusted.

The matrix that follows (Table 1) identifies impact thresholds and the types of management and mitigation recommended to avoid, minimize, or offset impacts to important wildlife species and habitats.  The subsequent species accounts provide additional detail.  The basis for management and mitigation recommendations is the higher level of impact based on the density of well pad locations or the area of disturbance per square mile.  In addition to well pads, the area of disturbance includes all roads, pipelines, facilities, and other surface disturbances associated with a well field.  Specific mitigation needs will be evaluated and recommended on a case-by-case basis.  This evaluation should consider the availability of suitable mitigation sites, feasibility of long-term restoration, enhancement, and protection of alternative habitats, and adequacy of funding or other commitments to sustain alternative habitats throughout the life of the oil and gas field until final reclamation is established and successful.

The density of well pad locations and the area of disturbance per $mi^2$ are calculated as follow:
1.  Outline the well field boundary (polygon) using the outside edges of the outermost disturbed areas.
2.  Determine the total area ($mi^2$) enclosed within the well field boundary.
3.  Tally the number of well pad locations* and total acres of disturbance within the well field boundary.
4.  Divide each tally from No. 3 by the total area of the well field ($mi^2$) from No. 2.

16

BLM_0075069

\* Well pad locations include all well pads containing production wells, injection wells, and wells being actively drilled. "Shut-in" wells that will be put into production in the future are also included. Well pad locations do not include abandoned, plugged, reclaimed and decommissioned wells, "dry" wells, or historic well sites.

The area of a lease generally will not be the basis for density and disturbance calculations unless the lease boundary outlines the well field as described above. When operations of 2 or more companies are contiguous or intermingled, all adjoining operations should be included in the density and area calculations and should be considered jointly when formulating a mitigation plan. Because impacts to the function and effectiveness of wildlife habitats extend beyond the area that is physically disturbed, mitigation should be applied as appropriate to address those impacts. Companies and the BLM should consult the WGFD to assist with identifying disturbance boundaries for wildlife impact assessments.

17

Table 1. Impact thresholds and summary of mitigation recommendations for terrestrial resources.

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate | High | Extreme |
| Species and Habitat Function | Impairment of habitat function becomes discernable – however the impact can be significantly reduced or eliminated through seasonal use restrictions, standard or best management practices (Appendices A and B), and/or habitat mitigation options (Appendix F). Habitat mitigation options will be implemented onsite, but offsite alternatives may be considered if they provide greater benefits. | Impairment of habitat function increases – the impact will be more difficult or at times impossible to effectively mitigate within the project area. The impact can be reduced, but probably not eliminated through seasonal use restrictions and more intensive management and mitigation practices (Appendices A, B, and F). Off-site mitigation may be necessary. This level of development is discouraged. | Habitat function is substantially impaired or lost – the impact cannot be fully mitigated within the project area, but can be partially reduced through seasonal use restrictions and intensive management and mitigation practices (Appendices A, B, and F). Off-site mitigation will be necessary. This level of development should be avoided to the extent possible. |
| Mule Deer Crucial Winter Ranges | 1 well pad location or <20 acres disturbance per square mile [1]<br><br>Recommendations:<br>– seasonal use restrictions<br>– standard management practices [2]<br>– habitat mitigation options [3] | 2-4 well pad locations or 20-60 acres disturbance per square mile [1]<br><br>Recommendations:<br>– seasonal use restrictions<br>– standard management practices [2]<br>– additional management prescriptions<br>– habitat mitigation options [3]<br>– habitat mitigation can be off-site, if not feasible or effective onsite, but needs to be within the same landscape planning unit in order to mitigate the impact. | >4 well pad locations or >60 acres disturbance per square mile [1]<br><br>Recommendations:<br>– seasonal use restrictions<br>– standard management practices [2]<br>– additional management prescriptions<br>– habitat mitigation options [3]<br>– compensatory habitat mitigation will be off-site, as necessary, but needs to be within the same landscape planning unit in order to mitigate the impact. |

BLM_0075071

Table 1. (*continued*).

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate | High | Extreme |
| Pronghorn Crucial Winter Ranges | 1-4 well pad locations or <20 acres disturbance per square mile [1]<br><br>Recommendations: Same management and mitigation practices described for mule deer (moderate impact) | 5-16 well pad locations or 20-80 acres disturbance per square mile [1]<br><br>Recommendations: Same management and mitigation practices described for mule deer (high impact) | >16 well pad locations or >80 acres disturbance per square mile [1]<br><br>Recommendations: Same management and mitigation practices described for mule deer (extreme impact) |
| Sage-grouse Core Areas [4] | Sage-grouse core areas (Appendix D) have been officially designated by the Wyoming Game and Fish Department pursuant to Governor's Executive Order No. 2008-2 (Appendix E). The objective for core areas is to maintain existing habitat function by permitting development activities that will not cause declines in sage-grouse populations. If development does not exceed the thresholds outlined below and if applicable management practices and stipulations are applied, impacts to sage-grouse populations are presumed low and do not require additional mitigation.<br><br>Threshold and mitigation specifications:<br>1) *Well pad densities not to exceed an average of 1 pad per square **mile (640 acres)**. The number of well pads within a 2 mile radius of the perimeter of an occupied sage-grouse lek should not exceed 11, **distributed preferably in a clumped pattern in one general direction from the lek.***<br>2) Surface disturbance limited to <5% of sagebrush habitat per 640 acres.<br>3) No surface occupancy (NSO) within 0.6 mi of the perimeter of occupied sage-grouse leks (Carr 1967; Wallestad and Schladweiler 1974, Rothenmaier 1979, Emmons 1980, and Schoenberg 1982 as analyzed by Colorado Greater Sage-grouse Conservation Plan Steering Committee 2008).<br>4) Standard management practices (Appendix A) and appropriate best management practices (Appendix B) applied.<br>5) Stipulations for core areas applied (Appendix C).<br>6) Allowance for somewhat higher well pad densities and surface disturbance may be considered on a case-by-case basis when the impact can be controlled through site selection, clustered configurations, and other design considerations. |

19

BLM_0075072

*Wyoming is pursuing a statewide strategy to conserve sage-grouse populations in cooperation with the U.S. Fish and Wildlife Service and other federal and state agencies. Called the "Greater Sage-grouse Core Area Strategy, the objective is to protect regional and statewide populations by limiting development in core areas encompassing 82% of the State's sage-grouse population.  The intent is to allow greater flexibility for development in non-core areas so long as connectivity between core areas is maintained.  The oil and gas recommendations identify thresholds of development resulting in "medium," "high" and "extreme" impacts to <u>individually affected leks in both core and non-core areas</u>.  However, these site-specific thresholds are not to be confused with NEPA criteria for determining if an action has significant impacts triggering preparation of an EA or EIS [40 CFR 1502.3; 40 CFR 1508.27].  The core area strategy accepts "high" or "extreme" impacts may result in loss of some leks and population declines in non-core habitat, but this is not significant to regional and statewide sage-grouse populations [in the NEPA sense] if the habitat required to sustain those populations is maintained in core areas with adequate connectivity provided in non-core areas.*

*Bullet number six of the Governor's Executive Order # 2008-2 states the following about non-core area management.  "Incentives to enable development of all types outside Core Population Areas should be established (these should include stipulation waivers, enhanced permitting processes, density bonuses and other incentives).  However, such development scenarios should be designed and managed to maintain populations, habitats and essential migration routes outside Core Population Areas."*

*Planning and management of development in non-core habitat will require early coordination between the developer, the permitting agency and WGFD to determine how to maintain populations, habitats and essential migration routes.*

BLM_0075073

Table 1. (*continued*).

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate | High | Extreme |
| Sage-grouse Non-core Areas | No surface occupancy (NSO) within 0.25 mile of the perimeter of each lek. Thresholds and mitigation apply to all development within 2 miles of a lek, and within identified nesting/brood-rearing habitats > 2 miles from a lek.  In addition, seasonal use restrictions should apply to leks at all impact thresholds. | | |
| | >1&<2 well pad locations or <20 acres disturbance per square mile [1]<br><br>Recommendations: Same management and mitigation practices described for mule deer (moderate impact) plus Sage-grouse BMPs [5] | 2-3 well pad locations or 20-60 acres disturbance per square mile [1]<br><br>Recommendations: Same management and mitigation practices described for mule deer (high impact) plus Sage-grouse BMPs [5] | >3 well pad locations or >60 acres disturbance per square mile [1]<br><br>Recommendations: Same management and mitigation practices described for mule deer (extreme impact) plus Sage-grouse BMPs [5]. Avoid this level of Development to the extent possible. |
| Sage-grouse Winter Concentration Areas | To the extent practicable, avoid locating wells, roads, or other facilities within identified winter concentration areas (USDI/BLM 2004c).  Avoid all activities and disturbance from 15 November through 14 March. Impact thresholds, management and mitigation practices are the same as described for non-core areas. | | |
| Columbian Sharp-tailed Grouse Habitat | Best management practices are adopted from: "Actions to Minimize Adverse Impacts to Wildlife Resources" (Colorado Division of Wildlife draft dated August 18, 2008).  Refer to section in text. | | |

21

BLM_0075074

Table 1. (*continued*)

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate | High | Extreme |
| Elk Crucial Winter Ranges and Parturition Areas | N/A | 1-4 well pad locations or up to 60 acres of disturbance per square mile [1]<br><br>Recommendations:<br>Same management and mitigation practices described for mule deer (high impact) | >4 well pad locations or >60 acres of disturbance per square mile [1]<br>Recommendations:<br>Same management and mitigation practices described for mule deer (extreme impact) |
| Moose Crucial Winter Ranges | 1-4 well pad locations or <20 acres disturbance per square mile [1]<br><br>Recommendations:<br>Same management and mitigation practices described for mule deer (moderate impact) | 5-16 well pad locations or 20-80 acres disturbance per square mile [1]<br><br>Recommendations:<br>Same management and mitigation practices described for mule deer (high impact) | >16 well pad locations or >80 acres disturbance per square mile [1]<br><br>Recommendations:<br>Same management and mitigation practices described for mule deer (extreme impact) |
| | – Plow gaps in high snow embankments on both sides of plowed well field roads every quarter mile.<br>– No surface occupancy within riparian corridors or a 500-foot buffer. | | |
| Bighorn Sheep Crucial Winter Ranges and Lambing Areas | No disturbance (No Surface Occupancy) within crucial winter ranges or lambing areas | | |
| Big Game Migration Corridors | No surface occupancy (NSO) within migration corridors or bottlenecks less than 0.5 mi wide, avoid further constrictions of broader corridors | | |

22

BLM_0075075

Table 1. (*continued*)

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate | High | Extreme |
| Species of Greatest Conservation Need (SGCN) (WGFD 2005 – Appendix H). | Consult species distribution maps and conservation actions for SGCN (available from the WGFD public website).  Locations within overlapping ranges of multiple SGCN are generally the highest priority.  Consult WGFD to assess levels of impact and appropriate mitigation, which will be site-specific and species-specific.<br><br>Generally, the following thresholds, management practices and additional management prescriptions will apply except where otherwise specified in this document and through the consultation process. | | |
| | 1-4 well pad locations or <20 acres of disturbance per square mile [1]<br><br>Recommendations:<br>– standard management practices [2]<br>– habitat mitigation options [3] | 5-16 well pad locations or 20-80 acres of disturbance per square mile [1]<br><br>Recommendations:<br>– standard management practices [2]<br>– habitat mitigation options [3]<br>– consult WGFD Non-game Section for additional management prescriptions and habitat treatments | >16 well pad locations or >80 acres of disturbance per square mile [1]<br><br>Recommendations:<br>– standard management practices [2]<br>– habitat mitigation options [3]<br>– consult WGFD Non-game Section for additional management prescriptions and habitat treatments |
| T&E Species | Protective measures are identified through Section 7 Consultation with the USFWS | | |
| Riparian Corridors and Wetlands | – No surface occupancy within riparian corridors and a 500-foot buffer from the transition between riparian and upland habitat.<br>– No surface occupancy within a wetland and a 500-foot buffer from the wetland margin.<br>– Avoid or mitigate impacts of  other growth-related developments by acquiring conservation easements to protect important wetlands and riparian corridors and by completing wetland/riparian mitigation projects. | | |

23

Table 1. (continued)

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate | High | Extreme |
| Overlapping Vital or High Value Habitats | – Apply impact thresholds and management/mitigation practices that address the impact to each species without causing significant, adverse effects to other species.<br>– As necessary, impact assessments and recommended mitigation are additive to address all species' needs. | | |
| Aquatic Resources | Refer to Aquatic Section (Page 38) | | |

[1] Based on a relatively even geographic distribution of well pad locations or disturbed areas in a square mile.  Appropriate allowances will be made for clustered configurations or directional drilling on a case-by-case basis.
[2] Consult Appendix A
[3] Consult Appendix F
[4] Consult Appendices B, C
[5] Consult Appendix B

Note: The well pad densities described in this section identify various thresholds of impact to wildlife and are not based on classification systems used by the Wyoming Oil and Gas Conservation Commission (WOGCC) or other entities.


**MULE DEER** – crucial winter range

During winter, mule deer exhibited an alert/flight response to disturbances associated with noise and activity up to 0.29 mi from the source (Freddy 1996).  A density of 4 evenly spaced well pads per section would place over 90% of surfaces within 0.29 mi. of a well pad.  More definitive research by Sawyer et al. (2008) during the first 5 years of natural gas development on the Pinedale Anticline documented that areas within 1.6 miles of well pads received significantly less deer use and were classified as low or moderate use areas.  These observed use patterns in relation to well pads, in combination with observed deer preference for various slope, aspect, elevation, and road density variables, were used to predict overall deer use patterns across the entire study area during winter.  The amount of predicted deer avoidance generally increased with a decreased distance to well pads.  The study predicted that deer use would be half the normal deer use within an average distance of 1.2 miles from well pads.  Based on unpublished GPS observations from Sawyer's study, average deer use was 31% higher than expected (due to displacement) on sections with no well pads (n = 154 sections), 13% lower than expected on sections with 1 well pad (n = 45 sections), and 25% lower than expected on sections with 2 well pads (n = 21 sections).  This much simpler analysis was based on an assumption that expected deer distribution was random

24

and not influenced by environmental variables other than oil and gas development. Insufficient samples of sections with pad densities exceeding 2 per mi$^2$ were available for reliable interpretation. By year 7 of the study, overall deer use of the development area was 30% lower than the level of use documented pre-development, whereas the entire Sublette Deer Herd was 10% lower. From this information, we concluded a density of 1 well pad per square mile causes a moderate impact and a density of 2-4 well pads per square mile causes a high impact. The impact is considered extreme when densities exceed 4 well pads per square mile.

Liquid gathering systems (LGS) and directional drilling are effective best management practices for reducing human activity and surface disturbance during development. Sawyer et. al. (2008) reported indirect habitat loss to mule deer may be reduced approximately 38-60% when liquids are collected in pipelines rather than stored at well pads and hauled off on tanker trucks.

Winter drilling (November 15 – April 30) may become increasingly common under present energy policy. Sawyer et. al. (2008) cautioned wintering mule deer are sensitive to this type of disturbance and indirect habitat loss may increase by a factor of >3 when seasonal restrictions are waived. Wildlife managers should expect considerable short-term displacement of wintering mule deer if year-round drilling is permitted in crucial winter range. However, year-round drilling can be an acceptable tradeoff if the disturbance footprint is limited to 1 well pad/mi$^2$ (through directional drilling technologies) and if winter drilling operations are confined to a small portion of the crucial winter range complex at any given time. All proposals for year-round drilling should be reviewed by the WGFD and APWG. Final recommendations will be based on the location and sensitivity of the area proposed for drilling, other disturbance factors affecting deer use of the winter range, and conservation benefits realized by significantly reducing well pad densities and shortening the length of time required to complete the drilling phase.

**moderate impact**: 1 well pad location or up to 20 acres of disturbance per square mile. Habitat becomes less effective within zones surrounding each well, facility, road corridor, persons afoot, and vehicular and equipment activity. Appropriate management practices and habitat treatments can be applied to mitigate impacts. The WGFD recommends well field developments not exceed 1 well pad location per square mile within mule deer crucial winter ranges because it is unlikely habitat effectiveness can be maintained at higher densities (based on reviews of Sawyer et al. 2005, 2006, 2008). The following management and mitigation practices should be required for well field developments of 1 well pad location, and up to 20 acres of disturbance per square mile:
 – Apply standard seasonal use restrictions for big game (standard drilling stipulations). No development on crucial winter ranges from 15 November through 30 April. To the extent practicable, minimize disturbances and activities within producing well fields during the same timeframe. If the drilling operation and related activity are confined to a small portion of the crucial winter range complex at any given time and the approved field development plan limits the well pad density to 1/mi$^2$ at full field development, winter seasonal stipulations may be waived by the BLM after consultation with the WGFD and APWG (refer to previous discussion).
 – Include provisions in subcontractor agreements requiring adherence to the same seasonal use restrictions observed in company operations.
 – Apply standard mitigation practices described in Appendix A, as practicable.

25

– Design and implement habitat treatments sufficient to maintain habitat functions on-site.  In cases where offsite mitigation would provide greater benefits than onsite mitigation, the offsite mitigation should be located within the same landscape unit.   Habitat treatments should include appropriate options from Appendix F, selected through consultation with the WY Game & Fish Department and the Activity Plan Working Group (APWG).  Mitigation should be planned to offset the loss of habitat effectiveness throughout the areas directly and indirectly affected by each well or well field development.  Management practices identified in Appendix A may reduce the extent of habitat treatments needed to offset or mitigate the effect.

– <u>Mitigation Trust Account Option</u>.  This voluntary option should be considered only when it is not possible to avoid, minimize, or effectively mitigate impacts through other means.  If recommended by the APWG and approved by the BLM, the operator may contribute funding to a mitigation trust account based on the estimated cost of habitat treatments or other mitigation needed to restore the functions and effectiveness of impacted habitats.  However, the preferred approach is for the operator to fund and implement successful habitat treatments after consultation with BLM and WGFD, and under the BLM's direction and oversight.  The operator can retain a subcontractor who specializes in mitigation and reclamation.  The acreage basis for mitigation will be the amount of surface that is directly disturbed plus the additional area on which habitat functions are impaired by noise, activities and other disturbance effects.  Seasonal stipulations, standard management practices and additional management prescriptions should still be applied and will be considered when determining how many acres of habitat are functionally impaired within a well field.  Mitigation recommendations may be refined and possibly standardized as habitat treatments are implemented and their effectiveness monitored.

The area of land needed to mitigate an impact will depend on the types of treatments applied, the expected improvement to the functional capacity of the land, and the effectiveness of impact abatement (management) practices being applied within the project area.  There is no set or standard mitigation ratio.  If 100% of the habitat function is lost on an acre of land, then enough land needs to be treated such that the expected increment of improvement multiplied by the number of acres treated equals the acre-equivalent of habitat function lost.

For example, if browse production can be increased 20% by fertilizing an existing crucial winter range, the functional improvement on each treated acre is equivalent to an additional 0.2 acres of untreated browse (i.e., 0.2 acres of the browse that was impacted).  Accordingly, 5 acres would need to be treated for every acre that is impacted or functionally impaired, to replace the browse that was lost.  This treatment would be repeated as necessary to offset the loss of forage throughout the life of the disturbance.

**high impact**: 2-4 well pad locations per square mile or 20-60 acres of disturbance per square mile.  At this range of development, impacted zones surrounding each well pad, facility and road corridor begin to overlap and habitat effectiveness is reduced over a much larger, contiguous area.  Human, equipment and vehicular activity, noise and dust become much more frequent and intensive.  It may not be possible to fully mitigate the impacts by applying management practices and habitat treatments onsite.  Management practices described in Appendix A can reduce impacts somewhat and a few opportunities may exist to develop habitat treatments within the

BLM_0075079

well field or lease area.  However habitat treatments will generally be located in areas near, rather than within well fields to maintain the function and effectiveness of crucial winter ranges. The WGFD strongly discourages this level of development within mule deer crucial winter range.  If densities of 2-4 well pad location per square mile (or disturbance of 20-60 acres) cannot be avoided, the following management practices and additional management prescriptions should be required:

– Apply standard seasonal use restrictions for big game (standard drilling stipulations).  No development on crucial winter ranges from 15 November through 30 April.  To the extent practicable, minimize disturbances and activities within producing well fields during the same timeframe.

– Include provisions in subcontractor agreements requiring adherence to the seasonal use restrictions observed in company operations.

– Apply standard management practices described in Appendix A, as practicable.

– Additional management prescriptions:

  • directional drilling and unitized development.  To the extent technologically practicable, develop multiple wells from single pads by employing directional or horizontal drilling technologies.  The highest management priority within crucial winter range is to recover oil and gas resources with the least possible infrastructure and associated disturbance.  Directional drilling is an extremely important tool to accomplish this.  Where several companies hold smaller, intermingled leases, the cumulative impact could be reduced substantially if the companies enter a cooperative agreement (called unitization) to directional drill from common well pads.

  • clustered development configurations.  To the extent technologically practicable, locate well pads, facilities and roads in clustered configurations within the least sensitive habitats.  The WGFD and APWG will identify the least sensitive locations for positioning clusters of facilities.  Clustered configurations are a geographical and not necessarily a temporal (i.e., "phased development") consideration.

  • removal of liquids.  Disturbances to wildlife can be lessened substantially by piping rather than trucking liquids offsite, or by enlarging storage tank capacity to minimize truck trips and eliminate trips during sensitive times of year.  This recommendation generally applies to crucial winter ranges on which more than 1 truck trip per month is necessary to remove liquids.  (By comparison, the WGFD prohibits all public entry on State Wildlife Management Areas that function as big game winter habitats throughout the winter period).  If the potential for production of liquids is unknown, but exceeds 1 truck trip per month after production begins, consider retrofitting the field with pipelines or larger storage tanks as needed.  Each truck trip and activity associated with pumping has the potential to displace animals from suitable winter habitat for up to several days.  If subsequent monitoring establishes that animals are tolerant to this type of disturbance, more frequent trips may be justifiable.

  • remote instrument monitoring.  To the extent technologically feasible, install telemetry to remotely monitor instrumentation and reduce or eliminate travel required to manually inspect and read instruments.

  • travel plan.  Develop a travel plan that minimizes frequency of trips on well field roads.  Include provisions in subcontractor agreements requiring adherence to the same travel plan provisions observed in company operations.

27

BLM_0075080

- roads.  As appropriate, gate and close newly constructed roads to public travel during sensitive times of year.  The purpose of these roads is to access and maintain well sites, not to provide additional public travel routes.  In addition, USDI/USDA Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (USDI/USDA 2006) no longer require roads must be constructed to meet public traffic safety standards, further supporting the closure to public access.  (Preexisting BLM and USFS roads and trails should remain open if they were designated as open in the surface management agency's approved travel management plan).

- environmental monitoring.  Implement an adequate wildlife monitoring program to detect and evaluate ongoing effects such as mortalities, avoidance responses, distribution shifts, habituation, evidence of movement/migration barriers, and depressed productivity (e.g., low fawn ratios), and to assess the effectiveness of mitigation.  Monitor vegetation utilization within and outside the well field.  Each company or consultant representing the company should annually prepare a wildlife monitoring report for review by the APWG, WGFD, and BLM.  Companies may agree to conduct or fund monitoring and environmental studies as one component of an integrated mitigation program, but BLM should also commit adequate budget and staff to complete and evaluate the necessary monitoring.  In some cases, monitoring can demonstrate a previously identified concern is no longer warranted.  For example, company-sponsored monitoring established mountain plovers are more abundant and less sensitive to disturbance than previously thought (USDI/BLM 2004d).

– Habitat Treatments.  Design and implement land or vegetation treatments sufficient to maintain habitat functions within or immediately adjacent to the well field.  These habitat treatments should include options from Appendix F that are appropriate for "high impact," as recommended by the APWG and approved by the surface management agency.  Management practices in Appendix A may reduce the impact and extent of habitat treatments needed to accomplish mitigation.  Effectiveness of management practices will be evaluated by the APWG after considering analysis and recommendations by the WGFD.

– Off-Site and Off-Lease Mitigation.  If it is not possible to maintain habitat functions within or immediately adjacent to the well field, off-site and off-lease mitigation is a voluntary option that should be considered on a case-by-case basis.  The primary emphasis of off-site or off-lease mitigation is to maintain habitat functions for the affected population or herd as close to the impacted site as possible and within the same landscape unit.  Off-site and off-lease mitigation should only be considered when feasible mitigation options are not available within or immediately adjacent to the impacted area, or when the off-site or off-lease location would provide more effective mitigation than can be achieved on-site.  This determination will be made by the APWG after considering analysis and recommendations from the WGFD.

– Mitigation Trust Account Option.  This voluntary option should be considered only when it is not possible to avoid, minimize, or effectively mitigate impacts through other means.  If recommended by the APWG and approved by the BLM, the operator may contribute funding to a mitigation trust account based on the estimated cost of habitat treatments or other mitigation needed to restore the functions of impacted habitats (refer to previous discussion).  As the densities of wells and roads increase, activity levels also increase and zones of impact surrounding oil field facilities begin to overlap.  Accordingly, the acreage basis for mitigation or trust account funding will generally be larger than the area that is physically disturbed.  If

28

the trust fund option is selected, standard management practices in Appendix A, "additional" management prescriptions, and seasonal use stipulations should still be applied to the extent practicable:

**extreme impact**: >4 well pad locations or >60 acres of disturbance per square mile. Commission Mitigation Policy does not provide a viable alternative to address this level of development within "vital habitat" (no loss of habitat function is recommended). The function and effectiveness of crucial winter habitat will be severely compromised. Long-term consequences include continued fragmentation and disintegration of the winter range complex leading to decreased survival, productivity and ultimately, loss of carrying capacity for the herd. This will result in a loss of ecological functions, recreation opportunity, and associated income to the State's economy. An added consequence may include permanent loss of migration memory from large segments of unique, migratory big game herds in Wyoming. If densities exceeding 4 well pad locations per square mile (or disturbance exceeding 60 acres) absolutely cannot be avoided, the following mitigation practices, in addition to all management practices and prescriptions applicable to "high impact," are recommended to retain as much effective habitat as possible.

– Phased Development. Developing a well field in smaller incremental phases (phased development) can reduce the overall impact of a high-density field. Although complex geological, technical, and regulatory issues may constrain the use of this strategy, we encourage its consideration where feasible.

– Offsite Mitigation. Opportunities may exist to partially offset the loss of crucial winter range by completing habitat rehabilitation and enhancement projects in appropriate locations outside the well field. This type of mitigation is difficult and expensive to implement successfully, and should never be looked upon as a prescriptive solution to authorize high-density well fields in crucial winter range. The most effective solution is to avoid high-density developments. If avoidance is not feasible, plan effective habitat treatments in locations selected to minimize the loss of habitat function for the affected herd or population, within the same landscape unit.

– Acreage Basis for Mitigation. Effective habitat is essentially lost within high-density well fields, so the area of the well field will generally serve as the acreage basis for mitigation. However, this acreage basis can be reduced by implementing appropriate seasonal use restrictions, standard management practices, and additional management prescriptions described for "high impact."

– Mitigation Trust Account Option. This voluntary option should be considered only when it is not possible to avoid, minimize, or effectively mitigate impacts through other means. Refer to discussion under "high impact."

**PRONGHORN** – crucial winter range

Researchers have reported avoidance distances varying from 0.25 mi (Autenrieth 1983) to 0.6 mi (Easterly et al. 1991) from sources of disturbance. Based on a radio-telemetry study in the Pinedale Anticline of Western Wyoming, Berger et al. (2006) determined pronghorn avoided denser well fields associated with significant activity. Pronghorn consistently avoided areas within 100 m of natural gas well pads. During winter 2006-07, pronghorn movement patterns

BLM_0075082

also indicated reduced use of the developed areas, although evidence of local or regional population effects has not yet been detected (Berger et al. 2008). These findings tend to support the higher disturbance thresholds prescribed in the earlier version of these recommendations. Standard management practices, additional management prescriptions, and seasonal use stipulations are the same as described in the corresponding impact categories for mule deer.

**moderate impact**: 1-4 well pad locations or up to 20 acres of disturbance per square mile.

The WGFD recommends well field developments not exceed 4 well pad locations per square mile within pronghorn crucial winter ranges, because it is unlikely habitat effectiveness can be maintained at higher densities.

– Follow recommendations described under: "Mule Deer – moderate impact."

**high impact**: 5-16 well pad locations per square mile or 20-80 acres of disturbance per square mile.

– Follow recommendations described under: "Mule Deer – high impact."

**extreme impact**: >16 well pad locations or >80 acres of disturbance per square mile.

– Follow recommendations described under: "Mule Deer – extreme impact."

## SAGE-GROUSE

> – special considerations in heavily impacted areas
> – core areas
> – non-core areas

Standard stipulations traditionally applied by the BLM have helped reduce impacts of oil and gas development during the exploration and drilling phase. However, additional planning, mitigation and management considerations are essential to conserve populations of greater sage-grouse as energy development and production intensify across the landscape (Holloran 2005; Walker et al. 2007a; Doherty et al. 2008; Naugle et al. *In press*).

Special Considerations for Development in Heavily Impacted Areas:

A number of sage-grouse populations occupy ranges that are heavily impacted by past and ongoing developments and land uses. Habitat treatments may not be an effective option to offset additional impacts of oil and gas developments within these areas. Treatments such as prescribed fire or herbicide applications could further reduce and fragment the remaining suitable habitat for 15 years or longer. If $\geq$40% of nesting, early brood-rearing, or winter habitat has been lost or severely degraded within the range of a population, the management emphasis is to protect the remaining sagebrush that continues to support these functions (Connelly et al. 2000). Oil and gas developments within fragmented sage-grouse habitats should be planned to avoid impacting the remaining habitats. On the other hand, treating up to 20% of degraded nesting and

30

early brood-rearing habitats, and up to 20% of the winter habitat may be acceptable to improve habitat conditions within comparatively intact sagebrush ecosystems (e.g., restore herbaceous understory, thin dense sagebrush canopies exceeding 30% cover, create small openings and patches of herbaceous vegetation within dense sagebrush, rejuvenate the shrub component by setting back succession, or enhance herbaceous understory by reducing herbivory). Managers should take into account the existing condition of sagebrush, and the current and anticipated impact of all land uses when planning habitat treatments. At some point, vegetation treatments become detrimental because the interim loss of habitat from the treatment, combined with the habitat loss being mitigated, may further threaten the local sage-grouse population. Similar cautions also apply within crucial winter ranges used by some big game herds. Consult Bohne et al. (2007) and Wyoming Interagency Vegetation Committee (2002) when planning habitat treatments within occupied sage-grouse habitats in Wyoming.

Core Areas (refer to map in Appendix D):

On 1 August, 2008 Governor Freudenthal signed Executive Order 2008-2 entitled, "Greater Sage-grouse Core Area Protection" (Appendix E). The recommendations in the Executive Order originated from work done by the "Sage-grouse Implementation Team." The Implementation Team was organized following the Governor's Sage-grouse Summit held during June, 2007 in Casper. Participants included the State of Wyoming, U.S. Department of the Interior, and Assistant Secretary for Land and Minerals Management, Steve Allred.

We have modified "Recommendations for Development of Oil and Gas Resources within Crucial and Important Wildlife Habitats" to be consistent with the Governor's Executive Order. The goal of the Executive Order is to maintain existing habitat conditions within core areas by permitting only development activities that will not cause declines in sage-grouse populations. *As a matter of general practice, this will be achieved by establishing a 0.6-mi. NSO around each occupied lek,* **limiting well pad densities to an average of 1 per square mile within core area,** *and implementing appropriate management practices. The number of well pads within a 2 mile radius of the perimeter of an occupied sage-grouse lek* **should not exceed 11, distributed preferably in a clumped pattern in one general direction from the lek.** *(Appendices B, and C).*

Development scenarios in non-core areas are more flexible, but should still be designed and managed to maintain populations, habitats and essential migration routes. Non-core areas should not be construed as "sacrifice areas" since this conservation strategy requires habitat connectivity and movement between populations in core areas. The goal in non-core areas is to maintain habitat conditions that will sustain at least a 50% probability of lek persistence over the long term. In some "non-core" locations, important habitat functions of other wildlife species will guide planning and mitigation considerations. Applicable standard management practices (Appendix A) and sage-grouse BMPs (Appendix B) should be applied to development within both core and non-core areas to achieve the goals of the Executive Order.

Executive Order 2008-2 sets forth the following 12 provisions for management of oil and gas resources within core and non-core areas:

31

1. Management by state agencies should, to the greatest extent possible, focus on the maintenance and enhancement of those Greater Sage-Grouse habitats and populations within the Core Population Areas identified by the Sage-grouse Implementation Team and modified through additional habitat and population mapping efforts.
2. Current management and existing land uses within Core Population Areas should be recognized and respected by state agencies.
3. New development or land uses within Core Population Areas should be authorized or conducted only when it can be demonstrated by the state agency that the activity will not cause declines in Greater Sage-Grouse populations.
4. Funding, assurances (including state-conducted efforts to develop Candidate Conservation Agreements and Candidate Conservation Agreements with Assurances), habitat enhancement, reclamation efforts, mapping and other associated proactive efforts to assure viability of Greater Sage-Grouse in Wyoming should be focused and prioritized to take place in Core Population Areas.
5. State agencies should use a non-regulatory approach to influence management alternatives within Core Population Areas, to the greatest extent possible. Management alternatives should reflect unique localized conditions, including soils, vegetation, development type, climate and other local realities.
6. Incentives to enable development of all types outside Core Population Areas should be established (these should include stipulation waivers, enhanced permitting processes, density bonuses, and other incentives). However, such development scenarios should be designed and managed to maintain populations, habitats and essential migration routes outside Core Population Areas.
7. Incentives to accelerate or enhance required reclamation in habitats adjacent to Core Population Areas should be developed, including but not limited to stipulation waivers, funding for enhanced reclamation, and other strategies.
8. Existing rights should be recognized and respected.
9. On-the-ground enhancements, monitoring, and ongoing planning relative to sage-grouse and sage-grouse habitat should be facilitated by sage-grouse local working groups whenever possible.
10. Fire suppression efforts in Core Population Areas should be emphasized, recognizing that other local, regional, and national suppression priorities may take precedent. However, public and firefighter safety remains the number one priority on all wildfires.
11. State agencies work collaboratively with the U.S. Fish and Wildlife Service, Bureau of Land Management, U.S. Forest Service, and other federal agencies to ensure, to the greatest extent possible, a uniform and consistent application of this Executive Order to maintain and enhance Greater Sage-Grouse habitats and populations.
12. State agencies shall work collaboratively with local governments and private landowners to maintain and enhance Greater Sage-Grouse habitats and populations in a manner consistent with this Executive Order.

Non-core Areas:

The objective in non-core areas is to maintain at least 50% probability of lek persistence. This can be realized with developments of <3 well pads per square mile, provided an NSO buffer of 0.25 mi is established around the perimeter of a lek (Walker 2008) and appropriate management

32

BLM_0075085

practices (Appendices A, B) are implemented. Somewhat higher densities of well pads may yield a similar probability of lek persistence if the pads and other infrastructure are arranged in clustered configurations in less sensitive areas. The following impact thresholds outline planning and mitigation considerations that should be implemented as practicable to minimize impacts of well field development within non-core areas:

**moderate impact**: >1&<2 well pad locations or up to 20 acres of disturbance per square mile within 2 miles of an occupied lek.

Justification: Connelly et al. (2000) recommended locating all energy related facilities at least 2 miles from active leks whenever possible. Holloran (2005:57) suggested reducing well pad densities to 1 per square mile or less within 2 miles of a lek in order to reduce impacts. [Holloran (2005:50) detected a negative influence on male lek attendance when densities exceeded 1 well pad per 700 acres (1.1 mi$^2$) within 2 miles]. Naugle et al. (2006a) determined the average well pad spacing (coalbed methane) within 2 miles of the leks that remained active was less than 1 per 774 acres (1.2 mi$^2$). Doherty (2008) determined impacts on lek activity and male attendance were not discernable in areas with $\leq$1 well pad per square mile within 2 miles. However, the rate of lek inactivity doubled when well pad densities were >1 and up to 3/mi$^2$. Rates of lek inactivity increased to >5-fold at densities exceeding 3/mi$^2$. Walker (2008) determined 84% of leks active in 1997 or later remained active in 2004-05 outside areas affected by coal-bed natural gas (CBNG) development in the Powder River Basin. Walker (2008:16) classified the area within 350 m of each well pad as "developed." Walker's statistical analysis then related the percent of "developed" surface to the probability of lek persistence within natural gas fields. Walker's analysis demonstrated the impact extends beyond the 350m zone he considered "developed." When 15% of the area within 2 miles of a lek was "developed," the probability of lek persistence declined to 74%. (The area within 350m of a well pad is 15% of a square mile, thus 15% disturbance equates to 1 well pad /mi$^2$). When 30% of the area (2 well pads/mi$^2$) was "developed," the probability of lek persistence declined to 59%.

To avoid high levels of impact, the WGFD recommends limiting well field developments to less than 2 well pad locations per square mile within 2 miles of occupied leks, and within identified nesting and brood-rearing habitats outside the 2-mile perimeter, because habitat effectiveness declines significantly as densities reach 2 pads/mi$^2$. Habitat effectiveness is reduced within zones surrounding each well, facility, and road corridor, and disturbances created by persons afoot and vehicular and equipment activity (Holloran 2005; Naugle et al. *In press*). The impacts can be controlled and mitigated by applying appropriate management practices and habitat treatments. For well field developments of less than 2 well pad location or 20 acres of disturbance per square mile, the following management and mitigation practices should be required:
 – Standard Management Practices / Best Management Practices. Apply standard management practices and BMPs described in Appendices A and B, respectively.
 – No Surface Occupancy. Avoid surface disturbance or occupancy within 0.25 mi of the perimeter of occupied sage-grouse leks (Walker 2008). An occupied lek is a lek that has been active (attendance documented) at least 1 breeding season within the most recent 10-year period.

33

BLM_0075086

– <u>Seasonal Use Limitations</u>.  Apply seasonal use limitations described in Appendices B and C. To the extent practicable, limit disturbances and activities within producing well fields during the same timeframes observed for exploration and drilling (15 March through 30 June).

– <u>Habitat Mitigation</u>.  Implement habitat treatments sufficient to maintain habitat functions within or immediately adjacent to the well field.  Habitat treatments should include appropriate options selected from Appendix F after consultation with the WGFD.  Standard management practices described in Appendix A and BMPs from Appendix B may reduce the acreage basis for habitat treatments needed to mitigate the effect, as determined through consultation with the BLM, WGFD and the APWG.

– <u>Mitigation Trust Account Option</u>.  This voluntary option should be considered only when it is not possible to avoid, minimize, or effectively mitigate impacts through other means.  If recommended by the APWG and approved by the BLM, the operator may contribute funding to a mitigation trust account, based on the estimated cost of habitat treatments or other mitigation needed to maintain the functions of impacted habitats.  However, the preferred approach is for the operator to fund and implement successful habitat treatments after consultation with BLM and WGFD, and under the BLM's direction and oversight.  The operator can retain a subcontractor who specializes in mitigation and reclamation.  Refer to the corresponding discussion for mule deer crucial winter ranges.

**high impact**: 2-3 well pad locations or 20-60 acres of disturbance per square mile within 2 miles of an occupied lek.  The probability of lek persistence declined to 42% when 45% of the area within 2 miles of the lek (equating to 3 well pads/mi$^2$) was developed (Walker 2008). Based on recent research, the impacts of well pads and road systems at this density will be difficult or impossible to mitigate onsite.  Decreases in lek attendance, nesting, production, and survival are expected (Holloran 2005; Kaiser 2006; Doherty 2008; Walker 2008; Naugle et al. *In press*).  Walker et al. (2007a) determined the average well spacing (coalbed methane) within 2 miles of leks that had become inactive was between 2 and 3 wells per square mile.

At this range of development, impacted zones surrounding each well pad, facility and road corridor begin to overlap, thereby reducing habitat effectiveness over a much larger, contiguous area.  Human, equipment and vehicular activity and noise impacts are more frequent and intensive.  A few opportunities may exist to develop habitat treatments within the well field.  However habitat treatments must generally be located in areas near, rather than within well fields to maintain the function and effectiveness of nesting and early brood rearing habitats.  Regardless, this level of development will reduce the effectiveness of nesting and early brood-rearing habitats and will be much more difficult to mitigate.  At the higher range of well densities, on-site mitigation may not be possible (Holloran 2005; Naugle et al. *In press*). The WGFD strongly discourages this level of well field development within 2 miles of a sage-grouse lek or within identified nesting and early brood rearing habitat outside the 2 mile perimeter.  If densities in the range of 2-3 well pad locations or disturbances totaling 20-60 acres per square mile cannot be avoided, the following management practices and additional management prescriptions should be required:

– <u>Standard Management Practices / Best Management Practices</u>.  Apply standard management practices and BMPs described in Appendices A and B, respectively.

34

BLM_0075087

- <u>No Surface Occupancy</u>.  Avoid surface disturbance or occupancy within 0.25 mi of the perimeter of occupied sage-grouse leks (refer to discussion under "moderate impact").
- <u>Seasonal Use Limitations</u>.  Apply seasonal use limitations described in Appendices B and C. To the extent practicable, limit disturbances and activities within producing well fields during the same timeframes observed for exploration and drilling (15 March through 30 June).
- <u>Additional Management Prescriptions</u>.  Refer to the additional management prescriptions described under: <u>Mule Deer</u> – "high impact."
- <u>Habitat Mitigation</u>.  Design and implement habitat treatments sufficient to maintain habitat functions within or immediately adjacent to the well field.  Habitat treatments should include appropriate options from Appendix F as recommended by the APWG and approved by the surface management agency.  Effective application of standard management practices in Appendix A and BMPs from Appendix B may reduce the acreage basis for determining habitat treatments needed to mitigate the residual effect.  The effectiveness of management practices will be evaluated by the APWG after considering analysis and recommendations from WGFD.
- <u>Off-Site and Off-Lease Mitigation</u>.  If it is not possible to maintain habitat functions within or immediately adjacent to the well field, off-site and off-lease mitigation is an option that may be considered on a case-by-case basis.  The primary emphasis of off-site or off-lease mitigation is to maintain habitat functions for the affected population of sage-grouse as close to the impacted site as possible and within the same landscape unit.  Off-site and off-lease mitigation should only be considered when feasible mitigation options are not available within and immediately adjacent to the impacted site, or when the off-site or off-lease location would provide more effective mitigation than can be achieved on-site.  This determination will be made by APWG after considering analysis and recommendations from the WGFD.
- <u>Mitigation Trust Account Option</u>.  This voluntary option should be considered only when it is not possible to avoid, minimize, or effectively mitigate impacts through other means.  If recommended by the APWG and approved by the BLM, the operator may contribute funding to a mitigation trust account based on the estimated cost of habitat treatments or other mitigation needed to maintain the functions of impacted habitats (refer to corresponding discussion for mule deer crucial winter range).  As the densities of wells and roads increase, activity levels also increase and zones of impact surrounding oil field facilities begin to overlap.  Accordingly, the acreage basis for mitigation or trust account funding will be greater than the area that is physically disturbed.  Standard management practices in Appendix A, "additional management prescriptions," and seasonal use stipulations should still be applied to the extent practicable.

**extreme impact**: >3 well pad locations or >60 acres of disturbance per square mile within a 2 miles of an occupied lek.  Walker (2008) determined the probability of lek persistence declined from 84% to 42% when 45% of the area within 2 miles of a lek was developed, equating to 3 well pads per square mile.  This level of disturbance cannot be mitigated effectively onsite.  A decline in lek attendance and eventual abandonment of most leks are expected (Holloran 2005; Walker et al. 2007a; Walker 2008; Naugle et al. *In press*).  Developments exceeding 3 well pad locations/mi$^2$ should be avoided within 2 miles of an occupied lek and within identified nesting and brood rearing habitats outside the 2-mile perimeter.

BLM_0075088

Commission Mitigation Policy does not provide a viable alternative to address "extreme impacts" within occupied sage-grouse habitats that are classified as "vital" (no loss of habitat function is recommended).  The function and effectiveness of sage-grouse nesting and brood rearing habitats will be severely compromised (Holloran 2005).  Long-term consequences include continued loss and fragmentation of sage-grouse habitat, contributing to further population declines and the possibility of eventual listing under the federal Endangered Species Act.  If densities exceeding 3 well pad locations per square mile absolutely cannot be avoided, the following mitigation practices, in addition to all management practices and prescriptions applicable to "high impact," are recommended to retain as much effective habitat as feasible:

– Phased Development.  Developing a well field in smaller incremental phases (phased development) can reduce the overall impact of a high-density field.  Although complex geological, technical, and regulatory issues constrain the use of this strategy, we encourage its consideration when feasible.

– Off-site Mitigation.  Opportunities may exist to partially offset the loss of nesting and brood-rearing habitat by successfully completing habitat rehabilitation and enhancement projects in appropriate locations outside the well field.  This type of mitigation is exceedingly difficult and expensive to implement successfully, and should never be looked upon as a prescriptive solution to authorize high-density well fields.  The most effective strategy is to avoid high-density developments in occupied sage-grouse habitat.  If this is not feasible, plan effective habitat treatments (Appendix F) to enhance remaining habitat in locations that minimize the loss of habitat function for the affected grouse population, and within the same landscape unit.

– Acreage Basis for Mitigation.  Effective habitat is essentially lost within high-density well fields, so the area of the well field will generally serve as the acreage basis for mitigation.  However, this acreage basis can be reduced by appropriately implementing seasonal use restrictions, standard management practices, and additional management prescriptions described for "high impact."

– Mitigation Trust Account Option.  This voluntary option should be considered only when it is not possible to avoid, minimize, or effectively mitigate impacts through other means.  Refer to discussion under "high impact."

## COLUMBIAN SHARP-TAILED GROUSE

We have not identified thresholds to quantify levels of impact to Columbian sharp-tailed grouse.  The following best management practices (adopted from: Colorado Division of Wildlife 2008) should be applied to the extent practicable within the range of Columbian sharp-tailed grouse in Wyoming.  The Columbian sharp-tailed grouse occupies a limited geographic area predominantly along the western foothills of the Sierra Madre Mountain Range in south-central Wyoming.

- Consult with WGFD at the earliest stage of development to review detailed maps of Columbian sharp-tailed grouse seasonal habitats and to help select development sites.
- Conduct comprehensive development planning that provides a clear point of reference in evaluating, avoiding, and mitigating large scale and cumulative impacts.

BLM_0075089

- No surface occupancy within 0.4 miles of any known Columbian sharp-tailed grouse lek.
- Avoid oil and gas operations within 1.25 miles of any known Columbian sharp-tailed grouse lek, and within mapped Columbian sharp-tailed grouse breeding, summer, and winter habitat outside the 1.25 mile buffer. Select sites for development that will not disturb suitable nest cover or brood-rearing habitats within 1.25 miles of an active lek, or within identified nesting and brood-rearing habitats outside the 1.25 mile perimeter.
- Where oil and gas activities must occur within 1.25 miles of Columbian sharp-tailed grouse leks or within other mapped Columbian sharp-tailed grouse breeding or summer habitat, conduct these activities outside the period between March 15 and July 30.
- Where oil and gas activities must occur within mapped Columbian sharp-tailed grouse winter habitat, conduct these activities outside the period between November 15 and March 14.
- Restrict well site visitations to portions of the day after 9:00 a.m. and before 4:00 p.m. during the lekking season (March 1 to June 1).
- Avoid surface facility density in excess of 10 well pads per 10-square mile area (one well pad per square mile) in Columbian sharp-tailed grouse breeding and summer habitat (within 1.25 miles of active leks).
- When surface density of oil and gas facilities exceeds 1 well pad/mi$^2$, a Comprehensive Development Plan (CDP) should be initiated that includes recommendations for off-site and compensatory mitigation actions.
- Phase and concentrate all development activities, so that large areas of undisturbed habitat for wildlife remain and thorough reclamation occurs immediately after development and before moving to new sites. Development should progress at a pace commensurate with reclamation success.
- Retain core habitat areas and limit disturbance to ensure Columbian sharp-tailed grouse survival.
- Implement species appropriate design and management practices found in "Standard Management Practices to Reduce Wildlife Impacts Associated with Oil and Gas Development" (Appendix A).
- Minimize surface disturbance and fragmentation of Columbian sharp-tailed grouse habitat through use of the smallest facility footprints possible, use of multiple well pads, clustering of roads and pipelines, and the widest possible spacing of surface facilities.
- When compressor stations must be sited within 1.25 miles of active Columbian sharp-tailed grouse leks, locate compressor stations no closer than 2,500 feet from the lek.
- Use noise reduction equipment on compressors and other development and production equipment.
- Use topographical features to provide visual concealment of facilities from known lek locations and as a noise suppressant.
- Muffle or otherwise control exhaust noise from pump jacks and compressors so that operational noise will not exceed 49 dB measured at 30 feet from the source.
- Design tanks and other facilities with structures such that they do not provide perches or nest substrates for raptors, crows and ravens.

37

- Install raptor perch deterrents on equipment, fences, cross arms and pole tops in Columbian sharp-tailed grouse habitat.
- Utilize a central generator to feed the entire field via underground electrical lines.
- Where feasible, bury new power lines and retrofit existing power lines by burying them or installing perch guards to prevent their use as raptor perches.
- Design wastewater pits to minimize retention of stagnant surface water.
- Treat waste water pits and any associated pit containing water that provides a medium for breeding mosquitoes with Bti (*Bacillus thuringiensis v. israelensis*) or take other effective action to control mosquito larvae that may spread West Nile Virus to wildlife, especially grouse.
- In consultation with WGFD, replace any permanently impacted, disturbed, or altered Columbian sharp-tailed grouse seasonal habitats by enhancing marginal sagebrush steppe communities (sagebrush and mountain shrub) and grassland within or immediately adjacent to mapped seasonal Columbian sharp-tailed grouse habitat.
- Implement the species appropriate reclamation measures found in "Wildlife Habitat Mitigation Options (Appendix F).
- Use early and effective reclamation techniques, including an aggressive interim reclamation program to return habitat to use by Columbian sharp-tailed grouse as quickly as possible.
- Reclaim/restore Columbian sharp-tailed grouse habitats with native grasses and forbs conducive to optimal Columbian sharp-tailed grouse habitat and other wildlife appropriate to the ecological site.
- Use high diversity (10 species or more) reclamation seed mixes in Columbian sharp-tailed grouse habitat.
- Use approved CP-4D (Columbian sharp-tailed grouse) seed mixes, based on soil type, available from Farm Service Agency or Natural Resources Conservation Service, or other seed mixes approved by WGFD.
- Avoid aggressive non-native grasses in Columbian Sharp-tailed Grouse habitat reclamation.
- A small percentage of the appropriate species of big sagebrush should be re-seeded on disturbed sites.
- Reclamation of breeding habitat should include a substantially higher percentage of forbs than other areas.
- Native and select non-native forbs and legumes should be considered a vital component of reclamation seed mixes.

**ELK** – crucial winter range
    – parturition (calving) habitat

Refer to the section on mule deer crucial winter range for applicable seasonal use restrictions, standard management practices (Appendix A), additional management prescriptions, habitat treatments (Appendix F), and optional mitigation trust fund assessments. The same concepts apply to elk crucial winter ranges and parturition habitats, except a "moderate" level of impact is not defined.  The following disturbance thresholds are identified for elk crucial winter ranges:

BLM_0075091

**moderate impact**:  Elk are sufficiently sensitive that any level of development within crucial winter ranges or parturition habitats causes more than a "moderate" impact.  Therefore, we do not identify a "moderate" level of disturbance.

**high impact**:  1-4 well pad locations or up to 60 acres of disturbance per square mile.

– Follow recommendations described under: "Mule Deer – high impact."

**extreme impact**:  > 4 well pad locations or >60 acres of disturbance per square mile.

– Follow recommendations described under: "Mule Deer – extreme impact."


**MOOSE** – crucial winter range

Refer to the section on mule deer crucial winter range for applicable seasonal use restrictions, standard management practices (Appendix A), additional management prescriptions, habitat treatments (Appendix F), and optional mitigation assessments.  The same concepts apply to moose crucial winter ranges, except impact thresholds are higher and correspond to the thresholds identified for pronghorn.  In addition, deeper snow typically found on moose crucial winter ranges warrants special consideration.  For example, plowing roads to access well sites creates high embankments that can greatly impede mobility of moose.  The following additional management prescriptions should be applied:
– Snow Embankments.  Plow gaps in high snow embankments every quarter mile along plowed well field roads, enabling moose to move across and off roads.  Gaps should be placed on both sides of the road at each location.
– Riparian Habitat NSO.  The management prescription for riparian habitats within moose crucial winter ranges should be no surface occupancy (NSO) within the riparian zone and a 500-ft buffer extending from the outer edge of the riparian zone.


**BIGHORN SHEEP** – crucial winter range
                             – parturition (lambing) areas

Bighorn sheep are more susceptible to disturbance-related stress than are most other ungulates (MacArthur et al. 1982).  Elevated stress levels in sheep have been linked to depressed immune response, loss of condition, reduced lamb survival, and elevated mortality rates.  Distributions of sheep crucial winter ranges and lambing habitats are very restricted in Wyoming and generally do not coincide with locations of high oil and gas potential.  For these reasons, the management prescription should be "no surface occupancy" within bighorn sheep crucial winter ranges and lambing areas.

BLM_0075092

## BIG GAME MIGRATION CORRIDORS

– <u>Migration Bottlenecks</u>.  Within narrow migration corridors or "bottlenecks" of less than 0.5 mi width (Sawyer et al. 2005, 2006, 2008), the management prescription for oil and gas development should be "no surface occupancy" (NSO).
– <u>Migration Corridors</u>.  Within migration corridors that exceed 0.5 mi width, the recommended management prescription is to maintain options for animal movement along the corridor and avoid further constricting the corridor such that a bottleneck is created.  Well field developments should not exceed 4 well pad locations or 60 acres of disturbance per square mile.  Fences, expansive field developments, and other potential impediments to migration should not be constructed.

## SPECIES OF GREATEST CONSERVATION NEED (SGCN)

The Wyoming SWAP identifies mineral resource extraction as one of the major concerns leading to habitat degradation and fragmentation within several ecoregions, especially Northern Great Plains Steppe and the Wyoming Basins (WGFD 2005).  These 2 ecoregions cover much of northeast, central, and southwest Wyoming and include both the Powder River and Green River basins.  Appendix H lists the Species of Greatest Conservation Need (SGCN) inhabiting regions with highest potential for oil and gas development.  SGCN distribution maps and recommended conservation measures are available from the WGFD website.  Nongame habitat priority areas are identified in Appendix I.  Highest priorities include locations where ranges of several SGCN overlap.  Consult the WGFD to identify species that are potentially present, assess their sensitivity to oil and gas development, and determine appropriate mitigation.  Impact analyses and management prescriptions will generally be species-specific.

As a general rule, standard management practices listed in Appendix A will satisfactorily address the needs of SGCN in well fields of up to 4 well pad locations per square mile.  However, the operator should consult the WGFD Nongame Section to determine if important habitat functions will be affected, and whether additional management prescriptions may be necessary.  The following general considerations are recommended for operations within habitats of non-game birds and bats:

Songbird Breeding and Migration Habitat (SGCN):
– <u>Seasonal Noise Limitation</u>.  From 1 April through 30 June, reduce noise levels to 49 dBA or less within breeding habitat of songbirds to minimize the effects of continuous noise on species that rely on aural cues for successful breeding (Inglefinger 2001).
– <u>Waste Ponds</u>.  Cover or net all ponds that contain oily wastes to exclude their use as a water source by songbirds (Esmoil 1991, Esmoil and Anderson 1995).

Raptor Nesting Habitat (SGCN):
– <u>Seasonal Noise Limitation</u>.  Reduce noise levels to 49 dBA or less at raptor nest sites to minimize the effects of continuous noise on raptors that are sensitive to human disturbance during the breeding season.

BLM_0075093

– <u>Seasonal Use Limitation</u>.  Apply buffers and timing restrictions to reduce the impacts of construction, operations, noise, and human presence on raptor nest sites.  Criteria vary slightly for different species.  Consult state or federal wildlife agencies regarding appropriate buffer sizes and timing.
– <u>Bald Eagle Guidelines</u>.  Refer to existing state and regional bald eagle management guidelines in additional to federal management guidelines to prevent disturbance to bald eagle nest sites.

<u>Waterbird Species</u> (SGCN) and <u>Bat Foraging Habitats</u> (SGCN):
– <u>Waste Ponds</u>.  Cover or net ponds that contain oily wastes to exclude use by waterbirds and bats (Esmoil 1991; Esmoil and Anderson 1995).


## FEDERALLY-LISTED THREATENED OR ENDANGERED SPECIES

The U.S. Fish and Wildlife Service (USFWS) has jurisdiction over federally listed threatened and endangered species.  Section 7 of the Endangered Species Act requires pre-decisional consultation with the USFWS to identify threatened, endangered, or candidate species that may be present and to determine whether additional protection and mitigation measures may be necessary (contact USFWS Wyoming State Office at: 307-772-2374).


## WETLANDS AND RIPARIAN HABITATS

About 90% of wildlife species in Wyoming use wetlands and riparian habitats daily or seasonally during their life cycle and about 70% of Wyoming bird species are wetland or riparian obligates (Nicholoff 2003).  Densities of breeding birds can be up to 10 times higher in riparian tracts compared to adjacent, non-riparian habitats (Lohman 2004).  Riparian zones along major streams are important migration and dispersal corridors traversing grassland and desert environments.  Wetlands afford essential reproduction areas for numerous fish, insect, amphibian and aquatic bird species.  Wetlands and riparian habitats both support outdoor recreation opportunities including hunting, fishing, wildlife viewing, and nature photography.  Wetlands serve many additional functions including flood attenuation, aquifer recharge and discharge, sediment filtering, contaminant removal, and biomass export.  Wetland and riparian functions and values are comprehensively described by Novitzki et al. (1999), U.S. Environmental Protection Agency (2001), Nicholoff et al. (2003), McKinstry et al. (2004), and other authors.  Due to their limited distribution and the critical functions they support, wetlands and riparian habitats are inordinately valuable to wildlife and people in Wyoming.

We recommend an NSO zone extending 500 ft from the outermost perimeter of wetlands and riparian corridors to maintain habitat effectiveness and functional integrity.  This distance is conservative given the sensitivity of many wildlife species that utilize riparian corridors and wetlands for nesting, foraging, movement corridors, and cover.  For example, Ingelfinger and Anderson (2004) detected species-specific impacts to breeding passerines within distances ranging from 40-1500 m from roads in a natural gas field.  Reijnen et al. (1995) documented 20-98% reductions in bird densities within 250 m of roadways within wooded habitats.

41

BLM_0075094

Nesting raptors are sensitive to disturbances up to several hundred meters depending on species (Fyfe and Olendorff 1976; White Thurow 1985; Richardson and Miller 1997). Mule deer can be sensitive to human and equipment disturbances at distances ranging from 0.2-0.3 miles (Freddy 1996) to well over a mile (Sawyer 2008). While inventory data are not always available to identify the specific wildlife occupying any given tract of riparian habitat, it can be assumed all riparian habitats support high levels of species diversity and provide nesting habitat for a variety of passerine species. Trees are suitable nesting habitat for several raptor species if they are sufficiently isolated from disturbance, and deer occupy most riparian tracts throughout the state. In addition, a large percent of species of greatest conservation need are wetland/riparian dependent or associated. A 500-ft NSO buffer provides minimal protection to wetland and riparian habitat functions. Refer to FERC (2003) and McKinstry et al. (2004) for additional guidance on wetland protection and mitigation practices.

## AQUATIC RESOURCES

Point-source discharges and deposition of fill materials into "navigable waters" are regulated under the Clean Water Act of 1972, through state and federal primacy programs. However, several aspects of watershed management that are not rigorously regulated include: non-point source runoff, overland sediment transport, structures in "non-navigable" waters, watershed vegetation, activities in watersheds generally, and associated effects on hydrology. Sections 401, 403 and 404 of the Clean Water Act set forth performance criteria to control point source discharges and deposition of fill materials, but these performance-based programs do not prescribe specific management practices to achieve those criteria, nor do they address terrestrial and other non-jurisdictional components of a watershed. The "Aquatic Resources" section of this document provides management recommendations to protect ecological health of aquatic resources and watersheds potentially affected by oil and gas development. Recommendations can be modified or adjusted based on specific characteristics (topography, soils, vegetation, drainage) of the area proposed for development, as recommended by the APWG and approved by the surface management agency.

Important aquatic habitats include a variety of riparian/stream ecosystems inhabited by native and introduced aquatic species. Depending on the location, aquatic ecosystems may be typical cold-water streams sustaining species like boreal toads and Colorado River cutthroat trout, or they may be less familiar prairie or sagebrush steppe streams that support a variety of native fish such as bluehead sucker and herpetofauna such as soft-shell turtles. Alterations of streams and the surrounding environments by anthropogenic activities (e.g., water development projects, irrigation practices, livestock grazing and energy development) have impacted native fish communities throughout the Great Plains (Fausch and Bestgen 1997; Nesler et al. 1997; Rabeni 1996). Patton et al. (1998) determined the distributions of more than 50% of the native fish species have declined over a 30-year period within prairie streams of the Missouri River Drainage (MRD) in Wyoming.

Impacts to aquatic systems are most often a response to the general condition of the watershed. Watershed health depends on a combination of factors including vegetation cover and condition, grazing management, land disturbance, and direct impacts to riparian and

BLM_0075095

stream habitats.  Advanced succession caused by fire suppression and past grazing practices has accelerated a decline in quality and quantity of watersheds throughout much of Wyoming and the West (American Fisheries Society Policy #23 *undated*; Bartos and Campbell 1888; Chambers 2008; LaMalfa and Ryel 2008; U.S. General Accounting Office 1988a,b).  In addition, loss of aspen and mountain shrub communities has reduced the diversity, quantity and quality of habitats necessary to sustain life stages of several native species.  In many cases, succession of sagebrush-grasslands has advanced to old aged stands lacking a diverse, productive understory.  Precipitation infiltrates the soil less effectively due to the reduced ground cover.  Upland plant communities in this condition no longer function properly to recharge seep and spring flows because most precipitation is lost quickly through overland flow.  The decline of aspen and willow communities has restricted beaver habitat to relict sites, negatively affecting the ecology and stability of many stream systems in the State.  Environmental consequences include entrenched streams, lowered water tables, reduced and undependable base flows, and increased sediment loads, all of which impact native fish, amphibians, and other wildlife.  Heavy sediment and phosphorus loading of tributary streams has also led to downstream eutrophication.  Road projects, culvert installations, and other crossings have caused long-term, adverse impacts.  Large-scale oil and gas developments can further reduce vegetation cover in the watershed, increase runoff and sediment transport, and potentially introduce pollutants through discharges, chemical spills, and surface runoff.  Residential subdivisions and urban infrastructure resulting from energy-induced growth will add to these effects and may directly encroach riparian habitats.

<u>Resource Categories and Impact Thresholds</u>:

Impact thresholds for aquatic resources are similar to those applied to pronghorn crucial winter ranges and important habitats of native nongame species (SGCN): moderate impact = 1-4 well pad locations per square mile or <20 acres of disturbance; high impact = 5-16 well pad locations or 20-80 acres of disturbance; extreme impact = >16 well pad locations or >80 acres of disturbance.  Based on these disturbance thresholds, standard management practices and additional management prescriptions are applied to 6 categories of aquatic resources defined by the Commission Mitigation Policy, the Department's Strategic Habitat Plan, and several multi-state interagency agreements.  Off-site mitigation is not a viable alternative to protect watershed functions (the effect of damaging a portion of a watershed cannot be compensated by enhancing other parts of the watershed).  This is an essential distinction by comparison to terrestrial habitat mitigation.  In view of this, developments exceeding 16 well pad locations or 80 acres of disturbance per section should be avoided in all cases within important watersheds identified below.

Table 2 identifies impact thresholds and management recommendations for categories of aquatic resources.  Standard management practices and additional management prescriptions are described afterward.  Specific mitigation practices will be recommended on a case-by-case basis.  Refer to FERC (2003) and McKinstry et al. (2004) for additional guidance on wetland and waterbody protection and mitigation practices.

BLM_0075096

Additional Management Prescriptions:

– <u>Grazing Management</u>.  With the owner or permittee's concurrence, develop a long-term grazing plan to improve watershed and stream/riparian function through timing and intensity of use including a temporary reduction of AUMs or removal of livestock if needed.
– <u>Stream Hydrology</u>.  Acquire water rights within the watershed and utilize them to benefit aquatic resources.

44

BLM_0075097

Table 2.  Impact thresholds and summary of mitigation recommendations for aquatic resources.

| Species and Habitat Function | Category of Impact | | |
|---|---|---|---|
| | Moderate<br><br>1 – 4<br>Well Pad Locations or <20 acres disturbance per square mile [1] | High<br><br>5 – 16<br>Well Pad Locations or 20-80 aces disturbance per square mile [1] | Extreme<br><br>>16<br>Well Pad Locations or >80 acres disturbance per square mile [1] |
| | Mitigation Recommendations | | |
| Priority Watersheds | • Standard Management Practices [2]<br>• Habitat Mitigation Options [3]<br>or<br>• Voluntary Mitigation funds | • Standard Management Practices [2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options [3]<br>or<br>• Voluntary Mitigation funds | Avoid to the extent possible<br>• Standard Management Practices [2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options [3]<br>or<br>• Voluntary Mitigation Funds |
| Species of Greatest Conservation Need (SGCN) [WGFD 2005] – Appendix H. | • Standard Management Practices [2]<br>• Habitat Mitigation Options [3]<br>or<br>• Voluntary Mitigation funds | • Standard Management Practices [2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options [3]<br>or<br>• Voluntary Mitigation funds | Avoid to the extent possible<br>• Standard Management Practices [2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options [3]<br>or<br>• Voluntary Mitigation Funds |

BLM_0075098

Table 2. (*continued*).

| Species and Habitat Function | Category of Impact and Mitigation Recommendations | | |
|---|---|---|---|
| | Moderate | High | Moderate |
| Blue and Red Ribbon Stream Classes | • Standard Management Practices[2] | • Standard Management Practices[2]<br>• Additional Management Prescriptions | Avoid to the extent possible<br>• Standard Management Practices[2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options[3]<br>or<br>• Voluntary Mitigation Funds |
| Native Cutthroat Trout – Core Conservation Populations and Conservation populations[4] | • Standard Management Practices[2]<br>• Habitat Mitigation Options[3]<br>or<br>• Voluntary Mitigation funds | • Standard Management Practices[2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options[3]<br>or<br>• Voluntary Mitigation funds | Avoid to the extent possible<br>• Standard Management Practices[2]<br>• Additional Management Prescriptions<br>• Habitat Mitigation Options[3]<br>or<br>• Voluntary Mitigation Funds |
| Riparian Corridors, Wetlands, and Aspen Communities | – No surface occupancy within riparian corridors and a 500-ft buffer<br>– No surface occupancy within wetlands and a 500-foot buffer<br>– Avoid any loss or impacts to aspen communities<br>– Avoid or mitigate human growth effects of energy development by acquiring conservation easements to protect important wetlands and riparian corridors from housing subdivisions, and by developing wetland/riparian mitigation projects. | | |

BLM_0075099

Table 2. ( *continued*).

| Species and Habitat Function | Category of Impact and Mitigation Recommendations | | |
|---|---|---|---|
| | Moderate | High | Moderate |
| Overlapping High Value and Vital Habitats | − Apply impact thresholds and management/mitigation practices identified for each species without causing adverse effects to other species.<br>− As necessary, mitigation and impact assessments are additive to address all species' needs. | | |
| Federally Protected Species | Protective measures are identified through Section 7 consultation with the USFWS. | | |

[1] Based on a relatively even geographic distribution of well pad locations or disturbed areas in a square mile.  Appropriate allowances will be made for clustered configurations or disturbances, on a case-by-case basis.

[2] Consult Appendix A

[3] Consult Appendix F

[4] There are two components associated with conservation of cutthroat trout.  The first component (core conservation populations) addresses preservation and management of genetically pure populations that serve as representatives of the historic genome of a cutthroat trout subspecies (i.e., no detectable introgression between individuals of different species and/or subspecies has taken place).  The other component (conservation populations) is associated with conservation of populations that retain the respective cutthroat trout phenotype, that have slight genetic introgression and have unique genetic, ecological or behavioral attributes.

47

BLM_0075100

## Table 3. WGFD RECOMMENDED DIURNAL RAPTOR SURVEY DATES

| SPECIES | MARCH 1 15 31 | APRIL 1 15 30 | MAY 1 15 31 | JUNE 1 15 30 | JULY 1 15 31 | AUGUST 1 15 30 |
|---|---|---|---|---|---|---|
| American Kestrel | | XXXXXXXXXXXXXXXX | | | XXXXXXXXXXXXXXXX | |
| Bald Eagle | XXXXXXXXXXXXXXXXXXXXXX........................................................XXXXXXXXXXXXXXXX | | | | | |
| Cooper's Hawk | | XXXXXXXXXXX | | | XXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| Ferruginous Hawk | | XXXXXXXXXXX........................................................XXXXXXXXXXXX | | | | |
| Golden Eagle | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | | |
| Merlin | | XXXXXXXXXXXXXXXXXX | | | XXXXXXXXXXXXXXXX | |
| Northern Goshawk | | XXXXXXXXXXXXXXXXXXXX | | | XXXXXXXXXXXXXXXX | |
| Northern Harrier | | XXXXXXXXXXX........................................................XXXXXXXXXXXXXXX | | | | |
| Osprey | | XXXXXXXXXXXXXXXXXXXXXX........................................................XXXXXXXXXXXX | | | | |
| Peregrine Falcon | | XXXXXXXXXXXXXXXXX | | | XXXXXXXXXXXXXXXXX | |
| Prairie Falcon | XXXXXXXXXXXXXXX | | | | XXXXXXXXXXXXXXXXXXXXXX | |
| Red-tailed Hawk | | XXXXXXXXXX..............................XXXXXXXXXX | | | | |
| Sharp-shinned Hawk | | XXXXXXXXXXX | | | XXXXXXXXXXXXXXXXXXXXXXXX | |
| Swainson's Hawk | | XXXXXXXXXXXXX........................................................XXXXXXXXXXXXXXXXXXXXXX | | | | |

XXXXX: Indicates best times to detect birds in courtship (early dates) or with young in the nest when adults will be conspicuous (later dates).  For accipters, Merlins, and Peregrine Falcons, detectability during courtship is variable, with some pairs almost impossible to detect.

………..:  Indicates periods for species with conspicuous nests during which surveys can also be conducted effectively.

Note:  Dates may vary slightly by latitude, altitude or other factors affecting phonology and should be adjusted depending on field conditions.

### WGFD DISTURBANCE-FREE DATES AND BUFFERS FOR RAPTORS

| SPECIES | DISTURBANCE-FREE DATES | DISTURBANCE-FREE BUFFER |
|---|---|---|
| Bald Eagle | February 15 – August 15 | ½ mile |
| Ferruginous Hawk | March 1 – July 31 | 1 mile |
| Golden Eagle | January 15 – July 31 | ½ mile |
| Merlin | April 1 – August 15 | ½ mile |
| Northern Goshawk | April 1 – August 15 | ½ mile |
| Peregrine Falcon | March 15 – August 15 | ½ mile |
| Prairie Falcon | March 1 – August 15 | ½ mile |

Note:  Disturbance-free dates include territory establishment through fledging.
Note: Additional considerations include line of sight, visibility, type of disturbance activity, location of disturbance above or below the occupied nest, and specific situations.

BLM_0075101

## OVERLAPPING VITAL AND HIGH VALUE HABITATS

Locations in which 2 or more "vital" or "high value" habitats overlap, for example crucial winter ranges and sage-grouse reproductive habitats, are exceptionally important wildlife areas.  If oil and gas fields are planned within overlapping vital or high value habitats, seasonal use restrictions, standard management practices (Appendix A), BMPs (Appendix B), additional management prescriptions, habitat treatments (Appendix F), and optional mitigation funding should be applied as appropriate for each of the species and habitats affected.  Where management practices or prescriptions for 2 or more species may be inconsistent, the needs of each species should be addressed without adversely affecting one species to benefit another.  Optional assessments of mitigation funds should be additive as necessary to address the impacts to each species.  For example, if wells are developed within an area of overlapping mule deer and pronghorn crucial winter range and sage-grouse nesting habitat, sufficient habitat treatments should be planned to offset impacts to each species without adversely affecting the other species.  If the mitigation funding option is selected, the funding should be based on treatments needed to maintain habitat functions for all 3 species.

## RECLAMATION

The production phase of an oil and gas field can last decades.  Effective interim reclamation should be a priority to reduce the net amount of disturbed surface and loss of wildlife habitat within operating fields.  Appropriately designed interim reclamation can also accelerate succession toward a self-sustaining, native vegetation community and ultimately final reclamation.

Objectives are to maintain healthy, biologically active topsoil; control erosion; and restore habitat, visual resources, and forage production on all areas not needed for long-term operation of the well field.

The success of interim reclamation should be evaluated based on sample comparisons of vegetation on reclaimed areas and an undisturbed reference site having similar and desirable ecological characteristics.  Soils, precipitation, and vegetation on the reference site should be similar to those present on the well pad area prior to disturbance.

The following is an example  of criteria for interim reclamation and site stabilization taken from the Pinedale Supplemental Record of Decision.

a.  Native Forbs:  The average density or frequency of desirable forbs should be a minimum of 75% of the reference site within 5 years.  Diversity of forbs on a reclaimed site should at least equal the diversity measured on the reference site within 5 years.

b.  Native Shrubs:  The average density or frequency of the shrub component should be at least 50 % of the reference site within 5 years.  This includes both shrubs and half (suffrutescent) shrubs (e.g. winterfat, fringed sage, etc.).  At least 15 % of the shrub density or frequency should be the dominant species found on the reference site.  The

49

diversity of shrubs within the reclaimed areas should at least equal the shrub diversity measured on the reference site.

c.  <u>Native Grasses</u>**:**  Reclaimed sites should have a minimum of 3 native perennial grass species present, including at least 2 bunch grass species.  These are to be planted at rates sufficient to achieve abundance and diversity characteristics of the grass component at the reference site.

d.  <u>Non-Native Weeds</u>**:**  Sites must be free from all species listed on county, state, and federal noxious weed lists.  All state and federal laws pertaining to noxious weeds must be followed.  Highly competitive invasive species such as cheatgrass and other weedy brome grasses are prohibited in seed mixtures and should be actively controlled if any are found in the reclaimed areas.

e.  <u>Plant Vigor</u>:  Plants should be resilient as evidenced by well-developed root systems, flowers, and seed heads.  These attributes must be sustainable after external influences such as irrigation, mat pads, fences, etc. are removed.  Their persistence for a <u>minimum </u>of one growing season without external influences <u>may </u>satisfy this recommendation.

Interim reclamation may be considered successful when: areas not needed for long-term production or vehicle travel have been recontoured, protected from erosion, and revegetated with a self-sustaining, vigorous, diverse, native (or otherwise approved) plant community sufficient to minimize visual impacts, provide adequate habitat and forage for wildlife and livestock, stabilize soils, and impede the invasion of noxious weeds.

Refer to Appendix A for more comprehensive guidance on reclamation procedures and success criteria.

BLM_0075103

# REFERENCES CONSULTED:

Adams, A.W.  1982.  Migration.  Pages 301-321 in J.W. Thomas and D.E. Towell (eds).  Elk of North America: Ecology and Management.  A Wildlife Management Institute Book, Stackpole Books, Harrisburg, PA.  698pp.

Adams, L.W., and A.D. Geis.  1984.  Effects of roads on breeding birds.  Pages 562-569 in A.F. Crabtree (ed).  Proceedings of the Third International Symposium on Environmental Concerns in Rights-of-Way Management.  Mississippi State University.

Ager, A.A., B.K. Johnson, J.G. Kie, and H.K. Preisler.  2004.  Movement and habitat use of Rocky Mountain elk and mule deer.  Trans. N. Am. Wildl. Nat. Res. Conf. 69: In press.

Aldridge, C.L. 1998. Status of the sage grouse (*Centrocercus urophasianus*) in Alberta. Alberta Environ. Protection, Wildl. Manage. Div., and Alberta Conserv. Assoc., Edmonton. Wildl. Status Rep. 13.

_____. 2000.  Reproduction and habitat use by sage grouse (*Centrocercus urophasianus*) in a northern fringe population.  Thesis, University of Regina, Regina, SK. 109 pp.

_____, and R.M. Brigham.  2002.  Sage-grouse nesting and brood habitat use in southern Canada.  Journal of Wildlife Management 66:433-444.

_____, and R.M. Brigham.  2003.  Distribution, abundance, and status of greater sage-grouse, *Centrocercus urophasianus*, in Canada.  Canadian Field Naturalist 117:25-34.

_____, and M.S. Boyce.  2004.  Modeling greater sage-grouse habitat in Alberta: a multi-scale approach.  Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, WA.  Abstract only.

Alldredge, A.W., and M.W. Alldredge.  2003.  Great Divide Resource Area Wildlife Analysis.  National Wildlife Federation, Rocky Mountain Natural Resource Center.  Boulder, CO.  86pp + Appendices.

_____, and R.D. Deblinger.  1988.  Great Divide Basin Pronghorn Study.  Department of Fisheries and Wildlife, Colorado State University.  Fort Collins, CO.

_____, S. Boyle, R. D. Deblinger and G. A. Rosendale. 1981. Distribution and migration of pronghorn antelope in the Red Desert of Wyoming. Seventh quarterly report. Natural Resource Ecology Lab., Colorado State Univ. Fort Collins. 61pp. (1634)

Allen, J.A.  1955.  Seasonal distribution and winter habitat use of female mule deer in the Copper Mountain Region, Wyoming.  MS Thesis, University of Wyoming, Laramie.  126pp.

Allen, M.  1989.  Off-site habitat mitigation: a regional approach for resolving conflicts between land development and habitat protection.  Pages 167-169 in Proceedings IV:  Issues and

BLM_0075104

Technology in the Management of Impacted Wildlife.  Thorne Ecological Institute, Boulder, Co.

Allred, W.J. 1950.  Re-establishment of seasonal elk migrations through transplanting. Wyoming Wildlife. March 1950.  Pages 18-19, 32-38.

Altman, M.  1958.  The flight distance in free-ranging big game.  J. Wildl. Manage. 22(2):207-209.

American Fisheries Society.  *undated*.  The Effects of Livestock Grazing on Riparian and Stream Ecosystems.  Bethesda, MD.  6pp. http://www.fisheries.org/afs/docs/policy_23f.pdf

Amstrup, S. C. 1978.  Activities and habitat use of pronghorns on Montana-Wyoming coal lands. Proc. Antelope States Workshop 8:270-306.

Anderson, D.E., O.J. Rongstad, and W.R. Mytton.  1990.  Home-range changes in raptors exposed to increased human activity levels in southeastern Colorado.  Wildl. Soc. Bull. 18:134-142.

Andryk, T.A.  1983.  Ecology of bighorn sheep in relation to oil and gas development along the east slope of the Rocky Mountains, northcentral Montana.  Montana State University.  100 pp.

_____, and L.R. Irby.  1986.  Population characteristics and habitat use by mountain sheep prior to a pneumonia die-off.  Bienn. Symp. North. Wild Sheep and Goat Counc. 5:272-291.

Apa, A.D., D.W. Uresk, and R.L. Linder.  1990.  Black-tailed prairie dog populations one year after treatment with rodenticides.  Great Basin Naturalist 50:107-113.

Applegate, R.D.  2000.  In my opinion:  Use and misuse of prairie chicken lek surveys.  Wildlife Society Bulletin 28(2):457-463.

Arnold, D.A.  1978.  Characteristics and cost of highway deer kills.  Pages 92-101 in C.M. Kirkpatrick (ed).  The 1978 John S. Wright Forestry Conference.  Lafayette, Indiana: Purdue University, Department of Forestry and Natural Resources and Indiana Cooperative Extension Service.

Autenrieth, R. (ed).  1983.  Guidelines for the management of pronghorn antelope.  Texas Parks and Wildlife Department, Austin, Texas.  51pp.

_____, W. Molini, and C.E. Braun.  1982.  Sage grouse management practices.  Western States Sage Grouse Committee, Tech. Bull. No. 1, Twin Falls, Idaho.

Avian Power Line Interaction Committee.  1994.  Mitigating bird collisions with power lines: the state of the art in 1994.  Edison Electric Institute, Washington, D.C.  78pp  appendices.

BLM_0075105

_____. 1996.  Suggested practices for raptor protection on power lines: the state of the art in 1996.  Edison Electric Institute/Raptor Research Foundation.  Washington, D.C.

Baker, R.R.  1978.  The evolutionary ecology of animal migration.  Holmes and Meier Publ., Inc. New York.  1012pp.

Baker, W.J.  1987.  The effects of oil well sites on forest species of birds.  Western Michigan University.  67 pp.

Ballard, W. B., M. A. Cronin, and H. A. Whitlaw.  2000.  Caribou and oil fields.  Pages 85-104 In J. C. Truett and S. R. Johnson, editors.  The natural history of an Arctic oil field: development and the biota.  Academic Press, New York, New York.

Bangs, E.E., T.H. Spraker, T.N. Bailey, and V.D. Berns.  1982.  Effects of increased human populations on wildlife resources of the Kenai Peninsula, Alaska.  N. Am. Wildl. Conf. 47:605-616.

Bansner, U.  1978.  Mountain goat-human interactions in the Sperry-Gunsight area of Glacier National Park.  Final Rep.  Univ. of Montana.

Barrett, M. W.  1982.  Distribution, behavior, and mortality of pronghorns during a severe winter in Alberta.  J. Wildl. Manage.  46:991-1002.

Barrett, H., E. Campbell, S. Ellis, J. Hanf, R. Masinton, J. Pollet, T. Rich, J. Rose, J. Sadowski, F. Taylor, P. Teensma, J. Dillon, D. Zalunardo, B. Bales, W. Van Dyke, and N. Pustis.  2000. Greater sage-grouse and sagebrush-steppe ecosystems management guidelines (Oregon and Washington).  Bureau of Land Management, U.S. Fish and Wildlife Service, U.S. Forest Service, Oregon Department of Fish and Wildlife, and Oregon Department of State Lands.

Bartmann, R.M., G.C. White, and L.H. Carpenter.  1992.  Compensatory mortality in a Colorado mule deer population.  Wildl. Monogr.  121:1-39.

Bartos D.L. and R.B. Campbell, Jr. 1998. Water depletion and other ecosystem values forfeited when conifer forests displace aspen communities. Proceedings of the AWRA Specialty Conference. TPS-98-1. pp 427–34.

Baxter, G.T., and M.D. Stone.  1995.  Wyoming Fishes.  Wyoming Game and Fish Department Bulletin Number 4.  Cheyenne.

Baydack, R.K., and D. A. Hein.  1987.  Tolerance of sharp-tailed grouse to lek disturbance. Wildl. Soc. Bull.  15:535-539.

Beak Consultants, Ltd. 1979.  Interactions between ungulates and winter gas well drilling operations.  Prepared for Mobil Oil Canada, Ltd., Calgary, Alberta.

BLM_0075106

Beauchamp, H., R. Lang, and M. May. 1975. Topsoil as a seed source for reseeding strip mine soils. Laramie, Wyoming: University of Wyoming Agricultural Experiment Station Research Journal 90.

Beck, J.L., and D. L. Mitchell. 2000. Influence of livestock grazing on sage grouse habitat. Wildlife Society Bulletin 28:993-1002.

_____, D.L. Mitchell, and B.D. Maxfield. 2003. Changes in the distribution and status of sage-grouse in Utah. Western North American Naturalist 63:203-214.

Beetle, A.A., and K.L. Johnson. 1982. Sagebrush in Wyoming. Univ. Wyo. Agric. Exp. Sta. Bull. 779. Laramie. 77 p.

Belnap, J. 1995. Surface disturbances: Their role in accelerating desertification. Environ. Monitor. Assess. 37:39-57.

Bennett, A. F. 1991. Roads, roadsides and wildlife conservation: a review. Pages 99-117 *in* D. A. Saunders and R. J. Hobbs, editors. Nature Conservation 2: the role of corridors. Surrey Beatty & Sons Pty Limited, Chipping Norton, New South Wales, Australia.

Bennington, J.P., R.S. Dressler and J.M. Bridges. 1982. The effect of hydrocarbon development on elk and other wildlife in lower Michigan. Pages 363-384, in P.J. Ravel, ed. Proceedings, Symposium: Land and water issues related to energy development. Ann Arbor Science, Ann Arbor, Michigan.

Benzon, T.A., and L.A. Rice. 1987. Rocky Mountain goat population status in the Black Hills, South Dakota, 1985-1986. South Dakota Dept. of Game, Fish, and Parks. Prog. Rep. No. 87-04. 21pp.

Berger, J. Pers. Comm. Unpublished results from an ongoing study entitled, "Pronghorn Survival and Energy Development in Western Wyoming: Effects of Industrial and Human Activity During Winter." Wildl. Conserv. Soc., Teton Field Office, Moose, WY.

_____. 2004 The Last Mile: How to Sustain Long-Distance Migration in Mammals. Conservation biology 18:320-331.

_____, D. Daneke, J. Johnson, and S.H. Berwick. 1983. Pronghorn foraging economy and predator avoidance in a desert ecosystem: implications for the conservation of large mammalian herbivores. Biol. Conserv. 25:193-208.

_____, K. Murray Berger and J. Beckman. 2006. Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 1 Summary. Wildlife Conservation Society, Bronx. NY.

BLM_0075107

_____, K. Murray Berger and J. Beckman. 2007. Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 2 Summary. Wildlife Conservation Society, Bronx. NY.

_____, K. Murray Berger and J. Beckman. 2008. Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 3 Summary. Wildlife Conservation Society, Bronx. NY.

_____, S.L. Cain and K. M. Berger. 2006 Connecting the Dots: an Invariant Migration Corridor Links the Holocene to the Present. Biology Letters 2:528-531.

Berwick, S.H. 1968. Observations of the decline of the Rock Creek, Montana, population of bighorn sheep. M.S. Thesis. Univ. of Montana, Missoula.

_____, K. McNamara, and D. Daneke. 1986. The effects of recreation, illegal harvest, and development on elk near Aspen, Colorado. Pages 270-275 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Proc. Symp., Glenwood Springs, CO. Thorne Ecol. Inst., Boulder, CO.

Biodiversity Conservation Alliance. 2003. The Western Heritage Alternative: A sustainable vision for the Public Lands and Resources of the Great Divide, Managed by the Rawlins Field Office of the BLM. Biodiversity Conservation Alliance, Laramie, WY. 145pp.

Bleich, V.C., R.T. Bowyeer, A.M. Pauli, M.C. Nicholson, and R.W. Anthes. 1994. Mountain sheep (Ovis canadensis) and helicopter surveys: ramifications for the conservation of large mammals. Biol. Conserv. 70(1):1-7.

BLM Sage-Grouse Habitat Conservation Strategy Team. 2003. Draft BLM sage-grouse habitat conservation strategy. Bureau of Land Management, Boise, ID.

Blong, B., and W. Pollard. 1968. Summer water requirements of desert bighorn in the Santa Rosa Mountains, California, in 1965. Cal. Fish and Game 54(4):289-296.

Bock, R., and F. Lindzey. 1999. Progress report, Jack Morrow Hills desert elk study. Univ. of Wyoming Cooperative Fish and Wildlife Research Unit. Laramie.

Bohne, J., T. Rinkes, and S. Kilpatrick. 2007. Sage-grouse habitat management guidelines for Wyoming. Unpublished technical report. Wyoming Game and Fish Department, Cheyenne, USA. 39pp. http://gf.state.wy.us/wildlife/wildlife_management/sagegrouse/FinalHabitatMgmtGuidelines-07-24-07.pdf

Bowles, A.E. 1995. Responses of wildlife to noise. Pp. 109-156. In Wildlife and recreationists: coexistence through management and research. R. L. Knight and K. J. Gutzwiller, editors. Island Press, Washington, D.C.

BLM_0075108

Bradshaw, B.  1996a.  Cheyenne River basin management plan.  Wyoming Game and Fish Department, Sheridan.

_____.  1996b.  Powder River basin management plan.  Wyoming Game and Fish Department, Sheridan.

Bradshaw, C.J.A., S. Boutin, and D.M. Herbert.  1997.  Effects of petroleum exploration on woodland caribou in northeastern Alberta.  Journal of Wildlife Management 61:1127-1133.

_____, S. Boutin, and D.M. Herbert.  1998.  Energetic implications of disturbance caused by petroleum exploration to woodland caribou.  Canadian Journal of Zoology 76:1319-1324.

Bramblett, R.G., and K.D. Fausch.  1991.  Fishes, macroinvertebrates, and aquatic habitats of the Purgatoire River in Pinon Canyon, Colorado.  The Southwestern Naturalist 36:281-294.

Brandborg, S.M.  1955.  Life history and management of the mountain goat in Idaho.  Idaho Fish and Game Dept. Bull. 2.  142pp.

Braun, C.E.  1986.  Changes in sage grouse lek counts with advent of surface coal mining.  Pages 227-231 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife.  Proc. Symp., Glenwood Springs, CO.  Thorne Ecol. Inst., Boulder, CO.

_____.  1987.  Current issues in sage grouse management.  Proceedings of the Western Association of Fish and Wildlife Agencies 67:134-144.

_____.  1998.  Sage grouse declines in western North America:  What are the problems.  Proc. Western Assoc. State Fish and Wildl. Agencies  78:139-156.

_____.  2002.  A review of sage-grouse habitat needs and sage-grouse management issues for the revision of the BLM's Pinedale District Resource Management Plan, Wyoming.

_____, M.F. Baker, R.L. Eng, J.W. Gashwiler, and M.H. Schroeder.  1976.  Conservation committee report on the effects of alteration of sagebrush communities on the associated avifauna.  Wilson Bulletin 88:165-171.

_____, O.O. Oedekoven, and C.L. Aldridge.  2002.  Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse.  Transactions of the 67th North American Wildlife and Natural Resources Conference 67:337-349.

_____, T. Britt, and R.O. Wallestad.  1977.  Guidelines for maintenance of sage grouse habitats.  Wildlife Society Bulletin 5:99-106.

Brekke, E.B.  1988.  Using GIS to determine the effects of CO2 development on elk calving in south-central Colorado. USDI-BLM Technical Note 381. USDI-Bureau of Land Management, Denver, CO. 48pp.

BLM_0075109

British Petroleum, Conservation International, Fauna and Flora International, IUCN, The Nature
Conservancy, Shell, Smithsonian Institution, and Statoil.  2003.  Integrating Biodiversity
Conservation into Oil & Gas Development.  EBI (The Energy and Biodiversity Initiative).
58pp.

Bromley, M.  1985.  Wildlife management implications of petroleum exploration and
development in wildland environments.  United States Department of Agriculture, Forest
Service, Intermountain Research Station General Technical Report INT-191.  Ogden, Utah,
USA.  42pp.

Brown, C.G.  1992.  Movement and migration patterns of mule deer in southeastern Idaho.  J.
Wildl. Manage.  56:246-253.

Brown-Buntin Associates, Inc.  1994.  Environmental noise analysis, Kenetech Windpower
Project.  Prepared for Mariah Associates, Inc., Laramie, WY.

Brum, G.D., R.S. Boyd, and S.M. Carter.  1983.  Recovery rates and rehabilitation of powerline
corridors.  Pages 303-314 in R.H. Webb and H.G. Wilshire, eds.   Environmental effects of
off-road vehicles: Impacts and management in arid regions.  Sringer-Verlag, New York.

Bruns, E.H.  1977.  Winter behavior of pronghorns in relation to habitat.  J. Wildl. Manage.
41:560-571.

Bunn, S.E. and A.E. Arthington.  2002.  Basic Principles and Ecological Consequences of
Altered Flow Regimes for Aquatic Biodiversity.  Environmental Management 30(4):492-
507.

Burcham, M.G., and B.A. Jellison.  1993.  A GIS model to evaluate elk habitat in the Bighorn
Mountains of Wyoming. Wyoming Game and Fish Department.  Cheyenne.

Burger, J.  1995.  Beach recreation and nesting birds.  Pages 281-296 in R.L. Knight and K.J.
Gutzwiller (eds).  Wildlife and Recreationists – Coexistence through Management and
Research.  Island Press, Washington, D.C.

Burns, J.W.  1972.  Some effects of logging and associated road construction on northern
California streams.  Trans. Am. Fish. Soc. 101:1-17.

Bury, R.L.  1978.  Impacts of snowmobiles on wildlife.  Transactions of the North American
Wildlife Conference 43: 149-156.

Bury, R.B.  1980.  What we do and do not know about off-road vehicle impacts on wildlife.
Pages 110-120 in R.N.L. Andrews and P.F. Nowak (eds).  Workshop Proceedings, Off-Road
Vehicle Use: a Management Challenge.  U.S. Dept. Agric. – Office of Environ. Qual., Univ.
Mich. School of Nat. Res., and Univ. Mich. Ext. Serv.  Ann Arbor, Mich.

BLM_0075110

Cadwell, L.L., M.A. Simmons, J.L. Downs, and C.M. Sveum. 1994. Sage grouse on the Yakima Training Center: a summary of studies conducted during 1991 and 1992. Pacific Northwest Lab., Richmond, WA.

Carter, L.J. 1974. Off-road vehicles: a compromise plan for the California desert. Science 183:396-399.

Case, R.M. 1978. Interstate highway road-killed animals: a data source for biologists. Wildl. Soc. Bull. 6:8-13.

Cassirer, E.F., D.J. Freddy, and E.D. Ables. 1992. Elk responses to disturbance by cross-country skiers in Yellowstone National Park. Wildl. Soc. Bull. 20:375-381.

Cerovski, A.O., M. Grenier, B. Oakleaf, L. Van Fleet, and S. Patla. 2004. Atlas of Birds, Mammals, Amphibians, and Reptiles in Wyoming. Wyoming Game and Fish Department Nongame Program, Lander. 206pp.

Chadwick, D.H. 1973. Mountain goat ecology-logging relationships in the Bunker Creek Drainage of western Montana. M.S. Thesis, Univ. Montana, Missoula. 262pp.,

_____. 1983. A Beast the Color of Winter. Sierra Club Books, San Francisco. 208pp.

Chambers, J.C. 1988. Fire and the Great Basin. USDA Forest Service Gen. Tech. Rep. RMRS-GTR-204. USDA Forest Service, Rocky Mountain Research Station, Reno, NV. 5pp. http://www.fs.fed.us/rm/pubs/rmrs_gtr204/rmrs_gtr204_033_037.pdf

Christiansen, T. unpubl. data. Activity and status of sage grouse leks along Highway 28 near Farson, Wyoming.

_____. 2000. Sage grouse in Wyoming: What happened to all the sage grouse? Wyoming Wildlife News 9(5). WY Game and Fish Dept., Cheyenne.

Clearwater, S.J., B.A. Morris, and J.S. Meyer. 2002. A comparison of coalbed methane product water quality versus surface water quality in the Powder River Basin of Wyoming, and an assessment of the use of standard aquatic toxicity testing organisms for evaluating the potential effects of coalbed methane product waters. Unpublished report to the Wyoming Department of Environmental Quality, May 31, 2002. 131pp.

Coe, P.K., B.K. Johnson, K.M. Stewart, and J.G. Kie. 2004. Spatial and temporal interactions of elk, mule deer, and cattle. Trans. N. Am. Wildl. Nat. Res. Conf. 60: In press.

Cole, D.N., and E.G. Schreiner. 1981. Impacts of backcountry recreation: site management and rehabilitation – an annotated bibliography. U.S. For. Serv., Intermountain For. and Range Exp. Sta. Gen. Tech. Rept. INT-121. 58pp.

BLM_0075111

Cole, E.K., M.D. Pope, and R.G. Anthony. 1997. Effects of road management on movement survival of Roosevelt elk. Journal of Wildlife Management 61:1115-1126.

Colenso-Postovit, B. 1981. Suggestions for sage grouse habitat reclamation on surface mines in Northeastern Wyoming. M.S. Thesis, Univ. of Wyoming, Laramie, Wyoming, USA.

Colorado Division of Wildlife. Draft dated 18 August, 2008. Actions to minimize adverse impacts to wildlife resources. Denver, CO. 46pp.

Colorado Greater Sage-Grouse Conservation Plan Steering Committee. 2008. The Colorado Greater Sage-Grouse Conservation Plan. Colorado Division of Wildlife. Denver, CO. Unpublished Report.

Comer, R. D. 1982. Understanding secondary effects of development on wildlife resources. Pages 16-35 *in* R. D. Comer, J. M. Merino, J. W. Monarch, and C. Pustmueller, M. Stalmaster, R. Stoecker, J. Todd, and W. Wright, editors. Proceedings: Symposium on issues and technology in the management of impacted western wildlife. Thorne Ecological Institute. Boulder, Colorado.

Commons-Kemner, M.L., and S. Sather-Blair. 2004. Working together to provide a broadscale habitat planning map for greater sage-grouse in Idaho. Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee. Wenatchee, Wa. Abstract only.

Compton, T.L. 1974. Some interspecific relationships among deer, elk, domestic livestock and man on the western Sierra Madre of southcentral Wyoming. PhD Thesis, Univ. of Wyoming. 247pp.

Connelly, J.W., K.P. Reese, and M.A. Schroeder. 2003. Monitoring of greater sage grouse habitats and populations. Publication 979, College of Natural Resources Experiment Station, Univ. of Idaho, Moscow. 50pp.

_____, K.P. Reese, R.A. Fischer, and W.L. Wakkinen. 2000. Response of a sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28(1):90-96.

_____, M.A. Schroeder, A.R. Sands, and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:1-19.

_____, S.T. Knick, M.A. Schroeder, and S. Stiver. 2004. Draft Conservation Assessment of Greater Sage Grouse and Sagebrush Habitats. Western Association of Fish and Wildlife Agencies. www.wafwa.org

_____, W.J. Arthur, and O.D. Markham. 1981. Sage grouse leks on recently disturbed sites. Journal of Range Management 34(2):153-154.

Cook, J.G. 1984. Pronghorn winter ranges: habitat characteristics and a field test of a habitat suitability model. M.S. Thesis, Univ. of Wyoming, Laramie. 91pp.

BLM_0075112

_____, and L.L. Irwin. 1984. Pronghorn winter ranges: habitat characteristics and a field test of a habitat suitability model. Final Report. Dept. Zool. and Physiol., Univ. WY, Laramie, WY.

Corning, R.V. 2001. An overall look at environmental problems connected with increased coal methane production in the Powder River Basin. Unpublished report to the Wyoming Environmental Quality Council, January 2, 2001. 18pp.

Cote, S.D. 1996. Mountain goat responses to helicopter disturbance. Wildl. Soc. Bull. 24(4):681-685.

Crawford, J.A., R.A. Olson, N.E. West, J.C. Moseley, M.A. Schroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2-19.

Crompton, B., and C. Colt. 2002. Developing mitigation guidelines based on sage-grouse habitat use, production, and survival in relation to coalbed methane development in Carbon County, Utah. 2002 Western States Sage & Columbian Sharp-tailed Grouse Symposium. Bicknell, UT. Abstract only.

Cross, F.B., R.L. Mayden, and J.D. Stewart. 1986. Fishes in the western Mississippi drainage. Pages 363-412 *in* C.H. Hocutt and E.O. Wiley, eds. The zoogeography of North American freshwater fishes. John Wiley and Sons, New York.

_____, and R.E. Moss. 1987. Historic changes in fish communities and aquatic habitats in plains streams of Kansas. Pages 155-165 *in* W.J. Matthews and D.C. Heins, eds. Community and evolutionary ecology of North American stream fishes. University of Oklahoma Press, Norman, Oklahoma.

Czech, B. 1991. Elk behavior in response to human disturbance at Mount St. Helens National Volcanic Monument. Applied Animal Behavior Science 29(1991:269-277.

Dalle-Molle, J., and J. Van Horn. 1991. Observation of vehicle traffic interfering with migration of Dall's Sheep, *Ovis dalli dalli*, in Denali National Park, Alaska. Can. Field Nat. 106(3):409-411.

Deblinger, R.D. 1988. Ecology and behavior of pronghorn in the Red Desert, Wyoming with reference to energy development. Ph.D. Thesis, Colorado State University, Ft. Collins, Colorado.

DeForge, J.R. 1972. Mans' invasion into the bighorn's habitat. Trans. Desert Bighorn Counc. 16:112-115.

DeGroot, E. 1992. Final report – fencing inventory project. WY Coop. Res. Unit and WY Game and Fish Dept. Cheyenne, WY.

BLM_0075113

deVos, J.C. Jr., M.R. Conover, and N.E. Headrick, eds. 2003. Mule Deer Conservation: Issues and Management Strategies. Berryman Institute Press, Utah State Univ., Logan. 240pp.

Dinsmore, J.J. 1983. Mountain plover (*Charadrius montanus*). Pages 185-196 in J.S. Ambruster (ed). Impacts of Coal Surface Mining on 25 Migratory Bird Species of High Federal Interest. U.S. Fish and Wildl. Serv. FWS/OBS-83/35. 248pp.

Doherty, K.E. 2008. Sage-grouse and energy development: integrating science with conservation planning to reduce impacts. PhD Dissertation. University of Montana, Missoula.

_____, D.E. Naugle, B.L. Walker, and J.M. Graham.. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management 72:187-195.

Dorrance, M.J., P.J. Savage, and D.E. Huff. 1975. Effects of snowmobiles on white-tailed deer. Journal of Wildlife Management 39(3): 563-569

Dufour, P. 1974. Effects of noise on wildlife and other animals. Memphis State University and United States Environmental Protection Agency.

Dunaway, D.J. 1971. Human disturbance as a limiting factor of Sierra Nevada bighorn sheep. Pages 165-173 in E. Decker (ed). Trans. 1st North American Wild Sheep Conf., Colo. St. Univ., Ft. Collins.

Dyer, S.J., J.P. O'Neill, S.M. Wasel, and S. Boutin. 2001. Avoidance of industrial development by woodland caribou. Journal of Wildlife Management 65:531-542.

Easterly, T., A. Wood, and T. Litchfield. 1992. Responses of pronghorn and mule deer to petroleum development on crucial winter range in the Rattlesnake Hills. Wyoming Game and Fish Dept., Cheyenne, WY. 67pp.

Eastman, D.S. 1977. Research needs for mountain goat management. Pages 160-168 in W. Samuel and W.G. MacGregor, eds. Proc. 1st Internat. Mt. Goat Symp., Kalispell, Montana. British Columbia Ministry of Rec. and Conserv. 243pp.

Eberhardt, L.E., E.E. Hanson, and L.L. Cadwell. 1984. Movement and activity patterns of mule deer in the sagebrush-steppe region. J. Mammalogy 65:404-409.

Edge, W.D. 1982. Distribution, habitat use, and movements of elk in relation to roads and human disturbance in western Montana. M.S. Thesis, Univ. Montana, Missoula. 98 pp.

_____, and C.L. Marcum. 1991. Topography ameliorates the effects of roads and human disturbance on elk. Pages 132-137 in A.G. Christiansen, L.J. Lyon, and T.N. Lonner, compilers, Proc. Elk Vulnerability Symp., Montana State Univ., Bozeman. 330pp.

BLM_0075114

_____, C.L. Marcum, and S.L. Olson.  1985.  Effects of logging activities on home-range fidelity of elk.  Journal of Wildlife Management 49:741-744.

Edwards, R.Y., and C.D. Fowle.  1955.  The concept of carrying capacity.  Trans. N. Amer. Wildl. Conf.  20:589-602.

Edwards, V.C., R.W. Coppock, and L.L. Zinn.  1979.  Toxicoses related to the petroleum industry.  Veterinary and Human Toxicology 21:328-337.

Ellis, K. L.  1985.  Effects of a new transmission line on distribution and aerial predation of breeding male sage grouse.  United States Bureau of Land Management, Final Report IV-H-10.

Eng, R.L., E.J. Pitcher, S.J. Scott, and R.J. Greene.  1979.  Minimizing the effect of surface coal mining on a sage grouse population by a directed shift of breeding activities.  Ages 464-468 in G.A. Swanson, ed.  The mitigation symposium: a national workshop on mitigating losses on fish and wildlife habitats.  U.S. Dep. Agric., For. Serv. Gen Tech. Rep. RM-65.

_____, and P. Schladweiler.  1972.  Sage grouse winter movements and habitat use in central Montana.  Journal of Wildlife Management 36(1):141-146.

Engineering Dynamics.  1984.  Noise impact assessment, Sohio Petroleum Company, Kelly Canyon Area.  Rept. No. 1341.  Englewood, Colorado.

Environmental Protection Agency.  1971.  Community Noise.  Prepared by the Wyle Laboratories for EPA Office of Noise Abatement Control.  Washington, D.C.

_____.  1994.  Information  on levels of environmental noise requisite to protect public health and welfare with an adequate margin of safety.  EPA/ONAC 550/9-74-004.  Washington, D.C.

Esmoil, B.J.  1991.  Wildlife mortality associated with oil pits in Wyoming.  M.S. Thesis.  Univ., WY.  Laramie.  61pp.

_____, and S. H. Anderson. 1995. Wildlife mortality associated with oil pits  in Wyoming.  Prairie Naturalist 27:81-88.

Fala, R.A., J.P. Ward, J.W. June, L.L. Apple.  1986.  Mule deer winter range study on a proposed coal lease site.  Pages 15-21 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Fausch, K.D., and K.R. Bestgen.  1997.  Ecology of fishes indigenous to the central and southwestern Great Plains.  Pages 131-166 in F.L. Knopf and F.B. Samson, eds.  Ecology and conservation of Great Plains vertebrates.  Springer-Verlag, New York.

BLM_0075115

Felley, D.L., and S. Anderson.  1998.  Research proposal: effects of oil and gas development on sagebrush grassland breeding birds.  U.S. Fish and Wildlife Service, Wyoming Field Office, Cheyenne, WY.

FERC (Federal Energy Regulatory Commission).  2003.  Wetland and Waterbody Construction and Mitigation Procedures.  Washington, D.C.  23pp.  http://www.ferc.gov/industries/gas/enviro/wetland.pdf

Ferrier, G.J.  1974.  Bighorn sheep along the lower Colorado River, 1974-2050.  Trans. Desert Bighorn Counc. 18:40-45.

Fitzner, R.E.  1986.  Response of birds of prey to large-scale energy development in southcentral Washington.  Pages 287-294 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife.  Proc. Symp., Glenwood Springs, CO.  Thorne Ecol. Inst., Boulder, CO.

Fletcher, J.L. and R.G. Busnel.  1978.  Effects of noise on wildlife.  Academic Press, Inc.

Flickinger, E. L. 1981.  Wildlife mortality at petroleum pits in Texas. Journal of Wildlife Management 45:560-564.

Foppen, R., and R. Reijnen.  1995.  The effects of car traffic on breeding bird populations in woodland.  II. Breeding dispersal of male willow warblers *(Phylloscopus trochilus)* in relation to the proximity of a highway.  Journal of Applied Ecology 32:95-101.

Forman, R. T. T., and L. E. Alexander.  1998.  Roads and their major ecological effects. Annual Review of Ecological Systems 29:207-231.

_____, and R.D. Deblinger.  1998.  The ecological road-effect zone for transportation planning and Massachusetts highway example.  Pp. 78–96.  FL-ER-69-98.  Proceedings of the International Conference on Wildlife Ecology and Transportation, Florida Department of Transportation, Tallahassee.

Foster, B.R.  1977.  Historical patterns of mountain goat harvest in British Columbia.  Pages 147-159 in W. Samuel and W.G. MacGregor, eds.  Proc. 1st Internat. Mt. Goat Symp. Kalispell, Montana.  British Columbia Ministry of Rec. and Conserv.  243pp.

_____, and E.Y. Rahs.  1980.  Relations between mountain goat ecology and proposed hydroelectric development within the Upper Grand Canyon of the Stikine River, northwestern British Columbia.  Rept. Prep for B.C. Hydro and Power Authority by Marr-Terr Enviro-Research Ltd. 102pp.

_____, and E.Y. Rahs.  1983.  Mountain goat response to hydroelectric exploration in Northwestern British Columbia.  Environ. Manage. 7:189-197.

BLM_0075116

Fox, D.G.  1989.  A screening procedure to evaluate air pollution effects on class I wilderness areas.  Rept. RM-169.  USDA Rocky Mt. For. and Range Exp. Sta.  Fort Collins, CO.

Franklin, A.B., B.R. Noon, and T.L. George.  2002.  What is habitat fragmentation?  Studies in Avian Biol. 25:20-29.

Fraser, J.D., L.D. Frenzel, J.E. Mathisen, and N.S. Fraser.  1979.  Environmental disturbance of nesting bald eagles.  Unpubl. Rept., Raptor Research Meeting.  Sacramento, CA.

Freddy, D.J.  1986a.  Response of adult mule deer to human harassment during winter.  (abstract only).  Page 286 in Issues and Technology in the Management of Impacted Western Wildlife.  Proc. Symp., Glenwood Springs, CO.  Thorne Ecol. Inst., Boulder, CO.

_____. 1986b.  Quantifying capacity of winter ranges to support deer evaluation of thermal cover used by deer.  Pages 9-18 in Colorado Division of Wildlife, Wildlife Research Report, Denver.

_____, W. M. Bronaugh, and M. C. Fowler.  1986c.  Responses of mule deer to disturbance by persons afoot and snowmobiles.  Wildl. Soc. Bull. 14:63-68.

Frid, A.  1998.  Responses to helicopter disturbance by Dall's sheep: determinants of escape decisions.  Report to the Yukon Fish and Wildlife Branch. 36pp.

_____. 2000.  Fleeing decision by Dall's sheep exposed to helicopter overflights.  Bienn. Symp. North. Wild Sheep and Goat Counc. 12:153-169.

_____. 2000.  Behavioral responses by Dall's sheep exposed to overflights by fixed-wing aircraft.  Bienn. Symp. North Amer. Wild Sheep and Goat Counc. 12:170-185.

Fyfe, R.E., and R.R. Olendorff.  1976.  Minimizing the dangers of nesting studies to raptors and other sensitive species.  Can. Wildl. Serv. Occas. Paper No 23.

Gaines, W.L., P.H. Singleton, and R.C. Ross.  2003.  Assessing the cumulative effects of linear recreation routes on the Okanogan and Wenatchee National Forests.  USDA Forest Service.  Tech. Rept. PNW-GTR-586.  79pp.

Garrott, R.A., G.C. White, R.M. Bartmann, L.H. Carpenter, and A.W. Alldredge.  1987.  Movements of female mule deer in northwest Colorado.  J. Wildl. Manage. 51:634-643.

Garton, E.O., J.W. Connelly, M.A. Schroeder, S.T. Knick, and S. Stiver.  2004.  Evaluating range-wide population changes in greater sage-grouse.  Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, WA.  Abstract only.

Geist, V.  1978.  Behavior.  Pages 283-296 in J.L. Schmidt and D.L. Gilberts (eds).  Big Game of North America: Ecology and Management.  Stackpole Books, Harrisburg, PA.  494pp.

BLM_0075117

Gelbard, J.L., and J. Belnap.  2003.  Roads as conduits for exotic plant invasions in a semiarid landscape. Conservation Biology 17:420-432.

George, W.G.  1974.  Domestic cats as predators and factors in winter shortages of raptor prey. Wilson Bull. 86:384-396.

Giesen, K.M., and J.W. Connelly.  1993.  Guidelines for management of Columbian sharp-tailed grouse habitats.  Wildl. Soc. Bull. 21:325-333.

Gill, R.B.  2001.  Declining mule deer populations in Colorado: reasons and responses. Colorado Division of Wildlife Spec. Rpt. 77.  Denver, Colorado.

Gillin, C.M.  1989.  Response of elk to seismograph exploration in the Wyoming Range.  M.S. Thesis, University of Wyoming, Laramie.  110pp.

_____, and F.G. Lindzey.  1986.  Meeteetse mule deer study.  Prog. Rep., Wyoming Cooperative Fish and Wildlife Research Unit, Laramie.  58pp.

Girard, M., and B. Stotts.  1986.  Managing impacts of oil and gas development on woodland wildlife habitats on the Little Missouri Grasslands, North Dakota.  Pages 128-130 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Gold, R.L.  1976.  Trespass and other social impacts on northern plains coal development. Symp. on Environ. Impacts of Coal Mining and Conversion, N. Great Plains.  AAAS, Boston.  10pp.

Golden, J., R.P. Quellette, S. Saari, and P.N. Cheremisinoff.  1980.  Environmental impact data book.  Ann Arbor Science Publishers, Inc.  Ann Arbor, MI.  864pp.

Goodson, N.J.  1978.  Status of bighorn sheep in Rocky Mountain National Park. M.S. Thesis, Colorado State Univ., Ft. Collins. 190pp.

Gordon, S.M., and D.M. Reynolds.  2002.  The use of video for mountain goat winter range habitat inventory and assessment of overt helicopter disturbance.  Bienn. Symp. North. Wild Sheep and Goat Counc. 12:26-37.

Graham, H.  1971.  Environmental analysis procedures for the bighorn in the San Gabriel Mountains.  Trans. Desert Bighorn Counc. 15:38-45.

Greer, R.  undated.  Sage grouse habitat requirements and development.  Habitat Extension Bulletin No. 31.  WY Game and Fish Dept., Habitat Extension Services.  6pp.

_____. 2004.  Columbian sharp-tailed grouse:  distribution, status, habitat use, and population dynamics in Utah.  Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, WA.  Abstract only.

BLM_0075118

Grier, J.W., and R.W. Fyfe.  1987.  Preventing research and management disturbance.  Pages 173-182 in B.A. Giron Pendleton, B.A. Millsap, K.W. Cline, and D.M. Bird (eds).  Raptor Management Techniques Manual.  National Wildlife Federation, Institute for Wildlife Research Scientific and Technical Series No. 10.  Washington, D.C.

Gusey, W.F. 1986. Terrestrial wildlife and the petroleum industry: interactions and relationships.  Unpubl. draft report, Shell Oil Company, Houston, TX.

Hamilton, S., J. Carlisle, and R. Garwood.  1996.  Human effects on mountain goats in the Sawtooth National Forest.  SNRA Headquarters, Star Route, Ketchum, Idaho. 8pp.

Hartung, R., and G.S. Hunt.  1966.  Toxicity of some Oils to Waterfowl.  J. Wildl. Manage.  30:564-570.

Hayden-Wing Associates.  1990a.  Response of elk to Exxon's field development in the Riley Ridge area of western Wyoming, 1979-1988.  Final Report prepared for Exxon Company, U.S.A. and Wyoming Game and Fish Dept., Cheyenne, WY. 33pp.

Hayden-Wing Associates.  1990b.  Summary of elk responses to oil well drilling and associated disturbances.  Hayden-Wing Associates, Laramie, WY.  16pp.

_____.  1991a.  Final review and evaluation of the effects of Triton Oil and Gas Corporation's proposed coal bed methane field development (Great Divide prospect) on elk and other big game species. Triton Oil and Gas Corporation, Dallas, TX. 92 pp.

_____.  1991b.  Review and evaluation of the effects of geophysical exploration on some wildlife species in Wyoming.  Unpubl. Rept. for Geophysical Acquisition Workshop.  Laramie, WY.

Hayden-Wing, L.D., D.B. Costain, J.L. Hull, M.R. Jackson and T.B. Segerstrom.  1986.  Movement patterns and habitat affinities of a sage grouse population in northeastern Wyoming.  Proceedings III, Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute 2:207-226.

Haynes, L.A.  1992.  Mountain goat habitat of Wyoming's Beartooth Plateau: implications for management.  Bienn. Symp. Northern Wild Sheep and Goat Counc. 8:325-339.

_____.  1992a.  Mountain goat habitat of Wyoming's Beartooth Plateau: implications for management.  Bienn. Symp. Northern Wild Sheep and Goat Counc. 8:325-339.

_____.  1992b.  Mountain goat habitat of Wyoming's Beartooth Plateau: implications for management.  M.S. Thesis, North. Ariz. Univ., Flagstaff.

BLM_0075119

Heath, B.J., R. Straw, S.H. Anderson, and J. Lawson. 1997. Sage grouse productivity, survival, and seasonal habitat use near Farson, Wyoming. Unpublished completion report to the Wyoming Game and Fish Department.

Hebert, D.H., and W.G. Turnbull. 1977. A description of southern interior and coastal mountain goat ecotypes in British Columbia. Pages 126-146 in W. Samuel and W.G. MacGregor, eds. Proceed. 1st Internat. Mt. Goat Symp. Kalispell, Montana. British Columbia Ministry of Rec. and Conserv. 243pp.

Hemstrom, M.A., M.J. Wisdom, W.J. Hann, M.M. Rowland, B.C. Wales, and R.A. Gravenmier. 2002. Sagebrush-steppe vegetation dynamics and restoration potential in the Interior Columbia Basin, U.S.A. Conservation Biology 16:1243-1255.

Henderson, R. E., and A. O'Herren. 1992. Winter ranges for elk and deer: victims of uncontrolled subdivisions? Western Wildlands 18:20-25.

Hiatt, G.S. pers. comm. Observation of a sage grouse lek becoming inactive after placement of a continuously running compressor. Biologist, WY Game and Fish Dept., Green River Region.

_____, and D. Baker. 1981. Effects of oil/gas drilling on elk and mule deer winter distributions on Crooks Mountain, Wyoming. Unpubl. Report., Wyoming Game and Fish Dept, Cheyenne, WY. 25pp.

Hicks, L.L., and J.M. Elder. 1979. Human disturbance of Sierra Nevada bighorn sheep. J. Wildl. Manage. 43(4):909-915.

Hieb, S.R. (ed). 1976. Proceedings of the elk-logging-roads symposium. Forest, Wildlife and Range Experiment Station, University of Idaho, Moscow, ID.

Hinschberger, M., B. Long, J. Kimbal, G. Roby. 1978. Progress report 1978 Gros Ventre cooperative elk study. 154 pp.

Hirvonen, H. 2001. Impacts of highway construction and traffic on a wetland bird community. Pp. 369-372. Proceedings of the International Conference on Wildlife Ecology and Transportation, September 24-28, 2001, Keystone, Colorado.

Hobbs, N.T. 1989. Linking energy balance to survival in mule deer: development and test of a simulation model. Wildl. Monogr. 101:1-39.

Hodkinson, D.J., and K. Thompson. 1997. Plant dispersal: the role of man. Journal of Applied Ecology 34:1484-1496.

Hofman, L.A. 1991. The western sage grouse (*Centrocercus urophasianus phaios*) on the Yakima Training Center in central Washington: A case study of a declining species and the military. M.S. thesis, Central Washington Univ., Ellensburg.

BLM_0075120

Holloran, M.J.  2005.  Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming.  PhD Dissertation.  Univ. WY, Laramie.  223pp.

_____, and S.H. Anderson.  2004.  Sage-grouse response to natural gas field development in northwestern Wyoming.  Western Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, WA.  Abstract only.

Holmes, T.L., R.L. Knight, L. Stegall, and G.R. Craig.  1993.  Responses of wintering grassland raptors to human disturbance.  Wildl. Soc. Bull. 21:461-468.

Holroyd, J.C.  1967.  Observations of Rocky Mountain goats on Mount Wardle, Kootenay National Park, British Columbia.  Can. Field Nat. 81(1):1-22.

Holthuijzen, A.M.A., W.G. Eastland, A.A. Ansell, M.N. Kochert, R.D. Williams, and L.S. Young.  1990.  Effects of blasting on behavior and productivity of nesting prairie falcons.  Wildl. Soc. Bull. 18:270-281.

Hook, D.L.  1986.  Impacts of seismic activity on bighorn movements and habitat use.  Bienn. Symp. North. Wild Sheep and Goat Counc. 5:292-297.

Horejsi, B.L.  1976.  Some thoughts and observations on harassment of bighorn sheep.  Bienn. Symp. Northern Wild Sheep Counc., 149-155.

_____.  1979.  Seismic operations and their impact on large mammals: results of a monitoring program.  Unpublished report prepared for Mobil Oil Canada, Ltd., Western Wildlife Environments, Calgary, Alberta

Hoskinson, R.L., and J.R. Tester.  1980.  Migration behavior of pronghorn in southeastern Idaho.  J. Wildl. Manage. 44:132-144.

Hubert, W.A.  1993.  The Powder River: a relatively pristine stream on the Great Plains.  Pages 387-395 in L.W. Hesse, C.B. Stalnaker, and N.G. Benson, eds.  Proceedings of the symposium on restoration planning for the rivers of the Mississippi River ecosystem.  Biological Report 19.  US Department of the Interior, National Biological Survey, Washington, D.C.

Hulet, B.V., J.T. Flinders, J.S. Green, and R.B. Murray.  1986.  Seasonal movements and habitat selection of sage grouse in southern Idaho.  Pages 168-0175 in The Biology of *Artemisia* and *Chrysothamnus*.  Proc. Symp.  USDA Gen. Tech. Rept. INT-200.

Hupp, J.W., and C.E. Braun.  1989.  Topographic distribution of sage grouse foraging in winter.  J. Wildl. Manage. 53(3):823-829.

BLM_0075121

Hurley, K.P., and L.L. Irwin.  1986.  Prescribed burning as mitigation for energy development on bighorn sheep ranges in Wyoming.   Bienn. Symp. Northern Wild Sheep and Goat Counc. 5:298-312.

Ihsle, H. B.  1982.  Population ecology of mule deer with emphasis on potential impacts of gas and oil development along the East Front of the Rocky Mountains, north central Montana. Thesis, Montana State University, Bozeman.

Inglefinger, F.M.  2001.  The effects of natural gas development on sagebrush steppe passerines in Sublette County, Wyoming.  M.S. Thesis, University of Wyoming, Laramie.  110pp.

_____, and S. Anderson, 2004.  Passerine Response to Roads Associated with Natural Gas Extraction in a Sagebrush Steppe Habitat. Western North American Naturalist 64(3):385-389.

Irby, L. R., R. J. Mackie, H. Ihsle Pac, and W. F. Kasworm.  1988  Management of mule deer in relation to oil and gas development in Montana's Overthrust Belt.  Pages 113-121 in J. Emerick, S. Q. Foster, L. Hayden-Wing, J. Hodgson, J. W. Monarch, A. Smith, O. Thorne II, and J. Todd, eds.  Proc. Symposium on issues and technology in the management of impacted wildlife.  Thorne Ecological Institute.  Boulder, Colorado.

Irwin, L.L., and C.M. Gillin. 1984. Response of elk to seismic exploration in the Bridger-Teton Forest, Wyoming.  Progress Report.  Bureau of Land Management, International Association of Geophysical Contractors, U.S. Forest Service and Wyoming Game and Fish Department. 38 pp.

_____, and J.M. Peek.  1979.  Relationship between road closures and elk behavior in northern Idaho. Pages 199-204 in M.S. Boyce and L.D. Hayden-Wing, eds.  North American elk: ecology, behavior and management.  Univ. of Wyoming, Laramie.  294 pp.

_____, R.J. Guenzel, and T.J. Ryder.  1984.  Pronghorn-habitat relationships in the Red Rim area, south-central Wyoming.  Final Report (unpubl.).  Univ. WY, Dept. Zool. and Physiol. Laramie, WY.

Johnson, B.K., A.A. Ager, J.H. Noyes, and N. Cimon.  2004.  Elk and mule deer responses to variation in hunting pressure.  Trans. N. Am. Wildl. Nat. Res. Conf.  69: In press.

_____, and D. Lockman.  1979.  Response of elk during calving to oil/gas drilling activity in Snider Basin, Wyoming.  WGFD Rept.  14pp.

_____, and D. Lockman.  1981.  Response of elk during calving to oil/gas activity in Snider Basin, Wyoming.  Wyoming Game and Fish Department, Cheyenne.  12 pp.

_____, L.D. Hayden-Wing, and D. Lockman.  1990.  Responses of elk to development of Exxon's Riley Ridge Gas Field in western Wyoming.  WY Game and Fish Dept., Cheyenne. 25pp.

BLM_0075122

_____, and L. Wolrab. 1987. Response of elk to development of a natural gas field in western Wyoming, 1979-1987. WGFD Rept. 28pp.

Johnson, K.H., and C.E. Braun. 1999. Viability and conservation of an exploited sage grouse population. Conservation Biology 13:77-83.

Johnson, K.L. 1986. Sagebrush over time: A photographic study of rangeland change. Pages 223-252 in The Biology of Artemisia and Chrysothamnus. Proc. Symp. USDA Gen. Tech. Rept. INT-200.

Johnson, T.K. 1986. Impacts of surface coal mining on calving elk. Pages 255-269 in Issues and Technology in the Management of Impacted Western Wildlife. Proc. Symp., Glenwood Springs, CO. Thorne Ecol. Inst., Boulder, CO.

Jorgenson, J.T. 1988. Environmental impact of the 1988 Winter Olympics on bighorn sheep of Mt. Allan. Bienn. Symp. Northern Wild Sheep and Goat Counc. 6:121-134.

Jorgensen, M.C., and R.E. Turner. 1973. The desert bighorn sheep of Anza-Borrego Desert State Park. Trans. Desert Bighorn Counc. 17:81-88.

Joslin, G. 1986a. Montana mountain goat investigations, Rocky Mountain Front. Final Report, Montana Dept. Fish, Wildlife, & Parks, Helena. 283pp.

_____. 1986b. Mountain goat population changes in relation to energy exploration along Montana's Rocky Mountain Front. Bienn. Symp. Northern Wild Sheep and Goat Counc. 5:253-271.

Julian, T. 1970. Steamboat elk herd, its past, present and future – 1970. Spot Report. Wyoming Game and Fish Dept. Cheyenne, WY. 11pp.

Kaiser, R.C. 2006. Recruitment by greater sage-grouse in association with natural gas development in western Wyoming. M.S. Thesis. Univ. Wyoming, Laramie. 91pp.

Kennedy, P.L. 1980. Raptor baseline studies in energy developments. Wildlife Society Bulletin 8:129-135.

Kerley, L. 1994. Bird responses to habitat fragmentation caused by sagebrush management in a Wyoming sagebrush steppe ecosystem. PhD Dissertation, University of Wyoming, Laramie. 153pp.

Kie, J.G., A.A. Ager, N.J. Cimon, M.J. Wisdom, M.M. Rowland, P.K. Coe, S.L. Findholt, B.K. Johnson, and M. Vavra. 2004. The Starkey Database: Spatial-Environmental Relations of North American Elk, Mule Deer, and Cattle at the Starkey Experimental Forest and Range in Northeastern Oregon. Trans. N. Am. Wildl. Nat. Res. Conf. 69: In press.

BLM_0075123

Klein, D.R. 1979. The Alaska oil pipeline in retrospect. North American Wildlife Conference 44:235-246.

Knick, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W. M. Vander Haegen and C. van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

_____, and J.T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conserv. Biol. 9:1059-1071.

_____, and J.T. Rotenberry. 1997. Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho. Landscape Ecology 12:287-297.

_____, and J.T. Rotenberry. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. Ecology 81:220-227.

Knight, D. L. 1994. Mountains and Plains, the Ecology of Wyoming Landscapes. Yale University Press, New Haven, Connecticut, USA.

Knight, J.E., Jr. 1980. Effects of hydrocarbon development on elk movements and distribution in northern Michigan. Ph.D. dissertation. The University of Michigan, Ann Arbor.

_____. 1981. Effect of oil and gas development on elk movements and distribution in northern Michigan. N. Am. Wildl. and Nat. Resour. Conf. 46:349-357.

Knight, R.L., and J.Y. Kawashima. 1993. Responses of raven and red-tailed hawk populations to linear right-of-ways. J. Wildl. Manage. 57:266-271.

_____, and K. J. Gutzwiller. 1995. Wildlife and recreationists-coexistence through management and research. Island Press, Washington D. C.

Kniola, B.E. and J.S. Gil. 2005. Surface compliance of coal bed natural gas (CBNG) development in north central Wyoming. USDI Bureau of Land Management, Buffalo Field Office. 22pp.

Knopf, F. L. 1996. Mountain Plover (*Charadrius montanus*) in The Birds of North America, No. 211 (A. Poole and F. Gill, eds.). The Academy of Natural Sciences, Philadelphia, PA, and The American Ornithologists' Union, Washington, D.C.

Krausman, P.R., L.K. Harris, C.L. Blasch, K.K.G. Koenen, and J. Francine. 2004. Effects of military operations on behavior and hearing of endangered Sonoran pronghorn. Wildlife Monographs 157:1-41.

_____, M.C. Wallace, M.E. Weisenberger, D.W. DeYoung, and O.E. Maughan. 1993. Effects of simulated aircraft noise on heart rate and behavior of desert ungulates. Final Report, May 1990-October 1992. 75pp.

71

BLM_0075124

_____, M.C. Wallace, M.J. Zine, L.R. Berner, and C.L. Hayes. 1993. Effects of low altitude aircraft on mountain sheep heart rate and behavior. Final Report, May 1989-June 1993. 145pp.

Krementz, D.G., and J.R. Sauer. 1982. Avian communities on partially reclaimed mine spoils in south-central Wyoming. Journal of Wildlife Management 46:761-765.

Kuck, L. 1986. The impacts of phosphate mining on big game in Idaho: a cooperative approach to conflict resolution. Trans. N. Am. Wildl. Nat. Res. Conf. 51:90-97.

_____, G.L. Hompland, and E.H. Merrill. 1985. Elk calf response to simulated mine disturbance in southeast Idaho. J. Wildl. Manage. 49(3):751-757.

Kuhn, J.A., and B. Martens. 1985. Coal mine development and elk biology: Environmental impact assessment in Alberta and British Columbia. Pages 273-282 in M.S. Boyce and D. Hayden-Wing (eds.). North American elk: ecology, behavior, and management. University of Wyoming, Laramie.

Kuipers, J.L. 2004. Grazing system and linear corridor influences on greater sage-grouse (*Centrocercus urophasianus*) habitat selection and productivity. M.S. Thesis, University of Wyoming, Laramie.

LaGory, K., et al. 2001. A study of the effects of gas well compressor noise on breeding bird populations of the Rattlesnake Canyon Habitat Management Area, San Juan County, New Mexico. U.S. Department of Energy, National Petroleum Technology Office, National Energy Technology Laboratory, Tulsa, OK.

LaMalfa, E.M. and R. Ryel. 2008. Differential Snowpack Accumulation and Water Dynamics in Aspen and Conifer communities: Implications for Water Yield and Ecosystem Function. Ecosystems 11: 569-581.

Lammers, W. M., and M. W. Collopy. 2007. Effectiveness of avian predator perch deterrents on electric transmission lines. J. Wildl. Manage. 71(8): 2752-2758.

Landon, D.M., P.R. Krausman, K.K.G. Koenen, and L.K. Harris. 2003. Pronghorn use of areas with varying sound pressure levels. Southwestern Naturalist 48:725-728.

Larkin, R.P. 1996. Effects of military noise on wildlife: a literature review. Technical Report 96/21. U.S. Army Construction Engineering Research Laboratory, Champaign, IL.

Lauenroth, W.K., D.G. Milchunas, J.L. Dodd, R.H. Hart, R.K. Heitschmidt, and L.R. Rittenhous. 1994. Effects of grazing on ecosystems of the Great Plains. Pages 69-100 in M.Vavra, W.A. Laycock, and R.D. Pieper (eds). Ecological Implications of Livestock Herbivory in the West. Soc. for Range Manage. Denver, CO.

BLM_0075125

Leddy, K.L., et al. 1999. Effects of wind turbines on upland nesting birds in Conservation Reserve Program grasslands. Wilson Bulletin 111(1):100-104.

Lee, J.M., Jr., and D.B. Griffith. 1978. Transmission line audible noise and wildlife. Pp. 105-168 in Effects of Noise on Wildlife, J.L. Fletcher and R.G. Busnel (editors), Academic Press, New York, NY.

Leedy, D.L. 1987. Highway-wildlife-relationships. USDT, Fed. Hwy. Admin. Rept. FHWA-RD-76-4. Washington, D.C.

Leege, T.A. 1984. Guidelines for evaluating and managing summer elk habitat in northern Idaho. Idaho Dept. of Fish and Game. Wildlife Bulletin Number 11.

Lees, A.T. 1989. The effect of recreational activity on elk use and distribution along a pipeline right-of-way. Pages 133-143 in Proceedings IV: Issues and Technology in the Management of Impacted Wildlife. Thorne Ecological Institute, Boulder, Co.

Legg, K. 1998. A review of the potential effects of winter recreation on bighorn sheep. Bienn. Symp. Northern Wild Sheep and Goat Counc. 11:14-19.

_____. 1999. Effects of winter recreation on bighorn sheep. Pages 5-9 in T.K. Olliff, K. Legg, and B, Kaeding, eds. Effects of winter recreation on wildlife of the Greater Yellowstone Area: a literature review and assessment. Report to the Greater Yellowstone Coordinating Committee. Yellowstone National Park, Wyoming. 315pp.

Leopold, A. 1933. Game management. Charles Scribner's Sons. New York. 481pp.

Leopold, L.B., M.G. Wolman and J.P. Miller. 1964. Fluvial Processes in Geomorphology. W. H. Freeman and Company, San Francisco.

Leupin, E., and D. Jury. 2004. Columbian sharp-tailed grouse in British Columbia: status and conservation efforts. Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee. Wenatchee, Wa. Abstract only.

Levinski, C.L. 1982. Best management practices for road activities. Vol. 1: Location, Design, Construction, Maintenance. Idaho Dept. Health and Welfare, Div. Environ. Boise, ID.

Lieb, J.W. 1981. Activity, heart rate, and associated energy expenditure of elk in western Montana. Ph D. Thesis, Univ. Montana, Missoula. 200 pp.

Light, J.T. 1971. An ecological view of bighorn habitat on Mt. San Antonio. Pages 165-173 in E. Decker, ed. Trans. 1st North American Wild Sheep Conf., CO. St. Univ., Ft. Collins.

Lohman, K. 2004. Wildlife use of riverine wetland habitats. Pages 74-86 in M.C. McKinstry, W.A. Hubert, and S.H. Anderson. Wetland and riparian areas of the intermountain west. University of Texas Press, Austin. 319pp.

BLM_0075126

Long, M.  2001.  Conference opinion for the Seminoe Road Coabed Methane Pilot Project, Carbon County, Wyoming.  U.S. Fish and Wildl. Serv. Memorandum of May 8, 2001.

Lonner, T.N.  1985.  An elk-habitat model based on probability.  Page 117 in R.W. Nelson, ed. Proc. 1984 Western States Elk Workshop, Edmonton, Alberta, Can. (abstract).

Lowry, D.A., and K.L. McArthur.  1978.  Domestic dogs as predators on deer.  Wildl. Soc. Bull. 6:38-39.

Luckenbach, R.A.  1978.  An analysis of off-road vehicle use on desert avifaunas.  N. Am. Wildl. Conf. 43:157-162.

Lyon, A.G.  2000.  The potential effects of natural gas development on sage grouse (*Centrocercus urophasianus*) near Pinedale, Wyoming.  M.S. Thesis, University of Wyoming, Laramie.  121pp.

_____, and S.H. Anderson.  2003.  Potential gas development impacts on sage grouse nest initiation and movement.  Wildlife Society Bulletin 31(2):486-491.

Lyon, J.L.  1975.  Elk use as related to characteristics of clear-cuts in western Montana.  Pages 69-72 in S.R. Hieb, ed.  Proc. Elk-logging-roads Symposium.  Univ. of Idaho.  142 pp.
_____.  1979a.  Habitat effectiveness for elk as influenced by roads and cover.  Journal of Forestry.  79(10)658-660.

_____.  1979b. Influences of logging and weather on elk distribution in western Montana. USDA For. Serv Rep. Pap. INT-236.  Ogden, Utah. 11pp.

_____.  1983.  Road density models describing habitat effectiveness for elk.  Journal of Forestry 81:592-595.

_____.  1984.  Field tests of elk/timber coordination guidelines.  U.S. Forest Service Research Paper INT-325.

_____, and A.L. Ward.  1982.  Elk and land management.  Pages 443-477 in J.W. Thomas and D.E. Toweill (eds).  Elk of North America: Ecology and Management.  Stackpole Books, Harrisburg, PA.  698pp.

_____, T.N. Lonner, J..P. Weigand, C.L. Marcum, W.D. Edge, J.D. Jones, D.W. McCleerey, and L.L. Hicks.  1985.  Coordinating elk and timber management.  Final report of the Montana Cooperative Elk-Logging Study 1970-1985.  Montana Department of Fish, Wildlife, and Parks, Helena, MT.

MacArthur, R.A., V. Geist, and R.H. Johnston.  1982. Cardiac and behavioral responses of mountain sheep to human disturbance. J. Wildl. Manage. 46(2):351-358.

BLM_0075127

_____, R.H. Johnston, and V. Geist.  1979.  Factors influencing heart rate in free-ranging bighorn sheep: a physiological approach to the study of wildlife harassment.  Can. J. Zool. 57:2010-2021.

MacCallum, B.  1988.  Seasonal and spatial distribution of bighorn sheep at an open pit mining site in the Alberta foothills.  Bienn. Symp. Northern Wild Sheep and Goat Counc. 6:106-120.

_____.  1992.  Population dynamics of bighorn sheep using reclaimed habitat in open pit coal mines in west-central Alberta.  Bienn. Symp. Northern Wild Sheep and Goat Counc. 8:374.

Mackie, R.J., D.F. Pac, K.L. Hamlin, and G.L. Dusek.  1998.  Ecology and management of mule deer and white-tailed deer in Montana.  Montana Fish, Wildlife and Parks.  180pp.

Marcum, C.L.  1975.  Summer-fall habitat selection and use by a western Montana elk herd.  Ph D. Thesis, Univ. Montana, Missoula.  188pp.

_____.  1976.  Habitat selection and use during summer and fall months by a western Montana elk herd.  Pages 91-96 in S. R. Hieb, ed.  Proc. Elk-Logging-Roads Symp., Univ. Idaho, Moscow.142 pp.

Marler, P., M. Konishi, A. Lutjen, and M.S. Waser.  1973.  Effects of continuous noise on avian hearing and vocal development.  Proceedings of the National Academy of Science 70: 1393-1396.

Martin, N.S.  1976.  Life history and habitat requirements of sage grouse in relation to sagebrush treatment.  Proc. West. Assoc. State Game and Fish Commissioners 56:289-294.

Martin, S.J., and M.H. Schroeder.  1979.  Black-footed ferret surveys on coal occurrence areas in south-central Wyoming, February-September 1979.  USFWS Final Rept.  Fort Collins, CO. 39pp.

Matthews, W.J.  1988.  North American prairie streams as systems for ecological study.  Journal of the North American Benthological Society 7:387-409.

McAdoo, J.K., G.A. Acordagoita, and C.R. Aarstad.  1989.  Reducing impacts of hard-rock mining on wildlife in northern Nevada.  Pages 95-97 in Proceedings IV:  Issues and Technology in the Management of Impacted Wildlife.  Thorne Ecological Institute, Boulder, Co.

McCarthy, J, and D. Childress.  2007.  Wildlife and Energy Literature Review – Passerines and Raptors.  Developed for: Montana Department of Fish Wildlife and Parks and U.S.D.A. Department of the Interior Bureau of Land Management.  Helena, MT.  43pp.

McCorquodale, S.M., K.J. Raedeke, and R.D. Taber.  1986.  Elk habitat use patterns in the shrub-steppe of Washington.  J. Wildl. Manage. 50:664-669.

BLM_0075128

McDowell, B.  1996.  Basin management plan for fisheries: Little Missouri River Drainage. Wyoming Game and Fish Department, Sheridan Region.

McEwan, E.H., and A.F.C. Koelink.  1973.  the heat production of oiled mallards and scaup. Can. J. Zool. 52:27-31.

_____, N. Aitchison, and P.E. Whitehead.  1974.  Energy metabolism of oiled muskrats. Can. J. Zool. 52:1058-1062.

McFetridge, R.J.  1977.  Strategy of resource use by mountain goat nursery groups.  Pages 169-173 in W. Samuel and W.G. MacGregor, eds.  Proc. 1st Internat. Mt. Goat Symp. Kalispell, Montana.  British Columbia Ministry of Rec. and Conserv. 243pp.

McKinstry, M.C., and S.H. Anderson.  1994.  Evaluation of wetland creation and waterfowl use in conjunction with abandoned mine lands in northeast Wyoming.  Wetlands 14(4):284-292.

McKinstry, M.C., W.A. Hubert, and S.H. Anderson.  2004.  Wetland and riparian areas of the intermountain West.  University of Texas Press, Austin.  319pp. http://www.utexas.edu/utpress/excerpts/exmckwet.html

Mead, D.A., and L.E. Morgantini.  1988.  Drilling in sheep country: gas development at Prairie Bluff, Alberta.  Bienn. Symp. Northern Wild Sheep and Goat Counc.  6:165-167.

Medcraft, J. R., and W. R. Clark.  1986.  Big game habitat use and diets on a surface  mine in northeastern Wyoming.  J. Wildl. Manage. 50:135-142.

Megahan, W.F., and W.J. Kidd.  1972.  Effects of logging roads on sediment production in the Idaho Batholith.  USDA For. Serv. Res. Paper INT-123.

Menkens, G.E., and S.H. Anderson.  1985.  The effects of vibroseis on white-tailed prairie dog populations on the Laramie Plains of Wyoming.  Rept. to the U.S. Bur. Land Manage. Interagency Agreement No. WY910-IA2-1187.  15pp.

Merrill, E. H.  1984.  Phosphate mining impacts on mule deer, elk, and moose habitat use.  Pages 221-235 in L. Kuck, ed.  Southeast Idaho wildlife studies.  Volume I, Phase 2: mining impacts.  Idaho Department of Fish and Game, Pocatello.

Merril, E.H., T.P. Hemker, K.P. Woodruff, and L. Kuck.  1994.  Impacts of mining facilities on fall migration of mule deer.  Wildl. Soc. Bull. 22:68-73.

Miller, D.D., and D.L. Weitzl.  2003.  Management considerations for native nongame fishes of Wyoming.  Wyoming Game and Fish Department Administrative Report, Cheyenne.

Miller, R.F., T.J. Svejcar, and N.E. West.  1994.  Implications of livestock grazing in the Intermountain sagebrush region, p. 101-146 in M. Vara, W.A. Laycock, and R.D. Piper (eds).

BLM_0075129

Ecological Implications for Livestock Herbivory in the West.  Soc. For Range Manage. Denver. CO.

Miller, R.R., J.D. Williams, and J.E. Williams.  1989.  Extinctions of North American fishes during the past century.  Fisheries 14:22-38.

Molvar, E.M.  2003.  Drilling smarter: Using directional drilling to reduce oil and gas impacts in the Intermountain West.  Biodiversity Conservation Alliance, Laramie, WY.  32pp.

Moody, D.S., and A.W. Alldredge.  1984.  Red Rim – mining, fencing and some decisions.  Proc. 12th Pronghorn Antelope Workshop.  Nevada Dept. of Wildl., Reno, Nevada.

Montana Sage Grouse Work Group.  2002.  Management plan and conservation strategies for sage grouse in Montana:  DRAFT.

Morgantini, L.E.  1985.  Ungulate encounters with construction materials (pipe, berms, etc.) during the building of an underground gas pipeline in Western Alberta, Canada.  Alces 21:215-230.

_____, and B.W. Worbets.  1988.  Bighorn use of a gas wellsite during servicing and testing: a case study of impact and mitigation.  Bienn. Symp. Northern Wild Sheep and Goat Counc. 6:159-164.

_____, and D.A. Mead.  1990.  Industrial development on prime bighorn sheep range in southwest Alberta. Bienn. Symp. Northern Wild Sheep and Goat Counc. 7:56-66.

_____, and E. Bruns.  1988.  Attraction of bighorn sheep to wellsites and other man-made mineral licks along the eastern slopes of Alberta: a management concern.  Bienn. Symp. Northern Wild Sheep and Goat Counc. 6:135-140.

_____, and R.J. Hudson.  1978.  Human disturbance and habitat selection in elk.  Pages 132-139 in M.S. Boyce and L.D. Hayden-Wing eds. North American elk:  ecology, behavior, and management.  University of Wyoming, Laramie.

Morrison, J.R., W.J. de Vergi, A.W. Alldredge, A.E. Byrne, and W.A. Andree.  1995.  The effects of ski area expansion on elk.  Wildl. Soc. Bull. 23(3)481-489.

Morton, P., C. Weller, and J. Thomson.  2002.  Energy & Western Wildlands: A GIS analysis of economically recoverable Oil and Gas.  The Wilderness Society, Washington D.C.  31pp.

_____, C. Weller and J. Thomson.  2002.  Coal bed methane and public lands: How much and at what cost?  Pages 156-175 in G. Bryner, ed.  Coalbed Methane Development of the Intermountain West.  Natural Resources Law Center, University of Colorado School of Law, Boulder.

BLM_0075130

_____, C. Weller, J. Thomson, M. Haefele, and N. Culver.  2004.  Drilling in the Rocky Mountains:  How much and at what cost?  The Wilderness Society, Washington, D.C.

Moynahan, B.J.  2004.  Landscape-scale nesting behavior of greater sage-grouse (*centrocercus urophasianus*) in north-central Montana.  Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, Wa.  Abstract only.

Naugle, D.E., B.L. Walker, and K.E. Doherty.  2006a.  Sage-grouse population response to coal-bed natural gas development in the Powder River Basin: interim progress report on region-wide lek-count analysis.  University of Montana, Missoula.  10pp.

_____, B.L. Walker, and K.E. Doherty.  2006b.  Sage-grouse winter habitat selection and energy development in the Powder River Basin: completion report.  University of Montana, Missoula.  23pp.

_____, K.E. Doherty, B.L. Walker, M.J. Holloran, and H.E. Copeland.  *In press.* Greater sage-grouse and energy development in western North America.  Studies in Avian Biology.

NCASI, 1989.  Mountain goat/forest management relationships: a review.  Tech. Bull. No. 562, National Council of the Paper Industry for Air and Stream Improvement, Inc., New York, N.Y. 16pp.

Neil, P..H., R.W. Hoffman, and R.B. Gill.  1975.  Effects of harassment on wildlife animals – an annotated bibliography of selected references.  Special Rept. No. 37, CO Div. Wildl.

Nelle, P.J., K.P. Reese, and J.W. Connelly.  2000.  Long-term effects of fire on sage-grouse habitat.  Journal of Range Management 53:586-591.

Nelleman, C., and R.D. Cameron.  1998.  Cumulative impacts of an evolving oil-field complex on the distribution of calving caribou.  Can. J. Zool. 76:1425-1430.

Nelson, M.  1966.  Problems of recreational use of game refuges.  Trans. Desert Bighorn Counc. 10:13-20.

Nicholoff, S.H., Compiler.  2003.  Wyoming Bird Conservation Plan, Version 2.0.  Wyoming Partners in Flight.  Wyoming Game and Fish Department, Lander, WY.

Nicholson, M.C., R.T. Bowyer, and J.G. Kie. 1997.  Habitat selection and survival of mule deer; tradeoffs associated with migration.  Journal of Mammology 78:483-504.

Northern Wild Sheep and Goat Council Working Session.  1996.  "Dealing with Unprecedented Levels of Aircraft Supported Commercial Activities."  Bienn. Symp. Northern Wild Sheep and Goat Counc.  12:138-152.

BLM_0075131

Novitzki, R.P., R.D. Smith, and J.D. Fretwell. 1999. Restoration, creation, and recovery of wetlands: wetland functions, values, and assessment. in National Water Summary on Wetland Resources. U.S. Geological Survey Water-Supply Paper 2425.

NRCS (Natural Resources Conservation Service). 2005. NRCS policy (190 GM, part 411.03(d) in Environmental Evaluation: Implementation Guidance. NE-CPA-52. http://www.nrcs.usda.gov/technical/ECS/environment/NE-CPA-52ImplementationGuidanceApr05.doc

Oakleaf, B., A. O. Cerovski, and B. Luce. 1996. Nongame Bird and Mammal Plan. WY Game and Fish Dept., Cheyenne. 183pp.

O'Brien, P.Y. 1982. The overthrust industrial association cooperative wildlife study – understanding the effects of oil and gas activity on wildlife. Pages 111-117 in Issues and Technology in the Management of Impacted Western Wildlife. Proc. Symp., Steamboat Springs. Thorne Ecol. Inst., Boulder, CO.

Odum, E.P. 1971. Fundamentals of Ecology. W.B. Sauners Company, Philadelphia. 574pp.

Oedekoven, O.O., and F.G. Lindzey. 1987. Winter habitat-use patterns of elk, mule deer, and moose in southwestern Wyoming. Great Basin Naturalist. 47:638-643.

Olendorff, R.R., A.D. Miller, and R.M. Lehman. 1981. Suggested practices for raptor protection on power lines: the state of the art in 1981. Raptor Research Report No. 4, Raptor Research Foundation, Inc., University of Minnesota, St. Paul, MN. 111pp.

_____, and M.N. Kochert. 1992. Raptor habitat management on public lands: A strategy for the future. BLM Rept. No. BLM/SC/PT-92/009+6635. Boise, ID. 45pp.

Olson, G. 1981. Effects of seismic exploration on summering elk in the Two Medicine-Badger Creek area, northcentral Montana. Mont. Dep. Fish, Wildl. and Parks. 24pp.

O'Neil, T.A., and G.W. Witmer. 1991. Assessing cumulative impacts to elk and mule deer in the Salmon River Basin, Idaho. Applied Animal Behavior Science 29(1991):225-238.

Oyler-McCance, S.J., K.P. Burnham, and C.E. Braun. 2001. Influences of changes in sagebrush on Gunnison sage grouse in southwestern Colorado. Southwestern Naturalist 46:323-331.

Paige, C., and S. A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, Idaho, USA.

Parker, K. L., and C. T. Robbins. 1984. Thermoregulation in mule deer and elk. Canadian Journal of Zoology 62:1409-1422.

BLM_0075132

_____, C.T. Robbins, and T.A. Hanley. 1984. Energy expenditures for locomotion by mule deer and elk. J. Wildl. Manage. 48:474-488.

Parrish, T.L. and S.H. Anderson. 1994. Mining Reclamation Manual – Handbook of Methods to Reclaim Wildlife Habitat on Surface Mines in Wyoming. Coop. Fish and Wildl. Res. Unit, University of Wyoming, Laramie. 95pp + Appendices.

_____, S.H. Anderson, A.W. Anderson, and S. Platt. 1994. Raptor mitigation handbook. Coop. Fish and Wildl. Res. Unit, University of Wyoming, Laramie. 62pp.

Patton, T.M. 1997. Distribution and status of fishes in the Missouri River Drainage in Wyoming: implications for identifying conservation areas. Ph.D. dissertation. University of Wyoming, Laramie.

_____, F.J. Rahel, and W.A. Hubert. 1998. Using historical data to assess changes in Wyoming's fish fauna. Conservation Biology 12:1120-1128.

Pedevillano, C. and R.G. Wright. 1987. The influence of visitors on mountain goat activities in Glacier National Park, Montana. Biol. Conserv. 39:1-11.

Pendergast, B., and J. Bindernagel. 1977. The impact of exploration of coal on mountain goats in northeastern British Columbia. Pages 64-68 in W. Samuel and W.G. MacGregor, eds. Proc. 1st Internat. Mt. Goat Symp. Kalispell, Montana. British Columbia Ministry of Rec. and Conserv. 243pp.

Penner, D.F. 1988. Behavioral response and habituation of mountain goats in relation to petroleum development at Pinto Creek, Alberta. Bienn. Symp. Northern Wild Sheep and Goat Counc. 6:141-158.

Perry, C., and R. Overly. 1976. Impacts of roads on big game distribution in portions of the Blue Mountains of Washington. Pages 62-68 in S.R. Hieb (ed). Proc. Elk-Logging-Roads Symp. held 16-17 Dec., 1975, Moscow, ID. Forestry, Wildl. and Range Exp. Sta., Univ. ID, Moscow, ID. 142pp.

_____, and R. Overly. 1977. Impact of roads on big game distribution in portions of the Blue Mountains of Washington. Washington Game Department Bulletin No. 11.

Petersen, K.L., and L.B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. Wildlife Society Bulletin 15:317-329.

Phillips, G.E., and A.W. Alldredge. 2000. Reproductive success of elk following disturbance by humans during calving season. J. Wildl. Manage. 64(2):521-530.

Phillips, R.L., D.E. Biggins, and A.B. Hoag. 1986. Coal surface mining and selected wildlife – a 10-year case study near Decker, Montana. Pages 235-245 in Proceedings II: Issues and

BLM_0075133

Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

PIC Technologies and Bureau of Land Management, Pinedale Field Office.  1999.  Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project.  Bureau of Land Management, Pinedale, Wyoming, USA.

Plummer, A.P., D.R. Christensen, and S.B. Monsen.  1968.  Restoring big-game range in Utah. Div. Fish and Game Publ. No. 68-3.  183pp.

Poff, N.L. and J.D. Allen.  1995.  Functional organization of stream fish assemblages in relation to hydrological variability.  Ecology 76:606-627.

Postovit, H.R., and B.C. Postovit.  1989.  Mining and energy development.  Proc. Western Raptor Management Symp. and Workshop.  National Wildlife Federation Scientific and Technical Series.  12:167-172.

Powell, J.H.  2003.  Distribution, habitat use patterns and elk response to human disturbance in the Jack Morrow Hills.  M.S Thesis., Univ. Wyoming, Laramie. 52 pp.

_____, and F.G. Lindzey.  2001.  2000 progress report:  Habitat use patterns and the effects of human disturbance on the Steamboat elk herd.  Unpublished Rept.  Coop. Fish and Wildl. Res. Unit, University of Wyoming, Laramie.  21pp.

Preisler, H.K., A.A. Ager, and M.J. Wisdom.  2006.  Statistical methods for analyzing responses of wildlife to human disturbance.  J. Applied Ecol.  43:164-172.

PRISM Environmental Management Consultants.  1982.  A review of petroleum industry operations and other land use activities affecting wildlife.  The Canadian Petroleum Association, Calgary, Alberta. 20pp.

Pursely, D.  1977.  Minus X: the poaching factor.  New Mexico Wildlife, March-April:2-8.

Quayle, C.L.  1986.  Wildlife utilization of revegetated surface-mined lands at a coal mine in Northeastern Wyoming.  Pages 141-151 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Quist, M.C., W.A. Hubert, and F.J. Rahel.  2004.  Warmwater stream assessment manual. Wyoming Game and Fish Department, Cheyenne.

Rabeni, C.F. 1996.  Prairie legacies – fish and aquatic resources in F.B. Samson and F.L. Knopf, eds.  Prairie Conservation: preserving North America's most endangered ecosystem.  Island Press, Covelo, California.

BLM_0075134

Rahel, F.J., and W.A. Hubert.  1991.  Fish assemblages and habitat gradients in a Rocky Mountain-Great Plains stream: biotic zonation and additive patterns of community change. Transactions of the American Fisheries Society 120:319-332.

Raper, E., T. Christiansen, and B. Petch.  1989.  Sublette antelope study: final report.  Annual Big Game Herd Unit Report, Wyoming Game and Fish Department, 123-169.

Reed, D.F.  1981.  Conflicts with civilization.  Pages 509-535 in O.C. Wallmo (ed).  Mule and Black-tailed Deer of North America.  Univ. Nebr. Press.  Lincoln, NE.

Reeve, A. F.  1984.  Environmental influences on male pronghorn home range and pronghorn behavior.  PhD dissertation, Univ. Wyoming, Laramie.  172pp.

_____.  1986.  Vehicle-related mortality of big game in Nugget Canyon, Wyoming.  A review of the problem, mitigation alternatives and recommendations.  WY Coop. Fish. and Wildl. Res. Unit.  Laramie, WY.  87pp.

_____.  1990.  Vehicle-related mortality of big game in Nugget Canyon, Wyoming. Wyoming Cooperative Fishery and Wildlife Research Unit, Laramie.

_____. 1996. Mule deer response to oil and gas well recompletions and winter habitat use on the Birch Creek Unit, Big Piney-LaBarge winter range complex, during winter 1990-1991.  Unpublished report, USDI-Bureau of Land Management, Pinedale Resource Area, Pinedale Wyoming.

_____, and F.G. Lindzey.  1991.  Evaluation of mule deer winter mortality in south-central Wyoming.  WY Coop. Fish and Wildl. Res. Unit, Laramie, WY.  147pp.

_____, and P. Krawcazk.  1995.  Integrating remote sensing and GIS with Bayesian probability models of wildlife habitat to evaluate cumulative impacts.  Technical Report, Fontenelle Natural Gas Infill Drilling Projects.  USDI Bureau of Land Management, Rock Springs District.  Rock Springs, WY.

Reid, L.M.  1993.  Research and cumulative watershed effects.  USDA For. Serv. Gen. Tech. Rept. PSW-GTR-141.  118pp.

Reijnen, R., and R. Foppen.  1994.  The effects of car traffic on breeding bird populations in woodland.  I.  Evidence of reduced habitat quality for willow warblers *(Phylloscopus trochilus)* breeding close to a highway.  Journal of Applied Ecology 32:85-92.

_____, and R. Foppen.  1995.  The effects of car traffic on breeding bird populations in woodland.  IV.  Influence of population size on the reduction of density close to a highway. Journal of Applied Ecology 32:481-491.

BLM_0075135

_____, R. Foppen, C.T. Braak, and J. Thissen. 1995. The effects of car traffic on breeding populations in woodland. III. Reduction of density in relation to the proximity of main roads. Journal of Applied Ecology 32:187–202.

_____, R. Foppen, and G. Veenbaas. 1997. Disturbance by traffic of breeding birds: evaluation of the effect and considerations in planning and managing road corridors. Biodiversity and Conservation 6(4): 567-581.

_____, et al. 1995. The effects of car traffic on breeding bird populations in woodlands. III. Reduction of density in relation to the proximity of main roads. Journal of Applied Ecology 32:187-202.

_____, et al. 1996. The effects of traffic on the density of breeding birds in Dutch agricultural grasslands. Biological Conservation 75:255-260.

_____, et al. 1997. Disturbance by traffic of breeding birds: evaluation of the effects and considerations in planning and managing road corridors. Biodiversity and Conservation 6:567-581.

Remington, T.E. 1983. Food selection, nutrition, and energy reserves of sage grouse during winter, North Park, Colorado. M.S. Thesis, Colorado State Univ., Fort Collins. 89pp.

_____, and C. E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, CO 5:128-132.

Reynolds, P.E., H.V. Reynolds III, and E.H. Follman. 1983. Response of grizzly bears to seismic surveys in northern Alaska. Proc. Int. Conf. Bear Res. and Manage. 6:169-175.

Rich, T.D. 1986. Habitat and nest-site selection by burrowing owls in the sagebrush steppe of Idaho. Journal of Wildlife Management 50:548-555.

Richardson, C.T., and C.K. Miller. 1997. Recommendations for protecting nesting raptors from human disturbance: a review. Wildlife Society Bulletin 25(3):634-638.

Richardson, S., M. Whalen, D. Demers, and R. Milner. 1999. Ferruginous hawk (*Buteo regalis*). in E. M. Larsen and N. Nordstrom (eds). Management Recommendations for Washington's Priority Species, Volume IV: Birds [Online]. Available http://wdfw.wa.gov/hab/phs/vol4/ferute.htm

Riddle, P., and C. Oakley. 1973. The impacts of a severe winter and fences on antelope mortality in southcentral Wyoming. Proc. West. Assoc. State Game and Fish Commissioners 53:174-188.

Ringler, N.H., and J.D. Hall. 1975. Effects of logging on water temperatures and dissolved oxygen in spawning beds. Trans. Am. Fish. Soc. 104:111-121.

BLM_0075136

Rogers, P.  1996.  Disturbance ecology and forest management: a review of the literature.  USDA Forest Serv. Gen. Tech. Rept. INT-GTR-336.  USDA Forest Serv. Intermountain Res. Sta.  Ogden, UT.  16pp.

Romlin, L. A., and J. A. Bissonette.  1996.  Temporal and spatial distribution of highway mortality of mule deer on newly constructed roads at Jordanelle Reservoir, Utah.  Great Basin Naturalist 56:1-11.

Romme, W.H., M.L. Floyd, D. Hanna, and J.S. Redders.  2000.  Using natural disturbance regimes as a basis for mitigating impacts of anthropogenic fragmentation.  Pages 377-400 in R.L. Knight, F.W. Smith, S.W. Buskirk, W.H. Romme, and W.L. Baker, eds.  Forest Fragmentation in the Southern Rocky Mountains.  University press of Colorado, Boulder.

Rost, G.R., and J.A. Bailey.  1979.  Distribution of mule deer and elk in relation to roads.  J. Wildl. Manage.  43(3):634-641.

Rowland, M.  2004.  Effects of management practices on grassland birds:  greater sage-grouse.  Northern Prairie Wildlife Research Center, Jamestown, N.D.

Rowland, M.M., M.J. Wisdom, B.K. Johnson, and J.G. Kie.  2000.  Elk distribution and modeling in relation to roads.  J. Wildl. Manage. 64(3):672-684.

_____, M.J. Wisdom, B.K. Johnson, and M. A. Penninger.  2004.  Effects of roads on elk: implications for management in forested ecosystems.  Trans. N. Am. Wildl. Nat. Res. Conf. 69: In press.

Rudd, L.T.  1986.  Winter relationships of moose to oil and gas development in western Wyoming.  M.S. Thesis.  Univ. WY, Laramie, WY.  96pp.

_____, and L.L. Irwin.  1885.  Wintering moose vs. oil/gas activity in western Wyoming.  Alces 21:279-298.

Ryder, T.J.  1983.  Winter habitat selection of pronghorn in south-central Wyoming.  M.S. Thesis, University of Wyoming, Laramie.  65pp.

_____, B.B. Petch, and E. Raper.  1986.  Steamboat Mountain elk project.  Wyoming Game and Fish Department, Green River.

_____, J.M. Emmerich, and S.H. Anderson.  1885.  Winter ecology and seasonal movements of mule deer in the Hall Creek Herd Unit.  Final Report.  WY Coop. Fish and Wildl. Res. Unit., Laramie.  89pp.

_____, L.L. Irwin, and D.S. Moody.  1984.  Wyoming's Red Rim pronghorn controversy: history and current status.  Proc. Pronghorn Antelope Workshop 11:195-206.

BLM_0075137

Sage Grouse Conservation Team. 2004. Greater sage grouse conservation plan for Nevada and Eastern California. Nevada Dept. of Wildl., Reno. 108pp.

_____. Management plan and conservation strategies for sage grouse in Montana – final. Montana Fish, Wildlife and Parks. Helena. 131pp + Appendices.

Samson, F. B., and F. L. Knopf. 1996. Prairie Conservation: Preserving North America's Most Endangered Ecosystem. Island Press, Washington, D.C., USA.

Sawyer, H.H. 1997. Evaluation of a summer elk model and sexual segregation of elk in the Bighorn Mountains, Wyoming. M.S. Thesis, Univ. Wyoming. Laramie. 68pp.

Sawyer, H., and F. Lindzey. 2000. The Jackson Hole pronghorn study. WY Coop. Fish and Wildl. Res. Unit, Univ. Wyoming, Laramie. 57pp.

_____, and F. Lindzey. 2001. The Sublette mule deer study. WY Coop. Fish and Wildl. Res. Unit, Univ. WY, Laramie. 49pp.

_____, and F. Lindzey. 2004. Assessing Impacts of Oil and Gas Development on Mule Deer. Trans. 69th N. Am. Wildl. Nat. Res. Conf. Wildlife Management Institute. Washington, D.C.

_____, F. Lindzey, and D. McWhirter. 2005. Mule deer and pronghorn migration in western Wyoming. Wildlife Society Bulletin 33:1266-1273.

_____, and M. J. Kauffman. 2008. Identifying mule deer and pronghorn migration in western Wyoming. Wildlife Society Bulletin 33:1266-1273.

_____, R. Nielson, D. Strickland, and L. McDonald. 2005. 2005 Annual Report. Sublette Mule Deer Study (Phase II): Long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area. Western Ecosystems Technology, Inc. Cheyenne, WY. 52pp.

_____, R. Nielson, D. Strickland, and L. McDonald. 2006. 2006 Annual Report. Sublette Mule Deer Study (Phase II): Long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area. Western Ecosystems Technology, Inc. Cheyenne, WY. 101pp + appendices.

_____, R. Nielson, D. Strickland, and L. McDonald. 2008. 2008 Final Report for the Sublette Mule Deer Study (Phase II): Long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area. Western Ecosystems Technology, Inc. Cheyenne, WY. USA.

_____, R. Nielson, F. Lindzey, and L. McDonald. 2006. Winter habitat selection by mule deer before and during development of a natural gas field. Journal of Wildlife Management 70:396-403.

BLM_0075138

Sayre, R.W. 1996. Ecology of bighorn sheep in relation to habitat and oil and gas development in the Little Missouri Badlands. Ph.D. Thesis. Univ. of North Dakota, Grand Forks. 138pp.

Schneider, R. 2001. The Oil and Gas Industry in Alberta: Practices, Regulations, and Environmental Impact. Alberta Centre for Boreal Research, Edmonton, AB.

Schoenburg, T. J., and C. E. Braun. 1982. Potential impacts of strip mining on sage grouse movements and habitat use. Colorado Division of Wildlife. Job Completion Report. Federal Aid Project W-37-R-35, Work Plan 3, Job 12.

Schroeder, M.A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933-941.

Scom, A., J.G. Bollinger, and O.J. Rongstand. 1972. Studying the effects of snowmobile noise on wildlife. Internoise Proceedings (): 236-241.

Scott, M.D., and G.M. Zimmerman. 1984. Wildlife management at surface coal mines in the Northwest. Wildlife Society Bulletin 12:364-370.

Segerstrom, T. 1982. Effects of an operational Coal mine on pronghorn Antelope. M.S. Thesis, Montana State University, Bozeman, Montana.

Severson, K.E., and M. May. 1967. Food preferences of antelope and domestic sheep in Wyoming's Red Desert. J. Range Manage. 20:21-25.

Shank, C.C. 1979. Human-related behavioral disturbance to northern large mammals: a bibliography and review. Report prepared for Foothills Pipe Lines (South Yukon) Ltd. Calgary, Alberta. 254pp.

Shelley, K.J. 1992. Habitat reclamation for birds and small mammals on surface-mined lands in the Powder River Basin, Wyoming. M.S. thesis, Univ. of Wyoming, Laramie. 155pp.

Singer, F.J. 1975. Behavior of mountain goats, elk, and other wildlife to U.S. Highway 2, Glacier National Park, Montana. Compl. Rep. Nat. Park Serv., West Glacier, Montana. 96pp.

_____, and J.L. Doherty. 1985. Managing mountain goats at a highway crossing. Wildl. Soc. Bull. 13:469-477.

Slater, S. J., and J. P. Smith. 2008. Effectiveness of raptor perch deterrents on an electrical transmission line in southwestern Wyoming. HawkWatch International, Inc., Salt Lake City, Utah. 23 pp.

Smith, C.A. 1994. Evaluation of a multivariate model of mountain goat winter habitat selection. Bienn. Symp. North. Wild Sheep and Goat Counc. 9:159-165.

BLM_0075139

_____, and K.J. Raedeke.  1982.  Group size and movements of a dispersed, low density goat population with comments on inbreeding and human impact.  Bienn. Symp. North. Wild Sheep and Goat Counc. 3:54-67.

_____, and L Nichols.  1984.  Mountain goat transplants in Alaska: restocking depleted herds and mitigating mining impacts.  Bienn. Symp. North. Wild Sheep and Goat Counc. 1:467-480.

Smith, D.W., M.H. Schroeder, and S.J. Martin.  1982.  Black-footed ferret surveys on coal occurrence areas in south-central Wyoming, July-September 1982.  USFWS Final Rept.  Fort Collins, CO.  40pp.

Smith, K.G.  1984.  Winter studies of forest-dwelling mountain goats of Pinto Creek, Alberta. Bienn. Symp. North. Wild Sheep and Goat Counc. 3:374-390.

Smith, R.L.  1966.  Ecology and Field Biology.  Harper & Row, New York.  686pp.

Sorensen, T.C., B. Wynes, and S. Boutin.  *In press.*  Determining levels of cumulative effects for boreal caribou: a management model.  J. Wildl. Manage.  000:000-000.

Spalding, D.J., and J.N. Bone.  1969.  The California bighorn sheep of the south Okanagan Valley, British Columbia.  British Columbia Fish and Wildlife Branch, Wildl. Manage. Publ. No. 3, 45pp.

Steenhof, K., M.N. Kochert, and J.A. Roppe.  1993.  Nesting by raptors and common ravens on electrical transmission line towers.  J. Wildl. Manage. 57:271-281.

Stemp, R. 1982.  Heart rate responses of bighorn sheep to some environmental factors.  Bienn. Symp. North. Wild Sheep and Goat Counc. 3:314-316.

_____. 1983.  Heart rate responses of bighorn sheep to environmental factors and harassment.  M.S. Thesis, Univ. of Calgary, Alberta.  314 pp.

Stephenson, T.R., M.R. Vaughan, and D.E. Anderson.  1996.  Mule deer movements in response to military activity in southeast Colorado.  J. Wildl. Manage.  60:777-787.

Stevens, V.  1983. The dynamics of dispersal in an introduced mountain goat population.  Ph.D. Thesis. Univ. of Washington, Seattle. 216pp.

Stewart, K.M., R.T. Bowyer, J.G. Kie, N.J. Cimon, and B.K. Johnson.  2002.  Temporospatial distributions of elk, mule deer, and cattle: resource partitioning and competitive displacement.  J. Mammal. 83(1): 229-244.

Stockwell, C.A.  1989.  The behavior of desert bighorn at Grand Canyon National Park: Implications for conservation.  M.S. Thesis, North. Ariz. Univ., Flagstaff.

BLM_0075140

_____, G.C. Bateman, and J. Berger. 1991. Conflicts in national parks: a case study of helicopters and bighorn sheep time budgets at the Grand Canyon National Park, Arizona. Biol. Conserv. 56(3):317-328.

Stoecker, R., T. Thompson, and R. Comer. 1986. An evaluation of wildlife mitigation practices on reclaimed lands at four western surface coal mines. Pages 152-168 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Stone, E. R. 2000. Separating the noise from the noise. A finding in support of the "niche hypothesis", that birds are influenced by human induced noise in natural habitats. Anthrozoos 13(4): 225-231.

Strickland, M.D. 1975. An investigation of the factors affecting the management of a migratory mule deer herd in southeastern Wyoming. PhD Thesis, University of Wyoming, Laramie. 171pp.

_____. 1999. Petroleum development versus wildlife in the overthrust. Transactions of the North American Wildlife and Natural Resources Conference 64:28-35.

Sundstrom, C. 1969. Some factors influencing pronghorn antelope distribution in the Red Desert of Wyoming. Proc. West. Assoc. State Game and Fish Commissioners 49:225-264.

Surdam, R.H. Wyoming's Economic Future: Planning for sustained prosperity. Wyoming Geological Survey, Laramie, WY. Undated PowerPoint. http://audit.state.wy.us/File_Library/PowerPoint/Wyoming'sEconomicFuture.ppt

Surdam, R.H. and S. Quillinan. 2008. Wyoming Energy Development in the Context of the Global Energy Economy. PowerPoint presentation at Wyoming Geological Survey Fall Field Conference. Laramie, WY. http://www.wyogeo.org/docs/Oct%20_08.pdf

Suter, G.W., H, and J.L. Joness. 1981. Criteria for golden eagle, ferruginous hawk, and prairie falcon nest site protection. Journal of Raptor Research 15: 12-18.

Swenson, J.E., C.A. Simmons, and C.D. Eustace. 1987. Decrease of sage grouse (Centrocercus urophasianus) after ploughing of sagebrush steppe. Biological Conservation 41:125-132.

Taylor, E. 1975. Pronghorn carrying capacity of Wyoming's Red Desert. Project No. FW-3-R-21. WY Game and Fish Dept., Cheyenne. 65pp.

Tessmann, S.A. 1982. Habitat Reclamation Procedures for Surface Mines in Wyoming. Pages 185-194 in Issues and Technology in the Management of Impacted Western Wildlife: Proceedings of a National Symposium. Thorne Ecological Institute, Boulder, Co. 250pp.

BLM_0075141

_____. 1986. Guidelines for evaluating developmental impacts upon wildlife in Wyoming. Pages 1-14 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co. 309pp.

Tewksbury, J.J., A.E. Black, N. Nur, V.A. Saab, B.D. Logan and D.S. Dobkin. 2002. Effects of anthropogenic fragmentation and livestock grazing on western riparian bird communities. Studies in Avian Biol. 25:158-202.

Theobald, D. M., J. R. Miller, and N. T. Hobbs. 1997. Estimating the cumulative effects of development on wildlife habitat. Landscape and Urban Planning 39:25-36.

Thomas, J.W., H. Black, R.J. Scherzinger, and R.J. Pederson. 1979. Deer and elk. Pages 104-127 in J.W. Thomas, ed. Wildlife habitats in managed forests – the Blue Mountains of Oregon and Washington. USDA Agricultural Handbook No. 553. U.S. Government Printing Office, Washington, D.C. 512 pp.

_____., D.A. Leckenby, M. Henjum, R.J. Pedersen, and L.D. Bryant. 1988. Habitat-effectiveness index for elk on Blue Mountain winter ranges. U.S. For. Serv. Gen. Tech. Rept. PNW-GTR-218.

Thomas, T., and L. Irby. 1990. Habitat use and movement patterns by migrating mule deer in southeastern Idaho. Northwest Science 64:19-27.

Thompson, R.W. 1980. Population dynamics, habitat utilization, recreational impacts and trapping of introduced Rocky Mountain goats in the Eagles Nest Wilderness Area, Colorado. Bienn. Symp. North. Wild Sheep and Goat Counc. 2:459-464.

Thuman, A., and R.K. Miller. 1986. Fundamentals of noise control engineering. Prentice-Hall, Englewood Cliffs, New Jersey. 287pp.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14:18-30.

Tuckwiller, R. 2007. Annotated Bibliography: Potential Impacts of Energy Development on Fisheries in the Rocky Mountain West. Prepared for: Theodore Roosevelt Conservation Partnership Fish, Wildlife, & Energy Working Group. 30pp. http://www.trcp.org/documents/ANNOTATED_BIB.pdf

Tyus, H.M., and J.M. Lockhart. 1979. Pages 252-255 in The mitigation symposium: A national workshop on mitigating losses of fish and wildlife habitat. USDA Gen. Tech. Rept. RM-65.

United Nations Environmental Programme (UNEP). 2005. One Planet Many People: Atlas of Our Changing Environment. Division of Early Warning and Assessment (DEWA), United Nations Environment Programme. P.O. Box 30552 Nairobi, Kenya.

USDA Forest Service. (undated). Forest Service Handbook: Series 2000 – National Forest Resource Management. Washington D.C.

BLM_0075142

_____. 1997.  Environmental Assessment for outfitted and guided backcountry helicopter skiing on the Sawtooth National Forest.  USDA Forest Service R-4, Sawtooth National Forest, Ketchum, Idaho. 14pp.

_____, USDI Bur. Land Manage., USDI Fish and Wildl. Serv., and MT Dept. Fish, Wildlife and Parks.  1987.  Interagency Rocky Mountain Front wildlife monitoring/evaluation program: management guidelines for selected species, Rocky Mountain Front studies.  BLM-MT-PT-87-003-4111.

U.S. Department of Energy. 2001.  Impact study of compressor noise on passerine birds [Web Page].  Project Fact Sheet.  Project ID: FEW 49263.  Argonne National Laboratory for National Petroleum Technology Office, Office of Fossil Energy, U.S. Department of Energy, Tulsa, Oklahoma.  2 pp.  Located at http://dominoweb.fossil.energy.gov/domino/apps/fred/fred.nsf/0/0a3af21ed4aea81705256b0900561281?OpenDocument.

U.S. General Accounting Office (GAO).  1988a.  Rangeland Management: more emphasis needed on declining and overstocked grazing allotments.  GAO/RCED-88-80. Washington, D.C. 71pp.

_____.  1988b.  Public Rangelands: Some riparian areas restored but widespread improvement will be slow.  GAO/RCED-88-105.  Washington, D.C. 85pp.

USDI, Bureau of Land Management.  1985.  Buffalo Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  150pp.

_____.  1986a.  Kemmerer Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  224pp.

_____.  1986b.  Lander Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  378pp.

_____.  1987.  Pinedale Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  224pp.

_____.  1988a.  Cody Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  211pp.

_____.  1988b.  Medicine Bow/Great Divide Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  249pp.

_____.  1994. Ecosystem Management in the BLM: From Concept to Commitment.  BLM/SC/GI-94/005 + 1736.  USBLM, Washington, DC.

BLM_0075143

_____. 1996a.  Green River Resource Management Plan Final Environmental Impact Statement.  Cheyenne, WY.  1009pp.

_____. 1996b.  Final Environmental Impact Statement – Fontenelle Natural Gas Infill Drilling Projects, Sweetwater and Lincoln Counties, Wyoming.  Cheyenne, WY.

_____. 1996c.  Partners against weeds, an action plan for the Bureau of Land Management.

_____. 1997. Record of Decision for Expanded Moxa Arch Area Natural Gas Development Project Environmental Impact Statement, Sweetwater, Lincoln, and Uinta Counties, Wyoming.  Cheyenne, WY.  378pp.

_____. 1998.  Final Environmental Impact Statement – Jonah Field II Natural Gas Project. Cheyenne, WY.

_____. 1999.  Final Environmental Impact Statement – Continental Divide/Wamsutter II Natural Gas Project, Sweetwater and Carbon Counties, Wyoming.  Cheyenne, WY.

_____. 2000a.  Management guidelines for sage grouse and sagebrush ecosystems in Nevada.  Nevada BLM State Office, Reno.  22pp+appendices.

_____. 2000b.  Draft interim sage grouse guidelines for Oregon and Washington.  Oregon BLM State Office, Portland.  42pp.

_____. 2001.  WY sagebrush/sage grouse habitats.  GIS Map.  WY Bureau of Land Management, Cheyenne.  www.wy.blm.gov/gis/wildlifegis.html.

_____. 2002.  BLM Wyoming sensitive species policy and list. Cheyenne, WY.

_____. 2003a.  Record of Decision and Resource Management Plan Amendments for the Powder River Basin Oil and Gas Project.  Cheyenne, WY.

_____. 2003b.  BLM Instruction Memorandum No. 2003-234, Integration of the Energy Policy and Conservation Act (EPCA) Inventory Results into Oil and Gas Exploration and Development Use Authorizations.  Wash D.C. Office Fluid Minerals Group. www.blm.gov/nhp/efoia/wo/fy03/im2003-234.htm.

_____. 2004.  Final Environmental Impact Statement – Desolation Flats Natural Gas Field Development Project, Sweetwater and Carbon Counties, Wyoming.  Cheyenne, WY.

_____. 2004c.  Instruction Memorandum No. WY-2004-057 (Sage Grouse).  Wyoming State BLM Office, Cheyenne.

_____. 2004d.  Continental Divide/Wamsutter II EIS Project Area Wildlife Protection Plan Annual Report 2002-2004.  Prepared by Mary Read, BLM Wildlife Biologist and Lynn McCarthy, BLM GIS Coordinator, Rawlins Field Office, Bureau of Land Management.

BLM_0075144

_____. 2005. Final programmatic environmental impact statement on wind energy development on BLM-administered lands in the Western United States. Washington D.C. http://windeis.anl.gov/
http://windeis.anl.gov/documents/fpeis/index.cfm

_____. *In press*. Statement of policy regarding sage-grouse management definitions and use of protective stipulations and conditions of approval (COAs). Instruction Memorandum No. WY-2008-xxx. Cheyenne, WY.

USDI/BLM. 2006. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/021+3071. Bureau of Land Management. Denver, Colorado. 84p. (www.blm.gov/bmp/goldbook.htm)

U.S. Environmental Protection Agency. 2001. Functions and Values of Wetlands. EPA-841-F-01-002c.

USGS. 2002. Fact sheet: Loss of sagebrush ecosystems and declining bird populations in the Intermountain West: priority research issues and information needs. USGS FS-122-02. U.S. Department of the Interior, U.S. Geologic Survey.

USGS Biological Resources Division. 1996. Wyoming Gap Analysis, A Geographical Analysis of Biodiversity, Final Report. University of Wyoming, Laramie, Wyoming, USA.

Utah Division of Wildlife Resources. 2000. Cutthroat Trout Management: Genetic Considerations Associated with Cutthroat Trout Management. Publication Number 00-26. Salt Lake City, UT.

Van der Zande, A.N., W.J. ter Keurs, and W.J. van der Weijden. 1980. The impacts of roads on the densities of four bird species in an open field habitat – evidence of a long-distance effect. Biol. Conserv. 18:299-321.

Van Dyke, F., and W.C. Klein. 1996. Response of elk to installation of oil wells. J. Mammalogy. 77(4):1028-1041.

Van Dyke, W.A., A. Sands, J. Yoakum, A. Polenz, and J. Blaisdell. 1983. Wildlife habitats in managed rangelands – The Great Basin of southeastern Oregon. USDA Forest Service, USDI Bureau of Land Management, General Tech. Rep. PNW-159. 37pp.

Vander Haegen, W.M., M.A. Schroeder, and R.M. Degraaf. 2002. Predation on real and artificial nests in shrubsteppe landscapes fragmented by agriculture. Condor 104:496-506.

Varley, N. 1998. Winter recreation and human disturbance on mountain goats: a review. Bienn. Symp. Northern Wild Sheep and Goat Counc. 11:7-13.

_____. 1999. Effects of winter recreation on mountain goats. Pages 87-96 in T.K. Olliff, K. Legg, and B, Kaeding, eds. Effects of winter recreation on wildlife of the Greater

BLM_0075145

Yellowstone Area: a literature review and assessment. Report to the Greater Yellowstone Coordinating Committee. Yellowstone National Park, Wyoming. 315pp.

Vilkitis, J.R. 1968. Characteristics of big-game violators and extent of their activity in Idaho. M.S. Thesis, Univ. of Idaho, Moscow. 204pp.

Vosburgh, T.C., and L.R. Irby. 1998. Effects of recreational shooting on prairie dog colonies. J. Wildl. Manage. 62:363-372.

Waage, B.C. 1989. Sharp-tailed grouse lek (dancing ground) establishment on reclaimed mined lands. Pages 116-122 in Proceedings IV: Issues and Technology in the Management of Impacted Wildlife. Thorne Ecological Institute, Boulder, Co.

Wakkinen, W.L., K.P. Reese, and J.W. Connelly. 1992. Sage grouse nest locations in relation to leks. J. Wildl. Manage. 56:381-383.

Walker, B.L. 2008. Greater sage-grouse response to coal-bed natural gas development and West Nile virus in the Powder River Basin, Montana and Wyoming, USA. Phd Dissertation. University of Montana, Missoula. 218pp. http://www.cfc.umt.edu/personnel/naugle/Walker2008Dissertation.pdf

Walker, B.L., D.E. Naugle, and K.E. Doherty. 2007a. Greater sage-grouse population response to energy development and habitat loss. Journal of Wildlife Management 71:2644-2654.

_____, D.E. Naugle, K.E. Doherty, and T.E. Cornish. 2007b. West Nile virus and greater sage-grouse: estimating infection rate in a wild bird population. Avian Diseases 51:691-696.

Wallestad, R.O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. J. Wildl. Manage. 35:129-136.

_____, and D. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. J. Wildl. Manage. 38:630-633.

_____, and P. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse. Journal of Wildlife Management 38:634-637.

Wamboldt, C.L., A.J. Harp, B.L. Welch, N. Shaw, J.W. Connelly, K.P. Reese, D.E. Braun, D.A. Klebenow, E.D. McArthur, J.G. Thompson, L.A. Torell, and J.A. Tanaka. 2002. Conservation of greater sage grouse on public lands in the western U.S.: implications of recovery and management practices. Policy Analysis Center for Western Public Lands. Policy Paper SG-02-02.

Ward, A.L. 1973. Elk behavior in relation to multiple uses on the Medicine Bow National Forest. Proc. West. Assoc. State Game Commissions 43:125-141.

_____. 1976. Elk behavior in relation to timber harvest operations and traffic on the Medicine Bow Range in south-central Wyoming. Pages 32-43 in S.R. Hieb (ed). Proc. Elk-

BLM_0075146

Logging-Roads Symp.  Held 16-17 Dec., Moscow, ID.  Forestry, Wildl, and Range Exp. Sta., Univ. ID, Moscow, ID.  142pp.

_____, J.J. Cupal, A.L. Lea, C.A. Oakley, and R.W. Weeks.  1973.  Elk behavior in relation to cattle grazing, forest recreation, and traffic.  Trans. N. Am. Wildl. Conf. 38:327-337.

_____, N. E. Fornwalt, S. E. Jenry, and R. A. Hodorff.  1980.  Effects of highway operation practices and facilities on elk, mule deer, and pronghorn antelope.  Fed. Highway Admin. Final Rept. FHWA-RD-79-143.  48pp.

Ward, L.A.  1986.  Displacement of elk related to seismograph activity in south-central Wyoming.  Pages 246-254 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife.  Proc. Symp., Glenwood Springs, CO.  Thorne Ecological Inst. Boulder, CO.

Ward, S., and T.A. Messmer.  2004.  Gunnison sage-grouse in San Juan County, Utah:  winter ecology, effects of grazing, and insect abundance.  Western Agencies Sage and Sharp-tailed Grouse Technical Committee.  Wenatchee, WA.  Abstract only.

Wehausen, J.D.  1980.  Sierra Nevada bighorn sheep: history and population ecology.  Ph.D. Dissertation, Univ. of Michigan, Ann Arbor. 240pp.

Weisenberger, M.E., P.R. Krausman, M.C. Wallace, D.W. DeYoung, and E.O. Maughan.  1996.  Effects of simulated jet aircraft noise on heart rate and behavior of desert ungulates.  J. Wildl. Manage. 60(1):52-61.

Weitzel, D.L.  2002a.  Conservation and status assessment of Wyoming's common suckers: white sucker (*Catostomus commersoni*), mountain sucker (*Catostomus platyrhynchus*), longnose sucker (*Catostomus catostomus*), Utah sucker (*Catostomus ardens*), quillback (*Carpoides cyprinus*), river carpsucker (*Carpoides carpio*), and shorthead redhorse *Maxostoma macrolepidotum*).  Wyoming Game and Fish Department Administrative Report, Cheyenne.

_____. 2002b.  Conservation and status assessments for the hornyhead chub (*Nocomis Biguttatus*), suckermouth minnow (*Phenacobius mirabilis*), and orangethroat darter (*Etheostoma spectabile*): rare stream fish species of Platte River drainages, Wyoming.  Wyoming Game and Fish Department Administrative Report, Cheyenne.

Weller, C., J. Thomson, P. Morton, and G. Aplet.  2002.  Fragmenting our lands: The ecological footprint from oil and gas development.  The Wilderness Society, Washington, D.C.  24pp.

Welles, R.E., and F.B. Welles.  1961.  The bighorn of Death Valley.  Natl. Parks Fauna Ser. No. 6, 242 pp. U.S. Gov. Print. Off., Washington, D.C.

Wertz, T.L., A. Blumton, L.E. Erickson, L.M. Kemp, and T. Thomas. 1996. Strategies to keep wildlife where you want them—do they work?  Pages 70-72 in K. Evans (compiler). Sharing

BLM_0075147

common ground on western rangelands: proceedings of a livestock/big game symposium. U.S. Forest Service General Technical Report INT-GTR-343.

Western EcoSystems Technology, Inc.  2003.  An evaluation of the 1988 BLM Pinedale Resource Management Plan, 2000 BLM Pinedale Anticline Final EIS and recommendations for the current revision of the Pinedale Resource Management Plan.  The Wilderness Society, Washington, D.C.

Whittaker, D. and R.L. Knight.  1998.  Understanding wildlife responses to humans.  Wildlife Society Bulletin 26(2): 312-317.

White, C.M., and T.L. Thurow.  1979.  Ferruginous hawks and geothermal development. Annual Report to the U.S. Dept. of Energy, Idaho Operations Office, Idaho Falls, Idaho and EG&G Idaho, Inc., Idaho Falls, Idaho.  22pp.

_____, and T.L. Thurow.  1985.  Reproduction of ferruginous hawks exposed to controlled disturbance.  Condor. 87:14-22.

White, G.C., R.A. Garrott, R.M. Bartmann, L.H. Carpenter, and A.W. Alldredge.  1987. Survival of mule deer in northwest Colorado.  J. Wildl. Manage.  51:852-589.

Wiens, J.A., and J.T. Rotenberry.  1985.  Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality.  Journal of Applied Ecology 22:655-668.

Wigal, R.A., and V.L. Coggins. 1982.  Mountain Goat.  Pages 1008-1020 in J.A. Chapman and G.A. Feldhammer, eds. Wild Mammals of North America; Biology, Management, and Economics.  The Johns Hopkins University Press, Baltimore. 1147pp.

Wilbert, M., J. Thompson, and N.W. Culver.  An analysis of habitat fragmentation from oil and gas development and its impact on wildlife: a framework for public land management planning.  The Wilderness Society.  Washington, D.C.  31pp.

Wilkins, K.T., and D.J. Schmidly.  1980.  Highway mortality of vertebrates in southeastern Texas.  Texas Journal of Science 32:343-350.

Winward, A.H.  1991.  A renewed commitment to management of sagebrush grasslands in Research in Rangeland Management.  Oregon State Univ. Agr. Exp. Spec. Rep. 880. Corvallis, OR.

_____.  2004.  Sagebrush of Colorado: taxonomy, distribution, ecology and management. Colorado Division of Wildlife, Denver.  46pp.

Wisdom, M.J., A.A. Ager, H.K. Preisler, N.J. Cimon, and B.K. Johnson.  2004.  Effects of off-road recreation on mule deer and elk.  Trans. N. Am. Wildl. Nat. Res. Conf. 69: In press.

BLM_0075148

_____, and J.W. Thomas. 1996. Elk. Pages 157-181 in P.R Krausman, ed. Rangeland wildlife. Society for Range Management, Denver, CO.

_____, L.R. Bright, C.G. Carey, W.W. Hines, R.J. Pedersen, D.A. Smithey, J.W. Thomas and G.W. Witmer. 1986. A model to evaluate elk habitat in western Oregon. U.S. Forest Service, Pacific Northwest Region R6-F&WL-216-1986.

_____, M.M. Rowland, B.C. Wales, M.A. Hemstrom, W.J. Hann, M.G. Raphael, R.S. Holthausen, R.A. Gravenmier, and T.D. Rich. 2002. Modeled effects of sagebrush-steppe restoration on greater sage-grouse in the Interior Columbia Basin, U.S.A. Conservation Biology 16:1223-1231.

_____, N.J. Cimon, B.K. Johnson, E.O. Garton, and J.W. Thomas. 2004. Spatial partitioning of mule deer and elk in relation to traffic. Trans. N. Am. Wildl. Nat. Res. Conf. 69: In press.

Witmer, G.W., and D.S. deCalesta. 1985. Effect of forest roads on habitat use by Roosevelt elk. Northwest Science 59:122-125.

Wood, A.K. 1988. Use of shelter by mule deer during winter. Prairie Naturalist 20:15-22.

WY Coop. Wildl. Res. Unit. 1996. Research proposal: Sublette Deer Herd (migration, seasonal distribution and survival). Univ. WY, Laramie and WY Game and Fish Dept., Pinedale, WY.

_____. 1997. Research proposal: effect of gas development on sage grouse populations. Univ. WY, Laramie, WY.

WY Game and Fish Commission. 2008. Mitigation Policy. Pages 175-184 in Policy Manual. Wyoming Game and Fish Department, Cheyenne.

WGFD [WY Game & Fish Department]. 1976. Considerations for wildlife in industrial development and reclamation. Cheyenne, Wy.

_____. 1992. Vertebrate Species List. Cheyenne, WY.

_____. 2000. Minutes of the Sage Grouse Conservation Plan Meeting, June 21, Casper, WY. WY Game and Fish Dept., Cheyenne.

_____. 2001. Strategic habitat plan. Unpubl. Rept. Cheyenne, WY. 8pp.

_____. 2003. Determining the values of wildlife-associated recreation per U.S. Bureau of Land Management Field Office region in Wyoming. Unpubl. Dept. Rept. Cheyenne, WY. 4pp.

BLM_0075149

_____. 2005.  A comprehensive wildlife conservation strategy for Wyoming.  Cheyenne, WY.  125pp + appendices.
(Note: This document is now called the "State Wildlife Action Plan" or SWAP).

_____. 2006. *Draft Document*.  A plan for bird and mammal species of greatest conservation need in eastern Wyoming grasslands.  Cheyenne, WY.  77pp.

Wyoming Interagency Vegetation Committee.  2002.  Wyoming Guidelines for Managing Sagebrush Communities with Emphasis on Fire Management.  Wyoming Game & Fish Department and Wyoming BLM.  Cheyenne, WY.  53 pp.

Wyoming Sage-Grouse Working Group.  2003.  Wyoming greater sage-grouse conservation plan.  Wyoming Game and Fish Department, Cheyenne, Wy.

Yarmaloy, C., M. Bayer, and V. Geist.  1988.  Behavior responses and reproduction of mule deer does following experimental harassment with all-terrain vehicle.  Canadian Field Naturalist.  102:425-429.

Yeo, J., A.F. Reeve, P. MacLaren, and A.L. Travsky.  1984.  Medicine Bow Wind Energy Project, wildlife Studies.  Final Report.  WY Game and Fish Dept., Cheyenne, WY and Univ. of WY, Laramie, WY.  151pp.

Yoakum, J.D.  1978.  Pronghorn.  Pages 103-121 in J.L. Schmidt and D.L. Gilbert (eds).  Big game of North America: ecology and management.  Stackpole Books, Harrisburg, PA.  494pp.

Zander, R.A.  1999.  Development, environmental analysis, and mitigation of coal bed methane activity in the Powder River Basin of Wyoming.  Pp. 47-57.  *In* 1999 International Coalbed Methane Symposium, University of Alabama, Tuscaloosa.

BLM_0075150

## Appendix A

## Standard Management Practices To Reduce Wildlife Impacts Associated With Oil And Gas Development

The following management practices should be implemented in appropriate circumstances to control or reduce wildlife impacts within oil and gas fields:

Planning
 – Consult the appropriate state and federal wildlife agencies early in the planning process, preferably during the pre-planning phase if possible.
 – Apply landscape planning principles and concepts.
 – Design oil and gas development to avoid or reduce unnecessary disturbances, wildlife conflicts, and habitat impacts.  Where possible, coordinate planning among companies operating in the same and adjacent oil and gas fields.
 – Identify important, sensitive, and unique habitats and wildlife in the area.  To the fullest practicable extent, incorporate mitigation practices that minimize impacts to these habitats and resources.
 – If geologically and technically feasible, plan the pattern and rate of development to avoid the most important habitats and generally reduce the extent and severity of impacts.
 – Cluster drill pads, roads and facilities in specific, "low-impact" areas, if geologically feasible.
 – Consider "closed-loop drilling" to reduce the volume and handling of drilling wastes.
 – Consider "liquid gathering systems" (LGS) to eliminate surface storage tanks and reduce truck trips for removal of liquids.
 –Consider lease suspensions and delays in lease sales/purchases in adjacent or off-site areas to support mitigation efforts.
 – To the extent practicable, place infrastructure within or near previously disturbed locations.
 – Minimize infrastructure development and operational activity during life of field by using consolidation (e.g., "unitized") development techniques.

Roads
 – Use existing roads & two-tracks if they are sufficient and not within environmentally sensitive areas.
 – Construct the minimum number and length of roads necessary.
 – Coordinate road construction and use among companies operating in the same oil and gas field.
 – Use common roads to the extent practicable.
 – Design roads to an appropriate standard no higher than necessary to accommodate their intended purpose.
 – Design roads with adequate structures or features to prohibit or discourage vehicles from driving off roads.
 – Salvage topsoil from all road construction and re-apply during interim and final reclamation.

BLM_0075151

– Locate all roads below ridgelines or behind topographic features (knolls, rises) to minimize the zone of visual and auditory effect.
– Locate roads away from bottoms of drainages, which often provide the most important sources of cover and forage for wildlife.
– Construct road crossings at right angles to all riparian corridors and streams to minimize the area of disturbance.  In situations where this is not possible, never straighten or otherwise channelize a stream in order to create a right-angle crossing.
– Design road crossings of streams to allow fish passage at all flow levels.  Types of crossing structures that minimize aquatic impacts, in descending order of effectiveness, are:  a) bridge spans with abutments on banks; b) bridge spans with center support; c) open bottomed box culverts; and d) round culverts with the bottom placed no less than one foot below the existing stream grade.  Perched culverts block fish passage and are unacceptable in any stream that supports a fishery.
– Locate and construct all structures crossing intermittent and perennial streams such that they do not decrease channel stability or increase water velocity.
– Use a variety of native grasses and forbs to establish effective, interim reclamation on road shoulders and borrow areas.
– Irrigate reclamation as necessary (during dry periods) to assure successful establishment of grasses, forbs and shrubs.
– If overhead power lines cannot be avoided, locate them along existing road rights-of-way.
– Close and rehabilitate duplicate roads not needed for drilling or production activities.
– Seasonally restrict public vehicle traffic in new development areas within important habitats.
– Use shuttle buses to transport drilling rig workers and field service personnel.

Wells
– To the extent geologically and technically feasible, drill multiple wells from the same pad using directional or horizontal drilling technologies. Maximize wells per pad, as technologically feasible (e.g., up to 32 or more wells per pad).
– Where several companies hold smaller, intermingled leases, the impact could be reduced substantially if the companies enter a cooperative agreement (called unitization) to directional drill from a common well pad(s).
– Disturb the minimum area (footprint) necessary to efficiently drill and operate a well.
– Salvage topsoil from all well pad excavations and re-apply during interim and final reclamation.
– If geologically and technically feasible, locate well pads in the least environmentally sensitive areas, well away from riparian habitats, streams or drainages, below ridgelines, away from important sources of forage, cover, reproductive habitats, winter habitats, parturition areas, brood-rearing habitats, and other ecologically important areas.
– Evaluate whether mat drilling can accelerate and enhance reclamation by decreasing soil and vegetation disturbance.  Apply mat drilling techniques to the extent they prove effective.
– Use a variety of native grasses and forbs to establish effective, interim reclamation on all well pads and associated disturbances.
– Irrigate reclamation as necessary (during dry periods) to assure successful establishment of grasses, forbs and shrubs.

99

BLM_0075152

Ancillary Facilities and Utilities
- Locate facilities including tanks, transfer stations, shops, equipment shelters, utility towers, etc. in the least environmentally sensitive areas, well away from riparian habitats, streams or drainages, below ridgelines, away from important sources of forage, cover, reproductive habitats, winter habitats, parturition areas, brood-rearing habitats, and other ecologically important areas.
- Centralize and combine pipeline systems and other facilities and infrastructure to minimize disturbance during development and production.
- Plow or pull power lines, flow lines, and small pipelines instead of trenching.
- Salvage topsoil from all facilities construction and re-apply during interim and final reclamation.
- In open prairie or shrub-steppe environments, design all facilities such that they will not be used as perching or nesting substrates by raptors, crows, and ravens.
- Modify new and existing power poles to prevent raptor electrocutions and perching.
- Use existing utility, road and pipeline corridors to the extent feasible.
- Bury power lines in or adjacent to roads where possible.
- Establish effective, interim reclamation on all surface disturbances associated with ancillary facilities including equipment staging areas.  Interim reclamation should be achieved using a variety of native grasses and forbs.
- Irrigate reclamation as necessary (during dry periods) to assure successful establishment of grasses, forbs and shrubs.

Noise
- Minimize noise generally.  All compressors, vehicles, and other sources of noise should be equipped with effective noise suppression systems (e.g., "hospital mufflers").
- Species of Greatest Conservation Need (except sage-grouse).  To minimize the effects of continuous noise on bird populations, reduce noise levels to 49 dBA or less, particularly during the bird nesting season (1 April through 30 June).  Constant noise generators should be located far enough away from sensitive habitats or muffled such that noise reaching those habitats is less than 49 dBA.
- Sage-grouse.  Refer to noise specifications in the Sage-grouse BMPs (Appendix B).
- Include provisions in subcontractor agreements limiting noise to the same standards applied to company-operated equipment.

Traffic
- Develop a travel plan that minimizes the amount of vehicular traffic needed to monitor and service wells and other facilities.
- Prohibit or substantially limit traffic during high wildlife use hours (within 3 hours of sunrise and sunset).
- Use pipelines to transport liquids offsite, or install larger capacity storage tanks when frequent truck trips would impact habitat effectiveness.
- Transmit instrumentation readings by telemetry from remote monitoring stations to reduce maintenance traffic.
- Post speed limits on all access and maintenance roads to reduce wildlife collisions and limit dust: 30-40 mph is adequate in most cases.

BLM_0075153

– Include provisions in subcontractor agreements limiting traffic to the same standards applied to company operations.

Human Activity & Secondary Effects
– All employees should receive environmental awareness training during orientation.  BLM should fund development of an environmental awareness video for use by all companies. The video should provide information about native wildlife, sensitivity to various kinds of impacts, consequences of poaching, information about Wyoming wildlife laws, licensing and residency requirements, and outdoor recreation opportunities.
– Employees should be instructed to avoid walking away from vehicles or facilities into view of wildlife, especially during winter months and breeding (courtship, nesting) seasons.
– Employees should not be allowed to carry firearms while on the job or riding in company vehicles.
– Companies may consider acquiring non-crucial upland sites for employee housing to relieve pressure to develop new housing subdivisions within more valuable habitats such as riparian corridors or near wetlands.  Companies may also consider acquiring easements to protect important habitats from secondary development.
– Include provisions in subcontractor agreements limiting human activity to the same standards applied to company operations.

Pollutants, Toxic Substances, Fugitive Dust, Erosion and Sedimentation
– Avoid exposing or spilling hydrocarbon products or other chemicals on the surface.  Oil pits or separation ponds should not be used, but if absolutely necessary they should be enclosed in small-mesh netting and fenced to prevent entrapment of birds and mammals (Esmoil 1991, Esmoil and Anderson 1995).  All netting and fence should be maintained and kept in serviceable condition.
– Surface discharge of produced water should be limited to those areas where it can be used beneficially for wildlife, irrigated reclamation, or dust abatement, provided water quality standards for wildlife and livestock are met.  Use of produced water should be carefully considered, on a case-by-case basis, as seemingly beneficial uses may actually be detrimental (e.g., additional water on big game crucial winter ranges may increase summer use by big game or livestock, thus depleting forage availability during the crucial winter period).  Produced water of suitable quality may be used for supplemental irrigation to improve reclamation success in appropriate circumstances.
– Employ erosion control practices and sediment retention structures to prevent sediment transport offsite during precipitation events and runoff.

– Use dust abatement procedures including reduced speed limits and application of [environmentally compatible] chemical suppressants or suitable quality water.

Monitoring and Environmental Response
– Monitor conditions or events that may indicate environmental problems.  Such conditions or events can include any significant chemical spill or leak, multiple wildlife mortalities, sections of roads with frequent and recurrent wildlife collisions (especially big game or sage-grouse), poaching and harassment incidents, severe erosion into tributary drainages,

BLM_0075154

raptor electrocutions, structures associated with frequent bird or bat collisions, migration barriers (e.g., pronghorn concentrating along a fence), wildlife entrapment, sick or injured wildlife, or other unusual observations.
– Promptly report observations of potential wildlife problems to the regional office of the WY Game and Fish Dept. and, as applicable, to the U.S. Fish and Wildlife Service.
– GIS technologies would be a very useful management and planning tool for the BLM, WGFD, and the APWGs to monitor the annual extent of disturbance, document the progression and footprint of disturbances, and depict projected development. Compilations of this information should be released to state and federal resource agencies at least annually.

Research and Special Studies
– Where questions or uncertainties exist regarding the degree of impact to specific resources, or the effectiveness of mitigation, companies should consider funding or cost-sharing special studies to collect data for analysis and documentation.
– In some cases, company-sponsored studies can demonstrate an impact concern is not warranted, thereby relieving the company of a monitoring or mitigation burden.  For example, company-sponsored monitoring established that mountain plovers were more abundant and less sensitive to disturbance than previously thought (USDI/BLM 2004d).

Noxious Weeds
– Control noxious and invasive plants that become established along roads, on well pads, or adjacent to other facilities.
–Clean and sanitize all equipment brought in from other regions.  Use portable washing stations to periodically wash down equipment entering and leaving well field areas, especially during muddy conditions.  Seeds and propagules of noxious plants are commonly transported on equipment and mud clinging to equipment.
– Request employees to clean mud from boots/work shoes before traveling to the work site, to prevent importation of noxious weeds.
– Include provisions in subcontractor agreements requiring adherence to the same procedures used in company operations to prevent spread of noxious weeds.

Reclamation Plans
An overall reclamation plan should be developed as part of each well field plan of operations, and site-specific plans should be submitted with each Application for Permit to Drill (APD) or prior to installation of roads and pipelines.  The reclamation plan should include an inventory of vegetation (plant life forms, species composition, cover, height, and production) and soil types within the site(s) to be disturbed, or within a nearby reference area that is ecologically similar.  Interim and final reclamation standards for wildlife habitat should be developed by BLM in consultation with WGFD and should be based on vegetation cover and species/life form composition.  Reclamation should be done as concurrently as possible with the progression of development, and should limit disturbed (unreclaimed) surfaces to the minimum necessary for efficient operation.  The reclamation plan should address disturbances resulting from well pads, ROW development, roads, pipelines, buildings, utilities, equipment staging areas, and other infrastructure development.

BLM_0075155

Interim Reclamation:

– Establish effective, interim reclamation on all surfaces disturbed throughout the production phase of a well field. A variety of native grasses and forbs should be used. Aggressive, non-native plants should not be established for any purpose including surface stabilization. However, some introduced forb and grass species may be suitable for interim reclamation provided they do not outcompete native vegetation or preclude its establishment, and are approved by the regulatory authority after consultation with the WGFD. Continue to monitor and treat reclaimed surfaces, applying irrigation if necessary, until satisfactory, self-sustaining plant cover is established.

– To maintain as much effective habitat as possible throughout the production phase of a well field, which can last 40 years or longer, the standards for long-term, interim reclamation should be the same standards applied to final reclamation. Standards for long-term, interim reclamation would apply to sites that will potentially be redisturbed after 2 years or longer, such as exploratory or delineation wells or temporary roads. All disturbances exceeding the minimum area required to operate should be reclaimed, either on an interim or permanent basis, as soon as the construction or other activity has ended. All topsoil from disturbed sites should be salvaged and stockpiled for later use in reclamation. Stockpiled topsoil should be reapplied to a reclaimed area while the topsoil is still viable – usually within 2-5 years.

– Reclamation standards should be based on vegetation cover and species composition measured within the plant community prior to disturbance, or within an undisturbed reference area on an ecologically similar site near the operation. If the reference area option is used, the reference site should be in a location with the same vegetation characteristics (species, composition, and cover) as the disturbed area(s), and the reference site should not be impacted throughout the life of the well field or the evaluation period following final reclamation.

– Long-term, interim reclamation should be conducted by first stabilizing the site, then reapplying salvaged topsoil and seeding locally adapted species/varieties of indigenous grasses, forbs, and shrubs in the spring or fall as appropriate. The success standard for interim reclamation is to achieve at least 50% of the indigenous vegetation cover measured prior to disturbance (or within a suitable reference area), within 5 years and 80% within 8 years. Reclaimed sites should be inspected and evaluated in the 2nd and 4th years after seeding to determine if vegetation establishment is on track to achieve success standards. Any site on which cover and species goals are not being met should be reseeded, in which case the timeframe for evaluating reclamation success will start over.

Final Reclamation: Several key ecological considerations would improve the success and effectiveness of final reclamation. Past efforts have tended to focus on grass species that establish ground cover rapidly and inexpensively. These are often nonnative species that can be very aggressive initially, but are not well adapted for long-term survival. Nonnative species that do persist (e.g., crested wheatgrass), often out compete more desirable native vegetation. Seed mixes should include plant species that are native to the area, ecologically adapted to the site, and that provide forage and cover to wildlife. Some of the forb species are expensive, but they are an essential component of any native seed mix. If final reclamation is done correctly, habitats restored after a well field is decommissioned could

103

BLM_0075156

essentially be better than what was there before the area was developed.  Specific recommendations include:
- Salvage topsoil during decommissioning operations and reapply to reclaimed surfaces.
- Replant a mix of forbs, grasses, and shrubs that are native to the area and suitable for the specific ecological site.
- Restore vegetation to achieve numeric standards of cover, species composition, and diversity that are commensurate with the ecological site.
- Continue to monitor and treat reclaimed areas, applying irrigation if necessary until plant cover, composition, and diversity standards have been met.
- Bonds should be set at a level that is adequate to cover the company's liability for final reclamation of the entire well field.  Kniola and Gil (2005) documented 84% of coalbed methane wells and facilities in NE Wyoming did not comply with reclamation success standards and other conditions of approval.  The BLM should reevaluate its existing system of bonding and reclamation enforcement.   Compliance with reclamation standards should be enforced and companies required to correct reclamation that does not meet established standards.  Future permitting should be based on past performance.
- Reclamation standards should be based on vegetation cover and species composition measured within the plant community prior to disturbance, or within an undisturbed reference area on an ecologically similar site near the operation.  If the reference area option is used, the reference site should be a location with the same vegetation species, composition, and cover as in the disturbed area(s), and the reference site should not be impacted throughout the life of the well field or the evaluation period following final reclamation.
- Final reclamation should be conducted by first stabilizing the site, then reapplying salvaged topsoil and seeding locally adapted species/varieties of native grasses, forbs, and shrubs in the spring and/or fall as appropriate.  The success standard for final reclamation is to achieve at least 50% of the indigenous vegetation cover measured prior to disturbance (or within a suitable reference area), within 5 years and 80% within 8 years.  Reclaimed sites should be inspected and evaluated in the 2nd and 4th years after seeding to determine if vegetation establishment is on track toward meeting success standards.  Any site on which cover and species goals are not being met should be reseeded, in which case the timeframe for evaluating reclamation success begins over.
- The BLM should develop quantitative criteria for evaluating reclamation success, including species similarity standards, on permanently reclaimed sites.

Stream Habitats and Riparian Corridors
- No drilling activity or disturbance should be permitted within 500 feet of a riparian area, wetland or stream channel.  Apply a standard NSO stipulation to all riparian zones and a 500-ft corridor extending from the outermost limit of the riparian habitat.
- Drilling should not be permitted on slopes exceeding 25%.
- Line reserve pits with a suitable, impermeable barrier to prevent possible contamination of soil and groundwater.
- Design drill pad sites to disperse storm water runoff onto upland sites using proper erosion and sediment control techniques.  Construct sediment retention ponds in situations where excess storm water may transport sediment into streams.
- Discharges from other than reserve pits should meet NPDES standards or otherwise assure

104

the discharged water is of suitable quality.
- All pipeline crossings of a watercourse should be protected against surface disturbances and damage to the pipeline, to prevent a possible spill event.
- Pipelines that convey fluids should be fitted with shutoff valves at all blue and red ribbon stream crossings and other high quality stream crossings based on a case by case consultation with the WGFD.
- Any pipeline crossing of a blue and red ribbon stream should be accomplished by boring underneath the stream. Trenching may be used for stream crossing based on a case by case consultation with the WGFD. If the pipeline crossing will be trenched, consult the WGFD to determine avoidance periods during critical fish spawning seasons, time limits for instream excavation work, and other management practices that apply.
- Pipeline crossings can be installed through ephemeral streams by trenching. Use appropriate size riprap to stabilize stream banks. Place riprap from the channel bottom to the top of the normal high water line on the bank at all stream crossings. We recommend double-ditching techniques to separate the top one foot of stream bottom substrate from deeper soil layers. Reconstruct the original layers by replacing deeper substrate first.
- Design road crossings of streams to allow fish passage at all flows. Types of crossing structures that minimize aquatic impacts, in descending order of effectiveness, are: a) bridge spans with abutments on banks; b) bridge spans with center support; c) open bottomed box culverts; and d) round culverts with the bottom placed no less than one foot below the existing stream grade. Perched culverts block fish passage and are unacceptable in any stream that supports a fishery.
- Locate and construct all structures crossing intermittent and perennial streams such that they do not destabilize the channel or increase water velocity.
- Avoid stripping riparian canopy or stream bank vegetation if possible. It is preferable to crush or shear streamside woody vegetation rather than completely remove it. Any locations where vegetation is stripped during installation of stream crossings should be revegetated immediately after the crossing is completed.
- Staging, refueling, and storage areas should not be located in riparian zones or on flood plains. Keep all chemicals, solvents and fuels at least 500 feet away from streams and riparian areas.
- Hydrostatic test waters released during pipeline construction could alter stream channels, increase sediment loads and introduce potentially toxic chemicals or invasive species into drainages. Avoid discharging hydrostatic test waters directly to streams.
- Hydrostatic test waters should be dispersed onto an upland site using proper erosion and sediment control techniques.
- Pipelines that parallel drainages should always be located outside the 100-year floodplain. Construct pipeline crossings at right angles to all riparian corridors and streams to minimize the area of disturbance.
- Where pipelines cross riparian areas and streams, use the minimum practical width for rights-of-way.
- Instream activity restrictions may be necessary to protect fish spawning habitat in certain streams. These restrictions will be identified in Section 404 permits issued by the U.S. Army Corps of Engineers (COE) or through the notification process under nationwide permits, as applicable. In such cases, the COE will consult regional fisheries or statewide fisheries personnel at the Department's local or Cheyenne offices, respectively. We

105

BLM_0075158

encourage companies to consult the Department's fisheries personnel for advice regarding appropriate practices and design considerations when planning instream activities.

– Avoid placing new overhead transmission lines across rivers and major streams to prevent collisions by raptors, cranes, swans and other waterfowl/bird species that use riparian corridors as major migration flyways.

106

**Appendix B**

**"Best Management Practices" for Minimizing Impacts to Sage-grouse in Core and Non-core Habitats**

**The following "Best Management Practices" specific to sage grouse should be applied in addition to the standard management practices in Appendix A to minimize oil and gas impacts to sage-grouse in both "core" and "non-core" habitats.** Additional stipulations that apply specifically to core areas are found in Appendix C.

- All Occupied Habitats:
  - Establish baseline sage-grouse population demographics; this information is necessary to adaptively manage as development intensifies.
  - If leks or brood-rearing habitats are present, seasonal restrictions and additional management practices apply (refer to sections that follow).
  - Develop an area in such a manner that as many leks as possible are kept on the edge of development. A lek on the edge of development is defined as having development infrastructure situated within no more than a 180° arc on one side of the lek (Holloran 2005).
  - *Locate main haul trunk roads used to transport production and/or waste products to a centralized facility or market point > 2.0 miles from the perimeter of occupied sage-grouse leks (Lyon and Anderson 2003)*
  - Locate other roads used to provide facility site access and maintenance ≥ 0.25 miles from the perimeter of occupied sage-grouse leks (>0.6 miles in sage-grouse core habitat areas).
  - Bury power lines when possible to reduce raptor predation and behavioral avoidance by sage-grouse.
  - If overhead power lines cannot be avoided, locate them at least 0.5 mi from the perimeter of occupied leks.
  - Install perch guards on overhead power lines to prevent raptors from using them as perch sites.
  - Equip tanks and other facilities with structures or devices that deter raptors, crows and ravens from perching or nesting on them.
  - Muffle or otherwise control exhaust noise from all equipment so that operational noise will not exceed 49 dB measured at 30 feet from the source (Colorado Greater Sage-grouse Plan Steering Committee 2008).
  - In CBM fields, treat, remove, or re-inject produced water to reduce habitat for mosquitoes that vector West Nile virus (Walker et al. 2007b).
  - If surface disposal of produced water continues in CBM fields, use the following steps for reservoir design to limit favorable mosquito habitat (Walker et al. 2007b):
    - o Overbuild size of ponds to create muddy, non-vegetated shorelines.
    - o Build steep shorelines to decrease vegetation and increase wave actions.
    - o Avoid flooding terrestrial vegetation in flat terrain or low-lying areas.
    - o Construct dams or impounds that restrict down slope seepage or overflow.

BLM_0075160

- o Line the channel with crushed rock where discharge water flows into the pond.
- o Construct spillway with steep sides and line it with crushed rock.
- – Plan and implement appropriate mitigation (Appendix F) in consultation with the WY Game & Fish Department.
- – Include provisions in subcontractor agreements requiring the same protection measures used in company operations to avoid or reduce disturbances to occupied sage-grouse habitats.

- **Winter Concentration Areas:**
  - – Minimize disturbance by applying controlled surface use (CSU) conditions of approval within winter concentration areas.
  - – Avoid placement of roads, well pads and other structures that may require human presence in winter concentration areas. (Doherty et al. 2008).
  - – Avoid human and equipment activity within winter concentration areas from 15 November through 14 March.
  - – Avoid installing new overhead power lines (transmission or distribution lines) across known winter habitat.  – Include provisions in subcontractor agreements requiring the same protection measures used in company operations to avoid or reduce disturbances to sage-grouse winter concentration areas.

- **Occupied Leks:**
  - – In Non-core Areas, *strive to* maintain <3 pads per mi$^2$ within 2 miles of the perimeter of occupied sage-grouse leks.  This level of development provides at least a 50% chance of sage-grouse *lek* persistence (Walker 2008).
  - – ***In Core Areas, well pad densities not to exceed an average of 1 pad per square mile (640 acres).*** *The number of well pads within a 2 mile radius of the perimeter of an occupied sage-grouse lek should not exceed 11,* ***distributed preferably in a clumped pattern in one general direction from the lek.***
  - – Within non-core areas, no surface occupancy (NSO) should be allowed within 0.25 miles of the perimeter of occupied leks (Walker 2008).  An occupied lek is a lek that has been active (attendance documented) at least 1 breeding season within the most recent 10-year period.  This requirement should be applied as a "No Surface Occupancy" (NSO) stipulation.
  - – Within core areas, no surface occupancy (NSO) should be allowed within 0.6 miles of the perimeter of occupied leks (Draft Wyoming BLM Sage-grouse Policy IM. 2008; Carr 1967, Wallestad and Schladweiler 1974, Rothenmaier 1979, Emmons 1980, and Schoenberg 1982 as analyzed by Colorado Greater Sage-grouse Conservation Plan Steering Committee 2008; Walker 2008).
  - – Reduce the number and height of tanks and other above ground facilities if any are sited within 0.6 miles of the perimeter of occupied leks.
  - – Limit human and vehicular activity within 0.6 miles of the perimeter of all occupied sage-grouse leks from 6:00 pm – 8:00 am during the breeding season (15 March through 15 May).
  - – Locate compressor stations at least 0.6 mi away from the perimeter of leks and use noise reduction equipment on compressors and other development and production equipment.

108

BLM_0075161

– To avoid disrupting auditory displays and nesting, from 15 March through 15 May anthropogenic sources of continuous or frequently intermittent noise should not exceed 10 dBA above natural, ambient noise measured at the perimeter of any occupied sage-grouse lek (Inglefinger 2001; Nicholoff 2003).  In addition, between 1 hour before sunrise and 2 hours after sunrise, anthropogenic sources of continuous or frequently intermittent noise should not be detectable at the perimeter of an occupied lek.  To the extent practicable, only natural, ambient levels of noise are permissible.

– Noise limitations may be adjusted if site-specific conditions such as topography or vegetation attenuate sound, as determined by APWG after consultation with the WGFD.  Such considerations will generally require quantitative measurement of residual noise levels within the areas being protected.  Oil and gas operators may submit data for consideration by the APWG in evaluating a noise standard.

– One-time disturbances of a short-term and temporary nature, for example a pipeline being laid through the 2-mile perimeter surrounding a lek, may be exempted from the noise and NSO restrictions if the APWG determines the noise and activity will cause minimal harm.  Disturbances that can be exempted will generally not exceed a few days in duration.  The operator may be requested to employ additional protective measures such as suspending activities from 1 hour before sunrise until 2 hours after sunrise, and using devices or practices that minimize the amount of noise and activity.

– Avoid locating overhead power lines (transmission or distribution) within 0.5 mi. of the perimeter of occupied leks. In cases where existing overhead lines cross winter habitat, new lines can be constructed within the same corridor.

– Include provisions in subcontractor agreements requiring the same protection measures used in company operations to avoid or reduce disturbances to sage-grouse lek areas.

- Nesting & Early Brood-rearing Habitats:
  – *Non-core: Surface disturbing activities and/or disruptive activities should be prohibited or restricted from 15 March-30 June within suitable nesting and early broodrearing habitat within 2 miles of the perimeter of an occupied lek and in mapped nesting and early brood-rearing habitat regardless of distance from the lek.  Core Area:* **This timing stipulation applies throughout core area.**

  – *Non-Core: To the extent practicable, from 15 March through 30 June, anthropogenic sources of continuous or frequently intermittent noise should not exceed 10 dBA above natural ambient or background noises measured in any suitable nesting and broodrearing habitat within 2 miles of an occupied lek, or within identified nesting and brood-rearing habitats outside the 2-mile perimeter (Inglefinger 2001; Nicholoff 2003).  Core Area:* **This timing stipulation applies throughout core area.** *Temporary disturbances may be exempted and adjustments made as described above (refer to "occupied leks").*

  – Select sites for construction that will not disturb suitable nesting cover or brood-rearing habitats within 2 miles of an occupied lek or within identified nesting and brood-rearing habitats outside the 2-mile perimeter.  A qualified person should visit each site to identify and map suitable nest cover and brood-rearing habitats.  This information should be provided for review by the appropriate WGFD regional biologist.  Connelly et al. (2000) recommend locating all energy related facilities at least 2 miles from active leks whenever possible.  The Colorado Division of Wildlife recommends oil and gas

BLM_0075162

operations and associated development should avoid areas within 4 miles of a lek to protect nesting and brood-rearing habitat, and within areas of mapped nesting and brood-rearing habitat outside the 4-mile perimeter (Colorado Greater Sage-grouse Plan Steering Committee 2008; Walker et al. 2007a; Walker 2008; Naugle et al. *In press*).

– Include provisions in subcontractor agreements requiring the same protection measures used in company operations to avoid or reduce disturbances to nesting and early brood-rearing habitat.

<u>References</u>:

<u>Refer to "References Consulted"</u>

110

**Appendix C** (7/31/08)

**Stipulations for Development in Core Sage Grouse Population Areas.**

**Goal for stipulations is to maintain existing habitat function by permitting development activities that will not cause declines in sage grouse populations.**

A.  Oil and Gas Lease Stipulations:

1.   One well pad per 640 acres. No more than 11 well pads within 1.9 miles of the perimeter of occupied sage grouse leks with densities not to exceed 1 pad per 640 acres (Holloran 2005). Clustering of well pads may be considered and approved on a case-by-case basis.
2.   Surface disturbance will be limited to < 5% of sagebrush habitat per 640 acres. Distribution of disturbance may be considered and approved on a case-by-case basis.
3.   No Surface Occupancy within 0.6 mi of the perimeter of occupied sage grouse leks (Carr 1967, Wallestad and Schladweiler 1974, Rothenmaier 1979, Emmons 1980, Schoenberg 1982 as analyzed by Colorado Greater Sage Grouse Conservation Plan Steering Committee 2008).
4.   Locate main haul trunk roads used to transport production and/or waste products to a centralized facility or market point > 1.9 miles from the perimeter of occupied sage grouse leks (Lyon and Anderson 2003). Locate other roads used to provide facility site access and maintenance > 0.6 miles from the perimeter of occupied sage grouse leks. Construct roads to minimum design standards needed for production activities while minimizing surface disturbance and traffic.
5.   Locate electrical supply lines at least 750 m (0.5 miles) from the perimeter of occupied sage grouse leks. Design electrical lines to be raptor- proof by installing anti-perching devices, or burying them when possible.
6.   Exploration and development activity will be allowed from July 1 to March 14. In Core Population Areas that also contain sage grouse winter concentration areas, exploration and development activity will be allowed only from July 1 to December 1 in the winter concentration areas.
7.   Limit noise sources to 10 dBA above natural, ambient noise (~39 dBA) measured at the perimeter of a lek from March 1 to May 15 (Inglefinger 2001, Nicholoff 2003).

B.  Wind Energy

There is no published research on specific impacts of wind energy on sage grouse. Wind energy facilities should be designed to reduce habitat fragmentation and mortality to sage grouse. Tubular tower designs to reduce raptor perches and noise reduction to minimize disturbance to nesting birds are encouraged. Design criteria for these projects should include minimizing the facility footprint (including the road network required to service the generators) in sage-grouse habitat. Leasing in Core Population Areas should only be approved through a review process as described below. Wind farm permitting should include a requirement to acquire data on sage grouse response to development and operation.

111

BLM_0075164

C.  In-situ Uranium

There is no published research on specific impacts on sage grouse. Since development scenarios (well density, roads, activity) are similar to oil and gas, assume impacts are similar to oil and gas development. Use same stipulations used for oil and gas. In-situ uranium permitting should include a requirement to acquire data on sage grouse response to development and operation.

D.  Sagebrush treatment

Sagebrush eradication projects should not be authorized. Treatments to enhance sagebrush/grassland may be considered through the review process described below.

E. Reclamation

Reclamation should re-establish native grasses, forbs and shrubs during interim and final reclamation to achieve cover, species composition, and life form diversity commensurate with the surrounding plant community or desired condition. Landowners should be consulted on desired plant mix on private lands.

F. Transmission Line Rights of Way

To the extent possible, new rights of way should be authorized parallel and adjacent to existing rights of way. Above ground towers should be designed to minimize raptor perching. Any new rights of way not sited parallel and adjacent to existing rights of way should be routed at least 750 m (0.5 miles) from the perimeter of occupied sage grouse leks.

G. Other Activities

Applications to conduct any other surface activity not described previously will be evaluated on a case by case basis and forwarded, as necessary, to the Wyoming Game and Fish Department Habitat Protection Program Supervisor for consideration of stipulations needed to prevent declines in sage grouse populations in core sage grouse population areas. All surface activities should be designed to reduce habitat fragmentation and mortality to sage grouse. Design criteria for all activities should include minimizing the footprint of the activity in sage-grouse habitat.

Review Process

Development proposals incorporating less restrictive stipulations may be considered depending on site-specific circumstances. The company proposing to develop within Core Population Areas and requesting exceptions to the standard stipulations bears the responsibility to demonstrate that the alternative development proposal will not cause declines in sage grouse populations occupying the proposed area of development. Proposals to deviate from standard stipulations will be considered by a team including the Wyoming

BLM_0075165

Game and Fish Department and appropriate land management agencies, with input from the U.S. Fish and Wildlife Service.

Project proponents need to demonstrate that the project area meets at least one of the following conditions:

> 1) No suitable habitat is present in one contiguous block of land that includes at least a 0.6-mile buffer between the project area and suitable habitat;

> 2) No sage grouse use occurs in one contiguous block of land that includes at least a 0.6 mile buffer between the project area and adjacent occupied habitat, as documented by total absence of sage grouse droppings and an absence of sage grouse activity for the previous ten years;

> 3) Provision of a development/mitigation plan that has been implemented and demonstrated not to cause declines in sage grouse populations through credible monitoring data compiled and analyzed during the implementation period.

**References and Literature Cited**

Carr, H. D. 1967. Effects of sagebrush control on abundance, distribution, and movements of sage grouse. Job Completion Report. W-37-R-20.Job 8a.

Colorado Game, Fish and Parks Department, Colorado, USA. Colorado Greater Sage-Grouse Conservation Plan Steering Committee. 2008. The Colorado Greater Sage-Grouse Conservation Plan. Colorado Division of Wildlife. Denver, CO. Unpublished Report.

Emmons, S. R. 1980. Lek attendance of male sage grouse in North Park, Colorado. Thesis, Colorado State University, Fort Collins, Colorado, USA.

Holloran, M. J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Dissertation. University of Wyoming, Laramie, USA.

Inglefinger, F. M. 2001. The effects of natural gas development on sagebrush steppe passerines in Sublette County, Wyoming. M.S. Thesis, Univ. of Wyoming, Laramie. 110pp.

Lyon, A. G. and S. H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Nicholoff, S. H., compiler. 2003. Wyoming Bird Conservation Plan, Version 2.0 Wyoming Partners In Flight. Wyoming Game and Fish Department, Lander, Wy.

BLM_0075166

Rothenmaier, D. 1979. Sage grouse reproductive ecology: breeding season movements, strutting ground attendance and nesting. Thesis, Univ. of Wyoming, Laramie, Wyoming, USA.

Schoenberg, T. J. 1982. Sage grouse movements and habitat selection in North Park, Colorado. Thesis, Colorado State University, Fort Collins, Colorado, USA.

Wallestad, R. O., and P. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse. Journal of Wildlife Management 38:634-637.

BLM_0075167

## **Appendix D**



BLM_0075168

## **Appendix E**



| DAVE FREUDENTHAL<br>GOVERNOR | THE STATE OF WYOMING | STATE CAPITOL<br>CHEYENNE, WY 82002 |

### Office of the Governor

**STATE OF WYOMING**
**EXECUTIVE DEPARTMENT**
**EXECUTIVE ORDER**

**Order 2008-2**

#### GREATER SAGE-GROUSE CORE AREA PROTECTION

WHEREAS the Greater Sage-Grouse (*Centrocercus urophasianus*) is an iconic species that inhabits much of the sagebrush-steppe habitat in Wyoming; and

WHEREAS the sagebrush-steppe habitat type is abundant across the state of Wyoming; and

WHEREAS the state of Wyoming currently enjoys robust populations of Greater Sage-Grouse; and

WHEREAS the state of Wyoming has management authority over Greater Sage-Grouse populations in Wyoming; and

WHEREAS the U.S. Department of the Interior has been petitioned to list the Greater Sage-Grouse as a threatened or endangered species in all or a significant portion of its range, including those populations in Wyoming; and

WHEREAS the listing of the Greater Sage-Grouse would have a significant adverse affect on the custom and culture of the state of Wyoming; and

WHEREAS the listing of the Greater Sage-Grouse would have a significant adverse affect on the economy of the state of Wyoming, including the ability to generate revenues from state lands; and

WHEREAS the Wyoming State Legislature has appropriated significant state resources to conserve Greater Sage-Grouse populations in Wyoming; and

WHEREAS the state of Wyoming has endeavored to conserve Greater Sage-Grouse populations in order to retain management authority over the species through its statewide sage grouse working group, local sage grouse working groups and the efforts and initiatives of private landowners and industry; and

Page 1

| TTY: 777-7860 | PHONE: (307) 777-7434 | FAX: (307) 632-3909 |

BLM_0075169