WHEREAS the Governor's Sage Grouse Implementation Team developed a "Core Population Area" strategy to weave the many on-going efforts to conserve the Greater Sage-Grouse in Wyoming into a statewide strategy; and

WHEREAS on April 17, 2008, the Office of the Governor requested that the U.S. Fish and Wildlife Service review the "Core Population Area" strategy to determine if it was a "sound policy that should be moved forward"; and

WHEREAS on May 7, 2008, the U.S. Fish and Wildlife Service responded that the "core population area strategy, as outlined in the Implementation Team's correspondence to the Governor, is a sound framework for a policy by which to conserve greater sage-grouse in Wyoming".

NOW, THEREFORE, pursuant to the authority vested in me by the Constitution and Laws of the State, and to the extent such actions are consistent with the statutory obligations and authority of each individual agency, I, Dave Freudenthal, Governor of the State of Wyoming, do hereby issue this Executive Order providing as follows:

1. Management by state agencies should, to the greatest extent possible, focus on the maintenance and enhancement of those Greater Sage-Grouse habitats and populations within the Core Population Areas identified by the Sage Grouse Implementation Team and modified through additional habitat and population mapping efforts.

2. Current management and existing land uses within Core Population Areas should be recognized and respected by state agencies.

3. New development or land uses within Core Population Areas should be authorized or conducted only when it can be demonstrated by the state agency that the activity will not cause declines in Greater Sage-Grouse populations.

4. Funding, assurances (including state-conducted efforts to develop Candidate Conservation Agreements and Candidate Conservation Agreements with Assurances), habitat enhancement, reclamation efforts, mapping and other associated proactive efforts to assure viability of Greater Sage-Grouse in Wyoming should be focused and prioritized to take place in Core Population Areas.

5. State agencies should use a non-regulatory approach to influence management alternatives within Core Population Areas, to the greatest extent possible. Management alternatives should reflect unique localized conditions, including soils, vegetation, development type, climate and other local realities.

6. Incentives to enable development of all types outside Core Population Areas should be established (these should include stipulation waivers, enhanced permitting processes, density bonuses, and other incentives). However, such development scenarios should be designed and managed to maintain populations, habitats and essential migration routes outside Core Population Areas.

Page 2

117

BLM_0075170

7.    Incentives to accelerate or enhance required reclamation in habitats adjacent to Core Population Areas should be developed, including but not limited to stipulation waivers, funding for enhanced reclamation, and other strategies.

8.    Existing rights should be recognized and respected.

9.    On-the-ground enhancements, monitoring, and ongoing planning relative to sage grouse and sage grouse habitat should be facilitated by sage grouse local working groups whenever possible.

10.   Fire suppression efforts in Core Population Areas should be emphasized, recognizing that other local, regional, and national suppression priorities may take precedent. However, public and firefighter safety remains the number one priority on all wildfires.

11.   State agencies work collaboratively with the U.S. Fish and Wildlife Service, Bureau of Land Management, U.S. Forest Service, and other federal agencies to ensure, to the greatest extent possible, a uniform and consistent application of this Executive Order to maintain and enhance Greater Sage-Grouse habitats and populations.

12.   State agencies shall work collaboratively with local governments and private landowners to maintain and enhance Greater Sage-Grouse habitats and populations in a manner consistent with this Executive Order.

Given under my hand and the Executive Seal of the State of Wyoming this ⎯⎯⎯ 5ᵗ ⎯⎯⎯ day of August, 2008.

Dave Freudenthal
Governor

Page 3

118

BLM_0075171

## Appendix F

WILDLIFE HABITAT MITIGATION OPTIONS

prepared by:
Wyoming Game & Fish Department

The habitat enhancements suggested in this appendix are options for companies and resource agencies to consider in designing an integrated mitigation plan to sustain habitat functions potentially affected by oil and gas developments.  The list is not exhaustive – many additional options and practices could also provide effective mitigation.  Regional biologists, company personnel, and others may have alternative suggestions to address specific circumstances.

**Corporate-owned Lands under Conservation Management** – Management of corporate owned or controlled lands may be one of the best alternatives to achieve effective, long-term mitigation of oil and gas impacts.  Availability of corporate-owned lands can provide managers with increased options and flexibility to mitigate impacts and potentially provide increased recreational access.

**Conservation Easements** – This concept includes numerous options/practices for mitigating impacts to the most crucial habitats.  These options/practices include maintaining open space, excluding subdivisions and keeping an agricultural base of operations compatible with wildlife, excluding fencing or other developments that are restrictive to wildlife migration and movement, grazing management systems, etc.  Where appropriate, conservation easements could be implemented through the formation of a land trust, or by earmarked contributions to an existing land trust.  Depending upon the amount of property rights acquired costs could range from 35% to 95% of fee title acquisition.  The mitigation would be in effect as long as the easement is held and monitored by the assignee.  The intent is to maintain the easements at least throughout the time habitat functions are disrupted, including the time required for reclamation to mature.

**Grazing/AUM Management Program** – This practice could include many options, with the owner's or permittee's concurrence, to improve habitat quality for wildlife.  Some options might include: (1) paying for private grazing AUMs to provide rest and/or treatments on public lands; (2) paying for a portion of the AUMs within an allotment; (3) providing for rest/treatments and once completed, turning the land back to grazing use; (4) purchase of AUMs to reduce grazing use on important habitats; or (5) establishing forage reserves (grass banks) to provide management flexibility for habitat treatments and livestock grazing.  Other grazing management options include electric fencing to provide pasture systems, herding, water developments, etc.  These could all be utilized to better manage/control grazing animals to improve range/habitat conditions.

**Habitat Improvements** – These options may be considered as standard procedures for managing habitat, or for offsite mitigation where important habitats could potentially be

119

BLM_0075172

improved to restore habitat functions impacted in other areas.  The costs are subject to site-specific adjustments based on the true cost of implementation.  If monetary assessments are made, the amounts should be calculated based on the true or fair cost of implementation, or inflation-adjusted amounts listed in this section if so agreed by the parties to negotiation.  The amounts in this section are 2004 dollars.  Before habitat treatments are applied, qualified personnel should evaluate the prospective site to determine its condition, improvement potential, and ecologically appropriate treatments.  Early consultation with the WGFD can greatly assist with planning and selection of treatments.  In particular the Department has developed specific management objectives for sagebrush and sage-grouse habitats (Wyoming Interagency Vegetation Committee 2002, Bohne et. al. 2006).

Long Term (>15 years)
1. Water Developments
   a. Springs/Seeps – $2500 and $250/yr for maintenance.  Longevity of approx. 20 years.
   b. Wetland Development – Average of $4000/acre and ranging from $1000 to $10,000 to develop and $75/ac yearly maintenance – Longevity of 25+ years.
   c. Ponds/Reservoirs – approx. $20,000 per reservoir.  Longevity of 25 years.
   d. Guzzlers – $3000 average with a range of $2000 to $6000 each (medium to large size).  Annual maintenance of $150 each.
   e. Wells/Windmills – $20,000 each.
2. Prescribed Burning [Consult Wyoming Interagency Vegetation Committee (2002) and Bohne et al. (2007) for precautions in occupied sage-grouse habitat].
   a. Average of $25 to $50 per acre in shrublands, $50 to $100 per acre in juniper, and $100 to $500 per acre in mixed conifer.  Longevity – 15 years in herbaceous vegetation types.  Treated areas require proper pre- and post-burn grazing control and management (two growing seasons of rest).  Within shrub ecosystems, burned areas generally will not recover to a functional seral stage for 10-20 years and this process can take much longer (50+ years) in some ecosystems (e.g., xeric *Artemisia tridentata wyomingensis*).  The beneficial effect may last an additional 20-30 years.
3. Herbicide Treatments
   a. Use to change vegetative composition and/or set back seral stage of succession to benefit wildlife.  Average of $20/acre with range of $10 to $35 per acre.  Longevity – 15 years in herbaceous vegetation types. Within shrub ecosystems, treated areas generally will not recover to a functional seral stage for 10-20 years and this process can take much longer in some ecosystems (e.g., xeric *Artemisia tridentata wyomingensis*).  The beneficial effect may last an additional 20-30 years.
4. Cutting/Chopping Regeneration
   a. Aspen – $120/acre with range of $80 to $180/acre.  Longevity of 50 years.
   b. Conifer – Thinning – $120 to $180 per acre (range of $100-$300/acre) to remove approximately 1700 trees/acre.  Longevity – 20-40 years.  Clear cutting -- $200/acres

BLM_0075173

    c.   Sagebrush/Mountain shrub – $55/acre ranging from $30 to $150 per acre. Longevity – 15+ years.

    d.   Willow – $120/acre ranging from $60 to $180 per acre.  Longevity – 25+ years.

5.   Seeding – grass, legumes, forbs into permanent cover -- $120/acre ranging from $60 to $250 per acre.  Longevity – 25+ years

6.   Planting shrubs and trees (shelterbelts and thickets) – Installation - $22,000 per tree row mile including site preparation, weed barrier, cost of trees, shrubs, fencing and labor.  Maintenance costs = $3500 per year for 3 years.  Longevity – 25+ years.

7.   Sagebrush seeding – Transplanting containerized stems of Wyoming big sagebrush at $2/stem and 809 stems per acre = $1620 per acre.  Seeding costs are much less than transplanting but at a much greater risk of establishment failure. 1999 data for contracted seeding prices for Wyoming big sagebrush approached $500 per acre.

8.   Fencing – $6000/mile ranging from $3000 to $20,000 per mile.  Longevity – 25 years.

9.   Stream bank protection and In-stream structures – Bank stabilization, log and rock revetments and over-pours, boulders, sheet pilings for small streams averages -- $6.50 to $7.50 per lineal foot and for large streams averages $23 to $33 per lineal foot.  Range – Extremely variable.  Annual maintenance – $4.75 to $5.25 per foot. Longevity is variable but should last more than 15 years.

10.   Beaver transplanting – designed to raise water table and improve riparian systems – $2500 per colony establishment.  Ranging from $1000 to $4500 per colony depending upon remoteness of area and beaver habitat available in the area.

Short Term  (<15 years)

1.   Fertilization – Average $50 per acre with a range of $20 to $150 per acre. Longevity – 3 years.

2.   Food Plots – Average $50 per acre with a range of $40 to $80 per acre.  Longevity – 1 to 3 years.

3.   Range pitting – to scarify mat-forming forbs and increase moisture collection and penetration – $65 per acre ranging from $40 to $100 per acre.  Longevity – 10 years.

4.   In-stream structures – i.e. structures to improve small streams or intermittent water draws.  Average – $500 per structure ranging from $150 to $800. Longevity – 8 years.

5.   Inter-seeding – Average of $50 per acre – ranging from $30 to $80 per acre. Longevity – 10-15 years.

6.   Herding/Moving Livestock, with the owner's or permittee's concurrence – to improve riparian or range conditions – $2000/month average – ranging from $1000 to $3000 per month.  Longevity – 1 year but the effects could be up to 2 to 5 years.

7.   Fencing (temporary) – such as electrical fencing – Average – $2500 per mile ranging from $1000 to $4000 per mile.

8.   Pothole Blasting – Average of $1000 per pothole ranging from $600 to $2000 per pothole.

121

BLM_0075174

## Appendix G

## Bird and Mammal Species Endemic to the Northern Great Plains Region

Avian species endemic to the grasslands of the Great Plains (Samson and Knopf 1996).

| Species | Habitat Affinity |
|---|---|
| Ferruginous hawk | Shortgrass prairie |
| Mountain plover | Shortgrass prairie |
| Long-billed curlew | Shortgrass prairie |
| Sprague's pipit | Mixed-tallgrass prairie |
| Cassin's sparrow | Shortgrass prairie |
| Baird's sparrow | Widespread |
| Lark bunting | Short-mixed-grass prairie |
| McCown's longspur | Shortgrass prairie |
| Chestnut-collared longspur | Short-mixed-grass prairie |

Mammalian species endemic to the grasslands of the Great Plains (Samson and Knopf 1996).

| Species | Habitat Affinity |
|---|---|
| White-tailed jack rabbit | Short-mixed-grass prairie |
| Richardson's ground squirrel | Short-mixed-grass prairie |
| Thirteen-lined ground squirrel | Widespread |
| Black-tailed prairie dog | Short-mixed-grass prairie |
| Plains pocket gopher | Widespread |
| Olive-backed pocket mouse | Short-mixed-grass prairie |
| Plains pocket mouse | Short-mixed-grass prairie |
| Hispid pocket mouse | Short-mixed-grass prairie |
| Plains harvest mouse | Short-mixed-grass prairie |
| Northern grasshopper mouse | Short-mixed-grass prairie |

BLM_0075175

| | |
|---|---|
| Prairie vole | Tallgrass prairie |
| Swift fox | Short-mixed-grass prairie |
| Black-footed ferret | Short-mixed-grass prairie |
| Spotted skunk | Widespread |
| Pronghorn | Short-mixed-grass prairie |

BLM_0075176

## Appendix H

## Species of Greatest Conservation Need in Ecoregions with Moderate or High Potential for Oil and Gas Development *

<u>Sagebrush and shrubland species of greatest conservation need</u> (Wyoming)

<u>Mammals</u>:
Swift Fox
Pygmy Rabbit
White-tailed Prairie Dog
Spotted Ground Squirrel
Wyoming Ground Squirrel
Idaho Pocket Gopher
Plains Pocket Gopher
Great Basin Pocket Mouse
Olive-backed Pocket Mouse
Sagebrush Vole
Spotted Bat

<u>Birds</u>:
Greater Sage-grouse
Columbian Sharp-tailed
  Grouse
Ferruginous Hawk
Mountain Plover
Long-billed Curlew
Sage Thrasher
Sage Sparrow
Brewer's Sparrow

<u>Amphibians</u>
Great Basin Spadefoot
Great Plains Toad
Plains Spadefoot
Woodhouse's Toad

<u>Reptiles</u>:
Cliff Tree Lizard
Greater short-horned
  lizard
Northern Plateau Lizard
Northern Sagebrush Lizard
Bullsnake
Great Basin Gophersnake
Midget Faded Rattlesnake
Plains Black-headed Snake
Prairie Rattlesnake
Rubber Boa
Smooth Green Snake

<u>Grassland species of greatest conservation need</u> (Wyoming)

<u>Mammals</u>:
Swift Fox
Black-tailed Prairie Dog
Black-footed Ferret
Pocket Mouse
Olive-backed Pocket
  Mouse
Plains Harvest Mouse
Plains Pocket Mouse
Prairie Vole
White-tailed Prairie Dog
Plains Pocket Gopher

<u>Birds</u>:
Long-billed Curlew
Upland Sandpiper
Mountain Plover
Ferruginous Hawk
Short-eared Owl
Burrowing Owl
Dickcissel
Grasshopper Sparrow
Chestnut-collared
  Longspur
McCown's Longspur
Lark Bunting
Bobolink

<u>Reptiles</u>:
Bullsnake
Common Garter Snake
Eastern Yellow-bellied Hispid
  Racer
Great Basin Gophersnake
Pale Milksnake
Plains Black-headed Snake
Plains Garter Snake
Plains Hog-nosed Snake
Prairie Rattlesnake
Smooth Green Snake

<u>Amphibians</u>
Plains Spadefoot
Great Plains Toad
Woodhouse's Toad

BLM_0075177

Wetland (lentic) and riparian species of greatest conservation need (Wyoming)

Mammals:
River Otter
Moose
Meadow Jumping Mouse
Hayden's Shrew
Preble's Shrew
Pygmy Shrew
Water Shrew
Water Vole
Pallid Bat
Hoary Bat
Silver-haired Bat
Spotted Bat
Townsend's Big-eared Bat
Little Brown Myotis
Long-eared Myotis
Long-legged Myotis
Fringed Myotis
Northern Myotis

Birds:
American Bittern
American White Pelican
Bald Eagle
Barrow's Goldeneye
Black Tern
Black-crowned Night Heron
Canvasback
Caspian Tern
Clark's Grebe
Common Loon
Forster's Tern
Franklin's Gull
Great Blue Heron
Sandhill Crane
Harlequin Duck
Lesser Scaup
Northern Pintail
Swainson's Hawk
Trumpeter Swan
Virginia Rail
Western Grebe
White-faced Ibis
Willow Flycatcher
Yellow-billed Cuckoo

Amphibians:
Boreal Chorus Frog
Boreal Toad
Great Basin Spadefoot
Great Plains Toad
Northern Leopard Frog
Plains Spadefoot
Tiger Salamander
Woodhouse's Toad

Reptiles:
Northern Sagebrush Lizard
Western Painted Turtle
Western Spiny Softshell
  Turtle
Intermountain Wandering
  Garter Snake
Plains Garter Snake
Plains Hog-nosed Snake
Prairie Rattlesnake

Mollusks and Crustaceans:
California Floater
Crayfish
Freshwater Snails
Jackson Lake Springsnail
Land Snails
Shrimp

BLM_0075178

Stream (lotic) species of greatest conservation need (Wyoming)

Fish
Bigmouth Shiner
Black Bullhead
Bluehead Sucker
Burbot
Central Stoneroller
Channel Catfish
Colorado River Cutthroat
    Trout
Common Shiner
Finescale Dace
Flannelmouth Sucker
Fathead Chub
Goldeye
Iowa Darter
Kendall Warm Springs
    Dace
Lake Chub
Leatherside Chub
Mottled Sculpin
Mountain Sucker
Mountain Whitefish
Northern Pearl Dace
Plains Minnow
Plains Topminnow
Quillback
River Carpsucker
Roundtail Chub
Sauger
Shovelnose Stugeon
Stonecat
Sturgeon Chub
Suckermouth Minnow
Western Silvery Minnow

Mollusks and Crustaceans
California Floater
Crayfish
Cylindrical Papershell
Fatmucket
Freshwater Snails
Giant Floater
Jackson Lake Springsnail
Plain Pocketbook
Shrimp
Western Pearlshell
White Heelsplitter

Amphibians
Northern Leopard Frog
Wood Frog

Mammals
River Otter
Moose
Water Shrew
Water Vole

Birds
American Bittern
American White Pelican
Bald Eagle
Black-crowned Night Heron
Common Loon
Great Blue Heron
Harlequin Duck
Trumpeter Swan

* Source:  WY Game & Fish Department.  2005.  A comprehensive wildlife conservation strategy for
    Wyoming.  Cheyenne, WY.  125pp + appendices.

BLM_0075179

## Appendix I

## Nongame Habitat Priority Areas in Wyoming



BLM_0075180

**Appendix J**

ANNOTATED BIBLIOGRAPHY
Wildlife Disturbance Literature
Relevant to the Effects of Oil and Gas Development
(organized according to species)

**SAGE-GROUSE**

**Aldridge**, C.L.  1998.  Status of the sage grouse (*Centrocercus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association, Wildlife Status Report No. 13, Edmonton, AB.

The status of sage-grouse in Alberta, Canada was evaluated.  Spring lek surveys indicated the sage-grouse population in Alberta had declined 80% over the past few decades.  Disturbances contributing to loss of sage-grouse habitat include "agricultural developments, oil and gas exploration, and vehicular traffic."  Livestock grazing can reduce habitat suitability, oil and gas development can fragment and reduce suitable habitat, and roadways contribute to fragmentation as well as direct mortality.  The effects of disturbances may be compounded during drought conditions.

sort criteria:  sage-grouse, oil & gas, roads, agriculture, sagebrush, quantitative, research-based, Canada

**Aldridge**, C.L., and R.M. Brigham.  2002.  Sage-grouse nesting and brood habitat use in southern Canada.  Journal of Wildlife Management 66:433-444.

Greater sage-grouse nest and brood habitat use in Alberta, Canada were examined.  Although sagebrush habitat is less available in Alberta, nest success (46.2%) in this study was comparable to other areas (normally 30-60%).  "Overall cover of sagebrush is considerably lower in Canada (5-11%) compared with sagebrush (*Artemisia* spp.) cover in other areas throughout the range of greater sage-grouse (15-25%)."  Nest selection seemed to be based on habitat structure, with taller shrubs available within a 15 m radius but no less that 7.5 m in radius, and taller grass within 15 m of the nest site.  Management strategies included protecting and maintaining available sagebrush habitat and enhancing mesic sites to increase forb growth for brood rearing.

sort criteria:  sage-grouse, grazing, sagebrush, quantitative, research-based, Canada

**Aldridge**, C.L., and R.M. Brigham.  2003.  Distribution, abundance, and status of greater sage-grouse, *Centrocercus urophasianus*, in Canada.  Canadian Field Naturalist 117:25-34.

BLM_0075181

Distribution, abundance, and status of sage-grouse in Canada were evaluated. An estimated 66 to 92% population decline, in the past 30 years, was based on currently occupied habitat. Low chick survival (18% survived to 50 days of age) was the most probable factor contributing to the decline. Human activity near leks could result in site abandonment, which may reduce breeding success. Oil and gas development, and associated activities led to removal of vegetation, fragmentation of suitable habitat, increased predation, and mortality due to vehicular traffic. Agricultural and livestock operations can also negatively affect sage-grouse populations and habitat. "These threats may be magnified by climate change."

sort criteria: sage-grouse, oil & gas, human activity, roads, sagebrush, quantitative, research-based, Canada

**Aldridge**, C. L., and M. S. Boyce. 2007. Linking occurrence and fitness to persistence: a habitat-based approach for endangered greater sage-grouse. Ecological Applications 17:508-526.

Habitat importance was assessed by constructing occurrence and survival models to identify where sage-grouse are likely to nest and raise chicks and to predict landscape features that make habitats risky for nesting and brood rearing. Sage-grouse selected for large (1 km$^2$) heterogeneous patches of moderate sagebrush cover and avoided anthropogenic edge habitats for nesting. Females with broods selected large patches (1 km$^2$) of moderate sagebrush cover that contained a patchy distribution of sagebrush. Selection also was strong for mesic sites, but brooding females avoided areas closer to cultivated cropland or with a greater proportion of urban development. Broods occurred closer to individual oil well sites where succulent forbs were abundant, but despite this attraction, risk of chick mortality increased 1.5 times for each additional oil well that was visible within 1 km of a brood location.

sort criteria: sage-grouse, sagebrush, Canada, oil and gas, agriculture, human activity, quantitative, research-based

**Barrett**, H., E. Campbell, S. Ellis, J. Hanf, R. Masinton, J. Pollet, T. Rich, J. Rose, J. Sadowski, F. Taylor, P. Teensma, J. Dillon, D. Zalunardo, B. Bales, W. Van Dyke, and N. Pustis. 2000. Greater sage-grouse and sagebrush-steppe ecosystems management guidelines (Oregon and Washington). Bureau of Land Management, U.S. Fish and Wildlife Service, U.S. Forest Service, Oregon Department of Fish and Wildlife, and Oregon Department of State Lands.

Management goals and objectives were presented to promote conservation of sage-grouse and their habitats in Oregon and Washington. Conservation goals included: (1) "Protect existing leks and provide secure sage-grouse breeding habitat with minimal disturbance and harassment." (2) "Promote habitat that supports nesting and early brood-rearing success…." (3) "Promote habitat conditions that support growth and survival of young sage-grouse in late brood-rearing habitat." (4) "Maintain sagebrush that is accessible to sage-grouse for food and cover during the winter months." Management actions regarding energy and minerals

BLM_0075182

for each conservation management goal include avoiding surface occupancy within 1 km of known or occupied sage-grouse habitat.

sort criteria:  sage-grouse, agriculture, oil & gas, livestock grazing, sagebrush, qualitative, prescriptive, Oregon, Washington

**Beck**, J.L., and D. L. Mitchell.  2000.  Influence of livestock grazing on sage grouse habitat. Wildlife Society Bulletin 28:993-1002.

Positive and negative impacts of livestock grazing on sage-grouse and sage-grouse habitat were evaluated in the western U.S.  Timing of use and stocking intensity could have the greatest impact on sagebrush habitat.  Late spring grazing could reduce herbaceous cover necessary for concealing nests from predators.  Management recommendations included:  (1) No sagebrush eradication treatments.  (2) Rehabilitation work should focus on reestablishment of mixed vegetation (e.g., native herbs and sagebrush).  (3) Seedings should focus on establishment of forbs and subspecies of big sagebrush.  (4) No insecticides should be applied to sage-grouse summer habitat.  (5) Regulate livestock use around riparian areas. (6) Manage livestock grazing to allow growth of forbs, grasses, and sagebrush.

sort criteria:  sage-grouse, agriculture, sagebrush, quantitative, research-based, western U.S.

**Beck**, J.L., D.L. Mitchell, and B.D. Maxfield.  2003.  Changes in the distribution and status of sage-grouse in Utah.  Western North American Naturalist 63:203-214.

Distribution and status of sage-grouse in Utah were analyzed to evaluate trends in abundance and productivity.  Historically greater sage-grouse in Utah occupied approximately 72,995 $km^2$.  Currently they inhabit 29,208 $km^2$ or an estimated 41.3% of their potential historical distribution.  Potential habitat has declined 60% for greater sage-grouse and 49% of known leks are no longer used.  "Long-term trends (1971-2000) in Utah indicate marked declines in all breeding populations, particularly in Gunnison and smaller Greater Sage-Grouse populations."

sort criteria:  sage-grouse, agriculture, fragmentation, sagebrush, quantitative, research-based, Utah

**Beck**, J. L. 2006.  Summary of oil and natural gas development impacts on prairie grouse. Unpublished Report., Colorado Division of Wildlife, Grand Junction, Colorado.

Summary based on 11 papers available at that time that reported empirical evidence about impacts on greater sage-grouse and lesser prairie-chickens. Additional research topics are suggested.

sort criteria:  sage-grouse, oil & gas, quantitative, research-based

BLM_0075183

**Bohne,** J. T. Rinkes, and S. Kilpatrick**.** 2007. Sage-grouse habitat management guidelines for Wyoming. Wyoming Game and Fish Department. Cheyenne, WY. 36 pp.

This document provides an overview of sage-grouse habitat management goals and objectives for Wyoming. It provides an historical background of sage-grouse in Wyoming and specific management goals, including project planning, implementation, and monitoring.

sort criteria: prescriptive, qualitative, sagebrush, sage-grouse, Wyoming

**Braun**, C.E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Pages 227-231 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder Co.

Changes in sage-grouse lek counts in relation to surface coal mining were investigated from 1973 through 1983 in northern Colorado. Three mines were in some stage of operation throughout the 10-year period. Active leks "… increased from 1973 through 1979, decreased in 1980, and were stable through 1983." Number of males per lek within 2 km of mines was low from 1974-76, fluctuated from 1977-81, and decreased in 1982 and 1983. Beyond 2 km of mining activity the number of males per lek was stable from 1973-77, increased in 1978, and remained high through 1983. "Number of males counted on leks closest to the 3 active surface coal mines decreased markedly (average=60/lek in 1981; 25 in 1983) with increased mine preparation and mining activity."

sort criteria: sage-grouse, mining, sagebrush, quantitative, research-based, Colorado

**Braun**, C.E. 1987. Current issues in sage grouse management. Proceedings of the Western Association of Fish and Wildlife Agencies 67:134-144.

Current data on impacts of energy exploration and development to sage-grouse were evaluated. A decrease of males at strutting grounds near oil fields in Colorado was believed to be ". . . related to loss of habitat caused by site preparation and road development." Refineries, pumping stations, gasification plants, etc., also have negative effects on sage-grouse populations. Grouse populations decreased in areas impacted by surface coal mines. ". . . sage-grouse could be temporarily attracted to artificial display areas . . . " and ". . . once mines 'mature' or become inactive, numbers of males on leks adjacent to the mining area increase."

sort criteria: sage-grouse, oil & gas, sagebrush, quantitative, research-based, western U.S., Canada

BLM_0075184

**Braun**, C.E. 1998. Sage grouse declines in western North America: What are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

An evaluation of the causes for the decline of sage-grouse in western North America was based on review of available literature. Since European settlement an overall decrease of 50% was estimated, with a 45-80% decrease since the early 1950s. In spring 1998, 142,000 sage-grouse were estimated to exist range-wide. Although a few studies indicate some recovery of grouse populations after initial energy development, there is no evidence that levels will reach their pre-development size. Up to 50% of sage-grouse habitat is under subdivision development in some counties in Colorado.

sort criteria: sage-grouse, mining, oil & gas, roads, rural subdivisions, quantitative, research-based, western U.S., Canada

**Braun**, C.E. 2002. A review of sage-grouse habitat needs and sage-grouse management issues for the revision of the BLM's Pinedale District Resource Management Plan, Wyoming.

Potential negative effects on sage-grouse from energy development in western Wyoming were reviewed, evaluated, and analyzed. Recommendations for monitoring sage-grouse winter use areas, leks, nesting habitat, and brood rearing areas included: (1) "… locating and mapping sage-grouse winter-use areas…" (2) "… surveys of all areas within the proposed project area should be conducted in April 2003 and continuing at 3-year intervals." (3) "Guidelines should be followed to offer some protection to habitats useful for nesting at distances up to 3 miles form active leks." (4) "Management that should be in place includes movement of livestock to avoid degradation of plant communities in moist sites and riparian areas…". Other mitigation measures and monitoring requirements were also presented.

sort criteria: sage-grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming, mitigation

**Braun**, C.E., M.F. Baker, R.L. Eng, J.W. Gaswiler, and M.H. Schroeder. 1976. Conservation committee report on the effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulletin 88:165-171.

Relevant data were reviewed in the mid-1970s to assess the effects reducing sagebrush have on associated avifauna (notably sagebrush obligates). Based on estimates, at least 10% of sagebrush rangelands had been altered in the west at that time. "Development of energy resources, especially coal, will have major impacts on sagebrush communities and dependent avifauna for at least the next 40 years." Recommendations include, confining sagebrush alteration to small areas of 16 ha or less, and scheduling sagebrush control programs to avoid bird nesting seasons.

sort criteria: sage-grouse, sagebrush obligates, non-game birds, sagebrush treatment, sagebrush, quantitative, prescriptive, western U.S.

BLM_0075185

**Braun**, C.E., T. Britt, and R.O. Wallestad. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99-106.

Guidelines were based upon a review of studies relating to the importance of sagebrush in maintaining population stability of sage-grouse. Effects of sagebrush control were discussed. Guidelines for maintaining sage-grouse habitats include, applying treatment measures in irregular patterns, no treatment in known wintering areas, no control of vegetation within 3 km of leks or on nesting/brood areas, and no treatment of areas with live sagebrush cover less than 20%.

sort criteria: sage-grouse, sagebrush treatment, sagebrush, quantitative, prescriptive, western U.S.

**Braun**. C.E., O.O. Oedekoven, and C.L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse. Transactions of the 67th North American Wildlife and Natural Resources Conference 67:337-349.

Effects of energy exploration and development on sagebrush dependent avian species (especially sage-grouse) were examined through a review of available information. In Alberta, Canada the sage-grouse population had declined at least 66% in the last 3 decades. Research in Colorado indicated grouse would continue to use areas near production facilities if suitable sagebrush habitat was available and disturbance was minimal. It was estimated that 5000 acres of sage-grouse habitat had been lost due to (12,000) CBM (coal bed methane) wells in production in northeastern Wyoming. "CBM activity has affected an estimated 28 percent of the known sage-grouse habitats within the project area." Companies are required to avoid disturbing leks during breeding season, locate overhead power lines at least 0.5 mile from breeding or nesting grounds, and reduce compressor noise close to leks, however, all requirements can be waived by federal land management agencies.

sort criteria: sage-grouse, oil & gas, sagebrush, quantitative, research-based, western U.S., Canada

**Colenso-Postovit**, B. 1981. Suggestions for sage grouse habitat reclamation on surface mines in northeastern Wyoming. M.S. Thesis, University of Wyoming, Laramie.

Characteristics of crucial sage-grouse habitat and seasonal changes in habitat selection were investigated in northeastern Wyoming. Favored habitat consisted of sagebrush with a mean height of 27 cm, and provided 25% cover. Critical components of pre-disturbance habitat were big sagebrush, forbs, and patchiness. Negatively correlated habitat types included: clay slope, playa grassland, and herbicide sprayed sagebrush. The author advocates "… establishment of patchy shrub stands intermixed with grass/forb vegetation."

133

BLM_0075186

sort criteria: sage-grouse, mining, sagebrush, quantitative, research-based, Wyoming

**Colorado Division of Wildlife**. 2008. Colorado Division of Wildlife's Actions to minimize adverse impacts to wildlife resources – Draft – August 18, 2008

The purpose of this document is to enumerate potential actions that may avoid, minimize, and/or mitigate adverse impacts of oil and gas operations on Colorado's wildlife resources.

sort criteria: sage-grouse, wildlife, oil and gas, mitigation, qualitative, research-based, prescriptive, Colorado

**Connelly**, J.W., W.J. Arthur, and O.D. Markham. 1981. Sage grouse leks on recently disturbed sites. Journal of Range Management 34(2):153-154.

Authors examined the use of recently disturbed sites for strutting by sage-grouse near the Idaho National Engineering Laboratory Site (INEL) in southeastern Idaho. Three of 51 leks on or near the INEL were located on recently disturbed sites (1 burned area and 2 gravel pits) suggesting sage-grouse will strut in man-made clearings if sufficient sagebrush is located nearby, and natural clearings are lacking.

sort criteria: sage-grouse, roads, mining, sagebrush, quantitative, research-based, Idaho

**Connelly**, J.W., K.P. Reese, R.A. Fischer, and W.L. Wakkinen. 2000. Response of a sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28(1):90-96.

Response of a sage-grouse breeding population to prescribed fire was investigated from 1986 through 1994, in a desert shrub biome in southeastern Idaho. The decline in lek attendance by male sage-grouse was greater following burning (90%) than within unburned areas (63%). Authors recommend against use of prescribed burning in low-precipitation sagebrush habitats where breeding sage-grouse could be negatively affected.

sort criteria: sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Idaho

**Connelly**, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28(4):967-985.

Guidelines were based upon a summary of current knowledge of the ecology of sage-grouse. Effects of human-caused and natural disturbances are discussed. Guidelines for population and habitat management include: "Avoid building powerlines and other tall structures that

134

BLM_0075187

provide perch sites for raptors within 3 km of seasonal habitats . . ., manage breeding habitats to support 15-25% canopy cover of sagebrush . . ., for nonmigratory grouse occupying habitats that are distributed uniformly . . . protect (i.e., do not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks . . ., where sagebrush is not distributed uniformly . . . protect suitable habitats for ≤ 5 km from all occupied leks . . ., for migratory populations, identify and protect breeding habitats within 18 km of leks . . ., adjust timing of energy exploration, development, and construction activity to minimize disturbance . . ., facilities should be located > 3.2 km from active leks . . .."

sort criteria:  sage-grouse, oil & gas, mining, sagebrush treatment, quantitative, research-based, western U.S.

**Connelly**, J.W., K.P. Reese, and M.A. Schroeder.  2003.  Monitoring of greater sage-grouse habitats and populations.  Publication 979, College of Natural Resources Experiment Station, University of Idaho, Moscow.

Sagebrush habitat assessment and sage-grouse population monitoring were examined to determine guidelines for management decisions.  Techniques for assessing habitat, monitoring sage-grouse populations, capturing and marking sage-grouse were described.

sort criteria:  sage-grouse, sagebrush, qualitative, prescriptive, western U.S.

**Connelly**, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver.  2004.  Conservation assessment of greater sage-grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, Wyoming.

The goal of this report was to "present an unbiased and scientific documentation of dominant issues and their effects on greater sage-grouse populations and sagebrush habitats."   The chapters most relevant to disturbance are: Chapter 7 00 Sagebrush Ecosystems: Current Status and Trends; Chapter 12 – the Human Footprint in the West: A Large-scale Analysis of Anthropogenic Impacts; and Chapter 13 – Synthesis.

sort criteria:  sage-grouse, oil & gas, **fragmentation**, human activity, roads, agriculture, fire, **invasive plants**, sagebrush, quantitative, research-based, western U.S.

**Crawford**, J.A., R.A. Olson, N.E. West, J.C. Moseley, M.A. Schroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd.  2004.  Ecology and management of sage-grouse and sage-grouse habitat.  Journal of Range Management 57:2-19.

Current issues in sage-grouse ecology and management were examined.  Multiple causative factors were implicated in the present sage-grouse decline.  Fire, in high elevation sagebrush habitat, results in invasion of conifers and loss of canopy cover and herbaceous understory.  Intensity and timing of livestock grazing are of concern regarding habitat quality.  Light to

BLM_0075188

moderate grazing can be beneficial, however heavier use decreases herbaceous cover.  Heavy levels of chemical control methods may result in lower habitat quality.  Other sagebrush obligate species (e.g., Brewer's sparrow, pygmy rabbit, and sagebrush vole) are also declining.

sort criteria:  sage-grouse, sagebrush obligates, sagebrush treatment, fire, livestock grazing, sagebrush, quantitative, research-based, western U.S., Canada

**Doherty**, K. E., D. E. Naugle, and B. L. Walker. 2008.  Sage-grouse winter habitat selection and energy development.  Journal of Wildlife Management 72:187-195.

This paper analyzed winter habitat use by comparing aerial locations of radio-marked female sage-grouse to random locations to 1) identify landscape features that influenced sage-grouse habitat selection, 2) quantify the scale at which selection occurred and to 3) assess the effect of coal-bed natural gas (CBNG) development on winter habitat selection in the Powder River Basin. The best model showed that sage-grouse select large expanses of sagebrush with gentle topography and avoid conifer and riparian habitats in winter. The addition of a variable that quantified the average density of CBNG wells improved model fit. After adjusting for sage-grouse habitat selection, birds avoided energy development in otherwise suitable habitat.

sort criteria:  sage-grouse, sagebrush, Wyoming, oil and gas, agriculture, human activity, quantitative, research-based

**Doherty**, M. K. 2007. Mosquito populations in the Powder River Basin, Wyoming: a comparison of natural, agricultural and effluent coal-bed natural gas aquatic habitats.  M. S. Thesis.  Montana State University, Bozeman, MT, USA.

This study indicated that coal-bed natural gas (CBNG) ponds were significantly increasing the overall population of West Nile virus (WNv) vector mosquitoes in the Powder River Basin, as well as adding to the duration of larval habitats that would normally be ephemeral. Thus the author concluded CBNG ponds and associated habitats may serve to increase pathogen transmission in an otherwise arid ecosystem.

sort criteria:  sage-grouse, Wyoming, **disease**, oil and gas, quantitative, research-based

**Eng**, R.L., E.J. Pitcher, S.J. Scott, and R.J. Greene.  1979.  Minimizing the effect of surface coal mining on a sage grouse population by a directed shift of breeding activities.  Pages 464-468 in G.A. Swanson, ed., The mitigation symposium: a national workshop on mitigating losses on fish and wildlife habitats.  U.S. Department of Agriculture, Forest Service General Technical Report.  RM-65.

136

In southern Montana, an artificial lek was created 2 miles from an area scheduled for surface coal mining. The experimental lek was created using decoys and a sound system producing sounds of an active lek. The first year 7 cocks and 8 hens attended, with 16 cocks and 18 hens attending the second year.

sort criteria: sage-grouse, mining, sagebrush, mitigation, quantitative, research-based, Montana

**Eng**, R.L., and P. Schladweiler. 1972. Sage grouse winter movements and habitat use in central Montana. Journal of Wildlife Management 36(1):141-146.

Habitat use and movements of sage-grouse were examined in central Montana during the 1965-66 and 1966-67 winters. Eighty-two percent of the grouse observed were located in dense sagebrush stands exceeding 20% canopy coverage. Grouse used sagebrush canopy coverage exceeding 20% significantly more than areas of less than 20% canopy. This indicated a preference for dense stands of sagebrush. Authors concluded removal of large expanses of dense sagebrush would greatly reduce sage-grouse populations.

sort criteria: sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

**Hayden-Wing Associates.** 1991b. Review and evaluation of the effects of geophysical exploration on some wildlife species in Wyoming. Unpublished Report for Geophysical Acquisition Workshop. Laramie, Wy.

A review of previous studies on the effects of geophysical exploration on pronghorn, mule deer, elk, raptors, and sage-grouse was presented. The information examined indicated that big game are temporarily affected by seismic exploration causing increased energy expenditure and utilization of sub-optimal habitats. Characteristics for evaluating potential sage-grouse nesting habitat in relation to proposed oil and gas development included: "1) distance relationships to leks, 2) presence, distance, and characteristics of existing disturbances, 3) characteristics of shrubs and vegetation that could serve in nest concealment and nest-site selection, and 4) distance to water and to potential brood-rearing areas." Mitigation strategies for protecting raptor-nesting habitat were also presented.

sort criteria: sage-grouse, raptors, pronghorn, mule deer, elk, oil & gas, seismic exploration, sagebrush, quantitative, research-based, Wyoming

**Hayden-Wing**, L.D., D.B. Costain, J.L. Hull, M.R. Jackson, and T.B. Segerstrom. 1986. Movement patterns and habitat affinities of a sage grouse population in northeastern Wyoming. Pages 207-226 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

BLM_0075190

Potential impacts from mining on a sage-grouse population were examined in northeastern Wyoming.  Nests were observed from 0.71 miles to 3.25 miles from a lek on the proposed mine site.  Vegetation coverage averaged 71% with big sagebrush the dominant shrub type.  "Results suggest that sage-grouse can survive the extensive mining development in the Powder River Basin if adequate habitats or refugia are maintained at the regional or inter-mine level."

sort criteria:  sage-grouse, mining, sagebrush, quantitative, research-based, Wyoming.

**Hemstrom,** M.A., M.J. Wisdom, W.J. Hann, M.M. Rowland, B.C. Wales, and R.A. Gravenmier.  2002.  Sagebrush-steppe vegetation dynamics and restoration potential in the Interior Columbia Basin, U.S.A.  Conservation Biology 16:1243-1255.

Changes in the amount and quality of sage-grouse habitat on U.S. Forest Service (FS) and Bureau of Land Management (BLM) lands were evaluated and the dynamics and restoration of sagebrush habitats were modeled.  Changes from historical to current conditions were estimated as were changes from current conditions to those projected 100 years in the future (taking into account the proposed management plan and two restoration scenarios).  "Under the two scenarios," (50% and 100% reduction of livestock grazing) "the amount of FS-BLM habitat for sage-grouse within treated areas declined by 17-19% 100 years in the future compared with the current period, but was 10-14% higher than the 100-year projection under proposed management."

sort criteria:  sage-grouse, grazing, sagebrush treatment, quantitative, research-based, western U.S.

**Holloran,** M.J.  2005.  Greater sage-grouse (*Centrocercus urophasianus*) population response to natural has field development in western Wyoming.  PhD Dissertation. University of Wyoming, Laramie.  223 pp.

Research was conducted in the Upper Green River Basin to determine the effects of energy development on sage-grouse populations.  Development within 3-5 km of a lek will result in population decline.  Main haul roads within 3 km of lek caused reduced attendance.  Females avoided high density well areas for nesting.  The estimated extinction time for leks present before gas field development is 19 years.  A well density of 1 well per section within 3 km of a lek could reduce impacts.  Sound muffling and decreased traffic volume could also help.  Suitable breeding habitat within 5 km of a lek should be protected from development.

sort criteria:  noise, oil and gas, prescriptive, quantitative, sage-grouse, Wyoming

**Holloran,** M. J., and S. H. Anderson.  2005.  Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats.  Condor 107:742-752.

BLM_0075191

Lek to nest distances from various Wyoming studies were analyzed to determine that 64% of sage-grouse nests were located within 5km of leks. Lek to nest distance was greater for successful nests. Closely spaced nests tended to experience lower hatching success. Consecutive year nesting site location suggested nesting site-area fidelity. Nesting hens located further than 5km could be important for population viability. Authors recommended conserving nesting habitat regardless of lek locations.

sort criteria:  sage-grouse, sagebrush, Wyoming, human activity, quantitative, prescriptive, research-based

**Holloran**, M. J., R. C. Kaiser, and W. A. Hubert.  2007.  Population response of yearling greater sage-grouse to the infrastructure of natural gas fields in southwestern Wyoming.  Completion report, U. S. Geological Survey, Wyoming Cooperative Fish and Wildlife Research Unit, Laramie, Wyoming.

*[and]*

**Holloran**, M. J., R. C. Kaiser, and W. A. Hubert.  2008.  Yearling greater sage-grouse response to energy development in southwestern Wyoming.  Journal of Wildlife Management: In review.

This study was a continuation of the Kaiser (2006) study; data collected during both studies were combined in the analyses.  Yearling males avoided leks near the infrastructure of natural gas wells when establishing breeding territories.  Additionally, yearling males reared in areas where infrastructure was present established breeding territories less often, were observed on leks during the breeding period less often, and had lower annual survival rates compared to yearling males reared in areas with no infrastructure.  Yearling females avoided nesting within 950 m of the infrastructure of natural gas fields, and yearling females reared in areas where infrastructure was present had lower annual survival rates than females reared in areas with no infrastructure.  The authors conclude that development of natural gas fields resulted in displacement and lower annual survival of yearling males and females, and lower fecundity of yearling males. Maintaining undeveloped areas near natural gas fields may be an effective strategy to sustain greater sage-grouse populations being affected by such developments.

sort criteria:  sage-grouse, Wyoming, oil and gas, human activity, roads, quantitative, research-based

**Hupp**, J.W., and C.E. Braun.  1989.  Topographic distribution of sage grouse foraging in winter.  Journal of Wildlife Management 53(3):823-829.

Topographic variations in snow depth and sagebrush structure were evaluated to determine how they influence distribution of sage-grouse foraging in southern Colorado.  Southwest slopes and drainages were used proportionally more than other topographic areas (e.g. northeast slopes, low flat areas, or high flat areas).  "Between 46 and 75% of foraging occurred in drainages and on southwest slopes."  This distribution of foraging was influenced

BLM_0075192

by sagebrush height relative to snow depth.  Maintenance of sagebrush in drainages and southwest slopes should be stressed to assure quality forage is available for sage-grouse.

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Colorado

**Johnson**, K.H., and C.E. Braun.  1999. Viability and conservation of an exploited sage grouse population.  Conservation Biology 13:77-83.

The viability of the sage-grouse population of North Park, Colorado was evaluated to determine the effects of hunting pressure and habitat degradation.  Adult and juvenile survival and reproduction were described as the most limiting demographic factors.  However, with appropriate habitat manipulation measures (e.g., increasing sagebrush canopy cover to 15-20%) juvenile and adult survival could be enhanced and population viability conserved without reducing harvest by hunters.

sort criteria:  sage-grouse, grazing, sagebrush, quantitative, research-based, Colorado

**Kaiser**, R. C.  2006.  Recruitment by greater sage-grouse in association with natural gas development in western Wyoming.  Thesis, University of Wyoming, Laramie, Wyoming. 91 pp.

This work continued that of Holloran (2005) and sought to further investigate the role of yearling recruitment to explain sage-grouse declines associated with natural gas development. The number of visits to leks by males decreased as distance inside the area of development influence increased, suggesting that yearlings from leks situated further inside natural gas development were displaced to those nearer the periphery of the gas field.  Recruitment of males to leks also declined with distance inside the area of influence, indicating a higher likelihood of lek loss near the center of development.  Thirty-four of 54 (63%) adult females bred on the same lek from which they were captured the previous spring. Eight of 10 individuals known to have bred somewhere other than their previous year's lek-of-capture bred on leks located further from the center of the gas field, suggesting that adult females were changing their behavior to avoid development.  Small sample sizes limited the ability to analyze and reliably interpret other results.

sort criteria:  sage-grouse, Wyoming, human activity, oil and gas, roads, quantitative, research-based

**Klott**, J.H., and F.G. Lindzey.  1990.  Brood habitats of sympatric sage grouse and Columbian sharp-tailed grouse in Wyoming.  Journal of Wildlife Management 54:84-88.

A comparison of habitats in south-central Wyoming used by sage-grouse and Columbian sharp-tailed grouse was presented.  "Sage-grouse broods occurred most often (68%) in

BLM_0075193

sagebrush (*Artemisia* spp.)-grass and sagebrush-bitterbrush (*Purshia tridentata*) habitats, whereas sharp-tailed grouse broods occurred most often (73%) in mountain shrub and sagebrush-snowberry (*Symphoicarpos oreophilus*) habitats." No difference was found between sage-grouse and sharp-tailed grouse brood sites in regard to total shrub cover, sagebrush cover, or sagebrush canopy. Management suggestions included constraining vegetation treatments to narrow strips (< 30 m) and reduction of livestock grazing.

sort criteria: sage-grouse, sharp-tailed grouse, sagebrush treatment, sagebrush, quantitative, research-based, Wyoming

**Knick**, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. Vander Haegen and C. van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Oil and gas wells in Wyoming are located predominately in ecosystems dominated by sagebrush. Road networks, pipelines, and powerline transmission corridors associated with oil and gas development cause habitat fragmentation. Density of sagebrush-obligate birds was 50% lower within 100m of roads used for natural gas development than at greater distances.

sort criteria: sage-grouse, sagebrush obligates, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming

sage-grouse, sagebrush, quantitative, research-based, California

**Krementz**, D.G., and J.R. Sauer. 1982. Avian communities on partially reclaimed mine spoils in south-central Wyoming. Journal of Wildlife Management 46:761-765.

Differences in avian community structure between a reclaimed mine site and a native shrub-steppe were investigated in south-central Wyoming. Composition, abundance, and diversity between sites were likely due to variation in habitat structure. Foliage-gleaning omnivores were virtually absent from the reclaimed site, however ground-gleaning omnivores and insectivores were common. "The absence of nesting by all species except the horned lark indicates that the reclamation treatments did not fulfill nesting requirements of northern desert shrub-steppe avifauna." Authors suggest "... future reclamation plans should emphasize prompt reintroduction of sagebrush and other species that provide nesting habitat."

sort criteria: sage-grouse, raptors, non-game birds, mining, sagebrush, quantitative, research-based, Wyoming

141

BLM_0075194

**Kuipers**, J.L.  2004.  Grazing system and linear corridor influences on greater sage-grouse (*Centrocercus urophasianus*) habitat selection and productivity.  M.S. Thesis, University of Wyoming, Laramie.

The influence of linear corridors on sage-grouse nest selection and success was examined in central Wyoming.  Livestock and wildlife trails within 25 m decreased nest success, had no affect at 50 m, and increased nest success at 100 m.  "Maintained roads and 2-tracks had positive influences on nest success at 100 m."  Two-track roads increased the likelihood of nest selection at 25 m, as did trails at 50 m.  However, 2-tracks decreased the likelihood of nest selection at 100 m.  Nest success could be negatively affected by livestock trailing, however nest success was not reduced due to 2-track or maintained roads.

sort criteria:  sage-grouse, roads, sagebrush, quantitative, research-based, Wyoming

**Lyon**, A.G. 2000.  The potential effects of natural gas development on sage grouse (*Centrocercus urophasianus*) near Pinedale, Wyoming.  M.S. Thesis, University of Wyoming, Laramie.

Effects of natural gas and oil development on sage-grouse were investigated on the Pinedale Mesa in northwestern Wyoming.  The limiting factor in sage-grouse population stability appeared to be extreme early brood survival.  Forty percent of broods from disturbed areas survived the first 3 weeks, while 50% from undisturbed sites survived through early brood rearing.  Ninety-one percent of hens from undisturbed leks nested within 3 km of the capture lek, while 74% from disturbed leks nested > 3 km from the lek.  Average distance from a road to a nest for disturbed hens was 726 m and 2360 m for undisturbed hens.  Nest initiation rates were 55 and 82% for disturbed and undisturbed hens respectively.  Author suggests "restricting development activities during hours of lek attendance could reduce negative impacts to breeding grouse."

sort criteria:  sage-grouse, oil & gas, sagebrush, quantitative, research-based, Wyoming

**Lyon**, A. G., and S. H. Anderson.  2003.  Potential gas development impacts on sage grouse initiation and movement.  Wildlife Society Bulletin 31(2):486-491.

This study was conducted on the Pinedale Mesa in an area dominated by sagebrush and high desert vegetation.  Forty-eight hens were captured and radio-collared from leks classified as disturbed  ($\leq$ 3 km of natural gas development) and undisturbed (> 3 km from gas development).  On average hens that bred on disturbed leks, and initiated nests, selected sites 4,116 m from the lek. Hens from undisturbed leks moved 2,090 m to nest sites. Hens from disturbed and undisturbed leks initiated nests 65% and 89% respectively.  Hatching success did not differ between groups.  Light road traffic (1-12 vehicles per day) seemed to be a factor causing hens to nest farther from the capture lek, however habitat factors did not appear to influence hen movement.  Nominal traffic disturbance (1-12 vehicles/day) could reduce nest-initiation rates and increase distance of nest-site selection.

BLM_0075195

sort criteria:  sage-grouse, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming

**Manville**, A.M., II. 2004. Prairie grouse leks and wind turbines: U.S. Fish and Wildlife Service justification for a 5-mile buffer from leks; additional grassland songbird recommendations. Division of Migratory Bird Management, USFWS, Arlington, VA, peer-reviewed briefing paper. 17 pp.

This briefing paper provides justification for the Service's recommendation for a 5-mile buffer from occupied prairie grouse leks (prairie chickens, sharp-tailed grouse and sage-grouse).

sort criteria:  sage-grouse, sage-grouse, sharp-tailed grouse, **wind turbines**, roads, powerlines, human activity, fragmentation, qualitative, research-based

**Martin**, N.S.  1970.  Sagebrush control related to habitat and sage grouse occurrences.  Journal of Wildlife Management 34(2):313-320.

Effects on sage-grouse from chemical treatment of sagebrush were investigated on a 1900-acre study area during the summers of 1962 through 1964 in Montana.  Ninety-seven percent of the sagebrush was dead in the sprayed area and only 4% of observed sage-grouse were located in that sector.  The numbers of grouse observed in the sprayed and unsprayed areas were related to vegetation composition (favored food was more abundant in the unsprayed area).

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

**Martin**, N.S.  1976.  Life history and habitat requirements of sage grouse in relation to sagebrush treatment.  Proceedings of the Western Association of State Game and Fish Commissioners 56:289-294.

Habitat requirements for sage-grouse were investigated in central Montana.  Observations of hens occurred 75% of the time on the strutting ground where the bird was tagged.  Canopy coverage of 20-50% was noted at 80% of feeding and loafing sites.  ". . . 68 percent of all radio marked hens nested within one and five tenths miles of a strutting ground."  Sagebrush was the nesting cover for all nests, and 20-30% canopy, averaging 15.9 inches in height was most commonly selected.  On treated areas numbers of male grouse increased 28% from pre- to post-treatment years, however male grouse numbers increased 323% during the same period on non-treated areas.

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

BLM_0075196

**McAdoo**, J.K., G.A. Acordagoita, and C.R. Aarstad.  1989.  Reducing impacts of hard-rock mining on wildlife in northern Nevada.  Pages 95-97 in Proceedings IV:  Issues and Technology in the Management of Impacted Wildlife.  Thorne Ecological Institute, Boulder, Co.

Reduction of wildlife impacts from mineral exploration in northern Nevada was examined.  Mitigation actions included:  minimizing erosion through the use of sediment catchment basins, silt screens, and seeding of road cuts and fill slopes, minimizing construction activity near raptor nests, avoiding aspen wildlife habitat, using culverts for crossing trout streams, and monitoring ground and surface water.  Offsite mitigation and concurrent reclamation efforts were also evaluated.

sort criteria:  wildlife, mule deer, sage-grouse, raptors, mining, sagebrush, riparian, qualitative, prescriptive, mitigation, Nevada

**Montana Fish, Wildlife and Parks.**  2007.  Agency Position – Sage-Grouse Conservation and Energy Development May 2007.  Montana Fish, Wildlife and Parks, Helena.

This position statement acknowledged recent studies that demonstrated some conservation actions outlined in Montana Sage-Grouse Work Group (2004) were inadequate to effectively mitigate intensive oil and gas development at the level of intensity observed in the studies.  The statement summarizes recent findings that assess oil and gas resource development and the documented impacts to sage-grouse populations and provides new conservation strategies.

sort criteria:  Montana, oil and gas, research based, prescriptive, sage-grouse

**Montana Sage-grouse Work Group.**  2004.  Management plan and conservation strategies for sage-grouse in Montana.  116 pp. + appendices.

This document provides an overview of sage-grouse habitat management goals and objectives for Montana.   Concerning energy development, there shall be no surface occupancy within ¼ mile of a lek.  There will be no surface use within 2 miles of a lek from 1 March – 15 June and activity should be restricted from 4-8 a.m. and 7-10 p.m.  There shall be no surface disturbance in designated winter habitat from 1 December – 31 March.

sort criteria:  Montana, human activity, oil and gas, prescriptive, sage-grouse

**Naugle**, D. E., C. L. Aldridge, B. L. Walker, T. E. Cornish, B. J. Moynahan, M. J. Holloran, K. Brown, G. D. Johnson, E. T. Schmidtmann, R. T. Mayer, C. Y. Kato, M. R. Matchett, T. J. Christiansen, W. E. Cook, T. Creekmore, R. D. Falise, E. T. Rinkes, and M. S. Boyce.  2004.  West Nile virus: pending crisis for greater sage-grouse. Ecology Letters 7:704-713.

144

BLM_0075197

This paper documented the first reported cases of West Nile virus (WNv) in sage-grouse. WNv reduced late-summer survival by an average of 25% in four radio-collared populations. No antibodies were detected in blood serum suggesting a lack of resistance. Concern expressed about man-made water sources attracting sage-grouse and exposing them to the WNv vector mosquito Culex tarsalis.

sort criteria:  sage-grouse, Wyoming, Montana, Canada, **disease**, human activity, quantitative, research-based

**Naugle**, D. E., C. L. Aldridge, B. L. Walker, K. E. Doherty, M. R. Matchett, J. McIntosh, T. E. Cornish, M. S. Boyce.  2005.  West Nile virus and sage-grouse: what more have we learned? Wildlife Society Bulletin: 33:616-623.

This paper was a follow-up to Naugle et al. 2004. It documented the continued spread of West Nile virus (WNv) across the western U.S.  Female survival in late summer was 10% lower at study sites with WNv than those without.  No evidence of resistance was detected. WNv prevalence decreased in 2004 compared to 2003 with evidence suggesting unseasonably cool temperatures in 2004 delayed or reduced mosquito projection.

sort criteria:  sage-grouse, Wyoming, Montana, Western U.S., Canada, **disease**, human activity, quantitative, research-based

**Naugle**, D. E., K. E. Doherty, B. L. Walker, M. H. Holloran and H. E. Copeland.  2008. Cumulative impacts of energy development on greater sage-grouse in western North America.  Studies in Avian Biology:  In press.

This paper quantifies the physical change in the human footprint that results from development and synthesizes the literature to date regarding the biological response of sage-grouse to development. Results indicate landscapes with ranching as the primary land use accumulate fewer human features that those that also contain tillage agriculture, energy development or both.  Tillage agriculture into ranch lands removed sagebrush habitat and increased road density (33%), power lines (59%) and water sources (167%).  Energy development on ranch lands doubled the road density and power lines and the number of ponds quadrupled. Where ranch land contained both tillage agriculture and energy development, 70% of the landscape was within 100 m of a human feature and 85% were within 200 m.  The number of producing oil and gas wells has tripled from the 1980s to present within the eastern range of sage-grouse.  Exploration and development have been authorized on 44% of the federal mineral estate within the range of sage-grouse in Management Zones I and II. The literature synthesis resulted in the conclusion that studies have indicated a general and negative response by sage-grouse to three different types of oil and gas development, and that conventional well densities far exceed the species' threshold of tolerance.

BLM_0075198

sort criteria:  sage-grouse, sagebrush, oil and gas, agriculture, human activity, powerlines, roads, quantitative, research-based

**Nelle**, P.J., K.P. Reese, and J.W. Connelly.  2000.  Long-term effects of fire on sage-grouse habitat.  Journal of Range Management 53:586-591.

The long-term impact of fire on sage-grouse nesting and brood-rearing habitats in southeastern Idaho was examined.  Fourteen years post-burn mean sagebrush canopy cover was less than ½ that of unburned areas while mean sagebrush height was 69% of unburned brush.  "Eighty-six percent of transects from 36-year old burns were clustered with unburned vegetation, suggesting that 36 years is sufficient time to recover."  The effects of burning on nesting and brood-rearing sites could be harmful to sage-grouse populations due to sub-optimal vegetative conditions.

sort criteria:  sage-grouse, fire, sagebrush, quantitative, research-based, Idaho

**Oyler-McCance**, S.J., K.P. Burnham, and C.E. Braun.  2001.  Influences of changes in sagebrush on Gunnison sage grouse in southwestern Colorado.  Southwestern Naturalist 46:323-331.

Changes (between the 1950s and 1990s) in sagebrush-dominated areas in southwestern Colorado were compared using low-level aerial photographs.  A 20% loss (approximately 155,673 ha) of sagebrush-dominated areas between 1958 and 1993 was documented.  Thirty-seven percent of sampled plots showed substantial fragmentation of sagebrush habitats, which was often the result of road development. Suggestions for future protection of sage-grouse included assessing management and conservation strategies in regard to "…land mitigation, habitat restoration, connecting fragmented habitats, and reintroduction of sagebrush obligates into previously occupied habitats."

sort criteria:  sage-grouse, sagebrush obligates, fragmentation, roads, sagebrush, quantitative, research-based, Colorado

**Paige**, C., and S.A. Ritter.  1999.  Birds in a sagebrush sea:  managing sagebrush habitats for bird communities.  Partners in Flight Western Working Group, Boise, ID.

Recommendations are presented for land management practices to help bird communities in sagebrush habitats.  Shrubland and shrub-dependent bird species have declined 63% across the U.S.  "Sagebrush obligates include the sage sparrow, Brewer's sparrow, sage thrasher, sage-grouse, pygmy rabbit, sagebrush vole, sagebrush lizard, and pronghorn.  Management guidelines are classified using different scales (landscape, stand, and patch).  The level of

146

BLM_0075199

effects on birds ranges from populations to individuals and pairs.  A summary of bird management goals and recommendations is provided.

sort criteria:  sage-grouse, sharp-tailed grouse, raptors, sagebrush obligates, non-game birds, oil & gas, agriculture, human activity, sagebrush, quantitative, prescriptive, western U.S.

**Phillips**, R.L., D.E. Biggins, and A.B. Hoag.  1986.  Coal surface mining and selected wildlife – a 10-year case study near Decker, Montana.  Pages 235-245 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Mule deer, pronghorn, sage-grouse, and golden eagles were monitored to determine their responses to mining activities in southeastern Montana and northern Wyoming.  "Mule deer and pronghorn populations thrived throughout the study period despite increasing mining activity and human disturbance."  Sage-grouse habitat was lost, but mitigation efforts (e.g., relocation of a lek) seemed to be successful.  Golden eagle numbers remained relatively stable.  Four nesting pairs near active mines had a 10-year nesting success of 67.5% compared to 56.6% for pairs nesting elsewhere on the study area.  "If the primary post mining land use is wildlife, permanent reclamation can be designed to maximize the mixture of plant species and thereby provide greater habitat diversity than native prairie."

sort criteria:  sage-grouse, mule deer, pronghorn, raptors, mining, sagebrush, quantitative, research-based, Wyoming, Montana, mitigation

**Remington**, T. E., and C. E. Braun.  1991.  How surface coal mining affects sage grouse, North Park, Colorado.  Proceedings, issues and technology in the management of impacted western wildlife.  Thorne Ecological Institute 5:128-132.

Trends in numbers of male sage-grouse on leks in a surface coal mining area and in a paired control area were observed before and after the advent of mining.  Numbers of males on leks closest to mining activity declined precipitously but overall the study did not show an effect of mining on population trend ($P \geq 0.05$). It was concluded the mining activity altered distribution of breeding grouse.

sort criteria:  sage-grouse, sagebrush, mining, quantitative, research-based, Colorado

**Rowland**, M.  2004.  Effects of management practices on grassland birds:  greater sage-grouse. Northern Prairie Wildlife Research Center, Jamestown, N.D.

Information from over 800 sources was used to evaluate habitat requirements and effects of habitat management on greater sage-grouse.  "Keys to management are maintaining expansive stands of sagebrush (*Artemisia* spp.), especially varieties of big sagebrush (*A. tridentata*), with abundant forbs in the understory, particularly during spring; undisturbed and

147

relatively open sites for leks; and healthy perennial grass and forb stands intermixed with sagebrush for brood rearing." Management recommendations include: minimize human disturbance (e.g., traffic and recreation), avoid construction of powerlines within 3 km of seasonal habitats, protect lek sites and adjacent habitat up to 18 km around lek, and reduce or avoid resource-extraction development.

sort criteria:  sage-grouse, oil & gas, human activity, roads, agriculture, sagebrush treatment, sagebrush, quantitative, research-based, western U.S.

**Slater**, S. J. and J. P. Smith.  2008.  Effectiveness of raptor perch deterrents on an electrical transmission line in southwestern Wyoming.  Final report prepared for USDI BLM Kemmerer Field Office.  Hawkwatch International. Salt Lake City, UT.

Using driving surveys, behavioral observation surveys and prey-remains surveys the authors demonstrated raptor and raven activity was significantly lower on lines fitted with deterrents when compared to nearby control lines (no deterrent devices); however, perching was not entirely eliminated.  Forty-two raptors and ravens were observed on the deterrent line compared to 551 observations on the control line. Similar results were reported for the prey-remains surveys and behavioral observation surveys.

sort criteria:  sage-grouse, powerlines, raptors, quantitative, prescriptive, Wyoming

**State Wildlife Agencies' Ad Hoc Committee for Sage-Grouse and Oil and Gas Development**. 2008.  Using the best available science to coordinate conservation actions that benefit greater sage-grouse across states affected by oil and gas development in Management Zones I-II (Colorado, Montana, North Dakota, South Dakota, Utah and Wyoming). Unpublished report.  Colorado Division of Wildlife, Denver; Montana Fish, Wildlife and Parks, Helena; North Dakota Game and Fish Department, Bismarck; Utah Division of Wildlife Resources, Salt Lake City; Wyoming Game and Fish Department, Cheyenne.

This document is the product of a meeting of representatives from state wildlife agencies from the major sage-grouse and energy producing states to better understand the application of most recent peer-reviewed science within the context of oil and gas development and coordinate and compare implementation of conservation actions utilizing that information. Researchers having the most recently peer reviewed and published articles concerning sage-grouse and oil and gas development presented their findings and answered questions. The goal of the meeting was to reach agreement on the conservation concepts and strategies related to oil and gas development that are supported by current published peer-reviewed and unpublished literature.  If implemented, these actions may enhance the likelihood that sage-grouse populations will maintain their current distribution and abundance, thereby avoiding the need to list sage-grouse under the federal Endangered Species Act.

sort criteria:  sage-grouse, sagebrush, oil and gas, quantitative, prescriptive, North Dakota, South Dakota, Montana, Colorado, Utah, Wyoming

BLM_0075201

**Strickland**, D.  1999.  Petroleum development versus wildlife in the overthrust.  Transactions of the North American Wildlife and Natural Resources Conference  64:28-35.

Controversies concerning impacts to wildlife from petroleum development in Wyoming are discussed.  To date (1999) an estimated 2,100 producing oil and gas wells are located in southwestern Wyoming, with a large potential for further development.  The BLM (Bureau of Land Management) estimates an additional 4,837 wells will be developed.  Since 1984, 24,112 acres of habitat has been lost due to oil and gas development, and an additional 53,000 acres would be disturbed by future development from direct impacts (e.g., roads, pipelines, etc.).  "The potential area of direct and indirect disturbance is 2.7 million acres, or approximately 16 percent of southwestern Wyoming."  Author suggests the BLM modify its leasing strategy using long-range and strategic planning with an adaptive approach.

sort criteria:  elk, bighorn sheep, moose, pronghorn, mule deer, sage grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming

**Stiver**, S. J., A. D. Apa, J. R. Bohne, S. D. Bunnell, P. A. Deibert, S. C. Gardner, M. A. Hilliard, C. W. McCarthy, and M. A. Schroeder.  2006.  Greater sage-grouse comprehensive conservation strategy.  Western Association of Fish and Wildlife Agencies.  Unpublished report.  Cheyenne, WY.

This document outlines processes and strategies designed to achieve the goal of maintaining and enhancing sage-grouse populations and distributions by protecting and improving sagebrush habitats.

sort criteria:  sage-grouse, sagebrush, qualitative, prescriptive, western U.S.

**Sveum**, C.M., W.D. Edge, and J.A. Crawford.  1998.  Nesting habitat selection by sage grouse in south-central Washington.  Journal of Range Management 51:265-269.

Sage-grouse nesting habitat characteristics were examined in south-central Washington.  "Nest habitat was characterized by greater shrub cover, shrub height, vertical cover height, residual cover, and litter than at random locations."  Big sagebrush/bunchgrass was selected 71% of the time for nest sites.  Successful nest sites had greater residual cover than depredated nest areas.  Two factors distinguishing successful from depredated nests were tall grass cover and medium height (40-80 cm) shrub cover.  Management objectives should include "…maintaining a balance between shrub and herbaceous understory" and "increasing native perennial bunchgrasses and forbs."

sort criteria:  sage-grouse, roads, fire, grazing, sagebrush treatment, sagebrush, quantitative, research-based, Washington

149

BLM_0075202

**Swenson**, J.E., C.A. Simmons, and C.D. Eustace.  1987.  Decrease of sage grouse (*Centrocercus urophasianus*) after ploughing of sagebrush steppe.  Biological Conservation 41:125-132.

Authors studied the effects plowing sagebrush steppe had on sage-grouse in south-central Montana.  The project duration was 1973 to 1984.  In the study area, 30% of sage-grouse winter habitat had been plowed by 1984.  Sixteen percent of this area was utilized for farming.  Lek attendance by males declined 73% from 1973 to 1984 (from 241 to 65 cocks).  Although a relatively small area was plowed, it represented a large portion of sage-grouse wintering habitat.  Plowing, as well as other land uses (e.g. mining) that destroy relatively small areas of important winter habitat could have broad effects on sage-grouse populations.

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

**USDI - Bureau of Land Management.** 2000a.  Management guidelines for sage- grouse and sagebrush ecosystems in Nevada.  Nevada BLM State Office, Reno.  22 pp + appendices.

This document provides an overview of sage-grouse habitat management goals and objectives for Nevada.  Concerning energy development, the BLM wants to avoid permitting facilities and activities within 2 miles of leks or .6 miles from nesting, brood-rearing, and winter habitat.  All disturbed areas need to be reclaimed with appropriate seed mixtures, and BLM will consider off-site mitigation.  Operators will be notified if exploration is within 2 miles of known habitat and recommendations will be made to avoid impacts.

sort criteria: mitigation, Nevada, oil and gas, prescriptive, sagebrush, sage-grouse

**USDI - Bureau of Land Management.**  2000b.  Draft interim sage grouse guidelines for Oregon and Washington.  Oregon BLM State Office.  Portland, OR.  43 pp.

This document provides an overview of sage-grouse habitat management goals and objectives for Oregon and Washington.  Concerning energy development, the BLM wants to avoid construction of facilities within ¼ miles of leks, avoid surface occupancy within .6 miles of leks, and offsite mitigation will be considered on a case-by-case basis.

sort criteria: mitigation, oil and gas, Oregon, prescriptive, sagebrush, sage-grouse, Washington

**USDI - Bureau of Land Management**  2004a.  BLM national sage-grouse habitat conservation strategy.

A framework to support the development and implementation of BLM state-level sage-grouse habitat strategies was presented.  Public land uses, such as energy development and recreation, have intensified habitat loss, degradation, and fragmentation.  "Over 47% of

BLM_0075203

suitable habitat in the historical range of sage-grouse has been lost." Human activity, noise, surface disturbances (i.e., construction activities), and mineral extraction activities all contribute to fragmentation, degradation, and loss of habitat. The BLM's vision, goals, strategies, and actions were presented.

sort criteria: sage-grouse, sagebrush, human activity, fragmentation, qualitative, prescriptive, western U.S.

**USDI - Bureau of Land Management.** 2004b. Instruction Memorandum No. WY-2004-057 (Sage-grouse). Wyoming State BLM Office. Cheyenne, WY.

The Wyoming Office of the BLM established a new policy concerning sage-grouse management. Seasonal habitats need to be identified and mapped and populations classified as migratory or non-migratory. Land Use Plans need to limit loss, degradation, and fragmentation of habitat. No surface disturbance should be allowed within ¼ mile of an occupied lek and human activity should be avoided between 8 p.m. and 8 a.m. from March 1-May 15. Avoid activity in nesting and brood habitat within 2 miles of a lek or in designated nesting and brood habitat beyond the 2 mile buffer from March 15-July 15. Avoid activity in winter habitat from Nov. 15-March 14. Rehabilitation of disturbed areas will include locally adapted sagebrush and one to two species of native forbs.

sort criteria: human activity, machine disturbance, oil and gas, prescriptive, sagebrush, sage-grouse, Wyoming

**USDI - Bureau of Land Management.** 2008. Final supplemental environmental impact statement Pinedale Anticline oil and gas exploration and development project Sublette County, Wyoming. Pinedale Field Office. Chapter 3, Pages 140-147.

This is the upland game bird section of the Affected Environment chapter. This section includes an analysis of sage-grouse lek data trends compared to the number of producing natural gas wells within a 2-mile radius of the leks.

sort criteria: sage-grouse, Wyoming, oil and gas, quantitative, research-based

**USGS.** 2002. Fact sheet: Loss of sagebrush ecosystems and declining bird populations in the Intermountain West: priority research issues and information needs. USGS FS-122-02. U.S. Department of the Interior, U.S. Geologic Survey.

Priority needs to identify causes and mechanisms of shrubland bird declines were evaluated. Sage grouse have declined 33% from their long-term average population size. Four primary issues were identified: 1. Bird response to habitat and landscape features. 2. Monitoring and survey designs. 3. Effects of land use practices. 4. Wintering ground and migration.

BLM_0075204

sort criteria:  sage-grouse, sagebrush obligates, non-game birds, oil & gas, agriculture, qualitative, prescriptive, western U.S.

**Vander Haegen**, W.M., M.A. Schroeder, and R.M. Degraaf.  2002.  Predation on real and artificial nests in shrubsteppe landscapes fragmented by agriculture.  Condor 104:496-506.

Artificial nests were monitored to examine effects of fragmentation, distance to edge, and vegetation cover on nest predation rates, as well as to identify predators of grouse and passerines.  Nests in fragmented landscapes were approximately 9 times more likely to be depredated than nests in continuous landscapes.  Predation rate was 26% for artificial nests.  Nest-sites with greater vegetation coverage were less likely to be depredated.

sort criteria:  sage-grouse, sharp-tailed grouse, non-game birds, sagebrush obligates, agriculture, fragmentation, sagebrush, grassland, quantitative, research-based, Washington

**Wakkinen**, W.L., K.P. Reese, and J.W. Connelly.  1992.  Sage grouse nest locations in relation to leks.  Journal of Wildlife Management 56:381-383.

The potential effectiveness of a guideline to protect sage-grouse nesting habitat in southeastern Idaho was evaluated.  Investigators tested 2 predictions about nest locations in relation to leks.  Ninety-two percent of nests were ≤ 3km from a lek, however only 55% were ≤ 3km from the capture lek.  Evidence did not indicate leks were part of a "breeding complex".  "In grouse populations with lower lek density, the nearest lek to the nest site may be the lek of capture."  The results also failed to support the theory that hens nest midway between leks, and that predation is higher near leks.

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Idaho

**Walker**, B. L., D. E. Naugle, K. E. Doherty and T. E. Cornish.  2004.  From the Field: Outbreak of West Nile virus in greater sage-grouse and guidelines for monitoring, handling, and submitting dead birds.  Wildlife Society Bulletin 32:1000-1006.

This paper documented late summer survival of 20% on an area with confirmed West Nile virus (WNv) mortalities compared to 76% on two sites without WNv.  Dramatic declines in both male and female lek attendance at the West Nile virus site the following spring suggested that outbreaks may threaten some local populations with extirpation.  Strategies for handling, storing and submitting dead birds are also described.

sort criteria:  sage-grouse, Wyoming, Montana, disease, quantitative, research-based

BLM_0075205

**Walker**, B. L., D. E. Naugle and K. E. Doherty. 2007*a*. Greater sage-grouse population response to energy development and habitat loss. Journal of Wildlife Management 71:2644-2654.

This paper reported lek-count indices inside coal-bed natural gas (CBNG) fields in the Powder River Basin declined by 82%, a rate of 35% per year whereas indices outside CBNG declined by 12%, at a rate of 3% per year. Following two years of high productivity, leks outside CBNG showed an increase in male attendance while those within gas fields remained at low levels. Thirty-eight (38)% of leks inside CBNG remained active compared to 84% of leks that remained active outside CBNG. Average time lag between energy development and lek disappearance was 4.1 ± 0.9 years. The authors also developed a model to evaluate effectiveness of the stipulation of no energy development within 0.4 km (0.25 mi) of a lek, by comparing the estimated probability of lek persistence without development to that of full development with a 0.4-km buffer. The results suggested that the chance of maintaining an active lek under full development is low even when the stipulation is applied.

sort criteria: sage-grouse, sagebrush, oil and gas, Wyoming, Montana, agriculture, human activity, powerlines, roads, quantitative, research-based

**Walker**, B. L., D. E. Naugle, K. E. Doherty, and T. E. Cornish. 2007*b*. West Nile virus and greater sage-grouse: estimating infection rate in a wild bird population. Avian Diseases 51:691-696.

Researchers estimated infection rates of West Nile virus (WNv) and documented low levels of neutralizing antibodies and concluded most sage-grouse had not yet been exposed to WNv, remained susceptible, and that impacts into the future would be determined more by annual variation in temperatures and changes in vector distribution than on the spread of resistance. They recommend controlling breeding mosquito numbers by eliminating man-made sources of habitat e.g. coalbed natural gas ponds.

sort criteria: sage-grouse, Wyoming, Montana, disease, oil and gas, quantitative, research-based

**Walker**, B. L. 2008. Greater sage-grouse response to coal-bed natural gas development and West Nile virus in the Powder River Basin, Montana and Wyoming, U. S. A. PhD dissertation. University of Montana. 218 pp.

This research was the source for all of the Walker et al. and Naugle et al. papers described in this bibliography. From 2201-2005, numbers of males on leks in coal-bed natural gas (CBNG) fields declined more rapidly than leks outside CBNG. Of leks that were active in 1997 or later, 38% within CBNG remained active by 2004-2005, compared to 84% of leks outside CBNG. By 2005, leks in CBNG had 46% fewer males/active lek than leks outside CBNG. The author determined the .4km (.25 mi) protective stipulation around leks was inadequate to ensure lek persistence. West Nile virus (WNv) decreased annual female

153

BLM_0075206

survival rates and reduced estimates of population growth.  WNv infection rates were lower in habitats without CBNG development due the distribution and management of surface water associated with CBNG.

sort criteria:  sage-grouse, sagebrush, Wyoming, Montana, disease, oil and gas, roads, powerlines, human activity, quantitative, prescriptive, research-based

**Wallestad**, R.O.  1971.  Summer movements and habitat use by sage grouse broods in central Montana.  Journal of Wildlife Management 35:129-136.

Movements and habitat use of sage-grouse broods were examined in Montana during the summers of 1968 and 1969.  Three sagebrush densities were identified:  scattered, common and dense.  Broods utilized scattered and common sagebrush densities most heavily throughout both summers.  Broods used sagebrush-grassland areas averaging 213 acres in early summer, and they used sagebrush areas averaging 128 acres in late summer.  Sage-grouse depend on varying densities of sagebrush during different periods of the year.

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

**Wallestad**, R.O., and D. Pyrah.  1974.  Movement and nesting of sage grouse hens in central Montana.  Journal of Wildlife Management 38:630-633.

Nesting cover and movements of sage-grouse hens were examined in central Montana during the springs of 1969 through 1972.  Sixty-eight percent of 22 nests were located within 1.5 miles of the lek where the hens were captured.  "Successful nests were located in sagebrush stands with a higher average canopy coverage than those of unsuccessful nests, and had significantly greater sagebrush cover within 24 inches (60cm) of nest and within a 100-square foot ($9\text{-}m^2$) plot around nest."  Authors recommend a buffer zone of at least 2 miles should be maintained around a strutting ground.

sort criteria:  sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

**Wallestad**, R.O., and P. Schladweiler.  1974.  Breeding season movements and habitat selection of male sage grouse.  Journal of Wildlife Management 38:634-637.

Habitat requirements and movements of male sage-grouse were studied during the breeding seasons of 1968 and 1972 in Montana.  Eighty-two percent of the locations showed male grouse movements beyond 0.2 mile.  Canopy coverage ranged from 20 to 50% at 80% of the locations.  In an unpublished manuscript, Wallestad reported, " a 31 percent reduction in sagebrush with canopy coverage exceeding 15 percent adjacent to a strutting ground resulted

154

in a 63 percent decrease in strutting males over a 2-year period while male numbers on other grounds in the area remained stable."

sort criteria: sage-grouse, sagebrush treatment, sagebrush, quantitative, research-based, Montana

Wambolt, C.L., A.J. Harp, B.L. Welch, N. Shaw, J.W. Connelly, K.P. Reese, D.E. Braun, D.A. Klebenow, E.D. McArthur, J.G. Thompson, L.A. Torell, and J.A. Tanaka. 2002. Conservation of greater sage-grouse on public lands in the western U.S.: implications of recovery and management policies. Executive Summary. Policy Analysis Center for Western Public Lands Policy Paper SG-02-02. Caldwell, ID.

Actions taken on public lands to maintain enhance, and restore sage-grouse populations were evaluated. Variables to evaluate policy criteria included: fire, maintaining and protecting habitat, invasive plant species, physical changes in habitat, predation, hunting, inventory and monitoring, livestock grazing, social issues, and economics of livestock grazing.

sort criteria: sage-grouse, agriculture, roads, sagebrush, qualitative, prescriptive, western U.S.

Welch, B.L., F.J. Wagstaff, and J.A. Roberson. 1991. Preference of wintering sage grouse for big sagebrush. Journal of Range Management 44:462-465.

The preference of sage-grouse in Utah for big sagebrush was investigated. Sage-grouse preferred in order – mountain big sagebrush, Wyoming big sagebrush, and basin big sagebrush. "…when leaves and buds of the preferred plants became limited, the birds shifted to lesser liked plants." Sage-grouse can expand their food base by shifting to less preferred plants.

sort criteria: sage-grouse, sagebrush, quantitative, research-based, Utah

Wisdom, M.J., B.C. Wales, M.M. Rowland, M.G. Raphael, R.S. Holthausen, T.D. Rich, and V.A. Saab. 2002. Performance of greater sage-grouse models for conservation assessment in the Interior Columbia Basin, U.S.A. Conservation Biology 16:1232-1242.

The performances of 2 landscape condition assessment models (designed to assess habitat conditions for sage-grouse) were evaluated. The environmental index model predicted conditions at the sub-watershed scale based on habitat density and quality, and effects of human disturbance. The population outcome model predicted range-wide conditions based on environmental index values and measures of range extent and connectivity. The "models provided reliable landscape predictions for the conditions tested."

155

BLM_0075208

sort criteria:  sage-grouse, human activity, grazing, sagebrush, quantitative, research-based, western U.S.

**Wisdom**, M.J., M.M. Rowland, B.C. Wales, M.A. Hemstrom, W.J. Hann, M.G. Raphael, R.S. Holthausen, R.A. Gravenmier, and T.D. Rich.  2002.  Modeled effects of sagebrush-steppe restoration on greater sage-grouse in the Interior Columbia Basin, U.S.A.  Conservation Biology 16:1223-1231.

The potential benefits of 2 restoration scenarios to sage-grouse on U.S. Forest Service (FS) and Bureau of Land Management (BLM) lands in the interior Columbia Basin were evaluated.  Scenario 1 assumed a 50% reduction in livestock grazing, whereas scenario 2 was based on a 100% reduction of grazing.  "Our results indicate that an extensive and sustained combination of passive and active restoration, as outlined under the two restoration scenarios, would minimize further degradation and loss of habitat for sage-grouse on FS-BLM lands in the future."  Also, areas not targeted for restoration would not recover or would continue to degrade.

sort criteria:  sage-grouse, grazing, fire, sagebrush, quantitative, research-based, western U.S.

**Wyoming Game & Fish Department.**  1976.  Considerations for wildlife in industrial development and reclamation.  Cheyenne, Wy.

Mitigation and monitoring considerations for protecting wildlife and wildlife habitat with regard to industrial development were presented.  Habitat development and reclamation were examined and recommendations were provided for specific habitat types (e.g., shrubland, rimrocks, etc.), and for individual wildlife species (e.g., mule deer, pronghorn, etc.).

sort criteria:  sage-grouse, mule deer, pronghorn, elk, bighorn sheep, wildlife, sagebrush, qualitative, prescriptive, mitigation, Wyoming

**Wyoming Sage-Grouse Working Group**.  2003.  Wyoming greater sage-grouse conservation plan.  Wyoming Game and Fish Department, Cheyenne, Wy.

Goals and recommended management practices to encourage conservation of sage-grouse and their habitats in Wyoming were presented.  Recommended management practices regarding mineral development included:  (1) "Develop a plan for roads, pipelines, etc. to minimize impacts to sage-grouse."  (2) "… travel management plans that would allow seasonal closure of roads for all but permitted uses (i.e. recreation and hunting) and encourage the reclamation of unnecessary or redundant roads."  (3) "Avoid construction of overhead lines and other perch sites in occupied sage-grouse habitat."  (4) "Reduce noise from industrial development or traffic…."  (5) "…tailor reclamation to restore, replace or augment needed habitat types."  (6) "… do not drill or permit new or expand existing sand and gravel activities within two miles of active leks between March 15 and July 15."  (7)

156

BLM_0075209

"Avoid surface disturbance or occupancy on or within ¼ mile of known active lek sites.  (8) "… avoid human activity adjacent to leks during the breeding season between the hours of 8 p.m. and 8 a.m."

sort criteria:  sage-grouse, oil & gas, mining, roads, quantitative, research-based, prescriptive, Wyoming

**Wyoming Sage-Grouse Working Groups**.  2006-2008.  Local conservation plans for the eight planning areas in Wyoming (Bates Hole – Shirley Basin, Big Horn Basin, Northeast, South-Central, Southwest, Upper Green River Basin, Upper Snake River Basin, Wind River – Sweetwater River Basins).  Wyoming Game and Fish Department.  Cheyenne, WY.

Similar to the State Plan (Wyoming Sage-Grouse Working Group 2003), the goals and recommended management practices encourage conservation of sage-grouse and their habitats in Wyoming.  As a result of research conducted while the plans were being prepared several of the plans site the need to update oil and gas development RMPs.

sort criteria:  sage-grouse, oil & gas, mining, roads, quantitative, research-based, prescriptive, Wyoming

**Zablan**, M.A.  2003.  Estimation of greater sage-grouse survival in North Park, Colorado.  Journal of Wildlife Management 67:144-154.

Survival rates of sage-grouse in north-central Colorado were examined.  The sage-grouse population was essentially stable from 1973 to 1975, increased 56% from 1975 to 1979, showed a slight decrease then remained stable from 1980 to 1983, and decreased 62% in 1984.  "Based on lek counts, the sage-grouse population in North Park, Colorado, increased 63% decreased 69%, and remained relatively low during the long-term (1973-1990) banding study."

sort criteria:  sage-grouse, sagebrush, quantitative, research-based, Colorado

**Zou**, L., S. N. Miller and E. T. Schmidtmann. 2006.  Mosquito larval habitat mapping using remote sensing and GIS: implications of coalbed methane development and West Nile virus.  Journal of Medical Entomology 43:1034-1041.

Larval habitats of the West Nile virus vector mosquito *Culex tarsalis* were identified via remote sensing and GIS analyses.  Results showed a 75% increase in potential larval habitats from 1999 to 2004 primarily because of the large increase in coalbed methane discharge ponds.

sort criteria:  sage-grouse, **disease,** oil and gas, Wyoming, quantitative, research-based

157

## MULE DEER

**Brown**, C.G. 1992. Movement and migration patterns of mule deer in southeastern Idaho. Journal of Wildlife Management 56:246-253.

Migration patterns and movement of mule deer in southeastern Idaho were monitored using radio telemetry. "Migration between summer and winter ranges averaged 19.7 km and did not differ ($P>0.05$) between sexes. Twenty-six percent of the marked deer were not migratory." Both males (92%) and females (100%) showed high fidelity to summer ranges. Winter severity appeared to strongly influence deer use of winter range. "During mild winters with low snow accumulation, some migratory deer (48% in 1986-87 and 19% in 1987-88) did not move to traditional winter ranges."

sort criteria: mule deer, sagebrush, quantitative, research-based, Idaho

**Easterly**, T., A. Wood, and T. Litchfield. 1991. Responses of pronghorn and mule deer to petroleum development on crucial winter range in the Rattlesnake Hills. Unpublished Completion Report. Wyoming Game and Fish Department, Cheyenne.

Impacts of petroleum-related activities on pronghorn and mule deer were examined in central Wyoming. Distribution of pronghorn indicated avoidance of areas where drilling and well maintenance activities occurred. Displacement of mule deer in the study was not noted. Pronghorn numbers within 1 km of the well site decreased with the advent of road construction and drilling activity. However, once human activity subsided, numbers of pronghorn returned to pre-disturbance levels. "Displacement of animals may result in use of sub-optimal winter habitat, overcrowding, increased intraspecific competition, deterioration of habitat, and decreased physical condition of the population." Authors suggest drilling during summer on critical winter range.

sort criteria: pronghorn, mule deer, oil & gas, sagebrush, quantitative, research-based, Wyoming

**Eberhardt**, L.E., E.E. Hanson, and L.L. Cadwell. 1984. Movement and activity patterns of mule deer in the sagebrush-steppe region. Journal of Mammalogy 65:404-409.

Movements and activity patterns of mule deer were examined in the sagebrush-steppe region of south-central Washington. Activity peaks were observed twice per day—once in the morning and once in the evening.

sort criteria: mule deer, sagebrush, quantitative, research-based, Washington

BLM_0075211

**Fala**, R.A., J.P. Ward, J.W. June, L.L. Apple. 1986. Mule deer winter range study on a proposed coal lease site. Pages 15-21 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Mule deer densities, distribution, habitat type utilization, and group size were examined in and near a proposed mine lease area in Wyoming. Sagebrush-grasslands were the principal habitat type (92.2%), however 63% of mule deer sightings were in juniper-sagebrush habitat with only 31% in sagebrush-grassland. Rough topography, juniper and sagebrush stands characterized important winter deer habitat.

sort criteria: mule deer, mining, sagebrush, quantitative, research-based, Wyoming, mitigation

**Freddy**, D.J. 1986a. Responses of adult mule deer to human harassment during winter. Page 286 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co. Abstract only.

Female mule deer responses to persons afoot and to snowmobiles were examined in Colorado. Responses to persons afoot were longer in duration, with more frequent running and greater energy costs. Threshold distances to minimize all responses by deer were > 334 m for persons afoot and > 470 m for snowmobiles.

sort criteria: mule deer, human activity, sagebrush, quantitative, research-based, Colorado

**Freddy**, D. J., W.M. Bronaugh, and M.C. Fowler. 1986b. Responses of mule deer to disturbance by persons afoot and snowmobiles. Wildlife Society Bulletin 14:63-68.

Responses of female mule deer were studied during controlled disturbance trials in north-central Colorado during the winters of 1979 and 1980. Responses to persons afoot were longer, involved more running, and caused greater energy expenditure than responses to snowmobiles
(likely because persons afoot were in the area longer than snowmobiles). Deer moved 907 m with energy costs of 54-127 kcal when fleeing from persons afoot, and 158 m with energy costs of 10-22 kcal when running from snowmobiles. Neither mortality nor fecundity of female deer was markedly affected. Threshold distances of > 334 m and > 470 m for persons afoot and snowmobiles respectively should minimize all responses by deer (or > 191 m and > 133 m to prevent locomotor responses), and ". . . could be used to establish corridors of human activity within sagebrush winter ranges occupied by deer."

sort criteria: mule deer, human activity, snowmobiles, sagebrush, quantitative, research-based, Colorado

159

BLM_0075212

**Garrott**, R.A., G.C. White, R.M. Bartmann, L.H. Carpenter, and A.W. Alldredge. 1987. Movements of female mule deer in northwest Colorado. Journal of Wildlife Management 51:634-643.

Seasonal movements of female mule deer in northwest Colorado were monitored from November 1980 through October 1984. In October all deer migrated from summer range to lower elevations and occupied southerly aspects. Deer concentrated around meadows during spring until migrating to summer range. "Timing of spring migration varied annually and was related to winter severity." Agricultural meadows were used extensively in spring and fall, which suggests that high quality forage areas influence seasonal movement patterns.

sort criteria: mule deer, shrubland, quantitative, research-based, Utah

**Girard**, M., and B. Stotts. 1986. Managing impacts of oil and gas development on woodland wildlife habitats on the Little Missouri Grasslands, North Dakota. Pages 128-130 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Impacts from oil and gas development (e.g., construction activities, toxic fumes, chemical spills, and wildlife displacement) on woodland wildlife habitat were evaluated on the Little Missouri Grasslands in North Dakota. Approximately 10,884 acres had been directly disturbed by oil and gas activity. A sphere of influence surrounds all roads and well pads, and is estimated to be a minimum of 100 yards in all directions. Mitigation efforts included: (1) No well pads or roads placed in woodlands. (2) Roads crossing "draws" must be at right angles to minimize disturbance. (3) Extra heavy pit liners were to be used in areas with porous substrates to prevent saltwater seepage.

sort criteria: wildlife, mule deer, elk, oil & gas, forested, quantitative, research-based, North Dakota, mitigation

**Hayden-Wing Associates.** 1991a. Final review and evaluation of the effects of Triton Oil and Gas Corporation's proposed coal bed methane field development (Great Divide prospect) on elk and other big game species. Triton Oil and Gas Corporation, Dallas, Tx.

Pronghorn, mule deer, and elk responses to disturbances associated with petroleum development in southwestern Wyoming were examined. Elk numbers decreased near drilling activities but returned to previous levels post-disturbance. However, elk were most sensitive to disturbances during winter and calving periods, and tended to avoid activity up to at least ½ mile away depending on whether or not the disturbance was visible. Pronghorn and mule deer seemed to habituate to most types of human disturbance unless they had been hunted or harassed. Mitigation measures for reducing impacts were presented.

160

sort criteria:  pronghorn, mule deer, elk, oil & gas, sagebrush, quantitative, research-based, Wyoming

**Hayden-Wing Associates.**  1991b.  Review and evaluation of the effects of geophysical exploration on some wildlife species in Wyoming.  Unpublished Report for Geophysical Acquisition Workshop.  Laramie, Wy.

A review of previous studies on the effects of geophysical exploration on pronghorn, mule deer, elk, raptors, and sage-grouse was presented.  The information examined indicated that big game are temporarily affected by seismic exploration causing increased energy expenditure and utilization of sub-optimal habitats.  Characteristics for evaluating potential sage-grouse nesting habitat in relation to proposed oil and gas development included:  "1) distance relationships to leks, 2) presence, distance, and characteristics of existing disturbances, 3) characteristics of shrubs and vegetation that could serve in nest concealment and nest-site selection, and 4) distance to water and to potential brood-rearing areas."  Mitigation strategies for protecting raptor-nesting habitat were also presented.

sort criteria:  sage-grouse, raptors, pronghorn, mule deer, elk, oil & gas, seismic exploration, sagebrush, quantitative, research-based, Wyoming

**Hebblewhite**, M.  2008.  A literature review of the effects of energy development on ungulates: implications for central and eastern Montana.  Report prepared for Montana Fish, Wildlife and Parks, Mile city, MT

A review of >160 scientific and technical reports pertaining to effects of energy development and ungulates were presented.  Instructions for accessing a searchable ProCite electronic database containing literature and research summaries is made available.

sort criteria: mule deer, elk, pronghorn, moose, caribou, oil and gas, human activity, roads, **migration,**

**Henderson**, R.E., and A. O'Herren.  1992.  Winter ranges for elk and deer:  victims of uncontrolled subdivisions?  Western Wildlands 18:20-25.

Authors described impacts created by increasing human habitation of elk and deer winter ranges in Montana.  Human disturbance can interrupt, and displace the movements between summer and winter ranges for both mule deer and elk.

sort criteria:  mule deer, elk, rural subdivisions, agricultural, forested, qualitative, prescriptive, Montana

BLM_0075214

**Kuck**, L. 1986. The impacts of phosphate mining on big game in Idaho: a cooperative approach to conflict resolution. Transactions of the 51st North American Wildlife and Natural Resources Conference 51:90-97.

Evaluation of impacts of phosphate mining on big game in Idaho was the objective of this study. "Results of this study indicate that elk, deer and moose may be capable of adapting to many phosphate mining activities in southeastern Idaho, but cannot compensate for disturbance on important seasonal ranges or for increased mortality associated with industrial development."

sort criteria: mule deer, elk, moose, mining, forested, grassland, quantitative, research-based, Idaho

**Lowry**, D.A., and K.L. McArthur. 1978. Domestic dogs as predators on deer. Wildlife Society Bulletin 6:38-39.

Direct and indirect effects of dogs chasing deer were examined. The most obvious and detrimental direct effect was deer mortality. Indirect effects included deer running onto highways, being cut or entangled in barbed-wire fences, being crippled, and expending critical energy needed for winter survival.

sort criteria: mule deer, rural subdivision, forested, quantitative, research-based, Idaho

**McAdoo**, J.K., G.A. Acordagoita, and C.R. Aarstad. 1989. Reducing impacts of hard-rock mining on wildlife in northern Nevada. Pages 95-97 in Proceedings IV: Issues and Technology in the Management of Impacted Wildlife. Thorne Ecological Institute, Boulder, Co.

Reduction of wildlife impacts from mineral exploration in northern Nevada was examined. Mitigation actions included: minimizing erosion through the use of sediment catchment basins, silt screens, and seeding of road cuts and fill slopes, minimizing construction activity near raptor nests, avoiding aspen wildlife habitat, using culverts for crossing trout streams, and monitoring ground and surface water. Offsite mitigation and concurrent reclamation efforts were also evaluated.

sort criteria: wildlife, mule deer, sage-grouse, raptors, mining, sagebrush, riparian, qualitative, prescriptive, mitigation, Nevada

**Medcraft**, J.R., and W.R. Clark. 1986. Big game habitat use and diets on a surface mine in northeastern Wyoming. Journal of Wildlife Management 50:135-142.

Seasonal use of habitats by deer and pronghorn were studied at a coal surface mine near Gillette, Wyoming. Native vegetation was dominated by big sagebrush. Mule deer used

162

BLM_0075215

reclaimed land more than un-mined land, however the opposite was true for pronghorns. Because reclaimed land provided sufficient, high-quality forage, authors believed habitat could be improved over time.

sort criteria:  mule deer, pronghorn, mining, sagebrush, quantitative, research-based, Wyoming

**Merril**, E.H., T.P. Hemker, K.P. Woodruff, and L. Kuck.  1994.  Impacts of mining facilities on fall migration of mule deer.  Wildlife Society Bulletin 22:68-73.

Mule deer movements from summer to winter ranges were monitored for 5 years to determine if mining facilities and activities hindered migration.  The study area in southeastern Idaho was dominated by fir forest and sagebrush.  Different accumulations of snow in different years affected migration patterns.  When little snow was present, deer moved south of the mine, but deer moved through the mine site when deep snow accumulated.  The observations support prior findings ". . . that corridors through human-built obstacles facilitate migration of ungulates.

sort criteria:  mule deer, mining, forested, sagebrush, quantitative, research-based, Idaho

**Morton**, P., C. Weller, J. Thomson, M. Haefele, and N. Culver.  2004.  Drilling in the Rocky Mountains:  How much and at what cost?  The Wilderness Society, Washington, D.C.

An analysis examining the impacts associated with large-scale energy development determined that significant fragmentation of wildlife habitat occurs with development activities.  Non-market costs of drilling included "erosion, loss of wildlife and fish habitat, decline in quality of recreational experiences, proliferation of noxious weeds, and increased air and water pollution."  A habitat fragmentation analysis of the Big Piney-LaBarge oil and gas field (in northwestern Wyoming) produced results indicating " a direct physical footprint of 1,400 miles of linear features and 3.8 square miles of polygon features, resulting in an overall density of 8.43 miles of roads and pipelines per mile$^2$."  Also, 97% of the area falls within ¼ mile of some infrastructure and only 27% of the study area was more than 500 feet from infrastructure, with only 3% more than ¼ mile away.

sort criteria:  sage-grouse, mule deer, pronghorn, elk, raptors, non-game birds, fish, wildlife, oil & gas, fragmentation, quantitative, research-based, prescriptive, western U.S.

**Oedekoven**, O.O., and F.G. Lindzey.  1987.  Winter habitat-use patterns of elk, mule deer, and moose in southwestern Wyoming.  Great Basin Naturalist 47:638-643.

Mule deer, elk, and moose winter habitat use patterns were examined in southwestern Wyoming.  Mule deer used sagebrush extensively, moose favored aspen, willow, and mixed-shrub vegetation, and elk preferred alpine grass/moss vegetation.  Elk and mule deer showed a preference for areas with mild snow conditions, whereas moose were often observed in

BLM_0075216

areas with deep snow. "Our results suggested that although deer, elk, and moose often used the same areas, they selected differing habitats within shared areas."

sort criteria: mule deer, elk, moose, sagebrush, quantitative, research-based, Wyoming

**Parker**, K.L., C.T. Robbins, and T.A. Hanley. 1984. Energy expenditures for locomotion by mule deer and elk. Journal of Wildlife Management 48:474-488.

Energy expenditures were measured on mule deer and elk to determine energy costs for several activities. Logging activities affected energy expenditures of both elk and deer by removal of canopy and subsequent increased snow depth. Human activity (i.e. winter recreation) caused excessive energy expenditure by inducing elk and deer to flee when approached. Management considerations should include restricting human access to deer and elk winter use areas.

sort criteria: mule deer, elk, human activity, logging, forested, quantitative, research-based

**Phillips**, R.L., D.E. Biggins, and A.B. Hoag. 1986. Coal surface mining and selected wildlife – a 10-year case study near Decker, Montana. Pages 235-245 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Mule deer, pronghorn, sage-grouse, and golden eagles were monitored to determine their responses to mining activities in southeastern Montana and northern Wyoming. "Mule deer and pronghorn populations thrived throughout the study period despite increasing mining activity and human disturbance." Sage-grouse habitat was lost, but mitigation efforts (e.g., relocation of a lek) seemed to be successful. Golden eagle numbers remained relatively stable. Four nesting pairs near active mines had a 10-year nesting success of 67.5% compared to 56.6% for pairs nesting elsewhere on the study area. "If the primary post mining land use is wildlife, permanent reclamation can be designed to maximize the mixture of plant species and thereby provide greater habitat diversity than native prairie."

sort criteria: sage-grouse, mule deer, pronghorn, raptors, mining, sagebrush, quantitative, research-based, Wyoming, Montana, mitigation

**PIC Technologies** and Bureau of Land Management, Pinedale Field Office. 1999. Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project. Bureau of Land Management, Pinedale, Wyoming, USA.

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented. The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in

BLM_0075217

the SS alternative.  The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria:  sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming

**Rost**, G.R., and J.A. Bailey.  1979.  Distribution of mule deer and elk in relation to roads.  Journal of Wildlife Management 43(3):634-641.

Deer and elk responses to roads were assessed on winter ranges in Colorado during the winters of 1973 and 1974.  The principal habitats were mountain shrub and pine forests.  Data were obtained by counting fecal-pellet groups within 400m transects parallel to roads.  Based upon pellet group distributions, elk and deer avoided roads, especially areas within 200m.  Deer avoided roads more in shrublands than in forested areas, however elk responses did not differ based on habitat type.  At some sites, deer avoided roads even though snow likely restricted available habitat.  Therefore, propensity to avoid roads may be detrimental to deer and elk.

sort criteria:  mule deer, elk, roads, mountain shrub, forested, quantitative, research-based, Colorado

**Sawyer**, H.  2007.  Final Report for the Atlantic Rim Mule Deer Study.  Western Ecosystems Technology, Inc., Cheyenne, Wyoming.

Seasonal ranges, migration routes and survival rates were identified to provide baseline information prior to development of a proposed 2000 well natural gas field on the Atlantic Rim in south central Wyoming.  Mule deer utilize transitional ranges within the proposed gas field to facilitate spring and fall migrations to winter range.  Transitional ranges provide forage allowing better body condition before entering winter and recovery after winter and reduce the amount of time deer must spend on winter ranges.  Management recommendations included: maintaining functioning transitional ranges to provide deer with foraging opportunities to maintain healthy productive populations.

sort criteria: mule deer, **migration**, oil & gas

**Sawyer**, H., F. Lindzey and D. McWhirter.  2005.  Mule deer and pronghorn migration in western Wyoming.  Wildlife Society Bulletin 33:1266-1273

Longest recorded migrations for mule deer and pronghorn in the Western U.S. were identified.  Housing developments and roadways have reduced effectiveness of a number of bottlenecks along the routes.  Management recommendations include identification and protection of migration corridors and bottlenecks to maintain species populations.

BLM_0075218

Sort criteria:  pronghorn, mule deer, **migration**, rural subdivisions

**Sawyer, H., F. Lindzey, and D. McWhirter.**  2005.  Mule deer and pronghorn migration in western Wyoming.  Wildlife Society Bulletin.  In Press.

The Green River Basin provides winter habitat for mule deer from five different mountain ranges and pronghorn that migrate from Grand Teton National Park.  The established migration routes of these herds are estimated to be thousands of years old.  Housing and energy developments, fences, and roads constrict these migration routes by creating bottlenecks.  If animals are not able to maneuver through these bottlenecks, they cannot reach their seasonal ranges, which may lead to population declines.  Identification and protection of migration routes should be extremely important considerations in wildlife management.

sort criteria:  fences, mule deer, oil and gas, pronghorn, roads, research-based, qualitative, sagebrush, shrubland, rural subdivision, Wyoming

**Sawyer**, H., and F. Lindzey.  2004.  Assessing impacts of oil and gas development on mule deer.  Transactions of the 69th North American Wildlife and Natural Resources Conference.  Wildlife Management Institute.  Washington D.C.

Few long-term studies have been conducted to assess the effects of oil and gas development on wildlife, and most studies were based on observational data.  Research on this subject should follow three steps to provide the best data for future mitigation efforts.  1.  Document and quantify direct habitat loss that results from development activities.  2.  Document dispersion and behavior of species of interest during development.  Specifically, do behaviors, dispersion or habitat use patterns change through time as the project area is developed.  3.  Measure population characteristics (e.g. survival, density, and reproduction) during development.

sort criteria:  human activity, mule deer, oil and gas, research-based, sagebrush, shrubland, qualitative, Wyoming

**Sawyer**, H., R. Nielson, and D. Strickland.  2008.  Final Report for the Sublette Mule Deer Study (Phase II): Long term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area.  Western Ecosystems Technology, Inc.  Cheyenne, Wyoming, USA.

Direct Habitat loss, indirect habitat loss and population performance of mule deer from 2000 through 2007 in the Pinedale Anticline Project area were examined.  Direct habitat loss totaled less than 3% of the project area however, indirect habitat loss was found to be significant.  Deer avoided well pads 6 of the 7 years of development.  Highest predicted levels of deer use were 2.7, 3.1 and 3.7 km, away from well pads in year 1, 2 and 3 respectively and 2.6 km, away in year 5.  Human activity in winter resulted in major shifts in

BLM_0075219

distribution of mule deer.  Human activity at producing well pads reduces effectiveness of seasonal stipulations that are typically applied only to development activity.  Liquid Gathering Systems reduced indirect habitat loss from producing well pads by 38-63%.  Data collected showed mule deer numbers declined on the Mesa by 30% during the first 7 years of development.  A population growth model indicates a negative trend is plausible.  Mule deer continued to show strong fidelity to winter ranges and migratory routes remained constant.

Management recommendations:  Human activity on producing well pads may limit the effectiveness of seasonal timing stipulations.  Land managers should plan development that reduces the number of well pads and limit human activity during development and production phases.  Directional drilling can reduce surface disturbance and when combined with liquid gathering systems, can reduce human activity on producing well pads.

sort criteria: mule deer, oil and gas, roads, traffic, Wyoming, mitigation, human activity

**Sawyer**, H,, R.M. Nielson, F. Lindzey, and L.L. McDonald.  2006.  Winter habitat selections by mule deer before and during development of a natural gas field.  Journal of Wildlife Management.  In Press.

During the development of the Pinedale Anticline, mule deer used higher elevations and areas with lower road densities as construction progressed.  Areas of high mule deer use were 2.7 km, 3.1 km, and 3.7 km from the nearest well pad during the first, second, and third winters of construction, respectively.  During the study, areas considered high deer-use became low use and areas of low deer-use became high use suggesting, "natural gas development on the Mesa displaced mule deer to less-suitable habitats."

sort criteria:  mule deer, human activity, oil and gas, equipment activity, machine disturbance, roads, wells, research-based, quantitative, sagebrush, shrubland, Wyoming

**Sawyer**, H., R. Nielson, D. Strickland, and L. McDonald.  2006.  2006 Annual Report.  Sublette Mule Deer Study (Phase II): Long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area.  Western Ecosystems Technology, Inc.  Cheyenne, WY.  101pp + appendices.

Mule deer in the upper Green River Basin of Wyoming follow highly traditional migration routes between summer and winter ranges.  Within 30-40 miles of the major winter range complexes, these routes are very narrow, averaging 2.1 km (1.3 mi), and seldom exceed 5.5 km (3.4 mi.) in width.  Deer display a high degree of fidelity to specific routes.  Based on telemetry data, 67% of radio-collared does migrated within 0.5 km (0.3 mi) of their previous routes, and 87% migrated within 1.0 km (.6 mi).  In some locations, geographic features and housing subdivisions have created migration bottlenecks of 0.4-0.7 km (.25-.43 mi) width.  Developments that disrupt traditional migration corridors, particularly at bottlenecks, have the potential to impact large segments of a deer population.

BLM_0075220

Natural gas fields can impact mule deer habitat both directly and indirectly.  The amount of habitat directly removed by surface disturbance tends to be comparatively minor, presently comprising about 2% of the Mesa winter range complex within the Pinedale Anticline Project Area (PAPA).  Direct impacts are easiest to quantify and they can be reduced through various management practices such as directionally drilling multiple wells from a single construction pad and contemporaneously reclaiming disturbed sites to the same native plants that existed prior to disturbance.

Indirect effects are harder to quantify, but have much more serious implications because they impact habitat use over much broader areas.  Indirect impacts occur when mule deer distribution or habitat selection patterns are altered by avoidance and displacement responses to human activity or migration barriers.   As intensive field development began on the Mesa, areas considered high deer-use became low use and areas of low deer-use became high use suggesting, "natural gas development … has displaced mule deer to less-suitable habitats." Displacement of deer from high use to low use areas also has the potential to increase energy expenditures, ultimately reducing survival and reproduction.  During the first, second, and third years of construction on the Mesa, high use areas were 2.7 km (1.7 mi), 3.1 km (1.9 mi), and 3.7 km (2.3 mi) from well pads, respectively.

During the fourth year of construction, deer used areas closer to well pads [high use areas were 0.7 km (0.4 mi) from well pads]; however, severe winter conditions had likely reduced habitat options available to the deer.  During the Fifth and most recent winter (2005-06), the avoidance pattern was comparable to the avoidance documented during the first year of the study [high use areas were 2.6 km (1.6 mi) from well pads].  The pattern of avoidance and habitat use may be stabilizing, however the number of deer wintering on the Mesa has declined 27% since construction began, after the effects of winter mortality and drought were taken into account.  A "weight-of-evidence" analysis strongly suggests the decline was due primarily to reduced survival rates associated with gas development activities and secondarily to limited emigration (2% per year) of deer wintering on the area.

In gas fields like the PAPA where well pad densities may reach 16 or more per square mile, the number of producing well pads and associated human activity may negate the potential effectiveness of seasonal drilling restrictions as a means to reduce disturbance to wintering deer.  Preliminary results of a study on effects of human activity suggest deer responded positively to a fluids collection system designed to eliminate 25,000 truck trips per year, and to roads with reduced traffic volumes.  Not unexpectedly, deer responded negatively to high use roads.  Reducing the amount of direct and indirect habitat loss by reducing road and well pad density may have a commensurate beneficial effect on deer survival, thereby reducing the impact of large scale gas development.

sort criteria:   mule deer, human activity, equipment activity, machine disturbance, roads, wells, oil and gas, research-based, quantitative, Wyoming

**Stephenson**, T.R., M.R. Vaughan, and D.E. Anderson.  1996.  Mule deer movements in response to military activity in southeast Colorado.  Journal of Wildlife Management 60:777-787.

BLM_0075221

Home range fidelity of mule deer was studied on the U.S. Army's Pinon Canyon Maneuver Site (PCMS) in southeastern Colorado. This area of short-grass prairie was used intermittently for military maneuvers. Sectors were designated maneuver, previous-maneuver, and non-maneuver (control), and studied seasonally. Sizes of doe home ranges were up to 4.6-fold greater in maneuver areas than non-maneuver areas. Seasonal home ranges of bucks did not differ significantly, but bucks had a significantly larger annual home range in maneuver area than in non-maneuver sectors. This type of disturbance is unpredictable (i.e. not routine) in contrast to oil and gas activities.

sort criteria: mule deer, human activity, grassland, quantitative, research-based, Colorado

**Stewart**, K.M., **R.T.** Bowyer, J.G. Kie, N.J. Cimon, and B.K. Johnson. 2002. Temporospatial distributions of elk, mule deer, and cattle: resource partitioning and competitive displacement. Journal of Mammalogy 83(1): 229-244.

Resource partitioning and competitive displacement among mule deer, elk, and cattle were examined in northeastern Oregon and southeastern Washington. Resource partitioning was strongly evident among all 3 species, however mule deer and elk selected similar slopes and elevations, whereas cattle avoided steep slopes and high elevations. Although mule deer and elk selected similar slopes and elevations, they used different vegetation communities. At higher densities, resource partitioning could be more difficult leading to increased competition.

sort criteria: mule deer, elk, grazing, forested, grassland, quantitative, research-based, Oregon, Washington

**Strickland**, D. 1999. Petroleum development versus wildlife in the overthrust. Transactions of the North American Wildlife and Natural Resources Conference 64:28-35.

Controversies concerning impacts to wildlife from petroleum development in Wyoming are discussed. To date (1999) an estimated 2,100 producing oil and gas wells are located in southwestern Wyoming, with a large potential for further development. The BLM (Bureau of Land Management) estimates an additional 4,837 wells will be developed. Since 1984, 24,112 acres of habitat has been lost due to oil and gas development, and an additional 53,000 acres would be disturbed by future development from direct impacts (e.g., roads, pipelines, etc.). "The potential area of direct and indirect disturbance is 2.7 million acres, or approximately 16 percent of southwestern Wyoming." Author suggests the BLM modify its leasing strategy using long-range and strategic planning with an adaptive approach.

sort criteria: elk, bighorn sheep, moose, pronghorn, mule deer, sage-grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming

BLM_0075222

**Thomas**, T., and L. Irby.  1990.  Habitat use and movement patterns by migrating mule deer in southeastern Idaho.  Northwest Science 64:19-27.

Habitat use and movement of migrating mule deer in southeastern Idaho were investigated.  Most deer migrated along established corridors and used the same corridors in spring and fall.  Deer were not exposed to excessive hunting pressure during migration, and human land use was not a factor.  Authors recommend protecting migration corridors from overgrazing and conversion of native vegetation to cropland.

sort criteria:  mule deer, roads, rural subdivision, agriculture, sagebrush, quantitative, research-based, Idaho

**Weisenberger**, M.E., P.R. Krausman, M.C. Wallace, D.W. DeYoung, and E.O. Maughan.  1996.  Effects of simulated jet aircraft noise on heart rate and behavior of desert ungulates.  Journal of Wildlife Management 60(1):52-61.

The effects of simulated low-altitude jet aircraft noise on the behavior and heart rate of mule deer and mountain sheep in Arizona were evaluated.  "The heart rates of ungulates increased related to dB levels during simulated overflights ($P \leq 0.05$), but they returned to pre-disturbance levels in 60-180 seconds.  Animal behavior also changed during overflights but returned to pre-disturbance conditions in < 252 seconds ($P \leq 0.005$).  All animal responses decreased with increased exposure suggesting that they habituated to simulated sound levels of low-altitude aircraft."

sort criteria:  mule deer, bighorn sheep, noise, quantitative, research-based, Arizona

**Weller**, C., J. Thomson, P. Morton, and G. Aplet.  2002.  Fragmenting our lands:  The ecological footprint from oil and gas development.  The Wilderness Society, Washington, D.C.

Habitat fragmentation resulting from resource extraction practices was examined in the Upper Green River Basin of Wyoming.  Average road densities and other linear features were 8.43 miles per square mile.  An effect zone of ½ mile was constructed and analyzed.  The analysis showed the entire 166 square mile study area to be within ½ mile of a road or other development related infrastructure.  "The ecological footprint varies depending upon which disturbance is measured.  A disturbance that reaches a quarter of a mile beyond the infrastructure creates a footprint of 160 square miles, affecting 97% of the study area.  Even a more localized disturbance that only reaches 100 feet beyond the infrastructure affects 28% of the study area (47 square miles)."

sort criteria:  sage-grouse, mule deer, pronghorn, elk, moose, oil & gas, sagebrush, quantitative, research-based, Wyoming

170

BLM_0075223

**Western EcoSystems Technology, Inc.**  2003.  An evaluation of the 1988 BLM Pinedale Resource Management Plan, 2000 BLM Pinedale Anticline Final EIS and recommendations for the current revision of the Pinedale Resource Management Plan.  The Wilderness Society, Washington, D.C.

An analysis of the 1988 Bureau of Land Management (BLM) Resource Management Plan and the 2000 BLM Pinedale Anticline Environmental Impact Statement (EIS) was presented. Recommendations for the current revision of the Pinedale Resource Management Plan were also given.  Overall planning and adaptive management recommendation included: 1) limiting the density of roads and wells per section, 2) protecting a minimum amount of significant big game habitat from disturbance, 3) identify areas where future oil and gas leases should be prohibited, 4) coordinate habitat management, and 5) apply adaptive management.

sort criteria:  pronghorn, mule deer, elk, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming


**White**, G.C., R.A. Garrott, R.M. Bartmann, L.H. Carpenter, and A.W. Alldredge.  1987. Survival of mule deer in northwest Colorado.  Journal of Wildlife Management 51:852-859.

Mule deer survival in northwest Colorado was monitored for 3 years on 1 study area and 4 years on another.  "From 46 to 76% of fawns on 1 area died from predation each year, whereas 49-83% of those on the other area starved."  Body size of fawns depredated was more variable, whereas fawns dying from starvation were smaller animals.

sort criteria:  mule deer, shrubland, quantitative, research-based, Colorado


**Wood**, A.K.  1988.  Use of shelter by mule deer during winter.  Prairie Naturalist  20:15-22.

Shelter use by mule deer in prairie habitat was evaluated during winter 1984 in eastern Montana.  Deer used shelter more as wind chill increased in an attempt to minimize energy loss and optimize energy budget.  "Wind velocity seemed to be the most important factor influencing selection of both bedding and feeding sites."  In prairie environments mule deer tend to select habitat (at least partially) on the basis of topographic features.

sort criteria:  mule deer, environmental factors, grassland, quantitative, research-based, Montana


**Wyoming Game & Fish Department.**  1976.  Considerations for wildlife in industrial development and reclamation.  Cheyenne, Wy.

Mitigation and monitoring considerations for protecting wildlife and wildlife habitat with regard to industrial development were presented.  Habitat development and reclamation were

171

BLM_0075224

examined and recommendations were provided for specific habitat types (e.g., shrubland, rimrocks, etc.), and for individual wildlife species (e.g., mule deer, pronghorn, etc.).

sort criteria:  sage-grouse, mule deer, pronghorn, elk, bighorn sheep, wildlife, sagebrush, qualitative, prescriptive, mitigation, Wyoming

**Yarmoloy**, C., M. Bayer, and V. Geist.  1988.  Behavior responses and reproduction of mule deer, *Odocoileus hemionus*, does following experimental harassment with an all-terrain vehicle.  Canadian Field-Naturalist.  102(3): 425-429.

The researchers conducted an experiment in which they habituated 5 radio-collared doe mule deer to an ATV's presence by driving a regular route.  They then chased 3 of the 5 does daily or every other day for 9 minutes to determine their behavior and reproductive response.  The chased deer began to feed at night, used cover more often, moved outside of their home ranges, and produced fewer fawns.  The researchers noted that all deer in the study area habituated to the ATV when it was on a predictable route and ignored motor traffic unless they were pursued.

sort criteria:  Canada, disturbance, human activity, mule deer, off road vehicles, quantitative, roads

## PRONGHORN

**Barrett**, M.W.  1982.  Distribution, behavior, and mortality of pronghorns during a severe winter in Alberta.  Journal of Wildlife Management 46:991-1002.

Pronghorn distribution, behavior, and mortality in southeastern Alberta, Canada were investigated during a severe winter (1977-1978).  Mortality was estimated at 48.5% for the approximately 14,360 pronghorn in the study.  Pronghorn used areas with less snow accumulation and where vegetation was visible above the snow.  Mobility (absence of obstacles) was found to be an important requirement for the survival of pronghorn during severe winter conditions.

sort criteria:  pronghorn, sagebrush, quantitative, research-based, Canada

**Berger**, J., K. Murray Berger and J. Beckman.  2006.  Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 1 Summary.  Wildlife Conservation Society, Bronx. NY.

Pronghorn can habituate to human presence when they are not hunted or harassed, but fracturing of previously undisturbed lands [by natural gas development] is leading to reduced usage and abandonment of habitat patches.  Snow depth and size of undisturbed fragments

172

explained 83% of the variation in pronghorn use of different patches.  Pronghorn use was reduced on undisturbed patches of less than 1,000 acres, while patches of less than 600 acres were used substantially less or were abandoned.  Once the density of gas wells and attendant infrastructure reaches a threshold, pronghorn no longer use the area.  Pronghorn consistently avoided areas within 100m of gas wells.  (This is an area of 7.8 acres).  Some pronghorn may be structuring their movements to avoid areas of high-density infrastructure on the Mesa and Jonah Fields.  No radio-collared pronghorn used the intensively developed Jonah Natural Gas Field.

sort criteria: pronghorn, antelope, fragmentation, human activity, machine disturbance, roads, oil and gas, wells, sagebrush, shrubland, research, quantitative, Wyoming

Berger, J., K. Murray Berger, and J. Beckman.  2007.  Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 2 Summary.  Wildlife Conservation Society, Bronx, NY.

Results from the second year this study of did not detect significant differences in survival rates or body mass between control and treatment animals.  These results were not unexpected since surface disturbance was limited to approximately 3% of the habitat within the PAPA and gas field development was concentrated outside pronghorn crucial winter range.  Some individuals showed complete avoidance of gas field areas while other animals appeared to habituate to high levels human activity.  Pronghorn utilized habitat within the core development areas disproportionately.  The study identified several specific routes used by pronghorn to facilitate migration between summer and winter ranges.   Snow depth had an overriding influence on pronghorn distribution in winter.  Pronghorn rarely used patches where snow depth was >15 cm while highest use areas had snow depth of 10-14 cm.

Sort criteria: pronghorn, antelope, oil and gas, **migration**, human activity

Berger, J., K. Murray Berger and J. Beckman.  *In review*.  Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 3 Summary.  Wildlife Conservation Society, Bronx. NY.

In 2007 the study was modified to incorporate changing or new methodologies:  1) Remote traffic counters were put in place at 45 locations to measure human activity in the gas fields; 2) classification counts including fawns and adult males were included to assess changes in survival; 3) a grid cell analysis was added to estimate habitat loss and; 4) an additional 100 female pronghorn were fitted with VHF radio collars to enhance the total sample to assess adult female survival.  Specific parcels along the western front of the Anticline continued to be utilized by pronghorn to facilitate migration.  Models suggested both habitat loss and habitat fragmentation were influencing pronghorn distribution.  During the winter of 2006-07 pronghorn showed reduced use of habitat within heavily developed areas of the Jonah gas field and for the first time, patterns of reduced use of areas in the Anticline gas field.  Despite

BLM_0075226

habitat loss, survival rates remain stable and it is presumed the Sublette herd unit remains below its food-limited ceiling.

Sort criteria: pronghorn, antelope, oil and gas, migration, human activity

**Bruns**, E.H. 1977. Winter behavior of pronghorns in relation to habitat. Journal of Wildlife Management 41:560-571.

Behavior of pronghorn antelope was studied in southeastern Alberta and northern Montana during the winter of 1969. Grasslands with interspersed sagebrush dominated the area. Roads played an important role in determining pronghorn usage of winter range. Ditches adjacent to high graded roads acted as snow traps and produced feeding areas nearby.

sort criteria: pronghorn, roads, grassland, quantitative, research-based, Canada, Montana

**Cook**, J.G. 1984. Pronghorn winter ranges: habitat characteristics and a field test of a habitat suitability model. M.S. Thesis, University of Wyoming, Laramie.

Habitat characteristics of pronghorn winter ranges and a habitat suitability model were evaluated. Pronghorn density was influenced primarily by shrub canopy coverage (i.e., Wyoming big sagebrush), and shrub cover influenced carrying capacity of pronghorn winter ranges.

sort criteria: pronghorn, mining, agriculture, rural subdivision, oil & gas, sagebrush, quantitative, research-based, Western U.S.

**Easterly**, T., A. Wood, and T. Litchfield. 1991. Responses of pronghorn and mule deer to petroleum development on crucial winter range in the Rattlesnake Hills. Unpublished Completion Report. Wyoming Game and Fish Department, Cheyenne.

Impacts of petroleum-related activities on pronghorn and mule deer were examined in central Wyoming. Distribution of pronghorn indicated avoidance of areas where drilling and well maintenance activities occurred. Displacement of mule deer in the study was not noted. Pronghorn numbers within 1 km of the well site decreased with the advent of road construction and drilling activity. However, once human activity subsided, numbers of pronghorn returned to pre-disturbance levels. "Displacement of animals may result in use of sub-optimal winter habitat, overcrowding, increased intraspecific competition, deterioration of habitat, and decreased physical condition of the population." Authors suggest drilling during summer on critical winter range.

sort criteria: pronghorn, mule deer, oil & gas, sagebrush, quantitative, research-based, Wyoming

174

BLM_0075227

**Hayden-Wing Associates.** 1991a. Final review and evaluation of the effects of Triton Oil and Gas Corporation's proposed coal bed methane field development (Great Divide prospect) on elk and other big game species. Triton Oil and Gas Corporation, Dallas, Tx.

Pronghorn, mule deer, and elk responses to disturbances associated with petroleum development in southwestern Wyoming were examined. Elk numbers decreased near drilling activities but returned to previous levels post-disturbance. However, elk were most sensitive to disturbances during winter and calving periods, and tended to avoid activity up to at least ½ mile away depending on whether or not the disturbance was visible. Pronghorn and mule deer seemed to habituate to most types of human disturbance unless they had been hunted or harassed. Mitigation measures for reducing impacts were presented.

sort criteria:  pronghorn, mule deer, elk, oil & gas, sagebrush, quantitative, research-based, Wyoming

**Hayden-Wing Associates.** 1991b. Review and evaluation of the effects of geophysical exploration on some wildlife species in Wyoming. Unpublished Report for Geophysical Acquisition Workshop. Laramie, Wy.

A review of previous studies on the effects of geophysical exploration on pronghorn, mule deer, elk, raptors, and sage-grouse was presented. The information examined indicated that big game are temporarily affected by seismic exploration causing increased energy expenditure and utilization of sub-optimal habitats. Characteristics for evaluating potential sage-grouse nesting habitat in relation to proposed oil and gas development included: "1) distance relationships to leks, 2) presence, distance, and characteristics of existing disturbances, 3) characteristics of shrubs and vegetation that could serve in nest concealment and nest-site selection, and 4) distance to water and to potential brood-rearing areas." Mitigation strategies for protecting raptor-nesting habitat were also presented.

sort criteria:  sage-grouse, raptors, pronghorn, mule deer, elk, oil & gas, seismic exploration, sagebrush, quantitative, research-based, Wyoming

**Hoskinson**, R.L., and J.R. Tester. 1980. Migration behavior of pronghorn in southeastern Idaho. Journal of Wildlife Management 44:132-144.

Seasonal migration patterns of pronghorn were investigated from December 1975 through August 1977 in southeastern Idaho. Moisture content of vegetation was a stimulus for fall migration to begin. This migratory behavior could afford selective advantages to pronghorn because they are utilizing the best available food sources.

sort criteria:  pronghorn, drought, sagebrush, quantitative, research-based, Idaho

BLM_0075228

**Krausman**, P.R., L.K. Harris, C.L. Blasch, K.K.G. Koenen, and J. Francine. 2004. Effects of military operations on behavior and hearing of endangered Sonoran pronghorn. Wildlife Monographs 157:1-41.

Military activities were monitored to determine the effects of noise and human activity on Sonoran pronghorn in Arizona. Based on the results: "(1) behavior patterns of pronghorn were similar with and without the presence of military stimuli, (2) behavior patterns of pronghorn exposed to military activity were similar to that of pronghorn not exposed to regular military activity, and (3) auditory characteristics were similar for ungulates that have and have not been exposed to sound pressure levels typical of military activities."

sort criteria: pronghorn, desert shrubland, human activity, noise, quantitative, research-based, Arizona


**Landon**, D.M., P.R. Krausman, K.K.G. Koenen, and L.K. Harris. 2003. Pronghorn use of areas with varying sound pressure levels. Southwestern Naturalist 48:725-728.

Pronghorn use of areas with varying noise levels (from military aircraft training) was evaluated in Arizona. "In general, pronghorn used areas with lower levels of noise (< 45 decibels [dB]) more than expected and areas with higher levels (≥ 55dB) less than expected." Vegetation and cover could also have influenced pronghorn use of these areas.

sort criteria: pronghorn, noise, quantitative, research-based, Arizona


**Medcraft**, J.R., and W.R. Clark. 1986. Big game habitat use and diets on a surface mine in northeastern Wyoming. Journal of Wildlife Management 50:135-142.

Seasonal uses of habitats by deer and pronghorn were studied at a coal surface mine near Gillette, Wyoming. Native vegetation was dominated by big sagebrush. Mule deer used reclaimed land more than un-mined land, however the opposite was true for pronghorns. Because reclaimed land provided sufficient, high-quality forage, authors believed habitat could be improved over time.

sort criteria: mule deer, pronghorn, mining, sagebrush, quantitative, research-based, Wyoming


**Morton**, P., C. Weller, J. Thomson, M. Haefele, and N. Culver. 2004. Drilling in the Rocky Mountains: How much and at what cost? The Wilderness Society, Washington, D.C.

An analysis examining the impacts associated with large-scale energy development determined that significant fragmentation of wildlife habitat occurs with development activities. Non-market costs of drilling included "erosion, loss of wildlife and fish habitat, decline in quality of recreational experiences, proliferation of noxious weeds, and increased

BLM_0075229

air and water pollution." A habitat fragmentation analysis of the Big Piney-LaBarge oil and gas field (in northwestern Wyoming) produced results indicating " a direct physical footprint of 1,400 miles of linear features and 3.8 square miles of polygon features, resulting in an overall density of 8.43 miles of roads and pipelines per mile$^2$." Also, 97% of the area falls within ¼ mile of some infrastructure and only 27% of the study area was more than 500 feet from infrastructure, with only 3% more than ¼ mile away.

sort criteria: sage-grouse, mule deer, pronghorn, elk, raptors, non-game birds, fish, wildlife, oil & gas, fragmentation, quantitative, research-based, prescriptive, western U.S.


**Phillips**, R.L., D.E. Biggins, and A.B. Hoag. 1986. Coal surface mining and selected wildlife – a 10-year case study near Decker, Montana. Pages 235-245 in Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Mule deer, pronghorn, sage-grouse, and golden eagles were monitored to determine their responses to mining activities in southeastern Montana and northern Wyoming. "Mule deer and pronghorn populations thrived throughout the study period despite increasing mining activity and human disturbance." Sage-grouse habitat was lost, but mitigation efforts (e.g., relocation of a lek) seemed to be successful. Golden eagle numbers remained relatively stable. Four nesting pairs near active mines had a 10-year nesting success of 67.5% compared to 56.6% for pairs nesting elsewhere on the study area. "If the primary post mining land use is wildlife, permanent reclamation can be designed to maximize the mixture of plant species and thereby provide greater habitat diversity than native prairie."

sort criteria: sage-grouse, mule deer, pronghorn, raptors, mining, sagebrush, quantitative, research-based, Wyoming, Montana, mitigation


**PIC Technologies and Bureau of Land Management**, Pinedale Field Office. 1999. Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project. Bureau of Land Management, Pinedale, Wyoming, USA.

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented. The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in the SS alternative. The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria: sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming

BLM_0075230

**Riddle**, P., and C. Oakley.  1973.  The impacts of a severe winter and fences on antelope mortality in southcentral Wyoming.  Proceedings of the Western Association of State Game and Fish Commissioners 53:174-188.

The influence of fencing on the mortality of pronghorn during a severe winter in south-central Wyoming was investigated.  Highest mortality of pronghorn was associated with 4W Rouse-type woven wire fence.  "Although woven wire fences represented only 53% of all fenceline transects, they accounted for 83% of the fenceline mortality."  Modification or removal of fences was recommended to minimize pronghorn mortality.

sort criteria:  pronghorn, fragmentation, fences, sagebrush, quantitative, research-based, Wyoming

**Ryder**, T.J.  1983.  Winter habitat selection of pronghorn in south-central Wyoming.  M.S. Thesis, University of Wyoming, Laramie.

Pronghorn selection of winter habitat was investigated in south-central Wyoming from 1978-1982.  Pronghorn habitat use was associated with forage quantity, noticeably big sagebrush density and height but varied with weather conditions.  During a mild winter 54% of pronghorn observations were in draws, 21% in greasewood-saltbush flats, and the remaining 25% were observed on benches and ridges.

sort criteria:  pronghorn, mining, sagebrush, quantitative, research-based, Wyoming

**Sawyer**, H., and B. Rudd.  2005.  Pronghorn roadway crossings: A review of available information and potential options.  Western EcoSystems Technology, Inc.  Cheyenne, WY.  25 pp.

Roadways are a barrier to movement and a source of mortality for pronghorn.  Right-of-way fences that consist of woven wire are particularly prohibitive.  Unlike other ungulates, pronghorn usually avoid jumping over fences, preferring to go underneath them.  Three options are available to help pronghorn cross roadways: concrete culverts, overpasses, and open-span bridges.  Pronghorn are not likely to use concrete culverts because of the confined space and inability to see the horizon.  Overpasses are extremely costly and it is unknown if pronghorn will use them.  Open-span bridges are the best option because they provide adequate space and visibility for movement and cost less than overpasses.

sort criteria:  fences, prescriptive, pronghorn, qualitative, roads, Wyoming

**Sawyer**, H. and F. Lindzey.  2000.  The Jackson Hole pronghorn study.  WY Coop. Fish and Wildlife Res. Unit.  Univ. Of Wyoming. Laramie.  40 pp.

178

The study identified the migration routes and wintering areas used by the Sublette pronghorn herd.  The data suggest the winter habitat currently designated is conservative and underestimated.  Bottlenecks pose a threat to the continuation of this migration.  A cooperative effort between the WGFD, UW, BLM, Sublette County, and several NGOs produced a 4-step plan to help preserve the migration.  These steps included federal and state land management planning, county land use planning, private land conservation, and education/public awareness.

sort criteria:  human activity, prescriptive, pronghorn, qualitative, Wyoming

**Sawyer**, H., F. Lindzey, and D. McWhirter.  2005.  Mule deer and pronghorn migration in western Wyoming.  Wildlife Society Bulletin.  In Press.

The Green River Basin provides winter habitat for mule deer from five different mountain ranges and pronghorn that migrate from Grand Teton National Park.  The established migration routes of these herds are estimated to be thousands of years old.  Housing and energy developments, fences, and roads constrict these migration routes by creating bottlenecks.  If animals are not able to maneuver through these bottlenecks, they cannot reach their seasonal ranges, which may lead to population declines. Identification and protection of migration routes should be extremely important considerations in wildlife management.

sort criteria:  fences, mule deer, oil and gas, pronghorn, roads, qualitative, rural subdivision, Wyoming

**Sheldon**, D.P.  2005.  Pronghorn movement and distribution patterns in relation to roads and fences in southwestern Wyoming.  Master's thesis. University of Wyoming, Laramie.

Fences influenced distribution and movement patterns of pronghorn.  Pronghorn selected areas with the lowest fence density.  Pronghorn consistently crossed roads with no fencing.  Possible management actions include limiting fencing in pronghorn range and maintaining unfenced sections of highways in pronghorn migration corridors.

sort criteria: fence, prescriptive, pronghorn, quantitative, roads, Wyoming

**Strickland**, D.  1999.  Petroleum development versus wildlife in the overthrust.  Transactions of the North American Wildlife and Natural Resources Conference  64:28-35.

Controversies concerning impacts to wildlife from petroleum development in Wyoming are discussed.  To date (1999) an estimated 2,100 producing oil and gas wells are located in southwestern Wyoming, with a large potential for further development.  The BLM (Bureau of Land Management) estimates an additional 4,837 wells will be developed.  Since 1984, 24,112 acres of habitat has been lost due to oil and gas development, and an additional 53,000 acres would be disturbed by future development from direct impacts (e.g., roads,

179

pipelines, etc.). "The potential area of direct and indirect disturbance is 2.7 million acres, or approximately 16 percent of southwestern Wyoming." Author suggests the BLM modify its leasing strategy using long-range and strategic planning with an adaptive approach.

sort criteria:  elk, bighorn sheep, moose, pronghorn, mule deer, sage-grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming

**Sundstrom**, C.  1969.  Some factors influencing pronghorn antelope distribution in the Red Desert of Wyoming.  Proceedings of the Western Association of State Game and Fish Commissioners 49:225-264.

Factors influencing pronghorn distribution in south-central Wyoming were examined. Fences in the study area generally had no long-term negative effects on pronghorn populations.  This was due to the fact that these herds did not have to migrate from summer to winter range because of plentiful food, water, and cover in the area.  Six percent (987 of 15,940) of pronghorn observations were in grass vegetative type, 2% in meadow type, 78% in sagebrush type, 5% in saltbush type, 9% in greasewood type, and < 1% in waste type.

sort criteria:  pronghorn, fragmentation, fences, sagebrush, quantitative, research-based, Wyoming

**Weller**, C., J. Thomson, P. Morton, and G. Aplet.  2002.  Fragmenting our lands: The ecological footprint from oil and gas development.  The Wilderness Society, Washington, D.C.

Habitat fragmentation resulting from resource extraction practices was examined in the Upper Green River Basin of Wyoming.  Average road densities and other linear features were 8.43 miles per square mile.  An effect zone of ½ mile was constructed and analyzed. The analysis showed the entire 166 square mile study area to be within ½ mile of a road or other development related infrastructure.  "The ecological footprint varies depending upon which disturbance is measured.  A disturbance that reaches a quarter of a mile beyond the infrastructure creates a footprint of 160 square miles, affecting 97% of the study area.  Even a more localized disturbance that only reaches 100 feet beyond the infrastructure affects 28% of the study area (47 square miles)."

sort criteria:  sage-grouse, mule deer, pronghorn, elk, moose, oil & gas, sagebrush, quantitative, research-based, Wyoming

**Western EcoSystems Technology, Inc.**  2003.  An evaluation of the 1988 BLM Pinedale Resource Management Plan, 2000 BLM Pinedale Anticline Final EIS and recommendations for the current revision of the Pinedale Resource Management Plan.  The Wilderness Society, Washington, D.C.

180

An analysis of the 1988 Bureau of Land Management (BLM) Resource Management Plan and the 2000 BLM Pinedale Anticline Environmental Impact Statement (EIS) was presented. Recommendations for the current revision of the Pinedale Resource Management Plan were also given. Overall planning and adaptive management recommendation included: 1) limiting the density of roads and wells per section, 2) protecting a minimum amount of significant big game habitat from disturbance, 3) identify areas where future oil and gas leases should be prohibited, 4) coordinate habitat management, and 5) apply adaptive management.

sort criteria: pronghorn, mule deer, elk, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming

**Wyoming Game & Fish Department.** 1976. Considerations for wildlife in industrial development and reclamation. Cheyenne, Wy.

Mitigation and monitoring considerations for protecting wildlife and wildlife habitat with regard to industrial development were presented. Habitat development and reclamation were examined and recommendations were provided for specific habitat types (e.g., shrubland, rimrocks, etc.), and for individual wildlife species (e.g., mule deer, pronghorn, etc.).

sort criteria: sage-grouse, mule deer, pronghorn, elk, bighorn sheep, wildlife, sagebrush, qualitative, prescriptive, mitigation, Wyoming

## ELK

**Allred**, W.J. 1950. Re-establishment of seasonal elk migrations through transplanting. Wyoming Wildlife. March 1950.

Reasons for the discontinuation of seasonal migration of elk (between high country and desert areas) and re-establishment of historical migratory routes were examined. Severe winters, agriculture activities, hunting pressure, and fences were factors contributing to the halt of seasonal migrations. To re-establish migratory patterns, young elk that had not formed migratory habits were transplanted along the historic migratory route. The transplanting experiment seemed to be successful with increasing numbers of elk traveling along the old migratory routes.

sort criteria: elk, agriculture, fences quantitative, research-based, Wyoming

**Altman**, M. 1958. The flight distance in free-ranging big game. Journal of Wildlife Management 22(2):207-209.

BLM_0075234

Distances moose and elk fled from human intruders were investigated in Wyoming. Reactions were quite varied depending on species, sex, season (e.g. parturition, mating, hunting, etc.), and acclimation to human presence (e.g. tourists, fishermen, etc.). Flight distances ranged from a low of 10 feet for both cows and bulls during rut to a maximum of 300 feet for both sexes during hunting season.

sort criteria:  moose, elk, human activity, quantitative, research-based, Wyoming

**Cassirer**, E.F., D.J. Freddy, and E.D. Ables.  1992.  Elk responses to disturbance by cross-country skiers in Yellowstone National Park.  Wildlife Society Bulletin 20:375-381.

Elk responses to cross-country skiers were examined in Yellowstone National Park.  "The median distance at which elk in Lamar and Stephen's Creek started to move when skiers approached was 400 m, whereas the median flight distance of elk in Mammoth Hot Springs was 15 m."  This difference was likely due to habituation of Mammoth elk to predictable human activity.  Authors suggest skiers remain at distances >1,700 m to effectively avoid disturbing elk.

sort criteria:  elk, human activity, sagebrush, grassland, forested, quantitative, research-based, Wyoming

**Cole**, E.K., M.D. Pope, and R.G. Anthony.  1997.  Effects of road management on movement survival of Roosevelt elk.  Journal of Wildlife Management 61:1115-1126.

The movement and survival of female Roosevelt elk were studied in Oregon (from 1991 to 1995) before designation of Road Management Areas (RMAs), and afterward, when access was restricted.  In 1992, 35% of the study area was designated open to access.  Home ranges of elk within the RMAs decreased from 761 ha during pre-treatment to 650 ha during the RMA phase.  Fourteen elk were alive during both phases of the study.  The average distances all of these elk moved decreased during RMA phases compared to the pre-treatment phase. Limited-access could increase survival and reproduction of elk due to reduced energy expenditure.

sort criteria:  elk, roads, forested, quantitative, research-based, Oregon

**Edge**, W.D., C.L. Marcum, and S.L. Olson.  1985.  Effects of logging activities on home-range fidelity of elk.  Journal of Wildlife Management 49:741-744.

Logging and its effects upon home-range fidelity of elk were examined in a forested area east of Missoula, Montana, between 1977 and 1983.  Logging activities did not cause a significant decrease in home-range size.  The mean home range was 4,418 ha during years of disturbance and 4,506 ha when disturbance was absent.  Authors concluded, "Logging

BLM_0075235

activities that are restricted as much as possible in time and space, or conducted on seasonal ranges during periods when elk are not present, will be least disruptive."

sort criteria:  elk, logging, forested, quantitative, research-based, Montana

**Gillin**, C.  1989.  Response of elk to seismograph exploration in the Wyoming Range.  M.S. Thesis, University of Wyoming, Laramie.

Elk responses to seismic exploration were investigated in northwestern Wyoming.  For each period of seismic activity, comparisons of movement and habitat use were examined before, during and after disturbance.  Elk were displaced an average of 1.2 km by seismic activity. Elk moved less daily during (1.8 km) and after (1.56 km) seismic disturbance than before (2.84 km).  No range abandonment was observed.  Elk tended to move from open areas to dense (> 70% canopy) timbered areas.  "Elk detected and moved away from seismic activity up to 3.2 km away."

sort criteria:  elk, seismic exploration, forested, quantitative, research-based, Wyoming

**Girard**, M., and B. Stotts.  1986.  Managing impacts of oil and gas development on woodland wildlife habitats on the Little Missouri Grasslands, North Dakota.  Pages 128-130 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Impacts from oil and gas development (e.g., construction activities, toxic fumes, chemical spills, and wildlife displacement) on woodland wildlife habitat were evaluated on the Little Missouri Grasslands in North Dakota.  Approximately 10,884 acres had been directly disturbed by oil and gas activity.  A sphere of influence surrounds all roads and well pads, and is estimated to be a minimum of 100 yards in all directions.   Mitigation efforts included: (1) No well pads or roads placed in a woodland.  (2) Roads crossing "draws" must be at right angles to minimize disturbance.  (3) Extra heavy pit liners were to be used in areas with porous substrates to prevent saltwater seepage.

sort criteria:  wildlife, mule deer, elk, oil & gas, forested, quantitative, research-based, North Dakota, mitigation

**Hayden-Wing Associates**.  1990a.  Response of elk to Exxon's field development in the Riley Ridge area of western Wyoming, 1979-1988.  Final Report prepared for Exxon Company, U.S.A. and Wyoming Game and Fish Department, Cheyenne, Wy.

Distribution patterns and elk numbers were monitored to determine responses of wintering and calving elk to development of a natural gas well field in western Wyoming.  During calving season (in calving areas) elk moved away from construction activities, but returned following the completion of drilling.  Numbers of wintering elk declined in areas closest to the well except after construction when snow depths were greater than average.  "Proper

BLM_0075236

siting of wells, roads, and other facilities is crucial to maintaining elk use of winter and calving ranges." Recommendations were given to minimize impacts of oil and gas development on elk habitat.

sort criteria: elk, oil & gas, sagebrush, quantitative, research-based, Wyoming


**Hayden-Wing Associates.** 1990b. Summary of elk responses to oil well drilling and associated disturbances. Hayden-Wing Associates, Laramie, Wy.

A review of quantitative research on elk responses to well drilling, seismic exploration, roads, and mining was presented. "Most studies, however, point out that levels of elk occurrence near drilling activities decrease during drilling operations but return to former levels after a well site is abandoned." The presence or absence of security cover influences the magnitude of elk response to oil well drilling and associated activities.

sort criteria: elk, oil & gas, sagebrush, quantitative, research-based, Wyoming


**Hayden-Wing Associates.** 1991a. Final review and evaluation of the effects of Triton Oil and Gas Corporation's proposed coal bed methane field development (Great Divide prospect) on elk and other big game species. Triton Oil and Gas Corporation, Dallas, Tx.

Pronghorn, mule deer, and elk responses to disturbances associated with petroleum development in southwestern Wyoming were examined. Elk numbers decreased near drilling activities but returned to previous levels post-disturbance. However, elk were most sensitive to disturbances during winter and calving periods, and tended to avoid activity up to at least ½ mile away depending on whether or not the disturbance was visible. Pronghorn and mule deer seemed to habituate to most types of human disturbance unless they had been hunted or harassed. Mitigation measures for reducing impacts were presented.

sort criteria: pronghorn, mule deer, elk, oil & gas, sagebrush, quantitative, research-based, Wyoming


**Hayden-Wing Associates.** 1991b. Review and evaluation of the effects of geophysical exploration on some wildlife species in Wyoming. Unpublished Report for Geophysical Acquisition Workshop. Laramie, Wy.

A review of previous studies on the effects of geophysical exploration on pronghorn, mule deer, elk, raptors, and sage-grouse was presented. The information examined indicated that big game are temporarily affected by seismic exploration causing increased energy expenditure and utilization of sub-optimal habitats. Characteristics for evaluating potential sage-grouse nesting habitat in relation to proposed oil and gas development included: "1) distance relationships to leks, 2) presence, distance, and characteristics of existing disturbances, 3) characteristics of shrubs and vegetation that could serve in nest concealment

BLM_0075237

and nest-site selection, and 4) distance to water and to potential brood-rearing areas." Mitigation strategies for protecting raptor-nesting habitat were also presented.

sort criteria:  sage-grouse, raptors, pronghorn, mule deer, elk, oil & gas, seismic exploration, sagebrush, quantitative, research-based, Wyoming

**Henderson**, R.E., and A. O'Herren.  1992.  Winter ranges for elk and deer:  victims of uncontrolled subdivisions?  Western Wildlands 18:20-25.

Authors described impacts created by increasing human habitation of elk and deer winter ranges in Montana.  Human disturbance can interrupt, and displace the movements between summer and winter ranges for both mule deer and elk.

sort criteria:  mule deer, elk, rural subdivisions, agricultural, forested, qualitative, prescriptive, Montana

**Irwin**, L.L., and J.M. Peek.  1979.  Relationship between road closures and elk behavior in northern Idaho.  Pages 199-204 in M.S. Boyce and L.D. Hayden-Wing, eds. North American elk:  ecology, behavior and management.  University of Wyoming, Laramie.  294 pp.

Habitat use patterns related to forest management, hunters, and roads were investigated in northern Idaho from 1975 through 1977.  There was no restricted access in 1975, 40 km$^2$ was closed to vehicles in 1976, and 75 km$^2$ was closed in 1977 (all closures were during hunting season).  Elk were displaced to more extensive stands of trees when roads were open, however with road closures elk utilized smaller stands for longer periods.  The larger (75m$^2$) closed area allowed elk to stay even longer.  Authors recommend road closures would mitigate displacement of elk, especially during hunting season.

sort criteria:  elk, roads, forested, quantitative, research-based, Idaho

**Irwin**, L.L., and C.M. Gillin.  1984.  Response of elk to seismic exploration in the Bridger-Teton Forest, Wyoming.  Progress Report.  Bureau of Land Management, International Association of Geophysical Contractors, U.S. Forest Service, and Wyoming Game and Fish Department.

Responses of elk to seismic disturbance were investigated in western Wyoming.  During one disturbance event, some elk were displaced and moved to summer range early while other elk used topographic barriers as buffers to the disturbance.  Elk at distances greater than 2.5 km from disturbance showed no visible reactions.  Elk abandoned the study area (Snider Basin) during calving.

sort criteria:  elk, seismic exploration, forested, quantitative, research-based, Wyoming

BLM_0075238

**Johnson**, B., and L. Wolrab.  1987.  Response of elk to development of a natural gas field in western Wyoming, 1979-1987.  Wyoming Game & Fish Department Report.

The distribution and use of elk winter ranges and calving areas were monitored in western Wyoming from 1979 through 1987.  In an area where 3 wells were drilled, 6,000 acres of winter range was abandoned.  Elk returned to the area once drilling activities ceased, but use was unpredictable.  Elk calving areas were also affected, with abandonment of calving sites during intense drilling activity.  Mitigation and management recommendations included: road closures, placing wells outside crucial habitats, reducing human activity, and placing restrictions on seasonal activity around wells.

sort criteria:  elk, oil & gas, sagebrush, quantitative, research-based, Wyoming

**Johnson**, B.K., and D. Lockman.  1979.  Response of elk during calving to oil/gas drilling activity in Snider, Basin, Wyoming.  WGFD Report 14pp.

A two-year comparison to assess effects of drilling activities on elk was conducted in southwest Wyoming.  Elk use of the area was monitored during calving season in 1979 and 1980.  In 1979, a wildcat well was drilled in the area.  "Elk moved calves at an earlier age in 1979 than in 1980, moved calves away from drilling activity in 1979, avoided meadows visible from roads with high traffic volume more in 1979 than in 1980 and avoided the drill site in 1979."  Authors suggest disturbance can affect elk populations by:  increased mortality in calves, delayed maturity, decreased body size, and reduced body fat reserves.  Recommendations for minimizing impacts are given.

sort criteria:  elk, oil & gas, sagebrush, forested, quantitative, research-based, Wyoming

**Johnson**, T.K.  1986.  Impacts of surface coal mining on calving elk.  Pages 255-269 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Elk calving behavior in relation to habitat disturbance from surface coal mining activities was investigated in northern Colorado.  No significant differences between control elk and elk using the mine site were found in relation to reproductive productivity, calving, home-range size, fidelity, or habitat utilization and selection patterns.  During spring and summer reclaimed sites were used in proportion to availability and were selected for during fall and early winter.

sort criteria:  elk, mining, forested, quantitative, research-based, Colorado

**Knight**, J.E.  1981.  Effect of oil and gas development on elk movements and distribution in northern Michigan.  North American Wildlife and Natural Resources Conference  46:349-357.

BLM_0075239

Effects of oil and gas development on the movements and distribution of elk were studied in northern Michigan.  Seismic activity had a significant effect on elk movement, but not distribution.  However, oil well activity did not significantly affect either movement or distribution.  The mean distance moved by all elk during seismic activity was 1320.7 yards when disturbance was 1000 m away, and 1563.2 yards when disturbance was 400 m away.  Calving and rut are two situations when seismic activity could have the greatest implications.

sort criteria:  elk, oil & gas, seismic exploration, forested, quantitative, research-based, Michigan


**Kuck**, L.  1986.  The impacts of phosphate mining on big game in Idaho:  a cooperative approach to conflict resolution.  Transactions of the 51st North American Wildlife and Natural Resources Conference 51:90-97.

Evaluation of impacts of phosphate mining on big game in Idaho was the objective of this study.  "Results of this study indicate that elk, deer and moose may be capable of adapting to many phosphate mining activities in southeastern Idaho, but cannot compensate for disturbance on important seasonal ranges or for increased mortality associated with industrial development."

sort criteria:  mule deer, elk, moose, mining, forested, grassland, quantitative, research-based, Idaho


**Kuck**, L., G.L. Hompland, and E.H. Merrill.  1985.  Elk calf response to simulated mine disturbance in southeast Idaho.  Journal of Wildlife Management 49(3):751-757.

Mine disturbance was simulated to study responses by elk calves in southeast Idaho in an area dominated by aspen forest.  Disturbed calves tended to move farther, higher in elevation, and used larger areas than did undisturbed calves.  Elk cow/calf pairs were sensitive to human and simulated mine disturbance.  Consequent abandonment of calf-rearing areas by disturbed cow/calf pairs led to habitation of more marginal habitats.  Avoidance of disturbance did not result in calf abandonment or lower survival rates between disturbed and undisturbed groups.

sort criteria:  elk, mining, forested, quantitative, research-based, Idaho


**Kuhn**, J.A., and B. Martens.  1985.  Coal mine development and elk biology:  Environmental impact assessment in Alberta and British Columbia.  Pages 273-282 in M.S. Boyce and D. Hayden-Wing eds. North American elk:  ecology, behavior, and management.  University of Wyoming, Laramie.

BLM_0075240

Impacts of coal mine development on elk were assessed in Alberta and British Columbia, Canada. Habitat alteration (i.e., reclamation) of development areas caused underutilization of habitat near development and potential over-utilization elsewhere. However, authors suggest, ". . . concentrated use by elk of habitats close to development, for example, use of drillhole seepages as mineral licks, use of road and powerline rights-of-way through dense, regenerating or deadfall littered forests, increased use of habitats within the perimeter of restricted shooting zones near development, and foraging on reclaimed lands . . .." Increased hunting pressure and harassment from recreationists are secondary effects of development.

sort criteria:  elk, mining, forested, quantitative, research-based, Canada

**Lees**, A.T.  1989.  The effect of recreational activity on elk use and distribution along a pipeline right-of-way.  Pages 133-143 in Proceedings IV:  Issues and Technology in the Management of Impacted Wildlife.  Thorne Ecological Institute, Boulder, Co.

Elk response to recreational activity along a pipeline right-of-way was investigated in west-central Alberta, Canada.  Elk used the right-of-way as a feeding area year round, but showed a preference for areas with minimal human activity.  Elk use of habitat adjacent to the right-of-way was marginally affected by human activity along the right-of-way.  Elk adapted to human activity by using cover types that provided security.
sort criteria:  elk, oil & gas, roads, human activity, forested, quantitative, research-based, Canada

**Lyon**, L.J.  1979.  Habitat effectiveness for elk as influenced by roads and cover.  Journal of Forestry.  79(10):658-660.

Data from a previous study of elk pellet distribution in western Montana was used to ". . . develop (1) a model of habitat effectiveness in relation to roads and cover density, and (2) a method for estimating habitat effectiveness under various levels of road density and cover." When road densities reached 3 miles per square mile even very dense canopy cover was not effective elk habitat.  "Effective habitat" is a relative term and activities other than road management can modify the quality and productive potential of habitat.

sort criteria:  elk, roads, forested, quantitative, research-based, Montana

**Lyon**, L.J.  1983.  Road density models describing habitat effectiveness for elk.  Journal of Forestry 81:592-595.

Response of elk to roads was investigated in Montana and Idaho in regard to road densities. In areas of road density of 5 ½ miles per square mile, elk used 18.8% of the potential habitat. Authors conclude the full impact of roads does not take place until 3 or more years after road construction, and road closures are the best way to assure effectual fall use of habitat by elk.

BLM_0075241

<u>sort criteria</u>:  elk, roads, forested, quantitative, research-based, Montana, Idaho

**McCorquodale**, S.M., K.J. Raedeke, and R.D. Taber.  1986.  Elk habitat use patterns in the shrub-steppe of Washington.  Journal of Wildlife Management 50:664-669.

Habitat use and behavior of elk were studied on the ALE (Arid Lands Ecology) Reserve (public access is prohibited) in south-central Washington.  An introduced population of elk inhabits this sagebrush steppe ecosystem.  Over 75% of cow elk selected lower elevation areas all seasons except during calving, and male elk selected sagebrush areas during spring, summer, and fall.  The lack of human presence on the Reserve (i.e. no human disturbance) may influence the limited cover needs of the elk.  "The behavior of this population suggested that under conditions of infrequent disturbance and adequate forage, elk can be successful in habitats with limited thermal or security cover, even in severe climates.

<u>sort criteria</u>:  elk, human activity, sagebrush, quantitative, research-based, Washington

**Morgantini**, L.E., and R.J. Hudson.  1978.  Human disturbance and habitat selection in elk.  Pages 132-139 <u>in</u> M.S. Boyce and L.D. Hayden-Wing eds. North American elk:  ecology, behavior, and management.  University of Wyoming, Laramie.

Selection and utilization of resources by elk were studied in western Alberta during the winter/spring of 1975-1976.  Elk distribution and behavior were significantly altered by human activity.  "The amount of time the elk spent in shrubland while moving toward the open in evening, appeared related to traffic activity taking place on the road.  Once on the grassland, grazing took place within 100-200 m of cover.  With darkness, the elk moved closer to the main road making better use of the potentially available range."  Elk reacted to human activity by using marginal sectors of the grassland in the study area, which led to overgrazing in these locations.

<u>sort criteria</u>:  elk, human activity, roads, forested, grassland, quantitative, research-based, Canada

**Morrison**, J.R., W.J. de Vergi, A.W. Alldredge, A.E. Byrne, and W.A. Andree.  1995.  The effects of ski area expansion on elk.  Wildlife Society Bulletin 23(3):481-489.

Responses of 2 populations of elk to physical and human disturbances associated with ski-area expansion in Colorado were investigated.  "Results from Vail and Beaver Creek study sites indicate that elk may be acclimating behaviorally to physical disturbances and human activity.  In areas where elk use decreased, a linear increase in use followed, although rates of recovery differed by area."  Authors recommend minimizing human activities during times of heavy elk use to reduce the effects of development.

<u>sort criteria</u>:  elk, human activity, forested, quantitative, research-based, Colorado

BLM_0075242

**Morton**, P., C. Weller, J. Thomson, M. Haefele, and N. Culver.  2004.  Drilling in the Rocky Mountains:  How much and at what cost?  The Wilderness Society, Washington, D.C.

An analysis examining the impacts associated with large-scale energy development determined that significant fragmentation of wildlife habitat occurs with development activities.  Non-market costs of drilling included "erosion, loss of wildlife and fish habitat, decline in quality of recreational experiences, proliferation of noxious weeds, and increased air and water pollution."  A habitat fragmentation analysis of the Big Piney-LaBarge oil and gas field (in northwestern Wyoming) produced results indicating " a direct physical footprint of 1,400 miles of linear features and 3.8 square miles of polygon features, resulting in an overall density of 8.43 miles of roads and pipelines per mile$^2$."  Also, 97% of the area falls within ¼ mile of some infrastructure and only 27% of the study area was more than 500 feet from infrastructure, with only 3% more than ¼ mile away.

sort criteria:  sage-grouse, mule deer, pronghorn, elk, raptors, non-game birds, fish, wildlife, oil & gas, fragmentation, quantitative, research-based, prescriptive, western U.S.


**Oedekoven**, O.O., and F.G. Lindzey.  1987.  Winter habitat-use patterns of elk, mule deer, and moose in southwestern Wyoming.  Great Basin Naturalist 47:638-643.

Mule deer, elk, and moose winter habitat use patterns were examined in southwestern Wyoming.  Mule deer used sagebrush extensively, moose favored aspen, willow, and mixed-shrub vegetation, and elk preferred alpine grass/moss vegetation.  Elk and mule deer showed a preference for areas with mild snow conditions, whereas moose were often observed in areas with deep snow.  "Our results suggested that although deer, elk, and moose often used the same areas, they selected differing habitats within shared areas."

sort criteria:  mule deer, elk, moose, sagebrush, quantitative, research-based, Wyoming


**Parker**, K.L., C.T. Robbins, and T.A. Hanley.  1984.  Energy expenditures for locomotion by mule deer and elk.  Journal of Wildlife Management 48:474-488.

Energy expenditures were measured on mule deer and elk to determine energy costs for several activities.  Logging activities affected energy expenditures of both elk and deer by removal of canopy and subsequent increased snow depth.  Human activity (i.e. winter recreation) caused excessive energy expenditure by inducing elk and deer to flee when approached.  Management considerations should include restricting human access to deer and elk winter use areas.

sort criteria:  mule deer, elk, human activity, logging, forested, quantitative, research-based

BLM_0075243

**Phillips**, G.E., and A.W. Alldredge.  2000.  Reproductive success of elk following disturbance by humans during calving season.  Journal of Wildlife Management 64(2):521-530.

Interrelationships between human disturbance and recruitment of calf elk were investigated in central Colorado during 1 pretreatment year and 2 treatment years (1995-1997).  Average production from treatment elk was 0.225 calves/cow lower than that of control elk.  Based on this study, 8.3 disturbances per cow were enough to reduce annual population growth by 1%.  The results ". . . do not prove cause and effect, but they support treatment as a causal mechanism for decreased reproductive success on the Beaver Creek study area in 1996 and 1997."

sort criteria:  elk, human activity, forested, quantitative, research-based, Colorado


**PIC Technologies** and Bureau of Land Management, Pinedale Field Office.  1999.  Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project.  Bureau of Land Management, Pinedale, Wyoming, USA.

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented.  The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in the SS alternative.  The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria:  sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming


**Powell**, J.H.  2003.  Distribution, habitat use patterns and elk response to human disturbance in the Jack Morrow Hills.  M.S. Thesis, University of Wyoming, Laramie.

Elk distribution, habitat use, and effects of human disturbance were examined in southwestern Wyoming.  Elk avoided areas within 2,000 m of active oil and gas wells and major roads.  During calving and the summer season elk selected habitats associated with security cover (e.g., mountain shrub and tall sagebrush).  Daily movements of disturbed elk were approximately 4 times greater than undisturbed elk.  Elk avoidance of areas adjacent to oil and gas wells and major roads can cause greater effective habitat loss than merely the area occupied by the structure.

sort criteria:  elk, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming


**Preisler**, H.K., A.A. Ager, and M.J. Wisdom.  2006.  Statistical methods for analyzing responses of wildlife to human disturbance.  Journal of Applied Ecology.  43:164-172.

BLM_0075244

Researchers conducted an experiment measuring elk response to ATVs, based on 3, 5-day replicated trials in an enclosed area. During the first 2 days, elk moved as far as possible from the ATV. However, during the last 2 days, elk did not move as far indicating habituation or location closer to refuge. The distance between the elk and the ATV or nearest ATV route affected the probability of running away. The further away, the less likely the elk were to flee. There was up to an 80% response rate when ATVs were 20 m away, 7-13% times larger than when ATVs were 500 m away. There were significant responses when an elk was close to an ATV route but the ATV was 2 km away.

sort criteria:  elk, human activity, off road vehicle, Oregon, quantitative

**Rost**, G.R., and J.A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. Journal of Wildlife Management 43(3):634-641.

Deer and elk responses to roads were assessed on winter ranges in Colorado during the winters of 1973 and 1974. The principal habitats were mountain shrub and pine forests. Data were obtained by counting fecal-pellet groups within 400m transects parallel to roads. Based upon pellet group distributions, elk and deer avoided roads, especially areas within 200m. Deer avoided roads more in shrublands than in forested areas, however elk responses did not differ based on habitat type. At some sites, deer avoided roads even though snow likely restricted available habitat. Therefore, propensity to avoid roads may be detrimental to deer and elk.

sort criteria:  mule deer, elk, roads, mountain shrub, forested, quantitative, research-based, Colorado

**Rowland**, M.M., M.J. Wisdom, B.K. Johnson, and J.G. Kie. 2000. Elk distribution and modeling in relation to roads. Journal of Wildlife Management 64(3):672-684.

The effectiveness of a road density model (HE-habitat effectiveness) was evaluated in northeast Oregon during spring and summer, 1993-1995. Female elk consistently selected areas away from roads in spring and summer. The distance at which road effects dissipated could not be defined because few locations within the study area were sufficiently far from roads, however selection ratios were comparable to a distance of 1.2 km. The relationship between elk distribution and roads is likely to vary as elk population densities change. The results of this study suggest ". . . management of roads and related human activities during spring and summer should remain an important consideration for modeling and managing the elk resource. . ."

sort criteria:  elk, roads, forested, quantitative, research-based, Oregon

BLM_0075245

**Sawyer**, H. and R. Nielson.  2005.  Seasonal distribution and habitat use patterns of elk in the Jack Morrow Hills Planning Area, Wyoming.  Western EcoSystems Technology, Inc. Cheyenne, WY.  28 pp.

The elk of Jack Morrow Hills live in a relatively open environment, relying on shrubs, topography, and low human disturbance for survival.  During the summer and winter elk were 2.8 km and 1.2 km from the nearest road, respectively.  Presumably elk were closer to roads in winter because of decreased human activity.  Daily movements of elk were 3.5 times greater during the hunting season than winter, again indicating human disturbance had an impact.

sort criteria:  elk, human activity, quantitative, shrubland, Wyoming

**Stewart**, K.M., R.T. Bowyer, J.G. Kie, N.J. Cimon, and B.K. Johnson.  2002.  Temporospatial distributions of elk, mule deer, and cattle: resource partitioning and competitive displacement.  Journal of Mammalogy 83(1): 229-244.

Resource partitioning and competitive displacement among mule deer, elk, and cattle were examined in northeastern Oregon and southeastern Washington.  Resource partitioning was strongly evident among all 3 species, however mule deer and elk selected similar slopes and elevations, whereas cattle avoided steep slopes and high elevations.  Although mule deer and elk selected similar slopes and elevations, they used different vegetation communities.  At higher densities, resource partitioning could be more difficult leading to increased competition.

sort criteria:  mule deer, elk, grazing, forested, grassland, quantitative, research-based, Oregon, Washington

**Strickland**, D.  1999.  Petroleum development versus wildlife in the overthrust.  Transactions of the North American Wildlife and Natural Resources Conference  64:28-35.

Controversies concerning impacts to wildlife from petroleum development in Wyoming are discussed.  To date (1999) an estimated 2,100 producing oil and gas wells are located in southwestern Wyoming, with a large potential for further development.  The BLM (Bureau of Land Management) estimates an additional 4,837 wells will be developed.  Since 1984, 24,112 acres of habitat has been lost due to oil and gas development, and an additional 53,000 acres would be disturbed by future development from direct impacts (e.g., roads, pipelines, etc.).  "The potential area of direct and indirect disturbance is 2.7 million acres, or approximately 16 percent of southwestern Wyoming."  Author suggests the BLM modify its leasing strategy using long-range and strategic planning with an adaptive approach.

sort criteria:  elk, bighorn sheep, moose, pronghorn, mule deer, sage-grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming

BLM_0075246

**Van Dyke**, F., and W. C. Klein.  1996.  Response of elk to installation of oil wells.  Journal of Mammalogy 77(4):1028-1041.

Seasonal and annual use of range and habitat were compared in a population of elk in south-central Montana prior to, during, and after installation of an exploratory oil-gas well.  Absolute shifts of activity centers were small, however the shift was more than twice as large when humans were present (320 m) compared to only equipment activity (130 m).  Elk tended to occupy locations screened from the well site by a physical barrier.  Drilling activity was limited from June 15 to October 15, which could explain why resident elk did not abandon summer ranges.

sort criteria:  elk, oil & gas, sagebrush, forested, quantitative, research-based, Montana

**Ward**, A.L.  1973.  Elk behavior in relation to multiple uses on the Medicine Bow National Forest.  Proceedings of the Western Association of State Game Commissions 43:125-141.

Elk behavior in relation to multiple uses was monitored in southern Wyoming.  Uses included:  livestock grazing, timber harvesting, recreation, and traffic.  Elk were compatible with livestock when an adequate food supply was available.  Elk were not significantly affected by traffic beyond 300 yards, however Interstate 80 did act as a barrier to elk movement.  Elk preferred a ½ mile buffer from people associated with out-of-vehicle activities (e.g., camping, fishing, harvesting timber, etc.).

sort criteria:  elk, roads, logging, human activity, forested, quantitative, research-based, Wyoming

**Ward**, L.A.  1986.  Displacement of elk related to seismograph activity in south-central Wyoming.  Pages 246-254 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

A hunted elk population in south-central Wyoming was monitored to evaluate responses to seismograph activity.  Three different types of seismograph activity (i.e. above ground explosions, truck vibrators, drill and shoot) displaced elk, however people walking caused the most extreme responses.  In rough topography and when seismic lines were run in the bottom of a draw, elk stayed at least 800 m from the activity and out of sight of seismic crews.  When seismic operations occurred on open ridges, elk stated approximately 3.2 km away and out of sight of seismic crews.  Elk returned to the seismograph use areas within a few days of activity cessation.

sort criteria:  elk, seismic exploration, sagebrush, quantitative, research-based, Wyoming

194

**Ward**, A.L., J.J. Cupal, A.L. Lea, C.A. Oakley, and R.W. Weeks. 1973. Elk behavior in relation to cattle grazing, forest recreation, and traffic. Transactions of the North American Wildlife Conference 38:327-337.

Effects of human behavior on wildlife were examined in southeastern Wyoming to aid in land use planning operations. Interstate 80 acted as a barrier to movement, but had little effect on behavior within 300 yards. Authors suggest roads be kept away from elk feeding sites or along streams. Elk preferred approximately a ½ mile buffer from recreational users. Authors suggest ½ mile distance between recreation areas and feeding sites and adequate cover buffer zones.

sort criteria: elk, human activity, roads, forested, quantitative, research-based, Wyoming


**Weller**, C., J. Thomson, P. Morton, and G. Aplet. 2002. Fragmenting our lands: The ecological footprint from oil and gas development. The Wilderness Society, Washington, D.C.

Habitat fragmentation resulting from resource extraction practices was examined in the Upper Green River Basin of Wyoming. Average road densities and other linear features were 8.43 miles per square mile. An effect zone of ½ mile was constructed and analyzed. The analysis showed the entire 166 square mile study area to be within ½ mile of a road or other development related infrastructure. "The ecological footprint varies depending upon which disturbance is measured. A disturbance that reaches a quarter of a mile beyond the infrastructure creates a footprint of 160 square miles, affecting 97% of the study area. Even a more localized disturbance that only reaches 100 feet beyond the infrastructure affects 28% of the study area (47 square miles)."

sort criteria: sage-grouse, mule deer, pronghorn, elk, moose, oil & gas, sagebrush, quantitative, research-based, Wyoming


**Western EcoSystems Technology, Inc.** 2003. An evaluation of the 1988 BLM Pinedale Resource Management Plan, 2000 BLM Pinedale Anticline Final EIS and recommendations for the current revision of the Pinedale Resource Management Plan. The Wilderness Society, Washington, D.C.

An analysis of the 1988 Bureau of Land Management (BLM) Resource Management Plan and the 2000 BLM Pinedale Anticline Environmental Impact Statement (EIS) was presented. Recommendations for the current revision of the Pinedale Resource Management Plan were also given. Overall planning and adaptive management recommendation included: 1) limiting the density of roads and wells per section, 2) protecting a minimum amount of significant big game habitat from disturbance, 3) identify areas where future oil and gas leases should be prohibited, 4) coordinate habitat management, and 5) apply adaptive management.

BLM_0075248

sort criteria:  pronghorn, mule deer, elk, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming

**Witmer**, G.W., and D.S. deCalesta.  1985.  Effect of forest roads on habitat use by Roosevelt elk.  Northwest Science 59:122-125.

Effects of roads on habitat use by elk were investigated in the central Coast Range of Oregon.  Roads affected distributions most during calving and hunting seasons, and elk were not as affected by spur (dirt or gravel) roads than paved roads.  Authors recommend road closures during rut and calving seasons to reduce harassment of elk.

sort criteria:  elk, roads, forested, quantitative, research-based, Oregon

**Wyoming Game & Fish Department.**  1976.  Considerations for wildlife in industrial development and reclamation.  Cheyenne, Wy.

Mitigation and monitoring considerations for protecting wildlife and wildlife habitat with regard to industrial development were presented.  Habitat development and reclamation were examined and recommendations were provided for specific habitat types (e.g., shrubland, rimrocks, etc.), and for individual wildlife species (e.g., mule deer, pronghorn, etc.).

sort criteria:  sage-grouse, mule deer, pronghorn, elk, bighorn sheep, wildlife, sagebrush, qualitative, prescriptive, mitigation, Wyoming

## SHARP-TAILED GROUSE

**Baydack**, R.K., and D.A. Hein.  1987.  Tolerance of sharp-tailed grouse to lek disturbance.  Wildlife Society Bulletin 15:535-539.

Human activity and its effects on sharp-tailed grouse were examined from March 1984 to May 1985 in southwestern Manitoba, Canada.  " Mean displacement distance of sharptail males from individual leks ranged from 240 to 765 m during all human disturbances . . ."  Female sharp-tailed grouse were not observed at leks during disturbances, which could indicate limited reproductive opportunities.

sort criteria:  sharp-tailed grouse, human activity, grassland, quantitative, research-based, Canada

196

BLM_0075249

**Berger**, M.T., R. Whitney, and D. Antoine. 2004. Columbian sharp-tailed grouse management on the Colville Indian Reservation. Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee. Wenatchee, Wa. Abstract only.

Protection, restoration, and enhancement of Columbian sharp-tailed grouse and their habitat were examined in Washington. Expert opinion, data, and past studies were reviewed to design a method to restore and conserve sharp-tailed grouse and associated habitats.

sort criteria: sharp-tailed grouse, mitigation, quantitative, research-based, prescriptive, Washington

**Colorado Division of Wildlife.** 2008. Colorado Division of Wildlife's Actions to minimize adverse impacts to wildlife resources – Draft – August 18, 2008

The purpose of this document is to enumerate potential actions that may avoid, minimize, and/or mitigate adverse impacts of oil and gas operations on Colorado's wildlife resources.

sort criteria: sage-grouse, wildlife, oil and gas, mitigation, qualitative, research-based, prescriptive, Colorado

**Giesen**, K.M., and J.W. Connelly. 1993. Guidelines for management of Columbian sharp-tailed grouse habitats. Wildlife Society Bulletin 21:325-333.

Breeding complexes (leks and nesting areas) are typically located on land surfaces that are higher than the surrounding area and ". . . include all lands within a 2-km radius of lek sites, because most nesting occurs within this area." Habitat alterations such as grazing and herbicide spraying have negative effects on sharp-tailed grouse, while prescribed burning and chaining can be beneficial. When disturbances cannot be avoided within the breeding complex, restrictions should include: prohibiting "physical, mechanical, and audible disturbances within the breeding complex during breeding season (Mar-Jun)" and avoiding "manipulation or alteration of vegetation within the breeding complex during the nesting period (May-Jun)."

sort criteria: sharp-tailed grouse, sagebrush, sagebrush treatment, quantitative, prescriptive, western U.S.

**Greer**, R.D. 2004. Columbian sharp-tailed grouse: distribution, status, habitat use, and population dynamics in Utah. Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee. Wenatchee, Wa. Abstract only.

Habitat use and population distribution of Columbian sharp-tailed grouse is being investigated in Utah. "Defining population trends and identifying previously unknown

197

BLM_0075250

populations in historic ranges is being done.  Habitat improvement projects are being implemented and monitored."

sort criteria:  sharp-tailed grouse, quantitative, research-based, Utah

**Hemmer**, L.G.  2004.  Conservation Reserve Program:  effects of capping enrollment.  Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, Wa.  Abstract only.

The federal Conservation Reserve Program (CRP) supports many bird, reptile, and mammal species including sage-grouse and sharp-tailed grouse.  "Most leks and nests in north-central Washington are located in CRP or in areas dominated by CRP."  One questionable CRP rule limits enrollment to 25% of total cropland in a county.

sort criteria:  sage-grouse, sharp-tailed grouse, mitigation, qualitative, prescriptive, Washington

**Klott**, J.H., and F.G. Lindzey.  1990.  Brood habitats of sympatric sage grouse and Columbian sharp-tailed grouse in Wyoming.  Journal of Wildlife Management 54:84-88.

A comparison of habitats in south-central Wyoming used by sage-grouse and Columbian sharp-tailed grouse was presented.  "Sage-grouse broods occurred most often (68%) in sagebrush (*Artemisia* spp.)-grass and sagebrush-bitterbrush (*Purshia tritentata*) habitats, whereas sharp-tailed grouse broods occurred most often (73%) in mountain shrub and sagebrush-snowberry (*Symphoicarpos oreophilus*) habitats."  No difference was found between sage-grouse and sharp-tailed grouse brood sites in regard to total shrub cover, sagebrush cover, or sagebrush canopy.  Management suggestions included constraining vegetation treatments to narrow strips (< 30 m) and reduction of livestock grazing.

sort criteria:  sage-grouse, sharp-tailed grouse, sagebrush treatment, sagebrush, quantitative, research-based, Wyoming

**Leupin**, E., and D. Jury.  2004.  Columbian sharp-tailed grouse in British Columbia:  status and conservation efforts.  Western Agencies Sage and Columbian Sharp-tailed Grouse Technical Committee.  Wenatchee, Wa.  Abstract only.

Loss and degradation of native climax grasslands are the major factors responsible for the decline of Columbian sharp-tailed grouse in British Columbia.  Sharp-tailed grouse also inhabit large burn areas and cut block habitats associated with sedge-meadow complexes.  "… little is known regarding population status and distribution of birds in sedge meadow/cutover habitats.  Preliminary inventory work in the spring of 2004 in the cutover habitats suggests that these populations may be abundant and wide spread."

198

BLM_0075251

sort criteria: sharp-tailed grouse, grassland, quantitative, research-based, Canada

**Manville**, A.M., II. 2004. Prairie grouse leks and wind turbines: U.S. Fish and Wildlife Service justification for a 5-mile buffer from leks; additional grassland songbird recommendations. Division of Migratory Bird Management, USFWS, Arlington, VA, peer-reviewed briefing paper. 17 pp.

This briefing paper provides justification for the Service's recommendation for a 5-mile buffer from occupied prairie grouse leks (prairie chickens, sharp-tailed grouse and sage-grouse).

sort criteria: sage-grouse, sharp-tailed grouse, **wind turbines**, roads, powerlines, human activity, fragmentation, qualtitative, research-based

**Paige**, C., and S.A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, ID.

Recommendations are presented for land management practices to help bird communities in sagebrush habitats. Shrubland and shrub-dependent bird species have declined 63% across the U.S. "Sagebrush obligates include the sage sparrow, Brewer's sparrow, sage thrasher, sage-grouse, pygmy rabbit, sagebrush vole, sagebrush lizard, and pronghorn. Management guidelines are classified using different scales (landscape, stand, and patch). The level of effects on birds ranges from populations to individuals and pairs. A summary of bird management goals and recommendations is provided.

sort criteria: sage-grouse, sharp-tailed grouse, raptors, sagebrush obligates, non-game birds, oil & gas, agriculture, human activity, sagebrush, quantitative, prescriptive, western U.S.

**Saab**, V.A., and J.S. Marks. 1992. Summer habitat use by Columbian sharp-tailed grouse in western Idaho. Great Basin Naturalist 52:166-173.

Summer habitat use by Columbian sharp-tailed grouse in western Idaho was examined from 1983-85. Grouse used big sagebrush cover type more in proportion to any of 8 other cover types in the study area. Characteristics of the big sagebrush cover type included: "… moderate vegetative cover, high plant species diversity, and high structural diversity." Grouse selected areas least modified by livestock grazing. Authors suggest protecting habitats within 2.5 km of dancing grounds.

sort criteria: sharp-tailed grouse, agriculture, sagebrush quantitative, research-based, Idaho

**Vander Haegen**, W.M., M.A. Schroeder, and R.M. Degraaf. 2002. Predation on real and artificial nests in shrubsteppe landscapes fragmented by agriculture. Condor 104:496-506.

BLM_0075252

Artificial nests were monitored to examine effects of fragmentation, distance to edge, and vegetation cover on nest predation rates, as well as to identify predators of grouse and passerines. Nests in fragmented landscapes were approximately 9 times more likely to be depredated than nests in continuous landscapes. Predation rate was 26% for artificial nests. Nest-sites with greater vegetation coverage were less likely to be depredated.

sort criteria: sage-grouse, sharp-tailed grouse, non-game birds, sagebrush obligates, agriculture, fragmentation, sagebrush, grassland, quantitative, research-based, Washington

**Waage**, B.C. 1989. Sharp-tailed grouse lek (dancing ground) establishment on reclaimed mined lands. Pages 116-122 in Proceedings IV: Issues and Technology in the Management of Impacted Wildlife. Thorne Ecological Institute, Boulder, Co.

Establishment of sharp-tailed grouse leks on reclaimed mine lands was examined in southeastern Montana. Acoustical luring was successful at 2 of 3 experimental sites, however permanent lek establishment was not achieved. One lek established within auditory distance of the luring locations was successful with an average male attendance of 15 grouse. "Grouse have established leks on reclaimed lands at densities that meet or exceed pre-mined conditions."

sort criteria: sharp-tailed grouse, mining, sagebrush, quantitative, research-based, Montana

BLM_0075253

## MOOSE

**Altman**, M.  1958.  The flight distance in free-ranging big game.  Journal of Wildlife Management 22(2):207-209.

Distances moose and elk fled from human intruders were investigated in Wyoming. Reactions were quite varied depending on species, sex, season (e.g. parturition, mating, hunting, etc.), and acclimation to human presence (e.g. tourists, fishermen, etc.).  Flight distances ranged from a low of 10 feet for both cows and bulls during rut to a maximum of 300 feet for both sexes during hunting season.

sort criteria:  moose, elk, human activity, quantitative, research-based, Wyoming

**Kuck**, L.  1986.  The impacts of phosphate mining on big game in Idaho:  a cooperative approach to conflict resolution.  Transactions of the 51st North American Wildlife and Natural Resources Conference 51:90-97.

Evaluation of impacts of phosphate mining on big game in Idaho was the objective of this study.  "Results of this study indicate that elk, deer and moose may be capable of adapting to many phosphate mining activities in southeastern Idaho, but cannot compensate for disturbance on important seasonal ranges or for increased mortality associated with industrial development."

sort criteria:  mule deer, elk, moose, mining, forested, grassland, quantitative, research-based, Idaho

**Oedekoven**, O.O., and F.G. Lindzey.  1987.  Winter habitat-use patterns of elk, mule deer, and moose in southwestern Wyoming.  Great Basin Naturalist 47:638-643.

Mule deer, elk, and moose winter habitat use patterns were examined in southwestern Wyoming.  Mule deer used sagebrush extensively, moose favored aspen, willow, and mixed-shrub vegetation, and elk preferred alpine grass/moss vegetation.  Elk and mule deer showed a preference for areas with mild snow conditions, whereas moose were often observed in areas with deep snow.  "Our results suggested that although deer, elk, and moose often used the same areas, they selected differing habitats within shared areas."

sort criteria:  mule deer, elk, moose, sagebrush, quantitative, research-based, Wyoming

**PIC Technologies** and Bureau of Land Management, Pinedale Field Office.  1999.  Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project.  Bureau of Land Management, Pinedale, Wyoming, USA.

BLM_0075254

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented.  The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in the SS alternative.  The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria:  sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming

**Rudd**, L.T.  1985.  Wintering moose vs. oil/gas activity in western Wyoming.  Alces  21:279-298.

Moose responses to activities associated with oil and gas development were examined in western Wyoming during winters of 1981-82 and 1982-83.  Approximately 55 oil company trucks traveled an access road daily both winters, and recreationists (snowmobilers, skiers, hunters, and snowshoers) also used the plowed road.  Average approach distances causing moose to escape were:  15.6 m from trucks, 9.7 m from snowmobiles, and 15.3 m from snowshoers/skiers.  The average distances of moose displacement were:  156 m when disturbed by trucks, 54.7 m when disturbed by snowmobiles, and 74.5 m when disturbed by snowshoers/skiers.  Preferred moose habitat should be avoided when areas are selected for placement of oilrig access roads.

sort criteria:  moose, oil & gas, roads, forested, riparian, quantitative, research-based, Wyoming

**Rudd**, L.T.  1986.  Winter relationships of moose to oil and gas development in western Wyoming.  M.S. Thesis, University of Wyoming, Laramie.

Impacts to wintering moose, resulting from oil and gas activity in northwestern Wyoming were examined.  Approximately 55 oil company trucks/day traveled the plowed access road (no roads in the area were plowed prior to drilling).  Winter recreationists also used the roads.  The mean distance moose moved away from trucks was 15.5 m, from snowmobiles 9.7 m, and from skiers/snowshoers 15.3 m.  The author states "… access roads should not be placed within 800 m of moose winter habitat."

sort criteria:  moose, oil & gas, roads, forested, quantitative, research-based, Wyoming

**Strickland**, D.  1999.  Petroleum development versus wildlife in the overthrust  Transactions of the North American Wildlife and Natural Resources Conference  64:28-35.

Controversies concerning impacts to wildlife from petroleum development in Wyoming are discussed.  To date (1999) an estimated 2,100 producing oil and gas wells are located in

BLM_0075255

southwestern Wyoming, with a large potential for further development.  The BLM (Bureau of Land Management) estimates an additional 4,837 wells will be developed.  Since 1984, 24,112 acres of habitat has been lost due to oil and gas development, and an additional 53,000 acres would be disturbed by future development from direct impacts (e.g., roads, pipelines, etc.).  "The potential area of direct and indirect disturbance is 2.7 million acres, or approximately 16 percent of southwestern Wyoming."  Author suggests the BLM modify its leasing strategy using long-range and strategic planning with an adaptive approach.

sort criteria:  elk, bighorn sheep, moose, pronghorn, mule deer, sage-grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming


## BIGHORN SHEEP


**Hicks**, L.L., and J.M. Elder.  1979.  Human disturbance of Sierra Nevada bighorn sheep.  Journal of Wildlife Management  43(4):909-915.

Human/bighorn sheep interactions were observed during summer (1976) in the Sierra Nevada Mountains of California.  Bighorn populations were not adversely affected by human encounters.  Meadows used by humans were typically avoided by bighorns because of differences in vegetation composition rather than human presence.

sort criteria:  bighorn sheep, human activity, alpine meadow, quantitative, research-based, California


**Hook**, D.L.  1986.  Impacts of seismic activity on bighorn movements and habitat use.  Biennial Symposium of the Northern Wild Sheep and Goat Council 5:292-297.

Impacts of seismic activity on bighorn sheep were evaluated along the Rocky Mountain Front in Montana.  Average annual home range size declined from 25.9 to 18.6 square miles (28% decrease) then increased to 29.7 square miles following disturbance.  Helicopter activity was apparently responsible for bighorn abandonment of a large portion of their fall range.  Increased energy expenditure could result in lower winter survival rates and decreased reproductive success.  The author recommends termination of oil and gas activities after September 15 each year.

sort criteria:  bighorn sheep, seismic activity, mountain grasslands, quantitative, research-based, Canada


**MacArthur**, R.A., V. Geist, and R.H. Johnston.  1982.  Cardiac and behavioral responses of mountain sheep to human disturbance.  Journal of Wildlife Management 46(2):351-358.

BLM_0075256

Heart rates (HR) and behavioral responses of mountain sheep to human activity were examined in southwestern Alberta, Canada. Strongest reactions by sheep occurred when approached by a person with a dog, or when approached from over a ridge. Road traffic produced minimal reaction with only 8.8% of vehicle passes eliciting HR responses. Management recommendations included, restricting human activities to roads and trails, and discouraging the presence of dogs on sheep ranges.

<u>sort criteria</u>: bighorn sheep, human activity, quantitative, research-based, Canada

**Mead**, D.A., and L.E. Morgantini. 1988. Drilling in sheep country: gas development at Prairie Bluff, Alberta. Biennial Symposium of the Northern Wild Sheep and Goat Council 6:165-167.

Impacts of industrial activity on bighorn sheep were investigated in southwestern Alberta. Some preliminary results indicated road and well-site construction activities temporarily displaced bighorns, but animals quickly returned to the area when construction ended. Also, helicopter activity caused more disturbance than blasting, heavy machinery or human activity.

<u>sort criteria</u>: bighorn sheep, oil & gas, quantitative, research-based, Canada

**Morgantini**, L.E., and E. Bruns. 1988. Attraction of bighorn sheep to wellsites and other man-made mineral licks along the eastern slopes of Alberta: a management concern. Biennial Symposium of the Northern Wild Sheep and Goat Council 6:135-140.

The attraction of bighorn sheep to man-caused mineral licks was investigated in west-central Alberta. "On all wellsites, bighorn sheep licked and ate soil containing minerals used during gas well drilling and testing. Sodium appeared to be the major attraction." Management concerns included: crowding, range depletion, altered distribution, tameness, toxic chemicals, and hunting. Authors recommended permanent fencing around the entire site as the only effective mitigation practice.

<u>sort criteria</u>: bighorn sheep, oil & gas, forested, mountain grasslands, quantitative, research-based, Canada

**Morgantini**, L.E., and B.W. Worbets. 1988. Bighorn use of a gas wellsite during servicing and testing: a case study of impact and mitigation. Biennial Symposium of the Northern Wild Sheep and Goat Council 6:159-164.

This case study investigated the impacts to bighorn sheep at a gas wellsite in west-central Alberta. Mitigation actions were also evaluated. The attraction of bighorns to mineral deposits on wellsites can alter distribution and movement patterns, and expose animals to potentially toxic chemicals. Active harassment was unsuccessful in keeping bighorns from

204

BLM_0075257

wellsites.  Extensive baiting and actively herding bighorns away from the wellsite was successful, but this approach should not be considered "the answer" in all situations.

sort criteria:  bighorn sheep, oil & gas, forested, mountain grasslands, quantitative, research-based, prescriptive, Canada

**Morgantini**, L.E., and D.A. Mead.  1990.  Industrial development on prime bighorn sheep range in southwest Alberta.  Biennial Symposium of the Northern Wild Sheep and Goat Council 7:56-66.

Bighorn sheep distribution and behavior were examined before and during construction activities of 2 gas wells in southwest Alberta.  Helicopter activity caused an increased level of alertness with reactions ranging from interrupted feeding to panic fleeing.  In general, construction activities did not seem to significantly impact bighorn movements or distribution.  However, the attraction to materials used during industrial operations could be a potential problem, which may affect bighorn distribution and expose animals to potentially toxic chemicals.

sort criteria:  bighorn sheep, oil & gas, mountain grasslands, quantitative, research-based, Canada

**Strickland**, D.  1999.  Petroleum development versus wildlife in the overthrust.  Transactions of the North American Wildlife and Natural Resources Conference  64:28-35.

Controversies concerning impacts to wildlife from petroleum development in Wyoming are discussed.  To date (1999) an estimated 2,100 producing oil and gas wells are located in southwestern Wyoming, with a large potential for further development.  The BLM (Bureau of Land Management) estimates an additional 4,837 wells will be developed.  Since 1984, 24,112 acres of habitat has been lost due to oil and gas development, and an additional 53,000 acres would be disturbed by future development from direct impacts (e.g., roads, pipelines, etc.).  "The potential area of direct and indirect disturbance is 2.7 million acres, or approximately 16 percent of southwestern Wyoming."  Author suggests the BLM modify its leasing strategy using long-range and strategic planning with an adaptive approach.

sort criteria:  elk, bighorn sheep, moose, pronghorn, mule deer, sage-grouse, oil & gas, sagebrush, qualitative, prescriptive, Wyoming

**Weisenberger**, M.E., P.R. Krausman, M.C. Wallace, D.W. DeYoung, and E.O. Maughan.  1996.  Effects of simulated jet aircraft noise on heart rate and behavior of desert ungulates.  Journal of Wildlife Management 60(1):52-61.

The effects of simulated low-altitude jet aircraft noise on the behavior and heart rate of mule deer and mountain sheep in Arizona were evaluated.  "The heart rates of ungulates increased

205

related to dB levels during simulated overflights (P ≤ 0.05), but they returned to pre-disturbance levels in 60-180 seconds.  Animal behavior also changed during overflights but returned to pre-disturbance conditions in < 252 seconds (P ≤ 0.005).  All animal responses decreased with increased exposure suggesting that they habituated to simulated sound levels of low-altitude aircraft."

sort criteria:  mule deer, bighorn sheep, noise, quantitative, research-based, Arizona

**Wyoming Game & Fish Department.**  1976.  Considerations for wildlife in industrial development and reclamation.  Cheyenne, Wy.

Mitigation and monitoring considerations for protecting wildlife and wildlife habitat with regard to industrial development were presented.  Habitat development and reclamation were examined and recommendations were provided for specific habitat types (e.g., shrubland, rimrocks, etc.), and for individual wildlife species (e.g., mule deer, pronghorn, etc.).

sort criteria:  sage-grouse, mule deer, pronghorn, elk, bighorn sheep, wildlife, sagebrush, qualitative, prescriptive, mitigation, Wyoming


## RAPTORS


**Anderson**, D.E., O.J. Rongstad, and W.R. Mytton.  1990.  Home-range changes in raptors exposed to increased human activity levels in southeastern Colorado.  Wildlife Society Bulletin 18:134-142.

An assessment of home-range changes due to increased human activity levels was conducted in southeastern Colorado.  Raptors exposed to high levels of human activity shifted their home-range centers and activity areas, moved outside areas normally used, and increased the size of the area they used.  Birds not exposed to human activity did not exhibit these changes to the same extent.  Repeated or prolonged disturbance could increase energy costs for raptors, reproductive productivity could decrease with changes in home range, and community composition may change with less tolerant species declining.

sort criteria:  raptors, human activity, grasslands, quantitative, research-based, Colorado

**Fitzner**, R.E.  1986.  Responses of birds of prey to large-scale energy development in southcentral Washington.  Pages 287-294 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Nesting ecology of raptors and the common raven was investigated at the U.S. Department of Energy's Hanford Site in south-central Washington.  Power poles provided nesting sites for

BLM_0075259

red-tailed hawks and ravens in areas lacking nesting structures.  However, Swainson's hawks were totally dependent on trees for nesting.  Several Swainson's hawk nests located within 1.5 km of construction activity were deserted.  The author suggests that planting trees could increase Swainson's hawk nesting densities.

<u>sort criteria</u>:  raptors, powerlines, machine activity, quantitative, research-based, Washington

**George**, W.G.  1974.  Domestic cats as predators and factors in winter shortages of raptor prey.  Wilson Bulletin 86:384-396.

The impact of domestic cats on raptor prey was investigated in southern Illinois.  Three cats were monitored to determine their predatory success, and the type and number of prey caught.  "Annually, from March through November, the cats removed from each acre of their combined home range (25 acres) an average of over 27 mammals-and-fetuses, of which 22.2 per acre were microtines."  Predation by domestic cats could result in depleted winter populations of prey for raptors.

<u>sort criteria</u>:  raptors, agricultural lands, quantitative, research-based, Illinois

**Hayden-Wing Associates.**  1991b.  Review and evaluation of the effects of geophysical exploration on some wildlife species in Wyoming.  Unpublished Report for Geophysical Acquisition Workshop.  Laramie, Wy.

A review of previous studies on the effects of geophysical exploration on pronghorn, mule deer, elk, raptors, and sage-grouse was presented.  The information examined indicated that big game are temporarily affected by seismic exploration causing increased energy expenditure and utilization of sub-optimal habitats.  Characteristics for evaluating potential sage-grouse nesting habitat in relation to proposed oil and gas development included:  "1) distance relationships to leks, 2) presence, distance, and characteristics of existing disturbances, 3) characteristics of shrubs and vegetation that could serve in nest concealment and nest-site selection, and 4) distance to water and to potential brood-rearing areas."  Mitigation strategies for protecting raptor-nesting habitat were also presented.

<u>sort criteria</u>:  sage-grouse, raptors, pronghorn, mule deer, elk, oil & gas, seismic exploration, sagebrush, quantitative, research-based, Wyoming

**Holmes**, T.L., R.L. Knight, L. Stegall, and G.R. Craig.  1993.  Responses of wintering grassland raptors to human disturbance.  Wildlife Society Bulletin 21:461-468.

Effects of human disturbance upon wintering grassland raptors were investigated during the winters of 1990-91 and 1991-92 in northeastern Colorado.  "Kestrels, merlins, rough-legged hawks, ferruginous hawks, and golden eagles were more likely to flush when approached by a human on foot than an automobile . . ., but prairie falcons (*F. mexicanus*) were equally

BLM_0075260

sensitive to both disturbance types." Authors suggested maintaining buffer zones of 75 m for American kestrels, 125 m for merlins, 160 m for prairie falcons, 210 m for rough-legged hawks, 140 m for ferruginous hawks, and 300 m for golden eagles would prevent flushing approximately 90% of the time.

sort criteria: raptors, human activity, grassland, quantitative, research-based, Colorado

**Holthuijzen**, A.M.A., W.G. Eastland, A.A. Ansell, M.N. Kochert, R.D. Williams, and L.S. Young. 1990. Effects of blasting on behavior and productivity of nesting prairie falcons. Wildlife Society Bulletin 18:270-281.

Effects of construction/mining activities (blasting) upon prairie falcons were investigated in southwestern Idaho. Falcons behaviorally reacted to blasting 54% of the time. Incubating and brooding falcons flushed from aeries 22% of the time. The behavior of falcons exposed to experimental blasting was similar to that of control falcons (exposed to construction blasting). Authors recommend avoiding blasting within 125 m of prairie falcon aeries, and restricting blasting to greater distances if noise levels exceed 140dB at the aerie. No more than 3 blasts per day or 90 blasts during the nesting season should take place.

sort criteria: raptors, mining, seismic exploration, sagebrush, quantitative, research-based, Idaho

**Kennedy**, P.L. 1980. Raptor baseline studies in energy developments. Wildlife Society Bulletin 8:129-135.

The current status of raptor baseline programs associated with energy development projects was reviewed. Justifications for studying raptors include: industrial impacts could accelerate decline of species that are threatened or endangered, and raptors are indicators of environmental contamination because of their position in food chains. Long-term, site-specific studies are recommended to improve raptor baseline programs.

sort criteria: raptors, oil & gas, roads, qualitative, prescriptive, western U.S.

**Knight**, R.L., and J.Y. Kawashima. 1993. Responses of raven and red-tailed hawk populations to linear right-of ways. Journal of Wildlife Management 57:266-271.

The relationship between linear right-of-ways and raven and red-tailed hawk populations was examined in the Mojave Desert of California. Ravens were more common along highway and powerline transects than control areas (i.e. no linear right-of-ways within 3.2 km). Carrion provided by vehicles was the probable reason for the abundance of ravens along highways. Red-tailed hawks were most abundant along powerlines, which provide superior perch and nesting sites. Authors suggest land managers monitor sensitive prey species

BLM_0075261

populations to determine if linear right-of-ways increase predator populations to undesirable numbers.

sort criteria:  raptors, non-game birds, roads, powerlines, desert shrubland, quantitative, research-based, California

**Krementz**, D.G., and J.R. Sauer. 1982.  Avian communities on partially reclaimed mine spoils in south-central Wyoming.  Journal of Wildlife Management 46:761-765.

Differences in avian community structure between a reclaimed mine site and a native shrub-steppe were investigated in south-central Wyoming.  Composition, abundance, and diversity between sites were likely due to variation in habitat structure.  Foliage-gleaning omnivores were virtually absent from the reclaimed site, however ground-gleaning omnivores and insectivores were common.  "The absence of nesting by all species except the horned lark indicates that the reclamation treatments did not fulfill nesting requirements of northern desert shrub-steppe avifauna."  Authors suggest "… future reclamation plans should emphasize prompt reintroduction of sagebrush and other species that provide nesting habitat."

sort criteria:  sage-grouse, raptors, non-game birds, mining, sagebrush, quantitative, research-based, Wyoming

**Luckenbach**, R.A.  1978.  An analysis of off-road vehicle use on desert avifaunas.  North American Wildlife Conference 43:157-162.

The impact of off-road vehicle (ORV) use on desert birds was investigated.  ORVs can directly and indirectly affect birds by nest destruction, direct mortality, harassment, noise, and habitat alteration.  Destruction or elimination of plants can affect limited available winter food resources.  The preferred management alternative was to concentrate ORV activities to areas already impacted.

sort criteria:  non-game birds, raptors, human activity, ORVs, desert, quantitative, research-based, mitigation, southwestern U.S.

**McAdoo**, J.K., G.A. Acordagoita, and C.R. Aarstad.  1989.  Reducing impacts of hard-rock mining on wildlife in northern Nevada.  Pages 95-97 in Proceedings IV:  Issues and Technology in the Management of Impacted Wildlife.  Thorne Ecological Institute, Boulder, Co.

Reduction of wildlife impacts from mineral exploration in northern Nevada was examined.  Mitigation actions included:  minimizing erosion through the use of sediment catchment basins, silt screens, and seeding of road cuts and fill slopes, minimizing construction activity near raptor nests, avoiding aspen wildlife habitat, using culverts for crossing trout streams,

BLM_0075262

and monitoring ground and surface water.  Offsite mitigation and concurrent reclamation efforts were also evaluated.

sort criteria:  wildlife, mule deer, sage-grouse, raptors, mining, sagebrush, riparian, qualitative, prescriptive, mitigation, Nevada


**Morton**, P., C. Weller, J. Thomson, M. Haefele, and N. Culver.  2004.  Drilling in the Rocky Mountains:  How much and at what cost?  The Wilderness Society, Washington, D.C.

An analysis examining the impacts associated with large-scale energy development determined that significant fragmentation of wildlife habitat occurs with development activities.  Non-market costs of drilling included "erosion, loss of wildlife and fish habitat, decline in quality of recreational experiences, proliferation of noxious weeds, and increased air and water pollution."  A habitat fragmentation analysis of the Big Piney-LaBarge oil and gas field (in northwestern Wyoming) produced results indicating " a direct physical footprint of 1,400 miles of linear features and 3.8 square miles of polygon features, resulting in an overall density of 8.43 miles of roads and pipelines per mile[2]."  Also, 97% of the area falls within ¼ mile of some infrastructure and only 27% of the study area was more than 500 feet from infrastructure, with only 3% more than ¼ mile away.

sort criteria:  sage-grouse, mule deer, pronghorn, elk, raptors, non-game birds, fish, wildlife, oil & gas, fragmentation, quantitative, research-based, prescriptive, western U.S.


**Paige**, C., and S.A. Ritter.  1999.  Birds in a sagebrush sea:  managing sagebrush habitats for bird communities.  Partners in Flight Western Working Group, Boise, ID.

Recommendations are presented for land management practices to help bird communities in sagebrush habitats.  Shrubland and shrub-dependent bird species have declined 63% across the U.S.  "Sagebrush obligates include the sage sparrow, Brewer's sparrow, sage thrasher, sage-grouse, pygmy rabbit, sagebrush vole, sagebrush lizard, and pronghorn.  Management guidelines are classified using different scales (landscape, stand, and patch).  The level of effects on birds ranges from populations to individuals and pairs.  A summary of bird management goals and recommendations is provided.

sort criteria:  sage-grouse, sharp-tailed grouse, raptors, sagebrush obligates, non-game birds, oil & gas, agriculture, human activity, sagebrush, quantitative, prescriptive, western U.S.


**Phillips**, R.L., D.E. Biggins, and A.B. Hoag.  1986.  Coal surface mining and selected wildlife – a 10-year case study near Decker, Montana.  Pages 235-245 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

BLM_0075263

Mule deer, pronghorn, sage-grouse, and golden eagles were monitored to determine their responses to mining activities in southeastern Montana and northern Wyoming. "Mule deer and pronghorn populations thrived throughout the study period despite increasing mining activity and human disturbance." Sage-grouse habitat was lost, but mitigation efforts (e.g., relocation of a lek) seemed to be successful. Golden eagle numbers remained relatively stable. Four nesting pairs near active mines had a 10-year nesting success of 67.5% compared to 56.6% for pairs nesting elsewhere on the study area. "If the primary post mining land use is wildlife, permanent reclamation can be designed to maximize the mixture of plant species and thereby provide greater habitat diversity than native prairie."

sort criteria:  sage-grouse, mule deer, pronghorn, raptors, mining, sagebrush, quantitative, research-based, Wyoming, Montana, mitigation

**PIC Technologies** and Bureau of Land Management, Pinedale Field Office. 1999. Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project. Bureau of Land Management, Pinedale, Wyoming, USA.

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented. The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in the SS alternative. The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria:  sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming

**Rich**, T.D. 1986. Habitat and nest-site selection by burrowing owls in the sagebrush steppe of Idaho. Journal of Wildlife Management 50:548-555.

Topography and vegetation around burrowing owl nest sites in south-central Idaho were examined. Seventy-nine percent of burrows were located on slopes ≤ 10°, and cover within 50 m of occupied burrows was principally cheatgrass with large areas of bare ground. "Burrowing owls may be one of only a few avian species that benefit from substantially disturbed habitat in the sagebrush steppe. Cover within 50 m of the burrow in this study indicated sites had been disturbed by fire and grazing." Burrowing owls (in this study) did not occupy continuous, dense stands of sagebrush (10-35% canopy cover).

sort criteria:  non-game birds, raptors, sagebrush, quantitative, research-based, Idaho

**Steenhof**, K., M.N. Kochert, and J.A. Roppe. 1993. Nesting by raptors and common ravens on electrical transmission line towers. Journal of Wildlife Management 57:271-281.

BLM_0075264

Nesting populations of raptors and ravens in southeastern Idaho and Oregon were monitored to assess the effectiveness of transmission line towers as nesting substrates.  Birds used all types of towers, but preferred towers with dense latticework.  Between 1983 and 1989 nesting success "… in the eastern study area averaged 65% for golden eagles, 83% for ferruginous hawks, 74% for red-tailed hawks, and 86% for ravens."  Nesting success on towers was similar to or higher than on surrounding natural substrates for both raptors and ravens.

sort criteria:  raptors, non-game birds, powerlines, quantitative, research-based, Idaho

**White**, C.M., and T.L. Thurow.  1985.  Reproduction of ferruginous hawks exposed to controlled disturbance.  Condor 87:14-22.

Nesting success and behavior of ferruginous hawks, in response to disturbance, were examined in south-central Idaho during the breeding/nesting seasons of 1978 and 1979.  Disturbances associated with land development were simulated near treated nests.  Numbers of young fledged were significantly different between treated and undisturbed nests:  ". . . control nests fledged, on average, one young more than successful nests that we disturbed or twice as many young if all disturbed nests are considered."  The difference between successful disturbed and control nests was 1.16 young per nesting attempt.  Adults did not flush 90% of the time when human activity was restricted to a distance greater than 250m.

sort criteria:  raptors, human activity, equipment activity, sagebrush, quantitative, research-based, Idaho

## NONGAME BIRDS

**Braun**, C.E., M.F. Baker, R.L. Eng, J.W. Gaswiler, and M.H. Schroeder.  1976.  Conservation committee report on the effects of alteration of sagebrush communities on the associated avifauna.  Wilson Bulletin 88:165-171.

Relevant data were reviewed in the mid-1970s to assess the effects reducing sagebrush have on associated avifauna (notably sagebrush obligates).  Based on estimates, at least 10% of sagebrush rangelands had been altered in the west at that time.  "Development of energy resources, especially coal, will have major impacts on sagebrush communities and dependent avifauna for at least the next 40 years."  Recommendations include, confining sagebrush alteration to small areas of 16 ha or less, and scheduling sagebrush control programs to avoid bird nesting seasons.

sort criteria:  sage-grouse, sagebrush obligates, non-game birds, sagebrush treatment, sagebrush, quantitative, prescriptive, western U.S.

BLM_0075265

**Ingelfinger**, R.M.  2001.  The effects of natural gas development on sagebrush steppe passerines in Sublette County, Wyoming.  M.S. Thesis, University of Wyoming, Laramie.

Impacts of natural gas development on passerines were evaluated in northwestern Wyoming. Songbird densities were reduced by 50% within 100 m of roads.  Traffic disturbance and a shift in species composition were associated with declines.   Sagebrush obligate bird density was lower within 100 m of roads (66% of observations) with 81% of observations beyond 100 m.  Horned lark abundance was higher near roads (31% of observations) than beyond the 100 m zone (16% of observations).  "While a 50% reduction in sagebrush obligate bird density along a single road may not be biologically significant, the effect of the construction of multiple roads within a single development area can be substantial."

sort criteria:  sagebrush obligates, non-game birds, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming

**Knick**, S.T., and J.T. Rotenberry.  1995.  Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds.  Conservation Biology 9:1059-1071.

Breeding distributions of sage sparrows, Brewer's sparrows, sage thrashers, horned larks, and western meadowlarks were studied in relation to local and landscape-scale attributes of fragmented habitats in southwestern Idaho.  Total shrub cover and abundance of sagebrush were important for shrub-obligate species such as, sage thrashers and sage and Brewer's sparrows.  However, horned larks and western meadowlarks (grassland species) were influenced mainly by lack of large expanses of shrub cover.  The three shrub-obligate species were ". . . more likely to return to sites that had high shrub cover (particularly sagebrush) and low disturbance, combined with large patch sizes and high within-site spatial similarity."

sort criteria:  sagebrush-obligates, non-game birds, fragmentation, sagebrush, quantitative, research-based, Idaho

**Knick**, S.T., and J.T. Rotenberry.  2000.  Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds.  Ecology 81:220-227.

The effects on passerines to wildfires converting shrublands into exotic annual grasslands in southwestern Idaho were evaluated.  "Horned larks, Western Meadowlarks, and Brewer's Sparrows, but not Sage Thrashers or Sage Sparrows, were positively correlated with decreased habitat richness and increased spatial homogeneity at large spatial scales, which have greater inherent stability or persistence for either shrubland or grassland habitats relative to more heterogeneous landscapes."  Highly fragmented shrublands within a grassland matrix are more susceptible to wildfire and cheatgrass invasion than large shrubland patches.  Non-spatial habitat variables were insignificant in relation to abundance of passerines.

BLM_0075266

<u>sort criteria</u>:  non-game birds, sagebrush obligates, fragmentation, fire, sagebrush, quantitative, research-based, Idaho

**Knight**, R.L., and J.Y. Kawashima.  1993.  Responses of raven and red-tailed hawk populations to linear right-of ways.  Journal of Wildlife Management 57:266-271.

The relationship between linear right-of-ways and raven and red-tailed hawk populations was examined in the Mojave Desert of California.  Ravens were more common along highway and powerline transects than control areas (i.e. no linear right-of-ways within 3.2 km).  Carrion provided by vehicles was the probable reason for the abundance of ravens along highways.  Red-tailed hawks were most abundant along powerlines, which provide superior perch and nesting sites.  Authors suggest land managers monitor sensitive prey species populations to determine if linear right-of-ways increase predator populations to undesirable numbers.

<u>sort criteria</u>:  raptors, non-game birds, roads, powerlines, desert shrubland, quantitative, research-based, California

**Krementz**, D.G., and J.R. Sauer. 1982.  Avian communities on partially reclaimed mine spoils in south-central Wyoming.  Journal of Wildlife Management 46:761-765.

Differences in avian community structure between a reclaimed mine site and a native shrub-steppe were investigated in south-central Wyoming.  Composition, abundance, and diversity between sites were likely due to variation in habitat structure.  Foliage-gleaning omnivores were virtually absent from the reclaimed site, however ground-gleaning omnivores and insectivores were common.  "The absence of nesting by all species except the horned lark indicates that the reclamation treatments did not fulfill nesting requirements of northern desert shrub-steppe avifauna."  Authors suggest "… future reclamation plans should emphasize prompt reintroduction of sagebrush and other species that provide nesting habitat."

<u>sort criteria</u>:  sage-grouse, raptors, non-game birds, mining, sagebrush, quantitative, research-based, Wyoming

**Luckenbach**, R.A.  1978.  An analysis of off-road vehicle use on desert avifaunas.  North American Wildlife Conference 43:157-162.

The impact of off-road vehicle (ORV) use on desert birds was investigated.  ORVs can directly and indirectly affect birds by nest destruction, direct mortality, harassment, noise, and habitat alteration.  Destruction or elimination of plants can affect limited available winter food resources.  The preferred management alternative was to concentrate ORV activities to areas already impacted.

BLM_0075267

sort criteria:  non-game birds, raptors, human activity, ORVs, desert, quantitative, research-based, mitigation, southwestern U.S.

**Morton**, P., C. Weller, J. Thomson, M. Haefele, and N. Culver.  2004.  Drilling in the Rocky Mountains:  How much and at what cost?  The Wilderness Society, Washington, D.C.

An analysis examining the impacts associated with large-scale energy development determined that significant fragmentation of wildlife habitat occurs with development activities.  Non-market costs of drilling included "erosion, loss of wildlife and fish habitat, decline in quality of recreational experiences, proliferation of noxious weeds, and increased air and water pollution."  A habitat fragmentation analysis of the Big Piney-LaBarge oil and gas field (in northwestern Wyoming) produced results indicating " a direct physical footprint of 1,400 miles of linear features and 3.8 square miles of polygon features, resulting in an overall density of 8.43 miles of roads and pipelines per mile$^2$."  Also, 97% of the area falls within ¼ mile of some infrastructure and only 27% of the study area was more than 500 feet from infrastructure, with only 3% more than ¼ mile away.

sort criteria:  sage-grouse, mule deer, pronghorn, elk, raptors, non-game birds, fish, wildlife, oil & gas, fragmentation, quantitative, research-based, prescriptive, western U.S.

**Paige**, C., and S.A. Ritter.  1999.  Birds in a sagebrush sea:  managing sagebrush habitats for bird communities.  Partners in Flight Western Working Group, Boise, ID.

Recommendations are presented for land management practices to help bird communities in sagebrush habitats.  Shrubland and shrub-dependent bird species have declined 63% across the U.S.  "Sagebrush obligates include the sage sparrow, Brewer's sparrow, sage thrasher, sage-grouse, pygmy rabbit, sagebrush vole, sagebrush lizard, and pronghorn.  Management guidelines are classified using different scales (landscape, stand, and patch).  The level of effects on birds ranges from populations to individuals and pairs.  A summary of bird management goals and recommendations is provided.

sort criteria:  sage-grouse, sharp-tailed grouse, raptors, sagebrush obligates, non-game birds, oil & gas, agriculture, human activity, sagebrush, quantitative, prescriptive, western U.S.

**Peterson**, K.L., and L.B. Best.  1985.  Nest-site selection by sage sparrows.  Condor 87:217-221.

Nest site selection by sage sparrows in Idaho was examined to determine nest-site characteristics and preferences.  All nests found were located in big sagebrush plants 40-100 cm tall, and "… large, living shrubs were strongly preferred."

sort criteria:  non-game birds, sagebrush obligates, sagebrush, quantitative, research-based, Idaho

215

BLM_0075268

**Peterson**, K.L., and L.B. Best.  1987.  Effects of prescribed burning on nongame birds in a sagebrush community.  Wildlife Society Bulletin 15:317-329.

Responses of non-game birds to prescribed fire treatments were assessed in southeastern Idaho between 1980 and 1985.  Total densities of birds were greater on experimental (burned) plots than on control plots.  Sage sparrow densities were not affected, however Brewer's sparrow numbers declined for 2 years after fire then more than doubled.  Western meadowlarks increased slightly, sage thrashers exhibited no response, and horned larks and vesper sparrows colonized the area after fire.

sort criteria:  non-game birds, sagebrush obligates, sagebrush treatment, sagebrush, quantitative, research-based, Idaho

**Peterson**, K.L., and L.B. Best.  1991.  Nest-site selection by sage thrashers in southeastern Idaho.  Great Basin Naturalist 51:261-266.

Nest-site selection by sage thrashers in southeastern Idaho was evaluated to determine nest-site characteristics in comparison with available habitat.  Big sagebrush plants used for nesting were significantly taller than other available shrubs, and microhabitats within 5 m of nests were denser with taller shrubs and less bare ground (i.e. more grasses, forbs and litter) than surrounding areas.

sort criteria:  non-game birds, sagebrush obligates, sagebrush, quantitative, research-based, Idaho

**PIC Technologies and Bureau of Land Management**, Pinedale Field Office.  1999.  Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project.  Bureau of Land Management, Pinedale, Wyoming, USA.

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented.  The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in the SS alternative.  The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria:  sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming

**Rich**, T.D.  1980.  Nest placement in sage thrashers, sage sparrows and Brewer's sparrows.  Wilson Bulletin 92:362-368.

BLM_0075269

Nest-site selection by sage thrashers, sage sparrows, and Brewer's sparrows in Idaho was evaluated. Nests of all 3 species were found either in or beneath sagebrush plants. All 3 species located their nests in unique positions vertically within the habitat.

sort criteria: non-game birds, sagebrush obligates, agriculture, sagebrush, quantitative, research-based, Idaho

**Rich**, T.D. 1986. Habitat and nest-site selection by burrowing owls in the sagebrush steppe of Idaho. Journal of Wildlife Management 50:548-555.

Topography and vegetation around burrowing owl nest sites in south-central Idaho were examined. Seventy-nine percent of burrows were located on slopes ≤ 10°, and cover within 50 m of occupied burrows was principally cheatgrass with large areas of bare ground. "Burrowing owls may be one of only a few avian species that benefit from substantially disturbed habitat in the sagebrush steppe. Cover within 50 m of the burrow in this study indicated sites had been disturbed by fire and grazing." Burrowing owls (in this study) did not occupy continuous, dense stands of sagebrush (10-35% canopy cover).

sort criteria: non-game birds, raptors, sagebrush, quantitative, research-based, Idaho

**Steenhof**, K., M.N. Kochert, and J.A. Roppe. 1993. Nesting by raptors and common ravens on electrical transmission line towers. Journal of Wildlife Management 57:271-281.

Nesting populations of raptors and ravens in southeastern Idaho and Oregon were monitored to assess the effectiveness of transmission line towers as nesting substrates. Birds used all types of towers, but preferred towers with dense latticework. Between 1983 and 1989 nesting success
"… in the eastern study area averaged 65% for golden eagles, 83% for ferruginous hawks, 74% for red-tailed hawks, and 86% for ravens." Nesting success on towers was similar to or higher than on surrounding natural substrates for both raptors and ravens.

sort criteria: raptors, non-game birds, powerlines, quantitative, research-based, Idaho

**USGS**. 2002. Fact sheet: Loss of sagebrush ecosystems and declining bird populations in the Intermountain West: priority research issues and information needs. USGS FS-122-02. U.S. Department of the Interior, U.S. Geologic Survey.

Priority needs to identify causes and mechanisms of shrubland bird declines were evaluated. Sage-grouse have declined 33% from their long-term average population size. Four primary issues were identified: 1. Bird response to habitat and landscape features. 2. Monitoring and survey designs. 3. Effects of land use practices. 4. Wintering ground and migration.

BLM_0075270

sort criteria:  sage-grouse, sagebrush obligates, non-game birds, oil & gas, agriculture, qualitative, prescriptive, western U.S.

**Van der Zande**, A.N., W.J. ter Keurs, and W.J. van der Weijden.  1980.  The impacts of roads on the densities of four bird species in an open field habitat—evidence of a long-distance effect.  Biological Conservation 18:299-321.

The effects of roads and associated human activities on 4 grassland bird species were investigated in the Netherlands.  Road building led to a loss of habitat that could extend up to several kilometers away, mainly through the alteration/disturbance of the hydrology of the area.

sort criteria:  non-game birds, roads, grassland, quantitative, research-based, Netherlands

**Vander Haegen**, W.M., M.A. Schroeder, and R.M. Degraaf.  2002.  Predation on real and artificial nests in shrubsteppe landscapes fragmented by agriculture.  Condor 104:496-506.

Artificial nests were monitored to examine effects of fragmentation, distance to edge, and vegetation cover on nest predation rates, as well as to identify predators of grouse and passerines.  Nests in fragmented landscapes were approximately 9 times more likely to be depredated than nests in continuous landscapes.  Predation rate was 26% for artificial nests.  Nest-sites with greater vegetation coverage were less likely to be depredated.

sort criteria:  sage-grouse, sharp-tailed grouse, non-game birds, sagebrush obligates, agriculture, fragmentation, sagebrush, grassland, quantitative, research-based, Washington

**Wiens**, J.A., and J.T. Rotenberry.  1981.  Habitat associations and community structure of birds in shrubsteppe environments.  Ecological Monographs 51:21-41.

Relationships between bird distribution, abundance, and habitat characteristics at a regional scale were investigated.  Widely distributed bird species were not significantly associated with habitat features, however more locally distributed species did display habitat affinities.  "Sage Sparrows were positively associated with sagebrush coverage and negatively related to coverage of cottonthorn and greasewood, while the remaining dominant shrubsteppe species, Brewer's Sparrows and Sage Thrashers, exhibited no positive associations but were negatively associated with coverages of hopsage and budsage."

sort criteria:  non-game birds, sagebrush obligates, sagebrush, quantitative, research-based, western U.S.

**Wiens**, J.A., and J.T. Rotenberry.  1985.  Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality.  Journal of Applied Ecology 22:655-668.

BLM_0075271

Response of passerine bird populations to rangeland treatment in south-central Oregon was examined.  Prior to treatment sagebrush cover was 19-24% with 1-4% grass cover.  Following treatment sagebrush cover was reduced to 4-12% while grass cover increased to 10-57%.  "Comparing the 3 pre-treatment years with the 3 post-treatment years reveals that densities of sage and Brewer's sparrows declined overall, sage thrashers increased in abundance somewhat, and horned larks increased substantially; total species richness also increased following the treatment."

sort criteria:  non-game birds, sagebrush obligates, sagebrush treatment, sagebrush, quantitative, research-based, Oregon


## SAGEBRUSH OBLIGATES


**Bergquist**, E., P. Evangelista, T. J. Stohlgren, and N. Alley.  2007.  Invasive species and coal bed methane development in the Powder River Basin, Wyoming.  Environmental Monitoring and Assessment 128:381-394.

This study evaluated the potential effect of coal bed natural gas (CBNG) development on native plant species distribution and patterns of non-native plant invasion. Disturbed sites had significantly higher non-native species richness and soil salinity suggesting CBNG development and associated disturbances may facilitate the establishment of non-native plants.

sort criteria:  oil and gas, sagebrush, Wyoming, **invasive plants**, **herbicide**, human activity, quantitative, research-based


**Braun**, C.E., M.F. Baker, R.L. Eng, J.W. Gaswiler, and M.H. Schroeder.  1976.  Conservation committee report on the effects of alteration of sagebrush communities on the associated avifauna.  Wilson Bulletin 88:165-171.

Relevant data were reviewed in the mid-1970s to assess the effects reducing sagebrush have on associated avifauna (notably sagebrush obligates).  Based on estimates, at least 10% of sagebrush rangelands had been altered in the west at that time.  "Development of energy resources, especially coal, will have major impacts on sagebrush communities and dependent avifauna for at least the next 40 years."  Recommendations include, confining sagebrush alteration to small areas of 16 ha or less, and scheduling sagebrush control programs to avoid bird nesting seasons.

sort criteria:  sage-grouse, sagebrush obligates, non-game birds, sagebrush treatment, sagebrush, quantitative, prescriptive, western U.S.

BLM_0075272

**Crawford**, J.A., R.A. Olson, N.E. West, J.C. Moseley, M.A. Schroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2-19.

Current issues in sage-grouse ecology and management were examined. Multiple causative factors were implicated in the present sage-grouse decline. Fire, in high elevation sagebrush habitat, results in invasion of conifers and loss of canopy cover and herbaceous understory. Intensity and timing of livestock grazing are of concern regarding habitat quality. Light to moderate grazing can be beneficial, however heavier use decreases herbaceous cover. Heavy levels of chemical control methods may result in lower habitat quality. Other sagebrush obligate species (e.g., Brewer's sparrow, pygmy rabbit, and sagebrush vole) are also declining.

sort criteria: sage-grouse, sagebrush obligates, sagebrush treatment, fire, livestock grazing, sagebrush, quantitative, research-based, western U.S., Canada

**Ingelfinger**, R.M. 2001. The effects of natural gas development on sagebrush steppe passerines in Sublette County, Wyoming. M.S. Thesis, University of Wyoming, Laramie.

Impacts of natural gas development on passerines were evaluated in northwestern Wyoming. Songbird densities were reduced by 50% within 100 m of roads. Traffic disturbance and a shift in species composition were associated with declines. Sagebrush obligate bird density was lower within 100 m of roads (66% of observations) with 81% of observations beyond 100 m. Horned lark abundance was higher near roads (31% of observations) than beyond the 100 m zone (16% of observations). "While a 50% reduction in sagebrush obligate bird density along a single road may not be biologically significant, the effect of the construction of multiple roads within a single development area can be substantial."

sort criteria: sagebrush obligates, non-game birds, oil & gas, roads, sagebrush, quantitative, research-based, Wyoming

**Knick**, S.T., and J.T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conservation Biology 9:1059-1071.

Breeding distributions of sage sparrows, Brewer's sparrows, sage thrashers, horned larks, and western meadowlarks were studied in relation to local and landscape-scale attributes of fragmented habitats in southwestern Idaho. Total shrub cover and abundance of sagebrush were important for shrub-obligate species such as, sage thrashers and sage and Brewer's sparrows. However, horned larks and western meadowlarks (grassland species) were influenced mainly by lack of large expanses of shrub cover. The three shrub-obligate species were ". . . more likely to return to sites that had high shrub cover (particularly sagebrush) and low disturbance, combined with large patch sizes and high within-site spatial similarity."

BLM_0075273

sort criteria:  sagebrush-obligates, non-game birds, fragmentation, sagebrush, quantitative,
research-based, Idaho

**Knick**, S.T., and J.T. Rotenberry.  2000.  Ghosts of habitats past: contribution of landscape
change to current habitats used by shrubland birds.  Ecology 81:220-227.

The effects on passerines to wildfires converting shrublands into exotic annual grasslands in
southwestern Idaho were evaluated.  "Horned larks, Western Meadowlarks, and Brewer's
Sparrows, but not Sage Thrashers or Sage Sparrows, were positively correlated with
decreased habitat richness and increased spatial homogeneity at large spatial scales, which
have greater inherent stability or persistence for either shrubland or grassland habitats
relative to more heterogeneous landscapes."  Highly fragmented shrublands within a
grassland matrix are more susceptible to wildfire and cheatgrass invasion than large
shrubland patches.  Non-spatial habitat variables were insignificant in relation to abundance
of passerines.

sort criteria:  non-game birds, sagebrush obligates, fragmentation, fire, sagebrush,
quantitative, research-based, Idaho

**Oyler-McCance**, S.J., K.P. Burnham, and C.E. Braun.  2001.  Influences of changes in
sagebrush on Gunnison sage grouse in southwestern Colorado.  Southwestern Naturalist
46:323-331.

Changes (between the 1950s and 1990s) in sagebrush-dominated areas in southwestern
Colorado were compared using low-level aerial photographs.  A 20% loss (approximately
155,673 ha) of sagebrush-dominated areas between 1958 and 1993 was documented.  Thirty-
seven percent of sampled plots showed substantial fragmentation of sagebrush habitats,
which was often the result of road development. Suggestions for future protection of sage-
grouse included assessing management and conservation strategies in regard to "…land
mitigation, habitat restoration, connecting fragmented habitats, and reintroduction of
sagebrush obligates into previously occupied habitats."

sort criteria:  sage-grouse, sagebrush obligates, fragmentation, roads, sagebrush, quantitative,
research-based, Colorado

**Paige**, C., and S.A. Ritter.  1999.  Birds in a sagebrush sea:  managing sagebrush habitats for
bird communities.  Partners in Flight Western Working Group, Boise, ID.

Recommendations are presented for land management practices to help bird communities in
sagebrush habitats.  Shrubland and shrub-dependent bird species have declined 63% across
the U.S.  "Sagebrush obligates include the sage sparrow, Brewer's sparrow, sage thrasher,
sage-grouse, pygmy rabbit, sagebrush vole, sagebrush lizard, and pronghorn.  Management
guidelines are classified using different scales (landscape, stand, and patch).  The level of

221

BLM_0075274

effects on birds ranges from populations to individuals and pairs. A summary of bird management goals and recommendations is provided.

sort criteria: sage-grouse, sharp-tailed grouse, raptors, sagebrush obligates, non-game birds, oil & gas, agriculture, human activity, sagebrush, quantitative, prescriptive, western U.S.

**Peterson**, K.L., and L.B. Best. 1985. Nest-site selection by sage sparrows. Condor 87:217-221.

Nest site selection by sage sparrows in Idaho was examined to determine nest-site characteristics and preferences. All nests found were located in big sagebrush plants 40-100 cm tall, and "… large, living shrubs were strongly preferred."

sort criteria: non-game birds, sagebrush obligates, sagebrush, quantitative, research-based, Idaho

**Petersen**, K.L., and L.B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. Wildlife Society Bulletin 15:317-329.

Responses of non-game birds to prescribed fire treatments were assessed in southeastern Idaho between 1980 and 1985. Total densities of birds were greater on experimental (burned) plots than on control plots. Sage sparrow densities were not affected, however Brewer's sparrow numbers declined for 2 years after fire then more than doubled. Western meadowlarks increased slightly, sage thrashers exhibited no response, and horned larks and vesper sparrows colonized the area after fire.

sort criteria: non-game birds, sagebrush obligates, sagebrush treatment, sagebrush, quantitative, research-based, Idaho

**Peterson**, K.L., and L.B. Best. 1991. Nest-site selection by sage thrashers in southeastern Idaho. Great Basin Naturalist 51:261-266.

Nest-site selection by sage thrashers in southeastern Idaho was evaluated to determine nest-site characteristics in comparison with available habitat. Big sagebrush plants used for nesting were significantly taller than other available shrubs, and microhabitats within 5 m of nests were denser with taller shrubs and less bare ground (i.e. more grasses, forbs and litter) than surrounding areas.

sort criteria: non-game birds, sagebrush obligates, sagebrush, quantitative, research-based, Idaho

**Rich**, T.D. 1980. Nest placement in sage thrashers, sage sparrows and Brewer's sparrows. Wilson Bulletin 92:362-368.

222

BLM_0075275

Nest-site selection by sage thrashers, sage sparrows, and Brewer's sparrows in Idaho was evaluated. Nests of all 3 species were found either in or beneath sagebrush plants. All 3 species located their nests in unique positions vertically within the habitat.

sort criteria: non-game birds, sagebrush obligates, agriculture, sagebrush, quantitative, research-based, Idaho

USGS. 2002. Fact sheet: Loss of sagebrush ecosystems and declining bird populations in the Intermountain West: priority research issues and information needs. USGS FS-122-02. U.S. Department of the Interior, U.S. Geologic Survey.

Priority needs to identify causes and mechanisms of shrubland bird declines were evaluated. Sage-grouse have declined 33% from their long-term average population size. Four primary issues were identified: 1. Bird response to habitat and landscape features. 2. Monitoring and survey designs. 3. Effects of land use practices. 4. Wintering ground and migration.

sort criteria: sage-grouse, sagebrush obligates, non-game birds, oil & gas, agriculture, qualitative, prescriptive, western U.S.

Vander Haegen, W. M. 2007. Fragmentation by agriculture influences reproductive success of birds in a shrubsteppe landscape. Ecological Applications 17(3):934-947.

Reproductive success of shrubsteppe-obligate passerines was lower in landscapes fragmented by agriculture than in continuous shrubsteppe landscapes. Daily survival rates for nest of Brewer's Sparrows and Sage Thrashers and the percentage of pairs fledging young of Song Sparrows and Sage Thrashers were lower in fragmented landscapes. Rates of nest parasitism by Brown-headed Cowbirds were significantly greater in fragmented landscapes and parasitism resulted in fewer young fledged from successful nests. The study concluded fragmented shrub-steppe habitats may be acting as a population sink for some species.

sort criteria: non-game birds, sagebrush obligates, agriculture, fragmentation, sagebrush, quantitative, research-based, Washington

Vander Haegen, W.M., M.A. Schroeder, and R.M. Degraaf. 2002. Predation on real and artificial nests in shrubsteppe landscapes fragmented by agriculture. Condor 104:496-506.

Artificial nests were monitored to examine effects of fragmentation, distance to edge, and vegetation cover on nest predation rates, as well as to identify predators of grouse and passerines. Nests in fragmented landscapes were approximately 9 times more likely to be depredated than nests in continuous landscapes. Predation rate was 26% for artificial nests. Nest-sites with greater vegetation coverage were less likely to be depredated.

BLM_0075276

sort criteria: sage-grouse, sharp-tailed grouse, non-game birds, sagebrush obligates, agriculture, fragmentation, sagebrush, grassland, quantitative, research-based, Washington

**Wiens**, J.A., and J.T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. Ecological Monographs 51:21-41.

Relationships between bird distribution, abundance, and habitat characteristics at a regional scale were investigated. Widely distributed bird species were not significantly associated with habitat features, however more locally distributed species did display habitat affinities. "Sage Sparrows were positively associated with sagebrush coverage and negatively related to coverage of cottonthorn and greasewood, while the remaining dominant shrubsteppe species, Brewer's Sparrows and Sage Thrashers, exhibited no positive associations but were negatively associated with coverages of hopsage and budsage."

sort criteria: non-game birds, sagebrush obligates, sagebrush, quantitative, research-based, western U.S.

**Wiens**, J.A., and J.T. Rotenberry. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. Journal of Applied Ecology 22:655-668.

Response of passerine bird populations to rangeland treatment in south-central Oregon was examined. Prior to treatment sagebrush cover was 19-24% with 1-4% grass cover. Following treatment sagebrush cover was reduced to 4-12% while grass cover increased to 10-57%. "Comparing the 3 pre-treatment years with the 3 post-treatment years reveals that densities of sage and Brewer's sparrows declined overall, sage thrashers increased in abundance somewhat, and horned larks increased substantially; total species richness also increased following the treatment."

sort criteria: non-game birds, sagebrush obligates, sagebrush treatment, sagebrush, quantitative, research-based, Oregon

BLM_0075277

## GENERAL WILDLIFE / SPECIES DIVERSITY

**Allen**, M.  1989.  Off-site habitat mitigation: a regional approach for resolving conflicts between land development and habitat protection.  Pages 167-169 in Proceedings IV:  Issues and Technology in the Management of Impacted Wildlife.  Thorne Ecological Institute, Boulder, Co.

Off-site habitat mitigation as an alternative to on-site habitat protection was examined in Florida.  The Wildlife Resource Acquisition and Management program (WRAM) allows mitigation of wildlife resources to occur off-site through funds collected from developers.  These funds are used to acquire acreage equivalent to the area designated for protection on the development site.  Through this program many small, isolated parcels are consolidated into a larger habitat preserve.

sort criteria:  wildlife, sub-division, qualitative, prescriptive, Florida, mitigation

**Apa**, A.D., D.W. Uresk, and R.L. Linder.  1990.  Black-tailed prairie dog populations one year after treatment with rodenticides.  Great Basin Naturalist 50:107-113.

The effects of 3 rodenticide treatments on black-tailed prairie dog populations in west-central South Dakota were evaluated.  The 3 treatments included zinc phosphide with prebait, strychnine with prebait, and strychnine without prebait.  "Zinc phosphide was the most effective for reducing prairie dog numbers immediately."  Initial reductions with zinc phosphide were 95% and continued at 77% the following year.  Initial reductions for strychnine alone were 45%, however initial reductions for strychnine with prebait were 83%.

sort criteria:  wildlife, black-tailed prairie dogs, grasslands, quantitative, research-based, South Dakota

**Applegate**, R.D.  2000.  In my opinion: Use and misuse of prairie chicken lek surveys.  Wildlife Society Bulletin 28(2):  457-463.

Methods and accuracy of lek surveys were evaluated.  The author suggested surveys be referred to as indices (indicators of population trends) but not used to calculate absolute estimates of population size.

sort criteria:  sage-grouse, sharp-tailed grouse, wildlife, sagebrush, quantitative, prescriptive

**Bergquist**, E., P. Evangelista, T. J. Stohlgren, and N. Alley.  2007.  Invasive species and coal bed methane development in the Powder River Basin, Wyoming.  Environmental Monitoring and Assessment 128:381-394.

BLM_0075278

This study evaluated the potential effect of coal bed natural gas (CBNG) development on native plant species distribution and patterns of non-native plant invasion. Disturbed sites had significantly higher non-native species richness and soil salinity suggesting CBNG development and associated disturbances may facilitate the establishment of non-native plants.

sort criteria:  oil and gas, sagebrush, Wyoming, **invasive plants**, **herbicide**, human activity, quantitative, research-based

**Bradshaw**, C.J.A., S. Boutin, and D.M. Herbert.  1997.  Effects of petroleum exploration on woodland caribou in northeastern Alberta.  Journal of Wildlife Management 61:1127-1133.

Caribou movement and behavior were examined related to the effects of simulated petroleum exploration in northeastern Alberta, Canada.  Caribou exposed to loud noise (i.e., a propane canon) moved significantly faster but not farther than unexposed caribou.  Disturbance did not significantly affect time allocated to feeding.  Increased movement could result in higher energy payout during winter.  Authors suggest total disturbance during winter be limited rather than placing timing restrictions on industrial activities.

sort criteria:  caribou, oil & gas, forested, quantitative, research-based, Canada

**Bradshaw**, C.J.A., S. Boutin, and D.M. Herbert.  1998.  Energetic implications of disturbance caused by petroleum exploration to woodland caribou.  Canadian Journal of Zoology 76:1319-1324.

Disturbance to woodland caribou from petroleum exploration was investigated in northeastern Alberta, Canada.  A model was constructed to estimate energy costs to caribou from multiple encounters with disturbance.  To lose >15% mass over winter, caribou must encounter 20-34 (mean = 27) disturbance events, and 41-137 (mean = 89) events to lose >20%.  During harsh winters effects of disturbances are likely to increase.  Winter mass loss in females can affect calf survival through delayed parturition, undergrowth, and under-nutrition.  If disturbance is irregular and unpredictable, caribou may not be able to habituate.

sort criteria:  caribou, oil & gas, noise, forested, quantitative, research-based, Canada

**Burns**, J.W.  1972.  Some effects of logging and associated road construction on northern California streams.  Transactions of the American Fisheries Society 101:1-17.

The effects of logging and road construction activities on 4 California streams were investigated from 1966 through 1969.  Removing too much forest canopy can warm water above temperatures tolerated by salmonids (< 25 C for extended periods is usually fatal).  Excessive erosion from road building activities can be harmful to salmonid reproduction.  Mitigation measures included:  1) leaving dense understory or buffer strips along streams to

BLM_0075279

keep temperatures cool, 2) alternating cut and uncut sections along streams, 3) building roads away from streams, and 4) seeding disturbed areas with grass.
sort criteria:  fish, logging, roads, forested, quantitative, research-based, mitigation, California

**Colorado Division of Wildlife**.  2008.  Colorado Division of Wildlife's Actions to minimize adverse impacts to wildlife resources – Draft – August 18, 2008

The purpose of this document is to enumerate potential actions that may avoid, minimize, and/or mitigate adverse impacts of oil and gas operations on Colorado's wildlife resources.

sort criteria:  sage-grouse, wildlife, oil and gas, mitigation, qualitative, research-based, prescriptive, Colorado

**Cote**, S.D.  1996.  Mountain goat responses to helicopter disturbance.  Wildlife Society Bulletin 24(4):681-685.

Mountain goat responses to helicopter activity were investigated in Alberta, Canada.  "… mountain goats were disturbed by 58% of the flights and were more adversely affected when helicopters flew within 500 m.  Eighty-five percent of flights within 500 m caused the goats to move >100 m; 9% of the flights >1,500 m away caused the goats to move similar distances."  Management recommendations included:  (1) Helicopter activity should be at least 2 km from mountain goat herds.  (2) No seismic lines should be established in goat habitats.  (3) Aircraft should stay at least 300 m above ground and avoid landing on treeless ridges.

sort criteria:  mountain goats, seismic exploration, oil & gas, alpine meadow, forested, quantitative, research-based, Canada

**Dyer**, S.J., J.P. O'Neill, S.M. Wasel, and S. Boutin.  2001.  Avoidance of industrial development by woodland caribou.  Journal of Wildlife Management 65:531-542.

Caribou use of areas adjacent to wellsites, roads, and seismic lines was evaluated in northeastern Alberta, Canada.  Maximum avoidance distance of wells was 1,000 m, and 250 m for roads and seismic lines.  ". . . the level of avoidance appeared to be related to the level of human activity in the study area."  Avoidance was highest during late winter and calving when traffic levels were highest.  "Avoidance of industrial infrastructure may result in crowding of caribou into areas not subject to development."

sort criteria:  caribou, oil & gas, forested, quantitative, research-based, Canada

BLM_0075280

**Esmoil**, B.J., and S.H. Anderson.  1995.  Wildlife mortality associated with oil pits in Wyoming.  Prairie Naturalist 27:81-88.

Wildlife mortality caused by open oil pits and the effectiveness of deterrence methods were evaluated in the Bighorn Basin of Wyoming.  Mortalities increased as pit surface area increased and also where slope of the surrounding banks decreased.  In 2 years a total of 616 wildlife mortalities were documented at 35 oil pits.  These included: "… 41% passerines, 33% mammals, 14% ducks, 5% shorebirds, 5% shrikes, and 2% raptors."  Mortality levels did not differ among pits with deterrent devices (e.g., flagging, strobe lights, and metal reflectors).  The only effective way to prevent wildlife mortality was to completely cover pits.

sort criteria:  wildlife, oil & gas, quantitative, research-based, Wyoming


**Flickinger**, E.L.  1981.  Wildlife mortality at petroleum pits in Texas.  Journal of Wildlife Management 45:560-564.

Wildlife mortality was evaluated at open petroleum disposal pits in southeastern Texas.  From 1977-79, 476 dead animals were observed with approximately 30% of open pits containing dead wildlife.  The author suggests: "Sophisticated control and cleanup procedures should be developed to reduce the problem of wildlife mortality at petroleum pits.  Wildlife losses could be reduced if petroleum was removed from open pits, the pits were filled with a sufficiently porous material, and were covered whenever seeps begin to appear and until the seepage to the surface ends."

sort criteria:  wildlife, oil & gas, quantitative, research-based, Texas


**Gelbard**, J.L., and J. Belnap.  2003.  Roads as conduits for exotic plant invasions in a semiarid landscape.  Conservation Biology 17:420-432.

The invasion of exotic plants via roads was investigated in southern Utah.  Results from this study supported the idea that "… the effect of road improvement on plant cover and richness is due to factors associated with road construction, road maintenance, and vehicle traffic, not to differences in site characteristics."  It was observed that sites > 1000 m from roads ordinarily contained fewer exotic species than sites < 50 m from roads.  With road improvements (from 4-wheel drive tracks to paved roads) adjacent verges tended to become wider with increased cover of exotic plants.

sort criteria:  wildlife, roads, grasslands, sagebrush, quantitative, research-based, Utah


**Girard**, M., and B. Stotts.  1986.  Managing impacts of oil and gas development on woodland wildlife habitats on the Little Missouri Grasslands, North Dakota.  Pages 128-130 <u>in</u>

BLM_0075281

Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Impacts from oil and gas development (e.g., construction activities, toxic fumes, chemical spills, and wildlife displacement) on woodland wildlife habitat were evaluated on the Little Missouri Grasslands in North Dakota.  Approximately 10,884 acres had been directly disturbed by oil and gas activity.  A sphere of influence surrounds all roads and well pads, and is estimated to be a minimum of 100 yards in all directions.   Mitigation efforts included: (1) No well pads or roads placed in a woodland.  (2) Roads crossing "draws" must be at right angles to minimize disturbance.  (3) Extra heavy pit liners were to be used in areas with porous substrates to prevent saltwater seepage.

sort criteria:  wildlife, mule deer, elk, oil & gas, forested, quantitative, research-based, North Dakota, mitigation


**Hartung**, R., and G.S. Hunt.  1966.  Toxicity of some oils to waterfowl.  Journal of Wildlife Management 30:564-570.

Effects of oil ingestion were studied to determine the lethal doses for ducks.  Ducks can acquire 7g of polluting oils on their feathers under natural conditions and will ingest up to 50% of this oil within the first 8 days through preening.  Pre-stressed ducks (weighing approximately 0.70 kg) died after ingesting 3 to 4 g/kg of diesel oil and cutting oil.

sort criteria:  waterfowl, oil, quantitative, research-based, Michigan


**Hodkinson**, D.J., and K. Thompson.  1997.  Plant dispersal: the role of man.  Journal of Applied Ecology 34:1484-1496.

Human activity as a mechanism of plant dispersal was examined.  Two major anthropogenic dispersal pathways were identified, each associated with a specific group of species. "Species associated with topsoil, cars and horticulture depend essentially on soil movement, and form a surprisingly homogeneous group."  These species are usually small and short-lived, but produce numerous, small, persistent seeds.  Garden throw-outs "tend to be tall, spreading perennials with transient seed banks; attributes which are almost the exact opposite of the soil-borne group."

sort criteria:  wildlife, fragmentation, quantitative, research-based, England


**Knick**, S.T., and J.T. Rotenberry.  1997.  Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho.  Landscape Ecology 12:287-297.

Shrubsteppe habitats in southwestern Idaho were compared to determine the effect of disturbance combinations in areas that historically shared similar disturbance regimes.

229

BLM_0075282

Agriculture, wildfires, and disturbance related to military training activities caused the loss of native shrubs on the landscape. Fires created a more fragmented landscape than agriculture (which produced large square blocks in the area). Military activity (i.e. training with tracked vehicles) resulted in landscape defined by small, closely spaced shrub patches. This patchiness resulted in the invasion of the exotic annual cheatgrass – which could lead to higher fire frequencies.

sort criteria: wildlife, agriculture, human activity, fire, sagebrush, quantitative, research-based, Idaho

**Kniola, B.E. and J.S. Gil.** 2005. Surface compliance of coal bed natural gas (CBNG) development in north central Wyoming. USDI Bureau of Land Management, Buffalo Field Office. 22pp.

The Powder River Basin (PRB) Oil & Gas EIS analyzed the drilling of 51,000 CBNG wells and 3,200 conventional wells by the year 2012. The Federal Government owns approximately 60% of the oil and gas mineral rights in north-central Wyoming (Sheridan, Johnson, and Campbell counties). The Buffalo Field Office of the U.S. Bureau of Land Management commissioned a study of compliance with conditions of approval (COAs) and Best Management Practices (BMPs) at coal-bed natural gas (CBNG) facilities in the PRB of Wyoming. The Study was done in summer, 2005 and results summarized in this report. A total of 628 inspections were completed. Eighty-four percent (84%) of wells inspected were out of compliance. Failure to complete reclamation obligations accounted for a majority of noncompliance issues.

sort criteria: wildlife, breeding, oil & gas, energy, sagebrush, shrubland, roads, powerlines, wells, fragmentation, disturbance, quantitative, prescriptive, research-based, Wyoming

**McAdoo,** J.K., G.A. Acordagoita, and C.R. Aarstad. 1989. Reducing impacts of hard-rock mining on wildlife in northern Nevada. Pages 95-97 in Proceedings IV: Issues and Technology in the Management of Impacted Wildlife. Thorne Ecological Institute, Boulder, Co.

Reduction of wildlife impacts from mineral exploration in northern Nevada was examined. Mitigation actions included: minimizing erosion through the use of sediment catchment basins, silt screens, and seeding of road cuts and fill slopes, minimizing construction activity near raptor nests, avoiding aspen wildlife habitat, using culverts for crossing trout streams, and monitoring ground and surface water. Offsite mitigation and concurrent reclamation efforts were also evaluated.

sort criteria: wildlife, mule deer, sage-grouse, raptors, mining, sagebrush, riparian, qualitative, prescriptive, mitigation, Nevada

BLM_0075283

**Morton**, P., C. Weller, J. Thomson, M. Haefele, and N. Culver.  2004.  Drilling in the Rocky
Mountains:  How much and at what cost?  The Wilderness Society, Washington, D.C.

An analysis examining the impacts associated with large-scale energy development
determined that significant fragmentation of wildlife habitat occurs with development
activities.  Non-market costs of drilling included "erosion, loss of wildlife and fish habitat,
decline in quality of recreational experiences, proliferation of noxious weeds, and increased
air and water pollution."  A habitat fragmentation analysis of the Big Piney-LaBarge oil and
gas field (in northwestern Wyoming) produced results indicating " a direct physical footprint
of 1,400 miles of linear features and 3.8 square miles of polygon features, resulting in an
overall density of 8.43 miles of roads and pipelines per mile[2]."  Also, 97% of the area falls
within ¼ mile of some infrastructure and only 27% of the study area was more than 500 feet
from infrastructure, with only 3% more than ¼ mile away.

sort criteria:  sage-grouse, mule deer, pronghorn, elk, raptors, non-game birds, fish, wildlife,
oil & gas, fragmentation, quantitative, research-based, prescriptive, western U.S.


**Patton**, T.M., F.J. Rahel, and W.A. Hubert.  1998.  Using historical data to assess changes in
Wyoming's fish fauna.  Conservation Biology 12:1120-1128.

Fish survey data from the 1960s and 1990s (from 10 drainages in Wyoming) were compared.
Comparisons were restricted to locations common to both surveys.  "The number of species
with distributional changes was similar at site, stream, and subdrainage scales but was
noticeably reduced at the drainage scale.  Based on both adjusted and unadjusted data, 32-34
species had distributional changes (increases or decreases) at site, stream, and subdrainage
scales, whereas 17-22 species had changes at the drainage scale."

 sort criteria:  fish, wildlife, quantitative, research-based, Wyoming


**Penner**, D.F.  1988.  Behavioral response and habituation of mountain goats in relation to
petroleum development at Pinto Creek, Alberta.  Biennial Symposium of the Northern Wild
Sheep and Goat Council 6:141-158.

Behavioral response and habituation of mountain goats to petroleum exploration were
examined in Alberta, Canada.  Goats were tolerant of indirect and persistent noise, but were
disturbed by unpredictable or unfamiliar stimuli.  Nannies were more sensitive to disturbance
during kidding and post-kidding.  Helicopter overflights elicited greater response than fixed-
wing aircraft.  As a mitigation measure, the author suggests conditioning of mountain goats
to potentially disturbing stimuli before development activities.

sort criteria:  mountain goats, oil & gas, noise, forested, quantitative, research-based, Canada

BLM_0075284

**PIC Technologies and Bureau of Land Management**, Pinedale Field Office.  1999.  Draft Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project.  Bureau of Land Management, Pinedale, Wyoming, USA.

Management objectives, monitoring and mitigation recommendations for the Pinedale Anticline Oil and Gas Exploration and Development Project in northwestern Wyoming were presented.  The standard stipulation alternative (SS) was explained as well as a resource protection alternative (RP), which included all spatial and temporal restrictions contained in the SS alternative.  The RP alternative offered additional protection measures to "be applied to wildlife habitats on Federal lands and minerals."

sort criteria:  sage-grouse, pronghorn, mule deer, elk, moose, non-game birds, raptors, wildlife, oil & gas, noise, roads, quantitative, research-based, Wyoming

**Quayle**, C.L.  1986.  Wildlife utilization of revegetated surface-mined lands at a coal mine in Northeastern Wyoming.  Pages 141-151 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Re-vegetated surface-mined land and an equal area of undisturbed land were monitored to determine wildlife utilization and diversity.  There were greater numbers and diversity of mammals on the undisturbed site, however there were greater numbers and diversity of bird species on the re-vegetated area.  Forty-three species of birds were observed on the re-vegetated site, and 34 on the undisturbed site.  Twelve mammal species were observed on the undisturbed site and 9 on the re-vegetated site.  Overall, wildlife species diversity and use was slightly higher on the re-vegetated site.

sort criteria:  wildlife, mining, sagebrush, quantitative, research-based, Wyoming, mitigation

**Scott**, M.D., and G.M. Zimmerman.  1984.  Wildlife management at surface coal mines in the Northwest.  Wildlife Society Bulletin  12:364-370.

Wildlife management practices at surface coal mines in northwestern North America were examined.  A mail questionnaire was sent to 56 mines (51 were used in the study).  Eighty-six percent of respondents claimed wildlife was a major reclamation goal, with 38% targeting specific species.  "Reclamation for rangeland uses generally appeared compatible with wildlife interests."

sort criteria:  wildlife, game species, quantitative, research-based, western U.S., Canada

**Slater**, S. J. and J. P. Smith.  2008.  Effectiveness of raptor perch deterrents on an electrical transmission line in southwestern Wyoming.  Final report prepared for USDI BLM Kemmerer Field Office.  Hawkwatch International. Salt Lake City, UT.

BLM_0075285

Using driving surveys, behavioral observation surveys and prey-remains surveys the authors demonstrated raptor and raven activity was significantly lower on lines fitted with deterrents when compared to nearby control lines (no deterrent devices); however, perching was not entirely eliminated. Forty-two raptors and ravens were observed on the deterrent line compared to 551 observations on the control line. Similar results were reported for the prey-remains surveys and behavioral observation surveys.

<u>sort criteria</u>: sage-grouse, powerlines, raptors, quantitative, prescriptive, Wyoming

**Sorensen**, T.C., B. Wynes, and S. Boutin. *in press.* Determining levels of cumulative effects for boreal caribou: a management model. J. Wildl. Manage. 000:000-000.

A model was developed allowing managers to identify landscape-scale targets for industrial development while ensuring functional habitat for sustainable caribou populations. Evidence supports the assumption that caribou avoid industrial development by 250m or more. Based purely on the mathematics, the model predicts sustainable caribou populations at a maximum of 61% of the range within 250m of industrial development or at a maximum of 66% naturally disturbed by fire. Managers should use the model conservatively because it is unknown how long cumulative effects will persist, and lower population growth rates may lag behind industrial development and/or wildfire disturbance rates. Population stability in most cases should not be a management target because it leaves no room for error in the cumulative effects model, nor does it leave room for natural fluctuations in climate and predation pressure.

<u>Sort criteria</u>: wildlife, game species, caribou, fragmentation, forested, quantitative, research-based, Canada

**Stoecker**, R., T. Thompson, and R. Comer. 1986. An evaluation of wildlife mitigation practices on reclaimed lands at four western surface coal mines. Pages 152-168 <u>in</u> Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, Co.

Wildlife mitigation practices were evaluated at 4 operating surface coal mines in Wyoming and Montana. "Big game use of reclaimed surfaces was directly related to the surface shrub cover and rock piles while inversely related to distance to native habitat." A well-developed and diverse vegetative community with trees, shrubs, rock-piles, and ponds interspersed were found to be essential for supporting a diverse wildlife community.

<u>sort criteria</u>: wildlife, mining, sagebrush, mitigation, quantitative, research-based, Wyoming, Montana

BLM_0075286

**Tessmann**, S.A.  1986.  Guidelines for evaluating developmental impacts upon wildlife in Wyoming.  Pages 1-14 in Proceedings II:  Issues and Technology in the Management of Impacted Western Wildlife.  Thorne Ecological Institute, Boulder, Co.

Guidelines for evaluating development impacts on wildlife, and for formulating useful mitigation programs were presented.  Mitigation procedures addressed impact sources and appropriate mitigation actions.  Issues addressed included:  exploration activities, access roads to remote areas, surface strip mines, road construction and highway projects, railroad construction, stream channelization/relocation, fences, powerlines, pipelines, surface facilities, waste treatment ponds/evaporation ponds/sediment retention ponds, timber sales/harvest, grazing allotments, range improvement projects, oil and gas drill pads, water projects, multiple development activities, and employee influxes.  Planning considerations and reclamation approaches were identified regarding reclamation of both large and small disturbances.

sort criteria:  wildlife, oil & gas, mining, logging, agriculture, roads, mitigation, prescriptive, Wyoming

**Theobald**, D.M., J.R. Miller, and N.T. Hobbs.  1997.  Estimating the cumulative effects of development on wildlife habitat.  Landscape and Urban Planning 39:25-36.

The cumulative effects of land use change on wildlife habitat were evaluated in Colorado. "… human related effects decrease with distance from the source of disturbance… (e.g., 50-500 m)," and wildlife habitat is adversely affected within this distance (i.e. a disturbance zone).  Roads are also associated with disturbance zones because they degrade habitat and cause fragmentation.  Authors suggest that clustered development would reduce disturbance to wildlife habitat and should be required along with decreased development density.

sort criteria:  wildlife, fragmentation, rural subdivision, quantitative, research-based, Colorado

**Trombulak**, S.C., and C.A. Frissell.  2000.  Review of ecological effects of roads on terrestrial and aquatic communities.  Conservation Biology 14:18-30.

A review of scientific literature regarding ecological effects of roads was conducted.  General effects included: "… mortality from road construction, mortality from collision with vehicles, modification of animal behavior, alteration of the physical environment, alteration of the chemical environment, spread of exotics, and increased use of areas by humans." Ecological effects of roads can reach substantial distances and can create habitat fragmentation.  "… roads produce a pattern of aquatic habitat loss that differs from the terrestrial pattern yet nevertheless results in the ecological fragmentation of aquatic ecosystems."

sort criteria:  wildlife, roads, fragmentation, quantitative, research-based

BLM_0075287

**Vosburgh**, T.C., and L.R. Irby.  1998.  Effects of recreational shooting on prairie dog colonies.  Journal of Wildlife Management 62:363-372.

The effects of recreational shooting as a potential mechanism for population control of black-tailed prairie dogs were evaluated.  "Prairie dog population size declined 35% in hunted colonies and 15% in nonhunted colonies from early to late summer 1995."  As a management tool, recreational shooting of black-tailed prairie dogs has the potential to limit rather than eradicate populations.

sort criteria:  prairie dogs, wildlife, recreational shooting, human activity, sagebrush, quantitative, research-based, Montana


**Wyoming Game & Fish Department.**  1976.  Considerations for wildlife in industrial development and reclamation.  Cheyenne, Wy.

Mitigation and monitoring considerations for protecting wildlife and wildlife habitat with regard to industrial development were presented.  Habitat development and reclamation were examined and recommendations were provided for specific habitat types (e.g., shrubland, rimrocks, etc.), and for individual wildlife species (e.g., mule deer, pronghorn, etc.).

sort criteria:  sage-grouse, mule deer, pronghorn, elk, bighorn sheep, wildlife, sagebrush, qualitative, prescriptive, mitigation, Wyoming


**Wyoming Game & Fish Department.**  2005.  A comprehensive wildlife conservation strategy for Wyoming.  Cheyenne, WY.  125 pp. + appendices.

There are numerous threats to the species of concern in Wyoming including habitat loss and fragmentation, human conflict, disease, lack of information, poaching, and contaminants.  Road and well pad construction from energy development removes native vegetation and creates habitat fragmentation.  Increased traffic and noise also indirectly cause habitat loss and fragmentation.  The Conservation Strategy identified species of greatest conservation need (SGCN) throughout ecoregions of Wyoming and describes conservation actions for those species.

sort criteria:  fragmentation, human activity, noise, oil and gas, qualitative, Wyoming


**Wyoming Game & Fish Department.**  2006.  A plan for bird and mammal species of greatest conservation need in eastern Wyoming grasslands – DRAFT. Cheyenne, WY.  77 pp.

The quality of grassland habitat has declined over the last two centuries.  Causes include fragmentation, fire reduction, conversion to agriculture, and invasion of noxious weeds.

BLM_0075288

Proposed actions to reverse the trend include fire management, noxious weed control, reseeding native forbs and grasses, enrolling private landowners in conservation easements, and public education.

sort criteria:  agriculture, fire, fragmentation, grassland, qualitative, Wyoming

BLM_0075289

# Geologic Hazards Mapping Project
# for Montrose County, Colorado

by

Jonathan L. White, TC Wait, and Matthew L. Morgan

Colorado Geological Survey, Denver, CO

**Bill Ritter Jr., Governor**
**State of Colorado**



COLORADO
DEPARTMENT OF
NATURAL
RESOURCES

**Harris D. Sherman, Executive Director**
**Department of Natural Resources**



**Vincent Matthews**
**State Geologist and Division Director**
**Colorado Geological Survey**

Colorado Geological Survey
Department of Natural Resources
Denver, Colorado
2008

1

BLM_0075290

# Foreword

The purpose of this geologic hazards mapping project by the Colorado Geological Survey (CGS) is to improve Montrose County's Mitigation Plan by identifying, describing, and analyzing the geologic hazards for private lands in Montrose County.  This area encompasses the Uncompahgre Valley and highlands to the east and west.  The CGS has assessed the vulnerabilities of geologic hazards where they may be developed in the future.  Senior geologist Jon White was the manager and lead researcher of this project and was assisted by other CGS staff geologists.  TC Wait and Matt Morgan contributed map coverages to the project and assisted in writing this report.  Dave Noe provided the rating matix to constructed the swelling soils map.  Nick Watterson, Chris Quinn, and Sean Gaffney provided GIS techical assistance.

This mapping and geologic hazard assessment project was funded by the Federal Emergency Management Administration (award number 6EM75C44) with matching funds by Montrose County, and the Colorado Geological Survey using the Colorado Department of Natural Resources Severance Tax Operational Funds.  This project also benefited from concurrent STATEMAP geologic mapping in the Uncompahgre Valley.  This mapping program is funded jointly by the U.S. Geological Survey through the STATEMAP component of the National Cooperative Geologic Mapping Program, which is authorized by the National Geologic Mapping Act of 1997 (award number 07HQAG0083) and the Colorado Geological Survey, using the Colorado Department of Natural Resources Severance Tax Operational Funds.  The CGS matching funds come from the severance tax paid on the production of natural gas, oil, coal, and metals.

Matt Sares
Deputy Director
Colorado Geological Survey

Vince Matthews
State Geologist and Division Director
Colorado Geological Survey

BLM_0075291

# Table of Contents

Page

Foreword................................................................................ 2

Table of Contents.................................................................... 3

List of Figures........................................................................ 4

List of Plates......................................................................... 4

Purpose of the Study............................................................... 5

Overview of the Physiographic and Geologic Setting of the project area............. 6

Overview of the Quaternary Geologic Setting of the project area.................... 6

Project Methodology............................................................... 9

Geologic Hazard Identification and hazard vulnerability
     Landslide and potentially unstable slopes........................................ 12
     Rockfall hazards.................................................................. 19
     Avalanche Hazards................................................................ 24
     Debris/Mud flow hazards......................................................... 26
     Swelling Soils Hazards............................................................ 29
     Collapsible Soils Hazard.......................................................... 33
     Corrosive Soil Hazard............................................................ 36
     Flooding Hazard.................................................................     39
     Earthquakes and Faults........................................................... 40
     Mancos Shale, Salt precipitate, and Selenium Impairment.................... 48

References............................................................................ 50

Map Plates .................................................................... Appendix A

Earthquake Event Report (Hazus seismic model results of project area)......... Appendix B
Peak Ground Acceleration (PGA) Map............................................ Appendix B

BLM_0075292

List of Figures

Figure 1       False-color physiographic map of the project area        Page 7
Figure 2       Compiled project area geologic map                       Page 11

List of Plates (Appendix A)

Plate 1        Landslide and potentially unstable slopes map
Plate 2        Rockfall and avalanche hazards map
Plate 3        Debris/Mud flow hazards map
Plate 4        Swelling soils hazard map
Plate 5        Collapsible soils hazard map
Plate 6        Corrosive soil hazard map
Plate 7        FEMA Flood Insurance Rate Maps (FIRM)
Plate 8        National Resource Conservation Service (NRCS) flood hazard map
Plate 9        Earthquakes and Quaternary fault map
Plate 10       Mancos Shale, salt precipitate, and selenium impairment map

BLM_0075293

## Purpose of the Study

Montrose County is located approximately 300 miles west of Denver on the Western Slope of the Continental Divide. At the lowest point of the county, the elevation is 4,700 feet and at the highest point the elevation is 11,453 feet. The surrounding area includes Grand Mesa to the north, and the San Juan Mountains to the south. The Uncompahgre Plateau bisects Montrose County from north to south. The eastern portion is further cut by the Black Canyon of the Gunnison and the Gunnison River. According to the Montrose County web site, the population of Montrose County is 39,527. The two largest population centers in the county are the City of Montrose and the Town of Olathe.

The most significant industry in Montrose County is tourism but historically has been agriculture, which continues to have a large presence in the Uncompahgre Valley. With 70 percent of the county being public lands, there is a large influx of people who come to recreate on the public lands. As of 2006, the Uncompahgre Valley of Montrose County experienced virtually all of the growth pressures for the entire county (2-3% average annual growth since early 1990's). The southern half of the valley is growing faster than the northern half and the City of Montrose is growing faster than the unincorporated areas of the county. While Montrose County is still a largely rural populace, the City of Montrose has most of the amenities of a bigger city. Single family residences that supply the middle and upper-middle income brackets appear to be the major component of the growth that has occurred during this period from the early 1990's to today. In-migration due to the attractiveness of the area appears to be the major stimulus to growth rather than job creation.

Recent subdivision proposals are encroaching towards some of the more geologically difficult out-lying land (i.e., steep unstable slopes, drainage issues, poor soils, etc.) that present a much greater challenge to properly subdivide and provide a safe and attractive living environment. The geologic hazard and geologic constraint maps of this project were created to assist Montrose County, as well as private developers, property owners, and the consulting and construction industry, to develop proper land-use plans for the conditions that exist within the project area that encompasses the greater Uncompahgre Valley. The project area was defined jointly by Colorado Geological Survey (CGS) and Montrose County government officials to include the majority of private land holdings from the northern boundary with Delta County to the southern boundary with Ouray County and, from west to east, the Bureau of Land Management public lands on the Uncompahgre Plateau to the Black Canyon of the Gunnison National Park.

The deliverables of this project specified in the CGS contract with Montrose County are the GIS shapefiles of the various datasets on CD/ROM. This final report document, which discusses the project area and the specific geologic hazards, has also been included on the CD in Adobe PDF format. Included in this report are large-scale 11x17-inch map plates of the various map layers. In addition to the report, also included on the CD is a more useful 1:60,000 map scale of the various map layers, presented on topographic basemaps as 43x36-inch plates in Adobe PDF format.

BLM_0075294

## Overview of Physiographic and Geologic Settings

A map showing major, named physiographic, geomorphic, and geologic features in the Montrose County Project Area are shown on a hillshaded basemap in Figure 1.

Most of Montrose County lies within the Canyonlands section of the Colorado Plateau physiographic province, an area characterized by deep canyons and monoclinal folds. The Uncompahgre Uplift, which trends through the southwestern half of the project area, has deformed the overlying Mesozoic rocks into gently dipping, monoclinal folds that are well exposed on the gently-rising Uncompahgre Plateau and the steep Gunnison Uplift areas. The relatively uniform dip slope of the resistant Dakota Sandstone, incised with many side valleys such as Dry Creek and Shavano, rises to the southwest onto the Uncompahgre Plateau at a regional inclination of ~3 degrees. The steep Gunnison Uplift along the eastern margin of project area is also an orogenic (i.e., mountain-building event) structure where vertical movement of basement blocks occurred and faulted Precambrian crystalline rocks against Mesozoic rocks along the Cimarron and Red Rocks faults.

The sedimentary bedrock exposed in the Project Area records the transition from terrestrial flood plains, through marginal marine, to predominantly marine conditions during Triassic through Early to Late Cretaceous time (253 – 65 million years ago). Red siltstones, sandstones, and variegated mudstones and channel sandstones of the Morrison Formation record the depositional history of wide upland flood plains and saline lakes while the Dakota and Burro Canyon Formations record swamp and near-coastal flood plain sedimentary environments as the epicontinental, Western Interior Seaway was opening from the east to the west. These rocks are well exposed in the canyons of the Uncompahgre Uplift and rocks flanking the Gunnison Uplift east of Bostwick Park. The overlying Mancos Shale and its various subunits were deposited within the fully transgressed epicontinental seaway and represent muddy shallow-shelf deposits derived from deltas and shorelines that existed further to the west in Utah. In the project area, the Mancos Shale is best exposed in the "adobe hills" on the east side of the Uncompahgre River. On the west side of the Uncompahgre River, it is covered by extensive Quaternary deposits and generally poorly exposed, except along the mesa edges.

## Overview of Quaternary Geologic Setting

The Quaternary geologic history of the project area is complex, controlled by downcutting of the Uncompahgre River through the more-easily eroded Mancos Shale and deposition of glacio-fluvial sediments that were shed out onto the flood plains during periodic glacial ages in the Pleistocene Period (10,000 year ago to 1.8 million years ago). Early Pleistocene gravel deposits, predating the modern Uncompahgre River, also created the high, flat areas such as Bostwick and Shinn Parks (Fig. 1). The gravel, being more resistant to weathering and downcutting than the adjacent Mancos Shale, formed the many gravel-capped parks and mesas in the project area as downcutting continued in the adjacent shale terrain. The three major sources of Quaternary alluvial deposits in the study area include the San Juan Mountains, the Uncompahgre Plateau, and the Gunnison Uplift.

6

BLM_0075295

INSERT FIGURE 1

BLM_0075296

The most widespread units were deposited by the ancestral Uncompahgre River that records middle to late Pleistocene steam levels during the formation of the Uncompahgre Valley. Long-term incision by the river and its tributaries commenced approximately 2.5 million years ago when the Uncompahgre River migrated northeastward down the eastern flank of the Uncompahgre Plateau. The clasts of the Uncompahgre River sediments are mainly of volcanic and metasedimentary composition that was sourced from the San Juan Mountains. The Uncompahgre River has five major geomorphic surfaces associated with it; prominent gravel-capped mesas that are terrace-tread remnants of former glacio-fluvial flood plains. Prominent mesas in the project area include: Franklin Mesa, High Mesa, California Mesa, Sims Mesa, Ash Mesa, Spring Creek Mesa, North Mesa, and East Mesa (Fig. 1). The current flood plain of the Uncompahgre River forms the lowest terrace.

The surface distribution of terraces for the Uncompahgre River Valley indicates the middle Pleistocene course of the Uncompahgre River incised Shavano Valley. Three major terrace surfaces (Franklin Mesa, High Mesa, and California Mesa) were formed when the floodplain passed through Shavano valley. Subsequent stream capture and diversion of the Uncompahgre River to near its present course, east of Shavano Valley, did not occur until the late Pleistocene. This diverted floodplain became Spring Creek, Ash, and portions of North and East Mesas near Olathe. Due to the river abandonment, Shavano Valley became a wind gap and does not currently contain a major drainage.

Concurrent with the deposition of the main Uncompahgre River flood plain gravels, smaller flood plains and wide alluvial fans were deposited as tributary streams that flowed from many of the subparallel side canyons of the Uncompahgre Plateau (i.e., Dry Creek, Roatcap Gulch, Big Sandy Wash) onto the Uncompahgre River paleovalley floor.

From subsequent erosion and topographic inversion, the former river floodplains and alluvial fans with high gravel content now form the broad mesas, which are underlain by Mancos Shale. The continued downcutting of the Uncompahgre River has exposed the Mancos Shale below the gravel cap on the steeper slopes. Modern mass-wasting deposits are common along the edges of the mesas. Gravelly colluvium can variably cover these slopes and landslides commonly occur where near-surface weathered and weakened Mancos Shale has been saturated and is now unstable.

BLM_0075297

# Project Methodology

The basis of generating the geologic hazards was the collection and mapping of geologic data, as well as other spatial thematic data including terrain models, derived slope classification and aspect maps, climatic data, and National Resource Conservation Service Soil Survey data (SSURGO). The following maps and digital data sets were collected during the literature search:

- National Resource Conservation Service (NRCS) Soil Survey data from the Ridgway-Montrose area;
- United States Geological Survey (USGS) 1:24,000-scale geologic maps of the Buckhorn Lakes, Cerro Summit, Colona, Government Springs, Montrose West, and Washboard Rock quadrangles;
- USGS 1:31,680-scale geologic map of the Black Canyon of the Gunnison;
- USGS 1:48,000-scale geologic map of the Delta quadrangle;
- USGS 1:250,000-scale geologic map of the Moab 1° X 2° quadrangle;
- USGS digital 1:24,000-scale topographic maps;
- Sinnock's (1978) 1:84,210-scale geomorphic map of the Uncompahgre Valley;
- Gallant's (1976) 1:24,000-scale H.B. 1041 (1974) geologic hazards map of the immediate vicinity of the town of Montrose;
- The CGS Quaternary fault and earthquake databases (Kirkham and Rogers, 1981 and Widmann and others, 2002);
- The CGS land-use review database (LURD)
- National Agriculture Imagery Program (NAIP) 1-m resolution, orthorectified color aerial photograph;
- 10-m digital elevation model (DEM);
- Hydrologic 6th order basin maps;
- FEMA Flood Insurance Rate Maps (FIRMs);
- Other digital and cultural map data including
  - County road coverage
  - County property ownership coverage
  - River and irrigation canal coverage
  - Precipitation coverage

While some of the data was already in GIS formats, much was not. Most of the earlier USGS geologic maps had to be scanned, georeferenced, vectorized, and attributed early in the project. During the analyses of this data it was apparent that many of the USGS geologic maps were preliminary in nature or the scale was too small for the accuracy standards needed for this project. Much of the earlier geologic mapping of the southwest and west portions of the project area were photorevised by the CGS.

At the beginning of this project it was discovered that appropriately-scaled (1:24,000) geologic mapping did not exist for the rapidly growing areas of the Uncompahgre Valley. The CGS altered its long term STATEMAP geologic mapping program to immediately map these quadrangles. The Montrose West and Olathe quadrangles were mapped in 2006 and the

BLM_0075298

Delta, Olathe NW, and Hoovers Corner quadrangles were mapped in 2007. All or portions of these 5 quadrangles lie within the project area. While not funded by the Montrose Geologic Hazard Project, the detailed geologic mapping of these quadrangles cost about $300,000. The STATEMAP program to map these 5 quadrangles is funded jointly by the U.S. Geological Survey through the STATEMAP component of the National Cooperative Geologic Mapping Program and the Colorado Geological Survey, using the Colorado Department of Natural Resources Severance Tax Operational Funds. The compiled geologic map of the project area is shown in Figure 2

All of the data were entered into a GIS project using ArcGIS with a defined projection as NAD 83, UTM Zone 13N. The following datasets were developed:

1. The compiled 1:24,000-scale geologic map of the project area – Figure 2
2. A compiled inventory of all mapped landslides – Plate 1
3. Landslide susceptibility map – Plate 1
4. Rockfall hazard map – Plate 2
5. Avalanche hazard map – Plate 2
6. Debris/mud flow hazard map – Plate 3
7. Swelling soil hazard rating map – Plate 4
8. Collapsible soil susceptibility map – Plate 5
9. Soil corrosion hazard map – Plate 6
10. Digital scans of georeferenced FEMA FIRMs – Plate 7
11. NRCS flood hazard map – Plate 8
12. Compiled earthquake and Quaternary fault map – Plate 9
13. Poorly drained/salt pan area map – Plate 10
14. Mancos Shale and susceptibility for selenium impairment map – Plate 10
15. Slope classification map

The deliverables for this project are the GIS shapefiles. The following section of the report discusses the specific geologic hazard and the development of the individual GIS shapefiles and the risk assessment for each.

Scaling issues are pertinent. The GIS map shapefiles should not be used at a scale larger than 1:24,000 (1 inch = 2,000 feet). The GIS map shapefiles are not meant to be used to give a site-specific assessment of a specific geologic hazard. Only that the conditions of that general location have been shown to contain that specific hazard in other locations. Site-specific engineering geology and geotechnical engineering investigations by knowledgeable professionals will best assess the potential geologic hazards and the risks they may bear on development at a particular site.

To minimize risk of geologic hazards, the planning and design process should include a multi-disciplinary approach that includes geologic and geotechnical investigations, foundation and infrastructure design by engineers experienced in the geologic hazard terrain, and all other subsequent work by knowledgeable civil and structural engineers, building contractors, and landscape designers. Home owners and property owners should pay attention to the recommendations that are given by these professionals to improve the long-term performance of structures and the risk exposure to geologic hazards.

BLM_0075299

INSERT FIGURE 2

11

BLM_0075300

# Landslides and potentially unstable slopes – Plate 1

## Overview

The CGS descriptive definition (Rogers and others, 1974) of landslides are, *a mass movement where there is a distinct surface of rupture or zone of weakness which separates the slide material from more stable underlying material. Such slides involve en masse downward and outward movement of a relatively dry body of rock and/or surficial material in response to gravitational stresses.* Landslides are the result of the force of gravity acting on a slope where the soil/rock strength is sufficiently weak enough that the slope-forming materials shear against each other and begin to move, flow, or slide downhill. The rates of these movements can range from a rapid earth flow to slow creeping ground movements that are only perceptible over months or years. Structures, which are not designed for earth movements, generally, do not survive landslides. The tremendous earth forces will shift, shear, crack, move, or bury buildings. Once initiated, landslide movements often continue until the damage is such that the structure is completely destroyed or the distress makes the structure unusable, requiring demolition and/or costly remedial design and repair. Critical facilities such as highways underground pipelines and utility lines are similarly affected.

## Background

In general, the term "landslide" is used to describe the mass movement of rock or earth material down a slope. Gravity acts on a slope that is oversteepened with respect to the inherent internal strength of the rock or soil materials that compose that slope. This general description also includes debris flows and rockfall, which are included in separate map coverages. Landslide movements can generally be described as being rotational (following a curved failure surface), translational (following a planar failure surface), or a complex combination of these movements. Landslide movements are highly sensitive to accumulated subsurface water. At times the landslide mass can contain so much water that it may behave like a viscous fluid and is termed an earth flow.

The main factors that affect whether a landslide will occur are topography, geology, and hydrology. These factors influence the inherent strength of the rock or soil materials that comprise the slope, the forces bearing on the slope, and, accordingly, the slope stability. Very strong, massive rock can hold a vertical slope without failure. Weak rock and soil materials can only hold a low or moderate slope without experiencing shear failure and lateral ground movements.

Landslides are "caused" or triggered when some critical slope-stability threshold is exceeded and the driving forces (causing instability) become larger than the resisting forces that increase stability. This may occur when the internal strength is lowered as a result of natural processes (e.g., precipitation, weathering, erosion, or earthquakes) or from human influences (e.g., water introduction or adverse ground modification). Ground modifications that contribute to unstable-slope conditions include ground removal or loss of lateral support (e.g., excavation or erosion into the lower portions of the slope, called the toe), and the addition of weight, or loading (e.g., artificial fills, structures, water loading, or natural

12

BLM_0075301

sediment deposition on the upper portions of the slope) that adds weight and increases the driving forces that increase slope instability. Adverse water introduction can weaken soils and bedrock by weathering and selective dissolution but, most importantly, the increased pore-water pressures in the soil or weathered rockmass weakens the slope by reducing the shear strength.

Landslide deposits have distinct morphology. Most landslides have a headscarp (showing vertical or near vertical movement) at the top and a mounded toe at the bottom of the deposit. The ground surface that has moved within the landslide often appears crumpled or is described as having a "hummocky" topography. Commonly, intermediate scarps and depressions may form above rotated blocks or retrogressive rotational complexes, creating a "step-and-bench" morphology that can hold small ponds. Often, there is evidence of water influence, seen as seeps and/or vegetation indicative of moist ground, along landslide margins or in susceptible areas at risk. On landslide-prone or potentially unstable slopes that are in the beginning stages of a landslide, ground (tension) cracks can sometimes be seen that show subsurface strain and are the visible precursor of a landslide. In some cases, the slope may actually be moving but the soil materials stretch or compress rather than break or tear, and slope movement can only be determined by detailed surface surveys and/or subsurface monitoring devices. This type of behavior in landslides generally occurs only briefly at onset of movement before displacement is evident and seen at surface. In cases where shallow soils and weak rock move and remold without defined slide planes, the movement is generally considered to be "slope creep."

Geology, including the formational-material composition (or rock type) and geologic structure, is one of the major influences to slope stability. Clay-rich formations are often associated with landslide-prone areas. The orientation of bedding and jointing or fracturing can also adversely affect slope stability. Clay-rich rock types (claystones and shales), bedding planes, bentonite seams, historic failure surfaces, and weathering zones can exhibit physical properties associated with weak rock or soil: low shear strength, and strength lowered further to residual values on slopes or bedding planes that have previously failed where the material has been disturbed and remolded. The presence of water contributes by increasing the pore-water pressure between soil grains or within rock structures, creating a hydraulic "lifting" effect and loss of material strength. A slope that may be stable under dry or moist conditions can suddenly become unstable with increased moisture, such as from wetter seasonal cycles, irrigation, or even septic system effluent in absorption fields or lines.

Topography is a major factor in landslide susceptibility. As slope grades increase, gravity has a greater driving force contribution. Slopes that are already inherently weak, weathered, or within existing landslides can fail at low-angle slope grades. Slope aspect (the direction a slope face is oriented) can also be a factor that affects the amount of seasonal moisture. North-facing slopes that do not receive direct sunlight will generally be moister. If a steeper slope is oriented in approximately the same direction as the dip of bedrock, the bedding planes or fracture planes may "daylight" into the slope so that there is no lateral support of the rock mass. Shearing and landslides can occur along these planes of weakness.

**Map Methodology**

13

The CGS creates landslide susceptibility coverages from GIS data of landslide history, geology, geologic structure, topography, geomorphology, slope grade, and slope aspect (White and Wait, 2003). The coverage integrated these data with known engineering characteristics of the local bedrock and derived soils and other image-based digital information including shaded relief maps derived from 10-m digital elevation model (DEM) and high resolution aerial photography. The draft coverage was then field checked by CGS engineering geologists.

Past landslide activity was used as an aid to determine areas that may be susceptible to landslides. Areas with a history of past slope stability problems may be prone to future failure and may also indicate geologic factors that contributed to landslide occurrence. Many of these landslide sites are sensitive to disturbance by human activity and modification. Existing landslide data was compiled from the geologic maps to create the landslide inventory. This inventory was supplemented by additional mapping of previously unrecognized landslides by photo-interpretation of stereo aerial photography of the project area.

As described above, weak rock masses, and the soils derived from them, are generally clay-rich materials. Several sedimentary formations contain these weak bedrock materials. The Mancos Shale underlies the Uncompahgre Valley floor and is one of the weakest formations in the study area. Other lesser formations on the perimeter of the project area include the Summerville Formation, and the Brushy Basin Shale Member of the Morrison Formation. Most of these formations are easily weathered, overconsolidated Jurassic and Cretaceous shales with pronounced zones of weakness (having low or only residual shear strengths) and possible displacement shears along bedding planes. The Mancos Shale is also commonly highly fractured within the near-surface weathered zone. These fractures are commonly filled with easily dissolvable gypsum filling. Derived products include *in-situ* weathered and disturbed claystones, and residual and colluvial clayey soil deposits. These formational materials and derived soils were selected where they are exposed or are near the ground surface.

In the Montrose area, slopes with grades greater than 10 (H):1(V) (10% grade or 5.7 degrees) and having geologic factors favorable for landsliding such as colluvial slopes underlain by Mancos Shale were considered for inclusion in the susceptible coverage. Ten percent was used as a criterion based on past studies, mapped landslides, and reported residual shear strength properties found in the Mancos Shale and other similar shales. Another GIS coverage of slopes exceeding 3(H):1(V) (33% grade or 18 degrees) within the susceptible zone was also delineated. This steeper-slope zone should be considered a higher risk area.

Basic mechanics of landslides were used in generation of the susceptibility coverage. "Margin zones" that fall outside of the above-defined slope gradients at the top and bottom of slopes were also included in the susceptibility coverage to account for common behavior of landslides. The head scarp of a landslide commonly encroaches onto upslope areas that may not have been involved in the initial movement. Similarly, a landslide toe can move out as an earth flow onto relatively flat terrain beyond the base of the steeper slope.

14

BLM_0075303

The preliminary susceptibility boundaries were created by digitally tracing a zone that includes areas of landslide-prone geology, mapped landslides, and at defined slope gradients and slope aspects. A more-accurate landslide susceptible boundary was then refined by the inclusions of margin zones and interpretations of stereo aerial photographs and DEMs. The final susceptibility area was then field checked and revised as necessary.

During the field checking, areas were visited that had been identified as potentially having geologic and topographic conditions that might produce landslides. Observations made regarding the extent of the slide area, geologic factors contributing to the slide, and topographic characteristics of the site were used to refine the mapped boundaries.

## Mapping Results

The landslide susceptibility layer was developed for private lands at a mapping scale of 1 inch = 2,000 feet (1:24,000) to discern landslide prone areas identified during this study. Within the study area, five general zones of landslide-susceptible lands were identified within the private lands of Montrose County:

Mancos shale capped by old glacial/debris flow deposits on the Uncompahgre Plateau in the southwest part of the study area. Prehistoric outwash and debris flows originating from the mountains southwest of the study area have acted as resistant covers for areas of Mancos Shale. Left as remnants, these isolated clayey deposits form rounded hills containing boulders on the Dakota Sandstone dipslope of the plateau. Some of these deposits have slid, and future movement may be possible, particularly if the slopes are disturbed.

Failure of the Morrison Formation within canyons and gullies of the Uncompahgre Plateau. Downcutting of the canyons that are oversteepened by the resistant rim of the Dakota and Burro Canyon Formation sandstones expose and erode the much weaker Morrison Formation claystones, causing landslides. Many large extensive landslide complexes occur in these canyons. Most lie within public lands and are not of real concern with future land development.

Slope edges of alluvial terraces and mesas in the central valley area. The Uncompahgre River has shaped the wide valley where the easily-eroded Mancos Shale lies on the valley floor. Ancient river terraces are more resistant to weathering and erosion than the shale bedrock. Through topographic reversal and further downcutting of the Uncompahgre River and its tributaries, gravel-capped mesas (e.g., Franklin Mesa, Ash Mesa, Spring Creek Mesa, California Mesa, and High Mesa) form where the flanks of the mesa are exposed with weathered and weakened Mancos Shale. Landslides commonly rim these mesas because natural precipitation and irrigation has the supplied water that percolates through the permeable gravel and perch on the relatively impermeable claystone. The water migrates laterally to seep out along the mesa edges. Weak clay materials, water, and steeper slopes ultimately results in slope failures. Landslide susceptible terrain exists along the entire rim of these terraces and mesas, and margin areas may extend laterally into the flatter surrounding areas at the headscarp and the toe of the landslide.

15

Buttes, mesas, and slopes in the Mancos Shale in the eastern part of the project area. The eastern part of the study area consists of Mancos Shale that forms buttes, mesas, and steeper slopes known as the "adobe hills," which may be prone to landslide activity if they are disturbed and appreciable wetting occurs. Even smaller ridges may have localized slope failures. Drainage plays a significant role in these movements, and areas where irrigation ditches, ponds, and natural streams are located may have increased risk of slope failure. Several large landslides occur in exposed Mancos Shale on the western flank of Bostwick and Shinn Parks.

Historic landslide deposits in the southeastern part of the study area. Approximately 80,000 acres in the southeast corner of the study area includes landslide deposits from large landslide complexes around the Cimarron Ridge/Waterdog Basin and Cedar Creek vicinities. The topography in this area consists of hummocky hills with steep scarps on higher hills. The area includes multiple drainage basins. Although the large historic landslide complexes were likely triggered during wetter climatic conditions than that of the present day, these locations are much higher in elevation and receive much more precipitation than the valley floor below. Reactivation of landslides occurs almost yearly and cause major impacts to county and forest service roads and irrigation canals. Well known historic landslides along Cedar Creek impacted the Denver and Rio Grand Western rail lines in the early 1940s. Recent and ongoing landslides are evident throughout the area and major landslide studies have been completed for the U.S. Forest Service along Cimarron Road to Silver Jack Reservoir.

## Risk Assessment and Hazard Vulnerabilities

Landslides are a serious geologic hazard that generally results in total loss of a structure and, in extreme rapid-moving situations, can be life threatening. Landslides can also disrupt pipelines, transportation corridors, and utilities. Extreme care should be made with any development that is being proposed within the landslide susceptibility zone. By the nature of this map creation, risk is implied for those areas inside the susceptibility zone. That risk will be generally higher near or within existing landslides and slopes that exceed a 3:1 grade.

## Development Considerations and Recommendation for Future Land Use Planning

Where new developments have parcels that lie within the landslide susceptible zone, the county should require in-depth geologic and geotechnical investigations during the sketch plan application level of the proposed development plan, before lots are even laid out. These geologic hazards reports or preliminary geotechnical engineering reports must specifically address slope instability. The standard of practice for geologic hazard reports that include stability analyses include a slope classification map, a geologic hazards and constraints map with boring locations, and the cross-section lines used for stability analysis, a discussion on soil strength parameters, and copies of the slope stability analyses that models existing and post-development conditions. It should also include a sensitivity analysis with variable ground water conditions to model plausible seasonal ground-water fluctuations.

BLM_0075305

Safety factors are generally calculated based on the summation of resisting forces divided by the summation of the driving forces. A safety factor of 1.0 means the resisting forces equal the driving forces and the slope is in equilibrium. Any safety factor less than 1.0 indicates the slope is in incipient failure. Modeled safety factors should be in the 1.3 plus range to be considered on the low side of acceptable (1.5 would be preferable where raw slope conditions are being modeled and slope geometry, water, and soil strength parameters are mostly assumptions). These investigations should also include consideration of site conditions not only within the property boundaries, but how adjacent areas impact the proposed development, and vice versa. This is especially true where off-site irrigation in adjacent agricultural lands is saturating and potentially destabilizing parcels within the proposed development; a very common occurrence on the mesas in the irrigated Uncompahgre Valley.

It is recommended that no residential structures be constructed on a geologically recent landslide, which is one that has moved in the last few thousand years. Recent landslides can be discerned by a trained geologist by the relatively fresh landslide morphology. It might be prudent if future county master plans exclude residential development zoning in those susceptible areas where existing landslides have been mapped and slopes exceed a 3:1 grade.

Human activities can often worsen the risk of landslides in susceptible areas as a result of poor grading and improperly controlled drainage. Understanding of the slope stability of a given area prior to development may allow a susceptible area to be developed if rigorous investigations and slope stability analyses are conducted and the development plan and mitigation measures work towards stabilizing a slope, rather than creating a greater risk. Grading and placement of engineered fills, slope drainage, or engineered ground retaining and/or support systems may be necessary as mitigation measures; or avoidance of specific area if the risks are judged as being too high. In some cases, it may not be economically feasible or physically possible to mitigate the risks of potential slope instability and the entire site should be avoided for any real estate development.

Where development does, or has occurred, within landslide susceptible areas, consideration should be given to the formation of special bond districts, called Geologic Hazard Abatement Districts (GHADs), to reduce the financial risks on an area-wide or neighborhood basis. There should be full disclosure if a home lies within a mapped landslide susceptibility zone for all prospective buyers of not only new homes, but in secondary resale markets. Prospective buyers of existing homes and other real estate that lie within the landslide susceptibility areas should exercise due diligence and examine this map and/or retain an experienced professional geologist or geotechnical engineering for a site-specific evaluation of the property, similar to a standard building inspection report that is generally recommended before closing.

## Map Usage and Limitations

The study area was mapped on a 1 inch = 2000 feet (1:24,000) scale. The coverage shows areas that are potentially unstable and may be susceptible to landslides. The map is not

BLM_0075306

intended to give site-specific information as to the level of risk; rather, it serves as a tool for determining areas where slope stability issues may occur. Only privately owned lands were evaluated, but land use or ownership was not a factor that was given any weight in the generation of the susceptible area. Because of the uncertainties inherent to geologic science (i.e., subsurface geology and geometry, geologic structure, and water conditions) that are only assumed for most locations, no levels of risk assessment were made within the susceptible zone. For locations that lie within the susceptible area, this designation does not imply that landslides will occur during the life of a residential structure, only that landslides have occurred in similar nearby geologic and topographic conditions in the project area. It should be noted that extreme natural or human activity (e.g., earthquakes, broken water mains and saturated condition, or poorly designed excavations) may trigger slope instability in areas that are not included in the susceptible area.

Small, naturally-occurring landslides could exist outside of the susceptible area within the study area. This possibility is not very likely, provided that significant land use or grading changes do not occur. However, discrete and sporadic clay-rich lenses are known to exist in some of the geologic formations and may fail where steeper slopes are present. There are also shallow but steep drainage channel banks that are also susceptible to stream-side slumping. Care should be used when locating structures near these slopes and arroyos.

As stated above, locations of lands within the landslide susceptible zone should be evaluated by a qualified geotechnical engineer or engineering geologist for ground stability and presence of landslide deposits during further development, renovations, ground alterations, road alignments, and residential resale  Appropriate disclosure should be made to prospective buyers.

BLM_0075307

## Rockfall – Plate 2

### Overview

The CGS descriptive definition (Rogers and others, 1974) of rockfall is: *relatively large fragments of rock become detached and by means of free-fall, rolling, bounding or rapid sliding, or a combination of these methods, moves rapidly down a very steep slope under the force of gravity.* Rockfall occurs in steep topographic areas where rock outcrops or eroding rocky soil are exposed. Weathering and gravitational pull causes fractured rock fragments to break away from the outcrop and fall, bounce, or roll down the steep slope to come to rest at the base of the slope where grades flatten. Because the steep slopes are more difficult to develop, most of the areas with potential rockfall hazards are avoided; however, as more growth is occurring at the base of steeper slopes, there are some areas that have been (and are being) developed within potential rockfall hazard areas. Rock contains great mass so the velocity and size of falling rock have a direct relationship with the impact force. Even small rockfall can pose a safety risk and significantly damage structures.

### Background

For the purposes of this project, the term "rockfall" includes modes of ground failure where weathering and gravity causes rock blocks to fall, topple, roll, or slide down a steep slope. Rockfall can be a continuous process over a considerable period of time, a single event, or series of single intermittent events. A rockfall event can involve a single rock or large volumes of broken material, more commonly called a rockslide. Rockfall has three basic areas: the source area, or failure zone, where the rock initially falls from; the run-out zone, which is the steeper slope area where the rock actively falls, bounces, and rolls down the slope; and the accumulation zone where the slopes flatten and the falling or rolling rock ultimately comes to rest. Where accumulations of falling rock occur, the slope is generally referred to as a talus slope.

Source areas of rockfall are hard rock formations and to a lesser extent rocky surficial deposits (soil). These materials are generally more resistant to erosion and, over geologic time and by differential weathering, erosion, and removal of surrounding and adjacent softer rock and soil, become landforms characterized by topographic highs such as ridges, mesas, and cliffy rock-outcrop areas. Generally, rockfall initiates from these outcrops of more resistant rock and fall or roll onto the slopes below. The run-out zones are steeper slopes below that have a relatively hard substrate where, once the rock has detached and begins to fall or roll, the momentum is retained and the rolling rock accelerates down the slope. The accumulation zone is where the slope flattens to an angle of repose, which is defined as the maximum angle of a stable slope that is determined by the friction, cohesion, and size and shape of the rocks. The rock speed slows and eventually comes to rest in the accumulation zone.

BLM_0075308

Resistant rocks in the Montrose area include Precambrian igneous and metamorphic rocks in the Gunnison/Black Canyon Uplift areas and Mesozoic resistant sandstone units (Dakota/Burro Canyon, sandstones beds of the Morrison Formation, and the red Chinle Formation in canyons of the Uncompahgre Uplift.

Rockfall can range from a single rock falling or rolling to large-scale catastrophic events. The size of the falling rock depends on the source area geology (bedding thickness, bedding dip and dip direction, hardness, jointing/fracturing orientation), weathering, and position. Factors for triggering rockfall can include precipitation (water lubricates rock joints and fractures, weakens them, and causes them to slip and/or separate), temperatures extremes ("ice jacking" forces rocks apart during winter freeze/thaw cycles), chemical weathering (decomposition of rock), seismic (earthquake shaking, blasting), undercutting (natural or human-caused), or adverse loading (snow loads, animals, home locations, etc.) that can loosen or overturn an unstable rock.

Rockfall events can quickly demolish structures and can be fatal if a person is struck. Most, but not all, areas susceptible to rockfall can be identified and steps can be taken to avoid, reduce, or mitigate rockfall risk. In some areas, tree-covered slopes are currently acting as rockfall barriers, however, should this forest cover burn, rollout zones may extend farther down the slopes than they do under the current conditions.

**Methodology**

The rockfall susceptibility map was created by selecting a coverage from the slope classification map (generated from the DEM) that contains all slopes steeper than 60% (31 degrees), which is an average angle of repose where falling and rolling rocks generally come to rest. The slope coverage was digitally compared to geologic data and aerial photography to compile the hazard map in a GIS framework. These initial data were used during the field checking process, and the hazard areas were digitally adjusted and refined as field observations were made to more accurately reflect the observed rockfall potential, and extent of the run-out areas and accumulation zones.

The mapped boundaries include potential source areas, the run-out area where bouncing or rolling material may extend, and the accumulation zone where the rocks come to rest. The mapped boundaries represent the maximum extent of possible rockfall hazard based on a "worst case scenario" for a probable volume of falling rock. This includes the effects following wildfires, modest earthquakes, and extreme weathering. Effects from very-low-probability, large-volume "catastrophic" events such as rock avalanches triggered by large earthquakes were not included in this map.

**Mapping Results**

The rockfall susceptibility data on private lands was developed at a scale of 1 inch = 2,000 feet (1:24,000) to discern rockfall areas identified during this study. Four general types

BLM_0075309

of rockfall areas were identified within the private lands of Montrose County during this study.

Steep slopes and fractured outcrop areas in Precambrian rocks.  These areas are primarily limited to the northeastern portion of the study area around the Black Canyon of the Gunnison.  Typically the landforms here are massive, cliffy outcrops of rocks, steep chutes, and talus slopes near the base of the slopes.

Areas where resistant, highly fractured Precambrian outcrops are located above steep slopes can produce rockfall.  Most rockfall in such areas is produced by the exposed rock mass failing along prominent joints or fractures.  A minority of rockfall can be caused from weathering and undercutting by steams, or sloughing of rocks in chutes, or partially embedded in rocky colluvial soil.  The falling rocks tend to break up unto talus slopes below the source outcrops, but can also bounce erratically and launch onto flatter adjacent terrain

Resistant, gently to moderately dipping, sedimentary bedrock of the Uncompahgre Plateau.  Sandstones and conglomerates in the Dakota/Burro Canyon Formation and, to a lesser extent, the Morrison, Chinle, and Entrada Formations may be susceptible to rockfall when undercut.  The Dakota Sandstone generally rims all the canyons, and other resistant rock form cliffy areas along the canyon walls that are prone to rockfall in the western portion of the study area on the Uncompahgre Plateau.  Failure occurs when differential weathering or stream erosion accelerates erosion of underlying weaker shale beds and undercuts the more resistant sandstone layers.  Undercut rock blocks on the leading edge of the bluff, ridge, or canyon outcrop may begin to slump and topple.  Rockfall results when these blocks ultimately separate from the rock mass behind along pre-existing joints and fractures.

Rockfall within landslide areas.  The large landslide complexes in the Morrison Formation located in canyons and basins of the Uncompahgre Plateau in the southeastern portion of the study area includes areas where rockfall may occur from scarps that expose resistant bedrock.  Additionally, rockfall may occur as blocks of resistant material in the rocky landslide deposit being undercut by erosion.  Generally, these areas may produce a local risk of rockfall.  If the landslide is active, ongoing movement in these areas may contribute to isolated and site-specific potential for rockfall that is not shown on this map.

Rocky alluvial terraces and mesas edges.  Observed during the field checking were potential rockfall areas related to the ongoing downcutting of streams and topographic reversal that forms gravel capped mesas.  Rockfall can occur where the mesa edges are steep and the gravel that rim the mesa are exposed.  Some of these steeper slopes are human-made excavations.  Generally, these areas may produce a local risk of rockfall, but may be difficult to map without knowing the location of dispersed boulder and cobble-sized rocks within the deposit.  Ongoing erosion in these areas may contribute to isolated and site-specific potential for rockfall that is not shown on this map.

21

BLM_0075310

**Risk Assessment and Hazard Vulnerabilities**

Rockfall is a serious geologic hazard that could result in catastrophic damage to a structure poses a significant risk to human safety, and can be fatal if a person is hit. Fortunately, there are only a few isolated locations in the study area where private land is significantly exposed to rockfall hazards. The canyon floors and walls of the Uncompahgre Plateau that are rimmed with sandstone cliffs are at elevated risk for rockfall, including private land holdings along Roubideau Creek, the Dry Creek basin, Spring Creek, and near the walls of Shavano Valley. The same is true for some of the rocky steep slopes areas of Vernal and Poverty Mesas, and where private landholdings occur in the Black Canyon of the Gunnison. Some of the steeper scarps of landslides in the Cimarron Ridge area, such as Castle Rock and Washboard Rock, are also at elevated risk. By the nature of the development of this map, risk is implied for those areas inside the susceptibility zone.

Human activities can increase the risk of rockfall hazards or cause rocks to fall sooner than they would naturally. Excavations, such as road cuts, often remove support for overlying or overhanging rock and create rockfall risks, as can development-related changes in surface and ground water conditions. Talus (loose rock fragments) on steep slopes is often the result of numerous small rockfall events. Construction on talus slopes can increase rockfall risks to areas above and below construction by increasing or renewing movement of talus. Over-steepened cuts and other excavations are common causes and create dangerous areas for rockfall events to occur.

Hazard avoidance is by far the simplest, most effective, and least costly mitigation strategy. However, other forms of mitigation can reduce, but not eliminate, rockfall risk. Some typical types of mitigation include:

- Stabilization of rock outcrops by removal of unstable rocks (scaling) or rock reinforcement such as rock bolting, grouting, buttressing, and cable lashing;
- Protection systems to stop, slow, or diverting moving rocks, such as rock fences, draped cable nets or wire mesh screens, impact walls or barriers, berms and ditches, or rockfall sheds;
- Structural reinforcement solutions such as integrated concrete barriers and walls for vulnerable structures and facilities.

All these measures are expensive, require regular maintenance, and do not completely eliminate the risk of rockfall.

**Development Considerations and Recommendation for Future Land Use Planning**

Where new development includes parcels that lie within the rockfall susceptible zone, the county should require geologic and geotechnical investigations during the sketch plan application level of the proposed development plan, before lots are even laid out. These geologic hazards report or preliminary geotechnical engineering report must specifically address the potential rockfall hazard and determine what mitigation, if any, should occur. Where residential sites are being proposed within a rockfall susceptibility zone, the reports

BLM_0075311

should include a rockfall hazard map that delineates the source area and run-out zone, and the methodology used to create either the buffer or no-build zone to avoid the hazard, or the proposed mitigation.

There should be full disclosure if a home lies within a mapped rockfall susceptibility zone for all prospective buyers of not only new homes, but also in secondary resale markets. Prospective buyers of existing homes and other real estate that lie within a susceptibility area should exercise due diligence and examine this map and/or retain an experienced professional geologist or geotechnical engineering for a site-specific evaluation of the property, similar to a standard building inspection report that is generally recommended before closing.

An important factor to keep in mind is that although the place of potential rockfall is to some degree predictable, the time of failure is not. Hence, complete avoidance of areas of potential rockfall is the most sensible mitigation measure where lives or high property values are at stake.

**Map Usage and Limitations**

The study area was mapped on a 1 inch = 2000 feet (1:24,000) scale. Inclusion of properties within the mapped boundaries does not imply that rockfall events will impact that particular property at any given time - only that that property has a higher risk of being impacted compared to areas not included in the mapped area, based on the geologic and topographic conditions. Conversely, areas that are not identified in the rockfall boundaries could be exposed to potential rockfall occurrences if adverse blasting, grading, excavation, or wildfire occurs. Isolated areas of localized rockfall hazard potential outside of the mapped boundaries may include the areas surrounding erosional remnants, as well as on-going excavation and grading activities.

This study does not consider or include the potential of very large, catastrophic failures of mountainside rock outcrops that could result in a large-volume rock avalanche. Such failures may be related to severe earthquake shaking. Detailed investigations of rock mass structure was beyond the scope of this study.

The potential rockfall hazard areas shown on this map were constructed qualitatively using the available geologic, topographic, and field evidence. No levels of risk assessment were made within the mapped boundaries, which include not only source areas, but also probable down-slope run-out areas.

BLM_0075312

## Avalanche – Plate 2

### Overview

The CGS descriptive definition (Rogers and others, 1974) of snow avalanches are, *the rapid downslope movement of snow, ice, and associated debris such as rocks and vegetation.* Avalanches are typically seen in higher mountainous terrain.

### Background

There are two basic types of avalanches: dry, powder avalanches that create turbulent air-blasts; and wet, snowslide-type avalanches that flow down a chute or drainage channel much like an earth flow or debris flow. Both types leave identifiable scars and trim-lines in vegetated areas. The air-blast avalanche type is visible as scars in mountainsides and swales, not necessarily corresponding to a drainage channel. Wet snowslide avalanches tend to follow existing chutes and drainage channels. The scarring is much more limited in this situation; confined to near the channel itself.

### Methodology

In a GIS framework, slope classification maps were draped on high-resolution aerial photography. Using stereo aerial photography, steep terrain in high elevation areas were examined on private lands to determine where scars occur on hillsides that are suggestive of avalanche paths.

### Mapping Results

Only small sections of private lands in the southeast corner of the project area near the boundary with Ouray County have elevations and winter snowpack that are conducive for the generation of significant avalanches. Only localized areas of the Cimarron Ridge near Castle Rock and Washboard Rock at elevations of between 10,000 and 11,400 feet show the scarring that is typical of an avalanche path.

### Risk Assessment and Hazard Vulnerabilities

The risk and hazard vulnerability of dry air-blast avalanches is pretty limited for the project area. The small areas with avalanche risk near Cimarron Ridge should be avoided by any residential development, including seasonal cabins.

It should be understood that wet snowslides down pre-existing steep drainage channels are another matter. When snowfall is heavy and the snow is especially wet, or during rapid runoff from spring melting, it can slump and flow along these channels to spread on alluvial fans much like debris flows. These types of avalanches are typically constrained in chutes and along drainage channels so the visual evidence of open-slope scarring and tree trim-lines from avalanche activity is more difficult to map. Such conditions may occur along the steeper

24

BLM_0075313

chutes and drainage channels along the Gunnison Uplift east of Bostwick Park and the highlands west of Cimarron Creek.

**Development Considerations and Recommendation for Future Land Use Planning**

Structures should not be allowed in the areas mapped as avalanche hazards. Concerning wet snowslide avalanches, for the reasons stated above, home construction near drainage channels, chutes, and run-out fans in higher terrain with significant winter snowfall should also be avoided. CGS Special Publication 7 (Mears, 1979) contains additional information on avalanches and hazard planning in avalanche hazardous terrain.

**Map usage and limitations**

The avalanche map reveals those areas where slope, morphology, and vegetative scarring indicate that avalanches have occurred there. This map does not include locations where wet snowslide-type avalanches may occur when heavy and wet snow slumps and flows down existing chutes and steep drainage channels. Steep chutes and swales that may generate wet snowslides are also prone to debris/mud flows.

25

## Mudflows and Debris Flows – Plate 3

### Overview

The CGS descriptive definition (Rogers and others, 1974) of a mudflow is, "*a geologic phenomenon whereby a wet, viscous, fluid mass of fine- to course-grained material flows rapidly and turbulently downslope, usually in a drainageway. This results typically from torrential rainfall or very rapid snowmelt runoff that initiates rapid erosion and transport of poorly consolidated surficial materials that have accumulated in the upper reaches of the drainage area.*"   These fast-flowing hyper-concentrated flows have the ability to fan out over ground terrain and can cover large areas.  They behave more like a rapidly moving earth flow than a flood in the sense that debris flows don't necessary flow down a narrowly defined flood plain or an established drainage channel.  For that reason, debris floods are categorized as a geologic hazard and not a flooding hazard.  Mud is composed predominantly of silt- and clay-sized particles, whereas the term "debris" is commonly applied to material that consists mostly of boulder- and cobble-sized rocks mixed with displaced soil and vegetation.  It is a potentially damaging geologic hazard in mountainous terrain, but also in semi-arid Colorado where steep slopes and poorly vegetated slopes exists, and intense, cloud-burst-type rainfall events can occur.

### Background

Mudflows and debris flows typically are formed where heavy precipitation in a basin becomes concentrated such that unconsolidated soil and earth materials become entrained in the flow so that a bulked mud or slurry forms, and the entrained particles have no shear strength. The viscous fluid then rapidly moves downslope.  The hydraulic nature of this hyper-concentrated flow enables it to "lift" and carry debris, such as boulders, downed trees, and any other material that may lie in its course.  At a point where the slope flattens, the flow slows, friction occurs between soil particle and shear strength re-engages, and the flow stops. They are typically recurrent events from the drainage basin so mud and debris flows hazard can be identified by a specific geomorphic landform called an alluvial fan or debris fan, which is a thickened wedge of sediments that formed by the deposition of successive flows.  The apex of the fan rises to the mouth of the drainage basin.

Alluvial fan flooding is much more random than typical flood plain flooding along river streams.  Mud/debris flooding is characterized by lateral moving of flow over a wide area from the mouth of drainage basin onto a valley or mesa floor.  Old channels are abandoned and new ones form as additional flows deposit more material on the valley floor. For that reason, structures located anywhere on a fan are susceptible to mudflow flooding, even if the structure is not located near the current channel.

Another consideration with alluvial fan and mud/debris flooding is that wildfires in the drainage basin can raise the risk of debris flooding.  The loss of the vegetal cover in burn areas increases run-off rates and the denuded slopes are more prone to erosion, thus increasing both the peak discharge and bulking rate of the resultant flows.

BLM_0075315

**Methodology**

The mudflow map was created by selecting all alluvial fan deposits from the geologic maps that were completed by CGS in 2007 and 2008. On other geologic maps where alluvial fans were not separately mapped, aerial photography and analyses of topographic maps were conducted to discern alluvial fan morphology and drainage basins that could produce bulked flows. These fans were compiled and digitized into a GIS shapefile. Specific or questionable areas later field checked. This shapefile does not include typical flood zones in river and stream flood plains that are typically mapped in FEMA Flood Insurance Rate Maps (FIRM).

**Mapping Results**

The mud/debris flow hazard susceptibility coverage was developed for private lands at a mapping scale of 1 inch = 2,000 feet (1:24,000). Alluvial fans where mud/debris flows have occurred are found in the following project areas.

Tributary streams of the Uncompahgre Plateau that debouche onto the west side of the Uncompahgre River valley. Many broad alluvial fans outlet onto California Mesa and Shavano Valley from the many subparallel canyons that have cut into the eastern flank of the plateau. Historic mud flows have been reported from many of these canyon and flood control dams and detention basins have been constructed in Roatcap Gulch and Shavano Valley.

Mud fans from the Mancos Shale Adobe Hills. Several small but steep basins extend into the "adobe hills." The mudflows from these areas are generally less viscous and, instead of creating alluvial fan morphology, create a broader mud-flat environment typical of tributary drainages to Montrose and Loutzenhizer Arroyos, and the lower reaches of Cedar Creek.

Large mud fans in the southern project area along the Uncompahgre River valley. Large mud fans originate from the high terrain to the east of the river that is underlain by Mancos Shale, including the higher reaches of Beaton Creek.

Typical alluvial fans in the steep terrain of the eastern project area. Classic alluvial fan morphology and typical debris flow hazards occur in many valley areas in steeper terrain such as the east side of Bostwick Park, the upper reaches of Cedar Creek, Pool Gulch near Poverty Mesa, and the Cimarron River valley.

**Risk Assessment and Hazard Vulnerabilities**

Risk assessment for mud/debris flows was difficult for this project area, specifically in the "adobe hills" area near Montrose. Most of the surficial soils in the area are derived from mud flows from the "adobe hills" nearby but rarely is a well-recognized alluvial fan discernable. The mud that formed from the claystone is thin and water-rich and results only in mud flats. The CGS could only map a few areas that are considered a potential hazard.

27

BLM_0075316

This situation was rendered even more uncertain by the extensive irrigation canal and lateral ditch network in the Uncompahgre River valley. Many of these canals and ditches cross natural drainageways and so they provide a, albeit undefined, mitigative effect to bulked storm flows down the drainageway.

The risks of mudflows (and traditional flooding) from the many side canyons of the Uncompahgre Plateau is probably higher. Many of these drainage channels also benefit by the canyon mouths being crossed and intercepted by irrigation canals. We would expect the same to be true in the higher elevations areas on the east side of the project area in the Gunnison Uplift and Cimarron Creek areas.

Where the threat of debris flooding occurs, there are mitigative solutions. Avoidance is the preferred strategy, but other solutions include raising the structure on fill pads, grading, diversion berms and walls, flumes, detention basins, and debris racks that span the basin mouth.

**Development Considerations and Recommendation for Future Land Use Planning**

Where new development includes parcels that lie within the debris/mud flow hazard areas, the county should require, at sketch plan, an in-depth hydrologic/drainage study be completed that specifically addresses off-site drainage mud/debris flows onto the property, and model peak flows that are appropriately bulked with sediment.

**Map Usage and Limitations**

This map coverage shows locations where the geomorphology suggests that overland flow of debris and mud periodically occurs outside of established drainage channels on alluvial fans. This map does not consider or reflect flooding in established flood plains that is under the jurisdiction of the Watershed Protection and Flood Mitigation Program of the Colorado Water Conservation Board. Federal Insurance Rate Maps by FEMA of the Montrose vicinity only includes major tributary streams.

BLM_0075317

## Swelling Soils (Expansive soil and rock) – Plate 4

### Overview

The CGS descriptive definition (Rogers and others, 1974; Noe and others, 2007) of swelling soil and expansive bedrock is: *soil and rock that contain clay minerals that attract and absorb water*. The rock or soil swells in volume when wet and shrinks when dry. Clay minerals are hydrous aluminum phyllosilicates that have a structure similar to mica, and form micron-sized sheets or plates. The swelling is caused by the chemical attraction of water to certain clay minerals, predominantly smectite and, to a lesser extent, illite. Layers of water molecules can be incorporated between the clay plates. As more water is made available to the clay, more layers of water molecules are added between the plates and the adjacent clay plates are pushed farther apart. The swell pressure from the addition of water on the molecular level can be quite high and can easily heave typical foundations and slabs, resulting in severely damaged structures.

The terms swelling soil, expansive soil and bedrock, heaving soil, and shrink-swell soils are used interchangeably to describe that same type of mineralogical volume expansion mentioned above.

### Background

The major bedrock units that contain expansive clay minerals in the project area are the Mancos Shale and shales of the Morrison Formation. Within the project area, claystone bedrock is very common. The Uncompahgre River valley is in its present location because the Mancos Shale is more easily eroded compared to the more resistant rocks on the Gunnison Uplift and Uncompahgre Plateau. The east side of valley is almost entirely exposed shale (i.e., "adobe hills").

These rock formations were deposited during the Mesozoic Period when volcanic eruptions were more prevalent to the west in present day Arizona, Nevada, and California. Weathering and alteration of volcanic ash formed the smectite clay particles that were incorporated into the mud that lithified to become the claystones and shales. Bentonite is a special type of smectite that may have especially high swelling characteristics. Relatively pure bentonite seams or layers are commonly seen in the Mancos Shale. These layers record ash falls from heavy volcanic eruptions in the geologic past, that sank into the Cretaceous mid-continental seas to deposit on the sea bottom with little mixing of other sediments.

Volume change is influenced by the amount and type of clay minerals in the soil and the moisture content. Soils that are derived from the erosion of the claystone bedrock contain the same swelling clay minerals. The semi-arid climate of western Colorado has resulted in dry, native, clay soils with lower moisture contents. Residential development, with the related concentration of drainage from roof downspouts, impermeable slabs, and landscape irrigation, usually results in the addition of moisture to these soils. Those soils with swell potential will see volume expansion as the moisture content increases.

BLM_0075318

## Methodology

The swelling soil map was created by integrating GIS geologic mapping data, GIS soil data from the NRCS, and consultation with the local geotechnical engineering community. Selected NRCS data that was used for this coverage were: 1) linear extensibility, which is the main NRCS indicator for shrink-swell potential of soils; it is a measurement of volume changes in a soil clod as the moisture content is decreased; 2) the percent of the soil that is composed of clay-sized particles; and 3) the Plasticity Index (PI) of the soil. PI is a measure of the ability of a clay soil to hold moisture, which is the percent range from when a soil crumbles (plastic limit) to when it behaves as a fluid (liquid limit). Swelling soils tend to be "fat" clays with high PI, typically getting extremely greasy and slippery, and caking onto shoes and tires, when it becomes wet.

A matrix was created assigning a rating of low, low to medium, medium, medium to high, and high risk of swelling soils for the geologic map units in the project area, based on the bedrock lithology and/or sediment types of the map units and incidents of swelling soil that have been reported. Those hazard zones were then further adjusted based on the selected NRCS GIS data mentioned above.

## Mapping Results

The mapping results indicate that higher hazard potential of swelling soils occur where: 1) the Mancos Shale is exposed at the surface; 2) clayey colluvial sediments (including landslide deposits) are derived from the Mancos Shale, and 3) Morrison Formation claystone is exposed at the surface and within any clayey soils that are derived from the Morrison Formation. Those areas with low risk of swelling soils include the gravel terrace and mesa areas, the modern Uncompahgre River floodplain, the highlands of the Gunnison Uplift, and the Dakota Sandstone exposed on the Uncompahgre Plateau.

Claystone bedrock units of the Mancos Shale tend to be rated higher than the soils derived from them. That is especially true when those soils are alluviums derived from mud flows. These types of soils may have swelling clay mineralogy but were deposited in a low-density condition as the turbulent mud flow stopped. Collapsible and compressible soil hazards may be a more critical geologic hazard with mud flow-type soils, even with swelling clay minerals. More discussion on these types of clay-rich soils in is the "Collapsible Soil" section of this report.

## Risk Assessment and Hazard Vulnerabilities

Swelling soil is the most costly geologic hazard in Colorado, but most of the damage and expense is along the Front Range in the major metropolitan areas. Swelling soils should be viewed as a geologic constraint that can be mitigated with a proper geotechnical engineering investigation and appropriate foundation design, even in areas rated in the high hazard categories. Proper landscaping and irrigation practices are very important in swelling-soil hazard areas. The key is an appropriate structural foundation and preventing undue wetting of the swelling-clay soil.

BLM_0075319

Commonly conducted soil tests that indicate swell potential of a soil are the Atterberg limit test, which measures the plastic and liquid limits of the soil to calculate the PI, and, most importantly, the swell/consolidation test (modified from ASTM D-2435 and D-4546 soil-testing methods). In this test, an apparatus loads an undisturbed soil sample with a surcharge pressure in pounds per square foot (psf), which is then wetted. The percent expansion of the soil sample after absorbing the water is then recorded, as well has the swell pressures. The swell potential rating varies depending on the surcharge pressure (load) at the time the samples are wetted. The following swell potential rating criteria is from the Colorado Association of Geotechnical Engineering (CAGE).

| Percent Swell @ 500 psf | Percent Swell @ 1000 psf | Swell Potential Rating |
|---|---|---|
| 0-2% | 0-3% | Low |
| 2-4% | 3-5% | Moderate |
| 4-6% | 5-8% | High |
| >6% | >8% | Very High |

There are several mitigative techniques to address swelling soils, including:

1. Ground modification techniques, such as overexcavating the swelling soils and replace them as a structural fill, conditioned to above optimum moisture content so the swell potential is removed.
2. A water or chemical treatment that either prevents swell or pre-swells the soils.
3. Foundation designed with minimum deadloads to counter heave pressures.
4. Deep foundations.
5. Post-tensioned slab-on-grade foundations.
6. Structural floors instead of interior slab-on-grades.

Where there are homes that may not have been built with a foundation that mitigates swelling soils, proper drainage, grading, and landscaping are critical to keep the subgrade soils from being unduly wetted. Xeriscape™ landscaping techniques are recommended.

**Development Considerations and Recommendation for Future Land Use Planning**

Where swelling soils exists, or are assumed, the submittal of a preliminary geotechnical report should be included during sketch plan or preliminary plan development application. This preliminary report should include a suitable number of boring and/or test pits to characterize the site and soil testing including swell/consolidation tests. This report will give a more detailed assessment of whether swelling soils exist on the site, and what the swell potential is. Further lot-specific design-level foundation investigations should be required for a building permit.

31

BLM_0075320

The CGS has been studying the occurrences of swelling soils for many years. A recommended CGS publication is: *A Guide to Swelling Soils for Colorado Homebuyers and Homeowners* by Noe and others (2007).

**Map Usage and Limitations**

This map coverage is based on a regional understanding of the geology and soils of the project area. The rating zones are generalized at a 1:24,000 map scale and, based on that understanding, should only be used as a tool for determining areas where swelling soils most likely may occur. It is not meant to be, or should be considered, a substitute for site-specific investigations and soil testing. Pockets of higher swell-potential soils may occur in low rated areas, as well as low swell-potential soils occurring in areas mapped as higher risk.

32

## Collapsible Soils – Plate 5

### Overview

Collapsible soils are broadly defined as soils that rapidly settle when exposed to water. These soils are a significant geologic hazard in Colorado and other Western States of the United States in semiarid to arid climates. The collapse can occur under the weight of the soil alone (overburden pressure) or under the additional load of a building or other structure. Most collapse occurs through mechanical means where dry, low-density, high-porosity soil becomes denser when the soil-particle binding agents weaken or break after wetting. The destruction and recompaction of the soil structure at moister conditions cause settlement of the ground surface. Because the introduction of water brings about such collapse, the terms "hydrocompactive" and "hydrocompressible" are commonly used to describe collapsible soils. Other processes of ground subsidence and collapse occur in dispersive or erodible soils through (1) suspension and removal of particles by flowing water (soil piping and pseudokarst formation) and (2) actual chemical dissolution of the soil matrix in gypsiferous soils and soils derived from evaporite bedrock.

### Background

Collapsible soil forms in specific, geologically recent (Holocene) sediments that have been deposited in arid to semiarid environments. The deposits include (1) hillside gravity and slope-wash deposits, called colluvium; (2) accumulations of rapidly deposited, unsorted, water-borne mud in alluvial and debris-flow fans; (3) aggraded overbank deposits, called alluvium (silt and clay recently laid along tributary streams, flood plains, and gently sloped mud flats); and (4) windblown deposits of dust, silt, and fine-grained sand, called loess. Where soil collapse exists, an open and inherently unstable skeletal fabric characterizes the soil structure of these sediments. The common factor in the water-laid sediments is rapid deposition. In the generally arid climate, wet sediments quickly desiccate (dry out) in their original condition, without the benefit of further reworking to pack the sediment grains. Locally, ground-water levels generally never rise into these mantles of soil, which can remain unsaturated until land development. During and after development, moisture can be introduced to the subsurface soil through field irrigation, lawn and landscaping irrigation, capillary action under impervious slabs, leaking or broken water and sewer lines, and altered surface and subsurface drainage.

### Methodology

The collapsible soil susceptibility map was created using GIS software, utilizing georeferenced 1:24,000 topographic maps and a 10-meter DEM as base maps.  Digital versions of the compiled project geologic map and NRCS data were used to select and group surficial geologic deposits and soils that may be susceptible to collapse.  The map polygons were created based on climate, geology, engineering properties of the soil, geomorphology, and sediment depositional processes where collapse-prone soils may form.  Soil groups with shallow bedrock (<5 feet) were generally excluded, as were wet soils prone to flooding, stony

BLM_0075322

or heavily graveled soils that are more characteristic of river terrace deposits that cap the valley mesas, and steep rocky colluvial (talus) slopes.

The final collapsible soil susceptibility coverage was created from merging edited NRCS soil map areas with geologic map polygons of unconsolidated surficial deposits that have been shown to be collapse-prone.  The coverages were then compared to topographic maps, hillshaded 10-m DEM, and high-resolution aerial photography.  The final shapefile was digitally adjusted where necessary.  Limited field checking was done in certain questionable regions.

**Mapping Results**

Collapsible soils are found predominantly in the fine-grained soils that are derived from mud flows in the project area.  These types of soils typically mantle the lower-lying areas near "adobe hills," and where streams outlet from the Uncompahgre Plateau, as well as some of the higher mesas and parks.  The sediments of alluvial fans and colluvial slopes adjacent to terraces and mesas are generally susceptible to collapse when they become wetted and loaded.

**Risk Assessment and Hazard Vulnerabilities**

Collapsible soils have been a significant hazard in the Montrose area, and many heavily loaded structures have had significant problems with settlement that required costly remedial repair, or were abandoned and demolished because of the extent of the damage.  The hazards of collapsible soils are related to the Collapse Potential and extent of the soil deposit.

Collapse Potential, as with swell potential, is determined by one-dimensional swell-consolidation tests (modified from ASTM D-2435 and D-4546 soil-testing methods).  In this test an "undisturbed" soil sample is loaded with weights to a specific pressure.  Collapse Potential is the percent of soil consolidation that occurs after the soil sample is wetted.  At a load of 1000 pounds per square inch (psf), the hazard rating for collapse potential is as shown.

| Percent Collapse | Hazard |
|---|---|
| 0-1% | No Problem |
| 1-3% | Low |
| 3-5% | Moderate |
| >5% | High |

In western Colorado, many geotechnical consultants flood their sample at much lower load pressures in their swell/consolidation testing.  In such circumstances, one needs to extrapolate where the steep consolidation curve crosses the 1000 psf load line to use the chart above.  One of the purposes of flooding the samples at low loads is that many of the collapsible soils in the Montrose area are derived from the Mancos Shale and contain clay with swell mineralogy.  In these circumstances, these types of soils may exhibit both swell and collapse behavior when

BLM_0075323

they become wet.  The soil may be slightly expansive at very light loads (i.e., concrete slab-on-grades) as the clay particle take in water and swell, but at higher loads (i.e., structure foundation) the soil fabric begins to shear and collapse and consolidation occurs.  This phenomenon is very common in the clay soils of the Montrose area and needs to be properly considered in foundation designs.

The depth and thickness of the collapsible soil is also very important.  Even with low collapse potential, the saturation of a thick column of soil could cause settlement at the ground surface.  For example, complete saturation of a 10-foot column with 3% collapse potential, still considered low, could result in over 3 inches of settlement.

The CGS has been studying the occurrences of collapsible soils in Colorado for many years and recently completed a publication on the topic.  For further information of collapsible soils that contains specific detailed discussion of the Montrose area, see the CGS publication, *Collapsible Soils in Colorado* by White and Greenman (2008).

**Development Considerations and Recommendation for Future Land Use Planning**

Collapsible soils hazards must be properly identified for any development consideration.  The preliminary geotechnical investigation must determine the depth of the collapsible soil and the collapse potential.  As with swelling soils, the introduction of water to the subgrade soils is the catalyst for damage and distress to structures.  For development in a collapsible soil area, water management is extremely important.  Grading, drainage, and landscaping details must be stressed so that undue wetting of the subsoil is minimized.

**Map Usage and Limitations**

This map identifies locations that may be susceptible to collapsible soils and should be used as a tool to formulate appropriate and proper types of investigations.  It should not be used as a stand-along determinator that collapsible soils exist at a particular site, that the collapse and settlement potential is high, or be a substitute for a professionally prepared, site-specific geologic hazards study or geotechnical investigation.  This map is meant as a general guide for landowners, planners, municipal and county land-use regulators, and the geotechnical and civil engineering community to show that the geologic, geomorphic, and climatic conditions of a particular location are amenable to the formation of collapsible soils.  The intent of the map is to warn users about the potential risk of soil collapse for a given area, and to prompt a proper level of geotechnical investigation that will determine the site-specific collapse potential of the soils there.  Such investigations are needed in order to provide the appropriate engineering considerations for mitigation and water-management recommendations.

BLM_0075324

## Corrosive Soils – Plate 6

### Overview

Soil corrosion is a geologic hazard that affects buried metals and concrete that is in direct contact with soil or bedrock.  Metals tend to be attacked by chloride solutions while high sulfate levels are harmful to concrete.  The saline nature of the Mancos Shale with abundant secondary sulfate mineralization (gypsum) is considered corrosive to both metals and concrete.

### Background

Corrosion of metal is an electrochemical process that involves oxidation (anodic) and reduction (cathodic) reactions on metal surfaces.  Corrosion is typically a result of contact with soluble chloride salts found in the soil or water, which requires moisture to form solutions of these salts.  Several key factors that influence the severity and rate of corrosion include: the amount of moisture in the soil, the conductivity of the solution, the pH of the solution, and the oxygen concentration within the soil (aeration). The organic content of the soil, soil porosity, and soil texture indirectly affect corrosion of metals in soil by influencing the key factors listed above.

The rate of corrosion of uncoated steel is related to such factors as soil moisture, particle-size distribution, acidity, and electrical conductivity of the soil.  Furthermore, chloride ions from salt-enriched waters, soil, or from anti-icing salts can lead to corrosion of steel reinforcement in concrete and steel structures by dissolving the protective layer of oxides present on the steel surface.

Sulfate ions may also lead to accelerated corrosion of steel reinforcement and concrete. Sulfates react with lime in the concrete to form expansive products that cause the concrete to soften and crack, thus weakening the concrete. Water with other destructive ions can percolate through cracked concrete, attack the reinforcement steel, and speed up the corrosion process.

The presence of high acidity (pH $\leq$ 5.5) in water or soil is considered a corrosive condition for concrete and certain metals (carbon steel, zinc, aluminum, and copper).  Like the corrosion of metals described above, acidic soils or waters can react with the lime in concrete to form soluble reaction products that can leach out of the concrete, resulting in concrete with greater porosity and weaker condition.  Concrete that has been affected by acidic conditions will often have yellowish or rust colored areas on the concrete surface.

### Discussion

Characterizing the corrosivity of a soil is complicated by the interaction of the variables described above.  For example, metal buried within an aerated or disturbed soil with a particular resistivity and soluble chloride concentration generally will not experience the

BLM_0075325

same amount of corrosion as a similar metal placed in the same soil in a compacted, less aerated state.

Special site examination and design may be needed if the combination of factors results in a severe hazard of corrosion. Uncoated steel or concrete in installations that intersect soil boundaries or soil layers is more susceptible to corrosion than the steel or concrete in installations that are entirely within one kind of soil or within one soil layer.

For uncoated steel, the risk of corrosion, expressed as *low* or *high*, is based on soil drainage class, total acidity, electrical resistivity near field capacity, and electrical conductivity of the saturation extract.

For concrete, the risk of corrosion also is expressed as *low* or *moderate to high*. It is based on soil texture, acidity, and amount of sulfates in the saturation extract in chemical tests by the NRCS.

## Methodology

In order to map the potentially corrosive soil boundaries, existing digital data were compiled in ArcMap GIS version 9.2. The datasets included:

- National Resource Conservation Service (NRCS) Soil Survey data from the Ridgway-Montrose area;
- The merge project area geologic map compiled from CGS and USGS sources;
- National Agriculture Imagery Program (NAIP) 1-m resolution, orthorectified color aerial photograph;
- a 10-m DEM

A map of areas of low, moderate, and high corrosiveness for steel and concrete was generated from the Soil Survey data using the NRCS Soil Data Explorer. We grouped the low and moderate classified polygons together, which left polygons of either low or high corrosive potential. This coverage was overlain on the geologic coverage to determine which corresponding geologic units coincided with the high potential for corrosion. Field observations of known corrosive units were used in conjunction with the overlay layer. The corresponding geologic units were selected out of the coverage and combined with the polygons in the corrosive soil layer.

The mapped boundaries represent an approximation of potentially corrosive soils based on the NRCS Soil Survey data, mapped geologic units, and field data where collected.

### Risk Assessment and Hazard Vulnerabilities

Most of the surface water and perched or shallow ground water in the Uncompahgre Valley are exposed to, or flow through the Mancos Shale. Almost uniformly, corrosion protection for steel and sulfate-resistant concrete mixes is recommended for construction. If neither is proposed, soil corrosion testing must be completed. Generally, water-soluble concentrations are measured in soil samples. The American Concrete Institute has standards to determine severity levels of corrosion by sulfate attack in their Manual of Concrete

37

BLM_0075326

Practice. Type V concrete, which is sulfate resistant, is generally specified in the Uncompahgre Valley.

### Map Usage and Limitations

The study area was mapped on a 1 inch = 2000 feet (1:24,000) scale. Inclusion of properties within the mapped boundaries does not imply that corrosive soils will impact that particular property at any given time - only that that property has a higher risk of being impacted compared to areas not included in the mapped area, based on the geologic conditions.

The potential corrosive soil hazard areas shown on this map were constructed qualitatively using the available soil, geologic, and field evidence. No levels of risk assessment were made within the mapped boundaries. Appropriate soil corrosion testing should be conducted to determine what mitigation, if any, should occur, and appropriate disclosure should be made to prospective buyers. Mitigative measures may be required to reduce the risk from corrosive soils.

BLM_0075327

# Flooding Hazards – Plate 7 and 8

**Overview**

Flooding is a natural hazard but is not considered a geologic hazard. Flood hazards and designated flood hazard zone assessments are under the jurisdictions of Colorado Water Conservation Board and FEMA. The CGS task for this project was to digitize the available FEMA Flood Insurance Rate Maps (FIRMs) for Montrose County. Those maps within the municipal limits of Montrose and Olathe were excluded from this coverage.

**Methodology**

Digital scans of all available FIRMS were imported into ArcGIS 9.2 as raster images that were subsequently georeferenced. The flood plain line work was then manually digitized and saved as an ArcGIS shapefile. Flood hazard is a selectable attribute in the NRCS SSURGO soil survey so, in addition to the available FIRMs, a second layer of flood hazard was acquired for a large portion of the project are using the Soil Data Viewer, a GIS extension available from the NRCS.

**Risk Assessment and Hazard Vulnerabilities**

Risk assessment and hazard potential should be determined by the Colorado Water Conservation Board.

**Development Considerations and Recommendation for Future Land Use Planning**

The CGS cannot give professional direction in development considerations and recommendations for future land-use planning in flood prone areas but, generally, new development should not be allowed within the 100-year flood plain.

**Map Usage and Limitations**

During the georefencing process it became apparent that there were spatial issues with the original scanned maps. FIRMs do not use the standard USGS topographic map as a basemaps so control points used in the georeferencing process, common to both the FIRMs and the topographic basemaps in the project geodatabase, showed error in certain FIRMs. Spatial readjustment were made as best as could be done with the data available. The digitized FIRMS also do not reflect river course changes that have occurred since the maps were developed. We noted several areas where the mapped flood plain did not match the actual stream course as shown in more recent high-resolution aerial photography.

Most importantly, the FEMA flood plain coverage in the Uncompahgre Valley FIRMs is incomplete. It is not a comprehensive map of all areas that may flood in the project area. Many smaller tributary streams with flooding potential are not shown on maps, or maps do not exist for those areas. FIRMs also do not reflect overland flooding typical with debris/mud flows on alluvial fans.

39

BLM_0075328

# Earthquakes and Faults – Plate 9

## Overview

The scope of the Earthquake and Fault portion of the Montrose County geologic hazard project was to show the mapped Quaternary (less than 2 million years) faults and earthquake epicenters within ~70 miles of the Montrose study area and provide these in digital GIS format to the county. Furthermore, we generated an earthquake hazard assessment report for Montrose County based on a single historic earthquake event. In this discussion of earthquakes and faults, a standard term of time, ka, refers to one thousand years. Also, the scientific literature refers to distances in the metric system so mixed units are used in this discussion.

## Background

### *Earthquakes*

Minor seismic activity has been recorded in the Delta-Montrose area. In May of 1992, the U.S. Geological Survey measured an earthquake of magnitude 2.8 approximately 5 miles southeast of Olathe, and on January 13, 1962, a magnitude 4.4 event occurred approximately 6.5 miles southwest of Montrose (Kirkham and others, 2004). Both events were felt at intensity IV (Scale I-XII) in Olathe and Montrose (Kirkham and others, 2004). The Olathe event lies along the trend of the Cimarron and Red Rocks faults, which are suspected to have middle to late Quaternary movement (Lettis and others, 1996). On October 11, 1960, the largest instrumentally recorded earthquake in Colorado measured magnitude 5.5 and occurred approximately 15 miles southeast of Montrose (Kirkham and others, 2004). This event was felt at intensity V in Olathe and damaged buildings in Montrose and nearby communities.

### *Faults*

Many Quaternary faults are within or in close proximity to the Montrose study area. The mapped traces of these faults and geologic information are taken from the study complied by Widmann and others (1998; 2004). We chose to discuss those faults that are suspected to have moved within the late Quaternary (past 130,000 years), as well as the Ridgway fault because of the potential activity of its branch faults at the Ridgway Reservoir dam abutment. Additional information on the faults not discussed here can be found at the CGS web site.

#### *Cimarron fault:*

The Cimarron fault is a west-northwest-striking fault between Montrose and Blue Mesa Reservoir. The western end of the fault is parallel to State Highway 50 and the Gunnison River. The fault begins in the Black Canyon of the Gunnison National Park, continues southeast past Powderhorn and Iron Hill, and terminates south of the southeastern end of Huntsman Mesa. The fault is divided into four sections which include from west to east: the Bostwick Park section, the Poverty Mesa section, the Blue Mesa section, and the Powderhorn section. Names for these sections are based

BLM_0075329

on segment names used by Lettis and others (1996). The Powerhorn section lies outside of the Montrose study area and is not discussed here.

The Cimarron fault and the nearby Red Rocks fault are on the southwest margin of the Laramide-age Gunnison Uplift. The Cimarron fault is a high-angle, northeast-dipping reverse fault that was reactivated during the late Cenozoic as a down-to-the-northeast normal or oblique-slip structure (Hansen, 1971; Lettis and others, 1996). Based on geologic relationships exposed at the surface, Lettis and others (1996) suggested the Cimarron fault may merge with the Red Rocks fault at a depth of 5 to 9 km and then flatten to merge with a blind thrust or detachment at a depth of 8 to 10 km. Hansen (1971) reported 5.5 km of left-lateral Laramide displacement across the fault. Bostwick Park is underlain by as much as 50 m of Quaternary deposits that include the Lava Creek B ash dated at 620 ka (Hansen, 1971; Lettis and others, 1996).

The Bostwick Park section of the Cimarron fault is marked by a series of discontinuous, southwest-facing fault scarps, fault-line scarps, or fluvial scarps (Lettis and others, 1996).

A prominent south-facing, 300-m-high escarpment, numerous north- or uphill-facing, 5- to 20-m-high scarps in Quaternary deposits, vegetation lineaments, and ponded sediments occur along the Poverty Mesa section of the fault (Lettis and others, 1996). The high south-facing escarpment is either a fault-line scarp or the headscarp of a landslide. The small uphill-facing scarps are of tectonic or slope failure origin (Lettis and others (1996).

The Blue Mesa section of the Cimarron Fault includes a 1-km-wide graben with low relief. The drainage system within the graben is poorly integrated into the local, well-integrated drainage system (Lettis and others, 1996). The most prominent geomorphic evidence of young activity was noted in an area west of the trench sites, but Lettis and others (1996) were unable to get permission to work on the property.

*Age of faulted deposits:*
Scarps of unknown origin are present in Quaternary alluvial fans along the Bostwick section of the Cimarron fault (Lettis and others, 1996). These suggest, but do not prove Quaternary activity. A 3- to 5-m-thick soil with a stage II+ calcic horizon developed on the alluvial fans is estimated to be middle to late Pleistocene (100 to 150 ka) in age (Lettis and others, 1996). Latest Pleistocene and Holocene (less than 10 ka) deposits are not offset across the fault (Lettis and others, 1996). Late Tertiary rocks do not occur along this section of this fault.

Along the Poverty Mesa section, Quaternary landslide deposits and middle to late Pleistocene colluvium (50 to 100 ka) are broken by or warped across the fault, although this deformation may not be of tectonic in origin. Holocene deposits are not offset (Lettis and others, 1996).

41

BLM_0075330

Middle Tertiary volcanic rocks are offset by the graben along the Blue Mesa section. Late Pleistocene sediments are back-tilted against the fault, and a basal slip plane was encountered in trenches. A landslide origin was postulated for these features (Lettis and others, 1996).

The Cimarron fault may be capable of generating a magnitude 6.75 earthquake (Unruh and others, 1993).

***Cannibal fault:***
The Cannibal fault lies in the San Juan Mountains in an area of extensive middle and late Tertiary volcanism. Steven and others (1974) outlined as many as 15 collapsed calderas in the San Juan Mountains. Many of the faults in this area are related to collapse of these volcanic calderas. However, the Cannibal fault lies between two large volcanic centers; the nested Lake City and Uncompahgre calderas to the west and the nested La Garita and San Luis calderas to the east. It is a normal down-to-west fault and forms the northeast margin of the Clear Creek graben south of Spring Creek Pass.

*Age of faulted deposits:*
The Miocene Hinsdale Formation is offset by the northern end of this fault (Steven and Hail, 1989). Kirkham and Rogers (1981) reported 100 m of offset in Miocene volcanic rocks based on oral communication with T.A. Steven. Quaternary deposits were not mapped as offset by the fault by Steven and Hail (1989) or Steven and others (1974), but Lettis and others (1996) noted several lineaments in Pinedale (approx. 10 to 30 ka) to Bull Lake moraine deposits (approx.130 to 300 ka).

This fault has been active since the Miocene, based on offset of Miocene volcanic rocks (Kirkham and Rogers, 1981; Steven and Hail, 1989). Lettis and others (1996) reported "topographic, lithologic, and vegetation lineaments suggestive of recent fault activity" in older Pinedale to Bull Lake moraine deposits. They concluded that the Cannibal fault is a potentially active fault based on these lineaments and "its strong geomorphic expression within the Clear Creek graben..." The most recent paleoevent is herein tentatively considered to have occurred during the late Quaternary.

A moment magnitude (Mw) 7 maximum credible earthquake was assigned to this fault by Lettis and others (1996).

***Busted Boiler fault:***
The Busted Boiler fault lies on the southeast margin of the Uncompahgre Uplift, which is a northwest-striking, east-tilted fault block. The Busted Boiler fault is a high-angle normal fault downthrown to the west. It forms the eastern margin of a discontinuous graben.

*Age of faulted deposits*

42

Sullivan and others (1980) and Lettis and others (1996) reported late Pleistocene and possibly even Holocene (less than 10 ka) movement on the fault. Evidence for Holocene movement is non-definitive, therefore, the most recent paleoevent on the fault is considered to have occurred during the late Quaternary.  The fault lies almost entirely within the Cretaceous Dakota Sandstone with less than 5% of the fault extending through or beneath Quaternary deposits.

A moment magnitude (Mw) 6.5 maximum credible earthquake was assigned to this fault by Lettis and others (1996), while Sullivan and others (1980) suggested a moment magnitude (Mw) 6 maximum credible earthquake.

### Roubideau Creek fault:

The Roubideau Creek fault is a northeast-dipping normal fault (Lettis and others, 1996).  Quaternary offset, however, seems to suggests down-to-the-southwest movement on the fault (Kirkham and Rogers, 1981), implying reverse faulting at least during the Quaternary.  The fault lies on the northeast flank of the Uncompahgre Uplift which is a northwest-striking, east-tilted fault block that has been uplifted as much as 640 m during the mid-Pliocene to Pleistocene (Cater, 1966).

*Age of faulted deposits:*

Quaternary landslide deposits of late Pleistocene to Holocene (less than 10 ka) age are offset along the fault trace (Sullivan and others, 1980; Kirkham and Rogers, 1981; Lettis and others, 1996).  Williams (1964) shows no offset of Quaternary deposits.  The majority of the fault extends through Jurassic and Cretaceous bedrock. West (1997) and McCalpin (2003, unpublished) determined the landslide deposits in Roubideau Canyon were not displaced.  However, McCalpin (2003, unpublished) suggested that the Uncompahgre Plateau surface in the same area is displaced 6 m by a "broad topographic escarpment underlain by a faulted monocline."  The southern part of the monocline is "marked by steep, young-looking fault scarps 4-13 m high that displace Quaternary colluvium and alluvium."  According to McCalpin, "the morphology of these compound scarps suggests several surface-faulting events in the mid to late Quaternary. However, at present Quaternary age control is lacking so slip rates and recurrence estimates are poorly constrained."

### Ridgway and Cow Creek faults:

The Ridgway fault is a 24-km-long, east-west-striking, down-to-the-south normal fault with 450 m of post-Cretaceous displacement.  Related to Ridgway faults are branch faults that curve into the Ridgway State Park.  Another associated nearby fault, the Cow Creek fault, was discovered during construction of the Ridgway Dam where it is present in the right abutment and outlet works (Ake and others, 1997).

*Age of faulted deposits:*

Kirkham and Rogers (1981) indicated Quaternary age of the Ridgway fault but Ake and others (1997) state there is no Quaternary displacement along the trace of the fault but microseismic events appear to be associated with the fault.  The nearby associated Cow Creek fault also shows no displacement of middle Quaternary (>130

43

ka) glacial outwash deposits. More so than the Ridgway fault, Ake and other (1997) state that the Cow Creek fault also has a demonstrable association of microseismicity.

Lettis and others (1996) reported no observable surface rupture since at least 140 ka. They suggested that either the seismicity is being produced by the Ridgway Fault itself but without surface rupture since 140 ka, or that the seismicity is induced by the filling of the Ridgway dam and is occurring on the Ridgway fault and/or associated branch faults in the region. The most recent paleoevent on the Ridgway fault is herein conservatively considered to have occurred during the Quaternary based on possible offset of Quaternary glacial deposits and microseismicity data.

Based on the occurrences of microearthquakes, the Ridgway and Cow Creek faults are considered active. That does not necessarily mean that the faults are capable of generating large earthquakes with accompanying earth ruptures (Ake and others, 1997).

## Methodology and Map results

The accompanying GIS coverages of faults and earthquakes were compiled from the following sources:
- The Colorado Late Cenozoic Fault and Fold Database and Internet Map Server (Widmann and others, 2004);
- The Colorado Earthquake Map Server (Kirkham and others, 2004-2007).

From the above databases, we selected faults and earthquakes that were within approximately 70 miles from the city of Montrose. Artificially created "coal bumps", minor earthquakes caused by stresses created by underground mining operations, were eliminated from the coverage. Furthermore, faults and earthquakes within the Paradox Valley are likely due to movement of subsurface salts which creates stresses within the rocks. As these stresses are released, earthquakes can occur. Many of these events are human-induced, caused by the extraction and subsequent injection of fluids into the subsurface by the U.S. Bureau of Reclamation. Since 1991, over 4000 earthquakes have been recorded in this area (Ake and others, 2005). Because of their significance, the larger events were included in the dataset.

## Risk Assessment and Hazard Vulnerabilities

### Seismic Hazard Evaluation
### *A scenario based on the October 11, 1960 Magnitude 5.5 event*

Using FEMA's HAZUS-MH software program, a seismic hazard evaluation scenario was run using similar parameters to the October 11, 1960 Montrose earthquake event. HAZUS-MH is a risk assessment software program for analyzing potential losses from floods, hurricane winds, and earthquakes that runs as an ArcGIS plug-in. The recorded event was Mw 5.5 which, according to Wells and Coppersmith (1994) could occur along a 2.5 km fault

44

BLM_0075333

length.  The depth of the event was approximated at 12 km and the strike (azimuthal rotation) of the fault at depth is roughly 140°.  The total economic loss estimated for the earthquake event is $27.2 million in today's dollars, which includes building and lifeline-related losses based on the region's available inventory.  More specific results are shown in the accompanying Earthquake Event Report and Peak Ground Acceleration (PGA) Map shown in Appendix B.  PGA is a ground acceleration force map of the seismic energy of the earthquake that is measured in terms of percent gravitation force.  For more information on peak ground acceleration see the USGS website at: http://eqint.cr.usgs.gov/parm.php.  For more information on the FEMA HAZUS model, see the FEMA website at: http://www.fema.gov/plan/prevent/hazus/hz_eq.shtm

**Development Considerations and Recommendation for Future Land Use Planning**

The International Building Code has most of western Colorado in Seismic Zone 1.  The IBC no longer uses zones but seismic design formulas to calculate required seismic design levels based on the USGS National Earthquake Hazard Maps.  The CGS believes that seismic hazards and risk should be higher for Colorado (Kirkham and Rogers, 1981 and Matthews, 2003).

A qualified geotechnical engineer or engineering geologist should further evaluate the areas that are identified on this map if they are to be developed.  Geotechnical reports for critical facilities should determine a Maximum Credible Earthquake for faults that might generate earthquakes affecting the site under study.  Mitigative measures may be required to reduce the risk from seismicity.

**Map Usage and Limitations**

The datasets provided here were mapped at 1:250,000-scale.  Inclusion of faults or earthquakes within the mapped study area does not imply that future seismic events will impact the area at any given time.  The earthquakes and faults shown on this map were constructed using previously complied datasets.  No levels of risk assessment were made within the mapped boundaries.

**Seismic and Fault References**

Ake, J.P., Vetter, U., and Hawkins, F., 1997, Seismicity and Quaternary faulting near Ridgway, Colorado, 'in' Colorado Geological Survey Geohazards Conference field trip guidebook, Montrose, Colorado

Ake, John, Mahrer, Kenneth, O'Connell, Daniel, and Block, Lisa, 2005, Deep-Injection and closely monitored induced seimicity at Paradox Valley, Colorado: Bulletin of the Seismological Society of America, v. 95, no. 2, p. 664-683, abstract: http://bssa.geoscienceworld.org/cgi/content/abstract/95/2/664.

BLM_0075334

Cater, F.W., Jr., 1966, Age of the Uncompahgre Uplift and Unaweep Canyon, west-central Colorado *in* Geological Survey Research 1966, Chapter C: U.S. Geological Survey Professional Paper 550-C, p. C86-C92.

Hansen, W.R., 1971, Geologic map of the Black Canyon of the Gunnison River and vicinity, western Colorado: U.S. Geological Survey Miscellaneous Geologic Investigations Map I-584.

Kirkham, R. M., Rogers, W. P., Powell, L., Morgan, M. L., Matthews, V., and Pattyn, G. R., 2004-2007, Colorado Earthquake Map Server: Colorado Geological Survey Bulletin 52b

Kirkham, R.M., and Rogers, W.P., 1981, Earthquake potential in Colorado:  Colorado Geological Survey Bulletin 43, 171 p.

Lettis, W., Noller, J., Wong, I., Ake, J., Vetter, U., and LaForge, R., 1996, Draft report, Seismotectonic evaluation of Colorado River storage project-Crystal, Morrow Point, Blue Mesa dams, Smith Fork project-Crawford dam, west-central Colorado: unpublished draft report prepared by William Lettis & Associates, Inc., Woodward-Clyde Federal Services, and Seismotectonics and Geophysical Group of the U.S. Bureau of Reclamation in Denver, Colorado, 177 p.

Matthews, V., 2003, The challenges of evaluating earthquake hazards in Colorado, *In* Boyer, Santi, and Rogers, eds., Engineering Geology in Colorado, Contributions, Trends, and Case Histories, Association of Engineering Geologist Special Publication No. 15 and Colorado Geological Survey Special Publication 55 on CD/ROM, 20 p.

McCalpin, J.P., 2003, Neotectonics of the Roubideau Creek fault, Uncompahgre Plateau, Colorado - A preliminary assessment: unpublished report submitted to the Colorado Geological Survey and FEMA.

Steven, T.A., and Hail, W.J., Jr., 1989, Geologic map of the Montrose 30' x 60' quadrangle, southwestern Colorado:  U.S. Geological Survey Miscellaneous Geologic Investigations Map I-1939.

Steven, T.A., Lipman, P.W., Hail, W.J., Jr., Barker, Fred, and Luedke, R.G., 1974, Geologic map of the Durango quadrangle, southwestern Colorado:  U.S. Geological Survey Miscellaneous Geologic Investigations Map I-764.

Sullivan, J.T., Meeder, C.A., Martin, R.A., and West, M.W., 1980, Seismic hazard evaluation-Ridgway dam and reservoir site-Dallas Creek project, Colorado:  unpublished report prepared by U.S. Water and Power Resources Service, Seismotectonic Section, 43 p.

Unruh, J.R., Noller, J.S., Lettis, W.R., Sawyer, T.L., and Bott, J.D.J., 1993, Quaternary faults of the Central Rocky Mountains, Colorado; a new seismotectonic evaluation [abs.]: Geological Society of America Abstracts with Programs, v. 25, no. 5, p. 157.

BLM_0075335

West, M.W., 1997, Differentiation of landsliding from seismogenic faulting; criteria from the southern Rocky Mountains and Columbia Plateau: EOS, AGU Transactions, May 27-30, 1997.

Widmann, B. L., Kirkham, R. M., Morgan, M. L., and Rogers, W. P., *with contributions by* Crone, A. J., Personius, S. F., and Kelson, K. I., *and GIS and Web design by* Morgan, K. S., Pattyn, G. R., and Phillips, R. C., 2002, Colorado Late Cenozoic Fault and Fold Database and Internet Map Server: Colorado Geological Survey Information Series 60a

Widmann, B.L., Kirkham, R.M., and Rogers, W.P., 1998, Preliminary Quaternary fault and fold map and database of Colorado:  Colorado Geological Survey Open-File Report 98-8, 331 p.

Williams, P.L., 1964, Geology, structure, and uranium deposits of the Moab quadrangle, Colorado and Utah:  U.S. Geological Survey Miscellaneous Geologic Investigations Map I-360.

BLM_0075336

## Mancos Shale, Salt precipitate, and Selenium Impairment – Plate 10

### Overview

Salt precipitate and related elevated selenium concentrations are an environmental concern in the Uncompahgre River valley.   Elevated selenium levels have been shown to be harmful to fish and aquatic birds.  The current water quality standards for surface waters indicate that the lower Uncompahgre River from the Town of Montrose to the northern border with Delta County is considered "impaired" with regard to selenium levels.  Selenium, as well as all cumulative salt loading, is being investigated by the NRCS, the Bureau of Reclamation, the Bureau of Land Management, and the U.S. Geological Survey.  A non-profit umbrella organization that is devoted to the selenium problem in the area is the Gunnison Basin Selenium Task Force.  Their web site is: http://www.seleniumtaskforce.org/.  The data in this discussion is compiled from many reports that have been completed in the valley.  High salinity is a concern with agriculture, and impacts the vegetation and landscaping of land for residential development, as well as the corrosiveness of the soil.

### Background

On July 14, 1997, the Colorado Water Quality Control Commission amended the Classifications and Numeric Standards for the Gunnison and Lower Dolores River Basins (Regulation No. 35). These amendments included the adoption of new standards for selenium and the adoption of temporary modifications for selenium standards in four segments of the basin. These segments are now included in the Colorado 303D list of "impaired waters."  The Uncompahgre River is one of them.

Irrigation drainage has been found to be the leading cause of selenium and salt loading into the Uncompahgre River.  Of the basic soil types in the Uncompahgre Valley, those derived from the Mancos Shale have the highest percent of soluble salts.  Subsurface return flow waters from these soils in irrigated areas are high in total dissolved solids, sometimes reaching over 12,000 mg/L.  New development in Mancos Shale terrane on the lower Uncompahgre un-irrigated lands will increase salt and selenium loading into the basin.  Previously un-irrigated lands in the Mancos Shale have been shown to contain 34 times the soluble selenium as irrigated lands.

Selenium levels of the Uncompahgre River are about 1 part per billion (ppb) when it enters the irrigated Uncompahgre Valley.  That level often rises to over 5 ppb within the valley below irrigated areas.  The State Water Quality Control Commission adopted a 5 ppb aquatic-life standard for selenium in the Gunnison River Basin so the lower Uncompahgre River is considered impaired for its higher selenium levels from the town of Montrose to the confluence with the Gunnison River at Delta.  More information on the selenium problem can be found at the Gunnison Basin Selenium Task Force website.

BLM_0075337

**Methodology**

The CGS could not find any GIS related data on selenium loading for the Uncompahgre Valley waters.  High selenium levels are found in the Mancos Shale, which also is high in other dissolved salts and sulfates.  While a hazard map cannot be made, the spatial extent of where surface, and perched and shallow ground water flow on, or in the Mancos Shale was shown by creating a bedrock map of the Mancos Shale.  This map was created by stripping all surficial soil units off of the map, and superimposing a GIS coverage of surface water features, including major irrigation canals.  This approximates the spatial extent of where the Mancos Shale may be affecting water quality.  Poorly drained areas with high concentrations of salt precipitation were mapped based on NRCS data and visually from high-resolution aerial photography.

**Development Considerations and Recommendation for Future Land Use Planning**

Deep percolation, dissolution, and irrigation drainage from the Mancos Shale contributes the most to salt and selenium loading.  Ponds can contribute high concentrations because of the long-term wetting can cause deep percolation.  Additional information on the impact of ponds in the Uncompahgre Valley is found on the web at: www.usbr.gov/research/science-and-tech/news/LngPndsSelnmLdgReport.pdf.  Montrose County should consider requiring new ponds to be lined, as well as all new irrigation canals and ditches to be piped for those areas where Mancos Shale is exposed or bedrock is shallow.

**Map Usage and Limitations**

The Mancos Shale map approximates those areas of the Uncompahgre Valley where the Mancos Shale is near or at surface, and is in contact with surface water and shallow tributary and non-tributary ground waters that is perched within (generally less than 30 feet) surficial unconsolidated sediment units (soils) that overlie it.  The intent of this map coverage is to show the most precise extent of the Mancos Shale in the Uncompahgre Valley, based on the most current 1:24,000-scale mapping.  It is for information purposes only and does not imply a "hazardous" area, only that accelerated concentrations of dissolved solids in surface and ground water will occur.

BLM_0075338

# REFERNCES

### Geologic map references (shown in Figure 2)

Dickinson, R.G., 1965, Geologic map of the Cerro Summit quadrangle, Montrose County, Colorado: U.S. Geological Survey, Geologic Quadrangle Map GQ-486, scale 1:24000.

Dickinson, R.G., 1987, Geologic map of the Buckhorn Lakes quadrangle, Montrose County, Colorado: U.S. Geological Survey, Geologic Quadrangle Map GQ-1642, scale 1:24,000.

Hail, W.J., 1986, Geologic reconnaissance map of the Government Springs quadrangle, Montrose and Ouray Counties, Colorado: U.S. Geological Survey, Open-File Report OF-86-162, scale 1:24000.

Hail, W.J., 1986, Geologic reconnaissance map of the Montrose West quadrangle, Montrose County, Colorado: U.S. Geological Survey Open-File Report OF-86-163, scale 1:24000.

Hail, W.J., 1987, Geologic map of the Colona quadrangle, Montrose and Ouray Counties, Colorado: U.S. Geological Survey, Miscellaneous Field Studies Map MF-2003, scale 1:24000.

Hansen, W.R., 1971, Geologic map of the Black Canyon of the Gunnison River and vicinity, western Colorado: U.S. Geological Survey, Miscellaneous Geologic Investigations Map I-584, scale 1:31680.

Marshall, C.H., 1959, Photogeologic map of the Delta quadrangle, Montrose and Delta Counties, Colorado: U.S. Geological Survey Miscellaneous Geologic Investigations Map I-282, scale 1:62,500.

Morgan, M.L., Noe, D.C., and Keller, S.M., 2007, Geologic map of the Olathe quadrangle, Montrose County, Colorado: Colorado Geological Survey Open-File Report OF-07-01, scale 24,000.

Morgan, M.L., Noe, D.C., White, J.L., and Townley, S.M., 2008, Geologic map of the Delta quadrangle, Montrose and Delta Counties, Colorado: Colorado Geological Survey Open-File Report OF-08-02, scale 24,000.

Noe, D.C., Morgan, M.L., and Townley, S.M., 2008, Geologic map of the Olathe NW quadrangle, Delta County, Colorado: Colorado Geological Survey Open-File Report OF-08-01, scale 1:24000.

Noe, D.C., Morgan, M.L., and Keller, S.M., 2007, Geologic map of the Montrose East quadrangle, Montrose County, Colorado: Colorado Geological Survey Open-File Report OF-07-2, scale 1:24000.

BLM_0075339

White, J.L., Williams, F., Morgan, M.L., and Townley, S.M., 2008, Geologic Map of the Hoovers Corner Quadrangle, Montone County, Colorado: Colorado Geological Survey Open-File Report 08-03, scale 1:24,000.

Williams, P.L., 1964, Geology, structure, and uranium deposits of the Moab quadrangle, Colorado and Utah: U.S. Geological Survey, Miscellaneous Geologic Investigations Map I-360, scale 1:250000.

### Other References

Mears, A.I., 1979, Colorado snow-avalanche area studies and guidelines for avalanche-hazard planning: Colorado Geological Survey Special Publication 7, 123 p.

National Resources Conservation Service, 2008, On-line soil survey data (SSURGO) for Montrose County: http://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx. Accessed January 21, 2008.

Noe, D.C.; Jochim, C.L.; and Rogers, W.P., 2007, A guide to swelling soils for Colorado homebuyers and homeowners: Colorado Geological Survey Special Publication 43, 2nd Edition, 52 p.

Rogers, W. P., L. R. Ladwig, A. L. Hornbaker, S. D. Schwochow, S. S. Hart, D. C. Shelton, D. L. Scroggs, and J. M. Soule, 1974, "Guidelin and Criteria For Identification and Land-Use Controls of Geologic Hazard and Mineral Resource Areas", Colorado Geological Survey Special Publication SP-06, 146p.

Sinnock, S., 1978, Geomorphology of the Uncompahgre Plateau and Grand Valley, western Colorado, USA: Ph.D. Dissertation, Purdue University, West Lafayette, IN, 201 p., 2 map plates, scale 1:84,210.

Kirkham, R. M., Rogers, W. P., Powell, L., Morgan, M. L., Matthews, V., and Pattyn, G. R., 2004-2007, Colorado Earthquake Map Server: Colorado Geological Survey Bulletin 52b.

Kirkham, R.M., and Rogers, W.P., 1981, Earthquake potential in Colorado: Colorado Geological Survey Bulletin 43, 171 p.

White, J.L., and Greenman, C., 2008, Collapsible Soils in Colorado: Colorado Geological Survey Engineering Geology 14, 102 p.

White, J.L., and Wait, T.C., 2003, Colorado Springs landslide susceptibility map, El Paso County, Colorado: Colorado Geological Survey Map Series 42, 3 map plates, scale 1:50,000.

Widmann, B. L., Kirkham, R. M., Morgan, M. L., and Rogers, W. P., *with contributions by* Crone, A. J., Personius, S. F., and Kelson, K. I., *and GIS and Web design by* Morgan, K. S., Pattyn, G. R., and Phillips, R. C., 2002, Colorado Late Cenozoic Fault and Fold Database and Internet Map Server: Colorado Geological Survey Information Series 60a.

BLM_0075340



**United States Department of Agriculture**

# Spending Patterns of Outdoor Recreation Visitors to National Forests

Eric M. White





**Forest
Service**

Pacific Northwest
Research Station

General Technical Report
PNW-GTR-961

October
2017

BLM_0075341

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov .

USDA is an equal opportunity provider, employer, and lender.

## Author

**Eric M. White** is a research social scientist, Forestry Sciences Laboratory, 3625 93rd Avenue SW, Olympia, WA 98512-1101.

Cover: Fishing at Lost Lake, Mount Hood National Forest, Oregon. Photo by Jason Blake.

BLM_0075342

# Abstract

**White, Eric M. 2017.** Spending patterns of outdoor recreation visitors to national forests. Gen. Tech. Rep. PNW-GTR-961. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 70 p.

The economic linkages between national forests and surrounding areas are one of the important ways public lands contribute to the well-being of private individuals and communities. One way national forests contribute to the economies of surrounding communities is by attracting recreation visitors who, as part of their trip, spend money in communities on the peripheries of national forests. We use survey data collected from visitors to all forest and grasslands in the National Forest System to estimate the average spending per trip of national forest recreation visitors engaged in various types of recreation trips and activities. Average spending of national forest visitors ranges from about $36 per party per trip for local residents on day trips to more than $740 per party per trip for visitors downhill skiing or snowboarding on national forest lands and staying overnight off forest in local areas. We report key parameters to complete economic contribution analysis for individual national forests and for the entire National Forest System.

Keywords: Recreation spending, economic impact, National Visitor Use Monitoring.

BLM_0075343

# Contents

1   **Introduction**

1   **Background on NVUM Surveys**

2   **Pertinent Survey Questions**

2   **NVUM Sample**

3   **Spending Profile Estimation**

3   Analysis Considerations

7   **Visitor Segments**

8   **National-Level Segment Shares**

9   **Nights Away From Home**

10   **Spending Profiles**

10   Basic 7 Trip Spending

11   High and Low Spending Averages

14   Downhill Skier/Snowboarder Visitor Spending

16   **Lodging-Based Segmentation**

17   Lodging-Based Segment Spending Profiles

21   **Conclusions**

22   **Acknowledgments**

22   **Metric Equivalents**

23   **References**

25   **Appendix 1: Applying the National Spending Profiles**

30   Example: Estimating Total Spending for the Mount Hood National Forest

33   **Appendix 2: Supplemental Tables for Completing Economic Analyses**

42   **Appendix 3: Wildlife-Related Visit Characteristics and Spending Averages**

42   Spending Profiles by Trip Segments

44   High and Low Spending Averages

47   Wildlife-Related Visitor Trip and Party Characteristics

50   Wildlife-Related Visits

56   **Appendix 4: Activity-Specific Spending Averages**

56   Activity Groupings

56   Small Sample Size Conditions

58   Spending Profiles

BLM_0075344

## Introduction

Recreation is the most common way that people personally interact with land managed by the U.S. Forest Service. The national forests and grasslands of the United States receive about 148 million visits annually (USDA FS 2016). Expenditures on recreation trips in gateway communities by visitors to the National Forest System (NFS) is an important contributor to the economies of many local communities (White et al. 2016). This report updates previous figures on the average spending of national forest recreation visitors (Stynes and White 2005a, 2005b; White et al. 2013). The data used in this update come from the 120 administrative NFS units sampled in federal fiscal years 2010 through 2015 under the U.S. Department of Agriculture, Forest Service's National Visitor Use Monitoring (NVUM) program (Zarnoch et al. 2011). In this report, we provide updated estimates of average recreation visitor spending, the share of recreation visits by trip type, average people per party, and other visit characteristics to assist in economic analyses of outdoor recreation use.

**Recreation visitor spending is an important contribution to many local economies.**

We discuss the analytical considerations in developing the spending profiles; present the national-level segment shares; and report the average, high, and low spending averages for seven trip-type segments (referred to as the "Basic 7" in round 1 of NVUM). In addition, we present spending averages for downhill skiers/snowboarders and for a more discrete set of lodging-based segments.

In appendix 1, we provide guidance on how to apply the spending profiles for economic impact or contribution analysis with an example application for the Mount Hood National Forest. Appendix 2 contains additional tables that can serve as inputs for economic analyses at the forest level. In appendix 3, we report on the recreation behavior and spending patterns of wildlife-related visitors for use in analyses focused on that user group. Appendix 4 contains spending profiles and parameters necessary for activity-specific analyses.

## Background on NVUM Surveys

The objective of the NVUM program is to estimate the number of recreation visits to the NFS (Zarnoch et al. 2011). To achieve this objective, a subset of national forests in each Forest Service region is sampled yearly with each administrative unit (typically an administrative national forest) in the NFS sampled once every 5 years. The NVUM program gathers information on visitor and trip characteristics in addition to data necessary to estimate visitation. A separate economics survey administered to roughly a third of those sampled gathered spending information that provides the basis for development of the spending profiles reported here. The NVUM survey approach involves a sample of recreation visits to national forests.

1

BLM_0075345

A national forest visit is defined as one person recreating on national forest land for an indeterminate period of time that ends when the individual leaves the national forest to spend the night off national forest lands.

## Pertinent Survey Questions

The results reported here are drawn from a subset of the questions on the NVUM survey instrument. To classify visitors into groups for economic analysis, we rely on questions related to the distance traveled to the site; if nights away from home were spent in the local area; the different types, if any, of lodging used; and the primary purpose for the trip away from home. Wording of survey questions and directions to surveyors for administration of the survey are available in the 2007 National Visitor Use Monitoring Handbook (USDA FS 2007: 37).

For visitor spending, NVUM respondents are asked to report the spending of their travel party (generally those traveling in the same vehicle) within 50 mi of the interview site. Spending is collected for 10 expenditure categories (e.g., money spent in restaurants/bars, for gas and oil, for souvenirs, and for motels/hotels). Respondents are asked to only report spending in the local area of the recreation site that is related to the current trip—both expenses already made and those anticipated. Visitors are allowed to opt out of reporting expenses altogether if they cannot recall their spending or prefer to not report it. Respondents opting out of reporting their spending were excluded when calculating average trip spending. Some respondents report spending in some categories but leave other categories blank. Field interviewers are instructed to not leave spending categories blank and confirm spending is zero. However, in cases where spending in some categories is reported and other categories are left blank, the blanks were filled with zeros and the respondent's spending was included in the analysis.

## NVUM Sample

National forest visitors were sampled at both designated recreation sites (e.g., picnic areas, campgrounds, and visitor centers on national forest lands) and in the general forest area of individual national forests. A stratified sampling scheme was employed based upon the expected visitation (very high, high, medium, or low last-exiting recreation traffic) for a given location on a given day (termed a "site day"). Individual dates and locations selected for recreation sampling were termed "sample days." Site days are the total collection of all potential days and locations in the population; sample days are a subset of these site days. On sample days, individuals leaving the recreation site that was selected for sampling who voluntarily stopped at the interview point and who stated they were recreating on

2

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

the national forest and leaving the site (or leaving the national forest at general forest area sites) that day completed an NVUM survey. About 24 forests were surveyed each year in the 5 years of sampling included in this study (table 1). More than 96,000 individuals sampled on national forests agreed to participate in the survey; about 30,000 completed the economic supplemental survey requested from about every third person.

> **More than 96,000 individuals sampled on national forests agreed to participate in the survey.**

**Table 1—National forests sampled and number of respondents in the 5 years of Round 3 of National Visitor Use Monitoring**

|  | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| National forests sampled | 23 | 25 | 22 | 25 | 25 | 120 |
| Basic survey respondents | 22,096 | 18,236 | 21,714 | 16,915 | 17,691 | 96,652 |
| Economic survey respondents | 6,953 | 5,747 | 6,786 | 5,125 | 5,298 | 29,909 |

# Spending Pro ile Estimation

## Analysis Considerations

The spending analysis involved several decisions related to (1) identifying local visitors, (2) identifying outlier and contaminant observations, (3) identifying visitors whose primary trip purpose was something other than recreating on a national forest, (4) determining the appropriate weights to place on individual observations, and (5) identifying recreation visits where the primary purpose was downhill skiing/snowboarding or wildlife-related recreation.

**Local visitors—**
Locals were defined as those claiming to have traveled 60 mi or less from home to the recreation interview location. Previous analysis (Stynes and White 2005a) found that a travel distance of between 50 and 60 mi approximated a ZIP code proximity to a national forest boundary of 30 straight-line miles.

**Outliers and contaminants—**
The criteria adopted here to identify outliers are meant to reduce the likelihood of including both contaminant observations and true outliers when estimating spending averages. Contaminants are observations that do not belong to the population or are erroneous observations. Recreation visitors were asked to report only expenses that occurred within 50 mi of the interview site and that were related to the current recreation trip. An example of a contaminant would be a survey observation that included spending that actually occurred outside the 50-mi radius around the recreation site or on another recreation trip.

An outlier is an observation that does belong to the population under study but has undue influence on the estimation of the sample mean given the size of the

3

BLM_0075347

sample. For example, some day visitors may spend $800 during a recreation trip to a national forest, but such spending is uncommon, and the vast majority of visitors spend substantially less or nothing at all (Stynes and White 2006). When sample sizes are small, outlier observations can significantly influence the estimate of the sample mean. See Stynes and White (2006) for additional discussion of outliers and contaminants in the context of measuring recreation visitor spending.

Three rules—related to length of stay, party size, and total spending—were developed to remove likely outliers and contaminants. Collectively, these rules excluded 1,515 cases from this analysis (table 2). Respondents stating that they stayed overnight away from home in local forest areas for more than 30 nights were excluded. Rylander et al. (1995) found that individuals on long trips have greater difficulty in accurately recalling trip spending. Respondents recreating in parties of eight or more individuals were excluded (about 1 percent of all respondents) owing to likely problems in estimating expenses for everyone in the party. Finally, respondents that reported spending $500 or more per night or a total of $500 or more in sporting goods expenditures in local forest areas were also excluded. Some of these respondents are likely contaminants and others are true outliers that would influence the estimates of sample means. Omitting cases with high reported expenditures on sporting goods was designed to omit purchases of durable goods. See appendix D of White and Stynes 2010a for additional analysis on the criteria used in defining all outliers.

**Table 2—Cases excluded and used in developing spending averages, by aggregate recreation activity group**

| | Downhill skiing | Wildlife related | General recreation | Total |
|---|---|---|---|---|
| Economic survey respondents | 2,024 | 3,819 | 24,066 | 29,909 |
| Respondents excluded as outliers and contaminants: | | | | |
| • Nights in the local area >30 | 11 | 31 | 140 | 182 |
| • People per vehicle >8 | 35 | 23 | 362 | 420 |
| • Spending per night >$500 or sporting goods expenditures >$500 | 141 | 100 | 672 | 913 |
| Total | 187 | 154 | 1,174 | 1,515 |
| Missing distance traveled[a] | 2 | 9 | 54 | 65 |
| Refused to report expenses | 67 | 267 | 1,356 | 1,690 |
| Could not recall expenses | 81 | 266 | 1,741 | 2,088 |
| Total for economic analysis | 1,687 | 3,123 | 19,741 | 24,551 |

[a] In total, 86 cases had missing travel distances. Of these, nine were removed as outliers and appear in those totals. Of the remaining 77 cases, 12 were classified into the nonprimary segment and included in analyses. The final 65 cases missing a travel distance were excluded from analyses involving the trip segments.

4

BLM_0075348

Travel distance is used in the classification of visitors and 65 cases that did not include a reported travel distance and were not foreign visitors or "nonprimary" visitors (see below) were removed. Nearly 1,700 respondents (6 percent of economic respondents not otherwise removed) stated that they did not wish to report their expenses. These cases were excluded from calculating spending averages. Similarly, about 2,100 respondents (7 percent of economic respondents not otherwise removed) stated they could not recall their expenses; these cases were also removed from calculation of the spending averages.

**Trip purpose**—

Those claiming to be traveling away from home primarily for the purpose of recreating on a national forest are classified as "primary purpose" visitors. Visitors stating that their primary reason for being away from home was to recreate somewhere other than a national forest, visit family/friends, for business, or for some other reason are classified as "nonprimary" visitors. The spending of individuals in this "nonprimary" group is typically excluded from economic contribution and impact analyses (Crompton et al. 2001, Watson et al. 2007).

**Weighting scheme**—

Survey data collected from a random sample of people are often weighted to improve the representativeness of the sample to the population of people covered by the sample. There are two weighting schemes used in NVUM. The first, exposure weighting, is used to correct the collected sample for overrepresentation of those who recreate at multiple sites during the visit. The NVUM sample days (days and locations for sampling) are randomly selected in advance of the sample year. To have the opportunity to participate in sampling, a recreationist must "correctly choose" to recreate at the specific site undergoing NVUM sampling. Most national forest visitors recreate at just one site on their visit—meaning those visitors have only one chance to "correctly choose" a site undergoing NVUM sampling. Visitors who recreate at more than one site have more than one chance at selecting an NVUM sampling site to recreate. Consequently, those who visit more recreation sites during their visit are overrepresented in an unweighted sample. Exposure weighting is important because those who recreate at multiple sites may have different recreation behavior than visitors who recreate at just one site. The weight is calculated as the inverse of the total number of sites visited on a national forest visit. An undeveloped area and a wilderness area on a national forest are each counted as one site.

The second weighting scheme used in NVUM is national visit expansion weighting (referred to here simply as case weights). Under NVUM, sites and areas

5

BLM_0075349

of national forests are classified into strata for sampling. For the most part, each NVUM stratum receives roughly the same number of sample days. However, the strata differ in the amount of recreation use they experience. That differing recreation use means that the ratio of individuals sampled to the amount of recreation use differs across the strata. In a simplified example, stratum A may have yielded five visitor interviews and have the recreation use of 1,000 visits. Stratum B may have yielded 10 visitor interviews and have the recreation use of 5,000 visits. Stratum B has five times the recreation use of stratum A, but only twice the number of recreation interviews. The simple numbers of visitors sampled in strata A and B do not reflect the pattern of use for those strata. The case weights applied to respondents in each stratum adjusts the sample to be representative of the amount of use in each stratum. In this simplified example, the case weight applied to each respondent in stratum A would be 200 (1,000 visits/five interviews). The case weight assigned to each respondent sampled in stratum B would be 500 (5,000 visits/10 interviews). Although not shown in this simplified example, the actual case weights also incorporate the expansion weights described above.

National Visitor Use Monitoring relies on a complex stratified, clustered, sampling design to estimate recreation use and characterize visitors. For estimating visitor spending, we treat the sample as if it is a simple random sample and adjust the sample for overrepresentation of those visiting multiple sites using the exposure weights. We estimate the variance of the spending averages assuming a simple random sample rather than stratified cluster design. For the remaining parameters estimated in this report, we treated the sample as coming from the full stratified cluster design and used the case weights in developing estimates. We show only the point estimates for these parameters and do not report the variance or confidence interval.

**Downhill skiing/snowboarding and wildlife-related recreation—**
Recreation visits by individuals whose primary recreation activity is downhill skiing or snowboarding account for about 16 percent of all national forest visits (USDA FS 20165 ). On average, downhill skiers/snowboarders spend more during recreation trips than individuals engaged in other recreation activities. If left in the general recreation sample, downhill skiers/snowboarders inflate the general trip spending averages. In particular, spending in the "entry fees" and "recreation and entertainment" categories is very sensitive to the inclusion of downhill skiers/snowboarders. Given how their spending can influence general recreation spending averages, we have excluded downhill skiers/snowboarders when estimating the general spending averages and developed separate spending profiles for downhill skiers /snowboarders. The skier/snowboarder profiles can be used when conducting

**Downhill skiers/ snowboarders spend more during recreation trips than individuals engaged in other recreation activities.**

6

economic analyses related to downhill skiing/snowboarding recreation. The basic profiles, omitting downhill skiers/snowboarders, apply to recreation that is not downhill skiing/snowboarding.

The Forest Service has a variety of policies and management efforts aimed at conserving wildlife habitat and wildlife populations. The agency is regularly asked to report outcomes related to these investments. The spending patterns and characteristics for recreation that are wildlife related (hunting, fishing, viewing wildlife) are reported separately for some analyses in the main body of this report and in appendix 3.

## Visitor Segments

A primary objective of the spending analysis is to estimate spending profiles for a set of meaningful segments of recreation visitors to national forests. To be useful, the segments must (1) be identifiable from the NVUM survey variables, (2) help to explain differences in spending across different applications, (3) be large enough to obtain adequate sample sizes in the survey, and (4) be meaningful to anticipated recreation management and policy applications.

Recreation visits are classified into one of seven trip-type segments (also referred to as the "Basic 7"):

- Nonlocal day trips: nonlocal residents on day trips to national forests
- Nonlocal OVN-NF: nonlocal residents staying overnight on national forests
- Nonlocal OVN: nonlocal residents staying overnight off national forests in local areas
- Local day trips: local residents on day trips to national forests
- Local OVN-NF: local residents staying overnight on national forests
- Local-OVN: local residents staying overnight off national forests in local areas
- Nonprimary: visits where recreating on national forests is not the primary trip purpose

Local visitors are those who have traveled 60 mi or less from home to reach a recreation site. Day visitors are those who did not report a night spent in a local (within 50 mi) forest area. Visitors in the day segment include those who did not spend a night away from home as well as those passing through a forest area and spending a night away from home outside the local forest area.

Overnight national forest visitors are those who spent a night away from home and reported lodging in a cabin, developed campground, or primitive area on a national forest (or some combination of those three). Visitors in the overnight off-forest OVN category are those who spent a night away from home in a local forest

7

BLM_0075351

area and reported using any lodging off the national forest or some combination of lodging on and off the national forest. The OVN segment also includes a few respondents who would otherwise be classified as on day trips, but who reported lodging expenses.

Based on ANOVA tests using round 1 NVUM data, these seven trip-type visitor segments explain about 27 percent of the variation in trip spending by travel parties (White and Stynes 2008). For comparison, primary recreation activities explain 1 percent of variation in visitor spending. This segmentation yields total spending averages for general recreation that are statistically and practically different for each trip segment. The ability to find statistically significant difference may have been bolstered by the relatively large sample sizes within each trip type. These trip segments have proven useful in Forest Service economic analyses and appear to now be intuitive to agency economists and analysts.

## National-Level Segment Shares

The national-level visitor segment shares are estimated from all cases and represent general patterns in trip type across all NFS units (table 3). Segment shares for individual NFS units are reported in appendix 2. Day trips by individuals who live in a local forest area are the most common type of national forest visit (45 percent of all forest visits). Local visits collectively account for more than half of all visits to national forests. Visits by nonlocals are most frequently overnight trips away from home with nights off national forests. Finally, approximately 15 percent of national forest visits result from a nonprimary trip where recreation on a national forest is secondary to some other reason for the visitor being away from home. The vast majority of nonprimary visits come from nonlocal individuals.

**Table 3—Segment shares for national forest visits**[a]

| Visit types | Nonlocal | | | Local | | | Nonprimary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Percent* | | | | |
| All visits (including skiers) | 11 | 8 | 16 | 45 | 4 | 1 | 15 | 100 |
| Downhill skiing/ snowboarding visits | 16 | [b] | 46 | 33 | [b] | 1 | 4 | 100 |
| Wildlife-related visits | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| General recreation[c] | 9 | 8 | 12 | 48 | 4 | 1 | 18 | 100 |
| All visits except downhill skiing/snowboarding | 10 | 9 | 11 | 48 | 4 | 1 | 17 | 100 |

[a] Estimated from the full sample using case weights. OVN = overnight, NF = national forest.

[b] For skiers/snowboarders, the OVN-NF visits are included in the OVN segments.

[c] General recreation visits are those not downhill skiing/snowboarding and not wildlife related.

8

Relative to visits for other activities, ski/snowboarding visits are more likely to be nonlocal visits and are most likely to be overnight trips (table 3). Well more than half of ski/snowboarding visits come from nonlocals, and more than half of those visits involve an overnight stay. Local visits for skiing/snowboarding are almost entirely day trips; about one-third of all ski/snowboard visits nationally are generated by locals on day trips. Nonprimary visits comprise a much smaller share of ski/snowboard visits compared to other activities on national forests. Wildlife-related visits are more likely to be from local residents compared to other types of visits. When wildlife-related visitors are on nonlocal trips, they are less likely than other users to use overnight lodging off national forests (e.g., hotels/motels). Wildlife-related visits are also less likely to be nonprimary trips compared to other types of visits.

## Nights Away From Home

Understanding patterns in length of stay is important because travel parties spend more money in a greater number of economic sectors when they stay more nights in or near local communities. Additionally, understanding patterns in length of stay can inform recreation management and policy actions and help to characterize recreation visitors. The average lengths of stay for those who are and are not downhill skiing/snowboarding are similar (table 4). Across all activities, visitors on overnight trips to national forests spend between three and five nights if they live outside the local areas and two to four nights if they live in the local areas. In both cases, those staying overnight off national forests have longer stays. Those on nonprimary trips have

**Table 4—Average number of nights away from home[a] and in local forest areas for national forest (NF) visitors on overnight (OVN) trips[b]**

|  | Nonlocal | | Local | | |
|---|---|---|---|---|---|
|  | OVN-NF | OVN | OVN-NF | OVN | Nonprimary |
| All visits: | | | | | |
| Nights away from home | 4.3 | 6.4 | 2.2 | 4.2 | 8.6 |
| Nights in the local area | 3.3 | 5.0 | 2.1 | 3.7 | 3.5 |
| Nondownhill skiing/snowboarding visits: | | | | | |
| Nights away from home | 4.1 | 6.3 | 2.2 | 4.2 | 8.7 |
| Nights in the local area | 3.1 | 4.6 | 2.1 | 3.7 | 3.5 |
| Only downhill skiing/snowboarding visits: | | | | | |
| Nights away from home | [c] | 6.4 | [c] | 3.6 | 6.0 |
| Nights in the local area | [c] | 5.4 | [c] | 3.6 | 3.9 |

[a] "Nights away from home" includes both "nights in the local area" and nights outside the local area.
[b] Estimated from the full sample using case weights.
[c] For skiers/snowboarders, the OVN-NF visits, which are minimal, are included in the OVN segments.

BLM_0075353

the greatest disparity between total nights away from home and the nights spent in local forest areas—reflecting the lesser importance of national forests in these trips.

## Spending Profiles

Spending profiles describe the average spending within a set of spending categories for a particular trip type. The unit of analysis for the spending profiles presented here is the party, and it includes all expenses by the travel party within 50 mi of the interview site during the trip. The reported spending was price adjusted to 2014 using a distinct U.S. Bureau of Labor Statistics price index for each spending category.

### Basic 7 Trip Spending

The average expenditures per party per trip for national forest visitors ranges from $36 for local visitors on day trips to $580 for nonlocal visitors on OVN trips (table 5). The 95 percent confidence intervals around our estimates of total spending, for all but the local overnight segment, are less than 6 percent of the total spending figure. For the local overnight segment (the least common segment and the one with the smallest sample size) the 95 percent confidence interval is 15 percent of

**Table 5—National forest visitor spending profiles by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[b] |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Dollars* | | | | |
| Motel | 0 | 44.77 | 203.85 | 0 | 6.39 | 51.62 | 139.67 | 53.96 |
| Camping | 0 | 27.79 | 13.68 | 0 | 28.25 | 23.01 | 12.23 | 7.43 |
| Restaurant | 14.77 | 27.47 | 116.41 | 5.66 | 7.65 | 32.43 | 93.23 | 37.63 |
| Groceries | 10.67 | 55.09 | 72.52 | 6.62 | 71.54 | 59.62 | 49.85 | 29.68 |
| Gas and oil | 30.20 | 62.27 | 82.47 | 15.43 | 46.59 | 58.05 | 62.71 | 38.74 |
| Other transportation | 0.58 | 1.34 | 4.98 | 0.16 | 0.04 | 1.19 | 3.35 | 1.45 |
| Entry fees | 4.12 | 7.13 | 12.85 | 2.70 | 4.51 | 5.12 | 7.58 | 5.38 |
| Recreation and entertainment | 2.96 | 7.36 | 33.31 | 1.01 | 2.01 | 3.61 | 21.84 | 9.38 |
| Sporting goods | 3.15 | 10.77 | 13.75 | 3.83 | 11.78 | 9.48 | 7.91 | 6.62 |
| Souvenirs and other expenses | 1.93 | 7.73 | 25.87 | 0.60 | 1.10 | 11.48 | 23.74 | 8.62 |
| Total | 68.39 | 251.74 | 579.70 | 36.00 | 179.86 | 255.60 | 422.12 | 198.87 |
| Sample size (unweighted) | 2,112 | 3,600 | 2,289 | 9,225 | 1,388 | 295 | 3,955 | 22,864 |
| Standard deviation of total | 72 | 399 | 714 | 53 | 199 | 325 | 653 | n/a |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was downhill skiing/snowboarding. When completing analyses involving skiers/snowboarders, refer to subsequent tables. OVN = overnight, NF = national forest, n/a = not applicable.
[b] The all-visit averages are computed as a weighted average of the columns using the national trip segment shares for nondownhill skiing/nonsnowboarding as weights.

BLM_0075354

total spending. For day trips, spending on gas and oil is the greatest single expense followed by spending on food in either restaurants or grocery stores depending on whether the visitor is a local. Lodging expenses (camping and motel/hotel expenses combined) are the greatest single expense for nonlocal visitors on overnight trips (on or off the national forest), followed by spending for food and for gas and oil. Spending in grocery stores and for gas and oil are the greatest expenditures for local visitors staying overnight on national forests. Lodging, groceries, and gas and oil account for almost all the expenses of the few local visitors who stay overnight off national forests. The total spending of this group is about half that of their nonlocal counterparts. The spending of nonprimary visitors is generally similar to that of nonlocal OVN visitors.

Average motel and camping expenses for OVN and OVN-NF visitors may appear low. However, visitors in both of those segments use a variety of lodging types that have a range of costs. Some lodging (e.g., homes of friends/relatives, owned seasonal homes, and national forest roadsides) will be used free and will not require expenditure specifically on the trip. The shown averages reflect this mix of costs, including many cases where the overnight lodging was free. In a later section, we report spending profiles for visitors engaged in a variety of lodging types. In those profiles, average expenditure for motels and camping are more consistent with average room rates and camping fees that one typically experiences.

Dividing the spending averages for trips involving overnight stays shown in table 5 by the average number of nights in the local area for each segment (table 4) gives average party spending on a per-night basis (not shown). For nonlocal OVN visitors, average spending is a little less than $126 per night. Local OVN visitor spending is about $69 per night, on average. On a per-night basis, the total spending of nonlocal and local OVN-NF visitors is similar—about $80 per night—although there are differences in patterns within specific expenditure categories. On a per-night basis, the total spending of nonprimary visitors is about $114 per night.

## High and Low Spending Averages

For most NFS units, between 100 and 300 respondents were asked to complete the economic survey. After breaking those respondents into trip type and excluding outliers and contaminants, sample sizes at the forest level are generally too small to reliably estimate spending averages for all seven visitor segments for individual national forests. For many forests, the national-level basic spending profile presented in the previous section is applicable and can be combined with segment share estimates for the specific forest under consideration (see app. 2, table 19) to estimate total visitor spending for the forest (see app. 1 for a detailed example of

BLM_0075355

the steps to estimating total spending). However, visitor spending can differ from place to place owing to the extent of local spending opportunities and local prices; to accommodate these differences, we developed spending profiles for areas with above- and below-average spending.

Following the same approach used in prior analyses (e.g., White et al. 2013), we grouped observations from forests with above- or below-average spending (see app. 2, table 18) to develop "high" and "low" spending profiles. Forests with above- or below-average spending were identified by comparing spending averages for each forest with the national averages. Day and overnight visitor spending averages (excluding nonprimary visitors and downhill skiers/snowboarders) were estimated based on the sample of visitors on each forest. To control for differences in the visitor mix across forests, a standardized overall average was computed for each forest, assuming a fixed mix of 60 percent day trips and 40 percent overnight trips. The standardized spending average for each forest was compared to the national standardized spending average (see Stynes et al. 2002 for additional discussion of this analysis). Of the 120 units sampled between fiscal years 2010 and 2015, 58 have spending that was not found to be statistically different from the national average. Of those national forests where spending did differ from the national average, 18 forests were classified as "above-average spending" and 44 forests as "below-average spending."

On average, the high and low spending profiles are approximately 33 percent higher/lower than the average spending profile (tables 6 and 7). The spending of local day visitors does not follow this pattern and is lower at "high" spending forests than "low" spending forests. It is possible that local residents on day trips to high spending forest areas avoid many higher expense services that are aimed at tourists. A forest identified as a high spending area (see app. 2, table 18) may elect to use the profiles in table 6 instead of the national averages in table 5. Similarly, forests identified as low spending areas (see app. 2, table 18) may elect to use the averages in table 7 for analyses. In addition, the high and low spending profiles also can be used for economic analysis aimed at specific geographic areas around a national forest with higher or lower than average spending opportunities or prices. Areas near major tourist destinations or in proximity or easy access to commercial areas and spending opportunities can generally expect above-average visitor spending, while sites in more remote, rural areas will likely experience below-average spending (and often lower costs because of less demand for services). On many national forests, there will be both "high" and "low" spending areas. An assessment of nearby spending opportunities and prices can help in deciding between the average, high, or low spending profiles for a particular application.

**Areas near major tourist destinations can generally expect above-average visitor spending.**

12

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 6—High spending profiles by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[b] |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Dollars* | | | | |
| Motel | 0 | 81.33 | 293.91 | 0 | 5.09 | 135.07 | 214.72 | 81.98 |
| Camping | 0 | 38.35 | 14.10 | 0 | 32.13 | 10.49 | 15.80 | 8.99 |
| Restaurant | 23.57 | 60.73 | 176.20 | 5.24 | 6.53 | 101.32 | 139.68 | 57.05 |
| Groceries | 7.86 | 67.71 | 83.26 | 4.48 | 80.21 | 46.32 | 65.85 | 33.79 |
| Gas and oil | 30.05 | 83.68 | 98.65 | 11.27 | 40.89 | 53.17 | 80.72 | 43.34 |
| Other transportation | 0.64 | 1.44 | 7.80 | 0.15 | 0 | 2.17 | 5.26 | 2.15 |
| Entry fees | 5.40 | 8.70 | 18.99 | 1.52 | 2.08 | 8.16 | 8.71 | 5.93 |
| Recreation and entertainment | 3.13 | 16.63 | 52.47 | 1.32 | 1.20 | 12.50 | 29.19 | 13.97 |
| Sporting goods | 2.42 | 13.57 | 17.96 | 1.67 | 12.56 | 1.16 | 10.23 | 6.62 |
| Souvenirs and other expenses | 3.54 | 16.10 | 44.75 | 0.72 | 0.70 | 14.41 | 39.95 | 14.68 |
| Total | 76.59 | 388.26 | 808.09 | 26.38 | 181.38 | 384.77 | 610.10 | 268.51 |
| Sample size (unweighted) | 278 | 517 | 745 | 1,628 | 157 | 32 | 1,050 | 4,407 |
| Standard deviation of total | 80 | 496 | 814 | 47 | 186 | 565 | 796 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was downhill skiing/snowboarding. When completing analyses involving skiers/snowboarders, refer to subsequent tables.

[b] The all-visit averages are computed as a weighted average of the columns using the national trip segment shares for nondownhill skiing/non-snowboarding as weights.

**Table 7—Low spending profiles by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[b] |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Dollars* | | | | |
| Motel | 0 | 20.00 | 110.55 | 0 | 4.53 | 35.53 | 79.58 | 29.73 |
| Camping | 0 | 20.75 | 16.13 | 0 | 24.63 | 17.95 | 9.34 | 6.44 |
| Restaurant | 11.63 | 18.98 | 70.20 | 5.70 | 7.17 | 26.40 | 65.23 | 26.02 |
| Groceries | 9.38 | 45.20 | 44.39 | 6.98 | 64.93 | 52.49 | 36.22 | 22.78 |
| Gas and oil | 27.52 | 49.10 | 60.94 | 15.87 | 41.57 | 47.32 | 49.40 | 32.36 |
| Other transportation | 0.10 | 0.75 | 1.63 | 0.06 | 0.06 | 1.05 | 2.06 | 0.68 |
| Entry fees | 3.72 | 8.09 | 5.60 | 3.11 | 5.79 | 3.42 | 6.61 | 4.60 |
| Recreation and entertainment | 2.80 | 4.50 | 9.93 | 0.73 | 2.17 | 0.45 | 15.76 | 5.08 |
| Sporting goods | 2.54 | 7.82 | 9.02 | 3.75 | 10.98 | 10.23 | 5.75 | 5.31 |
| Souvenirs and other expenses | 0.91 | 4.04 | 9.77 | 0.39 | 0.90 | 10.69 | 13.27 | 4.30 |
| Total | 58.61 | 179.24 | 338.18 | 36.59 | 162.73 | 205.53 | 283.22 | 137.30 |
| Sample size (unweighted) | 966 | 1,291 | 538 | 4,309 | 654 | 112 | 1,077 | 8,947 |
| Standard deviation of total | 63 | 262 | 359 | 50 | 168 | 206 | 412 | n/a |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was downhill skiing/snowboarding. When completing analyses involving skiers/snowboarders, refer to subsequent tables. OVN = overnight, NF = national forest, n/a = not applicable.

[b] The all-visit averages are computed as a weighted average of the columns using the national trip segment shares for nondownhill skiing/nonsnowboarding as weights.

13

BLM_0075357

## Downhill Skier/Snowboarder Visitor Spending

The trip spending of downhill skiers/snowboarders on day trips is about 65 percent greater than day visitors on other national forest recreation trips (table 8). Similarly, nonlocal overnight visitors who are downhill skiing or snowboarding spend about 28 percent more than nonlocal overnight visitors doing other activities on national forest trips. The additional spending by downhill skiers/snowboarders primarily can be traced to greater spending on entry fees, recreation and entertainment, and restaurants. Within trip types, downhill skiers/snowboarders spend less than other visitors on gas and oil; for all trip types except nonlocal overnight and nonprimary, downhill skiers/snowboarders spend less than other visitors on groceries. Note that expenses for season passes likely are not represented in these trip-specific spending averages. Similarly, lift tickets sold as part of a package deal that includes lodging may not have been reported by respondents separately as entry fees or recreation and entertainment expenses. Economic analyses that incorporate analyses of downhill skier/snowboarder spending should use table 8, or reliable visitor spending figures available from other sources applicable to the study area.

**Table 8—Spending profiles of downhill skiers and snowboarders, dollars per party per trip[a]**

| Spending category | Nonlocal segments | | Local segments | | Nonprimary | All visits[c] |
|---|---|---|---|---|---|---|
| | **Day** | **OVN** | **Day** | **OVN**[b] | | |
| | | | *Dollars* | | | |
| Motel | 0 | 193.53 | 0 | 88.83 | 146.10 | 95.76 |
| Camping | 0 | 0.43 | 0 | 0.20 | 4.23 | 0.37 |
| Restaurant | 20.53 | 158.80 | 9.83 | 72.89 | 129.36 | 85.48 |
| Groceries | 4.57 | 76.78 | 3.21 | 35.24 | 68.60 | 40.21 |
| Gas and oil | 24.43 | 64.96 | 13.44 | 29.82 | 55.28 | 40.73 |
| Other transportation | 0.28 | 1.89 | 0.24 | 0.87 | 9.78 | 1.39 |
| Entry fees | 37.68 | 90.73 | 17.93 | 41.65 | 107.20 | 58.39 |
| Recreation and entertainment | 18.62 | 107.74 | 11.13 | 49.45 | 52.21 | 58.79 |
| Sporting goods | 5.02 | 26.08 | 2.81 | 11.97 | 22.14 | 14.73 |
| Souvenirs and other expenses | 2.01 | 22.88 | 0.68 | 10.50 | 12.84 | 11.69 |
| Total | 113.15 | 743.81 | 59.26 | 341.41 | 607.74 | 407.54 |
| Sample size (unweighted) | 371 | 431 | 784 | N/A | 71 | N/A |
| Standard deviation of total | 96 | 825 | 81 | | 772 | N/A |

N/A = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages are based on visitors who claimed their primary activity was downhill skiing or snowboarding and analyses involving nonskier/nonsnowboarder visits should refer to previous tables on national forest visitor average spending. For downhill skiers and snowboarders, we have combined the overnight (OVN) national forest and OVN segments into a single OVN segment.

[b] The sample size for local overnight visitors sampled at ski areas was insufficient and here we calculate average spending as 46 percent of the nonlocal overnight average. See appendix 4 for further information on this calculation.

[c] The all-visit averages are computed as a weighted average of the columns using the national skier/snowboarder segment shares as weights.

14

Those national forests that are classified as either high or low spending may elect to use high or low spending skier/snowboarder profiles (tables 9 and 10). Within trip segments, spending figures at high spending areas are not always greater than the corresponding spending figures at average areas for that trip segment. Likewise, spending figures at low spending areas are not always less than the corresponding average spending figures. This inconsistency likely results from the mix of spending opportunities at these places and differing average visitor lengths of stay in high and low spending areas.

**Table 9—High spending profiles of downhill skiers and snowboarders, dollars per party per trip**[a]

| Spending category | Nonlocal segments | | Local segments | | Nonprimary | All visits |
|---|---|---|---|---|---|---|
| | Day[b] | OVN | Day | OVN[c] | | |
| | | | | *Dollars* | | |
| Motel | 0 | 248.41 | 0 | 97.85 | 292.71 | 126.96 |
| Camping | 0 | 0.31 | 0 | 0.22 | 0 | 0.14 |
| Restaurant | 22.96 | 234.15 | 10.36 | 80.29 | 219.19 | 124.37 |
| Groceries | 5.11 | 88.62 | 1.97 | 38.82 | 17.08 | 43.30 |
| Gas and oil | 27.32 | 71.95 | 10.74 | 32.84 | 28.40 | 42.48 |
| Other transportation | 0.31 | 1.93 | 0.01 | 0.96 | 0 | 0.95 |
| Entry fees | 42.14 | 181.05 | 19.66 | 45.87 | 415.92 | 113.61 |
| Recreation and entertainment | 20.83 | 120.23 | 7.25 | 54.47 | 68.78 | 64.33 |
| Sporting goods | 5.61 | 32.33 | 1.23 | 13.19 | 11.21 | 16.76 |
| Souvenirs and other expenses | 2.25 | 23.38 | 0.26 | 11.57 | 42.85 | 13.03 |
| Total | 126.54 | 1,002.36 | 51.48 | 376.07 | 1,096.14 | 545.93 |
| Sample size (unweighted) | n/a | 122 | 168 | n/a | 337 | n/a |
| Standard deviation of total | | 971 | 77 | | 785 | |

n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages are based on visitors who claimed their primary activity was downhill skiing or snowboarding and analyses involving nonskier/nonsnowboarder visits should refer to previous tables on national forest visitor average spending. For downhill skiers and snowboarders, we have combined the overnight (OVN) national forest and OVN segments into a single OVN segment.

[b] The sample size for nonlocal day visitors sampled at high spending ski areas was insufficient and here we calculate average spending at high spending areas as 112 percent of nonlocal day skier spending at average spending areas. See appendix 4 for further information on this calculation.

[c] The sample size for local overnight visitors sampled at high spending ski areas was insufficient and here we calculate average spending at high spending areas as 110 percent of the nonlocal overnight skier/snowboarder spending at average spending areas. See appendix 4 for further information on this calculation.

[d] The all-visit averages are computed as a weighted average of the columns using the national skier/snowboarder segment shares as weights.

BLM_0075359

**Table 10—Low spending profiles of downhill skiers and snowboarders, dollars per party per trip[a]**

| Spending category | Nonlocal segments | | Local segments | | Nonprimary | All visits[c] |
|---|---|---|---|---|---|---|
| | Day | OVN | Day | OVN[b] | | |
| | | | | *Dollars* | | |
| Motel | 0 | 234.51 | 0 | 77.11 | 196.87 | 116.52 |
| Camping | 0 | 0.18 | 0 | 0.17 | 0 | 0.08 |
| Restaurant | 14.43 | 184.09 | 8.29 | 63.27 | 172.49 | 97.26 |
| Groceries | 4.61 | 92.10 | 2.59 | 30.59 | 76.27 | 47.32 |
| Gas and oil | 24.09 | 68.93 | 14.33 | 25.88 | 80.90 | 43.79 |
| Other transportation | 0 | 0.53 | 0 | 0.75 | 29.75 | 1.44 |
| Entry fees | 33.13 | 84.76 | 17.00 | 36.15 | 73.84 | 53.22 |
| Recreation and entertainment | 9.95 | 134.34 | 9.58 | 42.93 | 41.67 | 68.65 |
| Sporting goods | 2.95 | 35.43 | 3.21 | 10.39 | 36.84 | 19.41 |
| Souvenirs and other expenses | 1.84 | 20.34 | 0.33 | 9.12 | 9.10 | 10.21 |
| Total | 90.99 | 855.21 | 55.33 | 296.35 | 717.73 | 457.89 |
| Sample size (unweighted) | 133 | 81 | 294 | Rule 2 | 21 | n/a |
| Standard deviation of total | 87 | 1,002 | 78 | | 744 | |

n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages are based on visitors who claimed their primary activity was downhill skiing or snowboarding and analyses involving nonskier visits should refer to previous tables on national forest visitor average spending. For downhill skiers and snowboarders, we have combined the overnight (OVN) national forest and OVN segments into a single OVN segment.

[b] The sample size for local overnight visitors sampled at low spending ski areas was insufficient and here we calculate average spending as 87 percent of the nonlocal overnight spending at average ski areas. See appendix 4 for further information on this calculation.

[c] The all-visit averages are computed as a weighted average of the columns using the national skier/snowboarder segment shares as weights.

## Lodging-Based Segmentation

The OVN and, to a lesser extent, the OVN-NF segments of the Basic 7 trip segments contain a mix of visitors using a variety of overnight lodging. Overnight visitors were asked to report what type(s) of lodging they used during their stay. Responses to that question allow us to further classify and better estimate spending for overnight visitors. However, local visitors on overnight trips are not separated from nonlocal visitors because sample sizes were not large enough to estimate lodging-based spending profiles separately for locals and nonlocals. When respondents reported using multiple lodging types, they were placed in the most expensive lodging segment. For example, a number of respondents reported using both a campground and hotel/motel on their trip. Those respondents were classified in the "motel" segment. The lodging-based segments provide an alternative to the Basic 7 trip segments and will prove most useful when the economic analysis has a strong focus on overnight trips. Using the responses to the lodging question, and extending from the Basic 7 trip segments, yields 10 lodging-based segments:

16

BLM_0075360

1. Nonlocal day trips: nonlocal residents on day trips to national forests
2. Local day trips: local residents on day trips to national forests
3. National forest undeveloped: visitors lodging in undeveloped areas on national forests
4. National forest developed: visitors lodging in developed campgrounds on national forests
5. National forest cabin: visitors lodging in cabins on national forests
6. Motel: visitors staying in rented hotels, cabins, condos, homes, etc. off national forests
7. Off-forest camp: visitors lodging in campgrounds off national forests
8. Private home: visitors staying at private homes of friends or relatives or their second homes
9. Other/multiple: visits with undesignated, missing, or multiple lodging types
10. Nonprimary: visits where recreating on national forests is not the primary trip purpose

The day trip and nonprimary segment shares for the lodging-based segments are unchanged from those found for the Basic 7 segments (table 11). Of the overnight visits, motel stays (including B&Bs, rented condos, etc.) are the most frequent lodging choice (10 percent of all visits) followed by developed campgrounds on national forests (6 percent of all visits) and private homes (6 percent of all visits). The least common overnight lodging types for national forest visits are private campgrounds located off national forests, national forest cabins, and other/multiple lodging. Excluding downhill skiers/snowboarders from the segment share estimation reduces the percentage of visits staying in motels and private homes and increases the percentage of visits staying in developed campgrounds on national forests. Considering only downhill skiers/snowboarders, 27 percent of visits involve stays in motels, and 14 percent involve stays in private homes.

## Lodging-Based Segment Spending Profiles

The day and nonprimary trip spending averages (table 12) are unchanged from those shown in table 5. Trip spending in the overnight segments ranges from $156 for those camping in the undeveloped portions of forests to more than $800 for those staying overnight off forests in motels. Those staying in private homes and camping off forests spend about half that of individuals staying in motels off forests.

Placing overnight segment spending on a per-night basis and using the lodging-based segments provides the best opportunity to gauge the face validity of the spending averages. On a per-night basis, the spending of the overnight visitors ranges from $57 for those camping in undeveloped portions of the forest to $181 for those staying

**Spending in the overnight segments ranges from $156 for those camping in the undeveloped portions of forests to more than $800 for those staying in motels.**

17

BLM_0075361

**Table 11—Segment shares for lodging-based segments[a]**

| Segment | All visits | Nondownhill skiing/nonsnowboarding visits | Downhill skiing/snowboarding visits |
|---|---|---|---|
| | | *Percent* | |
| Nonlocal day | 11 | 10 | 16 |
| Local day | 45 | 48 | 34 |
| National forest undeveloped camping | 3 | 3 | b |
| National forest developed camping | 6 | 8 | b |
| National forest cabin | 2 | 2 | 4 |
| Motel | 10 | 6 | 27 |
| Private campground | 1 | 1 | b |
| Private home | 6 | 4 | 14 |
| Other/multiple | 1 | 1 | 1 |
| Nonprimary | 15 | 17 | 4 |
| Total | 100 | 100 | 100 |

[a] Estimated using case weights and the full sample.
[b] Lodging types on the national forest are combined into a single segment: national forest cabin. No visits occurred in the private campground segment.

**Table 12—National forest visitor spending profiles by lodging type segment and spending category, dollars per party per trip[a]**

| Spending category | Nonlocal day | Local day | National forest Undeveloped | National forest Developed | National forest Cabin | Motel | Private campground | Private home | Other/multiple | Nonprimary | All visits[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Dollars* | | | | | |
| Motel | 0 | 0 | 9.08 | 5.20 | 226.11 | 396.15 | 43.53 | 32.48 | 102.81 | 139.67 | 55.49 |
| Camping | 0 | 0 | 8.34 | 41.20 | 4.29 | 0.73 | 84.11 | 0.77 | 26.18 | 12.23 | 6.89 |
| Restaurant | 14.77 | 5.66 | 15.22 | 15.05 | 64.73 | 158.65 | 63.11 | 91.98 | 65.36 | 93.23 | 37.48 |
| Groceries | 10.67 | 6.62 | 43.94 | 65.59 | 65.23 | 60.48 | 70.63 | 91.64 | 67.19 | 49.85 | 29.26 |
| Gas and oil | 30.20 | 15.43 | 51.25 | 56.65 | 68.54 | 79.71 | 86.01 | 73.92 | 89.58 | 62.71 | 38.02 |
| Other transportation | 0.58 | 0.16 | 1.82 | 0.12 | 1.19 | 3.78 | 0.72 | 4.56 | 12.75 | 3.35 | 1.33 |
| Entry fees | 4.12 | 2.70 | 5.96 | 6.09 | 6.86 | 16.21 | 11.96 | 10.47 | 8.53 | 7.58 | 5.40 |
| Recreation and entertainment | 2.96 | 1.01 | 3.74 | 4.37 | 14.63 | 39.17 | 12.59 | 31.63 | 27.65 | 21.84 | 9.27 |
| Sporting goods | 3.15 | 3.83 | 13.44 | 9.86 | 10.14 | 14.04 | 11.25 | 13.77 | 17.01 | 7.91 | 6.57 |
| Souvenirs and other expenses | 1.93 | 0.60 | 2.93 | 4.56 | 17.44 | 32.72 | 19.98 | 22.24 | 16.57 | 23.74 | 8.54 |
| Total | 68.39 | 36.00 | 155.73 | 208.69 | 479.17 | 801.63 | 403.90 | 373.47 | 433.62 | 422.12 | 198.24 |
| Sample size (unweighted) | 2,112 | 9,225 | 1,128 | 2,977 | 660 | 990 | 261 | 710 | 523 | 3,955 | 22,541 |
| Standard deviation of total | 72 | 53 | 304 | 249 | 564 | 801 | 453 | 472 | 710 | 653 | n/a |

n/a = not applicable.
[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was downhill skiing or snowboarding. When completing analyses involving skiers and snowboarders, refer to subsequent tables on average skier/snowboarder spending.
[b] The all-visit averages are computed as a weighted average of the columns using the lodging-based segment shares for nondownhill skiing nonsnowboarding visits as weights.

BLM_0075362

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

off forests in motels (table 13). Those staying in motels spend, on average, $89 for lodging expenses, $36 for restaurant meals and drinks, and $18 for gas and oil, per night. Those staying in developed national forest campgrounds pay approximately $18 for lodging/campground fees, $25 for groceries, and $21 for gas and oil, per night.

**Table 13—Per-day/night national forest visitor spending profiles by lodging type segment and spending category, dollars per party[a]**

| Spending category | Nonlocal day | Local day | National forest Undeveloped | Developed | Cabin | Motel | Private campground | Private home | Other/multiple | Nonprimary | All visits[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Dollars* | | | | | |
| Motel | 0 | 0 | 3.32 | 1.97 | 75.12 | 89.22 | 8.78 | 6.87 | 22.11 | 39.79 | 26.65 |
| Camping | 0 | 0 | 3.05 | 15.61 | 1.43 | 0.16 | 16.96 | 0.16 | 5.63 | 3.49 | 3.31 |
| Restaurant | 14.77 | 5.66 | 5.55 | 5.70 | 21.51 | 35.73 | 12.72 | 19.45 | 14.05 | 26.56 | 18.00 |
| Groceries | 10.67 | 6.62 | 16.04 | 24.85 | 21.67 | 13.62 | 14.24 | 19.37 | 14.45 | 14.20 | 14.05 |
| Gas and oil | 30.20 | 15.43 | 18.70 | 21.46 | 22.77 | 17.95 | 17.34 | 15.63 | 19.26 | 17.87 | 18.26 |
| Other transportation | 0.58 | 0.16 | 0.66 | 0.04 | 0.39 | 0.85 | 0.15 | 0.96 | 2.74 | 0.95 | 0.64 |
| Entry fees | 4.12 | 2.70 | 2.17 | 2.31 | 2.28 | 3.65 | 2.41 | 2.21 | 1.84 | 2.16 | 2.59 |
| Recreation and entertainment | 2.96 | 1.01 | 1.37 | 1.66 | 4.86 | 8.82 | 2.54 | 6.69 | 5.95 | 6.22 | 4.45 |
| Sporting goods | 3.15 | 3.83 | 4.91 | 3.73 | 3.37 | 3.16 | 2.27 | 2.91 | 3.66 | 2.25 | 3.15 |
| Souvenirs and other expenses | 1.93 | 0.60 | 1.07 | 1.73 | 5.80 | 7.37 | 4.03 | 4.70 | 3.56 | 6.76 | 4.10 |
| Total | 68.39 | 36.00 | 56.83 | 79.05 | 159.19 | 180.55 | 81.43 | 78.96 | 93.25 | 120.26 | 95.22 |
| Sample size (unweighted) | 2,112 | 9,225 | 1,128 | 2,977 | 660 | 990 | 261 | 710 | 523 | 3,955 | 22,541 |
| Average days/nights in the local area | 1.0 | 1.0 | 2.7 | 2.6 | 3.0 | 4.4 | 5.0 | 4.7 | 4.7 | 3.5 | 2.1 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was downhill skiing or snowboarding. When completing analyses involving skiers and snowboarders refer to subsequent tables on average skier/snowboarding spending.
[b] The all-visit averages are computed as a weighted average of the columns using the lodging-based segment shares computed without downhill skiers and snowboarders as weights and divided by the average number of nights in the local area.

The trip spending of those engaged in downhill skiing/snowboarding in the lodging-based segments ranges from $59 for those on local day trips to $886 for those staying in motels, hotels, or bed and breakfasts (B&Bs) in local forest areas (table 14). Those staying in motels, hotels, or B&Bs average approximately $341 per trip on lodging expenditures, while those staying in private homes average $53 in lodging expenses. The private home category is likely capturing a mix of visitors staying for free with friends and relatives and those renting private homes.

19

BLM_0075363

**Table 14—National forest visitor spending profiles of downhill skiers and snowboarders by lodging-type segment and spending category, dollars per party per trip[a]**

| Spending category | Nonlocal day | Local day | National forest[b] | Motel | Private home | Other/ multiple[c] | Non-primary | All visits[d] |
|---|---|---|---|---|---|---|---|---|
| | | | | *Dollars* | | | | |
| Motel | 0 | 0 | 185.79 | 341.29 | 52.90 | 102.81 | 146.10 | 113.86 |
| Camping | 0 | 0 | 0 | 0 | 0.02 | 26.18 | 4.23 | 0.43 |
| Restaurant | 20.53 | 9.83 | 102.43 | 155.70 | 169.78 | 65.36 | 129.36 | 82.36 |
| Groceries | 4.57 | 3.21 | 63.22 | 59.64 | 93.85 | 67.19 | 68.60 | 37.01 |
| Gas and oil | 24.43 | 13.44 | 60.15 | 66.72 | 56.65 | 89.58 | 55.28 | 39.94 |
| Other transportation | 0.28 | 0.24 | 2.40 | 0.42 | 3.16 | 12.75 | 9.78 | 1.30 |
| Entry fees | 37.68 | 17.93 | 39.93 | 105.65 | 87.95 | 8.53 | 107.20 | 58.93 |
| Recreation and entertainment | 18.62 | 11.13 | 134.61 | 105.67 | 100.18 | 27.65 | 52.21 | 57.07 |
| Sporting goods | 5.02 | 2.81 | 33.53 | 22.76 | 26.27 | 17.01 | 22.14 | 13.98 |
| Souvenirs and other expenses | 2.01 | 0.68 | 13.27 | 28.04 | 20.69 | 16.57 | 12.84 | 12.23 |
| Total | 113.15 | 59.26 | 635.33 | 885.90 | 611.44 | 433.62 | 607.74 | 417.11 |
| Sample size (unweighted) | 371 | 784 | 60 | 170 | 193 | 523 | 71 | 1,670 |
| Standard deviation of total | 96 | 81 | 603 | 838 | 855 | 710 | 772 | n/a |

n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages are for visitors engaged in downhill skiing and snowboarding.

[b] All lodging types on the national forest are combined here in a single segment. The analyst should be cautious in using this segment as it is not clear if visitors are able to differentiate between lodging on or off the national forest.

[c] There was an insufficient number of downhill skiing/snowboarding respondents in the other/multiple segment, and we substitute the spending averages shown for the general lodging-based segments here.

[d] The all-visit averages are computed as a weighted average of the columns using the lodging-based segment shares computed for downhill skiers and snowboarders as weights.

 Those engaged in downhill skiing/snowboarding and staying overnight in motels/hotels/B&Bs average 3.9 nights in the local areas and spend about $229 per night, on average (table 15). Lodging constitutes the greatest single expense for these visitors. Groups using private homes for lodging spend about $128 per night and the greatest expense for these groups is food. Increased spending on entry fees and recreation and entertainment are the distinguishing features of the downhill skier/snowboarder spending averages compared to the spending of visitors not engaging in these activities. Downhill skiers/snowboarders tend to spend slightly less than other visitors on gas and oil purchased in the local area. With the exception of those categories, the spending of downhill skiers/snowboarders is fairly similar to that of visitors not engaged in these activities when trip length is accounted for by placing spending on a per-night basis.

BLM_0075364

**Table 15—Per-day/night national forest visitor spending profiles of downhill skiers and snowboarders by lodging-type segment and spending category, dollars per party[a]**

| Spending category | Nonlocal day | Local day | National forest[b] | Motel | Private home | Other/ multiple[c] | Non- primary | All visits[d] |
|---|---|---|---|---|---|---|---|---|
| | | | | *Dollars* | | | | |
| Motel | 0 | 0 | 61.72 | 76.87 | 11.18 | 22.11 | 41.62 | 42.67 |
| Camping | 0 | 0 | 0 | 0 | 0 | 5.63 | 1.20 | 0.16 |
| Restaurant | 20.53 | 9.83 | 34.03 | 35.07 | 35.89 | 14.05 | 36.86 | 30.87 |
| Groceries | 4.57 | 3.21 | 21.00 | 13.43 | 19.84 | 14.45 | 19.55 | 13.87 |
| Gas and oil | 24.43 | 13.44 | 19.98 | 15.03 | 11.98 | 19.26 | 15.75 | 14.97 |
| Other transportation | 0.28 | 0.24 | 0.80 | 0.09 | 0.67 | 2.74 | 2.79 | 0.49 |
| Entry fees | 37.68 | 17.93 | 13.27 | 23.80 | 18.59 | 1.84 | 30.54 | 22.09 |
| Recreation and entertainment | 18.62 | 11.13 | 44.72 | 23.80 | 21.18 | 5.95 | 14.87 | 21.39 |
| Sporting goods | 5.02 | 2.81 | 11.14 | 5.13 | 5.55 | 3.66 | 6.31 | 5.24 |
| Souvenirs and other expenses | 2.01 | 0.68 | 4.41 | 6.32 | 4.37 | 3.56 | 3.66 | 4.58 |
| Total | 113.15 | 59.26 | 211.07 | 199.53 | 129.27 | 93.25 | 173.14 | 156.32 |
| Sample size (unweighted) | 371 | 784 | 60 | 170 | 193 | 523 | 71 | 1,670 |
| Average days/nights in the local area | 1.0 | 1.0 | 3.0 | 4.4 | 4.7 | 4.7 | 3.5 | 2.7 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages are for visitors engaged in downhill skiing and snowboarding.

[b] All lodging types on the national forest are combined here in a single segment. The analyst should be cautious in using this segment as it is not clear if visitors are able to differentiate between lodging on or off the national forest.

[c] There was an insufficient number of downhill skiing/snowboarding respondents in the other/multiple segment and we substitute the spending averages shown for the general lodging-based segments here.

[d] The all-visit averages are computed as a weighted average of the columns using the lodging-based segment shares computed for downhill skiers and snowboarders as weights and divided by the average number of nights in the local area.

## Conclusions

The spending averages and visit and trip characteristics in this report can be used to better understand the behavior of outdoor recreationists and to estimate the economic contribution and impact on local communities from outdoor recreation visitor spending. The data collected in this analysis come from visitors to NFS lands, but the results presented here are likely applicable to outdoor recreation resources managed by other land agencies. The spending figures and trip characteristics reported here are consistent with those found in analysis of data collected from outdoor recreationists visiting lands managed by other agencies (e.g., USDI NPS 2016, White and Goodding 2015).

The data in this report come from visitor interviews conducted on NFS lands between 2010 and 2015. This report updates results from the previous analysis (White et al. 2013) that used data collected under the NVUM program between

BLM_0075365

**Spending patterns have been relatively stable since the beginning of the NVUM program.**

2005 and 2009. The visitor spending patterns and trip characteristics changed very little between the two periods. The similarity between these two reports reinforces the relatively stable patterns we have found in visitor spending and trip characteristics since the beginning of the NVUM program (White et al. 2013). Any significant changes in spending averages or visitor spending parameters in the early years of NVUM have come about primarily from changes in the NVUM survey instrument and analytical changes. The stability in visitor spending between the two most recent data series likely traces to steadily declining unemployment, improving consumer confidence, and very low inflation over the past 8 years. Between the data periods, consumer prices have remained largely steady, meaning that per-night costs to recreate remained largely unchanged during the period of economic improvement.

For many applications, the Basic 7 trip segments and the associated spending averages will be appropriate. In situations where downhill skiing/snowboarding visits are an important component of the analysis, the downhill skiing/snowboarding profiles and estimated characteristics should be incorporated in the analysis for that portion of use. In instances where overnight trips are particularly important to the analysis, the lodging-based segments should prove useful. The wildlife-related spending figures reported in appendix 3 can be applied for wildlife-related analyses. Finally, the activity-specific spending profiles in appendix 4 can be used for analyses aimed at specific activities.

## Acknowledgments

Henry Eichman, Kawa Ng, and Stan Zarnoch provided helpful reviews of an earlier version of this document. This work is a continuation of the joint effort of the late Daniel J. Stynes and Eric M. White that started at the beginning of the NVUM program in 2000. The development of the approach to reporting NVUM visitor spending benefited from the involvement of many individuals. Early contributors to this research include Greg Alward, J. Ross Arnold, Rickard Hokans, Sue Kocis, Mike Niccolucci, Mike Retzlaff, Mike Vasievich, and Susan Winter.

## Metric Equivalents

| When you know: | Multiply by: | To get: |
|---|---|---|
| Miles (mi) | 1.609 | Kilometers |

BLM_0075366

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

# References

**Crompton, J.L.; Lee, S.; Shuster, T.J. 2001.** A guide for undertaking economic impact studies: the Springfest example. Journal of Travel Research. 40: 79–87.

**Rylander, R.G., II; Propst, D.B.; McMurty, T.R. 1995.** Nonresponse and recall biases in a survey of traveler spending. Journal of Travel Research. 33: 39–45.

**Stynes, D.J.; White, E.M. 2005a.** Effects of changes in the FY 2003 NVUM instrument and development of national forest visitor spending profiles for lodging-based segments. 37 p. Unpublished report. On file with: Eric White, Forestry Sciences Laboratory, 3625 93rd Avenue SW, Olympia, WA 98512-1101.

**Stynes, D.J.; White, E.M. 2005b.** Spending profiles of national forest visitors, NVUM four-year report. Unpublished report. On file with: Eric White, Forestry Sciences Laboratory, 3625 93rd Avenue SW, Olympia, WA 98512-1101.

**Stynes, D.J.; White, E.M. 2006.** Reflections on measuring recreation and travel spending. Journal of Travel Research. 45: 8–16.

**Stynes, D.J.; White, E.M.; Leefers, L.A. 2002.** Spending profiles of national forest visitors: years 2000 and 2001. Unpublished report. On file with: Eric White, Forestry Sciences Laboratory, 3625 93rd Avenue SW, Olympia, WA 98512-1101.

**U.S. Department of Agriculture, Forest Service [USDA FS]. 2007.** National visitor use monitoring handbook: July 2007. 87 p. http://www.fs.fed.us/ recreation/programs/nvum/reference/july07_handbook.pdf. (29 December 2016).

**U.S. Department of Agriculture, Forest Service [USDA FS]. 2016.** National Visitor Use Monitoring survey results: data collected FY 2011 through FY 2015. 29 p. https://www.fs.fed.us/recreation/programs/nvum/pdf/508pdf2015_ National_Summary_Report.pdf. (29 December 2016).

**U.S. Department of the Interior, National Park Service [USDI NPS]. 2016.** 2015 national park visitor spending effects: economic contributions to local communities, states and the nation. Natural Resource Report NPS/NRSS/EQD/ NRR-2016/1200. Fort Collins, CO: Fort Collins Science Center. 53 p.

**Watson, P.; Wilson, J.; Thilmany, D.; Winter, S. 2007.** Determining economic contributions and impacts: What is the difference and why do we care? Regional Analysis and Policy. 37(2): 140–146.

BLM_0075367

**White, E.M.; Bowker, J.M.; Askew, A.E.; Langner, L.; Arnold, J.R.; English, D.B.K. 2016.** Federal outdoor recreation trends: effects on economic opportunities. Gen. Tech. Rep. PNW-GTR-945. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 46 p.

**White, E.M.; Goodding, D.B. 2015.** Spending and economic activity from recreation at Oregon State Park properties, Valleys Region and selection Mountain Region properties, 2015 update. https://www.oregon.gov/oprd/PLANS/docs/scorp/2013-2018_SCORP/2015_Valleys_Region_Economic_Report.pdf. (29 December 2016).

**White, E.M.; Goodding, D.B.; Stynes, D.J. 2013.** Estimation of national forest visitor spending averages from National Visitor Use Monitoring: Round 2. Gen. Tech. Rep. PNW-GTR-883. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 65 p.

**White, E.M.; Stynes, D.J. 2008.** National forest visitor spending averages and the influence of trip type and recreation activity. Journal of Forestry. 116(1): 17–24.

**White, E.M.; Stynes, D.J. 2010a.** Spending profiles of national forest visitors, NVUM Round 2 update. 68 p. http://www.fsl.orst.edu/lulcd/Publicationsalpha_files/White_Stynes_NVUM2010a.pdf. (29 December 2016).

**White, E.M.; Stynes, D.J. 2010b.** Updated spending profiles for national forest recreation visitors by activity. 42 p. On file with: Eric White, Forestry Sciences Laboratory, 3625 93rd Avenue SW, Olympia, WA 98512-1101.

**Zarnoch, S.J.; White, E.M.; English, D.B.K.; Kocis, S.M.; Arnold, R. 2011.** The National Visitor Use Monitoring methodology and final results for Round 1. Gen. Tech. Rep. SRS-144. Asheville, NC: U.S. Department of Agriculture, Forest Service, Southern Research Station. 74 p.

BLM_0075368

## Appendix 1: Applying the National Spending Profiles

This section provides guidance on applying the spending profiles for economic analysis and has been adapted from Stynes et al. (2002). A number of distinct spending profiles have been generated from the National Visitor Use Monitoring (NVUM) survey data. These include:

- National average spending profiles by trip segments (table 5)
- High and low spending profiles by trip segments (tables 6 and 7)
- Downhill skier/snowboarder spending profiles (tables 8 through 10)
- Spending profiles by lodging-based segment (tables 12 through 15)
- Spending profiles for select segment/activity combinations (app. 4).

These spending profiles can be used in national-, regional-, forest-, and subforest-level planning. For economic impact or contribution analyses, the spending profiles must be combined with (1) estimates of total visits, (2) estimates of the percentage of visits within trip or activity segments, (3) estimates of average party sizes within trip segments, and (4) an economic model of the local economy (usually an input-output [I-O] model).

For national-, regional-, and forest-level analyses of visits to National Forest System lands, the number of visits and trip segment shares may be derived from NVUM results or other sources. The NVUM results will be most reliable at the national level, with increasing variability at regional and forest levels. Other local sources may be more reliable in estimating the number of visits within particular activity subgroups or for subforest-level analysis.

The NVUM spending categories were developed to easily bridge to sectors in I-O models estimated with IMPLAN so the application of the spending data to I-O models is reasonably straightforward. For most applications, acquiring the estimates of visits and segment shares will be a greater problem than bridging to the I-O model.

The general steps for making spending and economic impact/contribution estimates with the NVUM spending profiles are:

1. **Choose a set of visitor segments**—When analyzing spending by all visitors, we recommend using the Basic 7 trip segments. When conducting more targeted analyses, one or more of the wildlife-related spending profiles (app. 3) or activity-based profiles (app. 4) may be used. We suggest using the Basic 7 trip segments as defaults and developing more specific segments only for groups whose spending will differ from these and for which reliable visit estimates can be made. For most analyses, a set of mutually exclusive visitor segments should be chosen for which both visit estimates and spending profiles can be generated.

25

2. **Choose a spending profile for each segment**—If using the NVUM trip segments, begin by selecting from the high, national-average, or low profiles based on the characteristics of a particular application. Note that even though a forest may be classified (app. 2, table 18) as an above-average spending area, if the application relates to more remote areas of the forest, the low spending profiles may be more appropriate, as spending within trip segments is largely a function of the number and kinds of nearby spending opportunities. The NVUM spending profiles may be adjusted to suit the local situation/application, as needed. See text later in this appendix for guidance on adjusting spending averages for local applications and for how to use an engineering approach to estimate spending profiles when survey data are not available or of limited applicability. When the analysis involves downhill skier or snowboarder visits, the downhill skier/snowboarder spending profiles should be incorporated in the analysis and both the downhill skier/snowboarder spending profiles (e.g., table 8 or 14) and the basic spending profiles (e.g., table 5 or 12) may need to be used in the analysis. The wildlife-related spending profiles in appendix 3 may also be used for analyses that need to account for wildlife-related visitor spending.

3. **Estimate the number of visits by each segment**—At the national or forest level, one may multiply the NVUM estimated number of nondownhill skiing/snowboarding visits by the estimates of general trip segment shares (app. 2, table 19) to distribute total visits across the trip segments.[1] Downhill skiing/snowboarding visits (if any) can be distributed across segments using the forest- or national-level information in appendix 2, table 20. A similar procedure could be used for wildlife-related visits using information in appendix 3.

4. **Convert the estimate of visits to party visits**—Be careful to put visits and spending into common units. Recreation visits are on a per-person basis, while the spending averages reported here are on a per-party basis. Either divide the spending averages by the average party size to put spending on a per-person basis or convert visits to parties by dividing visits by an average party size. The NVUM estimates of average party sizes by segment for each forest are reported in appendix 2, table 21; the national-level average size of skier/snowboarder parties is reported in appendix 2, table 22. If you elect to use the spending profiles estimated on a per-night basis, then it is also necessary to

---

[1] Another complication for some applications is potential double counting of spending by visitors staying overnight off forests and making multiple national forest visits during their stay in the area. Spending averages are on a trip basis (to the area). If the incidence of multiple national forest visits per trip is known, national forest visits should be converted to distinct trips to the area by dividing by an estimate of visits per trip.

BLM_0075370

place the party visits on a night basis by multiplying party visits by the aver-
age numbers of nights in the local area (treating day trips as involving 1 day/
night). The NVUM estimates of the average numbers of nights in the local area
for each forest are in appendix 2, table 23. For downhill skiers/snowboarders,
analysts will need to use the national-level average number of nights shown in
table 4.

5.  **Estimate total spending**—The estimate of total spending is calculated by
    multiplying the number of visits (i.e., party visits or party night visits) of
    each trip type (segment) by the appropriate per-trip or per-day/night spending
    averages for that segment and summing across segments.

6.  **Apply total spending within spending categories as final demand changes
    to an I-O model for local regions**—The total spending estimated within each
    spending category can be applied to an I-O model for local regions using appro-
    priate bridge tables to match the NVUM spending categories. The spending
    profiles represent spending within a 50-mi radius of forests. For Forest Service
    applications, Ecosystem Management Coordination (EMC—Washington office)
    has developed a custom set of I-O bridges for recreation visitor spending. Other
    federal recreation agencies (e.g., the National Park Service, Bureau of Land
    Management, and U.S. Army Corps of Engineers) have also developed custom-
    ized I-O bridging for recreation visitor spending for their applications.

7.  **Attribution issues**—When making spending and contribution/economic
    impact estimates, some decisions must be made regarding which visits or
    spending should be counted. There are several alternatives. At one extreme is
    to count all spending within 50 mi of forests by anyone who visits the national
    forests during a trip to the area. Adopting this extreme, all of the spending of
    anyone (including locals and nonprimary visitors) who visits the forests would
    be counted. This approach would include spending from incidental visits and
    quite a bit of spending not directly related to recreation on national forests. At
    the other extreme is to make a "with vs. without" impact estimate and count
    only trips and spending that would not have been made in the absence of the
    forest recreation opportunities. Most situations, however, call for something in
    between.

    Whether to include spending by local residents is a common question.
    Some argue that local residents would spend the money locally regardless of
    the recreation opportunities on national forests and that such spending does
    not represent "new" money to the region. Others are interested in capturing all
    spending associated with forest recreation trips, which includes local resident

27

spending. Taking a "with vs. without" approach, the question is whether this spending would remain in the region or go outside in the absence of forest recreation opportunities. If locals would go outside the region for recreation in the absence of national forest opportunities, their trip spending would represent a loss to the region's economy. That is, a loss of $100 in spending by a local resident is equivalent to the loss from not attracting a nonresident trip. It therefore should be included in a "with vs. without" economic impact assessment. In most cases, some local residents would find somewhere else to go locally if national forests were not present and some others would go outside the region for recreation. Ultimately, there is not a perfect answer to the question of whether spending by local residents should be included. We recommend including spending by local residents when estimating the economic contribution of forest recreation opportunities to the region, but excluding all of the local spending when estimating economic impacts of forest recreation to the region.

More problematic are trips to regions that are not generated by national forests, but are made for some other purpose. The "nonprimary" purpose trip segment is included in this report so that these trips and associated spending may be treated separately. We recommend using the local day trip spending profile for nonprimary purpose trips when estimating the contribution of forests to local economies. The rationale is that the local day trip profile covers the additional spending of a recreation visit to national forests for visitors who are already in the area for some other reason. It possibly excludes several nights of lodging and other expenses that are evident in the nonprimary trip spending profile, on the basis that this spending was not associated with national forest visits. Only the additional spending for national forest visits is assumed to be lost to the local economy in the absence of national forest recreation opportunities. This procedure will omit some lodging and related expenses associated with extending a stay in the area to visit national forests, but is a reasonable, conservative, approach.

Some visitors would likely substitute other nearby recreation opportunities in the absence of those provided on national forests. The extent of substitutions will depend on the local supply of recreation opportunities. In a pure "with vs. without" analysis, trips and associated spending that would not be lost to regions (i.e., the visitor would recreate elsewhere in the 50-mi area) would also be excluded. Further study of substitution patterns would be required to fully address the substitution issue. More generally, many trips involving visits to national forests will involve multiple purposes and activities, making it difficult in some cases to isolate which "caused" the trips to be made.

28

BLM_0075372

8. **High spending recreation parties**—Nationally, a majority of those on recreation visits to the National Forest System spend less than $50 during the trip. However, a limited number of visits involve greater spending and, because of the fairly conservative spending outlier rule we adopt in estimating spending profiles, our standard spending profiles may not fully represent spending by these high spending groups. One such group, downhill skiers/snowboarders, do have high spending patterns, and we have identified a spending profile applicable to economic analyses involving that group. Another group with potentially high spending that is not represented in our standard spending profiles are visitors using guides and outfitters. In the current NVUM survey instrument, no question clearly identifies respondents using guides and outfitters. Even if such a question existed, it is possible that the resulting sample size of respondents using guides and outfitters would be inadequate to reliably estimate the spending patterns of that group. That would likely result because these visits are thought to be a small component of total recreation use, and these visitors may be hard to intercept as they use nontraditional entry and exit points, not identified in NVUM sampling, between private lands and the national forest. One of the spending categories (recreation and entertainment) does include reference to recreation guide fees, but the generality of the spending category makes it impossible to definitively identify those reporting guide expenses.

In cases where the spending by visitors using guides and outfitters, or other analyses involving high spenders, is an important component of the economic analysis and that spending is not adequately represented by the existing spending profiles, the forest could opt to (1) use one of the high spending profiles (or the downhill skier/snowboarder profile) we have reported here for the component of recreation use associated with guides and outfitters, (2) use the results of other studies that have reported reliable estimates of average or total spending of visits associated with guides and outfitters, or (3) use an engineering approach to construct a guide and outfitter spending profile applicable to the specific application. For the last option, the analyst can use an existing profile (e.g., the national-level average spending profile) and modify the average spending values in the appropriate categories (e.g., recreation and entertainment and lodging) to reflect the average costs in the local area associated with guide and outfitter use. See White et al. (2013) for an example of how to use an engineering approach for guide and outfitter expenses.

BLM_0075373

## Example: Estimating Total Spending for the Mount Hood National Forest

The above steps for applying the spending profiles are illustrated for the Mount Hood National Forest east of Portland, Oregon, and south of Hood River, Oregon. The Mount Hood National Forest is a very popular destination for downhill skiing/ snowboarding and our example depicts how to handle that spending separate from general recreation visitor spending. The number of recreation visits annually to the Mount Hood National Forest is 1.95 million (USDA FS 2015).

Computation of total visitor spending is shown in table 16. We depict the calculation of total visitor spending using the per-trip (rather than per-night) approach because the Forest Service and other agencies are using this approach. See White et al. (2013) for an example that uses the per-night approach. We draw on several

**Table 16—Calculation of annual visitor spending on the Mount Hood National Forest[a]**

|  | Nonlocal | | | Local | | | Non-primary | Total[b] | Units |
|---|---|---|---|---|---|---|---|---|---|
|  | Day | OVN-NF | OVN | Day | OVN-NF | OVN |  |  |  |
| Total recreation | — | — | — | — | — | — | — | 1,946,800 | Number |
| Downhill skiers/snowboarders: |  |  |  |  |  |  |  |  |  |
| Visits |  |  |  |  |  |  |  | 1,275,154 | Number |
| Segment shares | 24 | 0 | 11 | 52 | 0 | 1 | 12 | 100 | Percent |
| Visits by segment | 306,037 | 0 | 140,267 | 663,080 | 0 | 12,752 | 153,018 | 1,275,154 | Number |
| Party size | 2.7 |  | 3.0 | 2.1 |  | 2.4 | 2.9 |  | Number |
| Party visits | 113,347 |  | 46,756 | 315,752 |  | 5,313 | 52,765 | 533,933 | Number |
| Spending ($/party/trip) | 113.15 |  | 743.81 | 59.26 |  | 341.41 | 59.26[c] |  | Dollars |
| Spending total | 12,825 | 0 | 34,777 | 18,711 | 0 | 1,814 | 3,127 | 71,255 | Dollars (thousands) |
| Nondownhill skiers/snowboarders: |  |  |  |  |  |  |  |  |  |
| Visits |  |  |  |  |  |  |  | 671,646 | Number |
| Segment shares | 18 | 10 | 3 | 52 | 5 | 2 | 10 | 100 | Percent |
| Visits by segment | 120,896 | 67,165 | 20,149 | 349,256 | 33,582 | 13,433 | 67,165 | 671,646 | Number |
| Party size | 3 | 2.6 | 3.0 | 2.4 | 2.4 | 2.3 | 2.7 |  | Number |
| Party visits | 40,299 | 25,833 | 6,716 | 145,523 | 13,993 | 5,840 | 24,876 | 263,080 | Number |
| Spending ($/party/trip) | 68.39 | 251.74 | 579.70 | 36.00 | 179.86 | 255.60 | 36.00 |  | Dollars |
| Spending total | 2,756 | 6,503 | 3,894 | 5,239 | 2,517 | 1,493 | 896 | 23,297 | Dollars (thousands) |
| Spending (all visits) | 15,581 | 6,503 | 38,671 | 23,950 | 2,517 | 3,307 | 4,022 | 94,551 | Dollars (thousands) |

OVN = overnight, NF = national forest.

[a] Recreation visit estimate from the Mount Hood National Forest National Visitor Use Monitoring report, segments shares from tables 19 and 20, party sizes from tables 21 and 22, and spending averages from tables 5 and 8. All dollar values expressed in 2014 dollars.

[b] Calculated rows: visits by segment = total recreation visits × segment share, party visits = visits by segment / party size, spending total = spending ($/party/trip) × party visits, and spending (all visits) = spending total (downhill skiers/snowboarders) + spending total (nondownhill skiers/nonsnowboarders).

[c] The spending average for local day trips is used for nonprimary purpose trips to capture only the marginal increase in spending tracing to the national forest visit.

BLM_0075374

forest-specific figures from tables in appendix 2. At some points in the calculation, because of small sample sizes, forest-specific parameters are not available, and we substitute national-level parameters.

Recreation visits are first split into those with and without downhill skiing/snowboarding as the primary recreation activity using NVUM results for the Mount Hood National Forest (USDA FS 2015). Visits are then allocated to trip segments using the forest-level segment shares for skiers/snowboarders (see app. 2, table 20) and nonskiers/nonsnowboarders (see app. 2, table 19) for the Mount Hood National Forest. Next visits are converted to party visits by dividing by the national-level party sizes from table 22 in appendix 2 for downhill skiers/snowboarders and the Mount Hood National Forest party sizes from table 21 in appendix 2 for nondownhill skiers/nonsnowboarders. Party visits are then multiplied by the party trip spending averages to obtain total spending. The national average spending profiles for downhill skiers/snowboarders (table 8) and nondownhill skiers/nonsnowboarders (table 5) are used in this example because the Mount Hood National Forest is classified as an "average" spending forest (see app. 2, table 18). The spending of local visitors is included in this example calculation of total visitor spending. For nonprimary visits, we assumed that average spending on local day trip visits represents the spending attributable to the Mount Hood National Forest during nonprimary visits.

Based on these calculations, recreation visits to the Mount Hood National Forest generate approximately $95 million (in 2014 dollars) in visitor spending each year in the local area around the national forest (table 16). Nearly 75 percent of that spending is associated with downhill skiers/snowboarders. Collectively, local day trips accounted for 52 percent of visits and 25 percent of spending. Nonlocals on overnight (OVN) trips staying off the forest account for 41 percent of the spending and 8 percent of visits.

To obtain spending in detailed expenditure categories simply multiply party visits for each segment by the complete spending profile for that segment (e.g., table 5 or 8). This itemizes spending within specific categories/sectors. The greatest spending by Mount Hood National Forest visitors (table 17) is for gas and oil ($17.9 million), restaurant food and alcohol ($17.1 million), entry fees ($16.3 million), and lodging ($12.4 million). Nonlocal OVN visitors account for the majority of spending for restaurant food and alcohol and for lodging; local day visitors account for most of the spending for gas and oil and for entry fees.

BLM_0075375

**Table 17—Annual visitor spending by expense category on the Mount Hood National Forest[a]**

| | Nonlocal | | | Local | | | Non-primary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Dollars (thousands)* | | | | |
| Motel | 0 | 1,157 | 10,418 | 0 | 89 | 773 | 0 | 12,437 |
| Camping | 0 | 718 | 112 | 0 | 395 | 135 | 0 | 1,361 |
| Restaurant | 2,922 | 710 | 8,207 | 3,928 | 107 | 577 | 659 | 17,109 |
| Groceries | 948 | 1,423 | 4,077 | 1,977 | 1,001 | 535 | 334 | 10,296 |
| Gas and oil | 3,986 | 1,609 | 3,591 | 6,489 | 652 | 497 | 1,093 | 17,917 |
| Other transportation | 55 | 35 | 122 | 99 | 1 | 12 | 17 | 339 |
| Entry fees | 4,437 | 184 | 4,328 | 6,054 | 63 | 251 | 1,013 | 16,331 |
| Recreation and entertainment | 2,230 | 190 | 5,261 | 3,661 | 28 | 284 | 612 | 12,267 |
| Sporting goods | 696 | 278 | 1,312 | 1,445 | 165 | 119 | 244 | 4,258 |
| Souvenirs and other expenses | 306 | 200 | 1,244 | 302 | 15 | 123 | 51 | 2,240 |
| Total | 15,580 | 6,503 | 38,671 | 23,955 | 2,517 | 3,307 | 4,023 | 94,555 |

[a] Values are in 2014 dollars. Totals do not match values in table 16 because of rounding. OVN = overnight. NF = national forest.

As new recreation visit estimates become available, spending estimates may be updated by simply replacing the total visit estimate and redoing the calculation. Segment shares, party sizes, and spending averages based on the NVUM survey may also be modified by other local information sources or to simulate and evaluate future scenarios. In any event, the estimate of total spending for a given application should be based on the best estimates of each of the different inputs in the spending calculation.

BLM_0075376

# Appendix 2: Supplemental Tables for Completing Economic Analyses

A variety of intermediate parameters and inputs are needed to estimate total spending. Most of the figures elsewhere in this report are at the national level. In this appendix, we provide the parameters at the forest level. The classification of each unit in the National Forest System as "above average," "average," or "below average" is shown in table 18. The total number of visits to national forests is reported by the National Visitor Use Monitoring (NVUM) program (https://apps. fs.fed.us/nfs/nrm/nvum/results/), and we report the share of those visits occurring within each visitor spending segment (tables 19 and 20).

**Table 18—Classification of National Forest System administrative units as above, below, or average spending**

| Above-average spending | Average spending | | Below-average spending |
|---|---|---|---|
| Black Hills | Allegheny | Manti-La Sal | Angeles |
| Bridger-Teton | Apache-Sitgreaves | Medicine Bow | Arapahoe-Roosevelt |
| Cibola | Bighorn | Modoc | Ashley |
| Coconino | Caribou-Targhee | Mount Hood | Beaverhead-Deerlodge |
| Gallatin | Carson | National forests in Alabama | Bitterroot |
| Grand Mesa-Uncompahgre-  Gunnison | Chattahoochee-Oconee | National forests in Florida | Boise |
| | Chequamegon-Nicolet | Nebraska | Cherokee |
| Hiawatha | Chippewa | Nez Perce | Cleveland |
| Inyo | Chugach | Okanogan | Columbia River Gorge |
| Lake Tahoe Management Unit | Clearwater | Ouachita | Colville |
| National forests in North Carolina | Coronado | Payette | Dakota Prairie |
| Ottawa | Custer | Pike-San Isabel | Daniel Boone |
| Rio Grande | Deschutes | Plumas | Dixie |
| San Juan | El-Yunque | Routt | Eldorado |
| Siuslaw | Fishlake | Salmon-Challis | Finger Lakes |
| Tongass—Juneau, Admiralty | Flathead | San Bernardino | Fremont-Winema |
| Tongass—Sitka, Hoonah | Francis Marion-Sumter | Sawtooth | Gifford Pinchot |
| White Mountain | George Washington | Sequoia | Gila |
| White River | Humboldt-Toiyabe | Shasta-Trinity | Green Mountains |
| | Humboldt-Toiyabe—  Spring Mountains | Shoshone | Helena |
| | | Sierra | Hoosier |
| | Huron-Manistee | Six Rivers | Kisatchie |
| | Idaho Panhandle | Stanislaus | Klamath |
| | Jefferson | Superior | Los Padres |
| | Kaibab | Tahoe | Malheur |
| | Kootenai | Tongass—Ketchikan,  Misty, Thorne Bay | Mark Twain |
| | Land Between the Lakes | | Mendocino |
| | Lassen | Tongass—Yakutat,  Petersberg, Wrangell | Midewin Tallgrass Prairie |
| | Lewis and Clark | | Mount Baker-Snoqualmie |
| | Lincoln | Umpqua | Monongahela |
| | Lolo | Wayne | National forests in Mississippi |
| | | | National forests in Texas |
| | | | Ochoco |
| | | | Olympic |
| | | | Ozark-St. Francis |
| | | | Prescott |
| | | | Rogue River-Siskiyou |
| | | | Santa Fe |
| | | | Shawnee |
| | | | Tonto |
| | | | Uinta-Wasatch-Cache |
| | | | Umatilla |
| | | | Wallowa-Whitman |
| | | | Wenatchee |
| | | | Willamette |

33

GENERAL TECHNICAL REPORT PNW-GTR-961

**Table 19—General recreation segment shares by administrative unit[a]**

| Administrative unit | Nonlocal | | | Local | | | Nonprimary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Percent* | | | | |
| Allegheny | 13 | 14 | 11 | 39 | 10 | 3 | 10 | 100 |
| Angeles | 7 | 3 | 1 | 76 | 8 | 0 | 5 | 100 |
| Apache-Sitgreaves | 11 | 49 | 4 | 22 | 1 | 1 | 12 | 100 |
| Arapaho-Roosevelt | 10 | 4 | 16 | 56 | 4 | 1 | 9 | 100 |
| Ashley | 13 | 23 | 4 | 34 | 8 | 1 | 17 | 100 |
| Beaverhead-Deerlodge | 6 | 5 | 3 | 72 | 3 | 0 | 11 | 100 |
| Bighorn | 15 | 16 | 2 | 23 | 8 | 1 | 35 | 100 |
| Bitterroot | 4 | 1 | 1 | 81 | 5 | 2 | 6 | 100 |
| Black Hills | 6 | 5 | 23 | 41 | 6 | 2 | 17 | 100 |
| Boise | 10 | 17 | 8 | 42 | 7 | 3 | 13 | 100 |
| Bridger-Teton | 8 | 9 | 15 | 55 | 2 | 1 | 10 | 100 |
| Caribbean | 4 | 0 | 26 | 7 | 0 | 0 | 63 | 100 |
| Caribou-Targhee | 5 | 9 | 8 | 54 | 5 | 1 | 18 | 100 |
| Carson | 10 | 8 | 17 | 42 | 1 | 1 | 21 | 100 |
| Chattahoochee-Oconee | 9 | 8 | 7 | 44 | 3 | 3 | 26 | 100 |
| Chequamegon-Nicolet | 4 | 10 | 19 | 14 | 7 | 4 | 42 | 100 |
| Cherokee | 10 | 6 | 10 | 63 | 4 | 0 | 7 | 100 |
| Chippewa | 8 | 18 | 8 | 34 | 11 | 0 | 21 | 100 |
| Chugach | 9 | 7 | 10 | 35 | 4 | 2 | 33 | 100 |
| Cibola | 3 | 2 | 2 | 69 | 1 | 1 | 22 | 100 |
| Clearwater | 9 | 12 | 4 | 50 | 6 | 0 | 19 | 100 |
| Cleveland | 5 | 5 | 0 | 76 | 7 | 1 | 6 | 100 |
| Coconino | 15 | 6 | 16 | 27 | 2 | 0 | 34 | 100 |
| Columbia River Gorge | 8 | 1 | 5 | 55 | 1 | 0 | 30 | 100 |
| Colville | 9 | 32 | 1 | 40 | 9 | 1 | 8 | 100 |
| Coronado | 5 | 4 | 9 | 59 | 10 | 2 | 11 | 100 |
| Custer | 25 | 11 | 9 | 26 | 5 | 1 | 23 | 100 |
| Dakota Prairie | 10 | 7 | 11 | 37 | 6 | 0 | 29 | 100 |
| Daniel Boone | 14 | 12 | 12 | 38 | 9 | 1 | 14 | 100 |
| Deschutes | 2 | 8 | 10 | 53 | 4 | 1 | 22 | 100 |
| Dixie | 13 | 16 | 7 | 29 | 4 | 2 | 29 | 100 |
| Eldorado | 15 | 30 | 4 | 28 | 10 | 1 | 12 | 100 |
| Fishlake | 5 | 13 | 25 | 39 | 3 | 0 | 15 | 100 |
| Flathead | 6 | 6 | 4 | 54 | 6 | 1 | 23 | 100 |
| Francis Marion-Sumter | 6 | 2 | 0 | 78 | 1 | 0 | 13 | 100 |
| Fremont-Winema | 10 | 5 | 5 | 59 | 12 | 2 | 7 | 100 |
| Gallatin | 3 | 3 | 20 | 68 | 2 | 0 | 4 | 100 |
| George Washington-Jefferson | 10 | 6 | 6 | 57 | 4 | 1 | 16 | 100 |
| Gifford Pinchot | 27 | 13 | 6 | 20 | 1 | 1 | 32 | 100 |
| Gila | 10 | 6 | 4 | 63 | 3 | 0 | 14 | 100 |
| Grand Mesa-Uncompahgre-Gumison | 7 | 4 | 10 | 56 | 1 | 1 | 21 | 100 |
| Green Mountain and Finger Lakes | 7 | 2 | 7 | 52 | 1 | 3 | 28 | 100 |
| Helena | 2 | 2 | 6 | 74 | 4 | 1 | 11 | 100 |
| Hiawatha | 5 | 5 | 17 | 32 | 8 | 2 | 31 | 100 |
| Hoosier | 6 | 13 | 3 | 52 | 12 | 2 | 12 | 100 |
| Humboldt-Toiyabe | 1 | 23 | 68 | 4 | 2 | 0 | 2 | 100 |
| Humboldt-Toiyabe—Spring Mountains | 4 | 1 | 1 | 75 | 6 | 1 | 12 | 100 |
| Huron Manistee | 28 | 8 | 12 | 33 | 2 | 4 | 13 | 100 |
| Idaho Panhandle | 14 | 7 | 7 | 56 | 3 | 2 | 11 | 100 |
| Inyo | 7 | 35 | 17 | 9 | 3 | 0 | 29 | 100 |
| Kaibab | 8 | 14 | 7 | 6 | 1 | 0 | 64 | 100 |
| Kisatchie | 21 | 7 | 2 | 60 | 4 | 0 | 6 | 100 |
| Klamath | 5 | 12 | 6 | 54 | 2 | 0 | 21 | 100 |
| Kootenai | 10 | 4 | 7 | 47 | 8 | 1 | 23 | 100 |
| Lake Tahoe Management Unit | 8 | 9 | 31 | 21 | 1 | 0 | 30 | 100 |
| Land Between the Lakes | 6 | 33 | 3 | 17 | 32 | 1 | 8 | 100 |
| Lassen | 12 | 17 | 6 | 42 | 5 | 3 | 15 | 100 |
| Lewis and Clark | 21 | 9 | 7 | 18 | 2 | 4 | 39 | 100 |
| Lincoln | 18 | 6 | 9 | 18 | 3 | 0 | 46 | 100 |
| Lolo | 3 | 3 | 5 | 80 | 1 | 1 | 7 | 100 |
| Los Padres | 9 | 7 | 4 | 58 | 3 | 0 | 19 | 100 |
| Malheur | 3 | 29 | 6 | 33 | 7 | 0 | 22 | 100 |

34

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 19—General recreation segment shares by administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | | Local | | | Nonprimary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Percent* | | | | |
| Manti-La Sal | 16 | 12 | 2 | 35 | 8 | 1 | 26 | 100 |
| Mark Twain | 6 | 7 | 9 | 61 | 3 | 0 | 14 | 100 |
| Medicine Bow | 9 | 17 | 6 | 55 | 5 | 1 | 7 | 100 |
| Mendocino | 6 | 18 | 1 | 59 | 3 | 0 | 13 | 100 |
| Midewin Tallgrass Prairie | 11 | 0 | 0 | 82 | 0 | 0 | 7 | 100 |
| Modoc | 9 | 1 | 3 | 67 | 1 | 0 | 19 | 100 |
| Monongahela | 10 | 16 | 16 | 28 | 3 | 0 | 27 | 100 |
| Mount Baker-Snoqualmie | 22 | 9 | 3 | 44 | 11 | 2 | 9 | 100 |
| Mount Hood | 18 | 10 | 3 | 52 | 5 | 2 | 10 | 100 |
| National Forests in Alabama | 13 | 1 | 1 | 81 | 1 | 2 | 1 | 100 |
| National Forests in Florida | 9 | 15 | 3 | 47 | 20 | 0 | 6 | 100 |
| National Forests in Mississippi | 7 | 2 | 0 | 74 | 4 | 0 | 13 | 100 |
| National Forests in North Carolina | 10 | 5 | 13 | 50 | 3 | 0 | 19 | 100 |
| National Forests in Texas | 18 | 9 | 1 | 47 | 12 | 1 | 12 | 100 |
| Nebraska | 12 | 4 | 4 | 41 | 1 | 5 | 33 | 100 |
| Nez Perce | 6 | 21 | 5 | 52 | 3 | 1 | 12 | 100 |
| Ochoco | 4 | 8 | 3 | 46 | 14 | 0 | 25 | 100 |
| Okanogan | 9 | 16 | 23 | 23 | 2 | 1 | 26 | 100 |
| Olympic | 9 | 7 | 12 | 39 | 7 | 1 | 25 | 100 |
| Ottawa | 4 | 10 | 28 | 17 | 1 | 2 | 38 | 100 |
| Ouachita | 20 | 14 | 13 | 46 | 4 | 0 | 3 | 100 |
| Ozark-St Francis | 7 | 21 | 5 | 39 | 9 | 6 | 13 | 100 |
| Payette | 12 | 12 | 35 | 30 | 1 | 2 | 8 | 100 |
| Pike-San Isabel | 12 | 7 | 8 | 54 | 3 | 1 | 15 | 100 |
| Plumas | 7 | 25 | 5 | 47 | 9 | 1 | 6 | 100 |
| Prescott | 13 | 10 | 4 | 61 | 4 | 1 | 7 | 100 |
| Rio Grande | 13 | 20 | 21 | 31 | 0 | 1 | 14 | 100 |
| Rogue River-Siskiyou | 9 | 5 | 3 | 56 | 4 | 0 | 23 | 100 |
| Routt | 2 | 5 | 16 | 29 | 3 | 1 | 44 | 100 |
| Salmon-Challis | 17 | 23 | 12 | 32 | 5 | 0 | 11 | 100 |
| San Bernardino | 16 | 10 | 22 | 36 | 4 | 3 | 9 | 100 |
| San Juan | 4 | 15 | 12 | 26 | 16 | 1 | 26 | 100 |
| Santa Fe | 7 | 9 | 3 | 67 | 2 | 0 | 12 | 100 |
| Sawtooth | 8 | 16 | 13 | 41 | 5 | 0 | 17 | 100 |
| Sequoia | 7 | 33 | 7 | 36 | 3 | 0 | 14 | 100 |
| Shasta Trinity | 8 | 13 | 7 | 46 | 5 | 1 | 20 | 100 |
| Shawnee | 11 | 7 | 18 | 41 | 3 | 4 | 16 | 100 |
| Shoshone | 10 | 9 | 9 | 46 | 4 | 1 | 21 | 100 |
| Sierra | 10 | 18 | 8 | 41 | 6 | 1 | 16 | 100 |
| Siuslaw | 13 | 15 | 10 | 34 | 3 | 0 | 25 | 100 |
| Six Rivers | 11 | 6 | 5 | 44 | 2 | 1 | 31 | 100 |
| Stanislaus | 15 | 25 | 15 | 30 | 3 | 1 | 11 | 100 |
| Superior | 2 | 22 | 14 | 46 | 1 | 0 | 15 | 100 |
| Tahoe | 8 | 6 | 11 | 57 | 6 | 1 | 11 | 100 |
| Tongass (total) | 4 | 0 | 5 | 73 | 2 | 1 | 15 | 100 |
| Tongass—Juneau, Admiralty | 2 | 0 | 5 | 72 | 4 | 0 | 17 | 100 |
| Tongass—Ketchikan, Misty, Thorne Bay | 2 | 0 | 8 | 69 | 1 | 2 | 18 | 100 |
| Tongass—Sitka, Hoonah | 2 | 1 | 6 | 75 | 0 | 1 | 15 | 100 |
| Tongass—Yakutat, Petersberg, Wrangell | 11 | 1 | 1 | 76 | 3 | 1 | 7 | 100 |
| Tonto | 17 | 5 | 0 | 68 | 3 | 0 | 7 | 100 |
| Uinta-Wasatch-Cache | 4 | 5 | 3 | 69 | 8 | 0 | 11 | 100 |
| Umatilla | 21 | 18 | 2 | 37 | 15 | 0 | 7 | 100 |
| Umpqua | 26 | 16 | 4 | 21 | 2 | 0 | 31 | 100 |
| Wallowa-Whitman | 10 | 18 | 8 | 44 | 1 | 0 | 19 | 100 |
| Wayne | 7 | 16 | 2 | 60 | 10 | 1 | 4 | 100 |
| Wenatchee | 17 | 18 | 6 | 36 | 13 | 0 | 10 | 100 |
| White Mountain | 13 | 8 | 30 | 16 | 1 | 1 | 31 | 100 |
| White River | 6 | 3 | 23 | 35 | 1 | 0 | 32 | 100 |
| Willamette | 19 | 18 | 3 | 27 | 8 | 2 | 23 | 100 |
| National average | 9 | 8 | 12 | 48 | 4 | 1 | 18 | 100 |

[a] Estimated using the full sample and case weights. Cases where the primary activity was downhill skiing/snowboarding or wildlife-related recreation were excluded. OVN = overnight, NF = national forest.

35

**Table 20—Segment shares by administrative unit for downhill skiing visits[a]**

| Administrative unit | Nonlocal | | Local | | Nonprimary | Total |
|---|---|---|---|---|---|---|
| | Day | OVN | Day | OVN | | |
| | | | *Percent* | | | |
| Angeles | 38 | 1 | 46 | 3 | 12 | 100 |
| Arapaho-Roosevelt | 26 | 33 | 37 | 1 | 3 | 100 |
| Beaverhead-Deerlodge | 19 | 12 | 61 | 4 | 4 | 100 |
| Bighorn | 37 | 1 | 62 | 0 | 0 | 100 |
| Bitterroot | 21 | 3 | 73 | 0 | 3 | 100 |
| Boise | 5 | 0 | 93 | 0 | 2 | 100 |
| Bridger-Teton | 4 | 30 | 62 | 2 | 2 | 100 |
| Caribou-Targhee | 13 | 18 | 60 | 3 | 6 | 100 |
| Carson | 11 | 62 | 27 | 0 | 0 | 100 |
| Chequamegon-Nicolet | 16 | 46 | 33 | 1 | 4 | 100 |
| Chippewa | 16 | 46 | 33 | 1 | 4 | 100 |
| Chugach | 16 | 46 | 33 | 1 | 4 | 100 |
| Cibola | 1 | 2 | 88 | 0 | 9 | 100 |
| Clearwater | 16 | 46 | 33 | 1 | 4 | 100 |
| Coconino | 19 | 21 | 55 | 1 | 4 | 100 |
| Colville | 22 | 6 | 67 | 3 | 2 | 100 |
| Coronado | 16 | 46 | 33 | 1 | 4 | 100 |
| Custer | 15 | 40 | 32 | 6 | 7 | 100 |
| Deschutes | 5 | 37 | 50 | 1 | 7 | 100 |
| Dixie | 25 | 25 | 50 | 0 | 0 | 100 |
| Eldorado | 38 | 29 | 21 | 3 | 9 | 100 |
| Flathead | 6 | 26 | 62 | 1 | 5 | 100 |
| Gallatin | 2 | 6 | 89 | 1 | 2 | 100 |
| Gifford Pinchot | 16 | 46 | 33 | 1 | 4 | 100 |
| Grand Mesa-Uncompahgre-Gunnison | 14 | 16 | 68 | 1 | 1 | 100 |
| Green Mountain and Finger Lakes | 8 | 61 | 25 | 3 | 3 | 100 |
| Helena | 16 | 46 | 33 | 1 | 4 | 100 |
| Hiawatha | 16 | 46 | 33 | 1 | 4 | 100 |
| Humboldt-Toiyabe—Spring Mountains | 8 | 8 | 67 | 4 | 13 | 100 |
| Idaho Panhandle | 43 | 6 | 23 | 1 | 27 | 100 |
| Inyo | 4 | 80 | 14 | 0 | 2 | 100 |
| Kaibab | 25 | 18 | 41 | 2 | 14 | 100 |
| Klamath | 0 | 0 | 80 | 0 | 20 | 100 |
| Kootenai | 10 | 3 | 74 | 0 | 13 | 100 |
| Lake Tahoe Management Unit | 4 | 61 | 30 | 2 | 3 | 100 |
| Lassen | 16 | 46 | 33 | 1 | 4 | 100 |
| Lewis and Clark | 67 | 18 | 8 | 3 | 4 | 100 |
| Lincoln | 17 | 25 | 46 | 1 | 11 | 100 |
| Lolo | 1 | 3 | 95 | 1 | 0 | 100 |
| Los Padres | 16 | 46 | 33 | 1 | 4 | 100 |
| Manti-La Sal | 0 | 14 | 57 | 0 | 29 | 100 |
| Medicine Bow | 28 | 18 | 51 | 0 | 3 | 100 |
| Mount Baker-Snoqualmie | 51 | 13 | 30 | 2 | 4 | 100 |
| Mount Hood | 24 | 11 | 52 | 1 | 12 | 100 |
| Nez Perce | 16 | 46 | 33 | 1 | 4 | 100 |
| Okanogan | 2 | 9 | 85 | 0 | 4 | 100 |
| Ozark-St Francis | 16 | 46 | 33 | 1 | 4 | 100 |
| Payette | 14 | 46 | 30 | 6 | 4 | 100 |
| Pike-San Isabel | 24 | 32 | 36 | 1 | 7 | 100 |
| Plumas | 16 | 46 | 33 | 1 | 4 | 100 |

BLM_0075380

**Table 20—Segment shares by administrative unit for downhill skiing visits[a] (continued)**

| Administrative unit | Nonlocal | | Local | | Nonprimary | Total |
|---|---|---|---|---|---|---|
| | Day | OVN | Day | OVN | | |
| | | | *Percent* | | | |
| Rio Grande | 21 | 51 | 27 | 0 | 1 | 100 |
| Rogue River-Siskiyou | 7 | 1 | 90 | 1 | 1 | 100 |
| Routt | 1 | 61 | 30 | 0 | 8 | 100 |
| Salmon-Challis | 16 | 46 | 33 | 1 | 4 | 100 |
| San Bernardino | 39 | 26 | 20 | 2 | 13 | 100 |
| San Juan | 11 | 16 | 71 | 0 | 2 | 100 |
| Santa Fe | 20 | 9 | 61 | 1 | 9 | 100 |
| Sawtooth | 28 | 27 | 43 | 1 | 1 | 100 |
| Sequoia | 37 | 3 | 59 | 1 | 0 | 100 |
| Shasta-Trinity | 0 | 17 | 83 | 0 | 0 | 100 |
| Shoshone | 19 | 12 | 53 | 9 | 7 | 100 |
| Sierra | 33 | 20 | 33 | 6 | 8 | 100 |
| Stanislaus | 29 | 52 | 15 | 1 | 3 | 100 |
| Superior | 16 | 46 | 33 | 1 | 4 | 100 |
| Tahoe | 29 | 33 | 32 | 0 | 6 | 100 |
| Tonto | 16 | 46 | 33 | 1 | 4 | 100 |
| Uinta-Wasatch-Cache | 8 | 30 | 55 | 1 | 6 | 100 |
| Umatilla | 53 | 6 | 39 | 0 | 2 | 100 |
| Wallowa-Whitman | 18 | 14 | 58 | 3 | 7 | 100 |
| Wenatchee | 29 | 9 | 57 | 2 | 3 | 100 |
| White Mountain | 25 | 62 | 9 | 1 | 3 | 100 |
| White River | 19 | 67 | 11 | 1 | 2 | 100 |
| Willamette | 39 | 23 | 37 | 1 | 0 | 100 |
| National average | 16 | 46 | 33 | 1 | 4 | 100 |

[a] Estimated using the full sample and case weights. Only forests with downhill skiing visits are shown. OVN = overnight.

The spending averages presented in this report relate to the entire travel party for the entire trip. To estimate total spending, divide the estimate of recreation visits by the average party size (table 21 or 22) to place NVUM visits and spending in the same units. Users may complete spending analysis either on a per-trip or per-night basis. To convert per-trip spending to per-night spending, we provide an estimate of the average number of nights in the local area for visitors to each national forest (table 23).

**Table 21—Downhill skier party size by trip segment[a]**

| Nonlocal | | Local | | Nonprimary |
|---|---|---|---|---|
| Day | OVN | Day | OVN | |
| 2.7 | 3.0 | 2.1 | 2.4 | 2.9 |

OVN = overnight.

[a] Estimated using the full sample and case weights. There are insufficient cases to estimate skier party sizes for individual national forests. The national average party sizes can be used for forest-level analyses.

BLM_0075381

**GENERAL TECHNICAL REPORT PNW-GTR-961**

Table 22—General recreation average party size by trip segment and administrative unit[a]

| Administrative unit | Nonlocal | | | Local | | | |
|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | Nonprimary |
| | | | | *Number* | | | |
| Allegheny | 2.6 | 2.8 | 1.9 | 2.5 | 3.5 | 2.3 | 3.4 |
| Angeles | 3.2 | 3.0 | 2.8 | 2.3 | 2.7 | 2.3 | 2.3 |
| Apache-Sitgreaves | 2.6 | 2.9 | 2.5 | 2.4 | 2.8 | 2.3 | 2.5 |
| Arapaho-Roosevelt | 2.5 | 2.8 | 2.3 | 2.2 | 2.8 | 2.3 | 3.2 |
| Ashley | 2.6 | 3.0 | 2.8 | 2.9 | 3.2 | 2.3 | 2.9 |
| Beaverhead-Deerlodge | 2.2 | 2.6 | 2.5 | 2.5 | 2.3 | 2.3 | 2.9 |
| Bighorn | 3.0 | 2.6 | 3.3 | 2.7 | 3.0 | 2.3 | 2.9 |
| Bitterroot | 2.1 | 2.8 | 2.8 | 2.2 | 2.7 | 2.3 | 2.6 |
| Black Hills | 2.6 | 2.9 | 2.7 | 2.3 | 3.2 | 2.3 | 2.8 |
| Boise | 3.0 | 3.3 | 2.7 | 2.4 | 3.0 | 2.3 | 2.2 |
| Bridger-Teton | 3.1 | 3.3 | 3.3 | 2.1 | 3.5 | 2.3 | 3.4 |
| Caribbean | 2.6 | 2.8 | 2.8 | 3.2 | 2.8 | 2.3 | 2.8 |
| Caribou-Targhee | 2.3 | 3.6 | 3.5 | 2.2 | 2.3 | 2.3 | 2.7 |
| Carson | 2.4 | 2.9 | 2.5 | 1.7 | 2.8 | 2.3 | 2.2 |
| Chattahoochee-Oconee | 2.6 | 2.7 | 2.4 | 2.5 | 1.9 | 2.3 | 2.5 |
| Chequamegon-Nicolet | 2.0 | 2.4 | 2.2 | 1.8 | 2.6 | 2.3 | 2.5 |
| Cherokee | 3.7 | 2.3 | 2.9 | 2.5 | 3.3 | 2.3 | 2.6 |
| Chippewa | 2.6 | 3.2 | 2.8 | 2.4 | 2.3 | 2.3 | 2.1 |
| Chugach | 3.2 | 2.3 | 2.5 | 2.0 | 2.3 | 2.3 | 2.8 |
| Cibola | 2.3 | 1.7 | 2.2 | 2.3 | 2.8 | 2.3 | 2.5 |
| Clearwater | 2.8 | 2.4 | 2.8 | 2.4 | 3.0 | 2.3 | 2.4 |
| Cleveland | 1.9 | 2.5 | 2.8 | 2.2 | 2.7 | 2.3 | 2.3 |
| Coconino | 2.8 | 3.0 | 2.7 | 2.1 | 2.0 | 2.3 | 2.8 |
| Columbia River Gorge | 2.4 | 2.3 | 2.5 | 2.2 | 2.1 | 2.3 | 2.6 |
| Colville | 2.6 | 2.9 | 2.8 | 2.4 | 2.7 | 2.3 | 2.1 |
| Coronado | 2.7 | 2.5 | 2.6 | 1.9 | 3.1 | 2.3 | 2.5 |
| Custer | 2.6 | 2.5 | 2.3 | 2.2 | 2.9 | 2.3 | 2.6 |
| Dakota Prairie | 2.6 | 2.8 | 2.8 | 1.9 | 2.8 | 2.3 | 1.7 |
| Daniel Boone | 2.8 | 2.8 | 2.8 | 2.2 | 2.5 | 2.3 | 2.2 |
| Deschutes | 2.2 | 2.9 | 3.0 | 2.1 | 2.6 | 2.3 | 2.7 |
| Dixie | 2.7 | 2.3 | 4.1 | 2.5 | 2.7 | 2.3 | 2.5 |
| Eldorado | 3.0 | 3.0 | 2.6 | 2.3 | 2.8 | 2.3 | 2.3 |
| Fishlake | 2.6 | 3.1 | 3.2 | 2.2 | 2.8 | 2.3 | 2.6 |
| Flathead | 2.9 | 2.8 | 2.6 | 2.3 | 2.5 | 2.3 | 2.7 |
| Francis Marion-Sumter | 2.2 | 2.0 | 2.0 | 2.3 | 2.2 | 2.3 | 3.7 |
| Fremont-Winema | 2.8 | 2.0 | 2.8 | 2.4 | 3.1 | 2.3 | 1.8 |
| Gallatin | 2.2 | 3.4 | 2.9 | 1.8 | 2.5 | 2.3 | 2.7 |
| George Washington-Jefferson | 3.2 | 2.7 | 2.3 | 2.0 | 2.4 | 2.3 | 2.8 |
| Gifford Pinchot | 2.5 | 2.6 | 2.7 | 2.0 | 2.8 | 2.3 | 2.5 |
| Gila | 3.4 | 2.6 | 2.7 | 2.0 | 2.8 | 2.3 | 2.8 |
| Grand Mesa-Uncompahgre-Gunnison | 2.4 | 2.2 | 2.5 | 2.3 | 2.5 | 2.3 | 2.2 |
| Green Mountain and Finger Lakes | 2.2 | 2.1 | 2.1 | 2.5 | 3.1 | 2.3 | 2.0 |
| Helena | 2.6 | 2.8 | 2.8 | 1.9 | 2.4 | 2.3 | 2.1 |
| Hiawatha | 2.0 | 3.3 | 2.7 | 1.7 | 3.1 | 2.3 | 2.8 |
| Hoosier | 3.2 | 2.4 | 2.8 | 2.2 | 2.3 | 2.3 | 2.3 |
| Humboldt-Toiyabe | 1.9 | 5.3 | 2.1 | 2.7 | 2.8 | 2.3 | 2.0 |
| Humboldt-Toiyabe—Spring Mountains | 3.3 | 2.8 | 2.5 | 2.7 | 2.8 | 2.3 | 2.5 |
| Huron-Manistee | 2.7 | 2.3 | 2.9 | 2.5 | 2.4 | 2.3 | 2.3 |
| Idaho Panhandle | 2.5 | 2.8 | 2.9 | 2.0 | 2.9 | 1.9 | 2.3 |
| Inyo | 2.0 | 2.5 | 2.8 | 1.5 | 2.8 | 2.3 | 2.7 |
| Kaibab | 2.6 | 2.4 | 2.3 | 2.5 | 2.8 | 2.3 | 2.7 |
| Kisatchie | 2.0 | 3.6 | 3.9 | 2.5 | 4.1 | 2.3 | 2.1 |
| Klamath | 2.6 | 2.2 | 2.8 | 2.5 | 3.1 | 2.3 | 2.4 |
| Kootenai | 2.3 | 2.7 | 2.9 | 2.1 | 2.1 | 2.3 | 2.5 |
| Lake Tahoe Management Unit | 1.8 | 2.6 | 3.0 | 1.9 | 2.8 | 2.3 | 2.8 |
| Land Between the Lakes | 2.6 | 2.9 | 2.9 | 2.7 | 3.4 | 2.3 | 2.8 |
| Lassen | 2.4 | 2.8 | 2.8 | 2.6 | 2.9 | 2.3 | 2.2 |
| Lewis and Clark | 2.5 | 3.4 | 3.8 | 1.7 | 2.7 | 2.3 | 2.3 |
| Lincoln | 2.9 | 2.6 | 2.8 | 1.6 | 2.8 | 2.3 | 2.9 |
| Lolo | 2.8 | 2.4 | 2.6 | 1.8 | 2.4 | 2.3 | 1.9 |
| Los Padres | 2.8 | 2.9 | 2.7 | 1.9 | 2.6 | 2.3 | 2.4 |
| Malheur | 2.6 | 3.8 | 2.8 | 2.4 | 2.9 | 2.3 | 2.2 |

38

BLM_0075382

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 22—General recreation average party size by trip segment and administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | | Local | | | Nonprimary |
|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | |
| | | | | *Number* | | | |
| Manti-La Sal | 3.2 | 3.2 | 2.8 | 2.8 | 2.6 | 2.3 | 3.2 |
| Mark Twain | 2.5 | 3.6 | 3.6 | 2.7 | 2.1 | 2.3 | 3.2 |
| Medicine Bow | 2.9 | 3.1 | 3.0 | 1.9 | 2.9 | 2.3 | 2.3 |
| Mendocino | 2.5 | 2.2 | 2.8 | 1.6 | 2.8 | 2.3 | 1.8 |
| Midewin Tallgrass Prairie | 2.6 | 2.8 | 2.8 | 1.7 | 2.8 | 2.3 | 2.7 |
| Modoc | 2.6 | 2.8 | 2.8 | 2.2 | 2.8 | 2.3 | 2.7 |
| Monongahela | 2.5 | 2.2 | 2.5 | 1.9 | 1.9 | 2.3 | 2.6 |
| Mount Baker-Snoqualmie | 2.3 | 3.1 | 3.0 | 2.5 | 2.8 | 2.3 | 2.2 |
| Mount Hood | 3.0 | 2.6 | 3.0 | 2.4 | 2.4 | 2.3 | 2.7 |
| National forests in Alabama | 2.1 | 2.8 | 2.8 | 2.4 | 2.8 | 2.3 | 2.7 |
| National forests in Florida | 2.8 | 2.2 | 2.4 | 2.4 | 2.8 | 2.3 | 2.3 |
| National forests in Mississippi | 2.0 | 2.8 | 2.8 | 2.7 | 1.7 | 2.3 | 2.2 |
| National forests in North Carolina | 2.4 | 2.1 | 2.3 | 1.9 | 2.0 | 2.3 | 2.5 |
| National forests in Texas | 2.0 | 2.5 | 2.8 | 2.1 | 2.9 | 2.3 | 2.2 |
| Nebraska | 2.6 | 2.8 | 2.8 | 2.5 | 2.8 | 2.3 | 2.7 |
| Nez Perce | 2.2 | 2.9 | 3.1 | 2.1 | 2.6 | 2.3 | 2.4 |
| Ochoco | 2.6 | 2.6 | 2.8 | 2.5 | 2.8 | 2.3 | 1.7 |
| Okanogan | 2.0 | 2.2 | 2.9 | 2.2 | 5.5 | 2.3 | 2.2 |
| Olympic | 2.0 | 2.6 | 2.8 | 2.1 | 2.6 | 2.5 | 2.7 |
| Ottawa | 3.5 | 2.6 | 3.0 | 1.9 | 2.8 | 2.3 | 2.7 |
| Ouachita | 2.2 | 2.4 | 1.5 | 2.5 | 3.2 | 2.3 | 2.7 |
| Ozark-St. Francis | 2.7 | 2.3 | 2.8 | 2.9 | 3.1 | 2.3 | 2.8 |
| Payette | 2.5 | 2.6 | 3.1 | 2.1 | 2.8 | 2.3 | 2.1 |
| Pike-San Isabel | 2.5 | 2.5 | 2.5 | 2.2 | 2.1 | 2.3 | 2.4 |
| Plumas | 3.9 | 2.3 | 2.6 | 2.3 | 2.7 | 2.3 | 2.1 |
| Prescott | 2.7 | 2.7 | 2.7 | 1.7 | 3.1 | 2.3 | 2.3 |
| Rio Grande | 2.3 | 2.3 | 3.0 | 2.2 | 2.8 | 2.3 | 2.3 |
| Rogue River-Siskiyou | 2.1 | 2.7 | 2.6 | 2.0 | 2.4 | 2.3 | 2.5 |
| Routt | 2.6 | 2.4 | 3.2 | 2.0 | 1.9 | 2.3 | 2.8 |
| Salmon-Challis | 2.1 | 2.9 | 2.7 | 2.3 | 2.4 | 2.3 | 2.7 |
| San Bernardino | 2.7 | 2.8 | 2.9 | 2.3 | 3.2 | 2.4 | 3.0 |
| San Juan | 2.1 | 2.7 | 3.0 | 2.0 | 2.5 | 2.3 | 2.7 |
| Santa Fe | 2.6 | 2.6 | 2.6 | 1.9 | 3.2 | 2.3 | 2.5 |
| Sawtooth | 2.8 | 2.8 | 2.7 | 2.0 | 2.4 | 2.3 | 2.4 |
| Sequoia | 3.1 | 2.9 | 3.9 | 2.3 | 2.8 | 2.3 | 2.4 |
| Shasta-Trinity | 2.8 | 2.7 | 2.8 | 2.2 | 2.7 | 2.3 | 2.4 |
| Shawnee | 2.9 | 2.2 | 2.3 | 2.1 | 2.0 | 2.2 | 2.6 |
| Shoshone | 2.6 | 2.8 | 2.5 | 2.1 | 2.1 | 2.3 | 2.5 |
| Sierra | 3.5 | 3.0 | 3.7 | 2.5 | 3.2 | 3.7 | 2.7 |
| Siuslaw | 2.2 | 2.7 | 2.9 | 2.0 | 2.8 | 2.3 | 2.6 |
| Six Rivers | 2.6 | 2.3 | 2.3 | 2.0 | 3.2 | 2.3 | 2.3 |
| Stanislaus | 2.9 | 2.9 | 3.0 | 2.2 | 2.3 | 2.3 | 2.9 |
| Superior | 2.6 | 3.1 | 2.4 | 2.1 | 2.8 | 2.3 | 2.3 |
| Tahoe | 2.2 | 2.8 | 2.5 | 1.9 | 3.5 | 2.3 | 2.5 |
| Tongass (total) | 2.6 | 2.8 | 2.5 | 1.9 | 2.8 | 2.8 | 2.4 |
| Tongass—Juneau, Admiralty | 2.6 | 2.8 | 2.4 | 1.7 | 2.8 | 2.3 | 2.4 |
| Tongass—Ketchikan, Misty, Thorne Bay | 2.6 | 2.8 | 2.4 | 2.3 | 2.8 | 3.5 | 2.4 |
| Tongass—Sitka, Hoonah | 2.6 | 2.8 | 2.8 | 2.1 | 2.8 | 2.3 | 2.2 |
| Tongass—Yakutat, Petersberg, Wrangell | 2.6 | 2.8 | 2.8 | 1.4 | 2.8 | 2.3 | 2.7 |
| Tonto | 3.2 | 2.8 | 2.8 | 2.8 | 2.8 | 2.3 | 2.1 |
| Uinta-Wasatch-Cache | 2.5 | 3.1 | 3.0 | 2.4 | 3.3 | 2.3 | 2.6 |
| Umatilla | 2.1 | 2.6 | 2.8 | 2.8 | 4.6 | 2.3 | 2.7 |
| Umpqua | 2.4 | 2.4 | 2.4 | 1.8 | 2.8 | 2.3 | 2.5 |
| Wallowa-Whitman | 2.2 | 2.6 | 2.8 | 2.5 | 3.3 | 2.3 | 2.5 |
| Wayne | 2.9 | 2.8 | 2.5 | 2.5 | 2.4 | 2.3 | 2.7 |
| Wenatchee | 2.1 | 2.5 | 2.1 | 2.0 | 2.6 | 2.3 | 2.2 |
| White Mountain | 2.4 | 2.5 | 2.8 | 2.3 | 2.8 | 2.2 | 2.8 |
| White River | 3.0 | 2.7 | 3.1 | 1.9 | 2.9 | 2.3 | 3.3 |
| Willamette | 2.8 | 2.6 | 3.4 | 2.4 | 2.5 | 2.3 | 2.6 |
| National average | 2.6 | 2.8 | 2.8 | 2.2 | 2.8 | 2.3 | 2.7 |

[a] When there were fewer than 15 cases in a trip segment/forest combination, we have inserted the national average party size for that trip segment. OVN = overnight, NF = national forest.

BLM_0075383

**Table 23—Average number of nights spent in the local area by segment and administrative unit[a]**

| Administrative unit | Nonlocal | | Local | | Nonprimary |
|---|---|---|---|---|---|
| | OVN-NF | OVN | OVN-NF | OVN | |
| | | | *Number of nights* | | |
| Allegheny | 2.5 | 3.9 | 1.9 | 3.7 | 2.2 |
| Angeles | 1.9 | 4.6 | 1.4 | 3.7 | 4.6 |
| Apache-Sitgreaves | 3.4 | 4.7 | 2.1 | 3.7 | 3.3 |
| Arapaho-Roosevelt | 2.2 | 3.7 | 2.3 | 2.8 | 3.5 |
| Ashley | 4.4 | 4.7 | 2.1 | 3.7 | 1.9 |
| Beaverhead-Deerlodge | 5.8 | 9.1 | 3.1 | 3.7 | 1.6 |
| Bighorn | 3.0 | 2.1 | 2.7 | 3.7 | 0.8 |
| Bitterroot | 3.1 | 4.6 | 2.6 | 3.7 | 2.5 |
| Black Hills | 4.4 | 4.2 | 2.1 | 3.7 | 3.3 |
| Boise | 2.4 | 2.2 | 1.9 | 3.7 | 3.4 |
| Bridger-Teton | 3.7 | 4.9 | 3.8 | 3.7 | 3.6 |
| Caribbean | 3.1 | 6.2 | 2.1 | 3.7 | 5.7 |
| Caribou-Targhee | 2.8 | 3.9 | 1.4 | 3.7 | 2.7 |
| Carson | 3.1 | 3.9 | 2.1 | 3.7 | 3.0 |
| Chattahoochee-Oconee | 2.8 | 3.1 | 1.6 | 3.7 | 2.5 |
| Chequamegon-Nicolet | 3.4 | 4.0 | 3.3 | 3.7 | 2.8 |
| Cherokee | 2.3 | 3.2 | 2.7 | 3.7 | 2.5 |
| Chippewa | 3.7 | 4.4 | 2.8 | 3.7 | 1.6 |
| Chugach | 2.3 | 6.4 | 2.2 | 3.7 | 5.0 |
| Cibola | 2.7 | 5.3 | 2.1 | 3.7 | 4.7 |
| Clearwater | 2.8 | 3.4 | 2.1 | 3.7 | 1.7 |
| Cleveland | 1.9 | 4.6 | 1.5 | 3.7 | 1.1 |
| Coconino | 2.4 | 3.9 | 1.5 | 3.7 | 3.4 |
| Columbia River Gorge | 2.0 | 4.9 | 1.1 | 3.7 | 2.8 |
| Colville | 2.8 | 4.6 | 3.3 | 3.7 | 3.5 |
| Coronado | 2.2 | 7.7 | 1.5 | 3.7 | 5.5 |
| Custer | 2.7 | 5.7 | 1.8 | 3.7 | 1.6 |
| Dakota Prairie | 3.1 | 4.6 | 2.1 | 3.7 | 2.6 |
| Daniel Boone | 2.5 | 2.5 | 3.5 | 3.7 | 2.6 |
| Deschutes | 3.4 | 4.7 | 2.4 | 3.7 | 4.0 |
| Dixie | 3.0 | 3.0 | 2.3 | 3.7 | 2.0 |
| Eldorado | 2.4 | 4.1 | 2.0 | 3.7 | 4.1 |
| Fishlake | 2.6 | 3.8 | 2.4 | 3.7 | 1.2 |
| Flathead | 4.3 | 7.6 | 2.1 | 3.7 | 5.5 |
| Francis Marion-Sumter | 1.7 | 1.8 | 3.2 | 3.7 | 1.5 |
| Fremont-Winema | 3.7 | 6.6 | 2.5 | 3.7 | 1.8 |
| Gallatin | 3.1 | 6.0 | 2.0 | 3.7 | 4.3 |
| George Washington-Jefferson | 4.3 | 3.3 | 1.6 | 3.7 | 1.3 |
| Gifford Pinchot | 2.2 | 3.0 | 2.1 | 3.7 | 1.1 |
| Gila | 6.2 | 3.5 | 2.1 | 3.7 | 1.6 |
| Grand Mesa-Uncompahgre-Gunnison | 2.3 | 5.2 | 1.5 | 3.7 | 5.6 |
| Green Mountain and Finger Lakes | 7.1 | 4.5 | 5.2 | 3.7 | 1.6 |
| Helena | 2.3 | 5.0 | 1.4 | 3.7 | 0.9 |
| Hiawatha | 3.6 | 4.3 | 3.9 | 3.7 | 2.4 |
| Hoosier | 2.3 | 4.6 | 2.4 | 3.7 | 0.3 |
| Humboldt-Toiyabe | 3.0 | 5.4 | 2.1 | 3.7 | 2.0 |
| Humboldt-Toiyabe—Spring Mountains | 3.1 | 3.9 | 1.4 | 3.7 | 7.4 |
| Huron Manistee | 2.4 | 5.0 | 2.3 | 3.7 | 2.1 |
| Idaho Panhandle | 3.0 | 5.5 | 2.4 | 3.0 | 3.2 |
| Inyo | 3.6 | 4.2 | 2.1 | 3.7 | 2.3 |
| Kaibab | 2.5 | 2.4 | 2.1 | 3.7 | 2.3 |
| Kisatchie | 4.6 | 2.8 | 2.4 | 3.7 | 0.6 |
| Klamath | 2.9 | 7.8 | 2.2 | 3.7 | 3.7 |
| Kootenai | 3.4 | 2.7 | 1.3 | 3.7 | 1.9 |
| Lake Tahoe Management Unit | 4.3 | 5.0 | 2.6 | 3.7 | 4.1 |
| Land Between the Lakes | 2.9 | 2.6 | 2.3 | 3.7 | 4.4 |
| Lassen | 3.9 | 4.6 | 2.8 | 3.7 | 1.4 |
| Lewis and Clark | 3.6 | 3.5 | 2.6 | 3.7 | 3.1 |
| Lincoln | 2.8 | 2.7 | 2.1 | 3.7 | 2.8 |
| Lolo | 3.4 | 4.4 | 2.2 | 3.7 | 1.3 |
| Los Padres | 2.1 | 3.6 | 1.6 | 3.7 | 2.6 |
| Malheur | 5.8 | 7.1 | 2.4 | 3.7 | 2.9 |
| Manti-La Sal | 2.8 | 4.1 | 3.0 | 3.7 | 2.5 |
| Mark Twain | 1.6 | 1.5 | 3.4 | 3.7 | 1.3 |

BLM_0075384

**Table 23—Average number of nights spent in the local area by segment and administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | Local | | Nonprimary |
|---|---|---|---|---|---|
| | OVN-NF | OVN | OVN-NF | OVN | |
| | *Number of nights* | | | | |
| Medicine Bow | 2.8 | 3.5 | 2.7 | 3.7 | 1.7 |
| Mendocino | 2.5 | 4.6 | 2.0 | 3.7 | 1.2 |
| Midewin Tallgrass Prairie | 3.1 | 4.6 | 2.1 | 3.7 | 0.6 |
| Modoc | 3.1 | 4.6 | 2.1 | 3.7 | 3.5 |
| Monongahela | 2.9 | 4.0 | 3.0 | 3.7 | 2.2 |
| Mount Baker-Snoqualmie | 2.0 | 3.4 | 2.1 | 3.7 | 2.7 |
| Mount Hood | 2.2 | 3.8 | 1.4 | 3.7 | 1.5 |
| National forests in Alabama | 3.1 | 4.6 | 2.1 | 3.7 | 3.5 |
| National forests in Florida | 3.6 | 6.6 | 2.2 | 3.7 | 2.5 |
| National forests in Mississippi | 3.1 | 4.6 | 2.9 | 3.7 | 0.9 |
| National forests in North Carolina | 3.2 | 4.2 | 1.5 | 3.7 | 4.1 |
| National forests in Texas | 3.7 | 3.3 | 2.7 | 3.7 | 1.2 |
| Nebraska | 3.1 | 2.4 | 2.1 | 3.7 | 1.9 |
| Nez Perce | 5.0 | 3.1 | 6.7 | 3.7 | 2.4 |
| Ochoco | 3.2 | 4.6 | 1.7 | 3.7 | 4.1 |
| Okanogan | 3.2 | 5.0 | 1.1 | 3.7 | 1.8 |
| Olympic | 1.8 | 3.8 | 1.7 | 1.6 | 3.6 |
| Ottawa | 3.6 | 4.0 | 2.1 | 3.7 | 3.2 |
| Ouachita | 2.9 | 2.7 | 3.5 | 3.7 | 1.0 |
| Ozark-St. Francis | 1.8 | 5.9 | 2.5 | 3.7 | 1.4 |
| Payette | 2.7 | 3.0 | 2.1 | 3.7 | 2.3 |
| Pike-San Isabel | 3.5 | 3.5 | 1.4 | 3.7 | 4.0 |
| Plumas | 3.0 | 4.0 | 2.5 | 3.7 | 3.7 |
| Prescott | 2.2 | 1.8 | 1.5 | 3.7 | 3.3 |
| Rio Grande | 4.1 | 7.4 | 2.1 | 3.7 | 9.1 |
| Rogue River-Siskiyou | 2.9 | 3.4 | 1.7 | 3.7 | 2.5 |
| Routt | 4.2 | 4.9 | 2.1 | 3.7 | 3.4 |
| Salmon-Challis | 2.7 | 3.3 | 3.1 | 3.7 | 3.2 |
| San Bernardino | 2.2 | 3.0 | 2.0 | 2.9 | 2.9 |
| San Juan | 4.0 | 8.2 | 2.0 | 3.7 | 4.6 |
| Santa Fe | 1.9 | 6.3 | 2.0 | 3.7 | 4.7 |
| Sawtooth | 3.0 | 6.3 | 1.7 | 3.7 | 4.9 |
| Sequoia | 2.4 | 3.0 | 1.5 | 3.7 | 1.6 |
| Shasta-Trinity | 3.6 | 2.9 | 2.0 | 3.7 | 1.8 |
| Shawnee | 2.2 | 3.5 | 2.6 | 5.2 | 1.6 |
| Shoshone | 3.4 | 5.7 | 3.6 | 3.7 | 2.4 |
| Sierra | 3.6 | 4.0 | 3.0 | 3.7 | 2.0 |
| Siuslaw | 3.0 | 4.6 | 2.1 | 3.7 | 2.0 |
| Six Rivers | 2.7 | 4.1 | 3.2 | 3.7 | 1.6 |
| Stanislaus | 2.8 | 3.8 | 2.2 | 3.7 | 3.0 |
| Superior | 4.2 | 3.9 | 2.1 | 3.7 | 2.9 |
| Tahoe | 3.3 | 3.9 | 2.2 | 3.7 | 3.0 |
| Tongass (total) | 3.1 | 7.1 | 2.1 | 3.4 | 3.4 |
| Tongass—Juneau, Admiralty | 3.1 | 4.2 | 2.1 | 3.7 | 2.9 |
| Tongass—Ketchikan, Misty, Thorne Bay | 3.1 | 8.3 | 2.1 | 3.0 | 2.8 |
| Tongass—Sitka, Hoonah | 3.1 | 7.3 | 2.1 | 3.7 | 5.9 |
| Tongass—Yakutat, Petersberg, Wrangell | 3.1 | 8.5 | 2.1 | 3.7 | 4.0 |
| Tonto | 3.1 | 4.6 | 2.1 | 3.7 | 1.1 |
| Uinta-Wasatch-Cache | 2.7 | 4.6 | 1.7 | 3.7 | 4.4 |
| Umatilla | 4.5 | 4.6 | 2.2 | 3.7 | 2.6 |
| Umpqua | 2.9 | 3.3 | 2.1 | 3.7 | 1.5 |
| Wallowa-Whitman | 3.4 | 1.7 | 2.4 | 3.7 | 1.5 |
| Wayne | 2.2 | 3.0 | 1.9 | 3.7 | 3.5 |
| Wenatchee | 2.1 | 2.3 | 3.4 | 3.7 | 1.1 |
| White Mountain | 2.8 | 3.3 | 2.1 | 3.7 | 2.7 |
| White River | 2.8 | 6.2 | 2.7 | 3.7 | 6.5 |
| Willamette | 2.4 | 5.1 | 2.4 | 2.8 | 1.8 |
| National average | 3.1 | 4.6 | 2.1 | 3.7 | 3.5 |

[a] Estimated using the full dataset and the case weights. If a forest has fewer than 15 cases in a segment, the value is the national average for that segment. OVN = overnight, NF = national forest.

BLM_0075385

## Appendix 3: Wildlife-Related Visit Characteristics and Spending Averages

This appendix presents two sets of spending profiles for national forest visitors. One set is for visitors whose primary activity on the forest was wildlife related; the other is for visitors whose primary activity was not wildlife related nor downhill skiing/snowboarding (i.e., general recreation). The wildlife-related activity spending profiles can be used to estimate the economic activity generated from wildlife-related recreation on national forests.

Wildlife-related respondents were identified by their answers to two questions on the National Visitor Use Monitoring survey: "What activities have you participated in while on this visit?" and "of these, which was your primary recreation activity?" Respondents who selected "viewing wildlife," "hunting," or "fishing" as their primary recreation activity were considered wildlife-related visitors.

### Spending Profiles by Trip Segment

Wildlife-related visitors spend more per trip than nonwildlife visitors on all trip types except for overnight trips off forests (table 24). Wildlife-related visitors in all trip types except local overnight spend more on gas and oil, groceries, and sporting goods than their general recreation counterparts.

To avoid double counting of visitor spending, we developed a "general recreation" spending profile to use when handling wildlife-related visits separately. The general recreation spending profile is for all visits except those for downhill skiing/snowboarding and wildlife-related activities. The spending profile for general recreation visitors (table 25) is very similar to the national nondownhill skier/nonsnowboarder spending profile (table 5), because the majority of visitors fall into this group. The general recreation spending profile excludes wildlife-related visitors, so the primary difference in this spending profile compared to the basic, nondownhill skier/nonsnowboarder profile is lower spending for gas and oil, groceries, and sporting goods. The general recreation spending averages can be used in analyses that either (1) don't involve wildlife-related or downhill skiing/snowboarding recreation or (2) develop a separate computation of total spending specifically for wildlife-related recreation and there is a need for a spending profile to represent other visitors.

BLM_0075386

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 24—Wildlife-related national forest visitor spending profiles by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[b] |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Dollars* | | | | |
| Motel | 0 | 48.45 | 197.92 | 0 | 4.85 | 24.27 | 135.32 | 36.00 |
| Camping | 0 | 29.86 | 13.48 | 0 | 29.24 | 13.87 | 11.56 | 6.99 |
| Restaurant | 9.49 | 25.73 | 95.62 | 3.08 | 8.16 | 13.86 | 86.33 | 22.52 |
| Groceries | 11.80 | 66.81 | 84.40 | 6.76 | 76.43 | 58.82 | 51.63 | 28.77 |
| Gas and oil | 40.84 | 84.83 | 88.90 | 22.28 | 69.09 | 63.24 | 69.39 | 44.13 |
| Other transportation | 0.13 | 0.70 | 1.53 | 0.03 | 0.02 | 1.17 | 6.51 | 0.86 |
| Entry fees | 2.17 | 10.20 | 10.01 | 1.89 | 3.12 | 1.86 | 8.08 | 4.17 |
| Recreation and entertainment | 1.21 | 5.98 | 30.56 | 0.87 | 1.36 | 0.49 | 16.19 | 5.53 |
| Sporting goods | 9.06 | 20.84 | 23.61 | 9.89 | 25.14 | 23.28 | 17.90 | 13.83 |
| Souvenirs and other expenses | 2.02 | 7.53 | 20.15 | 0.54 | 2.87 | 7.83 | 23.81 | 5.57 |
| Total | 76.73 | 300.93 | 566.17 | 45.34 | 220.28 | 208.70 | 426.72 | 168.37 |
| Sample size (unweighted) | 379 | 584 | 307 | 1,301 | 158 | 52 | 342 | 3,123 |
| Standard deviation of total | 76 | 390 | 686 | 58 | 208 | 203 | 623 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages estimated from visitors who claimed their primary activity was wildlife related. OVN = overnight, NF = national forest, n/a = not applicable.

[b] The all-visit averages are computed as a weighted average of the columns using the national trip segment shares for wildlife-related recreation as weights.

**Table 25—General recreation (not downhill skiing/snowboarding or wildlife-related recreation) national forest visitor spending profiles by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[d] |
|---|---|---|---|---|---|---|---|---|
| | Day[b] | OVN-NF | OVN | Day[c] | OVN-NF | OVN | | |
| | | | | *Dollars* | | | | |
| Motel | 0 | 44.00 | 204.80 | 0 | 6.58 | 58.06 | 140.07 | 54.15 |
| Camping | 0 | 27.36 | 13.71 | 0 | 28.12 | 25.17 | 12.30 | 7.42 |
| Restaurant | 15.94 | 27.84 | 119.73 | 6.09 | 7.58 | 36.81 | 93.87 | 38.52 |
| Groceries | 10.41 | 52.63 | 70.63 | 6.59 | 70.91 | 59.81 | 49.68 | 29.17 |
| Gas and oil | 27.82 | 57.53 | 81.44 | 14.30 | 43.72 | 56.82 | 62.09 | 37.24 |
| Other transportation | 0.68 | 1.48 | 5.53 | 0.18 | 0.04 | 1.20 | 3.06 | 1.49 |
| Entry fees | 4.56 | 6.48 | 13.30 | 2.83 | 4.69 | 5.88 | 7.54 | 5.49 |
| Recreation and entertainment | 3.35 | 7.65 | 33.75 | 1.03 | 2.10 | 4.35 | 22.36 | 9.61 |
| Sporting goods | 1.83 | 8.66 | 12.17 | 2.83 | 10.07 | 6.22 | 6.99 | 5.40 |
| Souvenirs and other expenses | 1.92 | 7.78 | 26.79 | 0.61 | 0.88 | 12.34 | 23.73 | 8.73 |
| Total | 66.53 | 241.41 | 581.86 | 34.46 | 174.70 | 266.66 | 421.69 | 197.22 |
| Sample size (unweighted) | 1,733 | 3,016 | 1,982 | 7,924 | 1,230 | 243 | 3,613 | 19,741 |
| Standard deviation of total | 70 | 400 | 719 | 52 | 198 | 345 | 656 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.

[b] The all-visit averages are computed as a weighted average of the columns using the national general recreation segment shares as weights.

43

BLM_0075387

## High and Low Spending Averages

Table 26 provides a high spending profile similar to table 6, but for visitors who specified their primary activity was wildlife related. In many cases, when completing analyses for wildlife-related recreation, a forest identified as a high spending area (app. 2, table 18) should use the profile in table 26. Similarly, forests identified as low spending areas (app. 2, table 18) should use the averages in table 27 for many wildlife-related analyses. The high and low spending profiles also can be used for wildlife-related visitor economic analysis aimed at specific geographical areas with higher or lower than average spending opportunities or prices.

**Table 26—High spending profiles by trip-type segment and spending category for wildlife-related visits, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[b] |
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
|---|---|---|---|---|---|---|---|---|
| | | | | *Dollars* | | | | |
| Motel | 0 | 40.76 | 381.80 | 0 | 0 | 26.74 | 266.49 | 63.36 |
| Camping | 0 | 43.47 | 16.43 | 0 | 33.51 | 15.28 | 17.02 | 9.44 |
| Restaurant | 10.62 | 55.94 | 146.19 | 3.62 | 9.85 | 15.27 | 157.25 | 37.28 |
| Groceries | 13.20 | 71.34 | 100.94 | 5.02 | 88.49 | 64.79 | 76.52 | 32.81 |
| Gas and oil | 45.67 | 88.52 | 110.33 | 22.54 | 49.25 | 69.66 | 88.43 | 48.15 |
| Other transportation | 0.15 | 0.17 | 0 | 0 | 0 | 1.29 | 5.30 | 0.54 |
| Entry fees | 2.43 | 4.71 | 10.83 | 1.05 | 0 | 2.05 | 11.14 | 3.37 |
| Recreation and entertainment | 1.36 | 8.08 | 40.05 | 0.49 | 0 | 0.54 | 26.92 | 7.34 |
| Sporting goods | 10.13 | 21.37 | 23.28 | 6.77 | 8.31 | 25.64 | 26.77 | 12.46 |
| Souvenirs and other expenses | 2.26 | 9.26 | 48.07 | 0.14 | 0 | 8.63 | 37.83 | 9.25 |
| Total | 85.81 | 343.63 | 877.94 | 39.63 | 189.41 | 229.88 | 713.67 | 223.99 |
| Sample size (unweighted) | n/a | 68 | 64 | 155 | 16 | n/a | 65 | 386 |
| Standard deviation of total | | 426 | 800 | 60 | 182 | | 725 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages estimated from visitors who claimed their primary activity was wildlife-related.

[b] The sample size for wildlife-related nonlocal day visitors sampled at high spending areas was insufficient and here we calculate average spending at high spending areas as 112 percent of wildlife-related nonlocal day spending at average spending areas. See appendix 4 for further information on this calculation.

[c] The sample size for wildlife-related local overnight visitors sampled at high spending areas was insufficient and here we calculate average spending at high spending areas as 110 percent of the wildlife-related nonlocal overnight spending at average spending areas. See appendix 4 for further information on this calculation.

[d] The all-visit averages are computed as a weighted average of the columns using the national trip segment shares for wildlife-related recreation as weights.

BLM_0075388

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 27—Low spending profiles for wildlife-related recreation by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[c] |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN[b] | | |
| | | | | *Dollars* | | | | |
| Motel | 0 | 16.10 | 102.31 | 0 | 2.82 | 21.07 | 33.39 | 10.75 |
| Camping | 0 | 18.10 | 8.77 | 0 | 21.67 | 12.04 | 8.97 | 4.13 |
| Restaurant | 6.10 | 19.52 | 76.75 | 2.46 | 3.47 | 12.03 | 58.59 | 13.37 |
| Groceries | 10.89 | 52.05 | 49.71 | 5.84 | 57.55 | 51.06 | 37.46 | 19.32 |
| Gas and oil | 39.45 | 70.65 | 73.96 | 20.42 | 52.53 | 54.89 | 58.77 | 36.77 |
| Other transportation | 0 | 0.84 | 0 | 0 | 0 | 1.02 | 0 | 0.09 |
| Entry fees | 2.69 | 20.24 | 9.43 | 2.72 | 4.88 | 1.62 | 6.41 | 5.32 |
| Recreation and entertainment | 1.43 | 5.22 | 14.26 | 1.32 | 0.66 | 0.42 | 4.38 | 2.71 |
| Sporting goods | 6.11 | 14.29 | 24.47 | 10.10 | 21.38 | 20.21 | 4.89 | 11.15 |
| Souvenirs and other expenses | 0.35 | 4.51 | 15.92 | 0.32 | 1.30 | 6.80 | 12.53 | 2.63 |
| Total | 67.03 | 221.52 | 375.57 | 43.18 | 166.27 | 181.15 | 225.38 | 106.24 |
| Sample size (unweighted) | 196 | 194 | 92 | 659 | 60 | n/a | 91 | 1,317 |
| Standard deviation of total | 60 | 281 | 381 | 48 | 169 | | 324 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages estimated from visitors who claimed their primary activity was wildlife-related.

[b] The sample size for wildlife-related local overnight visitors sampled at low spending areas was insufficient and here we calculate average spending as 87 percent of the wildlife-related nonlocal overnight spending at average areas. See appendix 4 for further information on this calculation.

[c] The all-visit averages are computed as a weighted average of the columns using the national trip segment shares for wildlife-related recreation as weights.

Tables 28 and 29 also provide high and low spending profiles for the general recreation group that excludes visitors who stated their primary activity was wildlife related or downhill skiing/snowboarding. These tables can be used for economic analysis aimed at specific areas around a national forest with higher or lower than average spending opportunities or prices when it is desirable to exclude wildlife-related and downhill skiing/snowboarding visitation from the analysis.

BLM_0075389

**Table 28—High spending profiles by trip-type segment and spending category for general recreation visits (not downhill skiing/snowboarding or wildlife-related recreation), dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[c] |
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN[b] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | *Dollars* | | | | |
| Motel | 0 | 88.78 | 285.24 | 0 | 5.64 | 63.96 | 211.56 | 80.28 |
| Camping | 0 | 37.41 | 13.87 | 0 | 31.98 | 27.72 | 15.73 | 9.05 |
| Restaurant | 24.21 | 61.61 | 179.16 | 5.41 | 6.17 | 40.54 | 138.61 | 56.80 |
| Groceries | 8.16 | 67.04 | 81.51 | 4.43 | 79.31 | 65.88 | 65.20 | 33.57 |
| Gas and oil | 29.31 | 82.80 | 97.50 | 10.08 | 39.99 | 62.59 | 80.25 | 42.47 |
| Other transportation | 0.68 | 1.67 | 8.57 | 0.17 | 0 | 1.32 | 5.26 | 2.26 |
| Entry fees | 5.63 | 9.43 | 19.79 | 1.57 | 2.31 | 6.48 | 8.56 | 6.09 |
| Recreation and entertainment | 3.05 | 18.20 | 53.70 | 1.41 | 1.33 | 4.79 | 29.33 | 14.23 |
| Sporting goods | 1.39 | 12.14 | 17.43 | 1.14 | 13.02 | 6.85 | 9.22 | 5.98 |
| Souvenirs and other expenses | 3.77 | 17.36 | 44.42 | 0.78 | 0.78 | 13.60 | 40.07 | 14.81 |
| Total | 76.19 | 396.45 | 801.20 | 24.98 | 180.52 | 293.73 | 603.79 | 265.55 |
| Sample size (unweighted) | 262 | 449 | 681 | 1473 | 141 | n/a | 985 | 4,021 |
| Standard deviation of total | 81 | 506 | 816 | 46 | 187 | | 801 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.
[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was not downhill skiing or wildlife-related recreation.
[b] The sample size for local overnight visitors sampled at high spending areas was insufficient and here we calculate average spending as 110 percent of the nonlocal overnight spending at average areas. See appendix 4 for further information on this calculation.
[c] The all-visit averages are computed as a weighted average of the columns using the national general recreation segment shares as weights.

**Table 29—Low spending profiles for general recreation visits (not downhill skiing/snowboarding or wildlife-related recreation) by trip-type segment and spending category, dollars per party per trip[a]**

| Spending categories | Nonlocal | | | Local | | | Nonprimary | All visits[b] |
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
|---|---|---|---|---|---|---|---|---|
| | | | | *Dollars* | | | | |
| Motel | 0 | 20.70 | 112.28 | 0 | 4.70 | 37.99 | 84.17 | 30.85 |
| Camping | 0 | 21.22 | 17.67 | 0 | 24.91 | 19.98 | 9.38 | 6.70 |
| Restaurant | 13.11 | 18.89 | 68.83 | 6.29 | 7.53 | 30.05 | 65.89 | 26.43 |
| Groceries | 8.98 | 43.98 | 43.28 | 7.19 | 65.64 | 50.74 | 36.10 | 22.60 |
| Gas and oil | 24.32 | 45.26 | 58.22 | 15.05 | 40.52 | 39.89 | 48.47 | 30.76 |
| Other transportation | 0.13 | 0.73 | 1.98 | 0.07 | 0.07 | 1.39 | 2.26 | 0.77 |
| Entry fees | 4.00 | 5.93 | 4.80 | 3.19 | 5.88 | 4.19 | 6.63 | 4.41 |
| Recreation and entertainment | 3.17 | 4.37 | 9.02 | 0.62 | 2.31 | 0.26 | 16.89 | 5.15 |
| Sporting goods | 1.59 | 6.67 | 5.79 | 2.59 | 9.98 | 5.54 | 5.83 | 4.12 |
| Souvenirs and other expenses | 1.06 | 3.96 | 8.49 | 0.40 | 0.87 | 12.99 | 13.34 | 4.19 |
| Total | 56.36 | 171.70 | 330.35 | 35.40 | 162.39 | 203.02 | 288.96 | 135.98 |
| Sample size (unweighted) | 770 | 1,097 | 446 | 3,650 | 594 | 87 | 986 | 7,630 |
| Standard deviation of total | 64 | 258 | 354 | 50 | 168 | 208 | 419 | n/a |

OVN = overnight, NF = national forest, n/a = not applicable.
[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars. These averages exclude visitors who claimed their primary activity was not downhill skiing/snowboarding or wildlife-related recreation.
[b] The all-visit averages are computed as a weighted average of the columns using the national general recreation segment shares as weights.

BLM_0075390

## Wildlife-Related Visitor Trip and Party Characteristics

Visitors whose primary activities were wildlife related typically recreate in smaller travel parties (table 30). For wildlife-related visitors, local overnight trips with stays on the national forest involved the largest travel parties. In general and at the national level, wildlife-related visitors staying overnight on their trip spent a slightly greater number of nights in the local area (table 31) than general recreation visitors.

**Table 30—Wildlife-related recreation average party size by trip segment and administrative unit[a]**

| Administrative unit | Nonlocal | | | Local | | | |
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | Nonprimary |
|---|---|---|---|---|---|---|---|
| Allegheny | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Angeles | 2.3 | 2.3 | 2.5 | 2.0 | 2.7 | 2.0 | 2.3 |
| Apache-Sitgreaves | 2.1 | 1.9 | 2.5 | 2.7 | 2.7 | 2.0 | 2.3 |
| Arapaho-Roosevelt | 2.1 | 2.0 | 2.3 | 2.2 | 2.7 | 2.0 | 2.2 |
| Ashley | 2.7 | 2.5 | 2.5 | 2.6 | 3.3 | 2.0 | 2.3 |
| Beaverhead-Deerlodge | 1.7 | 2.1 | 2.5 | 2.4 | 2.7 | 2.0 | 2.3 |
| Bighorn | 2.1 | 2.3 | 2.5 | 2.6 | 2.7 | 2.0 | 2.9 |
| Bitterroot | 2.1 | 2.3 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Black Hills | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Boise | 2.4 | 2.4 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Bridger-Teton | 2.1 | 2.4 | 2.5 | 2.5 | 2.7 | 2.0 | 2.3 |
| Caribbean | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.7 |
| Caribou-Targhee | 2.1 | 2.7 | 2.5 | 1.9 | 2.7 | 2.0 | 3.2 |
| Carson | 2.1 | 2.0 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Chattahoochee-Oconee | 2.1 | 2.3 | 2.5 | 2.2 | 2.7 | 2.0 | 2.3 |
| Chequamegon-Nicolet | 2.1 | 2.3 | 1.6 | 1.5 | 2.7 | 2.0 | 2.3 |
| Cherokee | 2.1 | 2.1 | 2.5 | 1.8 | 1.9 | 2.0 | 2.3 |
| Chippewa | 2.9 | 2.0 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Chugach | 2.3 | 2.9 | 3.5 | 2.2 | 2.7 | 2.0 | 2.6 |
| Cibola | 2.1 | 2.3 | 2.5 | 2.3 | 2.7 | 2.0 | 2.3 |
| Clearwater | 2.1 | 2.5 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Cleveland | 2.1 | 2.3 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Coconino | 2.1 | 2.5 | 2.5 | 2.0 | 2.7 | 2.0 | 2.3 |
| Columbia River Gorge | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Colville | 2.1 | 2.3 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Coronado | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Custer | 3.0 | 2.4 | 2.5 | 2.9 | 2.7 | 2.0 | 2.7 |
| Dakota Prairie | 2.1 | 2.3 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Daniel Boone | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Deschutes | 2.1 | 2.2 | 2.5 | 2.0 | 2.7 | 2.0 | 2.1 |
| Dixie | 2.5 | 2.3 | 2.5 | 2.2 | 2.7 | 2.0 | 2.3 |
| Eldorado | 1.9 | 2.0 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Fishlake | 2.1 | 2.9 | 2.5 | 3.0 | 2.7 | 2.0 | 2.3 |
| Flathead | 1.9 | 2.4 | 2.5 | 1.7 | 2.6 | 2.0 | 2.1 |
| Francis Marion-Sumter | 2.1 | 2.3 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Fremont-Winema | 2.1 | 2.3 | 2.5 | 2.0 | 2.7 | 2.0 | 2.0 |
| Gallatin | 2.1 | 1.9 | 2.8 | 1.7 | 2.7 | 2.0 | 2.3 |
| George Washington-Jefferson | 2.1 | 2.3 | 2.5 | 2.0 | 2.7 | 2.0 | 2.3 |
| Gifford Pinchot | 2.3 | 1.9 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Gila | 2.1 | 2.4 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Grand Mesa-Uncompahgre-Gunnison | 2.1 | 2.3 | 2.5 | 2.5 | 2.7 | 2.0 | 2.3 |

BLM_0075391

**Table 30—Wildlife-related recreation average party size by trip segment and administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | | Local | | | |
|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | Nonprimary |
| Green Mountain and Finger Lakes | 2.1 | 2.3 | 2.5 | 1.3 | 2.7 | 2.0 | 2.3 |
| Helena | 1.3 | 2.3 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Hiawatha | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Hoosier | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Humboldt-Toiyabe | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Humboldt-Toiyabe—Spring Mountains | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Huron-Manistee | 2.4 | 2.1 | 2.3 | 2.1 | 2.7 | 2.0 | 1.9 |
| Idaho Panhandle | 2.1 | 2.3 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Inyo | 2.1 | 2.3 | 2.3 | 1.9 | 2.7 | 2.0 | 2.7 |
| Kaibab | 2.1 | 2.3 | 2.5 | 2.3 | 2.7 | 2.0 | 2.3 |
| Kisatchie | 2.1 | 2.8 | 2.5 | 1.7 | 2.7 | 2.0 | 1.7 |
| Klamath | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Kootenai | 2.1 | 2.3 | 2.5 | 1.5 | 2.7 | 2.0 | 2.3 |
| Lake Tahoe Management Unit | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.9 |
| Land Between the Lakes | 2.1 | 2.3 | 1.6 | 1.8 | 2.7 | 2.0 | 2.6 |
| Lassen | 1.8 | 2.2 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Lewis and Clark | 2.7 | 2.4 | 2.5 | 2.1 | 2.7 | 2.0 | 2.1 |
| Lincoln | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Lolo | 2.1 | 2.3 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Los Padres | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Malheur | 2.1 | 2.4 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Manti-La Sal | 2.5 | 2.5 | 2.5 | 2.0 | 2.4 | 2.0 | 3.0 |
| Mark Twain | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Medicine Bow | 2.1 | 2.3 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Mendocino | 2.1 | 2.3 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Midewin Tallgrass Prairie | 2.1 | 2.3 | 2.5 | 1.4 | 2.7 | 2.0 | 2.3 |
| Modoc | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Monongahela | 2.0 | 2.0 | 1.7 | 2.1 | 2.7 | 2.0 | 2.4 |
| Mount Baker-Snoqualmie | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Mount Hood | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| National forests in Alabama | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| National forests in Florida | 2.1 | 2.3 | 2.5 | 2.5 | 2.7 | 2.0 | 2.3 |
| National forests in Mississippi | 1.6 | 2.3 | 2.5 | 1.4 | 2.7 | 2.0 | 2.3 |
| National forests in North Carolina | 2.1 | 3.1 | 2.2 | 1.6 | 2.7 | 2.0 | 2.3 |
| National forests in Texas | 1.8 | 2.3 | 2.1 | 1.7 | 2.0 | 2.0 | 2.3 |
| Nebraska | 2.1 | 2.3 | 3.8 | 1.9 | 2.7 | 2.0 | 2.3 |
| Nez Perce | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Ochoco | 2.1 | 2.3 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Okanogan | 2.1 | 2.2 | 2.5 | 1.5 | 2.7 | 2.0 | 2.3 |
| Olympic | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Ottawa | 2.1 | 2.0 | 1.9 | 2.0 | 2.7 | 2.0 | 2.3 |
| Ouachita | 2.1 | 2.3 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Ozark-St Francis | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Payette | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Pike-San Isabel | 2.1 | 1.7 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Plumas | 2.2 | 1.6 | 2.2 | 2.0 | 2.7 | 2.0 | 2.3 |
| Prescott | 2.1 | 2.3 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Rio Grande | 2.1 | 2.3 | 2.9 | 1.9 | 2.7 | 2.0 | 2.3 |
| Rogue River-Siskiyou | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.0 |

BLM_0075392

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 30—Wildlife-related recreation average party size by trip segment and administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | | Local | | | |
|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | Nonprimary |
| Routt | 2.1 | 2.9 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Salmon-Challis | 2.6 | 2.7 | 2.2 | 1.7 | 2.7 | 2.0 | 2.3 |
| San Bernardino | 2.1 | 2.3 | 2.5 | 2.4 | 2.7 | 2.0 | 2.3 |
| San Juan | 2.1 | 2.3 | 2.4 | 1.8 | 2.7 | 2.0 | 2.3 |
| Santa Fe | 1.5 | 2.3 | 2.5 | 1.6 | 2.7 | 2.0 | 2.3 |
| Sawtooth | 1.9 | 2.1 | 2.9 | 2.3 | 2.7 | 2.0 | 3.1 |
| Sequoia | 2.1 | 2.8 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Shasta-Trinity | 2.1 | 2.3 | 2.5 | 2.3 | 2.7 | 2.0 | 2.3 |
| Shawnee | 2.6 | 2.2 | 2.0 | 1.6 | 2.7 | 2.0 | 2.3 |
| Shoshone | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Sierra | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Siuslaw | 2.1 | 2.3 | 2.5 | 1.8 | 2.7 | 2.0 | 2.3 |
| Six Rivers | 2.1 | 2.3 | 2.5 | 2.4 | 2.7 | 2.0 | 2.3 |
| Stanislaus | 2.1 | 2.4 | 2.7 | 1.9 | 2.7 | 2.0 | 2.3 |
| Superior | 2.1 | 2.5 | 2.8 | 1.9 | 2.7 | 2.0 | 2.3 |
| Tahoe | 1.8 | 3.2 | 2.5 | 2.0 | 2.7 | 2.0 | 4.0 |
| Tongass (total) | 2.1 | 2.3 | 2.6 | 1.6 | 2.7 | 2.0 | 2.3 |
| Tongass—Juneau, Admiralty | 2.1 | 2.3 | 2.5 | 1.5 | 2.7 | 2.0 | 2.3 |
| Tongass—Ketchikan, Misty, Thorne Bay | 2.1 | 2.3 | 2.5 | 1.7 | 2.7 | 2.0 | 2.3 |
| Tongass—Sitka, Hoonah | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| Tongass—Yakutat, Petersberg, Wrangell | 2.1 | 2.3 | 3.2 | 1.6 | 2.7 | 2.0 | 2.3 |
| Tonto | 2.1 | 2.3 | 2.2 | 2.4 | 2.7 | 2.0 | 2.3 |
| Uinta-Wasatch-Cache | 2.3 | 2.3 | 2.5 | 1.9 | 3.6 | 2.0 | 2.3 |
| Umatilla | 2.5 | 2.1 | 2.5 | 2.6 | 2.7 | 2.0 | 2.3 |
| Umpqua | 2.4 | 1.9 | 2.5 | 2.1 | 2.7 | 2.0 | 2.3 |
| Wallowa-Whitman | 2.1 | 3.1 | 3.0 | 1.4 | 2.7 | 2.0 | 2.3 |
| Wayne | 2.1 | 2.3 | 2.5 | 2.3 | 2.7 | 2.0 | 2.3 |
| Wenatchee | 2.1 | 2.3 | 2.5 | 2.5 | 2.7 | 2.0 | 2.3 |
| White Mountain | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |
| White River | 2.1 | 2.3 | 3.1 | 2.8 | 2.7 | 2.0 | 2.9 |
| Willamette | 2.9 | 2.3 | 2.5 | 2.0 | 2.7 | 2.0 | 2.0 |
| National average | 2.1 | 2.3 | 2.5 | 1.9 | 2.7 | 2.0 | 2.3 |

OVN = overnight, NF = national forest.

[a] When there were fewer than 15 cases in a trip segment/forest combination, we have inserted the national average party size for that trip segment.

**Table 31—Average number of nights away from home[a] and in local forest areas for wildlife-related visitors[b]**

| | Nonlocal | | Local | | |
|---|---|---|---|---|---|
| | OVN-NF | OVN | OVN-NF | OVN | Nonprimary |
| All visits: | | | | | |
| Nights away from home | 4.5 | 6.7 | 2.7 | 5.1 | 7.0 |
| Nights in the local area | 4.0 | 5.1 | 2.7 | 4.7 | 2.9 |

OVN = overnight, NF = national forest.

[a] "Nights away from home" includes both "nights in the local area" and nights outside the local area.

[b] Estimated from the full sample using case weights.

49

BLM_0075393

## Wildlife-Related Visits

The percentage of visits where the primary activities were wildlife related differs widely across forests (table 32). On the Malheur National Forest, more than 75 percent of recreation visits are wildlife related; it is 65 percent of visits to the Midewin Tallgrass Prairie. About half of recreation visits to the national forests in Texas and national forests in Mississippi are for wildlife-related recreation. In contrast, the shares of visits that are wildlife related are less than 5 percent on many forests. The percentage of visits on each forest that are for general recreation and downhill skiing/snowboarding are also shown in table 32.

**Table 32—Percentage of wildlife-related visits by administrative unit**[a]

| Administrative unit | Downhill skiing/snowboarding | Wildlife related | General recreation |
|---|---|---|---|
| | *Percent* | | |
| Allegheny | 0 | 29 | 71 |
| Angeles | 9 | 7 | 84 |
| Apache-Sitgreaves | 0 | 25 | 75 |
| Arapaho-Roosevelt | 22 | 13 | 65 |
| Ashley | 0 | 41 | 59 |
| Beaverhead-Deerlodge | 9 | 49 | 42 |
| Bighorn | 2 | 19 | 79 |
| Bitterroot | 12 | 12 | 76 |
| Black Hills | 0 | 19 | 81 |
| Boise | 35 | 10 | 55 |
| Bridger-Teton | 32 | 10 | 58 |
| Caribbean | 0 | 12 | 88 |
| Caribou-Targhee | 12 | 17 | 71 |
| Carson | 27 | 9 | 64 |
| Chattahoochee-Oconee | 0 | 18 | 82 |
| Chequamegon-Nicolet | 0 | 31 | 69 |
| Cherokee | 0 | 9 | 91 |
| Chippewa | 0 | 54 | 46 |
| Chugach | 1 | 38 | 61 |
| Cibola | 3 | 10 | 87 |
| Clearwater | 2 | 13 | 85 |
| Cleveland | 0 | 7 | 93 |
| Coconino | 5 | 6 | 89 |
| Columbia River Gorge | 0 | 1 | 99 |
| Colville | 36 | 9 | 55 |
| Coronado | 0 | 8 | 92 |
| Custer | 21 | 28 | 51 |
| Dakota Prairie | 0 | 24 | 76 |
| Daniel Boone | 0 | 25 | 75 |
| Deschutes | 25 | 11 | 64 |
| Dixie | 13 | 16 | 71 |
| Eldorado | 42 | 7 | 51 |

BLM_0075394

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 32—Percentage of wildlife-related visits by administrative unit[a] (continued)**

| Administrative unit | Downhill skiing/snowboarding | Wildlife related | General recreation |
|---|---|---|---|
| | *Percent* | | |
| Fishlake | 0 | 33 | 67 |
| Flathead | 29 | 22 | 49 |
| Francis Marion-Sumter | 0 | 36 | 64 |
| Fremont-Winema | 0 | 24 | 76 |
| Gallatin | 9 | 9 | 82 |
| George Washington-Jefferson | 0 | 28 | 72 |
| Gifford Pinchot | 1 | 17 | 82 |
| Gila | 0 | 31 | 69 |
| Grand Mesa-Uncompahgre-Gunnison | 38 | 5 | 57 |
| Green Mountain and Finger Lakes | 24 | 10 | 66 |
| Helena | 1 | 26 | 73 |
| Hiawatha | 0 | 17 | 83 |
| Hoosier | 0 | 13 | 87 |
| Humboldt-Toiyabe | 1 | 2 | 97 |
| Humboldt-Toiyabe—Spring Mountains | 3 | 2 | 95 |
| Huron-Manistee | 0 | 20 | 80 |
| Idaho Panhandle | 7 | 17 | 76 |
| Inyo | 38 | 8 | 54 |
| Kaibab | 1 | 14 | 85 |
| Kisatchie | 0 | 46 | 54 |
| Klamath | 2 | 21 | 77 |
| Kootenai | 1 | 26 | 73 |
| Lake Tahoe Managment Unit | 56 | 2 | 42 |
| Land Between the Lakes | 0 | 41 | 59 |
| Lassen | 3 | 29 | 68 |
| Lewis and Clark | 14 | 36 | 50 |
| Lincoln | 11 | 6 | 83 |
| Lolo | 6 | 21 | 73 |
| Los Padres | 0 | 2 | 98 |
| Malheur | 0 | 76 | 24 |
| Manti-La Sal | 0 | 23 | 77 |
| Mark Twain | 0 | 26 | 74 |
| Medicine Bow | 10 | 11 | 79 |
| Mendocino | 0 | 10 | 90 |
| Midewin Tallgrass Prairie | 0 | 65 | 35 |
| Modoc | 0 | 22 | 78 |
| Monongahela | 0 | 29 | 71 |
| Mount Baker-Snoqualmie | 22 | 4 | 74 |
| Mount Hood | 66 | 1 | 33 |
| National forests in Alabama | 0 | 10 | 90 |
| National forests in Florida | 0 | 28 | 72 |
| National forests in Mississippi | 0 | 49 | 51 |
| National forests in North Carolina | 0 | 10 | 90 |
| National forests in Texas | 0 | 52 | 48 |
| Nebraska | 0 | 30 | 70 |
| Nez Perce | 0 | 15 | 85 |

51

BLM_0075395

**Table 32—Percentage of wildlife-related visits by administrative unit[a] (continued)**

| Administrative unit | Downhill skiing/snowboarding | Wildlife related | General recreation |
|---|---|---|---|
| | | *Percent* | |
| Ochoco | 0 | 19 | 81 |
| Okanogan | 5 | 18 | 77 |
| Olympic | 0 | 16 | 84 |
| Ottawa | 0 | 22 | 78 |
| Ouachita | 0 | 19 | 81 |
| Ozark-St. Francis | 1 | 20 | 79 |
| Payette | 28 | 12 | 60 |
| Pike-San Isabel | 4 | 13 | 83 |
| Plumas | 0 | 28 | 72 |
| Prescott | 0 | 10 | 90 |
| Rio Grande | 27 | 21 | 52 |
| Rogue River-Siskiyou | 9 | 19 | 72 |
| Routt | 48 | 8 | 44 |
| Salmon-Challis | 2 | 30 | 68 |
| San Bernardino | 26 | 3 | 71 |
| San Juan | 12 | 8 | 80 |
| Santa Fe | 17 | 5 | 78 |
| Sawtooth | 34 | 7 | 59 |
| Sequoia | 1 | 42 | 57 |
| Shasta-Trinity | 1 | 19 | 80 |
| Shawnee | 0 | 15 | 85 |
| Shoshone | 2 | 18 | 80 |
| Sierra | 9 | 7 | 84 |
| Siuslaw | 0 | 8 | 92 |
| Six Rivers | 0 | 10 | 90 |
| Stanislaus | 8 | 15 | 77 |
| Superior | 0 | 14 | 86 |
| Tahoe | 18 | 10 | 72 |
| Tongass (total) | 0 | 16 | 84 |
| Tongass—Juneau, Admiralty | 0 | 11 | 89 |
| Tongass—Ketchikan, Misty, Thorne Bay | 0 | 15 | 85 |
| Tongass—Sitka, Hoonah | 0 | 12 | 88 |
| Tongass—Yakutat, Petersberg, Wrangell | 0 | 29 | 71 |
| Tonto | 0 | 23 | 77 |
| Uinta-Wasatch-Cache | 19 | 9 | 72 |
| Umatilla | 10 | 31 | 59 |
| Umpqua | 0 | 24 | 76 |
| Wallowa-Whitman | 7 | 19 | 74 |
| Wayne | 0 | 25 | 75 |
| Wenatchee | 17 | 9 | 74 |
| White Mountain | 14 | 3 | 83 |
| White River | 48 | 1 | 51 |
| Willamette | 6 | 17 | 77 |
| National average | 16 | 13 | 71 |

[a] Wildlife-related visits are those where the primary activity is hunting, fishing, or viewing wildlife.

BLM_0075396

At the national level, wildlife-related visits are more likely to be from local residents, have a greater share of visits in the local overnight national forest and local overnight segments, and less likely to be nonprimary visits. However, this pattern is highly variable at the forest level (table 33). In nearly all cases, local day trips remain the most common type of wildlife-related visit. However, the share of visits that is local day trips ranges from a vast majority (e.g., more than 75 percent) to a few forests where local day trips are a fairly small component of visits. These segment shares can be used when distributing wildlife-related visits across the Basic 7 trip types.

**Table 33—Wildlife-related recreation segment shares by administrative unit[a]**

| Administrative unit | Nonlocal | | | Local | | | Nonprimary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Percent* | | | | |
| Allegheny | 2 | 4 | 18 | 72 | 0 | 3 | 1 | 100 |
| Angeles | 22 | 0 | 1 | 69 | 4 | 1 | 3 | 100 |
| Apache-Sitgreaves | 9 | 32 | 19 | 22 | 0 | 0 | 18 | 100 |
| Arapaho-Roosevelt | 16 | 10 | 7 | 40 | 11 | 3 | 13 | 100 |
| Ashley | 8 | 27 | 8 | 41 | 9 | 2 | 5 | 100 |
| Beaverhead-Deerlodge | 19 | 6 | 7 | 56 | 1 | 0 | 11 | 100 |
| Bighorn | 9 | 17 | 1 | 36 | 7 | 0 | 30 | 100 |
| Bitterroot | 1 | 1 | 2 | 80 | 0 | 1 | 15 | 100 |
| Black Hills | 0 | 2 | 5 | 69 | 10 | 0 | 14 | 100 |
| Boise | 38 | 24 | 6 | 16 | 10 | 5 | 1 | 100 |
| Bridger-Teton | 12 | 17 | 4 | 57 | 2 | 0 | 8 | 100 |
| Caribbean | 0 | 0 | 45 | 6 | 0 | 0 | 49 | 100 |
| Caribou-Targhee | 15 | 6 | 13 | 47 | 7 | 4 | 8 | 100 |
| Carson | 13 | 31 | 9 | 12 | 14 | 0 | 21 | 100 |
| Chattahoochee-Oconee | 20 | 7 | 1 | 49 | 4 | 4 | 15 | 100 |
| Chequamegon-Nicolet | 5 | 4 | 30 | 49 | 0 | 2 | 10 | 100 |
| Cherokee | 8 | 3 | 2 | 83 | 3 | 0 | 1 | 100 |
| Chippewa | 10 | 20 | 20 | 43 | 3 | 1 | 3 | 100 |
| Chugach | 13 | 3 | 31 | 18 | 1 | 0 | 34 | 100 |
| Cibola | 17 | 15 | 10 | 43 | 0 | 0 | 15 | 100 |
| Clearwater | 14 | 25 | 1 | 18 | 4 | 2 | 36 | 100 |
| Cleveland | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Coconino | 12 | 31 | 6 | 23 | 6 | 0 | 22 | 100 |
| Columbia River Gorge | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Colville | 6 | 15 | 15 | 45 | 11 | 7 | 1 | 100 |
| Coronado | 14 | 12 | 5 | 50 | 2 | 6 | 11 | 100 |
| Custer | 26 | 33 | 5 | 22 | 1 | 1 | 12 | 100 |
| Dakota Prairie | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Daniel Boone | 7 | 4 | 5 | 76 | 5 | 0 | 3 | 100 |
| Deschutes | 6 | 20 | 5 | 45 | 9 | 0 | 15 | 100 |
| Dixie | 27 | 11 | 5 | 41 | 14 | 0 | 2 | 100 |
| Eldorado | 25 | 34 | 2 | 26 | 4 | 0 | 9 | 100 |
| Fishlake | 6 | 31 | 13 | 29 | 11 | 0 | 10 | 100 |

BLM_0075397

**Table 33—Wildlife-related recreation segment shares by administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | | Local | | | Nonprimary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | *Percent* | | | | | |
| Francis Marion-Sumter | 21 | 1 | 1 | 74 | 0 | 0 | 3 | 100 |
| Fremont-Winema | 5 | 13 | 0 | 68 | 10 | 0 | 4 | 100 |
| Gallatin | 6 | 8 | 12 | 71 | 2 | 0 | 1 | 100 |
| George Washington-Jefferson | 5 | 3 | 0 | 83 | 3 | 5 | 1 | 100 |
| Gifford Pinchot | 19 | 23 | 8 | 38 | 6 | 0 | 6 | 100 |
| Gila | 3 | 51 | 6 | 33 | 6 | 0 | 1 | 100 |
| Grand Mesa-Uncompahgre-Gunnison | 1 | 5 | 9 | 67 | 6 | 0 | 12 | 100 |
| Green Mountain and Finger Lakes | 11 | 0 | 1 | 57 | 0 | 10 | 21 | 100 |
| Helena | 8 | 13 | 7 | 58 | 0 | 0 | 14 | 100 |
| Hiawatha | 0 | 11 | 36 | 26 | 8 | 0 | 19 | 100 |
| Hoosier | 3 | 4 | 1 | 83 | 3 | 0 | 6 | 100 |
| Humboldt-Toiyabe | 37 | 11 | 3 | 12 | 21 | 0 | 16 | 100 |
| Humboldt-Toiyabe—Spring Mountains | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Huron Manistee | 22 | 3 | 10 | 50 | 0 | 1 | 14 | 100 |
| Idaho Panhandle | 12 | 5 | 4 | 70 | 4 | 2 | 3 | 100 |
| Inyo | 2 | 51 | 29 | 3 | 1 | 2 | 12 | 100 |
| Kaibab | 18 | 17 | 5 | 36 | 2 | 0 | 22 | 100 |
| Kisatchie | 2 | 7 | 2 | 67 | 5 | 8 | 9 | 100 |
| Klamath | 9 | 17 | 7 | 44 | 6 | 5 | 12 | 100 |
| Kootenai | 16 | 10 | 6 | 62 | 3 | 0 | 3 | 100 |
| Lake Tahoe Management Unit | 0 | 9 | 21 | 32 | 0 | 3 | 35 | 100 |
| Land Between the Lakes | 9 | 6 | 13 | 54 | 1 | 0 | 17 | 100 |
| Lassen | 16 | 41 | 1 | 26 | 5 | 2 | 9 | 100 |
| Lewis and Clark | 12 | 37 | 14 | 22 | 0 | 3 | 12 | 100 |
| Lincoln | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Lolo | 12 | 2 | 5 | 75 | 0 | 0 | 6 | 100 |
| Los Padres | 20 | 13 | 0 | 40 | 5 | 0 | 22 | 100 |
| Malheur | 0 | 58 | 3 | 35 | 2 | 0 | 2 | 100 |
| Manti-La Sal | 11 | 17 | 7 | 34 | 13 | 2 | 16 | 100 |
| Mark Twain | 8 | 0 | 0 | 82 | 0 | 0 | 10 | 100 |
| Medicine Bow | 18 | 7 | 7 | 60 | 1 | 0 | 7 | 100 |
| Mendocino | 6 | 21 | 0 | 45 | 12 | 0 | 16 | 100 |
| Midewin Tallgrass Prairie | 8 | 0 | 0 | 89 | 0 | 0 | 3 | 100 |
| Modoc | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Monongahela | 13 | 12 | 14 | 47 | 4 | 1 | 9 | 100 |
| Mount Baker-Snoqualmie | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Mount Hood | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| National forests in Alabama | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| National forests in Florida | 1 | 6 | 12 | 65 | 4 | 11 | 1 | 100 |
| National forests in Mississippi | 11 | 0 | 0 | 89 | 0 | 0 | 0 | 100 |
| National forests in North Carolina | 5 | 2 | 10 | 73 | 4 | 1 | 5 | 100 |
| National forests in Texas | 10 | 5 | 3 | 74 | 2 | 2 | 4 | 100 |
| Nebraska | 6 | 11 | 3 | 55 | 0 | 1 | 24 | 100 |
| Nez Perce | 4 | 34 | 11 | 27 | 10 | 0 | 14 | 100 |
| Ochoco | 1 | 4 | 1 | 81 | 4 | 0 | 9 | 100 |
| Okanogan | 1 | 23 | 38 | 28 | 2 | 0 | 8 | 100 |
| Olympic | 6 | 0 | 9 | 81 | 1 | 1 | 2 | 100 |

BLM_0075398

**Table 33—Wildlife-related recreation segment shares by administrative unit[a] (continued)**

| Administrative unit | Nonlocal | | | Local | | | Nonprimary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | OVN-NF | OVN | Day | OVN-NF | OVN | | |
| | | | | *Percent* | | | | |
| Ouachita | 14 | 0 | 1 | 55 | 25 | 2 | 3 | 100 |
| Ozark-St. Francis | 6 | 1 | 0 | 60 | 27 | 0 | 6 | 100 |
| Payette | 22 | 22 | 15 | 24 | 7 | 5 | 5 | 100 |
| Pike-San Isabel | 3 | 13 | 15 | 61 | 0 | 1 | 7 | 100 |
| Plumas | 12 | 10 | 12 | 54 | 4 | 2 | 6 | 100 |
| Prescott | 9 | 2 | 6 | 68 | 1 | 0 | 14 | 100 |
| Rio Grande | 26 | 18 | 25 | 4 | 7 | 1 | 19 | 100 |
| Rogue River-Siskiyou | 11 | 3 | 9 | 56 | 1 | 2 | 18 | 100 |
| Routt | 17 | 21 | 15 | 25 | 5 | 0 | 17 | 100 |
| Salmon-Challis | 25 | 12 | 4 | 39 | 0 | 4 | 16 | 100 |
| San Bernardino | 6 | 7 | 7 | 52 | 13 | 0 | 15 | 100 |
| San Juan | 4 | 12 | 25 | 37 | 10 | 0 | 12 | 100 |
| Santa Fe | 19 | 7 | 1 | 53 | 13 | 0 | 7 | 100 |
| Sawtooth | 24 | 13 | 12 | 28 | 6 | 6 | 11 | 100 |
| Sequoia | 8 | 12 | 5 | 55 | 7 | 2 | 11 | 100 |
| Shasta Trinity | 12 | 11 | 2 | 65 | 2 | 0 | 8 | 100 |
| Shawnee | 3 | 11 | 11 | 70 | 0 | 0 | 5 | 100 |
| Shoshone | 32 | 6 | 18 | 30 | 10 | 0 | 4 | 100 |
| Sierra | 27 | 12 | 2 | 44 | 1 | 0 | 14 | 100 |
| Siuslaw | 9 | 9 | 5 | 61 | 3 | 0 | 13 | 100 |
| Six Rivers | 11 | 1 | 23 | 57 | 0 | 0 | 8 | 100 |
| Stanislaus | 15 | 31 | 19 | 31 | 1 | 0 | 3 | 100 |
| Superior | 6 | 31 | 29 | 28 | 1 | 0 | 5 | 100 |
| Tahoe | 6 | 14 | 2 | 65 | 6 | 0 | 7 | 100 |
| Tongass (total) | 2 | 2 | 13 | 63 | 2 | 1 | 17 | 100 |
| Tongass—Juneau, Admiralty | 1 | 1 | 4 | 72 | 1 | 0 | 21 | 100 |
| Tongass—Ketchikan, Misty, Thorne Bay | 1 | 1 | 16 | 64 | 0 | 3 | 15 | 100 |
| Tongass—Sitka, Hoonah | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |
| Tongass—Yakutat, Petersburg, Wrangell | 2 | 1 | 25 | 46 | 4 | 0 | 22 | 100 |
| Tonto | 19 | 4 | 0 | 63 | 2 | 2 | 10 | 100 |
| Uinta-Wasatch-Cache | 11 | 13 | 9 | 55 | 3 | 3 | 6 | 100 |
| Umatilla | 11 | 46 | 9 | 20 | 4 | 1 | 9 | 100 |
| Umpqua | 25 | 38 | 5 | 21 | 2 | 0 | 9 | 100 |
| Wallowa-Whitman | 14 | 25 | 10 | 39 | 2 | 0 | 10 | 100 |
| Wayne | 0 | 5 | 0 | 87 | 1 | 7 | 0 | 100 |
| Wenatchee | 7 | 3 | 19 | 38 | 20 | 1 | 12 | 100 |
| White Mountain | 7 | 14 | 15 | 31 | 0 | 1 | 32 | 100 |
| White River | 12 | 18 | 31 | 12 | 16 | 0 | 11 | 100 |
| Willamette | 10 | 8 | 10 | 63 | 0 | 1 | 8 | 100 |
| National average | 11 | 11 | 9 | 54 | 4 | 2 | 9 | 100 |

[a] Estimated using the full sample and case weights. Estimates developed using only those cases where the recreation was wildlife related.
OVN = overnight, NF = national forest.

BLM_0075399

## Appendix 4: Activity-Specific Spending Averages

The information in this appendix updates a previous report (White and Stynes 2010b) on the average spending of National Forest System (NFS) recreation visitors engaged in a variety of recreation activities. The spending averages presented here complement the spending averages for visitors engaged in differing types of recreation trips reported elsewhere in this report. The spending averages presented in this appendix should be applied **only** to analyses focused on specific recreation activities; the spending averages reported elsewhere in this report should be used for most recreation analyses. The spending averages in this appendix should **not** be used in place of the others in this report to do an analysis of all recreation at the national, regional, or forest level.

### Activity Groupings

When completing a National Visitor Use Monitoring (NVUM) survey, respondents are presented a list of 26 recreation activities and asked to select those they participated in during the national forest visit. Respondents are also asked to identify their single primary recreation activity on the visit to the national forest. The activity-specific spending averages[1] presented here relate to the primary activity. Small sample sizes do not allow us to construct spending averages for each NVUM activity. If an activity is not depicted here, it is not because that activity is less important. Rather, it is because either too few visitors doing that activity volunteered to do a NVUM survey, or the spending patterns of visitors engaged in that recreation activity are not statistically unique from that of visitors in other activities (e.g., hiking vs. biking). Because of those factors, we develop spending profiles for 12 activity groups (table 34). Because the spending profiles for downhill skiers/snowboarders are presented elsewhere in this report, we do not repeat spending averages for that group in this appendix.

### Small Sample Size Conditions

Despite a sample of nearly 30,000 national forest visits, sample sizes become very small once visitors are split into activities, trip-type segments, and high and low spending levels. Although sample sizes for some popular activities were quite large (e.g., hiking), the sample sizes for other specialized activities (e.g., off-road/motorized trail) are not. In a number of instances, there were fewer than 50 observations for some combinations of activity, trip type, and spending level. For those instances

---

[1] The NVUM averages for people per vehicle are used to estimate party sizes. It is assumed that the group traveling in the same vehicle is the spending unit.

BLM_0075400

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 34—Recreation activity groupings for activity-specific spending averages**

| Activity | Description |
|---|---|
| Downhill skiing/snowboarding[a] | Downhill skiing or snowboarding |
| Cross-country skiing | Cross-country skiing or snowshoeing |
| Snowmobiling | Snowmobile travel |
| Hunting | Hunting—all types |
| Fishing | Fishing—all types |
| Nature related | Viewing nature, viewing wildlife, visiting a nature center, or completing nature study |
| Off-road/motorized trail | Motorized recreation in off-road vehicle areas or on motorized vehicle trails |
| Driving for pleasure | Driving for pleasure on roads |
| Developed camping | Camping in developed campsites |
| Primitive camping/backpacking | Primitive camping, backpacking, or camping in dispersed areas |
| Hiking/biking | Hiking or walking, bicycling (including mountain biking) |
| Other | Any remaining activity, those visitors engaged in multiple primary activities, or those without a primary activity |

[a] We do not present the downhill skiing/snowboarding spending averages in this appendix because they are presented elsewhere in this report.

with small sample sizes where we could not estimate spending directly from the data, we construct spending averages based on the following rules.

**Rule 1**—For one activity (snowmobiling) the NVUM economic sample did not include 50 nonlocal day trips. Therefore, the nonlocal day trip spending profile for snowmobiling was based on the local day trip spending profile for that activity ($99). The nonlocal day trip spending average for all activities ($76) is two times the local day trip average for all activities ($38). That relationship is used to estimate the nonlocal day trip spending average for snowmobiling. Ultimately, average spending of nonlocal day trip snowmobile visitors was estimated as $99 × 2.0 = $198.

**Rule 2**—For many activities there were too few cases to independently estimate a low or high spending average directly from the NVUM sample. In those situations, the low and/or high spending averages were estimated using the ratios of low to average and high to average spending across all activities for the respective trip type. It was assumed that the deviations from the activity average for low and high spending areas could be represented by the same deviations for the all visitor averages. For example, the low spending average for nonlocal cross country skiers on overnight trips is $365 = 0.625 × $584 and the high average is $963 = 1.649 × $584. This same procedure is used to fill low and high spending cells for other segments and activities, using the ratios at the bottom of the corresponding columns in table 35. This approach preserves the unique distribution of spending across categories for a given activity in the detailed tables that follow, as it adjusts spending in all categories proportionally up or down by a fixed percentage.

57

**Rule 4**[2]—Five activities (cross-country skiing, snowmobiling, nature-related recreation, off-road/motorized trail, and driving for pleasure) did not have enough local overnight trip observations to reliably estimate spending averages for that trip type. For those activities, the local overnight trip average was estimated at 46 percent of the nonlocal overnight trip average based on the overall ratio of spending averages of local and nonlocal overnight trips across all activities.

## Spending Profiles

For all activities combined, visitor spending ranges from $29 per party per trip for local day trips in high spending areas to $704 per party per trip for nonlocal overnight trips in high spending areas (table 35, total row). Within activities and trip types, the greatest observed spending (i.e., not filled using rules 1 through 4) was for nonlocal nature-related visitors on overnight trips in high spending areas ($879).

_____

[2] We have used the same set of analytical rules for this activity-spending analysis as in prior reports. "Rule 3" was not required in this analysis; however, we have maintained the numbering scheme for consistency with past, and potential future, analyses.

**Table 35—Total visitor spending for high, average, and low spending areas by activity, dollars per party per trip in 2014 dollars**[a]

| Activity | Nonlocal day trips | | | Nonlocal overnight trips[b] | | | Local day trips | | | Local overnight trips[b] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High | Low | Average | High | Low | Average | High |
| | | | | | | *Dollars* | | | | | | |
| Cross-country skiing | 58 | 70 | 79 | 365 | 584 | 963 | 34 | 36 | 21 | 233 | 268 | 295 |
| Snowmobiling | 164 | 198 | 222 | 526 | 842 | 1,388 | 99 | 99 | 76 | 335 | 386 | 426 |
| Hunting | 85 | 103 | 115 | 326 | 371 | 611 | 48 | 53 | 41 | 202 | 233 | 257 |
| Fishing | 66 | 72 | 81 | 225 | 368 | 481 | 43 | 44 | 40 | 146 | 203 | 224 |
| Nature-related | 50 | 57 | 64 | 313 | 640 | 879 | 36 | 35 | 27 | 255 | 294 | 323 |
| Off-road/ motorized trail | 74 | 89 | 100 | 208 | 333 | 548 | 63 | 56 | 43 | 133 | 153 | 168 |
| Driving | 39 | 46 | 52 | 305 | 488 | 716 | 31 | 32 | 27 | 195 | 224 | 247 |
| Developed camping | N/A | N/A | N/A | 185 | 212 | 297 | N/A | N/A | N/A | 174 | 190 | 200 |
| Primitive camping/ backpacking | N/A | N/A | N/A | 82 | 142 | 315 | N/A | N/A | N/A | 114 | 112 | 124 |
| Hiking/biking | 47 | 57 | 70 | 256 | 489 | 718 | 26 | 24 | 20 | 173 | 183 | 201 |
| Other | 63 | 74 | 93 | 250 | 355 | 552 | 44 | 44 | 31 | 183 | 213 | 235 |
| Total | 63 | 76 | 85 | 267 | 427 | 704 | 38 | 38 | 29 | 171 | 197 | 217 |
| Ratio to average | 0.829 | | 1.118 | 0.625 | | 1.649 | 1.000 | | 0.763 | 0.868 | | 1.102 |

N/A = not applicable.

[a] Shaded cells were filled using rules 1, 2, or 4 as described in the text. Other figures are estimated directly from the National Visitor Use Monitoring sample.

[b] Includes visitors on overnight trips staying on or off the forest.

BLM_0075402

The lowest observed spending was for locals hiking or biking on day trips to high spending areas ($20). Average spending for visitors on overnight trips engaged in some activities in high spending areas is quite high. However, it is useful to keep in mind that, in many cases, the number of visits in that activity and trip type is quite small. For example, average trip spending for nonlocal visitors "driving for pleasure" and staying overnight away from home in high spending areas is estimated to be more than $716 per party per trip. But, nationally, just 5 percent of visits have the primary activity of driving for pleasure, and less than one-fourth of driving-for-pleasure visits fall into the nonlocal overnight trip segment (see table 46). Further, about 15 percent of administrative units in the NFS are classified as high spending areas.

Detailed spending averages for each of the activity groups included in this analysis are presented in tables 36a through 45b. In most cases, the spending averages were computed directly from NVUM survey data. We identify the rule we used (see above) to construct the spending average when sample sizes were less than 50 cases. National-level segment shares and party sizes necessary to do activity-specific analyses are reported in tables 46 and 47.

BLM_0075403

**Table 36a—Nonlocal visitor spending averages for cross-country skiers, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | *Dollars* | | | | | |
| Motel | 0 | 0 | 0 | 141.74 | 226.68 | 373.73 |
| Camping | 0 | 0 | 0 | 0.72 | 1.15 | 1.90 |
| Restaurant | 13.81 | 16.66 | 18.63 | 66.24 | 105.93 | 174.65 |
| Groceries | 4.61 | 5.56 | 6.22 | 34.45 | 55.09 | 90.83 |
| Gas and oil | 16.77 | 20.23 | 22.63 | 36.08 | 57.70 | 95.13 |
| Other transportation | 0 | 0 | 0 | 0 | 0 | 0 |
| Entry fees | 8.80 | 10.62 | 11.88 | 37.29 | 59.63 | 98.31 |
| Recreation and entertainment | 11.13 | 13.43 | 15.02 | 21.37 | 34.18 | 56.35 |
| Sporting goods | 2.43 | 2.93 | 3.28 | 22.20 | 35.50 | 58.53 |
| Souvenirs and other expenses | 0.77 | 0.93 | 1.04 | 5.19 | 8.30 | 13.68 |
| Total | 58.32 | 70.35 | 78.69 | 365.27 | 584.16 | 963.11 |
| Sample size (unweighted)[c] | Rule 2 | 60 | Rule 2 | Rule 2 | 104 | Rule 2 |
| Standard deviation of total | | 89 | | | 654 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 36b—Local visitor spending averages for cross-country skiers, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | *Dollars* | | | | | |
| Motel | 0 | 0 | 0 | 90.31 | 104.05 | 114.61 |
| Camping | 0 | 0 | 0 | 0.46 | 0.53 | 0.58 |
| Restaurant | 6.51 | 4.17 | 3.82 | 42.20 | 48.62 | 53.56 |
| Groceries | 2.68 | 1.68 | 3.44 | 21.95 | 25.29 | 27.85 |
| Gas and oil | 14.30 | 7.62 | 5.78 | 22.99 | 26.48 | 29.17 |
| Other transportation | 0 | 0 | 0 | 0 | 0 | 0 |
| Entry fees | 6.59 | 14.95 | 3.44 | 23.76 | 27.37 | 30.15 |
| Recreation and entertainment | 1.86 | 1.64 | 2.13 | 13.62 | 15.69 | 17.28 |
| Sporting goods | 2.23 | 5.80 | 1.92 | 14.14 | 16.29 | 17.95 |
| Souvenirs and other expenses | 0 | 0.31 | 0 | 3.31 | 3.81 | 4.20 |
| Total | 34.17 | 36.17 | 20.52 | 232.74 | 268.13 | 295.35 |
| Sample size (unweighted)[c] | 127 | 174 | 66 | Rule 2 | Rule 4 | Rule 2 |
| Standard deviation of total | 47 | 79 | 31 | | | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075404

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 37a—Nonlocal visitor spending averages for snowmobiling, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 162.03 | 259.12 | 427.21 |
| Camping | 0 | 0 | 0 | 0.36 | 0.57 | 0.94 |
| Restaurant | 28.52 | 34.41 | 38.48 | 104.62 | 167.31 | 275.85 |
| Groceries | 12.49 | 15.07 | 16.86 | 34.27 | 54.81 | 90.37 |
| Gas and oil | 101.52 | 122.47 | 136.98 | 119.53 | 191.16 | 315.17 |
| Other transportation | 0 | 0 | 0 | 2.29 | 3.66 | 6.03 |
| Entry fees | 13.62 | 16.43 | 18.38 | 10.64 | 17.01 | 28.04 |
| Recreation and entertainment | 0 | 0 | 0 | 61.10 | 97.72 | 161.11 |
| Sporting goods | 8.16 | 9.85 | 11.02 | 14.78 | 23.64 | 38.98 |
| Souvenirs and other expenses | 0 | 0 | 0 | 16.66 | 26.64 | 43.92 |
| Total | 164.32 | 198.23 | 221.71 | 526.27 | 841.64 | 1,387.62 |
| Sample size (unweighted)[c] | Rule 2 | Rule 1 | Rule 2 | Rule 2 | 102 | Rule 2 |
| Standard deviation of total | | | | | 713 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 37b—Local visitor spending averages for snowmobiling, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 103.24 | 118.94 | 131.01 |
| Camping | 0 | 0 | 0 | 0.23 | 0.26 | 0.29 |
| Restaurant | 17.20 | 17.20 | 13.13 | 66.66 | 76.80 | 84.59 |
| Groceries | 7.54 | 7.54 | 5.75 | 21.84 | 25.16 | 27.71 |
| Gas and oil | 61.24 | 61.24 | 46.73 | 76.16 | 87.74 | 96.65 |
| Other transportation | 0 | 0 | 0 | 1.46 | 1.68 | 1.85 |
| Entry fees | 8.22 | 8.22 | 6.27 | 6.78 | 7.81 | 8.60 |
| Recreation and entertainment | 0 | 0 | 0 | 38.93 | 44.85 | 49.41 |
| Sporting goods | 4.92 | 4.92 | 3.76 | 9.42 | 10.85 | 11.95 |
| Souvenirs and other expenses | 0 | 0 | 0 | 10.61 | 12.23 | 13.47 |
| Total | 99.12 | 99.12 | 75.64 | 335.33 | 386.31 | 425.53 |
| Sample size (unweighted)[c] | Rule 2 | 101 | Rule 2 | Rule 2 | Rule 4 | Rule 2 |
| Standard deviation of total | | 87 | | | | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075405

**Table 38a—Nonlocal visitor spending averages for hunting, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 35.72 | 49.05 | 80.87 |
| Camping | 0 | 0 | 0 | 11.98 | 14.07 | 23.20 |
| Restaurant | 6.53 | 7.88 | 8.81 | 34.76 | 44.78 | 73.83 |
| Groceries | 10.81 | 13.04 | 14.58 | 64.50 | 80.83 | 133.27 |
| Gas and oil | 48.45 | 58.45 | 65.37 | 103.71 | 117.38 | 193.53 |
| Other transportation | 0 | 0 | 0 | 0 | 0 | 0 |
| Entry fees | 0.46 | 0.56 | 0.63 | 34.64 | 14.69 | 24.22 |
| Recreation and entertainment | 0 | 0 | 0 | 4.91 | 5.67 | 9.35 |
| Sporting goods | 18.11 | 21.85 | 24.44 | 30.02 | 35.99 | 59.34 |
| Souvenirs and other expenses | 0.77 | 0.93 | 1.04 | 5.59 | 8.06 | 13.29 |
| Total | 85.14 | 102.71 | 114.87 | 325.83 | 370.52 | 610.88 |
| Sample size (unweighted)[c] | Rule 2 | 71 | Rule 2 | 86 | 204 | Rule 2 |
| Standard deviation of total | | 89 | | 365 | 451 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 38b—Local visitor spending averages for hunting, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 0 | 0 | 0 |
| Camping | 0 | 0 | 0 | 0 | 0 | 0 |
| Restaurant | 2.67 | 3.13 | 2.39 | 9.80 | 11.29 | 12.44 |
| Groceries | 4.75 | 5.37 | 4.10 | 63.28 | 72.90 | 80.30 |
| Gas and oil | 23.78 | 26.55 | 20.26 | 71.89 | 82.82 | 91.23 |
| Other transportation | 0 | 0.06 | 0.05 | 0 | 0 | 0 |
| Entry fees | 0.89 | 0.54 | 0.41 | 2.16 | 2.49 | 2.75 |
| Recreation and entertainment | 0 | 0.48 | 0.37 | 0.73 | 0.84 | 0.92 |
| Sporting goods | 15.12 | 16.18 | 12.35 | 23.67 | 27.27 | 30.04 |
| Souvenirs and other expenses | 0.65 | 1.04 | 0.79 | 4.93 | 5.68 | 6.26 |
| Total | 47.86 | 53.36 | 40.72 | 202.23 | 232.98 | 256.63 |
| Sample size (unweighted)[c] | 171 | 365 | Rule 2 | Rule 2 | 69 | Rule 2 |
| Standard deviation of total | 53 | 69 | | | 187 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075406

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 39a—Nonlocal visitor spending averages for fishing, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 41.60 | 96.47 | 135.10 |
| Camping | 0 | 0 | 0 | 17.92 | 27.82 | 37.66 |
| Restaurant | 5.87 | 9.06 | 10.13 | 31.45 | 45.40 | 66.99 |
| Groceries | 12.86 | 12.74 | 14.25 | 43.75 | 69.92 | 71.53 |
| Gas and oil | 36.97 | 37.34 | 41.76 | 53.48 | 73.80 | 93.36 |
| Other transportation | 0 | 0.19 | 0.21 | 0 | 0.78 | 0.14 |
| Entry fees | 3.27 | 2.62 | 2.93 | 8.29 | 8.31 | 6.85 |
| Recreation and entertainment | 1.99 | 1.47 | 1.64 | 6.12 | 16.96 | 28.34 |
| Sporting goods | 4.89 | 6.84 | 7.65 | 13.64 | 19.16 | 23.21 |
| Souvenirs and other expenses | 0.30 | 2.07 | 2.32 | 8.83 | 9.88 | 17.34 |
| Total | 66.15 | 72.33 | 80.90 | 225.08 | 368.49 | 480.50 |
| Sample size (unweighted)[c] | 140 | 265 | Rule 2 | 162 | 589 | 82 |
| Standard deviation of total | 62 | 74 | | 277 | 510 | 576 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 39b—Local visitor spending averages for fishing, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 17.09 | 9.92 | 10.93 |
| Camping | 0 | 0 | 0 | 12.81 | 27.92 | 30.75 |
| Restaurant | 2.06 | 2.70 | 2.39 | 5.74 | 9.04 | 9.96 |
| Groceries | 6.49 | 7.90 | 7.20 | 43.16 | 68.23 | 75.16 |
| Gas and oil | 19.70 | 21.43 | 23.89 | 44.97 | 58.28 | 64.20 |
| Other transportation | 0 | 0.03 | 0 | 0 | 0.57 | 0.62 |
| Entry fees | 3.59 | 2.62 | 1.65 | 4.22 | 2.63 | 2.89 |
| Recreation and entertainment | 1.51 | 0.87 | 0.38 | 0.55 | 1.39 | 1.53 |
| Sporting goods | 9.26 | 8.49 | 4.76 | 15.62 | 21.76 | 23.97 |
| Souvenirs and other expenses | 0.23 | 0.22 | 0 | 1.76 | 3.76 | 4.14 |
| Total | 42.85 | 44.27 | 40.26 | 145.93 | 203.48 | 224.14 |
| Sample size (unweighted)[c] | 427 | 793 | 90 | 55 | 130 | Rule 2 |
| Standard deviation of total | 44 | 52 | 58 | 153 | 213 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075407