**Table 40a—Nonlocal visitor spending averages for nature-related activities, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 101.69 | 267.22 | 400.74 |
| Camping | 0 | 0 | 0 | 7.18 | 14.31 | 11.12 |
| Restaurant | 12.55 | 17.07 | 19.09 | 86.16 | 128.10 | 179.13 |
| Groceries | 5.02 | 4.54 | 5.08 | 37.27 | 57.10 | 68.58 |
| Gas and oil | 25.20 | 25.84 | 28.90 | 50.60 | 77.88 | 78.62 |
| Other transportation | 0.40 | 0.18 | 0.20 | 1.59 | 10.26 | 20.13 |
| Entry fees | 1.80 | 2.30 | 2.57 | 3.29 | 12.16 | 17.71 |
| Recreation and entertainment | 2.99 | 2.81 | 3.14 | 10.42 | 27.66 | 29.89 |
| Sporting goods | 0.73 | 0.46 | 0.51 | 3.61 | 6.51 | 8.55 |
| Souvenirs and other expenses | 1.65 | 4.22 | 4.72 | 11.00 | 38.48 | 64.13 |
| Total | 50.34 | 57.42 | 64.22 | 312.80 | 639.67 | 878.60 |
| Sample size (unweighted)[c] | 112 | 239 | Rule 2 | 119 | 417 | 154 |
| Standard deviation of total | 53 | 57 | | 370 | 677 | 827 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 40b—Local visitor spending averages for nature-related activities, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 106.47 | 122.65 | 135.11 |
| Camping | 0 | 0 | 0 | 5.70 | 6.57 | 7.24 |
| Restaurant | 9.52 | 8.43 | 8.37 | 51.04 | 58.80 | 64.77 |
| Groceries | 5.86 | 4.06 | 1.68 | 22.75 | 26.21 | 28.87 |
| Gas and oil | 16.97 | 15.03 | 10.08 | 31.03 | 35.75 | 39.38 |
| Other transportation | 0.08 | 0.54 | 0.10 | 4.09 | 4.71 | 5.19 |
| Entry fees | 1.23 | 1.60 | 1.02 | 4.84 | 5.58 | 6.15 |
| Recreation and entertainment | 1.10 | 2.66 | 3.04 | 11.02 | 12.70 | 13.98 |
| Sporting goods | 0.58 | 0.97 | 1.53 | 2.59 | 2.99 | 3.29 |
| Souvenirs and other expenses | 0.72 | 1.45 | 0.97 | 15.33 | 17.66 | 19.46 |
| Total | 36.05 | 34.75 | 26.80 | 254.86 | 293.61 | 323.42 |
| Sample size (unweighted)[c] | 222 | 566 | 149 | Rule 2 | Rule 4 | Rule 2 |
| Standard deviation of total | 45 | 51 | 53 | | | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075408

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 41a—Nonlocal visitor spending averages for off-road/motorized trail use, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 38.77 | 62.01 | 102.24 |
| Camping | 0 | 0 | 0 | 25.19 | 40.28 | 66.41 |
| Restaurant | 10.50 | 12.67 | 14.17 | 29.38 | 46.99 | 77.47 |
| Groceries | 12.13 | 14.63 | 16.36 | 37.79 | 60.44 | 99.65 |
| Gas and oil | 40.34 | 48.67 | 54.43 | 55.94 | 89.47 | 147.51 |
| Other transportation | 0 | 0 | 0 | 0 | 0 | 0 |
| Entry fees | 7.59 | 9.16 | 10.24 | 3.96 | 6.33 | 10.44 |
| Recreation and entertainment | 0 | 0 | 0 | 4.09 | 6.54 | 10.78 |
| Sporting goods | 1.99 | 2.40 | 2.68 | 7.12 | 11.39 | 18.78 |
| Souvenirs and other expenses | 1.47 | 1.77 | 1.98 | 5.73 | 9.16 | 15.10 |
| Total | 74.03 | 89.30 | 99.88 | 207.98 | 332.62 | 548.38 |
| Sample size (unweighted)[c] | Rule 2 | 62 | Rule 2 | Rule 2 | 153 | Rule 2 |
| Standard deviation of total | | 72 | | | 454 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 41b—Local visitor spending averages for off-road/motorized trail use, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 24.71 | 28.46 | 31.35 |
| Camping | 0 | 0 | 0 | 16.05 | 18.49 | 20.37 |
| Restaurant | 10.22 | 6.65 | 5.07 | 18.72 | 21.57 | 23.76 |
| Groceries | 9.11 | 9.37 | 7.15 | 24.08 | 27.74 | 30.56 |
| Gas and oil | 30.27 | 30.25 | 23.08 | 35.65 | 41.07 | 45.24 |
| Other transportation | 0 | 0.46 | 0.35 | 0 | 0 | 0 |
| Entry fees | 4.40 | 3.31 | 2.53 | 2.52 | 2.91 | 3.20 |
| Recreation and entertainment | 5.12 | 3.01 | 2.30 | 2.61 | 3.00 | 3.31 |
| Sporting goods | 2.99 | 2.69 | 2.05 | 4.54 | 5.23 | 5.76 |
| Souvenirs and other expenses | 0.44 | 0.38 | 0.29 | 3.65 | 4.20 | 4.63 |
| Total | 62.56 | 56.12 | 42.83 | 132.52 | 152.67 | 168.17 |
| Sample size (unweighted)[c] | 99 | 247 | Rule 2 | Rule 2 | Rule 4 | Rule 2 |
| Standard deviation of total | 63 | 58 | | | | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075409

GENERAL TECHNICAL REPORT PNW-GTR-961

**Table 42a—Nonlocal visitor spending averages for driving for pleasure, dollars per party per trip**[a]

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 97.50 | 155.93 | 243.41 |
| Camping | 0 | 0 | 0 | 9.54 | 15.25 | 25.63 |
| Restaurant | 14.22 | 15.94 | 17.83 | 68.56 | 109.64 | 182.25 |
| Groceries | 2.73 | 4.25 | 4.75 | 28.95 | 46.30 | 62.82 |
| Gas and oil | 19.01 | 22.58 | 25.25 | 64.24 | 102.73 | 122.49 |
| Other transportation | 0 | 0.11 | 0.12 | 0.31 | 0.49 | 0.06 |
| Entry fees | 1.26 | 1.04 | 1.16 | 5.20 | 8.32 | 9.53 |
| Recreation and entertainment | 0 | 0 | 0 | 11.71 | 18.72 | 25.70 |
| Sporting goods | 0 | 0 | 0 | 3.77 | 6.03 | 5.95 |
| Souvenirs and other expenses | 1.86 | 2.26 | 2.53 | 15.58 | 24.91 | 38.35 |
| Total | 39.08 | 46.19 | 51.65 | 305.34 | 488.32 | 716.20 |
| Sample size (unweighted)[c] | 66 | 128 | Rule 2 | Rule 2 | 137 | 52 |
| Standard deviation of total | 38 | 52 | | | 563 | 709 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 42b—Local visitor spending averages for driving for pleasure, dollars per party per trip**[a]

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 62.13 | 71.57 | 78.84 |
| Camping | 0 | 0 | 0 | 6.08 | 7.00 | 7.71 |
| Restaurant | 8.42 | 7.15 | 7.05 | 43.68 | 50.32 | 55.43 |
| Groceries | 2.88 | 3.69 | 5.57 | 18.45 | 21.25 | 23.41 |
| Gas and oil | 18.06 | 19.47 | 12.91 | 40.93 | 47.15 | 51.94 |
| Other transportation | 0 | 0 | 0 | 0.20 | 0.22 | 0.25 |
| Entry fees | 1.33 | 0.67 | 0.27 | 3.31 | 3.82 | 4.21 |
| Recreation and entertainment | 0.18 | 0.08 | 0 | 7.46 | 8.59 | 9.46 |
| Sporting goods | 0.32 | 0.37 | 0.12 | 2.40 | 2.77 | 3.05 |
| Souvenirs and other expenses | 0 | 0.38 | 1.38 | 9.92 | 11.43 | 12.59 |
| Total | 31.18 | 31.82 | 27.30 | 194.56 | 224.14 | 246.89 |
| Sample size (unweighted)[c] | 183 | 384 | 59 | Rule 2 | Rule 4 | Rule 2 |
| Standard deviation of total | 43 | 45 | 42 | | | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075410

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 43a—Nonlocal visitor spending averages for camping, dollars per party per trip[a]**

| Spending category | Primitive camping/backpacking | | | Developed camping | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 2.20 | 17.49 | 90.26 | 1.99 | 4.69 | 10.14 |
| Camping | 3.47 | 7.45 | 12.20 | 38.61 | 44.25 | 58.14 |
| Restaurant | 14.32 | 23.50 | 57.77 | 14.45 | 16.78 | 37.14 |
| Groceries | 21.53 | 31.41 | 41.58 | 58.45 | 62.63 | 71.75 |
| Gas and oil | 26.71 | 40.39 | 56.79 | 50.28 | 57.63 | 78.10 |
| Other transportation | 2.23 | 1.57 | 2.19 | 0.05 | 0.28 | 2.20 |
| Entry fees | 3.33 | 4.23 | 8.10 | 7.62 | 7.28 | 7.95 |
| Recreation and entertainment | 1.05 | 2.37 | 8.06 | 2.08 | 3.77 | 8.77 |
| Sporting goods | 6.75 | 10.88 | 27.06 | 8.42 | 9.12 | 11.01 |
| Souvenirs and other expenses | 0.65 | 2.88 | 10.61 | 3.21 | 5.75 | 12.17 |
| Total | 82.23 | 142.16 | 314.64 | 185.16 | 212.18 | 297.36 |
| Sample size (unweighted) | 180 | 364 | 54 | 299 | 740 | 84 |
| Standard deviation of total | 160 | 284 | 448 | 175 | 225 | 321 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.

**Table 43b—Local visitor spending averages for camping, dollars per party per trip[a]**

| Spending category | Primitive camping/backpacking | | | Developed camping | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 1.61 | 1.24 | 1.36 | 0.81 | 0.63 | 0.24 |
| Camping | 6.51 | 6.06 | 6.68 | 36.57 | 41.89 | 50.02 |
| Restaurant | 8.91 | 6.26 | 6.90 | 7.01 | 7.55 | 9.02 |
| Groceries | 45.99 | 49.09 | 54.07 | 69.78 | 75.86 | 79.45 |
| Gas and oil | 36.83 | 33.98 | 37.43 | 39.55 | 45.44 | 42.76 |
| Other transportation | 0.17 | 0.10 | 0.11 | 0.09 | 0.05 | 0 |
| Entry fees | 3.73 | 3.73 | 4.11 | 6.82 | 5.44 | 3.30 |
| Recreation and entertainment | 0.66 | 0.61 | 0.67 | 2.45 | 1.83 | 0.47 |
| Sporting goods | 8.96 | 10.71 | 11.80 | 10.56 | 10.11 | 14.15 |
| Souvenirs and other expenses | 0.61 | 0.38 | 0.42 | 0.64 | 0.82 | 0.49 |
| Total | 113.98 | 112.16 | 123.54 | 174.30 | 189.62 | 199.90 |
| Sample size (unweighted)[b] | 247 | 479 | Rule 2 | 247 | 479 | 55 |
| Standard deviation of total | 190 | 197 | | 190 | 197 | 179 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.

[b] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075411

**Table 44a—Nonlocal visitor spending averages for hiking/biking, dollars per party per trip[a]**

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 88.52 | 178.79 | 256.59 |
| Camping | 0 | 0 | 0 | 11.81 | 12.34 | 14.29 |
| Restaurant | 14.15 | 16.76 | 24.77 | 55.30 | 102.68 | 159.54 |
| Groceries | 6.38 | 7.46 | 9.00 | 34.85 | 62.29 | 84.28 |
| Gas and oil | 19.74 | 23.58 | 28.65 | 43.40 | 63.79 | 83.64 |
| Other transportation | 0.11 | 1.43 | 1.27 | 1.09 | 4.04 | 8.61 |
| Entry fees | 3.94 | 3.56 | 1.88 | 5.90 | 7.54 | 12.14 |
| Recreation and entertainment | 0.23 | 1.23 | 1.87 | 3.70 | 23.84 | 45.98 |
| Sporting goods | 1.23 | 1.02 | 0.11 | 5.42 | 9.23 | 13.70 |
| Souvenirs and other expenses | 0.90 | 1.66 | 2.15 | 6.27 | 24.20 | 39.00 |
| Total | 46.68 | 56.69 | 69.71 | 256.24 | 488.73 | 717.77 |
| Sample size (unweighted)[c] | 339 | 682 | 112 | 350 | 1,346 | 441 |
| Standard deviation of total | 53 | 63 | 89 | 318 | 669 | 817 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

**Table 44b—Local visitor spending averages for hiking/biking, dollars per party per trip[a]**

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 37.15 | 42.90 | 47.26 |
| Camping | 0 | 0 | 0 | 14.90 | 14.94 | 16.45 |
| Restaurant | 6.53 | 6.08 | 5.22 | 19.40 | 21.49 | 23.67 |
| Groceries | 4.35 | 4.06 | 3.65 | 48.52 | 52.02 | 57.30 |
| Gas and oil | 11.04 | 9.87 | 7.49 | 22.42 | 29.77 | 32.79 |
| Other transportation | 0.09 | 0.21 | 0.25 | 0.90 | 1.23 | 1.36 |
| Entry fees | 1.94 | 1.46 | 0.77 | 7.58 | 4.41 | 4.86 |
| Recreation and entertainment | 0.28 | 0.48 | 1.24 | 3.84 | 2.05 | 2.26 |
| Sporting goods | 1.30 | 1.64 | 1.11 | 7.74 | 8.06 | 8.87 |
| Souvenirs and other expenses | 0.50 | 0.55 | 0.66 | 10.56 | 5.80 | 6.39 |
| Total | 26.01 | 24.35 | 20.39 | 173.01 | 182.68 | 201.22 |
| Sample size (unweighted)[c] | 1,778 | 3,748 | 874 | 93 | 218 | Rule 2 |
| Standard deviation of total | 40 | 42 | 43 | 227 | 252 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075412

*Spending Patterns of Outdoor Recreation Visitors to National Forests*

**Table 45a—Nonlocal visitor spending averages for other activities, dollars per party per trip**[a]

| Spending category | Nonlocal day trips | | | Nonlocal overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 54.91 | 91.15 | 145.89 |
| Camping | 0 | 0 | 0 | 25.28 | 25.38 | 29.96 |
| Restaurant | 10.66 | 14.53 | 27.24 | 31.06 | 50.73 | 108.82 |
| Groceries | 14.58 | 13.87 | 12.29 | 53.77 | 69.05 | 86.00 |
| Gas and oil | 28.87 | 29.38 | 31.23 | 56.38 | 66.71 | 93.21 |
| Other transportation | 0.11 | 0.27 | 0.80 | 1.73 | 3.63 | 0.31 |
| Entry fees | 4.65 | 5.74 | 9.68 | 5.39 | 8.38 | 12.14 |
| Recreation and entertainment | 6.39 | 5.79 | 4.28 | 10.04 | 18.03 | 34.11 |
| Sporting goods | 2.47 | 3.04 | 2.96 | 5.52 | 8.89 | 9.75 |
| Souvenirs and other expenses | 0.61 | 1.59 | 4.14 | 6.17 | 13.33 | 32.25 |
| Total | 68.35 | 74.21 | 92.61 | 250.25 | 355.27 | 552.44 |
| Sample size (unweighted) | 219 | 549 | 50 | 531 | 1,733 | 255 |
| Standard deviation of total | 70 | 72 | 74 | 324 | 560 | 627 |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.

**Table 45b—Local visitor spending averages for other activities, dollars per party per trip**[a]

| Spending category | Local day trips | | | Local overnight[b] trips | | |
|---|---|---|---|---|---|---|
| | Low | Average | High | Low | Average | High |
| | | | *Dollars* | | | |
| Motel | 0 | 0 | 0 | 10.39 | 19.93 | 21.96 |
| Camping | 0 | 0 | 0 | 23.82 | 27.80 | 30.63 |
| Restaurant | 4.37 | 5.14 | 3.68 | 11.21 | 14.92 | 16.44 |
| Groceries | 11.97 | 11.11 | 7.71 | 69.48 | 75.62 | 83.29 |
| Gas and oil | 17.11 | 16.96 | 13.22 | 48.06 | 54.79 | 60.35 |
| Other transportation | 0.06 | 0.07 | 0.04 | 0 | 0.03 | 0.04 |
| Entry fees | 4.71 | 3.89 | 3.50 | 5.02 | 4.93 | 5.43 |
| Recreation and entertainment | 0.76 | 1.39 | 0.76 | 1.73 | 3.21 | 3.53 |
| Sporting goods | 4.78 | 4.92 | 1.29 | 9.97 | 9.72 | 10.71 |
| Souvenirs and other expenses | 0.30 | 0.70 | 1.20 | 2.91 | 2.45 | 2.70 |
| Total | 44.06 | 44.18 | 31.40 | 182.59 | 213.41 | 235.08 |
| Sample size (unweighted)[c] | 1,263 | 2,638 | 295 | 212 | 513 | Rule 2 |
| Standard deviation of total | 58 | 57 | 47 | 153 | 262 | |

[a] Outliers are excluded and exposure weights are applied in estimating spending averages. All figures expressed in 2014 dollars.
[b] Includes visitors on overnight trips staying on or off forests.
[c] See text for descriptions of rules used for filling spending averages when sample sizes were fewer than 50 cases.

BLM_0075413

**Table 46—Percentage of trip-type segment shares by activity**

| Primary activity | Nonlocal day | Nonlocal overnight[a] | Local day | Local overnight[a] | Nonprimary | Total |
|---|---|---|---|---|---|---|
| | | | *Percent* | | | |
| Cross-country skiing | 10 | 19 | 63 | 2 | 6 | 100 |
| Snowmobiling | 20 | 38 | 31 | 2 | 9 | 100 |
| Hunting | 9 | 21 | 60 | 7 | 3 | 100 |
| Fishing | 12 | 20 | 52 | 7 | 9 | 100 |
| Nature related | 12 | 16 | 30 | 1 | 41 | 100 |
| OHV use | 16 | 18 | 54 | 5 | 7 | 100 |
| Driving for pleasure | 9 | 21 | 44 | 1 | 25 | 100 |
| Developed camping | 0 | 48 | 0 | 41 | 11 | 100 |
| Primitive camping/backpacking | 0 | 48 | 0 | 40 | 12 | 100 |
| Hiking/biking | 8 | 15 | 57 | 2 | 18 | 100 |
| Other | 10 | 20 | 48 | 6 | 16 | 100 |

[a] Includes visitors on overnight trips staying on or off forests. OHV = off-highway vehicle.

**Table 47—Average party size by activity and trip type**

| Primary activity | Nonlocal day | Nonlocal overnight[a] | Local day | Local overnight[a] | Nonprimary |
|---|---|---|---|---|---|
| Cross-country skiing | 2.7 | 2.8 | 1.9 | 2.6 | 2.1 |
| Snowmobiling | 2.8 | 2.8 | 2.4 | 1.8 | 2.5 |
| Hunting | 2.0 | 2.1 | 1.7 | 2.1 | 1.8 |
| Fishing | 2.2 | 2.6 | 2.1 | 2.9 | 2.4 |
| Nature related | 2.6 | 2.5 | 2.3 | 2.5 | 2.7 |
| OHV use | 2.1 | 2.6 | 2.0 | 2.1 | 2.8 |
| Driving for pleasure | 2.2 | 2.2 | 2.2 | 2.7 | 2.4 |
| Developed camping | 3.3 | 2.9 | 2.4 | 2.9 | 2.6 |
| Primitive camping/backpacking | 2.2 | 2.6 | 2.9 | 2.7 | 2.4 |
| Hiking/biking | 2.4 | 2.6 | 2.0 | 2.4 | 2.6 |
| Other | 3.0 | 3.0 | 2.6 | 2.7 | 2.8 |

[a] Includes visitors on overnight trips staying on or off forests. OHV = off-highway vehicle.

BLM_0075414

**Pacific Northwest Research Station**

| | |
|---|---|
| **Website** | http://www.fs.fed.us/pnw/ |
| **Telephone** | (503) 808–2592 |
| **Publication requests** | (503) 808–2138 |
| **FAX** | (503) 808–2130 |
| **E-mail** | pnw_pnwpubs@fs.fed.us |
| **Mailing address** | Publications Distribution |
| | Pacific Northwest Research Station |
| | P.O. Box 3890 |
| | Portland, OR 97208–3890 |



Federal Recycling Program
Printed on Recycled Paper

U.S. Department of Agriculture
Forest Service
Pacific Northwest Research Station
1220 SW Third Avenue
P.O. Box 3890
Portland, OR 97208-3890

Official Business
Penalty for Private Use, $300

# Yellow-billed Cuckoo (*Coccyzus americanus*): A Technical Conservation Assessment



**Prepared for the USDA Forest Service,
Rocky Mountain Region,
Species Conservation Project**

**March 25, 2005**

**David A. Wiggins, Ph.D.**
Strix Ecological Research,
1515 Classen Drive,
Oklahoma City, Oklahoma 73106

Peer Review Administered by
Society for Conservation Biology

BLM_0075417

Wiggins, D. (2005, March 25). Yellow-billed Cuckoo (*Coccyzus americanus*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/yellowbilledcuckoo.pdf [date of access].

## ACKNOWLEDGMENTS

Murrelet Halterman, Matthew Johnson, Rich Levad, Chris Schultz, and Charles van Riper provided a wealth of information on western populations of yellow-billed cuckoos. Elisabeth Ammon, Stephen Laymon, and Gary Patton provided thorough reviews and many suggestions that greatly improved the quality of the assessment.

## AUTHOR'S BIOGRAPHY

David Wiggins developed an early interest in Ornithology. During his high school years, he worked as a museum assistant under Gary Schnell and George Sutton at the University of Oklahoma. He later earned degrees from the University of Oklahoma (B.Sc. in Zoology), Brock University (M.Sc.- Parental care in Common Terns, under the supervision of Ralph Morris), and Simon Fraser University (Ph.D. – Selection on life history traits in Tree Swallows, under the supervision of Nico Verbeek). This was followed by a National Science Foundation Post-doctoral fellowship at Uppsala University in Sweden, where he studied life history evolution in Collared Flycatchers, and later a Fulbright Fellowship working on the reproductive ecology of tits (Paridae) in Namibia and Zimbabwe. He currently splits time between ecological research programs in Sweden and North America.

## COVER PHOTO CREDIT

Yellow-billed cuckoo (*Coccyzus americanus*). Used with the permission of the photographer, Steve Metz.

BLM_0075418

# SUMMARY OF KEY COMPONENTS FOR CONSERVATION OF YELLOW-BILLED CUCKOO

In western North America, yellow-billed cuckoos (*Coccyzus americanus*) have undergone catastrophic declines; the eastern subspecies has undergone less rapid declines in most areas since approximately 1980. Direct loss and degradation of low-elevation riparian woodland habitats have been cited as the primary causes for the declines in yellow-billed cuckoos in the western portion of the range. Factors contributing to habitat loss and degradation include alteration of flow schemes in rivers and streams; diversion of water for agricultural and municipal purposes; urban expansion; livestock grazing, which affects understory vegetation and cottonwood/willow recruitment; and pesticide applications which decrease local food supplies and potentially induce toxic accumulations in cuckoos. In the east, the reasons for the now widespread declines are less clear. One potential factor contributing to declines across this species' range in North America is the loss of forested habitat on its wintering grounds in South America. However, little is known of its ecology or distribution in South America, and this remains an area in need of further research.

While it is clear that western populations of yellow-billed cuckoos have undergone drastic declines in both range and abundance, it is important to note that cuckoos are also declining significantly in the east (from the Great Plains eastward), and that this decline has gone largely unnoticed by most regulatory agencies and conservation organizations (e.g., Partners In Flight). This may partly be explained by the fact that cuckoos are still relatively common in many forested habitats in the east, and thus they have not yet registered as a species of concern. However, given the significant recent declines even in the core of their range (e.g., Oklahoma and Kansas), research into the causes of these declines should be initiated while the species is still tractable. Many populations in the west are now so small and isolated that gaining insight into population declines there will be extremely difficult. The identification of the factor(s) contributing to declines in yellow-billed cuckoos on the Great Plains would be a key piece of information in helping to develop a regional management plan.

Conservation measures that may help to slow the decline in abundance of yellow-billed cuckoos include 1) restricting livestock grazing within low-elevation riparian systems, especially in the western portions of Region 2; 2) restoring natural patterns of water flow (i.e., allowing periodic flooding and consequent widening of riparian areas) along Great Plains and western slope river systems; and 3) restricting the use of pesticides in and near riparian woodlands. Two recent habitat manipulation studies have shown that restricting livestock grazing and promoting the expansion of riparian woodlands can have immediate, positive effects on the numbers of breeding yellow-billed cuckoos. The extent to which the elimination of exotic vegetation, especially saltcedar (*Tamarix* spp.), will improve habitat quality for yellow-billed cuckoos is in need of further study. Given that saltcedar elimination programs are currently underway on many southwestern river systems, including those on the Comanche and Cimarron national grasslands, monitoring breeding bird populations on such systems would provide valuable data on the potential benefits of this management action for yellow-billed cuckoos and other riparian species.

BLM_0075419

# TABLE OF CONTENTS

ACKNOWLEDGMENTS ........................................................................................................................2
AUTHOR'S BIOGRAPHY ...................................................................................................................2
COVER PHOTO CREDIT .....................................................................................................................2
SUMMARY OF KEY COMPONENTS FOR CONSERVATION OF YELLOW-BILLED CUCKOO .......................3
LIST OF TABLES AND FIGURES ...........................................................................................................6
INTRODUCTION .................................................................................................................................7
  Goal ..............................................................................................................................................7
  Scope and Limitations of Assessment ......................................................................................8
  Treatment of Uncertainty ..........................................................................................................8
  Publication of Assessment on the World Wide Web .................................................................8
  Peer Review ...............................................................................................................................8
MANAGEMENT STATUS AND NATURAL HISTORY ...............................................................................8
  Management Status ....................................................................................................................8
  Existing Regulatory Mechanisms, Management Plans, and Conservation Strategies ..............9
  Biology and Ecology .................................................................................................................9
    Systematics ...........................................................................................................................9
    Distribution and abundance ................................................................................................10
      Global perspective .........................................................................................................10
      Regional distribution and abundance ...........................................................................13
      Regional discontinuities in distribution and abundance ...............................................16
    Population trend ..................................................................................................................16
    Activity pattern and movements ........................................................................................17
    Habitat ................................................................................................................................17
      Nesting habitat ...............................................................................................................17
      Foraging habitat .............................................................................................................18
    Food habits .........................................................................................................................18
    Breeding biology ................................................................................................................18
      Courtship and pair formation .........................................................................................19
      Clutch and brood size ....................................................................................................19
      Parental care and offspring behavior ............................................................................19
      Nestling growth ..............................................................................................................19
      Timing of breeding and breeding success .....................................................................20
    Demography ........................................................................................................................20
      Genetic characteristics and concerns ............................................................................20
      Life history characteristics .............................................................................................21
      Social patterns and spacing ...........................................................................................21
      Factors limiting population growth ................................................................................21
    Community ecology ............................................................................................................22
CONSERVATION ...............................................................................................................................22
  Threats ......................................................................................................................................22
    Pesticides ............................................................................................................................22
    Habitat loss .........................................................................................................................24
    Grazing effects ...................................................................................................................24
    Environmental factors .........................................................................................................25
  Conservation Status of Yellow-billed Cuckoos in Region 2 ...................................................25
  Management of Yellow-billed Cuckoos in Region 2 ...............................................................25
    Implications and potential conservation elements ..............................................................25
    Tools and practices .............................................................................................................27
      Habitat management .......................................................................................................27
      Inventory and monitoring ...............................................................................................27
  Information Needs ....................................................................................................................28
REFERENCES ...................................................................................................................................30

4

APPENDIX A ........................................................................................................................................35

   Instructions for Completing the Yellow-billed Cuckoo Survey and Detection Form...........................................35

APPENDIX B ........................................................................................................................................43

   Draft Yellow-billed Cuckoo Survey and Monitoring Protocol for California ......................................................43

EDITOR: Gary Patton, USDA Forest Service, Rocky Mountain Region

BLM_0075421

# LIST OF TABLES AND FIGURES

**Tables:**

Table 1. Management status of yellow-billed cuckoos according to Partners in Flight Bird Conservation Plans of states within and surrounding USDA Forest Service Region 2. ...................................................... 9

Table 2. Selected management recommendations for yellow-billed cuckoos within state Partners in Flight Bird Conservation Plans. ........................................................................................................................... 11

Table 3. Yellow-billed cuckoo trend results from North American Breeding Bird Surveys and focus on USDA Forest Service Region 2 and surrounding areas. ............................................................................. 16

Table 4. Timing of yellow-billed cuckoo spring arrival and fall departure dates within USDA Forest Service Region 2. .................................................................................................................................................. 17

Table 5. Peak timing of major breeding events for yellow-billed cuckoos in USDA Forest Service Region 2. ......................................................................................................................................................................... 20

Table 6. Survey methods currently in use for yellow-billed cuckoos in the western United States. ............. 28

**Figures:**

Figure 1. Map of national forests and national grasslands within USDA Forest Service Region 2. ............... 7

Figure 2. Status of yellow-billed cuckoos in North America based on state and provincial Natural Heritage Program rankings. .......................................................................................................................................... 10

Figure 3. Breeding range of yellow-billed cuckoos in North America. ........................................................ 12

Figure 4. The mean number of yellow-billed cuckoos observed on Breeding Bird Surveys during the years 1982 to 2003. ................................................................................................................................................. 13

Figure 5. Wyoming Natural Heritage Program map of yellow-billed cuckoo records. ................................. 14

Figure 6. Modeled (GAP) potential suitable habitat for yellow-billed cuckoos in Colorado. ....................... 15

Figure 7. Envirogram representing the web of linkages between yellow-billed cuckoos and the ecosystem in which they occur. .......................................................................................................................................... 23

Figure 8. Changes in the mean number of yellow-billed cuckoos counted on breeding bird surveys. ......... 26

BLM_0075422

# INTRODUCTION

This conservation assessment is one of many being produced to support the Species Conservation Project for the Rocky Mountain Region (Region 2), USDA Forest Service (USFS). The yellow-billed cuckoo (*Coccyzus americanus*) is the focus of an assessment because it is considered a sensitive species in Region 2 (see **Figure 1** for a map of Region 2). Within the National Forest System, a sensitive species is a plant or animal whose population viability is identified as a concern by a Regional Forester because of significant current or predicted downward trends in abundance and/or in habitat capability that would reduce its distribution [FSM 2670.5 (19)]. A sensitive species may require special management, so knowledge of its biology and ecology is crucial.

This assessment addresses the biology and conservation/management of the yellow-billed cuckoo throughout its range, but with an emphasis on Region 2. This introduction defines the goal of the assessment, outlines its scope, and describes the process used in its production.

## Goal

Species conservation assessments produced as part of the Species Conservation Project are designed to provide land managers, biologists, and the public with a thorough discussion of the biology, ecology, conservation, and management of certain species based on current scientific knowledge. Assessment goals limit the scope of the work to critical summaries of scientific knowledge, discussion of broad implications



**Figure 1.** Map of national forests and national grasslands within USDA Forest Service Region 2.

BLM_0075423

of that knowledge, and outlines of information needs. The assessment does not seek to develop prescriptive management recommendations. Rather, it provides the ecological background upon which management must be based and focuses on the consequences of changes in the environment that result from management (i.e., management implications). Furthermore, this assessment cites management recommendations proposed elsewhere and examines the effectiveness of those recommendations that have been implemented.

### Scope and Limitations of Assessment

This conservation assessment examines the biology, ecology, conservation, and management of the yellow-billed cuckoo with specific reference to the geographic and ecological characteristics of the USFS Rocky Mountain Region. Although a majority of the literature on the species originated from field investigations outside the region, this document attempts to place that literature in the ecological and social context of the central and southern Rocky Mountains. Similarly, this assessment is concerned with characteristics of yellow-billed cuckoos in the context of the current environment rather than under historical conditions. The evolutionary environment of the species is considered in conducting the synthesis, but placed in current context.

In producing the assessment, I reviewed refereed literature, non-refereed publications, research reports, and data accumulated by resource management agencies. Not all publications on yellow-billed cuckoos are referenced in the assessment, nor were all published materials considered equally reliable. The assessment emphasizes refereed literature because this is the accepted standard in science. Some non-refereed publications and reports were used in the assessment when refereed information was otherwise unavailable or when recent research results were not yet in published form. However, these resources were regarded with greater skepticism.

### Treatment of Uncertainty

Science represents a rigorous, systematic approach to obtaining knowledge. Competing ideas regarding how the world works are measured against observations. However, because our descriptions of the world are always incomplete and our observations are limited, science focuses on approaches for dealing with uncertainty. A commonly accepted approach to science is based on a progression of critical experiments to develop strong inference (Platt 1964). However, it is difficult to conduct experiments that produce clean results in the ecological sciences. Often, we must rely on observations, inference, good thinking, and models to guide our understanding of ecological relations. Confronting uncertainty, then, is not prescriptive. In this assessment, we note the strength of evidence for particular ideas, and we describe alternative explanations where appropriate.

### Publication of Assessment on the World Wide Web

To facilitate use of species conservation assessments, they are being published on the Region 2 World Wide Web site. Placing the documents on the Web makes them available to agency biologists and the public more rapidly than publishing them as reports. More importantly, Web publication facilitates their revision, which will be accomplished based on guidelines established by Region 2.

### Peer Review

Species conservation assessments developed for the Species Conservation Project have been peer reviewed prior to their release on the Web. This report was reviewed through a process administered by the Society for Conservation Biology, employing two recognized experts on this or related taxa. Peer review was designed to improve the quality of communication and to increase the rigor of the assessment.

## MANAGEMENT STATUS AND NATURAL HISTORY

### Management Status

Yellow-billed cuckoos are currently a Candidate for listing under the Federal Endangered Species Act in the United States (see summary of the decision at https://ecos.fws.gov/species_profile/SpeciesProfile?sp code=B06R). This designation applies to the western "Distinct Population Segment" that occurs in the following states, provinces, and countries: Washington, Oregon, California, Idaho, Nevada, Montana, Wyoming, Utah, Arizona, Colorado, New Mexico, Texas, British Columbia, and Mexico. In its 12-month finding (see file at: https://ecos.fws.gov/species_profile/ Species_FRDoc#top), the U.S. Fish and Wildlife Service determined that the petition to list the yellow-billed cuckoo as Endangered was warranted, but that listing was precluded by higher priority listing actions. In Canada, the western subspecies of the yellow-billed cuckoo is now extirpated in British Columbia, and the

BLM_0075424

eastern subspecies is uncommon in southern Ontario and Quebec. The species is not currently listed as "at risk" in Canada (Committee on the Status of Endangered Wildlife in Canada 2004). Yellow-billed cuckoos are listed by the USDA Forest Service as a sensitive species in Region 2. They are also listed on the Bureau of Land Management State Director's Sensitive Species list for both Wyoming (Bureau of Land Management 2001) and Colorado (Bureau of Land Management 2000).

Most western state Partners in Flight (PIF) Bird Conservation Plans list the yellow-billed cuckoo as a Priority Species (**Table 1**). The Wyoming PIF Bird Conservation Plan ranks the yellow-billed cuckoo as a Highest Priority Species while Colorado does not consider it to be a PIF Priority Species. State PIF plans have not been published for Kansas, Nebraska, or South Dakota. The Natural Heritage Programs within Region 2 states list the yellow-billed cuckoo as imperiled (S2) in Wyoming vulnerable (S3) in Colorado and South Dakota, and secure (S5) in Nebraska and Kansas (**Figure 2**).

### Existing Regulatory Mechanisms, Management Plans, and Conservation Strategies

The only federal regulatory mechanism covering yellow-billed cuckoos is the Migratory Bird Treaty Act (16 U.S.C. 703-712), which prohibits "take" of cuckoos. Existing management plans and conservation strategies for the yellow-billed cuckoo have concentrated on declining and extirpated populations

in the western portion of the breeding range. Published habitat management plans have focused on endangered populations in California (Laymon and Halterman 1989, Laymon 1998); however, most western state PIF bird conservation plans have developed management recommendations for yellow-billed cuckoos (**Table 2**). In general, all of the published management recommendations for yellow-billed cuckoos have stressed the importance of halting the destruction and degradation of low-elevation riparian woodlands. Loss and degradation of woodlands have occurred through dam construction, water diversions, and flood control schemes, and the resulting flow regime alterations; urban development; clearance for agricultural use; overgrazing by livestock; invasion of exotic vegetation, especially saltcedar (*Tamarix* spp.); and tapping of groundwater for agricultural use.

### Biology and Ecology

#### Systematics

Two subspecies of yellow-billed cuckoo were recognized by the American Ornithologists' Union (1957), with *Coccyzus americanus americanus* east of the Rocky Mountains and *C. a. occidentalis* westward. This split was based upon Ridgway's (1887) analyses that suggested that western cuckoos were larger with stouter bills. More recently, Banks (1988, 1990) measured hundreds of museum specimens and concluded that there was significant overlap between the two subspecies in bill length, bill depth, and wing length. Consequently, Banks concluded that the species should be considered

**Table 1.** Management status of yellow-billed cuckoos according to Partners in Flight (PIF) Bird Conservation Plans of states within (bolded) and surrounding USDA Forest Service Region 2.

| State | Status | Citation |
|---|---|---|
| **Colorado** | Not a Priority Species | Beidleman 2000 |
| **Kansas** | State PIF plan not published | |
| **Wyoming** | Highest Priority Species (Riparian woodland) | Cervoski et al. 2001 |
| **Nebraska** | State PIF plan not published | |
| **South Dakota** | State PIF plan not published | |
| Montana | Priority Species (Level II*; Riparian deciduous forest) | Casey 2000 |
| New Mexico | Highest Priority Species (Middle-elevation riparian woodland, Agricultural habitat) Priority Species (Southwestern riparian woodland) | Rustay 2001 |
| Utah | Priority Species (Lowland riparian) | Parrish et al. 2002 |
| Idaho | Moderate Priority Species (Riparian) | Ritter 2000 |
| Arizona | Priority Species (Low-elevation riparian) | Latta et al. 1999 |

*Level II priority species are those for which monitoring and further research are needed.

BLM_0075425



**Figure 2.** Status of yellow-billed cuckoos in North America based on state and provincial Natural Heritage Program rankings (NatureServe Explorer 2003).

monotypic. Re-analysis of these data by Franzreb and Laymon (1993) revealed significant differences between eastern and western cuckoos in wing and tail length, bill length. and bill depth. These authors also pointed out geographic differences in behavior, ecology, and vocalizations, and thus concluded that the subspecific designations should stand.

Recent genetic analyses have provided conflicting results. Pruett et al. (2001) analyzed genomic DNA and found support (haplotype divergence) for the separation of western and eastern subspecies. However, unpublished mtDNA and cytochrome B analyses by Fleischer (2003) have suggested little substructuring among eastern and western cuckoo populations, and thus little genetic evidence for subspecific status. Thus, the systematic status of the two subspecies remains controversial and is clearly in need of a thorough revision.

Nominate race: *Coccyzus americanus* Linnaeus.

## Distribution and abundance

### Global perspective

Historically, yellow-billed cuckoos bred throughout most of continental North America, including portions of eastern and western Canada, northern and central Mexico, and the Greater Antilles. The species is now extirpated in western Canada, Washington, and Oregon, and rare and patchily distributed throughout most of the historical range in the United States west of the Rocky Mountains (**Figure 3**). The current distribution in the western United States is still difficult to delineate as cuckoos often wander before and after breeding (Hughes 1999). In the eastern United States and in eastern Canada, yellow-billed cuckoos are still a relatively common bird, but populations are declining in many areas (see the Population status section).

The decline in the western populations of yellow-billed cuckoos apparently began during the

BLM_0075426

**Table 2.** Selected management recommendations for yellow-billed cuckoos within state Partners in Flight Bird Conservation Plans.

| State | Recommendations | Presumed benefits | Citation(s) |
|---|---|---|---|
| Wyoming | Maintain riparian cottonwood forests > 25 acres, 100 meters in width, with at least 2.5 acres of dense understory. | Maintain remaining high quality breeding habitat. | Cervoski et al. 2001 |
| | Eliminate use of pesticides in breeding areas. | Increase prey abundance and decrease potential for build-up of toxins in cuckoos. | |
| Montana | Maintain low-elevation riparian woodland patches at least 16 ha (40 ac) in size with a 20-25% closed canopy. | Maintain remaining high quality breeding habitat. | Casey 2000 |
| | Reduce pesticide use in breeding areas. | Increase prey abundance and decrease potential for build-up of toxins in cuckoos. | |
| Arizona | Eliminate grazing and off-road vehicle use in cottonwood-willow dominated habitats. | Improved habitat quality. | Latta et al. 1999 |
| | Manage for large (>100 m wide), contiguous blocks of suitable breeding territory (riparian cottonwood/willow). | Improved habitat quality. | |
| | Maintain natural flow regimes in riverine/ riparian systems. | Improved habitat quality. | |
| | Limit or eliminate use of pesticides adjacent to riparian areas. | Increase prey density and decrease potential toxic effects in cuckoos. | |
| | Avoid intense and repeated human disturbances in nesting areas (from late May until late August). | Improve reproductive success. | |
| | Establish riparian corridors and habitat islands between breeding sites | Facilitate dispersal and recolonization. | |
| Utah | Establish a "no net loss" policy for riparian habitats. | Maintain current habitat availability. | Parrish et al. 2002 |
| | Establish riparian stepping-stone habitat. | Decrease population fragmentation. | |
| | Restrict grazing and recreational activities within riparian zones. | Improve existing habitat quality/ decrease habitat degradation. | |
| | Maintain/improve natural flow regimes in riverine/riparian systems. | Improved habitat quality. | |

early to mid-1900s, with birds disappearing in British Columbia by the 1920s (Campbell et al. 1990), in Washington by 1934, and in Oregon by 1945. Serious declines in California and Nevada were noticed in the 1940s and 1950s (see summary in Hughes 1999). In California, cuckoos are now largely restricted to river valleys in the north-central (e.g., Sacramento River) and southwestern (e.g., Kern River) regions (Laymon and Halterman 1987, Halterman et al. 2003). Surveys in these areas showed a decline from 1977 (122 to 163 pairs) to 1987 (31 to 42 pairs), and since about 1990, a stabilization to around 65 pairs (Halterman et al. 2003). There have been very few recent records in

Nevada, with six, ten, and zero breeding pairs estimated during the breeding seasons of 2000 to 2002 in southern Nevada (Tomlinson and Halterman 2003). In Arizona, yellow-billed cuckoos occur largely in south-central and western areas of the state, with a maximum estimate of 425 birds statewide as of 1999 (Johnson 2003). There are very few historical breeding records in Utah, but recent surveying there suggests that there are a few breeding pairs at scattered locations, at least in non-drought years (Parrish et al. 2002).

Yellow-billed cuckoos winter in South America, primarily east of the Andes Mountains, but with small

BLM_0075427



**Figure 3**. Breeding range of yellow-billed cuckoos in North America. The figure is modified from Hughes (1999).

BLM_0075428

numbers (probably of the western subspecies) west of the Andes. The major wintering area appears to be south of the Amazon Basin, but smaller numbers of birds winter in Colombia, Venezuela, Suriname, Ecuador, Peru, and Bolivia. The southern limit of the wintering range is in northern Argentina, Uruguay, and Paraguay (Hughes 1999).

*Regional distribution and abundance*

Most historical works suggest that yellow-billed cuckoos were relatively common breeding birds within and near Region 2, at least on the central and eastern Great Plains. For example, the species was considered a common summer resident along wooded river valleys in Nebraska in the mid-1800s (Ducey 2000), and Goss (1886) considered it a common summer resident in Kansas. Cuckoos were obviously rarer to the west, as Sclater (1912) describes them as rare summer visitors in Colorado, largely on the eastern plains. Knight (1902) did not mention the species in his treatment of Wyoming birds, suggesting that they were rare in the

state. More recent records within Region 2 suggest that yellow-billed cuckoos may have increased in the western Great Plains during the 1900s (i.e., eastern portions of Colorado and Wyoming). Across the Great Plains, damming of rivers and construction of impoundments has led to altered hydrology, with more stable flow patterns and more well-developed riparian woodlands. As a consequence, many species of birds have expanded their distribution westward along Great Plains river valleys (Rising 1983). This is probably especially true of yellow-billed cuckoos as they depend on well-developed riparian woodlands.

Currently, yellow-billed cuckoos are common breeding birds in eastern portions of Kansas, Nebraska, and South Dakota, but they become much scarcer to the west. In western Colorado and southwestern Wyoming, the *occidentalis* subspecies, which apparently was never common in those areas, appears to be disappearing. See **Figure 4** for a map of the breeding density in North American, based on Breeding Bird Survey abundance analyses (Sauer et al. 2004).



**Figure 4.** The mean number of yellow-billed cuckoos observed on Breeding Bird Surveys during the years 1982 to 2003 (data from Sauer et al. 2004).

BLM_0075429

The historical and current distributions and abundances in Region 2 are as follows:

**South Dakota:** Over and Thoms (1921) gave no indication of the abundance or distribution of yellow-billed cuckoos in South Dakota but mentioned only that they were "summer residents". Recent treatments suggest that yellow-billed cuckoos are relatively common in heavily wooded eastern portions of the state but become uncommon to rare breeders further west (Peterson 1995, Tallman et al. 2002).

**Wyoming:** The current and historical statuses of yellow-billed cuckoos in Wyoming are difficult to assess. Knight (1902) did not include the species in his discussion of Wyoming birds, suggesting that they were rare in the state in the late 1800s. Scott (1993) noted that they were regularly seen in the eastern half of the state during the summer months. Dorn and Dorn (1999) considered it a rare summer resident and showed scattered summer records throughout the eastern and southern portions of the state. **Figure 5** shows the distribution of summer records of yellow-billed cuckoos from the Wyoming Natural Heritage Database (Bennett and Keinath 2001). As mentioned earlier, it appears that cuckoos likely spread westward into eastern Wyoming following the construction of dams and impoundments on the Great Plains and the subsequent establishment of dense, riparian woodlands along affected rivers and streams.



**Figure 5.** Wyoming Natural Heritage Program map of yellow-billed cuckoo records. Solid circles represent element occurrences (birds seen in suitable habitat during presumed nesting season), while X's represent sight records outside the presumed breeding period (from Bennett and Keinath 2001).

BLM_0075430

**Nebraska:** Recent (1984 to 1989) breeding bird atlas work in Nebraska found yellow-billed cuckoo to be widespread and fairly common, with the exception of the panhandle where only a few nesting pairs were found (Molhoff 2001). Sharpe et al. (2001) also described yellow-billed cuckoos as common in eastern Nebraska, while uncommon in the west, where they are confined to riparian areas. It is difficult to judge whether there has been a change in status in the state, but Hayden (1863) described yellow-billed cuckoos as quite common along river valleys in the northwestern part of the state, an area where they are now uncommon.

**Colorado:** In Colorado, yellow-billed cuckoos were historically noted as rare summer visitors, primarily on the eastern plains, but also in Middle Park and on the western slope at Grand Junction (Sclater 1912). Bailey and Niedrach (1965) considered yellow-billed cuckoos an uncommon summer resident, mainly on the eastern plains and into the Front Range, with a few breeding records from Grand County and one bird collected in

Montezuma County. Thus, the few historical records suggest that the species apparently has always been rare in western Colorado, an opinion shared by Andrews and Righter (1992). Recent breeding bird atlas work in Colorado (Carter 1998) revealed only a single likely nesting record west of the continental divide over the five years of fieldwork. On the eastern plains, yellow-billed cuckoos are most often found along the Arkansas and South Platte River valleys, and in riparian areas in southwestern Baca and southeastern Las Animas counties (Andrews and Righter 1992, Carter 1998). The GAP map of modeled suitable habitat for yellow-billed cuckoos in Colorado is shown in **Figure 6**.

**Kansas:** Goss (1886) considered yellow-billed cuckoos to be common summer residents in Kansas but did not comment on their distribution. Thompson and Ely (1992) described them as common summer residents, statewide. The Kansas breeding bird atlas project (Busby and Zimmerman 2001) found a striking gradient in the abundance of yellow-billed cuckoos



**Figure 6.** Modeled (GAP) potential suitable habitat for yellow-billed cuckoos in Colorado. Areas in dark green represent known breeding habitat while those in light green represent potential breeding habitat.

BLM_0075431

– they were abundant in eastern Kansas, but declined dramatically to the west and were very sparse on the High Plains area along the western border of the state.

Within Region 2, the distribution of yellow-billed cuckoos has not changed significantly since the 1800s, except in areas west of the continental divide. Although it appears that they were always rare in western Colorado and southwestern Wyoming, the lack of recent breeding records suggests that the species is now largely extirpated from those areas. There is some evidence that yellow-billed cuckoos became more common in eastern Colorado and eastern Wyoming following the stabilization of Great Plains rivers and the subsequent expansion of downstream riparian woodlands across the Great Plains.

### Regional discontinuities in distribution and abundance

As a result of their dependence on low-elevation riparian woodlands, yellow-billed cuckoos have a relatively widespread but patchy distribution in Region 2. Cuckoo abundance is highest in southeastern Kansas and declines to the west and to the north (**Figure 4**). Currently, cuckoos appear to be extremely rare breeders in western Colorado (Carter 1998) and southwestern Wyoming (Bennett and Keinath 2001). They are also uncommon to rare in eastern Colorado,

eastern Wyoming, and far western portions of Kansas, Nebraska, and South Dakota. In these latter areas, they are restricted to river valleys and relatively dense riparian habitat.

### Population trend

Within Region 2, as well as throughout most of the eastern United States and Canada, cuckoos were common to abundant on Breeding Bird Surveys (BBS) from 1966 to 1979, increasing significantly during that period in many states (**Table 3**; Sauer et al. 2004). From 1980 onward, however, the opposite pattern was seen, with significant declines in abundance range-wide and particularly in the West where they are now extremely rare. Within Region 2, populations of yellow-billed cuckoos are now declining in all states, but the pace of those declines is difficult to judge as sample sizes become very small in western portions of the Region and small sample sizes limit the statistical power of the analyses. Oddly, the species may be much more common in Mexico than in the western United States. Russell and Monson (1998) describe the abundance of breeding yellow-billed cuckoos in Sonora as "truly imposing", relative to their abundance across the border in Arizona, and Wilbur (1987) reports yellow-billed cuckoos as "common" at San Bartolo, in the Cape District of southern Baja California.

**Table 3.** Yellow-billed cuckoo trend results from North American Breeding Bird Surveys. Data were taken from Sauer et al. (2004) and focus on USDA Forest Service Region 2 states (bolded) and surrounding areas. Trend indicates the percentage change per year. Statistically significant (P <0.05) trends are underlined.

| Region | 1966-1979 | | | 1980-2003 | | | 1966-2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | Trend | P | N | Trend | P | N | Trend | P |
| **South Dakota** | 7 | 15.1 | **0.00** | 10 | - 18.9 | **0.04** | 18 | - 6.2 | 0.10 |
| **Nebraska** | 22 | 20.1 | **0.02** | 29 | - 6.5 | **0.04** | 35 | - 3.3 | 0.18 |
| **Wyoming** | — | — | — | — | — | — | — | — | — |
| **Colorado** | — | — | — | 4 | - 21.3 | 0.12 | 5 | 10.4 | 0.76 |
| **Kansas** | 33 | 4.8 | **0.01** | 48 | - 2.9 | **0.00** | 48 | - 0.9 | 0.06 |
| Oklahoma | 32 | 2.4 | 0.11 | 56 | - 1.5 | **0.02** | 57 | - 1.2 | **0.00** |
| New Mexico | — | — | — | 7 | - 3.8 | 0.51 | 9 | - 8.7 | 0.15 |
| Arizona | — | — | — | 2 | 15.9 | 0.29 | 3 | 14.0 | 0.19 |
| Iowa | 31 | 0.9 | 0.80 | 31 | - 3.5 | 0.10 | 34 | - 4.9 | 0.06 |
| Missouri | 37 | 5.6 | **0.00** | 61 | - 3.4 | **0.00** | 63 | - 1.9 | **0.00** |
| U.S. Fish and Wildlife Service Region 6 | 65 | 5.9 | **0.00** | 91 | - 3.3 | **0.00** | 109 | - 1.0 | **0.02** |
| United States | 1070 | 3.4 | **0.00** | 1651 | - 2.4 | **0.00** | 1770 | - 1.8 | **0.00** |
| Canada | 19 | 14.8 | **0.00** | 25 | - 1.8 | 0.61 | 34 | 0.4 | 0.80 |
| Survey-wide | 1089 | 3.4 | **0.00** | 1676 | - 2.4 | **0.00** | 1826 | - 1.8 | **0.00** |

BLM_0075432

There are virtually no data available on the population status of yellow-billed cuckoos on their South American wintering grounds. The possibility exists that conditions there are either driving or (more likely) contributing to the population declines seen in North America.

## Activity pattern and movements

Yellow-billed cuckoos are one of the latest neotropical migrants to arrive on their North American breeding grounds. On the Great Plains they typically begin to arrive in late May and continue into June (**Table 4**). Arrival times in western Colorado and southwestern Wyoming are difficult to judge as there are few data from those areas, but Andrews and Righter (1992) give similar dates (late May to June) for eastern Colorado populations. Great Plains and Rocky Mountain populations begin fall migration in August, with most birds gone by late September or (in Kansas) early October.

The extent to which yellow-billed cuckoo populations on the Great Plains are linked is unclear. However, given the apparent lack of breeding site fidelity in the eastern United States (Gaines and Laymon 1984, Hughes 1999), it is likely that there is considerable gene flow among neighboring populations. The same situation likely exists west of the continental divide, where juvenile female cuckoos may disperse widely (Laymon 1998). In California, females banded as nestlings are only rarely resighted as adults, suggesting that females show little to no natal philopatry. However, breeding pairs do show site fidelity in the Kern River area (Laymon 1998). Aside from data originating from the Kern River area in California, there are few estimates of natal philopatry and virtually no data on adult or juvenile survival, as banded yellow-billed cuckoos are rarely recaptured (e.g., only 26 recoveries of 6657 banded cuckoos; Hughes 1999).

## Habitat

### Nesting habitat

Yellow-billed cuckoos prefer to nest in open woodlands with an understory of dense vegetation, especially near water. On the Great Plains, the favored nesting habitats are well-wooded river valleys and associated deciduous forests. In the desert Southwest, nesting habitat is invariably riparian woodlands, particularly those with an intact (i.e., ungrazed) understory. They also occasionally nest in orchards and other riparian-associated woodlands.

Cuckoo nests are typically placed in dense patches of broad-leaved deciduous trees, usually with a relatively thick understory (Hughes 1999). From the eastern Great Plains eastward, nests are often placed in oak (*Quercus* spp.), beech (*Fagus* spp.), elm (*Ulmus* spp.), dogwood (*Cornus* spp.), hawthorn (*Crataegus* spp.), ash (*Fraxinus* spp.), and several other broad-leaved deciduous species (Hughes 1999). In western portions of the range, nests are often situated close to water, likely because of the lack of dense vegetation away from water. Western cuckoos (including those in the western Great Plains) prefer to nest in willow (*Salix* spp.), cottonwood (*Populus* spp.), and mesquite (*Prosopis* spp.), but they will also utilize orchards (Laymon 1980, Walters 1983). On the Kern River in California, 95 of 96 nests were found in willows (Laymon 1998). Conifers are not often used in the East or West (Hughes 1999). Recent studies in Arizona have found cuckoos nesting (successfully) in mesquite and hackberry (*Celtis occidentalis*), occasionally some distance away from waterways, but the extent to which they do so in other areas, or even in all years, is unknown (Halterman 2003).

In western portions of Region 2, most recent summer cuckoo sightings have been made along river

**Table 4.** Timing of yellow-billed cuckoo spring arrival and fall departure dates within USDA Forest Service Region 2 states.

| Area | Spring arrival date | Fall departure date | Source |
|------|---------------------|---------------------|--------|
| South Dakota | mid- to late May | August to September | Tallman et al. 2002 |
| Wyoming | late May | August to September | Dorn and Dorn 1999 |
| Nebraska | mid-May (southeast) to early June (northwest) | September | Sharpe et at. 2001 |
| Colorado | late May to June | September (eastern population) August (western population) | Andrews and Righter 1992 |
| Kansas | early May | early October | Thompson and Ely 1992 |

BLM_0075433

valleys, including the Gunnison, Colorado, and Yampa rivers in Colorado (Andrews and Righter 1992) and the Green River in Wyoming (Wyoming GAP analysis web site: www.wygisc.uwyo.edu/wbn/). A similar pattern occurs further west in Utah, Arizona, and California, where most remaining nesting areas are remnant deciduous forest patches along large river courses. Nesting habitat has been particularly well documented in California. In most areas of California (excluding the Colorado River; Laymon and Halterman 1989), preferred nesting sites are areas with:

- ❖  at least 15 ha of deciduous, riparian forest

- ❖  at least 3 ha of closed canopy

- ❖  a canopy height of 5 to 30 m

- ❖  a vegetation understory averaging 1 to 6 m in height.

In California, Laymon (1998) noted a statistically significant, positive relationship between habitat patch size and occupancy by cuckoos. Thus, although yellow-billed cuckoos have been found breeding in patch sizes as small as 4 ha along the Colorado River in southern California, the typical patch size is 20 ha or greater, and the likelihood of occupancy increases dramatically with increasing patch size.

*Foraging habitat*

Cuckoo foraging habitat is similar to that used for nesting. Foraging areas during the breeding season averaged 19.6 ha in California (Laymon 1980), but foraging habitat has not been quantified in eastern portions of the range. It is likely that a healthy forest understory is a critical component of cuckoo foraging areas, as most nests are placed in or near such areas. The only detailed observations of cuckoo foraging behavior (from California) found that most attempts at prey capture occurred at heights greater than 3 m (Laymon 1980). Overall, 55 percent of all prey items in California were taken in riparian vegetation, 33 percent from white alder (*Alnus rhombifolea*) tracts, and 12 percent from orchards (Laymon 1980). Hughes (1999) noted that cuckoos often foraged in upland areas away from riparian woodlands, especially prior to nesting.

Food habits

Yellow-billed cuckoos feed primarily on slow-moving insects, including Orthopterans (grasshoppers, crickets, katydids), Lepidoptera (primarily caterpillars), and various bugs (Hemiptera) and beetles (Coleoptera). Beal (1898) studied yellow-billed cuckoo stomach contents from across the range and found a relatively uniform diet consisting of caterpillars (49 percent), Orthoptera (30 percent), and various other insects (18 percent). In a sample of stomach contents from Nebraska, Bent (1940) found that 73 percent of the total prey mass was made up of Orthopterans. Larvae of the family Sphingidae (sphinx moths; Lepidoptera) have been noted as an important food source for yellow-billed cuckoos, and the lack of such prey has been implicated in the decline of the western subspecies. In a detailed study of over 2400 food items brought to nests on the Kern River in California, Laymon (1998) found 45 percent green caterpillars (primarily sphinx moth larvae), 24 percent tree frogs, 22 percent katydids, and 9 percent grasshoppers. In eastern North America, periodical cicadas (*Magicicada* spp.) can form an extremely important component of the diet in years when they are abundant (Nolan and Thompson 1975). Yellow-billed cuckoos may also consume arboreal frogs and lizards (Voous 1955, Hamilton and Hamilton 1965) as well as bird eggs and even small nestlings (Beal 1898).

The percentage of some prey types appears to change seasonally as they become more available. For example, Laymon (1980) found that the percentage of katydids in the diet of cuckoos in southern California rose from 7 percent in the early summer to 40 percent by mid-summer to 70 percent in late summer. In late summer and early fall, as well as on the wintering grounds, cuckoos also consume wild fruits (Bent 1940, Haverschmidt and Mees 1994).

There have been no published studies of cuckoo food habits within Region 2, and this lack of information represents a critical gap in our ability to successfully manage regional cuckoo populations (see Information Needs section).

Breeding biology

Despite the species' abundance in eastern North America, the breeding biology of yellow-billed cuckoos has received relatively little study, likely due to their shy habits during the breeding season. The only detailed studies have been carried out in the eastern portion of the range (Preble 1957, Nolan and Thompson 1975, Potter 1980, 1981). There has been considerable recent research on the threatened western yellow-billed cuckoo populations, but much of that work has been concerned with identifying remaining habitat patches, assessing habitat suitability, and surveying for breeding cuckoos. Thus, aside from the work of Hamilton and

BLM_0075434

Hamilton (1965) and Laymon (1980), there has been little published on the breeding biology of western cuckoo populations.

## Courtship and pair formation

The period of courtship and pair formation has not been well-studied in yellow-billed cuckoos. Pairs begin forming soon after their arrival on the breeding grounds, from May to June in the eastern portion of the range and from June to early July in the West (Hughes 1999). While following a female during courtship and when soliciting copulations, males will carry a food item that they then typically offer to the female during copulation (Hendricks 1975, Laymon 1998). Members of a pair visit prospective nest sites together before finally choosing one (Hamilton and Hamilton 1965). Both male and female cuckoos contribute to building the nest, gathering material (mostly twigs) from the immediate area around the nest site (Hughes 1999).

## Clutch and brood size

Clutch size varies from one to five eggs, with a mean of two to three (Potter 1980). Johnsgard (1979) reported a mean clutch size of 3.1 eggs in Kansas. On the Kern River in California, clutch size averaged 2.95 (n = 92 clutches) with a modal clutch size of three and a range of one to six eggs (the latter laid by two females in one nest; Laymon 1998). On the Bill Williams River in Arizona, Halterman (cited in Laymon 1998) found a mean clutch size (n = 14) of 2.14 eggs (with no four or five egg clutches). Although there have been occasional reports of larger clutches, they are considered to be cases where two or more females laid eggs in the same nest (Nolan and Thompson 1975). Female cuckoos lay exceptionally large for their body size eggs for their body size, and the laying interval is typically every other day (Hughes 1999).

Yellow-billed cuckoos are also known to be both intra- and interspecific brood parasites, laying their eggs in other cuckoo nests and also in the nests of at least eleven other bird species (Fleischer et al. 1985, Hughes 1997, 1999). The frequency with which they engage in such behavior is not well known, but only 1 of 92 nests in California had eggs deposited by more than one female (Laymon 1998). In eastern populations, intraspecific brood parasitism appears to be more frequent during years of high food abundance (e.g., cicada emergences; Nolan and Thompson 1975, Fleischer et al. 1985). The extent to which females engage in brood parasitism is in need of further study (see Information Needs section).

## Parental care and offspring behavior

Yellow-billed cuckoos are typically monogamous, but Laymon (1998) documented helper males at about 30 percent of nests in a California study. It is not clear whether the helper males are related to the breeders, which is typically the case in species with helpers at the nest (Stacey and Koenig 1990). Helpers provide food to the nestlings, and this may account for more than 40 percent of the total food deliveries (Laymon 1998).

Both cuckoo parents incubate the eggs, sharing the duties equally during the day, with the male typically incubating during the night (Preble 1957, Hamilton and Hamilton 1965, Hughes 1999). Parents relieve each other during incubation approximately every 1 to 2 hours during the day. The incubation period is unusually short, lasting 9 to 12 days (Hamilton and Hamilton 1965, Potter 1980, Laymon 1998), with an average of 11 to 12 days on the Kern River in California (Laymon 1998). During the incubation and early nestling stages, nests are rarely left unattended (Laymon 1998). Both parents brood the young, particularly during cool periods, with the male brooding the young at night (Preble 1957, Potter 1980). Parents cease brooding the young once the feathers have broken their sheaths, typically at around 6 days of age.

The nestlings are fed by both parents, but within some pairs only one of the parents may provide the vast majority of the food (Hughes 1999). In California, female cuckoos may stop tending the brood early in the nestling stage and start another nest (Laymon 1998). In such cases, the male takes over all of the nestling care in the first nest and also assists the female with the care of the second brood. The nestling feeding rate increases from about 15 times per day when the young are 2 to 3 days old, to 31 times per day when the young are 5 to 6 days old (Preble 1957). The last-hatched young is typically fed less often than its nest mates, and it may even be removed from the nest by the parent if food is limiting (Laymon 1980). Once the young have fledged (at 5 to 8 days of age, mean of 6 days in California; Laymon 1998), parents continue to feed the young, who hide in the immediate vicinity of the nest. Parental care from this point on has not been studied.

## Nestling growth

Nestlings hatch relatively well-developed, with the ability to open their eyes and stand within 24 to 36 hours. This appears to be a result of the exceptionally large eggs (mean 9.1 to 9.4 grams) that cuckoos lay,

BLM_0075435

given their body size (Nolan and Thompson 1975). Yellow-billed cuckoo nestlings have one of the fastest growth rates among altricial birds, hatching at 8 to 9 grams and fledging 7 to 9 days later at 32 to 38 grams (Preble 1957, Hamilton and Hamilton 1965, Potter 1980). Such rapid nestling growth is typical of brood parasites, whose young must grow more rapidly than host young (Lack 1968). Young "fledge" well before they can fly (at around 21 days; Hughes 1999) by creeping along tree branches and hiding in vegetation. At 10 days of age, the fledglings are capable of flying about 20 meters, and by day 14, they can sustain flight for over 100 m (Laymon 1998).

*Timing of breeding and breeding success*

**Table 5** provides a summary of the timing of major reproductive events for yellow-billed cuckoos in Region 2. As is the pattern for many other species of birds, cuckoos breed earliest in the southern and eastern portions of Region 2, with clutch initiations coming later in the north and to the west. Some authors have suggested that yellow-billed cuckoos may raise two broods per year, at least in some southeastern states (e.g., Sutton 1967). On the Kern River in California, Laymon (1998) has documented many cases of successful double-brooding and even one case of successful triple-brooding. While double-brooding is not rare on the Kern River, it typically occurs only in years with plentiful food resources (Laymon 1998). In the 12 years of study summarized by Laymon (1998), instances of double-brooding occurred in five years. Further east in Arizona, Halterman (cited in Laymon 1998) found no evidence of double-brooding on the Bill Williams River. In the central and eastern portions of the United States, occasional double-brooding may account for some of the exceptionally late nesting records that have been observed: nests with eggs have been found in Kansas on 10 September (Johnston 1965), in South Dakota on 12 September (Tallman et al. 2002), and a recently fledged young was found in Oklahoma (just south of Region 2) on 2 October (Baumgartner and Baumgartner 1992).

In the Sacramento Valley of California, only 64 percent of eggs hatched at four nests (Laymon 1980), while only 60 percent of (15) eggs hatched in seven Indiana nests (Nolan 1963). Fledging success (percent of hatchlings that successfully left the nest) in the same studies was reported as 43 percent in California and 22 percent in Indiana. More recent work on the Kern River in California has documented better breeding success, with 87 percent of all eggs hatching, 74 percent of all eggs producing fledged young, and a mean of 2.14 young fledged per nest (Laymon 1998). For females that produce multiple broods in a year, a mean of 2.56 young are fledged per year. In Arizona, Halterman (cited in Laymon 1998) found that 67 percent of 27 eggs (in 12 nests) resulted in fledged young.

The reasons for the low hatching and fledging success observed in some studies is unclear but warrants further study. The available evidence suggests that the local abundance of invertebrate prey has a strong effect on nesting success (Laymon 1980, 1998, Hughes 1999), and pairs may even forgo breeding in years with inadequate food supplies (Veit and Petersen 1993). In addition, investigator disturbance may have caused poor reproductive success in some studies as yellow-billed cuckoos often desert the nest if it is disturbed during nest-building or incubation (Laymon 1998). As a consequence, researchers should take particular care to avoid visiting nests until after the young hatch, when parents are much less likely to abandon the nest.

Demography

*Genetic characteristics and concerns*

Yellow-billed cuckoos are relatively widely distributed and common in eastern North America, occurring in most low-elevation, deciduous forests. West of the continental divide, however, they are now found only in highly disjunct patches of suitable habitat. The highly fragmented nature of their distribution in the West is likely contributing to the species' decline in those areas as western populations are now isolated

**Table 5.** Peak timing of major breeding events for yellow-billed cuckoos in USDA Forest Service Region 2.

| Study area | First clutch date | Hatch date | Fledge date | Citation |
|---|---|---|---|---|
| Kansas | 5 June (11 May to 10 September) | mid June | late June | Johnston 1964 |
| Colorado | (east) mid July | late July | early August | Andrews and Righter 1992 |
| | (west) early July | mid July | late July | |
| Nebraska | mid June | late June | early July | Molhoff 2001, Sharpe et al. 2001 |
| South Dakota | late June | early July | mid July | Tallman et al. 2002 |

BLM_0075436

and may be negatively affected by a (relative) lack of immigration. The extent to which inbreeding is now occurring in western populations is not known. In the eastern portions of the range, there may be considerable gene flow among neighboring areas due to the dispersal tendencies of juvenile cuckoos, as well as the species' relative abundance. On the Great Plains, where cuckoos are largely confined to riparian areas (especially in the arid western plains), populations may be more genetically isolated as cuckoos decline in abundance. However, it is important to note that with the expansion of riparian woodlands along some Great Plains rivers, these waterways are likely to act as dispersal corridors for cuckoos and thus may assist in maintaining gene flow among populations on the Great Plains.

*Life history characteristics*

There are major gaps in our knowledge of yellow-billed cuckoo life history characteristics. Yellow-billed cuckoos lay small clutches and in most years, produce only a single clutch. Reproductive potential is, therefore, relatively low. Individuals are thought to breed first as one-year olds (Hughes 1999), but in western populations at least, there are records of floaters as well as helper males at nests (Laymon 1998, Hughes 1999). There are no available data on post-fledging or adult survival. In addition, dispersal behavior is very poorly understood, as few banded birds have ever been recovered. One recent resighting of a banded cuckoo in Arizona showed that an adult had moved from the San Pedro River area in the southeast to the Bill Williams River area in the northwest, a distance of several hundred miles (Halterman 2003). Given the lack of critical life history data, analyses of life cycle diagrams and associated demographic matrices (Caswell 1989, McDonald and Caswell 1993) were not carried out in this review. While such analyses can provide valuable insights into which life-history stages may be most critical to population growth, constructing models based on incomplete and/or poor quality data may have little relevance (Reed et al. 2002).

There have been recent attempts to measure life history characteristics within some of the western populations of cuckoos (e.g., Halterman 2003), but these have apparently been hampered by difficulties in capturing adult cuckoos and by the overall small sample sizes that are now inherent in any study of the western subspecies.

*Social patterns and spacing*

Little information is available on territorial and social behaviors of cuckoos. There are anecdotal observations of chases during the breeding season (Hamilton and Hamilton 1965), but in California at least, there appears to be little territoriality, with neighboring pairs often utilizing overlapping habitat with little sign of conflict (Laymon 1980). Laymon (1998) reported territory sizes ranging from 8 to 40 ha (20 to 100 acres) on the Kern River, California. On the Colorado River, territory size is thought to average smaller, as pairs often occupy woodland patches as small as 4 ha (10 acres; Laymon and Halterman 1989).

Cuckoos appear to be solitary during the breeding season, but occasionally several adults have been seen tending nests (Hughes 1999), suggesting that cooperative breeding may occur on occasion. Laymon (1998) reported that about 30 percent of nests on the Kern River in California were tended by a helper male. During migration and on the wintering grounds, cuckoos have been seen in small groups and (occasionally) in large aggregations in Central and South America (Wetmore 1968, Hilty and Brown 1986, Stiles and Skutch 1989), suggesting that migrating birds may form loose flocks.

*Factors limiting population growth*

West of the continental divide, yellow-billed cuckoos occur at extremely low abundance and at widely scattered locations. The rarity of cuckoos in the West may lead to a number of problems affecting population viability. For example, the relatively high rate of helping behavior by unpaired males in California may be a result of the species' rarity and a lack of breeding females. However, careful observations of breeding behavior in the eastern portion of the range are needed to determine whether helping behavior is a normal aspect of the species' life history. Even when suitable breeding habitat becomes available, the overall rarity of yellow-billed cuckoos may preclude immigration to such sites.

In the western portion of the range, loss and/or degradation of breeding habitat is the factor most often cited as driving the declines in yellow-billed cuckoos. Aside from simply reducing the available amount of suitable breeding habitat, degradation

BLM_0075437

of riparian habitats may lead to a number of other negative effects: a reduction in the local food supply, an increase in predation at nests, and a lack of suitable dispersal areas for adult and juvenile cuckoos. Pesticide application is another factors noted as a problem for yellow-billed cuckoos (Hughes 1999). In California, Laymon (1980, 1998) reported that yellow-billed cuckoos eggs contained traces (0.08 and 0.11 ppm) of DDE and that egg shells collected in 1985 averaged 19 percent thinner than those collected prior to widespread DDT applications. In addition, various pesticides used to control mosquitoes and fruit pests (e.g., Zolone) have been observed to correlate with subsequent abandonment of breeding areas by cuckoos, as well as deleterious effects (e.g., loss of motor-control) on juvenile cuckoos (Laymon 1998).

Within Region 2, the factors driving the declines in yellow-billed cuckoo abundance are not yet clear. In western portions of Colorado and Wyoming, loss of undisturbed riparian habitats is the most likely factor limiting cuckoo population growth. The same factor may be important on the western Great Plains (i.e., eastern Colorado, eastern Wyoming, and extreme western portions of South Dakota, Nebraska, and Kansas), where cuckoos are largely restricted to breeding along riparian strips in otherwise arid areas. Further east, yellow-billed cuckoos are also declining, but not as rapidly as in the West. The near range-wide declines, even in eastern North America, suggest that a further factor may be contributing to the declines. It is possible that the widespread habitat loss on the wintering grounds (e.g., Morton 1992, Nepstad et al. 1999), together with the more frequent use of pesticides and herbicides there, have combined to significantly reduce over-winter survival. However, given the near total lack of information on the biology of cuckoos on their wintering grounds, it is not currently possible to assess whether such effects are in fact contributing to declines in cuckoo abundance.

Community ecology

Interactions between yellow-billed cuckoos and their predators, and how these factors interact with habitat use, are presented in **Figure 7**. There is currently a better understanding of community interactions in the western portions of the range, where overgrazing by cattle appears to have had a significant negative impact on preferred habitat. In addition, alteration of natural flow regimes and direct destruction of riparian woodland areas are thought to be major contributors to the rapid decline in available breeding habitat for western yellow-billed cuckoos (Laymon and Halterman 1989).

Predation of eggs and young, and possibly adults, at nests is relatively common, with up to 80 percent of nests in some areas failing to fledge young (Nolan 1963, Nolan and Thompson 1975). Predators known to take cuckoo eggs and young include blue jays (*Cyanocitta cristata*; Potter 1980) and common grackles (*Quiscalus quiscula*; Nolan and Thompson 1975), and indirect evidence implicates snakes and mammals (Nolan 1963). During migration, adults are apparently susceptible to predation by raptors (e.g., aplomado falcons (*Falco femoralis*); Hector 1985).

Hughes (1999) listed a number of species, including American robins (*Turdus migratorius*), gray catbirds (*Dumatella carolinensis*), and wood thrushes (*Hylocichla mustelina*), that will mob yellow-billed cuckoos, apparently in response to the threat of brood parasitism.

The parasites affecting yellow-billed cuckoos have not been well studied. Greiner et al. (1975) found five of 16 cuckoos infected with Leucocytozoon, Trypanosoma, and Microfilaria blood parasites. However, whether these and other parasites (see Hughes 1999 for a brief review) have significant effects on cuckoos remains unknown.

# CONSERVATION

## Threats

Yellow-billed cuckoo abundance has declined in most areas within Region 2, especially in western Colorado and Wyoming. The threats to yellow-billed cuckoos likely vary according to region (west of the continental divide, western Great Plains, eastern Great Plains), with habitat loss and fragmentation being particularly important in the western (arid) portions of Region 2. Habitat fragmentation may be an increasingly serious problem for cuckoo populations on the western Great Plains, whereas further east, a combination of habitat fragmentation, and other, unknown factors appear to be driving the decline (Hughes 1999). Specific threats to yellow-billed cuckoos are discussed individually below.

Pesticides

A number of authors have cited ingestion and toxicity of pesticides as a problem for cuckoos. Jauvin (1996) suggested that local declines in cuckoo populations in Quebec may have been related to large-scale control programs aimed at tent caterpillars. During the 1950s and 1960s, when DDT use was widespread,

22



**Figure 7.** Envirogram representing the web of linkages between yellow-billed cuckoos and the ecosystem in which they occur. These linkages apply to all cuckoo populations in USDA Forest Service Region 2, but are particularly focused on populations within relatively arid landscapes, including all of Colorado and Wyoming, as well as western portions of South Dakota, Nebraska, and Kansas.

BLM_0075439

there were several reports of significant accumulation of toxins in body tissues (Grocki and Johnston 1974), in eggs (Laymon 1980, Laymon and Halterman 1987), and even direct mortality of adult cuckoos following DDT applications to foliage (Wallace et al. 1961). While DDT and DDE are no longer widely used in North America, they are still sold in Central and South America, and thus toxin accumulation from these and other pesticides/herbicides may remain a significant problem during migration and on the wintering grounds. In California, spraying of larvicides and other pesticides (for mosquito control and in orchards) has been cited as a continuing problem for yellow-billed cuckoos (Laymon 1998).

Aside from the negative effects of toxin accumulation in cuckoo body tissues, pesticide use can significantly reduce prey abundance, thus lowering cuckoo reproductive success. Although there have been no experimental studies linking local pesticide applications with cuckoo reproductive success, cuckoo population declines have been noted in areas (e.g., central valley of California) where heavy pesticide use is common in agricultural areas bordering riparian zones (Laymon and Halterman 1989).

Habitat loss

There have been a number of studies in the western United States that have assessed habitat availability for yellow-billed cuckoos, and without exception, they have shown drastic declines in riparian habitat extent and/or quality. Laymon and Halterman (1987) found that habitat structure is often altered, from cottonwood-willow forest to saltcedar (*Tamarix* spp.), with a concurrent reduction in or elimination of the local cuckoo population.

Alteration of hydrology, due to dam construction or irrigation schemes, may both positively and negatively affect yellow-billed cuckoos. Dam construction typically results in single channel, deep waterways that allow the development of relatively dense riparian woodlands. While such vegetation may help to create long corridors of suitable habitat and thus promote the dispersal of cuckoos, much of the normal floodplain vegetation may be lost. Laymon (1998) noted that meandering riparian systems were important yellow-billed cuckoo habitat in California as such systems provided young riparian habitat that are key resources for cuckoos. Relative to mature riparian woodlands, young woodlands provide preferred nesting sites, high productivity of invertebrate prey, and reduced predator abundance (Laymon 1998). Heavy draw for irrigation purposes may seriously decrease water flows and impair associated riparian vegetation, especially in arid southwestern North America. Releases of large quantities of water from dams may also threaten riparian vegetation. Groschupf (1987) analyzed vegetation along one waterway in Arizona that was exposed to repeated, large releases of water from a dam. Almost all cottonwoods and over half of all willow trees were eliminated, resulting in a reduction from 13 cuckoos per 40 ha before the flooding to 3 cuckoos per 40 ha after the flooding.

Yellow-billed cuckoos apparently depend on large tracts of forest, especially in the western portions of their range. In California, cuckoos prefer to nest in areas with at least 10 ha of contiguous (riparian) woodland (Laymon 1998), but they will nest in smaller patches where habitat is otherwise limited (Laymon and Halterman 1989). Further east, cuckoos have been found breeding in 22 ha woodland fragments in Mississippi (Hughes 1999), but were absent from Florida woodlands that were less than 7.5 ha (Bancroft et al. 1995).

A summary of the loss of low-elevation, riparian cottonwood forest in several western states suggests that the problem of habitat loss is widespread and severe. Estimates range from 90 to 99 percent in California, 90 to 95 percent in Arizona, to 90 percent in New Mexico (Groschupf 1987, Rosenberg et al. 1991). Such a loss of riparian habitat leads not only to a direct reduction in cuckoo numbers but also leaves a highly fragmented landscape, which often reduces breeding success by increasing predation rates and decreasing the ease of dispersal by juvenile and adult cuckoos.

Grazing effects

Livestock grazing is typically cited as a major contributor to the degradation of yellow-billed cuckoo habitat in the western portions of the range. Grazing has a significant impact on understory vegetation, retarding or eliminating new growth in riparian areas and thereby severely hampering recruitment of woody species. Bock et al. (1993) found that a large number of southwestern riparian bird species were negatively affected by livestock grazing. Kreuper et al. (2001) showed that the response of southwestern riparian corridors to the elimination of livestock grazing can be dramatic, restoring a vibrant understory to riparian woodland and increasing the local breeding population of yellow-billed cuckoos (San Pedro River in Arizona). Although longer-term studies are lacking, it is likely that eliminating livestock grazing will also significantly impact regeneration of riparian woodland by increasing

24

the recruitment probabilities of young trees. Finally, grazing may promote the establishment of exotic saltcedar by eliminating competition from native cottonwood and willow saplings, which are preferred forage for livestock. The precise microhabitats favored by yellow-billed cuckoos (relatively cool, damp, and shady areas) are those favored by livestock, suggesting that the effects of grazing are likely particularly heavy on cuckoos, relative to other riparian species.

Environmental factors

One of the primary sources of population regulation in yellow-billed cuckoos appears to be the occurrence of periodic insect population irruptions (Veit and Petersen 1993). There are several cases of significant local increases in the number of breeding cuckoos during years of tent caterpillar (Michigan, Eastman 1991; Colorado, see Colorado summary in https://ecos.fws.gov/species_profile/SpeciesProfile?spc ode=B06R) or cicada (Indiana, Nolan and Thompson 1975; Kansas, Fleischer et al. 1985) outbreaks. The opposite pattern may also occur. Jauvin (1996) suggested that declines in cuckoo abundance in Quebec may be correlated to tent caterpillar control programs, and a similar decline was noted in southwestern Colorado after tent caterpillar control efforts there (see web reference above).

Yellow-billed cuckoos may be susceptible to severe weather events during migration. For instance, after the passage of several hurricanes in the area, extensive mortality of yellow-billed cuckoos was noted along the eastern coast of the United States during fall migration (Veit and Petersen 1993). Although drought has not been noted in the literature as a problem for yellow-billed cuckoos, it likely has a significant negative impact on reproductive success, as vegetative understories in western riparian woodlands are typically severely reduced during drought years (D. Wiggins, personal observation). This may affect both foraging success and nest predation rates.

## Conservation Status of Yellow-billed Cuckoos in Region 2

Within Region 2, yellow-billed cuckoos appear to have largely disappeared as a breeding species from areas west of the continental divide. They are now exceedingly rare in western Colorado and southwestern Wyoming, and their disappearance from these areas is in step with the rapid decline throughout the western range of the species. Yellow-billed cuckoos are now found only in small numbers, at highly isolated riparian areas in the western United States and northwestern Mexico. The combination of small population size (often < 4 pairs in any locality), extreme isolation, and deteriorating/disappearing breeding habitat has likely hastened the population crashes in the West. Region 2 populations west of the continental divide are likely suffering from a lack of immigration from nearby areas, as the species is now rare in all areas bordering the western portions of Colorado and Wyoming.

While yellow-billed cuckoos are still relatively common on the Great Plains, they are declining in abundance, especially in recent years (**Table 3**). Such declines are most noticeable on the western Great Plains (**Figure 8**), where riparian woodlands are relatively small and are under many of the same pressures (e.g., altered hydrology, heavy livestock grazing) as in the West. However, given that yellow-billed cuckoos are now declining throughout the eastern portions of the range, where habitat structure is very different from that in the West, it appears likely that another factor may be contributing to range-wide declines. Although there are few data available to assess the possibility, reproductive success has been poor in most published studies, suggesting that recruitment of young birds into the breeding population may be driving the declines. Clearly, studies of reproductive success and recruitment within Region 2 would be extremely valuable (see Information Needs section).

## Management of Yellow-billed Cuckoos in Region 2

Implications and potential conservation elements

The primary factor affecting the reproductive success of yellow-billed cuckoos in Region 2 is the availability and quality of riparian woodland habitat. Loss and degradation of riparian habitats have been widespread in the West and in North America in general (Noss et al. 1995). The effect of habitat loss/degradation on cuckoos has likely been severe in western and central portions of Region 2, where cuckoo populations are relatively small and where cuckoo habitat is more restricted than in the East. Unfortunately, many of the factors that contribute to riparian habitat degradation, such as livestock grazing, hydrological modification, and clearing of riparian woodlands, are more intensive in arid, western portions of Region 2. Consequently, restoring these areas will require a significant change of philosophy among both private and public landholders.

BLM_0075441



**Figure 8.** Changes in the mean number of yellow-billed cuckoos counted on breeding bird surveys. Changes are expressed in percentage change per year over the period 1982 to 2003 (data from Sauer et al. 2004).

In western and central portions of Region 2, yellow-billed cuckoos show a strong preference for nesting in large, undisturbed stands of cottonwood/willow gallery forest along waterways. Although we lack a clear historical picture of how such habitat has changed in Region 2, the construction of dams along major rivers and the near-ubiquitous grazing of livestock along riparian woodlands have no doubt led to a decrease in habitat availability and quality (see also Laymon 1998). Although that situation is changing in the Southwest, with the concurrent demise of willow flycatchers (*Epidonax traillii*) and other riparian obligate bird species, there are currently few habitat conservation programs in place for low-elevation riparian woodlands in Region 2.

Cuckoo breeding habitat in Region 2 may be restored by 1) restoring more natural flow regimes to rivers and creeks, 2) restricting or eliminating livestock grazing along riparian areas, and 3) restricting or eliminating the use of pesticides near cuckoo breeding areas. The latter point is especially important in areas where orchards are adjacent to riparian areas, as cuckoos often forage at such sites.

Studies, such as those along the San Pedro River in Arizona (Kreuper et al. 2001), where exclusion of cattle from riparian areas led to a dramatic and rapid recovery of forests and local cuckoo populations suggest that similar management techniques may benefit cuckoos in Region 2. Livestock grazing is a common feature of western riparian areas (Ohmart 1994), with overgrazing common on private lands and seasonal grazing typical of many public lands (e.g., National Wildlife Refuges and National Forest System). Given the significant impact such grazing can have on riparian woodlands, designation of non-grazed sites within public lands, as well as landowner incentives for restoring riparian

BLM_0075442

woodland on private lands would improve riparian habitats in these areas.

Tools and practices

*Habitat management*

The only published habitat management plan for yellow-billed cuckoos was developed for populations in California (Laymon and Halterman 1989). Although the plan should be modified to reflect the habitat differences between California and Region 2, it could stand as an excellent base for a modified Region 2 habitat management plan for yellow-billed cuckoos. Components of a yellow-billed cuckoo habitat management plan should include the following:

❖ restoring riparian woodlands by restoring natural flow regimes to watercourses and by restricting or eliminating livestock grazing

❖ evaluating the use of pesticides in riparian woodlands and nearby areas

❖ censusing riparian woodlands for before/after effects of any habitat manipulations

❖ monitoring reproductive success in managed/ unmanaged plots, as well comparing reproductive success before and after habitat manipulations.

Although simply carrying out habitat restoration/ modification is likely to have some positive effects, directly measuring cuckoo abundance and reproductive success before and during such work will allow for a more fine-scale assessment of the role of habitat quality in affecting cuckoo population regulation.

Managing riparian woodlands as yellow-billed cuckoo breeding habitat should reveal whether local population declines are being driven primarily by breeding habitat related problems (e.g., woodland degradation, pesticide applications), or whether declines are the result of processes occurring elsewhere (e.g., on the wintering grounds). If habitat manipulations result in a short-term increase in cuckoo abundance and reproductive success, but longer-term population trends remain negative, then it is likely that increasing over-winter mortality during migration and on wintering grounds may be driving the population declines. In that case, an international management plan would be necessary to reverse the trend.

The available evidence suggests that habitat restoration can result in immediate increases in the number of breeding yellow-billed cuckoos. On the Kern River in California, an experiment was undertaken in 1996 to restore willow-cottonwood habitat. The 125 ha (310 acres) of restored habitat immediately attracted breeding cuckoos, and over the entire watershed there was a significant effect of the increase in habitat on the abundance of breeding cuckoos (Laymon et al. 1997, Laymon 1998).

The only other study of the effects of large-scale habitat manipulation on cuckoo populations was carried out in Arizona along the San Pedro River (Kreuper et al. 2001), where the removal of grazing livestock resulted in a dramatic positive effect on vegetation and the number of breeding cuckoos. This study confirmed widespread assumptions that, at least in southwestern riparian areas, livestock grazing is having significant negative impacts on the vegetation understory, and consequent indirect, negative effects on yellow-billed cuckoo abundance.

*Inventory and monitoring*

As mentioned earlier, problems associated with small sample sizes suggest that the BBS trend results be viewed with some degree of uncertainty in the western United States. In many western states (but not in Colorado or Wyoming), state and federal agencies are now performing annual cuckoo breeding surveys. Monitoring of local cuckoo abundance has been conducted recently in California (Halterman et al. 2003), Arizona (Halterman 2003, Johnson 2003), Nevada (Tomlinson and Halterman 2003), Utah (Johnson and O'Brien 1998), Colorado (Dexter 1998), and New Mexico (Woodward et al. 2003). Relative to standard BBS data, such dedicated surveys are much more likely to provide an accurate picture of the status of western cuckoos, as they utilize methods (e.g., tape playbacks, late summer censusing) that are more attuned to the unusual breeding biology of cuckoos. Such methods should ideally be used to assess the current cuckoo population status in western Colorado and southwestern Wyoming.

A generally accepted survey protocol for yellow-billed cuckoos has not been published, but draft protocols used in several western states are shown in **Appendix A** and **Appendix B**. The generally accepted monitoring protocol is to census riparian woodlands by using tape playbacks of the "kowlp" call. A minimum of three and a maximum of five censuses should be

BLM_0075443

carried out during the breeding season, generally from 15 June to 10 August, with at least 12 days between successive census attempts. **Table 6** outlines specific monitoring techniques. **Appendix A** shows a standardized surveying form that was developed for use in the southwestern United States but that could easily be modified for use in Region 2, primarily by altering the vegetation section to reflect local riparian species. See **Appendix A** and **Appendix B** for further details on census techniques.

## *Information Needs*

Research on the ecology of yellow-billed cuckoos has been most intensive in California and Arizona, where the species is now critically endangered. A similar situation now exists in other western states where cuckoo breeding records are rare, including western Colorado and southwestern Wyoming. Declining populations also characterize the western Great Plains, where cuckoos are largely restricted to heavily impacted riparian areas. The situation in Region 2 suggests that only breeding surveys should be carried out in areas west of the continental divide, as the populations there are now either extremely small or extirpated. Population monitoring and demographic studies should be carried out on the Great Plains, where cuckoo abundance is still sufficient to allow such work.

Cuckoo food habitats and foraging behavior have been studied in habitats outside Region 2, but there is virtually no information on diets or foraging patterns within Region 2 riparian areas. Such information will provide important baseline data and may help to assess how cuckoos may respond to habitat changes. It would be particularly insightful to know the extent to which cuckoos forage in areas that are typically subjected to pesticide applications, such as orchards. In addition, studies of local food habits may help to explain why cuckoos in some populations experience relatively poor hatching and fledging success.

There is very little information available on yellow-billed cuckoo demography. There are no good estimates of adult or juvenile survival, and no data on seasonal, geographical, or age-related differences in reproductive success. Without such data, evaluating the role of demography in cuckoo population regulation is impossible. Demographic data should be collected in areas where cuckoos are relatively common, thus allowing sufficient sample sizes for statistical analysis. In Region 2, suitable areas would be on the Cimarron National Grassland in southwestern Kansas, where riparian areas along the Cimarron River are largely protected from livestock grazing. In addition, although cuckoo abundance is typically lower in the high plains area (relative to the eastern Great Plains), tracking cuckoos should be easier in the high plains as site fidelity is likely higher in western areas with more restricted habitat availability.

Aside from tracking reproductive success, a prime goal of any demographic study should be to band nestlings and adults, preferably with color bands.

**Table 6.** Survey methods currently in use for yellow-billed cuckoos in the western United States. Techniques were provided by participants in the yellow-billed cuckoo symposium, Cooper Ornithological Society annual meeting, May 2003, Flagstaff, Arizona. Additional methodology was taken from Appendix B of this assessment.

| Method | Explanation |
|---|---|
| Survey frequency: 3 to 5 times, between 15 June and 10 August | At least three surveys, spaced at intervals of at least 12 days, with a later survey in August if possible. |
| Survey stops every 100 to 200 m in appropriate habitat. | Call broadcasts are generally effective up to 100 m. |
| Recorded should be played back 5 to 10 times at each stop, with 30 to 60 s intervals. | 10 playbacks when using 200 m intervals, 5 when using 100m intervals. |
| Time of day: mid-morning (best) or early evening | Avoid surveys during mid-day heat. 0630 to 1200 is the best period. |
| Weather conditions: No rain, little wind | Avoid surveys during rain, and when wind is greater than 7 mph. |
| Call playback: Only the "kowlp" call should be used for surveying | Cuckoos habituate to calls, so other call types should be used only for specific (e.g., nest surveys) purposes. |
| Avoid checking nest contents: parents will abandon during incubation period | Surveys should be aimed at locating adults - females will often abandon the clutch if disturbed at the nest during incubation. |

BLM_0075444

Although banding nestlings should be relatively straight forward, care will need to be taken not to disturb incubating females as they desert easily. The nesting stage should be monitored closely since nestling cuckoos grow rapidly and leave the nest relatively early. Capturing adults is a time-consuming project that is likely best carried out early in the season before eggs are laid, or just after the young leave the nest and are closely tended by the adults (S. Laymon personal communication 2004). Luring adults into mist nets with taped calls and, if possible, a stuffed or dummy cuckoo is probably the best method of capturing adults for banding. Adults should not be captured at the nest, as the possibility of nest abandonment is too high.

The factors responsible for variance in cuckoo reproductive success are poorly known. The few studies reporting reproductive success (reviewed in Hughes 1999) have shown highly variable results. Formulating management plans for cuckoos would be much easier if we knew how reproductive success was affected by extrinsic factors such as habitat degradation, local food availability, and pesticide use. Although there are difficulties in tracking reproductive success in cuckoos (e.g., disturbance can easily cause nest desertion), such data are critical to understanding whether the range-wide declines are driven primarily by effects on the breeding or on wintering grounds. Thus, studies of cuckoo reproductive success, in different habitat types within Region 2, would allow for a better understanding of the role of reproductive success in regulating cuckoo populations.

Elimination or restriction of livestock grazing, and the consequent effects on vegetation and cuckoo populations, should be tested within several habitat types in Region 2. Such studies would be most easily initiated in federally-managed sites, such as national forests. The Cimarron National Grassland in southwestern Kansas would be a particularly good candidate for such work, as much of the Cimarron River floodplain is under USFS jurisdiction and has not been subjected to livestock grazing. Comparison of cuckoo abundance and reproductive success between the Cimarron National Grassland and nearby grazed riparian areas would allow for an assessment of the role of livestock grazing on cuckoos. In addition, this type of comparison would have the benefit of addressing the effects of grazing on a large number of other bird species that utilize riparian woodlands.

BLM_0075445

# REFERENCES

American Ornithologists' Union. 1957. Checklist of North American Birds. Fifth edition. American Ornithologists' Union, Washington, D.C.

Andrews, R. and R. Righter. 1992. Colorado Birds. Denver Museum of Natural History, Denver, CO.

Bailey, A.M. and R.J. Niedrach. 1965. The birds of Colorado. Denver Museum of Natural History, Denver, CO.

Bancroft, G.T., A.M. Strong, and M. Carrington. 1995. Deforestation and its effects on forest-nesting birds in the Florida Keys. Conservation Biology 9:835-844.

Banks, R.C. 1988. Geographic variation in the Yellow-billed Cuckoo. Condor 90:473-477.

Banks, R.C. 1990. Geographic variation in the Yellow-billed Cuckoo: corrections and comments. Condor 92:538.

Baumgartner, F.M. and A.M. Baumgartner. 1992. Oklahoma Bird Life. University of Oklahoma Press, Norman, OK.

Beal, F.E.L. 1898. Cuckoos and shrikes and their relation to agriculture. U.S. Department of Agriculture Biological Survey Bulletin No. 9. Washington, D.C.

Beidleman, C.A. 2000. Colorado Partners in Flight Land Bird Conservation Plan. Version 1.0. Estes Park, CO.

Bennett, J. and D. Keinath. 2001. Distribution and status of the Yellow-billed Cuckoo (*Coccyzus americanus*) in Wyoming. Unpublished report prepared for the Wyoming Natural Diversity Database, Laramie, WY.

Bent, A.C. 1940. Life histories of North American cuckoos, goatsuckers, hummingbirds and their allies. United States National Museum Bulletin Number 176, Washington, D.C.

Bock, C.E., J.H. Bock, and H.M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology 7:731-733.

Bureau of Land Management. 2000. Information Bulletin No. CO-2000-014. Colorado State Director's Sensitive Species List.

Bureau of Land Management. 2001. Instruction of memorandum WY-2001-040. BLM Sensitive Species Policy and List.

Busby, W.H. and J.L. Zimmerman. 2001. Kansas Breeding Bird Atlas. University Press of Kansas, Lawrence, KS.

Campbell, R.W., N.K. Dawe, 1. McTaggart-Cowan, J.M. Cooper, G.W. Kaiser and M.C.E. McNall. 1990. The Birds of British Columbia. Vol. 2. Nonpasserines. Royal British Columbia Museum, Victoria, British Columbia, Canada.

Cannon, R.W. and F.L. Knopf. 1984. Species composition of a willow community relative to seasonal grazing histories in Colorado. Southwestern Naturalist 29:234-237.

Carter, M.A. 1998. Yellow-billed Cuckoo. *In*: H. Kingery, editor. Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, CO.

Casey, D. 2000. Montana Partners in Flight Bird Conservation Plan. Version 1.0. American Bird Conservancy, Kalispell, MT.

Caswell, H. 1989. Matrix population methods. Sinauer Associates, Inc. Sunderland, MA.

Cerovski, A., M. Gorges, T. Byer, K. Duffy, and D. Felley. 2001. Wyoming Bird Conservation Plan, Version 1.0. Wyoming Partners in Flight. Wyoming Fish and Game Department, Laramie, WY.

Committee on the Status of Endangered Wildlife in Canada. 2004. Canadian species at risk. Committee on the Status of Endangered Wildlife in Canada. Ottawa, Ontario, Canada. [Online: http://www.cosewic.gc.ca/eng/sct5/index_e.cfm ]

Dexter, C. 1998. River survey of west-central Colorado for yellow-billed cuckoo and riparian weeds. Report prepared for the Bureau of Land Management. 26 pp.

BLM_0075446

Dorn, J.L. and R.D. Dorn. 1999. Wyoming Birds. Second Edition. Mountain West Publishing, Cheyenne, WY.

Ducey, J.E. 2000. Birds of the Untamed West: The History of Birdlife in Nebraska, 1750 to 1875. Making History, Omaha, NE.

Eastman, J. 1991. Yellow-billed Cuckoo. Pages 234-235 *in* R. Brewer, G.A. McPeek, and R.J. Adams, editor. The atlas of the breeding birds of Michigan. Michigan State University Press, East Lansing, MI.

Fleischer, R.C. 2003. Phylogeography and subspecies systematics of the Yellow-billed Cuckoo. Unpublished abstract, Cooper Ornithological Society 75th annual meeting, Flagstaff, AZ.

Fleischer, R.C., M.T. Murphy, and L.E. Hunt. 1985. Clutch size increase and intraspecific brood parasitism in the Yellow-billed Cuckoo. Wilson Bulletin 97:125-127.

Franzreb, K.E. and S.A. Laymon. 1993. A reassessment of the taxonomic status of the Yellow-billed Cuckoo. Western Birds 24:17-28.

Gaines, D.A. and S.A. Laymon. 1984. Decline, status and preservation of the Yellow-billed Cuckoo in California. Western Birds 15:49- 80.

Goss, N.S. 1886. A revised catalogue of the birds of Kansas. Kansas Publishing House, Topeka, KS.

Greiner, E.C., G.F. Bennett, E.M. White, and R.F. Coombs. 1975. Distribution of the avian hematozoa of North America. Canadian Journal of Zoology 53:1762-1787.

Grocki, D.R.J. and D.W. Johnston. 1974. Chlorinated hydrocarbon pesticides in North American cuckoos. Auk 91: 186-188.

Groschupf, K. 1987. Status of the yellow-billed cuckoo (*Coccyzus americanus occidentalis*) in Arizona and west Texas. Report prepared for the U.S. Fish and Wildlife Service, contract number 20181-86-00731. 34 pp.

Halterman, M.D. 2003. Surveys and life history studies of the yellow-billed cuckoo in Arizona. Unpublished abstract, Cooper Ornithological Society 75th annual meeting, Flagstaff, AZ.

Halterman, M.D., D.S. Gilmer, S.A. Laymon, and G.A. Falxa. 2003. Status of the yellow-billed cuckoo in California. Unpublished abstract, Cooper Ornithological Society 75th annual meeting, Flagstaff, AZ.

Hamilton, W.J., III and M.E. Hamilton. 1965. Breeding characteristics of Yellow-billed Cuckoos in Arizona. Proceedings of the California Academy of Sciences 32:405-432.

Haverschmidt, F. and G.F. Mees. 1994. Birds of Suriname. Vaco Press, Paramaribo, Suriname.

Hayden, F.V. 1863. On the geology and natural history of the Upper Missouri. Transactions of the American Philosophical Society 12:1-218.

Hector, D.P. 1985. The diet of the Aplomado Falcon (Falco femoralis) in eastern Mexico. Condor 87:336-342.

Helleiner, F.M. 1987. Yellow-billed Cuckoo. Pages 200-210 *in* M.D. Cadman, P.F.J. Eagles, and F.M. Helleiner, editors. Atlas of breeding birds in Ontario. University of Waterloo Press, Waterloo, Ontario, Canada.

Hendricks, D.P. 1975. Copulatory behavior of a pair of Yellow-billed Cuckoos. Auk 92:151.

Hilty, S.L. and W.L. Brown. 1986. A guide to the birds of Colombia. Princeton University Press, Princeton, NJ.

Hughes, J.M. 1997. Taxonomic significance of host-egg mimicry by facultative brood parasites of the avian genus *Coccyzus* (Cuculidae). Canadian Journal of Zoology 75:1380-1386.

Hughes, J.M. 1999. Yellow-billed Cuckoo (*Coccyzus americanus*). *In*: A. Poole and F.B. Gill, editors. The Birds of North America. No. 418. The Birds of North America, Inc., Philadelphia, PA.

Hunter, W.C., R.D. Ohmart, and B.W. Anderson. 1988. Use of exotic saltcedar (*Tamarix chinensis*) by birds in arid riparian systems. Condor 90:113-123.

BLM_0075447

Jauvin, D. 1996. Yellow-billed Cuckoo. Pages 582-583 *in* J. Gauthier and Y. Aubry, editors. The breeding birds of Quebec: atlas of breeding birds of southern Quebec. Association Québécoise des Groupes d'Ornithologues, Province of Quebec Society for the Protection of Birds, and Canadian Wildlife Service, Montreal, Quebec, Canada.

Johnsgard, P.A. 1979. Birds of the Great Plains: breeding species and distribution. University of Nebraska Press, Lincoln, NE.

Johnson, M.J. 2003. Breeding distribution and habitat use of the western yellow-billed cuckoo in Arizona. Unpublished abstract, Cooper Ornithological Society 75th annual meeting, Flagstaff, AZ.

Johnson, M.J. and C. O'Brien. 1998. Southwestern willow flycatcher and western yellow-billed cuckoo surveys along the San Juan River, Utah (Four Corners Bridge-Mexican Hat). Unpublished report, Colorado Plateau Field Station, Flagstaff, AZ.

Johnston, R.F. 1964. The breeding birds of Kansas. University of Kansas Publications Museum of Natural History 12: 575-655.

Johnston, R.F. 1965. A Directory to the Birds of Kansas. Museum of Natural History, University of Kansas, Lawrence, KS.

Knight, W.C. 1902. The birds of Wyoming. University of Wyoming Agricultural Experiment Station Bulletin Number 55, Laramie, WY.

Kreuper, D.J., T.D. Rich, and J. Bart. 2001. Avian population response during the breeding season to the cessation of livestock grazing on the San Pedro River, Arizona. Unpublished abstract, Cooper Ornithological Society annual meeting, Albuquerque, NM.

Lack, D. 1968. Ecological Adaptations for Breeding in Birds. Methuen, London, England.

Latta, M.J., C.J. Beardmore, and T.E. Corman. 1999. Arizona Partners in Flight Bird Conservation Plan. Version 1.0. Nongame and Endangered Wildlife Program Technical Report 142. Arizona Game and Fish Department, Phoenix, AZ.

Laymon, S.A. 1980. Feeding and nesting behavior of the Yellow-billed Cuckoo in the Sacramento Valley. Wildlife Management Administration Report 80-2, California Department of Fish and Wildlife, Sacramento, CA.

Laymon, S.A. 1998. Yellow-billed Cuckoo (*Coccyzus americanus*). *In*: The Riparian Bird Conservation Plan: a strategy for reversing the decline of riparian-associated birds in California. California Partners in Flight. [Online: www.prbo.org/calpif/htmldocs/riparian_v-2.html]

Laymon, S.A. 2004. Research wildlife ecologist, Alpaugh, CA. Personal communication.

Laymon, S.A. and M.D. Halterman. 1987. Can the western subspecies of Yellow-billed Cuckoo be saved from extinction? Western Birds 18:19-25.

Laymon, S.A. and M.D. Halterman. 1989. A proposed habitat management plan for Yellow-billed Cuckoos in California. USDA Forest Service General Technical Report PSW-110:272-277.

Laymon, S.A., P.L. Williams, and M.D. Halterman. 1997. Breeding status of the Yellow-billed Cuckoo in the South Fork Kern River Valley, Kern County, California: Summary report 1985-1996. Administrative report, USDA Forest Service, Sequoia National Forest, Cannell Meadow Ranger District, Challenge Cost-Share Grant No. 92-5-13.

McDonald, D.B. and H. Caswell. 1993. Matrix methods for avian demography. Pages 139-185 *in* D. Power, editor. Current Ornithology, Volume 10. Plenum Press, New York, NY.

Molhoff, W.J. 2001. The Nebraska Breeding Bird Atlas 1984-1989. Nebraska Ornithologists' Union, Occasional Papers No. 7, Lincoln, NE.

Morton, E.S. 1992. What do we know about the future of migrant landbirds? Pages 579-589 *in* J.M. Hagan, III and D.W. Johnston, editors. Ecology and conservation of neotropical migrant landbirds. Smithsonian Institution Press, Washington, D.C.

BLM_0075448

NatureServe Explorer: An online encyclopedia of life [web application]. 2003. Version 1.8. NatureServe, Arlington, VA. [Online: www.natureserve.org/explorer].

Nepstad, D.C., A.Veríssimo, A. Alencar, C. Nobre, E. Lima, P. Lefebvre, P. Schlesinger, C. Potter, P. Moutinho, E. Mensoza, M. Cochrane, and V. Brooks. 1999. Large-scale impoverishment of Amazonian forests by logging and fire. Nature 398:505-508.

Nolan, V., Jr. 1963. Reproductive success of birds in a deciduous scrub habitat. Ecology 44:305-313.

Nolan, V., Jr. and C.F. Thompson. 1975. The occurrence and significance of anomalous reproductive activities in two North American nonparasitic cuckoos *Coccyzus* spp. Ibis 117:496-503.

Noss, R.F., E.T. LaRoe, III, and J.M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation. U.S. Geological Survey, Biological Resources Division (National Biological Service), Biological Survey Report number 9501, Washington, D.C.

Ohmart, R.D. 1994. The effects of human-induced changes on the avifauna of western riparian habitats. Studies in Avian Biology 15:273-285.

Over, W.H. and C.S. Thoms 1921. Birds of South Dakota. South Dakota Geological and Natural History Survey, Bulletin 9, University of South Dakota, Vermilion, SD.

Parrish, J.R., F. Howe, and R. Norvell. 2002. Utah Partners in Flight Avian Conservation Strategy. Version 2. Utah Partners in Flight Program, Utah Division of Wildlife Resources, UDWR Publication Number 02-27, Salt Lake City, UT.

Peterson, R.A. 1995. The South Dakota Breeding Bird Atlas. South Dakota Ornithologists' Union, Aberdeen, SD.

Platt, J.R. 1964. Strong inference. Science 146:347-353.

Potter, E.F. 1980. Notes on nesting Yellow-billed Cuckoos. Journal of Field Ornithology 51:17-29.

Potter, E.F. 1981. Effects of cool weather on nesting behavior and development in the Yellow-billed Cuckoo. Chat 45: 15-16.

Preble, N.A. 1957. Nesting habits of the Yellow-billed Cuckoo. American Midland Naturalist 57:474-482.

Pruett, C.L., D.D. Gibson, and K. Winker. 2001. Molecular "cuckoo clock" suggests listing of western Yellow-billed Cuckoos may be warranted. Wilson Bulletin 113:228-231.

Reed, J.M., L.S. Mills, J.B. Dunning Jr., E.S. Menges, K.S. McKelvey, R. Frye, S.R. Beissinger, M-C. Anstett, and P. Miller. 2002. Emerging issues in population viability analysis. Conservation Biology 16:7-19.

Ridgway, R. 1887. A manual of North American birds. J. P. Lippincott Company, Philadelphia, PA.

Rising, J.D. 1983. The Great Plains hybrid zones. Current Ornithology 1:131-157.

Ritter, S. 2000. Idaho Partners in Flight Bird Conservation Plan, Version 1.0. Unpublished report. www.partnersinflight.org

Rosenberg, K.V., R.D. Ohmart, W.C. Hunter and B.W. Anderson. 1991. Birds of the lower Colorado River Valley. University of Arizona Press, Tucson, AZ.

Russell, S.M. and G. Monson. The Birds of Sonora. University of Arizona Press, Tucson, AZ.

Rustay, C.M. 2001. New Mexico Bird Conservation Plan, Version 1.1. Hawks Aloft Inc., Albuquerque, NM.

Sauer, J.R., J.E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003. Version 2004.1, USGS Patuxent Wildlife Research Center, Laurel, MD. www.mp2-pwrc.usgs.gov/bbs/

Schultz, T.T. and W.C. Leininger. 1990. Differences in riparian vegetation structure between grazed and ungrazed areas and exclosures. Journal of Range Management 43:295-299.

BLM_0075449

Sclater, W.L. 1912. A history of the birds of Colorado. Witherby, London, England.

Scott, O.K. 1993. A birder's guide to Wyoming. American Birding Association, Colorado Springs, CO.

Sharpe, R.S., W.R. Silcock, and J.G. Jorgensen. 2001. Birds of Nebraska. University of Nebraska Press, Lincoln, NE.

Smith, M.R., P.W. Mattocks, Jr., and K.M. Cassidy. 1997. Breeding birds of Washington State. Volume 4. *In*: Washington State Gap Analysis – Final Report. K.M. Cassidy, C.E. Grue, M.R. Smith, and K.M. Dvornich, editors. Seattle Audubon Society Publications in Zoology No. 1., Seattle, WA.

South Dakota Ornithologists' Union. 1991. The birds of South Dakota. Second edition. South Dakota Ornithologists' Union, Aberdeen, SD.

Stacey, P.B. and W.D. Koenig, editors. 1990. Cooperative breeding in birds. Cambridge University Press, Cambridge, England.

Stiles, F.G. and A.F. Skutch. 1989. A guide to the birds of Costa Rica. Cornell University Press, Ithaca, NY.

Sutton, G.M. 1967. Oklahoma Birds. University of Oklahoma Press, Norman, OK.

Tallman, D.A., D.L. Swanson, and J.S. Palmer. 2002. Birds of South Dakota. South Dakota Ornithologists' Union, Aberdeen, SD.

Thompson, M.C. and C. Ely. 1992. Birds in Kansas. Volume II. University of Kansas Museum of Natural History, Lawrence, KS.

Tomlinson, C.R. and M.D. Halterman. 2003. Status and distribution of the yellow-billed cuckoo in southern Nevada. Unpublished abstract, Cooper Ornithological Society 74th annual meeting, Flagstaff, AZ.

Veit, R. and W. Petersen. 1993. Birds of Massachusetts. Massachusetts Audubon Society, Lincoln, MA.

Voous, K.H. 1955. De vogels de nederlandse antillen. Natuuwetenschapplijke Werkgroep Nerderlandse Antillen, Curaçao, Netherlands Antilles, West Indies.

Wallace, G.J., P. Nickell, and R.F. Bernard. 1961. Bird mortality in the Dutch elm disease program. Cranbrook Institute of Science Bulletin No. 41.

Walters, R.E. 1983. Utah bird distribution: latilong study 1983. Utah Division of Wildlife Resources, Salt Lake City, UT.

Wetmore, A. 1968. Additions to the list of birds recorded from Colombia. Wilson Bulletin 80:325-326.

Wilbur, S.R. 1987. Birds of Baja California. University of California Press, Berkeley, CA.

Woodward, H.D., S.H. Stoleson, and D.M. Finch. 2003. Nesting habitat and nest site selection by Yellow-billed Cuckoos (*Coccyzus americanus*) on the Gila River, NM. Unpublished abstract, Cooper Ornithological Society 74th annual meeting, Flagstaff, AZ.

BLM_0075450

# APPENDIX A

## *Instructions for Completing the Yellow-billed Cuckoo Survey and Detection Form*

These forms were provided by Murrelet Halterman (cuckoobuster@yahoo.com) and were developed in cooperation with the Arizona Game and Fish Department, the USGS Colorado Plateau Field Station in Flagstaff, Arizona, and with information provided by S.A. Laymon (personal communication).

**Explanation of survey form codes:**

**Page 1: Site code** is the location of the area you will survey on a given day. Use the standard 2-letter for State, the four-letter code for the **Drainage Code** (ex - Feather River is FEAT, Cosumnes River is COSU) and the **Site code** is the segment of the drainage being surveyed (leave this blank). Visit and Date are both self-explanatory. This information is repeated at the top of each page in case the data sheets become separated.

**Site Name** is the actual name of the area to be surveyed (ex. Mineral Wash west, or Woodson Bridge). **USGS Quad Name** is the name of the topo sheet from which information was taken. Scale refers to the topo map. **County** and **Management Unit or Owner** can be determined from the topo map. **Ownership** again can be determined from either the topo map or other information provided to the surveyor. **UTM Site Coordinates** are the east and north location of the site. **UTM Source** is the means by which the UTM coordinates were determined. We will mostly be using either generic (these are the hand-held GPS units) or maps. **Site elevation** should be determined from a topo map since the GPS units are very unreliable. **Length of area surveyed** is the total length of habitat (in km) surveyed on a given day. This can be determined using the UTM start and stop points minus the **Distance between Patches**. **Est. area of patches** is the total area surveyed on a given day. This can be determined from the summation of the **Estimated Area of Patches**. **Start time, Stop time,** and **Total hrs** are for the site surveyed, not for the individual patches surveyed.

**UTM coordinates for individual patches within this site** delineates the beginning and end of individual patches within the survey site for a given day. **#Stops** is the number of survey stops made within the patch. **Patch #** is the number of the patch surveyed within the site being surveyed. A patch is defined as an area of habitat 5 ha or greater in extent that is 300 meters or more from the next closest patch. **Start coordinates** and **Stop coordinates** are again determined either with a hand-held GPS unit or from a topo map. **YBCU?** is a check-off to indicated if cuckoos were detected at that patch. **Photo#** is the numbers on the roll of film of the photos taken of that particular patch.

**Distance Between patches** is the m between each patch surveyed. **Estimated area of patches** is the area in hectares of each patch. This can be determined form a topo map or estimated (remember - one ha is 100 m X 100 m).

Take at least 2 photographs of habitat in each patch and attach to the data sheets a copy of the USGS quad section with the patch identified. Take at least one photo from outside the patch, and indicate which where the photo was taken (i.e. - #23 on north side of patch looking south). When starting each new roll of film take a picture of a card stating the survey area and the roll number - (i.e. - NCAL roll#2; or LCR roll#1). This way it will be easy to identify each roll of film and match it with the site notes.

**Page 2:** This sheet is the information to be filled out each time a cuckoo is detected. **Patch number** is the patch the YBCU was located in (there can be multiple detections for a patch). For **Surveyor** is the use the first letter of your first, middle, and last name. **Time** is the time the cuckoo was first detected. **Detection type** is categorized by **casual** (the tape was not played), **playback** (bird was responding to the tape), and **nest** (a nest was located). Within each of these categories is the type of response - was the bird heard only (aural), heard only (visual), or both. **Vocalization Type** – if the cuckoo was vocalizing, which vocalization was it doing? It is possible to have more than one type of vocalization listed. **Breeding Status** is determined from a combination of vocalization and behavior. If a bird is cooing and very interested in the tape, it is unmated. If it gives either a kowlp or a knocker call and shows little interest in the tape, it is probably mated. If it shows some interest in the tape, but never calls, it would probably be unknown. **Age** is determined by bill color, tail color and length, and vocalizations. Adults have yellow on the lower mandible, the tail is approx. as long as the body, and is black with bold white spots. Juveniles have little or no yellow on the lower

35

mandible, the tail is shorter and dark gray with smudgier tail spots. **Note #** refers to any notes made on the reverse of these sheets. Notes should include behavioral observations as well as descriptions of calls and tail markings that can be used to determine sex and breeding status. **Detection UTM** – the UTM coordinates of any cuckoos detected.

Please summarize the day's findings at the bottom of the page. Include the initials of all members of the survey team as well as the date. In the space provided list additional riparian species seen at the site. We are particularly interested in other riparian obligates such as yellow warblers, summer tanagers, Bell's vireos, and yellow-breasted chats.

**Page 3:** **Vegetation characteristics** is an estimate of the percentage of native (willow, cottonwood, etc.) vs. exotic (Tamarisk, Arundo, etc.) vegetation in the area. The next two categories are a ranking of the major plants present at the site. In an area that dominated by cottonwoods, with lesser quantities of willow and alder, these would be ranked as follows: **1** cottonwoods, **2** willow, **3** alder. If the understory was dominated by wild grape, but also had blackberry and poison oak, it would be ranked as follows: **1** wild grape, **2** blackberry, **3** Other - poison oak. **Average Canopy Height** is for all of the areas surveyed on a given day, as are **Estimated Canopy Cover** and **Average Understory Height** and **Understory Cover**. The final section on the page is for describing differences among the patches surveyed, as well as logging photo numbers.

The final lines of the page are to record names of surveyors as well as who entered the data in the computer and the date this was done.

**Page 4:** This space is provided for additional comments, notes, etc.

**Instructions for completing the Yellow-billed Cuckoo Survey and Detection Form - Repeat Visits**

This is essentially the same as the form used for the first visit, bit without the habitat information. Additionally, space is provided for notes on the bottom of the second sheet. If more space is required, then additional sheets should be attached.

BLM_0075452

**Survey form 1.**          **Yellow-billed Cuckoo Survey aud Detection Form**                    **Page 1**

**Site code** ☐☐ ☐☐☐☐ ☐☐☐☐                          **Visit #** _____  **Date** (mm/dd/yy): _____

| State | Drainage code | Site  code |                    **Surveyor:**_____

**Site Name:**_____**USGS Quad Name:** _____**Scale** (circle):1:24000     1:62500

**County:** _____**Management Unit or Owner:** _____

**Ownership** (circle all that apply):     1-BLM            3-USFS              5-NWR                7-State
                                          2-BOR       4-NPS      6-Tribal      8-Private      9-Other_____

**UTM Site Coordinates:**     Start     ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N

                             Stop     ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N
                             **Collect GPS data in Zone 12 using NAD 83**

**UTM Source** (circle):  1 - PLGR  2 - post processed   3 – generic   4 - Map      **Site elevation:** _____ m

**Length of area surveyed** (sum segments): _____ km **Est. area of patches** (total area surveyed): _____ha

**Start time:** _____     **Stop time:** _____     **Total hrs.:** _____

### UTM coordinates for individual patches within this site

| #Stops | Patch # | Start coordinates | Stop coordinates | YBCU? | Photo# |
|---|---|---|---|---|---|
| _____ | 1 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 2 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 3 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 4 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 5 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 6 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 7 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |
| _____ | 8 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | _____ |

**Distance Between patches (m)**

1→2 _____   2→3 _____   3→4 _____   4→5 _____   5→6 _____   6→7 _____   7→8 _____
**Estimated area of patches (ha)**

1 _____  2 _____  3 _____  4 _____  5 _____  6 _____  7 _____  8 _____

**Remember to take photographs of habitat in each patch and attach a copy of the USGS quad section.**

BLM_0075453

**Site code** ⬜⬜ ⬜⬜⬜⬜ ⬜⬜⬜⬜     **Visit #** _____   **Date** (mm/dd/yy): _____    **Page 2**

| YBCU detect # (# tape plays) | Patch # | # times tape played before response | Surveyor use all three initials | Time (24 hr) | Detect. type: 1 - Casual: A = aural V = visual B = both 2 - Playback: A, V, or B | | Vocaliz. Type 1 - kowlp 2 - knocker 3 - coo 4 - one note 5 - other 6 - none | Breeding Status: M - mated S -single U –unk. N- Nest: (say why in notes) | Age: A -adult J -juven. U -unk. | Note # | Detection UTM?s (Where first detected) Use GPS if possible. If not, calculate from map. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | – | | | | | | | | | | E  <br><br>N |
| 2 | | | | | | | | | | | E  <br><br>N |
| 3 | | | | | | | | | | | E  <br><br>N |
| 4 | | | | | | | | | | | E  <br><br>N |
| 5 | | | | | | | | | | | E  <br><br>N |
| 6 | | | | | | | | | | | E  <br><br>N |
| 7 | | | | | | | | | | | E  <br><br>N |
| 8 | | | | | | | | | | | E  <br><br>N |

**Survey summary:  # Adults_____    # juveniles_____    # territories_____    # pairs_____    # singles_____**

## Additional Bird Species Detected (use A.O.U. codes)

| |
|---|
| |
| |

BLM_0075454

**Site code** ☐☐ ☐☐☐☐ ☐☐☐☐   **Visit #** _____ **Date** (mm/dd/yy): _____   **Page 3**

**Vegetation Characteristics:** Overall, the species in the overstory and understory over the majority of the site are (check box):

☐ **Native**: > 75% ☐ Mixed: 51-75% **native** ☐ Mixed: 51-75% **exotic** ☐ **Exotic**: > 75%

**Overstory** (rank dominant species for the site)**:** ☐**Cottonwood** ☐ **Sycamore** ☐ **Willow** ☐ **Mesquite**

☐ **Tamarisk** ☐ **Alder** ☐
Other(s)_____

**Avg. Canopy Height** (est. for site)**:** _____ m   **Est. Canopy Cover** (check box)**:** ☐ < 25% ☐ 25-50% ☐

>50%

**Understory** (rank dominant spp. for the site)**:** ☐**Cottonwood** ☐ **Willow** ☐ **Mesquite** ☐ **Tamarisk** ☐
**Ash** ☐ **Alder** ☐ **Arrowweed** ☐ **Baccharis** ☐ **Grape** ☐ **Blackberry**
Other(s)_____

**Avg. Understory Height** (est. for site)**:** _____ m  **Understory Cover** (est.)**:** ☐ <10% ☐ 10-25% ☐ 26-50% ☐ 51-75% ☐ 76-100%

**Is surface water present within 300 m of this site?  YES_____ NO _____   Is that true for all patches? YES_____ NO ____**

Describe in comments any substantive variation between patches. For example, if the average canopy cover for the site is 30%, but within Patch 3 it is 60%. Similarly, if dominant species or other vegetation parameters show considerable variation it should be noted. Document these differences with photographs whenever possible. Make sure to reference comments to photo #s and note #s whenever available.

| Note # | Comments (general, or specify note #): | Photo #s |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

BLM_0075455

**Page 4**

**Site code** ☐☐ ☐☐☐☐ ☐☐☐☐        **Visit #** _____   **Date** (mm/dd/yy)**:** _____

Use the space below for site access directions, additional comments, notes, drawings of cuckoos, etc.

BLM_0075456

**Survey form 2.**       **Yellow-billed Cuckoo Survey and Detection Form - REPEAT VISITS**

Site code ☐☐ ☐☐☐☐ ☐☐☐☐                     Visit # _____   **Date** (mm/dd/yy)**:** _____
     | **State** | **Drainage code**   | **Site  code** |            **Surveyor:**_____

**Site Name:**_____   **USGS Quad Name:** _____ **Scale** (circle):1:24000     1:62500

**County:** _____   **Management Unit or Owner:** _____ Surveyor _____

**Ownership** (circle all that apply)**:**   1-BLM          3-USFS            5-NWR            7-State
                              2-BOR      4-NPS     6-Tribal         8-Private    9-Other_____

**UTM Site Coordinates:**   Start ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N

                    Stop ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N
                    **Collect GPS data in Zone 12 using NAD 83**

**UTM Source** (circle):1 - PLGR   2 - post processed  3 – generic   4 - Map   **Site elevation:** _____ m

**Length of area surveyed** (sum segments)**:** _____ km **Est. area of patches** (total area surveyed)**:** _____ ha

**Start time:** _____   **Stop time:** _____   **Total hrs.:** _____

**UTM coordinates for individual patches within this site**

| #Stops | Patch # | Start coordinates | Stop coordinates | YBCU? | Photo# |
|--------|---------|-------------------|------------------|-------|--------|
| _____ | 1 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 2 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 3 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 4 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 5 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 6 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 7 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |
| _____ | 8 | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐☐☐☐☐☐ E ☐☐☐☐☐☐☐ N | ☐ | ____ |

**Distance Between patches (m)**

1→2 _____   2→3 _____   3→4 _____   4→5 _____   5→6 _____   6→7 _____   7→8 _____

**Estimated area of patches (ha)**

1 _____  2 _____  3 _____  4 _____  5 _____  6 _____  7 _____  8 _____

BLM_0075457

**Site code** ☐☐ ☐☐☐☐ ☐☐☐☐          **Visit #** _____   **Date** (mm/dd/yy): _____

| YBCU detect # (# tape plays) | Patch # | Surveyor use all three initials | Time (24 hr) | Detect. type: 1 - Casual: A = aural V = visual B = both 2 - Playback: A, V, or B | Vocaliz. Type 1 - kowlp  2 - knocker  3 - coo 4 - one note 5 - other 6 - none | Breeding Status: M -mated S -single U –unk. N- Nest: (say why in notes) | Age: A -adult J -juven. U - unk. | Note # | Detection UTM?s (Where first detected) Use GPS if possible. If not, calculate from map. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | – | | | | | | | | E<br><br>N |
| 2 | | | | | | | | | E<br><br>N |
| 3 | | | | | | | | | E<br><br>N |
| 4 | | | | | | | | | E<br><br>N |
| 5 | | | | | | | | | E<br><br>N |
| 6 | | | | | | | | | E<br><br>N |
| 7 | | | | | | | | | E<br><br>N |
| 8 | | | | | | | | | E<br><br>N |

**Survey summary:  # Adults_____    # juveniles____    # pairs_____    # singles_____**

**Comments and notes:**

_____

_____

_____

| **Additional Bird Species Detected** (use A.O.U. codes) |
|---|
|  |

BLM_0075458

# APPENDIX B

## *Draft Yellow-billed Cuckoo Survey and Monitoring Protocol for California*

**Prepared by: Stephen A. Laymon Ph.D.**
Research Wildlife Ecologist
P. O. Box 190, Alpaugh, CA 93201
Telephone: (559) 949-8110
E-mail: slaymon@lightspeed.net
Prepared: 4 June 1998
Revised: 13 July 1998

**Introduction:** In the western United States a petition has recently (February 1998) been filed to list the western subspecies of the Yellow-billed Cuckoo (*Coccyzus americanus occidentalis*) as a Federally Endangered Species. The species is extremely rare in California, with less than 50 pairs recorded during the last statewide survey in 1986-1987. There is no indication that the population has increased since that survey. The population in California is concentrated along the Sacramento River from Red Bluff to Colusa and along the South Fork Kern River near Weldon. Other breeding locations of small numbers of pairs are along the Feather River from Oroville to Verona, along the Owens River, along the Amargosa River, and in the Prado Flood Control Basin. The western subspecies, officially known as the California Yellow-billed Cuckoo, is also sometimes referred to as the Western Yellow-billed Cuckoo. The cuckoo has a large home range, calls infrequently when mated, and is rarely detected visually. It is also territorial only in a limited sense. These factors render traditional bird survey methods, such as point counts and transects, of limited value to determine the presence/absence or abundance of the species. Playback surveys are the recommended method for conducting surveys. Because of large and overlapping home ranges, locating all nests in a population is the only way to census (i.e. to do a complete count of) the population.

**Survey method:** Playback of the cuckoo's pair contact call ("kowlp" call) has proved to be the best method to survey the species. The tape-recorded call should be able to be easily heard for a minimum of 100 m. I recommend a dual speaker, sports tape recorder, like the Sanyo "Outsider" or Sony "Outback". These recorders have both the power to project the required distance, lack of distortion at high volume, and are rugged enough to stand up under field conditions. I have been using a Sanyo "Outsider" for the past 10 years with no trouble, but have been unable to obtain a replacement. If you find a source please spread the word.

Any recording of the "kowlp" call is fine. I always use the recording from the Peterson Field Guide tape because it is distinctive and I can tell the difference between a real cuckoo and another cuckoo surveyor's tape. Never use a tape of the cooing call, which is given only by unmated males, to survey for cuckoos. This call will reduce the response rate of mated cuckoos below what it would be if no call were used.

Surveys should be conducted between the hours of 6:30 and noon. The hot part of the day should be avoided as response rate declines sharply. I would avoid conducting surveys when the temperature exceeds 100 degrees. Surveys in the late afternoon (6:00) and evening (8:00) are also possible but the survey results have not been compared to known populations. Survey stops located every 200 m along the forest edge are recommended. If the forest patch is greater than 100 m in width, it will be necessary to make two or more transects through the patch. In some locations, surveys can be conducted from a dry creek bed with up to 100 m of habitat on either side. No part of the patch should be more than 100 m from a survey location. In terms of the number of survey stations/40 ha (100 acres), 12 stops would be needed for a square habitat patch (633 m x 633 m), 10 stops for a 200 m x 2000 m patch, and 20 stops for a 100 m x 4000 m patch.

The recorded call should be played about 10 times at each stop, with about 30-60 second pauses between each call. An alternative is to stop every 100 m and play the tape 5 times at each stop. I have not found one method to be superior to another. The pauses between the calls are extremely important. Cuckoos rarely respond instantly and usually wait 30 seconds or more before responding. If you are walking, talking, or playing the tape you will probably not hear the response. Approximately 4 km of habitat can by surveyed per morning.

Three surveys of your study area should be conducted during the breeding season. In California, surveys should not be conducted before 15 June, because most cuckoos have not arrived before that date. Surveys should not be conducted after 10 August because many cuckoos have become very quiet and rarely respond. Surveys should be conducted 10 to 14 days apart between the 15 June to 10 August period. This spacing allows the surveyor to hit the various stages of the nesting cycle for any given pair, increasing the chance of response.

Surveys should not be carried out in winds over 7 mph because this reduces both the cuckoo's response

BLM_0075459

rate and your ability to hear the response. Likewise, surveys should not be conducted when it is raining. Rain is generally not a problem in California during the survey period.

**Survey results:** With surveys for sensitive species, the problem of presence vs. absence vs. not found always arises. A response by a cuckoo during a survey of course indicates that a cuckoo is present at the site. Surveys conducted at sites where the population is known indicate that with three surveys there is approximately a 95% chance of detecting at least one member of a pair. Therefore, there is approximately a 5% chance of cuckoos being present at the site but not being detected during the survey.

The absence (or presumed absence) of cuckoos in any given year does not indicate that the site is never used by cuckoos. Some sites in California have been unoccupied by breeding pairs for five or six years only to be reoccupied. In addition, numbers of pairs can vary greatly from year to year at even the best sites. At the South Fork Kern River, from 1985 to 1997, the cuckoo population has varied from a low of three pairs to a high of 23 pairs. We recommend that surveys be conducted for a minimum of three years to capture the variation in population size and to conclude that cuckoos are actually absent.

**Cuckoo response and call context:** Cuckoos can respond to the taped calls in several ways. How they respond depends on their breeding status, breeding season phenology, and individual variation.

**Unmated male cuckoos** will often fly into where the observer is located and, after one or two minutes, will respond with a cooing call. The cooing call is a mate attraction call and is therefore the song of the cuckoo. To the inexperienced, the call could easily be mistaken for a Mourning Dove. Experienced observers sometimes mistake this call for the call of a Greater Roadrunner. The main difference is that the Roadrunner call descends while each note of the Yellow-billed Cuckoo call is on the same pitch. This cooing can continue indefinitely and unmated male cuckoos will sometimes follow a surveyor for several hours. It is sometimes necessary to skip a survey location to lose these unmated males.

**Unmated female cuckoos,** when they respond at all, often fly in and silently observe the surveyor. On a few occasions I have had them respond with a low guttural call similar to, but much lower and hoarser than cooing.

**Mated male and female cuckoos** sometimes also respond by flying in silently, but usually they respond from a ways off with a contact "kowlp" call. Mated cuckoos never coo. Both male and female cuckoos make a "kowlp" call and the sexes can only be told apart by call with much experience. In the vicinity of an active nest both male and female will make a soft knocking call which is used to tell the mate and young that a predator is near. This call can be made in response to your presence or to the presence of a hawk or owl.

**Juvenile cuckoos** that are still dependent on the adults for food will respond with a soft clucking call, which tells the parents their location. As the young get older (3-4 weeks out of the nest), the clucking gets louder and begins to resemble the parents "kowlp" call.

**Nest location and monitoring:** Nest location is the only method to determine an exact count (census) of Yellow-billed Cuckoo populations. I recommend that nest location only be done after training by someone experienced with the species. Nest finding by an untrained person, unfamiliar with the subtleties of cuckoo behavior and calls, could result in nest loss or abandonment. Locating nests of Yellow-billed Cuckoos is very difficult and time consuming. An average of 4 person days, by experienced cuckoo nest finders, is needed to locate a nest. Cuckoos view humans as predators and are therefore very wary around the nest and literally will not go to a nest if they know you are watching them. This accompanied with the large home range (up to 100 acres) and the dense vegetation in which they nest make nest finding extremely difficult. Nest finding is easier during the nest building stage, but is not recommended because of the possibility of abandonment. The optimum time to locate nests, both from the standpoint of ease of nest finding and the least likelihood of nest abandonment, is while they are feeding the young. Once nests are found, they should be checked only when the parents are absent.

**Surveyor qualifications:** It is recommended that those who are planning to survey for this species should attend a training course before conducting surveys. This is needed because of the cuckoo's cryptic nature, the difficulty of identification of some of its calls, and the need to understand the call.

Verified sightings should be considered sightings that have been made by field biologists who have experience with the species. The best way to get experience is to take a cuckoo workshop or accompany trained observers on a survey. Many highly skilled birdwatchers and field ornithologists also have the

necessary knowledge to positively identify this species. In the case of untrained and inexperienced observers, a tape recording or photo would be necessary for the sighting to be considered verified.

Futher reading:

Franzreb, K.E. and S.A. Laymon. 1993. A Reassessment of the Status of the Yellow-billed Cuckoo. Western Birds 24:17-28.

Gaines, D. and S.A. Laymon. 1984. Decline, status and preservation of the Yellow-billed Cuckoo in California. Western Birds 15:49-80.

Halterman, M.D. 1991. Distribution and habitat use of the Yellow-billed Cuckoo (*Coccyzus americanus occidentalis*) on the Sacramento River, California, 1987-1990. Masters Thesis, California State University, Chico, CA.

Launer, A.E., D.D. Murphy, S.A. Laymon, and M.D. Halterman. 1990. 1990 distribution and habitat requirements of the Yellow-billed Cuckoo in California. Admin. Rept. to the Nature Conservancy.

Laymon, S.A. 1980. Feeding and nesting behavior of the Yellow-billed Cuckoo in the Sacramento Valley. Admin. Rep. 80-2. Wildlife Management Branch, Dept. of Fish and Game, Sacramento, California. 28 pp.

Laymon, S.A. 1998. Partners in Flight bird conservation plan: Yellow-billed Cuckoo (*Coccyzus americanus*). Admin. Rept. to California Partners in Flight.

Laymon, S.A. and M.D. Halterman. 1987. Yellow-billed Cuckoos: can the western subspecies be saved from extinction? Western Birds 18:19-25.

Laymon, S.A. and M.D. Halterman. 1989. A proposed habitat management plan for Yellow-billed Cuckoos in California. Pages 272-277 *in* D. Able, editor. California Riparian Systems: protection, management and restoration for the 1990's. USDA Forest Service, General Technical Report PSW-110, Berkeley, CA.

Laymon, S.A., P.L. Williams, and M.D. Halterman. 1997. Breeding status of the Yellow-billed Cuckoo in the South Fork Kern River Valley, Kern County, California: Summary Report 1985 – 1996. Admin. Rept. USDA Forest Service, Sequoia National Forest, Cannell Meadow Ranger District, Challenge Cost-share Grant #92-5-13.

BLM_0075461

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

BLM_0075462



THE
WILDERNESS
SOCIETY

ECOLOGY AND
ECONOMICS
RESEARCH
DEPARTMENT

Report By:
Mark Wilbert
Janice Thomson, Ph.D.
Nada Wolff Culver

May 20, 2008

Our mission:

To protect wilderness and
to inspire Americans to
care for our wild places.

# ANALYSIS OF HABITAT FRAGMENTATION FROM OIL AND GAS DEVELOPMENT AND ITS IMPACT ON WILDLIFE:

# A FRAMEWORK FOR PUBLIC LAND MANAGEMENT PLANNING

## PURPOSE

This brief is submitted as part of the NEPA process for this land management proposal. It is intended to:

- Identify habitat and wildlife impacts that must be analyzed in the plan,

- Demonstrate the potential impacts on wildlife of habitat fragmentation from oil and gas development at various well-pad densities, and

- Offer methodologies to assist the Bureau of Land Management (BLM) to fulfill its responsibility to analyze the direct, indirect, and cumulative impacts on wildlife of proposed oil and gas development in the management plan.

BLM_0075463

# CONTENTS

Introduction...............................................................................................1

Legislative and Administrative Requirements for Scientific Analysis..............2

The Science of Habitat Fragmentation and Wildlife Impacts from Oil and
Gas Development..........................................................................3

A Methodology for Analyzing Habitat Fragmentation and Wildlife Impacts......7

Results of an Analysis Applying Our Methodology to a Hypothetical
Landscape ...............................................................................12

Conclusions and Recommendations for Oil and Gas Management Planning...22

References...............................................................................................26

Appendix A: Graphical Tools for Preliminary Landscape Analysis.................29

## FIGURES AND TABLES

Figure 1.          Illustration of Road Density Metric............................................6

Figure 2.          Illustration of Distance-to-Nearest-Road Metric .........................7

Figure 3.          Eight Stages of Simulated Oil and Gas Development.....................11

Figure 4.          Measures of Direct Disturbances for Eight
                   Development Scenarios.....................................................13

Figure 5.          Maps of Road Density for Eight Oil and Gas
                   Development Scenarios.....................................................15

Figure 6.          Mean Road Density for Eight Development Scenarios...................16

Figure 7.          Proportion of Analysis Area at or Below a Road Density for
                   Eight Development Scenarios.............................................17

Figure 8.          Maps of Distance to Nearest Road or Well Pad for Eight Oil
                   and Gas Development Scenarios..........................................18

Figure 9.          Mean Distance to Nearest Road or Well Pad for Eight
                   Development Scenarios.....................................................19

Figure 10.         Proportion of Analysis Area Beyond a Distance of Road or
                   Well Pad for Eight Development Scenarios..............................20

Figure 11.         Distribution of Analysis Area Among Three Sage-Grouse Lek
                   Impact Classes Identified by Holloran (2005)...........................22


Table 1.           Fragmentation Indicator Values for Selected Wildlife Species...........5

TABLE OF CONTENTS

BLM_0075464

| INTRODUCTION |
| --- |

This document is structured around the following topics:

- **Legislative and Administrative Requirements for Scientific Analysis.**

  We review the legislative and administrative obligations the BLM has to assess the environmental consequences of proposed oil and gas development activities.

- **The Science of Habitat Fragmentation and Wildlife Impacts from Oil and Gas Development.**

  We describe the current state of knowledge of the direct, indirect, and cumulative impacts of roads and similar development on wildlife and their habitats. We also describe easily computed spatial metrics that can be used to meaningfully assess the degree and impact of habitat fragmentation.

- **A Methodology for Analyzing Habitat Fragmentation and Wildlife Impacts.**

  We describe an analytical framework that uses geographic information systems (GIS) to aid in examining the direct, indirect, and cumulative impacts of proposed oil and gas development alternatives.

- **Results of an Analysis Applying our Methodology to a Hypothetical Landscape.**

  We discuss the results of a habitat fragmentation analysis simulating the development of an oil and gas field to progressively higher well-pad densities over time.

- **Conclusions and Recommendations for Oil and Gas Management Planning.**

  We draw conclusions from the results of our hypothetical analysis and make specific recommendations regarding the analyses the BLM should conduct and the consideration that should be given to the effects that different levels of oil and gas development have on wildlife.

The methodology presented here provides a necessary, but by no means sufficient, framework for the evaluation of proposed land management decisions regarding oil and gas development. Fragmentation impacts are only one facet of the total ecological impact of such decisions. In order to fully evaluate the merits of different land management alternatives a complete set of ecological and socioeconomic analyses must be conducted and interpreted.

While we present both an analytical framework and results from a hypothetical analysis using that framework, we emphasize the importance of the BLM using the framework to conduct site-specific analyses wherever planning is taking place. The charts and numeric results of our sample analysis (including the charts in Appendix A) can give a preliminary estimate of the minimum potential fragmentation impacts of development on wildlife and their habitats. In this sense, these sample results may be useful in the early stages of planning to help focus the BLM's own analyses, but they are not intended to be a substitute for those site-specific analyses.

1

BLM_0075465

## LEGISLATIVE AND ADMINISTRATIVE REQUIREMENTS FOR SCIENTIFIC ANALYSIS

The BLM has a responsibility to manage the landscape for wildlife, energy development, and many other purposes. The Federal Land Policy and Management Act (FLPMA) requires the BLM to "manage the public lands under principles of multiple use and sustained yield," in a manner that will "minimize adverse impacts on the natural, environmental, scientific, cultural, and other resources and values (including fish and wildlife habitat) of the public lands involved."[1] FLPMA also requires the BLM to inventory its lands and their resources and values, and then take this inventory into account when preparing land use plans.[2]  Through management plans, the BLM can and should protect wildlife (as well as scenic values, recreation opportunities, and wilderness character) on the public lands by prescribing various management actions, including the exclusion or limitation of certain uses of the public lands.[3] This is necessary and consistent with FLPMA's definition of multiple use, which identifies the importance of wildlife (in addition to other values) and requires the BLM to consider the relative values of these resources but "not necessarily to [choose] the combination of uses that will give the greatest economic return."[4]

The National Environmental Policy Act (NEPA) requires the BLM to take a "hard look" at the potential environmental consequences of a proposed action, such as a resource management plan or oil and gas development project, so that the BLM must assess impacts and effects that include: "ecological (such as the effects on natural resources and on the components, structures, and functioning of affected ecosystems), aesthetic, historic, cultural, economic, social, or health, whether direct, indirect, or cumulative."[5]  NEPA's hard look at environmental consequences must be based on "accurate scientific information" of "high quality."[6] Essentially, NEPA "ensures that the agency, in reaching its decision, will have available and will carefully consider detailed information concerning significant environmental impacts."[7]  The Data Quality Act and the BLM's interpreting guidance expand on this obligation, requiring that "influential information" (information that is expected to lead to a "clear and substantial" change or effect on important public policies and private sector decisions as they relate to federal public lands and resources issues, such as that information contained in or used to develop a resource management or major oil and gas development project) use the "best available science and supporting studies conducted in accordance with sound and objective scientific practices."[8]

---

[1] 43 U.S.C. §1732.
[2] 43 U.S.C. §§ 1711(a), 1712(a).
[3] *See* 43 U.S.C. § 1712(e).
[4] 43 U.S.C. § 1702(c).
[5] 40 C.F.R. § 1508.8.
[6] 40 C.F.R. § 1502.19.
[7] Robertson v. Methow Valley Citizens Council, 490 U.S. 332, 349 (1989).
[8] Treasury and General Government Appropriations Act for Fiscal Year 2001, Pub.L.No. 106-554, § 515.  *See also*, Bureau of Land Management "Information Quality Guidelines," available at http://www.blm.gov/nhp/efoia/data_quality/guidelines.pdf.

2

BLM_0075466

NEPA also requires that the BLM conduct its environmental impact analysis based upon an adequate and accurate description of the environment that will be affected by the proposed action under consideration—the "affected environment."[9] The affected environment represents the baseline conditions against which impacts are assessed. The importance of accurate baseline data has been emphasized by courts, which have found that "a baseline against which to compare predictions of the effects of the proposed action and reasonable alternatives is critical to the NEPA process."[10]

It is important that the BLM continue to update data on the distribution and quality of wildlife habitat, in order to establish an accurate baseline and determine necessary management actions to preserve and enhance habitat. In the context of managing oil and gas development, the agency can best fulfill its obligation to evaluate the impacts of potential management decisions, then select a course of action based on the best available science, by using both field monitoring and spatial analysis to make the assessments called for under NEPA, FLPMA, and the Data Quality Act. Specifically, the BLM should evaluate the effects on wildlife (and natural and cultural resources) of habitat fragmentation from the existing and proposed network of roads and well pads, and only permit development in a manner that will not cause significant damage to wildlife habitat, using the techniques discussed below.

## THE SCIENCE OF HABITAT FRAGMENTATION AND WILDLIFE IMPACTS FROM OIL AND GAS DEVELOPMENT

### Impacts of Habitat Fragmentation

Oil and gas development creates a complex network of roads, well pads, pipelines, pumping stations, and other infrastructure across a landscape. Roads are widely recognized by the scientific community as having a range of direct, indirect, and cumulative effects on wildlife and their habitats (Trombulak and Frissell 2000, Gucinski et al. 2001, Gaines et al. 2003, Wisdom et al. 2004a, Wisdom et al. 2004b, New Mexico Department of Game and Fish 2005). Increasingly, studies are demonstrating many of the negative effects on wildlife specific to oil and gas development (Colorado Department of Wildlife et al. 2008, Wyoming Game and Fish Department 2004, Confluence Consulting 2005, Holloran 2005, Sawyer et al. 2006, Berger et al. 2006). These negative effects range from direct removal of habitat to long-term displacement of species from preferred habitat. Direct effects can be measured by calculating the physical dimensions of the development feature (e.g., roads or well pads). Indirect and cumulative effects on wildlife are often assessed through analysis of habitat fragmentation.

---

[9] 40 C.F.R. § 1502.15.
[10] Half Moon Bay Fisherman's Marketing Ass'n v. Carlucci, 857 F.2d 505, 510 (9th Cir. 1988) ("without establishing . . . baseline conditions . . . there is simply no way to determine what effect [an action] will have on the environment, and consequently, no way to comply with NEPA.").

BLM_0075467

Habitat fragmentation has been defined as the "creation of a complex mosaic of spatial and successional habitats from formerly contiguous habitat" (Lehmkuhl and Ruggiero 1991). Habitat fragmentation alters the distribution of wildlife species across the landscape and affects many of their life functions such as feeding, courtship, breeding, and migration. Transportation networks and similar infrastructure are one of the most significant causes of habitat fragmentation, and negatively impact wildlife well beyond the surface area disturbed by an actual road or oil/gas well pad (Wyoming Game and Fish Department 2004). The hundreds of scientific papers covered in the literature reviews cited in the previous paragraph illustrate the preponderance of evidence that routes ranging from narrow dirt tracks to paved roads can and do have adverse affects on wildlife. In fact, habitat fragmentation from roads and other human infrastructure has been identified as one of the greatest threats to biological diversity worldwide (Wilcove 1987). This volume of science simply cannot be ignored in a major land management planning effort.

## Measures of Habitat Fragmentation

To quantitatively assess the impacts of habitat fragmentation on wildlife, we need two things: a way to measure fragmentation, and a way to tie various degrees of fragmentation to their impacts on wildlife. Many measures of fragmentation are available—McGarigal and Marks (1995) present dozens—and each has its advantages and disadvantages. Other publications illustrate the importance of such metrics for landscape-level planning (Leitao and Ahern 2002) and measuring the indirect and cumulative impacts of development on wildlife (Theobald et al. 1997, Thomson et al. 2005). In federal land management planning, where transparency and public involvement are important, metrics that are easily computed and easily understood are desirable. The ability to tie these metrics to wildlife impacts comes from the biological literature, which contains an increasing number of references to easily computed fragmentation metrics and values for those metrics at which various wildlife impacts have been recorded. Table 1 contains examples of these indicator values for a few important wildlife species present in oil and gas development areas across the West. This is only a sample, and BLM staff should search the scientific literature for the latest and most appropriate values associated with species of local importance whenever land management planning is undertaken.

BLM_0075468

| Species | Indicator Value | Impact/Observation/Recommendation | Reference |
|---|---|---|---|
| Sagebrush-obligate birds | 328 foot distance to nearest road | Within this distance the density of sagebrush-obligate birds drops by 50 percent regardless of the amount of activity on the road. | Ingelfinger 2001 |
| Greater Sage-Grouse | < 5 producing wells within 1.9 miles of a lek | No impact on lek attendance by males was observed. | Holloran 2005 |
| | 5-15 producing wells within 1.9 miles of a lek | Medium impact on lek attendance by males was observed. | |
| | > 15 producing wells within 1.9 miles radius of a lek | Heavy impact on lek attendance by males was observed. | |
| | 2 mile radius around a lek | Well density within this distance of a lek was observed to be one-third lower for active leks than for inactive leks. | Naugle et al. 2006 |
| | 3.4 mile radius around a lek | No surface occupancy (NSO), no new road construction, and seasonal closure of existing roads are recommended within this distance of a lek. | Braun 2006 |
| | 4 mile radius around a lek | Minimum disturbance is recommended within this distance of a lek. | Northwest Colorado Greater Sage-Grouse Working Group 2006 |
| | 4 mile radius around a lek | NSO designation for areas within this distance of leks is scientifically supported when nesting and brood rearing maps are not available. | Colorado Department of Wildlife 2008 |
| | 1 well pad/mi$^2$ pad density | Measurable negative impacts on breeding populations are observed at this density. | |
| Elk | 1 mi/mi$^2$ road density | Road density above which habitat effectiveness is eliminated in non-forested landscapes | Lyon 1979 |
| Mule Deer | 328 foot distance to nearest road | Distance from a road at which deer are observed to exhibit avoidance in shrub landscape. | Rost and Bailey 1979 |
| | 436 foot distance to nearest road | Female deer on winter range move away from humans on snowmobiles. | Freddy et al. 1986 |
| | 627 foot distance to nearest road | Female deer on winter range move away from humans on foot. | |
| | 1,096 foot distance to nearest road | Female deer on winter range alert to humans on foot. | |
| | 1,542 foot distance to nearest road | Female deer on winter range alert to humans on snowmobiles. | |
| | 1.6, 1.9, and 2.3 miles from well pads | Minimum distances from well pads at which deer are most likely to occur over three years of progressive oil and gas development. | Sawyer et al. 2006 |
| Pronghorn | 0.6 mile distance to nearest road | Distance from a maintained road at which pronghorn exhibit avoidance. | Ockenfels et al. 1994 |
| | 1 mi/mi$^2$ road density | Road density at which negative impacts were acknowledged to occur. | BLM 1999 |
| Bighorn Sheep | 433 foot distance to nearest road | Sheep flee from human activity on roads at this distance. | Papouchis et al. 2001 |
| | 1,191 foot distance to nearest road | Sheep alert to human activity on roads at this distance. | |

Table 1.  Fragmentation Indicator Values for Selected Wildlife Species.

A sampling of road density, distance-to-nearest-road-or-well-pad, or related values at which indirect and cumulative impacts on wildlife occur.

5

BLM_0075469

We recommend the use of two fragmentation metrics that are both easy to compute and easy to understand: road density and distance to nearest road or well pad.

**Road density** is the total length of road per unit area (e.g., miles per square mile). It can be computed by dividing the entire study area into a grid of areas (cells) appropriately sized[11] for the total size of the study area, and assigning to each cell the total length of road in the surrounding circular one-square-mile area. Figure 1 is an illustration of this concept. Feature dimensions, especially cell size, are exaggerated for clarity.



Figure 1. Illustration of Road Density Metric.
Road density is computed for each grid cell in the study area using a GIS tool that totals the length of road in the circular one square mile area surrounding the cell and assigns that value to the cell. With total road length measured in miles, road density has units of miles per square mile. This figure illustrates the one-square-mile circle, the central cell being processed, and the roads (red/bold within the circle) whose lengths are being summed to give the cell's road-density value.

**Distance to nearest road** is the distance from any place in the study area to the nearest road (or other fragmenting feature—in this document we also include the distance to the nearest well pad in this metric). It can be computed by dividing the entire study area into a grid of areas (cells), again appropriately sized for the total size of the study area, and assigning to each cell the distance between the center of that cell and the center of the nearest cell with a road in it. Figure 2 illustrates this concept—again, with feature dimensions exaggerated for clarity.

---

[11] There are no hard and fast rules for selecting an appropriate cell size. Analysts must balance the desire for a small cell that gives fine resolution and smooth visual display against the desire for a larger cell that reduces computer processing time.

BLM_0075470



Figure 2.  Illustration of Distance-to-Nearest-Road Metric.

Distance to nearest road is computed for each grid cell in the study area using a GIS tool that measures the distance from the cell's center to the center of the nearest roaded cell and assigns that value to the cell.  This figure shows cell centers for two sample cells as points, roads as bold red lines, and the distance between cell centers as thinner blue lines.

## A METHODOLOGY FOR ANALYZING HABITAT FRAGMENTATION AND WILDLIFE IMPACTS

Authorization of oil and gas development on federal land requires the BLM to examine the direct, indirect, and cumulative impacts of the proposed development and a range of management alternatives.  This assessment necessarily includes looking at levels of reasonably foreseeable development under the alternatives (see e.g., Instruction Memorandum 2004-089).  In order to evaluate likely effects and select the appropriate alternative in terms of both development and impacts to other resources such as wildlife habitat, the agency should assess a range of well-pad densities and specifically determine acceptable levels.  In the absence of such comprehensive analyses, fields can develop faster than originally expected without the agency having considered the potential effects of, for instance, full-field development with infill, and put in place specific limitations.  The result is development density, and destruction of wildlife habitat, exceeding anything considered during the plan approval process.

For example, in the Jonah Field in Wyoming, original predictions in 1998 were for drilling of 500 wells over 15 to 20 years with a maximum well density[12] of one well per 80 acres.  Within five years, however, an additional 500 wells

---

[12] The BLM sometimes uses the term *spacing* to describe the distribution of well pads on the surface of the land.  This term can be confusing—both because it was originally developed to describe the number of drill holes needed to drain a certain reservoir (this is downhole spacing) and because terms like *increasing spacing* may be interpreted either as placing pads farther apart or as increasing the number of pads per square mile.  For these reasons, we use the term *well-pad density* to describe the surface distribution of well pads.

7

BLM_0075471

were drilled and a well density of one well per 40 acres had been approved.  Most recently, the infill project for this field resulted in the approval of 3,100 more wells, with a well density averaging one well per 10 acres and ranging as high as one well per 5 acres in some parts of the field.  While all of these step-wise increases were approved by BLM, the agency's decision-making would have been better informed by an analysis made at the outset that examined the degree of habitat fragmentation likely to result from different levels of development.  This would have assisted in setting limits on acceptable development, and would also have limited industry expectations.  Performing such an analysis and putting limitations on the degree of habitat fragmentation that will be allowed is important for responsible land management.

The BLM is already recognizing the potential for using GIS analysis to evaluate development impacts.  For instance, the Record of Decision (ROD) for the Resource Management Plan Amendment for Federal Fluids Mineral Leasing and Development in Sierra and Otero Counties (New Mexico) sets out two limitations to protect Chihuahuan Desert Grasslands: restricting surface disturbance to 5 percent of a leasehold at one time and limiting total surface disturbance to 1,589 acres over the life of the RMP Amendment.  The ROD states that both limitations will be monitored and enforced using GIS technology.  (See ROD, p. 12, available at http://www.blm.gov/pgdata/etc/medialib/blm/nm/field_offices/las_cruces/las_cruces_planning/white_sands__otero0/docs_white_sands_.Par.82039.File.dat/PRINTABLEROD-LCFO-FINAL_text.pdf.)

To demonstrate an analytical framework for the analysis of fragmentation, and to provide estimates of the fragmentation effects of oil and gas development on wildlife, we have simulated the incremental development of an oil and gas field, from low well-pad density to high, on a hypothetical 28,120-acre site.  The seven well-pad densities analyzed were chosen to match densities commonly discussed in BLM management plans: one pad per 640 acres, 320 acres, 160 acres, 80 acres, 40 acres, 20 acres, and 10 acres.  These densities, respectively, are equivalent to 1 pad per square mile ($mi^2$), 2 pads/$mi^2$, 4 pads/$mi^2$, 8 pads/$mi^2$, 16 pads/$mi^2$, 32 pads/$mi^2$, and 64 pads/$mi^2$ (the BLM and others sometimes use pads/$mi^2$ in reference to what they call well-pad spacing).  Throughout this analysis we express well-pad density using one or the other of these units, choosing the most appropriate for the context.  We refer to each simulation of a stage of incremental development as a development scenario.

## Scenario Development and Assumptions

The first step in creating development scenarios for analysis was to define the set of roads we assumed to be present before any oil and gas development.  The number of roads in the pre-development landscape has an effect on the magnitude of change in fragmentation metrics from the pre-development condition to the first stage (and a few subsequent stages) of oil and gas development.  The change in fragmentation between the pre-development condition and the first few development stages is smaller when pre-development roadedness is higher because the landscape is already relatively fragmented before well pads and connecting roads are added.  The impact of pre-development roadedness decreases as development continues, because the number of well pads on the landscape becomes the driver

8

BLM_0075472

in the total number and distribution of roads. We chose to create a relatively small initial road system in an effort to remain conservative in our depiction of fragmentation effects.

The pre-development road centerline dataset was digitized on-screen using ArcGIS (ArcInfo) 9.2[13]. Road centerlines were converted to a new dataset representing the actual width of road rights-of-way (the assumed area of direct disturbance) by buffering the centerlines by 20 feet on each side—giving a total width of 40 feet[14].

Development of the oil and gas field was simulated through an iterative process, involving three steps for each stage of development:

1) **Randomly place the number of well pads necessary to achieve the desired well-pad density.** We did this using tools available in CommunityViz 3.2 (Scenario 360),[15] software designed to work as an extension of ArcGIS. We chose to represent well pads as 4-acre squares[16] and to restrict placement of new well pads so that they not overlap with existing well pads and/or roads present in the preceding stage of development. For the first stage of oil and gas development, this exclusion area is the dataset representing the set of 40-foot-wide roads defined for the pre-development landscape.

2) **Manually create road centerline segments, through on-screen digitizing, to connect the newly placed well pads to the existing road system.** We maintained a single roads dataset, with new road segments being added at each stage of simulated oil and gas development. Dataset attributes were maintained to allow identification of the complete road network associated with each development stage. When digitizing road segments, we assumed no restrictions on road routing (e.g., no topographic limitations). As new road centerlines were added, they were often routed along the edge of existing well pads in an effort to minimize fragmentation as measured by the distance-to-nearest-road-or-well-pad metric. However, this practice may slightly increase fragmentation as measured by the road-density metric because a road segment can be slightly longer than the shortest distance between its end points. No effort was made to quantify these effects.

3) **Convert road centerlines to a dataset representing road width, and combine this with the well-pad dataset associated with the current development stage.** This created a dataset representing the area directly disturbed by roads and well pads. As for the pre-development road system, road width was set to 40 feet. For the next stage of development, the combined road/pad dataset was fed back into step 1 above, as the area which the next set of well pads must not overlap.

---

[13] Manufactured by ESRI (Environmental Systems Research Institute), Redlands, CA.
[14] The 40-foot width is based on the average initial width of direct disturbance used in the Draft Environmental Impact Statement for the Pinedale Resource Management Plan from the BLM's Pinedale Resource Area in Wyoming. We selected this width as a representative example of the way that the agency measures impacts in an area where the BLM is regularly addressing oil and gas development.
[15] Manufactured by Placeways, LLC, Boulder, CO.
[16] The 4-acre well pad size is the area of direct disturbance projected for one well pad with a single well in the Reasonably Foreseeable Development document for the Little Snake Resource Area Management Plan in Colorado.

BLM_0075473

This process was repeated seven times to create representations of the road and well-pad infrastructure associated with a pre-development condition and seven hypothetical stages of oil and gas development. Figure 3 presents a pictorial view of these eight development scenarios.

For the pre-development condition and each of the development stages, measurements were made of the area of direct disturbance, road density, and distance to nearest road or well pad using the techniques described in the previous section of this document. The grid cell size chosen was 33 feet—providing good resolution as well as good GIS processing times. Fragmentation metrics were calculated for the entire 28,120-acre study area, but the results presented below are those associated with only the center 20,000-acre analysis area (the lighter shaded interior area in Figure 3). This was done in order to avoid including erroneous results that may naturally arise when processing data near the edge of the full 28,120-acre area.

## Conservative Estimates

The results presented here are conservative estimates of the actual degree of habitat fragmentation and its impacts on wildlife for several reasons. First, these hypothetical scenarios consider the effects of roads and well pads but not of pipelines, pumping stations, and other infrastructure associated with oil and gas development. Second, our road networks do not include closed loops, which commonly occur in real oil and gas developments and increase the overall miles of road and degree of fragmentation. Third, our assumption of no topographic influences on road construction yields a shorter road network than in most real landscapes. Fourth, we assume few roads in the pre-development scenario, but in real landscapes throughout the West the number of roads existing prior to oil and gas development varies greatly, and many areas have pre-development road networks significantly larger than that used in this analysis. Where pre-development road networks are larger, the total degree of fragmentation will be greater, particularly in the early stages of development. Fifth, we assumed a well-pad size of only 4 acres, which is substantially smaller than frequently proposed sizes ranging from 4 to 160 acres depending on the number of wells per pad. Sixth and finally, our analysis of the effect of well pads on Greater Sage-Grouse leks, in which we assume one well per pad, underestimates the impact resulting when more than one well occupies a single pad. Taken together, these factors suggest that the degree of habitat fragmentation and the associated impacts on wildlife from oil and gas development in real landscapes will be even greater than those presented in this document.

10

BLM_0075474



Figure 3. Eight Stages of Simulated Oil and Gas Development.

This series of maps shows the area of direct disturbance from well pads and roads for eight development scenarios. With the pre-development scenario serving as the base condition, each new scenario is created by randomly adding square 4-acre well pads to the previous scenario and connecting them to the growing network of 40-foot-wide roads. Fragmentation metrics are reported for the center 20,000-acre analysis area (blue/lighter shaded) in order to avoid errors that naturally occur as a result of data processing near the edge of the study area.

11

BLM_0075475

**RESULTS OF AN ANALYSIS APPLYING OUR METHODOLOGY TO A HYPOTHETICAL LANDSCAPE**

### Measuring Direct Disturbance

Simple measures of direct disturbance from oil and gas development include total miles of road and total combined road and well-pad area. The graph and table in Figure 4 summarize these measures of direct disturbance for our eight oil and gas field development scenarios. The total area of direct disturbance increases approximately linearly as well-pad density increases. This is expected since the number of well pads (and hence, total well-pad area) doubles as well-pad density doubles. Total road length behaves differently, increasing more rapidly in the early stages of development. Again, though, this is expected, since, in the earlier stages of development, the random placement of a few well pads in our relatively unroaded area will likely require the construction of long roads to connect the well pads to the existing road system. In the later stages of field development, new well pads are likely to be placed near existing roads, and even the larger number of roads needed does not offset the significantly shorter length of each road. This relatively more rapid increase in total road length in the early stages of field development has implications for the indirect impacts of habitat fragmentation, as measured by road density and distance to nearest road or well pad (as shown in the next section).

12

BLM_0075476



| Well-Pad Density (acres/pad) | Well-Pad Density (pads/mi$^2$) | Total Road System Length (miles) | Total Area Directly Impacted (acres) | Percent of Study Area Directly Impacted |
|---|---|---|---|---|
| Pre-development | 0 | 12 | 59 | <1% |
| 640 | 1 | 30 | 271 | 1% |
| 320 | 2 | 42 | 459 | 2% |
| 160 | 4 | 57 | 793 | 4% |
| 80 | 8 | 80 | 1,429 | 7% |
| 40 | 16 | 109 | 2,579 | 13% |
| 20 | 32 | 149 | 4,661 | 23% |
| 10 | 64 | 192 | 8,830 | 44% |

Figure 4.  Measures of Direct Disturbance for Eight Development Scenarios.

This table and graph show the growth of the area of direct disturbance in our oil and gas field development simulation. While the area of direct disturbance, driven by the increasing well-pad area, increases linearly, total road system length increases more rapidly in the earlier stages of field development.

13

BLM_0075477

## Measuring Indirect and Cumulative Impacts

**Road Density**

Road density, when calculated spatially, may be assessed visually by mapping. Figure 5 shows the patterns of road density across the landscape at the different well-pad densities used in our simulation. Using GIS, these data can be displayed with wildlife habitat boundaries such as seasonal range, breeding and rearing habitat, migration paths, and other data for individual species to give a visual sense of road density specifically within these habitats. GIS technology can also combine the road-density and habitat information to give quantitative results within key habitats.

Mean road density—the area-weighted average of individual road-density grid values for the analysis area—can be measured and plotted against well-pad density for each development scenario as shown in Figure 6. This graph shows that the *rate* of increase in road density is higher at earlier stages of development than at later stages. This is consistent with the rate of growth in total road system length and suggests the high relative impact of initial development and the importance of maintaining undeveloped areas.

The utility of spatial road-density computations is increased by tying them to the biological literature on wildlife impacts of fragmentation. To make this connection we plotted the cumulative area distribution of road density for each development scenario (Figure 7). This yielded a series of curves showing the percentage of the landscape at or below any given road density, which can indicate how much of the landscape will likely remain as viable habitat (i.e., below some road-density indicator value obtained from wildlife field research). For instance, Lyon (1979) found that a road density of 1 $mi/mi^2$ will eliminate elk habitat effectiveness in non-forested landscapes. To help us understand how the percentage of the landscape with road density below this value changes with increasing oil and gas development, we can superimpose a line corresponding to a road density value of 1 $mi/mi^2$ (the vertical dashed line in Figure 7) and read the proportion of unimpacted area directly from the chart for each development density (dashed horizontal lines). This reveals that even at the lowest development density—one well pad per 640 acres—just 50 percent of the landscape has a road density less than Lyon's (1979) indicator for loss of habitat effectiveness. At the 320- and 160-acre densities, this proportion falls to 36 percent and 15 percent respectively. At even higher well-pad densities, virtually none of the landscape meets Lyon's criterion. Wherever oil and gas development is planned, assessments of this type should be done for all potentially impacted local species for which road-density indicator values are available in the biological literature.

14

BLM_0075478



Figure 5. Maps of Road Density for Eight Oil and Gas Development Scenarios.

15

BLM_0075479



| Well-Pad Density (acres per pad) | Well-Pad Density (pads/mi$^2$) | Mean Road Density (mi/mi$^2$) | Change in Mean Road Density | Rate of Change in Road Density |
|---|---|---|---|---|
| Pre-development | 0 | 0.38 | -- | -- |
| 640 | 1 | 0.97 | 0.59[17] | 0.59[17] |
| 320 | 2 | 1.32 | 0.35 | 0.35 |
| 160 | 4 | 1.80 | 0.48 | 0.24 |
| 80 | 8 | 2.53 | 0.73 | 0.18 |
| 40 | 16 | 3.47 | 0.94 | 0.12 |
| 20 | 32 | 4.77 | 1.30 | 0.08 |
| 10 | 64 | 6.13 | 1.36 | 0.04 |

Figure 6.  Mean Road Density for Eight Development Scenarios.

This graph and table show that the rate of change in road density (computed as the change in mean road density divided by the change in pad density) occurs most rapidly at lower development densities.  This indicates the high relative impact of initial development, and emphasizes the importance of maintaining undeveloped areas.

---

[17] Note that the magnitude of the change in road density from the pre-development condition to a well-pad density of 1 pad/mi$^2$ is dependent on our assumption of a relatively small pre-development road system.  With a more extensive pre-development road system this change in mean road density would be smaller.  The size of the pre-development road system has an effect on the magnitude of change between subsequent development stages as well, but the effect decreases as development density increases.

16

BLM_0075480



Figure 7.  Proportion of Analysis Area at or Below a Road Density for Eight Development Scenarios.
These curves show the proportion of the analysis area at or below a given road density for each development scenario.
The curves can be examined in relation to wildlife indicator values found in the scientific literature (such as in Table 1) to
assess the likely impact of different oil and gas development densities on wildlife species.  This example shows that, even
at the lowest oil and gas development densities, relatively high percentages of the landscape exceed Lyon's (1979)
indicator value for loss of elk habitat effectiveness in open landscapes.

**Distance to Nearest Road or Well Pad**

Distance to nearest road or well pad, when calculated spatially, may also be assessed visually by mapping.  Figure 8
shows the patterns of proximity to roads and well pads across the landscape at the different well-pad densities analyzed
in our simulation.  The treatment and use of the distance-to-nearest-road-or-well-pad metric is similar to that described
for road density above. Using GIS, the distance-to-nearest-road-or-well-pad data can be displayed with wildlife habitat
boundaries such as seasonal range, breeding and rearing habitat, migration paths, and other data for individual species
to give a visual sense of road and well-pad proximity specifically within these habitats.  GIS analysis can also combine
the distance-to-nearest-road-or-well-pad and habitat data to give quantitative results within sensitive habitats.

The mean distance to nearest road or well pad—the area-weighted average of the values of individual grid cells for the
analysis area—can be measured and plotted against the density of well pads across the landscape for each development
scenario (Figure 9).  As was the case with road density, the *rate* of decrease in distance-to-nearest-road-or-well-pad
values is higher at earlier stages of development than at later stages, implying that the relative rate of impact from
development is higher at lower development densities and suggesting the importance of maintaining undeveloped
areas.

17



Figure 8. Maps of Distance to Nearest Road or Well Pad for Eight Oil and Gas Development Scenarios.

18

BLM_0075482



| Well-Pad Density (acres per pad) | Well-Pad Density (pads/mi$^2$) | Mean Distance to Nearest Road or Pad (feet) | Change in Mean Distance to Nearest Road or Pad | Rate of Change in Distance to Nearest Road or Pad |
|---|---|---|---|---|
| Pre-development | | 4,974 | -- | -- |
| 640 | 1 | 1,567 | 3,407[18] | 3,407[18] |
| 320 | 2 | 1,091 | 476 | 476 |
| 160 | 4 | 724 | 367 | 184 |
| 80 | 8 | 528 | 196 | 49 |
| 40 | 16 | 263 | 265 | 33 |
| 20 | 32 | 132 | 131 | 8 |
| 10 | 64 | 50 | 82 | 3 |

Figure 9. Mean Distance to Nearest Road or Well Pad for Eight Development Scenarios.

This graph and table show that the rate of change in the distance to nearest road or well pad (computed as the change in mean distance to nearest road or well pad divided by the change in pad density) occurs most rapidly at lower development densities. This indicates the high relative impact of initial development, and emphasizes the importance of maintaining undeveloped areas.

Just as was the case with road density, the utility of spatial distance-to-nearest-road-or-well-pad computations is increased by tying them to the biological literature on wildlife impacts of fragmentation. To make this connection we

---

[18] As noted above for road density, the magnitude of the change in distance to nearest road or well pad from the pre-development condition to a well-pad density of 1 pad/mi$^2$ is dependent on our assumption of a relatively small pre-development road system. With a more extensive pre-development road system this change in mean distance would be smaller. The size of the pre-development road system has an effect on the magnitude of change between subsequent development stages as well, but the effect decreases as development density increases.

19

plotted the cumulative area distribution of distance to nearest road or well pad for each development scenario (Figure 10). This yielded a series of curves showing the percentage of the landscape beyond any given distance to a road or well pad, which can indicate how much of the landscape will likely remain as viable habitat (i.e., beyond some distance-to-nearest-road indicator value obtained from wildlife field research) at any given development density. For example, Ingelfinger (2001) found that the density of sagebrush-obligate birds drops by 50 percent within 328 feet of a road, regardless of the amount of activity on the road. To help us understand how the percentage of the landscape beyond this distance from the nearest road or well pad changes with increasing oil and gas development, we can superimpose a line representing this indicator value (the dashed vertical line in Figure 10) and read the proportion of unimpacted area directly from the chart for each development density (horizontal dashed lines). This exercise shows that at a well-pad density of just one pad per 80 acres, less than 55 percent of the landscape is beyond Ingelfinger's distance. The proportion of unimpacted area drops rapidly from there as development continues. Wherever oil and gas development is planned, assessments of this type should be done for all the potentially impacted local species for which distance-to-nearest-road-or-well-pad indicator values are available in the biological literature.



Figure 10. Proportion of Analysis Area Beyond a Distance of a Road or Well Pad for Eight Development Scenarios. These curves show the proportion of the analysis area beyond a given distance to the nearest road or well pad for each development scenario. The curves can be examined in relation to wildlife indicator values found in the scientific literature (such as in Table 1) to assess the likely impact of different oil and gas development densities on wildlife species. This example shows that, even at relatively low well-pad densities, significant percentages of the study area are close enough to roads or well pads to show the 50 percent reduction in the density of sagebrush-obligate birds reported by Ingelfinger (2001).

20

**Special Case: Greater Sage-Grouse**

A variety of fragmentation indicator values for different wildlife species may be found in the scientific literature, and these will necessitate application of different GIS processes to properly assess and represent them. We mention a special case of indicator values for Greater Sage-Grouse because of the presence of this species in so many oil and gas development areas across the West, its at-risk status, and the many state and federal agency efforts underway to protect it. Such efforts include the Greater Sage-Grouse Comprehensive Conservation Strategy from the Western Association of Wildlife Agencies (Stiver et al. 2006), a review of the latest science on Greater Sage-Grouse by the wildlife agencies of Colorado, Montana, North Dakota, Utah, and Wyoming (Colorado Department of Wildlife et al. 2008), and the Colorado Greater Sage-Grouse Conservation Plan (Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008).

Several studies have examined Greater Sage-Grouse lek use in relation to the proximity of those leks to oil and gas wells, and recommended corresponding management actions. Braun (2006) recommends no surface occupancy (NSO), no new road construction, and seasonal closure of existing roads within 3.4 miles of Greater Sage-Grouse leks. Holloran (2005) considered lek attendance by males in relation to the number of producing wells within 1.9 miles of a lek, finding no measurable impact for fewer than 5 wells, moderate decline in male attendance for 5 to 15 wells, and significant decline for more than 15 wells within 1.9 miles of a lek. GIS buffer tools can identify the area within any radius of each lek, while GIS neighborhood analysis can be used to compute the number of wells within a specified distance for each lek. The BLM will likely have lek location data with which to perform these analyses, yielding the site-specific information needed for planning.

In the hypothetical landscape we used in our analysis, where lek locations cannot be known, we can only perform the neighborhood analysis for all grid cells in the analysis area and provide a general sense of the likelihood of development impacts on Greater Sage-Grouse lek use: the higher the proportion of the landscape exceeding the indicator values, the higher the proportion of leks likely to be impacted. The results of this analysis are summarized in Figure 11, which shows that only the one-pad-per-square-mile development scenario yielded even as much as 10 percent of the analysis area in Holloran's no-impact class (fewer than 5 wells within 1.9 miles). In the two-pads-per-square-mile development scenario, 35 percent of the analysis area was in the medium-impact class. For all other development scenarios virtually no portion of the analysis area fell outside of the high-impact class. These results suggest that substantial impacts on Greater Sage-Grouse must be acknowledged for oil and gas development in or near the bird's breeding habitat, a conclusion that is supported by the findings of a report recently released by the wildlife agencies of five western states (Colorado Department of Wildlife et al. 2008).

21



Figure 11.  Distribution of Analysis Area Among Three Sage-Grouse Lek Impact Classes Identified by Holloran (2005)
This analysis (based on Holloran 2005) of the number of well pads within 1.9 miles of a possible Greater Sage-Grouse lek
shows that even the lowest oil and gas development densities are likely to have significant impact on lek attendance.  It is
important to note that, because Holloran's study considered the number of actual wells, and our analysis considers well
pads, our measure of impact will be an underestimate when pads contain more than one well.

## CONCLUSIONS AND RECOMMENDATIONS FOR OIL AND GAS MANAGEMENT PLANNING

### Conclusions

The following conclusions arising from our analysis have direct implications for management planning for oil and gas
development:

1. **Substantial scientific research is available indicating that the roads, well pads, and associated activities
   cause direct, indirect, and cumulative impacts on wildlife.**
   Indicators of indirect and cumulative impacts of development on wildlife and habitat can and should be collected
   from a survey of scientific literature relevant to species found in the resource planning area.  There is abundant
   evidence in peer reviewed literature of negative impacts from roads and well pads, including reductions in
   particular wildlife functions (e.g., breeding, foraging), reductions in overall habitat use or effectiveness, and
   complete abandonment of habitat. Sufficient research may not yet be available to provide detailed wildlife
   response models for all species for different road densities or distance-to-nearest-road-or-well-pad values.
   However, there are adequate indicator values for specific metrics for many wildlife species, including key species
   of concern for the BLM, to allow the agency to assess threats from oil and gas development.

22

BLM_0075486

2. **Landscape analysis using GIS is necessary to take advantage of the best science regarding indicators of direct, indirect, and cumulative impacts.**

Because the discussion of indirect and cumulative impacts due to roads and well pads is by its very nature spatial, it requires a means of analysis that can incorporate spatial measures such as (but not limited to) road density or distance to nearest road or well pad. Because GIS technology is readily available and is not costly to use, GIS analysis is an accessible way of meeting this requirement.

3. **Habitat fragmentation and negative impacts on wildlife occur at low well-pad densities and increase most rapidly at low well-pad densities.**

Based on scientific literature, road density and distance-to-nearest-road-or-well-pad values indicating potential negative impacts on wildlife can be reached quickly, at relatively low oil and gas development densities. Looking at the wildlife indicator values presented in this document (Table 1) and many others in the biological literature, along with the graphs in Figures 7 and 10, it is apparent that significant negative effects on wildlife occur over a substantial portion of a landscape even at the lower well-pad densities characteristic of the early stages of development in a gas or oil field. Further, the rate at which road density increases and distance to nearest road or well pad decreases is higher at lower well-pad densities than at higher densities (Figures 6 and 9). This suggests that landscape-level planning for infrastructure development and analysis of wildlife impacts need to be done prior to initial development of a field. Where development has already occurred, the existing impacts on local wildlife species must be measured and acknowledged, and the cumulative impacts from additional development must be assessed.

The fact that wildlife impacts for some species occur over a substantial portion of a landscape at low well-pad densities suggests that portions of a landscape that contain habitat for threatened and endangered species, unique habitats, species valued for hunting and recreational pursuits, and other species of concern should remain free from oil and gas development.

4. **The charts and numeric results of our sample analysis, together with relevant indicator values in the biological literature, can help guide the BLM, but they are no substitute for site-specific analyses.**

The graphs in Figures 7, 10, and 11 may be used to estimate the minimum percent of a landscape reaching a given indicator value from the biological literature at a given level of development. The cumulative area distribution curves in Figure 7 give the percent of a landscape at or below any given road-density value for each well-pad density. The cumulative area distribution curves in Figure 10 give the percent of a landscape beyond any given distance-to-nearest-road-or-well-pad value for each well-pad density.

For a view of how these curves might be used in management planning, consider a situation where a BLM planning alternative proposes a well-pad density of one pad per 160 acres and the latest biological literature suggests that habitat use by a species of concern in the development area declines by 50 percent at road densities above one mile per square mile. Placing a vertical line at one mile per square mile on the graph in Figure 7 allows

23

BLM staff to estimate that under this alternative no more than 15 percent of the development area will provide habitat exhibiting less than a 50 percent decline in use by that species. If Greater Sage-Grouse are present in the planning area, Figure 11 suggests (based on research by Holloran 2005) that the one pad per 160 acres alternative will result in highly detrimental impacts for this species over 98 percent of the planning area. These same figures can also be used to estimate habitat fragmentation impacts for other indicator values reported in the scientific literature. Their value lies in their ability to provide a quick, preliminary estimate of the magnitude of habitat fragmentation impacts for potential development alternatives. Complete spatial analyses of the specific landscape for which oil and gas development plans are being made must still be done using techniques such as those we suggest above in order to help develop and evaluate the alternatives finally proposed.

## Recommendations

By applying the methodology and assessing the fragmentation metrics we have described here, the BLM can better fulfill its obligations to evaluate the direct, indirect, and cumulative impacts of various management alternatives. Therefore, we formally request that the following actions be taken for any NEPA analysis of impacts from proposed oil and gas development:

1. **Conduct a spatial analysis of the direct, indirect, and cumulative impacts on wildlife of all proposed oil and gas development alternatives.**

   This step is necessary to demonstrate the use of the best available science and fulfill the BLM's legal obligations in evaluating alternatives in a draft resource management plan and draft EIS. The best available GIS data layers for wildlife habitat boundaries and status information for species potentially threatened by oil and gas development should be assembled. The latest biological literature on the impacts of road networks, oil and gas infrastructure, and related activities on local species should be collected. All infrastructure elements proposed or reasonably anticipated under each management alternative should be considered, and their combined impact on wildlife and habitat assessed. A spatial development simulation should be generated for the entire planning unit for each development alternative. These should incorporate, spatially and quantitatively, all existing and proposed infrastructure to accurately represent the construction of elements from the Reasonably Foreseeable Development Scenario (RFD) and the particular plan alternative. The analysis should yield the location and acreage or percent area where selected species of concern could be adversely affected by oil and gas development (with maps if possible). The results of this analysis should be reflected in each management alternative in the draft management plan and draft EIS, and reflect indirect and cumulative impacts in addition to direct surface disturbance. Efforts should be made to craft and select management plan alternatives that minimize the acreage of the planning area likely to experience direct, indirect, and cumulative impacts based on these results. The graphs and charts in this document (and included in Appendix A) can be used to help shape proposed alternatives and focus the analysis of them, but they cannot take the place of those analyses.

2. **Assess the habitat fragmentation effects of oil and gas development for maximum well-pad development densities.**

BLM_0075488

It is not uncommon for oil and gas field development to proceed much faster than the BLM anticipates, and for well and/or pad densities to quickly exceed those assessed during planning processes. A full range of development densities should be included in the EIS so that fragmentation effects are fully anticipated, understood, and controlled.

3. **Include oil and gas field development options that leave areas of threatened habitats undeveloped.**
Because our results indicate that substantial impacts occur even at lower levels of oil and gas development, the BLM needs to consider means for leaving important wildlife habitat undeveloped. Clearly one option is to prescribe no surface occupancy (NSO) in particularly rare or sensitive habitat areas. Other management options available to the BLM include directional drilling to allow access to areas of NSO from adjacent lands. Phased development and cluster development, singly or in combination, can be implemented to allow some areas to be developed intensely while other areas are temporarily left undeveloped. This requires strict guidelines that prevent additional development until after the original development area has been reclaimed, keeping a specific portion of the landscape in large undeveloped patches and development clustered in limited areas.

4. **Conduct landscape-scale analyses to evaluate impacts and provide sound ecological protection for a landscape's wildlife, habitat, and other ecological resources.**
The importance and complexity of using the best available science to plan at the landscape scale is increasingly recognized by scientists (Leitao and Ahern 2002, Szaro et al. 2005, Noss 2007). Many ecological functions such as the seasonal migrations of wildlife, connectivity required to prevent genetic isolation, and natural disturbances affecting wildlife habitat occur across broad landscapes. Indicators of wildlife impacts are spatial in nature and should be considered in a landscape context. Consequently, decision-making about oil and gas development and conservation of natural resources must be made at the landscape scale using spatial analysis of projected well-pad densities and other field development infrastructure.

5. **Use GIS technology to evaluate the impacts of oil and gas development on wildlife.**
GIS is the best approach for this analysis because it is readily available and not costly. The analyses of direct, indirect, and cumulative impacts described above can be done with ArcGIS software that is already standard within the BLM and with its contractors. As mentioned earlier in this document, GIS is, in fact, already being used by the BLM for impact assessment in some locations (e.g., Las Cruces District, New Mexico). The automated placement of well pads (or other structures) in the simulation of step-wise development of oil and gas fields requires an ArcGIS software extension (CommunityViz) that is beginning to be used in some BLM offices. The GIS analyses suggested in this document are straightforward and do not require advanced modeling or scripting skills; further, the GIS data required for these analyses are already in the possession of most BLM offices. A modest investment of time (a tiny fraction of the total resources invested in BLM resource management plans) in carrying out these GIS analyses could substantially improve the NEPA compliance of resource management plans involving oil and gas development.

6. **Use landscape analysis techniques to improve public engagement.**
In addition to helping the BLM meet its legal requirements under FLPMA, NEPA, and the Data Quality Act to use

BLM_0075489

the best available data and science, landscape analysis improves the ability of many constituencies and stakeholders to understand and engage in the land management planning process. The GIS inputs and results can be mapped to graphically illustrate an area's existing resources and threats to those resources under different management alternatives. For instance, maps can be made that display data on the location of elk critical winter range overlaying data showing where road density thresholds for significant impacts on elk will be exceeded under different management alternatives.

7. **Encourage research on habitat fragmentation indicators for wildlife of local importance.**
   Because of its authority over oil and gas management actions and the need for increased scientific understanding of wildlife responses to roads, well pads, and related infrastructure, the BLM should encourage field research monitoring the impacts of these on wildlife by wildlife agencies and research institutions.

---

## REFERENCES

Berger, J., K.M. Berger, and J.P. Beckmann. 2006. *Wildlife and Energy Development: Pronghorn of the Upper Green River Basin – Year 1 Summary.* Wildlife Conservation Society, Bronx, NY. Available at: http://www.wcs.org/media/file/Shell%20Year%201%20Progress%20REVISED%20III.pdf.

Braun, C.E. 2006. *Sage-grouse Habitat Conservation Strategies: A Blueprint for Conservation and Recovery.* Grouse Inc., Tucson, AZ.

Bureau of Land Management. 1999. *Draft EIS for the Pinedale Anticline Oil and Gas Exploration and Development Project, Sublette County, WY.* U.S. Department of the Interior, Bureau of Land Management, Pinedale Field Office, Pinedale, WY.

Colorado Department of Wildlife, Montana Department of Fish, Wildlife and Parks, North Dakota Game and Fish, Utah Division of Wildlife Resources, and Wyoming Game and Fish Department. 2008. *Using the Best Available Science to Coordinate Conservation Actions that Benefit Greater Sage-Grouse Across States Affected by Oil & Gas Development in Management Zones I-II (Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming).* (Unpublished report, available at http://www.ourpubliclands.org/files/upload/BestScience_2008_sagegrouse_energy.pdf.)

Colorado Greater Sage-Grouse Conservation Plan Steering Committee. 2008. *Colorado Greater Sage-grouse Conservation Plan.* Colorado Division of Wildlife, Denver, Colorado. (Unpublished report.)

Confluence Consulting. 2005. *Annotated Bibliography of Potential Impacts of Gas and Oil Exploration and Development on Coldwater Fisheries.* Prepared by Confluence Consulting, Inc., for Trout Unlimited, Bozeman, MT.

BLM_0075490

Freddy, D.J., W.M. Bronaugh, and M.C. Fowler. 1986. Responses of mule deer to disturbance by persons afoot and snowmobiles. *Wildlife Society Bulletin* 14:63-68.

Gaines, W., P. Singleton, and R. Ross. 2003. *Assessing the Cumulative Effects of Linear Recreation Routes on Wildlife Habitats on the Okanogan and Wenatchee National Forests.* General Technical Report PNW-GTR-586. U.S. Department of Agriculture, U.S. Forest Service, Pacific Northwest Research Station, Portland, OR.

Gucinski, H., J.J. Furniss, R.R. Ziemer, and M.H. Brookes. 2001. *Forest Roads: A Synthesis of Scientific Information.* General Technical Report PNW-GTR-509. U.S. Department of Agriculture, U.S. Forest Service, Pacific Northwest Research Station, Portland, OR.

Holloran, M.J. 2005. *Greater Sage-Grouse (*Centrocercus urophasianus*) Population Response to Natural Gas Field Development in Western Wyoming.* Doctoral Dissertation, University of Wyoming, Laramie, WY.

Ingelfinger, F. 2001. *The Effects of Natural Gas Development on Sagebrush Steppe Passerines in Sublette County, Wyoming.* M.Sc. Thesis, University of Wyoming, Laramie, WY.

Lehmkuhl, J.F., and L.F. Ruggiero. 1991. Forest fragmentation in the Pacific Northwest and its potential effects on wildlife. Pages 35-46 in: Ruggiero, L.F., K.B. Aubry, A.B. Carey, and M.H. Huff, Tech. Coords. *Wildlife and Vegetation of Unmanaged Douglas-fir Forests.* General Technical Report PNW-GTR-285. U.S. Department of Agriculture, U.S. Forest Service, Pacific Northwest Research Station, Portland, OR.

Leitao, A.B., and J. Ahern. 2002. Applying landscape ecological concepts and metrics in sustainable landscape planning. *Landscape and Urban Planning* 59:65-93.

Lyon, L.J. 1979. Habitat effectiveness for elk as influenced by roads and cover. *Journal of Forestry* 77:658-660.

McGarigal, K., and B. J. Marks. 1995. *FRAGSTATS: Spatial Pattern Analysis Program for Quantifying Landscape Structure.* General Technical Report PNW-351. U.S. Department of Agriculture, U.S. Forest Service, Pacific Northwest Research Station, Portland, OR.

Naugle, D.E., B.L. Walker, and K.E. Doherty. 2006. *Sage-Grouse Population Response to Coal-Bed Natural Gas Development in the Powder River Basin: Interim Progress Report on Region-wide Lek-Count Analysis.* University of Montana, Bozeman, MT.

New Mexico Department of Game and Fish. 2005. *Habitat Fragmentation and the Effects of Roads on Wildlife and Habitats.* Available at http://www.wildlife.state.nm.us/conservation/habitat_handbook/documents/2004EffectsofRoadsonWildlifeandHabitats.pdf.

Northwest Colorado Greater Sage-Grouse Working Group. 2006. *Northwest Colorado Greater Sage-Grouse Conservation Plan.*

BLM_0075491

Noss, R.G. 2007. Conservation thresholds: Overview and commentary. Pages 1-12 in: R. Kihslinger and J. Wilkinson, eds. *Lasting Landscapes: Reflections on the Role of Conservation Science in Lands Use Planning.* Environmental Law Institute, Washington, D.C.

Ockenfels, R.A., A. Alexander, C.L. Dorothy Ticer, and W.K. Carrel. 1994. *Home Range Movement Patterns and Habitat Selection of Pronghorn in Central Arizona.* Technical Report 13. Arizona Game and Fish Department, Phoenix, AZ.

Papouchis, C.M., F.J. Singer, and W.B. Sloan. 2001. Responses of desert bighorn sheep to increased human recreation. *Journal of Wildlife Management* 65(3):573-582.

Rost, G.R., and J.A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. *Journal of Wildlife Management* 43(3):634-641.

Sawyer, H., R. Nielson, F. Lindzey, and L. McDonald. 2006. Winter habitat selection of mule deer before and during development of a natural gas field. *Journal of Wildlife Management* 70:396-403.

Stiver, S.J., A.D. Apa, J.R. Bohne, S.D. Bunnell, P.A. Deibert, S.C. Gardner, M.A. Hilliard, C.W. McCarthy, and M.A. Schroeder. 2006. *Greater Sage-Grouse Comprehensive Conservation Strategy.* Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming. (Unpublished report.)

Szaro, R.C., D.A. Boyce, and T. Puchlerz. 2005. The challenges associated with developing science-based landscape scale management plans. *Landscape and Urban Planning* 72:3-12.

Theobald, D.M., J.R. Miller, and N.T. Hobbs, 1997. Estimating the cumulative effects of development on wildlife habitat. *Landscape and Urban Planning* 39:25-36.

Thomson, J.L., N.W. Culver, P.C. Aengst, and T.S. Schaub, 2005. *Wildlife at a Crossroads: Energy Development in Western Wyoming.* The Wilderness Society, Washington, D.C. Trombulak, S.C., and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. *Conservation Biology* 14:18-30.

Wilcove, D.S. 1987. From fragmentation to extinction. *Natural Areas Journal* 7:23-29.

Wisdom, M.J., N.J. Cimon, B.K. Johnson, E.O. Garton, and J.W. Thomas. 2004a. Spatial partitioning by mule deer and elk in relation to traffic. *Transactions of the North American Wildlife and Natural Resources Conference* 69:509-530.

Wisdom, M.J., A.A. Ager, H.K. Preisler, N.Cimon, and B.K. Johnson. 2004b. Effects of offroad recreation on mule deer and elk. *Transactions of the North American Wildlife and Natural Resources Conference* 69:531-550.

Wyoming Game and Fish Department. 2004. *Recommendations for Development of Oil and Gas Resources within Crucial and Important Wildlife Habitat: A Strategy for Managing Energy Development Consistently with the FLPMA Principles of Multiple Use and Sustained Yield.* Available at http://gf.state.wy.us/downloads/pdf/og.pdf.

BLM_0075492

# APPENDIX A: GRAPHICAL TOOLS FOR PRELIMINARY LANDSCAPE ANALYSIS

This appendix provides copies of the cumulative area distribution graphs for road density and distance to nearest road or well pad for eight common oil and gas development densities (originally presented in Figures 7 and 10 respectively). These graphs are intended to be used to plot indicator values found through a literature review for wildlife species in a planned oil and gas development area. The first graph allows the user to estimate what percent of the landscape has road density lower than a road-density indicator value found in the biological literature—the portion of the landscape likely to remain unaffected (or less affected) by a given level of development. The second graph allows the user to determine what percent of the landscape is farther from the nearest road or well pad than a distance-to-nearest-road indicator value—the portion of the landscape likely to remain unaffected (or less affected) by a given level of development.

As stated in the main body of this document, the value of these graphs lies in their utility as a coarse screen that can give a quick sense of the magnitude of habitat fragmentation impacts for potential development alternatives. Complete spatial analyses of the specific landscape for which oil and gas development plans are being made must still be done using techniques such as those we suggest in the main text in order to help develop and evaluate the alternatives finally proposed.

29

BLM_0075493



BLM_0075494



BLM_0075495

# Construction impacts on *in situ* preservation of archaeological sites and artefacts

Jim WILLIAMS* and Mike CORFIELD

## Summary

*Recent research has highlighted a number of construction activities that may have significant impact on the survival of buried archaeological remains and their evidence. For some of these activities it is clear that alternative methods should be sought where archaeological conservation of a site is required. In other instances, however, no scientifically collected data exists to evaluate hypothetical, or anecdotal concerns over particular construction techniques that produce a high degree of damage. In this paper we review some of the potential physical, hydrological and geochemical changes associated with modern construction methods that can impact deleteriously upon archaeological sites and artefacts. The principal aim of this paper is to demonstrate that reviewing the extent of our conservation science knowledge is essential to the development of future research strategies.*

## Introduction

In the 5th Framework Programme, City of Tomorrow, there has been a great deal of valuable research into the risks to cultural heritage and how to mitigate against them. Despite sustainable development being one of the objectives of key action 4, almost all the work has been concerned with the portable heritage and standing buildings, with none directed at the buried cultural resources on which many of our present day European towns and cities are built. In this paper we wish to set out some of the risks to archaeological resources from modern developments, and suggest ways forward to a better understanding how these risks can be managed in the future.

There is increasing pressure in many cities and towns for new development. Modern infrastructure such as underground car parks or urban transport systems can be very destructive if they do not take account of the buried heritage. Newly constructed buildings and specifically, tall offices, will often have foundations and services that impact on below ground archaeological deposits to a much greater extent than any building in the past centuries.

## Managing development impacts

There are two main methods by which these impacts can be managed, either through archaeological excavation of the site, or preserved *in situ*. The introduction in England of Planning Policy Guidance note 16: Archaeology and Planning, positively encouraged the preservation of nationally important archaeology remains *in situ* (DoE, 1990). Since this point, however, concern has been raised that some aspects of this process may be responsible for damaging archaeological remains (see for example BIDDLE, 1994; CAPLE, 1998; NIXON, 1998). As much of this preservation takes place under new buildings, it is difficult to assess what the effects of specific mitigation measures have been. Installation of monitoring points to collect hydrological and geochemical data (redox and pH) before, during and after development will help to indicate if there are any changes in the burial environment and at what point the change occurs (see for example DAVIS, 1998). However, if the data suggests that the ground environment has changed and the archaeological evidence is threatened, it will not be possible to dismantle the development to save it. Therefore, it will be many years before we are able to assess the success of our mitigation methods.

In the last few years, work has begun on assessing the impact of construction activity on buried archaeology. English Heritage have been instrumental in setting up much of this work, in particular, a soon to be published report on the *Study of the Mitigation of Construction Impact on Archaeological Remains* (DAVIS, forthcoming). Drawing heavily from this report, and other recent research commissioned by English Heritage and carried out by one of the authors (Dr Jim Williams), we discuss a range of pre-construction and construction impacts on buried archaeological materials. These impacts fall into three main categories: physical disturbance, and the effects of biological or geochemical changes on archaeological materials.

## Understanding the potential for damage

The effect of physical disturbance may occur either through the removal of archaeological deposits, or through their *in situ* modification, both of which lead to a loss of contextual information, and reduction in the potential for archaeological investigation and interpretation. In cases where heavy loads are imposed, sediment deformation may be accompanied by damage to fragile artefacts (SHILSTON, 1998). Biological and geochemical effects impact most dramatically upon the preservation of archaeological materials. Anoxic environments (lacking oxygen),

BLM_0075496

which are usually waterlogged, provide locations for excellent preservation of organic material, as aerobic bacteria that are the cause of most organic break-down are inactive (CORFIELD, 1998). The re-introduction of oxygen into these systems will cause the re-activation of microbial activity, leading to the decay of organic material (CAPLE, 1998). Corrosion of buried metals is usually inhibited by anaerobic conditions, and the re-introduction of oxygen can initiate the corrosion process. Equally, changes in pH or redox may also cause a de-stabilisation in the passive layer, reducing corrosion resistance (EDWARDS, 1998). Both metallic and organic materials will be affected by changes in the hydrological regime, particularly the reduction of anaerobic conditions.

## Pre-construction impacts

Before construction starts, impacts on buried archaeology can still occur. During site investigation, holes are dug and boreholes drilled, both of which cause physical disturbance, but can also increase oxygen ingress to previously undisturbed layers, potentially increasing decay and corrosion. Drilling fluids and backfill material in the boreholes may also be chemically damaging. Larger scale interventions also occur before construction, particularly the remediation of any contamination, and the preparation of the ground. Sometimes this consists of stripping off topsoil and any vegetation, other times it will involve ground improvement and stabilisation, possibly the insertion of concrete or stone columns. Again, the likely impacts will result from physical disturbance, and hydrological and geochemical changes. De-watering of sites can have very serious impacts both on the site and also adjacent areas. It can lead to deposits drying out and cracking, allowing oxygen to enter, and stimulating biodegradation.

## Construction impacts

The impact of construction activities depends principally on the size of the building and the type of foundation design. If basements are excavated this will obviously reduce the amount of material that can be preserved *in situ*. Although shallow foundations, such as strips or pads, do not penetrate deeply into the ground, they do usually require the excavation of large areas of the site, and even if the most significant archaeology is still buried, excavation of the soil will reduce amount of protection for the deposit. The imposition of heavy loads on these footings could reduce water flow through the deposit, and also cause deformation or breakage of fragile artefacts. As these foundations often comprise reinforcements and poured concrete, there is also a possibility that migration of this alkali material will change the soil pH.

On larger developments, piled foundations are often used as they enable tall and complex buildings to be built, particularly on weak and poorly consolidated soils. As piles reduce the amount of material excavated from sites, they thus promote further sustainability of our cultural heritage resource, and are increasingly being used as part of the *in situ* preservation process. Their configuration is often determined to minimise the damage to archaeological evidence. The potential footprint of piles on the archaeology is often considerably less than strip or pad foundations, however, there is the possibility of sediment deformation adjacent to the pile (discussed below). In England, the generally accepted norm is to allow a 5% loss of archaeological evidence to allow for piling and other construction activities. This is based on a study of development in the City of York, but this does not necessarily reflect the prevailing conditions elsewhere (ARUP, 1991).

Piles can be divided into two types, displacement and non-displacement piles. Displacement, or driven piles are potentially more damaging to archaeology because, as their name implies, they displace the ground adjacent to the pile. This can vary in different soil conditions, although we are still not in a position to suggest which archaeological sites would suffer minimal damage, and which would be far more disturbed. In some cases, sediment deformation up to twice the diameter of the pile has been recorded (DALWOOD, 1994). A further concern is the degradation of the construction material, either weathering of concrete piles or the corrosion of metal piles, and the effects that such material in solution may have on sensitive archaeological deposits.

It is also possible that the insertion of the pile will cause changes in the permeability around the pile/soil interface (HAYMAN, 1993; BOUTWELL, 2000), resulting in the creation of a preferential pathway for oxygen transport or other contaminants (ENVIRONMENT AGENCY, 2001). Deposits can also be affected by contaminants being driven down with pile. Non-displacement piles are bored or augered and the concrete cast *in situ*. This technique usually results in less sediment deformation, but this can take place when obstructions become caught in the auger and are rotated. If this occurs the area often has to be excavated to remove the obstacle. Further geochemical impacts can also result with this technique, in particular the introduction of liquid pile grout can lead to contamination, and changes in soil pH, and there is a potential for long-distance migration of the grout into voids and further water-borne transportation. On sensitive archaeological sites, particularly those that are waterlogged, continuous flight augered piles or CFA piles are preferred. This is a type of cast *in-situ* pile which provides an environmentally preferred solution to the problem of constructing piles in water bearing or unstable soils. The auger is inserted

BLM_0075497

into the ground, and when the pile depth is reached, it is withdrawn, bringing up the soil or arisings, and at the same time pumping concrete into the hole left behind. Used in conjunction with metal sleeves to reduce migration of liquid pile grout, this technique is often preferred on waterlogged archaeological sites, or those of particular sensitivity.

## Mitigation

There are no off-the-shelf mitigation methods that will fit all sites, and often the best way to avoid future damage to archaeological material is to reduce ground disturbance in areas where significant archaeology is located. Early consultation between developers and archaeologists can, for example, ensure that construction activities with the highest impacts, such as lift shafts, piles or service trenches are positioned to avoid areas with the greatest archaeological sensitivity. As discussed above, it is also felt that certain non-displacement piling techniques, for example sleeved continuous flight augered piles, are less likely to cause damage than driven piles. This has yet to be tested empirically, although model scale research is planned to start in the near future. What is needed at this point is a better understanding of how individual construction activities impact on specific types of archaeological deposit.

One of the principal reasons that we have so little information about what happens to *in situ* preservation schemes is that this is a relatively new approach, and few sites have been excavated where *in situ* preservation was part of the development strategy of the site. However, there are many sites where construction activity in the last fifty years has taken place in the presence of archaeology, where some of it remains *in situ* below developments. When these sites are excavated in advance of new construction, this is the ideal time for information about the past affects of construction to be collected. However, there is no strategy for this and, as a result, little more than anecdotal evidence is ever recorded. English Heritage is currently creating such a strategy for the excavation of previously developed sites, which should be in place within the year.

It will list, as we have here, some of the likely impacts on the buried archaeological resource, suggest ways in which these impacts should be recorded during evaluation excavations and provide a mechanism through which this information can be fed back to other researchers and heritage managers. At a site specific level, the interpretation of the effect of past construction activities on archaeological deposits and artefacts will provide *a priori* evidence for future behaviour under new developments. The strategy will also detail methods for recognising both physical and geochemical construction impacts. Physical impacts will be measured through targeted and thorough archaeological recording of previous construction activities (for example see DALWOOD, 1994). A greater understanding of the biological and geochemical effects of construction can be gained through the analysis of organic and metallic material recovered from archaeological deposits impacted by construction activities. These analyses are likely to draw upon techniques such as those proposed by Murphy and Wiltshire (1994), and Kenward and Large (1998), for the evaluation of the conditions of preservation of plant and insect remains respectively. Assessment of the state of corrosion of buried metal artefacts through x-radiography could also be employed to provide stepped categorisation of corrosion activity. Through comparison with the state of preservation of material from areas of the site unaffected by past development, the impact of construction activity could be evaluated.

## Conclusions

We cannot fossilise our historic towns and cities, development will continue and archaeological evidence will be put at risk. We can reduce this risk by understanding the threats, and the most effective method for this is the collection of data relating to previous construction activity on archaeological sites. This can feed into mitigation measures for individual sites, as well as inform national and international strategy on *in situ* preservation. However, these risks can also be reduced by making sure that archaeological considerations are built into the overall planning of new buildings, and with ideas of sustainability underpinning mitigation methods. Where possible, buildings should use previous foundations, as this reduces the amount of new raw materials used, as well as limiting below ground excavations. Equally, by removing basements, or other large areas of intervention from the designs, or relocating them to less critical parts of the development, the impact on archaeology can be further reduced, allowing such deposits to be preserved *in situ* and managed sustainably for the future.

## References

ARUP O., *York Development and Archaeological Study*, Ove Arup and Partners and York University, in association with Bernard Thorpe. York City Council and English Heritage, York, 1991.

BIDDLE M., 'What Future for British Archaeology'. The opening address at the Eighth Annual Conference of the Institute of Field Archaeologists, Bradford 13–15 April 1994, in *Archaeology in Britain Conference 1994*, Oxbow Books, Oxford, 1994.

BOUTWELL G.P., NATARAJ M.S. and MCMANIS K.L., 'Deep foundations on brownfield sites', in *Prague 2000 conference*, Prague, 2000.

BLM_0075498

The conservation of cultural heritage for sustainable development

CAPLE C., 'Parameters for monitoring anoxic environments', in *Preserving archaeological remains in situ. Proceedings of the conference of 1st – 3rd April 1996,* ed. M. CORFIELD, P. HINTCN, T. NIXON and M. POLLARD, Museum of London Archaeological Service, London, 113–123, 1998.

CORFIELD M.C., 'The role of monitoring in the assessment and management of waterlogged archaeological sites', in *Hidden Dimensions, proceedings of a joint conference organised by University of British Columbia and the Wetland Archaeological Research Project (WARP),* ed. K. BERNICK, University of British Columbia, Vancouver, 302–318,1998.

DALWOOD C.H., BUTREUX V.A. and DARLINGTON J., 'Excavations at Farrier Street and other sites north of the city wall, Worcester, 1988-92', *Transactions of the Worcestershire Archaeology Society 3rd Series,* **14,** 75–114, 1994.

DAVIS M.J., *'In-situ* monitoring of wet archaeological environments: a review of available monitoring technologies', in *Preserving archaeological remains in situ. Proceedings of the conference of 1st–3rd April 1996,* ed. M. CORFIELD, P. HINTON, T. NIXON and M. POLLARD, Museum of London Archaeological Service, London, 21–25, 1998.

DAVIS M.J., GDANIEC K.L.A., BRYCE M. and WHITE L., *Study of the Mitigation of Construction Impact on Archaeological Remains,* English Heritage, London, forthcoming.

DoE, *Planning Policy Guidance Note 16 – Archaeology and Planning,* HMSO, London, 1990.

EDWARDS R., 'The effect of changes in groundwater geochemistry on the survival of buried metal artefacts', in *Preserving archaeological remains in situ. Proceedings of the conference of 1st–3rd April 1996,* ed. M. CORFIELD, P. HINTON, T. NIXON and M. POLLARD, Museum of London Archaeological Service, London, 87–92, 1998.

Environment Agency, *Piling and Penetrative Ground Improvement Methods on Land Affected by Contamination: Guidance on Pollution Prevention,* Environment Agency, Bristol, 2001.

HAYMAN J.W., ADAMS R.B. and ADAMS R.G., 'Foundation piling as a potential conduit for DNAPL migration', in *Air and Waste Management Association Meeting,* Denver, 1993.

KENWARD H. and LARGE F., 'Recording the Preservational Condition of Archaeological Insect Fossils', *Environmental Archaeology,* **2,** 49–60, 1998.

MURPHY P.L. and WILTSHIRE P.E.J., 'A proposed scheme for evaluating plant macrofossil preservation in some archaeological deposits', *Circaea,* **11,** 1–6, 1994.

NIXON T., 'Practically preserved: observation on the impact of construction on urban archaeological deposits', in *Preserving archaeological remains in situ. Proceedings of the conference of 1st–3rd April 1996,* ed. M. CORFIELD, P. HINTON, T. NIXON and M. POLLARD, Museum of London Archaeological Service, London, 39–46, 1998.

SHILSTON D.T. and FLETCHER S.L., 'Geotechnical engineering for the *in-situ* preservation of archaeological remains', in *Preserving archaeological remains in situ. Proceedings of the conference of 1st–3rd April 1996,* ed. M. CORFIELD, P. HINTON, T. NIXON and M. POLLARD, Museum of London Archaeological Service, London, 8–15, 1998.

## Jim Williams*

English Heritage
44 Derngate, Northampton NN1 1UH,
United Kingdom
e-mail: jim.williams@english-heritage.org.uk

Jim Williams is the Archaeological Science Advisor (East Midlands) at English Heritage. His regionally based responsibilities include providing archaeological science advice for archaeological excavations that take place in the six counties of the East Midlands. Included in this advice are methods for recording the condition of buried archaeological materials, and the *in situ* preservation of nationally important remains. Before joining English Heritage in 2002, he worked as a post-doctoral research associate in the Department of Civil and Structural Engineering, University of Sheffield, researching the physical and geochemical impacts of construction on archaeological deposits. Previous to this he finished a PhD in Archaeology, also at the University of Sheffield.

## Mike Corfield

'Northwood', Stafford Road, Gnosall,
Stafford ST20 0ES, England
e-mail: mike1corfield@btinternet.com

Mike Corfield has recently retired as the Chief Scientist at English Heritage. In that capacity he was responsible for developing strategies for research concerned with the Historic Environment. He is now working as an independent consultant, and his main interests remain with the identification of threats to cultural heritage, and seeking ways of mitigating them. In this context he has sought partnerships for English Heritage with academic and industrial partners in England and elsewhere. Mike's background is in conservation, he was County Conservator in Wiltshire for 14 years and Head of Conservation at the National Museum of Wales for five, ultimately as Head of Conservation. He joined English Heritage in 1991 as Head of Artefact Conservation, became Head of the Ancient Monuments Laboratory in 1996, and Chief Scientist in 1999.

279

BLM_0075499

The Smithsonian Book of

# North American Mammals

**Edited by Don E. Wilson and Sue Ruff**

Smithsonian Institution Press • Washington and London
*in association with the* American Society of Mammalogists

BLM_0075500

© 1999 by the Smithsonian Institution
All rights reserved

PRODUCTION EDITOR: Duke Johns
EDITORIAL PROOFREADER AND INDEXER: Barry R. Koffler
DESIGNER: Janice Wheeler
PRODUCTION MANAGER: Martha Sewall
TYPESETTER AND LAYOUT: Blue Heron Typesetters, Inc.

Library of Congress Cataloging-in-Publication Data
The Smithsonian book of North American mammals / edited by
    Don E. Wilson and Sue Ruff.
        p.   cm.
    "In association with the American Society of Mammalogists."
    Includes bibliographical references (p.    ) and index.
    ISBN 1-56098-845-2 (alk. paper)
    1. Mammals—North America.   I. Wilson, Don E.   II. Ruff, Sue.
III. American Society of Mammalogists.
    QL715.S55   1999
    599.097—dc21                                    98-43735

British Library Cataloguing-in-Publication Data available

Manufactured in Singapore, not at government expense
06  05  04  03  02  01  00    5  4  3  2

⊖  The paper used in this publication meets the minimum require-
ments of the American National Standard for Information Sciences—
Permanence of Paper for Printed Library Materials ANSI Z39.48-1984.

For permission to reproduce illustrations appearing in this book, please
correspond directly with the owners of the works, as listed in the photo
credits. The Smithsonian Institution Press does not retain reproduction
rights for these illustrations individually, or maintain a file of addresses
for photo sources.

FRONT-MATTER PHOTOS: p. i: Townsend's big-eared bat *(Corynorhinus
townsendii)*; pp. ii–iii: elk *(Cervus elaphus)*; pp. iv–v: California sea lion
*(Zalophus californianus)*; p. vi: snowshoe hare *(Lepus americanus)*;
p. x: nine-banded armadillo *(Dasypus novemcinctus)*; p. xii: raccoons
*(Procyon lotor)*; pp. xiv–xv: humpback whale *(Megaptera novaeangliae)*;
p. xvi: Cascade golden-mantled ground squirrel *(Spermophilus saturatus)*;
p. xxiv: black bear *(Ursus americanus)*



BLM_0075501

providing a huge windfall of meat during the hard winter. Voles, lemmings, and ptarmigan are hunted in winter, but form a smaller percentage of the diet than scavenged carrion and cached food. Ringed seal pups are occasionally taken from their subnivean (snow) lairs, after the fox has dug through the snow to reach them. Fish are sometimes caught by stirring the water with a paw to attract them, then catching the fish with the jaws when they come within reach. Along the coasts, mollusks, crabs, sea urchins, and fish trapped in tidal pools are also taken. During years when food is scarce arctic foxes are known to range widely in search of it: one marked individual travelled a straight line distance of more than 1,120 km over a two-year period. Foxes that travel with the current on ice floes also cover great distances, and have been found as far north as 140 km from the true North Pole.

Arctic foxes prefer to den in light, sandy soil along river banks, on small hillocks, and occasionally in talus (rock slide) fields. Den entrances usually face south to take advantage of the sun's warmth, and slope downward towards the permafrost. The average number of entrances is 12. Most dens are used by successive generations, being expanded and enlarged each year. An old, much-used den can have as many as 60 entrances. The average litter of 6–10 pups is born after a gestation period of about 53 days. The size of the litter is quite variable, ranging from 3 to 25 young, depending on the vole and lemming population. The life expectancy of the arctic fox is very short due to the extreme conditions under which it lives. Most young die before they are six months old, and few adults live longer than 3–4 years. One individual lived a record 15 years in captivity.

The only other canids found within the range of the arctic fox are gray wolves, and in areas where they have been introduced for the fur trade, red foxes. In areas where the red fox occurs, it often harasses and dominates the arctic fox. Wolves, polar bears, and snowy owls are the fox's only predators besides humans, their main predator. *C. G. Anderson*

### Size

Males average about 10–20 percent larger than females.
Total length: 830–1,100 (853) mm (males); 713–850 (821) mm (females)
Length of tail: 280–425 (303) mm (males); 255–320 (289) mm (females)
Weight: 3.2–9.4 (3.5) kg (males); 1.4–3.3 (2.9) kg (females)

### Identification

This fox is easily distinguished from other canids by its distinctive coloration, reduced limb size, short snout, rounded head, short, rounded ears, and dense winter fur that also covers the foot pads. The eyes have golden yellow irises and the call is a bark-like yap. The pelage is long and thick in winter, short and thinner in summer. There are two winter color phases, white and so-called blue, both of which change to shades of brown in summer.

### Recent Synonyms

*Vulpes lagopus*

Recent genetic studies suggest that *Alopex* is closely related to *Vulpes velox*, the swift fox, and *Vulpes vulpes*, the red fox, and should not be given generic status based solely on morphological adaptations to living the Arctic. It has been proposed that it should be included in the genus *Vulpes*, to which most other North American foxes belong.

### Other Common Names

Polar fox, white fox, blue fox

### Status

Stable, but variable with food availability

### Subspecies

*Alopex lagopus groenlandicus,* Ellesmere Island, Canada
*Alopex lagopus hallensis,* Hall and St. Matthew Islands, Bering Sea, western Alaska
*Alopex lagopus pribilofensis,* St. George and St. Paul Islands, Pribilof Islands, western Alaska
*Alopex lagopus ungava,* Quebec, Newfoundland, Labrador, Nova Scotia (Linguan Bay)

### References

Banfield, 1974; Geffen et al., 1992; Nowak, 1991; Underwood and Mosher, 1982

# Kit or swift fox | *Vulpes velox*

Kit and swift foxes are the smallest wild canids in North America. There is considerable disagreement about whether they should be considered two distinct species or whether they differ only at the subspecific level. Traditional skull and other morphological measurements support separate species status. The existence of hybrids and some recent genetic evidence indicates only subspecific differences; however, a 1993 mitochondrial DNA study supports their separation into two species. In this account they are treated as one species and distinct populations of kit and swift foxes are distinguished as subspecies.

Kit foxes are found from northern Mexico to the southeastern corner of Oregon, including Utah, Nevada, southern California, Arizona, New Mexico, southwestern Colorado and western Texas. Swift foxes, which inhabit short, medium, and mixed grass prairies, were once found from the Canadian prairies in the north, south through Montana, North and South Dakota, Nebraska, eastern Wyoming, eastern Colorado, the Oklahoma Panhandle, and into northwest Texas. Habitat destruction, trapping, and poisoning for predator control has greatly reduced populations of both subspecies, and the swift

BLM_0075502



*Vulpes velox*



fox is now extremely rare or extinct in the northern half of its former range. A reintroduction program is underway to restore the swift fox to its former range in the Canadian prairie provinces. In the United States, the California San Joaquin kit fox was listed as an endangered species as *V. v. mutica*. It is still managed under that status.

Kit foxes are found in shrub-steppe, arid, and semiarid desert habitat. Typically, each established family group of kit foxes utilizes a cluster of 7 to 17 dens. Each den site may have from one to 25 entrances, which are often keyhole-shaped. Entrances are connected by spiraling tunnels. In the dens, there are separate chambers for sleeping and caching of food. The



FAMILY CANIDAE    149

BLM_0075503

vast system of subterranean tunnels in a cluster of dens serves as habitat for potential prey such as fossorial rodents, insects, and reptiles.

Males seem to rotate use of dens within clusters more often than females. The load of ectoparasites such as fleas and ticks carried by an individual fox (and in the empty den) usually decreases following a change from one den site to another. Moving to a new den not only helps control parasites, it also allows the foxes to rotate hunting to different portions of their home range. Kit foxes are not considered strongly territorial outside the whelping season, and it is not uncommon to find a member of a mated pair in a den site with another adult. These foxes may have an expanded social system based on a dominance hierarchy, which serves to parcel out acceptable habitat for home ranges and whelping areas.

Swift and kit fox are primarily nocturnal, spending the day in the cool security of their dens. Occasionally they will sit by a den entrance and sun themselves during warm weather. They leave the den after sunset, hunting sporadically until sunrise. Both kit and swift foxes are carnivorous. Their diets consist primarily of lagomorphs and rodents, but also include birds, lizards, and insects. Kit foxes often inhabit arid regions where water is not readily available, and survive on the moisture derived from their prey. The foxes play important roles in their respective ecosystems as predators on small mammals and as architects of subterranean burrows used by many other species.

Adult foxes usually hunt alone but live in mated pairs throughout the year. The home ranges of males almost completely overlap those of females. Occasionally an adult male will share a den and home range with two adult females, with one female acting as a helper with the pups. Kit and swift foxes breed once a year, between late December and early February, depending on latitude. After a gestation period of approximately 49–55 days, litters of three to six pups are born in late February through early April. Pups emerge from the den after one month and begin accompanying adults on hunting trips after 3 months. Young disperse during August and September.

The curious and somewhat unwary nature of swift and kit foxes has contributed to their decline in much of their range. Populations have been severely affected by poisons, traps, and other measures intended to control coyotes or other "nuisance" animals. Shootings and vehicle-caused mortalities also contribute to their decline. Natural causes of mortality include disease, den cave-ins, starvation, and predation. Coyotes are the most common predators of the foxes throughout most of their range.

Swift and kit foxes are easily distinguished from other North American foxes. Red foxes are larger, with white-tipped tails. The gray fox is also larger and has gray fur and a black dorsal streak on the tail. Adult coyotes are much larger, and young coyotes are stockier and have shorter faces than those of kit or swift foxes. *R. K. Thacker and J. T. Flinders*

**Size**

Males are usually larger than females.
Total length: 740–820 mm (males); 680–750 mm (females)
Length of tail: 270–330 mm (males); 230–300 mm (females)
Weight: 1.4–3.0 kg

**Identification**

*Vulpes velox* is yellowish-tan, with a gray tint along the back and white undersides. It has distinctive, large ears, a slender body, and a long, bushy, black-tipped tail. The kit fox has larger ears, a longer tail, and a narrower snout than the swift fox. *Canis latrans, Vulpes vulpes,* and

*Urocyon cinereoargenteus* are all larger. *V. vulpes* has a white-tipped tail; *U. cinereoargenteus* is gray, with a black streak on the top of the tail.

**Other Common Names**

Northern kit fox, prairie kit fox, swift kit fox

**Status**

Locally common but rare in much of its range. The San Joaquin kit fox is protected as an endangered species, and in Canada, the swift fox is protected as an endangered species.

**Subspecies**

*Vulpes velox macrotis* (kit fox), northern Mexico

to southeastern Oregon, including Utah, Nevada, southern California, Arizona, New Mexico, southwestern Colorado, and western Texas

*Vulpes velox velox* (swift fox), Canadian prairies south through Montana, North and South Dakota, Nebraska, eastern Wyoming, eastern Colorado, the Oklahoma Panhandle and into northwest Texas

**References**

*Mammalian Species* 122; *Mammalian Species* 123 *(Vulpes macrotis)*; Mercure et al., 1993; O'Farrell, 1987; O'Neal et al., 1987; Scott-Brown et al., 1987

# Red fox | *Vulpes vulpes*

The red fox is the most widely distributed wild carnivore in the world, occurring in North America, Asia, Europe, and northern Africa. They were also introduced into Australia in about 1850 for fox hunting, and they are now widely distributed there. European red foxes were introduced into the eastern

United States around 1790, and there is some confusion regarding the original distribution of the native red fox before this time. Red foxes prefer habitats with great diversity, such as intermixed crop lands, brush, and pastures. They use edges heavily; they do not use dense, extensive forests. The pervasive

BLM_0075504

04-200be

# Effects of Off-road Recreation on Mule Deer and Elk

**Michael J. Wisdom**
*U. S. Department of Agriculture, Forest Service,*
*        Pacific Northwest Research Station*
*La Grande, Oregon*

**Alan A. Ager**
*U. S. Department of Agriculture, Forest Service,*
*        Umatilla National Forest*
*Pendleton, Oregon*

**Haiganoush K. Preisler**
*U. S. Department of Agriculture, Forest Service,*
*        Pacific Southwest Research Station*
*Berkeley, California*

**Norman J. Cimon**
*U. S. Department of Agriculture, Forest Service,*
*        Pacific Northwest Research Station*
*La Grande, Oregon*

**Bruce K. Johnson**
*Oregon Department of Fish and Wildlife*
*La Grande*

## Introduction

Off-road recreation is increasing rapidly in the United States, especially on public land (Havlick 2002, U.S. Department of Agriculture Forest Service 2004). An expansive network of roads provides easy access to much public land, which facilitates off-road uses in the form of all-terrain vehicles (ATVs), horses, mountain bikes and foot traffic. No research, however, has evaluated effects of these off-road activities on vertebrate species in a comparative and experimental manner (see review by Gaines et al. 2003). One recent study (Taylor and Knight 2003a) evaluated bison (*Bison bison*), pronghorn (*Antilocapra americana*),

BLM_0075505

and mule deer (*Odocoileus hemionus*) responses to mountain biking and hiking. This study, however, did not include ATV or horseback riding, nor did it include experimental controls needed to assess cause-effect relations.

To address these knowledge gaps, we initiated a manipulative, landscape experiment in 2002 to measure effects of off-road recreation on mule deer and elk (*Cervus elaphus*), two charismatic species of keen recreational, social and economic interest across western North America. Our objectives were to (1) document cause-effect relations of ATV, horseback, mountain bike and hiking activities on deer and elk, using these off-road activities as experimental treatments and periods of no human activity as experimental controls; (2) measure effects with response variables that index changes in animal or population performance, such as movement rates, flight responses, resource selection, spatial distributions and use of foraging versus security areas; (3) use these response variables to estimate the energetic and nutritional costs associated with each activity and the resultant effects on deer and elk survival; and (4) interpret results for recreation management.

Our research began in 2002 and ended in 2004. In this paper, we present findings from 2002 to address parts of objectives 1, 2 and 4. We specifically focus on changes in movement rates and flight responses of mule deer and elk in relation to the off-road activities, compared to periods of no human activity. We then describe potential uses of the results for recreation management.

We present findings from our first year of study because of the urgent need for timely management information to address the rapid growth in off-road recreation (U. S. Department of Agriculture, Forest Service 2004). For example, ATV use on public land has increased seven-fold during the past 20 years, and many conservation groups are calling for widespread restrictions on ATV travel (U. S. Department of Agriculture, Forest Service 2004). Yet, no studies have evaluated the role of ATVs compared to other off-road activities, such as mountain biking and horseback riding, which also are increasing rapidly. Without comprehensive studies of ATV effects in relation to other recreation, the debate over ATV use is likely to intensify. Our study was designed to measure a variety of ungulate responses to address this debate, so results can be used to identify compatible mixes of different off-road recreational opportunities in relation to deer and elk management.

Throughout our paper, we refer to off-road recreation, both motorized and nonmotorized, that occurs on trails, primitive (unpaved) roads, or areas

BLM_0075506

without trails or roads. This definition complements the phrase off-highway vehicle (OHV) use, which refers to motorized vehicle use on any surface beyond highways (U. S. Department of Agriculture, Forest Service 2004), but which does not include other forms of nonwinter recreation that typically occur on primitive roads and trails, such as hiking, horseback riding, and mountain biking.

### Study Area and Technologies

We conducted our research in northeastern Oregon at the Starkey Experimental Forest and Range (Starkey, Figure 1), a facility equipped to evaluate real-time and landscape-level responses of deer and elk to human activities under controlled experimentation (Rowland et al. 1997, Wisdom et al. 2004a). The facility encompasses spring, summer and fall ranges typical of those used by mule deer and elk in the western United States. Timber harvest, livestock grazing, motorized traffic, hunting, camping and other public uses of Starkey also are managed like those on national forests in the western United States, providing a large inference space for research findings (Rowland et al. 1997, Wisdom et al. 2004a).




Figure 1. Boundaries of ungulate-proof enclosures at the Starkey Experimental Forest and Range in northeastern Oregon (bottom left) and location of transects used for ATV activities in the 3,590-acre (1,453-ha) Northeast Study Area (upper right), the site of the off-road recreation study. Transects were similar in length and location for mountain biking, hiking and horseback riding as those shown here for ATV activities.

BLM_0075507

An essential research component at Starkey is the ungulate-proof enclosure, one of the largest in the world, which allows scientists to evaluate ungulate responses to human activities over large areas and under controlled conditions (Bryant et al. 1993, Rowland et al. 1997). Another key technology is the automated tracking system (ATS), which can generate up to one animal location every 20 seconds, 24 hours a day, from April through December each year (Rowland et al. 1997, Kie et al. 2004). Additional technologies include maps and databases of more than 100 environmental variables to relate animal movements to the landscape experiments, as well as supporting methods and software to analyze these data (Rowland et al. 1997, 1998).

## Implementing the Recreation Treatments

To meet our objectives, a network of off-road transects was established and run in 2002, using ATV, horseback, mountain bike and hiking activities as experimental treatments in the 3,590-acre (1,453-ha) Northeast Study Area (Figure 1). Approximately 20 miles (32 km) of transects were established (Figure 1), over which ATV, horseback, mountain bike and foot traffic was experimentally applied from mid-April through October. Locations of each transect were established with global positioning system (GPS) units (Figure 1). Transects were located on flat or moderate terrain typically used by off-road activities. Primitive roadbeds, like those often established by off-road vehicles (U. S. Department of Agriculture, Forest Service 2004), were included in the transects. Use of roadbeds and trails to implement human activities is referred to as a tangential experimental approach because animals are not targeted directly by the activities (Taylor and Knight 2003b). This is in contrast to a direct experimental approach, such as testing the reaction of nesting birds to designed encounters with humans at nest sites.

A sufficient number and length of transects were established to encompass all portions of the Northeast Study Area (Figure 1). Each off-road activity was run on a given transect twice daily, once in the morning and once in the afternoon, during a 5-day period; this daily frequency of activity corresponds to traffic frequency on Starkey roads that produced an avoidance response by elk in earlier research (Wisdom 1998, Wisdom et al. 2004b).

A particular activity for a given morning or afternoon was completed by one to three people who rode ATVs (four-wheelers or quads), mountain bikes,

BLM_0075508

or horses, or who hiked as a group. On most days, group size consisted of two people moving as a pair; that is, by two people hiking or each riding ATVs, mountain bikes or horses. A group size of two, with a range of one to three people, often is typical for these recreation activities in nonwilderness portions of national forests (D. Barrett, personal communication 2002). Group size can vary substantially, however, with larger groups of 5 to 10 ATV riders or horseback riders, for instance. We had neither the resources nor the experimental options to include these larger groups as treatments in our study. Moreover, group size of mountain bikers and hikers often does not approach 5 to 10 people, and we wanted to maintain approximately the same group size across all four activities. A group size of two people, with a range of one to three people, provided this consistency.

For ATV travel, a pair of riders could easily cover the 20 miles (32 km) of transects during a given morning or afternoon. A pair of mountain bike riders, however, could cover about 50 percent of the 20 miles (32 km) in a morning or afternoon. Horseback riders and hikers could cover about 30 percent. Because we wanted to standardize the experiment by the same number of transect runs or passes (twice daily) among all four off-road activities, two different groups of mountain bikers and three groups of horseback riders or hikers were used to obtain complete coverage of transects for a given morning or afternoon. For mountain biking, the transects were divided in half, with each of the two groups assigned to ride a different half of the 20 miles (32 km) in a morning or afternoon. Similarly, three groups of horseback riders or hikers, each assigned to travel a different third of the transect length, were used for each morning and afternoon to obtain complete coverage of transects.

Each of the four off-road activities was implemented under an interrupted movement design, where humans were allowed to momentarily stop to view animals for less than 1 minute when animals were observed. This is in contrast to a continuous movement design, where human activities are not delayed or stopped when animals are observed (Taylor and Knight 2003b).

Each 5-day period of off-road activity was followed by a 9-day control period, during which no human activities occurred in the study area. This pattern was followed from mid-April through October, resulting in three replicates of each of the four off-road activities. Each 5-day replicate of an off-road activity thus was paired with a 9-day control period that immediately followed the replicate. Only one type of off-road activity (ATV, horseback, mountain bike or

BLM_0075509

hiking) occurred on transects during a given 5-day replicate. The chronological order of each off-road activity, in terms of which activity occurred during the first 5-day replicate in late April, versus the next 5-day replicate in early May, and so on, was randomly chosen.

Throughout the experiment, all human entry beyond the four off-road activities, including administrative use of roads, was prohibited to eliminate the confounding effects of other human activities with animal response to the off-road activities. Consequently, human activities such as timber harvest, road traffic, camping and hunting did not occur during the study because of their confounding effects.

## Measuring Animal Responses

To monitor animal responses, 12 female mule deer and 12 female elk were radio-collared among a larger population of approximately 25 female deer and 100 female elk present in the Northeast Study Area in early April. Movements of these radio-collared animals were monitored with the ATS (Rowland et al. 1997). During periods of off-road activity, locations of each radio-collard deer or elk were generated at approximately 10-minute intervals. Locations of humans engaged in each off-road activity were generated at approximately 1-minute intervals, using GPS units carried by one of the persons in each group of hikers or riders of ATVs, horses or mountain bikes. Use of the automated telemetry system to track animal movements, combined with the use of GPS units to track human movements, provided real-time, unbiased estimates of the distances between each ungulate and group of humans.

Our method of estimating distances between ungulates and humans contrasts strongly with the use of direct observation, using rangefinders or other devices, to measure distances. Direct observation as a means of estimating distances between ungulates and humans is likely to be biased by the proportion of deer or elk whose reactions to human activities cannot be observed because such reactions are different than those of animals that can be observed. For example, some animals may run from human activity at distances beyond the view of observers, while other animals may react at close distances to, and in view of, observers. This bias in observed distances would result in underestimation of the true distance at which animals react to the human activity. In other cases, animals may flee from humans at close distances but not be viewed because such

BLM_0075510

animals seek dense cover during flight; this bias would result in overestimation of distances. We avoided such biases with the use of our automated telemetry system and GPS units to continuously monitor the movements of ungulates and humans throughout our study.

We also located radio-collared animals during the 9-day periods of no human activity, or control period. Approximately two locations of each radio-collared animal were obtained every hour during control periods, to establish baseline information about areas of deer and elk use, habitat selection, movement rates, and flight responses in the absence of human activities. For this paper, we analyzed two types of animal reactions: (1) movement rate and (2) probability of flight response. We evaluated movement rate and probability of flight response because both can ultimately be used to estimate the energetic costs of animal reactions to off-road activities (see Conclusions and Interpretations).

### Estimating Movement Rates

We defined movement rate as the speed of animal movement (yards moved per minute), estimated hourly, 24 hours per day, for a given species, treatment and control period. We calculated the speed of animal movement for each radio-collared deer or elk for each pair of successive locations; that is, the horizontal distance between two successive locations divided by the elapsed time between locations (Ager et al. 2003). Each measurement of animal speed for a given radio-collared animal was assigned to the time recorded for the first location of each pair of animal locations used in the calculation.

Only successive locations with consistent elapsed times were included in the calculation of movement rates to eliminate the bias of excessively short and long elapsed times. Short elapsed times (e. g., fewer than 5 minutes) between locations falsely inflate the movement rate because of random location errors in the ATS over such short time periods (Findholt et al. 1996, 2002). Long elapsed times (e .g., more than 35 minutes) between locations allow animals to move back and forth between the documented locations, thus biasing the estimate of movement rate downward (Ager et al. 2003).

To estimate overall patterns of movement rates for each species, rates calculated for each individual radio-collared animal were averaged among all animals, for mule deer and for elk, by hourly interval, for each off-road treatment and the paired control period that immediately followed that treatment. For this analysis, we minimized random variation by summarizing results across each 5-

BLM_0075511

day treatment and across each subsequent 9-day control. We did this after exploratory plots of data provided no evidence of change in movement rates of animals from day 1 through day 5 of each treatment period, or for day one through nine of each control period, as examined on an hourly basis. We then pooled hourly results for each species across the three replicates of each off-road activity, and across control periods, after finding no evidence of differences in like replicates across time, or in control periods across time.

### *Estimating Probabilities of a Flight Response*

We used a stimulus response model to estimate the probability of a flight response by a deer or elk with changing distance between each animal and off-road activity. We defined a flight response as the speed of animal movement, or movement rate, that exceeded the 95th percentile of all deer or elk speeds calculated for each hour from data collected during the control periods. Specifically, a flight response was any animal movement for a given hour of day that exceeded the 95th percentile of all deer or elk speeds calculated for that same hour of day during the paired 9-day control period that immediately followed a given 5-day period of off-road activity. Thus by definition, when no stimulus was present (no human activity), a deer or elk would register a response (i. e., travel at speeds greater than the 95th percentile of all deer or elk speeds for that hour during the control period) 5 percent of the time. Probabilities of response were estimated using logistic regression within the generalized additive model framework (Hastie and Tibshirani 1990).

Each estimated probability of a flight response for a given radio-collared animal was linked to the estimated distance between that animal and each group of humans conducting an off-road activity, allowing an examination of how probabilities changed with distance between animals and humans. As with our analyses of movement rates, we pooled the probability data for each species across the three replicates of each off-road activity and across control periods. We pooled data after initial analyses showed that results for deer and elk were similar across the three replicates of each off-road activity and across all control periods.

## Movement Rates of Elk

Movement rates of elk were substantially higher during periods of all four off-road activities, compared to periods of no human activity (Figure 2). Responses of elk to the morning and afternoon runs were clearly evident, with

BLM_0075512



Figure 2. Mean movement rate (speed, meters per minute) of elk, estimated hourly on a 24-hour basis, Pacific Daylight Time (PDT), during periods of no human activity (C) versus periods of ATV activity (ATV), hiking (HIK), mountain bike riding (BIK) and horseback riding (HRS), from April through October, 2002, in Northeast Study Area of Starkey.

the most pronounced increase in movement rates observed during the hours when each off-road activity occurred (Figure 2). For example, our morning pass on transects began between 0830 and 0930 Pacific Daylight Time (PDT), and highest movement rates for elk occurred in the hours immediately after, from 0900 to 1100, during all four activities (Figure 2). Moreover, lunch break for participants in the experiment occurred at or near noon, and movement rates for elk dipped to their lowest level at noon during all activities. Finally, we resumed each activity at 1230 to 1300 PDT, and movement rates for elk substantially increased immediately after (Figure 2).

Movement rates were substantially higher for elk during the morning pass, compared to the afternoon pass, for all four activities (Figure 2). Movement rates of elk during the afternoon pass, however, stayed well above the rates observed during the periods of no human activity (control period, Figure 2). Movement rates during the afternoon pass declined after 1500 PDT, when afternoon activities ended.

For the morning pass, movement rates of elk were highest during ATV riding, second-highest during mountain-bike riding and lowest during hiking and horseback riding (Figure 2). Movement rates of elk also stayed higher, over a longer period, during the afternoon ATV run, compared to rates during afternoon horseback riding, mountain-bike riding and hiking. Peak movement rates of elk during the morning pass were highest for ATV riding (21 yards per minute [19 m/min]), followed by mountain bike riding (17 yards per minute [16 m/min]) and horseback riding and hiking (both about 15 yards per minute [14 m/min]). For the

BLM_0075513

afternoon run, movement rates of elk again were highest during ATV riding (13 yards per minute [12 m/min]), followed by horseback riding (about 11 yards per minute [10 m/min]) and hiking and mountain bike riding (about 10 yards per minute [9 m/min]).

By contrast, peak movement rates of elk during the control periods did not exceed 9 yards per minute (8 m/min). Moreover, peak movement rates during the control periods stayed below 8 yards per minute (7 m/min) during daylight hours of 0800 to 1500, the comparable period of each day when off-road treatments were implemented.

Interestingly, movement rates of elk also were higher than control periods at times encompassing sunrise and sunset for the days in which an off-road activity occurred, even though humans were not present at these times of day (Figure 2). These higher movement rates near sunrise and sunset suggest that elk were displaced from preferred security and foraging areas as a result of flight behavior during the daytime off-road activities. In particular, movement rates of elk at or near sunrise and sunset were higher during the 5-day treatments of mountain bike and ATV activity (Figure 2). This finding will be studied in detail in future analyses.

## Flight Responses of Elk

The estimated probability of elk flight from a human disturbance was highly dependent on distance. When elk and humans were close to one another, the maximum probability of a flight response was approximately 0.65 during ATV, mountain bike and hiking activity, and 0.55 during horseback riding (Figure 3). Higher probabilities of flight response occurred during ATV and mountain bike activity, in contrast to lower probabilities observed during hiking and horseback riding (Table 1). Probability of a flight response declined most rapidly during hiking, with little effect when hikers were beyond 550 yards (500 m) from an elk. By contrast, higher probabilities of elk flight continued beyond 820 yards (750 m) from horseback riders and 1,640 yards (1,500 m) from mountain bike and ATV riders (Figure 3).

## Movement Rates of Deer

In contrast to elk, mule deer showed less change in movement rates during the four off-road activities compared to the control periods (Figure 4).

BLM_0075514



Figure 3. Estimated probability (solid line encompassed by dashed lines of the approximate 95 percent pointwise confidence interval) of a flight response by elk during 2002 in relation to distance (meters) from humans riding ATVs, mountain bikes, horses or hiking. A flight response is defined as an animal movement with a speed exceeding the 95th percentile of speeds observed during periods of no human activity (control period). The horizontal dashed line at the bottom of each graph is the probability of a flight response by elk during periods of no human activity, and this line represents the background, or the null condition, above which significant elk response to the off-road activities exists.

During the period of day from 0800 to 1500 when off-road activities occurred, movement rates of deer during ATV riding were similar to rates during control periods. By contrast, daytime movement rates of deer were higher, compared to control periods, during mountain bike riding, horseback riding and hiking, especially in the morning (Figure 4).

Interestingly, the increased movement rates observed for elk near sunrise and sunset also were evident for mule deer. Movement rates at these times were particularly high during all four activities as well as during the control periods, suggesting that these times were peak foraging periods (Ager et al. 2003).

## Flight Responses of Deer

Estimated probabilities of flight response for mule deer were similar among all four activities versus control periods (Table 1, Figure 5). These

BLM_0075515

Table 1. Estimated probabilities (and approximate 95 percent confidence limits) of a flight response by elk and mule deer as a function of distance between animals and humans riding all-terrain vehicles (ATV), mountain bikes (BIKE), horses (HORSE) or hiking (HIKE).  On average there were 128 deer or elk locations obtained during a given day of each off-road activity (treatment periods).  During periods of no human activity (control periods), the null probability of a flight response is 0.05.  Thus, any values greater than 0.05 reflect an increased probability of a flight response in relation an off-road activity.

| Distance[1] | ATV | Bike | Horse | Hike |
|---|---|---|---|---|
| 109 yards (100 m) | 0.62 | 0.58 | 0.50 | 0.52 |
| from elk | (0.52–0.73) | (0.46–0.68) | (0.40–0.59) | (0.42–0.64) |
| 545 yards (500 m) | 0.43 | 0.31 | 0.22 | 0.15 |
| from elk | (0.36–0.49) | (0.26–0.35) | (0.19–0.26) | (0.12–0.18) |
| 1,090 yards (1,000 m) | 0.25 | 0.13 | 0.07 | 0.06 |
| from elk | (0.20–0.30) | (0.10–0.16) | (0.05–0.08) | (0.04–0.08) |
| All distances | 0.19 | 0.14 | 0.11 | 0.08 |
| from elk | (0.17–0.21) | (0.12–0.16) | (0.09–0.12) | (0.07–0.10) |
| 109 yards (100 m) | 0.06 | 0.08 | 0.11 | 0.10 |
| from deer | (0.01–0.11) | (0.02–0.14) | (0.03–0.19) | (0.04–0.17) |
| 545 yards (500 m) | 0.05 | 0.07 | 0.05 | 0.04 |
| from deer | (0.02–0.07) | (0.04–0.10) | (0.03–0.07) | (0.02–0.05) |
| 1,090 yards (1,000 m) | 0.03 | 0.06 | 0.04 | 0.04 |
| from deer | (0.01–0.06) | (0.03–0.08) | (0.02–0.06) | (0.02–0.06) |
| All distances | 0.03 | 0.05 | 0.04 | 0.04 |
| from deer | (0.02–0.05) | (0.04–0.07) | (0.03–0.05) | (0.03–0.06) |

[1] Distance between an animal and human during each off-road activity.



Figure 4.  Mean movement rate (speed, meters/minute) of mule deer, estimated hourly on a 24-hour basis, Pacific Daylight Time (PDT), during periods of no human activity (C) versus periods of ATV activity (ATV), hiking (HIK), mountain bike riding (BIK) and horseback riding (HRS) during 2002 in the Northeast Study Area of Starkey.

BLM_0075516



Figure 5. Estimated probability (solid line encompassed by dashed lines of the approximate 95 percent pointwise confidence interval) of a flight response by mule deer during 2002 in relation to distance (meters) from humans riding ATVs, mountain bikes, horses or hiking. A flight response is defined as an animal movement with a speed exceeding the 95th percentile of speeds observed during periods of no human activity (control period). The horizontal dashed line at the bottom of each graph is the probability of a flight response by deer during periods of no human activity, and this line represents the background, or null, condition, above which significant deer response to the off-road activities exists.

probabilities were nearly identical among all four activities and not significantly different than the null probability of 0.05 set for control periods, suggesting that deer were not exhibiting the same tendency for flight as shown by elk in relation to off-road activities (Table 1).

## Conclusions and Interpretations

### *Elk*

Movement rates and probabilities of flight response for elk were substantially higher during all four off-road activities, compared to control periods of no human activity. Consequently, off-road recreational activities like those evaluated in our study appear to have a substantial effect on elk behavior. The energetic costs associated with these treatments deserve further analysis to assess potential effects on elk survival. For example, if the additional energy

BLM_0075517

required to flee from an off-road activity reduces the percent body fat of elk below 9 percent as animals enter the winter period, the probability of surviving the winter is reduced (Cook et al. 2004). Animal energy budgets also may be adversely affected by the loss of foraging opportunities while animals respond to off-road activities, both from increased movements and from displacement from foraging habitat. These potential effects will be evaluated as part of future analyses.

Our results from 2002 also show clear differences in elk responses to the four off-road activities. Elk reactions were more pronounced during ATV and mountain bike riding, and they were less so during horseback riding and hiking. Both movement rates and probabilities of flight responses were higher for ATV and mountain bike riding than for horseback riding and hiking.

Interestingly, the maximum probability of flight was approximately 0.65 for the treatments, meaning that, about 35 percent of the time, elk did not exhibit a flight response when close to an off-road activity. Most likely the response depends on local topography, cover and other factors that we have not yet analyzed as part of our flight response model. Future work will include terrain and vegetation measures as covariates in the probability models to examine whether these effects can be detected and quantified (see Taylor and Knight 2003b).

It is important to note that designing our study to maintain the same number of daily passes on transects among all four activities required the most effort for hiking and horseback riding, and the least effort for ATV riding. Specifically, to accomplish two runs per day required three groups of hikers or horseback riders (with each group hiking approximately 33 percent of transect length) but only one group of ATV riders. By contrast, accomplishing two runs per day required two groups of mountain bikers (with each group covering approximately 50 percent of transect length).

Our results for elk might have been different had we designed the study to test animal response to an equal number of groups, or equal density, of people engaged in the four off-road activities (i. e., the same number of groups of people engaged in each activity, regardless of the number of passes that could be accomplished), rather than testing for effects of equal saturation of the study area (i. e., two daily passes on transects for all four activities). In future analyses, we plan to explore the use of the amount of time spent by each off-road activity as a covariate and possibly weight the movement rates and probabilities of flight response by the inverse of time spent by each of the four off-road activities. This

BLM_0075518

weighting would help account for differences in effort required among the four activities to achieve equal saturation of the study area.

Our results may also change if elk eventually become habituated to some or all of the off-road activities. We will evaluate this possibility in future analyses by formally testing for replicate and year effects under a random effects model, with repeated measures taken on radio-collared animals over time (Kirk 1982). Analyses to test for animal habituation to the off-road activities will be possible when all three years of data are collected.

### Mule Deer

In contrast to elk, mule deer showed little measurable response to the off-road treatments. Movement rates increased slightly, however, during periods of all four-off road activities except ATV riding. Deer may well be responding to the treatments with fine-scale changes in habitat use, rather than substantial increases in movement rates and flight responses.

For example, it is possible that deer may respond to an off-road activity by seeking dense cover, rather than running from the activity. If mule deer are spending more time in dense cover, in reaction to any of the off-road activities, this could result in reduced foraging opportunities and a subsequent reduction in opportunities to put on fat reserves during summer that are needed for winter survival. Such potential responses will be evaluated as part of future analyses.

### Utility of Response Variables

Taylor and Knight (2003b) defined a variety of terms for measuring animal responses to human activity. Neither movement rate nor probability of a flight response was defined, however, because these types of animal responses apparently have not been measured in past research. We measured these two responses to human activity because both variables can ultimately be used to estimate the energetic costs of animal reactions to human activities. For example, movement rate can be used as a background index of the rate of animal speed without human activities, versus periods of human activities, to estimate the additional energetic costs of increased movement, if any, in relation to human activities (Ager et al. 2003).

Similarly, the probability of a flight response indicates how likely an animal is to move at high speed in relation to its distance from a human. This probability indicates how likely an animal is to run from a human activity, and

BLM_0075519

thereby disrupt the animal's activities related to energy acquisition (foraging) or energy conservation (resting). Any movement away from an area in relation to human activity has the potential to disrupt these foraging and resting patterns and, thereby, to cost energy (Johnson et al. 2004).

Future analyses will focus on the energetic costs, if any, to mule deer and elk from exposure to each off-road activity. Additional analyses also will include estimates of (1) the distance moved by an animal, given a flight response; (2) the time required for an animal that exhibits a flight response to return within a specified distance of the animal's location before the flight; (3) the change in space use by an animal, during or following periods of human activity, which may suggest or reflect an animal seeking greater refuge from the human activity, as compared to background, or null, use of space during periods of no human activity; and (4) the degree to which animals spend time in forage areas, gaining energy, versus time spent in nonforaging areas, during each off-road activity versus control periods.

### Implications for Recreation Management

Laws and policies of public land management emphasize multiple resource uses. Management of timber, grazing, roads, minerals, and wilderness are examples of traditional uses on lands administered by the U. S. Department of Agriculture, Forest Service (Forest Service) and U. S. Department of Interior, Bureau of Land Management (BLM), the two largest federal landowners in the United States. Public land managers now face the additional challenge of serving a variety of off-road recreational uses that are increasing rapidly, and that can be difficult to accommodate on the same land area at the same time (Taylor and Knight 2003a).

New planning approaches are underway in the Forest Service to accommodate increasing off-road recreational demands while mitigating the negative effects on species like elk (U.S. Department of Agriculture Forest Service 2004). These approaches could consider two related concepts: (1) off-road use rates and (2) off-road recreational equivalents. We define off-road use rates as the number of passes per unit of time on a given linear route (primitive road or trail that we referred to as transects) traveled by an off-road activity. Our results show that one pass per day by any of the four off-road activities causes increased movement rates and flight responses by elk.

We define off-road recreational equivalents as the ratio of ATV riders, mountain bikers, horseback riders and hikers that results in approximately the

BLM_0075520

same effect on a given resource, given the same off-road use rate. In the case
of elk, movement rates and probabilities of flight were highest during ATV riding
and lowest during horseback riding and hiking. These effects were a result of one
group of ATV riders, two groups of mountain bikers and three groups of
horseback riders or hikers required to complete one pass on the transects each
morning or afternoon. Consequently, the stronger effects posed by ATV riding,
combined with differences in the number of groups required of each activity to
achieve one pass on the transects, suggest that recreational equivalents would
exceed three groups of horseback riders or hikers to every one group of ATV
riders, and exceed two groups of mountain bike riders to every group of ATV
riders.

Although the formal methods of calculating the specific recreational
equivalents could be a subject of lengthy debate, the idea that different levels of
each off-road activity are required to approximate the same effect on a given
resource is logical and defensible. Accordingly, off-road use rates and
recreational equivalents could be tested as potential concepts in helping allocate
recreational activities within and across watersheds on a given national forest or
BLM field office. These concepts may be particularly relevant when derived
from a combination of response variables or resource uses. For example, effects
of each off-road activity on water quality, soil productivity, invasion of exotic
plants and species sensitive to human activities could be considered in deriving
use rates and recreational equivalents.

Such an approach would demand a substantial increase in research on
effects of off-road activities. For management of elk, results from our study will
be most useful when estimates of the energetic costs, if any, are derived for each
of the four off-road activities in terms of use rates and recreational equivalents.
Energetic costs to elk from one pass per day on a given linear route traveled by
a given off-road activity could be estimated, and the equivalent energetic costs,
given the same use rates, could be estimated among all off-road activities.

Although these details are not yet available, managers could begin to
consider holistic management strategies for all off-road activities based on our
current findings. Some watersheds might feature opportunities for ATV or
mountain bike riding, for example, while other watersheds might focus on
opportunities for horseback riding or hiking. Importantly, the watersheds
identified for horseback riding or hiking could accommodate a substantially higher
number of groups engaged in these off-road activities before realizing the same

BLM_0075521

effects on elk as would be expected in watersheds where ATV or mountain bike riding are featured. This type of holistic management of different mixes of all off-road activities contrasts with management approaches that focus on a single off-road activity, without consideration of all off-road uses and their cumulative effects.

Other strategies for watershed planning might simply focus on restricting each recreational activity to specified trails or roads. In this case, our results suggest that the effectiveness of such a strategy would depend on how much area is affected by the network of trails or roads allowed for use. If the linear distance of trails or roads open to recreation is small, relative to the total area of the watershed, the effect on elk is likely to be minor or negligible. If the linear distance is large, relative to the size of the watershed, the negative effect on elk could increase substantially. The specific effects could be analyzed in the same manner as outlined for estimating effects of motorized road traffic on elk, as done with distance band models (Rowland et al. 2004).

Effective and defensible strategies to meet off-road recreation demands, while also mitigating negative resource effects, are likely to require a substantial increase in budgets of public land agencies for research, management and monitoring of these activities. Managers currently have little knowledge with which to develop effective strategies in partnership with the many public recreation users. Without such knowledge, the debate about off-road recreation is likely to intensify, with few scientifically based options for resolution in relation to mitigating potential negative effects on species like elk that are sensitive to human activities.

## Reference List

Ager, A. A., B. K. Johnson, J. W. Kern, and J. G. Kie. 2003. Daily and seasonal movements and habitat use by female Rocky Mountain elk and mule deer. *Journal of Mammalogy.* 84:1076–88.

Bryant, L. D., J. W. Thomas, and M. M. Rowland. 1993. *Techniques to construct New Zealand elk-proof fence, general technical report PNW-GTR-313.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Cook, J. G., B. K. Johnson, R. C. Cook, R. A. Riggs, T. DelCurto, L. D. Bryant, and L. L. Irwin. 2004. Effects of summer-autumn nutrition and

BLM_0075522

parturition date on reproduction and survival of elk. *Wildlife Monographs* 155:1–61.

Findholt, S. L., B. K. Johnson, L. D. Bryant, and J. W. Thomas. 1996. Corrections for position bias of a LORAN-C radio-telemetry system using DGPS. *Northwest Science.* 70:273–80.

Findholt, S. L., B. K. Johnson, L. L. McDonald, J. W. Kern, A. A. Ager, R. J. Stussy, and L. D. Bryant. 2002. *Estimating habitat use from error associated with radiotelemetry positions, forest service, research paper PNW-RP-555.* Portland, Oregon: U. S. Department of Agriculture.

Hastie, T., and R. Tibshirani. 1990. *Generalized additive models.* New York New York: Chapman and Hall.

Havlick, D. G. 2002. *No place distant: Roads and motorized recreation on America's public lands.* Washington, DC: Island Press.

Gaines, W. L., P. H. Singleton, and R. C. Ross. 2003. *Assessing the cumulative effects of linear recreation routes on wildlife habitats on the Okanogan and Wenatchee national forests, general technical report PNW-GTR-586.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Johnson, B. K., A. A. Ager, J. H. Noyes, and N. Cimon. 2004. Elk and mule deer responses to variation in hunting pressure. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:625–40.

Kie, J. G., A. A. Ager, N. J. Cimon, M. J. Wisdom, M. M. Rowland, P. K. Coe, S. L. Findholt, B. K. Johnson, and M. Vavra. 2004. The Starkey database: Spatial-environmental relations of North American elk, mule deer and cattle at the Starkey Experimental Forest and Range in northeastern Oregon. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:475–90.

Kirk, R. E. 1982. *Experimental design, second edition.* Pacific Grove, California: Brooks/Cole Publishing.

Rowland, M. M., L. D. Bryant, B. K. Johnson, J. H. Noyes, M. J. Wisdom, and J. W. Thomas. 1997. *The Starkey project: History, facilities, and data collections methods for ungulate research, general technical report PNW-GTR-396.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

BLM_0075523

Rowland, M. M., M. J. Wisdom, B. K. Johnson, and M. A. Penninger. 2004. Effects of roads on elk: Implications for management in forested ecosystems. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:491–508.

Rowland, M. M., P. C. Coe, R. J. Stussy, A. A. Ager, N. J. Cimon, B. K. Johnson, and M. J. Wisdom. 1998. *The Starkey habitat data base for ungulate research: Construction, documentation, and use, general technical report PNW-GTR-430.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Taylor, A. R., and R. L. Knight. 2003b. Behavioral responses of wildlife to human activity: Terminology and methods. *Wildlife Society Bulletin.* 31:1,263–71.

Taylor, A. R., and R. L. Knight. 2003a. Wildlife responses to recreation and associated visitor perceptions. *Ecological Applications.* 13:951–63.

U. S. Department of Agriculture, Forest Service. 2004. *Managing the National Forest System: Great issues and great divisions.* La Grande, Oregon: U. S. Department of Agriculture, Forest Service, Northwest Research Station.

Wisdom, M. J. 1998. *Assessing life-stage importance and resource selection for conservation of selected vertebrates.* Ph.D. dissertation, University of Idaho, Moscow.

Wisdom, M. J., M. M. Rowland, B. K. Johnson, and B. L. Dick. 2004a. Overview of the Starkey project: Mule deer and elk research for management benefits. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:455–74.

Wisdom, M. J., N. J. Cimon, B. K. Johnson, E. O. Garton, and J. W. Thomas. 2004b. Spatial partitioning by mule deer and elk in relation to traffic. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:509–30.

BLM_0075524

# Transactions
# of the
# Sixty-ninth North American Wildlife
# and Natural Resources Conference

Conference Theme:
*Resource Stewardship in the 21st Century:*
*A Voyage of Rediscovery*

*March 16 to 20, 2004*
*DoubleTree Hotel and Spokane City Center*
*Spokane, Washington*

Edited by
Jennifer Rahm

Published by the
**Wildlife Management Institute**
Washington, DC
2004

BLM_0075525

Wildlife for Persons with Disabilities: Making the Outdoors Accessible
through the Use of Motorized Vehicles......................................................439
    *Kirk Thomas and Illana Burkhart*

## Special Session Six. Policy Implications from Long-term Studies of Mule Deer and Elk: A Synthesis of the Starkey Project

The Starkey Project:
Long-term Research for Long-term Management Solutions ......................443
    *Thomas M. Quigley and Michael J. Wisdom*

Overview of the Starkey Project:
Mule Deer and Elk Research for Management Benefits...........................455
    *Michael J. Wisdom, Mary M. Rowland, Bruce K. Johnson,*
    *and Brian L. Dick*

The Starkey Databases: Spatial-Environmental Relations
of North American Elk, Mule Deer and Cattle
at Starkey Experimental Forest and Range in Northeastern Oregon..........475
    *John G. Kie, Alan A. Ager, Norman J. Cimon, Michael J.*
    *Wisdom, Mary M. Rowland, Priscilla K. Coe, Scott L.*
    *Findholt, Bruce K. Johnson and Marvin Vavra*

Effects of Roads on Elk:
Implications for Management in Forested Ecosystems.............................491
    *Mary M. Rowland, Michael J. Wisdom, Bruce K. Johnson*
    *and Mark A. Penninger*

Spatial Partitioning by Mule Deer and Elk in Relation to Traffic................509
    *Michael J. Wisdom, Norman J. Cimon, Bruce K. Johnson,*
    *Edward O. Garton and Jack Ward Thomas*

Effects of Off-road Recreation on Mule Deer and Elk............................531
    *Michael J. Wisdom, Alan A. Ager, Haiganoush K. Preisler,*
    *Norman J. Cimon and Bruce K. Johnson*

ix

BLM_0075526

Issues of Elk Productivity for Research and Management........................551
    *Bruce K. Johnson, Michael J. Wisdom and John G. Cook*

Influence of Age of Males and Nutritional Condition on Short-
and Long-term Reproductive Success of Elk............................................572
    *James H. Noyes, Bruce K. Johnson, Brian L. Dick*
    *and John G. Kie*

Nutritional Condition Indices for Elk:
The Good (and Less Good), the Bad and the Ugly....................................586
    *Rachel C. Cook, John G. Cook, Dennis L. Murray, Pete*
    *Zager, Bruce K. Johnson and Michael W. Gratson*

Nutrition and Parturition Date Effects on Elk:
Potential Implications for Research and Management...............................604
    *John G. Cook, Bruce K. Johnson, Rachel C. Cook, Robert*
    *A. Riggs, Tim DelCurto, Larry D. Bryant and Larry L.*
    *Irwin*

Elk and Mule Deer Responses to Variation in Hunting Pressure................625
    *Bruce K. Johnson, Alan A. Ager, James H. Noyes and*
    *Norm Cimon*

Movements and Habitat Use of Rocky Mountain Elk and Mule Deer........641
    *Alan A. Ager, Haiganoush K. Preisler, Bruce K. Johnson*
    *and John G. Kie*

Spatial and Temporal Interactions of Elk, Mule Deer and Cattle................656
    *Priscilla K. Coe, Bruce K. Johnson, Kelley M. Stewart and*
    *John G. Kie*

Diet Composition, Dry Matter Intake and Diet Overlap
of Mule Deer, Elk and Cattle.................................................................670
    *Scott L. Findholt, Bruce K. Johnson, Daalkhaijav*
    *Damiran, Tim DelCurto and John G. Kie*

x

Landscape Simulation of Foraging by Elk, Mule Deer and Cattle
on Summer Range.................................................................687
    *Alan A. Ager, Bruce K. Johnson, Priscilla K. Coe and*
    *Michael J. Wisdom*

Thermal Cover Needs of Large Ungulates:
A Review of Hypothesis Tests.............................................708
    *John C. Cook, Larry L. Irwin, Larry D. Bryant, Robert A.*
    *Riggs, Jack Ward Thomas*

Cattle and Elk Responses to Intensive Timber Harvest............727
    *Michael J. Wisdom, Bruce K. Johnson, Martin Vavra,*
    *Jennifer M. Boyd, Priscilla K. Coe, John G. Kie, Alan A.*
    *Ager and Norman J. Cimon*

Management Implications of Ungulate Herbivory
in Northwest Forest Ecosystems.........................................759
    *Robert A. Riggs, John G. Cook and Larry L. Irwin*

The Role of Ungulate Herbivory and Management on Ecosystem Patterns
and Processes: Future Direction of the Starkey Project............785
    *Martin Vavra, Michael J. Wisdom, John G. Kie, John G.*
    *Cook and Robert A. Riggs*

Has the Starkey Project Delivered on Its Commitments?..........798
    *Jack Ward Thomas and Michael J. Wisdom*

**Registered Attendance**....................................................813

**2004 WMI Distinguished Service Award**.........................823

**2004 WMI Touchstone Award**.........................................825

xi

**Potential Exposure-Related Human Health Effects of Oil and Gas Development:**

**A Literature Review (2003-2008)**

Prepared by:

Roxana Witter[1], MD, MSPH, Clinical Instructor

Kaylan Stinson[1], MSPH, Senior Professional Research Assistant

Holly Sackett[1], MSPH, Senior Professional Research Assistant

Stefanie Putter[2], BA, Doctoral Candidate in Psychology

Gregory Kinney[1], MPH, Doctoral Candidate in Epidemiology

Daniel Teitelbaum[1], MD, Adjunct Professor

Lee Newman[1], MD, MA, Professor

August 1, 2008

Contact: Roxana Witter, MD, MSPH

Colorado School of Public Health

University of Colorado Denver

4200 East Ninth Ave., B-164

Denver, CO 80262

Roxana.Witter@uchsc.edu

1-University of Colorado Denver, Colorado School of Public Health, Denver, Colorado

2-Colorado State University, Department of Psychology, Fort Collins, Colorado

**Introduction and Background**

The purpose of the literature review is to:
1. Review the known contaminants associated with oil and gas exploration, drilling, extraction and production.
2. Review the available medical literature regarding the health effects associated with oil and gas extraction and the health effects of the hazardous substances associated with oil and gas extraction and production.
3. Review the community and occupational injury rates associated with oil and gas extraction and production.
4. Review the literature regarding the potential social and psychological risks of increased oil and gas drilling on a community.

The United States and global energy needs have driven up prices for fossil fuels, with no relief in sight. In addition, political instability in major energy producing countries around the world has driven a US energy policy to increase domestic production of all types of energy, in particular fossil fuels. The combination of skyrocketing demand, interest in domestic supplies and new technology has made fuels previously unattainable or too costly now worthy of recovery. The American West has large reserves of extractable oil and gas. The West has therefore seen a dramatic increase in drilling for oil, gas, coal, and coal bed methane.

As pressures for increased fossil fuel production rises, areas that had previously been considered too sensitive for drilling are now being drilled. These previously sensitive sites have included an increasing number of oil and gas drills that are in close proximity to native and local populations. Human residence and activity close to oil and gas production sites increases the likelihood that people will be exposed to the hazardous chemicals, emissions and pollutants associated with these activities.

Hazardous chemicals are known to be used and produced by oil and gas extraction processes. Subsurface land formations are "fractured" (known as "fracking or frac'ing) by injection of fluids and/or solids into the ground under high pressure. Some of the chemicals used in this process are brought to the surface, potentially contaminating soil, air and water, while some of the chemicals are left underground, potentially contaminating subsurface aquifers. Other chemicals may also be used in the drilling fluids. These fluids may be fresh or salt water based muds, oil based muds or synthetic materials that contain esters, olefins, paraffins, ethers and alkulbenzenes, among others. The drilling fluids may also contain additives such as metals, acrylic polymers, organic polymers, surfactants, and biocides.(Occupational Safety and Health Administration)

Drilling sludge brought to the surface can contain fracking fluid, drilling mud, radioactive material from the subsurface land formation, hydrocarbons, metals, volatile organic compounds. When left to dry on the surface in waste pits, sludge can potentially contaminate air, water and soil. Sludge may also be removed to waste disposal sites (but usually not hazardous wastes sites) or sludge may be tilled into the soil in "land farms". These practices potentially contaminate soil, air and surface water.

2

Literature Review, Witter et al., August 1, 2008

Produced water can be brought to the surface during the extraction process. This water is usually contaminated with salts, hydrocarbons, radioactive material, metals, drilling fluids and muds. The produced water is often left on the surface to evaporate, or it may be re-injected into the ground or released into surface waters. All of these disposal methods threaten air, water and soil quality. Additionally, spills of oil and gas wastes and/ or chemicals used in production can pollute ground and surface water and soil.

Air surrounding oil and gas production areas is particularly vulnerable to toxic emissions. Fugitive natural gas emissions may contain many contaminants. Some of these such as methane and other hydrocarbons (ethane, propane, butane) and water vapor are of relatively low human toxicity. Others such as hydrogen sulfide (H2S) are of more significant toxicity. Some natural gas wells produce a condensate which can contain complex hydrocarbons and aromatic hydrocarbons such as benzene, toluene, ethyl benzene and xylene (BTEX). These substances are important human toxics with multiple non-cancer and cancer endpoints. Natural gas flaring can produce many hazardous chemicals including polycyclic aromatic hydrocarbons (PAHs, including naphthalene), benzene, toluene, xylenes, ethyl benzene, formaldehyde, acrolein, propylene, acetaldehydehexane. Glycol dehydrators, used to remove water from natural gas can produce BTEX leaks into the air.

Most of the hazardous chemicals associated with oil and gas production are well documented to produce adverse health effects in individuals. Some literature exists that demonstrates adverse health effects on populations exposed to these chemicals in other industrial or in urban settings. However, little research exists regarding the effects of these exposures on local populations as a whole in the setting of oil and gas extraction. Our review is an attempt to summarize what is known about these hazardous chemicals' effects on populations and to identify gaps medical and public health knowledge. A list of contaminants derived from the Oil and Gas Accountability Project website is listed in the next section. (Oil and Gas Accountability Project 2006) Our review may not include chemicals used in drilling muds and fracking fluids as these compounds are often considered proprietary and not available to the public.

Oil and gas drilling is associated with an influx of workers and resources to often rural or isolated communities. These changes can bring about stresses to the local people and may be reflected in changes in crime, social diseases, and psychological outcomes. We reviewed available literature regarding the psychosocial effects of oil and gas drilling on local communities. We also identified significant gaps in knowledge regarding the demographics and the psychosocial effects of oil and gas drilling on local populations.

3

BLM_0075531

## Oil and Gas Contaminants

| Contaminant Inventory | |
| --- | --- |
| Particulates | PM10 (diameter $\leq$ 10 microns)<br>PM2.5 (diameter $\leq$ 2.5 microns)<br>Ultrafine particles (diameter $\leq$ 1 micron) |
| Nitrous oxides (NOx) | |
| Sulfuric oxides (SOx) | |
| Ozone | |
| Hydrogen Sulfide (H2S) | |
| Volatile Organic Compounds (VOC) | BTEX (Benzene, Toluene, Ethyl benzene, Xylene)<br>Methylene Chloride<br>Tetrachloroethene<br>Trichloroethene<br>1,4-dichlorbenzene<br>m,p-xylenes<br>2-hexanone |
| Diesel fuel/exhaust | |
| Metals | Arsenic<br>Barium<br>Cadmium<br>Chromium<br>Lead<br>Mercury<br>Selenium<br>Zinc |
| Polyaromic hydrocarbons (PAH) | |
| Produced water | |
| Fracturing chemicals (Fracking, Frac'ing chemicals) | |
| Radiation | Radon<br>Radium<br>Uranium |
| Noise pollution | |
| Light pollution | |

4

BLM_0075532

Literature Review, Witter et al., August 1, 2008

**Methodology**

*Literature Search*

The literature search was performed by Paul Blomquist at the University of Colorado Denver Health Sciences Library after discussion with the work group to define the scope and extent of the searches. The bibliographic retrieval on May 13, 2008 included four different searches related to oil and gas drilling as follows: search 1 covered adverse reactions to various chemicals and events; search 2 retrieved impacts of fracking and fracturing; search 3 covered implications of produced water; and finally search 4 retrieved injuries related to oil and gas drilling. All searching in Ovid Medline excluded the pre-indexed component of Medline.

The first search covering adverse reactions to various chemicals and events related to oil and gas drilling was limited to the years 2003 through 2008 and for humans only. In this search, an initial set, limited by the subheading for adverse effects, was created for MeSH (Medical Subject Headings) terms that included "air pollution" and the subjacent MeSH term "air pollution, radioactive", the exploded term "Particulate matter," and the exploded term "environmental pollution." Also, "Waste products" included all subjacent MeSH terms other than "medical waste." Other exploded MeSH terms with adverse effects subheading included "water pollution," "noise," and "light." Finally three subheadings--adverse effects, poisoning, and toxicity--were applied to MeSH terms for both "vehicle emissions" and the exploded "Environmental Pollutants". From this initial aggregated set, citations were eliminated for the exploded MeSH terms of "household articles," "household products," "pest control," "swimming pools," "seasons," "weather," "smoking," "tobacco," and "tobacco smoke pollution." Also citations were eliminated with truncated free text terms for "offshore$" and "cigarette$."

The final aggregated retrieval for the first search strategy was parsed into 28 sets by concepts for adverse events or chemicals related to oil and gas drilling that included truncated full text terms, acronyms, and exploded MeSH terms supplemented with chemical registry numbers where appropriate. The MeSH terms used for parsing did not limit with subheadings except for the concept of diesel fuel in which the subheadings for toxicity, poisoning and adverse effects were applied to MeSH terms "vehicle emissions" and "gasoline." It is suggested that alternate searching could be formulated that applies subheadings for poisoning, toxicity, or adverse effect to the MeSH terms for the chemicals that comprised a large portion of the 28 concepts.

In the second search on the impact of fracking and fracturing in oil and gas drilling, an initial set was created of full text terms for "fracturing" or the truncated "frack$." This retrieval was narrowed to citations with exploded MeSH terms for either "environmental pollution" or "water supply." This set was further narrowed to citations pertaining to oil and gas drilling with a combination of fulltext terms and MeSH terms as follows: restriction to citations that contain exploded MeSH terms for both "extraction and processing industry" or "petroleum"; or restriction to citations containing fulltext terms for either "oil" or "gas" adjacent to any of the three truncated terms "drill$" or "indust$" or "explor$." Citations with truncated fulltext term "offshore$" was excluded from the final set of this retrieval.

5

BLM_0075533

Literature Review, Witter et al., August 1, 2008

For the third search on the implications of produced water in oil and gas drilling, an initial retrieval of citations included exploded MeSH terms for either "water supply," or "environmental pollution." Added to this set were citations that had both exploded MeSH terms for "extraction and processing industry" and "petroleum." A final aggregation included citations with fulltext terms of either "oil" or "gas" adjacent to any of three truncated terms: "drill$" or "indust$" or "explor$." This final set was narrowed to only citations containing the fulltext term "produced water," and citations containing the truncated term "offshore$" were eliminated.

In the fourth search on injuries related to gas and oil drilling, an initial set of retrieved citations of exploded MeSH terms for "extraction and processing industry" combined with "petroleum." To this set was added citations with full text terms of "oil" or "gas" adjacent to any of three truncated terms: "drill$" or "industry$" or "explore$." The aggregated set was narrowed to citations that had exploded MeSH terms for either "wounds and injuries" or "accidents." Finally, citations containing the truncated term "offshore$" were eliminated.

Summary of databases searched:

U.S. National Library of Medicine: Ovid Medline (R) 1950 to present.
Social/Psychological Databases: Psychological: PyschInfo, Web of Science
Medical: ScienceDirect, PubMed, MEDLINE OCLC, CINAHL
Public Health: American Journal of Public Health, Annual Reviews
Educational: EBSCO Academic Search Premier, ERIC, OCLC

*Refining the Literature Review*

After identifying potentially relevant literature, each paper was reviewed at the abstract or full text level for relevance. We reviewed English language, human studies published between 2003 and the present. Papers were excluded from further review based on the following criteria: foreign language literature; animal research; publication prior to 2003; laboratory based, experimental research studies; off shore drilling and exploration studies; reviews other than meta analyses; case reports; commentaries, editorials, letters to the editor and other opinion pieces. Exceptions to these rules are specifically noted in each subsection.

Having refined the list of potentially relevant literature, papers were reviewed and summarized according to exposure category. These reviews are a summary of relevant literature, taking into account the strength of evidence and study design. No attempt was made to rate individual articles.

BLM_0075534

Literature Review, Witter et al., August 1, 2008

**Table 1.** Overview of search results and literature reviewed

| Category | Initial number of references identified by Search | Number of references Excluded (see criteria above) | Total number of references Reviewed | Appendix |
|---|---|---|---|---|
| VOC | 247 | 147 | 100 | 1 |
| Diesel Exhaust | 197 | 144 | 53 | 2 |
| Nitrogen oxides (NOx) | 243 | 192 | 51 | 3 |
| Sulfuric oxides (SOx) | 118 | 85 | 33 | 3 |
| Ozone | 217 | 125 | 94 | 3 |
| Particulate matter | 510 | 183 | 327 | 3 |
| PAH | 276 | 245 | 31 | 4 |
| Metals | 299 | 224 | 75 | 5 |
| H2S | 85 | 65 | 20 | 6 |
| Fossil Fuels | 305 | 279 | 26 | 7 |
| Fracking | 234 | 234 | 0 | - |
| Noise | 881 | 857 | 24 | 8 |
| Light | 297 | 291 | 6 | 9 |
| Occupational Injuries | 40 | 31 | 9 | 10 |
| Social/Psychological | 1114 | 1093 | 21 | 11 |
| Total | 5063 | 4239 | 831 | |

*Limitations*

This literature review has a number of possible limitations:
- It relied on single reviewers for each section.
- It only considered literature published within the past 5 years, possibly missing important, relevant literature published prior to 2003.
- It may have excluded meritorious research published in foreign languages.
- Studies were considered without reference to their funding sources or their potential conflicts of interest.
- Use of additional search terms may have generated different results.
- Use of additional databases may have yielded different results.
- It did not use formal criteria to assess each individual paper for strength of evidence and study design.
- It relied on the major, known exposures of potential concern. There may be other exposures that should have been considered.
- Additional chemicals, used in proprietary formulas, may not have been included.
- In many cases papers focused on single exposures. This may fail to take into account potential health effects of these exposures when they are part of a complex mixture.

BLM_0075535

**Contaminants and Health**

*Volatile Organic Compounds (VOCs)*

Volatile organic hydrocarbon exposures as a result of emissions from production in the oil and gas industries are complex.  These are composed of materials used in the production activities, and emissions from the produced material. Both point source releases at the well pads, and transportation activities to and from the drilling sites contribute volatile hydrocarbon loads to the resident and transient populations in the drilling regions.  Because there is limited information on the distribution of population in the affected regions, it is not possible to define the distances of interest from the well heads and traffic patterns of concern.  This makes it difficult to search the literature for exposure concentrations by source distance.  Since dose and dose rate are important in assessing the relevance of the literature of VOCs to human information, the absence of this demographic information limits the interpretation of the found literature.

Terms utilized in the search are summarized above.  A total of 247 studies were recovered. One-hundred and forty-seven studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.). Because reviews and comments were excluded for this study, known and theoretical issues of diseases suspected or proved to be causally associated with the materials of interest in past studies are not included in this paper.  The search for VOC literature included the BTEX chemicals (benzene, toluene, and xylenes) and also included low molecular weight halogenated hydrocarbons. A total of 62 studies were selected for review dealing with benzene. Four relevant studies were reviewed for xylene. Studies relating to toluene were subsumed under the benzene and xylene rubric.  No meaningful studies that dealt with dichlorobenzene were found.  Two studies that met the search criteria were reviewed for dichloromethane [methylene chloride]. Ten relevant studies were reviewed for perchloroethylene.  Twenty-two relevant studies were reviewed for trichloroethylene.  These citations are collected in Appendix 1.

Chronic, low level exposure

The literature on the impact of volatile organic compounds including the BTEX group, and the low molecular weight halogenated hydrocarbons were reviewed for cancer and non-cancer endpoints in humans.  Although there is an extensive occupational toxicology literature on these substances, little meaningful information on chronic, low level, exposure in the general environment has been developed.

High Concentration Exposure

It is well known that all of the chemicals in this group are neurotoxins. They impact the central and peripheral nervous system. They have significant cognitive and behavioral effects in

BLM_0075536

occupationally exposed groups. They are known hepatotoxins. Most have been identified as reproductive toxins both in males and females. They are recognized as fetotoxins, and have been associated with teratogenesis and fetal wastage following large or critically timed occupational or accidental exposures. All are dermatotoxins. These effects have primarily been identified in persons who had exposures at levels or dose rates that are not found in the general environment, although widespread general environmental exposure to these chemicals occurs, few studies have been conducted at environmental exposure concentrations.

Occupational Exposures

Although much of the toxicological information on benzene in particular has been developed in the downstream petrochemical industries such as shipping, processing and refining, and distribution of the finished products, no studies on the impact of the BTEX group or the low molecular weight halogenated hydrocarbons in the upstream petrochemical industries were found. No data on exposure to these substances to occupational groups in the process of exploration or production were recovered. No studies of exposures to adjacent populations were found. This is a major data gap. All relevant studies selected for review and relevance then are removed from the oil and gas production activities and must be used as analogous to these activities.

A number of very low level occupational exposure studies that demonstrate positive outcomes are likely relevant to the exposures to resident local populations in the oil and gas exploration and extraction areas. For example, a statistically significant incidence of acute myeloid leukemia at doses and dose rates as low as 0.8ppm and 2ppm/years was demonstrated in the case control study portion of the Australian Health Watch Study. This important finding suggests that benzene may have adverse health effects at lower dose rates than previously thought and current exposure limits may not be protective.

It is necessary to extrapolate the occupational information which has been developed in healthy, midlife, mostly male workers to the broader universe of humans, including women, children, and the infirm. Because the body of literature recovered in the searches is not informative on these populations, it is immediately apparent that a major data gap exists in any attempt to characterize risk beyond the workplace. Broad general assumptions must be made about adjustments to dose response curves for use in risk assessment in non-occupational populations such as the target groups of concern in this review. Physical and psychological stressors that may influence the impact of exposure and outcome are unaddressed.

Biomarkers

A growing literature on the identification and quantification of biomarkers of exposure to volatile organics, and sub-clinical effect of these exposures was developed in this review. This literature offers some hope that biomarkers may provide meaningful data on exposure at very low levels to non-occupational populations. Papers recovered that deal with genetic diversity and metabolic variations in the handling of these chemicals in large groups of humans may indicate that in the future such measurable parameters will give early clues to adverse effects. Because there is a peer reviewed body of information that indicates that children are at increased

9

risk for adverse toxicological outcomes following exposure to many synthetic organic chemicals, including the volatile organics, the absence of environmental toxicology data on childhood environmental exposure and outcome is particularly troubling.

Molecular epidemiologic investigation of biomarkers that have been identified in the occupational and para-occupational groups as a result of exposure to the BTEX and low molecular weight halogenated hydrocarbons should be done in the environmentally exposed persons based upon the material recovered in this review. Molecular epidemiologic studies may prove to be of great value. Such investigation may yield exposure information not currently available for these environmentally exposed persons. If registries of these findings are developed, maintained and properly analyzed, and linked to long term outcome follow up studies, they may prove to be characteristic and predictive of adverse health outcomes.

Epidemiology

Extensive epidemiologic, basic science, and mechanistic information has been collected and peer reviewed about each of the materials of concern in this part of the review. More of this information supports the classification of benzene as a known human carcinogen, trichloroethylene as a probable human carcinogen, and dichloromethane as a probable human carcinogen, than addresses the non-cancer endpoints that have been identified following occupational exposure to this group of chemicals. In the material recovered in this review, some of the well-known cancer endpoints and some of the lesser known toxic endpoints have been demonstrated in low level exposures in occupational or para-occupational populations. A few studies of exposure at low, general environmental exposure have also shown increased occurrence of the non-cancer endpoints, particularly in the neurological system.

Most of the studies that are relevant to the issues at hand in this review identify serious cancer and non-cancer endpoints in low level, long term occupational or para-occupational studies. For example, benzene or benzene and other volatile organic compound exposure in traffic police and the outcomes in these persons have been analyzed. Some studies have identified biomarker variants in these exposures that might also be found in persons who reside close to a point source of analogous VOC emissions. The biomarkers and outcomes in para-occupational groups provide insight into research findings that may predict outcomes in the environmentally exposed groups.

Summary

Based upon the material reviewed in this study, some conclusions are appropriate:

1. Benzene is a human leukemogen at airborne exposures lower than have been reported in past times. This may imply that persons residing close to sources of benzene from oil and gas production are at risk of leukemia from those exposures. Some evidence for the occurrence of a broad spectrum of hematological disorders exists. The scope of these diseases should be the subject of study. In addition, the low molecular weight halogenated hydrocarbons are noted to cause liver, kidney and neurological disease, and

10

BLM_0075538

likely increase renal and other cancers. Persons exposed to these materials in the oil patch should be evaluated for adverse effects.

2. Biomarkers that may be clinically relevant have been identified in numerous studies of human exposure to most of the chemical compounds in this review. An evaluation of the relevance and predictive value of these biomarkers should be undertaken. Selection and examination of the most useful biomarkers in this population and a registry of the findings should be developed for this population. The biomarkers may be indicative of exposure to the materials of interest and therefore may be predictive of increased risk of adverse outcome in the exposed population.

3. Evidence of cognitive and behavioral abnormalities, alterations in special sense function such as impairment of color vision and perception have been reported in occupationally exposed workers from these materials. Screening for cognitive function impairment, behavioral disorders and disorders of the special senses is appropriate in the population exposed to oil and gas activities.

4. Very limited evidence that children are at increased risk of adverse outcomes and that fetal and neonatal impact of these chemicals was found. Screening for such effect in early childhood and registry of birth outcomes in the exposed population is advised.

*Diesel exhaust*

As discussed above, diesel exhaust exposures from both stationary and mobile sources are among the categories of exposures of concern. Diesel exhaust is a complex mixture of diesel exhaust particulate matter (see section on particulate matter), metals, thousands of organic compounds especially solvents, and other chemicals. As such, we have examined the medical literature to identify published research on the human health impact of diesel exhaust a) specifically in relation to oil and gas exploration activities and b) generally in relation to people with environmental exposure to diesel exhaust. Much of this literature comes from studies of occupationally exposed individuals as well as studies of those exposed environmentally because of their proximity to major roads and diesel exhaust sources.

Key search terms are summarized in the methods section above. A total of 197 studies were recovered. One-hundred and forty-four studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.) A total of 53 papers were reviewed. See the list of these citations in Appendix 2.

As elsewhere in this literature review, this section will focus on those published studies that directly examine the human health impact of oil and gas exploration – generated diesel exhaust. Much of this exposure is anticipated to be related to increased vehicular traffic. In addition, we provide an overview of the body of evidence regarding diesel exhaust-related health effects in the general population. The section will include a set of conclusions based on this literature review.

Among the 53 reviewed papers published between 2003 and 2008, we identified no research studies that directly examined the human health impact of diesel exhaust emissions associated

BLM_0075539

with oil and gas exploration activities.  However, a number of studies are noteworthy because they reflect the health impact on communities when diesel vehicular traffic rises.

Notably, numerous epidemiologic and experimental studies have shown generally consistent relationships between diesel exhaust exposure and adverse human health outcomes. Health effects may vary by the source of diesel exhaust as well as the chemical composition of the diesel fuel, metal content, and chemical composition. Diesel particulate matter has a center core of carbon and a variety of adsorbed organic compounds that include some known human carcinogens such as polycyclic aromatic hydrocarbons (PAH) and nitro-PAHs, as well as nitrate, sulfate, trace elements, and metals. Diesel particulate matter is composed of small particles including a high percentage of ultrafine particles (</= 1 micron diameter) which are of particular concern. These particles easily enter deep into the respiratory tract and have a large surface area where organic compounds can easily attach. Both stationary (e.g. industrial sources) as well as mobile sources (e.g. diesel fuel combustion emissions from vehicles and traffic density) contribute to risk. In some circumstances, increased risk may be due to a combined effect of diesel exhaust and the myriad of other pollutants that may also be in the air. Exposure to diesel exhaust can cause irritant symptoms, neurological, respiratory, and asthma-like symptoms, and can both increase the risk for developing allergic disorders and worsen allergenic responses to known environmental allergens. Lung cancer risk (independent of smoking status) is elevated among those with occupations where diesel engines have been used.

The majority of the studies reviewed are relevant in considering how increases in diesel exhaust from oil and gas exploration activities may affect health outcomes. The data are generally consistent. They show that many of the health risks that are associated with various forms of diesel exhaust disproportionately affect susceptible populations including those with lung disease, those with allergic disorders, and the elderly. As a major contributor to ambient particulate air pollution, the section in this document that refers to particulate matter is generally applicable to diesel exhaust as well.

Several references in the literature are particularly noteworthy. In 2002, the U.S. EPA released a health assessment document regarding diesel engine exhaust, based on data from the 1990s. This assessment concluded that long-term exposure to inhaled diesel exhaust is a lung cancer hazard in humans, based on epidemiologic and animal research. In addition, non-cancer chronic human health risks identified included lung inflammation, irritation, allergies, and asthma.

Although not specific to diesel exhaust emissions from oil and gas exploration and extraction, a paper by Gabrovska and Friedman (2004) is relevant to the concept of how increased diesel exhaust due to traffic around an industrial site affects health. In that study, community respiratory complaints were assessed during the closure of a community dump, in relation to dust exposure and measured or estimated diesel emissions. People living nearest to and downwind of the site were at increased risk of having respiratory symptoms. After the site closed, one-third of residents reported improvement of symptoms. The authors linked the rates of respiratory symptoms to changes in diesel emission and ambient dust levels.

12

BLM_0075540

Literature Review, Witter et al., August 1, 2008

In a study published in the New England Journal of Medicine in 2007, McCreanor and Cullinan demonstrated the respiratory effects of exposure to diesel traffic in people with asthma. They observed that increased diesel traffic is associated with worse lung function and worse lung inflammation in asthmatics.

In addition to these reports, the body of literature reviewed is sufficient to conclude that as exposures to airborne diesel exhaust rise, human risks increase for the following:

- **Cardiovascular disease:** See section on "Particulate matter."
- **Respiratory disease:** Including respiratory disease-related hospital admission, mortality due to respiratory disease, premature death from respiratory disease including lung cancer, worsening of illness in people with lung disorders (e.g. asthma, chronic obstructive pulmonary disease), asthma, bronchiolitis and respiratory infections, reduced lung function (especially in asthmatic children), allergic lung inflammation, allergies, symptoms (e.g. cough)
- **Allergic diseases**
- **Genotoxicity** Damage to chromosomes and DNA
- **Childhood illnesses:** Pediatric allergies and respiratory disorders, exacerbation of existing asthma

Conclusions

1. We identified no published studies in the past five years that directly examined the health impact of diesel exhaust in the population living and working in the vicinity of oil and gas exploration activities. This is a major gap and calls for additional research.
2. No data on the impact of diesel exhaust at environmental concentrations on special populations such as the elderly, pregnant women, healthy and asthmatic children and other special groups was found.  This is a major gap and calls for additional research.
3. The absence of studies directly examining diesel's effects in populations surrounding oil and gas exploration facilities does not mean an absence of risk. The independent and generally consistent body of scientific evidence on diesel exhaust that we reviewed provides strong support for the relationship to human disease.
4. Based on the available evidence, it is highly likely that as diesel exhaust exposures rise due to exploration sites and associate diesel vehicular traffic, the health of the surrounding community will be adversely affected.

*Criteria Pollutants*

Nitrogen oxides (NOx), sulfuric oxides (SOx), ozone, and particulate matter

Sources

Nitrogen oxides (NOx) are released into the air from oil and gas production during flaring, and in exhaust from diesel and gas compressor engines. NOx are also released in automobile exhaust and play a major role in the formation of photochemical smog.

13

BLM_0075541

Literature Review, Witter et al., August 1, 2008

Sulfuric oxides (SOx) are formed during the combustion of coal and oil. SOx may be released during flaring of natural gas, or when fossil fuels are burned to provide power to the pump jack or compressor engines at oil and gas sites.

Ozone is among the exposures of possible concern. A potent respiratory irritant, ozone results from sunlight-driven reactions involving the oxides of nitrogen and volatile organic compounds that are generated by stationary and mobile sources. It is the principal component of photochemical smog.

Particulate matter exposures from both stationary and mobile sources are among the categories of exposures of possible concern.

Review

Terms utilized in the search are summarized above in the methods section. A total of 243 studies were recovered for NOx. One-hundred and ninety-two papers were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.). A total of 51 studies were selected for review of NOx exposure. A total of 118 studies were recovered from SOx. Eight-five studies were eliminated from further review following our criteria for inclusion in this literature review. A total of 33 studies were selected for review dealing with SOx. A total of 217 ozone studies were recovered. One-hundred and twenty-five were eliminated from further review following our criteria for inclusion in this literature review. A total of 94 studies for ozone were reviewed. A total of 510 studies were recovered from particulate matter. One-hundred and eighty-three were eliminated from further review following our criteria for inclusion in this literature review. In total, we reviewed a total of 327 studies for particulate matter. These citations are collected in Appendix 3.

As discussed above, these pollutants are among the exposures of possible concern. As such, we have examined the medical literature to identify published research on the human health impact of these air pollutants a) specifically in relation to oil and gas exploration activities and b) generally in relation to people with environmental exposure to ambient particulate matter.

Among the reviewed papers published on NOx, SOx, ozone and particulate matter between 2003 and 2007, we identified no research studies that examined directly the human health impact of these pollutants produced during oil and gas exploration activities. However, in contrast to other parts of this review there is extensive data about general exposure to these substances in the environment outside the workplace, and its impacts on non-occupational populations.

Health Effects

NOx, SOx, and ozone:

14

BLM_0075542

Literature Review, Witter et al., August 1, 2008

Notably, numerous epidemiologic and experimental studies have shown generally consistent relationships between all of these pollutants and adverse human health outcomes. Both stationary (e.g. industrial sources) as well as mobile sources (e.g. fossil fuel combustion emissions from vehicles and traffic density) of ground-level pollutants contribute to risk. Risk may, in some circumstances, be due to a combined effect of these pollutants. In some instances, it has been difficult to separate the independent contribution of each of these pollutants to health risk.

There is clear evidence that nitrogen oxides, sulfur dioxide, and ozone exposures are significant contributors to respiratory disease.  There is reasonably strong evidence for its contribution to cardiovascular illness as well. The majority of the studies reviewed are relevant in considering how increases in these pollutants along with other air pollutants from oil and gas exploration activities may affect health outcomes. Special consideration is needed for the young (especially those with asthma) and the elderly (especially those with chronic obstructive pulmonary disease and/or cardiac disease). The data are generally consistent in showing that many of the health risks that are associated with these pollutants disproportionately affect these susceptible populations. In particular, ozone has been clearly associated with increased mortality. (Gryparis 2004, Bell 2005, Bell 2008). The body of literature reviewed is sufficient to conclude that with even small increases in exposure to these pollutants, human risks increase for the following:

- **Respiratory disease**: Including respiratory disease-related hospital admission, mortality due to respiratory disease, worsening of illness in people with lung disorders (e.g. asthma, chronic obstructive pulmonary disease), asthma, bronchiolitis and respiratory infections, reduced lung function (especially in asthmatic children), allergic nasal and airways inflammation, allergies, symptoms (e.g. cough, wheeze, shortness of breath, eye irritation, headache). (Galan 2004, Simpson 2005, Ostro 2006, Quian 2007, Chen 2007, Lee 2007, Yang 2003, Yang 2007, Pacini 2003, Hoffman 2004, Sienra-Monge 2004, Vagaggini 2007, Sole 2007, Kim 2004, Chan 2005, Tager 2005, Qian 2005, Kim 2007, McDonnell 2007, Rojas-Martinez 2007, Alexeeff 2007, Henrotin 2007, Penard-Morand 2005)
- **Childhood Asthma**: Some of the most compelling evidence, reinforced by publications in the past five years, relates to ozone's impact on children with asthma. While there is evidence for some 'adaptation' to the effects of ozone as people age, and heterogeneity in peoples' responses to ozone (that may be related to genetics), the overall impact of ozone related to childhood asthma is noteworthy. It includes increases in pediatric emergency room visits and pediatric hospital admissions, asthma exacerbations of symptoms and use of rescue inhalers, impaired lung development, and airways inflammation in addition to asthma, including bronchiolitis. (Lin 2003, Gent 2003, Sanhueza 2003, Lewis 2005, Hwang 2005, Calderon-Garciduenas 2006)
- **Cardiovascular disease**: Including cardiovascular hospital admission, mortality due to cardiovascular disease, arrhythmias (heart rhythm disturbances, heart rate variability), blood pressure elevation. (Holguin 2003, Ruidavets 2005, Urch 2005, von Klot 2005, Rich 2006, Zhang 2006, Ballester 2006, Sarnat 2006, Larrieu 2007, Peel 2007, Park 2008)
- **Genotoxicity**: Damage to chromosomes and DNA. (Pacini 2003, Tovalin 2006)
- **Fetal and neonatal health**: Preterm birth, low birth weight, hospitalization of newborns, and respiratory illness in infants born to asthmatic mothers who were exposed to ozone during pregnancy. (Dales 2006, Hansen 2006, Triche 2006, Salam 2005)

15

BLM_0075543

Literature Review, Witter et al., August 1, 2008

Particulate matter:

Health effects may vary somewhat by the size of particles. Recent data demonstrates that while particles with diameters </= 10 microns (PM10) pose health risks, particles with diameters </= 2.5 microns (PM2.5) and particles with diameters </= 1 micron (ultrafine particles) contribute disproportionately to human health risks. Due to their small size and large surface area, these smaller particles are carried deeper into the lungs when inhaled, and are capable of carrying toxic pollutants to the lung and elsewhere in the body as they enter the bloodstream. Both stationary (e.g. industrial sources) as well as mobile sources (e.g. fossil fuel combustion emissions from vehicles and traffic density) of particulate matter contribute to risk.  Traffic density has, in particular, been confirmed now in multiple studies to confer additional risk, especially for respiratory health consequences. Additional research is needed to better determine the components of particulate matter that induce inflammation and disease.        The majority of the studies reviewed are relevant in considering how increases in particulate matter from oil and gas exploration activities may affect health outcomes. The data are generally consistent in showing that many of the health risks that are associated with various forms of particulate matter air pollution disproportionately affect susceptible populations including children, the elderly. The body of literature reviewed is sufficient to conclude that with even small increases in airborne particulate matter exposure, human risks increase for the following:

- **Cardiovascular disease**: Including cardiovascular hospital admission, mortality due to cardiovascular disease, premature death from heart disease, cardiac ischemia (reduce blood flow to the heart), arrhythmias (heart rhythm disturbances, heart rate variability), hypercoagulability, atherosclerosis, myocardial infarction (heart attack), blood pressure.
- **Respiratory disease**: Including respiratory disease-related hospital admission, mortality due to respiratory disease, premature death from respiratory disease including lung cancer, worsening of illness in people with lung disorders (e.g. asthma, chronic obstructive pulmonary disease), asthma, bronchiolitis and respiratory infections, reduced lung function (especially in asthmatic children), allergic lung inflammation, allergies, symptoms (e.g. cough).
- **Fetal and neonatal health**: Preterm birth, restricted fetal growth, lower infant term birth weight, and increased neonatal death especially when it is associated with respiratory illness.
- **Childhood illnesses**: Pediatric allergies, ear/nose/throat and respiratory infections early in life, pediatric emergency room visits and pediatric hospital admissions, impaired lung development in children that affects lung function in adulthood, asthma, bronchiolitis, exacerbation of existing asthma and exacerbation of cystic fibrosis.
- **Geriatric illnesses**: Including exacerbation of chronic obstructive pulmonary disease, congestive heart failure, heart conduction disorders, myocardial infarction and coronary artery disease, and diabetes in the elderly.

Summary

Based upon the material reviewed in this section, some conclusions are appropriate:

16

BLM_0075544

Literature Review, Witter et al., August 1, 2008

1.  We identified no published studies in the past five years that directly examined the health impact of nitrogen dioxides, sulfur dioxide, particulate matter, or ozone, in the population living and working in the vicinity of oil and gas exploration activities. This is a major gap in the literature and calls for additional research.

2.  The absence of studies directly examining the above air pollutants and effects in populations surrounding oil and gas exploration facilities does not mean an absence of risk. The independent and generally consistent body of scientific evidence on these air pollutants that we reviewed provides strong support for the relationship between sulfur dioxide, nitrous oxides, particulate matter, and ozone, and human disease.

3.  Based on the available evidence, it is highly likely that as exposures rise, either alone or along with other air pollutants due to exploration sites and associate vehicular traffic, the respiratory health of the surrounding community will be adversely affected.

*Polycyclic Aromatic Hydrocarbons (PAHs)*

Polycyclic aromatic hydrocarbons are a large group (>100) of organic chemicals, which usually exist as a mixture containing two or more compounds.  Airborne PAHs are a result of combustion of fossil fuels, tobacco, and other organic materials Both point source releases and transportation activities to and from the drilling sites contribute PAH loads to the resident and transient populations in the drilling regions. PAHs of concern include: enz[a]anthracene, benzo[b]fluoranthene, benzo[j]fluoranthene, benzo[k]fluoranthene, benzo[a]pyrene, dibenz[a,h]anthracene, and indeno[1,2,3-c,d]pyrene.

Terms utilized in the search are summarized above.  A total of 276 studies recovered.  Two-hundred and forty-five studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.).  A total of 31 published studies were selected for review dealing with PAHs. These citations are collected in Appendix 4.

Among the 31 reviewed papers published between 2003 and 2008, we identified no research studies that examined directly the human health impact of PAHs produced during oil and gas exploration activities; this does not mean however that PAH exposure is not a human health risk.

Environmental exposures

Environmental exposure studies have revealed associations of chronic exposures to PAHs at different levels and alterations of immune responses by causing suppression of T-lymphocyte proliferation and augmentation of NK cell activity.  Environmental exposure studies have also revealed that c-PAHs can alter the ability of blood lymphocytes to repair DNA damage and, as a result could potentially lead to effects that are hazardous to human health. (Karakaya, 2004, Cebulska-Wasilewska, 2007). One study measured prenatal exposure to airborne PAHs (low concentration) and birth weight, birth length, and birth head circumference, in two different populations, Krakow, Poland and New York City.  The study suggested adverse reproductive effects of relatively low PAH concentrations in both populations. (Choi, 2006)

17

BLM_0075545

Literature Review, Witter et al., August 1, 2008

Occupational Exposures

No data on exposure to PAHs and occupational groups or adjacent populations in the process of exploration or production of oil and gas were recovered. The majority of PAH occupational exposure and effects on human health involve coke oven workers, exposed to PAHs at high concentration and DNA damage in the lymphocytes. Studies suggesting an increased risk of cancer (lung, bladder, skin, and gastrointestinal) in working populations exposed to PAHs are limited due to multiple exposures to carcinogens at work sites. (Wang, 2007, Siwinska, 2007, Chen, 2007, Pavanello, 2007)

Summary

There is very little data available on disease outcomes in non-occupationally exposed human populations. There is a significant gap of research in this area. As findings from this literature review demonstrate, the research in the past five years has been limited. There is some evidence of immune and lymphocyte damage in workers exposed to PAH at high concentrations and very limited evidence of reproductive effects of prenatal exposure to low concentrations of airborne PAHs. Findings from this literature review make it clear that future research is necessary to clarify our understanding of environmental and occupational exposure to PAHs.

*Metals*

Human activity may release environmental metals, or cause exposure to new metal containing compounds and are thus of concern. Metal exposure can occur through the air, water or soil and can enter the body through the skin, lungs or GI tract. Metals may be essential to life such as Copper(Cu), Iron(I) or Zinc(Zn) or toxic, such as Lead(Pb), Cadmium(Cd) or Arsenic(As). Toxic metals may influence human health by interactions with essential elements. The elderly and children are at a higher risk from metal exposure than the average adult due to developmental and immune factors. We examined the medical literature to identify published research on the human health impact of metals exposure a) specifically in relation to oil and gas exploration activities and b) generally in relation to populations with environmental exposure to toxic metal compounds.

Terms utilized in the search are summarized above. A total of 299 studies were found, including 35 studies related to Arsenic (As), 4 related to Barium(Ba), 23 related to Cadmium (Cd), 67 related to Chromium (Cr), 75 related to lead (Pb), 39 related to Mercury (Hg), 19 related to Selenium (Se) and 37 related to Zinc (Zn). Seventy-five studies were eliminated due to their reporting multiple exposures and thus being identified more than once. One hundred and forty-nine studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.). Overall, a total of 75 papers were reviewed. The list of these citations appear in Appendix 5.

This section will initially examine those published studies that directly assess the human health impact of oil and gas exploration and the health risks associated with contact, inhaled or water based exposure to eight metals (As, Ba, Cd, Cr, Pb, Hg, Se and Zn) and those eight metals

18

BLM_0075546

in combination with one another. It will also offer an overview of the body of evidence regarding health effects related to metal exposure in the general population. The section will include a set of conclusions based on this literature review.

Among the 75 reviewed papers published between 2003 and 2008, we identified no research studies that directly examined the human health impact of metals exposure related to oil and gas exploration activities.

Notably, numerous epidemiologic and experimental studies have shown generally consistent relationships between metals exposure, either individually or in groups and adverse human health outcomes with individual metals showing distinct human health effects for instance exposure to lead and cognitive function.   Much of the work in metals exposure involves industrial exposure to workers but there is a large body of literature involving population exposure to remnant industrial waste, for instance mine tailings and drinking water contamination. Many industrial sources do not create unique exposures to individual metals, rather several metals in combination may be an integral part of the industrial process, for instance tin smelting and exposure to As, Cd, Pb, antimony and polonium-210. The human health risks due to exposure to combined metals exposure versus each individual metal are difficult to assess though exposure to the combination is not likely to be protective. In some cases there is evidence that exposure causes damage to DNA but that that damage is subject to repair. The combination of exposure to more than one metal that causes DNA damage or increases oxidative stress (and thus reduces the body's ability to repair itself) can overwhelm inherent repair mechanisms. In other cases increased levels of a metal, such as Se, are found to be protective when examined in the context of a toxic exposure.  For instance, Se may mediate ototoxicity caused by Pb exposure. (Chuang, 2007)

The majority of the studies reviewed are relevant in considering how potential metal exposure associated with oil and gas exploration activities may affect health outcomes. There are some examples of disagreement between investigators when specific exposures overwhelm the body's ability to repair itself, as when exposued to Cr and DNA damage (Paustenbach, 2003), Pb and cancer risk or stunting (Cocco, 2007), (Mahram, 2007), Hg and neurobehavioral changes or increased oxidative stress (Bast-Pettersen, 2005, Belanger, 2006) or Se and sperm motility. (Wirth, 2007)  But, the consistent theme of metals exposure is there are known effects at the cellular or DNA level and some of these effects are consistent with neurologic, metabolic, immunologic and reproductive effects in individuals with specific exposures. The disagreement tends to occur when translating these known cellular and individual effects into population effects where the exposures are far more difficult to measure and correlate with health outcomes. This body of literature is sufficient to conclude that environmental exposures to metals are associated with the following;

- **Autoimmune disease:** Including Wegener's granulomatosis.
  - **Cr** (Albert, 2005)
- **Cancer:** Including all cancers; lung, stomach, oral and pharyngeal cancers.
  - **Pb, As, Cd, Zn**; (Dynerowicz 2005), (Lee, 2005 Apr), **Cd;** (Wang, 2004), (Satarug, 2003) **As** (Jones, 2007), (Lee,2006), (Vitayavirasak,2005), **As, Cd** (Obiri, 2006), **Cr** (Beaumont, 2008), **Se** (Gromadzinska, 2003), **Hg** (Zadnik, 2007)

19

Literature Review, Witter et al., August 1, 2008

- **Cardiovascular disease:** Including increased risk of atherosclerosis, hypertension and lipid abnormalities.
  - **Pb**; (Li, 2006), (Skoczynska, 2007), (Ademuyiwa, 2005), **Cd** (Satarug, 2003), **Hg** (Cortes-Maramaba, 2006)
- **Cognitive function:** Including neurobehavioral and cognitive effects, decreased IQ, cerebral white matter changes.
  - **Pb;** (Carta 2003), (Pusapukdepob, 2007), (Schwartz, 2005), (Bleecker, 2007) **As;** (Rosado, 2007), **Hg** (Carta, 2003)
- **Dermatologic toxicity**: Including occupational contact dermatitis
  - **Cr** (Athavale, 2007)
- **Genotoxicity** Damage to chromosomes and DNA
  - **As, Pb:** (Yanez, 2003), **As** (Jasso-Pineda, 2007), (Paiva, 2006), (Palus 2005), **Cr** (Kuo, 2003)
- **Hematology:** Including humeral and cell mediated immunity, altered levels of immunoglobulins and neutrophilic inflammation.
  - **Pb;** (Di Lorenzo 2007), (Heo, 2004), (Mishra, 2003), **Se** (Huang, 2003)
- **Metabolism:** Including reduced antioxidant capacity, increased oxidative stress, altered bone resorption, pancreatic dysfunction and bone fracture
  - **Pb,As**; (Chlebda 2004), **Pb** (Kasperczyk (2004), (Li 2004), (Li, 2006), (Potula, 2005), **Cd** (Lei, 2007), (Satarug, 2003), ↓Zn (Li, 2004)
- **Neurotoxicity:** Including altered heart rate variability, nerodegenerative disorders (multiple, sclerosis, transmissible spongiform encephalopathies and amyotrophic lateral sclerosis), neuromotor impairment, ototoxicity and visual impairment.
  - **Pb** (Gajek, 2004), (Blond, 2007), (Chuang, 2007), (Schwartz, 2005) **Ba** (Purdey, 2004), **Hg** (Despres, 2005), (Rodrigues, 2007), (Saint-Amour, 2006)
- **Renal dysfunction:**
  - **As, Pb** (Weaver, 2003), **Cd** (Lei, 2007), (Nogue, 2004), (Satarug, 2007), **Cr** (Saraswathy, 2007), **Hg** (Hodgson, 2007)
- **Reproduction, fetal health and development:** Including, growth stunting, reproductive impairment, stillbirth, low birth-weight, childhood under-weight and abnormal sperm morphology.
  - **Pb** (Ignasiak 2007), (Naha, 2006), (Shiau, 2004), (Tang, 2003), **Cd;** (Wang, 2004) **As** (Kwok, 2006), (Kumar, 2005)
- **Respiratory disease:** Including mucosal irritation, interstitial pneumonia, asthma.
  - **Pb, Cd** (Coelho 2007), **Cr** (Hisatomi, 2006), (Onizuka, 2006)

Conclusions

1. We identified no published studies in the past five years that directly examined the health impact of exposure to toxic metals in the population living and working in the vicinity of oil and gas exploration activities. This is a major gap and calls for additional research.
2. The absence of studies directly examining oil and gas exploration related exposure to metals in exposed does not mean an absence of risk. The peer reviewed body of scientific literature related to exposure to specific metals and metals in groups in this review indicates strong associations between metals exposure and specific human diseases.

20

BLM_0075548

3. There is disagreement in the literature as to specific human outcomes due to specific exposures though much of that disagreement is likely related to difficulties in measuring individual exposure over long time periods. The preponderance of evidence gleaned from well-controlled studies using clear end-points and measuring exposure precisely indicates an increased risk for individuals exposed. This risk is hard to detect on a population basis for the above mentioned reasons.

4. Based on the available evidence, it is likely that continued exposure to bioavailable metals will increase risk of associated adverse outcomes. Whether through inhaled or water based exposure, each of these metals can cause increased risk of many human diseases.

5. Specific populations are at increased risk for specific toxicities. These populations include children, the elderly and anyone already at increased risk due to other health problems.

*Hydrogen Sulfide*

Hydrogen sulfide (H2S) gas release to the air occurs in oil and gas drilling and extraction and flaring as well as in many other settings such as industrial, sewage and water maintenance, and agriculture. H2S also enters the air as off-gas naturally in geothermal areas and when organic matter decays such as in swamps. The health effects of hydrogen sulfide gas exposure in relation to oil and gas drilling has been studied infrequently, despite the fact oil and gas drilling near inhabited areas is common through out the world and hydrogen sulfide gas is frequently produced and released in exploration activities.

Terms utilized in the search are summarized above. A total of 85 studies were recovered. Sixty-five studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.). A total of 20 studies were selected for review of hydrogen sulfide exposure, acute and chronic. These citations are collected in Appendix 6.

High Level Exposure

Hydrogen sulfide is known to be fatal at high exposure levels and can cause long term sequelae in those that survive acute high level exposure. Most fatal exposures to H2S are occupational and occur in a confined space area or when the worker is near the opening of a confined space. There are several case reports describing fatal accidents for workers exposed to H2S. Furthermore, fatalities in persons attempting to rescue downed workers have also been reported. Persons exposed to high levels of H2S that did lose consciousness and persons exposed that did not lose consciousness both demonstrated neurobehavioral impairments when compared to controls. (Kilburn 2003; Hendrickson, Chang et al. 2004; Kage, Ikeda et al. 2004; Nam, Kim et al. 2004; Nikkanen and Burns 2004; Smith and Cummins 2004; Couch, Martin et al. 2005; Knight and Presnell 2005; Christia-Lotter, Bartoli et al. 2007; Gangopadhyay and Das 2007; Gerasimon, Bennett et al. 2007; Policastro and Otten 2007; Fiedler, Kipen et al. 2008; Yalamanchili and Smith 2008)

21

BLM_0075549

Literature Review, Witter et al., August 1, 2008

Low Level Exposure

There are very few current studies exploring chronic, low level H2S exposure in individuals, although there are a few studies from earlier literature not addressed in this review. Current and earlier literature suggests neuropsychological effects in individuals with chronic low level H2S exposure.

- Depression and hematological changes were reported in people living close to areas polluted by oil and gas drilling in Khozestan province,Iran. (Saadat and Bahaoddini 2004; Saadat, Zendeh-Boodi et al. 2006)
- Oil and gas extraction workers in Canada demonstrated a higher risk of transportation accidents if exposed to H2S gas. (Lewis, Schnatter et al. 2003)
- Persons in Dakota City, Nebraska were exposed to  chronic, low levels of H2S from waste water lagoons, a beef slaughter/leather tanning factory and other point sources. Individuals reported a variety of symptoms, including loss of memory and loss of grip strength. (Inserra, Phifer et al. 2004)

Communities exposed to chronic low levels of H2S may experience high hospital admittance for pulmonary disorders in both adults and children.

- Hospitals in Northeast Nebraska reported higher levels of admissions for pulmonary disease, COPD, asthma, pneumonia in both adults and children in days following high levels of Total Reduced Sulfur (TRS) and H2S air pollution. (Campagna, Kathman et al. 2004)
- The city of Rotorua, New Zealand, lies over a geothermal area.  Parts of the city lie directly over vents that off gas H2S and parts of the City are downwind.  Citizens living in these areas have a higher risk of being admitted to the hospital for pulmonary illness than those citizens not living in the high exposure areas of Rotorua. (Durand and Wilson 2006)

Summary

Studies of exposure to H2S in relation to oil and gas drilling have not been done.  The dangers of acute, high level H2S exposure are well documented., Although there is a small body of literature suggesting adverse health effects due to chronic, low level exposure, significant gaps in this literature remain. Given the potential for increased exposure to H2S from oil and gas drilling in proximity to human populations across the world, studies examining the health effects of H2S due to drilling and extraction activities should be planned in the future.

*Fossil Fuels*

Oil and gas extraction is known to produce multiple toxic contaminants, which may be released to the air, soil or water.  Workers involved in oil and gas drilling, extraction, as well as those involved in transportation and refining may be exposed to these chemicals at high levels. Persons living in close proximity to oil and gas extraction sites may also be exposed to toxic levels of chemicals and experience adverse health effects.  Available literature regarding the

22

BLM_0075550

health effects to persons living and working in close proximity to oil and gas extraction sites demonstrates exposure to the oil and gas extraction process is detrimental to people's health.

Terms utilized in the search are summarized above. A total of 305 studies were recovered. Two-hundred and seventy-nine studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.) A total of 26 studies were selected for review, including 3 studies prior to 2003. These citations are collected in Appendix 7.

Oil and Gas Extraction Exposures
- Residence near oil and gas extraction fields is associated with an increased risk of adult myeloid leukemia and all leukemias when compared to residence in a nearby county in Croatia. (Gazdek, Strnad et al. 2007)
- Residence near the Masjid-i-Sulaiman oilfields in southwest of Iran, where subsurface natural gas and hydrogen sulfide emissions are high is associated with abnormal blood cell indices, including increased red blood sells, and decreased white blood cells. (Saadat and Bahaoddini 2004)
- Residence near a Canadian oil sands community was associated with higher autoantibody titers when compared to residents in a distant community. (Schoenroth and Fritzler 2004)

Studies Prior to 2003

While our search was limited to publications of the last 5 years, some important studies done prior to this time and some studies not revealed by our search criteria deserve mention as they directly address the potential health effects of oil and gas extraction on local populations.

A series of studies reveal multiple elevated heath risks associated with residence proximity to oil and gas extraction in the Amazon rainforest of Ecuador. Children living at close proximity to oilfields are at higher risk of childhood leukemia. Adults are at an increased risk of many types of cancers including stomach, rectum skin, soft tissue, kidney, cervix and lymph nodes. Residence at close proximity to these oil fields is associated with pregnancy ending in spontaneous abortion.

(San Sebastian, Armstrong et al. 2001; Hurtig and San Sebastian 2002; San Sebastian, Armstrong et al. 2002; Hurtig and San Sebastian 2004; San Sebastian and Hurtig 2004)

Other Fossil Fuel Exposures

Literature regarding the health effects of exposures associated with oil and gas extraction is limited. Petro-chemical complexes and refineries, work at coke ovens, and exposure to coal burning can share many of the same toxic exposures with oil and gas extraction sites. These exposures may include, but may not be limited to, benzene and other solvents, polyaromatic hydrocarbons (PAH), particulate matter, noise, air born sulfur oxides, arsenic, and hydrogen sulfide.

23

BLM_0075551

Literature Review, Witter et al., August 1, 2008

Community Exposures

- Pregnant women in the Labin district, Croatia residing near a power plant burning high sulfur coal are at increased risk of poor birth outcomes. High sulfur dioxide emissions during the first two months of pregnancy are associated with preterm delivery and birth of babies with low birth weight. (Mohorovic 2004)
- Prenatal exposure to toxic chemicals is associated with increased risk of fatal childhood cancers and leukemia. Children born to mothers living within 1 km of areas with high levels of carbon monoxide, PM10 particles, VOCs, nitrogen oxides, benzene, dioxins, 1,3-butadiene, and benz(a)pyrene. (Knox 2005)
- Residence in areas with high levels of outdoor air pollution from coal burning sources is associated wit decreased height in children. This study controlled for socioeconomic factors, birth weight and respiratory illness. (Bobak, Richards et al. 2004)
- Incidence rates of wheezing in children living within 3 km of an iron, steel and coke factory in Calarasi, Romania, significantly decreased after the factory closed, from 41% to 24%. The list of known pollutants from the factory is long but contained several pollutants that are known to cause respiratory illness including SOX, NO2, ozone, and particulates. (Cara, Buntinx et al. 2007)
- Residence in areas near a coke oven factory in Cornigliano district, Italy was associated with lung cancer in females and in both males and females in a part of the district where a foundry was operational. (Parodi, Stagnaro et al. 2005)

Occupational Exposures

- Workers at an oil refining plant in Australia have an increased risk of developing nonlymphocytic leukemia and chronic lymphocytic leukemia, due to benzene exposures. These increased risks are in association with their exposure to benzene at levels lower than previously identified as being hazardous. (Glass, Gray et al. 2003; Glass, Gray et al. 2005)
- Workers at petrochemical complexes have been shown to have high exposure to solvents and excess noise. There is an increased prevalence of hearing loss and standard threshold shift in these settings. (De Barba, Jurkiewicz et al. 2005)
- Acute hydrogen sulfide poisoning has been reported in a field operator at a petroleum refinery. (Nam, Kim et al. 2004)
- Workers at a petro-chemical complex have significant risk of respiratory symptoms (cough, phlegm, wheezing and shortness of breath) when exposed to dusts, vapors, metals and organic solvents. (Park, Lee et al. 2006)

Our literature search revealed some studies that do not find association of oil and gas extraction exposures and health effects. (Lewis, Schnatter et al. 2003; Neuberger, Ward-Smith et al. 2003; Buffler, Kelsh et al. 2004; Neuberger, Lynch et al. 2004; Dubnov, Barchana et al. 2007; Sorahan 2007) These negative studies suggest that potentially hazardous exposures related to oil and gas extraction have no health consequence. On the other hand, these negative results may be due to problematic issues such as lack of statistical power, misclassification of exposure, or other study design issues such as limited disease endpoints. Negative studies should not be taken

24

BLM_0075552

Literature Review, Witter et al., August 1, 2008

independently as proof of no ill effects to exposed populations but rather should be placed into context with all available literature regarding the particular chemical, exposure or the process and the health effects. Chemicals known to be toxic in other scenarios are likely to be toxic at similar exposure levels in different scenarios. When discrepancies exist in the literature, further study is warranted. Furthermore, the most conservative course of action with regard to pollution control measures should be undertaken to protect people's health.

Summary

Oil and gas extraction is increasing world wide. Oil and gas extraction is known to produce toxic contaminants. Oil and gas extraction sites are often near peoples' homes and children's schools, putting individuals and communities at risk of adverse health effects due to exposure to toxic contaminants. Studies documenting health effects of oil and gas extraction on individuals and communities are few and more studies should be done in the future.

*Fracking Fluids*

"Fracturing" "fracking" or frac'ing is a process used by the oil and gas industry to improve well production. Fracking involves the use of high-pressure injection of liquids and/ or solids into the ground, when a well is drilled and often again one or more times after a well is in production. Fracking fluids may be water or may be any combination of hazardous chemicals such as acids, diesel fuel, biocides, metals ethylene glycol, or other chemicals, but oil and gas companies are not required to reveal the chemical composition of fracking fluids. Fracturing of the subterranean land formations can introduce these unknown but possibly hazardous chemicals into underground drinking water sources, potentially exposing people to toxics and causing adverse health effects. Fracking fluids may also be left at the surface with drilling mud and toxics may dry out and be dispersed in the air or enter surface water via run off. Little is known about the potential and actual exposures local populations may have.

Since fracking chemicals are unknown, review of specific chemical literature could not be conducted. Terms utilized in the search are summarized above. A total of 243 studies were recovered. All studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.)

Our literature search (expanded to include all literature regardless of publication date) did not find any studies addressing the health effects of fracturing or fracturing fluids on people, revealing a substantial gap in the medical and public health literature. This gap is especially troubling given the amount of oil and gas extraction occurring world wide in close proximity to human populations. This gap should be addressed. Studies examining the effect of fracturing subterranean land formations on nearby human populations should be conducted. Public disclosure of fracking fluid chemicals would permit studies examining human health effects of these chemicals to be undertaken.

BLM_0075553

Literature Review, Witter et al., August 1, 2008

*Noise Pollution*

We have examined the medical literature to identify published research on the human health impact of noise pollution on the communities surrounding oil and gas development. Specifically in relation to oil and gas exploration activities: drilling, well pumps, compressors, and vehicle traffic.

Terms utilized in the search are summarized above in the methods section of this document. A total of 881 studies were recovered.  Eight-hundred and fifty-seven studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.). A total of 24 studies were selected for review of noise pollution. These citations are collected in Appendix 8.

Our literature search, expanded to include all literature regardless of publication date, did not find any studies addressing the health effects of noise on communities surrounding oil and gas operations.

Low Frequency Noise

Low frequency noise, produced from oil and gas compressors, may be of concern in the surrounding communities. A small number of studies reported the following symptoms related to low frequency noise: annoyance, stress, irritation, unease, fatigue, headache, adverse visual functions and disturbed sleep. (Berglund, 1999, Pawlaczy-Luszcyniska, 2005)

Traffic related noise

Noise produced from oil and gas activity, also of concern to surrounding communities, has not been studied.  Although many papers have been published in the last 5 years suggesting an association of cardiac health effects and noise related to traffic, these studies are restricted to urban settings. The majority of these studies reported annoyance and disturbance due to road traffic noise and associations with a higher incidence of myocardial infarctions, hypertension, ischemic heart disease, and sleep problems. (Babisch, 2003, 2005, Bluhm, 2004, 2007)

Occupational Related Health Effects

Research available on noise and health effects on oil and gas workers is limited.  In the last 5 years, only one study has been published in the medical literature describing the health effects of noise among oil and gas workers. The study suggested an increased hearing threshold shift for high frequencies in workers who had chronic noise exposure from more than 15 years. (Chen, 2003)  A small number of studies reported findings for workers exposed to noise and chemicals, such as toluene and other solvents (these studies were not specific to the oil and gas industry). Hearing loss was reported in 45.3% of workers from a petrochemical company, where workers had low exposure to solvents, and moderate exposure to noise. (De Barba, 2005) Another study found increased low frequency hearing loss in workers exposed to both noise and the chemical toluene. (Chang, 2006)

26

BLM_0075554

Literature Review, Witter et al., August 1, 2008

Summary

We identified no published studies in the past five years that directly examined the health impact of noise in the population living and working in the vicinity of oil and gas exploration activities.  Noise produced from oil and gas operations and the health effects on the surrounding community as well as for workers calls for additional research.

*Light Pollution*

Light pollution is excess exposure to artificial light and occurs in occupational as well as community settings. Recent studies in the medical literature suggest that light pollution is an emerging public health issue indirectly linked to cancer incidence.

Terms utilized in the search are summarized above.  A total of 297 studies were recovered. Two hundred and ninety-one studies were eliminated from further review following our criteria for inclusion in this literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.). A total of 6 studies were selected for review of light pollution. These citations are collected in appendix 9.

In the last 5 years, no studies have been published in the medial literature describing the health effects of light pollution or light exposure at night among oil and gas workers or the communities surrounding oil and gas extraction activities. However, several studies suggest an increased risk of cancer among shift workers and exposure to light at night:

- The disruption of circadian rhythms caused by exposure to light at night is associated with an increased risk of breast and colon cancer in shift workers
- Light pollution interferes with the pineal gland and production of melatonin as well as hormone production
- Reduced levels of melatonin caused by light pollution are linked to tumor growth
- Exposure to magnetic fields while sleeping leads to decreased levels of melatonin and increased levels of reproductive hormones in women

(Anisimov, 2006, Davis, 2006, Pauley, 2004, Schernhammer, 2004, Schernhammer, 2004, Schernhammer, 2004)

Summary

Further investigation is needed to determine the health impacts of light pollution generated by oil and gas activities in workers and the surrounding communities.

**Worker Health**

Terms utilized in the search are summarized above.  A total of 40 studies were recovered. Thirty-one studies were eliminated from further review following our criteria for inclusion in this

27

BLM_0075555

Literature Review, Witter et al., August 1, 2008

literature review (i.e. published within the past 5 years, English language, human; excluding basic mechanistic studies and excluding review articles unless they are meta-analyses.) A total of 9 studies were selected for review of occupational injuries. It is important to note that this final group of studies includes two articles published prior to 2003. These citations are collected in Appendix 10.

Occupational Fatalities

There are multiple safety and health risks associated with oil and gas extraction activities. In the U.S., fatal and nonfatal occupational injuries and illnesses among oil and gas workers are well documented through the Bureau of Labor Statistics (BLS) Census for Fatal Occupational Injuries (CFOI) and the BLS Survey of Occupational Injuries and Illnesses (SOII). However, only one study in the last 5 years has been published in the medical literature describing occupational fatalities among oil and gas workers in the U.S.: (CDC 2008)

- Oil and gas workers in the U.S. experience a disproportional rate of occupational fatalities compared to other high-risk industries and occupations.
- In the U.S., an increase in oil and gas extraction activities is significantly correlated with an increase in the rate of fatal occupational injuries among oil and gas extraction workers.
- The annual rate of fatal occupational injuries in the U.S. in the oil and gas industry from 2003 to 2006 was 30.5 per 100,000 workers.
- Fatal occupational injuries were attributable to transportation incidents and being stuck by equipment and heavy tools.

International Studies

Studies of international oil and gas workers in the last 5 years describe fatal and nonfatal injuries:

- In the Niger Delta, occupational fatalities in the oil and gas industry were attributable to falls, explosions and fires, transportation incidents, and falling objects. (Seleve-Fubara 2006)
- Venezuelan oil and gas workers were found to have chromosomal alterations due to continuous exposure to low levels of ionizing radiation. (Diaz-Valecillos 2004)

Studies Prior to 2003

We expanded our literature review to include studies conducted prior to 2003 providing evidence of fatal and nonfatal occupational injuries in oil and gas workers:

- About a third of minor injuries among oil and gas extraction workers in Venezuela were attributable to 'not paying attention when walking on or around labor areas'. Common injuries included being struck by equipment and tools, and contusions and crushing of upper and lower arms and legs. (Fernandez 2001)
- In Canada, workers involved in oil and gas drilling and extraction activities are at high risk for occupational injuries. (Guidotti 1995)

28

BLM_0075556

- Work-related injuries among international oil workers were higher and more severe than all industries in the US. The most common non-fatal injuries were getting arms 'caught in', 'back strained', 'legs struck', and 'legs injured while slipping' (McNabb 1994)
- Types of work-related injuries among international workers in the oil industry include burns, sprains, and hand injuries. (Sarma 2001)
- Workers in the oil and gas industry in the U.S. experienced a high rate of death related to asphyxiation and poisoning. (Suruda 1989)

Conclusion

Further research is needed to determine the health effects of oil and gas operations on workers.

**Social and Psychological Health Effects**

While some research has explored the physical health effects related to oil and gas exploration activities, less research has focused on the social and psychological impact of oil and gas development on individuals working or living in industrial communities.  As such, we have examined the available literature to identify published research about a) the social and psychological impact of oil and gas development in neighboring communities. b)  the socal and psychological impact of industrial development in neighboring communities.

Terms utilized in the search are summarized above. An initial literature search recovered a total of 1,114 studies that were published within the last 5 years (between 2003 and 2008). Based on our established list of inclusion criteria, 1,093 studies were eliminated from further evaluation. Thus, only 21 studies were retained for this literature review. It is important to note that this final group of studies includes two articles published prior to 2003 and two relevant review articles. The full list of these references can be found in Appendix 11.

The body of literature reviewed provides some evidence that exposure to oil and gas activities can have serious negative social and psychological health implications.  Conversely, there is some evidence that such industrial activities may be associated with positive social and psychological health outcomes.

Violence and Crime Rates

Communities near industrial development, including oil and gas development, often undergo swift changes in the existing social and cultural norms.  These changes may be, at times, associated with high occurrences of violence and crime while at other times, industrial development has been credited with a perceived decrease in local crime. Additionally, when a new industry is brought into a community, there may be a high demand for new laborers. Often times, these workers are blamed for a rise in criminal deviance,. In response to oil development in Louisiana, some local individuals blamed the increase in 'unskilled laborers' for the increase in criminal activities. One local individual claimed that, "during the 70s/80s [oil] boom we had lots of low life…police  characters…criminals coming in as labor…they had little work history…when the [oil] bust hit they hung around and caused trouble…". (Forsyth et al., 2007,

BLM_0075557

Literature Review, Witter et al., August 1, 2008

p.292)  On the other hand, some individuals in these areas believe that oil and gas drilling has helped build and bring their communities closer together, which in turn, has led to a decline in criminal activity. This idea is supported by a resident in Louisiana who stated that "this [community] was all poor white trash until oil came…oil decreased crime…oil and the oil business have caused the cycle of crime to go down". Rapid sociocultural change in Alaska has been associated with increasing rates of social pathology in native populations. Some of these populations have arrest rates for violent crimes 8 to 15 times higher than the overall national rate. (Wernham, 2007)

Sexual Promiscuity and Associated Diseases

Communities involved in oil and as extraction activities have experienced high rates of sexually transmitted diseases. For example, oil and gas communities in British Columbia have witnessed a rise in the occurrence of Chlamydia, and several regions in Africa have had increasing rates of HIV/AIDS since the introduction of oil and gas drilling to their communities. (Frynas, 2004; Goldenberg et al., 2007; Jobin, 2003; Udoh et al., 2007) These effects can be mitigated to some degree through intensive environmental and health management planning on the part of the oil companies. In Chad and Cameroon, companies were able to achieve a reduction in the occurrence of some sexually transmitted diseases in their labor forces by requiring contractors to provide health care for workers.

Rates of Suicide

Communities involved in oil and gas exploration may also experience a rise in suicide rates. Whereas the U.S. general population has an average suicide rate of 11 out of every 100,000 individuals, communities on the northern slope in Alaska experience an average suicide rate of 45 out of every 100,000 individuals. This very high suicide rate is thought to be due to rapid sociocultural change in Inuit communities.  High suicide rates are also found in communities associated with offshore oil drilling in Louisiana. (Kettl, 1998; Wernham, 2007; Seydlitz et al., 1993)

Mental Health Concerns

Individuals working or living in communities involved in oil and gas exploration often experience greater mental health concerns than individuals who live in areas not involved in these industrial activities. Some researchers report that individuals in these regions have a certain vulnerability to psychological or psychiatric problems. (Lester & Temple, 2006) For example, oil and gas development has been associated with high rates of mental and psychological stress. Furthermore, increasing mental health concerns such as anxiety and depression, have been linked to communities in Wales, India, and the Peruvian Amazon that are involved in oil and gas drilling activities. (Bhatia, 2007; Gallacher et al., 2007; Izquierdo, 2005; Lester & Temple, 2006; Murthy et al., 2005; Wernham, 2007)

BLM_0075558

Our literature search also revealed a few studies that did not find an association between oil and gas exploration and social and psychological health effects. In particular, two studies found no relationship between industrial activities and crime rates. (Luthra et al., 2007; Seydlitz et al., 1993) Some researchers believe that much of the research depicting a negative or positive relationship between oil and gas exploration and crime is speculative in nature. Because of methodological weaknesses in many studies in this research area, it seems necessary to conduct controlled, empirical research to verify whether a relationship between oil and gas exploration and social and psychological health does truly exist. Consequently, findings from existing research need to be interpreted with caution.

Summary

Overall, there is an apparent lack of research in this area. As findings from this literature review demonstrate, the research in the past five years has been inconsistent, making it difficult to draw definitive conclusions about the psychological and social implications of oil and gas exploration. However, based on the evidence provided, it is probable that oil and gas exploration activities can have serious effects on people's social and psychological health. Despite this possibility, the oil and gas industries have failed to take reasonable steps to protect these families and communities.

Findings from this literature review make it clear that future research is necessary to clarify our understanding of the social and psychological impact of oil and gas drilling on individuals living in and near industrial communities. By better understanding this relationship, we will be able to more effectively intervene and mitigate these potentially severe social and mental health problems.

**Conclusions**

As discussed in the medical and public health literature review (attached), few studies have been published on the health effects of oil and gas exploration and extraction on communities living and working in the vicinity of these activities. A lack of specific evidence, however, does not negate the fact that oil and gas operations use and produce toxic contaminants that adversely affect human health. Available studies show that exposure to air pollutants, toxic chemicals, metals, radiation, noise and light pollution cause a range of diseases, illnesses, and health problems, including psychological and social disruption. Neighborhoods, schools, and workers in close proximity to oil and gas activities may be at increased risk for cancer, cardiovascular disease, asthma, and other disorders due to uncontrolled or high exposures. Further research is needed to assess the health impact of oil and gas operations on surrounding communities.

BLM_0075559

Literature Review, Witter et al., August 1, 2008

**Acknowledgements**

The Natural Resources Defense Council paid the University of Colorado Denver (University Physicians, Inc, Dr. Lee Newman, Principal Investigator, Dr. Roxana Witter, Co-Principal Investigator) for preparation of this literature review and white paper. The UCD/CSU team that performed this work has no financial or other conflict of interest to report. The statements made in this literature review and white paper are the work product of the authors and do not represent the position of any university or organization. The NRDC which contracted for this work did not participate in any aspect of its planning, preparation, or conclusions. The authors thank Paul Blomquist, MLS, reference librarian, University of Colorado Denver Health Sciences Library for his assistance in designing and conducting literature searches.

32

# Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management

Donald H. Wolfe, Michael A. Patten, Eyal Shochat, Christin L. Pruett & Steve K. Sherrod

Wolfe, D.H., Patten, M.A., Shochat, E., Pruett, C.L. & Sherrod, S.K. 2007: Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management. - Wildl. Biol. 13 (Suppl. 1): 95-104.

Life-history studies of prairie grouse have focused on reproductive ecology, habitat use, movement patterns and survivorship, with only cursory or anecdotal references to mortality causes, or they have been of insufficient duration or scale to infer mortality patterns. Because mortality causes and patterns affect other life-history traits, their determination adds to our overall understanding of grouse demographics. As part of a long-term study on lesser prairie-chicken *Tympanuchus pallidicinctus* natural history in Oklahoma and New Mexico, we recovered 322 carcasses of radio-tagged birds captured on leks. We were able to determine the cause of death for 260 of these birds. Predation by raptors accounted for the largest number of mortalities (91), followed by collisions with fences (86), predation by mammals (76), collisions with power lines (4), and collisions with automobiles (3). Mortality causes differed considerably between study sites and between sexes, with all collisions more frequent in Oklahoma than in New Mexico, in females than in males, and in older than in young females. Although predation is a major cause of mortality, we argue that predator control may not be effective for grouse conservation. Moreover, in cases where top predators reduce mesopredator population densities, for example those of red foxes *Vulpes vulpes*, indiscriminate removal of predators may hasten the decline of grouse populations. Land managers striving to conserve prairie-chickens and other grouse species should attempt to reduce or eliminate collision mortality risks in addition to efforts to improve nesting or brood-rearing habitat. Collision risks should also be evaluated for potential release sites of translocated or captive-reared grouse.

*Key words: collisions, grouse management, lesser prairie-chicken, mortality, predation, survival, Tympanuchus pallidicinctus*

*Donald H. Wolfe, Eyal Shochat\*, Christin L. Pruett & Steve K. Sherrod, Sutton Avian Research Center, University of Oklahoma, P. O. Box 2007, Bartlesville, Oklahoma 74005, USA - e-mail addresses: dwolfe@ou.edu (Donald H. Wolfe); eyal.shochat@asu.edu (Eyal Shochat); cpruett@ou.edu (Christin L. Pruett); sksherrod@ou.edu (Steve K. Sherrod)*
*Michael A. Patten, Oklahoma Biological Survey and Sutton Avian Research Center, University of Oklahoma, Norman, Oklahoma 73019, USA - e-mail: mpatten@ou.edu*

*\*Present address: Global School of Sustainability, Arizona State University, P.O. Box 873211, Tempe, Arizona 85287, USA*

*Corresponding author: Donald H. Wolfe*

BLM_0075561

Like other species of North America's grassland grouse, the lesser prairie-chicken *Tympanuchus pallidicinctus* has declined sharply throughout its range, and it has suffered an associated range contraction (Taylor & Guthery 1980, Giesen & Hagen 2005). Declines and range contractions continue in Oklahoma (Horton 2000), resulting in non-contiguous populations within the state and even less continuity with populations in other states. The prairie-chicken's range has diminished considerably in New Mexico as well, but that population remains relatively stable, albeit localized (Bailey & Williams 2000).

In most areas, causes for the precipitous drop in population size have been largely mysterious. Likely culprits include changes in predator communities and abundance, as well as habitat loss, degradation and fragmentation, yet no single cause is obvious (Hagen et al. 2001, Silvy et al. 2001). A number of mammals and raptors prey upon prairie grouse (Schroeder & Baydack 2001, Giesen & Hagen 2005), but changes to predation rates have not been detected. An overlooked problem associated with fragmentation of prairie habitat is the effect of fences and power lines, which can lead to fatal collisions of various avian species (Borell 1939, Ligon 1951, Toepfer 1988, Allen & Ramirez 1990, Wolfe 1993).

In an effort to learn reasons for the decline of lesser prairie-chicken populations, we radio-tagged birds on spring and autumn gobbling grounds in northwestern Oklahoma and in southeastern New Mexico. A key objective was to discover factors affecting survivorship in this species. Accordingly, we analyzed recovered carcasses to determine cause of mortality with respect to age, sex and season. Our results allowed us to recommend measures to minimize mortality of lesser prairie-chickens. In doing so, we hope that lesser prairie-chicken survival can be restored to more natural levels, a goal that may allow populations to recover or stabilize.

## Material and methods

### Field data

From March 1999 through May 2004, we captured 719 adult and young (< 1 year old) lesser prairie-chickens on gobbling grounds in spring and autumn in Beaver, Ellis and Harper Counties in northwestern Oklahoma and in Roosevelt County in eastern New Mexico. Birds were captured using drift fences and modified walk-in traps (Schroeder & Braun 1991). All hens and most cocks were fitted with ≤ 15-g, bib-mounted, tuned-loop radio transmitters. Radio-tagged birds were usually located once or twice each week. Aerial searches (Gilmer et al. 1981), using strut-mounted antennas, were conducted 4-6 times annually at each study site to aid in relocating birds missing for > 3 weeks. All radio transmitters were equipped with a 12-hour delay mortality switch, which allowed detection and immediate recovery of dead birds.

Mortality cause was determined using criteria developed by Dumke & Pils (1973) and Small et al. (1991). Because many predators (and some rodents) scavenge carcasses, it can often be difficult to determine whether a bird was killed or merely scavenged. For example, Toepfer (1988) related an incident in which a greater prairie-chicken *Tympanuchus cupido pinnatus* collided fatally with a power line and was fed upon subsequently by a red-tailed hawk *Buteo jamaicensis* and a domestic dog *Canis familiaris*. For cases in which the transmitter had become separated from the carcass or was buried or had been dragged into a burrow, the exact cause of death was sometimes impossible to determine. For each carcass, we also recorded distance from the nearest fence, road and power lines, and carefully documented nearby tracks, scat and other clues. Each carcass was examined for sheared feathers (mammal consumption), stripped tendons (raptor consumption), bite marks on bones and/or the radio transmitter (mammal or raptor consumption), and abrasions, contusions or broken wings (collisions). We made no concerted effort to identify predators beyond mammalian or raptor. We inferred a collision with a fence or power line when a carcass was < 20 m from that obstacle or the carcass remained to show evidence of a collision. By using proximity alone, we may have underestimated collision rates given that several carcasses 25-50 m from fences or power lines were intact enough to determine that a collision had occurred. If prairie-chickens were being killed at random locations across the landscape, ~12% of the carcasses should be found < 50 m from a fence in the most densely fenced areas (¼-section pastures or 65 ha), and only ~6% would be found within that distance if fences are moderately dense (full-section pastures; i.e. 1 mile² or 259 ha).

Even so, scavengers can move carcasses in excess of 50 m (Bumann & Stauffer 2002), and livestock trails along fence lines complicate the situation because we suspect that coyotes *Canis latrans* and other mammals make regular use of such trails, thereby encountering fence kills more often than they would in a homogenous landscape. For example, Bradley &

96

BLM_0075562

Fagre (1988) reported that both coyotes and bobcats *Felis rufa* used fence lines and roads as travel lanes more often than expected by chance. Similarly, Way et al. (2002) reported that coyotes traveled extensively along power lines, golf courses, railroad tracks, dirt roads and trails. Indeed, there is the reasonable possibility that scavengers learn to follow fence lines because they are rewarded by finding carcasses of prairie-chickens and other species. In any case, we made every effort to assign the proper cause of death to all birds, but in ambiguous cases we left the cause as 'unknown'.

### Statistical analyses

Because all radio-tagged birds were being tracked regularly, the probability of locating carcasses resulting from collisions was assumed to be the same as for other mortality causes. We therefore did not employ a cause-specific mortality model with differing probabilities of carcass recovery (e.g. Schaub & Pradel 2004). Instead, we performed simpler survival analyses and associated contingency table analyses, including those for cause-specific mortality (e.g. Conner 2001). We treated the day of first capture as the day on which a bird entered the study. Although this means that birds of different ages were being tracked, our sample size and capture methodology should have removed any systematic bias. We calculated the 'life span' of a bird from the capture date to the carcass recovery date. We constructed comparative Kaplan-Meier survival curves by gender and study site (see Patten et al. 2005b), as well as by age at death (adult or young) and cause of death (collision, raptor or mammal). We also examined various interactions of these categories (e.g. sex*cause). We judged survival curves to differ statistically on the basis of a log-rank $\chi^2$-test (Pyke & Thompson 1986). We used contingency table analyses of frequencies to detect associations between cause of death and gender, age or study site (Sokal & Rohlf 1995).



Figure 1. Cause-specific mortality of the lesser prairie-chicken by gender and study site. The overall proportion of collisions was significantly higher in Oklahoma than in New Mexico ($\chi^2 = 120.0$, df = 1, P < 0.001). Moreover, females had lower overall survivorship than males (see Fig. 2), largely as a result of their increased mortality from collisions (Patten et al. 2005b).

97

BLM_0075563



Figure 2. Relative survivorship of the lesser prairie-chicken by gender for New Mexico and Oklahoma combined. Females had significantly lower survivorship (log-rank: $\chi^2 = 7.02$, df = 1, P < 0.01). Bars on the Kaplan-Meier curves are standard errors.

## Results

Between April 1999 and September 2004, we recovered 322 carcasses of radio-tagged lesser prairie-chickens. We were able to assign cause of death to 128 carcasses from Oklahoma and 132 carcasses from New Mexico (Fig. 1). There was not enough evidence to assign cause for the remaining 62 carcasses. Of 59 collisions from Oklahoma, 51 (86.4%) were the result of fence strikes, the remainder being the result of power line or vehicle collisions. In contrast, all of the fewer collisions in New Mexico resulted from fence strikes. Overall, among recovered birds, females had lower survivorship than males (Fig. 2), the difference being significant in Oklahoma, but not in New Mexico (Fig. 3).

We found evidence that some prairie-chickens survived the initial impact of a collision only to die later from the injury or to be taken by a predator. We twice found females dead on the nest with obvious



Figure 3. Relative survivorship of the lesser prairie-chicken by gender and study site for males and females in New Mexico (NM) and Oklahoma (OK). Oklahoma females had significantly lower survivorship than their male counterparts (log-rank: $\chi^2 = 12.01$, df = 3, P < 0.01), presumably owing to being much more prone to fence collisions (see Fig. 1). Survivorship did not differ between the sexes in New Mexico.

© WILDLIFE BIOLOGY · 13:Suppl. 1 (2007)

BLM_0075564



Figure 4. Percentages of male (▲) and female (□) lesser prairie-chickens found dead per total tracked in each month.

Figure 5. Relative monthly mammal (□) and raptor (■) predation on the lesser prairie-chicken in eastern New Mexico and western Oklahoma during 1999-2004. Spring and autumn peaks in relative predation by raptors coincided with raptor migration peaks.

fence collision wounds on the breast. We also recovered two intact carcasses with breast injuries > 200 m from a fence, and one had neck injuries, the other a broken wing, consistent with fence or power line collisions. In 2001, we captured a male with primaries 6-10 on his left wing cut in a straight line, as if sheared by a fence. This bird was incapable of flight and was found dead five days later as a result of mammal predation. In 2004, another male showed similar damage to primaries 8-10 on his right wing; he was found dead a day later as a result of raptor predation. Although we categorized both mortalities as (indirectly) resulting from fence collisions, cause of death would have been misinterpreted had we not documented the injuries only days earlier. The ability to survive for a time after sustaining injuries was further demonstrated in 2001 when we found a male carcass in a typical roosting posture at a location where he had roosted previously. Whereas the cause of death was not apparent immediately, post-mortem examination revealed extensive internal hemorrhaging and a crushed cranium, both of which appeared to result from a vehicle collision, even though the closest road was > 400 m away. Had a scavenger found this carcass prior to our recovery, we would have misclassified the cause of death.

The percentage of deaths resulting from fence collisions was significantly higher in Oklahoma than in New Mexico (39.8 vs 26.5%; $\chi^2 = 5.22$, df = 1, P < 0.025). Females were more susceptible than males to collisions (including power line and automobile collisions; 57.6 vs 43.4% in Oklahoma, 34.9 vs 22.8% in New Mexico; see Figs. 1 and 3). As a result, the median age at death of an Oklahoma female was significantly lower than that of an Oklahoma male (median two-sample test: Z = -1.64, P ≈ 0.05). Brood mortality rates for the lesser prairie-chicken are high (e.g. Fields et al. 2006), but among birds that grew to full size, the vast majority of mortalities were of birds that had reached adulthood (191 adult vs 40 young). As a whole, even though a much smaller percentage of young birds (17.1%) collided with fences relative to adults (30.4%), age at time of death was not related to mortality cause ($\chi^2 = 3.88$, df = 2, P > 0.10). However, there was a significant effect of age for females ($\chi^2 = 16.05$, df = 2, P < 0.0005). Adults (41.5%) were much more likely to die from collisions than were young birds (13.3%), whereas young birds were much more likely to be killed by a mammal (66.7%) than were adults (15.1%).

For both sexes, but especially for females, mortality rates peaked in spring and early summer (Patten et al. 2005b; Fig. 4). More than half (51%) of males were found dead between March and June, chiefly from predation. Raptor predation occurred in two seasonal peaks (Fig. 5).

BLM_0075565

## Discussion

Differences in mortality causes between our study sites, especially fence, power line and vehicle collisions, are likely a result of the greater level of fragmentation in Oklahoma (Patten et al. 2005b), which is composed largely of 1-mile$^2$ (259 ha) sections, usually with county roads separating adjacent sections, and often fenced in ¼-section (65 ha) pastures or row crops. By contrast, New Mexico has much larger pastures, upwards of 4 mile$^2$ (1,036 ha), with scattered irrigated crop circles. Thus, the Oklahoma site was considerably more fragmented and included a higher density of fences, roads and power lines (Patten et al. 2005b). Indeed, with collisions removed, predation patterns were virtually identical between study sites: 52.9% raptor and 47.1% mammal in Oklahoma and 55.7% raptor and 44.3% mammal in New Mexico.

### Male mortality

Peak mortality of male lesser prairie-chickens coincides with peak lekking activity in spring (see Fig. 4). We suggest that (a) males are more conspicuous at this time and (b) various predators focus on lekking activity. If a male intends to breed, it is essential for him to be on the lek nearly every day from March through May. He is thus dependable and conspicuous. Even outside of the 1-3 hours of daily displays, many males remain on or near the gobbling ground through the day and night, perhaps making them easier to locate, even when the conspicuous displaying is not occurring.

Spring lekking also entails an energetic cost. Our capture data showed that male lesser prairie-chickens weighed an average of 778 g in New Mexico and 789 g in Oklahoma in March (regardless of age) but 691 g and 714 g, respectively, by May. Although this ≈10% reduction in body weight may be in part an adaptation to warming weather, it also is likely a result of extreme energy expenditure during the intense lekking period, perhaps even to the exclusion of foraging. Vehrencamp et al. (1989) noted a similar relationship in male greater sage-grouse *Centrocercus urophasianus* during spring lekking. Accordingly, male prairie-chickens may be in poorer condition by the later parts of the spring lekking season, making them more vulnerable to predators.

That mortality did not differ with respect to age implies that even young males occupy leks and therefore are equally vulnerable to predation. Indeed, we caught a sizeable number of young males on spring leks, meaning that they potentially breed when < 1 year old.

### Female mortality

The tendency for female lesser prairie-chickens to select a mate at a particular lek and to nest near a different lek (Giesen & Hagen 2005) yields higher mobility in females than in males. In Oklahoma a lek averaged 3.77 km from the next nearest lek, whereas in New Mexico the average distance was only 1.51 km. Similarly, the average distance from lek of capture to nest was 3.71 km in Oklahoma and 1.31 km in New Mexico. As a result, Oklahoma females moved further both among leks and from lek to nest site. Given the higher density of fences in Oklahoma and the greater mobility of females, we suggest that females in the Oklahoma population are exposed to an elevated risk of collision.

Unlike young males, it is possible that young females are less likely to attempt to breed. If so, then they may not move nearly as much as do adult females, meaning that they would not experience the associated risk of collision, which would explain the effect of age. The higher proportion of mammal predation of young females may be associated with behaviour as well, because young females may visit fewer leks, thus creating a movement pattern more like that of males.

As in the males, seasonality of mortality in females can be explained in terms of behaviour. In April, females often visit multiple leks to search among displaying males for a suitable mate. After mating, females disperse in search of a suitable nest site. Thus, one might predict that collisions would peak from late April through June (the latter accounting for multiple nest attempts), which corresponds to the pattern seen (see Fig. 4). We attribute the sharp reduction in collisions after June to hens rearing broods, when successful females, out of necessity, fly little.

### Predation

Two peaks of raptor predation, the first in March and April, the second in September and October (see Fig. 5), coincide with peaks in spring and autumn lekking activity. On several occasions we found plucked feathers or raptor-consumed prairie-chicken carcasses on leks, yet we never witnessed predation by raptors. Berger et al. (1963) reported only three successful predation events by raptors, resulting from 1,379 raptor 'encounters' in 4,745 mornings of observing greater prairie-chicken booming grounds in Wisconsin. In northeastern and north-central New

© WILDLIFE BIOLOGY · 13:Suppl. 1 (2007)

BLM_0075566

Mexico, at latitudes roughly equidistant between our study sites, 80% of autumn migrant raptors were observed between 11 September and 16 October, and 80% of spring migrant raptors were observed between 17 March and 28 April (Smith 2005a,b), windows that seem to match observed peaks in raptor predation (see Fig. 5).

We have no reason to believe that lesser prairie-chicken populations are being impacted severely by predation. Many studies have made an effort to determine the primary predators of grouse, although often only during the nesting season. Our data imply differences in the types of predators throughout the year, meaning researchers should exercise caution when interpreting predator types during short-duration studies. Studies of diets of mammalian predators in the southern Great Plains and southwestern North America (Murie 1951, Kilgore 1969, Windberg & Mitchell 1990, Sovada et al. 2001, Henke 2002) determined that lagomorphs and rodents were the mainstays. What few bird remains were found in faeces or stomach contents were likely the result of scavenging rather than predation. Moreover, large carnivores may benefit ground-dwelling birds by reducing the number of mesopredators (e.g. striped skunks *Mephitis mephitis* and red foxes *Vulpes vulpes*) and by enhancing ground cover through the reduction of herbivores (Howard et al. 1959, Currie & Goodwin 1966, Guthery & Beasom 1977, Henke & Bryant 1999). Adequate brush cover and reduction of raptor perches such as trees, power poles and fence posts may lower predation more than conventional predator removal methods. For example, Patten et al. (2005a) demonstrated that adult lesser prairie-chicken survival was correlated positively with higher shrub cover, primarily of shinnery oak *Quercus havardii* and sand sagebrush *Artemisia filifolia*.

### Fence collisions

Fences, power lines or other wire structures are an unnatural threat to many birds, yet they are seldom perceived as threats. Our data indicate that collisions with fences may significantly reduce lesser prairie-chicken survival, but collisions may have an even greater effect than what we detected. For example, we captured several birds with partially healed wounds from strikes and recovered carcasses with such wounds > 200 m from a fence. These non-lethal injuries may make these birds more susceptible to subsequent predation.

Neither Allen & Ramirez (1990) nor Wolfe (1993) reported grouse in their compilations of bird kills from fence collisions in North America. Grouse are likely underrepresented because they are rarely found impaled or entangled in fences and are more prone to fly or tumble some distance after impact, and their cryptic colouration tends to conceal carcasses in dense vegetation. The few fence collisions noted are typically anecdotal observations in obscure reports rather than in the mainstream of scientific literature. In North America, most documentation of collisions in grouse has regarded the ruffed grouse *Bonasa umbellus*, sage-grouse or prairie-chickens (e.g. Borell 1939, Bump et al. 1947, Ligon 1951, Krapu 1974, Danvir 2002, Toepfer & Septon 2003), yet both fence and power line collisions by grouse have been well documented in Europe (e.g. Bevanger 1995, Moss 2001). For instance, studies conducted in Scotland (Petty 1995, Baines & Summers 1997) or Norway (Bevanger & Brøseth 2000, 2004) of fence or power line collisions reported that 80-93% of kills were of various species of grouse *Lagopus* spp. and *Tetrao* spp., suggesting that this group of birds is particularly prone to collisions.

Accordingly, the negative effect of fence collisions cannot be understated. For example, Moss et al. (2000) implied that if collisions could be eliminated then capercaillie *Tetrao urogallus* populations in Scotland would increase or stabilize. When modeling estimated future capercaillie population size, Moss (2001) projected that with present fence collision risks, the entire Scotland population would consist of only about 40 females by 2014, but without collisions females would instead number 1,300 by 2014. If mortality from fence collisions is additive, then together with mortality from 'natural' causes it will affect survivorship adversely. Although increased mortality may lead to compensatory response in other life history traits (Patten et al. 2005b), even these responses may not be sufficient to save a population from extirpation.

## Management implications

*"Fortunately, fences and roads are human constructions capable of being changed if people agree to do so."* (Freilich et al. 2003)

Throughout the occupied range of the lesser prairie-chicken, old, dilapidated fences are common, primarily because the cost of removal outweighs any benefit of removal. Obviously, efforts to remove unnecessary fences would reduce collision risks. Marking existing fences, especially in high-use areas such as

101

BLM_0075567

near leks, nesting habitat or foraging areas to allow improved visibility, may also benefit populations (Summers & Dugan 2001, Baines & Andrew 2003). Marking of existing fences with strips of barrier fence to increase visibility resulted in a 71% overall reduction in grouse collisions in Scotland (Baines & Andrew 2003). However, barrier fence has a life expectancy of < 2 years (Summers & Dugan 2001); as it deteriorates it becomes even more unattractive to humans and requires regular extensive maintenance or replacement. Barrier fence adds considerable weight and wind resistance and could allow build up of vegetation (e.g. Russian thistle (tumbleweed) *Salsola tragus*), snow and/or ice, perhaps leading to collapse.

New marking methods being used in Europe show greater promise economically and aesthetically, while being easy to apply, having a long life, and not adding significant weight or wind resistance to fences. In some locales, placards (called anti-bird-strike tabs) of white or black plastic ($10 \times 10$ cm or $10 \times 19$ cm) have been attached to fences (Summers & Dugan 2001), in others strips of sheet metal have been connected to the top wire or two of livestock fences (Game Conservancy Fund 2002, http://www.blackgrouse. info/recovery/northpenn/stockfence.pdf). Continued research is needed to develop marking methods that are effective, inexpensive and easy to install and will not affect the integrity of fences or pose hazards to livestock or wildlife. Several types of generally effective power line markers (e.g. Morkill & Anderson 1991, Brown & Drewien 1995) perhaps could be adapted for use on fences.

In many parts of North America's Great Plains, ranchers practice high-intensity, short-duration livestock grazing. Ironically, cross fencing and rotational grazing systems often have been recommended as management tools to improve nesting cover for prairie-chickens (e.g. Applegate & Riley 1998, Mote et al. 1999). In the most intensive rotational systems, large pastures have been subdivided into 8, 10 or 12 paddocks (cell system) with water located centrally. Livestock are moved frequently (often weekly) between paddocks. Given a pasture size of 259 ha, a prairie-chicken flying across the landscape would, on average, encounter a fence every 1.6 km. In an 8-paddock cell system the same bird would encounter a fence every 0.4 km, a 4-fold increase in encounter rate. We suggest that, when possible, alternative methods of controlling grazing be employed, such as patch burning (see Fuhlendorf & Engle 2001) or by placement of minerals. Where cross fencing remains necessary, fences should be of as low a height as pos-

sible. If controlling grazing within a management unit is the primary purpose of cross fencing, the typical height used for perimeter fences (107-122 cm) may be unnecessary. We recommend reducing fence height by 10% or more (i.e. 96-110 cm). We further recommend that all fences < 1 km from active gobbling grounds be marked in some manner to increase their visibility.

Collisions with power lines are much less common in our study areas, but we nonetheless recommend that, when possible, electrical transmission and distribution lines be buried rather than strung overhead. Moreover, although predation may be of less biological importance than collisions with fences, reduction in fences results in the reduction of movement corridors for mammals and perches for raptors. We thus recommend that removal of all non-essential fences to improve nesting or brood rearing habitat, as removal will reduce both collision risk and, perhaps, predation risk.

Rarely have predator removal efforts in North America met expectations, largely because such efforts fail to consider complex ecological webs. Gross (1928) summarized the problem when speaking of the now-extinct heath hen *Tympanuchus c. cupido*: "The problem of saving the heath hen is not the simple one of providing protection against Hawks and cats and supplying food when needed but is much more complex". An important consideration recognized only relatively recently is the notion of 'mesopredator release', i.e. the idea that removal of large carnivores will allow mid-size carnivores to flourish (Crooks & Soulé 1999). The concept of mesopredator release likely explains why removal of large carnivores has failed to help various grouse populations (e.g. Bump et al. 1947, Lawrence & Silvy 1995, Hewitt et al. 2001, Lyons 2002, Slater 2003). We therefore cannot recommend predator control (*cf.* Schroeder & Baydack 2001); instead, management should focus on fence collisions and other anthropogenic mortality factors.

*Acknowledgements* - we thank the many field technicians and volunteers who assisted with trapping, radio-tracking and recovering carcasses. Field work was funded by the United States Fish and Wildlife Service, New Mexico Department of Game and Fish, Oklahoma Department of Wildlife Conservation, National Fish and Wildlife Foundation, Western Governor's Association, High Plains RC&D, Grasslans Charitable Foundation, Wolf Creek Charitable Foundation, K.S. Adams Foundation, University of Oklahoma, World Publishing Company, Founders and Associates, Chapman Trust, ConocoPhillips, Bank of Oklahoma, Riggs-Abney Attorneys at Law, American

© WILDLIFE BIOLOGY · 13:Suppl. 1 (2007)

BLM_0075568

Electric Power, Arrow Trucking and various private contributors, including John Brock, Sam Daniel, Carol McGraw, Joe McGraw, Judge Joe Morris, Harold and Sandy Price, George Records and Joseph H. Williams. Cattlemen and land managers Kenny Knowles, Dan O'Hair, Robert Gillen, Steve Adams, Lee Holcombe and Ed Wiley provided insight on fence construction, durability and height. We extend our heartfelt thanks to the landowners who graciously allowed access to their land and who showed tremendous concern over the prairie-chicken and its conservation. Finally, we thank Pekka Helle, Laurence N. Ellison and an anonymous reviewer for their thoughtful and constructive criticism of the manuscript.

## References

Allen, G.T. & Ramirez, P. 1990: A review of bird deaths on barbed-wire fences. - Wilson Bulletin 102: 553-558.

Applegate, R.D. & Riley, T.Z. 1998: Lesser prairie-chicken management. - Rangelands 20(4): 13-15.

Bailey, J.A. & Williams, S.O. III. 2000: Status of the lesser prairie-chicken in New Mexico, 1999. - Prairie Naturalist 32: 157-168.

Baines, D. & Andrew, M. 2003: Marking of deer fences to reduce frequency of collisions by woodland grouse. - Biological Conservation 110: 169-176.

Baines, D. & Summers, R.W. 1997: Assessment of bird collisions with deer fences in Scottish forests. - Journal of Applied Ecology 34: 941-948.

Berger, D.D., Hamerstrom, F. & Hamerstrom, F.N. 1963: The effect of raptors on prairie chickens on the booming grounds. - Journal of Wildlife Management 27: 778-791.

Bevanger, K. 1995: Estimates and population consequences of tetraonid mortality caused by collisions with high tension power lines in Norway. - Journal of Applied Ecology 32: 745-753.

Bevanger, K. & Brøseth, H. 2000: Reindeer Rangifer tarandus fences as a mortality factor for ptarmigan Lagopus spp. - Wildlife Biology 6: 121-127.

Bevanger, K. & Brøseth, H. 2004: Impact of power lines on bird mortality in a subalpine area. - Animal Biodiversity and Conservation 27(2): 67-77.

Borell, A.E. 1939: Telephone wires fatal to sage grouse. - Condor 41: 85-86.

Bradley, L.C. & Fagre, D.B. 1988: Coyote and bobcat responses to integrated ranch management practices in south Texas. - Journal of Range Management 41: 322-327.

Brown, W.M. & Drewien, R.C. 1995: Evaluation of two power line markers to reduce crane and waterfowl collision mortality. - Wildlife Society Bulletin 23: 217-227.

Bumann, G.B. & Stauffer, D.F. 2002: Scavenging of ruffed grouse in the Appalachians: influences and implications. - Wildlife Society Bulletin 30: 853-860.

Bump, G.R., Darrow, W., Edminster, F.C. & Crissey, W.F. 1947: The ruffed grouse: life history, propagation, management. - New York State Conservation Department, Holling Press, Buffalo, NY, USA, 915 pp.

Conner, L.M. 2001: Survival and cause-specific mortality of adult fox squirrels in southwestern Georgia. - Journal of Wildlife Management 65: 200-204.

Crooks, K.R. & Soulé, M.E. 1999: Mesopredator release and avifaunal extinctions in a fragmented system. - Nature 400: 563-566.

Currie, P.O. & Goodwin, D.L. 1966: Consumption of forage by black-tailed jackrabbits on salt-desert ranges in Utah. - Journal of Wildlife Management 30: 304-311.

Danvir, R.F. 2002: Sage-grouse ecology and management in northern Utah sagebrush-steppe. - Deseret Land and Livestock Research Report, Woodroff, UT, USA, 39 pp.

Dumke, R.T. & Pils, C.M. 1973: Mortality of radio-tagged pheasants on the Waterloo Wildlife Area. - Wisconsin Department of Natural Resources Technical Bulletin 72, Madison, WI, USA, 52 pp.

Fields, T.L., White, G.C., Gilbert, W.C. & Rodgers, R.D. 2006: Nest and brood survival of lesser prairie-chickens in west central Kansas. - Journal of Wildlife Management 70: 931-938.

Freilich, J.E., Emlen, J.M., Duda, J.J., Freeman, D.C. & Cafaro, P.J. 2003: Ecological effects of ranching: a six-point critique. - Bioscience 53: 759-765.

Fuhlendorf, S.D. & Engle, D.M. 2001: Restoring heterogeneity on rangelands: ecosystem management based on evolutionary grazing patterns. - Bioscience 51: 625-632.

Giesen, K.M. & Hagen, C.A. 2005: The lesser prairie-chicken (Tympanuchus pallidicinctus), revised edition. - In: Poole, A. & Gill, F. (Eds.); The Birds of North America, No. 364. The Birds of North America, Inc., Philadelphia, PA, USA, 20 pp. (doi:10.2173/bna.364).

Gilmer, D.S., Cowardin, L.M., Duval, R.L., Mechlin, L.M., Shaiffer, C.W. & Kuechle, V.B. 1981: Procedures for the use of aircraft in wildlife biotelemetry studies. - U.S. Fish and Wildlife Service Resource Publication 140, Washington, DC, USA, 19 pp.

Gross, A.O. 1928: The heath hen. - Memoirs of the Boston Society of Natural History 6: 491-588.

Guthery, F.S. & Beasom, S.L. 1977: Responses of game and nongame wildlife to predator control in south Texas. - Journal of Range Management 30: 404-409.

Hagen, C.A., Jamison, B.E., Giesen, K.M. & Riley, T.Z. 2001: Guidelines for managing lesser prairie-chickens and their habitats. - Wildlife Society Bulletin 32: 69-82.

Henke, S.E. 2002: Coyotes: friend or foe of northern bobwhite in southern Texas. - In: DeMaso, S.J., Kuvlesky, W.P. Jr, Hernandez, F. & Berger, M.E. (Eds.); Quail V: Proceedings of the fifth national quail symposium. Texas Parks and Wildlife Department, Austin, TX, USA, pp. 57-60.

Henke, S.E. & Bryant, F.C. 1999: Effects of coyote removal on the faunal community in western Texas. - Journal of Wildlife Management 63: 1066-1081.

103

BLM_0075569

Hewitt, D.G., Keppie, D.M. & Stauffer, D.F. 2001: Predation effects on forest grouse recruitment. - Wildlife Society Bulletin 29: 16-23.

Horton, R.E. 2000: Distribution and abundance of lesser prairie-chicken in Oklahoma. - Prairie Naturalist 32: 189-195.

Howard, W.E., Wagnon, K.A. & Bentley, J.R. 1959: Competition between ground squirrels and cattle for range forage. - Journal of Range Management 12: 110-115.

Kilgore, D.L., Jr. 1969: An ecological study of the swift fox (Vulpes velox) in the Oklahoma Panhandle. - American Midland Naturalist 81: 512-534.

Krapu, G.L. 1974: Avian mortality from collisions with overhead wires in North Dakota. - Prairie Naturalist 6: 1-6.

Lawrence, J.S. & Silvy, N.J. 1995: Effect of predator control on reproductive success and hen survival of Attwater's prairie-chicken. - Proceedings of the Southeastern Association of Fish and Wildlife Agencies 49: 275-282.

Ligon, J.S. 1951: Prairie chickens, highways, and powerlines. - New Mexico Magazine 29(5): 29.

Lyons, E.K. 2002: Effects of short-term predator control on nesting success and survival of northern bobwhites (Colinus virginianus). - M.Sc. thesis, Angelo State University, TX, USA, 60 pp.

Morkill, A.E. & Anderson, S.H. 1991: Effectiveness of marking powerlines to reduce sandhill crane collisions. - Wildlife Society Bulletin 19: 442-449.

Moss, R. 2001: Second extinction of capercaillie (Tetrao urogallus) in Scotland? - Biological Conservation 101: 255-257.

Moss, R., Picozzi, N., Summers, R.W. & Baines, D. 2000: Capercaillie Tetrao urogallus in Scotland - demography of a declining population. - Ibis 142: 259-267.

Mote, K.D., Applegate, R.D., Bailey, J.A., Giesen, K.M., Horton, R. & Sheppard, J.L. 1999: Assesment and conservation strategy for the lesser prairie-chicken (Tympanuchus pallidicinctus). Kansas Department of Wildlife and Parks, Emporia, KS, USA, 51 pp.

Murie, A. 1951: Coyote food habits on a southwestern cattle ranch. - Journal of Mammalogy 32: 291-295.

Patten, M.A., Wolfe, D.H., Shochat, E. & Sherrod, S.K. 2005a: Effects of microhabitat and microclimate on adult survivorship of the lesser prairie-chicken. - Journal of Wildlife Management 69: 1270-1278.

Patten, M.A., Wolfe, D.H., Shochat, E. & Sherrod, S.K. 2005b: Habitat fragmentation, rapid evolution, and population persistence. - Evolutionary Ecology Research 7: 235-249.

Petty, S.J. 1995: Assessment of fence collisions by grouse species in Scotland. - Forestry Commission Research Information Note 264, Edinburgh, Scotland, 9 pp.

Pyke, D.A. & Thompson, J.N. 1986: Statistical analysis of survival and removal rate experiments. - Ecology 67: 240-245.

Schaub, M. & Pradel, R. 2004: Assessing the relative importance of different sources of mortality from recovery of marked animals. - Ecology 85: 930-938.

Schroeder, M.A. & Baydack, R.K. 2001: Predation and the management of prairie grouse. - Wildlife Society Bulletin 29: 24-32.

Schroeder, M.A. & Braun, C.E. 1991: Walk-in traps for capturing greater prairie-chickens on leks. - Journal of Field Ornithology 62: 378-385.

Silvy, N.J., Peterson, M.J. & Lopez, R.L. 2001: The cause of the decline of pinnated grouse: the Texas example. - Wildlife Society Bulletin 31: 16-21.

Slater, S.J. 2003: Sage grouse (Centrocercus urophasianus) use of different-aged burns and the effects of coyote control in southwestern Wyoming. - M.Sc. thesis, University of Wyoming, Laramie, WY, USA, 177 pp.

Small, R.J., Holzwart, J.C. & Rusch, D.H. 1991: Predation and hunting mortality of ruffed grouse in central Wisconsin. - Journal of Wildlife Management 55: 512-520.

Smith, J.P. 2005a: Fall 2004 raptor migration studies in the Manzano Mountains of central New Mexico. - Hawk-Watch International, Inc., Salt Lake City, UT, USA, 33 pp.

Smith, J.P. 2005b: Spring 2005 raptor migration studies in the Sandia Mountains of central New Mexico. - Hawk-Watch International, Inc., Salt Lake City, UT, USA, 28 pp.

Sokal, R.R. & Rohlf, F.J. 1995: Biometry. 3rd edition. - W.H. Freeman, New York, NY, USA, 887 pp.

Sovada, M.A., Roy, C.C. & Telesco, D.J. 2001: Seasonal food habits of swift fox (Vulpes velox) in cropland and rangeland landscapes in western Kansas. - American Midland Naturalist 145: 101-111.

Summers, R.W. & Dugan, D. 2001: An assessment of methods used to mark fences to reduce bird collisions in pinewoods. - Scottish Forestry 55: 23-29.

Taylor, M.A. & Guthery, F.S. 1980: Status, ecology, and management of the lesser prairie-chicken. - U.S. Forest Service General Technical Report RM-77, Fort Collins, CO, USA, 15 pp.

Toepfer, J.E. 1988: Ecology of the greater prairie-chicken as related to reintroduction. - PhD thesis, Montana State University, Bozeman, MT, USA, 536 pp.

Toepfer, J.E. & Septon, G. 2003: Prairie chickens and grasslands: 2000 and beyond. - Society of Tympanuchus Cupido Pinnatus, Ltd., Elm Grove, WI, USA, 69 pp.

Vehrencamp, S.L., Bradbury, J.W. & Gibson, R.M. 1989: The energetic cost of display in male sage grouse. - Animal Behaviour 38: 885-896.

Way, J.G., Ortega, I.M. & Auger, P.J. 2002: Eastern coyote home range, territoriality, and sociality on urbanized Cape Cod. - Northeast Wildlife 57: 1-18.

Windberg, L.A. & Mitchell, C.D. 1990: Winter diets of coyotes in relation to prey abundance in southern Texas. - Journal of Mammalogy 71: 439-447.

Wolfe, D.H. 1993: Sora impaled on barbed wire fence. - Bulletin of the Oklahoma Ornithological Society 26: 28-29.

BLM_0075570



OCS Report
BOEM 2016-065

# OCS Oil and Natural Gas: Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

**November 2016**

U.S. Department of the Interior
Bureau of Ocean Energy Management
Sterling, VA

BLM_0075571

Suggested citation:

Wolvovsky, E. and Anderson, W. 2016.  OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon.  BOEM OCS Report 2016-065.  44 pp.

BLM_0075572

**Foreword**

This report evaluates greenhouse gas (GHG) emissions from oil and gas produced on the Outer Continental Shelf (OCS) of the United States. The Bureau of Ocean Energy Management (BOEM) believes this is the most comprehensive analysis conducted to date by a Federal resource management agency of the GHG emissions associated with the activities it authorizes. This report includes a methodology for analyzing the *full* lifecycle of activities resulting in the release of emissions, beginning with oil and gas exploration and production and ending with consumer use. BOEM intends to continue such public, full lifecycle reporting of GHG emissions in the future, with improvements garnered from feedback on this report and from other information.

The report concludes that America's GHG emissions will be little affected by leasing decisions under BOEM's 2017–2022 OCS Oil and Gas Leasing Program ("2017–2022 Program") and could, in fact, increase slightly in the absence of new OCS leasing. However, given analytical constraints, BOEM assumed that, for purposes of this analysis and the analysis that forms the basis of the 2017-2022 Program, foreign sources of oil will substitute for reduced OCS supply, and the production and transport of that foreign oil would emit more GHGs.

In addition to not fully capturing global market and GHG implications, BOEM recognizes that there is another, broader perspective than what is provided in this report. The Paris Agreement, to which the U.S. is a party, commits its parties to holding the increase in global average temperature to "well below 2° C above pre-industrial levels." The Intergovernmental Panel on Climate Change and other agencies and academics have evaluated what that commitment means for GHG emissions. In short, there is consensus that future global GHG emissions must be kept to about 1 trillion metric tons if global average temperature is to stay under the 2° C Paris Agreement commitment.

Each metric ton of GHG emissions associated with OCS oil and gas activities, or any other source, is a draw on Earth's 1 trillion metric ton emissions budget. Using externally developed estimates of global and U.S. carbon budgets, BOEM estimates that full lifecycle GHG emissions from past OCS oil and gas leasing and the 2017-2022 Program could represent as much as one-half percent of the remaining global carbon budget and potentially could represent up to 9 percent of the remaining carbon budget for the United States. While uncertainty obviously remains in estimating such numbers, it is helpful to provide a sense of scale with regard to the impact of OCS oil and gas development.

These two perspectives yield a wide range of potential GHG emissions that could result from oil and gas produced on the OCS. We welcome input on the approach used in this report in order to improve our analysis going forward.

BOEM is deeply invested in carrying out its statutory mission, balancing the development of domestic energy resources with the protection of our environment, informing decisions about America's energy future, and supporting deployment of alternatives to fossil fuels. In an effort to bring more transparency and awareness around the impacts of our decisions, BOEM offers this report for its methodology, information, and acknowledgement.

Abigail Ross Hopper
Director

William Yancey Brown
Chief Environmental Officer

BLM_0075573

*This page intentionally left blank*

BLM_0075574

# Abstract

Anthropogenic emissions of greenhouse gases (GHGs) are the main contributor to climate change. Therefore, the Bureau of Ocean Energy Management (BOEM) analyzes potential GHG emissions when considering the potential environmental impacts of Outer Continental Shelf (OCS) oil and gas exploration and development.  As a part of its environmental analyses, BOEM has historically estimated the direct GHG emissions resulting from oil and gas operations on the OCS.  With this report, BOEM has developed a new analytical approach to estimate the combined upstream and downstream GHG emissions for OCS oil and gas resources, also known as lifecycle emissions.  To better inform the public, this report discloses GHG emissions and the social cost of those emissions from the production, processing, storage, transportation, and ultimate consumption of OCS oil and gas resources that could be produced.

The analytical approach relies on historical consumption patterns, emissions factors, and economic and production estimates.  The approach examines emissions from oil and gas produced on the OCS and eventually consumed under past, present, and future BOEM oil and gas leasing programs, as well as under No Action Alternative scenarios in which no new OCS leasing takes place and other domestic and international sources of energy are substituted.  Three sets of GHG emissions estimates are considered: (1) emissions associated with the 2017–2022 OCS Oil and Gas Leasing Program ("2017-2022 Program"); (2) emissions from leasing under the 2012–2017 Program, to support the two remaining lease sales in the Program; and (3) emissions associated with development of oil and gas resources under leases prior to the start of the 2017–2022 Program.  These three sets of emissions are estimated for different oil and gas price cases.  The emissions estimates are subject to a number of assumptions as outlined in this report.

The social cost of carbon (SC-$CO_2$), an estimate of the monetized damages associated with an incremental increase in carbon emissions, is then applied to the estimated GHG emissions.  The SC-$CO_2$ results are presented over a range of discount rates and displayed in 2017 dollars.  A discussion of the uncertainty underlying these SC-$CO_2$ estimates is provided.

Key findings from this study include the following:

- Most lifecycle GHG emissions are the result of the consumption of oil and gas products.
- The price of oil and gas and volume of production has a large effect on the amount of oil and gas lifecycle GHG emissions.
- The magnitude of emissions and their related social costs are comparable for the 2017-2022 Program and the 2017–2022 Program's No Action Alternative.
- The production of oil and gas from other global sources can be more carbon-intense relative to oil and gas produced on the OCS.
- Absent policy changes or technological advancements, OCS emissions could consume a measurable increment of the remaining worldwide and domestic GHG emissions budget.

BLM_0075575

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

*This page intentionally left blank*

BLM_0075576

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

# Table of Contents

1.   Introduction ........................................................................................................................1

2.   Overview of Climate Change .............................................................................................2

3.   United States' Greenhouse Gas Emissions ........................................................................3

4.   Greenhouse Gas Emissions Calculations Methodology ....................................................5

   4.1   Emissions from OCS Exploration, Development, Production, and Transport............................. 6

   4.2   Emissions from Onshore Processing, Storage, and Distribution.................................................. 6

   4.3   Emissions from Consumption ..................................................................................................... 7

   4.4   Emissions from Energy Substitutes ........................................................................................... 10

5.   Social Cost of Carbon Calculations Methodology .........................................................12

6.   OCS Oil and Gas Production Estimates..........................................................................14

   6.1   2017–2022 OCS Oil and Gas Leasing Program .......................................................................... 16

   6.2   2012–2017 OCS Oil and Gas Leasing Program .......................................................................... 18

   6.3   OCS Oil and Gas Activities and Production on Leases Issued Before the End of 2017 .............. 19

7.   Key Assumptions .............................................................................................................20

8.   Results .............................................................................................................................23

   8.1   Emissions and Social Cost of Carbon from the  2017–2022 Program......................................... 24

      8.1.1   Emissions from the 2017–2022 Program............................................................................ 24

      8.1.2   Social Cost of Carbon from the 2017–2022 Program ........................................................ 27

   8.2   Emissions from the 2012–2017 Program.................................................................................... 32

   8.3   Emissions from Leases Issued before the end of 2017 ................................................................ 32

   8.4   OCS Emissions Compared to the Global and  Domestic Carbon Budgets................................... 34

9.   Conclusion ......................................................................................................................36

10.   References........................................................................................................................37

Appendix A – Additional Greenhouse Gas Emissions Tables ................................................41

Appendix B – Unit Conversions.............................................................................................43

BLM_0075577

## List of Tables

Table 3-1.  Historical U.S. Emissions and Emissions Commitments.................................................................5

Table 4-1.  U.S. 2015 Oil Consumption .........................................................................................................8

Table 4-2.  Petroleum Emissions Factors for Greenhouse Gas Inventories in kg/gallons ...........................9

Table 4-3.  Natural Gas Emissions Factors for Greenhouse Gas Inventories in kg/scf ..............................10

Table 4-4.  Coal Emissions Factors for Greenhouse Gas Inventories in kilograms/million British Thermal Units ..........................................................................................................................................11

Table 4-5.  Global Warming Potential in Metric Tons.................................................................................12

Table 5-1.  Social Cost of $CO_2$, 2010 – 2050 in 2007 Dollars per Metric Ton of $CO_2$....................................13

Table 6-1.  Emissions Cases Analyzed ........................................................................................................15

Table 6-2.  Oil and Natural Gas Production Estimates for 2017–2022 Program ........................................17

Table 6-3.  Energy Substitutes assuming no 2017–2022 Program ............................................................18

Table 6-4.  Production Estimates for the 2012–2017 Program ..................................................................19

Table 6-5.  Production Estimates for OCS Leases Issued through the 2012–2017 Program ......................19

Table 8-1.  Estimated Emissions from the 2017–2022 Program and the No Action Alternative in Thousands of Metric Tons of $CO_2$e ........................................................................................24

Table 8-2.  Estimated Emissions from the 2017–2022 Proposed Program and the No Action Alternative in Thousands of Metric Tons of $CO_2$e ........................................................................................26

Table 8-3.  Estimated Emissions from the 2017–2022 Proposed Final Program in Thousands of Metric Tons of $CO_2$e ...........................................................................................................................27

Table 8-4.  SC-$CO_2$ Results for the Low-Price Scenario in Dollars ............................................................29

Table 8-5.  SC-$CO_2$ Results for the Mid-Price Scenario in Dollars.............................................................30

Table 8-6.  SC-$CO_2$ Results for the High-Price Scenario in Dollars.............................................................31

Table 8-7.  Estimated Emissions from the Current 2012–2017 Program in Thousands of Metric Tons of $CO_2$e ........................................................................................................................................32

Table 8-8.  Estimated Emissions from OCS Leases Potentially Issued before December 2017 for the Oil and Gas Not Yet Produced in Thousands of Metric Tons of $CO_2$e ...........................................32

Table 8-9.  Estimated Emissions from all Leases Issued before the End of 2017 in  Thousands of Metric Tons of $CO_2$e.............................................................................................................................34

Table 8-10.  Emissions from the 2017–2022 Proposed Final Program and Active Leases Issued Before the End of 2017 Compared to Various Carbon Budget Analyses....................................................35

Table A-1.  Estimated Emissions from Leases Issued before December 2017 for the Oil and Gas Not Yet Produced, in Thousands of Metric Tons Rounded to the Nearest 10,000 ...............................41

Table A-2.  Estimated Emissions from the Current 2012–2017 Program in Thousands of Metric Tons Based on the Original Projections Rounded to the Nearest 10,000.........................................41

BLM_0075578

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

Table A-3.  Estimated Emissions from the Current 2012–2017 Program in Thousands of Metric Tons based on Revised Projections Rounded to the Nearest 10,000 ................................................ 41

Table A-4.  Estimated Emissions from the 2017–2022 Proposed Program in Thousands of Metric Tons Rounded to the Nearest 10,000 ................................................................................................... 42

Table A-5.  Estimated Emissions from the 2017–2022 Proposed Final Program, or Preferred Alternative in the Final Programmatic EIS, in Thousands of Metric Tons Rounded to the Nearest 10,000.... 42

Table A-6.  Estimated Emissions from the 2017–2022 No Action Alternative in Thousands of Metric Tons Rounded to the Nearest 10,000 ................................................................................................... 42

# List of Figures

Figure 1.  U.S. Total GHG Emissions from 1990 – 2014 (EPA 2016a) ............................................................ 4

Figure 2.  2014 Greenhouse Gas Emissions by Fuel Type and Sector (EPA 2016a) ...................................... 4

Figure 3.  Historical U.S. Average Consumption per day of Petroleum Products by Year (1950 – 2015) in Thousands of Barrels (EIA 2016b) ............................................................................................... 21

Figure 4.  Estimated GHG emissions for the 2017–2022 Proposed Program (*left*) and No Action Alternative (*right*) where oil and gas is recovered from other sources, including substitution of other sources of energy such as coal.  Emissions are distributed over time in thousands of metric tons of $CO_2$e. .................................................................................................................. 25

Figure 5.  Estimated $CO_2$e Emissions by Source for the 2017–2022 Proposed Program (*left*) and the No Action Alternative (*right*), as a Percent of Total.  The Offshore Production category includes operations occuring on the OCS, which produce oil and gas.  The Oil, Gas, and Coal Consumption categories only include emissions from the final consumption of the resource.  These ratios represent the Proposed Program, which includes the Arctic lease sales.  The Proposed Final Program does not include Arctic lease sales. .................................................... 28

Figure 6.  Estimated $CO_2$e Emissions by Source for Leases Issued Before the End of 2017 as a Percent of the Total.  The Offshore Production category includes operations occuring on the OCS, which produce oil and gas.  The Oil and Gas Consumption categories only include emissions from the final consumption of the resource. ........................................................................................... 33

BLM_0075579

*This page intentionally left blank*

BLM_0075580

# Acronyms and Abbreviations

| | |
|---|---|
| AEO | Annual Energy Outlook |
| bbl | barrels of oil |
| bcf | billions of standard cubic feet |
| BEA | Bureau of Economic Analysis |
| boe | barrel of oil equivalent |
| BOEM | Bureau of Ocean Energy Management |
| °C | degrees Celsius |
| $CH_4$ | methane |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalent |
| DICE | Dynamic Integrated Climate Economy (model) |
| E&D | exploration and development |
| EIA | Energy Information Administration |
| EIS | Environmental Impact Statement |
| EPA | Environmental Protection Agency |
| °F | Fahrenheit |
| FUND | Climate Framework for Uncertainty, Negotiation and Distribution |
| GDP | gross domestic product |
| GHG | greenhouse gas |
| GOM | Gulf of Mexico |
| IAM | integrated assessment model |
| INDC | Intended Nationally Determined Contributions |
| IPCC | Intergovernmental Panel on Climate Change |
| IWG | Interagency Working Group on Social Cost of Greenhouse Gases |
| kg | kilograms |
| mcf | thousands of standard cubic feet |
| mmcf | millions of standard cubic feet |
| MMbbl | millions of barrels |
| $N_2O$ | nitrous oxide |
| NEMS | National Energy Modeling System |
| NEPA | National Environmental Policy Act |
| OCS | Outer Continental Shelf |
| OECM | Offshore Environmental Cost Model |
| PAGE | Policy Analysis of the Greenhouse Effect |
| $SC-CO_2$ | social cost of carbon |
| scf | standard cubic feet |
| U.S. | United States of America |
| UERR | undiscovered economically recoverable oil and gas resources |
| UN | United Nations |
| UNFCCC | United Nations Framework Convention on Climate Change |
| USGCRP | United States Global Change Research Program |

BLM_0075581

Case No. 1:20-cv-02484-MSK   Document 52-9   filed 04/28/21   USDC Colorado   pg 175 of 199

*This page intentionally left blank*

BLM_0075582

# 1.    Introduction

The impact of greenhouse gas (GHG) emissions on the planet has been well documented (IPCC 2014, USGCRP 2014), and increasingly, governments at all levels are seeking to better understand how their decisions contribute to these emissions.  The Bureau of Ocean Energy Management (BOEM) currently analyzes air pollutant emissions, including GHGs, every three years from the majority of oil and gas exploration, development, and production activities on the Outer Continental Shelf (OCS) through its Gulfwide Emissions Inventory (BOEM 2014).  Future emissions from OCS oil and gas activities have also been estimated in the bureau's National Environmental Policy Act (NEPA) documents.  However, the Gulfwide inventory and NEPA documents do not consider GHG emissions from the subsequent onshore processing, storage, distribution, and consumption of produced oil and gas resources.

The goal of this report is to examine the lifecycle GHG emissions associated with OCS oil and gas development activities both pre- and post-production, as well as the potential costs to society from these emissions.  As part of this effort, BOEM will:  (1) define a methodology for estimating the range of potential future emissions that could result from OCS oil and gas development; (2) estimate and disclose the contribution of future emissions from OCS lands already leased; (3) project a range of emissions that could ultimately result from development associated with both the current (2012–2017) and proposed (2017–2022) OCS Oil and Gas Leasing Programs; and (4) evaluate the social cost of carbon (SC-$CO_2$) of the 2017-2022 Program.  The social cost of these emissions is an estimate of the monetized damages associated with the incremental increase in carbon emissions.

BOEM estimates the range of GHG emissions that are likely to be released during the lifecycle of oil and gas resources originating on the OCS.  This includes all operations on the OCS associated with oil and gas leases (exploration, development, and production), onshore processing (refining and storage), delivery of these products to the final consumer, and the consumption of the oil and gas products.  For context, BOEM compares these projected emissions to future annual emissions targets agreed to by the U.S. under the recent Paris Agreement, as well as a separately established U.S. emissions goal.  Finally, BOEM calculates the anticipated social cost of these emissions by applying widely accepted criteria developed by the Federal government (IWG 2016).

With this report, BOEM is taking an important step toward a more complete disclosure to the public of the contribution of BOEM-permitted OCS oil and gas exploration, development, and production activities to national GHG emissions.  This effort has been informed by the Council on Environmental Quality's recently issued *Final Guidance for Federal Departments and Agencies on Consideration of Greenhouse Gas Emissions and the Effects of Climate Change in National Environmental Policy Act Reviews* (Goldfuss 2016).  The results of this report will allow BOEM to efficiently fulfill its responsibility to disclose the environmental implications of bureau actions in both planning efforts and NEPA documents.

BOEM estimates GHG emissions, expected to be released starting in 2017, with three different leasing activity subsets:  leases to be issued under the 2017–2022 Program, leases that have or will be issued under the 2012–2017 Program, and OCS leases issued before the end of 2017 for all current and

BLM_0075583

previous programs.  This approach provides a context to consider the potential domestic and global contribution of OCS oil and gas program GHG emissions, with some insights as to how individual programs contribute to overall GHG emissions.

The results reflect a range of potential outcomes due to uncertainties inherent in energy markets. Among the more noteworthy factors are uncertainties regarding the amount of oil and gas resource potential offshore, uncertainty in future oil and gas price cases and anticipated production, and uncertainty about the future regulatory framework for GHGs that could reduce consumer demand for or supply of OCS oil and gas resources.  Nonetheless, the report provides a broad picture of the consequences of OCS oil and gas exploration, development, and production activities.

This report will be revised as new information becomes available.  At a minimum, BOEM expects to provide an update to this report within one year and for each subsequent Five-Year Program.

## 2.    Overview of Climate Change

Climate change is broadly defined as the net global increase in temperature and related chemical and physical changes resulting from the release of certain pollutants associated with anthropogenic activities (IPCC 2014).  Chief among the drivers of climate change are increasing atmospheric concentrations of carbon dioxide ($CO_2$) and other GHGs such as methane ($CH_4$, also known as natural gas), nitrous oxide ($N_2O$) and several fluorocarbons.  Frequently, these emissions are converted into a single number, carbon dioxide equivalent ($CO_2e$), to reflect the different capacity of these gases to trap heat, as well as their differing atmospheric lifecycles (EPA 2016b).  GHG molecules increase positive radiative forcing to alter temperature, humidity, wind, and precipitation patterns globally.  The most recent U.S. National Climate Assessment highlights the history of that warming within the U.S., indicating that:

> U.S. average temperature has increased by 1.3°F to 1.9°F since 1895, and most of this increase has occurred since 1970.  The most recent decade was the nation's and the world's hottest on record, and 2012 was the hottest year on record in the continental United States.  All U.S. regions have experienced warming in recent decades, but the extent of warming has not been uniform.  In general, temperatures are rising more quickly in the north.  Alaskans have experienced some of the largest increases in temperature between 1970 and the present.  People living in the Southeast have experienced some of the smallest temperature increases over this period (USGCRP 2014).

This warming is expected to result in rising sea levels, shrinking glacial coverage, loss of permafrost, and increasing extreme weather such as severe droughts, flooding, and stronger tropical cyclones (IPCC 2014).  Other effects of GHGs include increasing oceanic concentrations of $CO_2$, leading to the acidification of the world's oceans and damage to environmental and cultural resources.  Changes in climate regimes are also altering the range over which plants and animals live, by expanding some habitats while shrinking others, and possibly driving some species to extinction.  In some regions, human beings are expected to also become displaced, retreating from the coastlines as seas inundate dry land,

BLM_0075584

and moving away from areas with increasingly hostile climate regimes.  Some of these changes, such as the loss of permafrost, release additional GHGs, which accelerate or compound the harms associated with climate change.  The U.S. National Climate Assessment describes this future warming as follows:

> The amount of warming projected beyond the next few decades is directly linked to the cumulative global emissions of heat-trapping gases and particles.  By the end of this century, a roughly 3°F to 5°F rise is projected under a lower emissions scenario, which would require substantial reductions in emissions, and a 5°F to 10°F rise for a higher emissions scenario assuming continued increases in emissions, predominantly from fossil fuel combustion (USGCRP 2014).

The assessment goes on to describe the effects of this warming across the U.S.  Increasing annual rainfall, particularly in the northeast, the Great Lakes, and the southeast, has the potential to cause more frequent flooding.  This is in contrast to declining precipitation across Hawaii, which already has scarce freshwater resources.  Droughts, oscillating with flooding events, are expected to become more common across the southwest.  Melting permafrost in Alaska has the potential to damage or destroy parts of the state's infrastructure.

The world's oceans are also transforming (IPCC 2014, USGCRP 2014).  Thus far the ocean has absorbed 90 percent of the heat associated with climate change.  As the water absorbs heat, it expands and compounds sea level rise already occurring as a result of melting glaciers and ice caps.  This threatens the nation's coasts, but also threatens low-lying areas farther inland, such as the lower Mississippi River basin.  The impacts of shifting precipitation, temperatures, and coastlines will substantially impact the nation's agriculture, water resources, human health, energy, transportation, forests, ecosystems, and public and private infrastructure.  All of these changes will have an impact on the American economy.  Adaptation to these changes will be more difficult for those who have fewer resources, such as poor and minority communities.

# 3.    United States' Greenhouse Gas Emissions

U.S. GHG emissions rose steadily from the industrial revolution through the end of the twentieth century.  More recently, U.S. GHG emissions have leveled off, and compared to 2008, emissions have declined (see Figure 1).  Substantial additional emissions reductions are needed around the world to avoid the worst impacts of climate change.  This is reflected in recent U.S. commitments to reduce emissions under international agreements, as well as the longer-term U.S. goals articulated by the Obama Administration.

BLM_0075585

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon



**Figure 1.  U.S. Total GHG Emissions from 1990 – 2014 (EPA 2016a)**

U.S. emissions largely come from the consumption of fossil fuels including oil, natural gas, and coal. These fuels are consumed in different proportions across different economic sectors.  The two largest generators of GHGs are electricity generation and transportation, both of which are needed to support the other sectors.  GHG emissions from the transportation sector almost entirely originate from petroleum products, with coal and natural gas being the primary sources of GHGs in electricity generation.  Oil and gas consumption are also the primary sources of GHGs from residential, commercial, and industrial sectors (see Figure 2).



**Figure 2.  2014 Greenhouse Gas Emissions by Fuel Type and Sector (EPA 2016a)**

On April 22, 2016 (UNFCCC 2016), the United States joined the Paris Agreement, a United Nations' brokered agreement to keep the net global temperature increase to within 2°C (3.6°F) of the pre industrial level, and preferably within 1.5°C (2.7°F).  A recently published study asserts that to keep the planet from warming beyond 2°C (3.6°F), global emissions of GHGs between 2011 and 2050 must be kept below 1,100 million metric tons $CO_2e$ (McGlade & Ekins 2015).  It should be noted that the 2°C

BLM_0075586

warming threshold would likely result in drastic changes to the world's climate system (Hansen 2016, IPCC 2014, USGCRP 2014).

The Paris Agreement requires countries to set goals to help stabilize GHG concentrations in the atmosphere at a level that would limit anthropogenic interference with the climate system.  The goals are referred to as Intended Nationally Determined Contributions (INDC) (UNFCCC 2016).  The United States has set its INDCs using a base year of 2005.  In 2005, the United States emitted net emissions of 6,680,300,000 metric tons of $CO_2$e (EPA 2016a).  By 2020, the U.S. intends to reduce its net GHG emissions to 17 percent below 2005 levels.  By 2025, the U.S. proposes to have GHG emissions between 26 and 28 percent below 2005 levels.  Independent of the Paris Agreement, the U.S. has set a goal to reduce net GHG emissions by 80 percent from 2005 levels by 2050 (White House 2015).  As of 2014, U.S. net GHG emissions had declined 9 percent from 2005 levels (EPA 2015).  See Table 3-1 for more information on emission reduction goals.

Table 3-1.  Historical U.S. Emissions and Emissions Commitments

| Year | Net $CO_2$e Emissions (metric tons) | Reduction from Base Year (%) |
|---|---|---|
| 2005 | 6,680,300,000 | – |
| 2014 | 6,108,000,000 | 9 |
| 2020* | 5,544,649,000 | 17 |
| 2025* | 4,943,422,000 – 4,809,816,000 | 26 – 28 |
| 2050^ | 1,366,060,000 | 80 |

Notes:
* = U.S. emissions commitments under the Paris Agreement
^ = U.S. emissions commitment by the Obama Administration

To achieve these goals, the U.S. assumes a reduction in fossil fuel consumption, changes in agricultural practices and other activities that would mitigate the amount of GHG emissions released.  The U.S. also assumes an increase in GHG sinks, which remove GHGs from the atmosphere, using practices like reforestation.

# 4.    Greenhouse Gas Emissions Calculations Methodology

The following analysis includes emissions from the three largest GHGs:  $CO_2$, $CH_4$, and $N_2O$.  Fluorocarbons are used in very small quantities in refrigeration and in circuit breakers offshore, but are not deliberately released.  This makes quantifying them very difficult, but their contribution relative to $CO_2$, $CH_4$, and $N_2O$ emissions is very small; moreover, calculating fluorocarbon emissions would suggest the results have a greater degree of accuracy than is currently possible with available data.  Additionally, the analysis has been spatially bounded to include emissions from U.S. consumption of OCS oil and gas, along with the substitution of sources for that energy under the No Action Alternative scenario where there is no 2017-2022 Program.  The reasoning behind this is the insufficient data available for the kind and proportion of oil products used and a lack of information on overseas energy substitutions.  The model estimates the emissions resulting from exploration, development, production, transportation to shore, onshore processing, delivery, and consumption of oil and gas products from the OCS, or their substitutes.  This includes all OCS operations, as well as onshore refining, processing, storage, distribution, and consumption.  It excludes emissions from secondary changes regarding OCS operations,

BLM_0075587

such as BOEM's and oil and gas companies' office spaces, changes in vehicle fuel efficiency in response to changing market conditions, and others.

The following three subsections detail the approach for estimating GHG emissions.  The first subsection addresses emissions released from offshore operations.  The second subsection describes scaling emissions released as part of onshore processing and distribution, based on historic emission rates. Lastly, emissions resulting from consumption of petroleum and gas products are calculated using emissions factors and historic consumption patterns.

## 4.1   EMISSIONS FROM OCS EXPLORATION, DEVELOPMENT, PRODUCTION, AND TRANSPORT

BOEM uses the Offshore Environmental Cost Model (OECM) to calculate the environmental and social costs and GHG emissions associated with oil and gas activity occurring on the OCS (BOEM 2015a, 2015b).  OECM provides estimates for the monetized impact of typical activities associated with OCS production, including potential oil spills (other than catastrophic oil spills) occurring on the OCS.  OECM uses economic inputs, resource estimates, and expected exploration and development scenarios with expected numbers of wells and associated production as the basis for its calculations.  GHG emissions from OCS operations are estimated as follows, and a single total emissions number is reported for each of the three major GHGs:

Equation 1:

$$PE_{offshore} = \sum PE_{equipment}$$

$PE_{offshore}$ is the total emissions from offshore production in metric tons
$PE_{equipment}$ are the incremental emissions from using each piece of equipment such as drilling wells, constructing platforms, delivering supplies, and transporting resources to shore.

## 4.2   EMISSIONS FROM ONSHORE PROCESSING, STORAGE, AND DISTRIBUTION

Once onshore, oil is generally refined into petroleum products for specific uses, such as jet fuel, kerosene, and motor gasoline.  A ratio of expected OCS production of crude inputs to refineries is used to scale refinery emissions.  Crude oil input data from 2014 (EIA 2016d) are used in coordination with 2014 GHG emissions from refineries (EPA 2016a).  The same approach is used for natural gas storage and transmission; a ratio of OCS production and national gas consumption in 2014 (EIA 2016a) is used to scale the U.S. Environmental Protection Agency's (EPA) (2016a) inventory of natural gas systems emissions.  It is assumed emissions from these activities are in proportion to the amount of oil and gas that make their way through these processes.

BLM_0075588

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

Equation 2.

$$PE_{onshore} = R_{oil}\frac{Oil_{OCS}}{Oil_{Total}} + SD_{ng}\frac{NG_{OCS}}{NG_{Total}}$$

$PE_{onshore}$ is total emissions from onshore processing in metric tons

$R_{oil}$ is total emissions from all oil refining onshore in metric tons (EPA 2016a)

$SD_{ng}$ is total emissions from storage and distribution of natural gas in metric tons (EPA 2016a)

$Oil_{OCS}$ and $Oil_{Total}$ are oil expected to be produced on the OCS, and total U.S. oil refinery inputs in 2014 (EIA 2016d), respectively in barrels (bbl)

$NG_{OCS}$ and $NG_{Total}$ are natural gas expected to be produced on the OCS, and total U.S. natural gas consumption from 2014 (EIA 2016a), respectively in millions of standard cubic feet (mmcf)

This equation is repeated for each of the GHGs being analyzed ($CO_2$, $CH_4$, and $N_2O$).  $R_{oil}$ and $SD_{ng}$ are summed from EPA's (2016a) most recent inventory.  $R_{oil}$ includes emissions data from the following:

- Table 3-37 (Refining)
- Table 3-39 (Crude Refining)

$SD_{ng}$ includes emissions data (EPA 2016a) from the following:

- Table 3-47 (Processing, Transmission and Storage, Distribution)
- Table 3-50 (Processing, Transmission and Storage, Distribution)

After being refined, oil is primarily transported using oil products as an energy source (EPA 2008).  To avoid double counting, motor and other oils estimated in Section 4.3, are assumed to be consumed in proportion to the transportation of OCS oil.  For more information on this assumption, see Section 7.

## 4.3   EMISSIONS FROM CONSUMPTION

All oil and gas is assumed to be consumed in U.S. markets (for details on this assumption see Section 7).  To determine the types of petroleum products Americans consume and in what proportion, EIA's (2016b) national 2015 consumption reports are used.  A ratio is generated by dividing the national consumption of each petroleum product by overall oil consumption.

BLM_0075589

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

**Equation 3.**

$$C_i = \frac{Oil_i}{Oil_{Total}}$$

Where $C_i$ is the consumption factor for end use of a petroleum product
$Oil_i$ is the national consumption for a petroleum product in bbls
(EIA 2016b)
$Oil_{Total}$ is total oil products consumed nationally in bbls (EIA 2016b)

This calculation is repeated for each petroleum product quantified by EIA and is used to generate Table 4-1 below.

**Table 4-1.  U.S. 2015 Oil Consumption**

| Petroleum Product | 2015 Consumption (1000s of Gallons) | 2015 Consumption (% of Total) |
|---|---|---|
| Asphalt and Road Oil | 5,258,180 | 1.77 |
| Aviation Gasoline | 175,018 | 0.06 |
| Distillate Fuel Oil | 60,999,348 | 20.52 |
| Jet Fuel (Kerosene Type) | 23,574,985 | 7.93 |
| Kerosene | 110,097 | 0.03 |
| Propane | 17,223,255 | 5.79 |
| Other Liquid Petroleum Gases | 19,205,935 | 6.46 |
| Lubricants | 2,069,550 | 0.70 |
| Motor Gasoline | 3,342,396 | 47.22 |
| Petroleum Coke | 127,811 | 1.81 |
| Residual Fuel Oil #6 | 94,444 | 1.33 |
| Other Oil | 452,022 | 6.39 |

Source:  EIA 2016b
Note:  Forty-two gallons is equal to 1 barrel of oil

When oil is refined, the volume of product increases as a result of the addition of other ingredients used to make each petroleum product.  This volume increase is called the production gain.  Currently, EIA estimates production gain to be 6.7 percent across all petroleum products (EIA 2015).

By allocating expected OCS production proportionately, based on the petroleum products and incorporating oil production gain, BOEM can apply EPA's recommended emissions factors for GHG inventories (see Table 4-2).  These categories of petroleum products do not match up perfectly between EIA and EPA.  In two cases, distillate and residual fuel oils, there are multiple EPA emissions factors for a single EIA product category.  In these instances, the amount of oil is evenly split among the possible emissions factors.  This is a reasonable approximation since the fuel types are used enough in the U.S. for EPA to have researched and developed emissions factors for each.  This does not have a major effect on the overall analysis since the emissions factors for the different distillate and residual fuel oil categories are very similar.

BLM_0075590

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

**Table 4-2.  Petroleum Emissions Factors for Greenhouse Gas Inventories in kg/gallons**

| Petroleum Product | $CO_2$ | $CH_4$ | $N_2O$ |
|---|---|---|---|
| Asphalt and Road Oil | 11.91 | 0.00047 | 0.00009 |
| Aviation Gasoline | 8.31 | 0.00036 | 0.00007 |
| Distillate Fuel Oil #1 | 10.18 | 0.00042 | 0.00008 |
| Distillate Fuel Oil #2 | 10.21 | 0.00041 | 0.00008 |
| Distillate Fuel Oil #4 | 10.96 | 0.00044 | 0.00009 |
| Jet Fuel (Kerosene Type) | 9.75 | 0.00041 | 0.00008 |
| Kerosene | 10.15 | 0.00041 | 0.00008 |
| Propane | 5.72 | 0.00027 | 0.00005 |
| Other Liquid Petroleum Gases | 5.86 | 0.00028 | 0.00006 |
| Lubricants | 10.69 | 0.00043 | 0.00009 |
| Motor Gasoline | 8.78 | 0.00038 | 0.00008 |
| Petroleum Coke | 14.64 | 0.00043 | 0.00009 |
| Residual Fuel Oil #5 | 10.21 | 0.00042 | 0.00008 |
| Residual Fuel Oil #6 | 11.27 | 0.00045 | 0.00009 |
| Other Oil (> 401°F) | 10.59 | 0.00042 | 0.00008 |

Source:  EPA 2015

Some oil and natural gas are used as an ingredient for non-combustible products such as fertilizer and petrochemicals; this portion is removed from the consumption calculations since these products are not combusted and their use does not result in GHG emissions.  EIA reports that 1.6 percent of all natural gas and 1.2 percent of all oil is never combusted (EIA 2012).  Thus, the estimation for emissions from consumption of OCS oil is a summation of the emissions from each distinct petroleum product, as shown in Equation 4 below:

**Equation 4.**

$$CE_{oil} = PG * CP_{oil}(1 - NC_{oil})$$
$$* \sum_{i=1}^{i=n} [C_i * EF_i] * 1,000$$

$CE_{oil}$ is total emissions from oil consumption in metric tons

PG is the percent processing gain

$CP_{oil}$ is OCS oil produced in gallons

$NC_{oil}$ is the proportion of oil which is not combusted

$C_i$ is the consumption factor for end use of a petroleum product (ratio, see Equation 3)

$EF_i$ is the emission factor for each petroleum product in kilograms (kg) per gallon.

$i$ refers to each of the petroleum products listed in Table 4-2.

1,000 converts kg to metric tons

BLM_0075591

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

Since natural gas is not refined into other combustible products, there is no processing gain; moreover, there is only a single product to assess even though natural gas is used in different markets.  EPA (2015) provides a single set of emissions factors for natural gas (see Table 4-3), making the estimation straight forward, as follows:

**Equation 5.**

$$CE_{ng} = CP_{ng}(1 - NC_{ng}) * EF_i * 1,000$$

$CE_{ng}$ is total emissions from natural gas consumption in metric tons,
$CP_{ng}$ is natural gas produced and consumed in mmcf,
$NC_{ng}$ is the proportion of natural gas that is not combusted in mmcf, and
$EF_i$ is the emission factor for natural gas in kg per mmcf
1,000 converts kg to metric tons

**Table 2-3.  Natural Gas Emissions Factors for Greenhouse Gas Inventories in kg/scf**

| Petroleum Product | CO$_2$ | CH$_4$ | N$_2$O |
|---|---|---|---|
| Natural Gas | 0.05444 | 0.00103 | 0.00010 |

Source:  EPA 2015

Finally, total emissions, in metric tons, can be summed as $E_{total}$:

**Equation 6.**

$$E_{total} = PE_{offshore} + PE_{onshore} + CE_{oil} + CE_{ng}$$

## 4.4    EMISSIONS FROM ENERGY SUBSTITUTES

To evaluate the difference between new OCS oil and gas leasing during the 2017–2022 Program and a No Action Alternative (i.e., no new leases in the 2017–2022 Program), BOEM uses information from EIA to estimate energy sources that would be used in absence of the 2017–2022 Program to meet energy demand.  The determination of energy substitutes adopts EIA's assumptions that account for current laws, not potential future policies that could reduce emissions.  BOEM estimates the GHG emissions that would otherwise be emitted from the other sources of energy Americans could use in place of OCS oil and gas from new leasing.  Energy substitution includes meeting energy needs from other sources of oil and natural gas such as production from state submerged lands, onshore domestic production, and international imports.  Coal, biofuels, and nuclear and renewable energy sources are substituted for OCS oil and gas in lesser amounts.  In addition, it is assumed that there would be some conservation measures, including reduced demand and consumption of all energy sources due to higher oil and gas prices in the absence of new OCS resource availability.  To determine the amount of GHG emissions for substituted energy sources, BOEM estimates the lifecycle emissions of the oil, gas, and other sources of energy used to replace OCS oil and gas.

BLM_0075592

Changes in energy consumption patterns are estimated using BOEM's energy market simulation model, MarketSim (Industrial Economics, Inc. 2015).  MarketSim is the same model used to evaluate substitutions in the 2017–2022 Program economic analysis.  This model simulates end-use domestic consumption of oil, natural gas, coal, and electricity in four sectors (residential, commercial, industrial, and transportation); primary energy production; and the transformation of primary energy into electricity.  MarketSim mostly represents U.S. energy markets, but also captures interaction with world energy markets as appropriate.  The model takes current measures of energy production, consumption, and prices assuming no new OCS leasing as a baseline to which a given scenario of OCS production is added.  Accounting for substitution between different sources of energy, the model calculates equilibrating prices for oil, natural gas, coal, and electricity based upon the expected increase in OCS production of oil and gas.

For purposes of these GHG calculations, BOEM assumes nuclear, biofuels, solar, and wind sources have negligible GHG emissions at final consumption either because the emissions are small by unit, or because the amount of substituted emissions are less than one percent (BOEM 2015a, 2015b, and 2016).  These negligible emissions are not analyzed in this report with one exception.  Although coal is expected to substitute for a very small portion of OCS oil and gas (less than one percent in the 2017–2022 Program), its higher rate of GHG emissions per unit of energy makes it worth evaluating.  Coal is expected to substitute for natural gas in electrical power generation.  BOEM uses EPA's (2015) emissions factors (see Table 4-4) combined with the substitution rate estimated by MarketSim to calculate emissions from coal (see Equation 7).

**Table 4-4.  Coal Emissions Factors for Greenhouse Gas Inventories in kilograms/million British Thermal Units**

| Emissions Source | $CO_2$ | $CH_4$ | $N_2O$ |
|---|---|---|---|
| Mixed (Electric Power Sector) | 95.52 | 11 | 1.6 |

Source:  EPA 2015

**Equation 7.**

$$C_{cons} = O_{coal} * EF_{coal} * 1000$$

$C_{cons}$ is the emissions from the consumption of substituted coal in metric tons
$O_{coal}$ is the amount of coal replacing OCS products in British thermal units
$EF_{coal}$ is the emissions factor for Mixed Coal (Electric Power Sector) in metric tons per British thermal unit (EPA 2015)
1000 converts kg to metric tons

The overall emissions as a result of substitution are totaled using emissions from exploration, development, production (including tankering), processing, storage and distribution, and consumption of the substituted resources.  OECM, the model used to calculate offshore emissions (see Section 4.1), provides similar emissions values for non-OCS production.  This includes emissions from oil, gas, coal, and other substituted sources of energy.  If the energy, such as oil, is substituted by foreign sources, the GHG emissions released from bringing these products to the U.S. are included.

BLM_0075593

The summation of production and consumption of substituted sources is reflected in the following equation:

**Equation 8.**

$$E_{nd} = O_{prod} + CE_{oil} * S_{oil} + CE_{ng} * S_{ng} + C_{cons}$$

$E_{nd}$ is the total emissions from oil and gas consumption when there is no new drilling on the OCS in metric tons
$O_{prod}$ is the total emissions of all substituting sources in metric tons as estimated in OECM
$CE_{oil}$ and $CE_{ng}$ are total emissions from oil (see Equation 4) and natural gas (see Equation 5); consumption is in metric tons
$S_{oil}$ and $S_{ng}$ are the oil and gas substitution rates, estimated by MarketSim
$C_{cons}$ is the emissions from the consumption of substituted coal in metric tons (see Equation 8)

$O_{prod}$ in Equation 8 originates from OECM, which assumes oil production overseas is more GHG-intensive than production on the OCS.  For example, $CO_2$ emissions occurring on the OCS are approximately 0.007759 metric tons per barrel of oil equivalent (boe) versus overseas production, which OECM estimates at 0.036522 metric tons per boe.  This relationship between OCS and foreign oil production has been corroborated by other studies (Gordon 2015).  To a lesser degree, these higher emissions can also be attributed to OECM assuming two-way trips of tankers bringing oil to the U.S.

To support calculating the SC-$CO_2$, and to provide a direct comparison between the three different pollutants calculated, BOEM uses Global Warming Potential, also known as $CO_2$e.  The purpose behind converting into a $CO_2$e is to provide a direct comparison between emissions with different potential to trap heat and different atmospheric lifespans.  For example, one metric ton of $CH_4$ has a similar impact as 25 metric tons of $CO_2$e.  EPA's (2015) conversion factors are used (see Table 4-5).

**Table 4-5.  Global Warming Potential in Metric Tons**

| Greenhouse Gas | Global Warming Potential ($CO_2$e) |
|---|---|
| $CO_2$ | 1 |
| $CH_4$ | 25 |
| $N_2O$ | 298 |

Source:  EPA 2015

# 5.     Social Cost of Carbon Calculations Methodology

GHG emissions have a cost to the environment and society.  In 2010, the Interagency Working Group (IWG) on Social Cost of Carbon developed the original U.S. Government SC-$CO_2$ estimates.  Through the interagency process, the IWG selected SC-$CO_2$ values for use in regulatory analyses and published their recommendations in February 2010.  The SC-$CO_2$ values are the official Government estimates and represent the best available information for scientific and economic analyses.  The IWG, currently called the Interagency Working Group on Social Cost of Greenhouse Gases, subsequently revised the report in 2013, 2015, and most recently in August 2016 (IWG 2016).

BLM_0075594

The SC-$CO_2$ estimates allow agencies to incorporate the social benefits of reducing $CO_2$ emissions into its decision-making.  The IWG defines the SC-$CO_2$ as the "the monetized damages associated with an incremental increase in carbon emissions in a given year."  Monetized impacts include, but are not limited to, changes in net agricultural productivity and human health, property damages from increased flood risk, and the value of ecosystem services due to climate change.

For each emissions year, the IWG recommends four sets of SC-$CO_2$ values:  three values based on the average SC-$CO_2$ from three integrated assessment models (IAMs)[1], discounted at 2.5, 3, and 5 percent, as well as a fourth value corresponding to the 95th percentile of the frequency distribution of SC-$CO_2$ estimates at the 3 percent discount rate.  Discounting is the process used for determining the present monetary value of future social costs.

As a result of the extensive scientific and economic literature on the potential for lower-probability, higher-impact outcomes from climate change, this fourth value is included to represent results should actual climate change outcomes align with this lower-probability scenario.  Presenting this information is important because such outcomes, even if currently presumed to be unlikely, would be particularly harmful to society if realized.  Therefore, a consideration of the potential impacts is relevant to the public and policymakers.  Table 5-1 summarizes the SC-$CO_2$ estimates on a metric ton of $CO_2$e basis in five-year increments for the years 2010 through 2050.

Table 5-1.  Social Cost of $CO_2$, 2010 – 2050 in 2007 Dollars per Metric Ton of $CO_2$

| Discount Rate Year | 5% Average | 3% Average | 2.5% Average | High Impact (95th Pct at 3%) |
|---|---|---|---|---|
| 2010 | 10 | 31 | 50 | 86 |
| 2015 | 11 | 36 | 56 | 105 |
| 2020 | 12 | 42 | 62 | 123 |
| 2025 | 14 | 46 | 68 | 138 |
| 2030 | 16 | 50 | 73 | 152 |
| 2035 | 18 | 55 | 78 | 168 |
| 2040 | 21 | 60 | 84 | 183 |
| 2045 | 23 | 64 | 89 | 197 |
| 2050 | 26 | 69 | 95 | 212 |

A number of key uncertainties with the SC-$CO_2$ estimates remain (IWG 2016).  As a result, the current estimates should be treated as provisional because they will evolve with improved scientific and economic understanding.  The interagency group also recognizes that the existing models are imperfect and incomplete.  A number of analytical challenges are being addressed by the research community, including research programs housed in many of the Federal agencies participating in the interagency

---

[1] SC-$CO_2$ estimates are averaged in the Technical Support Document based on the three IAMs:  Dynamic Integrated Climate-Economy (DICE), Policy Analysis of the Greenhouse Effect (PAGE), and Climate Framework for Uncertainty, Negotiation and Distribution (FUND).  For more information about these models and their underlying uncertainty, refer to the August 2016 Technical Support Document (IWG 2016).

BLM_0075595

process.  The interagency group intends to periodically review and reconsider those estimates to reflect increasing knowledge of the science and economics of climate impacts, as well as improvements in modeling.  The National Academies of Sciences, Engineering, and Medicine is expected to release a report in 2017 providing for longer-term recommendations for a more comprehensive update to the SC $CO_2$.

The SC-$CO_2$ estimates in the August 2016 Technical Support Document (Table 5-1) are measured in 2007 dollars.  BOEM adjusted these original values to 2015 dollars using the implicit price deflator for gross domestic product (GDP) from the Bureau of Economic Analysis (BEA 2016).  For consistency with other recent BOEM economic analysis, including analysis in the 2017–2022 Program, BOEM further adjusted 2015 dollars to 2017 using the projected GDP chain-type price index from the EIA's 2016 *Annual Energy Outlook* (AEO).  For years beyond 2050, which are outside the scope of the interagency report (IWG 2016), BOEM derived SC-$CO_2$ values using the average growth rates for the 2040–2050 period.  BOEM then applied the SC-$CO_2$ values (2017 dollars) to the total $CO_2$e emissions estimates described earlier in this report.  To calculate a present value of the stream of monetary values, BOEM discounted the values in each of the four cases using the specific discount rate that had been used to obtain the SC $CO_2$ in each case.

# 6.    OCS Oil and Gas Production Estimates

It is possible, but not particularly efficient, to estimate potential lifecycle GHG emissions at each stage of the OCS oil and gas program:  five-year program (national), individual lease sale (region or sub-region), or every exploration and development plan (site-specific or project-scale).  Consistent with CEQ's guidance, BOEM has adopted an approach based on the standard of proportionality.

BOEM estimates GHG emissions, expected to be released starting in 2017, associated with three different subsets of leasing activity:  (1) leases potentially issued under the 2017–2022 Program including the Proposed Program and Proposed Final Program (also the Preferred Alternative identified in the Programmatic EIS); (2) leases that have been or may be issued under the 2012–2017 Program; and (3) OCS leases issued before the end of 2017 for all current and previous Programs (Table 6-1).  This approach provides a broader context to consider the potential domestic and global contribution of OCS Program GHG emissions.  The production estimates from the 2012–2017 Program case is entirely included in production expected from all leases issued before the end of 2017.

BLM_0075596

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

**Table 6-1.  Emissions Cases Analyzed**

| Scenario | OCS Planning Areas Considered | | | | |
|---|---|---|---|---|---|
| | Gulf of Mexico | Southern California | Cook Inlet | Beaufort Sea | Chukchi Sea |
| 2017–2022 Proposed Program (emissions after July 2017) | ● | – | ● | ● | ● |
| 2017–2022 Proposed Final Program (Preferred Alternative in Final Programmatic EIS) (emissions after July 2017) | ● | – | ● | – | – |
| 2012–2017 Program (emissions after Jan. 2017) | ● (excluding Eastern Planning Area) | – | ● | – | – |
| All Previous and Current Programs (only emissions after Jan. 2017) | ● | ● | ● | ● | – |

Critical variables to estimate lifecycle GHG emissions include OCS activity levels as well as oil and natural gas produced from the OCS.  It is important to note that the majority of GHG emissions will be from the combustion of OCS oil and natural gas produced, as compared to the activities required to explore, develop, produce, transport, process or refine, and distribute oil and natural gas.

Activity levels and production levels for the 2017–2022 Program and 2012–2017 Program cases are derived from exploration and development (E&D) scenarios prepared by BOEM and presented in detail in supporting Programmatic EIS documents (BOEM 2012, 2016a).  E&D scenarios describe the potential resources available for leasing and how those potential resources, if found, might be explored and discovered, developed, and produced.  The E&D scenarios provide estimates of the types, location, and timing of oil- and gas-related activities and production that could result from a Five-Year Program following lease sales.  E&D scenarios are characterized by substantial uncertainty, but are useful to understand the potential GHG emissions that could occur under a given range of possible Program outcomes.  Anticipated production estimates reflected in the E&D scenarios represent the portion of undiscovered economically recoverable oil and gas resources (UERR) available on unleased blocks in each of the program areas.  UERR refers to that portion of the undiscovered technically recoverable oil and gas resources that could be explored, developed, and commercially produced at given cost and price considerations using present or reasonably foreseeable technology.  Activity elements of an E&D scenario include the number of exploration wells drilled, the number of platforms installed, the number of development wells drilled, miles of new pipeline constructed, anticipated aggregate oil and gas production, the number of platforms removed, etc.

It is imperative to realize that E&D scenarios, as well as underlying price assumptions, do not constitute predictions or forecasts.  BOEM does not necessarily expect a particular E&D scenario to be realized.  Considerable uncertainty surrounds future activity levels and production given geologic risk and economic risk, especially in frontier areas like the Alaska OCS where there is currently no or very limited OCS activity.  In some cases, BOEM's E&D scenarios could overestimate activity levels and production.  In particular, the E&D scenarios for the Alaska OCS represent a wide range of possible outcomes, from a

BLM_0075597

more probable exploration-only scenario in the Arctic OCS to a more aggressive, but less probable scenario envisioning a substantial build-out of Arctic OCS production operations.  However, in these cases the hypothetical E&D scenario is considered so as to understand the potential environmental implications should BOEM leasing activity ultimately lead to such an outcome.

OCS production for the third subset of leasing activity (i.e., future emissions from OCS leases issued prior to and through the 2012–2017 Program) is derived using methods similar to those used by the Energy Information Agency (EIA) in its 2016 AEO (EIA 2016c) and relies in part on EIA data.  Special National Energy Modeling System (NEMS) runs provided by the EIA are used to estimate OCS oil and gas production assuming no new leasing after the last sale in the 2012–2017 Program (EIA 2014). Production estimates are provided for the Gulf of Mexico (GOM), Pacific, and Alaska OCS Regions through 2040.  EIA's (2014) documentation for NEMS describes the uncertainty inherent in the estimates.  The difference between the special NEMS run and EIA's Reference Case in the 2016 AEO is the removal of any assumed OCS production associated with leases issued after the 2012-2017 Program. These special NEMS runs are used as part of the scenario discussed in Section 6.3, which considers all leases issued before the end of 2017.  Low- and high- oil price cases (variable price) are also considered where the removal of OCS production beyond the 2012–2017 Program is also considered.  In order to provide a complete lifecycle analysis, BOEM extrapolates the potential future OCS production under the special NEMS runs from 2040 through approximately 2075 assuming an aggregated, non-linear OCS production decline curve.

For OCS emissions, corresponding activity levels are not directly estimated because OECM cannot process production estimates without a corresponding E&D scenario.  BOEM approximates OCS emissions by assuming a proportional ratio of activity to production (i.e., emissions per production unit). Separate emissions factors are calculated for GHGs across the entire OCS.  The emissions factors are calculated as averages across program areas from the OECM results for the 2012–2017 and 2017-2022 Programs.  These emissions factors are calculated on a per-barrel of oil basis, and in the case of gas, a barrel of oil equivalent basis.

## 6.1    2017–2022 OCS OIL AND GAS LEASING PROGRAM

The 2017–2022 Proposed Program case considers the activities and production from ten lease sales in the GOM and one sale in each of Alaska's program areas:  Beaufort Sea, Chukchi Sea, and Cook Inlet. The Proposed Final Program, also the Programmatic EIS's Preferred Alternative, includes the sales in the Cook Inlet and GOM, while excluding the two Arctic lease sales in the Beaufort and Chukchi Seas.  The Programmatic EIS describes the potential range of OCS activities and production that could be possible over the 40 to 70 year life of the 2017–2022 Program (BOEM 2016a).  BOEM considers production levels at low-, mid-, and high-price scenarios (Table 6-2).  Chapter 3 of the Final Programmatic EIS describes the magnitude and timing of OCS activities and production in detail.  The E&D scenarios for the 2017-2022 Program are based on the *Assessment of Undiscovered Technically Recoverable Oil and Gas Resources of the Nation's Outer Continental Shelf, 2016* ("National Assessment") (BOEM 2016b).

BLM_0075598

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon

**Table 6-2.  Oil and Natural Gas Production Estimates for 2017–2022 Program**

| Price Scenario | Price | | Program Area | | | | Total Production Comparison | |
|---|---|---|---|---|---|---|---|---|
| | | | GOM (10 sales) | Chukchi Sea (1 sale) | Beaufort Sea (1 sale) | Cook Inlet (1 sale) | Proposed Program | Proposed Final Program |
| **Low** | Oil ($/bbl) | $40 | 2,106 | – | – | 84 | 2,189 MMbbl | 2,189 MMbbl |
| | Natural Gas ($/mcf) | $2.14 | 5,470 | – | – | 37 | 5,507 bcf | 5,507 bcf |
| **Mid** | Oil ($/bbl) | $100 | 3,531 | 2,644 | 2,295 | 209 | 8,680 MMbbl | 3,740 MMbbl |
| | Natural Gas ($/mcf) | $5.34 | 12,011 | 1,116 | 4,029 | 93 | 17,250 bcf | 12,104 bcf |
| **High** | Oil ($/bbl) | $160 | 5,593 | 4,231 | 3,673 | 335 | 13,831 MMbbl | 5,928 MMbbl |
| | Natural Gas ($/mcf) | $8.54 | 22,122 | 1,785 | 6,447 | 149 | 30,503 bcf | 22,271 bcf |

Note:  Production estimates are based on the 2016 National Assessment of OCS UERR

BOEM also estimates energy substitutes using MarketSim that could occur in the absence of a new Five-Year Program, assuming there are no major changes in energy supply or demand (BOEM 2016c). Major energy substitutes include onshore oil and natural gas, imported oil, and other energy sources (e.g., hydropower, renewable energy).  BOEM assumes demand is reduced slightly through reduced energy consumption (Table 6-3).  These substitution rates are used in the comparative No Action Alternative analysis for the 2017–2022 Program.

BLM_0075599

**Table 6-3.  Energy Substitutes assuming no 2017–2022 Program**

| Energy Sector | Percent of OCS Production Replaced | |
|---|---|---|
| | Low | High |
| **Total Onshore Oil and Natural Gas Production** | 28% | 26% |
| Oil | 3% | 3% |
| Natural Gas | 25% | 22% |
| Production from Existing State/Federal Offshore Leases | 1% | 1% |
| **Total Imports** | 61% | 63% |
| Oil Imports | 60% | 63% |
| Gas Imports | 0 % | 0% |
| Coal | < 1% | < 1% |
| **Electricity from Sources other than Coal, Oil, and Natural Gas** | 1% | 1% |
| Other Energy Sources | 3% | 3% |
| **Reduced Demand/Consumption** | 7% | 7% |

## 6.2    2012–2017 OCS OIL AND GAS LEASING PROGRAM

The 2012–2017 Program case considers the activities and production from ten lease sales in the GOM (five Western Planning Area sales and five Central Planning Area sales) and a single sale in the Cook Inlet.  The two lease sales held in the GOM Eastern Planning Area are not considered because no bids were received on the lease sales.  The 2012–2017 Final Programmatic EIS describes the potential range of OCS activities and production that could be possible over the 50-year life assumed for the 2012-2017 Program (BOEM 2012).  BOEM considers oil and natural gas production corresponding to the same low-, mid-, and high-price scenarios considered in the 2012–2017 Final Programmatic EIS (see Tables 6-4 and 6-5 for production estimates).  Chapter 4 of the Final Programmatic EIS describes the magnitude and timing of OCS activities and production volume in detail.  The E&D scenarios for the 2012-2017 Program is based on the 2011 National Assessment (BOEM 2011).  Two other activity and production cases in the GOM are also evaluated, given that the 2012 E&D scenarios for the Program are likely overly optimistic when considering the lower levels of current Program leasing activity witnessed through actual lease sale results and in light of recent market conditions.

BLM_0075600

**Table 6-4. Production Estimates for the 2012–2017 Program**

| Price Scenario | Price | | Area | | 2012–2017 Program Total |
|---|---|---|---|---|---|
| | | | GOM Western Planning Area / Central Planning Area Only (10 sales total) | Cook Inlet (1 sale) | |
| 2012–2017 Low | Oil ($/bbl) | $60 | 2,796 MMbbl | 100 MMbbl | 2,896 MMbbl |
| | Natural Gas ($/mcf) | $4.27 | 12,105 bcf | 0 bcf | 12,105 bcf |
| 2012–2017 Low Adjusted | Activity levels and OCS production reduced by 50% in the GOM to account for lower oil and gas prices and commensurately reduced leasing levels. | | | | |
| 2012–2017 High | Oil ($/bbl) | $160 | 5,310 MMbbl | 200 MMbbl | 5,510 MMbbl |
| | Natural Gas ($/mcf) | $11.39 | 23,659 bcf | 680 bcf | 24,339 bcf |
| 2012–2017 High Adjusted | Activity levels and OCS production reduced by 50% in the GOM to account for lower oil and gas prices and commensurately reduced leasing levels. | | | | |

Note: Production estimates are based on the 2011 National Assessment of OCS UERR

**Table 6-5. Production Estimates for OCS Leases Issued through the 2012–2017 Program**

| Scenario | | Gulf of Mexico, Pacific, and Alaska OCS Production |
|---|---|---|
| AEO 2016 *Low Oil Price Case* (extrapolated to 2075) | Oil | 17,381 MMbbl |
| | Natural Gas | 29,493 mcf |
| AEO 2016 *Reference Case* (extrapolated to 2075) | Oil | 18,536 MMbbl |
| | Natural Gas | 35,330 mcf |
| AEO 2016 *High Oil Price Case* (extrapolated to 2075) | Oil | 19,223 MMbbl |
| | Natural Gas | 38,350 mcf |

Note: Production estimates are based on Special NEMS runs considering OCS UERR from the 2011 National Assessment.

## 6.3 OCS OIL AND GAS ACTIVITIES AND PRODUCTION ON LEASES ISSUED BEFORE THE END OF 2017

This case considers future production after January 2017 in the GOM OCS, Southern California Planning Area, Beaufort Sea Planning Area, and Cook Inlet Planning Area (potential Lease Sale 244) on leases issued up through the 2012-2017 Program lease sales. OCS production under existing leases at the end of the 2012–2017 Program is keyed to the 2011 National Assessment (BOEM 2011). The production estimate in this dataset also includes the 2012-2017 Program described in Section 6.2. This estimate is based on different economic inputs and should not be directly or explicitly compared to the other two production scenarios.

BLM_0075601

# 7.    Key Assumptions

This analytical model makes a number of assumptions, which could reduce its accuracy; the assumptions are characterized here.  The principal variable in this estimation is the production estimates of OCS oil and gas; the underlying uncertainty in the estimates of the amount of oil and gas to be produced has a profound impact on overall accuracy.  These production estimates are a critical input into MarketSim and OECM, models which in turn necessarily rely on a series of assumptions.  Other critical assumptions that affect the GHG emissions estimates are as follows:

**1.    Near constant demand is assumed over the next 40–70 years for oil and gas.**

This analysis uses a projection of near constant demand over the next 40–70 years using the 2016 AEO Reference Case, for which EIA does not assume any future changes in laws or policies other than what is incorporated in existing laws and policies.  As countries, including the U.S., address climate change with individual policy targets, this assumption could no longer hold.  Additionally, as new energy sources become more economically feasible, they could displace existing sources and/or alter the composition of energy supply.  The Reference Case is the best baseline currently available.  This analysis could be adapted in the future to incorporate policy shifts that affect demand for oil and gas.

**2.    Engines used for production, processing, and consumption of oil and gas will not become more efficient, and oil and gas will remain a primary energy source.**

Historically, engines have become increasingly efficient both in the offshore and onshore environments, but those engines by and large have remained dependent on fossil fuels.  Moreover, the *President's Climate Action Plan* (White House 2013) calls for energy and transport efficiency improvements, including transitioning from more intense GHG energy sources.  One of the key tenets of the *President's Climate Action Plan* is the reduction of methane from oil and gas production facilities.  Efficiency improves through the need for greater economy, and also through Government regulation.  These changes could alter the fuel type or quantity of oil and gas used to generate power.  Similar changes will impact other types of oil and gas products, such as lubricants and plastics.  These changes will alter more than just the amount of oil, but the portion of each barrel being consumed by any sector.  For instance, in 2015, motor gasoline represented 47 percent of all oil products by volume.  As battery technologies continue to improve, plug-in electric vehicle prices could continue to drop (Nyvist and Nilsson 2015), and the percent of oil used for motor gasoline could drop as the share of electric vehicles increases.  However, as the American electrical grid is increasingly dependent on natural gas, such shifts could increase demand for those resources.

Figure 3 shows how consumption patterns of oil have changed in the past, including the rise of jet fuel and motor gasoline use, and the contraction of residual fuel oil use.  Despite these longer-term shifts, petroleum products maintain a reasonable level of continuity from year to year.  For example, motor gasoline, the largest consumed petroleum product, has never exceeded 47 percent (2015) of total consumption, nor has it dropped below 39 percent (1980) since 1950.  During that entire time, it remained the largest petroleum product consumed by Americans.

BLM_0075602

OCS Oil and Natural Gas:  Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon



**Figure 3.  Historical U.S. Average Consumption per day of Petroleum Products by Year (1950 – 2015)
in Thousands of Barrels (EIA 2016b)**

Without a definitive method of estimating oil consumption and petroleum markets for the coming
70 years, it is impossible to predict how oil and gas consumption will change.  Using 2015 data still
provides a useful approximation of consumption because the consumption patterns have not radically
changed over the short-term.  Longer-term trends could be incorporated by keeping the model
up to date with consumption patterns.  It is likely that efficiency will continue to improve, meaning less
oil and gas will be required to generate the same amount of energy.  This also affects upstream
calculations, including the offshore exploration, development, and production, and onshore processing,
storage, and distribution.  This impacts both the evaluation of OCS activities, as well as energy
substitutions, thereby still allowing a user to directly compare emissions.

These assumptions are necessary because it is uncertain how oil consumption will change in the future.
However, this assumption is reasonable because of the historical stability in proportionality of
petroleum product consumption.

### 3.   All oil and gas on OCS leases is produced, processed, and consumed.

This analysis assumes all the oil and gas expected to be discovered on the OCS is produced, processed,
and consumed.  In reality, some oil and gas is lost, either by not being brought to production, or through
inefficiencies at various stages of processing and distribution or other incidents, such as spills.  These
results assume that all oil removed from the OCS makes its way through to a customer and is consumed
with perfect efficiency.  This assumption is currently the only way to conduct this analysis currently;
however, it ensures emissions will not be underestimated.  Petroleum products that are not combusted
are accounted for in this analysis.

BLM_0075603

**4.  'Other' oils, distillate fuel oil, and residual fuel oil are approximated.**

There are several places where EIA's consumption categories do not match with EPA's emissions factors. Since EIA groups pentanes, petrochemical feedstocks, naptha-type jet fuel, still gas, waxes, and crude oil into a single 'Other' category, EPA's 'Other Oil (> 401°F)' emissions factors are used.  Similarly, EPA has two emissions factors for 'Residual Fuel Oil' and three for 'Distillate Fuel Oil,' but EIA reports distillate and residual fuel oils broadly.  As a result, it is assumed there is equal consumption for each emissions factor, with half of residual fuel oil using each EPA emissions factor, and a third of oil for each distillate fuel oil emission factor.  These assumptions reduce the model's accuracy.  See Table 4-2 for both residual and distillate fuel oil emissions factors.  This assumption is necessary given the uncertainty of how these fuels are consumed, but it is reasonable given how similar EPA's emissions factors are for each petroleum product with multiple emissions factors.

**5.   Production gain is equal across all petroleum products and steady over time.**

Production gain is the increase in volume as oil is refined into petroleum products.  Although all petroleum products have a production gain, it is not the same for each product.  Currently, EIA (2015) estimates production gain as 6.7 percent, but that will likely change in the future.  This assumption is necessary given the lack of available information regarding the production gain of individual fuels.

**6.   All oil and gas is consumed domestically.**

Emissions from the export of U.S.-produced oil and gas are relatively minor compared to the amount produced, processed, and consumed domestically.  This assumption slightly underestimates the emissions from transportation of these products to other countries.  Since emissions factors for natural gas do not vary, if they are consumed overseas, their emissions factors remain the same.  However, since oil is consumed in a variety of products, which have a wide range of emissions factors, there is some loss in accuracy for petroleum products consumed overseas, since other counties do not consume these products in identical proportions to the U.S.  Even with the loss of accuracy, approximating global emissions from oil using the United States as the example provides a reasonable example of oil consumption.  These assumptions are reasonable given the small amount of oil and gas products exported (EIA 2016e).

**7.   OCS oil is refined into the same petroleum products and consumed in the same proportions as oil and gas nationally.**

It is likely OCS oil is refined into specific petroleum products, and those products are not in the same proportions as oil from all sources.  However neither BOEM nor EIA have information specifically identifying what petroleum products OCS oil is refined into, and in what proportions.  Should more specific information about the type of products OCS oil is refined into become available; the analytical model would be adjusted to accommodate such information.  This assumption is necessary given the current lack of information.

BLM_0075604

**8.   Oil transportation is powered with oil in proportion to the overall production.**

According to the EPA (2008), the vast majority of transporting oil to market is powered with petroleum products.  It is therefore assumed this oil is consumed in proportion to the oil produced from the OCS.  Since this oil is already accounted for as part of the consumption calculations, there is no additional attempt to incorporate these emissions separately, which would result in double counting these emissions.

**9.   The percent of oil and gas that remains un-combusted is the same as 2011.**

Since EIA (2012) has not updated their non-combusted use of fossil fuels since 2011, this is the most up to date information available.  Similar to other assumptions, this no-change assumption reduces the overall accuracy of the analysis.

**10.   The reduction in foreign consumption of oil and gas in a no action analysis is not taken into account.**

Although MarketSim estimates a foreign reduction in consumption, MarketSim provides the reduction for oil only.  MarketSim does not model natural gas fluctuations in the global market.  However, for the global oil market, MarketSim substitutions under the No Action Alternative show a reduction in foreign oil consumption of approximately 1, 4, and 6 billion barrels of oil for the low-, mid-, and high-price scenarios, respectively, over the duration of the 2017–2022 Program.  GHG impacts for this reduction in oil consumption, as well as possible changes for natural gas, are not captured in this analysis.

The implications for oil and gas production in other countries relating to U.S. decisions about issuing leases are highly uncertain.  In the substitution analysis based on MarketSim, the assumption is made that other oil producing countries will supply oil for U.S. import without additional restraints due to GHG-related policies in those countries.  This might change in the future if other countries establish policies to achieve their GHG-related targets.

Excluding the foreign oil and gas markets is reasonable.  Oil consumption in each country is different, and BOEM does not have information related to which countries would consume less oil.  This is important information since consumption patterns vary by country.  For gas consumption, BOEM does not have information related to how changes in the U.S. market would affect other countries.

# 8.   Results

The approach described in Sections 4.1 – 4.3 is applied to the three different OCS program scenarios discussed in Section 6.  The approach described in Section 4.4 is applied to the No Action Alternative, meaning not issuing new leases, to the 2017–2022 Program.  The SC-CO$_2$ is calculated using the method described in Section 5.  All GHG emissions estimates for each price case in all three scenarios are provided in Appendix A.

BLM_0075605

## 8.1   EMISSIONS AND SOCIAL COST OF CARBON FROM THE 2017–2022 PROGRAM

This scenario evaluates the oil and gas emissions and SC-$CO_2$ on leases that could be awarded during the 2017–2022 Program (see Section 6.1).

### 8.1.1   Emissions from the 2017–2022 Program

The emissions resulting from the proposed leases and the alternative sources of energy consumed are provided in the three different price scenarios in Table 8-1.  Results are presented for the OCS Program Areas considered in the Proposed Program and Proposed Final Program.  The Proposed Final Program, also the Preferred Alternative in the 2017–2022 Final Programmatic EIS, excludes leasing in the Arctic OCS.  Both are considered to support the NEPA analysis for the 2017–2022 Program.

Table 8-1.  Estimated Emissions from the 2017–2022 Program and the No Action Alternative in Thousands of Metric Tons of $CO_2$e

| Area | Low-Price Scenario | | Mid-Price Scenario | | High-Price Scenario | |
|---|---|---|---|---|---|---|
| | Program | No Action | Program | No Action | Program | No Action |
| Beaufort Sea | 120 | 0 | 1,073,570 | 1,122,120 | 1,985,070 | 2,019,670 |
| Chukchi Sea | 20 | 0 | 1,380,500 | 1,405,400 | 1,943,310 | 2,043,210 |
| Cook Inlet | 39,480 | 40,620 | 97,620 | 150,570 | 156,820 | 240,930 |
| Gulf of Mexico | 1,245,920 | 1,258,110 | 2,282,770 | 2,243,740 | 3,801,480 | 3,719,880 |
| *Total Proposed Program* | *1,285,540* | *1,298,730* | *4,834,450* | *4,957,430* | *7,886,680* | *8,020,550* |
| *Total Proposed Final Program / Preferred Alternative* | *1,285,400* | *\** | *2,380,390* | *\** | *3,958,300* | *\** |

Notes:  Emissions estimates have been rounded to the nearest 10,000 metric tons.  Numbers may not add up due to rounding.
Key:  * = The estimated distribution (%) of substitutions for the Proposed Final Program would be slightly different than those under the Proposed Program.  The gross emissions estimates should be similar to the No Action Alternative under the Proposed Program.

In the case of the Proposed Program, the emissions in the Beaufort and Chukchi Seas are only from exploration activities since no production is expected under a low-price scenario.  With no actual production expected under this scenario, there would be no production to substitute, resulting in zero emissions.  Using estimated timing of production and offshore activities, it is possible to distribute the GHG emissions for each price scenario.  A graph for each price scenario for the Proposed Program and the No Action Alternative scenarios is provided in Figure 4.

BLM_0075606