Detailed

*Final Wild and Scenic River Suitability*

## 19 ~ SAN MIGUEL RIVER, SEGMENT 2



### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORVs:* **Scenic, Recreational, Wildlife, Vegetation**

*Suitable Length:* **4.0 miles**

*BLM-Administered:* **4.0 miles**

*Key Considerations:*

- The segment contains a wide array of ORVs.
- The segment is comprised entirely of public lands.
- The current CWCB instream flow water right for this segment provides base flow protection for the vegetation ORV. However, the CWCB is not authorized to appropriate flows to support recreation uses. Recreation flows could potentially be protected by water rights held by local governments or by a federal water right associated with designation.



### SAN MIGUEL HYDROLOGIC UNIT

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not be likely to interfere with future upstream water supplies for municipal, industrial, and agricultural use.

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

*Public Input*

The segment received much support for and opposition to suitability. Supporters identified the outstanding canyon setting and river-related values, and generally supported the results of Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners, expressed concern about restrictions on historic and future uses of water within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Scenic*

An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The San Miguel River flows clear and is a dominant element in this section. Complex erosional patterns combine with a diverse riparian plant community to form a varied landscape in contrasting hues of green, red, yellow, orange, gray, tan, and blue. This section of river is boulder-strewn and has a consistent gradient. The constant, energetic, splashy flow creates visually pleasing hydraulic features that are rare in the region of comparison. Adjacent scenery contributes to the setting.

BLM_0075705

### Recreational

This section of the San Miguel River offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to the Colorado Plateau physiographic region of the lower San Miguel. With no roads or developments, this section appears primitive and natural. River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips. This and the adjacent downstream segment support the best population of self-sustaining trout in the San Miguel. There are several primitive BLM campsites along the reach. The entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

### Wildlife

Portions of the river corridor in this segment represent one of the finest examples of protected Southwest Canyon Riparian Habitat in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States. According to the National Audubon Society, more than 300 bird species have been observed in the San Miguel River corridor.

### Vegetation

This segment supports five distinct and outstanding riparian communities. These include four superior (A-ranked) occurrences of communities classified as globally vulnerable (G3) thinleaf alder/mesic graminoid riparian shrubland (*Alnus incana ssp. tenuifolia/mesic graminoids*), narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and river birch/mesic graminoid riparian shrubland *(Betula occidentalis/mesic graminoids)*. In addition, a superior (A-ranked) occurrence of blue spruce/red osier dogwood riparian forest *(Picea pungens/Cornus sericea)*, ranked as apparently secure (G4), occurs here as well. The site is included within the CNHP-designated San Miguel River, Clay Creek to Horsefly Creek Potential Conservation Area. The BLM has also designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect these outstanding riparian communities.

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream.

The CWCB holds an instream flow water right along the entire segment decreed for 93 cfs from May 1 to October 14 and 61 cfs the remainder of the year structured to preserve the natural environment to a reasonable degree.

There are no absolute or conditional water rights or impoundments within the segment.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in San Miguel and Montrose Counties will increase from 5,900 acre-feet (low estimate) to 11,000 acre-feet (high estimate). Most future water demand will be met through conservation

BLM_0075706

practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

If developed, conditional water rights upstream of the segment could influence flow through the segment. Colorado Decision Support System HydroBase estimates indicate that there are more than 160,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries.

There are a few impoundments upstream of the segment, including Trout Lake and Hope Lake (on the Lake Fork tributary), and a few off-channel impoundments associated with Cascabel Ranch immediately upstream of the segment.

Senior rights on the mainstem of the San Miguel River divert irrigation water between Horsefly Creek and Naturita Creek downstream of this segment. Much of the water demanded by these diversions is conveyed through the segment.

According to San Miguel legal and institutional analysis, potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek and above Horsefly Creek) and major tributaries (including Horsefly Creek and Maverick Draw) identified in the 2004 Statewide Water Supply Initiative are unlikely to be developed, given current costs and concern over environmental impacts. Saltado Reservoir (with a conditional fill and refill right totaling over 140,000 acre-feet on the San Miguel River downstream of Specie Creek) is included in this assessment.

## LAND OWNERSHIP AND USES

Approximately 1.7% of the corridor consists of private land zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a fee or

special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

*Special Designations*
The segment is within an ACEC, as well as a Special Recreation Management Area. WSR designation is compatible with these existing designations.

*Withdrawals*
While portions of the segment are within an area classified as having potential for Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designations.

*Energy and Mineral Resources*
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims could be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

Designation would complement BLM Colorado Public Land Health standards for riparian vegetation and wildlife. There is no road access within the segment.

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

*Potential Costs Associated with WSR Designation*
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Estimated costs for administering and managing this segment for the Scenic, Recreational, Wildlife, and riparian Vegetation ORVs would be slightly higher than current funding levels. The river corridor is remote, has limited trail access, and is entirely comprised of federal land, most of which is managed as both an ACEC (for riparian protection) and a Special Recreation Management Area. These designations provide some additional funding necessary for managing and protecting the ORVs.

*Alternative Protective Measures Considered*
The segment is within an ACEC, as well as a Special Recreation Management Area.

Current instream flow water rights held by the CWCB provide protection for flows necessary to support most of the ORVs, except for the Recreational ORV.

BLM_0075708

The area is identified in the Colorado Citizens Wilderness Proposal and the Colorado *Wilderness Act* of 2009 (H.R. 4289) introduced by Congresswoman Diana DeGette. WSR designation would be compatible with wilderness designation and wilderness characteristics.

BLM_0075709



**FIGURE 10 - (20) SAN MIGUEL RIVER, SEGMENT 3**

BLM_0075710

**Final Wild and Scenic River Suitability**

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

San Miguel River Segment 3 was found to be *suitable* for WSR designation, with a classification of *Recreational*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of the ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. Based on a recommendation by the Resource Advisory Council Subgroup, the eligibility classification was changed (from *Scenic*) due to the presence of the CC Ditch, two BLM campgrounds, and many mining claims along this stretch, as well as a dirt road running parallel to the river. In addition, the segment is popular for recreational mineral specimen collection. The Bennett property, as well as private land at the lower end of the segment, was excluded from the suitability recommendation.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not be likely to interfere with development of the Montrose County Firming Project.

- While this stream segment is not directly protected by a CWCB instream flow water right, it does receive indirect protection from two instream flow water rights in downstream locations. Instream flow water rights have been decreed for the San Miguel River from Calamity Draw to the confluence with Dolores River, and have been decreed on the Dolores River from the confluence with the San Miguel River to the town of Gateway. The CWCB does not have the authority to appropriate flows to protect recreational values in this segment, but there are other potential processes, including applications by local governments for recreational water rights, that could protect recreational values. To acknowledge indirect protection from instream flow water rights in downstream locations, and to acknowledge that recreation flows could potentially be protected by using other flow protection methods, the BLM's suitability determination includes the following finding:

  > If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on the San Miguel River, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment is it is ultimately designated into the NWSRS.

BLM_0075711

**Uncompahgre Field Office Planning Area**

- Designation would be consistent with the programs and policies of other agencies. Designation would support the range-wide conservation agreement for Flannelmouth Suckers *(Catostomus latipinnis)*, Bluehead Suckers *(Catostomus discobolus)*, and Roundtail Chubs *(Gila robusta)*. The State of Colorado and BLM are signatories to this agreement. In addition, the Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

*Public Input*

The segment received much support for and opposition to suitability. Supporters identified the outstanding riparian ecosystem and fish values, and generally supported the results of Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners, expressed concern over potential restrictions on historic and future uses of water upstream from the segment and restrictions on land use and access within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Recreational*

This San Miguel River segment offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to the Colorado Plateau physiographic region of the lower San Miguel. River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips.

With few developments and one minor dirt road not visible from the river, this section appears mostly primitive and natural. Several primitive BLM campsites dot

## 20 ~ SAN MIGUEL RIVER, SEGMENT 3



## ~SUITABLE SEGMENT~

*Classification:* **Recreational**

*ORVs:* **Recreational, Fish, Wildlife, Vegetation**

*Suitable Length:* **4.5 miles**

*BLM-Administered:* **4.5 miles**

*Key Considerations:*

- The segment contains a wide array of ORVs.

- This segment currently has no instream flow protection, but receives indirect protection through instream flow water rights in downstream locations.

- The CWCB does not have authority to protect flows that support recreational uses, but those flows could potentially be protected by water rights held by local governments or by a federal water right associated with designation.



**SAN MIGUEL HYDROLOGIC UNIT**

BLM_0075712

the shoreline, and two developed campgrounds with boat ramps, toilets and picnic facilities are located along the lower third of the reach. Exceptionally good "play waves" form in the Ledges area during spring runoff and are sought by kayakers, who consider them to be some of the best natural features of their kind in the state.

This and the adjacent upstream segment support the San Miguel's best population of self-sustaining trout. The entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

*Fish*
This segment harbors exemplary populations of three BLM and Colorado sensitive species: Flannelmouth Suckers *(Catostomus latipinnis)*, Bluehead Suckers *(Catostomus discobolus)*, and Roundtail Chubs *(Gila robusta)*.

*Wildlife*
Portions of the river corridor in this segment represent one of the finest areas of protected Southwest Canyon Riparian Habitat in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States. More than 300 bird species have been observed in the San Miguel River corridor. The expanding Black Phoebe *(Sayornis nigricans)* population has been moving up the San Miguel River, as evidenced by a nest found at the Highway 90 Bridge at Piñon (National Audubon Society 2010).

*Vegetation*
This reach supports a superior (A-ranked) occurrence of sandbar willow *(Salix exigua/mesic graminoids)* riparian shrubland, ranked as secure globally (G5). The segment is included in the San Miguel River at Cottonwood Creek Potential Conservation Area.

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream.

There is no CWCB instream flow water right on this segment due to the water availability issues created by the operation of the Highline Canal, which can divert up to 145 cfs. While this stream segment is not directly protected by a CWCB instream flow water right, it does receive indirect protection from two instream flow water rights in downstream locations. These downstream water rights protect the San Miguel River from Calamity Draw to the confluence with Dolores River, and protect the Dolores River from the confluence with the San Miguel River to the town of Gateway. Since there is no instream flow water right on the segment, changes or enlargements to existing water rights or new water rights on private property within this segment could further diminish flow.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in San Miguel and Montrose Counties will increase from 5,900 acre-feet (low estimate) to 11,000 acre-feet (high estimate). Most future water demand will be met through conservation

BLM_0075713

practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Montrose County Firming Project – Montrose County holds the following conditional water rights within the San Miguel watershed: Maverick Draw Reservoir No. 1 (6,700 acre-feet), Maverick Draw Reservoir No. 2 (5,600 acre-feet), Big Bucktail Reservoir (5,000 acre-feet), Tuttle Draw Reservoir (1,200 acre-feet), Nucla Pump Site and Pipeline (2.31 cfs), Highline Canal (3.11 cfs), Nucla Town Reservoir (1,200 acre-feet), and Paradox Valley Pipeline (1.0 cfs). The water right decree for these structures specifies that aggregate annual usage from all of the decreed structures is limited to 3,200 acre-feet.

- Deere and Ault Consultants prepared an analysis of the proposed direct flow and diversions into storage proposed for the Firming Project. The study concluded that the proposed diversions would have little to no effect on whitewater recreation opportunities on the San Miguel River, in terms of boatable days relative to current conditions. In addition, the study concluded that Firming Project diversions would result in an average annual change in San Miguel flow from 0.97% to 1.17%. Based upon this analysis, the BLM concludes that any federal permits needed to construct the project are unlikely to contain terms and conditions to protect ORVs that would significantly reduce the yield of the proposed project.

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

Four absolute water rights within the segment divert up to 153 cfs for irrigation and municipal use. An instream flow right associated with WSR designation could limit the ability to change existing water rights.

The Highline Canal diversion (decreed for 145 cfs) is located downstream of the upper terminus and parallels the San Miguel River for most of the segment. The canal is senior to most other water rights and is primarily used for crop irrigation downstream in late summer, when irrigation demand is high and snowmelt has diminished.

BLM_0075714

While there are no existing impoundments within the segment, Trout Lake and Hope Lake impound water upstream on the Lake Fork tributary. In addition, there are a few off-channel impoundments associated with Cascabel Ranch.

Colorado Decision Support System HydroBase estimates indicate that there are more than 204,000 acre-feet of conditional water storage rights upstream of the segment, on both the mainstem and tributaries. Much of the water needed to meet future demand is likely to come from conservation practices and development of existing water rights, including conditional rights in the San Miguel Basin. Most of these rights would be senior to any instream flow created through WSR designation.

Given current construction costs and concerns over environmental impacts, dam sites identified on the mainstem may be difficult to develop. One such site is the Saltado Reservoir on the San Miguel River downstream of Specie Creek, with a conditional water right for fill and refill totaling over 140,000 acre-feet.

## LAND OWNERSHIP AND USES

This 4.5-mile stretch of the San Miguel River consists entirely of BLM-administered land.

### Special Designations
WSR designation would be consistent with the existing Special Recreation Management Area designation.

### ROWs and Withdrawals
Transco and Rocky Mountain Natural Gas pipelines, two Tri-State transmission lines, and one distribution powerline cross the segment. The Highline Canal, telephone lines, and a county road parallel the segment. There is a private access road one-quarter to one-half mile to the west and a water pipeline within one-quarter mile to the north.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designations.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims would be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values. According to a State of Colorado Oil and Gas Commission electronic well records database, there are existing oil and gas leases within the segment on non-BLM-administered lands, as well as two abandoned oil and gas wells.

BLM_0075715

## ADMINISTRATION

Designation would complement BLM Colorado Public Land Health Standards for riparian vegetation, special status species, and wildlife.

This segment of the San Miguel supports habitat for native warm water fish, making WSR designation consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*. Depletion of flow by the Highline Canal might inhibit the ability to sustain the Fish ORV, as well as the Vegetation ORV.

State and local governments have not indicated an interest in sharing administration or funding of this segment if it is designated.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs associated with administering and managing this segment for the Recreational, Fish, Wildlife, and Vegetation ORVs are estimated to be moderately higher than current funding levels. The segment is managed as a Special Recreation Management Area, which has provided some funding for facilities and maintenance to protect the ORVs.

With easy access to the river corridor provided by a county road running parallel to the river, visitor use could increase if designated and additional funding for facilities would likely be needed. If purchased from willing sellers, private land parcels within the corridor would have added value for ORV protection.

### Alternative Protective Measures Considered

While WSR designation would provide the most comprehensive protection for the ORVs, existing authorities provide some level of protection, including the Special Recreation Management Area designation, which emphasizes management for riparian and recreation values. Conservation easements for select private portions of the corridor could be pursued, potentially increasing protection for ORVs. Appropriation of a state-based instream flow water right through the segment would also help to sustain the ORVs.

BLM_0075716



FIGURE 11 - (21) SAN MIGUEL RIVER, SEGMENT 5

BLM_0075717

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

San Miguel River Segment 5 was found to be *suitable* for WSR designation, with a classification of *Recreational*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of the ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. Based on recommendations by the Resource Advisory Council Subgroup, the segment was reduced from its eligible length to begin downstream from the Richards property, run the length of The Nature Conservancy property, and terminate at the confluence with Tabeguache Creek. In addition, the boundaries of the protective corridor were delineated to extend rim to rim, using existing developments and natural barriers.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not be likely to interfere with development of the Montrose County Firming Project.

- The BLM can rely upon the instream flow water right appropriated by the CWCB that covers this segment to protect water-dependent environmental values, avoiding a potential conflict between State of Colorado water interests and a federal reserved water right that comes with designation. The CWCB does not have the authority to appropriate flows to protect recreational values, but there are other potential processes, including applications by local governments for recreational water rights, that could protect recreational values. To acknowledge current instream flow protection and the potential to protect recreation flows by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the recreation ORV on the San Miguel River, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment is it is ultimately designated into the NWSRS.*

- Designation would be consistent with the programs and policies of other agencies. Designation would support the range-wide conservation agreement for Flannelmouth Suckers (*Catostomus latipinnis*), Bluehead Suckers (*Catostomus discobolus*), and Roundtail Chubs (*Gila robusta*). The State of Colorado and BLM are signatories to this agreement. In addition, the Southwest Basin

BLM_0075718

**Final Wild and Scenic River Suitability**

## 21 ~ SAN MIGUEL RIVER, SEGMENT 5



**~SUITABLE SEGMENT~**

*Classification:* **Recreational**

*ORVs:* **Recreational, Fish, Historic, Vegetation**

*Suitable Length:* **7.5 miles**

*BLM-Administered:* **1.3 miles**

*Key Considerations:*

- Water yield contributes significantly to the proper hydrologic function of the Lower Dolores River downstream. Flows from the San Miguel River support sensitive fish species in Dolores River.
- The CWCB has secured an instream flow water right designed to provide habitat for native fish species and to support the riparian community.
- The Nature Conservancy is the principal landowner and has expressed strong support for WSR designation of the segment.

**SAN MIGUEL HYDROLOGIC UNIT**

Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

- The San Miguel River contributes to river system integrity by providing approximately 63% of the average annual flow in the Dolores River downstream of the confluence with the San Miguel River. The estimated percentage of flow increases to 74% of the flows in the Dolores in July. These flows are crucial in helping sustain the BLM-listed sensitive fish in the Dolores River.

*Public Input*
The segment received support for and moderate opposition to suitability. Supporters identified the outstanding riparian ecosystem and fish values, and generally supported the results of Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners, expressed concern over potential restrictions on historic and future uses of water upstream from the segment and restrictions on land use and access within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed

### SEGMENT ASSESSMENT

#### OUTSTANDINGLY REMARKABLE VALUES

*Recreational*
This section of the San Miguel River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the San Miguel River and its associated historic sites and surrounding landscape.

*Fish*
This segment supports exemplary populations of three BLM and Colorado sensitive species: Flannelmouth Sucker

BLM_0075719

(Catostomus latipinnis), Bluehead Sucker (Catostomus discobolus), and Roundtail Chub (Gila robusta). This segment contains an intact native fishery and is regionally one of the best examples of a remnant native fishery. In addition, this segment was historically occupied by Colorado pikeminnow (Ptychocheilus lucius), a federally endangered species.

### Historic
This stretch of river marks the beginning of the historic Hanging Flume, one of the premier 19th century engineering accomplishments in the west. The thirteen-mile flume was constructed above the Dolores and San Miguel rivers over a three-year period in the late 1800s to supply water to a hydraulic placer gold mining operation. The structure was added to the National Register of Historic Places in 1980, and was listed as one of Colorado's Most Endangered Places in 1999. In addition, the flume is listed on the Colorado State Register of Historic Properties, the World Heritage Fund list of most endangered places and the 2006 World Monument Fund Watch List of 100 Most Endangered Sites.

### Vegetation
The segment lies within the San Miguel River at Tabeguache Creek Potential Conservation Area and supports New Mexico privet riparian shrubland (Forestiera pubescens), Fremont cottonwood/skunkbush sumac riparian woodland (Populus deltoides ssp. wislizeni/Rhus trilobata), and skunkbush sumac riparian shrubland (Rhus trilobata), all ranked as globally imperiled (G2).

## WATER RIGHTS AND USES

Water yield through San Miguel River, Segment 5 contributes to the proper hydrologic function of the Lower Dolores River. Average monthly flow volume at the USGS gage at Uravan is 19,672 acre-feet and 236,066 acre-feet annually. Flow volumes peak in May with an average of 57,697 acre-feet.

Estimated Average Monthly Flow Volume below Confluence of Dolores and San Miguel Rivers (Combined San Miguel River at Uravan and Dolores River at Bedrock, USGS gages 1985-2017)

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Monthly Discharge | 138 | 167 | 394 | 1,332 | 1,814 | 1,266 | 426 | 259 | 215 | 229 | 182 | 144 |
| Mean Monthly Acre-feet | 8,470 | 9,258 | 24,184 | 79,121 | 111,343 | 75,200 | 26,148 | 15,897 | 12,771 | 14,056 | 10,811 | 8,839 |
| Percent Contribution from San Miguel River | 64% | 63% | 59% | 57% | 52% | 64% | 74% | 63% | 60% | 68% | 65% | 64% |

In January 2011, the CWCB appropriated an instream flow water right for the lower San Miguel River (from the confluence of Calamity Draw to the confluence with the Dolores River) of 325 cfs (from April 15 to June 14), 170 cfs (from June 15 to July 31), 115 cfs (from August 1 to August 31),

**Final Wild and Scenic River Suitability**

80 cfs (from September 1 to February 28), and 115 cfs (from March 1 to April 14). The water right was appropriated pursuant to a joint recommendation from Colorado Parks and Wildlife and the BLM. The water right is structured to protect the habitats used by three native warm water fish species and provide baseflow support for riparian species. The Division 4 Water Court decreed this instream flow water right on May 20, 2013.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in the watersheds located upstream from this segment will increase from 5,900 acre-feet (low estimate) to 11,000 acre-feet (high estimate). Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Montrose County Firming Project – Montrose County holds the following conditional water rights within the San Miguel watershed: Maverick Draw Reservoir No. 1 (6,700 acre-feet), Maverick Draw Reservoir No. 2 (5,600 acre-feet), Big Bucktail Reservoir (5,000 acre-feet), Tuttle Draw Reservoir (1,200 acre-feet), Nucla Pump Site and Pipeline (2.31 cfs), Highline Canal (3.11 cfs), Nucla Town Reservoir (1,200 acre-feet), and Paradox Valley Pipeline (1.0 cfs). The water decree for these structures specifies that aggregate annual usage from all of the decreed structures is limited to 3,200 acre-feet.

- Deere and Ault Consultants prepared an analysis of the proposed direct flow and diversions into storage proposed for the Firming Project. The study concluded that the proposed diversions would have little to no effect on whitewater recreation opportunities on the San Miguel River, in terms of boatable days relative to current conditions. In addition, the study concluded that Firming Project diversions would result in an average annual change in San Miguel flow from 0.97% to 1.17%. Based upon this analysis, the BLM concludes that any federal permits needed to construct the project are unlikely to contain terms and conditions to protect ORVs that would significantly reduce the yield of the proposed project.

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right

BLM_0075721

enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

While no existing impoundments occur within the segment, there are a few small impoundments upstream (including Trout Lake and Hope Lake on the Lake Fork tributary), and a few off-channel impoundments associated with Cascabel Ranch.

The segment contains at least six water diversions. Two of these water rights (San Miguel Power Company Canal and Johnson Ditch), which were owned by Umetco Minerals Corporation, were donated to the CWCB. A decision on the fate of these water rights is pending, but potential future uses include conveying a portion to Montrose County or local governments within the San Miguel Basin, and donating a portion to an instream flow right in the lower San Miguel River. Future use of these rights could result in changes to existing points of diversion.

According to Colorado Decision Support System HydroBase estimates, there are over 349,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries of the San Miguel River. If developed, these water rights would be senior to any instream flow or federal water right and could further diminish flow.

The 2004 Statewide Water Supply Initiative identified future potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek and above Horsefly Creek) and major tributaries, including Horsefly Creek and Maverick Draw. According to a draft BLM San Miguel Instream Flow Assessment, dam sites identified on the mainstem are unlikely to be developed, given current costs and concerns with environmental impacts. The assessment included Saltado Reservoir on the San Miguel River downstream of Specie Creek, with a fill and refill right totaling over 140,000 acre-feet.

## LAND OWNERSHIP AND USES

### ROWs and Withdrawals
ROWs within the corridor include Colorado State Highway 141, several county roads, telephone and power lines, a historic irrigation ditch, and a water pipeline.

A bat maternity roost withdrawal is located in an abandoned uranium mine along the river.

While portions of this segment are within an area classified as having Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Resources
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims could be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

BLM_0075722

**Final Wild and Scenic River Suitability**

### ADMINISTRATION

WSR designation would complement the public land health standard for riparian vegetation and special status species. This segment supports habitat for native warm water fishes, and designation would be consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

The Nature Conservancy is the principal landowner within the corridor and supports WSR designation and is working with the BLM to manage the ORVs.

*Potential Costs Associated with WSR Designation*

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

The segment is paralleled by Colorado State Highway 141, part of the Unaweep-Tabeguache Scenic and Historic Byway. The highway provides easy access to the river corridor, and if designated, visitor use along the byway could be expected to slightly increase.

State and local governments have not indicated an interest in sharing administration and funding if the segment is designated.

*Alternative Protective Measures Considered*

WSR designation would provide the most comprehensive protection for the ORVs. The Nature Conservancy ownership affords protections on lands owned by The Nature Conservancy. In addition, the existing instream flow water right provides protection for the fish and riparian values.

BLM_0075723



**FIGURE 12 - (22) SAN MIGUEL RIVER, SEGMENT 6**

**Final Wild and Scenic River Suitability**

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

San Miguel River Segment 6 was found to be *suitable* for WSR designation, with a classification of *Recreational*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of the ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. Based on recommendations of the Resource Advisory Council Subgroup, the segment was redelineated to begin downstream of Umetco Minerals Corporation property and terminate at the confluence with the Dolores River.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not be likely to interfere with development of the Montrose County Firming Project.

- The BLM can rely upon the instream flow water right appropriated by the CWCB that covers this segment to protect water-dependent environmental values, avoiding a potential conflict between State of Colorado water interests and a federal reserve that comes with designation. The CWCB does not have the authority to appropriate flows to protect recreational values, but there are other potential processes, including applications by local governments for recreational water rights, that could protect recreational values. To acknowledge current instream flow protection and the potential to protect recreation flows by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on the San Miguel River, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment is it is ultimately designated into the NWSRS.*

- Designation would be consistent with the programs and policies of other agencies. Designation would support the range-wide conservation agreement for Flannelmouth Sucker *(Catostomus latipinnis)*, Bluehead Sucker *(Catostomus discobolus)*, and Roundtail Chub *(Gila robusta)*. The State of Colorado and BLM are signatories to this agreement. In addition, the Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

BLM_0075725

- The San Miguel River contributes to river system integrity by providing approximately 63% of the average annual flow in the Dolores River downstream of the confluence with the San Miguel River. The estimated percentage of flow increases to 74% of the flows in the Dolores in July. These flows are crucial in helping sustain the BLM-listed sensitive fish in the Dolores River.

### Public Input

The segment received support for and moderate opposition to suitability. Supporters identified the outstanding riparian ecosystem and fish values, and generally supported the results of Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners, expressed concern over potential restrictions on historic and future uses of water upstream from the segment and restrictions on land use and access within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Recreational*

This section of the San Miguel River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, as well as out of state and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the river and surrounding landscape, as well as associated historic sites.

*Fish*

This river segment contains exemplary populations of Bluehead Sucker *(Catostomus discobolus)*, Flannelmouth Sucker *(Catostomus latipinnis)*, and Roundtail Chub *(Gila robusta)*, all BLM and Colorado sensitive warm water fish species. The species are regionally important within the

## 22 ~ SAN MIGUEL RIVER, SEGMENT 6



### ~SUITABLE SEGMENT~

*Classification:* **Recreational**

*ORVs:* **Recreational, Fish, Historic, Vegetation**

*Suitable Length:* **2.1 miles**

*BLM-Administered:* **2.1 miles**

*Key Considerations:*

- Water yield contributes significantly to the proper hydrologic function of the Lower Dolores River downstream. Flows from the San Miguel River support sensitive fish species in Dolores River.

- The CWCB has secured an instream flow water right designed to provide habitat for native fish species and to support the riparian community.



**SAN MIGUEL HYDROLOGIC UNIT**

BLM_0075726

**Final Wild and Scenic River Suitability**

reach due to population numbers and the lack of non-native fish. In addition, the reach was historically occupied by the Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

### Historic
One of the premier engineering accomplishments of the 19th century in the west, remnants of the historic Hanging Flume dot the canyon walls along this stretch of the San Miguel. The thirteen-mile flume was built in the late 1800s to supply water to a hydraulic placer gold mining operation on the Dolores River near Roc Creek. The structure was added to the National Register of Historic Places in 1980, and was listed as one of Colorado's Most Endangered Places in 1999. In addition, the flume is listed on the Colorado State Register of Historic Properties, the World Heritage Fund's list of most endangered places and the 2006 World Monument Fund Watch List of 100 Most Endangered Sites.

Historic uranium mining buildings and shafts can also be found along this stretch, many of which have been evaluated and found to be eligible for nomination to the National Register of Historic Places under *Criterion A*.

### Vegetation
This riparian zone contains New Mexico privet riparian shrubland *(Forestiera pubescens)*, which is currently ranked as globally imperiled (G2). The reach is included within the Uravan West Potential Conservation Area and is considered by CNHP to have outstanding significance.

## WATER RIGHTS AND USES

Water yield through San Miguel, Segment 6 contributes to the proper hydrologic function of the Lower Dolores River. Average monthly flow volume at the USGS gage at Uravan is 19,672 acre-feet and 236,066 acre-feet annually. Flow volumes peak in May with an average of 57,697 acre-feet.

Estimated Average Monthly Flow Volume below Confluence of Dolores and San Miguel Rivers (Combined San Miguel River at Uravan and Dolores River at Bedrock, USGS gages 1985-2017)

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Monthly Discharge | 138 | 167 | 394 | 1,332 | 1,814 | 1,266 | 426 | 259 | 215 | 229 | 182 | 144 |
| Mean Monthly Acre-feet | 8,470 | 9,258 | 24,184 | 79,121 | 111,343 | 75,200 | 26,148 | 15,897 | 12,771 | 14,056 | 10,811 | 8,839 |
| Percent Contribution from San Miguel River | 64% | 63% | 59% | 57% | 52% | 64% | 74% | 63% | 60% | 68% | 65% | 64% |

BLM_0075727

In January 2011, the CWCB appropriated an instream flow water right for the lower San Miguel River (from the confluence of Calamity Draw to the confluence with the Dolores River) of 325 cfs (from April 15 to June 14), 170 cfs (from June 15 to July 31), 115 cfs (from August 1 to August 31), 80 cfs (from September 1 to February 28), and 115 cfs (from March 1 to April 14. The water right was appropriated pursuant to a joint recommendation from Colorado Parks and Wildlife and the BLM. The water right is structured to protect the habitats used by three native warm water fish species and to protect base flows needed by riparian species. The Division 4 Water Court decreed this instream flow water right on May 20, 2013.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in the watersheds located upstream from this segment will increase from 5,900 acre-feet (low estimate) to 11,000 acre-feet (high estimate). Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Montrose County Firming Project – Montrose County holds the following conditional water rights within the San Miguel watershed: Maverick Draw Reservoir No. 1 (6,700 acre-feet), Maverick Draw Reservoir No. 2 (5,600 acre-feet), Big Bucktail Reservoir (5,000 acre-feet), Tuttle Draw Reservoir (1,200 acre-feet), Nucla Pump Site and Pipeline (2.31 cfs), Highline Canal (3.11 cfs), Nucla Town Reservoir (1,200 acre-feet), and Paradox Valley Pipeline (1.0 cfs). The water decree for these structures specifies that aggregate annual usage from all of the decreed structures is limited to 3,200 acre-feet of consumptive use annually.

- Deere and Ault Consultants prepared an analysis of the proposed direct flow and diversions into storage proposed for the Firming Project. The study concluded that the proposed diversions would have little to no effect on whitewater recreation opportunities on the San Miguel River, in terms of boatable days relative to current conditions. In addition, the study concluded that Firming Project diversions would result in an average annual change in San Miguel flow from 0.97% to 1.17%. Based upon this analysis, the BLM concludes that any federal permits needed to construct the project are unlikely to contain terms and conditions to protect ORVs that would significantly reduce the yield of the proposed project.

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

**Final Wild and Scenic River Suitability**

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

According to Colorado Decision Support System HydroBase estimates, there are more than 349,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries of the San Miguel River. If developed, these water rights would be senior to any instream flow or federal water right on this segment and could further diminish flow through this reach.

The 2004 Statewide Water Supply Initiative identified future potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek, and above Horsefly Creek) and major tributaries, including Horsefly Creek and Maverick Draw. Given current construction costs and concerns over environmental impacts, dam sites identified on the mainstem may be difficult to develop. This assessment includes Saltado Reservoir on the San Miguel River downstream of Specie Creek, with a conditional water right totaling over 140,000 acre-feet.

While there are no existing impoundments within the segment, there are a few small impoundments upstream (including Trout Lake and Hope Lake on the Lake Fork tributary) and a few off-channel impoundments associated with Cascabel Ranch.

## Land Ownership and Uses

### ROW and Withdrawals
ROWs within the corridor include Colorado State Highway 141, several county roads, telephone and powerlines, and an historic irrigation ditch and water pipeline.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources, the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Resources
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims would be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## Administration

WSR designation for this segment complements BLM Colorado Public Land Health standards for riparian vegetation and, by supporting habitat for native warm water fishes, is consistent with the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

BLM_0075729

State and local governments have not indicated an interest in sharing administration or funding of a designated segment.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs associated with administering and managing this segment for the Recreational, Fish, Historic, and Vegetation ORVs would be moderately to much higher than current funding levels. With easy access to the river corridor provided by the paralleling county road, visitor use would be expected to increase if designated. As a result, additional funding for facilities would likely be needed.

A county road currently infringes on the stream channel and riparian zone along portions of this reach. With future county plans to possibly widen the road, costly measures would be necessary to avoid additional impacts on the river corridor. If purchased from willing sellers, private lands in the upper reaches of the segment would add value for ORV protection.

### Alternative Protective Measures Considered

While WSR designation would provide the most comprehensive protection for the ORVs, conservation easements on select private portions of the corridor offer some protection of ORVs on private lands. The instream flow water right decreed by the CWCB in 2013 will play an important role in sustaining the Fish and Vegetation ORVs, and it may indirectly protect the recreation opportunities found in this segment.

BLM_0075730



FIGURE 13 - (23) TABEGUACHE CREEK, SEGMENT 1

BLM_0075731

## SUMMARY OF RATIONALE FOR DETERMINATION

Tabeguache Creek, Segment 1 was found to be *suitable* for WSR designation, with a classification of *Wild*. The BLM made this determination because:

- This segment supports riparian communities that are "A" ranked by the CNHP, indicating unusually high quality of riparian habitat. The high-quality habitat includes globally vulnerable riparian communities. Riparian communities of this quality and rarity are unusual for lower elevation locations in the Southern Rocky Mountain ecoregion. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of this ORV.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. Based on the recommendation of the Resource Advisory Council Subgroup, the segment was redelineated to begin at the USFS boundary and end one-quarter mile from private property.

- While the current CWCB instream flow water right from the confluence with Fortyseven Creek to the headgate of the Templeton Ditch provides some base flow protection for the riparian ORV, it does not provide full protection because it does not protect peak flows that are necessary to support riparian communities. The federal reserved water right that comes with designation would allow the BLM to file for a water right that provides full protection. However, it is also possible that the BLM could work collaboratively with the CWCB to increase the instream flow water right to fully support the riparian Vegetation ORV. To acknowledge current instream flow protection and the potential to protect riparian flows by increasing the existing instream flow water right or by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on Tabeguache Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

- The stream segment is afforded land use protection through the existing Tabeguache Area designation created by Congress in 1993. However, the designation does not provide any protection for stream flows that are necessary to support the riparian Vegetation ORV. The federal reserved water right created by designation would allow the BLM to file for a water right that is fully supportive of riparian values, if flow protection cannot be obtained through other means, such as through cooperation with the CWCB.

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

BLM_0075732



## 23 ~ TABEGUACHE CREEK, SEGMENT 1

### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORV:* **Vegetation**

*Suitable Length:* **3.4 miles**

*BLM-Administered:* **3.4 miles**

*Key Considerations:*

- Existing designation as a Special Management Area offers significant land use protection to sustain the Vegetation ORV.
- Limited water development in the upper Tabeguache Basin results in a flow regime that mimics natural conditions.
- A contiguous 3.7-mile upstream portion of Tabeguache Creek managed by the USFS is identified as eligible in the Proposed Land Management Plan for the Grand Mesa, Uncompahgre, and Gunnison National Forests (2007), based upon Scenic and Cultural ORVs.



**SAN MIGUEL HYDROLOGIC UNIT**

*Public Input*

The segment received balanced support for and opposition to a suitability determination, with supporters highlighting protection of the wild and natural values within the corridor and opponents expressing concern over impacts on private property and potential restrictions to use. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUE

*Vegetation*

This segment contains a superior (A-ranked) occurrence of narrowleaf cottonwood/skunkbush sumac riparian woodland *(Populus angustifolia/Rhus trilobata)*, classified as vulnerable globally (G3). There is also a superior (A-ranked by CNHP) occurrence of common sandbar willow/barren riparian shrubland *(Salix exigua/barren)*. The entire segment lies within the CNHP-designated San Miguel River at Tabeguache Creek Potential Conservation Area.

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of lower Tabeguache Creek and the lower San Miguel River downstream.

The CWCB has appropriated an instream flow water right on this segment with a 2010 priority date. The water right is decreed for 1.6 cfs (November 1 to March 31), 3.5 cfs (April 1 to June 30), and 2.0 cfs (July 1 to October 31). The instream flow water right provides some base flow protection for the Vegetation ORV.

An irrigation diversion within the segment known as Skees Ditch was decreed for 1.92 cfs in 1939 by the State of Colorado, but no records are available indicating if and when it was constructed. A field assessment conducted by BLM personnel in May 2009 found no physical sign of a diversion or ditch. Although the Skees Ditch has not been

BLM_0075733

developed, it is considered an absolute water right by Colorado and would be senior to both the pending state instream flow and any federal instream flow resulting from WSR designation.

Glencoe Ditch, in the Tabeguache Creek watershed headwaters, is presently decreed to divert up to 17 cfs. The water right is senior to the existing CWCB instream flow water right and to any federal water right that could be established as part of WSR designation. Changing an existing water right within or upstream of the segment could be limited in the future by any instream flow right, including the existing CWCB instream flow right or the federal reserved instream flow right associated with WSR designation.

There are no impoundments or conditional water rights within the segment. Diversions totaling 22.18 cfs are decreed upstream of this segment. Conditional water rights upstream of the segment include 2.0 cfs for diversion and 30 acre-feet for storage.

## LAND OWNERSHIP AND USES

A contiguous 3.7-mile upstream portion of Tabeguache Creek managed by the USFS is identified as eligible for WSR designation in the Proposed Land Management Plan for the Grand Mesa, Uncompahgre, and Gunnison National Forests (2007), based upon Scenic and Cultural ORVs.

### Special Designations

This segment and the contiguous USFS segment are within the Tabeguache Area, an area withdrawn by Congress and managed to protect wilderness values. There are no existing mineral leases or mining claims because of this withdrawal. Due to the designation, the only foreseeable actions within the segment are likely to be BLM-proposed projects. Access is limited to non-mechanized and non-motorized use.

## ADMINISTRATION

Lands located upstream of this segment are managed primarily by the USFS. Existing USFS authorities provide adequate management capability to protect streamflows and sustain the ORVs identified by USFS.

WSR designation would be consistent with policies and authorities afforded by designation as a Special Management Area and would complement the BLM Colorado Public Land Health standard for riparian vegetation.

Tabeguache Creek contributes flow to the Lower San Miguel and Dolores Rivers, supporting habitat for native warm water fish. WSR designation would be consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

State and local governments have not indicated an interest in sharing administration and funding of a designated WSR segment.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for

BLM_0075734

signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Administrative costs associated with managing this segment for the Vegetation ORV would not likely increase much above current levels. The segment is remote, has limited access along undeveloped trails, and the riparian zone is completely under federal management, factors that assist in protecting the ORV. Additional facilities would not be needed if designated. A small amount of additional funding would be needed for signage, public education, ranger patrolling, and maintenance.

### *Alternative Protective Measures Considered*
The existing Tabeguache Area congressional designation provides comprehensive land use protection of the Vegetation ORV, but the existing state-based instream flow water right provides only partial protection of the Vegetation ORV. In addition, the watershed upstream of this segment is dominated by USFS lands, and much of this land is also within the congressionally designated Tabeguache Area.



FIGURE 14 - (25) LOWER DOLORES RIVER

BLM_0075736

**Final Wild and Scenic River Suitability**

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

The Lower Dolores River segment was found to be *suitable* for WSR designation, with a classification of *Scenic*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and designation would help ensure the long-term sustainability of the ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. Based on recommendations of the Resource Advisory Council Subgroup, the segment was shortened from its eligible length to end at and exclude the private Weimer property. In addition, the corridor boundary was modified to protect mining claims and delineated on the east side by the highway and on the west side by natural topographic features such as the canyon rim.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not interfere with management of the US Department of the Interior, Bureau of Reclamation's (BOR) Dolores Project, located upstream. See the "Authorities" section of this planning document for a discussion of WSR authorities and BOR authorities.

- The BLM would rely upon the instream flow water right appropriated by the CWCB that covers this segment to protect water-dependent environmental values, if that water right is ultimately approved by the water court. This approach would avoid a potential conflict between State of Colorado water interests and a federal reserved water right that comes with designation. The BLM's suitability determination includes the following finding:

  - *Based upon the Colorado Division 4 Water Court's entry of a decree in Case Number 15CW3111, for an instream flow water right on the Dolores River from its confluence with the San Miguel River down to a point just above its confluence with West Creek at the flow rates and timing confirmed in that decree, and provided that the instream flow right is vigorously enforced by the CWCB, the BLM does not believe it would be necessary to quantify, assert, or adjudicate a federal reserved water right if this segment is ultimately designated into the NWSRS.*

- Designation would be consistent with the programs and policies of other agencies. Designation would support the range-wide conservation agreement for Flannelmouth Sucker *(Catostomus latipinnis)*, Bluehead Sucker *(Catostomus discobolus)*, and Roundtail Chub *(Gila robusta)*. The State of Colorado and BLM are signatories to this agreement. In addition, the Southwest Basin

BLM_0075737

**Uncompahgre Field Office Planning Area**

Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

*Public Input*
The segment received support for and moderate opposition to suitability. Supporters identifed the outstanding scenery and wild and natural setting, and generally supported the results of the BLM's Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners and Dolores Water Conservancy District, expressed concern over potential restrictions on historic and future uses of water upstream from the segment and expressed concern about restrictions on land use within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Scenic*
An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The following observations were derived from their field notes: A highly varied landscape marked by prominent cliffs, strong vertical relief and interesting erosional patterns, make the Dolores River a visually remarkable area. Exceptional views of adjacent scenery complete the stunning scene. The colors in the area, consisting of greens, yellows, oranges, tans, reds, browns and grays, are rich and varied. Cultural modifications consist of power lines, a recreation site, and Colorado Highway 141 that do not detract greatly from the scenery.

From the mouth of the San Miguel River downstream to the confluence with Red Canyon, the river meanders through a narrow canyon bounded by sheer red rock walls. The scenic value created by the river flowing within the canyon is rare in the region of comparison. The

## 25 ~ LOWER DOLORES RIVER



## ~SUITABLE SEGMENT~

*Classification:* **Scenic**

*ORVs:* **Scenic, Recreational, Geologic, Fish, Wildlife**

*Suitable Length:* **4.2 miles**

*BLM-Administered:* **4.2 miles**

*Key Considerations:*

- Flow through the segment is significantly diminished by the operation of McPhee Dam upstream, but stakeholders are attempting to optimize management of remaining flows to support sensitive fish and recreation.

- A suitability determination and designation would not impact operation of BOR's Dolores Project, located upstream.



**LOWER DOLORES HYDROLOGIC UNIT**

BLM_0075738

**Final Wild and Scenic River Suitability**

section downstream from the confluence with Red Canyon opens to broken ledges and slopes, and does not merit the same outstandingly remarkable scenic quality.

### Recreational

This section of the Dolores River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the Dolores River and its associated historic sites and surrounding landscape. The river provides extraordinary opportunities for rafting, kayaking and canoeing in a spectacular redrock canyon. With only a handful of comparable opportunities spread across the entire Colorado Plateau, this is an outstanding section of water.

### Geologic

The Dolores River has a well-defined entrenched meander channel pattern through this area, with exposures of Triassic-age Chinle, Wingate, and Kayenta formations. The river has been superimposed upon the Colorado Plateau geology as the region has undergone uplifting. Initially the river established a meandering pattern and as the area rose, the river cut down in this channel until the pattern became well entrenched. Now the river cannot easily cut across the meander bends to create oxbow lakes, as many unentrenched rivers do. Over time, as the river downcuts, it exposes underlying rock formations, usually in the form of resistant redrock sandstone cliffs. The Chinle, Wingate, and Kayenta formations all exhibit this cliff-forming erosional characteristic.

### Fish

This segment harbors exemplary populations of three BLM and Colorado sensitive species: Flannelmouth Suckers (*Catostomus latipinnis*), Bluehead Suckers (*Catostomus discobolus*), and Roundtail Chubs (*Gila robusta*). In addition, this segment was historically occupied by Colorado pikeminnow (*Ptychocheilus lucius*), a federally endangered species.

### Wildlife

This river segment provides exceptionally high quality habitat for peregrine falcons (*Falco peregrinus*), and is considered a regionally important area for this rare BLM sensitive species. In 1999, the peregrine was delisted from threatened status under the Endangered Species Act. The BLM monitors the status of peregrine populations to ensure their continued recovery. Peregrine falcons are closely associated with steep-walled canyons and often nest near perennial water sources that support prey populations such as waterfowl, songbirds, and shorebirds. Peregrine pairs were observed along this segment as recently as 2008 and 2009, and breeding/nesting activity has been confirmed along this segment. Several established peregrine territories also occur in the vicinity.

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the Lower Dolores River downstream (within the BLM Grand Junction Field Office).

During 2018, in Case Number 2015 CW 3111, the Division 4 water court decreed an instream flow water right on the Dolores River between the confluence with the San Miguel River and the

town of Gateway, which includes river miles that are within the segment. The decreed flow rates are 900 cfs from April 15 to June 14, 400 cfs from June 15 to July 15, 200 cfs from July 16 to August 14, 100 cfs from August 15 to March 15, and 200 cfs March 16 to April 15. The instream flow water right application filed by the Colorado Water Conservation Board was based upon a joint recommendation from Colorado Parks and Wildlife and the BLM, designed to protect flows necessary to sensitive fish species, including Flannelmouth Sucker (*Catostomus latipinnis*), Bluehead Sucker (*Catostomus discobolus*), and Roundtail Chub (*Gila robusta*). The CWCB filed this instream flow water right application with the intent to protect these species, and with intent to avoid federal permitting requirements on streamflow if water projects are proposed in upstream locations. The Final Resource Management Plan for the BLM Grand Junction Field Office, which manages portions of the Dolores River downstream from this segment, contained the following language:

> If the Colorado water court system decrees an instream flow water right for the Dolores River in the locations, flow rates, and timing appropriated by the CWCB at its March 2014 Board meeting, and if the instream flow water right is vigorously enforced by the CWCB, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water rights if this segment is ultimately designated into the NWSRS.

There are no conditional water rights or impoundments within the segment. Two small diversions along the lower reaches of the segment do not detract from the natural character of the river.

Flow through the segment is greatly diminished by the operation of the McPhee Dam upstream. A large portion of natural water yield entering the reservoir is transferred out of the basin, primarily for agricultural uses. Water rights associated with the McPhee Reservoir are senior to the instream flow water right that the CWCB has applied for on this segment.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in the watersheds located upstream from this segment will increase from 9,200 acre-feet (low estimate) to 15,700 acre-feet (high estimate). Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Upper Plateau Creek Storage Reservoir and Pumpback Project – The Dolores Water Conservancy District holds a 21,000 acre-foot conditional storage right for a proposed reservoir located upstream from McPhee Reservoir.

- Montrose County Firming Project – Montrose County holds the following conditional water rights within the San Miguel watershed: Maverick Draw Reservoir No. 1 (6,700 acre-feet), Maverick Draw Reservoir No. 2 (5,600 acre-feet), Big Bucktail Reservoir (5,000 acre-feet), Tuttle Draw Reservoir (1,200 acre-feet), Nucla Pump Site and Pipeline (2.31 cfs), Highline Canal (3.11 cfs), Nucla Town Reservoir (1,200 acre-feet), and Paradox Valley Pipeline (1.0

**Final Wild and Scenic River Suitability**

cfs). The water decree for these structures specifies that aggregate annual usage from all of the decree structures is limited to 3,200 acre-feet of consumptive use annually.

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

According to the 2004 Statewide Water Supply Initiative, between 400,000 and 500,000 acre-feet of conditional storage water rights upstream throughout the San Miguel and Upper Dolores basins have priority dates that are senior to any existing or future instream flow water rights. As rights are perfected to meet future water demand, flows through the segment could be diminished. Additional water developments for uses such as irrigation are likely to increase along with the growing population.

## LAND OWNERSHIP AND USES

### ROWs and Withdrawals
ROWs within the segment include telephone lines, powerlines, a highway, county roads, private access roads, and a gravel pit.

While public lands adjacent to the river are withdrawn to the Department of Energy as a potential Power Site, the Powersite classification does not preclude WSR designation.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims would be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

Because most of the water in this basin has already been appropriated by senior absolute and conditional water rights, it is unlikely that a federal reserved water right associated with designation would be effective in providing long-term protection of flows needed to support the ORVs.

BLM_0075741

Managing this segment to sustain native warm water fish is consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

WSR designation would complement BLM Colorado Public Land Health standards for special status species and wildlife.

The BLM Grand Junction Field Office, through its Final Resource Management Plan, determined that 10.38 miles of the Dolores River are suitable for WSR designation. The suitable segment is located immediately downstream of the administrative boundary between the BLM Grand Junction Field Office and UFO, but it is not contiguous with this segment.

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR segment.

### *Potential Costs Associated with WSR Designation*

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

The costs for administering and managing this segment for the Scenic, Recreational, Geologic, Fish, and Wildlife ORVs would be substantially higher than current funding levels. The lower portion of this segment is paralleled by Colorado State Highway 141, providing diffuse access points to this portion of the river corridor. If designated, the potential increase in visitor use, especially in the lower portion of the corridor, would require additional funding for facilities, public education, signage, additional weed control, and ranger patrolling. Visitor use in the upper portion of the segment would be limited to mostly river-based recreation activities which would require a small amount of additional funding for maintenance and primitive camp and day use site development.

If purchased from willing sellers, private land parcels within the corridor would have added value for ORV protection.

### *Alternative Protective Measures Considered*

Sensitive fish species will receive protection from the instream flow water right appropriated by the CWCB in 2015, assuming that objections to the water right are resolved and the water court issues a final decree.

The Visual Resource Management classification of the segment could be upgraded to protect the Scenic ORV.

The Hanging Flume receives protection through listing on the National Register of Historic Places.

BLM_0075742

**Final Wild and Scenic River Suitability**



**FIGURE 15 - (27) DOLORES RIVER, SEGMENT 2**

BLM_0075743

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

Dolores River, Segment 2 was found to be *suitable* for WSR designation, with a classification of *Recreational*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and designation would help ensure the long-term sustainability of the ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. Based on recommendations of the Resource Advisory Council Subgroup, the 5.3-mile downstream public land portion of Dolores River, Segment 2 was found to be *suitable* for WSR consideration, with a classification of *Recreational.* Suitability was not supported for the 6.2-mile private land portion upstream. In addition, the protective corridor was modified to exclude the Buck Shot Mine and associated ROW and to follow the cliff line if less than 0.25-mile from the river center.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not interfere with management of BOR's Dolores Project, located upstream. See the "Authorities" section of this planning document for a discussion of WSR authorities and BOR authorities.

- Stakeholder efforts to improve flow management are complemented by an existing CWCB instream flow water right that is designed to protect base flows released from McPhee Reservoir. The BLM can avoid a potential conflict between future collaborative efforts to improve flows and a federal reserved water right that comes with designation by including the following finding in BLM's suitability determination:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on the Dolores River Segment 2, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment is it is ultimately designated into the NWSRS.*

- Designation would be consistent with the programs and policies of other agencies. Designation would support the range-wide conservation agreement for Flannelmouth Sucker (Catostomus latipinnis), Bluehead Sucker (Catostomus discobolus), and Roundtail Chub (Gila robusta). The State of Colorado and BLM are signatories to this agreement. In addition, the Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

BLM_0075744

*Final Wild and Scenic River Suitability*

## 27 ~ DOLORES RIVER, SEGMENT 2



### ~SUITABLE SEGMENT~

*Classification:* **Recreational**

*ORVs:* **Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation**

*Suitable Length:* **5.3 miles**

*BLM-Administered:* **5.3 miles**

*Key Considerations:*

- A series of alluvial water wells adjacent to the river are managed by the BOR as part of the Paradox Valley Unit, Salinity Control Project. Flow through the segment is significantly diminished by the operation of McPhee Dam upstream, but stakeholders are attempting to optimize management of remaining flows to support sensitive fish and recreation.

- A suitability determination and designation would not impact operation of BOR's Dolores Project, located upstream.

**UPPER DOLORES HYDROLOGIC UNIT**

### Public Input

The segment received support for and moderate opposition to suitability. Supporters identified the outstanding scenery and wild and natural setting, and generally supported the results of Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners and Dolores Water Conservancy District, expressed concern over potential restrictions on historic and future uses of water upstream from the segment and restrictions on land use within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Scenic

An interdisciplinary BLM field inventory team evaluated the area and assigned the lower portion of this segment from where the river leaves the Paradox Valley downstream to the mouth of the San Miguel River a *Scenic Quality Classification of A*. The following observations were derived from field notes: A highly varied landscape marked by prominent cliffs, strong vertical relief, and interesting erosional patterns, make the Dolores River a visually remarkable area. Exceptional views of adjacent scenery complete the stunning scene. Spectacular landforms, water, and vegetation of rich and varied color combine to create one of the most dramatic canyons in Western Colorado. A small, dirt road paralleling the river in the lower section detracts only minimally from the scenic quality.

#### Recreational

When releases from McPhee Dam allow, the lower five miles of this reach offer rare and outstanding opportunities for rafting, kayaking, and canoeing in a deep, meandering redrock canyon. With only a handful of rivers on the Colorado Plateau possessing such qualities, the Dolores River attracts boaters from across the western United States.

BLM_0075745

### Geologic

The Paradox Basin is a northwest, southeast trending geologic structural anticline that has at its core the Pennsylvanian-age Paradox Formation, a halitic evaporite. Over time, water has partially dissolved the salt core, causing the axis of the anticline to collapse and creating a valley with walls that dip away in either direction. The Dolores River has carved a channel across and perpendicular to this collapsed valley, forming the geological paradox for which the valley is named.

After traversing the Paradox Valley and exiting toward the north, the Dolores River follows a well-defined and exemplary entrenched meander channel. Initially the slow-moving river established its meandering pattern. As the Colorado Plateau uplifted, the accelerated flow continued to downcut within this same channel until the pattern became entrenched. Now the river cannot easily cut across these meander bends to form oxbow lakes, as many unentrenched rivers do. As the river carves slowly downward through Triassic-age strata of the Chinle Group, Wingate Sandstone, and Kayenta Formation, it exposes resistant red sandstone cliffs.

### Fish

This river segment supports populations of three BLM and Colorado sensitive species: Flannelmouth Suckers *(Catostomus latipinnis)*, Bluehead Suckers *(Catostomus discobolus)*, and Roundtail Chubs *(Gila robusta)*. In addition, this segment was historically occupied by Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

### Wildlife

This river segment provides exceptionally high quality habitat for peregrine falcons *(Falco peregrinus)*, and is considered a regionally important area for this rare BLM sensitive species. In 1999, the peregrine was delisted from threatened status under the Endangered Species Act. The BLM monitors the status of peregrine populations to ensure their continued recovery. Peregrine falcons are closely associated with steep-walled canyons and often nest near perennial water sources that support prey populations such as waterfowl, songbirds, and shorebirds. Peregrine breeding/nesting activity has been confirmed along this segment. Active territories and nests occur within this reach. In addition, the BLM sensitive canyon treefrog *(Hyla arenicolor)* occupies portions of this stretch.

### Vegetation

This segment contains areas of New Mexico privet riparian shrubland *(Forestiera pubescens)*, which is classified as globally imperiled (G2).

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Lower Dolores River downstream.

The CWCB holds a year-round 78 cfs instream flow water right along the entire segment, with a 1975 priority date. The water right is structured to protect the base flows that are necessary to protect the natural environment to a reasonable degree. This water right also provides some protection of the ORVs.

In 2015, the CWCB appropriated an instream flow water right on the Dolores River between the confluence with the San Miguel River and the town of Gateway. Even though this instream water

BLM_0075746

right is downstream from the segment in this analysis, the water right could have the effect of calling for, and protecting, water from this portion of the Dolores River. This would occur when inflows from the San Miguel River are not sufficient to satisfy the lower Dolores River instream flow water right and water is also spilling from McPhee Reservoir. The appropriated flow rates are 900 cfs from April 15 to June 14, 400 cfs from June 15 to July 15, 200 cfs from July 16 to August 14, 100 cfs from August 15 to March 15, and 200 cfs March 16 to April 15. On December 30, 2015, the CWCB filed a water court application with the Division 4 water court for this instream flow water right, and the water court entered a decree for the right on April 10, 2018.

There are no conditional water rights within the segment. The only withdrawals are a series of alluvial wells along the corridor that are operated as part of Paradox Valley Unity, Deep Well Injection Salinity Control Project.

Flow is greatly diminished by the operation of the McPhee Dam upstream. A large portion of natural water yield entering the reservoir is transferred out of the basin, primarily for agricultural uses. Water rights associated with McPhee are senior to the instream flow water right.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in Montezuma and Dolores Counties located upstream from this segment will increase from 3,300 acre-feet (low estimate) to 4,700 acre-feet (high estimate). Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment because the permitting agency would be required to consider downstream impacts on this segment. The most significant of these projects is the Upper Plateau Creek Storage Reservoir and Pumpback Project. The Dolores Water Conservancy District holds a 21,000 acre-foot conditional storage right for this project, which includes a proposed reservoir located upstream from McPhee Reservoir.

The 2004 Statewide Water Supply Initiative identified 141,000 acre-feet of conditional water right the basin. These conditional water rights are senior to both the existing instream flow water right on the Dolores River and to any federal reserved water right that would come with designation. In addition, development of some of the conditional water rights would require federal permits. If this segment is designated, the federal agencies issuing those permits would be obligated to make decisions that are consistent with maintaining and enhancing the designated segment.

## LAND OWNERSHIP AND USES

### ROWs and Withdrawals
BLM ROWs within the corridor include a Montrose County road, telephone and powerlines, and the BOR Paradox Valley Salinity Control Project, including an evaporative salt disposal pond.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources, the Powersite Classification does not preclude WSR designation.

BLM_0075747

*Energy and Mineral Resources*
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims would be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

Because most of the water in this basin has already been appropriated by senior absolute and conditional water rights, it is unlikely that a federal reserved water right associated with designation would be effective in providing long-term protection of flows to support the ORVs.

A Montrose County road located within the corridor may need to be upgraded and enlarged in the future.

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR segment.

*Potential Costs Associated with WSR Designation*
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs associated with administering and managing this segment for the Scenic, Recreation, Geologic, Fish, Wildlife, and riparian Vegetation ORVs would be moderately to much higher than current funding levels. With easy access to the river corridor provided by the paralleling county road, visitor use would be expected to increase if designated. Additional funding would likely be needed for facilities and increased weed control.

A county road currently infringes on the stream channel and riparian zone along portions of this reach. With future county plans to possibly widen the road, costly measures would need to be employed to avoid additional impacts on the river corridor.

*Alternative Protective Measures Considered*
The current state-based instream flow water right for 78 cfs provides limited protection for the ORVs.

The Dolores River Working Group is proposing that the area be designated as a National Conservation Area.

BLM_0075748

The area is being proposed as a Special Recreation Management Area in one RMP alternative and as an Extensive Recreation Management Area in the preferred alternative. In addition, portions of the corridor are being proposed as an ACEC in one alternative.

BLM_0075749



**FIGURE 16 - (30) LA SAL CREEK, SEGMENT 2**

BLM_0075750

**SUMMARY OF RATIONALE FOR BLM DETERMINATION**

La Sal Creek Segment 2 was found to be **suitable** for WSR designation, with a classification of **Recreational**. The BLM made this determination because:

- La Sal Creek supports a globally vulnerable riparian community and is one of the few tributary creeks to the Dolores River that provides suitable spawning habitat for Flannelmouth Sucker (*Catostomus latipinnis*), Bluehead Sucker (*Catostomus discobolus*), and Roundtail Chub (*Gila robusta*), which are BLM-listed sensitive fish species. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of these ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. In addition, there was strong public support for suitable determination. Based on recommendations from the Resource Advisory Council Subgroup, the eligibility classification was changed from *Scenic* to *Recreational* in order to accommodate potential future mining activities and road improvements, and the segment length was reduced to end at and exclude the Cashin Mine.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- While the current CWCB instream flow water right provides some baseflow protection for the riparian ORV, it does not provide full protection because it does not protect peak flows that are necessary to support riparian communities. The federal reserved water right that comes with designation would allow the BLM to file for a water right that provides full protection. However, it is also possible that BLM could work collaboratively with the CWCB to increase the instream flow water right to fully support the riparian Vegetation ORV. To acknowledge current instream flow protection and the potential to protect riparian flows by increasing the existing instream flow water right or by using other methods, the BLM's suitability determination includes the following finding:

  > If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on La Sal Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.

- The suitability determination has been structured to minimize conflict with likely long-term land uses. The stream segment has been classified as Recreational, a classification that provides the greatest level of flexibility to allow for continuation of road access to mining areas. In addition, a suitability determination and designation would not be likely to conflict with upstream water

BLM_0075751

uses. Existing uses are senior to the existing instream flow water right and to any future increases that may be made to the existing instream flow water right. Finally, the suitability determination does not incorporate any private lands that are currently irrigated.

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

- La Sal Creek contributes to river system integrity by providing approximately 13% of the average annual flow in the Dolores River just upstream of the Bedrock Bridge. The estimated percentage of flow increases to 25% of the flows in the Dolores in July. These flows are crucial in helping sustain the BLM-listed sensitive fish in La Sal Creek, as well as the Dolores River.

La Sal Creek, Segment 2 was found to be *suitable* for WSR consideration, with a classification of *Recreational*.

### Public Input
The segment received much support for and limited opposition to suitability, with supporters highlighting the healthy riparian ecosystem and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restriction of water and mining uses. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Fish
This segment harbors exemplary populations of three BLM and Colorado sensitive species: Flannelmouth Suckers *(Catostomus latipinnis)*, Bluehead Suckers *(Catostomus discobolus)*, and Roundtail Chubs *(Gila robusta)*.

## 30 ~ LA SAL CREEK, SEGMENT 2



~**SUITABLE SEGMENT**~

*Classification:* **Recreational**

*ORVs:* **Fish, Vegetation**

*Suitable Length:* **3.3 miles**

*BLM-Administered:* **3.3 miles**

*Key Considerations:*

- The current CWCB instream flow water right is designed primarily to protect base flows for fish habitat purposes, but an opportunity exists to collaborate with the CWCB on flow protection for the vegetation ORV.

- Both the river segment and corridor consist primarily of public lands.



**UPPER DOLORES HYDROLOGIC UNIT**

BLM_0075752

This is one of a very few spawning tributaries for these species within the Dolores River Basin. The segment is largely intact, with native fish predominant over introduced species, and includes populations of native speckled dace *(Rhinichthys osculus)* and mottled sculpin *(Cottus bairdii)*.

### *Vegetation*

The entire length of this segment supports boxelder/river birch riparian woodland *(Acer negundo/Betula occidentalis)*, which is currently ranked as globally imperiled (G2). The segment is included within the CNHP-designated La Sal Creek Potential Conservation Area.

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of Lower La Sal Creek downstream. Average monthly flow volume at the mouth of La Sal Creek is estimated at 1,244 acre-feet and 14,931 acre-feet annually using USGS Streamstats regression equations.

La Sal Creek Estimated Average Monthly Flow Volume at Mouth (USGS StreamStats)

|  | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Monthy Discharge | 7.42 | 8.76 | 12.1 | 28.6 | 55.3 | 55.8 | 27.6 | 18 | 3.6 | 12.5 | 9.48 | 8.09 |
| Mean Monthly Acre-feet | 455 | 486 | 743 | 1,699 | 3,394 | 3,315 | 1,694 | 1,105 | 214 | 767 | 563 | 497 |
| Percent Contribution to Dolores River Annual flows | 15% | 14% | 8% | 5% | 6% | 12% | 25% | 19% | 4% | 17% | 15% | 16% |

The CWCB holds an instream flow water right along the entire segment with a 2002 priority date. The instream water right is decreed for 3 cfs (from December 15 to March 14), 5.1 cfs (from March 15 to June 14), and 1.2 cfs (from June 15 to December 14). The flow would also provide some protection of ORVs by limiting future water right actions within and upstream of the segment.

No absolute or conditional water rights occur within the segment. No impoundments occur within or upstream of the segment to the Colorado-Utah state line. Four ditch diversions are located upstream of the segment within La Sal Creek, Segment 1.

### LAND OWNERSHIP AND USES

The suitable portion of the corridor consists of BLM-administered public land.

### *ROWs*

Numerous BLM ROW authorizations cross or run adjacent to the creek, including transmission powerlines, telephone lines, a CDOT highway, and a Montrose County road.

BLM_0075753

### Energy and Mineral Resource

There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-11, which would allow the minerals to be developed, but would prohibit surface occupancy within 100 meters of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims would be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and special status species.

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR segment.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Recreation, Fish, and riparian Vegetation ORVs would be moderately higher than current funding levels. With easy access to the river corridor provided by a parallel-running county road, visitor use would be expected to increase if designated. Thus, additional funding would be needed for facilities, public education, signage, ranger patrolling, and maintenance.

### Alternative Protective Measures Considered

The current state-based instream flow water right provides for some protection of the Fish and Vegetation ORVs.

An area encompassing the segment is being considered for ACEC designation in one RMP alternative.

BLM_0075754



**FIGURE 17 - (31) LA SAL CREEK, SEGMENT 3**

BLM_0075755

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

La Sal Creek, Segment 3 was found to be *suitable* for WSR designation, with a classification of *Wild*. The BLM made this determination because:

- La Sal Creek supports an unusually high number of ORVs, making it unique within the Colorado Plateau ecoregion. Specifically, it supports a globally vulnerable riparian community and is one of the few tributary creeks to the Dolores River that provides suitable spawning habitat for Flannelmouth Sucker (*Catostomus latipinnis*), Bluehead Sucker (*Catostomus discobolus*), and Roundtail Chub (*Gila robusta*), which are BLM-listed sensitive fish species. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of these ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. In addition, there was strong public support for suitable determination.

- While this segment is within the Dolores River Canyon WSA, this status does not guarantee permanent protection of the ORVs. Even if the lands incorporating this segment were ultimately designated as wilderness, the wilderness designation may not include flow protection, which is necessary to assure continued existence of the fish, riparian, and recreation ORVs.

- This segment is unlikely to be attractive for mineral development because of the nonimpairment criteria for mining operations under the current WSA status.

- While the current CWCB instream flow water right provides some base flow protection for the riparian ORV, it does not provide full protection because it does not protect peak flows that are necessary to support riparian communities. The federal reserved water right that comes with designation would allow the BLM to file for a water right that provides full protection. However, it is also possible that BLM could work collaboratively with the CWCB to increase the instream flow water right to fully support the riparian ORV. To acknowledge current instream flow protection and the potential to protect riparian flows by increasing the existing instream flow water right or by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on La Sal Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

- The suitability determination would be unlikely to conflict with private uses of lands along La Sal Creek. This segment is comprised entirely of BLM-administered lands. In addition, upstream water rights for used for irrigation are senior to the existing instream flow water right and to any potential increases to that water right.

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a

BLM_0075756

*Final Wild and Scenic River Suitability*

# 31 ~ LA SAL CREEK, SEGMENT 3



## ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORVs:* **Scenic, Recreational, Fish, Cultural, Vegetation**

*Suitable Length:* **3.4 miles**

*BLM-Administered:* **3.4 miles**

*Key Considerations:*

- The entire segment is comprised of public land within the Dolores River Canyon WSA, facilitating effective management.

- The CWCB holds an instream flow water right on this segment, but the water right may not be sufficient to fully protect all of the ORVs.

- The segment contains an unusually high number of ORVs.



## UPPER DOLORES HYDROLOGIC UNIT

process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

La Sal Creek contributes to river system integrity by providing approximately 13% of the average annual flow in the Dolores River just upstream of the Bedrock Bridge. The estimated percentage of flow increases to 25% of the flows in the Dolores in July. These flows are crucial in helping sustain the BLM-listed sensitive fish in La Sal Creek, as well as the Dolores River.

### *Public Input*

The segment received much support for and limited opposition to suitability, with supporters highlighting the healthy riparian ecosystem, and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restriction of water and mining uses. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### *Scenic*

An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A.* The following observations were derived from their field notes: Massive rock outcrops and prominent cliffs are the stunning qualities of the La Sal Creek area. The creek flows constant and swift. The rocks and box elder-river birch vegetation create an area of strong contrasts in color and relief consisting of greens, reds, yellows, oranges, grays, and browns. This area is visually exceptional and was determined to be rare within the region.

BLM_0075757

### Recreational

This narrow, deeply incised, and tightly meandering canyon provides superior opportunities for hiking, wildlife observation, nature study, and photography in a high quality, primitive, densely vegetated riparian setting. BLM specialists have observed abundant signs of game species and large predators. The upper end of the segment can be reached by rough four-wheel drive road, while the lower end is accessible by boaters hiking up from the Dolores River.

### Fish

This segment harbors exemplary populations of three BLM and Colorado sensitive species: Flannelmouth Suckers *(Catostomus latipinnis)*, Bluehead Suckers *(Catostomus discobolus)*, and Roundtail Chubs *(Gila robusta)*. The segment is one of only a very few spawning tributaries for these three species in the Dolores River Basin. In addition, this river segment supports two other native fishes: speckled dace *(Rhinichthys osculus)* and mottled sculpin *(Cottus bairdii)*.

### Cultural

Several large and significant petroglyph panels are located at the junction of La Sal Creek and the Dolores River. These panels represent cultural expressions ranging from Archaic hunting motifs dating from as early as 4,000 years ago to late period Anasazi figures from around AD 1000. These petroglyph panels have been recorded and evaluated as being eligible for nomination to the National Register of Historic Places under *Criteria C* and *D*.

### Vegetation

This segment contains boxelder/river birch riparian woodland *(Acer negundo/Betula occidentalis)* along its entire length, which is currently ranked as globally imperiled (G2). The segment is included within the CNHP-designated La Sal Creek Potential Conservation Area.

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Dolores River downstream. Average monthly flow volume at the mouth of La Sal Creek is estimated at 1,244 acre-feet and 14,931 acre-feet annually using USGS Streamstats regression equations.

La Sal Creek Estimated Average Monthly Flow Volume at Mouth (USGS StreamStats)

|  | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Monthy Discharge | 7.42 | 8.76 | 12.1 | 28.6 | 55.3 | 55.8 | 27.6 | 18 | 3.6 | 12.5 | 9.48 | 8.09 |
| Mean Monthly Acre-feet | 455 | 486 | 743 | 1,699 | 3,394 | 3,315 | 1,694 | 1,105 | 214 | 767 | 563 | 497 |
| Percent Contribution to Dolores River Annual flows | 15% | 14% | 8% | 5% | 6% | 12% | 25% | 19% | 4% | 17% | 15% | 16% |

BLM_0075758

The CWCB holds an instream flow water right along the entire segment, with a 2002 priority date. The water right is decreed for 3 cfs (from December 15 to March 14), 5.1 cfs (from March 15 to June 14), and 1.2 cfs (from June 15 to December 14), providing some protection of the ORVs by limiting future water right actions within and upstream of the segment.

No absolute or conditional water rights occur in the segment. No impoundments occur within or upstream of the segment to the Colorado-Utah state line. Four ditch diversions occur upstream of the segment within La Sal Creek, Segment 1.

## LAND OWNERSHIP AND USES

All surrounding federal lands are within the Dolores River Canyon WSA.

Approximately 0.9% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the General Agriculture Zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and special status species.

### Special Designations
The entire segment is located within the Dolores River Canyon WSA. While the WSA affords interim protection for the ORVs, the designation is transitory and should not be relied upon for enduring protection.

### ROWs and Withdrawals
There are no known ROWs within the segment.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Resources
Because of the WSA designation, BLM-proposed projects are likely to constitute the only foreseeable development within the segment. Although lands under wilderness review continue to be subject to location under federal mining laws, location methods and subsequent assessment work are restricted to operations determined as meeting BLM non-impairment criteria.

## ADMINISTRATION

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR segment.

### Alternative Protective Measures Considered
The existing state-based instream flow water right is sufficient to sustain the warm water fishery, but may not be adequate for long-term sustainability of the Vegetation ORV.

BLM_0075759

The entire segment is located within the Dolores River Canyon WSA. The WSA designation affords some protection for the ORVs in accordance with the Interim Management Policy for Lands under Wilderness Review (H-8550-1).

### *Potential Costs Associated with WSR Designation*

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Scenic, Recreational, Fish, Cultural, and riparian Vegetation ORVs would be similar to slightly higher than current funding levels. The stream corridor is totally within the Dolores River Canyon WSA, is very remote and accessible only by an unmaintained non-motorized, non-mechanized trail, factors that assist in protection of the ORVs. The BLM presently incurs some costs in this area associated with implementing the Interim Management Policy for Lands under Wilderness Review. However, additional visitor use associated with WSR designation could generate the need for funding to develop staging facilities to support primitive recreation opportunities, signage, public education, ranger patrolling, and maintenance.

BLM_0075760

**Final Wild and Scenic River Suitability**



**FIGURE 18 - (34) DOLORES RIVER, SEGMENT 1**

BLM_0075761

### Geology

Dramatic Cretaceous sandstone cliffs throughout the canyon, and in some areas the geology has confined the canyon to a uniquely persistent linear and angular form. The northerly flow of this river is rare within the region of comparison, and documents the uplift of the Colorado Plateau and the subsidence of the adjacent Paradox Basin. These two geological events also determine the unusual gradient of the river. The penetration of the river through the hard caprock of the present-day cliffs and the linear flow pattern of the canyon demonstrate the unusual rapidity of tectonic processes in the area and the speed of the corresponding downward cutting of the river, which in turn documents the geologic-timescale history of water supply in Southwest Colorado.

### Ecology

The segment contains New Mexico privet *(Forestiera pubescens)*, which is currently ranked as extremely rare or imperiled globally, and the BLM-sensitive Eastwood's monkeyflower *(Mimulus eastwoodiae)*, ranked S1 (critically imperiled within Colorado).

### Archaeology

Several rare and exemplary prehistoric archaeological sites are preserved immediately adjacent to the Dolores River between McPhee Reservoir and the small town of Bedrock. The sites range from Anasazi pueblos such as Mountain Sheep Point Village and the Kayenta House cliff dwelling to sacred sites such as the rock art panel at the mouth of Bull Canyon. These archaeological sites evince at least 11,000 years of inextricable connection between the Dolores River and the area's human inhabitants.

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Lower Dolores River downstream.

The CWCB holds a year-round 78 cfs instream flow water right along the entire segment, with a 1975 priority date. The water right is structured to protect the base flows that are necessary to protect the natural environment to a reasonable degree. This water right also provides some protection of the ORVs.

In 2015, the CWCB appropriated an instream flow water right on the Dolores River between the confluence with the San Miguel River and the town of Gateway. Even though this instream water right is downstream from the segment in this analysis, the water right could have the effect of calling for, and protecting, water from this portion of the Dolores River. This would occur when inflows from the San Miguel River are not sufficient to satisfy the lower Dolores River instream flow water right and water is also spilling from McPhee Reservoir. The appropriated flow rates are 900 cfs from April 15 to June 14, 400 cfs from June 15 to July 15, 200 cfs from July 16 to August 14, 100 cfs from August 15 to March 15, and 200 cfs March 16 to April 15. On December 30, 2015, the CWCB filed a water court application with the Division 4 water court for this instream flow water right, and the water court entered a decree for the right on April 10, 2018.

BLM_0075762

*Final Wild and Scenic River Suitability*

## 34 ~ DOLORES RIVER, SEGMENT I



## ~SUITABLE SEGMENT~

**NOTE:** The identification of ORVs and eligibility determination for this segment were made by the BLM Dolores Field Office.

*Classification:* **Wild**
*ORVs:* **Recreation, Scenery, Fish, Wildlife, Geology, Ecology, Archaeology**
*Suitable Length:* **8.7 miles**
*BLM-Administered:* **8.7 miles**
*Key Considerations:*

- A wide array of ORVs occurs within the segment.
- A suitable determination or designation would not impact operation of BOR's Dolores Project.
- The segment is within the Dolores River Canyon WSA.



**UPPER DOLORES HYDROLOGIC UNIT**

### Public Input

The segment received balanced support for and opposition to suitability, with supporters highlighting the segment's significance in relation to both upstream and downstream portions of the Dolores, and opponents siting potential future access and development issues associated with designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

The following ORV descriptions are derived from page D-16 of the *San Juan Public Lands Draft Land Management Plan, Appendix D.*

### Recreation and Scenery

This section of the Dolores contains Class II, III, and IV rapids and is listed as one of the most popular and beautiful rafting areas in Southwest Colorado. The river flows through a wild and deep canyon that combines red sandstone cliffs with coniferous forests.

Based on observations of actual use and interviews with regional recreation providers, the segment is regionally important for boating recreation, and is listed in the Nationwide Whitewater Inventory, American Whitewater, 2006 (although it is more of a scenic float trip than a whitewater experience).

### Fish and Wildlife

This section of the Dolores contains occupied habitat for roundtail chub *(Gila robusta)*, considered a sensitive species by the BLM and State of Colorado.

The segment also contains a population of canyon treefrog *(Hyla arenicolor)*, considered rare or imperiled within the state and listed by the state as a species of special concern. Canyon treefrogs occur along streams in deep rocky canyons and breed in canyon bottom pools, often bounded by solid rock. Although most active at night, they can be found resting in small depressions in solid rock near pools of water during the day.

BLM_0075763

### Geology

Dramatic Cretaceous sandstone cliffs throughout the canyon, and in some areas the geology has confined the canyon to a uniquely persistent linear and angular form. The northerly flow of this river is rare within the region of comparison, and documents the uplift of the Colorado Plateau and the subsidence of the adjacent Paradox Basin. These two geological events also determine the unusual gradient of the river. The penetration of the river through the hard caprock of the present-day cliffs and the linear flow pattern of the canyon demonstrate the unusual rapidity of tectonic processes in the area and the speed of the corresponding downward cutting of the river, which in turn documents the geologic-timescale history of water supply in Southwest Colorado.

### Ecology

The segment contains New Mexico privet *(Forestiera pubescens)*, which is currently ranked as extremely rare or imperiled globally, and the BLM-sensitive Eastwood's monkeyflower *(Mimulus eastwoodiae)*, ranked S1 (critically imperiled within Colorado).

### Archaeology

Several rare and exemplary prehistoric archaeological sites are preserved immediately adjacent to the Dolores River between McPhee Reservoir and the small town of Bedrock. The sites range from Anasazi pueblos such as Mountain Sheep Point Village and the Kayenta House cliff dwelling to sacred sites such as the rock art panel at the mouth of Bull Canyon. These archaeological sites evince at least 11,000 years of inextricable connection between the Dolores River and the area's human inhabitants.

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Lower Dolores River downstream.

The CWCB holds a year-round 78 cfs instream flow water right along the entire segment, with a 1975 priority date. The water right is structured to protect the base flows that are necessary to protect the natural environment to a reasonable degree. This water right also provides some protection of the ORVs.

In 2015, the CWCB appropriated an instream flow water right on the Dolores River between the confluence with the San Miguel River and the town of Gateway. Even though this instream water right is downstream from the segment in this analysis, the water right could have the effect of calling for, and protecting, water from this portion of the Dolores River. This would occur when inflows from the San Miguel River are not sufficient to satisfy the lower Dolores River instream flow water right and water is also spilling from McPhee Reservoir. The appropriated flow rates are 900 cfs from April 15 to June 14, 400 cfs from June 15 to July 15, 200 cfs from July 16 to August 14, 100 cfs from August 15 to March 15, and 200 cfs March 16 to April 15. The CWCB filed a water right application on December 30, 2015, with the Division 4 water court, but the application has not yet been decreed because several parties protested the application. The CWCB is working through the water court process to resolve these objections.

BLM_0075764

There are no conditional water rights within the segment. The only withdrawals are a series of alluvial wells along the corridor that are operated as part of Paradox Valley Unity, Deep Well Injection Salinity Control Project.

Flow is greatly diminished by the operation of the McPhee Dam upstream. A large portion of natural water yield entering the reservoir is transferred out of the basin, primarily for agricultural uses. Water rights associated with McPhee are senior to the instream flow water right.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in Montezuma and Dolores Counties located upstream from this segment will increase from 3,300 acre-feet (low estimate) to 4,700 acre-feet (high estimate). Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. The most significant of these projects is the Upper Plateau Creek Storage Reservoir and Pumpback Project. The Dolores Water Conservancy District holds a 21,000 acre-foot conditional storage right for this project, which includes a proposed reservoir located upstream from McPhee Reservoir.

The 2004 Statewide Water Supply Initiative identified 141,000 acre-feet of conditional water right the basin. These conditional water rights are senior to both the existing instream flow water right on the Dolores River and to any federal reserved water right that would come with designation. In addition, development of some of the conditional water rights would require federal permits. If this segment is designated, the federal agencies issuing those permits would be obligated to make decisions that are consistent with maintaining and enhancing the designated segment.

One pump diversion within the segment is located near the lower terminus. There are no conditional water rights within the segment.

## LAND OWNERSHIP AND USES

### Special Designations
The segment is located within the Dolores River Canyon WSA, as well as a Special Recreation Management Area. While the WSA affords some interim protection for the ORVs, neither designation provides the authority to acquire flows necessary for sustaining the Ecology ORV.

### Rights-of-Way and Withdrawals
While portions of the segment are within an area classified as having Waterpower and Reservoir Resources the Powersite, classification does not preclude WSR designation.

### Energy and Mineral Resources
There are no existing oil and gas leases within the segment. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims would be developed pursuant to regulations found under 43 CFR

BLM_0075765

3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

WSA status limits access to the segment.

WSR designation would complement BLM Colorado Public Land Health standards for special status species and wildlife.

Managing the segment to sustain native warm water fish is consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

State and local governments have not indicated an interest in sharing administration or funding of a designated segment.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Recreation, Scenery, Wildlife, Geology, Ecology, and Archeology ORVs would be similar to or slightly higher than current funding levels. The segment is within the Dolores River Canyon WSA, with access limited to a single track non-motorized, non-mechanized trail, factors that assist in protection of the ORVs.

The BLM presently incurs some costs on this area to implement the Interim Management Policy for Lands under Wilderness Review. However, additional visitor use resulting from WSR designation could generate the need for funding to develop staging facilities to support primitive recreation opportunities.

### Alternative Protective Measures Considered

The segment is located within the Dolores River Canyon WSA, as well as a Special Recreation Management Area. The WSA designation affords some protection for the ORVs in accordance with the Interim Management Policy for Lands Under Wilderness Review (H-8550-1).

BLM_0075766

# D. NOT SUITABLE SEGMENTS: ASSESSMENT & SUITABILITY DETERMINATION

BLM_0075767



**FIGURE 19 - GUNNISON RIVER, SEGMENT 2**

*Final Wild and Scenic River Suitability*

## 5 ~ GUNNISON RIVER, SEGMENT 2



### ~NOT SUITABLE~

*Classification:* **Recreational**

*ORV:* **Fish**

*Eligible Length:* **0.41 miles**

*BLM-Administered:* **0.41 miles**

*Key Considerations:*

- The segment is too short to manage as a designated river without extensive cooperation with adjacent landowners.

- Existing BLM authorities and agreements, along with the ESA, provide effective management and river flow to protect and sustain the ORV.



**LOWER GUNNISON HYDROLOGIC UNIT**

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

Gunnison River, Segment 2 was found to be *not suitable* for WSR designation. The BLM made this determination because:

- While the presence of endangered fish species qualifies as an ORV, this segment lacks exemplary habitat for all life stages of the fishes.

- The endangered fishes in this segment are effectively protected by several other mechanisms, including the Endangered Species Act (ESA), the re-operation of the BOR's Aspinall Unit to provide a flow regime that supports endangered fishes, and BLM's sensitive species policy, which directs BLM to avoid actions that degrade sensitive species habitat.

- The segment is too short to manage effectively as a designated river, and adjoining landowners have not indicated an interest in sharing administration and funding of a designated segment.

- The Upper Gunnison River Wild and Scenic Stakeholders, comprised of a very broad array of stakeholders, arrived at a consensus recommendation that this segment be determined as not suitable for designation.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

No absolute or conditional water rights or impoundments occur in this segment. The segment has no instream flow water right protection. Flows derive primarily from:

- Required deliveries to downstream senior water rights.

- Upstream water releases from three in-channel reservoirs of the BOR Colorado River Storage Project Aspinall Unit.

An instream flow water right upstream through the Black Canyon of the Gunnison National Park and the Gunnison

BLM_0075769

Gorge National Conservation Area, located upstream, results in consistent water deliveries through the segment. In addition, a portion of water conveyed through this segment is made as part of the Upper Colorado River Endangered Fish Recovery Program. The BOR completed an Environmental Impact Statement and Record of Decision for the reoperation of the Aspinall Unit to support downstream endangered fishes. The Record of Decision provides predictable flow regimes for the endangered fish, based upon hydrologic year types.

Delta Water Works Department has an alternate point of diversion for 2.40 cfs just downstream from the lower terminus.

According to the 2015 Gunnison Basin Implementation Plan, water demand for agricultural uses upstream from this segment is expected to decrease between now and 2050, while municipal and industrial uses are expected to increase. Overall, changes in water demand are not anticipated to result in major changes in river flows. In addition, the basin plan does not prioritize development of any large, on-channel reservoirs that could significantly affect flow regimes on the river.

The south bank of the river is largely private land and includes a dominant flood flow channel. This channel could become the dominant flow channel in the future as river morphology changes.

## LAND OWNERSHIP AND USES

Delta County has no land use zoning to ensure development compatible with designation on private portions of the river corridor (according to personal communication with David Rice, Delta County Planner, 9/29/2010). However, change of use approval is needed by the county to convert existing agricultural lands to commercial or industrial development.

### Special Designations
The proposed segment is within the North Delta OHV area.

### Rights-of-Way (ROWs)
Existing ROWs include a Delta County road.

All future ROWs would be subject to stipulation SSR-11, which is a ROW avoidance area for 400 meters on each side of the river. In addition, any ROWs would be subject to BLM policy for sensitive species, which specifies that land use authorizations cannot adversely modify habitat for species listed under the ESA.

### Energy and Mineral Leasing
There are no existing oil and gas leases or mining claims within the segment. Any future oil and gas leases would be subject to stipulation NSO-9, which specifies that no surface occupancy would occur within 400 meters on either side of the river.

## ADMINISTRATION

The BLM administers only 0.4-mile of lands along the river, and this is adjacent to large blocks of private lands. Administration of a designated segment would be very challenging without cooperation from adjacent private landowners, and those owners have not indicated an interest in designation.

BLM_0075770

**Final Wild and Scenic River Suitability**

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR segment.

### *Potential Costs Associated with WSR Designation*

The costs for administering and managing this segment for the fish ORV would not increase much above current funding levels. Federal protections exist for the target fish species under the Endangered Species Act which would continue with or without designation. Private land acquisition would not be needed since habitat for endangered and threatened fishes is protected by federal law, even if that habitat occurs on private lands. There would be no additional facilities needed to provide protection for the ORV. A small amount of additional funding would be needed for signage, public education, ranger patrolling, and maintenance.

### *Alternative Protective Measures Considered*

The BLM determined that this segment does not qualify for ACEC designation. However, the fish ORV would be protected by the ESA, by BLM's sensitive species management policies, and by stipulations on mineral leasing and ROWs.

BLM_0075771



**FIGURE 20 - (11) ROUBIDEAU CREEK, SEGMENT 2**

BLM_0075772

*Final Wild and Scenic River Suitability*

# 11 ~ ROUBIDEAU CREEK, SEGMENT 2



## ~NOT SUITABLE~

**Classification:** **Scenic**

**ORVs:** **Wildlife, Vegetation**
(not supported following review)

**Eligible Length:** **7.6 miles**

**BLM-Administered:** **3.5 miles**

**Key Considerations:**

• Private land is consolidated into two parcels at the upper terminus and approximately one half mile upstream of the lower terminus.

• An existing instream flow water right provides base flow protection.



**LOWER GUNNISON HYDROLOGIC UNIT**

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

Roubideau Creek, Segment 2 was found to be **not suitable** for WSR designation. The BLM made this determination because:

• A review by the CNHP lowered the rarity ranking of the Fremont cottonwood/skunkbush sumac plant community to G3, so the segment no longer possesses a Vegetation ORV. The remaining Wildlife ORV could not be adequately substantiated, so the segment no longer possesses a Wildlife ORV. Without any ORVs, the segment is no longer eligible for WSR designation, and by definition is not suitable for WSR designation.

• While the riparian and wildlife values on BLM-administered lands do not qualify as ORVs, they are still important habitat values. These values would be adequately managed through BLM land use prescriptions and will be partially supported by an existing CWCB instream flow water right.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments within this segment. The CWCB holds an instream flow water right with a 2004 priority date. The water right is decreed for 5 cfs (from March 1 to March 31), 21 cfs (from April 1 to June 15), 5 cfs (from June 16 to July 31), and 1.9 cfs (from August 1 to February 29). The instream flow water right provides base flow protection for the Vegetation ORV, but it is does not protect peak flows that support riparian communities.

In the headwaters, a water diversion known as Spruce Spring Ditch, decreed 9.3 cfs, transfers water from Roubideau Creek to the Dry Creek drainage (typically limited to the snowmelt period). The diversion diminishes spring and early summer flow through the segment.

BLM_0075773

## LAND OWNERSHIP AND USES

Approximately 19.4% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the General Agriculture Zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

### ROWs

ROWs crossing the segment include a county road, Tri-State transmission lines, and a Transco gas pipeline. Future ROWs would be subject to stipulation SSR-13, which is a ROW avoidance area covering 325 feet on each side of the creek.

### Energy and Mineral Leasing

There are no existing oil and gas leases or mining claims within the segment. Any future mineral leases would be subject to stipulation NSO-11, which would prohibit surface occupancy within 325 feet on each side of the creek.

## ADMINISTRATION

Reducing the segment length to omit private land would reduce potential manageability issues.

WSR designation would complement BLM Colorado Public Land Health standards for riparian and wildlife.

State and local governments did not indicate an interest in sharing administration or funding of a designated WSR segment.

### Alternative Protective Measures Considered

The segment is within two potential Areas of Critical Environmental Concern that were considered during development of the Uncompahgre RMP. However, the BLM made a determination that ACEC designation was not necessary to adequately manage the vegetation and fish values.

The current state-based instream flow water right provides some support for general vegetation and wildlife values.

BLM_0075774

**Final Wild and Scenic River Suitability**



FIGURE 21 - (12) DEEP CREEK

BLM_0075775

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

Deep Creek was found to be *not suitable* for WSR designation. The BLM made this determination because:

- The BLM administers only a small percentage of the segment, making it difficult to effectively manage as a designated river. Effective management of the ORV would require cooperation with adjacent landowners, and those landowners have not indicated an interest in WSR designation.

- Flows in this segment are highly variable, and they are substantially diminished by diversions for irrigation. Given the present exercise of water rights, it is unlikely that water is available for a new instream flow appropriation by the CWCB. Collaborative management with water rights owners is more likely to produce significant benefits for the fish population than a suitability determination or designation.

- As an alternative to a suitability determination, the BLM would implement land use stipulations to protect fish values. These stipulations include restrictions on oil and gas activity and ROWs adjacent to the creek.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments within the segment. Four diversions above the upper terminus are used for irrigation, livestock, and domestic purposes. The diversions substantially deplete streamflow, especially during irrigation season. Much of the streamflow is used for irrigation upstream of the upper terminus.

This segment currently has no instream flow water right.

### LAND OWNERSHIP AND USES

Approximately 84% of the corridor is private land within Gunnison County. While there is no land use zoning, the county does have an administrative review and approval process for land use changes. While proposed residential

## 12 ~ DEEP CREEK



~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Fish**

*Eligible Length:* **2.6 miles**

*BLM-Administered:* **0.6 miles**

*Key Considerations:*

- Senior upstream water diversions greatly deplete the stream flow.

- BLM management policy for sensitive species, along with land use stipulations, would adequately protect the ORV on BLM-administered lands.

- Approximately 0.58 mile of the stream channel is managed by the BLM, while the remaining 1.97 miles are private.



**NORTH FORK OF THE GUNNISON HYDROLOGIC UNIT**

BLM_0075776

**Final Wild and Scenic River Suitability**

and agricultural related facilities typically do not require a permit, more substantive changes require a permit as well as administrative review. Gunnison County *Standards for Approval of Administrative Review Projects* states:

> *The proposed land use change shall be compatible with, or an enhancement of, the character of existing land uses in the area, and shall not adversely impact the future development of the surrounding area.*

### ROWs

BLM ROW authorizations crossing or briefly running adjacent to the creek include telephone and distribution power lines, private access roads, and a historic ditch. In the Uncompahgre Proposed RMP, SSR-13 would apply to Deep Creek. This stipulation implements a ROW avoidance area for 325 feet on each side of the creek. In addition, stipulation SSR-25 and SSR-26 would apply to the creek to protect native cutthroat trout habitat. SSR-25 would prohibit surface occupancy within 325 feet of the creek, and SSR-26 would allow the BLM to restrict or prohibit surface occupancy between 325 feet and 500 feet from the creek.

### Energy and Mineral Resources

Lands within the segment have known high potential for oil, gas, and coal development. There are no existing oil and gas leases or mining claims. Future oil and gas leases would be subject to NSO-11, which would prohibit surface occupancy within 325 feet on each side of the creek. In addition, stipulation NSO-26 and CSU-23 would apply to the creek to protect native cutthroat trout habitat. NSO-26 would prohibit surface occupancy within 325 feet of the creek, and CSU-23 would allow the BLM to restrict or prohibit surface occupancy between 325 feet and 500 feet from the creek.

## ADMINISTRATION

WSR designation would have limited potential to adequately protect the segment, because any federal water right associated with designation would be junior to existing water rights. While a state instream flow water right would protect the Fish ORV, it could require the purchase, lease, or donation of water to achieve adequate flow rates.

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR segment.

### Alternative Protective Measures Considered

The BLM concluded that the Fish ORV would be adequately protected by BLM land use prescriptions and stipulations, along with BLM policy for sensitive species management.

BLM_0075777



FIGURE 22 - (13) WEST FORK TERROR CREEK

BLM_0075778

*Final Wild and Scenic River Suitability*



# 13 ~ WEST FORK TERROR CREEK

## ~ NOT SUITABLE ~

*Classification:* **Scenic**

*ORV:* **Fish**

*Eligible Length:* **1.2 miles**

*BLM-Administered:* **0.5 miles**

*Key Considerations:*

- The Fish ORV is protected by a CWCB instream flow water right.

- The segment is within an area with high potential for coal development.

- Because the public land portion of the segment is comprised of two short reaches, one of which is bracketed by private lands, the land configuration could be difficult to manage.

- There is significant public opposition to WSR designation of this segment.



## NORTH FORK OF THE GUNNISON HYDROLOGIC UNIT

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

West Fork Terror Creek was found to be ***not suitable*** for WSR designation. The BLM made this determination because:

- The conservation population of Colorado River Cutthroat Trout (Colorado-Gunnison Lineage) in this segment can be successfully managed through alternative management approaches. The BLM would implement land use prescriptions that are protective of the fish population. In 2016, the CWCB secured an instream flow water right to protect the fish population.

- The segment is too short to manage effectively as a designated river, and adjoining landowners have not indicated an interest in sharing administration and funding of a designated segment.

- The Upper Gunnison River Wild and Scenic Stakeholders, comprised of a very broad array of stakeholders, arrived at a consensus recommendation that this segment be determined as not suitable for designation.

- As an alternative to a suitability determination, the BLM would implement land use stipulations to protect fish values. These stipulations include restrictions on oil and gas activity and ROWs adjacent to the creek.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments within the segment. The Overland Ditch upstream of the segment diverts up to 150 cfs for irrigation (from multiple streams, including West Fork Terror Creek), and three diversions downstream of the lower terminus create water demand through the segment during the irrigation season.

There is a conditional water right upstream of the upper terminus for 85 cfs, which could greatly deplete flow during the irrigation season if perfected. This water right

BLM_0075779

has a low probability of being developed (based upon personal communication with Colorado Division of Water Resources, Division 4 Water Commissioner Stephen Tuck).

In 2016, the CWCB secured an instream flow water right on this segment in the following amounts: 2.2 cfs (April 1 to July 15) and 1.1 cfs (July 16 to March 31).

## LAND OWNERSHIP AND USES

Over 52% of the corridor consists of private land in Delta County. While Delta County has no land use zoning to ensure development compatible with WSR designation on private portions of the corridor, change of use approval by the County is necessary for converting existing agricultural lands to commercial or industrial development (based upon personal communication with Delta County Planner David Rice on September 29, 2010).

### ROWs

BLM ROW authorizations crossing or briefly running adjacent to the segment include a WAPA transmission powerline, coal development access roads, and a stream gauge site to monitor coal development and water quality.

In the Uncompahgre Proposed RMP, SSR-13 would apply to the creek. This stipulation implements a ROW avoidance area for 325 feet on each side of the creek. In addition, stipulation SSR-25 and SSR-26 would apply to the creek to protect native cutthroat trout habitat. SSR-25 would prohibit surface occupancy within 325 feet of the creek, and SSR-26 would allow the BLM to restrict or prohibit surface occupancy between 325 feet and 500 feet from the creek.

### Energy and Mineral Leasing

In the Uncompahgre Proposed RMP, stipulation NSO-26 and CSU-23 would apply to the creek to protect native cutthroat trout habitat. NSO-26 would prohibit surface occupancy within 325 feet of the creek, and CSU-23 would allow the BLM to restrict or prohibit surface occupancy between 325 feet and 500 feet from the creek. In addition, NSO-11, which would prohibit surface occupancy within 325 feet of the creek to protect perennial streams, would be applied.

Lands underneath West Fork Terror Creek are currently available for coal leasing. If coal leases are issued, the leases would likely contain stipulations on mining activities to protect the creek. Stipulations would likely require sediment-control measures, restrictions on the timing of water pumping, measures to protect riparian vegetation, and monitoring of flow, fish populations, and aquatic macroinvertebrates to detect any potential impacts from land subsidence.

## ADMINISTRATION

Land distribution alternates between private and public at three locations along the segment length create potential manageability issues for a designated segment. Private landowners have not expressed an interest in WSR designation.

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR.

BLM_0075780

### Alternative Protective Measures Considered

The BLM concluded that the Fish ORV would be adequately protected by BLM land use prescriptions and stipulations, BLM policy for sensitive species management, and the CWCB instream flow water right.

BLM_0075781



**FIGURE 23 - (15) DRY CREEK**

BLM_0075782

**Final Wild and Scenic River Suitability**

## 15 ~ DRY CREEK



## ~NOT SUITABLE~

**Classification:** **Wild**

**ORVs:** **Scenic, Geologic**

**Eligible Length:** **10.5 miles**

**BLM-Administered:** **10.4 miles**

**Key Considerations:**

- Private land and water rights could make the segment difficult to manage.

- Usage of the stream corridor is very light, given rough terrain and difficult access.

- This segment does not qualify for protection under other BLM special designations.

- The stream is not a good candidate for an instream flow water right.



**SAN MIGUEL HYDROLOGIC UNIT**

### SUMMARY OF RATIONALE FOR BLM DETERMINATION

Dry Creek was found to be *not suitable* for WSR designation. The BLM made this determination because:

- A subgroup of the Southwest RAC, which was comprised of a broad range of stakeholders, recommended that this segment be found not suitable for designation.

- The scenic and geologic ORVs are adequately protected through other means. The very rough terrain and lack of access to the creek corridor make development unlikely in most of the segment. Stipulations on oil and gas development and ROWs would protect the creek from development that is inconsistent with the ORVs. In addition, the BLM has the authority to deny any ROW applications that the BLM determines to be inconsistent with protection of geologic and scenic values.

- The segment would be difficult to manage as a designated river because there are substantial private lands immediately above and immediately below the segment. Use of these private lands could conflict with management objectives for a designated river.

### SEGMENT ASSESSMENT

#### WATER RIGHTS AND USES

Dry Creek has a seasonal flow regime. Surface flow typically occurs during the snowmelt runoff period and in response to thunderstorm activity, but the creek is often dry during summer, fall, and winter. There is no instream flow water right protection for the segment.

An absolute water right diversion of 5 cfs for irrigation near the lower terminus has seniority over any future instream flow water right associated with designation. Upstream of the segment, absolute water rights include ditch diversions totaling 97 cfs and reservoir storage totaling 170 acre-feet. These rights are also senior to any instream flow associated with WSR designation.

BLM_0075783

In addition, conditional water rights upstream of the segment include ditch diversions totaling 135 cfs and reservoir storage totaling 136,400 acre-feet. If developed, these water rights would be senior to any instream flow water right associated with WSR designation.

## LAND OWNERSHIP AND USES

### ROWs and Withdrawals
In the Uncompahgre Proposed RMP, SSR-13 would apply to the creek. This stipulation implements a ROW avoidance area for 325 feet on each side of the creek.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment. Current lode mining claims have a prior existing right to lode mineral deposits.

In the Uncompahgre Proposed RMP, stipulation NSO-11 would apply to future oil and gas leases along the creek. This stipulation would prohibit surface occupancy within 325 feet of the creek. In addition, CSU-12 would allow the BLM to require special operational constraints, including relocation of operations beyond 656 feet of the creek.

## VISUAL RESOURCE MANAGEMENT

In the Uncompahgre Proposed RMP, the creek would be managed under VRM Class IV.

## ADMINISTRATION

State and local governments did not indicate an interest in sharing administration of funding of a designated WSR.

### Potential Costs Associated with WSR Designation
The costs for administering and managing this segment for the Scenic and Geologic ORVs would not likely increase much above current funding levels. The segment is remote, has limited trail access, and the stream corridor is nearly all (greater than 99%) federal or state managed lands, factors that assist in protection of the ORVs. It is therefore unlikely that additional facilities would be needed if the segment was designated. While just under 0.1% of the stream corridor contains private land, there is no known benefit in acquiring this land to support the ORVs.

### Alternative Protective Measures Considered
The BLM determined that the creek corridor would not qualify for any special designations. In addition, the BLM determined that the creek is not a good candidate for an instream flow water right, because of the flow regime is seasonal, the creek lacks a fish population, and the riparian community is not of unusually high quality.



**FIGURE 24 - (16) NATURITA CREEK**

BLM_0075785

**Uncompahgre Field Office Planning Area**

## SUMMARY OF RATIONALE FOR BLM DETERMINATION

Naturita Creek was found to be *not suitable* for WSR designation. The BLM made this determination because:

- A subgroup of the Southwest RAC, which was comprised of a broad range of stakeholders, recommended that this segment be found not suitable for designation. In addition, some of the landowners along the creek do not support a suitable determination.

- The fragmented BLM ownership pattern would make it very challenging to manage the segment as a designated river, because land uses inconsistent with protecting and enhancing the Fish ORV may occur on private lands.

- While the presence of sensitive fish species qualifies as an ORV, the habitat in Naturita Creek is not considered to be exemplary.

- The Fish ORV can be adequately protected through a combination of an instream flow water rights appropriated by the CWCB, along with appropriate BLM land use prescriptions, which would include stipulations on oil and gas development, stipulations on ROWs, and designated travel routes.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

Naturita Creek provides flow for the proper hydrologic function of the San Miguel River system and river-dependent resource values (including aquatic and riparian plant and animal species). The contribution of flow from Naturita Creek to the San Miguel River is critical during the irrigation season, when flow in the San Miguel River is depleted by irrigation diversions.

During irrigation season, flows in the upper portion of the creek are substantially depleted by irrigation diversions. However, the lower portion of the creek below the confluence with McKee Draw receives substantial

### 16 ~ NATURITA CREEK



### ~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Fish**

*Eligible Length:* **25 miles**

*BLM-Administered:* **10 miles**

*Key Considerations:*

- Flows in the upper portion of the reach are substantially depleted by existing water rights. Numerous conditional water rights in the Naturita Creek drainage are senior to any federal water right associated with WSR designation.

- The Fish ORV is concentrated in the lower reaches of the segment.

- During suitability analysis, BLM staff determined that CWCB appropriation of a state instream flow water right would provide adequate protection for the Fish ORV.

- A substantial amount of private land is distributed in a diffuse pattern throughout the corridor.

**SAN MIGUEL HYDROLOGIC UNIT**

BLM_0075786

**Final Wild and Scenic River Suitability**

volumes of return flows from agricultural operations that irrigate with water imported to the Naturita Creek watershed from other watersheds.

Nine water rights, totaling 9.41 cfs, are located within the segment. Absolute water right decrees upstream of the segment on the mainstem and tributaries (including Maverick Draw) consist of ditch diversions totaling 1,623 cfs and storage rights totaling 43,000 acre-feet. Conditional water rights on the mainstem and tributaries upstream of the segment include ditch diversions totaling 8.4 cfs and storage rights totaling 19,434 acre-feet.

Changing points of diversion on existing water rights within the segment could be limited by any instream flow right associated with WSR designation. Development of conditional water rights would be senior to any instream flow water right established as part of WSR designation and would further diminish flow through the segment.

The CWCB holds an instream flow water right from the confluence of East Naturita Creek and West Naturita Creek to a county road crossing just upstream of the confluence with McKee Draw. This instream flow water right covers approximately 3.5 miles of the upper portion of the segment. The BLM has submitted a draft instream flow recommendation to the CWCB for the lower portion of the reach that does not presently have instream flow protection. The BLM has recommended 11.7 cfs (April 1 to June 30), 6.5 cfs (July 1 to September 30), and 1.25 cfs (October 1 to March 31). The CWCB is expected to act upon this recommendation in January 2019.

## LAND OWNERSHIP AND USES

Almost 50% of the corridor consists of private land encompassing parts of San Miguel and Montrose counties. Portions of the corridor within Montrose County are zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

Portions of the corridor within San Miguel County and to the east and north of Naturita Creek are within the Wright's Mesa Zone District. The district is intended to preserve the rural and agricultural character of Wright's Mesa, while encouraging diverse economic opportunities compatible with the rural landscape. A history of co-existing agriculture, ranching, residential, and small business uses comprise the rural character of the area. The district discourages the sprawl pattern typically created by 35-acre lots by offering alternatives and incentives to cluster buildings, retain open lands, and keep large parcels intact.

Portions of the corridor within San Miguel County and to the south and west of Naturita Creek are within the West End Zoning District. The district is intended to preserve large, relatively remote areas of western San Miguel County for resource, agricultural, open space, and recreational purposes, while protecting private property rights. These areas currently have minimal public facilities and services and are considered premature for substantial development. Development in these areas preserves historical, archeological, and natural resources and landmarks, while allowing individuals to farm, ranch, and use necessary resources with limited intrusion on property rights.

BLM_0075787

### ROWs
Numerous ROWs exist within the corridor, including Highways 145 and 141, county roads, power lines, telephone lines, a water pipeline, and an access road to private property. In the Uncompahgre Proposed RMP, SSR-13 would apply to Naturita Creek. This stipulation would implement a ROW avoidance area for 325 feet on each side of the creek.

### Energy and Mineral Resources
There are existing oil and gas leases within the segment. Per the Uncompahgre RMP, future oil and gas leases would be subject to stipulation NSO-11, which would prohibit surface occupancy within 325 feet of perennial streams. In addition, CSU-12 would allow the BLM to require special operational constraints, including relocation of operations beyond 656 feet of the creek.

While portions of the segment are within an area identified by the USGS as having coal potential, the coal development potential does not preclude WSR designation.

There are no mining claims within the corridor.

### ADMINISTRATION

The diffuse and scattered pattern of private land within the corridor could make this segment difficult to administer.

WSR designation would be consistent with the BLM Colorado Public Land Health standard for special status species.

In the Uncompahgre Proposed RMP, the creek would be within an Extensive Recreation Management Area. In addition, the creek would be within the Burn Canyon Travel Management Area. These planning prescriptions are designed to minimize and avoid impact from recreation and transportation uses.

State and local governments have not indicated an interest in sharing administration or funding of a designated WSR.

### Potential Costs Associated with WSR Designation
The costs for administering and managing this segment for the Fish ORV would be substantially higher than current funding levels. Approximately half (3,177 acres) of the stream corridor is composed of private land with a fragmented pattern throughout most of the reach. This land ownership pattern could restrict access and limit available management options within the stream corridor. Land acquisition from willing sellers would be necessary in order to effectively and proactively manage for the ORV. Some stream channel modification projects might be needed to facilitate fish propagation.

### Alternative Protective Measures Considered
Options for protecting the Fish ORV include:

- Actions implemented in accordance with the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

BLM_0075788

**Final Wild and Scenic River Suitability**

- Appropriation of an instream flow water right below McKee Draw by the CWCB.

- Avoidance of impacts on fish habitat through general protective management measures found within the Extensive Recreation Management Area and within travel management prescriptions.

BLM_0075789



**FIGURE 25 - (24) TABEGUACHE CREEK, SEGMENT 2**

BLM_0075790

*Final Wild and Scenic River Suitability*

## 24 ~ TABEGUACHE CREEK, SEGMENT 2



### ~NOT SUITABLE~

*Classification:* **Recreational**

*ORVs:* **Cultural, Vegetation**

*Eligible Length:* **11.6 miles**

*BLM-Administered:* **7.9 miles**

*Key Considerations:*

- The upper Tabeguache Basin has experienced limited water development and has few conditional water rights, resulting in a flow regime that mimics natural conditions, except during irrigation season, when one senior water right dewaters the creek.
- The source water area upstream is managed primarily by the BLM and USFS, which results in reliable delivery of flow to this segment.
- Snowmelt runoff flows through the segment are protected by an existing CWCB instream flow water right.
- Private property within the corridor consists of three distinct parcels separated by public land.

**SAN MIGUEL HYDROLOGIC UNIT**

### SUMMARY OF RATIONALE FOR BLM DETERMINATION

Tabeguache Creek, Segment 2 was found to be ***not suitable*** for WSR designation. The BLM made this determination because:

- A subgroup of the Southwest RAC, which was comprised of a broad range of stakeholders, recommended that this segment be found not suitable for designation. In addition, private landowners along the segment are not supportive of designation.

- The fragmented BLM ownership pattern would make it very challenging to manage the segment as a designated river, because land uses inconsistent with protecting and enhancing the ORVs may occur on private lands.

- Adequate management of the vegetation ORV is provided by reliable flows that come from protected lands upstream in the Tabeguache Area and by an existing CWCB instream flow water right. The ORV would also be protected by BLM land use prescriptions, which would include stipulations that restrict oil and gas development activities around the creek.

- Adequate management of the cultural ORV is provided by existing federal laws protecting cultural resources.

### SEGMENT ASSESSMENT

#### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the Lower San Miguel River downstream. High flows that occur during the snowmelt runoff period contribute substantially to flows in the San Miguel River that are utilized by sensitive fishes.

The CWCB holds an instream flow water right in this reach with a 2010 appropriation date. The water right is decreed for 4.75 cfs (March 15 to June 30). The water right is designed to protect flows utilized by native fishes during the spring spawning period, and also provides some protection for flows that support the vegetation ORV.

BLM_0075791