themselves, represent gross jobs. In order to estimate the net jobs associated with an alternative, the job losses associated with drilling must be accounted for.

In addition to market costs, economic analyses of recoverable gas must include a full accounting of non-market costs. After 35 years of research by academic and federal agency economists (Krutilla 1967, Krutilla and Fisher 1985, Peterson and Sorg 1987, Loomis and Richardson 2001), it is now possible to quantify non-market environmental costs that arise from development of natural resources (see Table 1). The BLM and the Forest Service should include a full accounting of non-market costs in the effects analysis required by the National Environmental Policy Act (NEPA) for leasing and drilling decisions (Morton et al. 2004). To assist the agency with this task, we have included in the table various methods for estimating these costs. Furthermore, while the details are beyond the scope of this brief, agency analyses should also include estimates of the non-market benefits associated with each alternative.

Table 1. Economic Costs of Mining and Oil and Gas Extraction

| Cost Category | Description of Potential Cost | Methods for Estimating Cost |
| --- | --- | --- |
| Direct use | Decline in quality of recreation including hunting, fishing, hiking, biking, horseback riding. Loss of productive land for grazing and farming | Travel cost method, contingent valuation surveys. |
| Community | Air, water and noise pollution negatively impacts quality of life for area residents with potential decline in the number of retirees and households with non-labor income, loss of an educated workforce, and negative impacts on non-recreation businesses. Decline in recreation visits and return visits negatively impacts recreation businesses. Socio-economic costs of boom and bust cycles. | Surveys of residents and businesses. Averting expenditure methods for estimating the costs of mitigating health and noise impacts. Change in recreation visitation, expenditures and business income. Documented migration patterns. |
| Science | Oil and gas extraction in roadless areas reduces the value of the area for study of natural ecosystems and as an experimental control for adaptive ecosystem management. | Change in management costs, loss of information from natural studies foregone. |
| Off-site | Air, water and noise pollution decrease the quality of recreation experiences for downstream and downwind visitors. Haze and drilling rigs in viewsheds reduce the quality of scenic landscapes, impacting activities like driving for pleasure, and other recreation activities and negatively impacts adjacent property values. Groundwater discharged can negatively impact adjacent habitat, property, and crop yields, while depleting aquifers and wells. | Contingent valuation surveys, hedonic pricing analysis of property values, preventative expenditures, well replacement costs, restoration and environmental mitigation costs, direct impact analysis of the change in crop yields and revenues. |

BLM_0078271

Table 1. Economic Costs of Mining and Oil and Gas Extraction

| Cost Category | Description of Potential Cost | Methods for Estimating Cost |
|---|---|---|
| Biodiversity | Air, water and noise pollution can negatively impact fish and wildlife species. Ground water discharge changes hydrological regimes with negative impacts on riparian areas and species. Road and drill site construction displaces wildlife and fragments wildlife habitat. | Replacement costs, restoration and environmental mitigation costs. |
| Ecosystem services | Discharging ground water negatively impacts aquifer recharge and wetland filtration services. Road and drill site construction increase erosion causing a decline in watershed protection services. | Change in productivity, replacement costs, increased water treatment costs for cities, preventative expenditures. |
| Passive use | Roads, drilling and pipelines in roadless areas results in the decline in passive use benefits for natural environments. | Contingent valuation surveys, opportunity costs of not utilizing future information about the health, safety, and environmental impacts of oil and gas drilling. |

We request that the agency include both market and non-market costs and benefits in order to fully account for all the impacts of potential development.

**E. Estimating the Socio-economic Costs to Communities from Oil and Gas Development**

**1. Increased costs to private land owners and residents**

The current oil and gas boom has generated significant costs to communities in the West. Notably in Wyoming's Powder River Basin, the site of massive coalbed methane development. While this development has increased the fortunes of some, others are not faring as well (Pederson Planning Consultants 2001). Landowners in the Powder River Basin are spending thousands of dollars on attorneys in order to attempt to protect their property, often to no avail, as these areas have seen dramatic declines in property values. Other areas are also experiencing declines in private property values as the result of the accelerated oil and gas development. A recent study in La Plata County, Colorado found that coalbed methane wells there resulted in a decline in property values of 22 percent (BBC Research and Consulting 2001).

Residents' quality of life also suffers during accelerated oil and gas development. These costs must be accounted for in the analysis. In a survey of residents of Sublette County, Wyoming (one of the communities currently experiencing accelerated oil and gas development, McLeod et al. (1998) found that when asked why people chose to live in the area, most cited the scenery, recreation, lifestyle, and clean air and water over economic factors such as jobs or low taxes. Another more recent survey of Sublette County Wyoming (Porter et al. 2004) residents also found that many listed the quality of life and the beauty of the area among the assets they value. These results also pointed out an awareness among county residents of the need to diversify the economy, and that opportunities and settings for tourism and recreation are important economic assets. All of these amenities are diminished when oil and gas drilling increases in pace and scale. The loss of amenities and the economic impacts created by this loss must be acknowledged and accounted for in the analysis.

We formally request that the agency estimate the costs associated with oil and gas development to private landowners as part of the NEPA process.

BLM_0078272

## 2. Increased costs to local governments

Accelerated oil and gas development is often touted as a fiscal savior for struggling Western communities. However, the potential windfall is not without costs (Morton, et al. 2002). These include added strain on infrastructure, increased road maintenance costs, increased demand for public services such as hospitals and schools, increased need for emergency services (due both to increased population and an increase in the number of people working in more dangerous occupations such as those found in oil and gas extraction), and a host of less tangible costs due to the effects of a changing demographic and social makeup of the towns and communities.

Costs to boomtowns in the West include an increase in truck traffic resulting in increased road maintenance costs (Pinedale Anticline Working Group 2005, Craig Daily Press 2004, 2005). Increased traffic also results in dust from poorly constructed access roads which causes health problems for both humans and livestock, reduces the grass available for cattle, and negatively impacts air quality and visibility. Crime and other social problems intensify in boomtowns, with these areas seeing increases in larceny, traffic violations and accidents, destruction of private property, family violence, and child abuse. Oil and gas workers facing long shifts and time away from families often turn to drugs (High Country News 2005). All of these escalating problems increase the cost of emergency and social services for cities and counties. Boomtowns also often experience a shift in the labor force. Workers leave for oil and gas jobs, resulting in instability in the labor force and difficulty hiring public workers (e.g. policemen, firemen) at a time when the counties and cities are stretched thin to handle the increased workload (Pederson Planning Consultants 2001).

Gulliford (1989) examined the consequences of the boom and bust nature of oil and gas development. He chronicles the fortunes of Garfield County, Colorado before, during, and after the push to extract oil from oil shale in the late 1970's. Oil shale production proved to be uneconomical even at high prices. The companies who had planned to exploit the resources encouraged the communities in the area to make large investments in infrastructure to accommodate workers for the oil shale boom, and then abandoned them before any oil was produced, leaving overbuilt towns with large debt burdens. Before leaving the county however, the oil shale boom also resulted in an increase in social problems related to rapid population growth and the prospect of easy money.

These added costs due to rapid increases in oil and gas drilling are being experienced by the communities in the Pinedale Anticline area of Wyoming (Pinedale Anticline Working Group 2005). Emergency calls more than doubled between 2000 and 2003, while ambulance runs increased by 36% since oil and gas drilling has accelerated. Traffic and automobile accidents have also increased in conjunction with oil and gas drilling. One major intersection in Sublette County saw traffic rates nearly triple between 1995 and 2003. After declining in the mid 1990's, accident rates per capita increased 23% between 1999 and 2003, and this increase mirrors the increase in drilling rigs in the area (Pinedale Anticline Working Group, 2005).

Accelerated oil and gas development has left many counties and communities unable to pay for or finance the increase in public service costs or the cleanup cost after the bust. We have every reason to believe that similar costs and burdens will be placed on other communities where public and private land is threatened by oil and gas drilling. When estimating the benefits of an oil and gas development project the agency must show these benefits as net rather than gross. The increased public service and infrastructure costs associated with expedited oil and gas development must be fully accounted for as part of the NEPA process for the current push to develop oil and gas in the West.

## 3. Economic instability and a loss of economic diversity

The agency should analyze and discuss the socio-economic costs associated with an historic emphasis on resource extraction, which has resulted in repetitious cycles of socio-economic distress for rural communities. When

BLM_0078273

an area is dependent upon only one or a few industries for most of its employment and income, there are often negative consequences, mostly stemming from fluctuations in the dominant industries. Limerick et al. (2002) describe Western resource-dependent communities this way:

> "In many towns, communities, settlements, and sub-regions of the West, everyone's fortune depended on the production and marketing of one commodity. Dependence on one commodity brought a particular kind of precariousness, instability, and vulnerability to external changes, whether of markets or climate. Farm towns, mining towns, cattle towns, and logging towns had no insulation from any problems that might strike the industries on which they relied."

Research has indicated that an emphasis on resource extraction results in inherently economically unstable communities. This instability in income and employment is usually a result of labor saving technological improvements and fluctuations in world resource markets -- macroeconomic forces completely outside local control. Such economic instability and lack of local control can be expected if agencies are successful promoting rapid oil and gas development. Communities have little control over the local economy because they have absolutely no control over global commodity prices. When prices drop, companies abandon wells, lay off workers, and leave the communities high and dry to suffer the economic and environmental consequences.

The extractive industries, including oil and gas development represent an ever smaller portion of the total jobs and income in the Rocky Mountain West (see Figure 3). This is true even during the current boom. The relative importance of these industries compared to expanding industries in the professional and service sectors and those which depend on non-labor income must be acknowledged in the NEPA and planning process for public land management.



Source: US Department of Commerce, Bureau of Economic Analysis (http://www.bea.doc.gov)
Note: The figure is based on SIC data for 1969-2000 and NAICS data for 2001-2003 in order to show the long-term trend. While not explicitly compatible, the two classification systems show similar trends for extractive industry income and employment and illustrate the general downward trend, even during the current oil and gas drilling boom in the Rockies.

Figure 3. Extractive Industry Income and Employment in the Rocky Mountain Region

Several studies have examined the problem of poverty in rural areas which are dependent on the extraction of only one or a few natural resources for most of their economic activity. As Freudenburg and

11

BLM_0078274

Gramling (1994) point out, "At the regional level, the highest levels of long-term poverty in the United States… tend to be found in the very places that were once the sites of thriving extractive industries…" They point out that the problem of poverty in these resource-dependent regions is not limited to the times of lower or zero production, but also occurs during the active operations of the extractive industry. Resource extractive workers find themselves in a vicious cycle of relatively high paying jobs with frequent layoffs and unemployment. This cycle is what Freudenburg (1992) calls the "intermittent positive reinforcement regime." While resource extractive workers develop high skills, such skills are not readily transferable to other jobs, and the workers become overspecialized (Freudenburg and Gramling, 1994). These areas attract resource extraction industries, often to the exclusion of other industries. Investment in education and job retraining is low because "the potential return on their investment in their education is either too low or too uncertain to justify sacrifice" (Humphrey et al. 1993). The resultant pattern of "rational under-investment" in the development of skills and other forms of human capital can result in reduced economic competitiveness in resource-dependent communities.

Economic instability is of concern to community leaders because if a local economy is unstable, economic development plans are more likely to fail. The economic instability created in the "boom and bust" economies associated with resource extraction increases the risk for capital investment in linked industries. As such, resource specialization and the resulting economic instability can prevent the formation of forward and backward economic linkages in the local and regional economy. After examining the less desirable aspects of the wood products industry Fortmann et al. (1989) concluded:

> Disincentives for stable employment, preferences for younger and cheaper labor that leave the less mobile and less trainable older worker out of work, cycles of market activity that carry with them high rates of unemployment, injury and illness rates and fatality rates that top all other employment categories are not attributes of a stabilizing industry, no matter how stability is defined.

Similar socio-economic patterns are associated with the oil and gas industry. Smith (1986), examining the boom and bust phenomenon in oil and gas extraction, points out that high prices for oil in the late 1970's led to an increase in drilling, but there was no corresponding increase in production during the same period. He speculates about the reason for this: "Drilling in some states may have been extended into marginal areas under very optimistic price expectations, and such operations had to be abandoned when prices were no longer adequate." These sorts of activities lead to the classic boom and bust economic cycle typical of many rural resource-dependent areas. "Those states that showed the largest rate of growth in oil and gas extraction during 1972-81 tended to have the largest rate of decline in the post 1981 period." There is every reason to expect that the current boom will eventually lead to a similar bust. See also Goldsmith (1992) and Guilliford (1989) for further research examining the socio-economic costs to communities associated with an economy focused on oil and gas drilling.

Continued emphasis on export activities, if left unchallenged, will only insure future cycles of socio-economic distress in rural communities in the West, especially in isolated Western communities The impacts on local economic diversity, the socio-economic risks to communities from cycles of boom and bust, as well as the economic instability associated with oil and gas development, must be analyzed and addressed as part of the NEPA process.

## F. Estimate and Evaluate the Environmental Costs of Oil and Gas Development

The environmental costs of drilling include erosion, loss of wildlife and fish habitat, declines in the quality of recreational opportunities, proliferation of noxious weeds, and increased air and water pollution. These costs increase with the scale and speed of oil and gas operations. Environmental impacts can be mitigated with the implementation and enforcement of lease stipulations and monitoring of impacts throughout the project's life. Proper monitoring of the environmental impacts of oil and gas and other development programs require that accurate and complete data be collected and used.

12

## 1. Water Impacts

One of the major environmental costs associated with oil and gas drilling is increased water pollution. Oil and gas drilling will have impacts on the amount of water available for other uses and the displacement of large volumes of water - *quantity* impacts, as well as *quality* impacts resulting from the discharge of pollutants and from the increased levels of pollutants resulting indirectly from quantity changes.

### a) Water quantity impacts

Accelerated drilling activity for coalbed methane is having profound real life impacts on many families and communities in the West. In order to release the natural gas from coal beds, enormous amounts of ground water must be pumped from coal aquifers to the surface. While all oil and gas operations result in produced water, the amount of water produced from individual coalbed methane wells is generally much higher than that from other types of oil and gas wells (USGS, 1995). Coalbed methane wells in Wyoming and Colorado discharge between 20,000 to 40,000 gallons per day per well (Darin, 2000). The disposal of the produced water not only affects the economics of development, but also poses serious environmental concerns.

The total amount of water discharged from CBM wells in Wyoming alone has skyrocketed in recent years, increasing from approximately 43.5 million gallons (134 acre feet) in 1990, to 18 billion gallons (56,000 acre feet) in 2005 (Wyoming Oil and Gas Conservation Commission, 2006). The discharging of 56,000 acre feet of water in the arid West is wasteful in the short-term (generally an acre-foot of water will supply a family of four for one year), and has potentially devastating economic impacts for affected communities in the long-term. Dewatering of deep aquifers may upset the hydrologic balance, eliminating or reducing the availability of this water for future agricultural and domestic uses, and impacting the recharge of shallow aquifers and surface water.

The discharge of ground water can deplete freshwater aquifers, lower the water table, and dry up the drinking and irrigation water wells of homeowners and agricultural users. The short-term economic costs include drilling new wells for current and future landowners, when successful wells can be found, and the costs of acquiring new water sources when they cannot. If the freshwater aquifers do not fully re-charge, the long-term economic costs to affected landowners, homeowners, communities, and states across the West could be severe, including the foregone opportunity (option value) to use aquifer water in the future. The expected costs of these damages must be accounted for in the analysis.

The discharge of tens of thousands of gallons of ground water transforms many streams that normally flow intermittently (only during spring runoff or after storms) into all-season streams. The influx of water has resulted in deep channel scouring, erosion, and increased sedimentation. Increased sedimentation in streams can negatively impact native fisheries. This in turn increases the financial costs for fishery restoration projects. The altered water flows from surface discharge of produced water will negatively impact thermal and flow regimes, and likely contribute to bank erosion and changes in riparian vegetation (Allan, 2002). Gore (2002) warned that the loss of habitat caused by increased water flows from discharged water at coalbed methane projects could eliminate up to 30 aquatic species within 20 years.

The discharge of water into intermittent stream channels damages native flora and fauna not adapted to year-round water and promotes the spread of noxious weeds such as Scotch burr and Canadian thistle. The change in native vegetation composition, combined with the increase in noxious weeds, negatively impacts threatened and endangered species and other wildlife, along with cattle production. The loss of native species and the spread of noxious weeds across the West has enormous economic costs to both public and private interests.

The landscape is also impacted from the retaining ponds or reservoirs constructed to store the water discharged from the drilling operation. The constructed earthen dams and retaining ponds destroy additional habitat and introduce artificial structures to the landscape. Habitat and homes on property near these reservoirs also face the potential risk of flooding from structural failure.

BLM_0078276

When proposing oil and gas development, the agency must fully examine and account for the risks and costs associated with water depletion, loss of native fisheries and fisheries restoration, the additional costs of noxious weed mitigation, and the costs associated with the building and potential failure of artificial water retention structures.

### b) Water quality impacts

Trout Unlimited recently published a literature review of the impacts of oil and gas development and exploration on coldwater fisheries (Trout Unlimited, 2004). The findings of the report conclude that many of the studies reviewed "point towards confirmed deleterious effects caused by gas and oil exploration and development." One study found that the allowable discharge level in most states were far too high, 400 times that recommended by the EPA, and produced significant physical and toxic effects on trout in Wyoming. The Trout Unlimited study supports the conclusion that oil and gas development results in substantial negative effects on water and the wildlife that depends on it for survival.

The water discharged from oil and gas wells can be highly saline with a very high sodium absorption ratio (SAR) – a ratio that affects how water interacts with soil. Water with a high SAR can permanently change chemical composition of soils, reducing soil, air, and water permeability and thereby decreasing productivity of both native plants and irrigated crops.

Oil and gas drilling and production can also lead to increased sedimentation of water bodies, which in turn is harmful to aquatic species. According to Clement (2002), referring to proposed coalbed methane development in the Powder River Basin:

> "Increased sedimentation resulting from erosion of stream banks, overland flow, and road construction will likely impact aquatic organisms… Input of sediments to aquatic ecosystems is widely regarded as a major source of stream degradation in North America."

And finally, drilling for oil involves ecological risks and potential economic costs associated with blowouts -- the catastrophic surge of the highly pressurized fluid from the drill hole that can cause fires, loss of life and property, and the potential contamination of surface drinking water sources. To reduce the number of blowouts, rotary drilling operations typically inject a fluid of drilling muds into the drill hole in order to lubricate and cool the drill bit. While reducing the number of blowouts, the drilling fluids themselves create the risk of contamination of adjacent freshwater aquifers (Gauthier-Warinner, 2000). Recently, the New Mexico Oil Conservation Division (OCD) compiled and posted on its website information regarding groundwater impacts from leaks, spills and releases resulting from oil and gas operations. Although this data does not include all such impacts or all sources associated with oil and gas development and operations it illustrates the nature and extent of the potential for water contamination from oil and gas drilling.  There are close to 1400 groundwater contamination instances in the OCD's database that are attributed to oil and gas activities.

We formally request that all of the potential impacts on and risks to water quality from oil and gas be fully analyzed and that the costs of these impacts be included in the NEPA analysis for oil and gas development.

## 2. Oil and Gas Footprint

Oil and gas drilling operations leave behind a large footprint on the landscape – a footprint that extends well beyond the several-acre drilling sites. Beginning with exploratory activities, large trucks with seismic surveying equipment crisscross the landscape using a crude system of roads. These roads are made to the lowest standards possible in order to minimize the financial costs of gathering geophysical information, with little consideration for wetlands, fragile soils, storm water runoff or critical habitat. Exploratory drilling operations then require more large trucks with drill rigs using a network of constructed roads to access drill sites. If the exploratory well is determined to have no potential for production, the well is plugged, but the landscape scars

BLM_0078277

remain. If producible resources are found more wells, along with the attendant roads and pipelines will follow. Depending on the agency with oversight, there is typically little enforcement or monitoring of environmental regulations. In addition, no surety bonds are required for restoration or clean up. <u>All of these factors create a footprint that extends beyond the drill-pad and the costs associated with this extended zone of impacts must be accounted for in agency analyses of oil and gas development.</u>

*a) Well spacing and actual well numbers*

States usually have general rules setting default minimum spacing requirements between producing wells. They are set to establish the maximum area of an oil or gas deposit that can be efficiently drained with one well. In most cases the operator can petition for a reduction in well spacing if they can show that such spacing changes will result in more efficient production. Well spacing limits apply to each formation, meaning that if formations overlap, more well pads may be established on the surface than might be indicated by the stated spacing limits. The spacing limits do not include dry holes, only producing wells.

When a well is drilled it is unknown whether it will eventually produce oil or gas, or whether it will be a dry hole. If the well has potential for production, the well is cased with pipe and cemented (in an attempt to prevent oil and gas from seeping into nearby aquifers), and the drilling rig is replaced by a well head or pump jack. Electric or gas powered motors are used to power the pumps that collect the gas at each well and to power the series of compressor stations that pressurize gas for pipeline transport from the wells to customers in distant markets (WORC, 1999). These compressors run 24-hours a day. Furthermore, additional wells are usually drilling in the immediate vicinity when a producing well is discovered. All of these activities create a cumulative impact on wildlife habitat, air quality, water quality, and noise levels that goes beyond the immediate footprint of development.

Many drill sites also involve the construction of sediment ponds and retention reservoirs to collect storm water drainage and store the ground water brought to the surface as a result of the drilling and extraction operation. Injection wells are sometimes used to dispose of the water produced and to enhance oil and gas recovery – an action that may necessitate additional drilling of up to hundreds of injection wells throughout the field (Gauthier-Warinner 2000). The ecological footprint not only extends across the landscape, it also penetrates to shallow aquifers as well as aquifers thousands of feet below the earth's surface.

Exploiting the gas in unconventional, tight sands deposits will require drilling a significant number of wells, as the distribution of these resources is not well understood. Extracting this tight sands gas may require 5 or 10 acre spacing, which has been proposed in the Jonah field in Wyoming. As noted by the USGS (1996), "...**land-use planners are not in a good position to determine the societal impacts of the drilling (density) that would be necessary if these continuous reservoirs of (tight) gas were exploited** (emphasis added)."

In order to estimate the full extent of surface disturbance, the agency must correctly account for potential decreases in spacing limits, success rates for both exploratory and development wells, and estimate the cumulative environmental and economic impact of all wells drilled and all well pads established on the surface. The agency must fully examine the environmental impacts from the footprint associated with oil and gas development and include the pipelines, roads, and other oil and gas infrastructure and the impacts on the landscape from this development.

<u>We formally request that the agency provide an accurate estimate of the numbers of producing wells, dry holes, and injection wells. We request that the cumulative impacts of all wells and associated roads, pipelines and other infrastructure be analyzed fully as part of the NEPA process.</u>

*b) Pace of development*

The pace at which an oil or gas field is developed will influence the extent of the oil and gas footprint. When drilling is phased to take place over a longer period of time, the impact of concurrent drilling operations

BLM_0078278

can be lessened, and dry holes and wells that stop producing can be reclaimed before beginning new well drilling. When drilling is pushed through in a short period of time the total area impacted is much larger. Rapid development also intensifies the socio-economic impacts which accompany drilling. More wells being drilled at once mean more workers moving into an area at the same time. If development is staged the community will be better able to absorb them, reducing the need for accelerated infrastructure upgrades. Phased development will also prevent the rapid economic swings associated with the boom and bust cycle typical of the oil and gas industry.

We formally request that the agency require phased development of oil and gas resources on public lands, and that the costs associated with rapid versus phased development be fully analyzed and compared as part of the NEPA process.

### c) Impacts on wildlife

The impacts of oil and gas development extend beyond the footprint of development (Trombulak and Frissell 2000, Lyon and Christensen 2002, Lutz et al. 2003, WGFD 2004, Sawyer 2005). It is insufficient to simply indicate the percentage of the planning area that will be impacted by drilling. The analysis must estimate the percentage of critical wildlife habitat that will be directly and indirectly impacted. These estimates must include measures of the direct fragmentation of wildlife habitat, the indirect impacts, and not just the footprint. In addition to their direct effects (such as immediate landscape disturbance and habitat fragmentation), motorized routes also have negative impacts on wildlife such as noise, dust, air pollution, water pollution, erosion, and human presence that extend beyond the immediately disturbed area. Road densities as low as one percent or less of a given landscape can impact more than 99 percent of that landscape, leaving little undisturbed area in which wildlife can thrive. (Weller, et al., 2002; Hartley, et. al, 2003, Thomson, et. al, 2004; Thomson, et al., 2005).

Lease stipulations help protect wildlife but only if they are required and enforced, and data from the Bureau of Land Management and other sources indicate that they are not (GAO 2005). In the Rocky Mountain West, where hunting, fishing, and wildlife viewing generated $5.9 billion in revenue in 2001 (U.S. FWS and U.S. Census Bureau 2001). Drilling (and its direct impacts on wildlife and their habitat) has hidden economic costs in terms of lost revenues from license fees, equipment sales, and other related purchases. See Morton et al. (2002), Weller, et al,( 2002), Hartley, et. a,( 2003), Morton et al. (2004), Thomson, et. al, (2004,) and Thomson, et al ( 2005).

Wildlife habitat fragmentation results in both market and non-market costs. These costs must be analyzed as part of the NEPA process for oil and gas development.

### d) Pipelines

In order to bring gas to market, thousands of miles of pipeline must be constructed – extending the impacts of gas drilling far from the actual drill site. There are currently more than 270,000 miles of gas transmission pipelines and another 952,000 miles of gas distribution lines. The cumulative costs and environmental impacts associated with pipeline construction must be included in the agency analysis – because drilling wells and building pipelines are connected actions.

The environmental costs associated with construction, maintenance, and repair of pipelines, as well as the costs of the habitat fragmentation due to pipelines must be examined as part of the NEPA process for and oil and gas development.

### e) Roads

Oil and gas exploration also requires roads which increase ecological costs and invite cross-country travel and subsequent habitat damage. Oil and gas drilling and production often require daily vehicular trips to

BLM_0078279

monitor and maintain wells and pipelines. The increased traffic disrupts wildlife, may result in more road kill, and diminishes quality of life for local residents. Road construction degrades habitat and fragments travel corridors needed by wildlife species. Roads become conduits for non-native species that displace native species resulting in significant mitigation costs for taxpayers.

Proliferation of roads increases ORV use and thus the costs of the ecological and habitat damage associated with motorized recreation. Increased access and use by ORV-riders leads to increased ORV monitoring and enforcement costs. Roads, by providing access, may increase the frequency of human-caused fires. Humans caused sixty percent of all wildfires in the Rocky Mountains between 2001 and 2005 (National Interagency Fire Center, 2006). Furthermore, Forest Service statistics show that eighty-six percent of human-caused fires occurred in roaded areas (USDA Forest Service, 2000). Roads increase the damage to historical, cultural and archeological resources due to increased ease of access. Roads increase sediment deposits in streams resulting in reductions in fish habitat productivity. Roadless areas protect communities from sedimentation of water supplies and catastrophic events such as landslides.

The agency also needs to analyze the costs of road maintenance and restoration and compare these costs with the budgets available to complete the work. Each new mile of road added to the public lands transportation system competes for limited road maintenance funding. The Forest Service has a 10 billion dollar backlog of road maintenance projects and additional roads on public lands will only increase this backlog unless adequate funding is assured (Taxpayers for Common Sense, 2004).

The costs associated with the ecological damage due to oil and gas roads must be included in the analysis of plan alternatives involving oil and gas drilling and oil and gas projects. The agency must also include a detailed analysis of the costs associated with monitoring and enforcement of increased recreation use of expanded road mileage as part of the NEPA analysis. The costs for road maintenance must also be accounted for in the NEPA process.

**G. Correctly Account for Budget Constraints and Fiscal Realities**

**1. Environmental mitigation costs must be estimated and included in NEPA analysis**

The NEPA analysis should be based on reasonable budget expectations, which should be clearly stated. Successful organizations can rarely afford to ignore budgets when developing long-term plans. Without adequate funding, the mitigation plans and resource protection described in management plans will not be attainable. Rather than presenting the maximum production potential of public lands unconstrained by budgets, the agency should present the public with a more accurate picture of what can actually be accomplished given expected appropriations. Williams (1998) says, "policy is the effective result of 'what is intended' and 'what actually happens.'" What actually happens will depend on the budge available to achieve what is intended.

The agency must include a fiscal analysis of each alternative's implementation and mitigation costs. We are especially concerned with a potential lack of analysis of the costs to mitigate the environmental consequences of each alternative. Ignoring budget constraints is completely unrealistic and somewhat deceiving to the public, because the ability to achieve the levels of resource protection and damage mitigation described in each alternative will depend on the agency's budget. While the budget available to manage the planning area should be considered constant across alternatives, the costs to implement each management alternative are not equal. For example, an alternative resulting in resource damage will require more money to mitigate this damage than a less damaging alternative. It makes no sense for taxpayers to subsidize a more damaging and costly alternative when a less damaging, less costly alternative is available. There is simply no justification for any assumption that funding will be sufficient to implement each alternative and that all resource damage will be fully mitigated – unless costs and budgets are fully analyzed.

According to a Council of Environmental Quality memorandum on NEPA requirements [cited in NEPA Compliance Manual, 2nd Edition (Freeman, et al. 1994)]:

17

> [T]o ensure that environmental effects of a proposed action are fairly assessed, the probability of the mitigation measure being implemented must also be discussed. Thus the EIS and the Record of Decision should indicate the likelihood that such measures will be adopted or enforced by the responsible agencies. (Section 1502.16(h), and 1505.2)

The "probability of mitigation measures being implemented" is directly related to how much the mitigation will cost and how those costs relate to the expected budget available. The U.S. General Accounting Office (1992) reviewed federal land management budgets and found that the funding received by public land management agencies has been significantly less than the budgets required to fully implement plans. The lower-than-planned budgets have prevented public agencies from producing many of the outputs projected in land management plans, and implementing mitigation measures promised in NEPA documents (Morton 1997).

**2. Bonding requirements for industry must be estimated and included in NEPA analysis**

As part of the fiscal analysis of the plan alternatives, the agency must also realistically assess the bonding needs for the oil and gas development proposed. Operators must be required to post adequate bonds to ensure that acceptable reclamation and remediation are conducted. Insufficient bonds will increase the costs of reclamation for taxpayers and/or reduce the likelihood that reclamation will be adequate.

In order to fully comply with NEPA, the agency must include an analysis of the costs of implementing each alternative, which includes the costs of the mitigation plans contained within each alternative. These costs must then be compared to the expected budget level to assess the probability of mitigation measures being fully implemented. The agency should therefore, as part of the NEPA process, include a reasonable budget limitation and evaluate a set of management alternatives that are constrained by that budget level. The agency must require adequate funding from oil and gas operators (in the form of reclamation bond) to insure that the reclamation is complete and adequate.

**3. The cost of enforcement of environmental protection and mitigation requirements must be estimated and included in NEPA analysis**

Additional costs are associated with the inability of agency enforcement staff to adequately inspect oil and gas wells and associated facilities for violations of applicable laws and to enforce requirements for protection and restoration of the area. A recent report by the Western Organization of Resource Councils (2005) found that:

- agency enforcement staff levels have not kept pace with the rapid expansion of oil and gas development;
- oil and gas wells and associated facilities are not inspected often enough;
- agency environmental compliance inspectors spend too much time on other activities;
- agencies take too few enforcement actions; and
- citizen complaints are often ignored.

The Government Accountability Office (2005) also found a similar lack of resources for monitoring and enforcement of oil and gas development and attributed this lack to an unbalanced emphasis on processing permits to drill. The resulting costs are evidenced in the impact on the ecosystem.

The agency must assess the adequacy of funding and staffing to achieve the required environmental and safety enforcement for an oil and gas development. If inadequate funding and/or staff resources might prevent thorough enforcement and monitoring, this needs to be made clear and the costs associated with the additional impacts must be analyzed as part of the NEPA process.

BLM_0078281

IV. SPECIFIC RECOMMENDATIONS FOR ANALYSIS OF SOCIAL AND ECONOMIC IMPACTS OF OIL AND GAS DEVELOPMENT

These recommendations are organized to correspond with the more detailed sections above. We formally request that the NEPA analysis fully reflect and account for the following scoping comments:

**A. The agency must base analyses of the impacts of oil and gas development proposals on estimates of economically recoverable resources, rather than technically recoverable resources.**

We formally request that the Reasonably Foreseeable Development scenario be based on economically recoverable amounts of oil and gas, not technically recoverable oil and gas.

We formally request that estimates of jobs and income and local and state revenues be based on economically recoverable amounts of oil and gas, not technically recoverable oil and gas.

**B. The plan must reflect an accurate and realistic projection of jobs and income associated with the oil and gas development proposal.**

We formally request that the agency stop relying on IMPLAN and other models derived from economic base theory.

If the agency planners use IMPLAN:

The agency must fully discuss the assumptions, the shortcomings, and the risk and uncertainty due to the poor track record of the IMPLAN model in planning efforts.

We request that all data and multipliers used in the socio-economic impact analysis, including those used in IMPLAN be made public.

The model must account for non-labor income, as well as income from hunting, fishing, and recreation.

The model must also account for the fact that most drilling is completed by non-local crews.

The analysis must account for increased labor productivity and hence declining jobs per well drilled.

The agency must also complete a trend analysis of regional jobs and income – to provide a better and more complete understanding of their economic past and their economic future.

We formally request and recommend that the agency rely on trend analysis of income and employment for the counties impacted using the Economic Profile System (EPS) developed by the Sonoran Institute in cooperation with the BLM (available at http://www.sonoran.org).

**C. The agency must make accurate and realistic estimates of gross and net revenues.**

We requests that the agency determine all applicable Federal, state and local tax laws (including exceptions and reductions) and that these laws and regulations be used to make realistic and accurate estimates of net tax revenues from oil and gas production.

Revenue estimates must be made based on economically recoverable resources rather than technically recoverable – and must include the environmental and community costs from drilling and production.

**D. The agency must Include a full accounting of the hidden economic costs from oil and gas extraction.**

We request that the agency include both market and non-market costs and benefits in order to fully account for all the impacts of potential development.

19

BLM_0078282

**E. The agency must analyze and discuss the socio-economic costs to communities associated the boom and bust cycles of oil and gas development.**

We formally request that the agency estimate the costs associated with oil and gas development to private landowners as part of the NEPA process.

When estimating the benefits of an oil and gas development project the agency must show these benefits as net benefits rather than gross benefits.

The increased public service and infrastructure costs associated with expedited oil and gas development must be fully accounted for as part of the NEPA process for the current push to develop oil and gas in the West.

The impacts on local economic diversity, the socio-economic risks to communities from cycles of boom and bust, as well as the economic instability associated with oil and gas development, must be analyzed and addressed as part of the NEPA process.

A thorough plan for monitoring the socio-economic impacts of oil and gas development must be developed and implemented as part of the NEPA process and the implementation of all development and non-development alternatives.

**F. The agency must fully and correctly account for the environmental costs of oil and gas development.**

Impacts on water resources must be analyzed and accounted for

When proposing oil and gas development, the agency must fully examine and account for the risks and costs associated with water depletion, loss of native fisheries and fisheries restoration, the additional costs of noxious week mitigation, and the costs associated with the building and potential failure of artificial water retention.

We formally request that the impacts on water quality from oil and gas be fully analyzed and the costs of these impacts included in the NEPA process for oil and gas development.

The full extent of the footprint of oil and gas development must be analyzed and accounted for in the NEPA process

We formally request that the agency provide an accurate estimate of the numbers of both producing wells and dry holes and that the impacts of these wells be analyzed fully as part of the NEPA process.

We formally request that the agency require phased development of oil and gas resources on public lands, and that the costs associated with rapid development be fully analyzed as part of the NEPA process.

Wildlife fragmentation results in both market and non-market costs. These costs must be analyzed as part of the NEPA process for oil and gas development.

The environmental costs associated with construction, maintenance, and repair of pipelines, as well as the costs of the habitat fragmentation pipelines cause must be examined as part of the NEPA process for and oil and gas development.

Roads

The agency must include a detailed analysis of the costs associated with increased road mileage as part of the NEPA analysis.

The costs for road maintenance must be accounted for in the NEPA process.

The additional ORV monitoring and enforcement costs associated with expanded road mileage must be included in the NEPA analysis.

The agency must make a realistic estimate of the probability for enforcement of existing environmental protection

20

BLM_0078283

> **F. The agency must fully and correctly account for the environmental costs of oil and gas development.**
>
> The agency must assess the adequacy of funding and staffing to achieve the required environmental and safety enforcement for an oil and gas development. If inadequate funding and/or staff resources might prevent thorough enforcement and monitoring, this needs to be made clear and the costs associated with the additional impacts must be analyzed as part of the NEPA process.

> **G. The agency must correctly account for budget constraints and fiscal realities.**
>
> In order to fully comply with NEPA, the agency must include an analysis of the costs of implementing each alternative, which includes the costs of the mitigation plans contained within each alternative.
>
> These costs must then be compared to the expected budget level to assess the probability of mitigation measures being fully implemented.
>
> The agency should therefore, as part of the NEPA process, include a reasonable budget limitation and evaluate a set of management alternatives that are constrained by that budget level.
>
> As part of the fiscal analysis of the plan alternatives, the agency must realistically assess the bonding needs for the oil and gas development proposed. Operators must be required to post adequate bonds to ensure that acceptable reclamation and remediation are conducted.

## V. REFERENCES

Allan, J. D. 2002. *Comments* Submitted on the Montana Statewide Draft Oil and Gas Environmental Impact Statement (EIS) and Amendment of the Powder River and Billings Resource Management Plans

Attanasi, E.D. 1998. Economics and the 1995 National Assessment of United States Oil and Gas Resources. US Geological Survey Circular 1145. Available at: http://pubs.usgs.gov/circ/1998/c1145/c1145.pdf

BBC Research and Consulting. November 12, 2001. Measuring the Impact of Coalbed Methane Wells on Property Values, Appendix B of the La Plata County Impact Report (Appendix B: http://co.laplata.co.us/pdf/plan_doc/final_impactrpt/fmal_ir_appb.pdf, Full report: http://co.laplata.co.us/publications.htm )

Clements, W.H. 2002. Expert Comments. Submitted on the Montana Statewide Draft Oil and Gas Environmental Impact Statement (EIS) and Amendment of the Powder River and Billings Resources Management Plans (RMPs). (On file with the authors.)

Corn, M.L., B.A. Gelb and P. Baldwin. 2001. The Arctic National Wildlife Refuge: The Next Chapter. Congressional Research Service. Updated August 1, 2001. Available at: http://cnie.org/NLE/CRSreports/Natural/nrgen-23.cfm

Darin, T. 2000. Coal-bed methane coming to a town near you. Frontline Report. Wyoming Outdoor Council. Spring 2000. Available at: http://www.wyomingoutdoorcouncil.org/news/newsletter/docs/2000b/

Fortmann, L.P. et al. 1989. Community stability: The foresters' fig leaf. In D.C. Le Master and J.H. Beuter (Eds.) Community stability in forest-based economies. Timber Press.

Freeman, L.R.; March, F,; Spensley, J.W. 1994. NEPA Compliance Manual, 2nd Edition. Government Institutes, Inc., Rockville MD.

Freudenburg, W.R. 1992. Addictive economies: extractive industries and vulnerable localities in a changing world economy. Rural Sociology. Vol. 57:305-332.

Freudenburg, W.R. and R. Gramling. 1994. Natural resources and rural poverty: A closer look. Society and Natural Resources. Vol. 7. 5-22

Gauthier-Warinner, R.J. 2000. Oil and gas development. In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Dissmeyer, G. E. ed. Gen. Tech. Rep. SRS-39. Asheville, NC: U.S.

BLM_0078284

Department of Agriculture, Forest Service, Southern Research Station. 246 p. Available at: http://www.srs.fs.usda.gov/pubs/gtr/gtr_srs039/index.htm

Goldsmith, O.S. 1992. Economic instability in petroleum-based economies. Presented at OPEC/Alaska Conference on Energy Issues in the 1990's. Anchorage AK, July 23-24, 1992.

Gore, J.A. 2002. Comments Submitted on the Montana Statewide Draft Oil and Gas Environmental Impact Statement (EIS) and Amendment of the Powder River and Billings Resource Management Plans (RMPs).

Guilliford, A. 1989. Boomtown Blues: Colorado Oil Shale 1885-1985. Niwot, CO: University Press of Colorado.

Hartley, D.A.; Thomson, J.L.; Morton, P.; and Schlenker-Goodrich, E. 2003. Ecological Effects of a Transportation Network on Wildlife: A Spatial Analysis of the Upper Missouri River Breaks National Monument. Available at: http://www.wilderness.org/Library/Documents/upload/Missouri-Breaks-Transportation-Effects-full-report-w-o-covers.pdf

Haynes, R. W.; Horne, A.L. 1997. Economic Assessment of the Basin. In T.M. Quigley and S.J. Arbelbide (eds.), An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins: Volume IV. 1715-1870. USDA Forest Service, PNW-GTR-405, Pacific Northwest Research Station, Portland, OR.

High Country News. 2005. Methamphetamine fuels the West's oil and gas boom. By Patrick Farrell. October 3, 2005. Paonia, CO. Available at: http://www.hcn.org/servlets/hcn.Article?article_id=15811

Hoekstra, T.W., Alward, G.S., Dyer, A.A., Hof, J.G., Jones, D.B., Joyce, L.A., Kent, B.M., Lee, R., Sheffield, R.C., Williams, R. 1990. Analytical tools and information. Critique of Land Management Planning, Volume 4. USDA Forest Service, FS-455. 47 pp. Available at: http://www.fs.fed.us/institute/planning_center/1990_Critique_First_Planning_Round/critique%20of%20LMP-Vol%204%20ACR5%2090.pdf

Hoffman, S.A. and Fortmann, L. 1996. Poverty in forested counties: an analysis based on aid to families with dependent children. In Sierra Nevada Ecosystem Project: Final report to Congress, vol. II, Assessments and scientific basis for management options. Davis: University of California, Centers for Water and Wildland Resources, 1996.

Humphrey, C.R.; G. Berardi, M.S. Carroll, S. Fairfax, L. Fortman, C. Geisler, T.G. Johnson, J. Kusel, R.G. Lee, S. Macinko, M.D. Schulman, P.C. West. 1993. Theories in the study of natural resource-dependent communities and persistent poverty in the United States. In: Rural Sociological Society Task Force on Persistent Rural Poverty, Ed. Persistent Poverty in Rural America.. Boulder, CO: Westview Press.

Krikelas, A.C. 1991. Industry structure and regional growth: A vector autoregression forecasting model of the Wisconsin regional economy. Ph.D. Dissertation. University of Wisconsin-Madison.

Krikelas, A.C. 1992. Why regions grow: A review of research on the economic base model. Economic Review. Vol. 77(4).

LaTourrette, T., Bernstein, M., Holtberg, P., Pernin, C., Vollaard, B., Hanson, M., Anderson, K., Knopman, D. 2002. Assessing Gas and Oil Resources in the Intermountain West: Review of Methods and Framework for a New Approach. RAND Science and Technology, Santa Monica, CA. 94 pp. Available at: http://www.rand.org/publications/MR/MR1683/

LaTourette, T., M. Bernstein, M. Hanson, C. Pernin, D. Knopman, A. Overton. 2003. Assessing Natural Gas and Oil Resources: An Example of a New Approach in the Greater Green River Basin. RAND Science and Technology, Santa Monica, CA. Available at: http://www.rand.org/pubs/monograph_reports/MR1683/

Laitner, S.; Bernow, S. DeCicco, J. 1998. Employment and other macroeconomic benefits of an innovation-led climate strategy for the United States. Energy Policy 26(5): 425-432.

BLM_0078285

Limerick, Patricia Nelson; Travis, William; Scoggin, Tamar. 2002. Boom and bust in the American West. Workshop Report. Center of the American West, University of Colorado, Boulder, CO. Available at: http://www.centerwest.org/boom_bust.html

Loomis, J. 1993. Integrated public lands management. Columbia University Press, New York

Lutz, D. W., B.F. Wakeling, L.H. Carpenter, D. Stroud, M. Cox. D. McWhirter, S. Rosenstock. L.C. Bender, and A.F. Reeve. 2003. Impacts and changes made to mule deer habitat. Pages 13-61 in: de Vos, J.S. Jr., M.R. Conover, N.E. Headrick, Eds. Mule Deer Conservation: Issues and Management Strategies. Jack H. Berryman Institute Press, Utah State University, Logan, UT.

Lyon, L.J. and A. G. Christensen. 2002. Elk and land management. Pages 557-581 in: Toweill, D.E. and J.W. Thomas, Eds. North American Elk Ecology and Management. Smithsonian Institution Press, Washington, DC.

McLeod, D., C. Kruse, J. Woirhaye. 1998. Results from a Land Use Survey in Sublette County, Wyoming. Agricultural Experiment Station Publication B-1067. University of Wyoming, College of Agriculture, Laramie. Available at: http://agecon.uwyo.edu/EconDev/PubStorage/B-1067.pdf

Morton, P. 1997. Sustaining recreation resources on the Southern Appalachian National Forests. Journal of Park and Recreation Administration. Vol. (15):4, pp 61-78.

Morton, 1999. The economic benefits of wilderness: theory and practice. Denver University Law Review, Vol. 76, No. 2

Morton, P. C. Weller, J. Thomson. 2002. Coalbed Methane and Public Wildlands: How Much and at What Cost? Presented at Coalbed Methane Development in the Intermountain West, the Natural Resources Law Center, University of Colorado, Boulder CO. pp156-175. Available at http://www.cbmclearinghouse.info/documents.html

Morton, P., C. Weller, and J. Thomson, 2002. Energy and western wildlands: A GIS analysis of economically recoverable oil and gas. The Wilderness Society, Denver, CO and Seattle, WA Available at: http://www.wilderness.org/Library/Documents/Energy_WesternWildlands.cfm.

Morton, P., Weller, C., Thomson, J., Haefele, M., Culver, N. 2004. Drilling in the Rockies: How much and at what cost? Available at: http://www.wilderness.org/Library/Documents/upload/Drilling-in-the-Rocky-Mountains-How-Much-and-at-What-Cost.pdf.

National Interagency Fire Center. 2006. Wildland Fire Stats, Lightning Versus Human Caused Fires and Acres. Available at: http://www.nifc.gov/stats/index.html

National Petroleum Council. 2003. Balancing Natural Gas Supply: Fueling the Demands of a Growing Economy, Volume IV Supply Task Group Report. National Petroleum Council, Committee on Natural Gas: Washington DC. Available at: http://www.npc.org/

Nelson, P.B. 1999. Quality of life, nontraditional income, and economic growth: new development opportunities for the rural west. Rural Development Perspectives. 14(2): 32-37.

New Mexico Oil Conservation Division. 2005. Generalized Record of Groundwater Impact Sites. Released September 30, 2005 by the Oil Conservation Division of the Energy, Minerals and Natural Resources Department Available at: http://www.emnrd.state.nm.us/EMNRD/ocd/documents/rptGeneralizedGWImpact.pdf

Pederson Planning Consultants, 2001. Appendix D in the Wyoming Energy Commission, Preliminary Progress Report to the Wyoming Legislature, Joint Minerals, Business and Economic Development Committee, December 14, 2001. Draft Report commission by the Wyoming Energy Commission. 34 pages.

Pinedale Anticline Working Group. 2005. BLM Pinedale Anticline Working Group PAWG Task Groups' Report.

BLM_0078286

Porter K., L. Ziegler, K. Lumsden, E. Vajda, C. Collins. 2004. Sublette County Community Assessment. Wyoming Rural Development Council, Cheyenne, WY. Available at: http://www.wyomingcommunitynetwork.com/FinalReports/Pinedalefinal.pdf

Power, T. 1995. Economic well being and environmental protection in the Pacific Northwest: a consensus report by Pacific Northwest economists. Missoula, MT: University of Montana.

Power, T. M. 1996. Lost landscapes and failed economics. Island Press, Covelo, CA.

Rasker, R. 1994. A new look at old vistas: the economic role of environmental quality in western public lands. University of Colorado Law Review. Volume 52, Issue 2 pp369-399.

Richardson, H.W. 1985. Input-Output and Economic Base Multipliers: Looking backward and forward. Journal of Regional Science Vol. 25(4).

Rose, P. 2001. Risk Analysis and Management of Petroleum Exploration Ventures. AAPG Methods in Exploration Series, No. 12. Tulsa OK: The American Association of Petroleum Geologists. 164 p.

Sawyer, H., R. Nielson, D. Strickland, and L. McDonald. 2005. Annual Report, Sublette Mule Deer Study (Phase II): Long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area. Western Ecosystems Technology, Inc. Cheyenne, WY. Available at http://www.west-inc.com/reports/PAPA_2005_report_med.pdf.

Shanley, K.W.; Robinson, J.; Cluff, R.M. 2004. Tight-gas myths, realities have strong implications for resource estimation, policymaking, operating strategies. Oil and Gas Journal, August 2, 2004. Available at: http://www.discovery-group.com/Shanley,%20Robinson,%20Cluff%202004%20-%20OGJ%20Tight%20gas%20myths.pdf

Smith, Edward J. 1986. Boom and bust in energy extraction. Agriculture and Rural Economics Division, Economic Research Service, U.S. Department of Agriculture, Washington, DC. Staff Report No. AGES860423.

Stevens, J.B. 1978. The Oregon wood products labor force; job rationing and worker adaptions in a declining industry. Special Report 529, Ag. Exp. Station, Oregon St. Univ., Corvallis OR.

Taxpayers for Common Sense. 2004. Road Wrecked: Why the $10 Billion Forest Service Road Maintenance Backlog is Bad for Taxpayers. Taxpayers for Common Sense: Washington DC. 16 pp. Available at: http://www.taxpayer.net/forest/roadwrecked/RoadWreckedFINAL.pdf

The Craig Daily Press. 2004. Counties discuss sharing resources. By Bob Gebhart. July 7, 2004. Craig, CO. Available at: http://www.craigdailypress.com/section/localnews/story/12740

The Craig Daily Press. 2005. Residents mull magwater issue. By Bob Gebhart. March 9, 2005. Craig, CO. Available at: http://www.craigdailypress.com/section/localnews/story/16200

The Wilderness Society. 2004a. A GIS analysis of economically recoverable gas and oil in the Rocky Mountain Front of Montana. May 3, 2004. Available at: http://www.wilderness.org/Library/Documents/upload/GIS-Analysis-of-Economically-Recoverable-Gas-and-Oil-in-the-Rocky-Mountain-Front-of-Montana.pdf

The Wilderness Society. 2004b. A GIS analysis of economically recoverable gas and oil underneath the Roan Plateau, Colorado. October 26, 2004. Available at: http://www.wilderness.org/Library/Documents/upload/A-GIS-Analysis-of-Economically-Recoverable-Gas-and-Oil-Underneath-the-Roan-Plateau-Colorado.pdf

Thomson, J.L.; Hartley, D.A.; Ozarski, J.; Murray, K.; and Culver, N.W. 2004. Protecting Northern Arizona's National Monuments: The Challenges of Transportation Management. Available at: http://www.wilderness.org/Library/Documents/AZStripTransportation.cfm.

BLM_0078287

Thomson, J.L.; Schaub, T.S.; Culver, N.W. Aengst, P.C. 2005. Wildlife at a Crossroads: Energy Development in Western Wyoming, Effects of Roads on Habitat in the Upper Green River Valley. Available at: http://www.wilderness.org/Library/Documents/pinedale.cfm.

Tiebout, C.M. 1956. Exports and regional economic growth. Journal of Political Economy 64:160-64.

Trombulak, S.C. and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. *Conservation Biology* 14:18-30.

Trout Unlimited. 2004. Annotated Bibliography of the Potential Impacts of Gas and Oil Exploration and Development on Coldwater Fisheries. Available at: http://www.tu.org/atf/cf/%7B0D18ECB7-7347-445B-A38E-65B282BBBD8A%7D/Oilgas_biblio.pdf

U.S. Congress, Office of Technology Assessment. 1992. Forest Service planning: Accommodating uses, producing outputs, and sustaining ecosystems, OTA-F-505. Washington, DC.

U.S. Department of Agriculture, Forest Service. 2000. Forest Service Roadless Area Conservation Final Environmental Impact Statement. USDA Forest Service, Washington, DC. Available at: http://roadless.fs.fed.us/documents/feis/

U.S. Department of the Interior, U.S. Fish and Wildlife Service, and U.S. Department of Commerce, U.S. Census Bureau. 2001. National Survey of Fishing, Hunting, and Wildlife-associated Recreation. Available at: http://www.census.gov/prod/www/abs/fishing.html

U.S. Geological Survey. 1996. Impact of Oil and Gas Activity on Land-Use Management Decisions. http://energy.usgs.gov/factsheets/GIS/gis.html

U.S. Government Accountability Office. 2005. Oil and Gas Development: Increased Permitting Activity Has Lessened BLM's ability to Meet Its Environmental Protection Responsibilities. Report to the Ranking Minority Member, Committee on Homeland Security and Governmental Affairs, U.S. Senate. June 2005. GAO-05-418. Available at: http://www.gao.gov/new.items/d05418.pdf

U.S. General Accounting Office. 1992. Natural Resources Management Issues. GAO/OCG-92-17TR. GAO, Washington, D.C.

Vidas, E. H., R.H. Hugman, and P.S. Springer. 2003. Assessing Natural Gas and Oil Resources: Technical Details of Resource Allocation and Economic Analysis: RAND Science and Technology, Santa Monica, CA. 79 p. http://www.rand.org/pubs/monograph_reports/2005/MR1683.1.pdf

Weller, C.; Thomson, J.; Morton, P. and Aplet, G. 2002. Fragmenting our Lands: The Ecological Footprint of Oil and Gas Development. Available at: http://www.wilderness.org/Library/Documents/upload/Energy-Footprint-Full-Report.pdf.

Western Organization of Resource Councils. 1999. Coal-bed methane development: boon or bane for rural residents? Billings, MT. Available at: http://www.worc.org/pdfs/cbm.pdf

Western Organization of Resource Councils. 2005. Law and Order in the Oil and Gas Fields: A Review of Inspection and Enforcement Programs I Five Western States. Available at : http://www.worc.org/pdfs/Oil%20and%20Gas%20Report04.pdf

Williams, P.B. 1998. Considering the role of science within the policy and planning process for the Grand Staircase-Escalante National Monument. In: Learning from the Land: Grand Staircase-Escalante National Monument Science Symposium proceedings. Hill, L.M. and Koselak, J.J. (eds.) 455-465. U.S. Dept. of Interior, Bureau of Land Management, Grand Staircase-Escalante National Monument, BLM/UT/GI-98/006+1220.

Whitelaw, E., et al. 2003. A letter from economists to President Bush and the governors of eleven western states regarding the economic importance of the west's natural environment. (100 total authors) Available at: http://www.econw.com/pdf/120303letter.pdf

BLM_0078288

Wyoming Game and Fish Department. 2004. Recommendations for Development of Oil and Gas Resources within Crucial and Important Wildlife Habitat: A Strategy for Managing Energy Development Consistently with the FLPMA Principles of Multiple Use and Sustained Yield. Available at http://gf.state.wy.us/habitat/index.asp.

Wyoming Oil and Gas Conservation Commission. 2006. Data on coalbed methane production 1987 to 2006 downloaded on April 14, 2006. http://wogcc.state.wy.us/

**FOR FURTHER INFORMATION:**
Pete Morton: (303) 650-5818 ext. 105
Nada Culver: (303) 650-5818 ext. 117
Michelle Haefele: (303) 650-5818 ext. 109

BLM_0078289

BLM Uncompahgre Launches Public Process (01-05-2010)

U.S. DEPARTMENT OF THE INTERIOR   **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 01/05/10
**Contacts:** Contact: Erin Curtis, Public Information Officer, (970) 244-3097

## BLM Uncompahgre Launches Public Process to Revise Resource Management Plan

Montrose, CO -- The Bureau of Land Management Uncompahgre Field Office is seeking public input as it begins revising its Resource Management Plans (RMP).

The new RMP will provide overall management direction for the next two decades for the almost 700,000 surface acres of public lands and 2 million subsurface acres of federal mineral estate in Mesa, Montrose, Ouray, San Miguel, Gunnison and Delta counties managed by the BLM.  The revisions are necessary because the demands on these public lands have increased and uses have become more varied since the original plans were completed in 1985 and 1989. An Environmental Impact Statement will be developed during the planning process.

In this first opportunity for public comment, called "scoping," the BLM is asking the public to help identify issues to be addressed in the plan revisions, as well as offer potential solutions.  The BLM will use the information it receives during scoping as it prepares the Draft RMP revisions and associated Draft EIS.

"Public involvement is critical to crafting a land use plan that reflects local, regional and national values," said Uncompahgre Field Manager Barb Sharrow.  "Scoping is only the first of many instances that we'll seek public input as part of this planning effort."

The scoping period runs through February 26, 2010. Six open house meetings will be held in local communities. The public is encouraged to visit, speak with BLM employees, learn more about the planning process and major issues, and share their comments and concerns. Open houses will be held:

· January 12, in Hotchkiss
Memorial Hall, 175 1st St.
4:30 p.m. to 7:30 p.m.
· January 13 in Delta
Bill Heddles Recreation Center, 530 Gunnison River Drive
4:30 p.m. to 8 p.m.
· January 14 in Montrose
Montrose Pavilion, 1800 Pavilion Drive
4:30 p.m. to 8 p.m.
· January 19 in Ridgway
Community Center at Town Hall, 201 N Railroad Street
4:30 p.m. to 7:30 p.m.
· January 20 in Norwood
Community Meeting room at Norwood Town Hall, 1670 Naturita Street
4:30 p.m. to 7:30 p.m.
· January 21 in Naturita
Naturita Community Center at the Library, 411 West 2nd Avenue
4:30 p.m. to 7:30 p.m,

During this initial scoping period, the BLM is seeking ideas about the uses of public lands managed by the UFO, possible protection measures, and recommendations on special designations such as potential special recreation management areas or areas of critical environmental concern. The public may also comment on the preliminary planning criteria, which help guide the planning process.

The Gunnison Gorge and Dominguez-Escalante National Conservation Areas are excluded from this planning effort.  The management plan for the Gunnison Gorge NCA was completed in 2004. The newly designated Dominguez-Escalante NCA RMP process will begin early next year.

It is not necessary to attend an open house in order to submit scoping comments to the BLM. For further information about the planning process, visit our Land Use Planning webpage at www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html, or contact the project manager, Bruce Krickbaum, at (970) 240-5300.

Scoping comments provide the greatest benefit when they are specific, and received by the BLM prior to the close of public scoping on February 26, 2010. Comments may be:

· Mailed to BLM Uncompahgre RMP, 2465 S Townsend Ave, Montrose, CO 81401
· Faxed to 1-970-240-5367
· Emailed to uformp@blm.gov

The BLM manages more land - more than 245 million acres - than any other Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The Bureau, with a budget of about $1 billion, also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health and productivity of the public lands for the use and enjoyment of present and future generations. The Bureau accomplishes this by managing such activities as outdoor recreation, livestock grazing, mineral development, and energy production, and by conserving natural, historical, cultural, and other resources on public lands.
--BLM--

2465 South Townsend Avenue    Montrose, CO 81401

Last updated: 03-08-2010

USA.GOV   |   No Fear Act   |   DOI   |   Disclaimer   |   About BLM   |   Notices   |   Get Adobe Reader®
Privacy Policy   |   FOIA   |   Kids Policy   |   Contact Us   |   Accessibility   |   Site Map   |   Home

http://www.blm.gov/co/st/en/BLM_Information/newsroom/2010/blm_uncompahgre_launches.html[8/13/2010 9:55:55 AM]

BLM_0078290

 **Bureau of Land Management** 2465 S. Townsend Ave. • Montrose, Colorado 81401

## *BLM UNCOMPAHGRE NEWS*

January 5, 2010
Contact: Erin Curtis, Public Information Officer, (970) 244-3097

### BLM Uncompahgre Launches Public Process to Revise Resource Management Plan

**Montrose, CO** -- The Bureau of Land Management Uncompahgre Field Office is seeking public input as it begins revising its Resource Management Plans (RMP).

The new RMP will provide overall management direction for the next two decades for the almost 700,000 surface acres of public lands and 2 million subsurface acres of federal mineral estate in Mesa, Montrose, Ouray, San Miguel, Gunnison and Delta counties managed by the BLM. The revisions are necessary because the demands on these public lands have increased and uses have become more varied since the original plans were completed in 1985 and 1989. An Environmental Impact Statement will be developed during the planning process.

In this first opportunity for public comment, called "scoping," the BLM is asking the public to help identify issues to be addressed in the plan revisions, as well as offer potential solutions. The BLM will use the information it receives during scoping as it prepares the Draft RMP revisions and associated Draft EIS.

"Public involvement is critical to crafting a land use plan that reflects local, regional and national values," said Uncompahgre Field Manager Barb Sharrow. "Scoping is only the first of many instances that we'll seek public input as part of this planning effort."

The scoping period runs through February 26, 2010. Six open house meetings will be held in local communities. The public is encouraged to visit, speak with BLM employees, learn more about the planning process and major issues, and share their comments and concerns. Open houses will be held:

| | |
|---|---|
| **January 12 in Hotchkiss** | **January 19 in Ridgway** |
| Memorial Hall, 175 1st St. | Community Center at Town Hall, 201 N Railroad Street |
| 4:30 p.m. to 7:30 p.m. | 4:30 p.m. to 7:30 p.m. |
| **January 13 in Delta** | **January 20 in Norwood** |
| Bill Heddles Rec. Center, 530 Gunnison River Drive | Community Meeting Rm, Norwood Town Hall, 1670 Naturita St. |
| 4:30 p.m. to 8 p.m. | 4:30 p.m. to 7:30 p.m. |
| **January 14 in Montrose** | **January 21 in Naturita** |
| Montrose Pavilion, 1800 Pavilion Drive | Naturita Community Center Library, 411 West 2nd Ave. |
| 4:30 p.m. to 8 p.m. | 4:30 p.m. to 7:30 p.m. |

During this initial scoping period, the BLM is seeking ideas about the uses of public lands managed by the UFO, possible protection measures, and recommendations on special designations such as potential special recreation management areas or areas of critical environmental concern. The public may also comment on the preliminary planning criteria, which help guide the planning process.

The Gunnison Gorge and Dominguez-Escalante National Conservation Areas are excluded from this planning effort. The management plan for the Gunnison Gorge NCA was completed in 2004. The newly designated Dominguez-Escalante NCA RMP process will begin early next year.

It is not necessary to attend an open house in order to submit scoping comments to the BLM. For further information about the planning process, visit our Land Use Planning webpage at www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html, or contact the project manager, Bruce Krickbaum, at (970) 240-5300.

Scoping comments provide the greatest benefit when they are specific, and received by the BLM prior to the close of public scoping on February 26, 2010. Comments may be:

- **Mailed to BLM Uncompahgre RMP, 2465 S Townsend Ave, Montrose, CO 81401**
- **Faxed to 1-970-240-5367**
- **Emailed to uformp@blm.gov**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BLM ##

Erin Curtis
Public Affairs Specialist, Western Colorado
Bureau of Land Management
2815 H Rd, Grand Junction, CO 81506
Voice: (970) 244-3097
Cell: (970) 210-2126

BLM_0078291

<?xml version="1.0" encoding="UTF-8"?>


1 A-PI TM

><Q1

><Question1

>Continued access to public lands by motorized recreation. Maintaining a managed motorized system (OHV and full size vehicle) that is distributed to un que areas through out the planning area. Properly marking routes and maintaining maintenance levels, or challenge levels on those routes.</Question1></Q1><Page2


2 B-NP

IN

><Q2

><Question2


3 A-PI TM


4 A-PI TM


5 B-NP

>Develop networks that connect areas. Allow motorized users the experience of many parts of the planning area. Don't relegate them to one area and cal  it good. Maintain the existing systems. Solve resource issues instead of closing system routes that are not up to standard with the hope of replacing them </Question2></Q2><Q3

><Question3

>Rules and regulations are set back in Washington and influenced by the interest groups. What I would like to see doesn't matter unless it falls in line with those top down rules. (But for the fun of it, I would like to see users who tolerate multi-use rewarded with larger systems and networks of access and thos </Question3></Q3><Q4

><Question4

>Kind of answered that above. Group size is a problem because a group of 50 will impact resources more than one from a time snapshot, but it is more a bout volume of use to an area, not NAOT.&#xD;Educate the users. Constantly work to keep in the users face about the right way to recreate on public land </Question4></Q4><Q5

><Question5

>  just want to keep all the 4WD roads open.&#xD;They are the best multi-use system for people of tolerance, everybody is welcome, just have to learn to share.</Question5></Q5></Page2></ScopingForm>


6 B-GE


7 A-PI REC


8 A-PI REC


9 B-NP


10 A-PI TM

C:\Users\EMPSi_SFO_2009_01\AppData\Local\Microsoft\Windows\Temporary Internet Files\OLK95A9\Uncompahgre_RMP_Scoping_Comment_Form_F

BLM_0078292



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _William_   Last Name _Bear_   Date _1-12-2010_

Mailing Address _P.O. Box 483_

City _Paonia_   State _Colo_   Zip _81428_

E-mail Address: _bbear@bowieresources.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☑ e-mail materials only ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group
☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☑ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _60_

Why do you live here? ☑ Occupation ☑ Family ☑ Proximity to public lands ☑ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

**What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?**

BLM planning must balance a lot of conflicting wants. But BLM needs to preserve access to minerals, Coal, oil and gas, uranium and sand and gravel These minerals are used to provide needs to the nation, job to residents tax revenue to goverments. Land removed from development reduces all of the above.
   Secondly the BLM needs to provide access for ATV and motor sports to the citizens

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

These are public lands so individuals should have access but organized groups need to be monitored. This would include commercial, and other organized groups even if it is something is simple as a boy scout group.

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078294



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name ANDREW      Last Name COONAN      Date 01·13·2010

Mailing Address 34634 POWELL MESA RD.

City HOTCHKESS      State CO      Zip 81419

E-mail Address: andrew.coonan@hotmail.com

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?      Yes: ☑ e-mail materials only   ☐ e-mail and hard-copy materials      ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)      ☑ Non-profit Organization      ☐ Citizen's Group

☐ Federal, State, or Local Government      ☐ Elected Representative      ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: **3m**   Years: **3 1/2 yrs.**

Why do you live here? ☑ Occupation ☐ Family ☐ Proximity to public lands ☑ Recreational Opportunities
☑ Other   agriculture

> *The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

This area is the only preserved land area that is able to support <u>uncontaminated</u> agricultural economic development, ie orchards! remaining in the state.

Please, Please, Please ensure the viability of agriculture & clean water — by not allowing oil + gas dev! Drilling!

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

None.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

allow all drillable leases to expire and ensure public land trust(s) to remain.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

ensure community + agricultural development.
Not oil + gas devo. They're all econ. dev.
please start w/ com. + ag.

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Bill_     Last Name _Ela_     Date _1/12/10_

Mailing Address _30507 L Road_

City _Hotchkiss_     State _CO_     Zip _81419_

E-mail Address: _silvera1@TDS.net_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☒ e-mail materials only  ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)     ☐ Non-profit Organization     ☐ Citizen's Group

☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _BLM-SW-RAC_

Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
(Refer to map for unit numbers)

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____     ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____  Years: _____

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☒ Other _Fruit production & marketing_

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

1. Travel plans
1. Revamping fire management plans
2. Future of biomass as alternative fuel source for energy
3. Travel plans

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Beetle kill - no action unless usable for biomass future.
SAD - action before root kill is best science I'm aware of.
Nive control - limit to ¼ mile at public land-private land interface - at mandatory shared expenses (gov. & private owners). Limits on logging, mining etc. - that interfere with natural fire cycles. No action without request by private owners.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Definite limits on all motorized travel & to some extent mtn. biking - except on designated routes carefully signed & enforced - consider use of a crimestoppers regimen.

Please provide any additional comments that you have regarding this project.

Keep the RAC activities to promote public-private collaboration & education.

**(Please tri-fold this sheet & tape shut before mailing – Do not staple)**

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078298



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _GENE_   Last Name _GOFFW_   Date _1/12/10_

Mailing Address _37602 FRUITLAND MESA RD_

City _CRAWFORD_   State _COLO_   Zip _81415_

E-mail Address _gene @ paonia . com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☑ e-mail materials only   ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☑ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☐ Occupation ☐ Family ☑ Proximity to public lands ☑ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

There is no need to lease more oil & gas areas - so much has been leased that hasn't been developed. Regulation of toxic drilling fluids & fracing fluids is necessary. No leasing should occur until Congress can act to remove exemption for oil & gas. Health effects from oil & gas are serious - ozone & other airborne substances - since wholesale development of oil & gas my allergies are getting worse & friends who never had allergies now have them. My eyes are often irritated.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

BLM_0078299

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078300



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Grady_    Last Name _Harper_    Date _1-12-09_

Mailing Address _10820   3475 RD_

City _Hotchkiss, CO_ _81419_    State _____ Zip _____

E-mail Address: _grady @ nfria.org_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: [X] e-mail materials only  [ ] e-mail and hard-copy materials    [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[✓] Individual (no affiliation)    [X] Non-profit Organization    [ ] Citizen's Group

[ ] Federal, State, or Local Government    [ ] Elected Representative    [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _North Fork River Improvement Assn._

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? [X] Unit 1 [ ] Unit 2 [ ] Unit 3 [ ] Unit 4 [ ] Unit 5 [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: [X] Colorado (west slope)  [ ] Colorado (front range or plains)
    [ ] Another State (which): _____  [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _22_

Why do you live here? [X] Occupation [X] Family [ ] Proximity to public lands [ ] Recreational Opportunities
    [ ] Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

That irresponsible drilling does not happen similar to Garfield County.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Minimize Physical disturbance.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Encourage use of directional drilling to minimize surface disturbance

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Encourage responsible recreaction ie leave no trace designated off-road trails

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Robert_   Last Name _HAYNES_   Date _1/11/10_

Mailing Address _180 Delta Ave_

City _Paonia_   State _CO_   Zip _81428_

E-mail Address: _RF HAYNES 1 @ TDS.NET_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☒ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group
☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here?   Months: _____   Years: _/_

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _Life STYLE_

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Keeping this environment clean and safe water & AIR. The north fork valley in the largest concentration of organic growing in Colorado, oil and gas production will cause growers to loose their "organic" standard. Then it's just Another INDUSTRIAL region.

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Ashley_   Last Name _Krest_   Date _1-12-2010_

Mailing Address _41391 Oneya Rd._

City _Paonia_   State _~~Arizona~~ CO_   Zip _81428_

E-mail Address: _stinkyblooms@paonia.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☑ e-mail materials only   ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)   ☐ Non-profit Organization   ☑ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _Citizens for Healthy Communities_

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☑ Unit 1 ☑ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☑ Occupation ☐ Family ☑ Proximity to public lands ☑ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

I am concerned about having <u>any</u> more leasing of oil + gas (or development of) until there is accountability to all Fed + State environmental regulations (Clean Water Act, Clean Air Act Etc.) by the indistry AND the end of injection of harmful chemicals into the ground for "fracing" purposes until alternatives are explored. I request a mooitorium until these issues have been addressed and our communities health + environment is protected.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

More wilderness protection, study areas etc.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

NA

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Less irresponsible road development & useage of existing roads.

Please provide any additional comments that you have regarding this project.

I wish it would not take a full 4 years to complete.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan


NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be
submitted via e-mail to uformp@blm.gov.

First Name _INORA_   Last Name _LEU_   Date _1/12/10_

Mailing Address _P.O. BOX 986_

City _PAONIA, CO_   State _CO_   Zip _81428_

E-mail Address: _GANESHACLUB @ HOTMAIL.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be
shared)?   Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _1_

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _LIFESTYLE_

The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors,
friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are
any other comments. When answering the following questions, reference as appropriate the planning units on the map titled
Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time
to provide your input.

**What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?**

MY CONCERNS ARE ABOUT LEASING + DEVELOPING BLM LAND
TO GAS + OIL COMPANIES, WHICH THAN CONTAMINATE
WATERSHEAD, AIR + LAND OF THE NORTH FORK
VALLEY, THE BIGGEST ORGANIC GROWING AREA IN
COLORADO. ONES IT IS CONTAMINATED, IT IS TO LATE
TO REVERS THE IMPACT. ISSUES ABOUT FOOD + POPULATIONS

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to
4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street
address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be
honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or
businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

IN ORDER TO KEEP THE ~~VALLEY~~ CLEAN, *NO* OIL + GAS INDUSTRY

~~IN THE ADDITION~~

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Bill_ Last Name _McKERNAN_ Date _1/12/10_

Mailing Address _1155 GRAND AV_

City _DELTA_ State _CO_ Zip _81416_

E-mail Address: _billyjmck@yahoo.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: ☒ e-mail materials only ☐ e-mail and hard-copy materials ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group

☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☒ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _____

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☒ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_CONCERNED ABOUT WATER QUALITY OF STREAMS + RIVER, LAKES FOR FISHING_
_OIL + GAS DRILLING EFFECTS ON THAT QUALITY_
_QUALITY OF AREA FOR RECREATIONAL HIKING_

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would make physically to the landscape (such as what should it look like, modifications, etc.)?

~~TRY TO LIMIT GAS ENGINES ON RIVERS LAKES~~

KEEP TRAILS IN BETTER CONDITION TO LIMIT OFF TRAIL USE

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

- TRY TO LIMIT GAS ENGINES ON RIVERS, LAKES
- Limit TRAIL FOR motorized VEHICLES (OFF ROAD)

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078310

# BLM

## UNCOMPAHGRE FIELD OFFICE

### INVITES YOU TO VISIT AN
### OPEN HOUSE PUBLIC MEETING



The BLM Uncompahgre Field Office is revising its Resource Management Plan. The plan will provide management direction for the public lands and minerals within the field office for the next two decades.

## We want to hear from you!

We are holding six open houses to get information from the public as we begin this process. <u>Stop by at any time</u> during the time shown; learn more about the planning process, and share your comments and concerns.

| | |
|---|---|
| **Tuesday, January 12, 2010**<br>4:30 to 7:30pm<br>Memorial Hall<br>175 N 1st Street, Hotchkiss | **Tuesday, January 19, 2010**<br>4:30 to 7:30pm<br>Ridgway Community Center<br>201 N Railroad Street, Ridgway |
| **Wednesday, January 13, 2010**<br>4:30 to 8:00pm<br>Bill Heddles Recreation Center<br>530 Gunnison River Drive, Delta | **Wednesday, January 20, 2010**<br>4:30 to 7:30pm<br>Norwood Town Hall<br>1670 Naturita Street, Norwood |
| **Thursday, January 14, 2010**<br>4:30 to 8:00pm<br>Montrose Pavilion<br>1800 Pavilion Drive, Montrose | **Thursday, January 21, 2010**<br>4:30 to 7:30pm<br>Naturita Library<br>411 W 2nd Avenue, Naturita |

UFO Planning Webpage:
http://www.blm.gov/co/st/en/
fo/ufo/uncompahgre_rmp.html

Bureau of Land Management
2465 S Townsend Avenue
Montrose, CO 81401



**Remove display after January 22, 2010**

BLM_0078311



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name __Millicent__   Last Name __Young__   Date __1/12/10__

Mailing Address __P.O. 614__

City __Paonia__   State __Co__   Zip __81428__

E-mail Address: __maryyoung@yahoo.com__

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☐ e-mail materials only   ☒ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: __30__

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands   ☐ Recreational Opportunities
☐ Other __It has been clean__

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

I am very concerned that oil and gas companies will destroy the quality of life here. Fracking is toxic. The drillers are exempt from clean air and water acts. Why? I'm not exempt. → Also, the proposed evaporation ponds near Dominguez are a threat to health. Garfield County should keep the poison it's created,

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Leave the landscape alone!

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

The drilling companies should provide full disclosure about the chemicals used and their effects. Rules should dictate that they cannot poison our environment At All.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Create jobs that clean and strengthen our environment, Not trash us. Slow down until the technologies are SAFE. Not MAYbe safe in a perfect world.

Please provide any additional comments that you have regarding this project.

Develop wind power here. It's cleaner. Put $ into carbon capture technologies.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078313



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name *Cynthia*     Last Name *Wutchiett*     Date *1/10/2010*
Mailing Address *40849 M Road*
City *Paonia*     State *CO*     Zip *81428*
E-mail Address: *Cwutchiett @ tds.net*

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☒ e-mail materials only  ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)     ☒ Non-profit Organization     ☒ Citizen's Group
☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency
Name of organization, government, group, or agency (if applicable) *Citizens for a Healthy*

Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area: *Community*
Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)* *Paonia*
If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)
☐ Another State (which): _____  ☐ Another Country (which): _____
If you do live in the planning area, how long have you lived here? Months: _____  Years: *3*
Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands  ☐ Recreational Opportunities
☐ Other *Healthy Environment, Organic Produce*

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

*I am extremely concerned about the negative health impacts from oil and gas production.*

*I do not want the BLM to lease any more land for oil & gas development or issue permits to drill in the North Fork region until*
*① All exemptions to environmental laws currently provided to the natural gas industry are eliminated & (over)*

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Hire more field personnel to monitor the activities, including ongoing reclamation, of oil & gas development on B+M leased land.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

The oil & gas development as it exists today in Colorado is socially irresponsible + must be stopped until responsible behavior + practices can be assured.

Please provide any additional comments that you have regarding this project.

Cont'd from first page:
② Injecting toxic, hazardous, or carcinogenic fluids into the ground is prohibited by state + federal law.
Cynthia Wutchiett

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078315

**Drew Vankat**

| | |
|---|---|
| **From:** | wjardon tds.net [wjardon@tds.net] |
| **Sent:** | Wednesday, January 13, 2010 7:37 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Uncompahgre |

1 A-GE

To whom it may concern:

In reference to the recent proposal to further restrict the public use of BLM-controlled land, I would like to encourage the BLM to continue to allow responsible use of public lands. Disallowing the use of roads, grazing land, mineral and energy development, as well as recreational use, would be a poor use of public land. The point of public land is that it belongs to the people. Public lands should be available to all people. The combination of grazing lands and mineral/energy exploitaition allows business and employment growth for our county, and recreational use should also be encouraged, not restricted.

Thank you for your consideration in this matter.

Best regards,

William Jardon

2 A-PI LG
3 A-PI ED
4 A-PI REC

2/9/2010

<?xml version="1.0" encoding="UTF-9"?>
<Sco**1 A-PI REC**
><Q**IN**
><Question1
>   I very much enjoy the outdoors, as does my entire family we use these public lands in some basic ways. We enjoy camping, boating,and snowmobilin
g and with these activities we have the whole year covered. I am concerned about the environment, the health and welfare of the land, animals and who
</Question1></Q1><Page2

**2 A-GE**          **3 A-PI ED**

><Q2
><Question2
>   work closer with industry on a technical, and financial level to keep resource development to the lowest ecological impact possible.</Question2></Q2
><Q3
><Question3          **4 B-NP**
>   Education within the local school systems. Teach the kids the science and management of our public lands. Give them the opportunity to have some i
nherent ownership.</Question3></Q3><Q4
><Question4
>   I believe everyone should experience the outdoors. so let em' all come. Negative environmental behavior will change through education based in fact,
and opportunities for the public ownership to police its ranks.</Question4></Q4><Q5
><Question5
/></Q5></Page2></ScopingForm>

**5 A-GE**

BLM_0078317

## Montrose Meeting

I had no I dea that there were so many noxous weeds in the state of colorado, and in the world. I am glad that I now know about theese weeds so that I can watch out for them. Thanks for the information

BLM_0078318



Montrose meeting

I had no I dea that 1 report could be so long!!!

# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name ___Rick___   Last Name ___Weaver___   Date ___1/14/10___

Mailing Address ___17000 6200 Rd___

City ___Montrose___   State ___Co___   Zip ___81403___

E-mail Address: ___rweaver@del-mont.com.___

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: [X] e-mail materials only  [ ] e-mail and hard-copy materials   [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[X] Individual (no affiliation)   [ ] Non-profit Organization   [ ] Citizen's Group

[ ] Federal, State, or Local Government   [ ] Elected Representative   [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area?  [ ] Unit 1  [ ] Unit 2  [X] Unit 3  [ ] Unit 4  [ ] Unit 5  [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in:  [ ] Colorado (west slope)  [ ] Colorado (front range or plains)
  [ ] Another State (which): _____   [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: __22__

Why do you live here? [ ] Occupation  [ ] Family  [X] Proximity to public lands  [X] Recreational Opportunities
  [ ] Other _____

> *The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

PLEASE MAINTAIN PUBLIC ACCESS TO EXISTING ATV TRAILS THAT PROVIDE OPPORTUNITIES FOR THOSE WITH LIMITED HIKING ABILITY TO ENJOY PUBLIC LANDS.

ALSO, PLEASE ALLOW OIL & GAS & URANIUM EXPLORATION & EXTRACTION TO PROCEED WITH REASONABLE ENVIRONMENTAL CONTROLS.

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078321

**Drew Vankat**

**From:**          bruce_krickbaum@blm.gov
**Sent:**          Friday, January 15, 2010 12:30 PM
**To:**            jbarnett@barnettwater.com
**Cc:**            Barbara_Sharrow@blm.gov
**Subject:**       Re: Uncompahgre RMP


Hello Jack,

I appreciate your comments as well as your concern.

We are very well aware of the selenium and salinity issue in our planning area, and it
was identified in our Preparation Plan as a component of issue #1.  The Preparation Plan
is available for review on our Planning Web site
at: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

Our web site also has several "Planning Fact Sheets" which we have available at our
scoping meetings.  Fact sheet # 6.3 contains information about salinity and selenium.  We
try to keep the fact sheets simple and easy to understand -- enough information so the
public understands some of the issues we are dealing with.

We have talked to Heidi Hadley, and she will be involved in our planning effort.

Thanks, Bruce


----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 01/15/2010 12:05 PM
-----

            CO UFORMP
            Sent by: Bruce
            Krickbaum                                                    To
                              Bruce Krickbaum/MOFO/CO/BLM/DOI@BLM
                                                                         cc
            01/15/2010 12:04
            PM                                                      Subject
                              Re: Uncompahgre RMP(Document link:
                              Bruce Krickbaum)




            "Jack Barnett"
            <jbarnett@barnett
            water.com>                                                   To
                              "Bruce Krickbaum" <uformp@blm.gov>
            12/28/2009 05:06                                             cc
            PM
                                                                    Subject
                              Uncompahgre RMP

BLM_0078322

Bruce,

I very much appreciate receiving your Issue 1, Uncompahgre RMP Newsletter.
I am glad to have a chance to get involved in your process right from the start.  I find
that your issue statements miss a major issue.  Salinity and selenium control in the
Uncompahgre drainage is a major issue, and BLM lands are major contributors.  None of the
issues stated directly address water quality.

The Colorado River Basin Salinity Control Forum is composed of members appointed by the
Colorado River Basin States governors.  I serve as the Executive Director of that
organization.  Our organization does not fit into being easily involved in the grass
roots open house type of opportunity for exchanges.  We often work through state
directors or BLM staff in Washington D.C.  BLM has been given a charge by Congress to
address the salinity issue.  There is a full time BLM Salinity Coordinator by the name of
Heidi Hadley.  Her phone and email are as follows:

(801) 524-3886
Heidi_Hadley@blm.gov

I have written to her asking her help in getting this issue into the study effort.  You
may want to contact her.

For now I ask you to strongly consider including this issue in your planning effort.
Please also keep me on your mailing list.  Thanks for the consideration you might give to
my request.

Jack A. Barnett, P.G.
Executive Director
Colorado River Basin Salinity Control Forum
106 West 500 South, Suite 101
Bountiful, UT  84010
(801) 292-4663
jbarnett@barnettwater.com

BLM_0078323

Case No. 1:20-cv-02484-MSK   Document 53-9   filed 04/28/21   USDC Colorado   pg 54 of 116



**Uncompahgre**
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _HANK_     Last Name _MASTERSON_     Date _1-15-10_

Mailing Address _3722 OLD WAGON ROAD_

City _DELTA_     State _CO_     Zip _81416_

E-mail Address: _hankm @ starband.net_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: [✓] e-mail materials only  [ ] e-mail and hard-copy materials     [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[✓] Individual (no affiliation)     [ ] Non-profit Organization     [ ] Citizen's Group

[ ] Federal, State, or Local Government     [ ] Elected Representative     [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area?  [ ] Unit 1  [ ] Unit 2  [✓] Unit 3  [ ] Unit 4  [ ] Unit 5  [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in:  [ ] Colorado (west slope)  [ ] Colorado (front range or plains)

[ ] Another State (which): _____  [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here?  Months: _____  Years: _15_

Why do you live here?  [ ] Occupation  [ ] Family  [✓] Proximity to public lands  [ ] Recreational Opportunities

[✓] Other _RETIRED + OWNER OF FARM LAND_

> *The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

WITH RESPECT TO CURRENT AND PROPOSED GAS AND OIL LEASING

1) EXISTING GAS AND OIL EXPLORATION, DRILLING, AND EXTRACTION HAVE HAD INADEQUATE GOVERNMENT REGULATION AND SUPERVISION TO PROTECT SURROUNDING LANDOWNERS AND TO PROTECT EXISTING RESOURCES.

2) CURRENT FEDERAL, STATE, AND LOCAL REGULATIONS ARE INADEQUATE.

3) BASELINE ENVIRONMENTAL MONITORING AND RESEARCH PRIOR TO EXPLORATION, DRILLING, + EXTRACTION ARE INADEQUTE OR NON-EXISTANT.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:00pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

BLM_0078324

**4 A-PI NRED**

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

ADEQUATE, COMPREHENSIVE BASELINE STUDIES OF EXISTING WATER, SOIL, AND AIR QUALITY IN PROPOSED AND EXISTING LEASE AREAS MUST BE COMPLETED PRIOR TO ANY ACTIVITIES RELATED TO RESOURCE EXTRACTION PHYSICAL CHANGES TO THE LANDSCAPE NECESSARY FOR THE COMPLETION OF BASELINE STUDIES MAY BE NEEDED.

**5 A-PI NRED**

the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

4. SCIENTIFIC, PEER REVIEWED BASELINE STUDIES MUST BE COMPLETED PRIOR TO NEW LEASING AND PRIOR TO ALLOWING RESOURCE EXTRACTION ACTIVITIES ON PUBLIC LANDS. THE REQUIRED MONITORING OF WATER, SOIL, AND AIR QUALITY MUST CONTINUE THROUGHOUT THE EXPLORATION, EXTRACTION AND RECLAMATION PROCESS.
2. THE COST OF THE BASELINE STUDIES AND MONITORING MUST BE ~~THE RESPONSIBILITY OF THE LEASE HOLDERS~~ — BUT MUST BE CONDUCTED BY THE INDEPENDENT REGULATORS.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of

**6 A-PI NRED**

of users, etc.)?

BASELINE STUDIES MUST BE THE BASIS OF DETERMINING THE LEVEL OF RESOURCE EXTRACTION ACTIVITIES. ONGOING MONITORING OF SUCH ACTIVITIES MUST BE USED TO MAKE MODIFICATIONS (AS NEEDED) TO ALLOWED EXTRACTION ACTIVITY INCLUDING SUSPENSION OF SUCH ACTIVITIES IF NECESSARY.

**7 A-PI NRED**

y additional comments that you have regarding this project.

1) FRACING CHEMICALS MUST BE REGULATED MORE STRICTLY BY GOVERNMENTAL AGENCIES.
a) ALL CHEMICAL INGREDIENTS IN MSDS's MUST BE INCLUDED — PROPRIETARY CLAIMS FOR SECRECY CANNOT BE ALLOWED BECAUSE THIS INFORMATION HAS TO BE AVAILABLE TO PROPERLY ASSESS RISKS AND TO CONDUCT ADEQUATE MONITORING OF FRACING FLUIDS IS REQUIRED
b) PROPER STORAGE AND HANDLING OF FRACING FLUIDS IS REQUIRED
2) WATER USED AND PRODUCED DURING THE FRACING PROCESS MUST BE TESTED AND CONTINUOSLY MONITORED. PROPER DISPOSAL/PURIFICATION MUST BE REQUIRED.

**8 A-PI NRED**

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401



US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



JAN 2 0 2010

8140133436 C003

IN



# Uncompahgre
## Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _BARRY_ Last Name _SCHRECKENGOST_ Date _1-16-10_

Mailing Address _19645 ALSION RD._

City _AUSTIN_ State _CO_ Zip _81410_

E-mail Address: _____

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: ☐ e-mail materials only ☐ e-mail and hard-copy materials ☑ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☑ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group
☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:
Do you live within the planning area? ☑ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: ___ Years: _12_

Why do you live here? ☑ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

THE RMP AND EIS WILL GO BEYOND THE CURRENT NEPA PROCESS WILL BECOME SO RESTRICTIVE THAT BUSINESS AND RECREATION WILL NO LONGER BE POSSIBLE ON BLM LANDS

1 A-GE

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

THE IMPACTS ASSOCIATED ARE SIGNIFICANTLY REDUCED OR ELIMINATED THROUGH SITE SPECIFIC STIPULATIONS IDENTIFIED THROUGH THE NEPA PROCESS

2 A-GE

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

ENFORCE THE PROCEDURES ALREADY ON THE BOOKS

3 A-GE

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

PUBLIC LANDS ARE JUST THAT PUBLIC EVERYONE HAS THE RIGHT TO USE

4 A-GE

Please provide any additional comments that you have regarding this project.

_____

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401





US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



JAN 1 9 2010
BY:

Ei40155456 C003

BLM_0078327

Received

FEB 2 2 2010

Uncompahgre Field Office

1-18-10

To Whom it May Concern,

I am writing to you in ~~some~~ reference to the Uncompahgre Resource Management Plan. I am a prospector on the San Miguel River and I feel that I have no representation from anyone on this Plan. All anyone can talk about is the rafters, Kyackers, and fisherman.

I feel the wild and scenic that is being considered is not needed and should be dropped.

Thank you

Marlin Luttefield

1 A-PI WSR

BLM_0078328

Rubideux creek needs federal protection to prevent the State of Colorado Prison Camps from totally taking and interesting area fully of pre-historic indian sites, wildlife and scenic values.

The same goes for Escalante Creek. A plan could help preserve the Ranching way of life.

George Greenbank

BLM_0078329

The whole of the San Miguel river needs and deserves Wild & Scenic designation.

The steep canyon side provide essential wildlife habitate and scenic values

Saltado Creek is the wildest accessible (if you wade the river) area in this region. The Bill Carstens subdivisions of the properties on the mesa above provide good protection

Bever creek while logged in the 60s still provides good over

habitate and scenic values, plus
amazing fishing. A trail for pedestrians
could help restore the logging damage
and give the public access to a
wonderful canyon experience.
No dams please. Put that
myth to sleep.

George Greenbank

BLM_0078331



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Tim_   Last Name _Patterson_   Date _1-19-10_

Mailing Address _Box 2086_

City _Ridgway_   State _CO_   Zip _81432_

E-mail Address: _____

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☐ e-mail materials only   ☐ e-mail and hard-copy materials   ☑ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group
☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☑ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☑ Recreational Opportunities
☐ Other _____

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled* **Uncompahgre RMP Planning Units.** *You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_Failure to address a proper permit allocation system on the San Miguel River._

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

MER ►

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Modification to current outfitter permit system allowing new outfitters to participate in areas where management objectives are not being met by existing outfitters — non-use, use it or lose it.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

• permit reallocation implimented for rafting & fishing outfitters
• Follow penalties for non-use issues regarding existing outfitters
• explore different "launch times" in order to spread out peak time use

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

• increase access points and user groups in surrounding communities. Allow for regional outfitters with ability to run trips for localized visitors, as opposed to non-regional outfitters which can not serve the general

Please provide any additional comments that you have regarding this project.  public goal of guided access.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401




# Uncompahgre
# Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name ___Gordon___   Last Name ___Reichard___   Date __1.19.2010__

Mailing Address ___P.O. Box 364___

City ___Ridgway___   State __CO__   Zip __81432__

E-mail Address: ___gordon @ fellmed.org___

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☒ e-mail materials only  ☐ e-mail and hard-copy materials       ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)       ☐ Non-profit Organization       ☒ Citizen's Group
☐ Federal, State, or Local Government    ☐ Elected Representative       ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) ___Ridgway Trails Grp/TRED___

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☒ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands ☒ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Trails in the Ridgway area for Hiking & Biking

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

OVER ➤

BLM_0078334

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

We are excited to work with you.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078335



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name Gordon    Last Name Reichard    Date 1.19.2010

Mailing Address P.O. Box 364

City Ridgway    State CO    Zip 81432

E-mail Address: gordon@fellmed.org

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☒ e-mail materials only  ☐ e-mail materials and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)    ☐ Non-profit Organization    ☒ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) Ridgway Trails Grp/TRED

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☒ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)
☐ Another State (which): _____  ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____  Years: 10

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands  ☒ Recreational Opportunities
☐ Other _____

---

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Trails in the Ridgway area for Hiking & Biking

---

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

OVER ►

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

We are excited to work with you.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078337

# BLM Uncompahgre Resource Management Plan Revision

## Scoping Open House

## January 2010



BLM_0078338

# Uncompahgre Field Office

NATIONAL SYSTEM OF PUBLIC LANDS

January 2010

# Uncompahgre Resource Management Plan (RMP) Planning Area



- Approximately 675,000 surface acres managed by BLM
- Over 2.2 million acres of subsurface mineral estate
- Six counties: Delta, Gunnison, Mesa, Montrose, Ouray, San Miguel
- *Does not include* Gunnison Gorge and Dominguez-Escalante NCAs

January 2010



# What is a Resource Management Plan?

- Is the primary tool guiding BLM management activities in support of the dual mandate of multiple use and sustained yield.

- Establishes goals and objectives for resource management and the measures needed to achieve them.



January 2010

BLM_0078341

# What is a Resource Management Plan? *(continued)*

- Identifies lands that are open and available for certain uses, including any restrictions, and lands that are closed to certain uses.

- Provides comprehensive management direction for and/or allocates use of all resources.



January 2010

BLM_0078342

# Issues to be Addressed

- Energy Development (e.g., oil, gas, uranium, coal, and renewable energy)
- Vegetation Management
- Invasive/Noxious Weeds
- Forestry & Woodlands
- Drought Management/Climate Change
- Recreation
- Wilderness
- Special Designation Areas
- Travel Management
- Lands and Realty
- Community Growth and Expansion
- Livestock Grazing

- Special Status Species Management
- Wildland Fire Management
- Wildlife and Fish
- Cultural Resources, Heritage Resources, Native American Religious Concerns, and Paleontological Resources Management
- Air Quality
- Soil and Water
- Wildland-Urban Interface
- Public Safety
- Social and Economic Considerations
- Wild and Scenic Rivers
- Visual Resources



January 2010

BLM_0078343

# What is Scoping?

- Public involvement leading to a land use plan that reflects local, regional, and national values, and receives widespread support.

- Engages public, federal, state, and local agencies, organizations, and other stakeholder groups in the collaborative planning process.





January 2010

# What is Scoping? *(continued)*

- Helps the BLM identify planning issues through input received from you.

- Identifies related plans, documents, and studies.





January 2010

# Who is Helping the BLM with the RMP Revision?

- **Public/Stakeholder Groups**
  - ☐ Participate in scoping
  - ☐ Review draft and final documents
- **Southwest Resource Advisory Committee and Subcommittee**
  - ☐ Ensure adequate range of alternatives





January 2010

BLM_0078346

# Who is Helping the BLM with the RMP Revision? *(continued)*

- **Cooperating Agencies**
  - Federal, state, or local government agencies or Indian tribes that work with the BLM, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks.
  - Disclose relevant information early in the analytical process.
    - Ensure consistency between agencies and tribes.
    - Apply available technical expertise and staff support.
    - Avoid duplication with other federal, state, tribal, and local procedures.
    - Establish a mechanism for addressing intergovernmental issues.



January 2010

BLM_0078347

# Who is Helping the BLM with the RMP Revision? *(continued)*

- **Cooperating Agencies** *(continued)*
  - <u>Federal Agencies:</u> US Fish and Wildlife Service, US Forest Service, Bureau of Reclamation
  - <u>State Agencies:</u> Colorado Department of Natural Resources
  - <u>Counties:</u> Delta, Gunnison, Montrose, Ouray, San Miguel
  - <u>Municipalities:</u> Montrose, Cedaredge, Hotchkiss, Mountain Village, Norwood, Olathe, Orchard City, Paonia, Ridgway


NATIONAL SYSTEM OF PUBLIC LANDS

January 2010

BLM_0078348

# Who is Helping the BLM with the RMP Revision? *(continued)*

- **Contractors**
  - Facilitate RMP process
  - Conduct environmental analysis
  - Prepare supporting environmental studies
  - Assemble Draft and Final documents





January 2010

BLM_0078349

# Next Steps – 2010

- Public comments due to BLM *(February 2010)*
- Recreation focus groups *(February 2010)*
- Economic strategies workshops *(February – March 2010)*
- Scoping summary available *(Summer 2010)*
- Develop draft alternatives *(Spring – Fall 2010)*

NATIONAL SYSTEM OF PUBLIC LANDS

# How to Get Involved

*(see handouts for contact information)*

- **Submit comments during scoping** *(January 2010 – February 2010)*
  - ❑ E-mail: uformp@blm.gov
  - ❑ Fax: (970) 240-5367
  - ❑ Mail to:  Bruce Krickbaum, BLM Project Manager
             BLM, Uncompahgre Field Office
             2465 South Townsend Avenue
             Montrose, CO 81401
  - ❑ Project Web site:
  http://www.uformp.com
     Google: "BLM Uncompahgre Plan"



January 2010

# Questions?

**Project Web site:**

http://www.uformp.com

Google: "BLM Uncompahgre Plan"

**Project E-mail Address:**

uformp@blm.gov

**Barbara Sharrow, Uncompahgre Field Manager**

**Bruce Krickbaum, RMP Project Manager**

BLM, Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, CO 81401

970-240-5300



January 2010

BLM_0078352

SOUTHWEST RESOUCE ADVISORY COUNCIL CONTACT LIST                01/19/2010

## CATEGORY 1



Energy/Minerals
Term ends: August 20, 2010

Kenneth Emory



Off-Highway Vehicle
Term ends: August 20, 2011

Al Heaton



Federal Grazing Permittee
Term ends: August 20, 2012

Kathy Welt



Energy/Minerals
Term ends: August 20, 2011

James M. Young



Federal Grazing Permittee
Term ends: August 20, 2010

## CATEGORY 2

Andrew Gulliford, PhD



Environmental
Term ends: August 20, 2012

Peter Mueller



Environmental
Term ends: August 20, 2012

Wally White



Dispersed Recreation
Term ends:  2011

Andrea Robinsong



Environmental
Term ends: August 20, 2010

Dan Morse



Environmental
Term ends: August 20, 2012

## CATEGORY 3

Jim Cochran



Public-at-Large
Term ends: August 20, 2012

William Ela



Public-at-Large
Term ends: August 20, 2010

Gerald Koppenhafer, DVM



Elected Official
Term ends: August 20, 2011

Alan Staehle



Public-at-Large
Term ends: August 20, 2010

Tony Gurzick

tony.gurzick@state.co.us
State Employee
Term ends: August 20, 2011



**IN**

# Uncompahgre
## Resource Management Plan



NATIONAL
SYSTEM OF
PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name ___Ron___  Last Name ___Turley___  Date ___1-19-2010___

Mailing Address ___1800 S. Rio Grande Ave___

City ___Montrose___  State ___Colo___  Zip ___81401___

E-mail Address: ___turley@wapa.gov___

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?  Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials  ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)  ☐ Non-profit Organization  ☐ Citizen's Group
☒ Federal, State, or Local Government  ☐ Elected Representative  ☐ Regulatory Agency
Name of organization, government, group, or agency (if applicable) ___Western Arch Power Administration___

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☒ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
  ☐ Another State (which): _____  ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: ___28___

Why do you live here? ☒ Occupation ☐ Family ☒ Proximity to public lands ☒ Recreational Opportunities
  ☐ Other _____

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Note: original envelope did not include any comments.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401



neopost
01/20/2010
**US POSTAGE** $00.44

ZIP 81401
041L10209283

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



RECEIVED
JAN 2 1 2010
BY:

BLM_0078355

## 2.1

### BLM UNCOMPAHGRE FIELD OFFICE
### RMP PLANNING FACT SHEET
### *Uncompahgre RMP Planning*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO 81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

### UNCOMPAHGRE FIELD OFFICE

The BLM Uncompahgre Field Office (UFO) manages over 883,000 acres of public lands and 2,344,844 acres of subsurface mineral estate in six southwestern Colorado counties (Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel). The field office includes the Gunnison Gorge National Conservation Area (NCA) and Wilderness and portions of the Dominguez-Escalante NCA, Dominguez Canyon Wilderness, as well as four river systems (the Gunnison, San Miguel, Dolores and Uncompahgre).



The varied topography within the UFO ranges from salt desert shrub and lowland riparian (4,701 feet) to red rock desert to piñon-juniper woodland up to sub-alpine forest on Storm King Mountain (11,449 feet). These lands contain a wealth of resources and opportunities for public use and enjoyment.

Management of the UFO is currently guided by two RMPs: the **1985 San Juan/San Miguel RMP** and the **1989 Uncompahgre Basin RMP**. Both RMPs have been amended multiple times in order to reflect changing resource conditions and issues within the UFO and surrounding area.

### UNCOMPAHGRE PLANNING AREA

The Uncompahgre planning area is the portion of the UFO about which the BLM will make decisions during RMP planning. The planning area is 675,677 surface acres and does not include the Gunnison Gorge NCA or Dominguez-Escalante NCA, both of which are managed under separate RMPs.

The municipalities of Delta, Montrose, and Ouray, and the towns of Austin, Bowie, Cedaredge, Crawford, Hotchkiss, Maher, Mountain Village, Naturita, Norwood, Nucla, Olathe, Orchard City, Paonia, Paradox, Ridgway, Somerset, Sawpit, and Telluride are near or within the planning area. Typical of many western public lands, the planning area has experienced increased use and an expanding wildland-urban interface. In fact, Montrose is one of the nation's fastest-growing counties.

Major *recreational opportunities* within the planning area include hiking, horseback riding, camping, rafting, fishing, biking, Nordic skiing, OHV riding, snowmobiling, sightseeing, and hunting. *Non-recreational uses* include livestock and grazing activities, forest resource activities, mineral exploration and development, administrative purposes, and rights-of-way.



BLM

2.1—Uncompahgre RMP Planning

## LAND USE PLANNING IN THE BLM

The BLM engages in land use planning in order to ensure that public lands are managed in accordance with the intent of Congress, under the principles of *multiple use* and *sustained yield*. Land use plans are one of the primary tools guiding BLM management activities in support of this dual mandate. In addition, effective planning creates enhanced opportunities for a variety of recreational and non-recreational public land uses.

## PUBLIC INVOLVEMENT IN THE PLANNING PROCESS

The BLM believes that public involvement is central to crafting a land use plan that reflects local, regional, and national values and receives widespread support, and is actively seeking the participation of local communities and government agencies in this planning effort.

A *Community Assessment of the Uncompahgre Planning Area* was completed in February 2009 in order to help identify issues and provide baseline data that will be used in the planning effort. The assessment is available on the Uncompahgre planning webpage.

The BLM is holding public scoping open house meetings during January 2010 in Hotchkiss, Delta, Montrose, Ridgway, Norwood, and Naturita.  **It is not necessary to attend a scoping session in order to submit a comment.**

**UFO Planning Webpage:**
**www.UFORMP.com**

**Email comments to:**
**UFORMP@blm.gov**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

UFO 1/2010

## MANAGING FOR CHANGE

**The BLM identified the following preliminary issues to be addressed during planning:**

- **Managing vegetative and water resources, terrestrial and aquatic habitat, and special management areas, while sustaining biological diversity and native species populations**

- **Managing mineral and renewable and nonrenewable energy resources**

- **Managing increasing numbers and types of human activities and uses**

- **Managing land tenure adjustments, withdrawals, and utility/energy corridors**

- **Managing and protecting cultural, historical, and paleontological resources and Native American Religious Concerns**

- **Managing public lands and resources, including authorized and permitted land uses, for a growing population and an expanding urban interface, with consideration for community values and needs.**



BLM_0078357

# 2.2

## BLM UNCOMPAHGRE FIELD OFFICE
## RMP PLANNING FACT SHEET
### *Preliminary Planning Criteria*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

### SETTING THE STAGE TO PLAN

BLM staff have developed preliminary resource management planning criteria. Planning criteria establish constraints, guidelines, and standards for the planning process. They help planners define the scope of the process and estimate the extent of data collection and analysis.

Planning criteria are based on standards prescribed by applicable laws and regulations, agency guidance, results of consultation and coordination with the public, other federal, state and local agencies, Indian tribes, analysis of information pertinent to the planning area, and professional judgment.  The BLM requests your input and may modify these criteria based on your comments.



### THE PLANNING CRITERIA THUS FAR…

- The proposed RMP will be in compliance with FLPMA and all other applicable laws, regulations, and policies.

- Impacts from the management alternatives considered in the revised RMP will be analyzed in an EIS developed in accordance with regulations at 43 CFR 1610 and 40 CFR 1500.

- Lands covered in the RMP will be public land and split estates managed by BLM.  No decisions will be made relative to non-BLM administered lands.

- For program specific guidance of land use planning level decisions, the process will follow the Land Use Planning Manual 1601 and Handbook H-1601-1, Appendix C.

- Broad-based public participation will be an integral part of the planning and EIS process.

- The planning team will work cooperatively with the State of Colorado, tribal governments, county and municipal governments, other federal agencies, the South West RAC, cooperating agencies and all other interested groups, agencies, and individuals.



BLM

2.2—Preliminary Planning Criteria



- Decisions in the plan will strive to be compatible with the existing plans and policies of adjacent local, state, and federal agencies as long as the decisions are consistent with the purposes, policies, and programs of federal law, and regulations applicable to public lands.

- BLM will consult with the Colorado Division of Wildlife.  The RMP will recognize the State's responsibility and authority to manage wildlife.

- The RMP will recognize the Office of Surface Mining's responsibility and authority to regulate coal activities.

- BLM will recognize the State's responsibility for permitting related to oil and gas activities and in regulating air quality impacts.

- BLM will recognize the State's responsibility for permitting related to uranium, coal, and sand and gravel activities, and in regulating water quality impacts.

- The National Sage-grouse Strategy requires that impacts to sagebrush habitat and sagebrush-dependent wildlife species be analyzed and considered in BLM land use planning efforts for public lands with sagebrush habitat in the planning area.

- The RMP will recognize valid existing rights.

- The planning process will incorporate Colorado's Standards for Public Land Health and Guidelines for Livestock Grazing Management.

- Wilderness Study Areas will continue to be managed under the Interim Management Policy (IMP) for Lands under Wilderness Review until Congress either designates all or portions of the WSA as wilderness or releases the lands from further wilderness consideration.  It is no longer the policy of the BLM to make formal determinations regarding wilderness character, to designate additional WSAs through the RMP process, or to manage any lands other than existing WSAs in accordance with the Wilderness IMP.

- The planning process will involve American Indian tribal governments and will provide strategies for the protection of recognized traditional uses.

- Any location-specific information pertaining to cultural resources (either map, description, or photo) is proprietary to the BLM and will not become the property of any contractors working on the EIS or attached to any document (paper or electronic), nor is this information subject to any public release or FOIA requests (36CFR 7.18).

- The RMP will include adaptive management criteria and protocol to deal with future issues.

- A reasonable foreseeable development scenario for fluid minerals, and reports for uranium and coal, will be developed from analysis of past activity, production, and other sources, which will aid in developing alternatives and in the environmental consequences analysis.

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**Email comments to:**
**UFORMP@blm.gov**

UFO 1/2010

BLM_0078359

## 3.1

### BLM UNCOMPAHGRE FIELD OFFICE
### RMP PLANNING FACT SHEET
### *Recreation and Visitor Services*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

### RECREATIONAL ACTIVITIES ABOUND

Public lands within the planning area support a variety of land, water, and snow activities, including camping, hiking, horseback riding, mountain biking, cross-country skiing, rock climbing, off-road vehicle driving, and target shooting.

 Local rivers and streams offer ample opportunities for boating and cold water fishing, and attract high visitation from across the state and nationally.  Migrating and resident wildlife provide plentiful opportunities for observation, photography, and hunting, when visitation in the area peaks.

### VISITATION AND LAND USE

The greatest number of recreational visits occur on BLM lands adjacent to communities. The cities and towns of Montrose, Delta, Norwood, Paonia, Crawford, Hotchkiss, Cedaredge, Orchard City, Olathe, Ridgway, Telluride, Naturita, and Nucla are all near public lands commonly used as "backyard" recreation areas by local residents. This use continues to grow exponentially, along with growth in the communities themselves. The communities benefit directly from the visitation and tourism associated with public lands.

In fact, recreation has emerged as the predominant activity on local BLM lands and national forests. Most data on public land use and activities is a statistical approximation, relying heavily on field observations and the professional judgment of recreation staff. It is estimated that the UFO receives around 349,000 visits per year.

### RECREATION MANAGEMENT AREAS

BLM land use plans designate *Special Recreation Management Areas* (SRMAs), where recreation is the principle management focus, and funding and personnel are directed toward fulfilling the commitment to provide specific "structured" recreation opportunities. The UFO currently has two SRMAs:

| SRMA Name | Location | Acres |
|---|---|---|
| San Miguel River | Deep Creek to Piñon | 39,367 |
| Dolores River (UFO portion) | UFO boundary to Bedrock | 13,334 |

Any area not delineated as an SRMA is called an *extensive recreation management area* (ERMA). Recreation in these areas is unstructured and does not require intensive management or significant investments in trails or facilities. This type of custodial or "dispersed" recreation management offers little in the way of visitor services or developed recreational facilities.

BLM

3.1—Recreation and Visitor Services

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## A COMPARISON OF ERMAs AND SRMAs

| | ERMAs | SRMAs |
|---|---|---|
| **Management** | *Unstructured*<br><br>No identifiable market demand for structured recreation | *Structured*<br><br>Tied to identified market demand for structured recreation (i.e., activities, experiences, benefits, and the maintenance of recreation setting character) |
| **Objectives** | *Reactive & Custodial*<br><br>Directed at taking care of dispersed recreation-tourism activities | *Proactive*<br><br>Directed at producing specific recreation opportunities/ outcomes |

## DEVELOPED RECREATION FACILITIES

In certain locations, the BLM has constructed recreation sites and facilities in order to enhance recreation opportunities, protect resources, manage activities, and reduce user conflicts. These infrastructure developments range from campgrounds to simple bulletin boards at trailheads.

Developed recreation sites occur mainly along the San Miguel River SRMA and in the Dolores River SRMA. There are several campsites along the San Miguel River corridor which have boat ramps, changing rooms, cabanas and picnic tables, grills, kiosks, parking areas, and toilets. The Dolores River SRMA has picnic tables, cabanas, parking area, boat ramp and a visitor informational kiosk site.

There are other dispersed staging areas and trailheads in the planning area that consist of kiosks, picnic tables and parking areas as well as one developed site along the Uncompahgre River with cabanas and picnic tables, informational signs, benches, toilet and non-motorized paved trail.

## SPECIAL RECREATION PERMITS

The BLM requires special recreation permits (SRPs) for commercial uses, competitive events, organized groups, and recreation use within certain special areas in the UFO, including rivers, backcountry, and camping areas. Most SRPs issued by the UFO are for river activities and upland hunting outfitting.

The UFO currently has approximately fifty commercial permits issued, which include guided fishing, white water rafting, vehicle shuttles, big and small game hunting, mountain lion hunting, horseback trail rides, jeep and motorcycle tours, camping, archery tournaments and mountain bike rides. Fifteen percent of SRP fees are expended on program administration, with the remainder going toward visitor services, monitoring, and maintenance.

## The BLM wants your input...

The BLM designates SRMAs when recreational demands require that a particular recreation setting be maintained, or where structured opportunities for specific activities and recreational experiences are desired.

- What areas should be designated and managed as SRMAs (rather than custodially managed for dispersed recreation as ERMAs)?
- Should the BLM develop recreation facilities and improve access to recreational opportunities? If so, where?
- Should the BLM charge fees for recreational use? If so, for which uses and/or in which geographic areas?
- Should the BLM prohibit target shooting in specific areas? If so, where?

**UFO Planning Webpage:**
www.UFORMP.com

**Mail comments to:**
Bruce Krickbaum,
RMP Project Manager
2465 S. Townsend Ave
Montrose, CO 81401

**Email comments to:**
UFORMP@blm.gov

UFO 1/2010

| | **BLM UNCOMPAHGRE FIELD OFFICE**<br>**RMP PLANNING FACT SHEET**<br>*Travel Management* | Barbara Sharrow, UFO Field Manager<br>2465 S. Townsend Ave, Montrose, CO 81401<br>Office hours are 8:00 am to 4:30 pm<br>Phone: (970) 240-5300 \| TDD (970) 240-5366<br>FAX (970) 240-5367 |
|---|---|---|
| **3.2** | | |

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## A VITAL LINK FOR MANY

Travel and transportation are an integral part of virtually every activity that occurs on BLM-administered public lands. Recreation, management of livestock, wildlife, and commodity resources, rights-of-way, access to private inholdings, maintenance of electronic sites, and the day-to-day management and monitoring of the UFO all rely on effective travel management planning.



Motorized travel in the UFO ranges from standard passenger vehicles driving on maintained roads to off-highway vehicles (OHVs) operating on primitive roads and trails. OHVs include off-road motorcycles, all-terrain vehicles, utility terrain vehicles, jeeps, specialized 4x4 trucks, and snowmobiles. Mountain bikes are the predominant mechanized vehicle, while other modes of travel include cross-country skiing, snowshoeing, horseback riding, pack animal driving, hiking, boating, hang-gliding, paragliding, ballooning, and wheelchairs.

## OHV AREA DESIGNATIONS

The BLM designates areas within the UFO as **open**, **limited to existing roads and trails**, **limited to designated roads and trails**, and **closed to motorized use.** Approximately 54% of the planning area is designated as open to motorized use, while 46% is limited to existing or designated roads and trails, or has additional restrictions such as seasonal closures.

## THE CURRENT TRAVEL PICTURE

Primary factors influencing the current state of travel management within the planning area include:

- **Lack of comprehensive travel management planning that considers the relationships between various resources, authorized access, and recreation uses.**

- **Historic routes that predate planning for recreational opportunities.**

- **Unauthorized uses (including user-created routes) emanating from existing routes and causing impacts to other resources.**

- **Subdivision of private property resulting in the creation of new access points to public lands.**

- **Routes/areas that are open to motorized use, but are accessible only to adjacent landowners.**

- **Conflicts between recreational users.**

BLM

3.2—Travel Management




## WHAT IS COMPREHENSIVE TRAVEL MANAGEMENT PLANNING?

Comprehensive travel management is the proactive planning and on-the-ground management of road and trail travel networks.  It addresses all resource aspects (recreational, traditional, casual, agricultural, industrial, educational, cultural, etc.) and accompanying modes and conditions of travel on the public lands, including motorized, mechanized, and muscle-powered uses.

## WHAT IS BLM COLORADO'S OFF-HIGHWAY VEHICLE POLICY?

Both Executive Order 11644 and the Code of Federal Regulations (43 CFR Part 8340) require the BLM to designate all public lands as *open*, *closed*, or *limited* for OHV use.  It is now BLM Colorado policy (CO-IM-2007-20) to restrict all OHV use within limited areas to *designated routes*, rather than designating areas as limited to existing routes.

As a result of policy, the BLM is tasked with identifying specific route designations in the planning area, along with accompanying modes of travel. When defining or delineating the travel management network during the land use planning process is not practical due to controversy, incomplete data, the size or complexity of the area, or other restraints, a preliminary network must be identified and a process established to select a final travel management network.

There will be no motorized cross-country travel except in areas designated as "open." Open areas will be limited to a size that is geographically identifiable and realistically manageable, but is large enough to offer participants a high quality motorized riding/ driving experience.

## HOW WILL COMPREHENSIVE TRAVEL PLANNING BE HANDLED DURING THE RMP REVISION?

Due to the size and complexity of the area, controversy, and incomplete data, the UFO will delineate Travel Management Areas for the "limited" designated areas throughout the planning area, and to the extent possible:

- **Produce a map of a preliminary road and trail network**
- **Define short-term management guidance for road and trail access and activities in areas or sub-areas not completed**
- **Outline additional data needs and a strategy to collect needed information**
- **Provide a clear planning sequence, including public collaboration, criteria, and constraints for subsequent road and trail selection and identification**
- **Produce a schedule to complete the limited area or sub-area road and trail selection process.  As per BLM's planning handbook guidance, this process should not exceed five years**
- **Identify any easements and rights-of-way needed (by the BLM or others) to maintain the preliminary or existing road and trail network.**

### *The BLM wants your input...*

- **Where and how should the BLM plan for motorized and/or non-motorized vehicle use on public lands?**
- **Where, if at all, should the BLM leave areas "open" for OHV use?**

---

| | | |
|---|---|---|
| **UFO Planning Webpage:**<br>**www.UFORMP.com** | **Mail comments to:**<br>**Bruce Krickbaum,**<br>**RMP Project Manager**<br>**2465 S. Townsend Ave**<br>**Montrose, CO  81401** | **Email comments to:**<br>**UFORMP@blm.gov**<br><br>**UFO 1/2010** |

# 3.3

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP PLANNING FACT SHEET**

*Visual Resource Management*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## WHAT IS VISUAL RESOURCE MANAGEMENT?

The BLM's *visual resource management* (VRM) system provides a way to inventory and analyze scenic values in order to determine appropriate levels of management. VRM serves as a tool to identify and map essential landscape settings in line with public preferences and recreation-related experiences now and in the future. The VRM system helps to ensure that actions taking place today will benefit the visual qualities associated with BLM landscapes, while protecting those visual resources for the future.

Management classes are assigned based upon the visual resource inventory, as well as consideration for other land uses.

### BLM VISUAL RESOURCE INVENTORY CLASS OBJECTIVES

<u>Class I</u>:  Preserve existing character of landscape; level of change to characteristic landscape should be very low and must not attract attention.

<u>Class II</u>:  Retain existing character of landscape; level of change to characteristic landscape should be low.

<u>Class III</u>: Partially retain existing character of landscape; level of change to characteristic landscape should be moderate.

<u>Class IV</u>:  Provide for management activities which require major modification of existing character of landscape. Level of change to characteristic landscape can be high.

The inventory consists of 1) a Scenic Quality Evaluation, 2) a Sensitivity Level Analysis, and 3) a Delineation of Distance Zones.  BLM lands are assigned one of four classes based on these three components.



### THE LAY OF THE LAND

The planning area falls within two physiographic provinces (the Colorado Plateau and Southern Rocky Mountains), and as a result, has diverse topography, geology, soil, flora, and fauna.  The topography ranges from lowland riparian along the Dolores River (4,706 feet) to red rock desert to pinyon- juniper woodland up to sub-alpine forest on Storm King Mountain (11,449 feet).

The area features extensive stretches of rugged terrain, deep canyons, spectacular river valleys, dramatic cliffs and mesas, and other prominent geologic features, and supports a variety of vegetative communities, including desert scrub, riparian, sagebrush parks, pinyon-juniper woodlands, mountain shrub, and ponderosa pine and fir-spruce forests.



BLM

3.3—Visual Resource Management



## AN INCREASE IN VISUAL IMPACTS

Impacts to visual resources in the planning area are increasing due to an outdated and incomplete VRM tool and increased use of the planning area's resources. Growing pressure is being placed on visual resources as a result of activities such as fire management, utility corridors, roads and trails, communication sites, pipelines, mineral development, livestock grazing, water tanks, and subdivisions. Public concern is also on the rise regarding preservation of visual and scenic qualities for open space, recreation, and as a backdrop for residential areas.



## VISUAL RESOURCE ASSESSMENT

In response to increasing concerns from local communities, as well as with outdated and incomplete data in the existing RMPs, a VRM inventory and assessment of the planning area has been completed with input from adjacent communities and local, state, and federal agencies. The assessment is currently available to review at the Montrose Public Lands Center.

## MANAGEMENT ADEQUACY

Current visual resource classes were prescribed in the 1985 and 1989 UFO RMPs. The classes are now insufficient to be used as a management tool because of data inconsistencies and the outdated nature of the class designations. With increases in land use and tourism, scenic values and visual open space has become more important. Current VRM objectives have been maintained in some areas, while other areas are experiencing degradation. Preservation of sensitive viewsheds will continue to compete with other land use allocations and impacts, including urban and energy development, infrastructure needs, recreation, and various other surface activities.

## THE PLANNING PROCESS

Because of the Uncompahgre RMP revision, all land within the planning area was reevaluated and assigned a Visual Resource Inventory Class. While visual values are important, they will not be the only element considered when establishing management direction. Final VRM objectives and boundaries will result from and reflect resource allocation decisions made in the RMP.

All resource allocation decisions will be weighed so as not to create conflicts managing values which the RMP seeks to promote. For example, when land use is not discretionary, such as in areas with valid existing rights, the use must be allowed, but its effect on visual quality can be minimized through mitigating measures.

In accordance with the BLM Land Use Planning Handbook (H-1601-1), VRM classes should correspond to recreation management objectives and setting prescriptions for recreation management zones within Special Recreation Management Areas. In addition, the RMP revision will need to address BLM guidance requiring all wilderness study areas to be managed as VRM Class I areas.

### *The BLM wants your input...*

- **How should the BLM manage sensitive viewsheds and corridors?**

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO 81401**

**Email comments to:**
**UFORMP@blm.gov**

**UFO 1/2010**

BLM_0078365

# 3.4

## BLM UNCOMPAHGRE FIELD OFFICE
## RMP PLANNING FACT SHEET
### *Cultural & Paleontological Resources*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO 81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## CULTURAL RESOURCES IN THE PLANNING AREA

Public lands within the Uncompahgre planning area contain a multitude of cultural resource sites. These special places include prehistoric habitation camps, rock art sites and proto-historic Ute wikiup camps. In addition, historic mining camps, homestead settlements, and town sites can be found throughout the Uncompahgre Plateau.

## CULTURAL SITE VISITS AND EDUCATION

Hikers and other recreational users make the greatest number of visits to cultural resource sites. Many of these visitors have learned something about the prehistory of a site prior to their visit, through a variety of educational resources.

Educational and public outreach opportunities are critical in helping to preserve for future generations the rich cultural heritage that cultural sites offer. It has been proven that vandalism of sites is less likely to occur following educational exposure, as the public begins to take ownership in and value cultural resources, rather than accidentally or intentionally damaging or destroying them.

**BLM**

**3.4—Cultural & Paleontological Resources**







### DEVELOPED CULTURAL RESOURCE FACILITIES

The BLM has created repositories for collections of cultural materials. These facilities support public education and awareness of our rich cultural heritage. The Anasazi Heritage Center in Dolores, Colorado welcomes visitors and research scholars to view the museum and collections housed there.

The planning area has several cultural sites with trail guides and information brochures to enhance the public's awareness of the cultural history and prehistoric sites within the canyons and river drainages.

### PALEONTOLOGICAL RESOURCES

Public lands within the planning area are well known for preserving fossil-bearing sites. Several "World Class" fossil localities are found here, including the Bedrock dinosaur exposure and the San Miguel fossil fish locality. Recent inventories have detailed more than a dozen new fossil sites, including both dinosaur bones and preserved trackways. Public participation is vital to help preserve these irreplaceable scientific treasures for future generations.

### FOSSIL APPRECIATION FACILITIES

The BLM currently has no developed sites for viewing fossils, and there are no sites with ongoing excavations. There are several known fossil exposures and trackways being considered for public interpretation.

### CULTURAL RESOURCE STEWARDS

The BLM need volunteers to serve as site stewards, helping to protect fragile cultural and paleontological resources. For hikers and backcountry travelers, there are many sites that need monitoring for suspicious behavior, vandalism and looting. Please consider signing up for a short training and put your name on the list of site stewards to help protect your public land and its cultural resources.



### *The BLM wants your input…*

- **How should the BLM manage and protect cultural and paleontological areas and sites within the planning area?**

- **Should the BLM develop formal sites for viewing rock art, fossil exposures, and dinosaur track-ways in an effort to enhance public involvement, or should these resources be left in an undeveloped state?**

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**Email comments to:**
**UFORMP@blm.gov**

**UFO 1/2010**

<table>
<tr><td>4.1</td><td>**BLM UNCOMPAHGRE FIELD OFFICE**<br>**RMP PLANNING FACT SHEET**<br>*Wilderness and WSAs*</td><td>Barbara Sharrow, UFO Field Manager<br>2465 S. Townsend Ave, Montrose, CO  81401<br>Office hours are 8:00 am to 4:30 pm<br>Phone: (970) 240-5300 | TDD (970) 240-5366<br>FAX (970) 240-5367</td></tr>
</table>

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## WILDERNESS STUDY AREAS (WSAs)

Under the *Federal Land Policy and Management Act (FLPMA)*, wilderness preservation is part of the BLM's multiple use mandate, and wilderness is recognized as part of a spectrum of resource values to be considered during land use planning. Under the wilderness review program, existing designated WSAs are managed in accordance with the BLM's Interim Management Plan.  The status of these WSAs will not change as a result of the Uncompahgre RMP revision.



WSAs contain wilderness characteristics and are managed to preserve those values until Congress either designates them as wilderness or releases them for other uses.  This applies to the five WSAs in the UFO: Camel Back (10,402 acres), Adobe Badlands (10,425 acres), Dolores River Canyon (13,354 acres within the UFO), Sewemup (1,803 acres within the UFO), and Tabeguache Creek Area (7,748 acres).

## THE BLM ENTERS THE WILDERNESS ARENA

In 1964, the United States Congress passed the *Wilderness Act* in order to preserve a representative sample of public lands containing ecosystems in their natural state for the benefit of future generations.  Until 1976, most lands considered for and designated as wilderness were managed by the National Park Service and U.S. Forest Service.

With the passage of FLPMA in 1976, Congress directed the BLM to inventory, study, and recommend public lands under its jurisdiction for wilderness designation.  In 1991, the BLM issued a Record of Decision that included wilderness recommendations for WSAs throughout the state of Colorado. Through this process, the Camel Back and Adobe Badlands WSAs were recommended as not suitable, and the Dolores River Canyon WSA, Tabeguache Creek Area (WSA), and almost all of the Sewemup WSA were recommended as suitable.

Under the 1993 Colorado Wilderness Act (H.R. 631),  the "Tabeguache Area" became a "congressionally designated management area." The BLM is mandated to manage the area to protect its wilderness values.  The area is closed to mineral entry, and mechanized and motorized travel are prohibited.

BLM

4.1—Wilderness and WSAs

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## CURRENT MANAGEMENT

Established under the authority of sections 603(c) and 202 of FLPMA, the UFO's five WSAs are being managed to preserve their wilderness values according to the interim management policy, and will continue to be managed in that manner until Congress either designates them as wilderness or releases them for other uses. Activities that would impair wilderness suitability are prohibited in WSAs.

## FLPMA PROVISIONS FOR INTERIM MANAGEMENT OF WSAs

- **WSAs must be managed so as not to impair their suitability for preservation as wilderness.**

- **Activities that are permitted in WSAs must be temporary uses that create no new surface disturbance, nor involve permanent placement of structures.**

- **Grazing, mining, and mineral leasing uses that existed on October 21, 1976 may continue in the same manner and degree as on that date, even if this would impair wilderness suitability of the WSAs.**

- **WSAs may not be closed to appropriation under the mining laws to preserve their wilderness character.**

- **Valid existing rights must be recognized.**

- **WSAs must be managed to prevent unnecessary or undue degradation.**

## LANDS WITH WILDERNESS CHARACTERISTICS

The RMP process is open to new information, including public proposals for wilderness. According to BLM policy, the BLM may consider information on wilderness characteristics, along with information on other uses and values, when preparing land use plans. This includes determining whether BLM wilderness inventories or public wilderness proposals contain significant new circumstances or information relevant to environmental concerns that has a bearing on the proposed action or generates impacts not previously analyzed.

BLM policy states: "During the planning process and concluding with the actions after the planning process, BLM will not manage those lands under a congressionally designated non-impairment standard, nor manage them as if they are or may become congressionally designated wilderness areas, but through the planning process, BLM may manage them using special protections to protect wilderness characteristics."



### *The BLM wants your input...*

- **Which BLM-administered lands in the planning area possess wilderness characteristics, and what are the characteristics?**

| UFO Planning Webpage: | Mail comments to: | Email comments to: |
| --- | --- | --- |
| **www.UFORMP.com** | **Bruce Krickbaum,** | **UFORMP@blm.gov** |
| | **RMP Project Manager** | |
| | **2465 S. Townsend Ave** | |
| | **Montrose, CO  81401** | |

**UFO 1/2010**

BLM_0078369

## 4.3

### BLM Uncompahgre Field Office
### RMP Planning Fact Sheet
### *Areas of Critical Environmental Concern*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

*Areas of Critical Environmental Concern*, commonly known as *ACECs*, are public lands where special management is required in order to protect the area's values.  To be eligible for designation as an ACEC, an area must meet criteria for **relevance** and **importance**.  ACECs possess significant historic, cultural, or scenic values, fish or wildlife resources (including threatened and endangered species), or natural hazards.  This generally requires substantial qualities of more than local significance and special worth, consequence, meaning, distinctiveness, or cause for concern.

### ACECs in the Planning Area

The Uncompahgre planning area contains four ACECs, which were designated in the two existing RMPs:



| ACEC | AREA (ACRES) | VALUES |
|---|---|---|
| Fairview | 374 | Large population of a listed endangered plant species and significant populations of a candidate plant species |
| Needle Rock | 83 | A volcanic geological structure with high-value scientific, interpretive, and scenic characteristics |
| Adobe Badlands | 6,383 | Consists of Mancos Shale hills and flats which, through wind and water erosion, have formed unique scenic formations.  The area's soils are highly erodible and saline, resulting in high sediment loads and very saline runoff. The area also contains known and potential habitat for several endangered and threatened plant species. |
| San Miguel | 22,841 | Unique, high quality riparian vegetation resources, the scenic values of the corridor, and preservation of relic riparian communities |

### Protecting Significant Values

Restrictions arising from ACEC designation are proposed during the final RMP revision and are part of the final decision process. Restrictions are designed to protect the values and/or serve the purposes for which the designation was made. Management prescriptions are developed expressly to protect the important and relevant values of an area. Such measures would not be necessary or prescribed if the critical and important features were not present.



BLM

4.3—Areas of Critical Environmental Concern

## REVIEW OF NEW AND EXISTING ACECs

As part of the RMP revision, existing ACECs will be reevaluated to determine whether:

- the ACEC's relevant and important values are still present and require continued management attention

- threats of irreparable damage to the values have been identified

- current management is sufficient to protect the values.

In addition, new ACECs nominated during the public scoping period will be evaluated for relevance and importance.



## The BLM wants your input...

- **Do you know of any areas within the planning area that meet the criteria for becoming an ACEC?**

  Any individual or organization may nominate an ACEC during the public scoping period.  The nomination should describe the area's special values.  Information on why the  area meets relevance and importance criteria (43 CFR 1610.7-2) must be included in the nomination.

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**Email comments to:**
**UFORMP@blm.gov**

BLM_0078371

## 5.1

### BLM UNCOMPAHGRE FIELD OFFICE
### RMP PLANNING FACT SHEET
### *Managing Special Status Plant & Wildlife Species*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

*Special status species* are those plants or animals that have been officially listed, proposed for listing, or are candidates for listing as threatened or endangered under provisions of the Endangered Species Act (ESA), as well as those listed by a state in a category implying potential endangerment or extinction, and those designated by a BLM State Director as sensitive.

### PRIMARY CAUSES OF SPECIES DECLINE

Habitat loss, competition, predation, disease, and other factors are the primary causes of species decline and imperilment. Habitat loss and modification due to human activities are the greatest threats to ecosystems, particularly for species that are adapted to specific ecological niches. BLM land management practices are intended to sustain and promote species that are legally protected and sustain species not yet protected. Data on



numerous special status species is tracked by the Colorado Division of Wildlife, Colorado Natural Heritage Program, and other partners. The BLM regularly assists with these studies.

### A FOCUS ON HABITAT

While our partners' chief interest is population status and trends, the BLM focuses its efforts on habitat maintenance and enhancement. The quantity and quality of preferred and suitable habitat, as well as the ability to support prey species are evaluated. The BLM also tracks conditions and restricts certain activities in critical breeding, foraging, and wintering areas and migration corridors.

### PROTECTING FEDERALLY LISTED SPECIES



The ESA mandates the protection of species listed as threatened or endangered of extinction, and the habitats on which they depend.  Section 7 of the ESA clarifies the responsibility of federal agencies to carry out programs for the conservation of listed species. In addition, federal agencies must consult with the U.S. Fish and Wildlife Service to insure that any action authorized, funded or carried out by an agency is "...not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species...".

The UFO analyzes the effects of proposed actions on threatened, endangered and candidate species and designated critical habitat for these species. Twelve federally protected plant and animal species potentially occur in the planning area, including two candidate species, the Gunnison prairie dog and the yellow-billed cuckoo. Federally designated critical habitat for three of these species also occurs in the planning area.

**BLM**

**5.1—Special Status Plant & Wildlife Species**

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

BLM_0078372

## A SHARED GOAL WITH THE USFWS

Federally listed threatened and endangered species and designated critical habitat are managed by the U.S. Fish and Wildlife Service (USFWS) in cooperation with other federal agencies, with the ultimate goal of species recovery and viability. The BLM cooperates with the USFWS to identify and manage habitat for listed species that have not had critical habitat identified and designated. Consultation is required on any action proposed by the BLM or other federal agency that "may affect" a listed species or critical habitat.



## BLM SENSITIVE AND CANDIDATE SPECIES

Candidate species are managed to maintain viable populations in order to avoid listing. Colorado State and BLM sensitive species are treated similarly. The BLM, USFWS, and the State of Colorado have developed formal and informal agreements to provide guidance on species management.



## OTHER NON-LISTED, NON-STATUS SPECIES (E.G., BIG GAME, MIGRATORY BIRDS, GAME FISH, ETC.)

While the BLM is responsible for managing fish and wildlife habitats in a condition that will sustain desired levels of a species, the Colorado Division of Wildlife (CDOW) is directly responsible for managing wildlife population levels. Population data on game animals is tracked by the CDOW, and increasingly for key non-game species.

## COOPERATION BETWEEN STATE AND FEDERAL AGENCIES

The BLM assists the CDOW with collection of this information for certain species. While the CDOW is interested primarily in population dynamics and demographics, the BLM's principle responsibility is habitat condition and quality based on plant community attributes, as well as a site's capacity to sustain native wildlife species. Within this framework, the BLM focuses on key animal species and their habitats.

### *The BLM wants your input...*



- **Does the UFO need more protected areas (such as ACECs) within the planning area? For what species and where?**

- **Where and how far should buffers be placed in order to protect special status species?**

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**Email comments to:**
**UFORMP@blm.gov**

**UFO 1/2010**

# 6.1

## BLM UNCOMPAHGRE FIELD OFFICE
## RMP PLANNING FACT SHEET
## *Vegetation and Land Health*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## A HEALTHY COMMUNITY IS A PRODUCTIVE ONE

BLM's Land Health Standards require the UFO to manage for healthy plant communities.  Health is measured by a community's productivity, diversity, number of native and desirable species, absence of weeds, functional use of sunlight and water, and nutrient cycling.  The UFO manages vegetation to achieve land health, while supporting a variety of human uses and natural values.

**In the planning area, healthy plant communities are achieved through:**

- Implementing protective and mitigation measures identified through the National Environmental Policy Act (NEPA) process in response to potentially harmful activities and developments

- Targeting carefully designed fuel reduction and wildlife habitat improvement projects

- Restoring communities through activities such as weed management, native species seeding in burned or disturbed areas, and re-treating former chaining areas

- Leaving communities alone to function as naturally as possible.

**In turn, a healthy plant community can provide:**

- Forage for grazing animals

- Products for harvest, such as firewood, pinyon nuts, and Christmas trees

- Values that benefit people, such as clean water, wildlife habitat, ecosystem resilience, and beautiful vistas.



## STANDARDS FOR PUBLIC LAND HEALTH

The UFO is mandated to manage public lands in accordance with five BLM Colorado Standards for Public Land Health:

- **Standard 1 -** Upland soils are healthy with respect to water absorption, erosion, organic matter, and groundcover

- **Standard 2 -** Riparian systems and wetlands function properly and can recover from disturbance

- **Standard 3 -** Plant and animal communities are healthy, made up of native and desirable species, sustain viable populations in suitable habitat, and are resilient to disturbances

- **Standard 4 -** Threatened, endangered, and sensitive species are maintained and enhanced by healthy native plant and animal communities

- **Standard 5 -** Water quality on BLM lands meets or exceeds Colorado Water Quality Standards.



BLM

6.1—Vegetation and Land Health

# UFO LAND HEALTH ASSESSMENTS

| LANDSCAPE UNIT | YEAR ASSESSED | NEXT ASSESSMENT | LAND HEALTH RATING | % OF LANDSCAPE UNIT BY LAND HEALTH STANDARD (EXCLUDES UNDETERMINED LANDS) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 |
| Escalante | 1999 | 2010 | Meets | 57 | 58 | 43 | 100 | 68 |
| | | | Meets but w/Problems | 23 | 35 | 28 | 0 | 30 |
| | | | Doesn't Meet | 15 | 0 | 24 | 0 | 0 |
| East Paradox | 2000 | 2011 | Meets | 90 | 36 | 79 | 100 | 24 |
| | | | Meets but w/Problems | 8 | 55 | 10 | 0 | 76 |
| | | | Doesn't Meet | 2 | 8 | 11 | 0 | 0 |
| Gunnison Gorge | 2001 | 2012 | Meets | 70 | 37 | 43 | 76 | 89 |
| | | | Meets but w/Problems | 21 | 62 | 44 | 24 | 6 |
| | | | Doesn't Meet | 0 | 0 | 5 | 0 | 5 |
| North Delta | 2002 | 2013 | Meets | 53 | 52 | 13 | 100 | 72 |
| | | | Meets but w/Problems | 40 | 23 | 70 | 0 | 28 |
| | | | Doesn't Meet | 2 | 23 | 13 | 0 | 0 |
| Mesa Creek | 2004 | 2014 | Meets | 53 | 58 | 53 | 100 | 65 |
| | | | Meets but w/Problems | 44 | 33 | 36 | 0 | 35 |
| | | | Doesn't Meet | 1 | 9 | 9 | 0 | 0 |
| Roubideau | 2005 | 2015 | Meets | 44 | 80 | 17 | 100 | 74 |
| | | | Meets but w/Problems | 43 | 19 | 64 | 0 | 20 |
| | | | Doesn't Meet | 9 | 0 | 16 | 0 | 7 |
| Norwood | 2006 | 2016 | Meets | 80 | 89 | 65 | 100 | 71 |
| | | | Meets but w/Problems | 15 | 9 | 24 | 0 | 17 |
| | | | Doesn't Meet | 0 | 2 | 8 | 0 | 12 |
| North Fork | 2007 | 2017 | Meets | 48 | 79 | 29 | 84 | 74 |
| | | | Meets but w/Problems | 43 | 12 | 41 | 6 | 23 |
| | | | Doesn't Meet | 2 | 5 | 24 | 10 | 3 |
| Colona | 2008 | 2018 | Meets | 71 | 58 | 31 | 32 | 50 |
| | | | Meets but w/Problems | 16 | 22 | 52 | 53 | 37 |
| | | | Doesn't Meet | 4 | 14 | 8 | 4 | 13 |
| West Paradox | 2009 | 2019 | Meets | 47 | 64 | 70 | 87 | 49 |
| | | | Meets but w/Problems | 50 | 36 | 24 | 10 | 30 |
| | | | Doesn't Meet | 0 | 0 | 3 | 0 | 21 |

## ASSESSING LAND HEALTH

UFO public lands are divided into ten landscape units. Every year, one unit is evaluated for land health. The evaluation is documented with a detailed analysis of *lands meeting standards*, *lands meeting standards, but with problems*, and *lands not meeting standards*. Where problems are identified, recommendations are made to fix them and address the cause.

## The BLM wants your input…

- **Should the BLM attempt to improve the condition of lands in the planning area that do not meet standards, or meet but with problems? Where should this be made a priority?**
- **Vegetation treatments can be expensive and do not always respond in the desired way. Where in the planning area should the BLM focus vegetation treatments? What areas should be left to function naturally?**
- **In which areas, if any, should the BLM allow dispersed collection of vegetation products, or designate specific areas for public harvest.**

**UFO Planning Webpage:** www.UFORMP.com

**Mail comments to:** Bruce Krickbaum, RMP Project Manager 2465 S. Townsend Ave Montrose, CO 81401

**Email comments to:** UFORMP@blm.gov

UFO 1/2010

# 6.2

## BLM UNCOMPAHGRE FIELD OFFICE
## RMP PLANNING FACT SHEET
### *Managing For Livestock & Against Weeds*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## LIVESTOCK GRAZING IN THE PLANNING AREA

Currently 628,754 acres (93%)  of BLM-administered public land within the Uncompahgre planning area are allocated for livestock grazing.  The public range is permitted at a level of 43,491 AUMs of forage.  This figure includes 38,200 active AUMs and 5,291 AUMs of suspended use. Permittees paid to use 29,219 AUMs of forage in 2008.

> **Animal Unit Month (AUM)**
> *The amount of forage needed to sustain one cow, five sheep, or five goats for a month*

Over the past five years, billed use has averaged 65% of total permitted use.  This difference can be attributed to a number of variables.  Seasonal variations in precipitation and temperature result in more or less available forage from one year to the next.  Drought conditions have required a reduction in grazing use in order to maintain good range conditions.  Permittees may also opt for voluntary non-use for a variety of reasons, resulting in AUMs that are available but not used.  In addition, grazing is typically deferred in an area for two years following land treatments and fire rehabilitation projects, accounting for lower use levels.



There are 46,923 acres (7%) of BLM-administered public land within the planning area not allocated for livestock use. In addition, there are a small number of allotments where permits have been voluntarily relinquished and are considered vacant.

Within the planning area, there are 203 allotments and 135 permittees. The allotments vary in size from 40 to 92,198 acres, with grazing allocations ranging from one to 4,800 AUMs in each allotment.  In 2009, 85% of the allotment permits were for cattle, with sheep and horse grazing accounting for the remaining 15%.  Individual operators graze animals on 188 allotments, while the remaining fifteen are common allotments grazed by two or more operators.

Grazing within the planning area occurs throughout the year, with much of the use concentrated during spring and fall months. Spring and fall allotments are typically located adjacent to U.S. Forest Service land, and are utilized for short periods prior to "on" dates and after "off" dates for higher elevation summer allotments on national forest land.  Summer use allotments are commonly found at higher elevations in the North Fork of the Gunnison River area.  Winter use allotments are primarily located in the west end of Montrose and San Miguel Counties, at lower elevations associated with a semi-arid climate.



BLM

6.2—Managing For Livestock & Against Weeds



## MANAGING FOR GRAZING

All grazing permits include terms and conditions regarding management of the allotment. In some cases, allotment management plans (AMPs) have been developed, which provide greater detail about the location, amount, and timing of permitted grazing use, and incorporate allotment-specific planned grazing systems.

Most allotments in the planning area contain portions which are only slightly used or not used at all by livestock due to topography, distance from water, limitations caused by natural barriers, or for other reasons. Rangeland improvement projects, water developments in particular, have been implemented within the UFO to better distribute livestock grazing.

Within UFO grazing allotments there are many other uses such as recreation, wildlife, energy development, mining, and utility easements. Resources such as threatened and endangered species, Special Recreation Management Areas, wilderness areas, and Areas of Critical Environmental Concern also occur within grazing allotments, and require special management attention.

### The BLM wants your input...

- Which, if any, unallotted or vacant allotments should be permitted for livestock use? Are there any allotments that should be unallotted, and why?
- Which weed management or control practices should or should not be used ?

> **Integrated Weed Management (IWM)**
>
> *The use of all suitable weed control methods to keep weed populations below the economic/ ecological injury level*

## CONTROLLING NOXIOUS WEEDS IN THE PLANNING AREA

Preventing the introduction of noxious and invasive species is the first line of defense against noxious weed establishment. The UFO applies Integrated Weed Management principles and Early Detection/Rapid Response strategies to curtail damage to ecosystems by noxious weeds.

IWM utilizes a combination of control strategies which will hopefully result in the most effective control of target noxious species. IWM methods include cultural practices, use of biological, physical, and the selective use of herbicides. Following the use of control measures, monitoring is conducted to determine which treatments are working, and on which species.



Early detection and rapid response efforts increase the likelihood that invasions will be addressed successfully while populations are still localized and population levels are not beyond that which can be contained and eradicated. Once populations are widely established, all that might be possible is the partial mitigation of negative impacts. In addition, the costs associated with such efforts are typically far less than those of long-term invasive species management programs.

Surveying for noxious species is important and is focused on high-priority targets, such as high-risk locations, high-value resources, important pathways, and populations and species of specific concern. More remote backcountry areas are also surveyed and monitored, although at longer intervals.

**UFO Planning Webpage:**
www.UFORMP.com

**Mail comments to:**
Bruce Krickbaum,
RMP Project Manager
2465 S. Townsend Ave
Montrose, CO  81401

**Email comments to:**
UFORMP@blm.gov

**UFO 12/2009**

## 7.1

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP PLANNING FACT SHEET**
*Coal, Oil & Gas Resources*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

### LAND OF VALUABLE RESOURCES

The BLM's dual mandate of multiple use and sustained yield means that BLM-administered lands are available for the exploration and development of energy resources.  An RMP establishes which areas are open or closed to coal, oil, and gas leasing.  The Mineral Leasing Act guides land use planning, leasing, bonding, operations, and reclamation associated with all development of federal coal, oil, and natural gas resources, as well as many other federal, state, and local laws and regulations.

Many of the impacts associated with these activities can be significantly reduced or eliminated through site-specific stipulations identified and developed through the National Environmental Policy Act (NEPA) process.  These measures include reclamation, the use of best management practices, and avoiding critical wildlife habitat.

### COAL IN THE PLANNING AREA

The UFO manages several active federal coal leases related to three coal mines located in the valley of the North Fork of the Gunnison River near Paonia, Colorado.  Bowie No. 2, West Elk, and Elk Creek are actively producing longwall coal mines, with a total annual output of just under 15 million tons.

While each mining operation controls coal reserves with a mix of federal and fee and/or state coal, about 90% of local production is federal. As mining progresses, only federal coal will be available in the reserve base.  While some federal coal leases have a 5% royalty due to difficult geologic and engineering conditions, most of the coal is mined at an 8% royalty.  The resulting revenue to the federal treasury from coal production within the planning area approaches $25 million each year.  Half of that revenue is returned to the state of Colorado.



North Fork Valley
View E-SE

West Elk Mine
Train Loadout

Elk Creek Mine
Train Loadout

### GAS RESOURCES IN THE PLANNING AREA

Natural gas resources are located in generally the same location north of U.S. Highway 133, across from the Delta County towns of Hotchkiss, Paonia and Bowie, the Gunnison County town of Somerset, and the area north of Paonia Reservoir.  Natural gas resources occur in sedimentary strata associated with the Mancos Shale, and with coal seams in rock formations of the Mesa Verde Group.  Coal and gas resources are also present in the west end of Montrose County, where they have been developed to a lesser extent.

BLM

7.1—Coal, Oil & Gas Resources

## CURRENT OIL AND GAS LEASES

According to Colorado State historic records, 116 gas wells have been drilled in the North Fork area on federally managed oil and gas leases, including split estate lands.  The North Fork area is bordered by the following: Colorado State Highway 50 on the west, Colorado State Highway 133 on the south to Paonia Reservoir, then directly north and east to the UFO boundary.  Of these wells, 15 are presently producing natural gas, 29 are shut-in but capable of production, and 72 have been drilled, abandoned and plugged.

 On federally managed oil and gases leases in the rest of the planning area, including split estate lands, 71 gas wells have been drilled.  Of these, two are presently producing natural gas, two are shut-in but capable of production, and 65 have been drilled, abandoned and plugged. Records show that an additional two wells have been proposed and are currently awaiting approval.

### The BLM wants your input...

- **How should energy development, including pipelines and other infrastructure, be managed to minimize resource conflicts?**
- **Are there public lands that should be withdrawn from energy development because of conflicts with other public land uses? If so, where?**
- **Should special conditions of approval be placed on oil and gas development? If so, what and where should they be applied?**
- **What visual considerations relate to management of energy resources, and how should BLM's Visual Resource Management play a role?**
- **What are the potential social and economic benefits and impacts associated with energy development? How might planning decisions affect communities in southwest Colorado?**

### WHAT IS SPLIT ESTATE?

In split estate situations, the surface and subsurface rights (such as the right to develop minerals) for a piece of land are owned by different parties.

Mineral rights are considered dominant, meaning that they take precedence over other property rights, including those associated with surface ownership.  However, the mineral owner must show due regard for the interests of the surface estate owner, and occupy only those portions of the surface that are reasonably necessary to develop the mineral estate.

The BLM's split estate policy only applies to situations where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government.

*For more information about how the BLM manages split estate, please view the following slide show:*

*Split Estate: Private Surface/Public Minerals—What Does it Mean to You?*
http://www.blm.gov/style/medialib/blm/wo/Minerals_Realty_and_Resource_Protection_/bmps.Par.45013.File.dat/Split%20Estate%20Presentation%202006.ppt

*For a detailed explanation of oil and gas leasing, development, and split estate issues, visit the following websites:*
- BLM Colorado Oil and Gas Program
http://www.blm.gov/co/st/en/BLM_Programs/oilandgas.html
- State of Colorado Oil and Gas Conservation Commission
http://cogcc.state.co.us/
- UFO Oil and Gas activity can be tracked at:
http://www.blm.gov/co/st/en/BLM_Information/nepa/ufo.html

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**UFO Planning Webpage:**
**www.UFORMP.com**

**Email comments to:**
**UFORMP@blm.gov**

UFO 1/2010

BLM_0078379

## 7.2

### BLM Uncompahgre Field Office
### RMP Planning Fact Sheet
### *Uranium and Other Mineral Resources*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## Land of Valuable Resources

The BLM's dual mandate of multiple use and sustained yield means that BLM-administered lands are available for the exploration and development of mineral resources.  The Mining Law of 1872 provides the legal framework for citizens to acquire mineral rights to a variety of hard rock minerals, including uranium and vanadium.  Mining claimants are required to get BLM authorization before conducting any significant surface-disturbing activities.  Miners are also required to get various permits from state and local governments in addition to putting in place financial guarantee bonds to insure completion of reclamation to meet various agency standards.



## Major Mineral Resources in the Planning Area

Uranium and placer gold are the primary mineral resources found in the Uncompahgre planning area.  The uranium-rich Salt Wash Member of the Morrison Formation outcrops in numerous locations associated with the Uravan Mineral Belt as it passes through western Montrose County.  The UFO has over 20 exploration projects currently open, ranging from exploratory drilling to bulk sampling of historic underground mine workings.

Placer gold deposits occur in the San Miguel River where they are often worked by recreational panning and dredging groups on several active placer mining claims after the seasonal spring runoff has a chance to replenish the resource.



BLM

7.2—Uranium and Other Mineral Resources



BLM_0078380

## OTHER MINERAL RESOURCES

Other mineral resources include the potential for leasable phosphate deposits associated with the Paradox Member of the Hermosa Group Formation in Paradox Valley. The Mineral Leasing Act guides land use planning, leasing, bonding, operations, and reclamation associated with all development of federal non-energy leasable mineral resources.  In addition, sand and gravel deposits located throughout the planning area are primarily extracted for use as road base.

## URANIUM LEASING PROGRAM

The U.S. Department of Energy (DOE) Office of Legacy Management currently administers the Department's Uranium Leasing Program (ULP), managing 32 lease tracts containing approximately 25,000 acres, all located within the Uravan Mineral Belt in southwestern Colorado.

These public lands are withdrawn to the DOE for the management of uranium and vanadium resources. DOE has the jurisdiction for these resources, and the surface management of other resources like grazing and recreation is under the BLM jurisdiction. The DOE ULP is managed under the authority and in accordance with Title 10, Code of Federal Regulations, Part 760 in cooperation with the BLM and the State of Colorado.

**For more information on the Uranium Leasing Program, please visit the following website:**  http://www.lm.doe.gov



### *The BLM wants your input...*

- How should mineral development, including pipelines and other infrastructure, be managed to minimize resource conflicts?

- Are there public lands that should be withdrawn from mineral entry because of conflicts with other public land uses?

- Should special conditions of approval be placed on mineral development? If so, what are they and where should they be applied?

- What are the visual considerations relating to management of mineral resources, and how should BLM's Visual Resource Management play a role?

- What are the potential social and economic effects associated with mineral development.  How would planning decisions affect communities in southwest Colorado?

**UFO Planning Webpage:** www.UFORMP.com

**Mail comments to:** Bruce Krickbaum, RMP Project Manager 2465 S. Townsend Ave Montrose, CO  81401

**Email comments to:** UFORMP@blm.gov

UFO 1/2010

BLM_0078381

# 7.3

## BLM UNCOMPAHGRE FIELD OFFICE
## RMP PLANNING FACT SHEET
### *Renewable Energy Resources*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

**The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.**

As part of RMP planning, a renewable energy potential report is being prepared that identifies the potential for renewable energy development and the potential location of such development on BLM land within the planning area. Renewable energy resources include biomass, wind, geothermal, and solar.

### BIOMASS ENERGY

Biomass includes food crops, grassy and woody plants, residues from agriculture or forestry, and the organic component of municipal and industrial wastes, utilized to produce energy. It can be used for biofuels (i.e. ethanol and biodiesel), biopower (electricity generation), and bioproducts (i.e. plat-based plastics). Biomass can be collected and harvested from BLM lands through stewardship, timber sales, and hazardous fuels reduction.

The Department of Energy evaluates biomass resources for the U.S. in thousand tonnes/year, with a range of below 50 (low) to above 500 (high). Most locations in the planning area fall below 50 thousand tonnes/year. However, a 2005 BLM Renewable Energy Assessment using NASA vegetation data indicates that the area may have some potential for biomass production.

### WIND ENERGY

Wind is a form of solar energy caused by irregular heating of the atmosphere by the sun. Earth's terrain and rotation of the earth also effect wind and modify it. Wind power uses wind turbines to harvest the energy of moving air and convert to mechanical energy or electricity. It is the world's fastest growing energy source.



Wind energy developments are granted as rights-of-way. BLM completed the ***Wind Energy Development Final Programmatic Environmental Impact Statement (EIS)*** in 2005 to determine the potential associated with wind energy development on BLM lands in the western U.S. Using data generated by TrueWind and validated by the National Renewable Energy Laboratory, the BLM created maps showing low, medium, and high potential areas, and developed a maximum potential development scenario on public lands for the next 20 years.

The following screening criteria determine high potential areas:

- Wind power class of 3 and above
- Within 25 miles of transmission lines (69-345 kV)
- Within 50 miles of major roads.

Based on this assessment, there appear to be few economically developable lands within the planning area.

BLM

7.3—Renewable Energy Resources

## GEOTHERMAL ENERGY

Access to BLM geothermal resources is granted through a formalized leasing process.  There are two types of geothermal use:

- **Direct Use** – Utilization of geothermal resources for commercial, residential, agricultural, public facilities, or other energy needs other than the commercial production of electricity

- **Indirect Use** - Commercial electrical generation

A **Geothermal Programmatic EIS** completed in 2008 indicates that 593,640 acres in the planning area are open to leasing. and may have geothermal development potential.

There are currently no geothermal facilities or pending applications for geothermal facilities in the planning area. Three existing hot springs are located on private land in the southern part of the planning area:

- Orvis Hot Springs located approximately two miles south of  Ridgway, Colorado

- Ouray (Radium) Hot Spring located less than one mile north of Ouray, Colorado

- Lemon Hot Spring located in the town of Placerville, Colorado.

## SOLAR ENERGY

Solar radiation is the most abundant source of energy on Earth. (The sun radiates more energy in one second than the world has used since time began.)  Solar radiation is converted to energy through various technologies.  Solar energy developments are granted as right-of-ways.

The BLM is currently conducting a Solar Programmatic EIS that analyzes the environmental impacts of utility-scale solar energy facilities in six western states:  Colorado, Arizona, California, Nevada, New Mexico, and Utah.

Nationwide, 24 tracts of BLM-administered lands were considered for in-depth study of solar development.  In Colorado, four study areas have been identified:  Antonito SE, De Tilla Gulch, Fourmile East, and Los Mongotes East.  None are located within the planning area.  The lands identified:

- contain at least 2,000 acres

- have excellent solar resources

- have suitable slope

- are in proximity to roads and transmission lines

A BLM/Department of Energy Renewable Energy Assessment conducted in 2003 made use of available GIS data, and developed screening criteria in order to identify high potential areas in the Western U.S.  Based on this assessment, no high-potential resource area for concentrating solar power is available in the planning area.  However, some areas have good potential for photovoltaic resources.

### The BLM wants your input...

- **How should renewable energy development be managed to minimize resource conflicts?**
- **Are there public lands that should be excluded from renewable energy development because of conflicts with other public land uses? If so, where?**
- **What visual considerations relate to management of renewable energy resources, and how should BLM's Visual Resource Management play a role?**
- **What are the potential social and economic benefits and impacts associated with renewable energy development?  How might planning decisions affect communities in southwest Colorado?**

| UFO Planning Webpage: | Mail comments to: | Email comments to: |
|---|---|---|
| www.UFORMP.com | Bruce Krickbaum, RMP Project Manager 2465 S. Townsend Ave Montrose, CO  81401 | UFORMP@blm.gov |

UFO 1/2010

## 8.1

### BLM Uncompahgre Field Office
### RMP Planning Fact Sheet
### *Land Tenure*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

In managing nearly 700,000 surface acres of public land within the planning area, the BLM provides for land use, purchase, exchange, donation, and sale, determines federal land boundaries, and maintains historic records for these ownership transactions.

#### LAND TENURE ADJUSTMENTS

Land ownership transfer is an important component of the BLM's land management strategy.  The BLM completes ownership transactions involving land and interests in land when such transactions are in the public interest and consistent with publicly-approved land use plans.

### LAND TENURE PROGRAM GOALS

The BLM's Land Tenure program is designed to:

- Improve management of natural resources through consolidation of federal, state and private lands

- Increase recreational opportunities and preserve open space

- Secure key property necessary to protect endangered species and promote biological diversity

- Preserve archaeological and historical resources

- Implement specific acquisitions authorized by Acts of Congress

- Allow for expansion of communities and consolidation of non-federal land ownership.

BLM

8.1—Land Tenure





BLM_0078384

## LAND TENURE ADJUSTMENT TOOLS

The Federal Lands Policy Management Act provides the BLM with the following land tenure adjustment tools:

*Exchanges:* Land exchanges are considered on a case-by-case basis. An exchange must be in the public interest, and lands proposed for acquisition must contain higher resource or public values than the public lands being disposed.

*Acquisitions:* Acquisitions, including access easements, can be completed through purchases, including Land and Water Conservation Fund purchases, and donations or receipts from Federal Land Transaction Facilitations Act (FLTFA) sales. FLTFA acquisitions are limited to lands adjacent to public lands with special designations, such as National Monuments and National Conservation Areas.



*Sales:* Public lands have potential for disposal when they are isolated and difficult to manage. Land sales are typically accomplished through competitive bid at fair market value. Lands must be identified for disposal in the RMP prior to being offered for sale.

*Recreation and Public Purposes (R&PP):* The R&PP Act of 1926 provides a means for state or local governments or non-profit organizations to acquire public lands at reduced or no cost, subject to BLM approval. The conveyed land must be used for a specific public need or recreational purpose such as a hospital, school, or park.

## UTILITY CORRIDORS

Utility corridors for oil, gas, and hydrogen pipelines and electricity transmission facilities on federal lands were approved in January 2009 in the ***Resource Management Plan Amendments/Record of Decision for Designation of Energy Corridors on Bureau of Land Management Administered Lands in the 11 Western States.***

## The BLM wants your input...

- Is there BLM-administered land in the planning area that you think should be purchased, sold, or exchanged for land with greater public value? If so, which land and why? What criteria should be used to make such decisions?

- Is legal access to public land needed anywhere within the planning area?

- Should additional utility corridors and communication sites be designated in the planning area? If so, where? Are there areas that should be designated as unsuitable for major utility and road rights-of-way?

---

**UFO Planning Webpage:**
www.UFORMP.com

**Mail comments to:**
Bruce Krickbaum,
RMP Project Manager
2465 S. Townsend Ave
Montrose, CO 81401

**Email comments to:**
UFORMP@blm.gov

UFO 1/2010

BLM_0078385

## 8.2

### BLM Uncompahgre Field Office
### RMP Planning Fact Sheet
## *Wildland-Urban Interface*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

### What is WUI?

The *Wildland-Urban Interface (WUI)* is defined as a geographical area where two diverse systems meet and affect each other, giving rise to conflicts between societal values and expectations concerning the management of natural resource systems.  Many people think of WUI exclusively as it pertains to wildfire, and the zone where structures and other human developments meet or intermingle with vegetative fuels.  However, while wildfire is the most significant WUI issue, it is not the only one.  Both recreation and land health are impacted by WUI dynamics.





### WUI and the Planning Area

The planning area has numerous areas of rapidly expanding wildland-urban interface due to increased population, changing demographics, and visitation to the western slope.  Examples of these include subdivisions, ranches, electrical transmission lines, communication sites, and recreation sites.

Preliminary planning issues related to WUI include:

*Fire Management—* **Fighting wildfires, as well as managing fuels in order to prevent wildfires, is a complex, costly, and hazardous undertaking.  Every year hundreds of homes and outbuildings are lost and lives are endangered throughout the United States due to wildfires in the WUI.**

**The BLM aggressively manages wildfires to protect the WUI's valuable resources.  In addition, prescribed burning and mechanical fuel reduction treatments are used to modify current fuel conditions and future fire behavior.**

BLM

## 8.2—Wildland-Urban Interface