*Recreation—* **Population growth in local communities increases demand for recreational opportunities and facilities in the planning area.  The BLM responds in part by providing additional signs, kiosks, picnic areas, parking areas, boat ramps, toilets, campgrounds, trails, and administrative sites.**

*Land Health—* **While generally in good condition, WUI lands are more susceptible to land health problems than other areas. Common concerns include higher levels of weeds, erosion, and bare ground, increased selenium and salinity effects, reduced native species diversity and abundance, and lower plant vigor.  These problems can often be attributed to greater levels of human disturbance from casual recreation use, right-of-way developments, livestock trespass, adjacent agricultural lands, and altered wildlife usage patterns.**

RMP planning will address how the BLM can accommodate foreseeable growth in the planning area, while balancing the wants and needs of surrounding communities.







### *The BLM wants your input...*

- **Under what conditions should fire suppression or fuel reduction activities occur?**
- **How should recreation in the WUI be managed?**

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**Email comments to:**
**UFORMP@blm.gov**

**UFO 1/2010**

BLM_0078387



# Uncompahgre
## Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name  WENDELL          Last Name  KOONTZ          Date  1-20-2010

Mailing Address  P.O. Box 591

City  SOMERSET          State  CO          Zip  81434

E-mail Address:  Wkoontz @ arch coal. com

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?          Yes: ☐ e-mail materials only  ☑ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)          ☐ Non-profit Organization          ☐ Citizen's Group

☐ Federal, State, or Local Government          ☐ Elected Representative          ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☑ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _7_ Years: _15_

Why do you live here? ☑ Occupation ☐ Family ☑ Proximity to public lands ☑ Recreational Opportunities
☐ Other _____

> *The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled* Uncompahgre RMP Planning Units. *You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

1. Roadless regulations are poor mangment practices for continued economic sustainability of Western Slope. Same for WSA.

2. Economic development of coal resources should be encouraged for local, state, and national energy security.

3. Maintaing access for BLM lands for hunting/recreation.

**1 A-PI SE**

**2 A-PI SE**

**3 A-PI REC**

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

**4 A-PI TT**

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

1. Road maintenance scheduled and performed regularly.
2. Additional signage for BLM access / trails

**5 B-NP**

**6 B-GE**

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

1. Vigorously support Colorado Roadless Initiative
2. Maintain and continue to support BLM minerals staff. Don't become a "Recreation" agency at expense of other functions

**7 B-GE**

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

Coal resources exist in the RMP that are in jeopardy of being locked up by over zealous regulation by Roadless and other regulatory devices. These resources will be needed by future generations and should be kept available. Coal Creek, Leroux Creek, N.F. Valley, Huntsman Ridge, Raggeds field.

**7 A-PI MI**

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

Received

FEB 8 2010

Uncompahgre Field Office

BLM_0078389

IN

# Uncompahgre
## Resource Management Plan



NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Greg_     Last Name _Lehr_     Date _1/20/2010_

Mailing Address _62693   Osprey  Lane_

City _Montrose_     State _CO_     Zip _81401_

E-mail Address: _Gopher  Gee_w_El @Hotmail.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☑ e-mail materials only   ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)     ☐ Non-profit Organization     ☐ Citizen's Group

☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☑ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
        ☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _10_   Years: _4_

Why do you live here? ☑ Occupation ☑ Family ☑ Proximity to public lands   ☐ Recreational Opportunities
        ☐ Other _____

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

See
Attached

---

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

See Attached

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

See Attached

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

See Attached

Please provide any additional comments that you have regarding this project.

See Attached

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

**Uncompahgre Resource Management Plan Comments**
Name: Greg Lehr
Date: January 20, 2010
Mailing Address: 67693 Osprey Lane, Montrose Colorado 81401
Email: gee_w_el@hotmail.com

Please add me to the projects mailing list to receive future project-related information. Please deliver updates via: email only

Affiliation: Individual

I live in Montrose County South of Montrose, closest unit is #2 on the BLM map. I have lived at my current location for approx. 5 years.

I live here for both family and proximity to public land.

**What issues or concerns do you have regarding public land resources or uses with the Uncompahgre RMP planning area?**

1 A-PI WSA

Issues and concerns I have are as follows. I believe the BLM has a difficult job in finding a balance between recreation, conservation and use for the good of the public. Currently Colorado has over 66 million acres of designated Wilderness areas, several new proposals for additional Wilderness are working their through congress. While I support conservation and the concept of a Wilderness area, I also believe there needs to be a balance with multiple use. I feel that a silent minority of vocal anti-access groups have pressured the BLM to restrict resource exploration including gas and coal at a time when our nation needs these resources to reduce our dependency on foreign resources purchased from countries that don't particularly like Americans. We need monitoring and governance but we need to continue/increase our use of these resources in a way that is beneficial to all Americans and will help us reduce our dependency on foreign resources.

2 A-PI REC

Regarding recreation, it seems that there are user conflicts between motorized recreation and non-motorized recreation. I enjoy hiking, fishing and hunting on public lands, if I am hiking on a motorized trail, I take this into consideration and expect to encounter motorized vehicles, this does not bother me, if it did bother me, I would simply hike on a non-motorized trail. Recently my father became ill and can no longer hike or hunt like he used to so he purchased an ATV and truly enjoys getting outside on the ATV. On several occasions we have come upon hikers and horseback riders who have scowled and cast unpleasant looks our way and refused to return our friendly wave. All I can say is I hope these hikers or horse owners never become old or ill because if/when they do, they might find themselves on a dreaded ATV, getting nasty glares from a new generation of hiker or horseback rider. For these reasons I would encourage the BLM to increase motorized opportunities and clearly mark trails as either open or closed to motorized travel. During my many hikes I have NEVER seen a motorized vehicle on a non-motorized trail. Motorized recreation is a legitimate use of public lands, just as horseback riding and hiking are.

**Keeping in mind the issues above, what changes would you make physically to the landscape?**

`3 A-PI REC`

I would like to see more areas developed for recreation such as what the BLM has done at Peach Valley. This is a model of controlled recreation, proper signage is in place and this is a great resource to many families in our area.  On any sunny weekend you'll find hikers, bicyclist, horseback riders, ATV riders and motorcycles all enjoying our public land in harmony.  There are trails for all groups, great job BLM! I feel the Delta adobes could be developed in a similar way, people come from all over the state to enjoy these types of areas, it brings money to our area and promotes outdoor recreation.  I would also like to see the BLM take a role of using our public lands for the common good of the people, and not just a conservation/preservation agenda.

`4 A-GE`

**Keeping in mind the issues above, what changes would you make to administration?**

`5 A-PI REC`   `6 B-NP`

I would like to see more land developed and opened for recreation of all forms.  I feel some areas need better signage as to what is an open trail and what mode of transportation is allowed on that trail.  Again, I am against more Wilderness or Wilderness Study Areas, we have enough.  For example, take the dominguez/escalante area that was recently turned into a NCA and includes 66,000 more acres of Wilderness.  Having grown up in the Delta area I am very familiar with this area and can tell you that since this action, many, many people will never be able to enjoy the scenic beauty of this area due to it now being inaccessible unless you are the hardiest of hiker or horseback rider.  I feel land can be protected without locking everyone out.  This area was not being damaged by over use or rampant ATV or motorcycle use, in fact the landscape there hasn't changed much at all in the 30 years I've been visiting it.  Many canyons and special places I enjoy are now totally off limits unless I can hike for several days to access them.  I feel this is wrong and unnecessary and caters to that vocal minority of ultra-conservative, well funded, environmentalist who probably never visited this area in the first place.

`7 A-PI WSA`

**Keeping in mind the issues above, what changes would you make to social characteristics?**

`8 A-PI REC`

I would truly like for everyone to be more tolerant of other user groups, treat each other with respect and realize we all enjoy the same outdoors for the same reasons.  This goes for both motorized users and non-motorized users .  It seems more and more areas are either closed or the size reduced, which concentrates all users into smaller and smaller areas where conflict is more likely to arise.  If we have more land open to recreation, then we will have fewer user conflicts.  I also feel more land needs to be made available for the publics good, including resource exploration, powerline construction and general community uses.  I am aware of the proposed powerline from Peach Valley to Flat Top and know several property owners who have had a constant battle with the power company and the BLM regarding where this line will be located.  I have been told the BLM wanted the power line to cross PRIVATE land and not go on BLM land.  This is very questionable as the power line will cost more to construct as easements will need to be purchased from all the private land owners, landowners will have a power line in their back yards, thus reducing the value of their property.  All these additional cost will be passed on to the consumers, who as the economy stumbles, are in no shape to absorb un-necessary increases in their power bills.  By putting this on adobe BLM land, everyone wins, with the exception of the ultra-conservative environmentalist who favors plants over people, hardship over prosperity.

`9 A-PI LR (entire section)`
`10 A-PI ED (first sentence of this section)`

**Additional comments regarding this project**

11 A-GE

I would encourage the BLM to consider the average citizen when making land management decisions. Many people who use public lands are not aware of Travel Management Plans or any other changes in how land is managed. The typical citizen might only use public lands few times a year and doesn't have the resources or knowledge on how to get involved in these types of decisions. It would seem the well organized and well funded conservationist/environmentalist groups are the most vocal and are always pressuring the BLM and Forest Service to further restrict the public from public lands, while the public is unaware of these changes until it is too late and the land is already locked up. Every single year there is yet another Wilderness proposal before congress, this year alone there are at least 3 major pushes for more Wilderness in Colorado alone. Today's kids are glued to electronic gadgets and spend most of their time on a couch and will never get an appreciation for the outdoors if all the land is locked up and the only way for them to enjoy being outside is to go for a hike. Today's youth need places to ride mountain bikes, motorcycles and ATVs, however, I do believe we need to increase peoples awareness about proper trail etiquette. We need more education about trail maintenance and teach people to stay on the trails and not tear up the land by irresponsible use. I believe most people that do ride off trail or enter sensitive wetlands do so not out of disrespect for the land but out of ignorance, not even realizing the consequences of their actions, to curb this we need better education regarding responsible land use. Thank you for allowing me to comment.

12 A-PI REC

13 B-NP



Submit by E-Mail



# Uncompahgre
## Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** You may submit your completed form by clicking the button *Submit by E-Mail* in the top left corner of this page. Alternately, you may print your completed form and fax it to 1-970-240-5367 or mail it to US Bureau of Land Management, Uncompahgre Field Office, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name  Laurie                     Last Name  Brandt                          Date  01/21/2010

Mailing Address   222 South Park Ave.

City  Montrose                                              State  CO            Zip   81401

E-mail Address:  bikelaurie@gmail.com

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?        Yes: ☑ e-mail materials only  ☐ e-mail and hard-copy materials               ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)          ☑ Non-profit Organization            ☐ Citizen's Group
☐ Federal, State, or Local Government   ☐ Elected Representative            ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) COPMOBA

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☑ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____  ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here?  Months: _____  Years: 12

Why do you live here? ☑ Occupation  ☑ Family  ☑ Proximity to public lands  ☑ Recreational Opportunities
☑ Other  low population density; scenery

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the map available for download by clicking here. Please note that if your comments exceed 11 lines and begin scrolling, you will not be able to print all of your comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?
I am a mountain biker and I want to see more trails designated and protected as single track. There are no trails that I am aware of that are single track, but also non-motorized currently in the UFO. I would like to see some non-motorized single track. The Grand Junction area has many miles of non-motorized single track on BLM land, but we don't have any. I like being on trails with other non-motorized users. We like the quiet experience, the slower speed, the lack of exhaust in the air, and less disruption to wildlife. We don't think of ourselves as mechanized users either. We are self-propelled, quiet users who want challenging and beautiful terrain that single track trails provide. Non-motorized trails are also more environmentally sustainable, as they are more congruent with the terrain, rather than going straight up or straight down steep slopes. Our trails also don't get rutted, bermed, and over-widened by heavy and fast motorized vehicles. My main concern is that we have more single track trails, with some of them being non-motorized.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look modifications, etc.)?

Regarding single track trails, they should not be intensely developed. We will need trailheads with parking and restroom facilities, but a well built single track trail leaves a minimal scar on the land and is sustainable. If properly constructed, it shouldn't either cause erosion around it or provide a pathway for erosion within it. Signs at intersections and maps at trailheads would be needed.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, ulations, etc.)?

Single track trails would need to be signed to educate the public about how to keep them narrow and sustainable. If the trails are non-motorized, they need to be signed clearly and occasionally "policed" by BLM rangers to educate the public and enforce the designation. Maps would also need to clearly indicate the status of trails for appropriate uses. There would probably need to be fines for violators.

*users.*

*motorized*

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Single track naturally limits the number of users. I don't think you need to limit the size of groups. No one wants to get flat tires, so mountain bikers will stay on the trails. We also don't want to ride in the mud, so when resource degradation can occur due to wet trails, we naturally stay off of them.

Please provide any additional comments that you have regarding this project.

Our area has the potential, given the amount of BLM land and the type of terrain within that land, to have the quality of excellent mountain biking that is found in Grand Junction. That area has become a destination site for mountain bikers, just like Moab. The UFO Planning Area has great potential for single track trails throughout the area, but they will need to be protected, signed, and promoted. We need to offer self-propelled recreational opportunities to our region to not only promote this quiet use of public land but also to encourage the health and fitness of our population.

*the trails*



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail at uformp@blm.gov.

First Name William    Last Name Lobato    Date JAN 21 2009

Mailing Address PO Box 334

City Nucla    State Colo    Zip 81424

E-mail Address: T-Lobato@Hotmail.com    (Lower case)

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☑ e-mail materials only ☑ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group
☑ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) Nucla Town Board Member

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☒ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____    ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: 6    Years: 55

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Restricted Access AND Over regulation

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

*Open roads that you have closed, Do more maintence on existing Access.*

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

*Reduce Red Tape And cost for drilling And mining.*

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

*Open Public Lands To All Uses, Reduce Regulation*

Please provide any additional comments that you have regarding this project.

*These Land have survied MANy years of mining drilling exploration And recreation And they will continue.*

*(Please tri-fold this sheet & tape shut before mailing — Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

Laurie J.Smith
P.O. Box 667
Nucla, CO 81424
(970)864-2267
xyzcattlequeen@hotmail.com

January 21, 2010

BLM Uncompahgre RMP
2465 S. Townsend Ave.
Montrose, CO 81401

To Whom It May Concern:

About Us: We are lifetime West End Montrose County residents. We are ranchers and holder of BLM and Forest grazing permits. We also own a drilling business and have a water well drilling license for Colorado and Utah. We live here because it has been our home for generations, we love the lifestyle and want to preserve it.

Our concerns for the RMP of the Uncompahgre are:

The local residents opinions should be given more consideration than those who do not live within the area. Local resident's lives are effected more because of the decisions made by government officials who lack understanding of the area.

Do not designate any segment of the San Miguel/Dolores river as "wild and scenic". This river does not flow enough water consistently throughout the year to even allow access to it. We feel this steals the rights of ownership of land owners bordering the river and endangers the existing water rights of citizens. The river is what it is, whether it is designated by a government agency to be "scenic" or "wild". The only reason to designate it as so, is to take rights away from people who own them and to redistribute them. We do not have the infrastructure to support more people. Designation of this sort should be for rivers with consistently higher flow rates and near more populated areas to benefit more people with less environmental impact.

Exploration and development of oil, gas, and minerals should be encouraged under an environmentally responsible plan. Permitting should be streamlined and affordable. We desperately need the revenues and jobs created by this industry.

Water development such as reservoirs, ponds, spring development and wells should be a priority. More areas should be roller chopped and seeded to provide a better habitat for deer and elk. It is irresponsible to designate hunting units as trophy hunt areas, while at the same time constructing facilities such as OHV parks that will increase pressure on the wildlife. Keep them separate.

(1) of (2)

BLM_0078399

Let wild fires burn.  Fires are a natural occurrence and are good for the environment.
Plan more controlled burns to reduce threats of wildfires.  Use livestock to reduce fuels.
If a Permittee takes a non use let other Permittees bid on that seasons grazing.

We would like to see proof human activity, recreational or occupational impacts wildlife
before certain activities are ordered to cease.  We are mainly referring to mating and
nesting birds.

Put a rest stop in the canyon between Uravan and Gateway.

In closing keep the tourists where the infrastructure is in place to manage them.  With the
Federal Deficit at its current level we don't need to be spending money we don't have on
non essential projects.   Develop the natural resources to benefit the communities and
State.  Keep the rancher in business.  He can be an asset in rangeland water development
as well as a contributor to the sustainability of the community and state.  Most
importantly, give more of the management and decision making back to the local level .

Thank you for you consideration.

Respectfully,

Laurie J. Smith  Gordon R. Smith

(2) of (2)

IN



# Uncompahgre
## Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Spencer_      Last Name _Ryland_      Date _1-22-10_

Mailing Address _P.O. Box 1772_

City _Montrose_      State _CO_      Zip _81402_

E-mail Address: _sryland @ bresnan. net_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?      Yes: ☐ e-mail materials only  ☒ e-mail and hard-copy materials      ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply).

☒ Individual (no affiliation)      ☐ Non-profit Organization      ☐ Citizen's Group

☒ Federal, State, or Local Government      ☐ Elected Representative      ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _Montrose County_

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area.*

Do you live within the planning area? ☐ Unit 1  ☒ Unit 2  ☒ Unit 3  ☒ Unit 4  ☒ Unit 5  ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)      ☐ Another State (which): _____      ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here?  Months: _6_  Years: _4_

Why do you live here? ☒ Occupation ☐ Family ☒ Proximity to public lands ☒ Recreational Opportunities  ☐ Other _____

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_Closing these areas to public access and use._

1 A-PI TM

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

**2 A-GE** ...he issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

*no changes - leave it the way it is - in its natural state. the only changes would be to construct roads to make it more accessible to the public.*

**3 A-PI TM** ...he issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

*no changes*

**4 A-GE**

**5 A-PI TM** ...e issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

*in heavily used areas where there is environmental damage taking place, limit the number of users, size of groups, behavior of users, etc. but do not close the areas to no access.*

Please provide any additional comments that you have regarding this project.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401




US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



JAN 2 6 2010

81401\$5436 C003

**Drew Vankat**

| From: | bruce_krickbaum@blm.gov |
|---|---|
| Sent: | Tuesday, January 26, 2010 8:27 AM |
| To: | uformp@blm.gov |
| Subject: | Fw: land for disposal |


```
----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 01/26/2010 08:26 AM
-----

            Linda
            Reed/MOFO/CO/BLM/
            DOI                                                    To
                             Bruce Krickbaum/MOFO/CO/BLM/DOI@BLM
            01/25/2010 03:44                                       cc
            PM
                                                              Subject
                              Fw: land for disposal
```

```
Bruce,
Scott Hill, Sleeping Indian Ranch,      intended this comment for our RMP
scoping process, specifically identifying lands for disposal thru sales.

Is there something more I need to do, other than forward this to you?
```

```
----- Forwarded by Linda Reed/MOFO/CO/BLM/DOI on 01/25/2010 03:41 PM -----

            Jana
            Moe/MOFO/CO/BLM/
            DOI                                                    To
                             Linda Reed/MOFO/CO/BLM/DOI@BLM
            01/25/2010 11:00                                       cc
            AM
                                                              Subject
                              Fw: land for disposal
```

```
----- Forwarded by Jana Moe/MOFO/CO/BLM/DOI on 01/25/2010 11:00 AM -----

            CO Info
            Sent by: Merica
            Block                                                  To
                              UFO Mail@BLM
```

1

BLM_0078403

```
                                                              cc
     01/25/2010 08:04
     AM                                                  Subject
                             land for disposal(Document link: UFO
                             Mail)
```

```
     colorado_webmast
     er@blm.gov
                                                              To
     01/22/2010 10:54        co_info@blm.gov
     AM                                                        cc

                                                         Subject
                             Internet Inquiry
```

Name0 = (0: 'Sleeping Indian Ranch')
EmailAddress = (0: 'scotth@siranch.com') TypeofContact = (0: 'Comment') FieldOffice = (0:
'Colorado State Office') Message = (0: 'We would like to identify a parcel of land for
disposal. The description of the BLM land is NW1/4  NW1/4  Section 24 T.46N.  R.8.W
located in Ouray County.



It is our understanding we need to identify the parcel before it can be traded or sold.

Please notify us if there is any additional information or paperwork needed on our part
at this time.

Thank you.

Scott Hill/Sleeping Indian Ranch/970-209-8026 (cell)
                                        970-626-5940 (office)')

BLM_0078404

IN



# Uncompahgre
## Resource Management Plan



Received
FEB 1 1 2010

We encourage you to provide your comments by filling out and submitting this comment form by February 2, 2010. Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name __Joe__    Last Name __Garvey__    Date __1-27-10__

Mailing Address __P.O.Box 14__

City __Nucla__    State __Co__    Zip __81424__

E-mail Address: __(NA)__

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☐ e-mail materials only  ☒ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) __(NA)__

Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
(Refer to map for unit numbers)    __Montrose Division - Nucla Area__

If you do not live in the planning area, do you live in: ☒ Colorado (west slope)  ☐ Colorado (front range or plains)

☐ Another State (which): _____    ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: __11__  Years: __47__

Why do you live here? ☒ Occupation ☒ Family ☒ Proximity to public lands ☒ Recreational Opportunities
☒ Other __Land Owner__

> **The BLM wants to hear from you!** The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled **Uncompahgre RMP Planning Units.** You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.

1 A-PI WSR

...concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

With the current state of our economy, I believe the Wild and Scenic act would be very harmful for the development of the West End on Montrose County. We need as a community, To be able to development Along the San Miguel River, | Ranching, placer mining, uranium Mining, wildlife developments, recreation Are Among some of the Areas for growth. | I also believe it is very detrimental to Retain the Right and Ability to file for New water Rights on the Tabeguache ponds in Nucla,

2 A-PI LG (ranching)
3 A-PI MI (placer mining, uranium mining)
4 A-PI FW (wildlife development)
5 A-PI REC (recreation)
all contained in this one sentence

6 A-PI WR

will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to ... part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street ... Information Act, you must state this prominently at the beginning of your written comments. Such requests will be ... and businesses, and from individuals identifying themselves as representatives or officials of organizations or ...

OVER ---- ►

**7 A-GE** the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

I believe the way the current Blm administration is managing the Resources in this unit is A win/win for the public and the CareTakers. I would not change any Existing policies, Except the Tabeguache Wilderness Area.

**8 A-PI WSA** the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

I believe the Tabeguache Wilderness study Area is unconstitutional. If this Area was voted down by Congress in 1992, then why do we still Treat it as wilderness? The Blm field office does a good Job protecting all of our interests in all all Areas. Make this piece of ground Keeping in mind the Same As other Areas.

**9 A-PI WSA** the issues above, what changes would you make to social characteristics (such as number of users, size of users, etc.)?

Education is the Key To good management of our Lands. Whether it is Recreational 4-Wheelers, Jeeps or motorcycles, staying on Existing Roads, Trash Haulers dumping Trash, Hunters being ethical, Cattle grazers using Holistic Approaches, it All begins with education And Respect for the Land.

**10 A-GE** y additional comments that you have regarding this project.

Currently, the Management plan allows for multiple use of Our Blm Lands. I would not change any of Existing management policies, Except the Tabeguache Wilderness study Area. Why Red flag 1 Area for human Exploitation. The United States needs To be Able To grow and develop National Resources, if we Are going To continue To be a World power And Maintain a great Quality of life, Read Roman History if you want To see where we Are headed As A Country with To much government Intervention.

**11 A-PI WSA (second sentence only)**
**12 A-GE (whole paragraph until red line)**

(Please tri-fold this sheet & tape shut before mailing – Do not staple)

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

FEB-16-2010 12:25 PM                                                    P.01

IN

**Submit by E-Mail**



# Uncompahgre
# Resource Management Plan



Received
FEB 16 2010
Uncompahgre Field Office

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010**. You may submit your completed form by clicking the button *Submit by E-Mail* in the top left corner of this page. Alternately, you may print your completed form and fax it to 1-970-240-5367 or mail it to US Bureau of Land Management, Uncompahgre Field Office, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name  Paul                          Last Name  Koski                       Date  27 January 2010

Mailing Address   P O Box 144

City  Nucla                                                State  Co              Zip  81424

E-mail Address:  prkoski@fone.net

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☑ e-mail materials only  ☐ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)        ☑ Non-profit Organization        ☐ Citizen's Group

☐ Federal, State, or Local Government  ☑ Elected Representative        ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) COPMOBA / MWR (Montrose West Recreation) West End

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area?  ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☑ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in:  ☐ Colorado (west slope)  ☐ Colorado (front range or plains)

☐ Another State (which):                          ☐ Another Country (which):

If you do live in the planning area, how long have you lived here?  Months: _____  Years:  30

Why do you live here? ☑ Occupation ☐ Family ☑ Proximity to public lands  ☑ Recreational Opportunities
                      ☐ Other

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the map available for download by clicking here. Please note that if your comments are submitted by an organization, or on behalf of an enrolling, you will not be _____ input.*

1 A-PI TM    2 A-PI TM    3 A-PI TM    4 A-PI REC

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?
1. That all existing trails and roads remain open and recognized for multiple use including Mtn. Biking in the West End (Unit 5)
2. The Paradox Trail is able to retain its original corridor as publicized by COPMOBA/ BLM brochures. That a "hike your bike" option is considered for that southern portion of the Tabeguache SMA boundary (800') to allow the hike a bike option.
3. New routes in the east and north sections outside of Nucla proposed by COPMOBA ( Spradlin Park bypass, Oct. 2009) for multiple use be allowed for development including almost 2miles of new singletrack to link up existing two track.
4. Permanent camp ground facilities be planned along the Paradox Trail at locations including Tabeguache Creek and Z-26 Rd., North Fork Mesa Creek and P-12 Rd., and at "Biscuit Rock" Area Hwy 141 north of the Hanging Flume site.
5. The new BLM Nucla Section 1:100,000 maps contain many omissions and inaccuracies. It needs to be reviewed and corrected. The older maps are much better for the information they contain. The Paradox Trail should be marked on new maps such as the Tabeguache Trail is.
6. There are more than a few areas that locals have used over the years as their personal dumping ground on public lands. Some effort should be made to identify and clean them up.

5 A-PI TM        6 A-PI PH

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

**7 A-PI TM**   **8 A-PI TM**   **9 B-NP**   **10 B-NP**

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

1. Allow for trail designations for multiple use within Unit 5 specifically along the Paradox Trail corridor but also around the communities of Nucla and Naturita. This would include trail markers, publications, and possible trailhead signage outside or within town.
2. Develop loop routes for multiple users in the West End.
3. Trailhead development for the WSA and SMA areas in Unit 5 so visitors have better access into those places and have more information about those unique areas.
4. Create permanent camp facilities similar to those along the San Miguel River corridor at Tabeguache Creek/ Z-26 Rd., N. Fork Mesa Creek/ P-12 Rd. and "Biscuit Rock" area along Hwy 141 north of the Hanging Flume. All three areas see heavy seasonal usage and high impacts and should be considered for resource protection.
5. Post a local BLM representative in the West End for resource information, development and enforcement.

**11 B-NP**

**12 A-PI REC**   **13 A-PI TM**   **14 A-PI TM**   **15 A-PI REC**

...d t... ...anges would you make to administr... ...nt actions, rules, regulations, etc.)?

1. Manage mountain bikes as non-motorized users similar to hikers and equestrians as outlined in the 2002 BLM document- "National Mountain Bike Strategy"
2. Allow for a boundary trail on the South side of the Tabeguache SMA for use of hikers and those wanting to hike their bikes through along the Paradox Trail. (800') North of Spradlin Park.
3. Allow for development of more mtn. biking opportunities around the communities of Nucla and Naturita.
4. Ease the permitting requirements for field trip groups from our public schools onto public lands including local WSA and SMA.
5. Map 3.1 Recreation and Travel Management Plan does not show the Paradox Trail and should be included as is the Tabeguache Trail.

**15 A-PI TM**

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Since this area sees a small amount of users I see no immediate need for restrictions of the type or number of user groups. This could change if certain areas become very popular but I believe it will be many years, if ever, we see that occur. There are specific areas that have been popular for camping that could use permanent facilities as a way of resource protection that were outlined earlier.

Educate locals that dumping their trash on public lands is not a good thing and that there are cheaper and environmentally better options.

**16 A-PI REC**

**17 A-PI PH**

Please provide any additional comments that you have regarding this project.

As a stakeholder (COPMOBA, MWR, WESB) in our public lands here in the West End I want to expand the opportunities for locals and visitors to our area to use this great resource we call wilderness. Its unique characteristics, vast area and remote nature add up to a potential backcountry, wilderness experience that  most people never have an opportunity to have. For economic development, this holds much promise for our small communities.

I believe this kind of resource development (tourism) is compatable with the traditional ranching/ mining/ milling uses of this area. It's big enough for all of us to use and enjoy. If we all remain open to other's needs I think we can co-exist.

Thanks for this opportunity to comment and to become involved in "our" public lands.

**18 A-PI REC**

# BLM UNCOMPAHGRE FIELD OFFICE
# *Recreation Planning Focus Group Information*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

**The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.**

## RECREATION PLANNING FOCUS GROUPS

The BLM Uncompahgre Field Office encourages public participation while revising its Resource Management Plan by providing a variety of opportunities for public input into the planning process.



The BLM has scheduled a series of community-based focus group meetings designed to better understand the public's desires for recreational planning across the entire planning area.  The focus groups will provide the public with an opportunity to tell the BLM what recreational places, activities and outcomes are important and why they are important.

Staff at the Natural Resource and Land Policy Institute of Mesa State College will facilitate the focus group conversations.  The meetings will last approximately 90 minutes.  Focus group meetings have been scheduled in multiple locations and varying times to make it more convenient for the public to participate.

Choose the time and location that works best for you.  For more information contact Tim Casey with Mesa State College at nrlpi@mesastate.edu, or (970) 248-1095.

| Date | Location | Time |
|------|----------|------|
| Tues. 2/2/2010 | Delta | 5-6:30 pm |
| Wed. 2/3/2010 | Paonia | Noon – 1:30 pm |
| Wed. 2/3/2010 | Montrose | 5-6:30 pm |
| Tues. 2/9/2010 | Naturita | 5-6:30 pm |
| Wed. 2/10/2010 | Telluride | Noon – 1:30 pm |
| Wed. 2/10/2010 | Ridgway | 5-6:30 pm |

**BLM**

**Recreation Planning Focus Group Information**



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name ___Joe___    Last Name ___Brinton___    Date _____

Mailing Address ___P.O. Box 1488___

City ___Paonia___    State ___CO___    Zip ___81428___

E-mail Address: ___jbrinton @ bowie resources. com___

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☒ e-mail materials only    ☐ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) ___Bowie Resources LLC___

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: ___1___

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _____

> *The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

I would like to encourage decision makers to remember the importance of resource developement for the well-being of the people here.

Please continue to honor the objective of resource extraction.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

None - accept to allow for road building where needed for mineral extraction

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
here

02  1P      $ 000.440
0004174411    JAN 27 2010
MAILED FROM ZIP CODE 81428

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

RECEIVED
JAN 2 8 2010
BY:

IN

Submit by E-Mail 

# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010**. You may submit your completed form by clicking the button *Submit by E-Mail* in the top left corner of this page. Alternately, you may print your completed form and fax it to 1-970-240-5367 or mail it to US Bureau of Land Management, Uncompahgre Field Office, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name  **DAVID J.**          Last Name  **HURR**          Date  **1-29-2010**

Mailing Address  **P.O. Box 773**

City  **PAONIA**          State  **CO**          Zip  **81428-0773**

E-mail Address:  **Shurr @ TDS. NET**

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?          Yes: ☑ e-mail materials only  ☐ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)          ☐ Non-profit Organization          ☐ Citizen's Group

☐ Federal, State, or Local Government          ☐ Elected Representative          ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☑ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
          ☐ Another State (which): _____  ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: **38**

Why do you live here? ☑ Occupation ☐ Family ☑ Proximity to public lands ☑ Recreational Opportunities
          ☐ Other

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the map available for download by clicking here. Please note that if your comments exceed 11 lines and begin scrolling, you will not be able to print all of your comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

> UNREASONABLE PROHIBITIONS AGAINST USING PUBLIC LANDS. CURRENT AND Proposed Policy Prevents The use AND ENJoyment of Public LAND. THESE RESTRICTIONS allow only BUREAUCRATS (you) & The young Healthy To ENJoy The land. Your current AND Proposed Policy AND RESTRICTIONS promise DisASTER And Economic HARDship. If HUge FIRES, DisEASED TREES, WildLIFE To Numerous for The land To Support, WASTED NAtural RESOURCES ARE your goals, Then you ARE Right on Track.

1 A-GE

, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

2 A-PI REC

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

> ACCESS TO PUBLIC LAND NEEDS TO BE OPEN TO ALL TAXPAYERS, NOT JUST BUREAUCRATS, THE YOUNG AND WEALTHY.

> OLD GROWTH should BE HARVESTED BEFORE IT BURNS OR SPREADS DISEASE.

> GRASS should BE GRAZED TO PRUDENT HEIGHT TO CURTAIL FIRE DANGER.

3 A-PI FR

4 A-PI LG

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

PUBLIC LAND should BE USED FOR THE GOOD OF THE PUBLIC. DRILL HOLES FOR COAL MINING, GAS WELLS, LOGGING should BE ALLOWED. — DRILL SITES RECLAIMED TREES REPLANTED.

GRAZING OF CATTLE, SHEEP AND THE HUNTING OF WILD GAME ENCOURAGED.

5 A-PI ED
6 A-PI FR
7 A-PI LG
8 A-PI REC

... the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

UNLIMITED.

COMMERCIAL ENTERPRISES should RECLAIM SITE, REPLANT TREES, REPAIR DAMAGE. — THE SAME FOR LARGE GROUPS.

9 A-PI ED
10 A-PI REC

Please provide any additional comments that you have regarding this project.

THE GOVERNMENTS JOB IS TO MANAGE THIS RESOURCE. AS EVIDENCED BY THE PINE BEETLE DISASTER IN THIS STATE, IGNORING, RESTRICTING OR WILDERNESS SET ASIDES, MERELY PREVENT THE OWNERS (TAXPAYERS) FROM USING THE LAND AND ENJOYING THE LAND, WHILE YOU WAIT FOR IT TO BURN DOWN. WHAT GOOD IS ALL PROTECTION OF THE LAND, WHEN THE RESULT WILL BE HUGE FIRES?

IN

## Drew Vankat

**From:** Ralph D'Alessandro [rdinca@yahoo.com]
**Sent:** Sunday, January 31, 2010 2:39 PM
**To:** UFORMP@blm.gov
**Subject:** Comments RE: RMP for the Uncompaghre Planing Area

TO: Bruce Krickbaum
RMP Project Manager
2465 S. Townsend Avenue
Montrose, CO 81401

Having attended the Hotchkiss RMP Open House on January 12th, this is a request to be added to the BLm mailing list for updates and information about the progress of the RMP process and the RMP for the Uncompaghre Planning Area.

Contact information is:              Ralph D'Alessandro
              Mailing Address:   36291 Sunshine Mesa Road
                                          Hotchkiss, CO 81419
              E-mail:                  rdinca@yahoo.com

The following are comments offered for consideration during the current scoping period framed in the context of the Issue Statements published in Issue 1 of the December 2009 USDA, BLM Newsletter:

1 A-PI TM

Relative to Issues 1, 3, 4 and 5 it is suggested that access to the Uncompaghre Planning Area be limited to existing roads and trails.  No new roads should be created . This approach will protect vegetation and help to preserve the extant terrestial and aquatic habitat, as well as minimizing the potential deleterious effects to the water resources as a result of potential increased human access or use of the area.   This approach will also assist in managing the human activities in the area, as well as defining permissible lanes of travel in the utility/energy corridors while still permitting public and commercial access and use of the Planning Area.

2 A-PI ED

Relative to Issue 2, as well as Issue 1, as a Quid Pro Quo for being given a lease and/or access to the public lands under the BLM's management, entities should be required to disclose at least 30 days in advance of use all chemicals contacting the soil and subsurface in their operations, including those used in fracturing in a drilled downhole, despite any alleged "trade secret" formulations.  Chemicals potentially harmful to human, animal and plant life should be limited in use and, in the case of potential intrusion into the Planning Area's watershed(s) and aquifers, not be permitted at all. Such a requirement will protect the public's aquifers and watershed(s) within and possible outside the Planning Area and still not restrict access to potential energy resources.  Water is obviously a limited and precious commodity in the West and preserving the quality and quantity of that available for human and animal consumption and use should be a paramount purpose of any Resource Management Plan. BLM should maintain sufficiently well trained personnel to screen chemicals intended for use to access potential energy and mineral resources and ban the use of any such potentially harmful chemicals in the Planning Area.  Promptly upon request, the identity of all of the chemicals used in the Planning Area by an entity being given a lease or access to the public lands under

2/9/2010

BLM_0078414

the BLM's management related to energy and mineral resources should be provided to members of the public.  Drilling and fracturing should not be permitted within 0.5 miles of a water source. Upon completion of use at an extraction site, the site shall be returned to its pre-extractive condition as much as possible.

Respectfully submitted.

Ralph D'Alessandro

3 A-PI ED

2/9/2010

**Received**

FEB 24 2010

Uncompahgre 
**Resource Management Plan**



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name CONSTANTINE          Last Name HirscHfeld          Date 2/1/10

Mailing Address 336 Rio GRANDE AVE

City PAONIA          State CO          Zip 81428

E-mail Address: CoNSTANTINE 37 @ TDS, Net

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☑ e-mail materials only   ☐ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)          ☑ Non-profit Organization          ☐ Citizen's Group

☐ Federal, State, or Local Government     ☐ Elected Representative          ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) THUNDER MOUNTAIN WHEELERS

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☑ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)
       ☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: 9    Years: 9

Why do you live here? ☐ Occupation ☐ Family ☑ Proximity to public lands  ☑ Recreational Opportunities
       ☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

THe only issue I HAve is Keep THe public LANds open
To ALL CompANys THAT wANT To drill for or dig for gAS
oiL, COAL. THese Resourses Are Needed for tHe
SurvivAL of THe people of THe U.SA.

1 A-PI ED

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

THe only cHAnges would be TO MAiNTAiN THe ROAds THAT are iN THe BLM AreAs,

**2 A-PI TM**

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

THe ruLes And regulATioNs Are fine wiTH me AS THey Are

**3 A-GE**

**4 A-PI REC**   ...e issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

T/HeAse hAnds beLong To THe peopLe ALL of THe peopLe NoT JusT To THe peopLe wHo donoT wANT THe use of tHe LAnd. THe onLy nesTicTions would be for THe peopLe To NoT Abuse THe rigHT To RecreATe oN pyBLic LAnds.

Please provide any additional comments that you have regarding this project.

MAybe peopLe sHould HAve More EducATioN on How To use NoT Abuse our pubLic hANds. ALso donoT LisTen To peopLe wHo donoT Live iN THe AreA. THAT incLudes iNviReLMenTLisT And MounTAin bikeRs wHo do noT wANT oTHer groups To use Our PubLic LANds, THeAse LAnds beLong TO ALL of THe peopLe NoT JusT a selecT group of peopLe.

**5 A-GE**

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



IN

**Uncompahgre**
**Resource Management Plan**

Received
MAR 1 0 2010
Uncompahgre Field Office

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be
submitted via e-mail to uformp@blm.gov.

First Name _Donald_     Last Name _Hart_     Date _feb, 2, 2010_
Mailing Address _3500 Clear Fork Rd_
City _Crawford_     State _CO_     Zip _81415_
E-mail Address: _don @ donsdirectory. com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be
shared)?     Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☒ Individual (no affiliation)     ☐ Non-profit Organization     ☐ Citizen's Group
☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☐ Unit 1 ☒ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____     ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors,
friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are
any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the
Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional
sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

See accompanying "Issues & Concerns" statement and
Supplemental documents.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to
4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street
address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be
honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or
businesses, will be available for public inspection in their entirety.*

BLM_0078418

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

*None*

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

*None*

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

*None*

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

1 A-PI LR

**ISSUES AND CONCERNS:**

I am concerned about tenure plans relating to a tract of BLM land in Section 4, T 50 N, R 6 W and sections 33 and 34, T 51 N, R 6 W in Montrose County, Colorado. We own and ranch about 2200 acres adjacent to this BLM tract on its west, south and east. We currently hold the Adobe Grazing Allotment (#5027) for 24 AUM's of cattle grazing on this tract.

I urge the BLM to retain this tract for the following reasons:

1. A plant species that is ranked as "imperiled both at global and state levels" exists on this tract. (See attached sheet that is a page from a Baseline Documentation Report prepared in 2007 by Rare Earth Science, LLC on our deeded property adjacent to this tract.) The plant is known as Rocky Mountain Thistle (Cirsium perplexans). The Baseline Study covered only our deeded land, but the existence of the species is widespread on the BLM tract.

2. After a 300-acre Conservation Easement donation that should close this month, 1,295 acres of our 2,200-acre ranch will be limited to agricultural use FOREVER with no sub-division or residential structures permitted. It is our plan to restrict development on most of the rest of our ranch with similar conservation easements.

Much has been invested to preserve this sizeable block of property for agricultural, wildlife and visual values. Federal tax deductions and state tax credits are publically-supported encouragements to preserve special lands such as this. The public has a vested interest in preserving this ranch.

The 340-acre tract of BLM land referenced above is an integral part of this ranch. We graze it in May when it is most important for us to keep stock off our irrigated hay meadows. While our Adobe Allotment is for only 24 AUM, the fenced parcel provides a corridor from our more-productive House pasture in sections 32 and 33, T51N R6W, with our Tyler pasture in sections 3 and 4, T50N R6W.

The BLM property also fulfills critical habitat requirements of some of the multitude of wildlife species that inhabit this ranch. Species found here include mountain lion, black bear, elk, mule

BLM_0078420

deer, bobcat, badger, coyote, red fox, beaver, muskrat, raccoon, mink, shorttail weasel , porcupine, whitetail prairie dog, mountain cottontail rabbit, sandhill crane, wild turkey, ring-necked pheasant, bald eagle, golden eagle, red tail hawk, raven, turkey vulture, magpie, great horned owl, Canadian geese, mallard duck and cinnamon teal, great blue heron.

This ranch is also historically significant. Enclosed is a copy of our 2009 family Christmas letter. In it we relate some of the ranch history that we have been able to verify.

In the event the above-referenced BLM tract was divested, we would try to acquire it, but most likely it would go for subdivision prices. It would be difficult, probably impossible for us to pay development prices for 24 AUM of pasture, but the loss would be great for Rocky Mountain Thistle, the Double H Ranch, wildlife and the public.

Tyler Reservoir, and Upper Dickerson field; Photopoints 32, 35, and 36) were dominated by a mix of cultivar grasses, cheatgrass, non-native annual mustards, and native shrubs such as rubber rabbitbrush and big sagebrush.

- <u>Ruderal, landscaped or developed</u>. This vegetation type is mapped around structures or at stackyards where vegetation is neither cultivated for agriculture nor in a native condition. These areas may be dominated by common ruderal weeds such as kochia, field bindweed, prostrate knotweed, and common mallow.

## 2.5   Rare Plant Occurrence

An occurrence of Rocky Mountain thistle (*Cirsium perplexans*) was observed on the ranch at the location marked on Figure 6. Rocky Mountain thistle is a native plant endemic to only 6 western Colorado counties, and is ranked by CNHP as imperiled both at the global and state levels (Panjabi & Anderson 2004). Of the 25 documented populations of this plant in Colorado, 12 are in Montrose County, and about half of those occurrences are on public lands. Approximately 160 acres of north portion of the ranch, just east of the 2007 conservation area, lie within the Doug Creek PCA, which was established by CNHP because it encompasses four sub-populations of Rocky Mountain thistle. During the October 2, 2007 baseline field visit, an additional sub-population of Rocky Mountain thistle was observed in the central-east part of the ranch in the area of the Main House and on BLM lands immediately east. This previously undocumented occurrence on the Hart Ranch consists of more than 200 plants associated with big sagebrush, open pinyon-juniper woodlands, and semi-desert shrub communities. The Rocky Mountain thistle population on the ranch may be more extensive; further survey efforts would be required to more definitively determine its extent.

Range-wide threats to the species are use of herbicides to control non-native thistles, residential development, and incompatible land uses. The effects of livestock grazing on this species are unknown. According to Pajabi & Anderson (2004), the loss of any population of this species is significant, potentially resulting in the diminishment of important components of genetic diversity. The conservation project on the Hart Ranch will help protect a significant sub-population of Rocky Mountain thistle and its habitat.

## 3   LAND MANAGEMENT PRACTICES

The ranch is managed for agricultural purposes, primarily for hay production and livestock grazing. Management of the ranch also benefits wildlife, particularly big game ungulates and raptors.

## 3.1   Irrigated Crops

The ranch features approximately 1,100 acres of irrigated hay ground or pasture; the conservation area is nearly entirely irrigated hay ground or pasture. All irrigated fields are in mixed cultivar grasses with a low percentage of alfalfa, except Alfalfa field, which contains a high percentage of alfalfa. All irrigated fields were in good to excellent condition at the time of the baseline field visits (Photopoints 4, 5, 7, 13, 21, and 27). Several fields, especially in the west portion of the property in areas where soils are not particularly well-drained, support scattered patches of arctic rush (also known as "wire grass") and clover.

The ranch's fields produce a total of approximately 900 tons of hay per year in one early cutting. Subsequent growth of the fields provides fall, winter, and/or spring pasture for livestock. The

BLM_0078422

4◇—      \h        HH          ⊔

# HART DOUBLE H RANCH

### Don and Jane Hart

970-921-5299                    3500 Clear Fork Road              Cell: 970-234-9925
Fax: 970-921-3490              Crawford, CO 81415              don@donsdirectory.com

Merry Christmas 2009 from the Hart Double H Ranch!

This Christmas we celebrate a new name for our ranch. While new to us, we have learned that it may be the oldest cattle ranch in this part of Colorado. It was called the Double H when its first Christmas was celebrated here 128 years ago. Thanks to the Allyn family, owners of the ranch from 1920 until 1969, we were able to acquire rights to the brand that had been Sam Hartman's when he established his ranch here in 1881.

This year has been a fun one for us as we have worked to verify accounts of the Hartman family that are found in about every historical book on this area. Only this year did we confirm that this spot was, in fact, where Sam Hartman built his headquarters ranch.

It was Christmas Day, 1872 when Sam's older brother by 11 years, Alonzo Hartman, reported to the Los Pinos Indian Agency to fulfill a position with the government to care for cattle that were to help feed the Ute Indians on their reservation. He took on the added responsibility in 1876 of Postmaster of the first post office in what was to become the town of Gunnison. Sam joined his brother in the Gunnison valley in 1880 after several years of work for large ranchers on the Colorado Eastern Slope. It was general knowledge that, under the latest Ute Indian treaty, an aftermath of the Meeker Massacre, the Utes would be out of the North Fork of the Gunnison Valley by September 1881. Sam had scouted the area. He knew its potential for cattle. He planned on moving into the North Fork Valley as soon as it was legal.

Late in that summer of 1881, Sam, with help from another older brother, Ed, and two other riders, was fattening a herd of at least a thousand cows on the rich grasses of Black Mesa, a 10,000-foot-high structure between North Fork and Gunnison valleys. This past summer, we ran 77 pairs as part of the 1900-head Black Mesa Pool on that same ground. Sam's cattle, 356 of which were his with the rest belonging to Gunnison Valley ranchers, were all "shorthorns". In the cowman vernacular of the time, that meant they were not of the inferior Texas Longhorn lineage. They were probably a mixture of English and European breeds, many of which descended from the oxen that had pulled wagons across the Plains.

Documents we've found do not indicate exactly when Sam moved the stock off Black Mesa, only that it was during a heavy snowstorm. (The current Black Mesa Pool moves off October 20, or a few days before.) The exact date is not historically important. Sam was not the first to set foot here. In 1776, Fathers Escalante and Dominguez explored the North Fork valley. Trappers subsequently worked its streams for beaver. Prospectors had looked. They had found coal but none had stayed to mine it. Hunting parties of the migratory Utes passed through each year.

BLM_0078423

If Samuel Boone Hartman, a descendant of Daniel Boone, is historically noteworthy, it is that at the age of 21 he drove his herd off the southwest edge of Black Mesa during a snowstorm, down what would become know as the Hartman Trail, into the Crystal Creek Valley and on north through Onion Valley to an area that would become known as Maher to establish his home on Muddy Creek at the base of Castle Rock. He was the first rancher here to put down roots, make a home, develop irrigation ditches and establish a ranch – the Double H.

Authors of several historical works about this area dubbed Sam Hartman "Cattle King.". He probably deserved that title as his herd, according to some accounts, grew to over 4500 head. He was usually also the one chosen to head the annual roundup of cattle running in the high country over several hundred thousand acres.

Cattleman he was, but he did more than just run cattle. He built irrigation ditches and plowed fields. He was a founder of the Maher School. He founded banks in Crawford, Hotchkiss and Paonia. He owned and lived on this ranch until 1912, then lived in Hotchkiss where he continued to be a leader in the community until his death in 1938.

One factor that might have influenced the sale of this ranch in 1912 was an accident that occurred in 1905. While climbing into a buggy, when his foot was on the hub, the young horse hitched to the buggy bolted. Sam's foot and leg went through the spokes. His leg was badly broken. He managed to get back in the buggy and get to his home before passing out. A doctor was summoned. It was decided the mangled leg would have to be amputated. The surgical procedure was accomplished on Sam's kitchen table with one of his dehorning saws after administering a substantial quantity of whiskey internally to alleviate pain.

We're fortunate our family hasn't experienced any accidents like that this year.

Grandkids are all doing great. Kaitlyn and Hunter are both enjoying pre-school. Rhiannon is a freshman at Hotchkiss High School. Nicholas, Mike & Jamie's nephew, made the Western Colorado all-star baseball team.

We have a new ranch hand, Brady Moore. He and his wife, Emily, live in our Tufly House. She is helping Mike in our directory business. They are expecting a baby in June.

All is wonderful this Christmas at the Double H.

We hope all is as well for you and your family.

Merry Christmas,


Don and Jane

BLM_0078424

U.S. DEPARTMENT OF THE INTERIOR   **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 02/02/10
**Contacts:** Contact: Erin Curtis, Public Information Officer, (970) 244-3097

### Members Still Sought for Uncompahgre RMP Advisory Group

Montrose, CO -- The Bureau of Land Management in Montrose and the Southwest Colorado Resource Advisory Council has extended its call for members of the public interested in serving on an advisory group for the Uncompahgre Field Office Resource Management Plan.

Participants will serve as a subgroup under the Southwest Colorado Resource Advisory Council (RAC), with representation from all of the diverse interests within the field office.

Nominations for the subgroup will be accepted through February 12, 2010.

Specifically, the RAC is seeking the following:

• Three members who represent commercial uses or users such as livestock grazing, timber production, mining, oil and gas, realty/rights-of-ways, off-highway vehicle groups and commercial recreation such as guides and outfitters.

• Three members who represent environmental organizations, historic/cultural interests, wildlife and other conservation organizations, and dispersed/general recreation users.

Members should also be residents of communities that lie within the Uncompahgre Field Office area, including Delta, Montrose, San Miguel, Ouray and the North Fork of the Gunnison in Gunnison County.

The subgroup will provide feedback to the Southwest RAC about the formulation of the Field Office's Resource Management Plan. The subgroup will meet about once a month starting in April 2010.

Please submit a nomination form to the Bureau of Land Management, 2465 S. Townsend Avenue, Montrose, Colorado 81401 by February 12, 2010. Forms can be found at: http://www.blm.gov/co/st/en/BLM_Resources/racs/swrac.html. Reference letters are encouraged from supporting organizations and individuals. Individuals that applied in November will be fully considered and need not reapply. For additional information, call Barb Sharrow, Field Manager, or Bruce Krickbaum, Planner at 970-240-5300.

For more information on Colorado RACs, go to http://www.blm.gov/rac/co/co_index.htm.

The BLM manages more land - 253 million acres - than any other Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The Bureau, with a budget of about $1 billion, also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health and productivity of the public lands for the use and enjoyment of present and future generations. The Bureau accomplishes this by managing such activities as outdoor recreation, livestock grazing, mineral development, and energy production, and by conserving natural, historical, cultural, and other resources on public lands.

--BLM--

2465 South Townsend Avenue    Montrose, CO 81401

Last updated: 02-02-2010

USA.GOV | No Fear Act | DOI | Disclaimer | About BLM | Notices | Get Adobe Reader®
Privacy Policy | FOIA | Kids Policy | Contact Us | Accessibility | Site Map | Home

BLM_0078426

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Gunnison River Expeditions | gre@sopris.net | 970-874-8184 | X | | | | | |
| JACK DUNN | SRSERE@MSN.com | | X | X̶ | | | | |
| Lovie Mulitor | loramol@aol.com | | X | | X | | | |
| WALT BLACKBURN | wblack8709@msn.com | | X | | | | | |
| Kate Graham | Kate@cecenviro.org | 970-243-0002 | X | | | | | X |
| NICHOLAS FORTIER | stitch0806@aol.com | | | X | | | | |
| Roz McClellan | mcclelr@colorado.edu | 303 449-1346 | | | | | | |
| JASON SMITH | JCAKEL@WILDBLUE.NET | | X | | | | | |
| Jere Page | jerepage@aol | 208-7604 | X | | | | | |

BLM_0078427

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Basil Bear | basilbear@bowie Resources .com | 970-874-1364 | X | | | | | |
| Anna Rice | annamaylotte@yahoo.com | 874-8215 | X | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

BLM_0078428

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Jim Stephenson | jimphoto@Montrose, Net | 626-5594 | | | ~~scribble~~ | ✓ | ~~scribble~~ | |
| ELi Peers | ELiPeers@ya..... | | | | ✓ | ✓ | ✓ | |
| Matt Reed | Matt@hccaonline.org | 914-837-1053 | | | ✓ | ✓ | | |
| Sheelagh Williams | ~~Sheela~~ s_swilliams300@yahoo.com | 626-2599 | | | ✓ | ✓ | ✓ | |
| Jim Prendergast | JPSORT@gmail.ca | | | | | ✓ | | |
| Scott Williams | S_SWILLIAMS 2001 @YAHoo.com | | | | | ✓ | | |
| Tim Patterson | tim@fishrigs.com | 626-2345 | | | | ✓ | | |
| Gordon Reichard | gordon@tellmed.org | 728.9782 | | | | ✓ | | |
| William Wenger | bwenger@toast.net | 728-1000 | | | | ✓ | ✓ | |

BLM_0078429

Montrose

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RECREATION FOCUS GROUP MEETINGS** | | | **MEETING DATES AND LOCATIONS** -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
| **SIGN UP SHEET** | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| **NAME** | **EMAIL** | **PHONE** | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Gary Baker | g.baker@ci.montrose.co.us | | | | Location? | | | |
| Wayne Quade | wayneq@q.com | | | | ✓ | | | |
| Neal Platzer | nsplatzer@yahoo.com | | | | ✓ | | | |
| Donna Murray | dmurray@qwestoffice.net | 240-4309 | | | ✓ | | | |
| Corey Lehr | gee_w_el@Hotmail.com | 249-4137 | | | ✓ | | | |
| Bryan Martin | bryanmartin@cmc.org | 3199 62768 | | | ✓ | ✓ | | |
| Tom Johnson | jmc@independence.net | 970 626 5934 | | | | ✓ | | |
| | | | | | | | | |
| | | | | | | | | |

BLM_0078430

*from Hotchkiss Scoping mtg 1/12/10*

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Pete Kolbenschlag | pete @ mountainweststrategies.com | 970 261 0678 | | x | | | | |
| Claudia K. Cunningham | cloudcoverhats @ comcast.net | 970 949 9555 | | ✓ | | | | |
| Suzanne Watson | suzannewatson @ yahoo.com | 970 527-2329 | | | | | | |
| James & Carol Schott | jamesschott@sopris.net carolschott@sopris.net | 527-5705 | | ✓ | | | | |
| MIKE EDSON | michael.edson @ yahoo.com | 527 3039 | | ✓ | | | | |
| PETER CLARY | peter@claryinc.com | 260.9311 | | ✓ | | | | |
| GREG AITKENHEAD | @ harrybofah @ gmail.com | | | ✓ | | | | |
| Robyn MORRISON | robyn @ tds.net | | | ✓ | | | | |
| John Eckert | obr @ tds.net | | | ✓ | | | | |

BLM_0078431

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Monica Wirtanen | monzita@ paonia.com | | | ✓ | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

BLM_0078432

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| DOUG OLSON | DOUGOH99@YAHOO | 970-729-3316 | | | | | | ✓ |
| Craig Grother | Craigsrother@yahoo.com | 327-4850 | | | ✓ | | | ? |
| Mike GRAFMYER | mikegrafmyer@yahoo.com | 327-4271 327-4809 | | | | | | ✓ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

BLM_0078433

| RECREATION FOCUS GROUP MEETINGS | | | MEETING DATES AND LOCATIONS -All meetings from 5-6:30 pm except Paonia and Telluride which will be held from Noon to 1:30 pm | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGN UP SHEET | | | Delta | Paonia | Montrose | Ridgway | Telluride | Naturita |
| NAME | EMAIL | PHONE | Tues. 2/2/2010 | Wed. 2/3/2010 | Wed. 2/3/2010 | Tues. 2/9/2010 | Wed. 2/10/2010 | Wed. 2/10/2010 |
| Tawnia Welch | twelch@vpe.com | 865 2544 | | | | | | X |
| Paul Koski | PRKOSKI@FONE.NET | 428-2276 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

IN

## BLM PLANNING – UNCOMPAHGE FIELD OFFICE
## RESOURCE MANAGEMENT PLAN REVISIONS

Attention: Barbara Sharrow
UFO Field Manager
2465 South Townsend Avenue
Montrose, Colorado 81401

In response to the BLM scoping process for the preparation of a new "Management Plan," I offer the following:

1 A-GE

As one of the owners of the land administered by the BLM, I have read through the literature provided at the Montrose, Colorado "Scoping Session." The information does not seem to be well focused but, rather, a compilation of unrelated information. I found references to Federal Code Sections, BLM Regulation numbers, BLM Policy Names, and references to agreements with other agencies. I must admit that I have not even tried to research all the references mentioned. It would take more time to research and digest the information in the references than I have energy and time to expend. I believe this feeling could be expanded to include all the BLM Public Land Users (Owners) that do not have a financial interest in using their land. It might have been easier for me to understand had the various sections included an executive summary of the current plan for each of the sections.

2 A-PI TM

After reading each of the sections, it seems to me that the **Travel Management (*Regulation*), section -3.2** may be the key to all the other sections. Travel on Public Land is no doubt going to be one of the "hot button" issues that will have proponents for every scheme of regulation that might be devised.

At the end of section 3.2, there is a statement that, "the BLM wants your input … " The BLM then poses two questions. It appears that these two elements are of the greatest concern to the BLM in the *REGULATION* of travel on our land. I say "regulation" because that is what one does with travel on Public Land. *Regulation* and *restriction* are synonymous terms in my mind and I will use both terms in my response.

3 A-GE

I believe that in order to have compliance with regulations, the regulations must be reasonable and understandable. In order to understand regulations, the proposals for such regulations must articulate who, what, how, when, and where of the purpose for regulation. Travel is as old as the earth. Since the beginning of human societies travel was the means that brought them together and provided them with food and shelter. If the BLM thinks it necessary to regulate the travel of we citizens, it must overcome the human desire to travel when and where we want and how we want. So -- let's start with why. Why is any restriction of travel necessary? Is there a calving, fawning, nesting area that would be disturbed by the travel of humans? How will human travel affect the species involved? What period of time will the restriction be in effect -- seasonally or permanently? If this is the case, what kind of travel will be restricted? Will it be foot

4 A-PI TM

1

traffic, horse traffic, ATV traffic, snowmobile traffic, or automobile traffic?  Where will the traffic be restricted, in a general area, or a specific area?  How will the owners know that traffic is restricted by type and place?  Who is going to enforce the travel restrictions and what will be the offense?

**5 A-PI TM**

If there is something that currently requires a travel restriction, who is going to make that determination?  Is that what the scoping is about?  If that is the case, I would vote for no restrictions to any kind of travel.  I must be convinced that there is a problem that can be solved only by a travel restriction of some sort.  For example, if equestrians are using a developed trail and mountain bike riders are using the same trail, there may be no conflict; however, if the terrain and vegetation are such that a horse cannot see a mountain bike coming until it is almost upon it -- a conflict may exist.  The conflict can, however, be solved without a total restriction of either mode of transportation.  Give the horse the right-of-way, and put up signs for the mountain bike riders to walk their bicycles in those areas.  Since the trails and roads on most of the BLM administered land will not be under constant patrol, the signs will put the liability on the bike riders if they do not comply with the warnings.  An official sign creates a civil liability in the event of injury to the rider or the horse if the biker ignores the sign.  This will require no policing on the part of the BLM.  It is a matter of awareness and common sense.

**6 A-PI TM**

As I've said, restrictions must be justified for motorized travel as well as non-motorized travel.  Travel on rivers and lakes should not be restricted unless justified, the same as ground travel.

**7 A-PI TM (three paragraphs)**

I'm sure you will get all sorts of excuses for restricting every kind of travel on every acre of BLM administered land.  Do not accept excuses.  I doubt, however, that you will get much response from the "general public."  I'm guessing that most of the responses you get will be from "special interest groups" that will be looking for excuses to close our land to any use that requires travel--except foot travel.

Don't be led down the path of believing that **<u>damage</u>** by erosion will be caused if any kind of wheeled vehicle is allowed on the land.  Erosion is part of the life force of the organism called "earth."  What little erosion is caused by wheeled vehicles is minuscule in the grand scheme of the life of this earth.  In truth, erosion occurs all the time across the landscape, with or without the presence of humans or their machines.  Our rich and fertile valleys are the result of erosion, most of which occurred prior to human habitation.  The landscape administered by the Uncompahgre Field Office of the BLM is just a small part of the greatness of the total landscape that has been formed by forces other than man.  More erosion will be caused by the earthquake in Haiti than all the human travel that will occur in the next fifty years on the lands administered by the Uncompahgre Field Office of the BLM.  The Yellowstone National Park fire allowed more erosion than vehicular traffic will cause here in the next fifty years.  As the earth breathes, it moves.  Man can do nothing to stop it or have any significant effect on its breathing and changing.  When a tree dies, it is replaced, not necessarily by another tree but by some vegetation that takes its space for growth.  As animals eat and trample vegetation it is replaced.  The earth will put forth new growth--whether or not it is what man desires is of no matter.

2

Today's vehicles do much less to initiate erosion than the vehicles of our ancestors. The wagons used by the pioneers going west dug great trenches in the earth. The travois used by the earliest people in North America dug large gouges in the earth. Since the sixteenth century, horses have trampled the earth in most of the western United States. The elk, deer, antelope and buffalo have been trampling the earth for eons and now cattle are trampling the earth. All of this trampling increases the likelihood of some increased erosion. I doubt the BLM wants to get rid of all the hoofed wildlife on the Publics' land.

8 A-GE

It has been more years than I care to count since I studied the science of ecology, but I do remember and have observed, over the last fifty years, that the earth is always in the process of re-balancing itself. The physical law that says that for every action there is an equal and opposite reaction also applies to biology. The BLM is administering both a physical and biological entity in the Uncompahgre Planning Area.

9 A-GE

Before the BLM begins making rules for the use of publicly owned land based on political correctness, it should make sure it has taken a deep and serious look at the biological sciences, the physical sciences, and human nature. In the long run, you will be administering this land for the landowners, and we will cooperate with your administration of the restrictions of use on this land, if it is reasonable and justified.

10 A-PI TM

**Guiding the use** and travel routes for this land will be much more effective than **imposing restrictions.**

Lloyd E. Stahl
Retired Forester
3827 Mt. Hayden Drive
Montrose, Colorado 81403

BLM_0078436

BLM 0078437

Received
IN
FEB 9 2010
Uncompahgre Field Office

2-4-10

Mr Bruce Krickbaum

RE: Umcompahgre Resource Management Plan

1. Issues + Concerns.

I belong to a NonProfit Organization that is Very Involved In the Steward Ship of the San Miguel and Delores River. This Club over many years has kept this Area in Pristine Condition. This has had no cost to The BLM or any other Government organization. We also work with the Private Property Owners in this Area. It has been so well maintained, now this has drawn attention to a group of People that wants us kick off the River. The Very Same group the we have been Picking up after. We have Found everything from Common trash to Hazardous material. This Has Been disposed of properly. The environmental Club that we have become.

1 A-PI WSR

2. Changes and Modifications.

2 A-PI WSR

Leave This Area Alone. Let us do what we have been doing for So many years. This Seems to be Working quite well For a Long Time. Why Break Something That is Working So well? To answer your quessionaire, Make no physical modification of other wise. What

is Wrong with what It Looks Like Now? This is nature at its Finest.

3. For Changes in The Administration Rules and Regulations.

**3 B-GE** How about The BLM office Police The Area until We Arrive. That Way BLM would not be out of touch and Know who is polluting This Grand an Majestic area. This would

**4 B-GE** Also Let The BLM Know who is The real Stewards and enviromentalis of our great Colorado back country. The BLM administration should by all accounts should Communicate in The Field and attend our meetings. All is needed For Regulation is To enforce what is on The books. No need adding more Regulation That is not enforced Now.

**5 A-PI WSR**

4. Social Characteristics.

**6 B-GE** I have Spent a lot of time in this area over Several years. To my Knowlege There has been Some minor problems and Resolved in a Very professional manner. This is Telling me That the BLM is out of Touch. Again attend our meetings and also Communicate in The Field.

**7 A-PI WSR** Number of users is not a issue. Size of User groups is not a issue. Behavior of The early Spring Group. As Follows, Lack of Consideration land owners and others, The Frame of mind To

use, abuse and let Someone else take Care of what is Left Behind, Lack of Consideration For Wild Life And enviromental impact. This Is Some of The Issues That This Club has been dealing With. It has been working With out adverse actions, Very Professional.

5. Project Comment.

8 A-PI WSR

This Has Been A Well Guarded Secrete project by The BLM, Lack of Acknowledgement of Local representation, At the Local Meetings, Lack of Advocates Missing off The Project Board, Lack of Open Communication To The Effected Users In A Timely And Professional Manner. IF This Project Should Go Forward, This Will Become A place That Will Not Be Dealt with And Become a Waste Land With More Regulation, Closing of The Area For Reaching Outside The Scope of This. Loss of Jobs And Businsses with In The Effected Area. This Club has Also Sends 3 Cancer Kids To A Camp Every Year. This Club Will Dissolve Will No Longer Send these Kids to Camp Continue This Venture And I Would Like The BLM to Explain to The Kids why They did Not Have The Opportunity For A Camp trip.

9 A-PI WSR

Reading The Literature that Portains To This Project I Find That This Is Inclusive, Completely up to Personal Interpretation By Few For their Personal Gain. This Will Only Benefit Only A Few

**9 A-PI WSR continued**

And Not Everyone. Lack of Knowledge
and Education of Endangered Species By The Few
That Will Have Access. With Out Diversity of The
Users There Will Be No options For Diversity. Open
Open Space We Become A private Play Ground For
A Few Special Groups. Excluding The Real Stewards.
Again lack of Knowledge And Education of
Historical And Archaeological Surroundings by The
Few That Whant Change. As Far Historical Meaning.
I Went To School In Uravan. Lived My Entire
Life In Colorado. Of All The Changes In This Area.
This Has To Be The Worst.

**10 A-PI WSR**

History will Tell You That This Is A Bad Idea And
Destine For Failure For Wild Life, Archaeological,
Endangered Species, Biological And Preservation of
Open Space. Living In The Back Country Most of My
Life I Can See Where There Is A Lot of Loop Holes
In This Project. It Is Very OBvious Who And
What Has Started This Project. I Have Never Been
A City Dweller And Have Lived In Harmony with Nature.
This Project Is Completely Out of Scope of Reality.
A lot Has Gone On In My Life Time To Change Nature
And Its Surroundings. Kick The Old Timers Out
So Its Ok To Destroy And Change Nature for A
Special Interest Group And Call It OK. Most
Mistakes Like This Project Is Thru Lack of
Communication with The Real People In The Field.
Being Snaky And Secrety About The Real Issues
Here At Hand Is Belittling of The Public The BLM

BLM_0078440

Should Be Serving. On Projects Like This
Could Have Favorable Out Come, If There Is
Honesty, Openness And Trust.

Mike Nichols

Lt. Scott McCririe
Mark Udall
Mike Bennet





Received
FEB 2 2 2010
Uncompahgre Field Off...

February 4, 2010

Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Uncompahgre Resource Management Plan

Dear Mr. Krickbaum:

Oxbow Mining LLC (OMLLC) appreciates the opportunity to provide these comments to the Uncompahgre Field Office on the Resource Management Plan that is being prepared and revised. Comments have already been provided to Laurie Brandt of Buckhorn Geotech who is working on the coal portion of the management plan. We desire for the following comments to supplement the earlier comments to Ms. Brandt.

1
A PI
NRED

**General Comments** - These comments are more general in terms of how coal should be considered during the resource management planning process.

2
A PI
NRED

[Coal mining is and has been a major source of employment and has been a significant part of the multiple-use of the Federal lands in the North Fork Valley for over 100 yrs. As current minable reserves begin to reach their economic and safe mining limits in the next 10 to 20 years, it will be necessary to explore and open new areas along the Grand Mesa.]

3
A PI
RNED

**Identified Coal Resources** - Many of the areas identified by the BLM as containing potential coal mining resources have been previously identified by the USGS (Hettinger, et al., 2000 and 2004). Many of the areas identified as containing coal resources are also located under lands managed by the USFS. According to the Colorado Historical Society, some 300 coal mines once operated in the North Fork Valley. Many of these small, historic underground "wagon" mines supplied coal for local homes, communities and ranchers. Coal, while not looked upon kindly by the Obama Administration, is and will continue to play a major role in powering this country as it attempts to transition to other forms of energy over the next 50 to 100 yrs. Because of this, the resource management plan should continue to consider coal as a major participant in the multiple-use planning of this resource management area and all areas previously considered as containing mineable coal resources(including USFS managed lands) should continue to be included in the revised RMP.

4
A PI
SE

**NEPA Economic Review** - NEPA requires that both the environmental and economic effects of identified activities be analyzed within a resource area. While the environmental effects are often most closely scrutinized during the NEPA process, the economic effects and impacts of resources decisions must also be considered equally with the environmental effects. We encourage the BLM to conduct a thorough economic analysis of current coal and other minerals activities in the RMP to document what we believe are very positive effects to the custom, culture and economic vitality of the communities in this resource area.

5
A PI
RNE,D

**Lease Stipulations** - Changes to the management plan should be considered carefully, specifically changes in lease stipulations on BLM, Forest Service, or Split Estate. Changes to the Stipulations can have major adverse impacts to the costs and long term planning of a coal operation, and changes should be analyzed for long term effects on recovery and use of these resources in the Uncompahgre Resource Area.

3737 Hwy. 133 • P.O. Box 535 • Somerset, Colorado 81434   USA
EL (970) 929-5122 • FAX (970) 929-5177

6
A PI
WR

**Reserve Water rights** - Any reserve Federal appropriative water rights for drainages along the south flank of the Grand Mesa, should clearly be identified in the RMP. This information would be useful so that future coal operations within those drainage basins could recognize and address those rights. Then mine plans can be developed to ensure that any reserved water rights are managed appropriately.

7
A PI
LU
8
A PI
NRED

**Access to Potential Coal Development Areas** - While exact locations for ROW's for Utilities, roads, railroads, cannot be specifically identified until an exact facility location is identified, these ROW's will be necessary, and should be considered as this resource management plan proceeds. In particular, the RMP could simply acknowledge that the identified potential coal resource areas located on the south flank of the Grand Mesa will also need access ROW's.

Oxbow Mining LLC wishes to thank the Uncompahgre Field office, and the Resource Management Team for reviewing these comments, and hopes to work closely with them as this plan is prepared and implemented.



# MEMORANDUM OF UNDERSTANDING
# BETWEEN
# THE TOWN OF PAONIA, COLORADO
# AND THE
# BUREAU OF LAND MANAGEMENT
# UNCOMPAHGRE FIELD OFFICE

## I.   INTRODUCTION

The Bureau of Land Management (BLM), Uncompahgre Field Office, is undertaking a major revision of their Resource Management Plan (RMP) beginning in the spring of 2009. The BLM anticipates that the RMP revision and associated environmental impact statement (EIS) will take approximately four years to complete.

The Town of Paonia is eligible to become a Cooperating Agency for the duration of the RMP/EIS process. Cooperating Agency status provides an opportunity for the BLM, the Town of Paonia and other Cooperating Agencies to work together to enhance the BLM's planning efforts.

This Memorandum of Understanding (MOU) sets forth roles and responsibilities for the Cooperating Agencies as agreed upon between the Town of Paonia and the Uncompahgre Field Office (UFO) for the purposes of collaborative planning and production of the RMP and EIS.

## II.   PURPOSE

In carrying forth its responsibilities and mandates under the National Environmental Policy Act and Council of Environmental Quality regulations at 40 Code of Federal Regulations (CFR), Part 1500 and the Federal Land Policy and Management Act (as amended) CFR Part 1600, the BLM recognizes a compelling need to ensure that the interests of the Town of Paonia are accounted for, and that they are meaningfully engaged in the above stated resource management planning effort and associated EIS.

As such, the Town of Paonia has requested, and the BLM has agreed to grant, Cooperating Agency Status pursuant to 40CFR 1501.6, 1501.2, and 1501.8. Under the regulations, the BLM recognizes that the Town of Paonia has special expertise as it relates to various aspects of the planning effort described above.

## III.  AGENCY DESIGNATIONS

Appendix A specifies Agency Representatives.  Each participating entity will designate one primary representative to attend meetings and to act as a point of contact to ensure coordination and exchange information between the Town of Paonia and the BLM during the planning process.  An entity may change its representative at any time by providing written notice to the other party.  Cooperating Agencies may also involve "in-house" specialists in discussions, when a specific topic warrants such expertise.

## IV.  AUTHORITIES FOR AGREEMENT

Authority for the BLM and the Town of Paonia to participate in this agreement is provided by the National Environmental Policy Act, 42 USC 4321 et seq. and 40 CFR 1501.6 – Cooperating Agencies, 1506.2 – Elimination of Duplication with State and Local Procedures, and 1508.5 – Cooperating Agency (CA).

Additional authority comes from the Federal Land Policy Management Act, 43 USC 1712 et seq., which mandates coordination of BLM planning and management efforts with the programs of state and local governments which may be affected by those planning actions.

## V.  ROLES AND RESPONSIBILITIES

### A. RESPONSIBILITIES OF THE BUREAU OF LAND MANAGEMENT, UFO

The BLM UFO is responsible for the following:

i.  To prepare and ensure the content and quality of the Draft RMP/Draft EIS, the Proposed RMP/Final EIS, and the Record of Decision/Approved RMP.

ii.  To provide the Town of Paonia with meaningful opportunities for participation, including involvement in:

  • identifying issues and concerns of relevance to the planning effort,

  • identifying or providing data that is suitable, available and relevant to the planning effort,

  • reviewing and commenting on draft sections of the EIS for which the Town of Paonia provided input due to its special expertise.

iii.  To consider and incorporate information and comments provided by the Town of Paonia into EIS documents to the extent possible and where appropriate.

iv.  To make all final determinations regarding the content of the EIS document.

BLM_0078445

B. RESPONSIBILITIES OF TOWN OF PAONIA

The Town of Paonia has special expertise in a number of areas related to planning, and as such, is responsible for the following:

i.   Along with other involved Cooperating Agencies, to participate in the planning process to the fullest extent possible.

ii.  To assist the BLM with the identification of issues and concerns to be addressed through the planning effort.

iii. To provide data of potential relevance and value to the RMP revision/EIS effort. This data may include but is not limited to the following:

   • approved the Town of Paonia programs, plans and policies potentially affected by the RMP,

   • information regarding planning area resources and current and proposed uses and management actions,

   • environmental analyses on issues for which the Town of Paonia has special expertise,

   • socio-economic data such as demographics, activities and values.

iv.  To review and provide comments during specified review periods on preliminary baseline and other technical reports for which the Town of Paonia has contributed data or other pertinent information.

v.   To review and provide comments during specified review periods concerning the following sections of the preliminary Draft EIS:

   • preliminary range of alternatives to be considered in detail,

   • relevant portions of the "Affected Environment" section (including the socio-economic portion),

   • relevant portions of the "Environmental Consequences" section,

   • relevant portions of the "Consultation and Coordination" section, including information on consistency reviews.

vi.  During public review periods for the Draft EIS, to provide the BLM with a consolidated comprehensive review of the Draft EIS.

vii. To assist the BLM with analyzing and reviewing public comments and data, and with the development of the Proposed RMP/Final EIS.

BLM_0078446

## VI.   FUNDING

Each entity agrees to fund its own expenses associated with this planning process.

## VII.   JOINT RESPONSIBILITIES

The parties agree to use their best efforts to meet the timeframes established in the agreement, to work cooperatively, and to resolve differences as quickly as possible.

## VIII.   IMPLEMENTATION, AMENDMENT AND TERMINATION

This agreement becomes effective upon signature by all parties, and may be subsequently amended through written agreement of all signatories.  The parties agree to jointly develop a framework for information exchange and feedback within 60 days of the signing of this agreement.

The Town of Paonia or the BLM may terminate this agreement by providing written notice of termination to the other party.  If not terminated sooner, this agreement will end when the Notice of Availability for the Final EIS is published in the Federal Register.

Nothing in this agreement will abridge or amend the authorities and responsibilities of the Town of Paonia or the BLM or any other party on any matter under their respective jurisdictions.

Nothing in this agreement may be construed to require either the Town of Paonia or the BLM to obligate or pay funds or in any other way take action in violation of the Anti-Deficiency Act (31 USC 1341) or any State or County law or ordinance.

## IX.   SOVEREIGN IMMUNITY

Neither signatory waives their sovereign immunity by entering into this Memorandum of Understanding.  Each fully retains all immunities and defenses provided by law with respect to any actions based on or occurring as a result of this agreement.

BLM_0078447

## X.  SIGNATURES

The parties hereto have executed this Memorandum of Understanding as of the dates shown below.

BUREAU OF LAND MANAGEMENT

*Barbara L. Sharrow* (signature)                    2-4-10

Barbara L. Sharrow, Field Manager          Date
Uncompahgre Field Office, BLM

PAONIA, COLORADO

*Neal Schwieterman* (signature)                    02-02-10

Neal Schwieterman, Mayor                       Date
Town of Paonia

Page 5 of 6

BLM_0078448

## APPENDIX A – AGENCY REPRESENTATIVE

REPRESENTING:        **TOWN OF PAONIA, COLORADO**

Barbara Peterson, Town Clerk
County Administrator
Town of Paonia
PO Box 460
Paonia, CO  81428
Phone: 970-527-4101
Fax: (970) 527-4102
Email: townofpaonia@tds.net


REPRESENTING:        **BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE**

Bruce Krickbaum
RMP Project Manager
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
Phone: (970) 240-5384
Fax: (970) 240-5367
Email: bruce_krickbaum@blm.gov

BLM_0078449

## APPENDIX A – AGENCY REPRESENTATIVE

REPRESENTING:       **TOWN OF PAONIA, COLORADO**

Barbara Peterson, Town Clerk
Town of Paonia
PO Box 460
Paonia, CO  81428
Phone: 970-527-4101
Fax:  970/527-4102
Email: townofpaonia@tds.net

REPRESENTING:       **BUREAU OF LAND MANAGEMENT**
                    **UNCOMPAHGRE FIELD OFFICE**

Bruce Krickbaum
RMP Project Manager
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
Phone: (970) 240-5384
Fax: (970) 240-5367
Email: bruce_krickbaum@blm.gov

BLM_0078450



# US Department of the Interior
## Bureau of Land Management
## Uncompahgre Field Office, Colorado

Resource Management Plan Revision and
Environmental Impact Statement

### *SCOPING MEETING RECORDS*
### FEBRUARY 2010



BLM_0078451

BLM_0078452

# CONTENTS

Section Page

Introduction ........................................................................................................................... l
Notice of Intent ................................................................................................................... 2
Newsletter and Mailing List.............................................................................................. 2
Press Release and Newspaper Advertisements ............................................................. 2
Flyer ........................................................................................................................................ 4
Project Website ................................................................................................................... 4
Scoping Open Houses ....................................................................................................... 4
References.............................................................................................................................. 5

# APPENDICES

A Scoping Meeting Sign-in Sheets
B Scoping Meeting Comments

# TABLES

 Page

l Newspaper Advertisement Publication Dates and Location................................... 3
2 Newspaper Articles.................................................................................................... 3
3 Scoping Open House Information ......................................................................... 4

BLM_0078453

This page intentionally left blank.

BLM_0078454

# SCOPING MEETING RECORDS

## INTRODUCTION

The United States Department of the Interior, Bureau of Land Management (BLM) is preparing a resource management plan (RMP) revision to provide direction for managing public lands under the jurisdiction of the BLM Uncompahgre Field Office (UFO) in Colorado. In conjunction with the RMP, an environmental impact statement (EIS) will be prepared to analyze the environmental effects that could result from implementing the alternatives addressed in the RMP. The affected lands are currently managed under the San Juan/San Miguel RMP (BLM 1985), as amended, and the Uncompahgre Basin RMP (BLM 1989), as amended.

The land use planning process is the key tool used by the BLM to manage resources and designate uses on public lands in coordination with tribal, state, and local government, land users, and interested members of the public. Generally, an RMP revision does not result in a wholesale change of management direction. As such, the RMP revision will incorporate new information and regulatory guidance that has been adopted since the previous plans and will provide management direction where it may be lacking or requiring clarification to resolve land use issues or conflicts. Current management direction that has proven effective and requires no change will be carried forward into the RMP revision and will be considered throughout the analysis process.

The RMP is being prepared using BLM planning regulations and guidance issued under the authority of the Federal Land Policy and Management Act of 1976 (43 US Code 1701 et seq.) and the BLM's Land Use Planning Handbook, H-1601-1 (BLM 2005). An EIS will be incorporated into the RMP revision document to meet the requirements of the National Environmental Policy Act of 1969, Council on Environmental Quality regulations for implementing NEPA (40 Code

BLM_0078455

of Federal Regulations 1500-1508), and requirements of the BLM's NEPA Handbook, H-1790-1 (BLM 2008).

The BLM follows the public involvement requirements documented in Council on Environmental Quality regulations implementing NEPA (40 Code of Federal Regulations 1501.7 for scoping and 1506.6 for public involvement). The BLM also follows public involvement requirements described in the BLM's planning regulations (43 Code of Federal Regulations 1601-1610). The BLM solicits comments from relevant agencies and the public, organizes and analyzes all comments received, and then distills them to identify issues that will be addressed during the planning process. These issues define the scope of analysis for the RMP and are used to develop the project alternatives.

## NOTICE OF INTENT

The Notice of Intent will notify the public of the BLM's intent to develop the Uncompahgre RMP. It also will initiate the official scoping public comment period, which will extend 30 days following publication in the *Federal Register*. Publication is pending. The BLM will consider all comments received during the planning process, both before and after the publication of the Notice of Intent. When published, the Notice of Intent will be posted on the project Web site (http://www.uformp.com).

## NEWSLETTER AND MAILING LIST

On December 24, 2009, the BLM mailed a newsletter announcing the start of the scoping period for the Uncompahgre RMP/EIS to more than 390 individuals from the public, agencies, and organizations who had participated in past UFO activities and had been included on past UFO distribution lists. The newsletter provided the dates and venues for the original six scoping open houses (Hotchkiss, Delta, Montrose, Ridgway, Norwood, and Naturita) (see the **Scoping Open Houses** section below), included an insert with a comment form for submitting scoping comments, and described the various methods for submitting comments, including dedicated e-mail and postal addresses. The BLM will publish future newsletters at major project milestones and will mail them to individuals and organizations that have requested to remain on or be added to the project mailing list. All newsletters will be posted on the project Web site (http://www.uformp.com). Participants may request to receive newsletters and other project information through electronic or postal mail.

## PRESS RELEASE AND NEWSPAPER ADVERTISEMENTS

A press release was posted on the project Web site (http://www.uformp.com) on January 5, 2010. This press release announced the scoping period for the Uncompahgre RMP/EIS process and provided information on the original six scoping open houses (Hotchkiss, Delta, Montrose, Ridgway, Norwood, and Naturita) (see the **Scoping Open Houses** section below). It also described the various methods for submitting comments.

BLM_0078456

A newspaper advertisement was published in six local newspapers in December 2009 and January 2010 prior to the scoping meetings. **Table 1**, Newspaper Advertisement Publication Dates and Location, displays the date each newspaper published the advertisement. This newspaper advertisement announced the original six scoping open houses (Hotchkiss, Delta, Montrose, Ridgway, Norwood, and Naturita) (see the **Scoping Open Houses** section below).

**Table 1**
**Newspaper Advertisement Publication Dates and Location**

| Newspaper | Location (Colorado) | Date(s) Advertisement Appeared |
|---|---|---|
| Delta County Independent | Delta | December 23, 2009 |
| | | January 6, 2010 |
| Montrose Daily Press | Montrose | December 30, 2009 |
| | | December 31, 2009 |
| | | January 6, 2010 |
| | | January 10, 2010 |
| Norwood Post | Norwood | December 30, 2009 |
| | | January 20, 2010 |
| Ouray Plaindealer | Ouray | January 8, 2010 |
| Ridgway Sun | Ridgway | January 6, 2010 |
| | | January 13, 2010 |
| Telluride Daily Planet | Telluride | January 20, 2010 |
| | | February 2, 2010 |

## NEWSPAPER ARTICLES

Six local newspapers are known to have published their own articles covering the RMP revision and scoping period. **Table 2**, Newspaper Articles, displays each newspaper's publication date of the articles.

**Table 2**
**Newspaper Articles**

| Newspaper | Date(s) Article(s) Appeared |
|---|---|
| Delta County Independent | January 20 and 27, 2010 |
| Montrose Daily Press | January 15 and February 3, 2010 |
| Norwood Post | January 23, 2010 |
| Ridgway Sun | January 13, 2010 |
| San Miguel Basin Forum | January 21 and 28, 2010 |
| Telluride Daily Planet | January 17 and February 2, 2010 |

BLM_0078457

**FLYER**

A flyer announcing the dates and locations of the original six scoping open houses (Hotchkiss, Delta, Montrose, Ridgway, Norwood, and Naturita) (see the **Scoping Open Houses** section below) was posted in various public locations in Delta, Hotchkiss, Montrose, Naturita, Norwood, Nucla, Paonia, and Redvale on January 8 and 12, 2010.

**PROJECT WEBSITE**

A public Web site was launched and is regularly updated to provide the public with the latest information about the RMP/EIS process. The Web site, available on the Internet at http://www.uformp.com, provides background information about the project, a public involvement timeline and calendar, maps and photos of the planning area, and copies of public information documents such as the newsletter and Notice of Intent (when published). The site also provides a link to the scoping comment form for submitting comments about the RMP process. The dates and locations of all seven scoping open houses were announced on the Web site.

**SCOPING OPEN HOUSES**

The BLM hosted seven open houses to provide the public with opportunities to become involved, to learn about the project and the planning process, to meet the Uncompahgre RMP team members, and to offer comments. The seventh open house in Telluride was added in response to a special request from the San Miguel County Commissioners. The open houses were advertised via press release, newspaper advertisements, the project newsletter, the project Web site, and flyers posted in various towns throughout the planning area. The locations of the open houses are provided in **Table 3**, Scoping Open House Information.

**Table 3**
**Scoping Open House Information**

| Location (Colorado) | Venue | Date | Number of Attendees | Number of Completed Comment Forms Received |
|---|---|---|---|---|
| Hotchkiss | Memorial Hall | January 12, 2010 | 99 | 11 |
| Delta | Bill Heddles Recreation Center | January 13, 2010 | 42 | 0 |
| Montrose | Montrose Pavilion | January 14, 2010 | 84 | 1 |
| Ridgway | Town Hall | January 19, 2010 | 41 | 3 |
| Norwood | Town Hall | January 20, 2010 | 26 | 0 |
| Naturita | Community Building | January 21, 2010 | 60 | 2 |
| Telluride | Miramonte Building | February 3, 2010 | 17 | 0 |
| **Total** | | | **369** | **17** |

Note: Meetings were from 4:30 to 7:30 pm, except in Delta and Montrose where meetings were from 4:30 to 8:00 pm, and Telluride where the meeting was from 2:00 to 4:00 pm.

BLM_0078458

Scoping meetings were held in an open house format to encourage participants to discuss concerns and questions with BLM staff representatives. Copies of the first issue of the project newsletter, as well as blank scoping comment forms and a guide to providing substantive comments, were available at the sign-in station. A Microsoft PowerPoint presentation that provided an overview of the RMP process and presented information about public involvement opportunities was played continuously on a large screen. Eight resource stations displayed resource maps and information to illustrate the current situation and management techniques practiced among different resources and land areas. At those stations, 16 fact sheets for various resources provided an overview of current management practices and issues. At the recreation station, information regarding the recreation public focus group meetings to be held in February 2010, including a sign-up sheet for those meetings, was provided.

As shown in **Table 3**, 369 people attended the open houses. The meeting sign-in sheets are provided in **Appendix A**, Scoping Meeting Sign-in Sheets. Written comments received at each meeting are provided in **Appendix B**, Scoping Meeting Comments.



## REFERENCES

BLM (US Department of the Interior, Bureau of Land Management). 1985. Record of Decision for the San Juan/San Miguel Planning Area Final Resource Management Plan. BLM, Montrose District, Colorado. September 1985.

_____. 1989. Uncompahgre Basin Final Resource Management Plan and Record of Decision. BLM, Montrose District, Colorado. July 1989.

_____. 2005. Land Use Planning Handbook (H-1601-1). BLM, Washington, DC. March 11, 2005. 161 pp.

_____. 2008. NEPA Handbook, H-1790-1. BLM, Washington, DC. January 2008. 184 pp.

BLM_0078459

This page intentionally left blank.

BLM_0078460

# Appendix A
## Scoping Meeting Sign-in Sheets

BLM_0078461

This page intentionally left blank.

BLM_0078462

# HOTCHKISS
# JANUARY 12, 2010

BLM_0078463

BLM_0078464

**BLM Uncompahgre Field Office**
**RMP Revision and EIS Scoping Open House**
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Kathleen Pietras | | Y | 13647 Lamborn Mtn. Ln. Paonia, CO 81428 |
| Sherry Mitchem | | Y | 40398 Sage Ln, Paonia, CO 81428 |
| Read Hauver | | Y | P.O. Box 57 Hotchkiss |
| Marlin Liddefield & Nebra Liddefield | ~~GPAA~~ | Y | 38303 Linman Rd Crawford Colo 81415 |
| Leonard Chmiel | | Y | 12255 3600 Rd, Hotchkiss, 81419 |
| Amy Montano | | no | 438 Hill Ave GJ 81501 |
| David Stiller | North Fork River Improvement Assoc | Y | Po Box 682 Hotchkiss, Co 81419   dave@nfria.org |
| Jean Aano | — | N | P.O.Box 129 Hotchkiss, CO 81419 |
| Dave Kanzer | Colo River District | Y | dkanzer@crwcd.org |
| Mike+Jan Edson | — | Y | JMPSED@YAHOO.COM |
| Bruce Bertran | | Y | bertran@TDS.net |
| Michael Street | | Y | 37441 Back River Rd Paonia Co 81428 |

Information on this form is part of the public record and may be made available.

BLM_0078465

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|------|------|------|------|
| GENE GOFFIN | | ✓ | 37602 FRUITLAND 11858 RD CRAWFORD COLO 81415 |
| ROBIN NICHKOFF | | | 36295 SUNSHINE MESA HOTCHKISS CO 81419 |
| Andrea Robinson | WSERC, WCC | ✓ | |
| Jeff Tobe | | ✓ | 40200 Sage Lane Paonia CO 81428 |
| Bruce Hovde | Delta County Commissioner | | |
| Sandy Kent | | ✓ | 991 21 Rd Fruita Co 81521    SandyKent2009@gmail.com |
| Pat Frazier | | ✓ | 29581 Redlands Mesa Road Hotchkiss, Co. 81419    ppfarmintoe paonia.com. |
| Randy Dannennan | | ✓ | RanDann14@Gmail.com |
| Tracy + Comie Matakovic | | ✓ | HDCoalminer@aol.com |
| Robyn Morrison | | ✓ | robyn@tds.net  PO Box 91 Paonia, CO 81428 |
| Ross Allen | | Y | Rallen@allentool.com |
| Ralph D'Alessandro | | | RDINCA@YAHOO.COM |

Information on this form is part of the public record and may be made available.

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Joe Brinton | Bowie Resources | Y | jbrinton @ bowie resources. com |
| Peter Pruett | | Y | ppruett@pol.net |
| Bill Ela | | Y | SW-RAC |
| Larry Parker | | Y | sundogdesign@tds.net |
| Barbe Chambless | individual | Y | barbe@rcf.net |
| INDRA LEU | | Y | GANESHACLUB @ HOTMAIL. com |
| Robert Haynes | | Y | RPHaynes1 @ TDS. net |
| Steve Weist | Oxbow Mining | Y | Steve.weist@oxbow.com |
| Donny Formell | | Y | DFormell@hotmail.com |
| William Young | | Y | mayyyoung @ yahoo.com |
| Rob Peters | WSERC | Y | rob @ wserc.org |
| Kim Schultz | | Y | kimtedx@tds.net |

Information on this form is part of the public record and may be made available.

**BLM UNCOMPAHGRE FIELD OFFICE**

**RMP REVISION AND EIS SCOPING OPEN HOUSE**

Hotchkiss, Colorado

January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| CYNTHIA WUTCHIETT | CITIZENS FOR HEALTHY COMMUNITY | | cwutchiett @ tds.net |
| Barb Silverman | WSERC | | barbara@ wserc.org. |
| Bill Bear | Bowie Resources | Y | bbear @bowieresources.com |
| Sherry Schenk | WSERC | x | sschenk@tds.net |
| Barb Peterson | Town of Paonia | | townofpaonia@tds.net |
| Neal Schwieterman | " | | " |
| Murray + Claudia Cunningham | Delta Co Resident | Yes | cunninghamaspen @ comcast. net |
| James & Carol Schott | Lamborn Mountain Farmstead | Y | JamesSchott@sopris.net |
| PETER CLARY | PAONIA CHAMBER OF COMMERCE | Y | peter@claryix.com |
| DAVID LUDLAM | West Slope COGA | Y | D.Ludlam@WSCOGA.org |
| Joe Oglesby | | Y | joeoim@yahoo.com |
| Carl Roberts | | X | clroberts@tds.net |

Information on this form is part of the public record and may be made available.

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|------|--------------------------------------|------------------------------|----------------------------------------------------------------------|
| Olen Lund | Delta County | | olund @ deltacounty. com |
| Mike Wilson | Thunder mountain whelo | X | 14623 Happy Holland Edrout Co  Bonbon 3472 @ HoTmail.com |
| Roman V- Roung | Olathe Gold Club | | 568 nommay dr  Grand Jct 8150r |
| Charle Hood | citizen | Y | P.O. BOX 820 Paonia, CO 81428 |
| Sandva Kirk | citizen | Y | P.O. BOX 789 Paonia, CO 81428 |
| Deb Cheesman | | | P.O Box 57 Hotchkiss, CO 81419 |
| Someone Watts | | Y | POB 985 Paonia CC 81428 |
| Con Hirschfeld | thunder mnt Wheelers | X | Constantine 37 @ TDS. Net |
| Alli Lange | Citizen | Y | 4085 Cedar Drive, Padin 6 81428 |
| Wendell Koontz | Arch Coal | Yes | wkoontz @ archcoal. com |
| Reg Cridler | WS 4 Wheelers | yes | rgdi @ tds.neT |
| Pete Kolbushiba | Citizen | yes | Pete @ MountainWestStrategies.com |

Information on this form is part of the public record and may be made available.

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Pamela Thomas | | | PO Box 897 Hotchkiss CO 81419 Pst1141@gmail.com |
| Nancy Murphy | | | 15422 Fire Mountain Road Paonia |
| John Burgevin | Rogers Mesa Domestic Water Co. ✓ | | JGBURGEVIN@TDS.NET |
| Tom Alvey | NFWCD | Y | MCF@WIC.NET |
| Jean Barra | North Fork River Improvement Ass. | | |
| Ashley Krest | CHC | Y | stinkyblooms@paonia.com |
| Robin Smith | Citizens for a Healthy Community | y | lbcranch@tds.net |
| Pat Denham | Denham Ranch | y | patdenham@yahoo.com |
| Doug Kindell, W | Denham Ranch | y | 5830 . 58.25 rd Olathe, CO, 81425 |
| Marie Hinton & Donna Gerston | | / | 1542 Fire Mountain Road - Paonia Colo |
| Carol Schott | Lamborn Mountain Farmstead | y | 42229 Lamborn Mesa Rd - Paonia, CO carolschott@sopris.net |
| ART ETTER | | Y | ARTETTER@HOTMAIL.COM |

Information on this form is part of the public record and may be made available.

BLM_0078470

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Jim Abshire | | Y | jorabshire @ hotmail.com |
| Monica Wittanen | WSERC | Y | monzita @ paonia.com |
| Laura Walters | SEI | X | LauraLoWalters @ gmail.com |
| Grady Harper | NFRIA | Y | grady @ nfria.org |
| Brad Burritt | CHC | Y | bsburritt @ yahoo.com |
| Kirk Morgan | Bowie | Y | po Box 281   Paonia Co 81428 |
| Dr Susan Raymond | | Y | docsue @ horsemaller.org |
| Bill McKernan | WSERC | Y | billy3mck@ ythoo.com |
| Greg Aitkenhead | | Y | harryloofah @ gmail.com |
| Bill Day | Black Canyon Audubon | X | Billday @ paonia.com |
| Carol Kwiatkowski | TEDX | Y | Carol Kw @ tds.net |
| Kathy Swartz | WSERC | Y | Kathryness @ hotmail.com |

Information on this form is part of the public record and may be made available.

BLM_0078471

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Ellen Stapenhorst | | Y | estapenhorst@earthlink.net |
| Nomi Gray | | Y | nomigray@tds.net |
| Doug Fritz | Hotchkiss Fire | | |
| Bob Kemmerde | | Y | Bobremme@GMAIL.com |
| Ken + Susan Pitt | | Y | TMSSPEEDWAY@TDS.net |
| Tony Prendergast | | | tonyp@paonia.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078472

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Hotchkiss, Colorado
January 12, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Kris Sutton | | N | Kris@Suttonsolar.com |
| Jim Kiger | Oxbow Mining | Y | Jim.kiger @ Oxbow.com |
| Sally Hardy | | Y | Sallyshardy@yahoo.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078473

BLM_0078474

# DELTA
# JANUARY 13, 2010

BLM_0078475

BLM_0078476

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Delta, Colorado
January 13, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Onusofty | | | |
| Dennis Higgs | | | 1351 Bluff St   Delta co 81416 |
| Kathy Welt | BLM SWRAC | | 36320 Hwy 92 Hotchkiss CO |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Delta, Colorado
January 13, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Alan Schroeder | US BOR | N | 2764 Compass Dr, Suite 106 Grand Jct, CO 81503  aschroeder@usbr.gov |
| Kate Graham | CEC | Y | 2x2 546 Main St #404 GJ, CO 81501  kate@cccenviro.org |
| GARRY EHRECKENGOT | ☐ | N | 19641 AIBION ROAD AUSTIN Co 81410 |
| NICHOLAS FORTIER | | Y | 2429 H Rd. GRAND JUNCTION CO 81505 stitch0806@aol.com. |
| Bruce Horde | Delta County Commissioner | | |
| Mitch Kirshtter | | Y | Hwhound@aol.com |
| John Trumbull | | N | |
| Roz McClellan | Rocky MT Recreation Initiative | Y | mcclelr@colorado.edu |
| Collin Ewing | USFWS | N | (coop. agency) |
| Shelby Bear | CWNLA | Y | sbear@dmea.com |
| Basil Bear | | Y | basil.bear@bowieresources.com |
| JASON SMITH | | X | JCAXEL@ WILDBLUE.NET |

Information on this form is part of the public record and may be made available.

**BLM Uncompahgre Field Office**
**RMP Revision and EIS Scoping Open House**
Delta, Colorado
January 13, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Jim & Ramona Dell | | N | PO Box 42 Austin Co  81410 |
| Rolf Sanburg | | | 16492 Cedar Park Road Eckert Co  81418 |
| WALT BLACKborn | Thunder MT Wheelers | Y | wblack8709 @ MSN.Com |
| Ron Henderson | | Y | rhenderson @ Montrosecounty.net |
| Anna Rice | | Y | 3916 1940 Rd Delta CO 81416 |
| Denray Mills | | N | 3916 1940 Rd Delta Co 81416 |
| FRANK FRANCO | | Y | FRNK3434@aol.com |
| John & Carla Sanborn | | Y | JC-SANBORN @ MSN.COM |
| Rozellynn Hall | WEST ELK MINE | Y | rozgall@yahoo.com |
| HANK MASTERSON | | Y | hankm@starband.net |
| Jan McCracken | Delta County | | |
| Dale Musgrave | Bowie Resources LLC | N | D MUSGRAVE @ Bowie resources.com |

Information on this form is part of the public record and may be made available.

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Delta, Colorado
January 13, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Jim Sazama | Self | Y | 7924 S. River Rd, Olathe CO 81425 |
| Martha Grewal | Black Canyon Audubon | Y | P.O. Box 1061   Cedaredge Co 81413 |
| Loretta Molitor | Western Slope Env. Res Cance | Y | loramol@aol.com |
| Hank Lohmeyn | Delta County Independent | Y | |
| Emil Levut | Delta Summect   Oxbow Mining | Y | 1510 Guadalupe St. Delta Co. 81416 |
| JACK DUNN | citizen | Y | SRSERE@msn.com |
| MARK SHAFFER | | Y | ranchbroker@tds.net |
| Danielle Carre | Self | Y | bsburritt@yahoo.com |
| Mary Shea | GRE | Y | gre@sopris.net |
| Al De Grange | GRE | Y | 14494 F Road. Delta CO 81416 |
| Ja | Bone field Ditch | N | |
| Steven Weist | Oxbow Mining | N | |

Information on this form is part of the public record and may be made available.

BLM_0078480

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Delta, Colorado

January 13, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|------|--------------------------------------|------------------------------|----------------------------------------------------------------------|
| Jere Page | | Yes | 725 E 5th St  Delta CO 81416 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078481

BLM_0078482

# MONTROSE
# JANUARY 14, 2010

BLM_0078483

BLM_0078484

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Bill Stewart | | Y | 58429 Spring Creek Rd  Montrose, Colo. 81403 |
| Marlene Stewart | | " | " " |
| Kati O'Hare | Montrose Daily Press | Y | Katio@montrosepress.com |
| Scott Harold | Town of Olathe | N | Sharold@ci.olathe.co.us |
| Judy DeVincentis | N/A | Y | Judy@western Gravel.Cum |
| Gene DeVincents | N/A | N | ———— |
| Dennis Murphy | N/A | Y | yhprvni2@@.com |
| JESSE SMITH | MONTROSE COUNTY | Y | JSMITH@MONTROSECOUNTY.CLM |
| Patty Austin | N/A | N | |
| Brian Wilson | Montrose County | Y | B bwilson@Montrose County.Net |
| WARREN YOUNG | USFS | N | |
| Barbara Hawke | | Y | bhawke_westegmail.com |

Information on this form is part of the public record and may be made available.

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Ed Hanson | | | |
| Dave Roberts | National Park Service | Y | dave81401@bresnan.net |
| Wayne Quade | Scouting Ventures | Y | wayneq@q.com |
| Keith Fellin | Self | | kfellin @tri.co.Montrose.us  ci.Montrose.co.us |
| Ralph Walchle | SELF | | 3500 County Rd 12 RIDGWAY. CO 81432 |
| Elizabeth Roscoe | FORU | Y | elizabethroscoe@montrose.net |
| Jim Free | UP | Y | JCFree @ msn.com |
| Bill Pease | Self | Y | 286 SE Greenwood Av, Cedaredge - 81413 |
| Marti Simin | | | |
| Chris DePuy | | Y | 1121 So. 2nd St Montrose CO 81401 |
| Kent Davenport | DMEA | Y | PO Box 910, Montrose CO 81402 kdavenport@dmea.com |
| Joe Cain | Self | Y | 2849 Foxtail DR   81401 |

Information on this form is part of the public record and may be made available.

BLM_0078486

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Gary Baker | City of Montrose | Y | 107 S. Cascade Montrose CO 81401   gbaker@ci.montrose.co.us |
| Mike Berry | Tri-County WCD | Y | tcw@montrose.net |
| Ron Henderson | Montrose BOCC | Y | Henderson@MontroseCounty.net |
| DEBRA VEO | MONTROSE COUNTY | N | |
| Tammy Randall Parker | USFS | Y | tkrandallparker@fs.fed.US |
| CATHIE JOHNSON | EX-BLM SEASONAL | N | |
| Ernie Etchart | West Slope Wool Grower Rancher | Yes | ernieetch@aol.com |
| Shawn Nichols | | Yes | SPiN9@Hotmail.com |
| Donna Murray | | Yes | dmurray@qwestoffice.net |
| PAT DIKEMAN | WESTERN ALTERNATOR | | patt@montrose.net |
| Neal Platzer | WSCW | Y | nsplatzer@yahoo.com |
| Rick Weaver | | Y | rweaver@del-mont.com |

Information on this form is part of the public record and may be made available.

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| M.L. Gaylord | Rotikod | Y | 18601 Sims Mesa Road Montrose, Co 81403 |
| Foss Jeffries | | | 1332 Pitch Fork Rd. Montrose, Colo |
| Keith Hunt | | | 1700 Alder Dr Montrose CO 81401 |
| Charl Peterin | | Y | 236 S. 3RD #346 Montrose, Co 81401 |
| Shirley Jentsch | | Y | 636 S 2nd St Montrose 81401 |
| Chris Hutchison | | Yes | 18611 Transfer Road Olathe, Co 81425 |
| George O'Hara | WesternNFuels Assn | | george @ westernNfuels.org |
| Harold Hillis | | Ivb | |
| Jeff Litteral | | N | |
| Roll Alexander | CDOT | N | |
| Bill Harris | CORMOBA | | already on 2t |
| Jon Waschbusch | Montrose County | Y | 317 S 2nd St. Montrose, CO 81401 |

Information on this form is part of the public record and may be made available.

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Betty Oglesby | | Y | 16589 Chipeta   Montrose, CO 81403 |
| Mike Eytel | CO River District | Y | meytel @ crwcd.org |
| Ken Emory | WESTERN SLOPE 4 WHEELERS | Y | 2551 SILVER WAY MONTROSE, Co 81401 |
| Rozi McClellan | Rocky Mt. Recreation Initiative | Y | mcclellr@colorado.edu |
| Greg Lehr | SciE | Y | Gee_w_el@Hotmail.com |
| Nancy Lamm | Buckhorn Geotech | N Y | nlamm @ buckhorngeo.com |
| Meg J Iagel | | Y | mnagel @montroselibrary.org |
| Patricia J Clark | self | U | 18364 Paradox Trail, Montrose, Co 81403   patriciajoclark@hotmail.com |
| STEVE METHENY | DMEA | N | 12867 61.00 Rd Montrose, Colo. 81403 |
| Skyler Miller | N/A | N | N/A |
| KEVIN ANDERSON | N/A | Y | 2535 IRIS CT. MONTROSE, CO 81401 UNCLEKEVIN685@YAHOO.COM |
| | | | |

Information on this form is part of the public record and may be made available.

**BLM U**NCOMPAHGRE **F**IELD **O**FFICE
**RMP R**EVISION AND **EIS S**COPING **O**PEN **H**OUSE
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Jim Austin | THE CORNER | Y | 62526 HY 90 Montrose 81403 |
| LLOYD STAHL | | Y | 3827 Mt. HAYDEN DRIVE MONTROSE, CO 81403 |
| Roy Tukerley | Uncompahgre Valley Trail Riders | Y | 1805 Other Pond Drive 81401 Montrose co |
| John Morrissey | | Y | P.O. Box 488 MONTROSE CO 81402 |
| Lynn Hoyt | | Iowa X | 2378 Robins Way #109 Montrose Co. 81401 |
| Norm Brooks | Tri County Water | | Po Box 3329 Montrose 81402 |
| Chuck Finch | MNT. West Land Sucs. | Y | 2331 James St Montrose CO. mwiscfinch@Montrose.net |
| Al GRiffin | | ✓ | 18690 Paradox Tea. 1 Montrose CO 81401 |
| Stu Krebs | UVA, WCC, PLP | Y | Box 776 Montrose CO 81402 stukrebs@hotmail.com |
| GARY ELLIS | Montrose County Commissioner | | |
| Joel Stephenson | | Already on | P.O Box 272 Ridgway 81432 |
| Pam Motley | UP Project | already on it | |

Information on this form is part of the public record and may be made available.

BLM_0078490

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Montrose, Colorado
January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Megan Mueller | Center for Native Ecosystems | Y | Megan@nativeecosystems.org |
| Kerwin Jensen | City of Montrose | | kjensen@ci.montrose.co.us |
| Laurie Brandt | COPMOBA - Colorado Plateau Mtn. Bike Trail Association | Y | bikelaurie@gmail.com |
| Jerry Trudell | | X | Box 302  Montrose, CO, 81402  JTrudell@bresnan.net |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078491

**BLM UNCOMPAHGRE FIELD OFFICE**

**RMP REVISION AND EIS SCOPING OPEN HOUSE**

Montrose, Colorado

January 14, 2010, 4:30 – 8:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Robert Hooper | | Y | 20537 Tulip Circle Montrose Co 81403 |
| Vicki Jones | | N | |
| Aaron Jakisch | | N | |
| Forest Frost | | N | 66867 La Plaza Ct. Montrose CO 81401 |
| Tom Johnson | | Y | Box 205 Ridgway CO 81432 |
| Brenda Miller | | Y | POBox 750 Green Place Ranch Olathe 81425 |
| Bryan Martin | | Y | 710 10th St Ste 200 Golden CO 80401 |
| Tom Griepentrog | | Y | 57667 Blossom Rd. Olathe, Co. 81425 |
| Dick Steele DVM | CMDA, CSWF, CRHETF | Y | 6897 Peach Valley Road Delta, CO 81416 |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078492

# RIDGWAY
## JANUARY 19, 2010

BLM_0078493

BLM_0078494

## BLM Uncompahgre Field Office
### RMP Revision and EIS Scoping Open House
Ridgway, Colorado
January 19, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| DENISE GONDREAU | | Y | MARABA100016 yahoo.cum |
| Sara Coulter | San Juan Corridors | Y | scoulter@towson.edu |
| Keith Meinert | Ouray County | Y | kmeinert@ouraycountyco.gov |
| Lyn meinert | Ouray County Nordic Council | Y | meinert@independence.net |
| Jim Stephenson | | already on | Jimphoto@Montrose.net |
| Rosemary Esly | | | |
| Jon Esty | | | |
| Lynn Padgett | OC, various | Y | lynn@mtngeogeek.com |
| Karin Stanley | | Y | karinjane44@hotmail.com |
| TOM MCKENNEY | Private Party | Y | mckenney@independence.net |
| Tim Patterson | RIGS Fly Shop | Y | tim@fishrigs.com |
| Charles Heywood | USGS | Y | cheywood@usgs.gov |

Information on this form is part of the public record and may be made available.

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Ridgway, Colorado
January 19, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Matt Reed | High Country Citizens' Alliance | N | Matt@hccaonline.org |
| Ron Mabey | Ouray County | Y | rmabey@ouraycountyCO.gov |
| Dangude Backus | NPS | N | dangude_backus@nps.gov |
| C "Steve Wolff | Ouray County | N | |
| Jim Prendergast | | | JPSORT@gmail.com |
| Bill Steele | PLP | Y | WRSTEELE@lP MSM.COM |
| Rein van West | Uncompahgre Watershed UWPP Planning Partnership | Y | arcticwild@gmail.com |
| Jim Cunio | self | Y | cunio@frontier.net |
| Scott Williams | " " | Y | s_swilliams2001@YAHOO.COM |
| Peggy Lyon | CNHP | . | peggylyon@ouraynet.com |
| George Greenbank | | Y | greenbank@Telluridecolorado.net |
| Debbie Wheeler | Red Mountain Pass Back Country Skiers (CMC) | Y | dwheelerColo@msn.com |

Information on this form is part of the public record and may be made available.

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Ridgway, Colorado
January 19, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|------|--------------------------------------|------------------------------|----------------------------------------------------------------------|
| Frank Robertson | | Y | 199 Waterview Ln. Ridgway 81432 |
| Eli Doctr | | | 736 Main St Ouray CO |
| Ron Williams jr | WBME | | 3815 County Rd 2    Silverton CO |
| Dr Michael Cassidy | | Y | cassidy@wraweb.com |
| Ken Coates | Town of Ridgway | Y | jcoates@town.ridgway.co.us |
| Deana Tony Mann | | | MARABA10001 @ YAHOO.COM |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

## BLM UNCOMPAHGRE FIELD OFFICE
### RMP REVISION AND EIS SCOPING OPEN HOUSE
Ridgway, Colorado
January 19, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Sheelagh Williams | | Y | s_swilliams2001@yahoo.com |
| Eric Sanford | SG Interests | | |
| BOB+DONNA GREEN | | Y | greendb@ridgway.us |
| Greg Hunter (x2) | Local | Y | coloradohunters@msn.com |
| Susan Dougherty | | N | boskay@interwest.net |
| Andrew Madison | Uncompahgre Watershed Partnership | Y | AndrewM1022@msn.com |
| PAT WILLITS | TOWN OF RIDGWAY | Y | willits_pat@YAHOO.com |
| Gordon Reichard | Ridgway Trails Grp & Trails for Ridgway Economic Development (TRED) | Y | gordon@tellmed.org |
| William Wenger | | Y | bwenger@toast.net |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

# NORWOOD
# JANUARY 20, 2010

BLM_0078499

BLM_0078500

**BLM UNCOMPAHGRE FIELD OFFICE**
**RMP REVISION AND EIS SCOPING OPEN HOUSE**
Norwood, Colorado
January 20, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Janet Irvine | Irvine Ranch | Y | Box 338, Norwood, Colo. 81423 |
| Bruce K. Irvine | Irvine Ranch | Y | Box 338, Norwood, Colorado 81423 |
| Jim Black | Lynx E?m | Y | Box 34, Redvale, CO 81431 |
| Dave Schneck | San Miguel County | Y | Box 4130 Telluride Co 81435 |
| Scott Snyder | Rancher | Y | PO Box 284 Norwood Co 81423 |
| AARon Elwood | Farmer natural | Y | Box 132 norwood Co. 81423 |
| Hank Rople | Farmer | Y | Box 189 Redvale Co 81431 |
| EARl Reams | Reams Ranch | Y | Box 2 Naturita, Co 81422 |
| GLEN WILLIAMS | COTTER CORP | | Box 700 NUCLA Co 81424 |
| Randy Haynes | | Y | 16290 G250 Rd Montrose, CO 81403 |
| Tim Lippert | Town of Norwood | Y | Po. Box 528, Norwood, Colo. 81423 |
| Mike Grafmyer | Norwood WATER Comm | Y | P.O. Box 1165 Norwood Co 81423 |

Information on this form is part of the public record and may be made available.

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Norwood, Colorado
January 20, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Harry Reagan | Norwood | Y | PO BOX 190 Norwood 81423   Joe Reagan @ century tel.net |
| Jim Rosenthal | N A | Y | P.O. Box 676 Norwood 81423 |
| Dave Alexander | Farmers Water Development co | Y | PO Box 45 Norwood 81423 |
| Doug Olson | N/A | V | P.O. Box 233 Norwood Co. 81423   DOUG.OH99@YAHOO.COM |
| Jon Sage | Wembi | Y | Box 683 Norwood CO 81423   Stillriggin@Hotmail |
| Jim Wells | NORWOOD WATER Commission | Y | Box 604 Norwood CO 81423   jimwells145@yahoo.com |
| Fin Kjome | Norwood Water Commission | Y | PO Box 484 Norwo. CO 81423 |
| Andy Marsin | Denison Mines | Y | Box 301 La Sal Utah 84530 |
| Craig Grother | | Y | Box 156 Norwood Co 81423   Craiggrother@yahoo.com |
| Dan Wakefield | | Y | P.O Box 246 Norwood   dswakefield@independence.net |
| Art Goodtimes | Norwood | Y | P.O.Box 1170 Telluride CO 81435 |
| David Glynn | | X | P.O BOX 713 OPHIR CO 81426   INDIAN2@MINDSPRING.COM |

Information on this form is part of the public record and may be made available.

# BLM UNCOMPAHGRE FIELD OFFICE

## RMP REVISION AND EIS SCOPING OPEN HOUSE

Norwood, Colorado

January 20, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Norwood Water Commission | | y | P.O. Box 528 Norwood CO 81423 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078503

## BLM Uncompahgre Field Office
### RMP Revision and EIS Scoping Open House
Norwood, Colorado
January 20, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|------|--------------------------------------|------------------------------|----------------------------------------------------------------------|
| STEPHANIE BOUCHARD | | Y | buzzbouchard@hotmail.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078504

# NATURITA
# JANUARY 21, 2010

BLM_0078505

BLM_0078506

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Naturita, Colorado
January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Mike Thompson | Reardon Steel/WSMA | Y | 18050 Road G, Cortez, CO 81321 |
| Bruce Streffan | | N | |
| Earlene Antonelli | | Y | Box 538, Nucla, Co 81424 |
| Marty Warner | WEPAC | Y | PO Box 425, Paradox, CO 81429  mlwarner@dow.com |
| John Reams | | Y | Box 106 Naturita CO 81422 |
| Luke & Amanda Odom (2) | | Y | Box 302 Nucla CO 81424  lodom4@juno.com |
| Russell D. Neeslan | | Y | Box 314 Nucla, Co. 81424 |
| L.C. DRAVES | | Y | Box 643 Nucla Co 81424 |
| Laurie I Smith | | Y | P.O. box 667 Nucla Co. 81424 |
| Nevada Smith | Gordon Smith Drilling | N | P.O. Box 667 Nucla Co 81424 |
| Buel Richard | Richard & Richard | Y | P.O. Box 608 Nucla, Co. 81424 |
| | | | |

Information on this form is part of the public record and may be made available.

## BLM Uncompahgre Field Office
### RMP Revision and EIS Scoping Open House
Naturita, Colorado
January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Tom Kyle | Self | Yes | Box 922 Norwood CO 81423 |
| Dave Andrews | | Yes | P.O. Box 523 Norwood CO 81423 |
| Brian Wilson | Montrose County | Yes | MC. |
| Glenn Case | | | Bedrock, Co 81411 |
| Peter Hessler | | Y | 1724 Ponderosa Drive Ridgway Co 81432 |
| Terry Brickey | | | Box 57 Nucla Co 81424 |
| Dan Burns | Stoller | | |
| Mike Shaw | B-ming Co | Y | P.O. Box Nucla, Co 81424 |
| Jesse Smith | Montrose County | Y | JSMITH@MONTROSECOUNTY.net |
| Tom Loory | Self | Y | Box 522 Nucla, Colo 81424 |
| Cherri Cooper | Self | Yes | Box 65 Nucla, Co 81424 |
| Scott and Debbie Miller | Dillon Fencing & Contracting | Yes | PO Box 65, Naturita, CO 81424 |

Information on this form is part of the public record and may be made available.

BLM_0078508

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Naturita, Colorado
January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Gordon R Smith | Gordon Smith Drilling XYZ Cattle Ranch | Y | gsmith5173@gmail.com |
| Dauna Morris | Mayor Town of Nucla H | | |
| PAUL KOSKI | COPMOBA | X | PRKOSKI@FONE.NET |
| EARl Reams | B.C.D. Ditch | Y | 81422-0002 |
| Tyler Stewart | B.C.D. Ditch | Y | P.O. Box 207 Nucla, Co 81424 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078509

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Naturita, Colorado
January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Tom Wyatt | Nectar Tine | Y | Po Box 925 Montrose Co 81402 |
| Tony Lobato | Town of Nucla | Y | PoBox 334 Nucla Colo 81424 T-Lobato @ Hotmail. Com |
| Monte Maslind | CC Ritch | | Po Box 154 nucla co |
| Barney Mock | | Y | Box 556  26444 CC RD  Nucla |
| SHAWN MOCK | " | " | "  " |
| Patty Bennett | Bennett Livn Naturita | Y | P.O Box 52 Naturita, |
| STEVE PUDENBAUGH | | Y | P.O. Box 361  PARADOX  Co  81429 |
| Sally Kichelmann | Land Owner | Y | PO BOX 656 Nucla, Co 81424 |
| Henry Kichelmann | Water User | | PO Box 656 Nucla, Co 81424 |
| Ed Coller | SmStoller /DOE | Y | 2597 B3/4 Road, Grand Jct, CO 81503 |
| Chad Huffman | | Y | PO Box 1352  Montrose, CO 81402 |
| Betsy Murray | | Y | 689 South Gilpin St. Denver, Co 80 209 |

Information on this form is part of the public record and may be made available.

BLM_0078510

**BLM UNCOMPAHGRE FIELD OFFICE**

**RMP REVISION AND EIS SCOPING OPEN HOUSE**

Naturita, Colorado

January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Zene Weimer | Weimer Ranches | | Box 428  Nurla, Co   81424 |
| Zene Weimer | Colo Coop Ditch Co | | Box 231   Nucla Co  81424 |
| Dean Naslund | Colo Coop Ditch Co | Y | Box 154  Nucla Co  81424 |
| Don Bennett | Bennett Rnc Ranch | | Box 52  Naturita  81428 |
| Joe Davis | | | Box 94  Reluie  Co  81431 |
| Joe Garvey | Garvey Bros Land + Cattle | | P.o box 14   Nucla, Co   81424 |
| MARK WELCH | | | Po BOX 642  NATURITA  81422 |
| Tawnia Welch | | \| | // |
| Rusty Calhoun | | | P.O. Box 63  Naturita, Colo  81422 |
| LAMBERT | | | P.O.B5  NAT |
| BoBBy REEDER | | | P.O BOX 237  REDVALE  CO  81431 |
| Susan Culver | San Miguel Basin Form | | Box 9  Nucla Co  ecdlor@fone.net |

Information on this form is part of the public record and may be made available.

BLM_0078511

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Naturita, Colorado
January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Dedia Clift | Self | | 716 Elm  Box443  Nucla  Co 81424 |
| Ron Clift | Self | | 716 Elm  Box 443  Nucla  Co 81424 |
| Paul D. Henderson | BOCC Montrose Cty | Y | 161 S. Townsend, Montrose, Co. 81401 |
| Liz Steele | self | N | |
| Ron Steele | self | N | |
| Member of Public | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078512

## BLM Uncompahgre Field Office
## RMP Revision and EIS Scoping Open House
Naturita, Colorado
January 21, 2010, 4:30 – 7:30 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| Brian Sutherland | B D S Trucking | Y | P.O Box 392 Narla CO 81424 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

BLM_0078513

BLM_0078514

# TELLURIDE
# FEBRUARY 3, 2010

BLM_0078515

BLM_0078516

# BLM UNCOMPAHGRE FIELD OFFICE

## RMP REVISION AND EIS SCOPING OPEN HOUSE

Telluride, Colorado

February 3, 2010, 2:00 – 4:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|---|---|---|---|
| George Greenbank | SMRA | | greenbank @ Telluride Colovado.net |
| Greg Craig | Peninsula Homeowners Association Inc | Y | PO Box 3972, Telluride, 81435 Greg_Craig@msn.com |
| LINDA MILLER | SHEEP MTN ALLIANCE | Y | BOSQUE2@ EARTHLINK, NET |
| Steve McComb | Sheep Mtn Alliance | Y | smccomb@maxwell.com |
| Jenny Russell | | Y | PO Box 895, Telluride CO 81435 jenny.rplaw@lawtelluride.com |
| Peter Mueller | The Nature Conservancy | y | pmueller @tnc.org |
| JOAN MAY | San Miguel County | | |
| Linda Luther | San Miguel County | X | LindaL@sanmiguelcounty.org |
| SEAN KRENTSA | " | N | |
| Daniel Goss | San Miguel Bike Alliance | Y | nomadcycles@gmail.com |
| Maureen Canonnass | GGA TU | Y | pawpawmarsh @gofvr.com |
| Mike Rozyki | | / | Mike-r@sanmiguelcounty.org |

Information on this form is part of the public record and may be made available.

@002

BLM/USFS

02/04/2010 10:47 FAX 970 240 5367

# BLM UNCOMPAHGRE FIELD OFFICE
## RMP REVISION AND EIS SCOPING OPEN HOUSE
Telluride, Colorado
February 3, 2010, 2:00 – 4:00 p.m.

| Name | Organization/Company (if applicable) | Add to Mailing List (Y or N) | Complete Mailing Address and/or email address (please print clearly) |
|------|------|------|------|
| Lynn Black | San Miguel County | N | |
| Dave Schneck | San Miguel County | N | |
| Russ Montgomay | self | N | |
| Randy Burchett | SME | | randyb @SANMIGUELCOUNTY.ORG |
| Steven Jurcle | SMC | Y | Stevez @san miguel county. om |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information on this form is part of the public record and may be made available.

@003

BLM/USFS

02/04/2010  10:48  FAX  970  240  5367

BLM_0078518

# Appendix B
## Scoping Meeting Comments

BLM_0078519

This page intentionally left blank.

BLM_0078520

# HOTCHKISS
# JANUARY 12, 2010

BLM_0078521

BLM_0078522



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name **Millicent**   Last Name **Young**   Date **1/12/10**

Mailing Address **P.O. 614**

City **Paonia**   State **Co**   Zip **81428**

E-mail Address **maryyoung@yahoo.com**

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☐ e-mail materials only   ☒ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: **30**

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other **It has been clean**

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

I am very concerned that oil and gas companies will destroy the quality of life here. Fracking is toxic. The drillers are exempt from clean air and water acts. Why? I'm not exempt. → Also, the proposed evaporation ponds near Dominguez are a threat to health. Garfield County should keep the poison it's created

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Leave the landscape alone!

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

The drilling companies should provide full disclosure about the chemicals used and their effects. Rules should dictate that they <u>cannot</u> poison our environment At All.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Create jobs that clean and strengthen our environment, Not trash us. Slow down until the technologies are SAFE. Not MAYbe safe in a perfect world.

Please provide any additional comments that you have regarding this project.

Develop wind power here. It's cleaner. Put $ into carbon capture technologies.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078524



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Cynthia_     Last Name _Wutchiett_     Date _1/12/2010_
Mailing Address _40849 M Road_
City _Paonia_     State _CO_     Zip _81428_
E-mail Address _Cwutchiett@tds.net_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)     ☒ Non-profit Organization     ☒ Citizen's Group
☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency
Name of organization, government, group, or agency (if applicable) _Citizens for a Healthy_

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:* _Community_
Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)* _Paonia_
If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____     ☐ Another Country (which): _____
If you do live in the planning area, how long have you lived here? Months: _____ Years: _3_
Why do you live here? ☐ Occupation ☐ Family ☒ Proximity to public lands ☐ Recreational Opportunities
☐ Other _Healthy Environment, Organic Produce_

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_I am extremely concerned about the negative health impacts from oil and gas production._

_I do not want the BLM to lease and more land for oil & gas development or issue permits to drill in the Delta Cty. region until_
_① All exemptions to environmental laws currently provided to the natural gas industry are eliminated & (over)_

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

*Hire more field personnel to monitor the activities, including ongoing reclamation, of oil & gas development on B&M leased land.*

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

*The oil & gas development as it exists today in Colorado is socially irresponsible & must be stopped until responsible behavior & practices can be assured.*

Please provide any additional comments that you have regarding this project.

*Cont'd from first page:*
*② Injecting toxic, hazardous, or carcinogenic fluids into the ground is prohibited by state & federal law.*

*Cynthia Wutchiett*

**(Please tri-fold this sheet & tape shut before mailing – Do not staple)**

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Bill_        Last Name _McKERNAN_        Date _1/12/10_

Mailing Address _1155 GRAND AV_

City _DELTA_        State _CO_        Zip _81416_

E-mail Address: _billyJMCK@yahoo.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?        Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials        ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)        ☐ Non-profit Organization        ☐ Citizen's Group

☐ Federal, State, or Local Government        ☐ Elected Representative        ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☒ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _____

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☒ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_CONCERNED ABOUT WATER QUALITY OF STREAMS & RIVER, LAKES_
_FOR FISHING_
_OIL & GAS DRILLING EFFECTS ON THAT QUALITY_
_QUALITY OF AREA FOR RECREATIONAL HIKING_

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

~~TRY TO LIMIT GAS ENGINES ON RIVERS LAKES~~

KEEP TRAILS IN BETTER CONDITION to LIMIT OFF TRAIL USE

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

- TRY TO LIMIT GAS ENGINES ON RIVERS, LAKES
- LIMIT TRAIL FOR MOTORIZED VEHICLES (OFF ROAD)

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place First
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be
submitted via e-mail to uformp@blm.gov.

First Name _INORA_    Last Name _LEU_    Date _1/12/10_

Mailing Address _P.O. BOX 986_

City _PAONIA, CO_    State _CO_    Zip _81428_

E-mail Address: _GANESHACLUB @ HOTMAIL.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
   ☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _1_

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands   ☐ Recreational Opportunities
   ☐ Other _LIFESTYLE_

The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.

**What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?**

_MY CONCERNS ARE ABOUT LEASING + DEVELOPING BLM LAND TO GAS + OIL COMPANIES, WHICH THAN CONTAMINATE WATERSHEAD, AIR + LAND OF THE NORTH FORK WALLEY, THE BIGGEST ORGANIC GROWING AREA IN COLORADO. ONES IT IS CONTAMINATED, IT IS TO LATE TO REVERS THE IMPACT. ISSUES ABOUT FOOD + POPULATIONS_

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

*IN ORDER TO KEEP THE ~~WALLEY~~ NO CLEAN, OIL + GAS INDUSTRY*

~~the the addition~~

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078530



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Ashley_     Last Name _Kvest_     Date _1-12-2010_

Mailing Address _41391 Omega Rd._

City _Paonia_     State _CO_ Zip _81428_

E-mail Address: _stinkyblooms@paonia.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☑ e-mail materials only  ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)     ☐ Non-profit Organization     ☑ Citizen's Group

☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _Citizens for Healthy Communities_

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☑ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)
    ☐ Another State (which): _____  ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____  Years: _10_

Why do you live here? ☑ Occupation ☐ Family ☑ Proximity to public lands ☑ Recreational Opportunities
    ☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

I am concerned about having any more leasing of oil + gas (or development of) until there is accountability to all Fed. + State environmental regulations (Clean Water Act, Clean Air Act etc.) by the industry AND the end of injection of harmful chemicals into the ground for 'fracing' purposes until alternatives are explored. I request a mooitorium until these issues have been addressed and our communities (health + environment is protected.

---

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

*More wilderness protection, study areas etc.*

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

*NA*

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

*Less irresponsible road development & useage of existing roads.*

Please provide any additional comments that you have regarding this project.

*I wish it would not take a full 4 years to complete.*

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078532



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Robert_    Last Name _HAYNES_    Date _1/11/10_

Mailing Address _100 Delta Ave_

City _Paonia_    State _CO_    Zip _81428_

E-mail Address _RPHAYNES1@TDS.NeT_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☒ e-mail materials only  ☐ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☒ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group
☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*
Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)
☐ Another State (which): _____    ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here?  Months: _____  Years: _/_

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _Life STYLE_

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_Keeping this environment clean and safe water, AIR._
_The north fork valley is the largest concentration of_
_organic growers in Colorado, oil and gas production_
_will cause growers to loose their "organic" standard._
_Then it's just Another INDUSTRIAL region._

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
!65 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078534



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Grady_   Last Name _Harper_   Date _1-12-09_
Mailing Address _10820 3475 RD_
City _Hotchkiss, CO_   _81419_   State _____   Zip _____
E-mail Address: _grady @ nfria.org_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☒ Individual (no affiliation)   ☒ Non-profit Organization   ☐ Citizen's Group
☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _North Fork River Improvement Assn._

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area.*
Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope)   ☐ Colorado (front range or plains)
   ☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _22_

Why do you live here? ☒ Occupation ☒ Family ☐ Proximity to public lands ☐ Recreational Opportunities
   ☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

That irresponsible drilling does not happen similar to Garfield County.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Minimize Physical disturbance.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Encourage use of directional drilling to minimize surface disturbance

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Encourage responsible recreation ie leave no trace designated off-road trails

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
165 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078536



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _GSNE_          Last Name _GOFFW_          Date _1/12/10_

Mailing Address _37602 FRUITLAND MESA RD_

City _CRAWFORD_          State _COLO_          Zip _81415_

E-mail Address _gene @ paonia · com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?          Yes: ☑ e-mail materials only   ☐ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)          ☐ Non-profit Organization          ☐ Citizen's Group

☐ Federal, State, or Local Government          ☐ Elected Representative          ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☑ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☐ Occupation ☐ Family ☑ Proximity to public lands ☑ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

There is no need to lease more oil & gas areas – so much has been leased that hasn't been developed. Regulation of toxic drilling fluids & fracking fluids is necessary. No leasing should occur until Congress can act to remove exemptions for oil & gas. Health effects from oil & gas are serious – ozone & other airborne substances – since whole sale development of oil & gas my allergies are getting worse & friends who never had allergies now have them. My eyes are often irritated.

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

.M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078538



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be
submitted via e-mail to uformp@blm.gov.

First Name _Bill_    Last Name _Ela_    Date _1/12/10_

Mailing Address _30507 L Road_

City _Hotchkiss_    State _CO_    Zip _81419_

E-mail Address: _silvera1@TDS.net_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be
shared)?    Yes: ☒ e-mail materials only   ☐ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)          ☐ Non-profit Organization          ☐ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative          ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _BLM-SW-RAC_

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope)  ☐ Colorado (front range or plains)
     ☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____   Years: _____

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands  ☐ Recreational Opportunities
☒ Other _Fruit production + marketing_

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

1. Travel plans
1. Revamping fire management plans
2. Future of biomass as alternative fuel source for energy
3. Travel plans

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Beetle kill – no action unless usable for biomass future.
SAD     – action before root kill is best science I'm aware of.
I've control – limit to ¼ mile at public land-private land interface –
at mandatory shared expenses (gov. & private owners).
limits on logging, mining etc. – that interfere with
natural fire cycles. No action without request by private owners.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Definite limits on all motorized travel & to some extent mtn biking
– except on designated routes carefully signed & enforced –
consider use of a crimestoppers regimen.

Please provide any additional comments that you have regarding this project.

Keep the RAC activities to promote public-private collaboration &
education.

**(Please tri-fold this sheet & tape shut before mailing – Do not staple)**

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Andrew_   Last Name _Coonan_   Date _01.13.2010_

Mailing Address _34634 Powell Mesa Rd._

City _Hotchkiss_   State _CO_   Zip _81419_

E-mail Address: _andrew.coonan@hotmail.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: [✓] e-mail materials only   [ ] e-mail and hard-copy materials   [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[✓] Individual (no affiliation)   [✓] Non-profit Organization   [ ] Citizen's Group

[ ] Federal, State, or Local Government   [ ] Elected Representative   [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? [ ] Unit 1 [ ] Unit 2 [ ] Unit 3 [ ] Unit 4 [ ] Unit 5 [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: [ ] Colorado (west slope) [ ] Colorado (front range or plains)
[ ] Another State (which): _____ [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _3m_ Years: _3 1/2 yrs._

Why do you live here? [✓] Occupation [ ] Family [ ] Proximity to public lands [✓] Recreational Opportunities
[✓] Other _agriculture_

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

This area is the only preserved land area that is able to support _uncontaminated_ agricutural economic development, ie orchards! remaining in the state.

Please, Please, Please ensure the viablity of agriculture & clean water — by not allowing oil + gas dev Drilling!

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

None.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

allow all drillable leases to expire and ensure public land trost(s) to remain.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

ensure community + agricultural development.
Not oil + gas devo. They're all econ. dev.
please start w/ com. + ag.

Please provide any additional comments that you have regarding this project.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stam
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _William_   Last Name _Bear_   Date _1-12-2010_

Mailing Address _P.O. Box 483_

City _Paonia_   State _Colo_   Zip _81428_

E-mail Address: _bbear@bowieresources.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: [✗] e-mail materials only   [ ] e-mail and hard-copy materials   [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[✗] Individual (no affiliation)   [ ] Non-profit Organization   [ ] Citizen's Group

[ ] Federal, State, or Local Government   [ ] Elected Representative   [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? [ ] Unit 1 [✗] Unit 2 [ ] Unit 3 [ ] Unit 4 [ ] Unit 5 [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: [ ] Colorado (west slope)   [ ] Colorado (front range or plains)
[ ] Another State (which): _____   [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _60_

Why do you live here? [✗] Occupation [✗] Family [✗] Proximity to public lands [✗] Recreational Opportunities
[ ] Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

**What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?**

BLM planning must balance a lot of conflicting wants. But BLM needs to preserve access to minerals. Coal, oil and gas, uranium and sand and gravel. These minerals are used to provide needs to the nation, jobs to residents, tax revenue to governments. Land removed from development reduces all of the above.

Secondly the BLM needs to provide access for ATV and motor sports to the citizens.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

These are public lands so individuals should have access but organized groups need to be monitored. This would include commercial, and other organized groups even if it is something as simple as a boy scout group.

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

_M, Uncompahgre Field Office
465 S. Townsend Ave.
ontrose, CO 81401

Place Firs
Class Stan
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

# DELTA
# JANUARY 13, 2010

No completed comment forms were received.

BLM_0078545

BLM_0078546

# MONTROSE
# JANUARY 14, 2010

BLM_0078547

BLM_0078548



# Uncompahgre
# Resource Management Plan


NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name __Rick__   Last Name __Weaver__   Date __1/14/10__

Mailing Address __17000 6200 RD__

City __Montrose__   State __CO__   Zip __81403__

E-mail Address: __rweaver@del-mont.com__

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: [X] e-mail materials only   [ ] e-mail and hard-copy materials   [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[X] Individual (no affiliation)   [ ] Non-profit Organization   [ ] Citizen's Group
[ ] Federal, State, or Local Government   [ ] Elected Representative   [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area?   [ ] Unit 1   [ ] Unit 2   [X] Unit 3   [ ] Unit 4   [ ] Unit 5   [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in:   [ ] Colorado (west slope)   [ ] Colorado (front range or plains)
[ ] Another State (which): _____   [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here?   Months: _____   Years: __22__

Why do you live here?   [ ] Occupation   [ ] Family   [X] Proximity to public lands   [X] Recreational Opportunities
[ ] Other _____

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

PLEASE MAINTAIN PUBLIC ACCESS TO EXISTING ATV TRAILS THAT PROVIDE OPPORTUNITIES FOR THOSE WITH LIMITED HIKING ABILITY TO ENJOY PUBLIC LANDS.

ALSO, PLEASE ALLOW OIL & GAS & URANIUM EXPLORATION & EXTRACTION TO PROCEED WITH REASONABLE ENVIRONMENTAL CONTROLS.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM 0078551

I had no Idea that there were so many noxious weeds in the state of Colorado, and in the world. I am glad that I now know about these weeds so that I can watch out for them. Thanks for the information.

Montrose Meeting

Montrose meeting

I had no Idea that 1report could be so long↓↓↓

BLM_0078552

# RIDGWAY
# JANUARY 19, 2010

BLM_0078553

BLM_0078554



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Gordon_     Last Name _Reichard_     Date _1.19.2010_

Mailing Address _P.O. Box 369_

City _Ridgway_     State _CO_     Zip _81432_

E-mail Address: _gordon@fellmed.org_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☒ e-mail materials only ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)     ☐ Non-profit Organization     ☒ Citizen's Group
☐ Federal, State, or Local Government     ☐ Elected Representative     ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _Ridgway Trails Grp/TRED_

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☒ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____     ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _10_

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands ☒ Recreational Opportunities
☐ Other _____

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Trails in the Ridgway area for Hiking & Biking

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00 am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

OVER ►

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

We are excited to work with you.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078556



# Uncompahgre
## Resource Management Plan


NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Tim_    Last Name _Patterson_    Date _1-19-10_

Mailing Address _Box 2086_

City _Ridgway_    State _CO_    Zip _81432_

E-mail Address: _____

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☐ e-mail materials only  ☐ e-mail and hard-copy materials    ☑ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group
☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area?  ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☑ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in:  ☐ Colorado (west slope)   ☐ Colorado (front range or plains)
☐ Another State (which): _____    ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here?  Months: _____  Years: _10_

Why do you live here?  ☐ Occupation ☐ Family ☐ Proximity to public lands ☑ Recreational Opportunities
☐ Other

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_Failure to address a proper permit allocation system on the San Miguel River._

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

OVER ▶

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Modification to current outfitter permit system allowing new outfitters to participate in areas where management objectives are not being met by existing outfitters — non-use, use it or lose it.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

• permit reallocation implimented for rafting & fishing outfitters
• Follow penalties for non-use issues regarding existing outfitters
• explore different "launch times" in order to spread out peak time use

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

• increase access points and user groups in surrounding communities. Allow for regional outfitters with ability to run trips for localized visitors, as opposed to non-regional outfitters which can not serve the general

Please provide any additional comments that you have regarding this project.

public goal of guided access,

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM. Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0078558

The whole of the San
Miguel river needs and
deserves Wild & Scenic designation.
The steep canyon side
provide essential wildlife
habitate and scenic values
Saltado Creek is the wildest
accessible (if you wade the river)
area in this region. The
Bill Carstens subdivisions of the
properties on the mesa above
provide good protection
Bever creek while logged in
the 60s still provides good over

BLM 0078560

habitate and scenic values, plus amazing fishing. A trail for pedestrians could help restore the logging damage and give the public access to a wonderful canyon experience. No dams please. Put that myth to sleep.

George Greenbank

Rubideux creek needs federal protection to prevent the State of Colorado Prison Camps from totally taking and interesting area fully of pre-historic indian sites, wildlife and scenic values.

The same goes for Escalante Creek. A plan could help preserve the Ranching way of life.

George Greenbank

BLM_0078561

BLM_0078562

# NORWOOD
# JANUARY 20, 2010

No completed comment forms were received.

BLM_0078563

BLM_0078564

# NATURITA
# JANUARY 21, 2010

BLM_0078565

BLM_0078566

Laurie J.Smith
P.O. Box 667
Nucla, CO 81424
(970)864-2267
xyzcattlequeen@hotmail.com

January 21, 2010

BLM Uncompahgre RMP
2465 S. Townsend Ave.
Montrose, CO  81401

To Whom It May Concern:

About Us:  We are lifetime West End Montrose County residents.  We are ranchers and
holder of BLM and Forest grazing permits.  We also own a drilling business and have a
water well drilling license for Colorado and Utah.  We live here because it has been our
home for generations,  we love the lifestyle and want to preserve it.

Our concerns for the RMP of the Uncompahgre  are:

The local residents opinions should be given more consideration than those who do not
live within the area.  Local resident's lives are effected more because of the decisions
made by government officials who lack understanding of the area.

 Do not designate any segment of the San Miguel/Dolores river as "wild and scenic".
This river does not flow enough water consistently throughout the year to even allow
access to it.   We feel this steals the rights of ownership of land owners bordering the
river and endangers the existing water rights of citizens.  The river is what it is, whether
it is designated by a government agency to be  "scenic" or "wild".  The only reason to
designate it as so, is to take rights away from people who own  them and  to redistribute
them.   We do not have the infrastructure to support more people.  Designation of this
sort should be for rivers with consistently higher flow rates and near more populated
areas  to benefit more people with less environmental impact.

Exploration and development of oil, gas, and minerals should be encouraged under an
environmentally responsible plan.  Permitting should be streamlined and affordable.
We desperately need the revenues and jobs created by this industry.

Water development such as reservoirs, ponds, spring development and wells should be a
priority.  More areas should be roller chopped and seeded to provide a better habitat for
deer and elk.  It is irresponsible to designate hunting units as trophy hunt areas, while at
the same time constructing facilities such as OHV parks  that will increase pressure on
the wildlife.   Keep them separate.

(1) of (2)

Let wild fires burn.  Fires are a natural occurrence and are good for the environment.
Plan more controlled burns to reduce threats of wildfires.  Use livestock to reduce fuels.
If a Permittee takes a non use let other Permittees bid  on that seasons grazing.

We would like to see proof human activity, recreational or occupational  impacts wildlife
before certain activities are ordered to cease.  We are mainly referring to mating and
nesting birds.

 Put a rest stop in the canyon between Uravan and Gateway.

In closing keep the tourists where the infrastructure is in place to  manage them.  With the
Federal Deficit at its current level we don't need to be spending money we don't have on
non essential projects.   Develop the natural resources  to benefit the communities and
State.  Keep the rancher in business.  He can be an asset in rangeland water development
as well as a contributor to the sustainability of the community and state.  Most
 importantly,  give more of the management and decision making   back to the local level .

 Thank you for you consideration.

Respectfully,

Laurie J. Smith  Gordon R. Smith

(2) of (2)

BLM_0078568



# Uncompahgre
# Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name William   Last Name Lobato   Date JAN 21 2009

Mailing Address PO Box 334

City Nucla   State Colo   Zip 81424

E-mail Address: T-Lobato @ Hotmail . Com   (Lower case)

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☑ e-mail materials only ☑ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):
☐ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group
☑ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) Nucla Town Board Member

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☑ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____   ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: 6   Years: 55

Why do you live here? ☑ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Restricted Access and over regulation

*Respondents' comments, including their names and street addresses, will be available boxes for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Open roads that you have closed, Do more main tence on existing Access.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Reduce Red TApe And Cost for drilling ANd mining,

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Open public lands TO All uses, , Reduce Regulation

Please provide any additional comments that you have regarding this project.

These land have Survied many years of mining drilling exploration And recreation and they will Continue.

*(Please tri-fold this sheet & tape shut before mailing — Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

# TELLURIDE
# FEBRUARY 3, 2010

No completed comment forms were received.

BLM_0078571

BLM_0078572

Annex 3
# Methodology of quantification and analysis

BLM_0078573

# Annex 3
# Methodology of quantification and analysis

## 3.1 Trends in land use for livestock

**Methodology developed to assess arable land use for livestock**

Derived from *nations' water footprints*, by Chapagain and Hoekstra, 2004.

Categories of arable crops included in the analysis are:

- cereals, e.g. wheat, maize, barley, buckwheat, sorghum, rye, millet, oats, mixed grains, rice paddy;
- oilseeds and fruits for oil, e.g. soybeans, sunflower, safflower, rapeseed, linseed, groundnuts, cottonseed, mustard seed, hempseed, coconut, oil palm fruit, olives, kapok fruit;
- roots and vegetables, e.g. cassava, yams, potatoes, sweet potatoes, cabbages, pumpkins, sugarcane, lupins, vetches, carobs, plantains;
- pulses, e.g. peas, beans, lentils ; and
- fruits, e.g. watermelons, apples, bananas, dates, citrus fruit.

The calculation differentiates crops fed directly (in their primary form) to livestock from those that are first processed, and for which by-products only are fed to livestock. Crop residues were not included because of data unavailability.

a) Direct feed products include primary crops obtained directly from the land and which do not undergo any real processing. Arable land area is obtained as the ratio of the feed element to the sum of the total supply utilization elements times the total area harvested .

b) By-products/derived feed products include:

- cake from processing of oilseeds and fruit for oil;
- bran, flour (maize and wheat), gluten (maize and wheat) and germ (maize and wheat) from processing of cereals;
- citrus pulp; and
- molasses from the processing of sugarcane and sugar beet

The quantity of harvested crop that is processed is first obtained from statistical databases. The arable land related to the amount of processed harvest is then calculated using the same technique as described above for direct feed.

As a next step we need to find out what fraction of this land can be ascribed to the production of by-products for feed. To obtain this we further multiply the arable land area related to processed product by the value fraction of the by-product with comparison to all product(s) from processing. The result is the amount of land attributed to the by-product.

The following data sources were used:

- FAO Supply utilization accounts (SUAs) the accounts give a detailed breakdown of the amount of crop supplied and how much is utilized in the different uses such as food, feed, waste, processing, seed and other, in a given period. The accounts also specify the area harvested, yield, production and area sown (FAO, 2006b). International commodity prices for primary products and derived products: (Chapagain and Hoekstra, 2004 and FAO international commodity prices)
- Commodity/product trees: These give the extraction rates/product fractions i.e. the

379

BLM_0078574

amount (in percentage terms) of the processed product concerned obtained from the processing of the parent product (FAO commodity Trees and Chapagain and Hoekstra, 2004).

## Selected results

### EU -15

**EU-15: trends in land-use area for livestock production**

**Trends in land-use area for livestock production and production of meat and milk**

### OECD

**OECD: trends in land-use area for livestock production**

**Trends in land-use area for livestock production and production of meat and milk**

## SOUTH AMERICA





## BRAZIL





BLM_0078576

## SUB-SAHARAN AFRICA



**Sub-Saharan Africa: trends in land-use area for livestock production**



**Trends in land-use area for livestock production and production of meat and milk**

## SOUTH ASIA



**South Asia: trends in land-use area for livestock production**



**Trends in land-use area for livestock production and production of meat and milk**

BLM_0078577

## EAST AND SOUTHEAST ASIA



**East and Southeast Asia: trends in land-use area for livestock production**



**Trends in land-use area for livestock production and production of meat and milk**

## CHINA



**China: trends in land-use area for livestock production**



**Trends in land-use area for livestock production and production of meat and milk**

383

BLM_0078578

## OCEANIA



Oceania: trends in land-use area for livestock production

- Arable land for feed crops
- Pasture
- Total agricultural land for livestock



Trends in land-use area for livestock production and production of meat and milk

- Pasture
- Milk production – excluding butter
- Meat production
- Arable land for feed crops

## 3.2 Current enteric fermentation methane emissions per production system, species and region

Much of the information used by the IPCC to establish region-specific default emission factors for methane was published twenty years ago. As described in Chapter 2, livestock production characteristics in many regions have evolved considerably since then. An assessment was made for this report to evaluate the resulting discrepancy. The IPCC Tier 2 methodology was used to derive enteric fermentation emission factors for the most important animal categories dairy and other cattle (Houghton *et al.*, 1997).

The following data were required to derive the average daily energy intake of the animal, which is then combined with a methane conversion factor for specific feed types:

- live weight;
- average daily weight gain (not relevant for dairy cattle);
- feeding situation (confined, grazing good pasture, extensive grazing);
- milk production per day;

- work performed per day (draft animals not relevant for dairy cattle);
- proportion of cows that give birth per year; and
- feed digestibility.

For each region and production system, average milk yield per dairy cow and mean livestock weight for other cattle were taken from the FAO database. Other data required were derived from the IPCC Guidelines Reference Manual (Houghton *et al.*, 1997), Table A3.1, appropriate to each world region. Feed digestibility and methane conversion rates were derived both from Houghton *et al.* (1997) and the EPA Livestock Analysis Model.

For all other livestock types, the Tier 1 approach was used as more detailed activity data were not available and the sources are relatively minor compared with cattle.

Therefore, for buffaloes, sheep, goats and pigs, default emission factors as given in Table 4-3 of the IPCC manual were used, with that for 'Developed countries' being used for 'Industrial

BLM_0078579

TABLE A3.1

Enteric fermentation emission factors (EF) for cattle (kilogram $CH_4$ per head per year) by production system and world region. Tier 2 based estimates compared to tier 1 emission factors

| Region | Dairy cattle | | | | Other cattle | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Grazing | Mixed | Weighted EF | Tier 1 EF | Grazing | Mixed | Industrial | Weighted EF | Tier 1 EF |
| Sub–Saharan Africa | 79 | 39 | 60 | 36 | 44 | 27 | - | 36 | 32 |
| Asia  excluding China and India | 79 | 53 | 54 | 56 | 66 | 38 | - | 38 | 44 |
| India | 70 | 45 | 45 | 46 | 41 | 17 | - | 18 | 25 |
| China | 102 | 63 | 84 | 56 | 85 | 38 | - | 49 | 44 |
| Central and South America | 93 | 62 | 78 | 57 | 58 | 33 | 23 | 47 | 49 |
| West Asia and North Africa | 91 | 60 | 61 | 36 | 49 | 31 | - | 32 | 32 |
| North America | 115 | 100 | 100 | 118 | 50 | 33 | 26 | 35 | 47 |
| OECD excluding North America | 102 | 97 | 98 | 100 | 45 | 27 | 26 | 32 | 48 |
| Eastern Europe and the CIS | - | 59 | 59 | 81 | - | 45 | 24 | 41 | 56 |
| Other developed | 96 | 129 | 99 | 36 | 45 | 27 | 28 | 45 | 32 |

*Source:* Own calculations.

systems' where appropriate (e.g. for intensively reared swine in developing countries).

Table A3.1 allows us to compare the results with the currently used IPCC Tier 1 emission factors. In comparison, the main effects of using IPCC Tier 2 methodology to derive enteric fermentation methane emission factors for cattle have been:

- an increase in the weighted average emission factor for dairy cattle in most developing regions (by the proportion of animals associated with each livestock system); and
- a decrease for other cattle in OECD and transition regions.

The main reasons for these differences is better differentiation of both the feed digestibility and methane conversion factors associated with different feed types according to production system. For dairy cattle, IPCC default Tier 1 assumes feed digestibility of 60 percent for all regions except North America (65 percent) and India (55 percent), and a methane conversion factor of 6 percent for all regions.

For the Tier 2 approach, feed digestibility and methane conversion factors were estimated for the different production systems and world regions according to recommendations given by the US-EPA (EPA Ruminant Livestock). Following these, common feed digestibility for cattle ranges from 50 to 60 percent for crop by-products and rangelands; 60 percent to 70 percent for good pastures, good preserved forages, and grain supplemented diets; and 75 to 85 percent for high quality feedlot grain diets. The methane conversion factor for 'good quality feeds' is given as 6 percent, while that for 'poor quality feed', which might be taken to describe pastoral systems in most developing countries, is given as 7 percent. Therefore, the association of low feed digestibility and high methane conversion factor in pastoral systems, in developing countries, where both of these apply, has led to a greater emission factor being derived using Tier 2 methodology in these systems than those given under Tier 1. In addition, there were some differences in the default milk yields used to obtain the Tier 1 values and those derived from recent FAO statistics and used in the Tier 2 calculations. Obviously, great improvements to the estimates of emission factors could be made if more data on nutrition and production were available.

385

BLM_0078580

## 3.3 Current manure methane emissions per production system, species and region

As in the case of the enteric fermentation emission factors, the IPCC default manure methane emission factors were established some time ago and may not represent the current situation correctly. The structural changes in the livestock sector may have an important impact on overall methane emissions from manure.

Again an assessment was made for this report to evaluate the discrepancy: an IPCC Tier 2 approach was used to derive the methane from manure management emission factors for dairy cattle, other cattle and pigs (Houghton *et al.*, 1997). The emission factor per head was derived from the calculated volatile solids (VS) content of the manure per livestock type, together with an estimate of the methane-producing potential of the manure (Bo value) and a methane conversion factor, dependent on the manure management system.

Calculating VS required data for feed energy intake, digestibility and ash content of manure. For dairy cattle, the feed energy intake as calculated in the enteric fermentation emission factors was used, together with default IPCC values for digestibility and ash. For other cattle and pigs, default IPCC values for these parameters were used. For industrial pig systems in developing regions, we used values otherwise applied to developed countries. Emission factors were derived with the following assumptions for manure management system allocations:

- For cattle (dairy and other) in a grazing production system it was assumed that all manure management would be regarded as pasture/range management (i.e. 100 percent in that category).
- For 'other cattle' on an 'industrial' system it was assumed that all manure management would be regarded as 'drylot' (i.e. 100 percent in that category).
- The remaining cattle manure management categories (see Houghton *et al.*, 1997) were

assumed to be associated with 'mixed' production systems, with the assumption that pasture/range was 15 percent of manure for mixed dairy systems and 20 percent for mixed beef systems.

- For pigs, responses to survey questionnaires were used together with the assumption that in developed countries, industrial systems would be predominantly slurry/lagoons with over one month of storage.
- For other livestock, default values (Houghton *et al.*, 1997) were used for appropriate systems ('developed' = 'industrial') and temperature regions. Again, this Tier 1 approach was used because less activity data were available for these livestock categories and they represented minor emission sources.

For the manure management methane emission factors, the IPCC Tier 2 methodology has again given estimates that are often greater than the Tier 1 defaults (Table A3.2), giving particularly large values for industrial systems. This is largely owing to the use of revised methane conversion factors for slurry storage systems as given by IPCC, 2000. These were increased from 10, 35 and 65 percent for cool, temperate and warm climates, respectively (being the values on which the Tier 1 default values are based) to 39, 45 and 72 percent for cool, temperate and warm climates, respectively. In addition, the feed digestibility characteristics, as described above, influenced the calculation of the manure volatile solids output per animal, on which the manure management methane emission factor is based.

The impact of the difference of course depends on the relative importance of the corresponding livestock populations, as well as whether Tier 1 factors are currently used (non-Annex 1, i.e. developing, countries). In this respect the increase of the estimated emission factor with respect to Tier 1 for cattle in Africa and the CIS is important to note. Similarly pig emission factor differences in rapidly industrializing developing regions such as Asia (particularly China) and

BLM_0078581

Table A3.2

**Manure management methane emission factors (EF) for cattle (kilogram CH$_4$ per head per year) by production system and world region. Tier 2 based estimates compared to tier 1 emission factors**

| Region | Dairy cattle | | Other cattle | | Pigs | |
|---|---|---|---|---|---|---|
| | Weighted EF | Tier 1 EF | Weighted EF | Tier 1 EF | Weighted EF | Tier 1 EF |
| Sub–Saharan Africa | 2.5 | 1 | 1.5 | 1 | 1.6 | 2 |
| Asia  excluding China and India | 18.6 | 16 | 0.8 | 1 | 7.4 | 4-7 |
| India | 5.3 | 6 | 1.5 | 2 | 12.4 | 6 |
| China | 12.9 | 16 | 1.0 | 1 | 7.6 | 4-7 |
| Central and South America | 2.4 | 2 | 1.0 | 1 | 9.6 | 2 |
| West Asia and North Africa | 3.8 | 2 | 2.4 | 1 | 1.7 | 6 |
| North America | 51.0 | 54 | 9.5 | 2 | 22.7 | 14 |
| OECD excluding North America | 41.8 | 40 | 10.9 | 20 | 11.1 | 10 |
| Eastern Europe and the CIS | 13.7 | 6 | 9.1 | 4 | 2.8 | 4 |
| Other developed | 12.8 | 1 | 1.9 | 1 | 21.7 | 6 |

*Source:* Own calculations.

Latin America will induce differences between our quantification and existing ones.

## 3.4 Estimating water consumption for feed production

Generally the estimation of the amount of water consumed by a particular crop is done in a mechanistic manner, using a more or less sophisticated modelling approach. At the regional and global level these approaches are generally simple and, therefore, subject to strong assumptions. Chapagain and Hoekstra (2004) for example, estimating water footprints of nations, base their crop water use estimate on the method of Allen *et al.* (1998), multiplying a reference crop evapotranspiration with a crop coefficient.

Crop variety and climate are considered in the method of the latter author, but climate is not considered by Chapagain and Hoekstra (2004). It is supposed that adequate soil water is maintained by rainfall and/or irrigation so that it does not limit plant growth and crop yield. This leads to considerable overestimates in the warm and drier regions, which the authors claim to be compensated by their neglect of irrigation losses, but the latter locally unused portion of irrigation water is now widely acknowledged as not being lost at all (Molden and de Fraiture (2004).

For this report, we circumvented such problems by adopting a more deductive approach: detailed spatial information on arable land in general as well as separately for a number of important feedcrops has recently become available at the global level. This information was combined with spatially detailed and calibrated water balance and irrigation water-use estimates (FAO, 2003a: Box 4.3). The water balance calculation considers local precipitation, reference evapotranspiration, soil moisture storage properties, extents of areas under irrigation and irrigated areas for all major crops. Irrigation water consumption (in equipped areas) is calculated as the water required in addition to water from precipitation (including runoff from upstream areas) for optimal plant growth during the growing season.

This information avoids using statistics on water use or withdrawal, which would involve the difficult consideration of irrigation efficiency. At the same time the detailed information on the spatial distribution of important feed crops

387

BLM_0078582

livestock's long shadow

avoids having to combine the previous water consumption information with national level yield statistics, which would have been incompatible with assumptions of the water balance calculation.

One important difficulty remained though: before overlaying the overall crop maps with the irrigation and rainfed water consumption maps it needs to be determined in what locations crops are destined to be used for feed. Such information does not exist at the global level. However, we can assess the situation using two possible extreme hypotheses:

**Hypothesis 1: *spatial concentration of feed.*** Certain areas are entirely dedicated to the production of feed, and by matching their production with the national feed production statistics it is assumed that feed production elsewhere is insignificant.

**Hypothesis 2: *area wide integration of feed.*** Supposing a uniform distribution of both food and feed across cropland, it is assumed that anywhere where one of the considered crops is cultivated, a portion of the production equal to the national average is dedicated to feed.

In order to get an idea of the precision with which feed water consumption can be estimated, we used both approaches. A large difference between the two results would have suggested considerable uncertainty. The actual results (given in Chapter 4) show that the two approaches yield similar outcomes, indicating a degree of confidence in the results. Unfortunately, the detailed global crop maps are only available for a limited number of feedcrops. The crops considered in this assessment are barley, maize, wheat and soybean (hereafter called BMWS).

The area corresponding to hypothesis 1 is estimated in the following way: BMWS production dominates total local crop production. In addition, the combined production of barley, maize and soybean in this area is to be much larger than that of wheat (of which, generally, considerably less is used for feed). This latter criterion was used as an adjustable parameter

to calibrate the area's size with respect to the national statistics on the barley, maize and soybean combined harvested area. Areas of BMWS production dominance were defined as those areas where the combined yield (making use of a recent detailed cropland area fraction map; exceeds 100 tonne/km$^2$. In the resulting areas country specific "aggregate" feed fractions are used to attribute water consumption in the area to the production of feed. This aggregate fraction is calculated as a weighted mean based on the production of barley, maize and soybean in the area and their corresponding national average feed use fractions (FAO, 2006b). In the particular case of soybean a fixed fraction of 66 percent was used, corresponding to the soymeal value fraction (Chapagain and Hoekstra, 2004).

Under hypothesis 2 the entire BMWS area covered (as shown in the respective crop production maps) is considered to produce feed, but only to the extent corresponding to the national feed fraction of production (according to the supply utilization accounts in FAO). Again for soybean the 66 percent value fraction is used. Dividing the resulting summed BMWS feed production by the total summed BMWS production results in a map of local BMWS feed production fractions. In a final step towards determining the local fraction of water consumption for feed, the feed production fractions are multiplied by the BMWS cultivated fraction of the area (respective to other crops). These area fractions are defined as the sum of the individual crop areas (estimated by dividing production maps by national average yields) divided by the total cropped area.

The maps at the end of this annex show the contrasting feed production distributions resulting from both approaches. The apparent contrast in the corresponding water consumption is less dramatic than it seems, because different portions of consumption are attributed locally to the production of feed under the two hypotheses. These portions are generally higher under hypothesis 1 than under hypothesis 2.

The BMWS feed water consumption that

BLM_0078583



Map 1 Water consumption for feed production: barley, maize, wheat and soybean

100% of BMWS water use for feed

0% of BMWS water use for feed

National boundaries

100% of BMWS water use for feed

0% of BMWS water use for feed

National boundaries

*Source:* LEAD. Feed production areas (all non-white land area) and the feed fraction of BMWS water use resulting from Area Wide Integration of Feed approach (top map) and the Spatial Concentration of Feed approach (bottom map).

389

BLM_0078584

results from this assessment (Table 4.7) does not represent the entire water consumption for the production of feed. Figures 2.6 and 2.7 (Chapter 2) showed that these four crops together constitute about three quarters of feed concentrates for pig and chicken, i.e. the global total water consumption for feed may roughly correspond to 1.3 times that of BMWS feed. Finally, it is worth emphasizing that these estimates exclude water consumed for the production of natural but grazed grass and cultivated fodder. Their inclusion would substantially change the feed water consumption estimates, particularly on the rainfed consumption side. However, much of the consumption of grazed grass does not have an opportunity cost as is the case for cultivated areas. Including this, if it had been possible would, therefore, reduce the environmental relevance of the result.

BLM_0078585

This report aims to assess the full impact of the livestock sector on environmental problems, along with potential technical and policy approaches to mitigation. The assessment is based on the most recent and complete data available, taking into account direct impacts, along with the impacts of feed crop agriculture required for livestock production.

The livestock sector emerges as one of the top two or three most significant contributors to the most serious environmental problems, at every scale from local to global. The findings of this report suggest that it should be a major policy focus when dealing with problems of land degradation, climate change and air pollution, water shortage and water pollution, and loss of biodiversity.

Livestock's contribution to environmental problems is on a massive scale and its potential contribution to their solution is equally large. The impact is so significant that it needs to be addressed with urgency. Major reductions in impact could be achieved at reasonable cost.

ISBN 978-92-5-105571-7

9 789251 055717

TC/M/A0701E/1/11.06/5000

BLM_0078586

IN

Received

FEB  9 2010

Uncompahgre Field Office

Feb. 5, 2010

Bruce Kickbaum
BLM project manager
2465 S. Townsend Ave.
Montrose, Co. 81401


R.E. Uncompahgre research
management plan:


Mr. Kickbaum;


1. Issues: This exhibits discrimination
to 95% of the public. The other 5%
that would be allowed to use this
area, canoes, kaiakers, and rafters
are the ones that show no recept
for the river, banks or wildlife.

   I belong to a nonprofit organization
that is very involved in the Delores
and San Miguel. We have spent
many hours picking up trash, articals
of clothing and even some hazardous
material that we properly. All on
our own time and we did it at no
cost to anyone.

1 A-PI WSR

BLM_0078587

Trash was even thrown at us by rafters who thought it was funny. These are some of the 5% that would be allowed to use this area.

2 A-PI WSR

2. Changes and modifications:
   I see no change needed. Nature made it the way it is. It is beautiful the way it is. Don't mess with mother nature.

3. Administration, management, actions, rules and regulations:

3 A-PI WSR

Inforce regulations that are already on the books. no need to add new ones when the ones you have are not being enforced. B.L.M should keep an eye on this area, it would allow you to see who is throwing trash and pollutes the river.

4 A-PI WSR

4. Social characteristics:
   Lack of cleaning up after one's self and lack of caring that some

else has to clean up after you. Lack
of recept and consideration for
wild life and land owners

5 A-PI WSR

The number of people in a party
makes no differance as long as
they recept everything.

6 A-PI WSR

5. Project Commet:

The BLM has done its best to
keep this plan as secretive as posable
from the public for its own gain.
This project needs to be forgotten and
let the people, 100% of them enjoy
the river and what nature has put
there. Let the wild life live in what
they are use too and what nature
gave them.

Everyone, including the BLM
knows that this unreasonable and
and discrimating project will not stop
where it starts.

I feel that this is just a way
deprive the public and land owners
making this a picay ground for a hand-
ful of groups. Again discrimination.