7 A-PI WSR

The BLM will eventually delet farms, ranches, fruit orchards, vineyards along with our organization which sends three children a year to camp Wapiyapi which is a camp for children with cancer.

Who in your office would like to be the one to explain to these sick children that not one of them will be able to attend this camp?

Who in your office would like to give up the food from the rancher or the fruit from the orchards? not me!

Many people cannot afford many activies except camping, panning, watching wildlife.

I am asking you to forget this project for the good of us all.

8 A-PI WSR

Sincerely

Judy Nobles
Judy nobles
P.O. box 178
Austin, Co.  81410

## THUNDER MOUNTAIN WHEELERS

P O BOX 203
DELTA CO 81416-0203
970-874-8709
wblack8709@msn.com



February 5, 2010

Transmitted electronically

US Bureau of Land Management
Uncompahgre Field Office
ATTN: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, Co. 81401

Planning Team:

Thank you for the opportunity to comment on the Uncompahgre Resource Management Plan.

Background

The Thunder Mountain Wheelers ATV Club or (TMW) for short represents approximately 450 people and businesses on the Western Slope of Colorado, mostly in the Delta and Montrose County areas who enjoy recreating on our public lands with off highway vehicles. TMW is a volunteer based non-profit environmental concerned organization that has focused on preserving and enhancing the opportunities of all OHV users in the local area since 1990. TMW enthusiasts provide not only thousands of volunteer hours, but have contributed literally hundreds of thousands of dollars over the years to public lands, through the Colorado's OHV Registration and Grant Program.

It is important to note that TMW doesn't expend its energy opposing other forms of recreation or user group, or try to undermine other activities on public lands. We recognize the diverse interests and needs of all Colorado residents and applaud, rather than oppose them.

TMW acknowledges the challenges and complexities in preparing a Resource Management Plan in trying to balance the diverse interests of the public, while protecting our natural resources. The Bureau of Land Management is a leader in providing outstanding outdoor recreation to a broad range of visitors. TMW and its members respect the planning team and their efforts to provide the information necessary to allow the public an opportunity to comment and provide data to assist the decision making process.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

## User Demographics

It must be noted that ATV's did not exist in significant numbers until about 1980. Likewise neither did the extreme 4WD vehicles. The advent of these vehicles has created a new recreational demand on public lands.

The OHV Registration Program in Colorado has grown from 55,000 registrations in 2000 to 133,000 registrations in 2009. This is a significant growth rate, yet it doesn't include licensed 4WD vehicles, licensed motorcycles, and OHV's used for agricultural. With figures like these it is paramount that the BLM in its planning process recognize this new recreational demand on public lands and carefully plan for the increased use by providing access and recreational loop trail for the OHV users.

With emphasis on loop trails, TMW has found that OHV users tend to fall into one of two categories. They are either primary or secondary users. Both groups prefer the "Middle Country" experience. Those that are primary OHV users are looking for a quality loop trail experience that typically is a reasonably long mileage opportunity from 20-60 miles in length that does not require repeated back tracking. Our years of experience have shown us that if the Land Managers provide loop trails it will almost totally prevent and eliminate the tendency for OHV users to create bandit or unauthorized trails. Those that are secondary OHV users, tend to be using the OHV for transportation only in conjunction with another form of recreation, and are more likely to be satisfied with a dead end experience. The secondary user could be a hunter, angler, sightseer, firewood collector, camper, etc. Beginning OHV users and families also enjoy these short spurs, where they know that the difficulty level is low and there is little chance of a bad experience. Both user groups enjoy experiences that the "Middle Country" offers, in terms of scenic overviews, solitude, range of topography and geology. Both user groups are tolerant of encountering groups of 8-10 fellow OHV users. Supporting the designated trail concept, both groups are content with traveling on designated trails, but neither group tolerates litter or resource damage.

The make up of the members of the TMW ATV club is mostly primary riders. The average age of the membership is 55+ years and most ride ATV's for the simple reason they still love the outdoors, but age and the lack of physical capability has caught up with them and the ATV is the only avenue they have to still enjoy their public lands.

It is a known fact that use of public land by all users has changed dramatically in the past couple decades. There are fewer overnight backpacking and camping

**USING, NOT ABUSING, OUR PUBLIC LANDS**

trips. There are now more Cars, Pick-ups and RV camping, mostly on day trips. This seems to be changing even faster with the Gen X and Gen Y folks.

TMW asks that the BLM carefully analyze and proceed to integrate these demographics into their planning process in the Uncompahgre Resource Management Plan. Please let us remind you, that user groups that are adamant about not sharing or recognizing multiple use of public lands and demand "quite use" areas such WSA's or wilderness are well provided for with literally hundreds of thousands of such areas already designated as such right around the UFO area. Also be cognizant of the fact that acre for acre the non-motorized community has three (3) times as much area per individual user to recreate on.

## SPECIFICALLY

1. <u>Issues and concerns we have regarding public land resources or uses within the Uncompahgre RMP planning area.</u>

   **  Raising issues BLM has not considered; reinforcing issues BLM has already identified

   A-G

   The BLM lands of Western Colorado mostly consist of the lower lying geographical areas prior to the start of the National Forests.  These areas have been successfully managed by the BLM for years as multiple use area for all user groups. TMW major concern during the Resource Management Plan process is the tendency of the current Federal agencies to stray from the multiple use concepts of public land management. Recent history has show the acceleration of the land management agencies toward the more restrictive environmental concept that sometimes is factually questioned by science, past history or on the ground experience. TMW encourages the BLM to be cognizance of such concerns in RMP planning and future TMP.

   **  Reasonable alternatives & information that can be used when developing alternatives.

   2
   A PI
   TM

   TMW ATV club fully supports the concept of the transformation from "ride anywhere" to "designate trails". Our paramount concern with the implementation of the new concept of public land resources is the inventory of current and existing OHV trails and Jeep roads. The long lasting effect of an accurate and complete inventory is essential in the success of future Travel Management Planning (TMP) in the upcoming specific areas.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0078593

** Show where BLM has erred in an action already completed.

3
A PI
TM

TMW would like to re-visit the complications of substantive public input created by the BLM on the Dry Creek TMP when the trail numbers were left off the public maps presented to the public for comment. This omission substantially hindered the ability of the responding public to accurately submit proper and meaningful input. Please consider such in the RMP for such action in the future.

2. Physical Changes to the landscape.

4
A PI
TM

Motorized OHV travel on the UFO has a verity of user groups ranging from standard passenger vehicles driving on maintained roads to off-highway vehicles (OHV's) traveling on primitive roads and specialized trails. Present day there is little to no signage of such routes making it very confusing for the traveling public. TMW encourages the proper posting of RMP/TMP results immediately on completion of the appropriate process.

3. Travel Management

5
A PI
TM

OHV travel is an integral part of virtually every activity that occurs on BLM public lands. Many anti-motorized user actually use either full size vehicles or OHV to gain access to the non-motorized areas. TMW strongly suggests that during the RMP the planning team have a high priority on establishing a true and accurate inventory of existing trails, roads, and pathways.

6
A PI
TM

There is a multitude of HISTORIC routes throughout the UFO management area. TMW asks that the RMP team accurately GPS the existing travel routes and be aware of these treasured travel pathways and pre-plan your future TMP to reflect such concerns. An accurate inventory is of existing trails is paramount it public input. One of the most contentious OHV issues generally comes from the removal of a HISTORIC route from the designated OHV inventory.

4. Wildland-Urban Interface

7
A PI
TM

With the continued onset of housing developments and private property in the low regions of BLM lands we ask that the RMP planning team take special note of areas that are open to motorized use, but are only accessible thru private property. Generally this has created user-created routes starting from existing routes and sometimes causes unnecessary

**USING, NOT ABUSING, OUR PUBLIC LANDS**

resource damage. Pre-planning allowing access would be fruitful in the RMP/TMP process.

*8*
*A·PI*
*FM*

TMW encourages the BLM to actively address the managing of fuels in order to prevent wildfires. Protecting the Values should be aggressively pursued with prescribed burnings and mechanical fuel reduction that will directly affect the current fuel conditions and future fire behavior.

5. Areas of Critical Environmental Concern

*9*
*A·PI*
*ACEC*

TMW ATV club is very knowledgeable about the inventory of different ACECs on public lands within the planning area. We are active in preserving these resources and work tirelessly, and contribute literally hundreds of thousands of dollars from our grant funds to protect them. We acknowledge the fact that some areas of the UFO possess significant historic, cultural, or scenic values, fish or wildlife resources, or natural hazards.

*10*
*A·PI*
*TM*
*ACEC*

TMW specifically recognizes the North Delta Adobes area as an area of critical environmental concern. We are aware of the many trails in the area that may contribute to resource proliferation. We strongly feel that the resource damage can be mitigated and believe the continued use of the area can be utilized /via/ a designated trail system.

*11*
*A·PI*
*ACEC*

We ask the RMP Planning Team to be cautious of being unduly influenced from the anti-motorized community in Protecting Significant Values. We remind the Planning Team that these restrictions are designed to protect the values and/or serve the purposed for which the designation is made. Management prescriptions are developed expressly to protect the important and relevant values of an area **NOT** from the undue influence from the environmental community.

6. Cultural & Paleontological Resources

*12*
*A·PI*
*CR*

TMW is well aware of the multitude of cultural resource sites within the UFO. Sometimes the management practices applied toward the ACECs also apply to cultural & paleontological areas.

We would like too strongly point out that to enjoy along with preserving such sites does not always consist of boots on the ground in the immediate area of such sites. Many of these sites can remain preserved and still be viewed from a distance.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

*13*
*A P I*
*C R*

TMW would entertain a collaborative effort in helping the BLM in signage and educational tools in and around such areas. For the most part our experience shows that vandalism of sites is much less likely to occur with proper education and information.

7. Visual Resource Management

*14*
*A P I*
*VRM*

*15*
*A P L*
*VRM*

*16*
*A-PI*
*TM*
*VPM*

TMW strongly encourages a comprehensive inventory and analyst of the many scenic values in the UFO. [Assigning the inventory one of the BLM Visual Resource Inventory Class Objectives is very important. Very few areas are Class 1 areas.  Most are Class 2 & 3.] The assignment of these areas obviously dictates the travel management criteria in or around the various sites. In the RMP processes please remember that such areas are historic and should be enjoyed by the public with the appropriate restrictions of preservation.  A hand's on viewing is not required to still be open and available to the public. TMW would collaboratively work with the BLM in signage and education for such areas.]

8. Recreation Planning Focus Groups

*17*
*A-PI*
*REC*

TMW commends the effort of the BLM to encourage public participation during the revising of the RMP.  The opportunity for public input is appreciated giving us input into the planning process. While we find the Mesa State College community-based focus group meetings that are designed to better understand the public's desires for recreational planning are no doubt fruitful, we do however feel that individual meetings with the various user groups would be more beneficial in the planning process where you could hear first hand on the specific user groups concerns.

*A-PI*
*TM*

We strongly suggest for future planning purposes during and after the TMP process, the BLM take a page from the Forest Service's travel management local initiative of the District Rangers and have quarterly meeting with the OHV community.  These meeting have been invaluable in continued collaborative relations and successful in understanding and acting on both parties concerns. This has provided the vehicle to get the travel management decisions implemented and then collaboratively address site specific situations or concerns.

9. Land Tenure

*A-PI*
*LIT*

Land tenure adjustments working in conjunction with the Wildland-Urban Interface process can solve many access issues that arise from urban

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0078596

encroachment. We have experienced many situations where if the possibility to secure key property necessary by land trades or purchase would greatly enhance recreational opportunities and preserve open spaces for recreation. Active participation in land trades or selling BLM property would solve and alleviate many land use issues.

Thank you,

*Walt Blackburn*

Walt Blackburn
Government Liaison Officer
Thunder Mountain Wheelers

**USING, NOT ABUSING, OUR PUBLIC LANDS**

# WISCONSIN OFF-HIGHWAY VEHICLE ASSOCIATION
# WOHVA



February 5, 2010



Received
FEB 9 2010
Uncompahgre Field Office

BLM, Uncompahgre RMP
Attn: Bruce Krickbaum
2465 South Townsend Avenue
Montrose, CO 81401

Subject: Uncompahgre Resource Management Plan Comments

Dear Mr. Krickbaum,

I am writing on behalf of WOHVA (Wisconsin Off-Highway Vehicle Association)
to express our comments on your Uncompahgre Resource Management Plan.

WOHVA is an umbrella organization representing motorized recreationists from
the ATV, OHM and 4WD communities here in the Badger State. Collectively,
WOHVA represents over 1000 Off-Highway Vehicle enthusiasts.

1
A-P1
REC

Motorized recreation is the fastest growing type of recreational activity in the
country and WOHVA appreciates the stress that this growth is putting on the
roads and trails in all of our National Forests. WOHVA encourages all OHV
enthusiasts to recreate responsibly and enjoy the great outdoors. This increase
in use has put additional congestion on already crowded roads & trails.

2
A-P1
REC

With this additional and growing demand for motorized recreational
opportunities, WOHVA does not support any Forest Plan which does not list as
an alternative the expansion of motorized recreational riding opportunities.

3
A-P1
REC

WOHVA encourages the Forest Service to work with motorized recreational
groups to develop a partnership with these groups. It is our belief that by
working with motorized recreational volunteer groups the Forest Service can
find solutions to some of their financial and budgetary restrictions.

BLM_0078598

● Page 2                                                    February 5, 2010

Thank you for your time and I am available to answer any questions that you may have.  Feel free to contact me on this and any other issue which involves OHV recreation.


Happy Trails,

John G Schnorr
Executive Director
Wisconsin Off-Highway Vehicle Association
P.O. Box 1865
Fond du Lac, WI  54936-1865
ceo@WOHVA.com

<u>Mission Statement</u>
The Wisconsin Off-Highway Vehicle Association exists for the sole purpose of proactively assuring that public and private off-highway motorized vehicular recreational opportunities are expanded in Wisconsin for safe use by this and future generations.

IN



# Uncompahgre
# Resource Management Plan


NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be
submitted via e-mail to uformp@blm.gov.

First Name _HAROLD_    Last Name _HILLIS_    Date _02-06-10_

Mailing Address _846 ORCHARD RD_

City _MONTROSE_    State _CO_    Zip _81403-4538_

E-mail Address: _COFISHINGUY@YAHOO.COM_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be
shared)?    Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☒ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _5_ Years: _53_

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☒ Other _RETIRED_

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors,
friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are
any other comments. When answering the following questions, reference as appropriate the planning units on the map titled
Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time
to provide your input.*

---

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_IF THE SAN MIGUEL RIVER IS MADE A WILD/SCENIC RIVER
WHAT WILL BE THE DISPOSITIONS OF EXISTING GOLD CLAIMS ON
THE RIVER? WILL MOTORIZED EQUIP, I.E. DREDGES AND HIGH BANKERS
BE PROHIBITED?_

1 A-PI WSR

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to
4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street
address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be
honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or
businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

*I WOULD CHANGE NOTHING- AND KEEP, THE RIVER AS IT IS, AND KEEP ITS MANY USES INTACT W/O FURTHER DESIGNATION,*

2 A-PI WSR

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

---

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

 

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401


FEB 08 2010

8140185438 C003

BLM_0078601

In addition to a letter and two attachments submitted via e-mail to the project e-mail address (*uformp@blm.gov*), Jonathan B. Ratner, Director of the Western Watersheds Project, Wyoming Office, submitted 14 e-mails containing supporting documentation for consideration. The documents attached to the following e-mails from Mr. Ratner are on CD-ROM entitled *Uncompahgre RMP Scoping Comments, Jonathan B. Ratner, Director, Western Watersheds Project, Wyoming Office.*

### Scoping Part 1

BLM (United States Department of the Interior, Bureau of Land Management). 1989. Manual 4400: Rangeland Inventory, Monitoring, and Evaluation. Rel. 4-97. BLM, Washington DC. November 28, 1989. 14 pp. (File name: *BLM Monitoring Manual 4400.pdf*)

_____. 2001a. Manual 6840: Special Status Species Management. Rel. 6-121. BLM, Washington DC. January 17, 2001. 51 pp. (File name: *BLM Sens Species Manual6840.pdf*)

_____. 2001b. Handbook H-4180-1: Rangeland Health Standards. Rel. 4-107. BLM, Washington DC. January 19, 2001. 57 pp. (File name: *WO Directive on S&G Handbook 4180.pdf*)

_____. 2004a. Excerpt from: Proposed Upper Deschutes Resource Management Plan/Final Environmental Impact Statement. BLM, Prineville District, Deschutes Resource Area. September 2004. Vol. I: xxxiii. (File name: *Prineville BLM - Alternatives Grazing Comparison Chart.pdf*)

_____. 2004b. Excerpt from: Proposed Upper Deschutes Resource Management Plan/Final Environmental Impact Statement. BLM, Prineville District, Deschutes Resource Area. September 2004. Vol. I: 170. (File name: *Prineville BLM - Grazing Matrix Table.pdf*)

_____. 2004c. Excerpt from: Proposed Upper Deschutes Resource Management Plan/Final Environmental Impact Statement. BLM, Prineville District, Deschutes Resource Area. September 2004. Vol. III: 50-58. (File name: *Prineville BLM - Grazing Guidelines - Allotment Evaluations.pdf*)

Bray, Gene E. 2008. State Minimum Monitoring Standards. February 8, 2008. (File name: *StateMinMonStds.rtf*)

GAO (United States Government Accountability Office). 2007. Department of the Interior: Major Management Challenges. Statement of Robin M. Nazzaro, Director, Natural Resources and Environment. Testimony Before the Committee on Natural Resources, House of Representatives. GAO-07-502T. 35 pp. (File name: *GAO DOI Major Challenges.pdf*)

Unknown. Undated. The Grazing Decision "Matrix" in the BLM Upper Deschutes Resource Management Plan. 2 pp. (File name: *Prineville BLM - Grazing Matrix Memo.doc*)

### Scoping Part 2

BLM (United States Department of the Interior, Bureau of Land Management). 2003. Instruction Memorandum 2003-074: FY 2003 General Drought Management Direction. BLM, Washington DC. January 28, 2003. 8 pp. (File name: *BLM - Appendix 2 Drought Policy.pdf* [Note: Same as *Appendix 2 Drought Policy.pdf*])

---

BLM_0078602

Leffert, R. L. 2005. Caribou National Forest Riparian Grazing Implementation Guide Version 1-2. US Department of Agriculture, National Forest Service, Caribou/Targhee National Forest. December 28, 2005. 94 pp. (File name: *Riparian Grazing Guide Caribou NF.pdf*)

Loomis, John B., Thomas C. Brown, and John C. Bergstrom. Undated. PowerPoint: Valuation of Ecosystem Services of Rangeland Resources. (File name: *New Loomis Brown Valuation of Rangeland Ecosystem Services.ppt*)

Moskowitz, Karyn and Chuck Romaniello. 2002. Assessing the Full Cost of the Federal Grazing Program. Prepared for the Center for Biological Diversity. October 2002. 36 pp. (File name: *Assessing_the_full_cost.pdf*)

Power, Thomas Michael. 2007. An Economic Review of the Fishlake National Forest's Rejection of the Sustained Multiple Use Grazing Alternative for the Tushar Range Grazing Allotments. Prepared for the Grand Canyon Trust. February 2007. 34 pp. (File name: *Appendix B - Tom Power economic review ofTushar Grazing Decision[1].doc*)

_____. Undated. The Economic Importance of Federal Grazing to the Economies of the West. (File name: *Economic analysis of grazing.doc*)

Thurow, Thomas L. and Charles A. Taylor, Jr. 1999. Viewpoint: The role of drought in range management. Journal of Range Management. Vol. 52, No. 5, 413 – 419. September 1999. (File name: *Role of Drought Thurow and Taylor JRM 99.pdf*)

Unknown. 2003. Appendix A: A Science-based Tool for Determining Whether Grazing is the Cause of Failure to Meet Rangeland Health Standards: A tool provided to the Monument range staff by the Southern Utah Land Restoration Project. September 2003. 18 pp. (File name: *Determining Grazing as the Cause for Failure to Meet SG.pdf*)

_____. Undated a. Economic Facts of Public Lands Grazing. (File name: *Economic analysis of grazing.doc*)

_____. Undated b. Effects of Drought on Rangelands. Unknown publication. (File name: *FS Drought Plant Effects Review.pdf*)

***Scoping Part 3a***
Donahue, Debra L. 2007. Elephant in the Room: Livestock's Role in Climate and Environmental Change. Michigan State Journal of International Law. Vol. 17, No. 1. 28 pp.

Karl, Thomas R., Jerry M. Melillo, and Thomas C. Peterson (eds). 2009a. Excerpt from Global Climate Change Impacts in the United States. Cambridge University Press. (File name: *Climate Change and ecosystems in the West.pdf*)

_____. 2009b. Excerpt from Global Climate Change Impacts in the United States. Cambridge University Press. (File name: *Climate Change and water Resources in the West.pdf*)

Power, Thomas Michael. 2002. Taking Stock of Public Lands Grazing: An Economic Analysis *in* Welfare Ranching: The Subsidized Destruction of the American West. Island Press: Washington DC. (File name: *wr_TAKING_STOCKGrazing Economics.pdf*)

BLM_0078603

_____. Undated. The Economic Importance of Federal Grazing to the Economies of the West. Unknown publication. (File name: *THE ECONOMIC IMPORTANCE OF GRAZING.pdf*)

United States Department of the Interior, Office of the Secretary. 2001. Order No. 3226: Evaluating Climate Change Impacts in Management Planning. January 19, 2001. 1 pp. (File name: *Dept of the Interior - Order on Global Warming.pdf*)

### Scoping Part 3b

Sonoran Institute. 2003. The Changing Economy of the West: Employment and Personal income Trends, by Region, State, and Industry, 1970 to 2000. September 2003. 57 pp. (File name: *The Changing Economy of the West 9-24-03.pdf*)

### Scoping Part 4

Barnett, Tim P., David W. Pierce, Hugo G. Hidalgo, Celine Bonfils, Benjamin D. Santer, Tapash Das, Govindasamy Bala, Andrew W. Wood, Toru Nozawa, Arthur A. Mirin, Daniel R. Cayan, and Michael D. Dettinger. Human-induced Changes in the Hydrology of the Western United States. Science. Vol. 319, 1080 – 1083. February 22, 2008. (File name: *Human Induced Changes in Western Hydrolgy Barnett_etal_Western Hydrology_Science Mar2008.pdf*)

FAO (Food and Agriculture Organization of the United Nations). 2009. Livestock's Long Shadow: Environmental Issues and Options. (File Name: several [13 PDF files])

GAO (United States Government Accountability Office). 2007. Climate Change: Agencies Should Develop Guidance for Addressing the Effects on Federal Land and Water Resources. Report to Congressional Requesters. GAO-07-863. 184 pp. (File name: *GAO Report on FS-BLM Need to Account for Global Warmingsm.pdf*)

Goodland, Robert and Jeff Anhang. Livestock and Climate Change: What if the key actors in climate change are…cows, pigs, and chickens? World Watch. Vol. 22, No. 6, 10 – 19. November/December 2009. (File name: *Livestock and Climate Change Addition to Long Shadow Report.pdf*)

Unknown. 2009. Climate Change Considerations in Land Management Plan Revisions. January 13, 2009. (File name: *USDA FS Considering Climate Change in FP Revision.pdf*)

### Scoping Part 5a

Belsky, A. J., A. Matzke, and S. Uselman. 1999. Survey of Livestock Influences on Stream and Riparian Ecosystems in the Western United States. Journal of Soil and Water Conservation. Vol. 54, 419 – 431. (File name: *RiparianGrazingBelsky.pdf*)

Belsky, A. Joy and Jonathan L. Gelbard. 2000. Livestock Grazing and Weed Invasions in the Arid West. A Scientific Report Published by the Oregon Natural Desert Association. April 2000. 31 pp. (File name: *GrazingWeedReport.pdf*)

Catlin, James, John Carter, and Allison Jones. 2003. Appendix B: A Science-Based Tool for Asessing Available Forage and Grazing Capacity of GSENM Grazing Allotments to Meet Rangeland Health Standards: A tool provided to the GSENM range staff, provided by the Southern Utah Land

BLM_0078604

Restoration Project. September 2003. 28 pp. (File name: *Grazing Capacity Info_Proposed Outline.pdf*)

Kauffman, J. Boone, Andrea S. Thorpe, and E. N. Jack Brookshire. 2004. Livestock Exclusion and Belowground Ecosystem Responses in Riparian Meadows of Eastern Oregon. Ecological Applications. Vol 14, No. 6, 1671 – 1679. (File name: *RootMassetc Exclosure.pdf*)

Kimball, Sarah and Paula M. Schiffman. 2003. Differing Effects of Cattle Grazing on Native and Alien Plants. Conservation Biology. Vol. 17, No. 6, 1681 – 1693. December 2003. (File name: *Effects of Grazing on Native and Alien Plants.pdf*)

Roberson, E. B. 1998. Impacts of Livestock Grazing on Soils and Recommendations for Management. California Native Plant Society, Sacramento, CA. 22 pp. (File name: *Impacts of Grazing on Soils.pdf* [Note: same as *EmilyGrazSoilsReview.doc.rtf*])

Painter, E. L. 1996. Effects of Herbivory (Grazing/Browsing) on Plants and Vegetation. California Native Plant Society, Sacramento, CA. 20 pp. (File name: *Herbivory Review grazing.doc*)

_____. Undated. Science Consistency Review: Grazing. Unknown publication. 7 pp. (File name: *livestock grazing-Painter.doc*)

Unknown. Undated. Literature Cited in Reference List. (File name: *Grazing Effects - Water Bib.pdf*)

Western Watersheds Project, Inc. 2004. Letter from John Carter, Utah Director, Western Watershed Project, to Bob Bennett, Director, BLM Wyoming. June 4, 2004. (File name: *Carter WyomingBLMRangeRecommendations.pdf*)

_____. 2008. Updating the Animal Unit Month. Revised March 17, 2008. 7 pp. (File name: *AUM 3 - 2008.pdf*)

***Scoping Part 5b***
Van Poolen, H. Walt and John R. Lacey. 1979. Herbage Response to Grazing Systems and Stocking Intensities. Journal of Range Management. Vol. 32, Issue 4, 250-253. July 2979. (File name: *Herbage Response to Grazing Systems and Stocking Intensities JRM.PDF*)

***Scoping Part 6***
Anderson, Loren D. 1991. Bluebunch Wheatgrass Defoliation Effects and Recovery. Technical Bulletin 91-2. BLM, Idaho State Office, Boise, ID. March 1991. 25 pp. (File name: *AndersonBLM Bluebunch Defoliation Impacts Review.pdf*)

Brewer, Tracy K., Jeffrey C. Mosley, Daniel E. Lucas, and Lisa R. Schmidt. Undated. Abstract: Bluebunch Wheatgrass Response to Spring Defoliation on Foothill Rangeland. Rangeland Ecology and Management. (File name: *Bluebunch Wheatgrass - Spring Defoliation Effects.pdf*)

Gillen, R. L., W. C. Krueger, and R. F. Miller. 1985. Cattle Use of Riparian Meadows in the Blue Mountains of Northeastern Oregon. Journal of Range Management. Vol. 38, No. 3, 205 – 209. May 1985. (File name: *Cattle Use of Riparian Areas.pdf*)

BLM_0078605

Holechek, Jerry, Dee Galt, Jamus Joseph, Joseph Navarro, Godfrey Kumalo, Francisco Molinar, and Milt Thomas. 2003. Moderate and Light Cattle Grazing Effects on Chihuahuan Desert Rangelands. Journal of Range Management. Vol. 56, 133 – 139. March 2003. (File name: *Light Moderate Grazing Holechek.pdf*)

Holechek, Jerry L., Hilton Gomez, Francisco Molinar, and Dee Galt. 1999. Grazing Studies: What We've Learned. Rangelands. Vol. 21, No. 2, 12 – 16. (File name: *Grazing Studies-What we've learned-holechek.pdf*)

Martin, Tara G. and Hugh P. Possingham. 2005. Predicting the Impact of Livestock Grazing on Birds Using Foraging Height Data. Journal of Applied Ecology. Vol. 42, 400 – 408. 2005. (File name: *birds and grazing.pdf*)

Painter, E. L. Undated. Science Consistency Review: Biological Soil Crusts. Unknown publication. (File name: *biological crusts-Painter.doc*)

Sauer, Ronald H. 1978. Effect of Removal of Standing Dead Material on Growth of *Agropyron spicatum*. Journal of Range Management. Vol. 32, No. 2, 121 – 122. March 1978. (File name: *Bluebunch Wheatgrass - Effects of Removal of standing dead.pdf*)

## Scoping Part 7

Alexander, Earl B. and David R. Gilman. 1994. Compaction and Recovery of Rangeland Soils in the Owyhee Upand, Ohio. Journal of the Idaho Academy of Science. Vol. 30, No. 1, 49 – 54. June 1994. (File name: *Compaction and Recovery of Rangeland Soils.pdf*)

Howery, Larry D., James E. Sprinkle, and James E. Bowns. 2000. A Summary of Livestock Grazing Systems Used on Rangelands in the Western United States and Canada. University of Arizona Cooperative Extension. Publication AZ1184. September 2000. 7 pp. (File name: *DroghtU of AZ.pdf*)

Jones, Allison. 2000. Effects of Cattle Grazing on North American Arid Ecosystems: A Quantitative Review. Western North American Naturalist. Vol. 60, No. 2, 155-164. (File name: *Effects of Cattle on Arid Ecosystems - Jones 2000SM.pdf*)

Platts, William S. 1989. Compatibility of Livestock Grazing Strategies with Fisheries. Unknown publication. 8 pp. (File name: *Compatibility of Grazing Systems with Fisheries - Platts1989.pdf*)

## Scoping Part 8

Holechek, Jerry L., Milton Thomas, Francisco Molinar, and Dee Galt. 1999. Stocking Desert Rangelands: What We've Learned. Rangelands. Vol. 21, No. 6, 8 – 12. December 1999. (File name: *Stocking Desert Range holechek.pdf*)

Packer, Paul E. Undated. Requirements for Watershed Protection on Western Mountain Range Lands. 25 pp. (File name: *Requirements for Watershed Protection in the Arid West - Packer.pdf*)

Southern Utah Land Restoration Project. 2003. Multiple Use Grazing Management in the Grand Staircase Escalante National Monument: A tool provided to the Monument range staff by the

BLM_0078606

Southern Utah Land Restoration Project. September 2003. 207 pp. (File name: *GrandStaircase Capability Guidance Document.pdf*)

Van Haveren, Bruce P. Landscape Stability Indicators for Sagebrush Steppe Ecosystems. 2001. US BLM National Science and Technology Center Resource Notes: Range. No. 44. April 18, 2001. 2 pp. (File name: *Watershed Stability - Ground Cover RN44.pdf*)

### Scoping Part 9a

Baker, William L., Jim Garner, and Peggy Lyon. 2009. Effect of Imazapic on Cheatgrass and Native Plants in Wyoming Big Sagebrush Restoration for Gunnison Sage-grouse. Natural Areas Journal. Vol. 29, No. 3, 204 – 209. (File name: *Baker Garner Lyon 2009 Cheatgrass & native plants GuSG.pdf*)

Connelly, J. W., C. E. Braun, M. A. Schroeder, and C. A. Hagen. 2007. Setting the Record Straight: A Response to "Sage-Grouse at the Crossroads." Society for Range Management. December 2007. 5 pp. (File name: *Connelly et al - Rangelands - Setting the Record Straight.pdf*)

Connelly, John W., Michael A. Schroeder, Alan R. Sands, and Clait E. Braun. 2000. Guidelines to Manage Sage Grouse Populations and Their Habitats. Wildlife Society Bulletin. Vol. 28, No. 4, 967 – 985. (File name: *Connelly 2000a - Sage_Grouse_Guidelines.pdf*)

United States Department of the Interior. 2004. Bureau of Land Management National Sage-Grouse Habitat Conservation Strategy: 1.3.1: Guidance for Addressing Sagebrush Habitat Conservation in BLM Land Use Plans. November 2004. 10 pp. (File name: *BLM RMP Sage-Grouse_Strategy_1_3_1.pdf*)

Wyoming Game and Fish Department. 2008. Memorandum: Multi-State Sage-Grouse Coordination and Research-based Recommendations. January 29, 2008. 11 pp. (File name: *BestScience_2008_sagegrouse_energy.pdf*)

### Scoping Part 9b

BLM (United States Department of the Interior, Bureau of Land Management). 2002. Management Considerations for Sagebrush (*Artemisia*) in the Western United States: a selective summary of current information about the ecology and biology of woody North American sagebrush taxa. BLM, Washington DC. February 2002. (File name: *BLM's management considerations for sagebrush sm.pdf*)

### Scoping Part 10

Christiansen, Tom. 2009. Fence Marketing to Reduce Greater Sage-grouse (*Centrocerus urophasianus*) Collisions and Mortality near Farson, Wyoming – Summary of Interim Results. Unknown publication. October 26, 2009. 2 pp. (File name: *Fence Mortality Marking InterimReport10-26-09corrected.pdf*)

Unknown. 2006. BLM Review of Livestock Grazing Management Literature Addressing Grazing Management for Sage-Grouse Habitat. July 11, 2006. 70 pp. (File name: *Grazing_BMP_and Sage Grouse Literature Review-Version 2.doc*)

BLM_0078607

_____. Undated a. Synthesis of Livestock Grazing Management Literature Addressing Grazing Management for Greater Sage-Grouse Habitat in the Wyoming Basin – Southern Rocky Mountains Ecoregions. 161 pp. (File name: *Grazing Impacts on Sage Grouse Literature Synthesis.doc*)

Utah Division of Wildlife Resources and The Nature Conservancy. Undated a. Greater Sage-grouse *(Centrocercus urophasianus)* Ecological Integrity Table. 22 pp. (File name: *Utah DWR - greater sage-grouse ecological integrity table.doc*)

_____. Undated b. Wildlife Integrity Tables. 2 pp. (File name: *Utah DWR - Table Distrib Cover Info.doc*)

### *Scoping Part 11*
Bainter, Everet, Bob Budd, Jim Cagney, Tom Christiansen, Vicki Herren, Matt Holloran, PhD, Benjamin S. Rashford, PhD, Mike Smith, PhD, and Justin Williams. 2009. Grazing Influence, Management and Objective Development in Wyoming's Greater Sage-Grouse Habitat with Emphasis in Nesting and Early Brood Rearing. August 16, 2009. 62 pp. (File name: *GrazingInGrouseHabitat_081609.pdf*)

### *Scoping Part 12*
Carter, John. 2009. Summary of Studies Regarding Utilization, Rest and Grazing Systems. Western Watersheds Project. January 12, 2009.

Carter, John. Undated. Livestock and Water Quality. Western Watersheds Project.

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping Part 1 |
| **Date:** | Sunday, February 07, 2010 3:44:46 PM |
| **Attachments:** | BLM Monitoring Manual 4400.pdf |
| | BLM Monitoring Manual 4400.pdf |
| | BLM Sens Species Manual6840.pdf |
| | StateMinMonStds.rtf |
| | Prineville BLM - Grazing Guidelines - Allotment Evaluations.pdf |
| | Prineville BLM - Grazing Matrix Memo.doc |
| | Prineville BLM - Grazing Matrix Table.pdf |
| | Prineville BLM - Alternatives Grazing Comparison Chart.pdf |
| | GAO DOI Major Challenges.pdf |
| | WO Directive on S&G Handbook 4180.pdf |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

Form 1221-2
(June 1969)



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

MANUAL TRANSMITTAL SHEET

Release
4-97

Date
11/28/89

Subject

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

1. <u>Explanation of Material Transmitted</u>:  This release completely revises BLM Manual 4400.

2. <u>Reports Required</u>:  None.

3. <u>Material Superseded</u>:  Manual pages superseded by this release are listed under "REMOVE" below.  No other directives are superseded.

4. <u>Filing Instructions</u>:  File as directed below.

REMOVE:

All of 4400 (Rels. 4-82, 4-64)

(Total: 22 sheets)

INSERT:

4400

(Total: 10 sheets)

Michael J. Penfold
Assistant Director, Land and Renewable
Resources

BLM_0078610

4400 – RANGELAND INVENTORY, MONITORING, AND EVALUATION

Table of Contents

.01  Purpose
.02  Objective
.03  Authority
.04  Responsibility
.05  References
.06  Policy
.07  File and Records Maintenance

.1  Inventory
    .11  Purpose
    .12  Procedures

.2  Monitoring
    .21  Purpose
        A.  Data Use
    .22  Procedures
        A.  Required Level of Monitoring
        B.  Prioritizing Monitoring

.3  Evaluation
    .31  Purpose
    .32  Procedures

.4  Management Action
    .41  Monitoring Implementation
        A.  Agreements
        B.  Decisions

Glossary of Terms

Handbook
H-4400-1 - Rangeland Monitoring and Evaluation

BLM_0078611

.01

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

.01  <u>Purpose</u>.  This Manual establishes policies, objectives, and internal operating procedures for applying and reporting rangeland inventory, monitoring, and evaluation relating to the effects of rangeland management actions on soils, vegetation, and water resources.

.02  <u>Objective</u>.  The objective is to provide, on a timely basis, necessary information for establishing resource management objectives, developing plans, making objective evaluations and sound management decisions, and preparing reports on inventory, monitoring, range condition, and trend.

.03  <u>Authority</u>.  Inventory, monitoring, and evaluation are authorized under various laws, including:  the Taylor Grazing Act, the Federal Land Policy and Management Act, the Public Rangelands Improvement Act, and implementing regulations of the National Environmental Policy Act.

.04  <u>Responsibility</u>.  (See Manual Section 1203.)

    A.  <u>The Director and Deputy Director</u>, acting under broad Departmental guidance, are responsible for providing national level policy and pro-cedural guidance for rangeland inventory, monitoring, and evaluation and for assuring that an adequate level of inventory and monitoring is carried out throughout the Bureau of Land Management (BLM).

    B.  <u>The Assistant Director, Land and Renewable Resources</u>, is responsible for developing rangeland inventory, monitoring, and evaluation procedures; identifying BLM staffing and training necessary to accomplish rangeland inventory and monitoring, ensuring coordination between these procedures and other BLM procedures; and evaluating the effectiveness of rangeland inven-tory, monitoring, and evaluation.  This responsibility is exercised through the Chief, Division of Rangeland Resources.

    C.  <u>Other Assistant Directors</u> are responsible, within their delegated areas, for developing and maintaining policy and procedures for resource program and resource management support program activities, including any unique program requirements in rangeland inventory, monitoring, and evaluation.

    D.  <u>The Service Center Director</u> is responsible for developing the necessary technical procedures and providing technical assistance to Field Offices to implement rangeland inventory, monitoring, and evaluation.

BLM_0078612

.04E

4400 – RANGELAND INVENTORY, MONITORING, AND EVALUATION

E. <u>State Directors</u> are responsible for implementing the BLM rangeland inventory, monitoring, and evaluation activities within their States.  This includes the responsibility for:

    1.  Issuing supplemental policy, procedures, and guidance as needed.

    2.  Developing minimum monitoring standards for their States.  (See Section .22.)

    3.  Ensuring that rangeland inventory, monitoring, and evaluation meet standards for quality.

    4.  Coordinating interagency rangeland inventory and monitoring activities both internally and externally and assisting in the resolution of inconsistencies between BLM activities and other public agency policies or programs related to rangeland inventory and monitoring.

    5.  Preparing and providing to the Director (220) an annual report of inventory, monitoring, and range condition and trend.  (See H-4400-1, V.)

F. <u>District Managers</u> are responsible for providing general supervisory direction and guidance in implementing rangeland inventory, monitoring, and evaluation; for providing District level compliance with quality standards; and for consulting, cooperating, and coordinating in these activities.

G. <u>Resource Area Managers</u> are responsible for preparing and maintaining areawide Monitoring and Evaluation Plans (see H-4400-1, IA and Manual Section 1734.25); consulting, cooperating, and coordinating at the Resource Area level; and conducting rangeland inventory, monitoring, and evaluation to measure progress towards meeting land use plan and allotment resource management objectives.

.05 <u>References</u>.

    A.  43 CFR Part 4100.

    B.  BLM Manual Sections 1622.3, 1734, 4100, 4110, and H-4110-1, H-4130-1, 4160 and Handbooks H-4160-1, 4410-1, and 4400-1.

    C.  Interim Users Guide for the Inventory Data System (IDS).

    D.  A Glossary of Terms Used in Range Management, Society for Range Management.  (Second Edition)

    E.  Guidelines and Terminology for Range Inventories and Monitoring, Range Inventory Standardization Committee.

BLM_0078613

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

.06  Policy.

A.  Function.  Inventory, monitoring, evaluation, and the resulting management actions are essential functions for meeting long-term responsibilities for the management of public rangelands including:  (1) establishing and evaluating progress in meeting land use plan and allotment resource management objectives; (2) developing allotment management plans, coordinated activity plans, or other activity plans; (3) preparing environmental analyses; and (4) supporting decisions regarding the use of natural resources in an allotment.

B.  Intensity and Frequency.  Inventory, monitoring, and evaluation shall be implemented at an intensity and frequency commensurate with the significance of resource values, issues and conflicts, and the level of planned management.  The principal basis for determining the need for monitoring rangeland use and practices is the Resource Management Plan (RMP).  The RMP/Rangeland Program Summary (RPS) and State minimum monitoring standards contain standards and intervals for monitoring which are based on the significance and sensitivity of the resources involved.  The standards and intervals may be conditioned by State Director guidance for monitoring. Monitoring needs may be further detailed and refined through applicable activity plans.

C.  Consultation, Coordination, and Cooperation.  Inventory, monitoring, and evaluation shall be conducted in close consultation, coordination, and cooperation with range users and other affected and interested parties. (Their active participation shall be encouraged when collecting, analyzing, interpreting, and evaluating inventory and monitoring information.)

D.  Coordinating With Other Programs.  Rangeland inventory, monitoring, and evaluation shall be coordinated with other resource programs to avoid duplication and conflicting actions/decisions, and to assure that authorized officers give adequate consideration to all resource values. (See Manual Section 1734.)

.07  File and Records Maintenance.  Establish and maintain files in accordance with Manual Sections 1272 and 1274.  See Bureau Records Schedule for disposition of files and records.

BLM_0078614

.1

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

.1  Inventory.

   .11  Purpose.  Rangeland inventories are processes for gathering data
needed to describe, categorize, and/or quantify resources for the purposes
of:  developing allotment resource management objectives, developing manage-
ment plans, making sound management decisions, categorizing allotments,
establishing management and investment priorities, establishing a base from
which to monitor, and reporting range condition and trend.

   .12  Procedures.  The level of inventory shall be determined based upon
the significance and sensitivity of the resources involved and in accordance
with standards as outlined in Manual Section 1734.12.  The minimum standard
for conducting rangeland inventories shall be an ecological site inventory as
outlined in H-4410-1 (National Range Handbook) based on a National
Cooperative Soil Survey at the order 3 detail.  The documentation of plant
species composition by weight, total production per acre, ecological site,
and ecological status constitutes the minimum standard for a vegetation data
base.  Authorized officers shall consider the option of documenting addi-
tional vegetation data such as cover, density, frequency, ground cover, or
other site data to meet a specific need or to resolve multiple use issues.
The Inventory Data System (IDS) shall be used to store, retrieve, and analyze
ecological site data.  Procedures for using the IDS are outlined in the
Interim User Guide for the Inventory Data System.

.2

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

.2  Monitoring.

.21  Purpose.  Rangeland monitoring is the periodic observation and systematic collection of resource data to determine the effects of management actions toward achieving resource management plan objectives on an allotment.  It provides quantifiable data needed to periodically review and evaluate these objectives and to support management actions.

A.  Data Use.  These data are needed to:

    1.  Determine the effects of management actions on the rangeland resources.

    2.  Determine the effectiveness of management actions in achieving allotment resource management objectives within planned timeframes.

    3.  Identify and support necessary management actions.

    4.  Periodically review the validity of allotment resource management objectives.

.22  Procedures.  State Directors are responsible for establishing minimum monitoring standards for conducting rangeland monitoring for their States.  Minimum monitoring standards shall be consistent with national policy requirements; shall identify study types, sampling frequency, and intensity; and shall establish monitoring priorities.  Procedures described in H-4400-1 are used to conduct rangeland monitoring.

A.  Required Level of Monitoring.  The standards and intervals for monitoring the rangelands provision of the RMP (see Manual Section 1616.9), RPS, and State minimum monitoring standards will usually provide the principal framework for establishing the required level of monitoring.  Monitoring shall be conducted at a sufficient level to enable the Field Office manager to determine the effectiveness of management toward meeting resource management objectives and to enter into agreements or issue decisions for allotments requiring management changes.  The initial decision and/or agreement must be completed within 5 years of the issuance of the Record of Decision.  The timetable for implementing monitoring and evaluation, entering into agreements, and issuing decisions is outlined in H-4400-1 IB.

B.  Prioritizing Monitoring.  Allotment categorization ("M", "I", "C") provides a basis for prioritizing rangeland monitoring.  (See H-4400-1, IC.)

BLM_0078616

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

.3  Evaluation.

   .31  Purpose.  The analysis and interpretation of inventory and monitoring data are necessary for evaluation of management actions to determine progress toward meeting resource management objectives.  Evaluation determines if, and to what extent, adjustments in management actions, including grazing prescriptions, stocking levels, and range improvement practices, are necessary.

   .32  Procedures.  Authorized officers shall determine, on a case-by-case basis, the best approach and format to analyze, interpret, and evaluate rangeland monitoring data consistent with general procedures and conditions outlined in H-4400-1.  Also, training necessary to provide consistency shall be provided by the authorized officer.

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

.4 <u>Management Action</u>.

   .41 <u>Monitoring Implementation</u>.  When an evaluation of monitoring or inventory and monitoring data indicates a need for changes in management, the Field Office manager shall implement changes by entering into agreements or issuing decisions.

     A.  <u>Agreements</u>.  To the extent possible, necessary changes in management, shall be implemented by agreement.  Content of agreements and items to be considered are specified in H-4110-1.33 and H-4160-1.1E.

     B.  <u>Decisions</u>.  If agreements cannot be negotiated, decisions shall be issued according to H-4130-1.1.

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 30 of 433

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

## Glossary of Terms

### -A-

activity plan:  a more detailed and specific plan for management of a single resource program or plan element undertaken as necessary to implement the more general resource management plan (RMP) decisions.  An activity plan is prepared for specific areas to reach specific resource management objectives within stated timeframes.  Detailed management actions, including such things as projects, treatments, and other on-the-ground activities, and schedules are described in the document.  Activity planning is the third tier in the Bureau planning system.  Examples include Allotment Management Plan, Coal Activity Plan, Recreation Area Management Plan, Transportation Plan, and Habitat Management Plans.

agreement:  written document of mutual agreement that outlines arrangements for determining the need for livestock adjustments and establishes proce-dures for arriving at the adjustments.  Agreements document the amount and timing of adjustments including the initial adjustment in preference as well as scheduled reductions for the third and fifth years of a 5-year implementation period.  An agreement may incorporate the terms of an allotment management plan or coordinated activity plan by reference, but is a separate document.

allotment:  an area of land designated and managed for grazing of livestock.  Such an area may include intermingled private, State, or Federal lands used for grazing in conjunction with the public lands.

allotment management plan (AMP):  a document which prescribes the manner in and extent to which livestock grazing is conducted and managed in an allotment to meet multiple use, sustained yield, economic, and other needs and objectives as determined through land use plans.

### -C-

categorization:  the process of designating allotments into one of three categories according to rangeland resource characteristics, potential, opportunities, and needs.  The three categories are Maintain, Improve and Custodial, for which the respective objectives are to:

    a.  Maintain the current resource condition.
    b.  Improve the current resource condition.
    c.  Custodially manage the existing resource values.

BLM_0078619

Glossary, Page 2

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

-C-

class of livestock:  age and/or sex group of a kind of animal.  Example:
    mature cows, yearling ewes, 2-year old steers.

consultation:  seeking the advice and views of other Federal, State, and local
    officials, and others, including persons using the public lands.  The act
    of consultation is intended to facilitate coordination and cooperation and
    result in acceptable inventory, monitoring, and evaluation activities.

coordinated activity plan (CAP):  a more detailed and specific plan for the
    management of two or more resource programs or plan elements undertaken as
    necessary to implement resource management plan (RMP) decisions, terms,
    and conditions.

    A CAP is prepared for specific geographic areas of public land to reach
    multiple resource program objectives within stated timeframes.  Detailed
    management actions and schedules, and other on-the-ground activities (i.e.,
    "dirt work") are described in the document.  A CAP may be prepared solely
    to aid BLM implementation of RMP decisions.  A CAP may also be prepared
    cooperatively to meet the management needs of BLM and the related needs of
    other parties including cooperators, permittees, other authorized public
    land users and effected interests, (e.g., other Federal surface management
    agencies, State, and local governments, etc.).

    Technical planning and environmental standards and related requirements
    (e.g., coordination, plan design, formats, cost estimates, etc.) are set
    forth in BLM Manual Section 1619.  A CAP is prepared only when the BLM
    Manager determines that it best meets with site specific needs or
    conditions.

coordination:  to work together harmoniously, including all actions intended
    to cause rangeland inventory, monitoring, and evaluation activities to be
    in harmony and accord with relevant activities of other Federal, State,
    and local agencies, and public land users.

cooperation:  the act of working together in an attitude of helpfulness with
    other Federal, State, and local agencies and persons who use the public
    lands to successfully implement inventory, monitoring, and evaluation.

cover:  (1) the combined aerial parts of plants and mulch, and (2) shelter and
    protection for animals and birds.

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

-D-

decision: a written document, signed by a Bureau official under delegated authority, which disposes of a stated issue or issues in a case situation. Grazing decisions to implement required changes determined through monitoring and evaluation contain the following items:

- recognized grazing preference.
- allocation of forage to livestock.
- specific management objectives for the allotment.
- resource values to be monitored and evaluated to determine. progress in meeting these objectives.
- changes in values that would warrant modifying the scheduled adjustments.
- other information necessary to set forth actions necessary to. achieve the required resource objectives for the allotment.

density: numbers of individuals or stems per unit area. (Density does not equate to any kind of cover measurement.)

distribution: dispersion of livestock grazing within a management unit or area. Synonymous grazing distribution, livestock distribution.

duration of use: the length of the grazing period.

-E-

ecological site: a kind of land with a specific potential natural community and specific physical site characteristics, differing from other kinds of land in its ability to produce vegetation and to respond to management. Ecological site is synonymous with range site.

ecological status: the present state of vegetation and soil protection of an ecological site in relation to the potential natural community for the site. Vegetation status is the expression of the relative degree to which the kinds, proportions, and amounts of plants in a community resemble that of the potential natural community. The four ecological status classes correspond to 0-25, 26-50, 51-75, or 76-100 percent similarity to the potential natural community and are generally called early seral, mid seral, late seral, and potential natural community, respectively.

evaluation: (1) an examination and judgment concerning the worth, quality, significance, amount, degree or condition of something; or (2) the systematic process for determining the effectiveness of on-the-ground management actions and assessing progress toward meeting management objectives.

BLM_0078621

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

-F-

frequency: a quantitative expression of the presence or absence of individuals of a species in a population. It is defined as the percentage of occurrence of a species in a series of samples of uniform size.

-G-

grazing system: a specialization of grazing management which defines systematically recurring periods of grazing and deferment for two or more pastures or management units. Examples: rest-rotation grazing, deferred grazing, deferred-rotation grazing.

ground cover: the percentage of material, other than bare ground, covering the land surface. It may include live and standing dead vegetation, litter, gravel, cobble, stones, boulders, and bedrock. Ground cover plus bare ground would total 100 percent.

-I-

inventory data system: a Bureauwide system for storing and retrieving ecological site inventory data.

-M-

minimum monitoring standards: a document, developed by each State Director, through consultation, coordination, and cooperation with other Federal, State, and local agencies and other persons who use public lands, which identifies rangeland monitoring study types, sampling frequency and intensity, and priorities for monitoring.

monitoring: the orderly collection, analysis, and interpretation of resource data to evaluate progress in meeting management objectives.

monitoring and evaluation plan (MEP): a document, developed by the Field Office manager encompassing a grazing environmental impact study area, resource management plan area, or Resource Area, which outlines monitoring types and methods, frequency and intensity of sampling, study locations, and resource objectives to be monitored. In general, it describes how, when, and where monitoring and evaluation will be implemented and who will do it.

mulch: (1) a layer of dead material on the soil surface, and (2) an artificial layer of material such as straw, paper, or plastic on the soil surfaces.

BLM_0078622

4400 - RANGELAND INVENTORY, MONITORING, AND EVALUATION

-N-

National Cooperative Soil Survey (NCSS):  program consisting of a joint effort of cooperating Federal agencies, land-grant universities, and other State and local agencies to map soils, collect soils data, interpret the maps and data, and promote their use.  Federal leadership is provided by the U.S. Department of Agriculture's Soil Conservation Service.

-O-

objectives:  planned results to be achieved within a stated time period. Objectives are subordinate to goals, narrower in scope, shorter in range, and more likely to be attained.  Time periods for completion and outputs or achievements that are measurable and quantifiable are specified.

-R-

range condition:  the present state of vegetation of an ecological site in relation to the potential natural community for that site.  It may also be stated in terms of specified values.  (See also ecological status.)

rangeland program summary (RPS):  a summary document issued, following the land use plan and appropriate environmental analysis, for communicating to the public: (1) the result of the livestock grazing portion of the land use plan, (2) the resource management objectives for the allotment or planning area, and (3) the intended actions for achieving those objectives.

-T-

time of use:  the season or calendar period for which livestock grazing is authorized.

Form 1221–2
(June 1969)



**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

MANUAL TRANSMITTAL SHEET

| Release |
|---|
| 6-121 |
| Date |
| 1/17/01 |

Subject

6840 - Special Status Species Management

1. <u>Explanation of Material Transmitted</u>: This release revises BLM Manual 6840.

2. <u>Reports Required</u>: None

3. <u>Materials Superseded</u>: Manual pages superseded by this release are listed under "REMOVE" below.  No other directives are superseded.

4. <u>Filing Instructions</u>: File as directed below.

| <u>REMOVE</u> | <u>INSERT</u> |
|---|---|
| All of 6840 (Rels. 1-116) | 6840 |
| (Total 13 Sheets) | (Total 26 Sheets) |

Assistant Director, Renewable Resources & Planning

BLM_0078624

TC-1

# 6840 - SPECIAL STATUS SPECIES MANAGEMENT

## Table of Contents

.01  Purpose
.02  Objectives
.03  Authority
.04  Responsibility
.05  References
.06  Policy
.1   <u>The Endangered Species Act</u>
 .11  Requirements under the ESA
  A.  Section 2 (Policy on conservation of listed species)
  B.  Section 4 (Determination of endangered species and threatened species and development of recovery plans)
  C.  Section 5 (Land Acquisition)
  D.  Section 6 (Cooperation with States)
  E.  Section 7 (Interagency Cooperation)
  F.  Section 9 (Prohibited Acts)
  G.  Section 10 (Exceptions to Prohibited Acts)
  H.  Section 11 (Penalties and Enforcement)
  IV.    Section 18 (Annual Cost Analysis by the Fish and Wildlife Service)
 .12  BLM Policy Requirements
.2   <u>Administration</u>
 .21  Administration of the ESA
  A.  Section 2 (Findings, purposes and policy)
  B.  Section 4 (Determination of endangered species and threatened species and development of recovery plans)
  C.  Section 5 (Land Acquisition)
  D.  Section 6 (Cooperation with States)
  E.  Section 7 (Interagency Cooperation)
  F.  Section 9 (Prohibited Acts)
  G.  Section 10 (Exceptions to the ESA)
  H.  Section 11 (Penalties and Enforcement)
  I.  Section 18 (Annual Cost Analysis by the Fish and Wildlife Service)
  J.  Activities for which BLM has no discretion
 .22  Conservation of Species other than under the ESA
  A.  Planning
  E.  Coordination and Cooperation with Tribes.
  F.  Agreements, Assessments, and Cooperative Strategies for Conservation

<u>Glossary of Terms</u>

BLM_0078625

.01

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

.01 <u>Purpose</u>.  The purpose of this Manual Section is to provide policy and guidance, consistent with appropriate laws, for the conservation of special status species of plants and animals, and the ecosystems upon which they depend.  These are species which are proposed for listing, officially listed as threatened or endangered, or are candidates for listing as threatened or endangered under the provisions of the Endangered Species Act (ESA); those listed by a State in a category such as threatened or endangered implying potential endangerment or extinction; and those designated by each State Director as sensitive.  Conservation in this section and pursuant to the ESA means the use of all methods and procedures which are necessary to improve the status of federally listed species and their habitats to a point where the provisions of the ESA are no longer necessary.   Conservation of special status species means the use of all methods and procedures which are necessary to improve the condition of special status species and their habitats to a point where their special status recognition is no longer warranted.

.02 <u>Objectives</u>.  The objectives of the special status species policy are:

   A.  To conserve listed species and the ecosystems on which they depend.

   B.  To ensure that actions requiring authorization or approval by the Bureau of Land Management (BLM or Bureau) are consistent with the conservation needs of special status species and do not contribute to the need to list any special status species, either under provisions of the ESA or other provisions of this policy.

.03 <u>Authority</u>.

   A.  <u>Endangered Species Act of 1973 (16 U.S.C. 1531 *et seq.*), as amended</u>.

   B.  <u>Sikes Act, Title II (16 U.S.C. 670g *et seq.*) , as amended</u>.

   C.  The <u>Federal Land Policy and Management Act of 1976 (43 U.S.C.1701 *et seq.*), as amended</u>.

   D.  Departmental Manual 235.1.1.A., <u>General Program Delegation</u>, Director, Bureau of Land Management.

   E.  Departmental Manual 632.1.1-1.6, <u>Endangered Species Management</u>.

   F.  <u>Secretarial Order 3206</u>  (American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the Endanger Species Act).

.04 <u>Responsibility</u>.

   A.  <u>Director</u> is responsible for the overall conservation of special status species, oversees implementation of the ESA on public lands, may designate BLM sensitive species, and

BLM_0078626

.04A

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

makes any applications for project exemptions under Section 7 of the ESA to the Secretary of the Interior.

B. <u>Assistant Director for Renewable Resources and Planning</u> is responsible for the timely development, approval, and implementation of policy and procedures for carrying out the special status species conservation program.

C. <u>Fish, Wildlife and Forests Group Manager</u> is responsible for initiating and recommending policies, objectives, general procedures, and priorities relating to the conservation of special status species and overall coordination of the special status species program at the national level.

D. <u>Threatened and Endangered Species Senior Specialist</u> is responsible for:

1. Maintaining appropriate interactions with BLM Offices and Groups, headquarters of other Federal agencies and bureaus, national conservation organizations, international conservation groups and individual authorities.

2. Maintaining a thorough knowledge of the legislation, regulations, court rulings, and litigation actions relative to special status species and understanding how these may affect BLM programs. This includes ensuring, through directives and training, that all field offices are notified of any changes in a species' status or agency policy on special status species.

3. Reviewing and recommending necessary changes to objectives and policies for the special status species program.

4. Providing centralized review and analysis of present and future needs related to research, management, and information transfer for special status species.

5. Developing and recommending budget documents, including budget justifications and the Annual Work Plan.

E. <u>State Directors</u> are responsible for:

1. Developing and implementing programs for the conservation of special status species within their states.

2. Coordinating the special status species program with adjoining BLM State Offices, State and other Federal agencies, various private organizations, and BLM constituents.

3. Establishing programs to determine which special status species occur on public land, the condition of the populations and their habitats, and how discretionary BLM actions affect those species and their habitats.

BLM_0078627

.04E3

6840 - SPECIAL STATUS SPECIES MANAGEMENT

4.  Designating BLM sensitive species, and periodically reviewing and updating the BLM sensitive species list, as appropriate, in coordination with State agencies that are responsible for fisheries, wildlife, and botanical resources and State Natural Heritage programs.

5.  Ensuring that provisions for the conservation of special status species, particularly the objectives from approved recovery plans and conservation agreements, are incorporated in land use plans and subsequent activity and interdisciplinary level plans.

6.  Ensuring that all actions comply with the ESA, its implementing regulations, and other directives associated with conserving special status species.

7.  Ensuring appropriate consultations with the U. S. Fish and Wildlife Service (FWS) and National Marine Fisheries Service (NMFS).

8.  Designating a special status species program coordinator whose responsibilities are:
   a.  To maintain a cooperative working relationship with State and Federal agencies and local conservation groups, especially the regional and local offices of the FWS and NMFS.

   b.  To recommend policy and guidance changes when necessary to maintain consistency with national level direction and to ensure compliance with the ESA and State laws protecting special status species.

   c.  To recommend and develop training material to keep field offices current on policies and direction changes.

   d.  To monitor implementation of the special status species program and recommend changes to ensure compliance with law, regulation, and policy and maintain effectiveness of the program.

F.  Field Office Managers are responsible for implementing the special status species program within their area of jurisdiction by:

   1.  Conducting and maintaining current inventories for special status species on public lands.

   2.  Providing for the conservation of special status species in the preparation and implementation of recovery plans with which BLM has concurred, interagency plans and conservation agreements.

   3.  Ensuring that all actions comply with the ESA, its implementing regulations, and other directives associated with conserving special status species.

BLM_0078628

.04F2

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

4.  Coordinating field office activities with Federal, State, and local groups to ensure the most effective program for special status species conservation.

5.  Ensuring actions are evaluated to determine if special status species objectives are being met.

6.  Ensuring all actions authorized, funded or carried out by BLM follow the interagency consultation procedures as outlined in 50 CFR Part 402- Interagency cooperation - Endangered Species Act of 1973, as amended.

7.  Ensuring results of formal section 7 consultations, including terms and conditions in incidental take statements, are implemented.

.05  References.

A  50 CFR Part 17 - Endangered and Threatened Wildlife and Plants.

B.  50 CFR Part 17 Subpart H - Experimental Population.

C.  50 CFR Part 226 - Designated Critical Habitat.

D.  50 CFR Part 402- Interagency Coordination –Endangered Species Act of 1973, as amended.

E.  50 CFR Part 424 - Listing Endanger and Threatened Species and Designating Critical Habitat.

F.  50 CFR Part 451 - Application Procedure.

G.  43 CFR 4180 - Fundamentals of Rangeland Health and Standards and Guidelines for Grazing Administration.

J.  Memorandum of Understanding (MOU) entered into with the U. S. Dept. of Agriculture Forest Service, U. S. Dept. of Defense, U. S. Dept. of the Army Corps of Engineers, U.S. Dept. of Commerce National Marine Fisheries Serv., U. S. Dept. of the Interior Fish and Wildlife Serv., Bureau of Land Management, Bureau of Reclamation, Minerals Management Service, National Park Service, Bureau of Mines, U. S. Dept. of Transportation Coast Guard, Federal Aviation Administration, Federal Highway Administration, and U. S. Environmental Protection Agency on Implementation of the Endangered Species Act, September 29, 1994.

K.  Memorandum of Understanding (MOU) (94-SMU-058) - U. S. Dept. of Agriculture and the U. S. Dept. of the Interior Fish and Wildlife Service, Bureau of Land Management,

BLM_0078629

.05K

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

National Park Service, U.S. Dept. of Commerce National Marine Fisheries Service on candidate species conservation, January 25, 1994.

L. Memorandum of Agreement ESA Section7 Programmatic Consultations and Coordination among Bureau of Land Management, Forest Service, National Marine Fisheries Service, and Fish and Wildlife Service dated August 30, 2000.

M. BLM Manual Section1601 - <u>Land Use Planning</u>.

N. BLM Handbook H-1601 - <u>Land Use Planning Handbook</u>.

O. BLM Handbook H-1790-1- <u>NEPA Handbook</u>.

P. BLM Handbook H-8160-1 - <u>General Procedural Guidance for Native American Consultation</u>.

Q. BLM Handbook H-8560-1 - <u>Management of Designated Wilderness Areas</u>.

R. BLM Handbook H-8550-1 - <u>Interim Management Policy and Guidelines for Lands Under Wilderness Review</u>.

S. BLM Manual 1745 - <u>Introduction, Transplant, Augmentation, and Reestablishment of Fish, Wildlife, and Plants</u>.

.06 <u>Policy</u>. The policy of the BLM is described below.

A. <u>Federally Listed Threatened and Endangered Species and Designated Critical Habitats</u>.

1. The BLM shall conserve listed species and the ecosystems upon which they depend and shall use existing authority in furtherance of the purposes of the ESA. Specifically the BLM shall:

a. Determine, to the extent practicable, the occurrence, distribution, population dynamics and habitat condition of all listed species on lands administered by BLM, and evaluate the significance of lands administered by BLM in the conservation of those species.

b. Ensure management plans and programs provide for the conservation of designated critical habitat on lands administered by the BLM.

c. Develop and implement management plans and programs that will conserve listed species and their habitats.

BLM_0078630

.06A1b

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

d.  Monitor and evaluate ongoing management activities to ensure conservation objectives for listed species are being met.

e.  Ensure that all activities affecting the populations and habitats of listed species are designed to be consistent with recovery needs and objectives.

f.  Implement mandatory terms and conditions and reasonable and prudent alternatives as outlined in final biological opinions.

g.  Implement conservation recommendations included in biological opinions  if they are consistent with BLM land use planning and policy and they are technologically and economically feasible.

2.  Ensure that all actions authorized, funded, or carried out by the BLM are in compliance with the ESA.  To accomplish this, the BLM shall:

a.  Evaluate all proposed actions to determine if individuals or populations of listed species or their habitat, including designated critical habitat, may be affected.

b.  Initiate consultation with the FWS and/or NMFS, including preparation of biological assessments, as appropriate, for those actions that may affect listed species or their habitats.

c. Until the consultation proceedings are completed and a final biological opinion has been issued, BLM shall not carry out any action that would cause an irreversible or irretrievable commitment of resources such that it would foreclose the formulation or implementation of any reasonable and prudent alternative measure that might avoid jeopardy to listed species and/or prevent the adverse modification of critical habitat.

d.  Ensure that BLM actions will not reduce the likelihood of survival and recovery of any listed species or destroy or adversely modify their designated critical habitat.

3.  Cooperate with the FWS and NMFS in planning and providing for the recovery of listed species.  To accomplish this, the BLM shall:

a.  As appropriate, participate on recovery teams and in recovery plan preparation, in addition to participating on State or regional working teams responsible for listed species recovery.

.06A3

6840 - SPECIAL STATUS SPECIES MANAGEMENT

b.  Review technical and agency drafts of recovery plans for species affected by BLM management to ensure that proposed actions assigned to BLM are technically and administratively feasible and consistent with BLM's mission and authority.

c.  Cooperate with FWS and NMFS and non-Federal entities, as appropriate, in preparation of Habitat Conservation Plans.

d.  Ensure that decisions, standards and guidelines, and best management practices in resource management plans and site-specific plans prepared for lands covered by previously approved recovery plans are consistent with meeting recovery plan objectives and terms and conditions of applicable biological opinions.

4.  Retain in Federal ownership all habitat essential for the survival and recovery of any listed species, including habitat that was used historically, that has retained its potential to sustain listed species, and is deemed to be essential to their survival.

B.  Federally Proposed Species and Proposed Critical Habitats.  The BLM shall manage species proposed for listing as threatened or endangered and proposed critical habitat with the same level of protection provided for listed species and designated critical habitat except that formal consultations are not required. Specifically, the BLM shall:

1.  Confer with the FWS and/or NMFS on any action that is likely to adversely affect a proposed species or proposed critical habitat.

2.  Until the conference proceedings are completed, BLM shall not carry out any action that would cause an irreversible or irretrievable commitment of resources such that it would foreclose the formulation or implementation of a reasonable and prudent alternative that might avoid jeopardy to the proposed species and/or prevent the adverse modification of proposed critical habitat.

C.  Candidate Species .  Consistent with existing laws, the BLM shall implement management plans that conserve candidate species and their habitats and shall ensure that actions authorized, funded, or carried out by the BLM do not contribute to the need for the species to become listed.  Specifically, BLM shall:

1.  In coordination with FWS and/or NMFS determine, to the extent practicable, the distribution, population dynamics, current threats, abundance, and habitat needs for candidate species occurring on lands administered by the BLM; evaluate the significance of lands administered by the BLM or actions undertaken by the BLM in maintaining and restoring those species.

2.  For candidate species where lands administered by the BLM or BLM authorized actions have a significant effect on their status, manage the habitat to conserve the species by:

BLM_0078632

.06C1

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

a.  Ensuring candidate species are appropriately considered in land use plans (BLM 1610 Planning Manual and Handbook, Appendix C).

b.  Developing, cooperating with, and implementing range-wide or site-specific management plans, conservation strategies, and assessments for candidate species that include specific habitat and population management objectives designed for conservation, as well as management strategies necessary to meet those objectives.

c.  Ensuring that BLM activities affecting the habitat of candidate species are carried out in a manner that is consistent with the objectives for managing those species.

d.  Monitoring populations and habitats of candidate species to determine whether management objectives are being met.

3.  Request technical assistance from the FWS and/or NMFS, and other qualified sources, on any planned action that may contribute to the need to list a candidate species as threatened or endangered.

D.  <u>State Listed Species</u>.  The BLM shall carry out management for the conservation of State listed plants and animals.  State laws protecting these species apply to all BLM programs and actions to the extent that they are consistent with the Federal Land Policy and Management Act (43 U.S.C. 1701 et seq.) and other Federal laws.  In states where the State government has or proposes species in categories such as State threatened or endangered, implying potential endangerment or extinction, State Directors will develop policies that will assist States in achieving their management objectives for those species.

E.  <u>Sensitive Species</u>.  State Directors, generally in cooperation with State agencies that are responsible for fisheries, wildlife and botanical resources and State Natural Heritage programs, shall designate BLM sensitive species.  The Director in some cases, may designate BLM sensitive species.  The protection provided by the policy for candidate species shall be used as the minimum level of protection for BLM sensitive species.  The State Director shall establish the process for developing, reviewing, maintaining and coordinating with other agencies, organizations, and States to ensure the accuracy and completeness of the state's BLM sensitive species list.  The sensitive species designation is normally used for species that occur on Bureau administered lands for which BLM has the capability to significantly affect the conservation status of the species through management. The State Director may designate additional categories of special status species as appropriate and applicable to his or her state's needs.  The sensitive species designation, for species other than federally listed, proposed, or candidate species, may include such native species as those that:

BLM_0078633

.06E1

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

1.  could become endangered in or extirpated from a state, or within a significant portion of its distribution in the foreseeable future,

2.  are under status review by FWS and/or NMFS,

3.  are undergoing significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution,

4.  are undergoing significant current or predicted downward trends in population or density such that federally listed, proposed, candidate, or State listed status may become necessary,

5.  have typically small and widely dispersed populations,

6.  are inhabiting ecological refugia, specialized or unique habitats, or

7.  are State listed but which may be better conserved through application of BLM sensitive species status.  Such species should be managed to the level of protection required by State laws or under the BLM policy for candidate species, whichever would provide better opportunity for its conservation.

BLM_0078634

.1

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

.1  The Endangered Species Act.  On December 28, 1973, the Endangered Species Act of 1973 (16 U.S.C. 1531 *et seq.*) became law and superseded earlier endangered species legislation, passed in 1966 and 1969, which focused on animals and which provided only limited protection to listed species.  The Endangered Species Act of 1973 was the first Federal legislation to include a comprehensive effort to conserve plants and wildlife.  The provisions of the ESA, as amended, apply to plants and animals that have been listed as endangered or threatened, those proposed for being listed, and designated and proposed critical habitat.  The responsibility for carrying out the ESA was assigned to the Federal Government (50 CFR Part 402).

.11  Requirements under the ESA.  BLM requirements for management of federally listed and proposed species come from the ESA.  There are a total of 18 sections within the ESA, 9 of which contain requirements or authorizations for the BLM.  Listed below are those sections which pertain to BLM with a summary of the BLM's requirements or authorizations under each.

A.  Section 2 (Policy on conservation of listed species).  BLM shall seek to conserve listed species and shall utilize its authorities in furtherance of the purposes of the ESA.  In addition, BLM shall cooperate with State and local agencies to resolve water resource issues in concert with conservation of endangered species.

B.  Section 4 (Determination of endangered species and threatened species and development of recovery plans).  While predominately a requirement of FWS and/or NMFS, BLM should provide relevant information to FWS and/or NMFS on species or habitats proposed for listing and may petition to add a species to, or to remove a species from, the threatened or endangered species list.  In addition, BLM should provide information to the FWS and/or NMFS on proposed critical habitat for lands the Bureau administers and cooperate, as appropriate, with FWS/NMFS in developing recovery plans for listed species that occur on Bureau administered lands.

C.  Section 5 (Land Acquisition).  Authorizes the Secretary to use Land and Water Conservation funds to acquire lands to conserve fish, wildlife, and plants, including those which are listed as endangered species or threatened species.

D.  Section 6 (Cooperation with the States).  Authorizes the Secretary to cooperate to the maximum extent practicable with States including entering into management agreements and cooperative agreements for the conservation of threatened and endangered species.

E.  Section 7 (Interagency Cooperation).  Outlines requirements and procedures for interagency cooperation to conserve listed species and designated critical habitats.  This section:

BLM_0078635

.11E1

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

1.  Requires BLM, in consultation with the FWS and/or NMFS, to use its authorities to further the purposes of the act by carrying out conservation programs for listed species.

2.  Requires BLM, in consultation with the FWS and/or NMFS, to ensure that any action it authorizes, funds or carries out is not likely to jeopardize the continued existence of any listed species, using the best scientific and commercial data available.

3.  Requires BLM to confer with the FWS and/or NMFS on any action that is likely to jeopardize proposed species or result in the destruction or adverse modification of proposed critical habitat.

4.  Requires BLM to prepare a biological assessment if listed species or critical habitat may be present in the area affected by any major construction activity.

5.  Prohibits BLM and applicants from making any irreversible or irretrievable commitment of resources with respect to the agency action which would foreclose the formulation and implementation of any reasonable and prudent alternatives that might avoid jeopardy to listed species or prevent the adverse modification of critical habitat.

6.  Requires BLM to request early consultation on any action at the request of, and in cooperation with, the prospective permit or license applicant if the applicant has reason to believe that a listed species may be present in the area affected by the project and that implementation of such action will likely affect such species.

7.  Sets procedures for BLM or a permit or license applicant to apply for an ESA exemption.

F.  Section 9 (Prohibited Acts).  This section identifies prohibited acts by any person subject to the jurisdiction of the United States, relating to species protected under the ESA.  Except as authorized under Section 7(o) or Section 10(a) of the ESA, the prohibited acts include:

1.  The BLM shall not take endangered species of fish or wildlife.

2.  With respect to endangered plants, the BLM shall not remove or reduce to possession any such species from areas under Federal jurisdiction; maliciously damage or destroy any such species on any such area; or remove, cut, dig up, or damage or destroy any such species on any other area in knowing violation of any law or regulation of any State or in the course of any violation of a state criminal trespass law.

BLM_0078636

.11F3

6840 - SPECIAL STATUS SPECIES MANAGEMENT

3.  The BLM shall not violate any regulation established under Section 4 of the ESA pertaining to threatened fish and wildlife or plants.

G.  Section 10 (Exceptions to Prohibited Acts).  This section identifies means by which exceptions to Section 9 of the ESA can occur for activities that include scientific purposes, establishment of experimental populations, or take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity.  The BLM shall acquire appropriate permits or authorizations to comply with the ESA and implementing regulations if its actions would result in a prohibited act.

H.  Section 11 (Penalties and Enforcement).  Within its authority, BLM may modify, suspend or revoke the lease, license, permit or other agreement authorizing the use of BLM managed lands, of any person who is convicted of a criminal violation of the ESA or any regulation, permit, or certificate issued pursuant to the ESA.

I.  Section 18 (Annual Cost Analysis by the Fish and Wildlife Service).  As requested by the FWS, the BLM should provide a summary of its expenditures for the conservation of listed species.

.12  BLM Policy Requirements.  Actions authorized by BLM shall further the conservation of federally listed and other special status species and shall not contribute to the need to list any special status species under provisions of the ESA, or designate additional sensitive species under provisions of this policy.

BLM_0078637

.2

# 6840 - SPECIAL STATUS SPECIES MANAGEMENT

.2  <u>Administration</u>.  The BLM will conserve federally listed, proposed, candidate, sensitive, and State listed species by fulfilling the requirements of the ESA and by using other authorized methods to ensure that the actions authorized by BLM are consistent with the conservation of such species and that they do not contribute to the need to list any special status species under provisions of the ESA, or designate additional sensitive species under provisions of this policy.

.21  <u>Administration of the ESA</u>.  The BLM will conserve listed species, designated critical habitat, proposed species, and proposed critical habitat through administration of the various sections of the ESA that apply to Federal agencies.

A. <u>Section 2 (Findings, purposes and policy)</u>.  The policy of the ESA, as stated in Section 2, is that all Federal departments and agencies shall seek to conserve endangered species and threatened species and shall utilize their authorities in furtherance of the purposes of this Act.  The BLM shall comply with all applicable sections of the ESA.  In addition:

1. The BLM should continue its cooperative role in the Memorandum of Understanding (MOU) on the implementation of the ESA, entered into with the U. S. Forest Service, U. S. Department of Defense, U. S. Army Corps of Engineers, NMFS, FWS, Bureau of Reclamation, Minerals Management Service, National Park Service, U. S. Coast Guard, Federal Aviation Administration, Federal Highway Administration, and U. S. Environmental Protection Agency (Implementation of the Endangered Species Act, dated September 29, 1994).  The purpose of the MOU was to establish a general framework for cooperation and participation among the cooperators in the exercise of their responsibilities under the ESA.  To meet the purpose of the MOU and the requirements of Section 2 of the ESA, the BLM should:

a. Seek to improve efficiency by combining efforts with the other cooperators of the MOU to foster better working relationships and promote the conservation of listed species.

b. Use its authorities to further the purposes of the ESA by carrying out cooperative programs for the conservation of listed species .

c. Identify opportunities to conserve listed species and the ecosystems upon which those species depend within existing BLM programs or authorities.

d. Determine whether BLM planning processes effectively help conserve listed species and the ecosystems on which they depend.

BLM_0078638

.21A1e

### 6840 - SPECIAL STATUS SPECIES MANAGEMENT

e. Use existing programs, or establish a program if needed, to evaluate, recognize, and reward the performance and achievements of personnel who are responsible for planning or implementing programs to conserve or recover listed species or the ecosystems on which they depend.

f. Establish or participate in existing regional interagency working groups that identify geographic areas within which the groups will coordinate agency actions and create opportunities, and overcome barriers, to conserve listed species and the ecosystems upon which they depend and, to the extent practicable, protect candidate, or sensitive species and the ecosystems upon which they depend.

g. Participate in a national ESA working group to coordinate the implementation of the ESA.

2. As specifically addressed in Section 2 of the ESA, the BLM shall cooperate with State and local agencies to resolve water resource issues in concert with conservation of endangered species. The BLM should:

a. Participate on watershed councils.

b. Provide technical assistance to State and local agencies on species, critical habitats, and resources.

B. <u>Section 4 (Determination of endangered species and threatened species and development of recovery plans)</u>.

1. <u>Determination of endangered or threatened status</u>. Determination of endangered or threatened status of species by the FWS and/or NMFS is provided for in Section 4 of the Endangered Species Act and the procedures in 50 CFR Part 424. BLM should provide assistance to the FWS and/or NMFS for actions that affect public land, including as follows:

a. <u>Responsibilities</u>. BLM is responsible for preparing and maintaining, on a continuing basis, a current inventory of the public land and its resources (FLPMA, 43 USC 1701 Sec.201 (a) ). This inventory information, along with monitoring data, shall be used to evaluate the current condition of plants and animals and their habitats on the public land to determine if their status under the ESA should be changed (listed or delisted).

b. <u>Petitions</u>. When conditions warrant, BLM State Directors may petition the FWS and/or NMFS to change the status of any species or revise critical

BLM_0078639

.21B1b(1)

6840 - SPECIAL STATUS SPECIES MANAGEMENT

habitat.  These petitions shall contain concise biological evidence to substantiate any proposed change.

(1)  Among other things a petition to delist a species must demonstrate clearly that the recovery plan objectives have been met or that there is new evidence to show that the conditions on which the initial listing was based no longer exist.  Petitions to delist should also include a statement on how BLM intends to manage the species to ensure that the provisions of the ESA will not be required in the future.

(2)  Petitions to list or delist species must be based solely on substantial scientific information for the species and its habitat and must address the five factors for listing included in Section 4 of the ESA.

(3)  All petitions shall be coordinated with the State agency having responsibility for the species involved.  Information copies of all petitions will be forwarded to the Washington Office, Fish, Wildlife and Forests Group.

2.  Recovery plans. Recovery plans are developed by the FWS and/or NMFS and establish recovery objectives for a species, provide a listing of tasks necessary to achieve those objectives, and recommend assignments to involved agencies to carry out these tasks.  A primary function of recovery plans is to combine programs of all agencies involved in managing a species into a coordinated management effort.  BLM may adopt recovery plans.  If BLM does adopt a recovery plan, BLM should incorporate the objectives of the recovery plan into appropriate land use and activity plans.

a.  Recovery Teams.  The FWS and/or NMFS often request that BLM provide representatives to serve as members on recovery teams to assist in preparation of recovery plans for species where public land has a significant role in recovery.  These requests usually include a suggestion for a particular employee with special qualifications.

(1)  State Directors should make employees with special expertise available and to provide whatever support is necessary to help ensure timely completion of recovery plans.

BLM_0078640

.21B2a(2)

6840 - SPECIAL STATUS SPECIES MANAGEMENT

(2)  BLM employees should accept these nominations.  The role of the team member is to be a technical expert and advisor, to provide biological input for the species and its habitat, and to inform the recovery team of BLM policies, programs, and procedures for the recovery team.

(3)  BLM participation in recovery plan preparation does not indicate BLM approval of the plan.

b.  Technical Review Drafts.  BLM should review technical review drafts of recovery plans to ensure that the information is biologically correct and complete.  This review and input does not represent agency concurrence.

c.  Agency Review Drafts.  All BLM offices that will be involved in implementation of a particular recovery plan should review draft plans.  Field offices should complete the following analysis:

(1)  Determine whether measurable objectives are stated clearly and that BLM can realistically meet its proposed share of the recovery efforts including personnel and financial obligations.

(2)  Identify any conflicts with other laws, regulations, and policies governing BLM programs and activities.

(3)  Identify constraints on other BLM programs, activities, or practices mentioned or implied in the plan.

(4)  Evaluate the effects of planned actions carried out by other cooperators on BLM programs.

(5)  Identify any modifications to other BLM plans, ongoing programs, or ongoing practices that need to be made to carry out the plan, including the need to amend resource management plans.

(6)  Check accuracy of cost estimates for BLM tasks, and evaluate personnel and funding needs.

3.  Delisted Species.  The results of recovery plans and actions should ultimately be removal from the Federal threatened or endangered species list (delisting). Responsibilities of BLM when this occurs take two paths.

BLM_0078641

.21B3a

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

a.  BLM shall assess and determine the new status of the delisted species.  If the species is still State listed, then the provisions of policy regarding State listed species will apply (.06D).  If the species is not State listed, BLM shall determine if it should become a BLM sensitive species (.06E).

b.  A minimum 5-year monitoring commitment is required for delisted species under the ESA.  BLM shall work with partners such as the FWS, NMFS, State agencies, and others to monitor delisted species.

C.  <u>Section 5 (Land Acquisition)</u>.  The BLM shall consider and seek opportunity for the acquisition by purchase, donation, land exchange, conservation easement, or other means, land, water, or interests for the purpose of conserving listed species, designated critical habitat, proposed species, or proposed critical habitat.

D.  <u>Section 6 (Cooperation with States)</u>.  Section 6 of the ESA requires cooperation between the FWS and/or NMFS and States for the purposes of conserving any listed species.  The BLM should assist with this, as follows:

1.  The BLM should provide technical assistance to, and coordinate with, State agencies responsible for the conservation of endangered and threatened species at the state level.

2.  The BLM shall comply with State laws protecting listed species for all programs and actions to the extent that State laws are consistent with FLPMA and other Federal laws.

E.  <u>Section 7 (Interagency Cooperation)</u>.   Section 7(a)(1) requires the BLM to utilize their authorities in furthering the purposes of the Act by implementing programs for the conservation of threatened and endangered species.  To meet the requirements of Section 7(a)(1) the BLM will include a discussion of conservation programs for threatened and endangered species separate from any consultation requirements in the NEPA document for actions affecting listed species.  The requirements of Section 7(a)(2) are to be carried out in consultation with and with the assistance of the Secretary of the Interior and the Secretary of Commerce.  The procedures for carrying out this consultation are included in 50 CFR Part 402, <u>Interagency Cooperation</u>.  The need to initiate a consultation is usually determined by the BLM and is based on an analysis to determine if a listed species or its habitat may be affected by a proposed action.  If a listed species is known or suspected to occur on land that will be affected by an action, and BLM determines that individuals, populations, or designated critical habitat may be affected by the action, either positively or negatively; then BLM must initiate consultation. FWS and/or NMFS may request BLM to enter into consultation if they identify an action for which there has been no consultation that may affect a listed species or designated critical habitat.

BLM_0078642

.21E1

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

1. <u>Types of Activities</u>.  Section 7 applies to all actions for which there is discretionary BLM involvement or control.  All actions that are authorized, funded, or carried out by the BLM that may affect listed or proposed species or designated or proposed critical habitat are subject to the provisions of the ESA.

   a.  This includes all such actions, whether or not:

      (1)  the species or critical habitat occurs on BLM managed lands.

      (2)  the proposed action occurs, either wholly or in part, on BLM managed lands.

      (3)  the BLM itself carries out the proposed action.

      (4)  the proposed action benefits BLM resources.

   b.  If BLM approval or authorization is for the entire action, e.g. authorizing a right-of-way for a powerline installation across public land for a powerline route extending beyond public land, the BLM may request that the FWS and/or NMFS conduct consultation in incremental steps when by statute the BLM is allowed to take incremental steps toward completion of the action. The biological opinion will include the Service's views on the entire action (50 CFR Part 402.14(k)).

      (1)  The first consultation must be formal (see .21E5).

      (2)  The BLM may proceed with the incremental step provided that the FWS and/or NMFS finding for the incremental step is not a jeopardy opinion; the BLM continues consultation with respect to the entire action and obtains biological opinions, as required, for each incremental step; the BLM fulfills its obligation to obtain sufficient data upon which to base the final biological opinion on the entire action; the incremental step does not result in the irreversible or irretrievable commitment of resources; and there is reasonable likelihood that the entire action will not result in jeopardizing the continued existence of a listed species or destruction or adverse modification of designated critical habitat.

BLM_0078643

.21E2

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

2.  <u>Environmental Baseline, Direct Effects, Indirect Effects, and Interrelated and Interdependent Actions and Effects.</u>  To decide if consultation under Section 7 is necessary, the BLM needs to determine if its action within an action area may affect a listed species or designated critical habitat or is likely to adversely affect a proposed species or proposed critical habitat.  The effects can be negative, benign, or beneficial to the listed or proposed species and critical habitat.  The BLM shall evaluate the direct and indirect effects and the effects of interrelated and interdependent actions on the listed or proposed species and designated or proposed critical habitat as compared to the environmental baseline.  Cumulative effects are considered relative to the requirements of the ESA only during the formal consultation process and are discussed in Section .21.E.5.b.  The baseline and effects are defined as:

  a.  Environmental Baseline. The environmental baseline is the condition of a species or critical habitat at a specified point in time. The baseline does not include effects of the action under review for consultation. It does include the tribal, State, local and private actions already affecting a species or critical habitat or those that will occur while the consultation is in progress. Federal actions, unrelated to the action under consultation, that have affected or are affecting the species or critical habitat and have a completed formal or early consultation, are also part of the baseline.

  b.  Direct Effects. Those effects caused by or that will result from the action and will occur in the same time and place.

  c.  Interrelated and Interdependent Actions and Effects.  Interrelated actions are those actions that are part of a larger action and depend on the larger action for their justification.  Interdependent actions are those that have no independent utility apart from the action under consideration. The "but, for" test should be used to assess whether an action is interrelated or interdependent to the proposed action.  If the activity would not occur but for the proposed action, then the activity is interrelated or interdependent and must be considered during consultation on the proposed action.

  d. Indirect Effects. Those effects caused by or that will result from the action and are later in time or farther removed in distance, but are reasonably certain to occur.

BLM_0078644

.21E3

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

3.  Informal Consultation.  Informal consultation is a process that includes all discussions and correspondence between the FWS and/or NMFS and the BLM or its designated non-Federal representative designed to assist the BLM in determining if formal consultation or a conference is required.  The BLM shall not dismiss the effects of an action on individuals of a listed species or its habitat, even when the overall net effect may be beneficial, without consulting with the FWS and/or NMFS.

    a.  The BLM shall seek recommendations for modification of actions that will avoid the likelihood of adverse effects and contribute to achieving recovery and conservation objectives.

    b.  If the BLM determines that the proposed action may affect but is not likely to adversely affect listed species, designated critical habitat, proposed species or proposed critical habitat, the BLM has the opportunity to conclude Section 7 consultation.  This includes proposed actions that may have beneficial, benign, discountable, or insignificant effects.  Informal consultation does not conclude unless the BLM has written concurrence of its determination from the FWS and/or NMFS.

    c.  The BLM shall continue Section 7 consultation if the BLM determines that the proposed action may affect and is likely to adversely affect listed species, designated critical habitats, proposed species, or proposed critical habitats; if there are undetermined effects; or if BLM's determination of not likely to adversely affect is not based on a biological assessment or has no written concurrence from the FWS and/or NMFS.

        (1) The BLM shall continue informal consultation and seek recommendations for modification of actions that will avoid the likelihood of adverse effects and contribute to achieving recovery and conservation objectives.

        (2)  If project modifications cannot be made such that the proposed action is not likely to adversely affect listed species, designated critical habitat, proposed species, or proposed critical habitat, or if there are undetermined effects, BLM shall initiate formal consultation for listed species or designated critical habitat or conference for proposed species or proposed critical habitat.  This includes actions for which the overall effect may be beneficial to the listed species or designated critical habitat but is likely to cause adverse effects.  This also includes all actions for which incidental take is anticipated to occur.

BLM_0078645

.21E4

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

4. <u>Conference on Proposed Species and Proposed Critical Habitat</u>.  Section 402.10 of 50 CFR provides the procedures necessary for compliance with Section 7(a)(4) of the ESA.

    a.  BLM shall confer with the FWS and/or NMFS on any action that is likely to jeopardize the continued existence of any proposed species or result in the destruction or adverse modification of proposed critical habitat.

    b.  In order to meet policy objectives, BLM shall also confer on an action or project that may affect and is likely to adversely affect a proposed species or proposed critical habitat although this step is not required by the ESA or regulations.

    c.  For proposed species, the BLM should request formal conference in anticipation of future listing.  Formal conference follows the procedures for formal consultation.  The conference opinion issued at the conclusion of a formal conference may be adopted as the biological opinion once the species or critical habitat is listed or designated provided the project proposal has not changed and no new pertinent information exists.  The FWS and/or NMFS usually provides advisory recommendations on ways to avoid or minimize adverse effects.

    d.  The BLM should consider the advisory recommendations for minimizing or avoiding adverse effects to proposed species or proposed critical habitat that are provided by the FWS and/or NMFS in the conference report from a non-formal conference or conference opinion from a formal conference.  Implementation of recommendations is at the discretion of the BLM.

5. <u>Formal Consultation</u>.  Formal consultation is required on all actions that may affect a listed species, its habitat, or any designated critical habitat (50 CFR Part 402.14), unless written concurrence that an action is not likely to adversely affect the species is received from FWS and/or NMFS. When it is determined by the BLM that a proposed action may affect and is likely to adversely affect a listed species or designated critical habitat, BLM shall initiate formal consultation.  Formal consultation is conducted to determine if the proposed action, taken together with cumulative affects is likely to jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat.  Formal consultation is initiated with submission of a biological assessment and a written request to initiate formal consultation.

BLM_0078646

.21E5a

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

a.  Providing Information.  During formal consultation, BLM shall provide the FWS and/or NMFS with the best scientific information available for an adequate review of the effects that a proposed action may have on a listed species or designated critical habitat.  If information is lacking, the FWS and/or NMFS can request that the BLM conduct additional surveys to better address listed species issues.  Although additional surveys or studies are not required by the ESA, they can be in BLM's best interest, as the FWS and/or NMFS are required to err on the side of conserving listed species when rendering a biological opinion based upon limited information.

(1)  The BLM shall prepare a biological assessment, as described in 50 CFR 402.12 and 402.14, as the means of providing information to the FWS and/or NMFS.

(2)  The BLM shall request in writing a list from the FWS and/or NMFS of listed species and designated critical habitat in the project area of a major construction activity, as defined in NEPA.  In lieu of this, the BLM may determine these and request concurrence from the FWS and/or NMFS.  If listed species or designated critical habitat are present in the project area, BLM shall prepare a biological assessment.

b.  Cumulative Effects. In accordance with Section 7 regulations, the FWS and/or NMFS is required to consider cumulative effects in determining jeopardy or non-jeopardy to a species.  The regulations require the BLM to provide an analysis of cumulative effects in its biological assessment.  Cumulative effects, as defined for the purposes of the ESA, involve those effects from future non-Federal action (tribal, State, local, private and other entities) that are reasonably certain to occur in the action area under consideration.  These future non-Federal actions are reasonably certain to occur if they have been approved by all control agencies and are economically viable.  Past effects are considered as part of the environmental baseline and are not considered cumulative effects.

BLM_0078647

.21E5b(1)

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

(1)  The BLM may submit the appropriate cumulative effects analysis that is required for NEPA compliance.  However, the ESA and NEPA requirements for cumulative effects analysis are different.  For the ESA, future Federal actions unrelated to the proposed action are not considered part of cumulative effects because they will require a separate evaluation for consultation.  The NEPA definition includes the incremental effects of the action plus the effects of other past, present, and reasonably foreseeable future actions regardless of the source, Federal or non-Federal.  If the NEPA cumulative effects analysis is submitted, BLM should make the distinction between the ESA cumulative effects and NEPA cumulative effects.

c.  Irreversible and Irretrievable Commitment of Resources.  Once a request for formal consultation is made, BLM shall ensure that the agency and any of its applicants do not make any irreversible or irretrievable commitments of resources on public land with respect to the consulted action, that have the effect of foreclosing the formulation or implementation of any reasonable and prudent alternatives that could avoid jeopardy to listed species or destruction or adverse modification of designated critical habitat.  In coordination with the FWS and/or NMFS, BLM shall immediately evaluate any ongoing projects that are part of an ongoing consultation to determine if there will be any such irreversible or irretrievable commitments of resources.  Any BLM discretionary actions with such irreversible or irretrievable commitments of resources shall be immediately suspended until consultation has concluded and it is determined that the subject project can comply with the biological opinion or be appropriately modified to eliminate adverse effects.

BLM_0078648

.21E5d

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

d. <u>Reasonable and Prudent Alternatives</u>. If the FWS and/or NMFS concludes that an action is likely to jeopardize the continued existence of a listed species or will result in the destruction or adverse modification of designated critical habitat, it will prepare a biological opinion that identifies the availability of any reasonable and prudent alternatives. Reasonable and prudent alternatives are those that can be implemented in a manner consistent with the intended purpose of the action, can be implemented consistent with the scope of the action agency's legal authority and jurisdiction, are economically and technologically feasible, and would avoid the likelihood of jeopardizing the continued existence of listed species or resulting in the destruction or adverse modification of designated critical habitat. The final biological opinion, if a jeopardy opinion, will include any available reasonable and prudent alternatives.

(1) The BLM should provide expertise to the FWS and/or NMFS in determining the availability and development of reasonable and prudent alternatives, although the FWS and/or NMFS retains the final decision on which alternatives are included in the biological opinion. The BLM should encourage applicant (see .21E5i and Glossary) participation in the development of reasonable and prudent alternatives.

(2) The BLM should request and review a copy of the draft biological opinion from the FWS and/or NMFS and provide comments if needed.

(A) The BLM should forward a copy of the draft biological opinion to any applicants and inform them that any comments they may have for the FWS and/or NMFS must go through the BLM, although they may provide copies to the FWS and/or NMFS directly.

(B) The BLM should forward applicant comments to the FWS and/or NMFS.

e. <u>Termination of the Consultation Procedures</u>. Formal consultation may terminate as follows:

(1) The FWS and/or NMFS issues a biological opinion.

(2) During any stage of consultation the BLM notifies the FWS and/or NMFS in writing that the proposed action is not likely to occur.

BLM_0078649

.21E5e(2)

6840 - SPECIAL STATUS SPECIES MANAGEMENT

(3) During any stage of consultation the BLM determines, with the written concurrence of the FWS and/or NMFS, that the proposed action is not likely to adversely affect any listed species.

(4) The BLM notifies the FWS and/or NMFS in writing that it will accept one of the reasonable and prudent alternatives and accept other mandatory requirements.

f.  BLM responsibility after issuance of the biological opinion.  After the FWS and/or NMFS issues the biological opinion, the BLM determines how it will proceed.

(1) BLM shall notify FWS and/or NMFS in writing of its final decision on any proposed actions that receive a jeopardy or adverse modification of critical habitat determination in the biological opinion.  If the BLM determines that it cannot comply with the requirements of Section 7(a)(2) (no jeopardy) of the ESA, it may apply for exemption.

(2) After acceptance of the biological opinion, BLM shall implement the proposed action or reasonable and prudent alternative as described and shall implement all mandatory terms and conditions.  BLM shall review conservation recommendations in biological opinions and implement them if they are consistent with BLM land use planning and policy and they are technologically and economically feasible.

g.  Reinitiation.  The BLM in writing shall reinitiate consultation if one or more of the four conditions occur: (1) the amount or extent of incidental take is exceeded; (2) new information reveals effects of the action that may affect listed species or designated critical habitat in a manner or extent not previously considered; (3) the action is modified in a manner causing an effect to listed species or critical habitat not previously considered; (4) a new species is listed or critical habitat is designated which may be affected by the action. The State Director or Field Manager of the administrative unit that received the biological opinion shall determine if a reinitiation condition has occurred and shall reinitiate the consultation, if needed, with the appropriate FWS and/or NMFS office.

h.  Plan Level Consultation. The Director, State Directors, and Field Managers shall initiate or reinitiate consultation on land use plans, other

BLM_0078650

.21E5h

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

forms of land management plans, or programmatic level plans when new listings or proposals of species and critical habitats occur.

i. <u>Applicants</u>. An applicant is defined as any person who requires formal approval or authorization; such as for permits, licenses, leases, or letters of authorization or approval, from the BLM as a prerequisite to conducting an action. The applicant is involved in the ESA conference or consultation process if the applicant's specific action that requires approval or authorization by the BLM may affect a federally threatened, endangered, or proposed species.

(1) BLM responsibilities relative to applicants in the context of early consultation are described in Section .21.E.5.k.

(2) If possible, the BLM shall identify and determine who is an applicant for the purposes of ESA consultation. Not all applicants will be identifiable by the BLM at the time of consultation. The BLM does not identify applicants in association with programmatic consultations, e.g. land use plan level consultation, because no specific action that may require authorization or approval is involved. Under programmatic consultations, the BLM usually retains the discretion to provide formal authorization or approval for more specific actions. If consultation for a more specific action is required, applicants for that specific action will be identified at that time.

(3) BLM shall promptly inform FWS and/or NMFS if there is an applicant identified for a project that has been or will be submitted for consultation.

(4) BLM shall notify known applicants promptly if the conference or consultation process is required and of their opportunities for participation in the process.

(A) The BLM shall provide any applicant the opportunity to submit information for consideration during the consultation process should provide the same opportunity during the conference process.

BLM_0078651

.21E5i(4)(B)

6840 - SPECIAL STATUS SPECIES MANAGEMENT

(B)  If a required biological assessment will not be completed within the 180 day time period, after receipt of or concurrence with the species list, the BLM shall provide the applicant with a written statement setting forth the estimated length of the proposed extension and the reasons why such an extension is necessary.

(C) If requested by the applicant, the BLM should request a copy of the draft biological opinion from the FWS and/or NMFS, provide a copy to the applicant, and forward any applicant comments to the FWS and/or NMFS.

(D) The BLM should encourage the FWS and/or NMFS to discuss the basis for the biological determination in the biological opinion to enhance **the applicant's understanding** of the outcome.  BLM will also involve the applicant in discussions with FWS and/or NMFS to develop reasonable and prudent alternatives to the proposed action in instances where a proposed action is determined to be likely to jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat.

j. <u>Designation of non-Federal Representative</u>.  The BLM may designate a non-Federal representative to conduct informal consultation or prepare a biological assessment under 50 CFR Part 402.08.  However, the ultimate responsibility for compliance with Section 7 of the ESA remains with the BLM.

(1)  The BLM shall provide written notice to the FWS and/or NMFS if it designates a non-Federal representative.

(2)  An applicant may be the designated non-Federal representative.  If an applicant is involved and is not the designated non-Federal representative, then the applicant and BLM must agree on the choice of the designated non-Federal representative.

(3)  The BLM shall furnish guidance and supervision and shall independently review and evaluate the scope and contents of the biological assessment prepared by the designated non-Federal representative.

BLM_0078652

.21E5k

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

k.  <u>Early Consultation</u>.  Section 7(a)(3) of the ESA and Secretarial exercise of authority in regulations provides the means, referred to as "early consultation," for a prospective applicant for public land use to request an early consultation if the prospective applicant has reason to believe that the prospective action may affect listed species or designated critical habitat (50 CFR Part 402.11).  For early consultation, BLM shall:

(1)  Receive in writing the prospective applicant's certification that it has a definitive proposal outlining the action and its effects and it intends to implement its proposal, if authorized.

(2)  Upon receipt of the prospective applicant's certification, initiate early consultation in writing with the FWS and/or NMFS and provide all of the information required under initiation of formal consultation (50 CFR Part 402.14.(c)).

(3)  For a major construction activity, include a biological assessment at the time of initiating early consultation.

(4)  Provide any prospective applicant with the opportunity to submit information for consideration during early consultation.

(5)  If the prospective applicant requests through the BLM a copy of the draft preliminary biological opinion, forward the request and the prospective applicant's comments on the draft preliminary biological opinion to the FWS and/or NMFS.

(6)  Not consider the incidental take statement of the preliminary biological opinion as authority to take listed species.

(7)  Request in writing to FWS and/or NMFS confirmation of the preliminary biological opinion as the final biological opinion if the BLM feels that there have been no significant changes in the action as planned or in the information used during the early consultation.  If confirmation from FWS and/or NMFS is not received, initiate formal consultation.

6.  <u>Exemption</u>.  The ESA allows opportunity to apply for an exemption from the requirements of section 7(a)(2).

a.  The Director has sole authority to make an exemption application if the BLM is the exemption applicant.

BLM_0078653

.21E6a

6840 - SPECIAL STATUS SPECIES MANAGEMENT

    b.  The application for an exemption shall be submitted to the Secretary of the Interior or Secretary of Commerce, as appropriate, within 90 days following the termination of the consultation process.

    c.  Procedures for applications for exemption are in 50 CFR Part 451.

7.  <u>Consultation and Conference Approaches</u>.  A number of approaches to improve the efficiency and effectiveness of Section 7 consultation and conference have been utilized in various areas of the BLM.  The overall goal is to enhance compliance with obligations under Section 7(a)(1) and 7(a)(2).  The Director, State Directors and Field Managers, in cooperation with other Federal agencies, should develop and utilize techniques to further the consultation and conference process, such as the Interagency Memorandum of Agreement ESA Section7 Programmatic Consultations and Coordination among BLM, FS, NMFS, and FWS dated August 30, 2000.  Examples of these approaches are:

    a.  Completing and using national, ecosystem or regional level consultations and conferences that address broad scale programs or wide ranging species or critical habitats. The BLM should tier to and utilize the information, analysis, and determinations of effects of these consultations and conferences to the greatest extent practicable when consulting or conferring at more local or project-specific levels.

    b.  Consulting and conferring jointly with other Federal agencies on programs or actions affecting the same species or critical habitats in the same project or geographic area.

    c.  Completing combined consultations and conferences with FWS and NMFS together when programs or actions include effects on species or critical habitats under both agencies' jurisdictions (e.g., an action affects both listed plants and anadromous fish).

    d.  When programmatic consultation results in biological opinions that provide conservation recommendations or design criteria for future agency proposals, considering these recommendations or design criteria in the development of future proposals.  If these future proposals are designed to be consistent with these recommendations or criteria, consultation will be facilitated and compliance with Sections 7(a)(1) and 7(a)(2) furthered.

BLM_0078654

.21E7e

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

e. Completing batched consultations or conferences on logical groupings of program or activity types. This can be done on a quarterly, annual or longer time frame.

f. Using streamlined processes. For example, in the Pacific Northwest, the FWS, NMFS, BLM and FS utilize joint procedures termed "streamlined consultation." This focuses on early involvement of FWS and/or NMFS in program or action design; interagency teams that complete consultation or conference; ensuring program or action are consistent with existing plans' standards, conference reports, conference opinions, and biological opinions; and submitting complete, "agreed-to" biological assessments. Consultations and conferences average completion times of less that 60 days for formal consultation or conferences and 30 days for informal consultation.

F. <u>Section 9 (Prohibited Acts)</u>. The BLM shall not allow actions that result in take of listed animals, remove or reduce to possession endangered plants, or violate any regulations pertaining to threatened plants, except as provided for under Section 7(o) or Section 10(a) of the ESA.

1. <u>Plants</u>. Section 9 of the ESA prohibits take of all individuals of listed fish or wildlife. For plants, there is no "take" prohibition, but Section 9 makes it unlawful for anyone to remove and reduce to possession any endangered plant species; maliciously damage or destroy any endangered plant species on Federal lands; remove, cut, dig up, or damage or destroy any such species from any other area in knowing violation of any law or regulation of any state or in the course of any violation of a state criminal trespass law; or violate any regulations pertaining to threatened plants.

G. <u>Section 10 (Exceptions to the ESA)</u>. Section 10 of the ESA provides for exceptions to the requirements and prohibited acts of other sections of the ESA.

1. <u>Take and incidental take</u>. Section 10 of the ESA provides exceptions for activities otherwise prohibited by Section 9. The BLM shall obtain permits from the FWS and/or NMFS if take of listed fish or wildlife species or the removal or reduction to possession of listed plants is anticipated and is not otherwise authorized. Authorization for take can occur in several ways.

a. If Section 7 consultation has occurred, for federally threatened and endangered fish and wildlife, the final biological opinions normally include an incidental take statement, with which the BLM shall comply. This statement will specify the impact, i.e. the amount or extent, of such incidental take; specify those reasonable and prudent measures that FWS and/or NMFS

BLM_0078655

.21G1a(1)

6840 - SPECIAL STATUS SPECIES MANAGEMENT

considers necessary or appropriate to minimize such impact; set forth the terms and conditions (including, but not limited to, reporting requirements) that must be complied with by the BLM or any applicant; specify procedures to be used to handle or dispose of any individuals of a species actually taken, and monitor and report the impact on the species to FWS and/or NMFS.

(1) Biological opinions for plants do not contain an incidental take statement, only conservation recommendations.  To the extent practicable, the BLM should implement such recommendations.

b.  If an incidental take statement from a biological opinion is not applicable for an action, the BLM shall obtain a Section 10 permit from the FWS and/or NMFS for take of listed fish or wildlife or removal or reduction to possession of listed plants under 50 CFR Part 17 prior to conducting activities for scientific purposes, including scientific studies for biological assessments prior to Section 7 consultation.

(1)  For federally threatened fish and wildlife species that have special rules identified in 50 CFR Parts 17 Subpart B, the BLM shall follow the special rules in lieu of obtaining a Section 10 permit.

(2)  A conservation plan (usually a Habitat Conservation Plan) is required for a Section 10 permit.

c.  For potential take of any experimental fish or wildlife species or removal or reduction to possession of any experimental plant outside of those allowed under biological opinions, the BLM shall follow permit requirements in special rules identified in 50 CFR Part 17 Subpart B.

d.  A conservation agreement does not authorize take.

e.  An incidental take statement provided with a conference opinion does not become effective unless the FWS and/or NMFS adopts the conference opinion as the final biological opinion once the listing is final.

f.  With early consultation, the incidental take statement provided with a preliminary biological opinion does not constitute a statement of anticipated take under Section 10 of the ESA unless it is confirmed by the FWS and/or NMFS as the final biological opinion.

BLM_0078656

.21G1g

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

g.  For fish and wildlife, the exceptions to the requirement of permission for take are as follows and shall be reported to the FWS and/or NMFS as described in 50 CFR Part 17.21(4):

(1)  Any BLM employee may take endangered wildlife in defense of his or her own life or the lives of others.

(2)  Any BLM employee may, when acting in the course of his or her official duties, take endangered wildlife without a permit if such action is necessary to: (i) aid a sick, injured or orphaned specimen; or (ii) dispose of a dead specimen; or (iii) salvage a dead specimen which may be useful for scientific study; or (iv) remove specimens which constitute a demonstrable but non-immediate threat to human safety, provided that the taking is done in a humane manner; the taking may involve killing or injuring only if it has not been reasonably possible to eliminate such threat by live-capturing and releasing the specimen unharmed, in a remote area.

(3)  Any BLM employee may, when acting in the course of his or her official duties, remove and reduce to possession a federally endangered plant without a permit if such action is necessary to (i) care for a damaged or diseased specimen; (ii) dispose of a dead specimen; or (iii) salvage a dead specimen which may be useful for scientific study.

2.  Experimental Populations.

a.  General.  FWS and/or NMFS can designate experimental populations of listed plants and animals.  These populations can only be released outside the species current natural range but within its probable historic range if the Secretary determines that such release will further the conservation of the species (with rare exceptions).  The intent is to ensure separation between experimental and natural populations.  The Secretary of Interior or Commerce must determine whether the experimental population is:

(1)  "Essential" - Essential to the continued existence of a listed species in the wild.

(2)  "Nonessential" - Not essential to the continued existence of a listed species.

BLM_0078657

.21G2b

6840 - SPECIAL STATUS SPECIES MANAGEMENT

b. <u>Management</u>.  BLM shall treat essential experimental populations as threatened species, and nonessential experimental populations as proposed species for purposes of Section 7 (other than subsection 7(a)(1)).  For nonessential experimental populations, this means:

(1)  Incidental take can occur without specific authorization by FWS and/or NMFS.

(2)  Conferencing (as opposed to consultation) is required.

(3)  As required by Section 7(a)(1), the BLM shall use its authorities to conserve these populations.

c. <u>Planning</u>.  Planning efforts must reflect those actions necessary for recovery of species to the extent BLM management can influence recovery.  State Directors and field managers will:

(1)  Keep informed on recovery plan development so needs can be addressed during planning.

(2)  Ensure participation with FWS and/or NMFS in developing recovery needs for species that may have experimental population designation.

d. <u>Wilderness</u>.  In some cases, it is appropriate to transplant and reintroduce listed species into their historic ranges within designated wilderness and wilderness study areas.  BLM shall use only the minimum actions necessary and the methods most appropriate for wilderness areas.  Further information on guidelines for fish and wildlife is contained in BLM Handbook H-8560-1 for wilderness areas, in H-8550-1 for wilderness study areas, and in MS 1745 for Introductions and Transplants.

H.  <u>Section 11 (Penalties and Enforcement)</u>.  The BLM shall exercise all of its authorities to ensure compliance with the ESA.  The BLM may modify, suspend or revoke the lease, license, permit or other agreement of a person who is convicted of a criminal violation of the ESA or any regulation, permit, or certificate issued pursuant to the ESA.

I.  <u>Section 18 (Annual Cost Analysis by the Fish and Wildlife Service)</u>.  The BLM shall provide to FWS a summary of its expenditures on the conservation of listed species for FWS annual expenditure report to Congress.

BLM_0078658

.21J

# 6840 - SPECIAL STATUS SPECIES MANAGEMENT

J. <u>Activities for which BLM has no discretion.</u>  Some activities that involve BLM may not require BLM approval (e.g. reciprocal road rights-of-way).  If an action is not authorized, funded, or carried out by BLM, or BLM no longer retains discretionary authority over the activity, it is considered to be non-discretionary with respect to the ESA and BLM is not responsible for conducting a Section 7 consultation.  However, provisions of the ESA may be applicable to the person or persons involved with the activity.  In such situations, BLM's responsibilities are as follows.

1.  If BLM becomes aware of a non-discretionary activity involving Bureau administered lands that may affect listed or proposed species, BLM should notify the person or persons involved of the possible conflict with the ESA.

2.  BLM should take all actions allowed or required under regulations, law, and policy that would result in avoiding or minimizing adverse effects on listed or proposed species and designated or proposed critical habitat.

3.  If the person or persons involved with the non-discretionary activity wish to develop measures that would eliminate conflicts with the ESA, the BLM shall arrange for the participation of BLM specialists and, if needed, specialists from FWS and/or NMFS during the process of developing such measures.

.22 <u>Conservation of species other than under the ESA</u>.  The ESA establishes policy, procedures, and requirements for the conservation of listed species, designated critical habitat, proposed species, and proposed critical habitat.  BLM policy is broader than the ESA in that it addresses special status species that may be affected by BLM activities, as well as federally listed and proposed species.  It is in the interest of the public and the affected special status species for BLM to undertake conservation actions for such species before listing is warranted or the designation of critical habitat becomes necessary.  It is also in the interest of the public and the affected special status species for BLM to undertake conservation actions that improve the status of such species to the point where their special status recognition is no longer warranted.  By doing so, BLM will have greater flexibility in managing the public lands to accomplish native species conservation objectives, while fulfilling other FLPMA mandates.

A.  <u>Planning</u>.  The BLM should obtain and use the best available information deemed necessary to evaluate the status of special status species in areas affected by land use plans or other proposed actions and to develop sound conservation practices.  Land use plans shall be sufficiently detailed to identify and resolve significant land use conflicts with special status species without deferring conflict resolution to implementation-level planning.  Implementation-level planning should consider all site-specific methods and procedures which are needed to bring the species and their habitats to the condition under which the provisions of the ESA are not necessary, current listings under special status species

BLM_0078659

.22B

6840 - SPECIAL STATUS SPECIES MANAGEMENT

categories are no longer necessary, and future listings under special status species categories would not be necessary.

B. <u>Coordination and Cooperation with Tribes.</u>  The relationship between the United States and Indian tribes is defined by treaties, statutes, executive orders, judicial decisions, and agreements, and differentiates tribes from other entities that deal with, or are affected by, the Federal government.  Tribes are self-governing with fundamental rights to set their own priorities and make decisions affecting their resources and distinctive ways of life.  However, as with other entities, coordination on the conservation and management of resources would benefit the tribal resources and public resources as they relate to special status species.

    1. <u>Secretarial Order 3206</u> on American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the ESA.  The Secretarial Order, signed on June 5, 1997, by the Secretary of the Interior and Secretary of Commerce clarifies the responsibilities of agencies of the Department of the Interior and Department of Commerce when actions taken under the authority of the ESA and associated implementing regulations affect, or may affect, Indian land, tribal trust resources, or the exercise of American Indian tribal rights.  The Secretarial Order does not apply to Alaska.  In addition to BLM Policy 8160, the BLM shall administer the conservation provisions of the Secretarial Order as follows:

        a.  Whenever the BLM is aware that its actions planned under the ESA may impact tribal trust resources, the exercise of tribal rights, or Indian lands, the BLM shall consult (as defined in BLM Handbook H8160-1 and distinct from ESA consultation procedure) with the tribes that are affected and seek their participation to the maximum extent practicable.  This shall include providing affected tribes adequate opportunities to participate in data collection, consensus seeking, and associated processes.

        b.  The BLM shall assist Indian tribes in developing and expanding tribal programs that promote the health of ecosystems upon which special status species depend.  This includes:

            (1)  Offering and providing such scientific and technical assistance and information as may be available for the development of tribal conservation and management plans to promote the maintenance, restoration, enhancement and health of the ecosystems upon which special status species depend.

            (2)  Cooperatively identifying appropriate management measures to address concerns for such species and their habitats.

BLM_0078660

.22B1b(2)

### 6840 - SPECIAL STATUS SPECIES MANAGEMENT

c.  The BLM shall give deference to tribal conservation and management plans for tribal trust resources that govern activities on Indian lands and that address the conservation needs of listed species.

d.  At the earliest indication that it is considering management actions that may be restrictive to tribes, for the conservation of any species, the BLM shall promptly notify all potentially affected tribes, and assist tribes in identifying and implementing tribal conservation and other measures necessary to protect such species.

e.  The BLM should assist the FWS and/or NMFS and other Federal agencies with their required actions under the Secretarial Order regarding the conservation of species.

f.  The BLM should coordinate with the affected tribes and the BIA on BLM's Section 7 consultations of which it is aware that tribal rights or tribal trust resources may be affected.

g. Consistent with the provisions of the Privacy Act, the Freedom of Information Act, and the Department's ability to continue to assert FOIA exemptions, the BLM shall make available to a tribe all information held by the BLM that is related to a tribe's Indian lands and tribal trust resources.

h.  The BLM shall, when appropriate and at the request of a tribe, pursue intergovernmental agreements to formalize arrangements involving special status species.

2.  BLM 8160 Policy.  The BLM should use any opportunity available under its 8160 Policy to seek coordinated conservation activities with tribes.

C.  Agreements, Assessments, and Cooperative Strategies for Conservation.  The BLM shall work cooperatively with other agencies, organizations, governments, and interested parties for the conservation of plants and animals and their habitats to reduce, mitigate, and possibly eliminate the need for their identification as a special status species.  Cooperative efforts are important for conservation based on an ecosystem management approach and will improve efficiency by combining efforts and fostering better working relationships.  Stabilizing and improving habitat conditions before a species is listed may allow more conservation and other management flexibility, reduce conflicts, and reduce the cost of conservation.

1.  Requests for Technical Assistance on Candidate Species.  The FWS and/or NMFS may have additional information on candidate species that was used as the basis for

BLM_0078661

.22C1

### 6840 - SPECIAL STATUS SPECIES MANAGEMENT

adding the species to the candidate species list. Although requests for technical assistance are not required by any statute, the BLM would best serve the interests of the public and the species involved by ensuring that the best scientific information available is used to make final decisions. To help ensure that the best scientific data are available, the BLM shall request technical assistance and information from the FWS and/or NMFS as needed on candidate species for use in the BLM decision-making process to avoid actions that contribute to the need to list. The FWS and/or NMFS often provide advisory recommendations for reducing adverse effects to candidate species.

2.  Habitat Conservation Assessments and Conservation Agreements. In an effort to eliminate the need for listings under the ESA, the BLM shall participate in developing habitat conservation assessments leading to conservation agreements for proposed, candidate, and sensitive species, groups of species, or specific ecosystems. This is pursuant to the MOU (94-SMU-058, dated June 25, 1994) entered into by the BLM, U. S. Forest Service, FWS, NMFS and the National Park Service to establish an interagency framework for cooperation and participation to achieve this objective. BLM's role in implementing the MOU is as follows:

> a.  State Directors and line managers shall make available employees with appropriate skills and expertise to support cooperative efforts for the development and implementation of habitat conservation assessments and conservation agreements.

> b.  State Directors and line managers should identify opportunities for habitat conservation assessments or, if none exists, initiate the development of these assessments and conservation agreements for the purpose of furthering the conservation of the subject species on BLM-administered and other lands.

> c. The BLM should use habitat conservation assessments to develop conservation agreements that outline the procedural assurance necessary to reduce, eliminate, or mitigate specific threats to proposed, candidate, or sensitive species; to develop an ecosystem management approach to conservation on Federal lands; to facilitate coordination and cooperation with others, such as States and private entities, to achieve species and habitat conservation through an ecosystem management approach that extends beyond Federal land.

> d. The BLM should be signatory to conservation agreements developed under the MOU if public land or BLM authorization is involved.

BLM_0078662

.22C2d

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

e. Contingent upon results of habitat conservation assessments, applicable objectives of conservation agreements, and appropriate procedures to ensure adherence to all legal requirements in analyzing changes, the BLM should establish new management direction for habitat conservation.  Where appropriate, this will include amendment or revision of land use plans to provide a basis for and commitment to the conservation of the species.

f. The BLM should consider successful implementation of the program in evaluating line officer performance.  Key leaders who contribute to notable successes will be recognized on a continuing basis.

3.  <u>Other Cooperation and Coordination</u>.  Conservation activities in general would benefit from cooperation and coordination with other agencies, organizations, governments, and interested parties.

a. The BLM in coordination with the FWS and/or NMFS and other interested entities should develop habitat conservation assessments and conservation agreements for any special status species that the Bureau feels would benefit from such an agreement.

b. The BLM should provide technical assistance to, and coordinate with appropriate State agencies and other agencies, organizations, or private landowners developing Habitat Conservation Plans.

c. The BLM should seek partnerships and cooperative relationships with other agencies, organizations, governments, and interested parties for the purposes of conservation of species and administration of the ESA.  The BLM already has MOU's with several agencies and organizations.  Partnerships beyond existing MOU's are encouraged.  Partnerships and cooperative relationships should be sought with agencies that include, but are not limited to, the following:

(1)  Other resource management and regulatory agencies, such as the Natural Resource Conservation Service, State fish and wildlife agencies, State forestry agencies, State water quality agencies, and municipal parks and recreation agencies.

(2)  State and local governments, such as governor's offices, county commissioners, and city councils, county extension units, watershed councils, and resource conservation districts, and interested landowners.

.22D3c(2)

6840 - SPECIAL STATUS SPECIES MANAGEMENT

(3)  Federal advisory groups, such as Resource Advisory Councils, Provincial Advisory Boards, and Grazing Advisory Boards.

(4)  Research entities, such as the Biological Resource Division of the U. S. Geological Survey, and university researchers.

(5)  Professional societies, such as The Wildlife Society, the American Fisheries Society, and the Society for Ecological Restoration.

(6)  Groups representing private sector interest in resources and resource uses, such as Trout Unlimited, National Audubon Society, The Nature Conservancy, National **Cattlemen's B**eef Association, and American Sports Tackle Manufacturers.

d.  The BLM**'s role in partnerships** and cooperative relationships should include, but not be limited to, developing conservation programs based on ecosystem management; providing expertise for programs affecting lands outside of the public land if benefits to BLM managed resources may result; and developing challenge cost-share projects, to support conservation activities.

4.  Ecosystem Management and Native Biodiversity.  BLM management should take into consideration ecosystem management and the conservation of native biodiversity to reduce the likelihood of placing any native species on a special status species list.

a.  For rangelands, the BLM shall take actions that progress towards the conditions indicating attainment of the Fundamentals of Rangeland Health (described in 43 CFR 4180.1) and associated Standards (43 CFR 4180.2). Such actions would include management that restores, protects or enhances those resources necessary to support, as site potential and BLM authorities allow, a full complement of native species in their historical proportions.

b.  The BLM should participate in and coordinate with State Natural Heritage Programs.

c.  The BLM should seek opportunities to conserve and improve special status species and habitats for native animals and wildlife in the development of land use plans, activity plans, and in other BLM-authorized, funded or approved activities.

BLM_0078664

6840 - SPECIAL STATUS SPECIES MANAGEMENT

Glossary of Terms

-A-

action, activities, or programs: unless attributed to another entity, all actions of any kind authorized, funded, or carried out by BLM in whole or part.  Examples include, but are not limited to: (1) actions intended to conserve special status species or their habitat; (2) the promulgation of regulations; (3) the granting of licenses, contracts, leases, easements, rights-of-way, permits, or grants-in-aid; (4) loss of habitat or transferring habitat out of Federal ownership; or (5) actions directly or indirectly causing modifications to the land, water, or air.

action area: areas to be affected directly or indirectly by the action, not merely the immediate area involved in the action.

adversely (adverse) affect: to have a detrimental effect on any or all portions of the life cycle of a threatened or endangered species or on its habitat or a component thereof.

advisory recommendations: recommendations provided by the FWS during informal consultation, conferences, or as technical assistance on candidate species, proposed species, or proposed critical habitat that assist in minimizing or avoiding effects of proposed actions.

animals: any member of the animal kingdom, including without limitation any mammal, fish, bird, amphibian, reptile, mollusk, crustacean, arthropod, or other invertebrate, and includes any part, product, egg, or offspring thereof, or the dead body or parts thereof.  As used here, the words "animals," "fish or wildlife," and "wildlife" are interchangeable.

applicant: any person who requires formal approval or authorization from BLM as a prerequisite to conducting an action.  This can include an individual, corporation, partnership, trust, association, or any other private entity; or any officer, employee, agent, department, or instrumentality of the Federal Government, of any State, municipality, or political subdivision of a State, or of any foreign government; any State, municipality, or political subdivision of a State; or any other entity subject to the jurisdiction of the United States.

-B-

batched consultation or batched conference: a single consultation or conference effort and biological assessment on a logical grouping of projects, activities, or programs of a similar nature.  Projects, activities, or programs typically should occur in the same watershed, geographic area, administrative units or have some other elements in common.  The biological assessment may be interagency (e.g., BLM and FS).  The intent is to facilitate the consultation and conference process.

BLM_0078665

Glossary, Page 2

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

biological assessment: the document prepared by or under the direction of BLM concerning listed and proposed species and designated and proposed critical habitat that may be present in the action area and contains the BLM's determination of potential effects of the action on such species and habitat.  Biological assessments are required for formal consultations and conferences on "major construction projects."  They are recommended for all formal consultations and formal conferences and many informal consultations where a written evaluation of the effects of an action on listed or proposed species and on designated or proposed critical habitat is needed.  Also referred to as a BA.

biological opinion: the document which includes: (1) the opinion of the FWS and/or NMFS as to whether or not a Federal action is likely to jeopardize the continued existence of listed species or result in the destruction or adverse modification of designated critical habitat; (2) a summary of the information on which the opinion is based; and (3) a detailed discussion of the effects of the action on listed species or designated critical habitat.  Depending upon the determination of jeopardy or non-jeopardy, the biological opinion may contain reasonable and prudent alternatives, a statement of anticipated take of listed animals and conservation recommendations for listed plants.  Also referred to as a BO.

BLM managed lands: public lands managed by BLM whether they are held in fee title or BLM manages the surface or subsurface.

### -C-

candidate species: taxa for which the FWS has sufficient information on their status and threats to support proposing the species for listing as endangered or threatened under the ESA but for which issuance of a proposed rule is currently precluded by higher priority listing actions.  Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register.

conference:  a process which involves informal discussions between BLM and the FWS and/or NMFS regarding the likely impact of an action on proposed species or proposed critical habitat, and recommendations to minimize or avoid the adverse effects.  Formal conference, following procedures for formal consultation, may be requested by the BLM if a proposed species is soon to be listed or project impacts are expected to continue after listing and involve take.

conference opinion: document issued by the FWS and/or NMFS as a result of formal conference, similar to a biological opinion.  The document may be adopted as biological opinion when the proposed species becomes listed or critical habitat becomes designated if no significant new information is developed and no significant changes to the action are made that would alter the content of the opinion.

conference report: document issued by the FWS and/or NMFS as a result of conference process that includes conclusions and advisory recommendations to the Federal agency and applicant.

BLM_0078666

6840 - SPECIAL STATUS SPECIES MANAGEMENT

conservation (also conserve and conserving): 1) Definition from ESA Section 3(3) and as applied to threatened, endangered and proposed species in this policy: to use, and the use of, all methods and procedures that are necessary to bring a listed species to the point at which the measures of the ESA no longer apply. Methods and procedures of conservation include, but are not limited to, all activities associated with scientific resources management such as research, census, law enforcement, habitat acquisition and maintenance, propagation, live trapping, and transportation, and, in the extraordinary case where population pressures within a given ecosystem cannot be otherwise relieved, may include regulated taking of animals. 2) As applied to other special status species, to use, and the use of, methods and procedures such that there is no longer any threat to their continued existence or need for continued listing as a special status species.

conservation agreement: A formal written document agreed to by FWS and/or NMFS and another Federal agency, State agency, local government, or the private sector to achieve the conservation of candidate species or other special status species through voluntary cooperation. It documents the specific actions and responsibilities for which each party agrees to be accountable. The objective of a conservation agreement is to reduce threats to a special status species or its habitat. An effective conservation agreement may lower species' listing priority or eliminate the need for listing.

conservation recommendations: non-mandatory suggestions by the FWS and/or NMFS in biological opinions which will reduce any adverse effects of a proposed action on listed species or critical habitat, or which will assist the BLM in complying with its obligations under Section 7 of the ESA, especially Section 7(a)(1) [see 50 CFR 402.02].

consultation with tribes: As defined in BLM Handbook H8160-1, the active, affirmative process of (1) identifying and seeking input from appropriate Native American governing bodies, community groups, and individuals and (2) considering their interests as a necessary and integral part of the BLM's decision making process.

critical habitat: (1) the specific areas within the geographical area currently occupied by a species, at the time it is listed in accordance with the ESA, on which are found those physical or biological features (i) essential to the conservation of the species and (ii) that may require special management considerations or protection, and (2) specific areas outside the geographical area occupied by a species at the time it is listed upon determination by the FWS and/or NMFS that such areas are essential for the conservation of the species. Critical habitats are designated in 50 CFR Parts 17 and 226. The constituent elements of critical habitat are those physical and biological features of designated or proposed critical habitat essential to the conservation of the species, including, but not limited to: (1) space for individual and population growth, and for normal behavior; (2) food, water, air, light, minerals, or other nutritional or physiological requirements; (3) cover or shelter; (4) sites for breeding, reproduction, rearing of offspring, germination, or seed dispersal; and (5) habitats that are protected from disturbance or are representative of the historic geographic and ecological distributions of a species.

BLM_0078667

Glossary, Page 4

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

cumulative impact (ESA definition): Effects of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject to consultation.  50 CFR 402.02. (For reference purposes, the NEPA definition is:  The impact on the environment which results from the incremental impact of the action when added to other past, present and reasonably foreseeable future actions regardless of what agency or person undertakes such other actions.  Cumulative impacts can result from individually minor, but collectively significant actions taking place over a period of time.  BLM Manual H-1790-1).

**-D-**

designated critical habitat: see critical habitat.

destruction or adverse modification: direct or indirect alteration of critical habitat which appreciably diminishes the value of the habitat for both the survival and recovery of a listed species.  Such alterations include, but are not limited to, alterations adversely modifying any of those physical or biological features that were the basis for determining the habitat to be critical.

direct effect: see effects of the action.

discountable effect: effects that are extremely unlikely to occur.

**-E-**

early consultation: a component of the consultation process that has been requested by Federal agency on behalf of a prospective applicant after it has been determined that the proposed action may affect listed species or designated critical habitat.

effects of the action: the direct and indirect effects of an action on the species or critical habitat that will be added to the environmental baseline.  It includes the direct and indirect effects of the Federal action under consideration together with the effects of actions that are interrelated or interdependent with the action.  Direct effects are those that are caused by the proposed action and occur at the same time and place.  Indirect effects are those that are caused by the proposed action and are later in time or farther removed in distance, but are still reasonably foreseeable.  Interrelated actions are those that are part of a larger action and depend on the larger action for their justification.  Interdependent actions are those that have no independent utility apart from the action under consideration.

endangered species: see special status species.

experimental populations: an introduced population (including any offspring arising solely therefrom) that has been so designated in accordance with the procedures of 50 CFR Subpart H Section 17.80 but only when, and at such times as, the population is wholly separate

BLM_0078668

6840 - SPECIAL STATUS SPECIES MANAGEMENT

geographically from non-experimental populations of the same species. Where a part of an experimental population overlaps with natural populations of the same species on a particular occasion, but is wholly separate at other times, specimens of the experimental population will not be recognized as such while in the area of overlap. That is, experimental status will only be recognized outside the areas of overlap. Thus, such a population shall be treated as experimental only when the times of geographic separation are reasonably predictable; e.g. fixed migration patterns, natural, or manmade barriers. A population is not treated as experimental if total separation will occur solely as a result of random and unpredictable events.

essential experimental population: an experimental population whose loss would be likely to appreciably reduce the likelihood of the survival of the species in the wild. All other experimental populations are to be classified as nonessential.

nonessential experimental populations: those populations whose loss would not appreciably affect the continued existence of the species.

**-F-**

fish or wildlife: see animals.

formal conference: see conference.

formal consultation: a component of the consultation process under Section 7 of the ESA that commences with the BLM's written request for consultation after it has determined that its action may affect and is likely to adversely affect listed species or designated critical habitats.

**-H-**

habitat: the place where an organism (plant or animal) lives. There are four major divisions of habitat, namely, terrestrial, freshwater, estuarine, and marine.

habitat conservation assessment: A comprehensive, state-of-knowledge technical document that describes life history, habitat requirements and management considerations for a species or group of species throughout its occupied range on the lands managed by the cooperating agencies. Habitat conservation assessments are often done as a forerunner to preparation of a conservation agreement.

Habitat Conservation Plan: Under section 10(a)(2)(A) of the ESA, a document that is a mandatory component of an incidental take permit application, also known as a Conservation Plan.

**-I-**

incidental take: see take.

BLM_0078669

Glossary, Page 6

6840 - SPECIAL STATUS SPECIES MANAGEMENT

indirect effects: see effects.

informal consultation: a component of the consultation process that includes all discussions, correspondence, etc., between the FWS and/or NMFS and the BLM agency or the designated non-Federal representative, prior to formal consultation, to determine if a proposed action may affect listed species or critical habitat and to use FWS and/or NMFS expertise, if necessary, to modify the proposed action to avoid potentially adverse effects.

interdependent action: see effects.

interrelated action: see effects.

insignificant effect:   impact that is small enough in scale that it take should never occur and that, based on best judgment, a person should not be able meaningfully to measure, detect, or evaluate insignificant effects.

-J-

jeopardize the continued existence of (also jeopardize, cause jeopardy to): engage in an action which reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of listed species in the wild by reducing the reproduction, numbers, or distribution of a listed species or otherwise adversely affecting the species.

-L-

listed species: see special status species.

-M-

major construction activity: a construction project (or other undertaking having similar physical impacts) which is a major Federal action significantly affecting the quality of the human environment as referred to in NEPA.  These include dams, buildings, pipelines, roads, water developments, channel improvements, dredging, blasting, and other such undertakings which significantly modify the physical environment.

may affect: the conclusion that a proposed action may pose any effect on listed species or designated critical habitat.

multiple use: the management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to

BLM_0078670

6840 - SPECIAL STATUS SPECIES MANAGEMENT

conform to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including, but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output (FLPMA).

**-P-**

person: an individual, corporation, partnership, trust, association, or any other private entity, or any officer, employee, agent, department, or instrumentality of the Federal Government, or any State or political subdivision thereof, or of any foreign government.

plant: any member of the plant kingdom, including seeds, roots, flowers, and other parts thereof.

preliminary biological opinion: an opinion issued by the FWS and/or NMFS as a result of early consultation.

programmatic consultation: consultation addressing an agency's multiple actions on a program, regional or other basis.

proposed critical habitat: habitat proposed in the Federal Register to be designated as critical habitat under Section 4 of the Endangered Species Act.

proposed species: see special status species.

**-R-**

reasonable and prudent alternatives: those alternatives identified during consultation that can be implemented in a manner consistent with the intended purpose of the action, can be implemented consistent with the scope of the action agency's legal authority and jurisdiction, are economically and technologically feasible, and would avoid the likelihood of jeopardizing the continued existence of listed species or resulting in the destruction or adverse modification of designated critical habitat.  Alternatives not considered reasonable and prudent are those that were not previously under consideration (e.g. locating a project in uplands instead of requiring a Corps permit to fill a wetland), require actions of a third party not involved in the proposed action, require actions on lands outside of the BLM's jurisdiction or authority.

BLM_0078671

Glossary, Page 8

6840 - SPECIAL STATUS SPECIES MANAGEMENT

recovery: improvement in the status of listed species to the point at which the measures provided by the ESA are no longer necessary.

request for technical assistance:  communication with the FWS and/or NMFS concerning actions that will potentially have an adverse effect on a candidate species or its habitat.  The objectives of these requests are to obtain as much biological information as possible about the species involved and its habitat, the reasons the species is designated as a candidate species, and their recommendations on how the proposed management action might be carried out without contributing to the further deterioration of the species habitat.

-S-

species: any species or subspecies of fish or wildlife or plants (and in the case of plants, any varieties), and any distinct population segment of any species of vertebrate fish or wildlife which interbreeds when mature.

special status species: includes the following;

  (1)  proposed species- species that have been officially proposed for listing as threatened or endangered by the Secretary of the Interior.  A proposed rule has been published in the Federal Register.

  (2)  listed species-species officially listed as threatened or endangered by the Secretary of the Interior under the provisions of the ESA.  A final rule for the listing has been published in the Federal Register.

      (A)  endangered species - any species which is in danger of extinction throughout all or a significant portion of its range.

      (B)  threatened species - any species which is likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range.

  (3)  candidate species -species designated as candidates for listing as threatened or endangered by the FWS and/or NMFS.  A list has been published in the Federal Register.

  (4)  State listed species -species listed by a State in a category implying but not limited to potential endangerment or extinction.  Listing is either by legislation or regulation.

  (5)  sensitive species are those designated by a State Director, usually in cooperation with the State agency responsible for managing the species and State Natural heritage programs, as sensitive.  They are those species that: (1) could become endangered in or extirpated from a State, or within a significant portion of its distribution; (2) are under status review by the FWS and/or NMFS; (3) are undergoing significant current or predicted downward trends in

BLM_0078672

### 6840 - SPECIAL STATUS SPECIES MANAGEMENT

habitat capability that would reduce a species' existing distribution; (4) are undergoing significant current or predicted downward trends in population or density such that federal listed, proposed, candidate, or State listed status may become necessary; (5) typically have small and widely dispersed populations; (6) inhabit ecological refugia or other specialized or unique habitats; or (7) are State listed but which may be better conserved through application of BLM sensitive species status.

status review: process of examination by FWS and/or NMFS to determine if a species situation warrants protection under the ESA. Results are published in the Federal Register.

survival: for determination of jeopardy or adverse modification, the species' persistence as listed or as a subset identified by the FWS and/or NMFS for recovery management purposes, beyond the conditions leading to its endangerment, with sufficient resilience to allow for the potential recovery from endangerment. It is the condition in which a species continues to exist into the future while retaining the potential for recovery. This condition is characterized by a species with a sufficient population, represented by all necessary age classes, genetic heterogeneity, and number of sexually mature individuals producing viable offspring, which exists in an environment providing all requirements for completion of the species' entire life cycle, including reproduction, sustenance, and shelter.

**-T-**

take: harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct. The term applies only to fish and wildlife.

(1) incidental take Any taking otherwise prohibited, if such taking is incidental to, and not the purpose of, the carrying out an otherwise lawful activity.

(2) harm as used in the definition of take means to commit an act which actually kills or injures wildlife. Such act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavior patterns, including breeding, feeding, or sheltering.

(3) harass as used in the definition of take means to commit an intentional or negligent act or omission which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavior patterns, which include but are not limited to breeding, feeding, or sheltering.

threatened species: see special status species.

tribes (Indian tribes): any Federally recognized Indian tribe, band, nation, pueblo, community or other organized group within the United States which the Secretary of the Interior has identified on the most current list of Federally recognized tribes maintained by the Bureau of Indian Affairs.

BLM_0078673

Glossary, Page 10

## 6840 - SPECIAL STATUS SPECIES MANAGEMENT

(1) <u>tribal trust resources:</u> those natural resources, either on or off Indian lands, retained by, or reserved by or for Indian tribes through treaties, statutes, judicial decisions, and executive orders, which are protected by a fiduciary obligation on the part of the United States.

(2) <u>tribal rights:</u> those rights legally accruing to a tribe or tribes by virtue of inherent sovereign authority, unextinguished aboriginal title, treaty, statute, judicial decisions, executive order or agreement, and which give rise to legally enforceable remedies.

(3) <u>Indian lands:</u> any lands title to which is either 1) held in trust by the United States for the benefit of any Indian tribe or individual; or 2) held by any Indian tribe or individual subject to restrictions by the United States against alienation.

**-W-**

<u>wildlife:</u> see <u>animals</u>.

BLM_0078674

**United States Government Accountability Office**

# GAO

Testimony

Before the Committee on Natural Resources, House of Representatives

For Release on Delivery
Expected at 10:00 a.m. EST
Friday, February 16, 2007

# DEPARTMENT OF THE INTERIOR

# Major Management Challenges

Statement of Robin M. Nazzaro, Director
Natural Resources and Environment



**GAO-07-502T**



**G A O**
Accountability · Integrity · Reliability

# Highlights

Highlights of GAO-07-502T, testimony
before the Committee on Natural
Resources, House of Representatives

February 16, 2007

# DEPARTMENT OF THE INTERIOR

# Major Management Challenges

## Why GAO Did This Study

The Department of the Interior is responsible for managing much of the nation's vast natural resources. Its agencies implement an array of programs intended to protect these precious resources for future generations while also allowing certain uses of them, such as oil and gas development and recreation. In some cases, Interior is authorized to collect royalties and fees for these uses. Over the years, GAO has reported on challenges facing Interior as it implements its programs. In addition to basic program management issues, the department faces difficult choices in balancing its many responsibilities, and in improving the condition of the nation's natural resources and the department's infrastructure, in light of the federal deficit and long-term fiscal challenges facing the nation.

This testimony highlights some of the major management challenges facing Interior today.

## What GAO Recommends

GAO has made a number of recommendations intended to improve Interior's programs by enhancing the information it uses to manage its programs, strengthening internal controls, and providing clearer guidance. Interior has agreed with most of the recommendations and taken some steps to implement them. However, the department has been slow to implement other recommendations.

www.gao.gov/cgi-bin/getrpt?GAO-07-502T.

To view the full product, including the scope and methodology, click on the link above. For more information, contact Robin Nazzaro at (202) 512-3841 or nazzaror@gao.gov.

## What GAO Found

The Department of the Interior has made progress in addressing challenges that GAO has identified in such areas as developing and maintaining better data to manage the department's programs and strengthening internal controls. However, numerous important problems remain, as discussed below.

- **Management of resource protection efforts needs to be strengthened.** Interior has undertaken steps to improve some of its resource protection efforts, but it has yet to develop a cohesive national strategy to address wildland fire issues, as GAO has recommended. In addition, Interior agencies that manage hardrock mining and oil and gas production on their lands have not effectively carried out their environmental protection responsibilities.

- **Management problems in Indian and island community programs persist.** While Interior has implemented major reforms to address weaknesses in managing Indian trust funds and other assets, concerns remain about finalizing organizational changes and delays in decisions about land that the department will take into trust status. In addition, island community programs continue to lack accountability measures.

- **Land appraisals continue to fall short of standards.** While Interior has consolidated the land appraisal function into a departmental office to address serious problems with the quality of its appraisals and the millions of dollars that had been lost as a result, a large portion of appraisals that GAO reviewed still did not comply with recognized appraisal standards.

- **Deferred maintenance backlog needs to be addressed.** Interior has implemented improved inventory and asset management systems for some programs, but it is not clear how it will address the estimated $17 billion in deferred maintenance. Other programs continue to lack information required to accurately estimate needs.

- **Revenue collection needs more management attention.** Interior may not be collecting billions of dollars of revenue from oil and gas royalties; geothermal royalties; and fees from individual recreational uses, air tour operations in and around national parks, and commercial filming and still photography in national parks.

- **Contract and grant management lack needed controls.** Because it lacks adequate controls over management of grants and contracts, Interior cannot ensure that millions of dollars in grant and contract funding were used appropriately.

_____ **United States Government Accountability Office**

BLM_0078676

Mr. Chairman and Members of the Committee:

I am pleased to be here today to discuss our work at the Department of the Interior. As the stewards for more than 500 million acres of federal land and 1.8 billion acres of the Outer Continental Shelf, Interior agencies are responsible for a wide array of programs to ensure that our nation's natural resources are adequately protected and that access to and use of those resources is appropriately managed. Difficult choices face this Congress and administration in fulfilling the federal government's responsibilities as a steward of these resources under increasing budgetary constraints. My testimony today includes findings from a number of reports we have issued over the past few years on some of Interior's natural resource management programs. Specifically, I will discuss management challenges in six key areas: (1) resource protection, (2) Indian and insular affairs, (3) land appraisals, (4) deferred maintenance, (5) revenue collection, and (6) contracts and grants.

## Summary

In summary, our reports indicate that while Interior agencies have improved the management of some of the programs we have reported on over the years, some issues remain problematic. Moreover, more recent work has identified new problems that need to be addressed. In many cases, Interior agencies have work underway or planned to address our recommendations, but we have not evaluated these efforts.

- **Management of resource protection efforts needs to be strengthened.** Our work on the challenges that Interior, working with the U.S. Department of Agriculture (USDA), faces in protecting the nation against the threat of wildland fires has revealed a continued need for several improvements. Despite concurrence with our previous recommendations, Interior and USDA have yet to complete a cohesive national strategy that identifies long-term options and associated funding needs for responding to wildland fire issues. Nor have the departments developed a tactical plan to inform the Congress about the steps and time frames needed to develop such a strategy. And while they have undertaken steps to improve upon the information they use to assess and allocate resources for addressing wildland fire threats, it remains unclear whether the agencies will successfully complete these efforts. In addition, the Bureau of Land Management (BLM) and the Fish and Wildlife Service (FWS) have not been effectively carrying out their important responsibilities for ensuring that hardrock mining, oil, and gas operations occurring on their lands do not cause unnecessary environmental harm. Specifically, we found that BLM was not ensuring that hardrock mining

BLM_0078677

operations had sufficient financial assurances to provide for proper reclamation of disturbed lands and was not effectively carrying out its environmental mitigation responsibilities for oil and gas operations. Similarly, we reported that FWS was not consistently inspecting oil and gas operations in national wildlife refuges to ensure that environmental standards were being met.

- **Management problems in Indian and island community programs persist**. While Interior has taken significant steps in the last 10 years to address weaknesses in certain Indian programs, it is still in the process of implementing key trust fund reforms, and several concerns exist about the completion of these reforms. We have also reported on serious delays in the Bureau of Indian Affairs' (BIA) program for determining whether the department will accept land in trust: over 1,000 land in trust applications from tribes and individual Indians are currently pending. In addition, the department could be doing more to assist seven island communities—four U.S. territories and three sovereign island nations—with long-standing financial and program management deficiencies.

- **Land appraisals continue to fall short of standards**. Over the years, we and Interior's Inspector General (IG) have reported on the difficulties BLM and other federal land management agencies have had in managing land appraisals and the loss of millions of federal dollars resulting from inadequate appraisals. While major program changes have been made, significant problems continue. Specifically, we found that appraisals still do not adhere to appraisal standards and, thus, the federal government risks losing millions of dollars more if land is undervalued. In addition, Interior does not have a process for setting and meeting realistic deadlines for completing appraisals, which can be particularly important for transactions in areas with changing land values.

- **Deferred maintenance backlog needs to be addressed**. While Interior has made progress addressing prior recommendations to improve information on the deferred maintenance needs of National Park Service facilities and BIA schools, its maintenance backlog continues to grow substantially—the department's estimate increased from between $8.1 billion and $11.4 billion in 2003, to between $9.6 billion and $17.3 billion in 2006. It is not clear how the department will secure needed funding to reduce this daunting backlog to a manageable level. In addition, we recently reported that better information was needed on 16 BIA irrigation projects with an estimated $850 million in deferred maintenance. Specifically, we found that some of the irrigation projects classified items as deferred maintenance when they were actually new construction, and some had incomplete information on their deferred maintenance needs.

BLM_0078678

- **Revenue collection needs more management attention**. Recent work indicates that the federal government may not be collecting all the revenue that it could be and that some programs that receive revenue do not have needed controls. For example, we reported that billions of dollars in oil and gas royalties may be forgone because of a failure to include important price limitations in leases during 1998 and 1999. We also reported that while the department is required by law to continue to collect a certain level of revenue from geothermal leases, it is not collecting the necessary information to do so. Furthermore, the National Park Service is authorized to collect fees from a number of different types of uses of its lands, but has not done so in all cases. Finally, should the Congress choose to authorize it to do so, BLM could be collecting more in grazing revenue, thereby bringing its fees more in line with the fees charged by other federal agencies.

- **Contract and grant management lack needed controls**. Interior's management of contracts and grants has been identified as a management challenge by Interior's IG for a number of years. Recent work we have conducted echoes some of the IG's concerns, in particular with regard to a lack of management controls. Specifically, we reported on weaknesses in (1) management of two Interior interagency contracting mechanisms that the Department of Defense (DOD) has used to obtain services and (2) a program that provides grants to nonfederal entities for activities related to the Chesapeake Bay.

## Background

The Department of the Interior has jurisdiction over more than 500 million acres of land—about one-fifth of the total U.S. landmass—and over 1.8 billion acres of the Outer Continental Shelf. As the guardian of these resources, the department is entrusted to preserve the nation's most awe-inspiring landscapes, such as the wild beauty of the Grand Canyon, Yosemite, and Denali national parks; our most historic places, like Independence Hall and the Gettysburg battlefield; and such revered national icons as the Statue of Liberty and the Washington Monument. At the same time, Interior is to provide for the environmentally sound production of oil, gas, minerals, and other resources found on the nation's public lands; honor the nation's obligations to American Indians and Alaskan Natives; protect habitat to sustain fish and wildlife; help manage water resources in western states; and provide scientific and technical information to allow for sound decision-making about resources. In recent years, the Congress has appropriated about $10 billion annually to meet these responsibilities. With these resources, Interior employs about 73,000

BLM_0078679

people in eight major agencies and bureaus at over 2,400 locations around the country to carry out its mission.

Interior's management of this vast federal estate is largely characterized by the struggle to balance the demand for greater use of its resources with the need to conserve and protect them for the benefit of future generations. GAO, among others, have identified management problems facing the department and have made many recommendations to improve its agencies and programs. In some cases, Interior has made significant improvements; in others, progress has been slow. As a result, several major management challenges remain.

## Management of Resource Protection Efforts Needs to Be Improved

Although Interior, working with USDA's Forest Service, has taken steps to help manage perhaps the most daunting challenge to its resource protection mission—protecting lives, private property, and federal resources from the threats of wildland fire—concerns remain. In addition, Interior's programs for managing hardrock mining, oil, and gas operations have not adequately protected federal resources from the environmental effects of these activities.

## Wildland Fire Management Challenges Persist

The wildland fire problems facing our nation continue to grow. The average number of acres burned by wildland fires annually from 2000 to 2005 was 70 percent greater than the average number burned annually during the 1990s, and appropriations for the federal government's wildland fire management activities tripled from about $1 billion in fiscal year 1999 to nearly $3 billion in fiscal year 2005. Experts believe that catastrophic damage from wildland fire will continue to increase until an adequate long-term federal response is implemented and has had time to take effect. While USDA's Forest Service receives the majority of fire management resources, Interior agencies—the National Park Service, BIA, FWS, and, particularly, BLM—are key partners in responding to the threats of wildland fire. Consequently, most of our work and recommendations on wildland fire management address both departments.

The Interior agencies and the Forest Service have not yet developed a cohesive strategy that identifies long-term options and associated funding estimates for addressing wildland fire threats, as we first recommended in

BLM_0078680

1999;[1] nor have they developed a tactical plan that outlines the critical steps and time frames needed to complete such a strategy, as we recommended in 2005.[2] While the agencies together issued a document in February 2006 titled *Protecting People and Natural Resources: A Cohesive Fuels Treatment Strategy*, it does not identify long-term options or associated funding estimates.[3] Also, although the agencies have undertaken some tasks over the past 7 years that they stated are important to developing the cohesive strategy that we recommended, we have concerns about when and whether such tasks will be completed as planned.[4] For example, the agencies began developing two modeling systems to help them (1) allocate resources to respond to wildland fires and (2) identify the extent, severity, and location of wildland fire threats to our nation's communities and ecosystems; these systems are slated for completion in 2008 and 2009, respectively. We are concerned, however, that the agencies' recent endorsement of significant, mid-course design changes to the resource allocation model may not fulfill key project goals, including determining the most cost-effective allocation of resources. In addition, the agencies currently have no plans to routinely update data in the threat modeling system—this would be necessary, for example, after major fires, hurricanes, or other factors have significantly altered the landscape. Such updated data are necessary to accurately capture the nature of wildland fire threats and to optimize allocation of resources over time. For these reasons, we continue to believe that a cohesive strategy and tactical plan would be helpful to the Congress and the agencies in making informed decisions about effective and affordable long-term approaches to addressing the nation's wildland fire problems.

In addition, in 2006, we reported that the agencies needed to develop better guidance on sharing the costs of suppressing fires among federal

---

[1]GAO, *Western National Forests: A Cohesive Strategy Is Needed to Address Catastrophic Wildfire Threats*, GAO/RCED-99-65 (Washington, D.C.: Apr. 2, 1999).

[2]GAO, *Wildland Fire Management: Important Progress Has Been Made, but Challenges Remain to Completing a Cohesive Strategy*, GAO-05-147 (Washington, D.C.: Jan. 14, 2005).

[3]GAO, *Wildland Fire Management: Update on Federal Agency Efforts to Develop a Cohesive Strategy to Address Wildland Fire Threats*, GAO-06-671R (Washington, D.C.: May 1, 2006).

[4]GAO, *Wildland Fire Management: Lack of a Cohesive Strategy Hinders Agencies' Cost Containment Efforts*, GAO-07-427T (Washington, D.C.: Jan. 30, 2007).

GAO-07-502T

BLM_0078681

and nonfederal entities.[5] In some cases, these entities used different cost-sharing methodologies for fires with similar characteristics, which resulted in inconsistent sharing of costs among federal and nonfederal entities. The cost-sharing method used can have consequences in the millions of dollars for the entities involved. As of January 2007, the agencies were updating their guidance on possible cost-sharing methods and when each typically would be used, but it is unclear how the agencies will ensure that the guidance is followed.

Finally, as we testified last month, preliminary findings from our ongoing work indicate that the effectiveness of the agencies' efforts to contain wildfire suppression costs may be limited because the agencies have not clearly defined their cost-containment goals, developed a strategy for achieving those goals, or developed related performance measures.[6] In addition, for efforts to contain wildfire suppression costs to be effective, once the agencies have defined their cost-containment goals, they need to integrate them with other goals of the wildland fire program—such as protecting life and property—and to recognize that trade-offs will be needed to meet desired goals within the context of fiscal constraints.

## Hardrock Mining Operations Lack Needed Financial Assurances

Under BLM regulations, hardrock mining operators who extract gold, silver, copper, and other valuable mineral deposits from land belonging to the United States are required to provide financial assurances, before they begin exploration or mining, to guarantee that the costs to reclaim land disturbed by their operations are paid.[7] However, we reported in June 2005 that BLM did not have a process for ensuring that adequate assurances were in place.[8] As a result, some assurances may not fully cover all future reclamation costs, some operators do not have financial assurances, and some have either outdated reclamation plans and cost estimates or none at all. When operators with insufficient financial assurances fail to reclaim

---

[5]GAO, *Wildland Fire Suppression: Lack of Clear Guidance Raises Concerns about Cost Sharing between Federal and Nonfederal Entities*, GAO-06-570 (Washington, D.C.: May 30, 2006).

[6]GAO-07-427T.

[7]Unlike operations that extract oil and gas from federal lands, hardrock mining operations are not required to pay royalties on the minerals they extract.

[8]GAO, *Hardrock Mining: BLM Needs to Better Manage Financial Assurances to Guarantee Coverage of Reclamation Costs*, GAO-05-377 (Washington, D.C.: June 20, 2005).

BLM_0078682

BLM land disturbed by hardrock mining operations, BLM is left with public land that poses risks to the environment and public health and safety, and requires millions of federal dollars to reclaim. For example, we reported that 48 hardrock operations had ceased to operate and had not been reclaimed since the financial assurance requirement began in 1981; for 43 of these sites, BLM identified a total of about $56 million in unfunded reclamation costs. We also reported that BLM's system for managing financial assurances did not have current information or track certain information critical to managing the program.

In response to our 2005 recommendations, BLM has taken substantial steps to correct these problems. In 2006, the agency modified its system for managing financial assurances to track key data. BLM also began requiring its state office directors to use a newly created report available from the system to ensure that adequate financial assurances are in place, and to (1) develop corrective action plans to address any financial assurance deficiencies with operators and (2) certify that reclamation cost estimates are adequate. If implemented properly, these efforts should ensure that appropriate financial assurances are in place to pay for necessary reclamation of federal lands.

## Increases in Oil and Gas Permitting Activities Lessen BLM's Ability to Meet Its Environmental Protection Responsibilities

The number of oil and gas operations occurring on or under federal lands and private lands for which the federal government retains mineral rights that are permitted by BLM, has increased dramatically—more than tripling from fiscal year 1999 to fiscal year 2004—in part as a result of the desire to reduce the country's dependence on foreign sources of oil and gas. In June 2005, we reported that BLM has struggled to deal with this permitting workload increase while also carrying out its responsibility to mitigate the impacts of oil and gas development on land that it manages.[9] Overall, BLM officials told us that staff had to devote increasing amounts of time to processing drilling permits, leaving less time to ensure mitigation of the environmental impacts of oil and gas development. For example, two field offices we visited that had the largest increases in permitting activity were each able to meet their annual environmental inspection goals only once in the past 6 years. BLM has authority to assess and charge fees to cover its expenses for processing oil and gas permits, which would enable it to

---

[9]GAO, *Oil and Gas Development: Increased Permitting Activity Has Lessened BLM's Ability to Meet Its Environmental Protection Responsibilities*, GAO-05-418 (Washington, D.C.: June 17, 2005).

BLM_0078683

supplement its program resources. While the agency had not exercised this authority at the time of our report, it had begun taking steps to develop a fee structure for these permits. To help BLM better respond to its increased workload, we recommended that the agency finalize and implement this fee structure to recover its costs for processing applications for oil and gas drilling permits.

In response to our recommendation, BLM issued a proposed regulation in July 2005 that included a $1,600 fee for processing oil and gas permits.[10] However, the next month, the Congress prohibited Interior from initiating the new fee in the Energy Policy Act of 2005, and the final regulation did not include the proposed fee.[11] Nevertheless, the department has continued to express interest in initiating such a fee and has proposed that the Energy Policy Act be amended to allow the fee to move forward.

## FWS Oversight of Oil and Gas Activities in Wildlife Refuges Needs Improvement

Similar to the concerns we have about BLM's protection of environmental resources from oil and gas activities, we reported in 2003 that FWS's oversight of oil and gas operations on wildlife refuge lands was not adequate.[12] For example, we found that some refuge managers took extensive measures to oversee operations and enforce environmental standards, while others exercised little or no control. We found that such disparities occurred for two primary reasons. First, FWS had not officially determined its authority to require permits—which would include environmental conditions to protect refuge resources—of all oil and gas operations in refuges; we believe the agency has such authority. Second, refuge managers lacked guidance, adequate staffing levels, and training to properly oversee oil and gas activities. We also found that FWS was not collecting complete and accurate information on damage to refuge lands as a result of oil and gas operations and what steps were needed to address that damage.

FWS has taken some steps to address recommendations we made to resolve these problems. For example, the agency has implemented training

---

[10]70 *Fed. Reg.* 41532, 41542 (July 19, 2005).

[11]Pub. L. No. 109-58, title III, subtitle F, § 365(i), 119 Stat. 594, 725 (2005) and 70 *Fed. Reg.* 58854 (Oct. 7, 2005).

[12]GAO, *National Wildlife Refuges: Opportunities to Improve the Management and Oversight of Oil and Gas Activities on Federal Lands*, GAO-03-517 (Washington, D.C.: Aug. 28, 2003).

BLM_0078684

for staff overseeing oil and gas activities and has begun collecting better data on the nature and extent of oil and gas activities. However, FWS has not implemented two key recommendations that would strengthen its ability to protect refuge resources.

- First, because FWS had not formally clarified its authority to oversee all types of oil and gas operations on refuges, we recommended that the agency (1) determine its authority to oversee such operations and report that determination to the Congress and (2) seek from the Congress any additional authority that might be needed to apply a consistent and reasonable set of controls over all oil and gas activities occurring on national wildlife refuges. To date, FWS has not finalized its determination, but it has indicated that it does not believe it has the authority to require permits of all oil and gas operations that would include steps that must be taken to protect refuge resources. Further, FWS has indicated that it does not believe it needs additional authority to effectively manage oil and gas operations on refuges. We continue to believe, however, that FWS does have the authority to require such permits of all operators. Moreover, because of the effects of oil and gas activities on refuge resources that we previously reported, we also continue to believe that if FWS ultimately determines that it does not have the authority to require permits, it should seek this authority from the Congress in order to adequately protect refuges.

- Second, although FWS has taken steps to identify the level of staffing it needs to adequately oversee oil and gas activities occurring on national wildlife refuges, it has not—as we recommended—sought the funding to meet those needs through appropriations, its authority to assess fees, or other means.

## Management Problems in Indian and Island Community Programs Persist

GAO has reported on management weaknesses in Indian programs for a number of years. While the department has taken significant steps in the last 10 years to address these weaknesses, it is still in the process of implementing key trust fund reforms, and several concerns exist about the completion of these reforms. We have also reported on serious delays in BIA's program for determining whether the department will accept land in trust. In addition, the department could be doing more to assist seven island communities—four U.S. territories and three sovereign island nations—with long-standing financial and program management deficiencies.

GAO-07-502T

BLM_0078685

## Indian Trust Funds and Assets Need to Be More Effectively Managed

The Secretary of the Interior administers the government's trust responsibilities to tribes and individual Indians, including maintaining about 1,450 trust fund accounts for more than 250 tribal entities with assets of about $2.9 billion and about 300,000 individual Indian trust fund accounts with assets of about $400 million. Management of Indian trust funds and assets has long been plagued by inadequate financial management, such as poor accounting and information systems; untrained and inexperienced staff; backlogs in appraisals, determinations of ownership, and record-keeping; lack of a master lease file or accounts-receivable system; inadequate written policies and procedures; and poor internal controls.

In response to these problems, the Congress enacted the American Indian Trust Fund Management Reform Act of 1994, which among other things, established the Office of the Special Trustee (OST) to oversee and coordinate the department's implementation of trust fund management reforms.[13] In December 2006, we reported that OST had made progress implementing reforms, and it estimated that almost all key reforms needed to develop an integrated trust management system and to provide improved trust services would be completed by November 2007.[14] However, OST also estimated that data verification for leasing activities would not be completed for all Indian lands until December 2009. Furthermore, OST's most recent strategic plan, issued in 2003, did not include a timetable for implementing trust reforms or a date for OST's termination, as required by the reform act. As a result, we recommended, among other things, that the department provide the Congress with a timetable for completing the trust fund management reforms. The department agreed with our recommendation and stated that it expects to have a timetable for implementing the remaining trust reforms by late June 2007, including a date for the proposed termination or eventual deposition of OST. Although the department's consolidated financial statements for the fiscal year ending September 30, 2006, received an unqualified audit opinion, the management of Indian trust funds continued to be reported as

---

[13]Pub. L. No. 103-412, 108 Stat. 4239 (1994). Also, in 1996, a class action lawsuit was filed by Elouise Cobell, a member of the Blackfeet Tribe, and others against the federal government concerning the department's management of Indian trust fund accounts (*Cobell v. Kempthorne*). The lawsuit is still ongoing and the recent attempts during the 109th Congress for a legislative settlement were not enacted.

[14]GAO, *Indian Issues: The Office of the Special Trustee Has Implemented Several Key Trust Reforms Required by the 1994 Act, but Important Decisions about Its Future Remain,* GAO-07-104 (Washington, D.C.: Dec. 8, 2006).

GAO-07-502T

BLM_0078686

a material internal control weaknesses, and information security was reported as an internal control weakness.

## Improvements Needed in BIA's Processing of Land in Trust Applications

BIA is the primary federal agency charged with implementing federal Indian policy and administering the federal trust responsibility for 1.9 million American Indians and Alaska Natives. BIA provides basic services to 561 federally recognized Indian tribes throughout the United States, including social services, child welfare services, and natural resources management on about 54 million acres of Indian trust lands. Trust status means that the federal government holds title to the land in trust for tribes or individual Indians; land taken in trust is no longer subject to state and local property taxes and zoning ordinances. Many Indians believe that having their land placed in trust status is fundamental to safeguarding it against future loss and ensuring their sovereignty. In 1980, the department established a regulatory process intended to provide a uniform approach for taking land in trust.[15] While some state and local governments support the federal government's taking additional land in trust for tribes or individual Indians, others strongly oppose it because of concerns about the impacts on their tax base and jurisdictional control.

We reported in July 2006 that while BIA generally followed its regulations for processing land in trust applications, it had no deadlines for making decisions on them.[16] Specifically, the median processing time for the 87 land in trust applications with decisions in fiscal year 2005 was 1.2 years— ranging from 58 days to almost 19 years. We also found that while there was little opposition to applications with decisions in fiscal year 2005 from state and local governments, some state and local governments we contacted said (1) they did not have access to sufficient information about the land in trust applications and (2) the 30-day comment period was not sufficient. We recommended, among other things, that the department move forward with adopting revisions to the land in trust regulations that include (1) specific time frames for BIA to make a decision once an application is complete and (2) guidelines for providing state and local governments more information on the applications and a longer period of time to provide meaningful comments on the applications. The department

---

[15]25 C.F.R. pt. 151.

[16]GAO, *Indian Issues: BIA's Efforts to Impose Time Frames and Collect Better Data Should Improve the Processing of Land in Trust Applications*, GAO-06-781 (Washington, D.C.: July 28, 2006).

BLM_0078687

agreed with our recommendations, and BIA has developed a corrective action plan to implement them by June 30, 2007.

## Improve Effectiveness and Accountability for Island Programs

The Secretary of the Interior has varying responsibilities to the island communities of American Samoa, Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands, all of which are U.S. territories—as well as to the Federated States of Micronesia, the Republic of the Marshall Islands, and the Republic of Palau, which are sovereign nations linked with the United States through Compacts of Free Association. The Office of Insular Affairs (OIA) carries out the department's responsibilities for the island communities. OIA's mission is to assist the island communities in developing more efficient and effective government by providing financial and technical assistance and to help manage relations between the federal government and the island governments by promoting appropriate federal policies. The island governments have had long-standing financial and program management deficiencies. Specifically, island governments experience difficulties in accurately accounting for expenditures, collecting taxes and other revenues, controlling the level of expenditures, and delivering program services.

In December 2006, we reported on serious economic, fiscal, and financial accountability challenges facing the U.S. insular areas of American Samoa, Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands.[17] The economic challenges stem from dependence on a few key industries, scarce natural resources, small domestic markets, limited infrastructure, shortages of skilled labor, and reliance on federal grants to fund basic services. To help diversify and strengthen their economies, OIA sponsors conferences and business opportunities missions to the areas to attract U.S. businesses; however, there has been little formal evaluation of these efforts. In addition, efforts to meet formidable fiscal challenges and build strong economies are hindered by financial reporting that does not provide timely and complete information to management and oversight officials for decision making. The insular area governments have also submitted required audits late, received disclaimer or qualified audit opinions, and had many serious internal control weaknesses identified. As a result of these problems, numerous federal agencies have designated these governments as "high-risk" grantees. Interior and other federal

---

[17]GAO, *U.S. Insular Areas: Economic, Fiscal, and Financial Accountability Challenges*, GAO-07-119 (Washington, D.C.: Dec. 12, 2006).

BLM_0078688

agencies are working to help these governments improve their financial accountability, but more should be done.

To increase the effectiveness of the federal government's assistance to the U.S. insular areas, we recommended, among other things, that the department (1) increase coordination activities with officials from other federal grant-making agencies on issues of common concern relating to the insular area governments, such as single audit reports, high-risk designations, and deficiencies in financial management systems and practices and (2) conduct formal periodic evaluations of OIA's conferences and business opportunities missions, assessing their impact on creating private sector jobs and increasing insular area income. The department agreed with our recommendations, stating that they were consistent with OIA's top priorities and ongoing activities. We will continue to monitor OIA's actions on our recommendations.

Also in December 2006, we reported on challenges facing the Federated States of Micronesia and the Republic of the Marshall Islands.[18] In 2003, the United States amended a 1986 compact with the countries by signing Compacts of Free Association with the two governments. The amended compacts provide the countries with a combined total of $3.6 billion from 2004 to 2023, with the annual grants declining gradually. We found that for 2004 through 2006, compact assistance to the respective governments was allocated largely to the education, infrastructure, and health sectors, but that neither country has planned for long-term sustainability of the grant programs, taking into account the annual decreases in grant funding. In addition, both countries' single audit reports for 2004 and 2005 indicated (1) weaknesses in their ability to account for the use of compact funds and (2) noncompliance with requirements for major federal programs. For example, the Federated States of Micronesia's audit report for 2005 contained 57 findings of material weaknesses and reportable conditions in the national and state governments' financial statements for sector grants and 45 findings of noncompliance. We recommended, among other things, that the department work with the countries to establish plans to minimize the impact of declining assistance and to fully develop a reliable mechanism for measuring progress towards program goals. The department concurred with our recommendations.

---

[18]GAO, *Compacts of Free Association: Micronesia and the Marshall Islands Face Challenges in Planning for Sustainability, Measuring Progress, and Ensuring Accountability,* GAO-07-163 (Washington, D.C.: Dec. 15, 2006).

BLM_0078689

## Land Appraisals Continue to Fall Short of Standards

Over the years, we and Interior's IG have reported on the difficulties BLM and other federal land management agencies have had in managing land appraisals. Conducting appraisals is an important function—between November 2003 and May 2006, for example, Interior appraised more than 6.5 million acres of land that was valued at over $7 billion. Land appraisals are needed when Interior agencies are buying, exchanging, or leasing land. Such transactions are an integral part of Interior's land management in order to achieve specific purposes, such as consolidating existing holdings, acquiring land deemed important for wildlife habitat or recreational opportunities, and opening land to the development of energy and mineral resources. Interior generally requires land acquisitions to be based on market value and, thus, objective land appraisals are essential. Past reports, however, have identified serious problems with Interior agencies' appraisal programs, particularly with regard to appraisal independence, and have identified millions of dollars that the federal government had lost because of inadequate appraisals.

While Interior has made major program changes, significant problems continue. Specifically, to remedy decades of problems with the quality and objectivity of its land appraisals, Interior removed the land appraisal function from its land management agencies and consolidated it into a departmental office—the Appraisal Services Directorate—in November 2003. This was a substantial move in the right direction to help ensure the independence of the appraisal function, and we reported in September 2006 that the objectivity of appraisals has improved since the directorate's inception.[19] However, we also identified two major remaining challenges.

- First, there is still wide variation in the quality of appraisals for land transactions involving potentially billions of dollars. For example, about 40 percent of Interior's appraisals for land transactions that we reviewed did not comply with recognized appraisal standards. This lack of compliance occurred, in large part, because appraisers appeared not to apply the specialized skills needed to perform their duties for certain appraisals. In addition, peer reviews of appraisals were cursory, with reviewers approving appraisals without considering property characteristics that can impact the value of land, such as the presence of roads.

---

[19]GAO, *Interior's Land Appraisal Services: Actions Needed to Improve Compliance with Appraisal Standards, Increase Efficiency, and Broaden Oversight,* GAO-06-1050 (Washington, D.C.: Sept. 28, 2006).

BLM_0078690

- Second, the directorate does not have a system for ensuring that it sets and meets realistic time frames for appraisal delivery. Of the 3,500 appraisals completed since the directorate was created, over 70 percent missed their deadlines, with an average delay of 4 months. Delays in delivery of appraisals can impact the ability of land management agencies to carry out land acquisition missions, and some land deals have been scuttled as a result.

Since our report last fall, Interior has taken encouraging steps to address our recommendations. For example, Interior has stated that it has implemented a compliance inspection program for appraisals that are considered "high risk" to help ensure that such appraisals comply with recognized appraisal standards. We will continue to monitor the department's progress in this area. In addition, we currently we have a review under way to evaluate Interior's management of land exchanges.

## Deferred Maintenance Backlog Needs to Be Addressed

In addition to the challenges the department faces in adequately maintaining the natural resources under its stewardship, it also faces a challenge in adequately maintaining its facilities and infrastructure. The department owns, builds, purchases, and contracts services for assets such as visitor centers, schools, office buildings, roads, bridges, dams, irrigation systems, and reservoirs; however, repairs and maintenance on these facilities have not been adequately funded. The deterioration of facilities can adversely impact public health and safety, reduce employees' morale and productivity, and increase the need for costly major repairs or early replacement of structures and equipment. In 2003, we reported that the department estimated that the deferred maintenance backlog was between $8.1 billion and $11.4 billion. In November 2006, the department estimated that the deferred maintenance backlog for fiscal year 2006 was between $9.6 billion and $17.3 billion, an increase of between 18 to 51 percent (see table 1).

BLM_0078691

**Table 1: Department of the Interior's Estimate of Deferred Maintenance for Fiscal Year 2006**

**Dollars in billions**

| Type of structures | Estimated range of deferred maintenance | |
| --- | --- | --- |
| | Low estimate | High estimate |
| Roads, bridges, and trails | $4.80 | $9.18 |
| Irrigation, dams, and other water structures | 1.39 | 1.85 |
| Buildings (e.g., administration, education, housing, historic buildings) | 2.12 | 3.70 |
| Other structures (e.g., recreation sites and fish hatcheries) | 1.29 | 2.57 |
| **Total** | **$9.60** | **$17.30** |

Source: Department of the Interior.

Interior is not alone in facing daunting maintenance challenges. In fact, we have identified the management of federal real property, including deferred maintenance issues, as a governmentwide high-risk area since 2003.[20] While Interior has made progress addressing prior recommendations to improve information on the maintenance needs of Park Service facilities and BIA schools, the challenge of how the department will secure the significant funding needed to reduce this maintenance backlog to a manageable level remains.

While some programs have improved information on their deferred maintenance needs, in February 2006, we reported that similar information is still needed for 16 BIA irrigation projects with an estimated $850 million in deferred maintenance.[21] For example, we found that some of the irrigation projects classified items as deferred maintenance when they were actually new construction, and some had incomplete information on their deferred maintenance needs. To further refine the deferred maintenance estimate for the 16 irrigation projects, BIA plans to hire

---

[20]GAO, *High-Risk Series: An Update*, GAO-03-119 (Washington, D.C.: Jan. 2003); GAO, *High-Risk Series: Federal Real Property*, GAO-03-122 (Washington, D.C.: Jan. 2003); GAO, *High-Risk Series: An Update*, GAO-05-207 (Washington, D.C.: Jan. 2005); GAO, *High-Risk Series: An Update*, GAO-07-310 (Washington, D.C.: Jan. 2007).

[21]GAO, *Indian Irrigation Projects: Numerous Issues Need to Be Addressed to Improve Project Management and Financial Sustainability*, GAO-06-314 (Washington, D.C.: Feb. 24, 2006).

BLM_0078692

experts in engineering and irrigation to conduct thorough condition assessments of all 16 irrigation projects every 5 years. The first such assessment was completed in July 2005, with all 16 assessments expected to be completed by 2010.

## Revenue Collection Needs More Management Attention

For many years, Interior's IG has identified revenue collection as a top management challenge for the department because of the significant potential for underpayments given that it collects, on average, over $10 billion annually. Work we have conducted in the past 2 years also raises questions about how and when Interior is collecting authorized revenues from oil and gas leases, geothermal leases, recreational uses, and grazing and whether funds are properly controlled and accounted for.

### Substantial Revenue May Be Forgone Because of Royalty Relief

We testified in January 2007 on ongoing work investigating the Minerals Management Service's (MMS) implementation of the Outer Continental Shelf Deep Water Royalty Relief Act of 1995 and other authorities for granting royalty relief for oil and gas leases.[22] We reported that MMS had issued lease contracts in 1998 and 1999 that failed to include price thresholds above which royalty relief would no longer be applicable. As a result, large volumes of oil and natural gas are exempt from royalties, which significantly reduces the amount of royalty revenues that the federal government can collect. At least $1 billion in royalties has already been lost because of this failure to include price thresholds. MMS has estimated that forgone royalties from leases issued between 1996 and 2000 under the act could be as high as $80 billion. However, there is much uncertainty in MMS's estimate as a result of, for example, the inherent difficulties in estimating future production and prices, as well as ongoing litigation addressing MMS's authority to set price thresholds for some leases. Other authorities for granting royalty relief may also affect future royalty revenues. Specifically, under discretionary authority, the Secretary of the Interior administers programs granting relief for certain deep water leases issued after 2000, certain deep gas wells drilled in shallow waters, and wells nearing the end of their productive lives. In addition, the Energy Policy Act of 2005 mandates relief for leases issued in the Gulf of Mexico

---

[22]In order to promote oil and gas production, the federal government has at times and in specific cases provided "royalty relief"—the waiver or reduction of royalties that companies would otherwise be obligated to pay. See GAO, *Oil and Gas Royalties: Royalty Relief Will Likely Cost the Government Billions, but the Final Costs Have Yet to Be Determined,* GAO-07-369T (Washington, D.C.: Jan. 18, 2007).

BLM_0078693

during the 5 years following the act's passage, provides relief for some gas wells that would not have previously qualified for royalty relief, and would provide relief in certain areas of Alaska where there currently is little or no production.

The U.S. Comptroller General has highlighted royalty relief as an area needing additional oversight by the 110th Congress.[23] Currently, we are assessing MMS's estimate of forgone royalties in light of changing oil and gas prices, revised estimates of future oil and gas production, and other factors. We are also seeking to identify comprehensive studies that quantify the potential benefits of royalty relief. We intend to issue a report on these issues later this year.

## Revenue from Geothermal Leases May Change

In May 2006, we reported that a change in how royalties on geothermal leases are disbursed may result in a change in the amount of royalties collected by the federal government.[24] Specifically, while the Energy Policy Act of 2005 included provisions to encourage geothermal development, it also reduced the royalty percentage the federal government receives. Despite this, the act directs the Secretary of the Interior to seek, for most leases, to maintain the same level of royalty revenues as before the act. This could be accomplished by negotiating different royalty rates based on past royalty history, provided that electricity prices remain constant. Although it is impossible to predict with reasonable assurance how these prices will change in the future, Interior must make its best effort to mitigate the impact of changing prices if federal royalty revenue is to remain the same. This mitigation can only be achieved if there is timely and accurate knowledge of the revenues that lessees collect when they sell electricity. However, we reported that MMS does not routinely collect revenue data from electricity sales. Without such knowledge, MMS will have difficulty collecting the same level of royalties from lessees under the new royalty process. To demonstrate its commitment to collect the same level of royalty revenues as prior to passage of the act, we recommended that MMS routinely collect future sales revenues for electricity when royalty payments are due. MMS has plans to address these issues, and we will continue to monitor their efforts.

---

[23]GAO, *Suggested Areas for Oversight for the 110th Congress*, GAO-07-235R (Washington, D.C.: Nov. 17, 2006).

[24]GAO, *Renewable Energy: Increased Geothermal Development Will Depend on Overcoming Many Challenges*, GAO-06-629 (Washington, D.C.: May 24, 2006).

BLM_0078694

## Interior Has Not Maximized Revenue Collections from Recreational and Other Uses

Interior agencies are authorized—and in some cases required—to collect fees for a variety of uses. For example, the Park Service collects fees from air tour operators at selected national parks and from individuals and companies conducting commercial filming. However, we found that the agencies were not collecting such fees in the following cases:

- In May 2006, we reported that the Park Service was not collecting all required fees from companies conducting air tours in or around three highly visited national parks because of (1) an inability to verify the number of air tours conducted over the three national parks and, therefore, to enforce compliance and (2) confusion resulting from differing geographic applicability of legislation governing air tours in national parks.[25]

- In May 2005, we reported that the Park Service could be collecting more revenue through the permits it issues for special park uses, such as special events, but was not doing so because park units were not consistently applying criteria for charging permit fees.[26] In addition, the Park Service had not implemented a May 2000 law that required the collection of location fees for commercial filming and still photography, resulting in significant annual forgone revenues. In response to our recommendation, the Park Service began collecting location fees in May 2006.

- In September 2006, we reported that Interior agencies have been slow to implement authorities for charging fees for recreational uses of federal lands and waters.[27] We also reported that some agencies lacked adequate controls and accounting procedures for collecting fees.

---

[25]GAO, *National Park Air Tour Fees: Effective Verification and Enforcement Are Needed to Improve Compliance*, GAO-06-468 (Washington, D.C.: May 11, 2006).

[26]GAO, *National Park Service: Revenues Could Increase by Charging Allowed Fees for Some Special Uses Permits*, GAO-05-410 (Washington, D.C.: May 6, 2005).

[27]Total fee collections in fiscal year 2004 were about $192 million. See GAO, *Recreation Fees: Agencies Can Better Implement the Federal Lands Recreation Enhancement Act and Account for Fee Revenues*, GAO-06-1016 (Washington, D.C.: Sept. 22, 2006).

**GAO-07-502T**

BLM_0078695

## Additional Revenue Could be Generated Through an Adjustment to BLM Grazing Fees

Ten federal agencies manage grazing on over 22 million acres, with BLM and the Forest Service managing the vast majority of this activity.[28] In total, federal grazing revenue amounted to about $21 million in fiscal year 2004, although grazing fees differ by agency. For example, in 2004, BLM and the Forest Service charged $1.43 per animal unit month, while other federal agencies charged between $0.29 and $112 per animal unit month.[29] We reported in 2005 that while BLM and the Forest Service charged generally much lower fees than other federal agencies and private entities, these fees reflect legislative and executive branch policies to support local economies and ranching communities.[30] Specifically, BLM fees are set by a formula that was originally established by a law that expired, but use of the formula has been extended indefinitely by Executive Order since 1986. This formula takes into account a rancher's ability to pay and, therefore, the purpose is not primarily to recover the agencies' costs or capture the fair market value of forage. Instead, the formula is designed to set a fee that helps support ranchers and the western livestock industry. Other federal agencies employ market-based approaches to setting grazing fees.

Using this formula, BLM collected about $12 million in receipts in fiscal year 2004, while its costs for implementing its grazing program, including range improvement activities, were about $58 million. Were BLM to implement approaches used by other agencies to set grazing fees, it could help to close the gap between expenditures and receipts and more closely align its fees with market prices. We recognize, however, that the purpose and size of BLM's grazing fee are ultimately for the Congress to decide.

## Contract and Grant Management Lack Needed Controls

Interior's management of contracts and grants has been identified as a management challenge by Interior's IG for a number of years. Our recent work echoes some of the IG's concerns, in particular with regard to interagency contracting and grant management for the Chesapeake Bay Gateways grant program.

---

[28]The 10 agencies are the BLM, FWS, Park Service, Bureau of Reclamation, Forest Service, Department of Energy, Army Corps of Engineers, Army, Air Force, and Navy. In addition, a number of other federal agencies manage some minor grazing-related activities.

[29]An animal unit month is the amount of forage (vegetation such as grass and shrubs) that a cow and her calf eat in a month (or one bull, one steer, one horse, or five sheep).

[30]GAO, *Livestock Grazing: Federal Expenditures and Receipts Vary, Depending on the Agency and the Purpose of the Fee Charged,* GAO-05-869 (Washington, D.C.: Sept. 30, 2005).

BLM_0078696

## Interior's Management of Interagency Contracting Activities Needs Improvement

The Department of Defense (DOD) has used interagency contracting to help support the war in Iraq, including contracting with Interior. Governmentwide, the use of interagency contracts to procure goods and services has continued to increase over the past several years. Because of this continued growth, limited expertise in using these contracts, and unclear lines of responsibility, GAO has designated interagency contracting as a governmentwide high-risk area.[31] In our review of 11 task orders Interior issued on behalf of DOD—amounting to about $66 million—we found numerous breakdowns in management controls.[32] Specifically, we found that Interior

- issued task orders that were beyond the scope of the contract, in violation of federal competition rules;

- did not comply with additional DOD competition requirements when issuing task orders for services on existing contracts;

- did not comply with ordering procedures meant to ensure the best value for the government; and

- inadequately monitored contractor performance.

Moreover, we found that the contractor was allowed to play a role in the procurement process normally performed by the government because the officials at Interior and DOD responsible for the orders did not fully carry out their roles and responsibilities. In response to the concerns identified, Interior and DOD initiated actions to strengthen management controls. In our report, we made recommendations to further refine their efforts.

In 2005, we also reported on weaknesses in Interior's GovWorks. GovWorks is a government-run, fee-for-service organization that provides various services, including contracting services, on which DOD has relied.[33] Specifically, Interior did not always ensure that GovWorks contracts received fair and reasonable prices and may have missed

---

[31] GAO, *High-Risk Series: An Update*, GAO-07-310 (Washington, D.C.: Jan. 31, 2007).

[32] GAO, *Interagency Contracting: Problems with DOD's and Interior's Orders to Support Military Operations*, GAO-05-201 (Washington, D.C.: Apr. 29, 2005).

[33] Such organizations are referred to as "franchise funds." See GAO, *Interagency Contracting: Franchise Funds Provide Convenience, but Value to DOD Is Not Demonstrated*, GAO-05-456 (Washington, D.C.: July 29, 2005.)

BLM_0078697

opportunities to achieve savings from millions of dollars in purchases. In addition, GovWorks added substantial work—as much as 20 times above the original value of a particular order—without determining that prices were fair and reasonable. We made recommendations to Interior to improve the manner in which GovWorks funds are used to ensure value and compliance with procurement regulations. Interior concurred with our recommendations and identified actions to take to address them. We will continue to monitor their implementation of these actions.

## Chesapeake Bay Gateways Grant Program Lacks Needed Controls

In September 2006, we reported on weaknesses in the Park Service's management of grants provided to nonfederal entities under its Chesapeake Bay Gateways Program.[34] In 1998, Congress passed the Chesapeake Bay Initiative Act to establish (1) a network of locations where the public can access and experience the bay and (2) a grant program to accomplish this objective. From 2000 through 2005, the Park Service awarded 189 grants totaling over $6 million to support the network. However, our review revealed several accountability and oversight weaknesses in the Park Service's management of these grants, including (1) inadequate training of Park Service staff, (2) a lack of timely grantee reporting on progress and finances, (3) continuing awards to nonperforming grantees, and (4) a backlog of uncompleted grants. To enhance accountability and oversight, we recommended that the department

- develop and implement a process to determine the extent to which grants are effectively meeting program goals;

- ensure that staff responsible for grant management are adequately trained;

- ensure that grantees submit progress and financial reports in a timely manner; and

- ensure that grants are awarded only to applicants who completed any previous grants they received or to applicants who have demonstrated the capacity for completing a grant on schedule.

---

[34]GAO, *Chesapeake Bay Gateways Program: National Park Service Needs Better Accountability and Oversight of Grantees and Gateways*, GAO-06-1049 (Washington, D.C.: Sept. 14, 2006).

BLM_0078698

Interior concurred with our recommendations and has plans to implement them.

# Concluding Observations

To conclude, Mr. Chairman, I would like to note that in 1993, GAO testified at a broad oversight hearing on Interior before this Committee, similar to today's hearing. At that time, we testified that Interior faced serious challenges to addressing the declining condition of the nation's natural resources and related infrastructure under its responsibility. Unfortunately, almost 15 years later, the message in my testimony today is very similar. While some of the programs we evaluated in the past have improved, evaluations of additional programs reveal many of the same persistent management problems—a lack of adequate data to understand the condition of its natural resources and infrastructure and the actions necessary to improve them, a lack of adequate controls and accountability to ensure federal resources are properly used and accounted for, and a lack of adequate strategic planning and guidance for program implementation. Clearly the department needs to address management and control gaps in its programs and ensure its activities are carried out in the most cost-effective and efficient manner, but difficult choices remain for improving the condition of the nation's natural resources and the department's infrastructure in light of the federal deficit and long-term fiscal challenges facing the nation. Either new sources of funding need to be identified and pursued, or the department must determine the services it can continue and the standards it will use for maintaining its facilities and lands. As we stated in our testimony nearly 15 years ago, we believe that in reaching these decisions, policy makers should know the full extent of the resource shortfalls facing federal natural resource management agencies. In addition, it is essential for the department to identify the impacts on services and infrastructure that would occur should serious cutbacks be necessary in order to maintain a certain standard of quality.

Mr. Chairman, this concludes my prepared statement. I would be pleased to answer any questions that you or other Members of the Committee may have at this time.

# GAO Contact

For further information about this testimony, please contact me at (202) 512-3841 or nazzaror@gao.gov. Contact points for our Offices of

BLM_0078699

Congressional Relations and Public Affairs may be found on the last page of this statement.

BLM_0078700

# Related GAO Products

## Performance and Accountability Series

*High-Risk Series: An Update.* GAO-07-310. Washington, D.C.: January 2007.

*Major Management Challenges at the Department of the Interio*r (2005 Web-based Update—http://www.gao.gov/pas/2005/doi.htm).

*High-Risk Series: An Updat*e. GAO-05-207. Washington, D.C.: January 2005.

*Major Management Challenges and Program Risks: Department of the Interior.* GAO-03-104. Washington, D.C.: January 2003.

*High-Risk Series: An Update.* GAO-03-119. Washington, D.C.: January 2003.

*High-Risk Series: Federal Real Property.* GAO-03-122. Washington, D.C.: January 2003.

*Major Management Challenges and Program Risks: Department of the Interior.* GAO-01-249. Washington, D.C.: January 2001.

*High-Risk Series: An Update.* GAO-01-263. Washington, D.C.: January 2001.

*Major Management Challenges and Program Risks: Department of the Interior.* GAO/OCG-99-9. Washington, D.C.: January 1999.

*High-Risk Series: An Update.* GAO/HR-99-1. Washington, D.C.: January 1999.

## Resource Protection Efforts

### Wildland Fires

*Wildland Fire Management: Lack of a Cohesive Strategy Hinders Agencies' Cost-Containment Efforts.* GAO-07-427T. Washington, D.C.: January 30, 2007.

*Wildland Fire Suppression: Better Guidance Needed to Clarify Sharing of Costs between Federal and Nonfederal Entities.* GAO-06-896T. Washington, D.C.: June 21, 2006.

BLM_0078701

*Wildland Fire Suppression: Lack of Clear Guidance Raises Concerns about Cost Sharing between Federal and Nonfederal Entities.* GAO-06-570. Washington, D.C.: May 30, 2006.

*Wildland Fire Management: Update on Federal Agency Efforts to Develop a Cohesive Wildland Fire Strategy.* GAO-06-671R. Washington, D.C.: May 1, 2006.

*Wildland Fire Management: Timely Identification of Long-Term Options and Funding Needs Is Critical.* GAO-05-923T. Washington, D.C.: July 14, 2005.

*Wildland Fire Management: Important Progress Has Been Made, but Challenges Remain to Completing a Cohesive Strategy.* GAO-05-147. Washington, D.C.: January 14, 2005.

*Wildland Fires: Forest Service and BLM Need Better Information and a Systematic Approach for Assessing the Risks of Environmental Effects.* GAO-04-705. Washington, D.C.: June 24, 2004.

*Wildland Fire Management: Additional Actions Required to Better Identify and Prioritize Lands Needing Fuels Reduction.* GAO-03-805. Washington, D.C.: August 15, 2003.

*Wildland Fire Management: Reducing the Threat of Wildland Fires Requires Sustained and Coordinated Effort.* GAO-02-843T. Washington, D.C.: June 13, 2002.

*Severe Wildland Fires: Leadership and Accountability Needed to Reduce Risks to Communities and Resources.* GAO-02-259. Washington, D.C.: January 31, 2002.

*Western National Forests: A Cohesive Strategy is Needed to Address Catastrophic Wildfire Threats.* GAO/RCED-99-65. Washington, D.C.: April 2, 1999.

## Other Resource Protection Products

*Endangered Species: Many Factors Affect the Length of Time to Recover Select Species.* GAO-06-730. Washington, D.C.: September 6, 2006.

*Endangered Species: Time and Costs Required to Recover Species Are Largely Unknown.* GAO-06-463R. Washington, D.C.: April 6, 2006.

GAO-07-502T

BLM_0078702

*Wind Power: Impacts on Wildlife and Government Responsibilities for Regulating Development and Protecting Wildlife.* GAO-05-906. Washington, D.C.: September 16, 2005.

*Hardrock Mining: BLM Needs to Better Manage Financial Assurances to Guarantee Coverage of Reclamation Costs.* GAO-05-377. Washington, D.C.: June 20, 2005.

*Oil and Gas Development: Increased Permitting Activity Has Lessened BLM's Ability to Meet Its Environmental Protection Responsibilities.* GAO-05-418. Washington, D.C.: June 17, 2005.

*Oil and Gas Development: Challenges to Agency Decisions and Opportunities for BLM to Standardize Data Collection.* GAO-05-124. Washington, D.C.: November 30, 2004.

*Endangered Species: More Federal Management Attention Is Needed to Improve the Consultation Process.* GAO-04-93. Washington, D.C.: March 19, 2004.

*National Wildlife Refuges: Opportunities to Improve the Management and Oversight of Oil and Gas Activities on Federal Lands.* GAO-03-517. Washington, D.C.:  August 28, 2003.

*Invasive Species: Clearer Focus and Greater Commitment Needed to Effectively Manage the Problem.* GAO-03-1. Washington, D.C.: October 22, 2002.

# Managing Indian Trust Responsibilities and Island Communities

## Indian Trust Funds

*Office of the Special Trustee for American Indians: Financial Statement Audit Recommendations and the Audit Follow-up Process.* GAO-07-295R. Washington, D.C.: January 19, 2007.

*Indian Issues: The Office of the Special Trustee Has Implemented Several Key Trust Reforms Required by the 1994 Act, but Important Decisions about Its Future Remain.* GAO-07-104. Washington, D.C.: December 8, 2006.

BLM_0078703

*Indian Trust Funds: Individual Indian Accounts.* GAO-02-970T. Washington, D.C.: July 25, 2002.

*Indian Trust Funds: Tribal Account Balances.* GAO-02-420T. Washington, D.C.: February 7, 2002.

## Indian Land Management

*Indian Issues: BLM's Program for Issuing Individual Indian Allotments on Public Lands Is No Longer Viable.* GAO-07-23R. Washington, D.C.: October 20, 2006.

*Indian Issues: BIA's Efforts to Impose Time Frames and Collect Better Data Should Improve the Processing of Land in Trust Applications.* GAO-06-781. Washington, D.C.: July 28, 2006.

*Indian Irrigation: Numerous Issues Need to Be Addressed to Improve Project Management and Financial Sustainability.* GAO-06-314. Washington, D.C.: February 24, 2006.

*Alaska Native Allotments: Conflicts with Utility Rights-of-way Have Not Been Resolved through Existing Remedies.* GAO-04-923. Washington, D.C.: September 7, 2004.

*Columbia River Basin: A Multilayered Collection of Directives and Plans Guides Federal Fish and Wildlife Plans.* GAO-04-602. Washington, D.C.: June 4, 2004.

*Alaska Native Villages: Most Are Affected by Flooding and Erosion, but Few Qualify for Federal Assistance.* GAO-04-142. Washington, D.C.: December 12, 2003.

## Island Communities

*Compacts of Free Association: Micronesia and the Marshall Islands Face Challenges in Planning for Sustainability, Measuring Progress, and Ensuring Accountability.* GAO-07-163. Washington, D.C.: December 15, 2006.

*U.S. Insular Areas: Economic, Fiscal, and Financial Accountability Challenges.* GAO-07-119. Washington, D.C.: December 12, 2006.

*Compacts of Free Association: Development Prospects Remain Limited for Micronesia and Marshall Islands.* GAO-06-590. Washington, D.C.: June 27, 2006.

BLM_0078704

*U.S. Insular Areas: Multiple Factors Affect Federal Health Care Funding.* GAO-06-75. Washington, D.C.: October 14, 2005.

*Compacts of Free Association: Implementation of New Funding and Accountability Requirements Is Well Underway, but Planning Challenges Remain.* GAO-05-633. Washington, D.C.: July 11, 2005.

*American Samoa: Accountability for Key Federal Grants Needs Improvement.* GAO-05-41. Washington, D.C.: December 17, 2004.

*Compact of Free Association: Single Audits Demonstrate Accountability Problems over Compact Funds.* GAO-04-7. Washington, D.C.: October 7, 2003.

*Compact of Free Association: An Assessment of the Amended Compacts and Related Agreements.* GAO-03-890T. Washington, D.C.: June 18, 2003.

*Foreign Assistance: Effectiveness and Accountability Problems Common in U.S. Programs to Assist Two Micronesian Nations.* GAO-02-70. Washington, D.C.: January 22, 2002.

*Foreign Relations: Kwajalein Atoll Is the Key U.S. Defense Interest in Two Micronesian Nations.* GAO-02-119. Washington, D.C.: January 22, 2002.

## Managing Federal Land Appraisals

*Interior's Land Appraisal Services: Action Needed to Improve Compliance with Appraisal Standards, Increase Efficiency, and Broaden Oversight.* GAO-06-1050. Washington, D.C.: September 28, 2006.

*Land Acquisitions: Agencies Generally Used Similar Standards and Appraisal Methodologies in CALFED and CVPIA Transactions.* GAO-02-278R. Washington, D.C.: January 23, 2002.

## Deferred Maintenance Backlog

*Indian Irrigation Projects: Numerous Issues Need to Be Addressed to Improve Project Management and Financial Sustainability.* GAO-06-314. Washington, D.C.: February 24, 2006.

*Recreation Fees: Comments on the Federal Lands Recreation Enhancement Act, H.R. 3283.* GAO-04-745T. Washington, D.C.: May 6, 2004.

GAO-07-502T

BLM_0078705

*National Park Service: Efforts Underway to Address Its Maintenance Backlog.* GAO-03-1177T. Washington, D.C.: September 27, 2003.

*Bureau of Indian Affairs Schools: Expenditures in Selected Schools Are Comparable to Similar Public Schools, but Data Are Insufficient to Judge Adequacy of Funding and Formulas.* GAO-03-955. Washington, D.C.: September 4, 2003.

*Bureau of Indian Affairs Schools: New Facilities Management Information System Promising, but Improved Data Accuracy Needed.* GAO-03-692. Washington, D.C.: July 31, 2003.

*National Park Service: Status of Agency Efforts to Address Its Maintenance Backlog.* GAO-03-992T. Washington, D.C.: July 8, 2003.

*National Park Service: Status of Efforts to Develop Better Deferred Maintenance Data.* GAO-02-568R. Washington, D.C.: April 12, 2002.

# Revenue Collection Opportunities

*Oil and Gas Royalties: Royalty Relief Will Likely Cost the Government Billions, but the Final Costs Have Yet to Be Determined.* GAO-07-369T. Washington, D.C.: January 17, 2007.

*Recreation Fees: Agencies Can Better Implement the Federal Lands Recreation Enhancement Act and Account for Fee Revenues.* GAO-06-1016. Washington, D.C.: September 22, 2006.

*Renewable Energy: Increased Geothermal Development Will Depend on Overcoming Many Challenges.* GAO-06-629. Washington, D.C.: May 24, 2006.

*National Parks Air Tour Fees: Effective Verification and Enforcement Are Needed to Improve Compliance.* GAO-06-468. Washington, D.C.: May 11, 2006.

*Oil and Gas Development: Increased Permitting Activity Has Lessened BLM's Ability to Meet Its Environmental Protection Responsibilities.* GAO-05-418. Washington, D.C.: June 17, 2005.

*National Park Service: Revenues Could Increase by Charging Allowed Fees for Some Special Uses Permits.* GAO-05-410. Washington, D.C.: May 6, 2005.

GAO-07-502T

BLM_0078706

## Weaknesses in Contracts and Grants Management

*Chesapeake Bay Gateways Program: National Park Service Needs Better Accountability and Oversight of Grantees and Gateways.* GAO-06-1049. Washington, D.C.: September 14, 2006.

*Interagency Contracting: Franchise Funds Provide Convenience, but Value to DOD Is Not Demonstrated.* GAO-05-456. Washington, D.C.: July 29, 2005.

*Interagency Contracting: Problems with DOD's and Interior's Orders to Support Military Operations.* GAO-05-201. Washington, D.C.: April 29, 2005.

BLM_0078707

This is a work of the U.S. government and is not subject to copyright protection in the United States. it may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright hoider may be necessary if you wish to reproduce this material separately.

BLM_0078708

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "Subscribe to Updates." |
| **Order by Mail or Phone** | The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to: U.S. Government Accountability Office 441 G Street NW, Room LM Washington, D.C. 20548 To order by Phone:  Voice:  (202) 512-6000  TDD:  (202) 512-2537  Fax:  (202) 512-6061 |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact: Web site: www.gao.gov/fraudnet/fraudnet.htm E-mail: fraudnet@gao.gov Automated answering system: (800) 424-5454 or (202) 512-7470 |
| **Congressional Relations** | Gloria Jarmon, Managing Director, JarmonG@gao.gov (202) 512-4400 U.S. Government Accountability Office, 441 G Street NW, Room 7125 Washington, D.C. 20548 |
| **Public Affairs** | Paul Anderson, Managing Director, AndersonP1@gao.gov (202) 512-4800 U.S. Government Accountability Office, 441 G Street NW, Room 7149 Washington, D.C. 20548 |


PRINTED ON RECYCLED PAPER

BLM_0078709

BLM. 2004. Proposed Upper Deschutes Resource Management Plan/Final Environmental Impact Statement. BLM, Prineville District, Deschutes Resource Area. (September 2004). Vol. I: xxxiii.

## Table ES-1. Comparison of Grazing Management in Alternatives[1]

Alternative 7 (Preferred Alternative) would reduce the areas available for livestock grazing over those identified in Alternative 1 (current management) by up to approximately 121,000 acres, reducing available AUMs by about 20% percent in the planning area, if all permittees willingly relinquished their permits. This would reduce conflicts between livestock grazing and other uses on and adjacent to public land. About half of these acres would still be available as Reserve Forage Allotments, but the AUMs would not be allocated to specific permittees.

| | Alternative 1 | Alternative 2 | Alternative 3 | Alternative 4 | Alternative 5 | Alternative 6 | Alternative 7 |
|---|---|---|---|---|---|---|---|
| **Livestock Grazing** | | | | | | | |
| Acres available for livestock grazing[5] | 389,900 | 389,348 | 389,348 | 348,682 | 228,625 | 347,890 | 268,815 |
| **AUMs / Number of Allotments[6]** | | | | | | | |
| Available (Open) | 25,840 / 124 | 25,779 / 124 | 25,779 / 124 | 23,545 / 86 | 13,261 / 61 | 24,375 / 115 | 20,785 / 84 |
| Open or available as RFA[7] | 0 | 0 | 0 | 0 | 0 | 0 | 472[9] / 1 |
| Available as RFA | 0 | 0 | 0 | 0 | 0 | 0 | 1,967[10] / 10 |
| RFA or not available[8] | 0 | 0 | 0 | 0 | 0 | 0 | 1,834[11] / 23 |
| Not available (Closed) | 0 | 69 / 0 | 69 / 0 | 2,345 / 38 | 12,530 / 63 | 1,508 / 9 | 721[12] / 6 |

[1] All numbers in this table are approximate. All percentages are in relation to the approximately 404,000 acres of BLM-administered public land within the planning area, not in relation to all land in the planning area.

[5] The available acres are not 100% of the acres in the planning area; several thousand acres remain unavailable to grazing in all alternatives.
[6] Allotments were counted as Open if any portion of the allotment remains Open in the alternative. Number of allotments counts La Pine unallotted as one.
[7] RFA = reserve forage allotment (see text for description)
[8] The "RFA or not available" column is a management discretion category.
[9] This figure assumes the permittees voluntarily relinquish their permits. If they don't, the figures would drop to 0 and "open" would increase correspondingly.
[10] ibid
[11] ibid
[12] ibid

BLM_0078710

BLM. 2004. Proposed Upper Deschutes Resource Management Plan/Final Environmental Impact Statement. BLM, Prineville District, Deschutes Resource Area. (September 2004). Vol. III: 50-58.

## Land Uses

### Livestock Grazing

<u>Objective LG - 1:</u> Provide for continued livestock grazing, while reducing conflicts with and meeting needs of other uses and resources.

**Rationale:**

During the planning process, public comments urged the BLM to modify or discontinue grazing in sensitive areas, critical plant/animal habitats, and areas not grazed in many years. Livestock grazing permittees who rely on public lands also expressed continued concerns about the difficulty of managing allotments in areas adjacent to resorts and residential areas, and in areas of high recreation uses. BLM management direction is to reduce threats to public health, safety, and property as well as to provide guidance for grazing management.

FLPMA, the Public Rangeland Improvement Act (PRIA), the Taylor Grazing Act, and other acts direct public lands to be managed for multiple use and sustained yield; and, among other things, to provide for improved forage conditions to benefit wildlife, watershed protection and livestock production.

The Standards for Rangeland Health and Guidelines for Livestock Management (BLM 1997), provide standards by which the condition of watersheds currently under livestock management can be measured to evaluate upland and riparian function, ecological processes, water quality, and habitat for native, Threatened and Endangered, and locally important species. Based on the condition assessment, this direction also guides actions to be taken if livestock grazing is found to be affecting those factors. These Standards and Guidelines have been incorporated into this plan by reference, and form the basis for future evaluation of livestock use. However, these Standards and Guidelines to not include evaluation social and economic conditions that are prevalent throughout the planning area. The Grazing Matrix establishes classifications into which each allotment is placed depending upon a number of factors in addition to the Rangeland Health Standards. This approach is described under guidelines, and the classifications displayed in the Grazing Matrix.

### Allocations/Allowable Uses:

**General Uses**
1. Allow prescribed livestock grazing to control weeds, reduce fire danger, or accomplish other management objectives, regardless of parcel status (including active, vacant, RFA, or area of discontinued grazing).
   A. Prescribed grazing would only occur when BLM initiates such action.
   B. Vacant allotments and areas of discontinued grazing would not be available for temporary non-renewable grazing use.
2. Allotment classifications shown in appendix G may be adjusted by more site-specific information about allotments.
3. Livestock grazing would not be allowed in the fenced area around Mayfield Pond, after an alternate water source for livestock is established.
4. Additional direction for livestock grazing in Peck's Milkvetch ACEC is described in the Special Management Areas section.
5. After a disturbance event[1] which results in undesirable soil or plant conditions, livestock grazing would typically not be permitted the remainder of the calendar year, and through the growing season of the next year. Exceptions would be for cases where such grazing would either not impede site recovery, or where livestock are used as a tool to aid in achieving certain recovery objectives (such as cheatgrass control). Livestock grazing would resume after interdisciplinary review and determination that soil and vegetation have recovered sufficiently from the initial disturbance to support livestock grazing.
6. Livestock grazing would be allowed in pastures if the disturbance event does not result in undesirable soil or vegetative conditions. Livestock exclusion after disturbance events would also not be required if livestock would not be trailed through the affected area, and attractants (e.g., water, supplemental feed, salt) are not provided within one mile. Attractants could be closer than one mile if physical barriers (e.g., rimrock, fences) would prevent livestock access to the affected area.
7. Prescribed or permitted livestock grazing could occur any time after disturbances in pastures containing affected areas if an interdisciplinary team designs and monitors the grazing to accomplish resource objectives (e.g. to control noxious weeds, or assist in getting broadcast seeds worked into the soil).

---

[1] Natural and human-induced events including but not limited to wildland fire, prescribed burns, timber management treatments, juniper cuts, and rehabilitation seedings.

BLM_0078711

### Allotment Classification

8. FEIS Map 5 and the "Alt 7" column in Appendix G show areas available for livestock grazing. Allotments are shown or listed in one of several categories: "Open," "If permit is relinquished (IPR), Open or create Reserve Forage Allotment (RFA)" (see explanation of RFA below under guidelines), "IPR, create RFA," "IPR, Close or create RFA," "IPR, Close" or "Close." Some of these categories allow manager discretion (ones with "or").

9. Livestock grazing would continue to be allowed for allotments in the "Open" category on the Grazing Matrix (Table PRMP-4). See section below on "Using the Grazing Matrix" for instructions on how to rate allotments, and see Table PRMP-5 for allotments' raw scores on each factor. Currently about 90 allotments (75 percent) of the allotments are in the "Open" category.

10. Livestock grazing would continue be allowed under permit or as an RFA for allotments falling in the "IPR, Open or Create RFA" category on the Grazing Matrix if the grazing permittee voluntarily relinquishes his or her grazing permit.

11. Allow livestock grazing as an RFA for allotments falling into the "IPR, Create RFA" category if the grazing permittee voluntarily relinquishes his or her grazing permit.

12. Livestock grazing would not be allowed under permit but could be allowed as an RFA for allotments falling into the "IPR, Close or Create RFA" category if the grazing permittee voluntarily relinquishes his or her grazing permit.

13. Livestock grazing would not be allowed for allotments falling in the "IPR, Close" category if the grazing permittee voluntarily relinquishes his or her grazing permit.

14. Livestock grazing would not be allowed for allotments falling in the "Close" category.

### Guidelines:

1. Permits for Reserve Forage Allotments would not be held by specific grazing operators. In these allotments, temporary, non-renewable use could be granted to federal permit holders when there is a demonstrated need to rest a permittee's allotment. "Need" for rest would include but not be limited to the following reasons: Prior to prescribed fire or necessary fence construction, or during/after rehabilitation projects, wildland fire or prescribed fire, drought, flood, insect damage, or disease. Use would meet goals described for the area in the RMP and, if applicable, in an Allotment Management Plan.

2. Grazing operators in good standing can continue to hold or transfer permits to other qualified applicants in all but those allotments in the "Close" category on the Grazing Decision Matrix.

*Using the Grazing Matrix*

3. Estimate the potential demand for and social and ecological conflict in each allotment using the factors shown in Table PRMP-2. Note conflict/demand are interrelated, so there is some overlap of factors used in their estimates. The weighting of each factor in the conflict/demand rating is also shown in the Table PRMP-3.

## Table PRMP-2 Grazing Matrix Factors[1]

| Factor title | What factor measures | How factor is calculated[2] | Weight of factor | | |
|---|---|---|---|---|---|
| | | | Social | Demand | Ecological |
| SMA Social | Percent of acres within allotment designated as a Special Management Area (SMA) in part for social values (e.g.: WSA for scenery, solitude) | Acres SMA-social/total acres in allotment. | 33 | | |
| Zoning | Miles of high-density zoning (resort, residential) along allotment boundary relative to number of AUMs in allotment, and relative to other allotments. | Miles X 4000/AUMs in allotment.[3] | 33 | 20 | |
| Recreation | Amount of recreational use in allotment | If C3 on Allotment Categorization Form (see App. G) is "M" then the score is 75; if it is "H" the score is 100. | 33 | 12 | |
| Wait List | Rancher interest in allotment | Relative interest shown in an allotment compared to other allotments, based on considerations including but not limited to applications, letters of interest and personal contacts. | | 12 | |
| Fencing | Cost to install new fence and maintain existing fence, relative to other allotments. | Miles of fence maintenance X 4 X $50/mi/yr + miles of new fence X $4,000/mi/decade.[4] | | 12 | |
| Water | Percent of allotment needing water hauled to troughs | Permittee and BLM estimate of number of acres served by hauling water to troughs, divided by the total number of acres in the allotment. | | 12 | |
| Seasonal | Amount of seasonal restrictions on livestock grazing. | Grazing restricted to one season = 100, two seasons = 50, three seasons = 25, year-round permit = 0 | | 10 | |
| Forage | Relative amount of forage in allotment, compared to other allotments in planning area | For each allotment, 2500/AUMs.[5] | | 12 | |
| Wildlife | Percent of allotment containing important deer, grouse, and elk habitats. | For each allotment, 0.5 X (percent of acres deer winter range + percent of acres sage grouse habitat + percent elk winter range)[6] | | 10 | 30 |
| SMA Ecological | Percent of acres within allotment designated SMA at least in part for ecological values (e.g. Peck's Milkvetch ACEC). | Acres SMA-ecological/total acres in allotment. | | | 30 |
| Rangeland Health Assessment | Percent of Standards not met during Rangeland Health Assessment, where livestock have been determined to be part of that failure. | Number of Standards not met where livestock are a factor/total number of Standards (5) | | | 40 |

[1] Each allotment's score on the above factors at the time of this printing is listed in Table LC2-XX. These scores are not constant; they change as the amount of residentially zoned land around allotments changes, as the proportion of the allotment where water is hauled vs. piped changes, and as each of the other factors making up the scores changes.
[2] All calculations are estimates, and would require site visit, updated information, and permittee input to get more accurate estimate. Scores at time of this printing are shown in Appendix G.
[3] Score is multiplied (by number indicated) and scores over 100 are set at 100, to get a more even spread of scores and to make the indicators sensitive enough to register differences.
[4] Ibid
[5] Ibid
[6] Ibid

Table PRMP-3 Grazing Matrix Rating

| Factor | Rating | | |
|---|---|---|---|
| | Low | Moderate | High |
| Social | <34 | 34-66 | >66 |
| Demand | >66 | 34-66 | <34 |
| Ecological | <34 | 34-66 | >67 |

Table PRMP-4: Grazing Matrix

| | | SOCIAL & ECOLOGICAL RATING | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Low Ecological | | | Moderate Ecological | | | High Ecological | | |
| | | Low Social | Moderate Social | High Social | Low Social | Moderate Social | High Social | Low Social | Moderate Social | High Social |
| DEMAND RATING | Low Demand | IPR, Close or create RFA[b] | IPR, Close or create RFA | IPR, Close or create RFA | IPR, Close or create RFA | IPR, Close | IPR, Close | IPR, Close | Close[c] | Close |
| | Moderate Demand | Open | Open | IPR, create RFA | Open | IPR, Close or create RFA | IPR, Close | IPR, Close or create RFA | IPR, Close | IPR, Close |
| | High Demand | Open | Open | IPR, Open or create RPA | Open | IPR, Open or Create RFA | IPR, create RFA | IPR, Open or create RFA | IPR, create RFA | IPR, Close or create RFA |

[a] IPR = if permit is relinquished

[b] RFA = Reserve Forage Allotment

[c] Close = Discontinue livestock grazing for the life of the plan. BLM would provide two years notice of cancellation unless waived by permittee.

Table PRMP-5: Indicators of and estimated levels of Conflict/Demand regarding Livestock Grazing (for use in Grazing Matrix).

| Allotment Number | Indicators (factors) | | | | | | | | | | | Estimated Levels Total score[1] in category, and rating (Low, Moderate, High) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMA Soc | Zoning | Recreation | Waiting List | Fences | Water | Seasonal | Forage | Wildlife | SMA Eco | S&Gs | Social | | Demand | | Ecological | |
| 0072 | 0 | 12 | 75 | 75 | 57 | 100 | 100 | 30 | 3 | 0 | 0 | 43 | M | 58 | M | 1 | L |
| 5001 | 0 | 100 | 75 | 90 | 29 | 100 | 50 | 100 | 3 | 0 | 0 | 88 | H | 72 | L | 1 | L |
| 5002 | 0 | 100 | 75 | 95 | 100 | 0 | 100 | 100 | 0 | 0 | 0 | 88 | H | 74 | L | 0 | L |
| 5003 | 0 | 100 | 0 | 95 | 100 | 100 | 50 | 100 | 0 | 0 | 0 | 51 | M | 72 | L | 0 | L |
| 5004 | 0 | 0 | 0 | 90 | 25 | 0 | 100 | 100 | 0 | 0 | 0 | 0 | L | 43 | M | 0 | L |
| 5006 | 0 | 100 | 75 | 95 | 100 | 100 | 50 | 100 | 100 | 100 | 0 | 88 | H | 91 | L | 60 | M |
| 5007 | 0 | 0 | 75 | 85 | 68 | 50 | 100 | 100 | 100 | 100 | 0 | 37 | M | 72 | L | 60 | M |
| 5011 | 0 | 0 | 0 | 0 | 17 | 0 | 0 | 100 | 100 | 0 | 0 | 0 | L | 24 | H | 30 | L |
| 5012 | 0 | 72 | 75 | 75 | 77 | 100 | 0 | 30 | 100 | 0 | 0 | 74 | H | 68 | L | 30 | L |
| 5018 | 0 | 41 | 75 | 50 | 27 | 0 | 50 | 51 | 100 | 0 | 0 | 58 | M | 48 | M | 30 | L |
| 5019 | 0 | 0 | 100 | 10 | 5 | 40 | 25 | 13 | 10 | 0 | 0 | 50 | M | 24 | H | 3 | L |
| 5022 | 0 | 100 | 75 | 75 | 42 | 0 | 100 | 40 | 0 | 0 | 20 | 88 | H | 56 | M | 8 | L |
| 5023 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 100 | 80 | 0 | 0 | 0 | L | 25 | H | 24 | L |
| 5024 | 0 | 0 | 0 | 0 | 20 | 0 | 25 | 100 | 100 | 0 | 0 | 0 | L | 27 | H | 30 | L |
| 5026 | 0 | 67 | 0 | 95 | 100 | 0 | 50 | 83 | 100 | 2 | 0 | 34 | M | 64 | M | 31 | L |
| 5031 | 0 | 0 | 75 | 90 | 100 | 0 | 0 | 37 | 100 | 0 | 40 | 37 | M | 53 | M | 46 | M |
| 5032 | 0 | 0 | 0 | 90 | 25 | 100 | 100 | 100 | 53 | 0 | 0 | 0 | L | 60 | M | 16 | L |
| 5050 | 0 | 0 | 100 | 85 | 11 | 100 | 50 | 89 | 100 | 0 | 0 | 50 | M | 68 | L | 30 | L |
| 5051 | 0 | 0 | 100 | 85 | 20 | 100 | 0 | 49 | 100 | 0 | 0 | 50 | M | 59 | M | 30 | L |
| 5052 | 0 | 0 | 100 | 85 | 50 | 100 | 0 | 100 | 82 | 0 | 0 | 50 | M | 67 | L | 25 | L |
| 5061 | 0 | 100 | 100 | 95 | 100 | 100 | 50 | 7 | 100 | 0 | 0 | 101 | H | 83 | L | 30 | L |
| 5064 | 0 | 0 | 0 | 65 | 23 | 100 | 50 | 57 | 100 | 0 | 0 | 0 | L | 50 | M | 30 | L |
| 5065 | 0 | 52 | 75 | 50 | 34 | 100 | 100 | 8 | 100 | 0 | 0 | 63 | M | 62 | M | 30 | L |
| 5066 | 0 | 29 | 0 | 75 | 32 | 100 | 100 | 74 | 100 | 0 | 0 | 15 | L | 63 | M | 30 | L |
| 5067 | 0 | 0 | 75 | 95 | 100 | 0 | 50 | 100 | 100 | 0 | 0 | 37 | M | 67 | L | 30 | L |
| 5068 | 0 | 0 | 75 | 95 | 100 | 100 | 50 | 54 | 100 | 0 | 0 | 37 | M | 74 | L | 30 | L |
| 5069 | 0 | 100 | 75 | 95 | 100 | 50 | 50 | 100 | 100 | 0 | 0 | 88 | H | 85 | L | 30 | L |
| 5070 | 0 | 0 | 75 | 95 | 100 | 100 | 50 | 13 | 100 | 0 | 0 | 37 | M | 69 | L | 30 | L |
| 5071 | 0 | 56 | 75 | 95 | 100 | 100 | 50 | 10 | 100 | 0 | 0 | 65 | M | 75 | L | 30 | L |

BLM_0078715

| Allotment Number | Indicators (factors) | | | | | | | | | | | Estimated Levels Total score in category, and rating (Low, Moderate, High) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMA Soc | Zoning | Recreation | Waiting List | Fences | Water | Seasonal | Forage | Wildlife | SMA Eco | S&Gs | Social | | Demand | | Ecological | |
| 5072 | 0 | 42 | 100 | 90 | 90 | 100 | 50 | 17 | 100 | 0 | 0 | 71 | H | 75 | L | 30 | L |
| 5073 | 0 | 13 | 100 | 90 | 10 | 100 | 0 | 4 | 100 | 43 | 0 | 56 | M | 49 | M | 43 | M |
| 5075 | 0 | 71 | 100 | 60 | 50 | 100 | 0 | 22 | 100 | 65 | 0 | 86 | H | 63 | M | 50 | M |
| 5076 | 0 | 0 | 0 | 75 | 4 | 0 | 100 | 37 | 100 | 0 | 40 | 0 | L | 40 | M | 46 | M |
| 5078 | 0 | 100 | 100 | 75 | 12 | 50 | 50 | 13 | 100 | 100 | 40 | 101 | H | 69 | L | 76 | H |
| 5079 | 0 | 10 | 75 | 75 | 12 | 100 | 50 | 25 | 100 | 49 | 40 | 55 | M | 60 | M | 61 | M |
| 5080 | 0 | 24 | 75 | 50 | 37 | 100 | 0 | 12 | 100 | 0 | 0 | 49 | M | 50 | M | 30 | L |
| 5081 | 0 | 0 | 0 | 80 | 36 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | L | 52 | M | 30 | L |
| 5082 | 0 | 0 | 0 | 95 | 100 | 50 | 50 | 100 | 100 | 0 | 0 | 0 | L | 58 | M | 30 | L |
| 5084 | 0 | 0 | 75 | 95 | 100 | 100 | 50 | 100 | 0 | 0 | 0 | 32 | M | 69 | L | 0 | L |
| 5086 | 0 | 0 | 0 | 90 | 100 | 0 | 25 | 100 | 20 | 0 | 0 | 0 | L | 54 | M | 6 | L |
| 5088 | 0 | 0 | 0 | 90 | 12 | 0 | 25 | 100 | 79 | 0 | 0 | 0 | L | 42 | M | 24 | L |
| 5089 | 0 | 0 | 75 | 90 | 100 | 25 | 100 | 100 | 0 | 0 | 0 | 37 | M | 64 | M | 0 | L |
| 5092 | 0 | 0 | 100 | 90 | 36 | 0 | 100 | 76 | 0 | 0 | 0 | 50 | M | 53 | M | 0 | L |
| 5093 | 0 | 0 | 0 | 90 | 84 | 50 | 50 | 100 | 0 | 0 | 0 | 0 | L | 45 | M | 0 | L |
| 5094 | 0 | 0 | 0 | 90 | 13 | 100 | 25 | 100 | 0 | 0 | 0 | 0 | L | 46 | M | 0 | L |
| 5096 | 0 | 83 | 0 | 90 | 25 | 0 | 0 | 100 | 100 | 0 | 0 | 43 | M | 53 | M | 30 | L |
| 5107 | 0 | 0 | 0 | 90 | 6 | 0 | 25 | 69 | 0 | 0 | 0 | 0 | L | 30 | H | 0 | L |
| 5108 | 15 | 0 | 100 | 80 | 17 | 100 | 25 | 33 | 100 | 0 | 0 | 57 | M | 47 | M | 30 | M |
| 5109 | 0 | 0 | 75 | 60 | 17 | 0 | 0 | 10 | 100 | 0 | 0 | 37 | M | 46 | M | 30 | M |
| 5110 | 0 | 0 | 0 | 90 | 11 | 0 | 25 | 71 | 0 | 0 | 0 | 0 | L | 30 | H | 0 | H |
| 5111 | 0 | 100 | 75 | 75 | 37 | 100 | 100 | 51 | 0 | 0 | 0 | 88 | H | 69 | L | 0 | L |
| 5112 | 0 | 4 | 75 | 60 | 15 | 50 | 50 | 10 | 0 | 0 | 0 | 39 | M | 36 | M | 0 | M |
| 5113 | 0 | 0 | 100 | 60 | 27 | 50 | 100 | 25 | 0 | 0 | 0 | 50 | M | 46 | M | 0 | M |
| 5114 | 0 | 0 | 100 | 60 | 11 | 50 | 25 | 14 | 0 | 0 | 0 | 50 | M | 36 | M | 0 | M |
| 5115 | 0 | 0 | 100 | 50 | 24 | 0 | 50 | 23 | 0 | 0 | 0 | 50 | M | 33 | H | 0 | H |
| 5116 | 2 | 60 | 100 | 50 | 11 | 0 | 100 | 4 | 0 | 0 | 0 | 81 | H | 41 | M | 0 | M |
| 5117 | 5 | 0 | 100 | 50 | 9 | 0 | 50 | 5 | 0 | 0 | 0 | 52 | M | 29 | H | 0 | H |
| 5119 | 0 | 0 | 0 | 50 | 4 | 0 | 100 | 50 | 0 | 0 | 0 | 0 | L | 26 | H | 0 | L |
| 5120 | 4 | 0 | 100 | 50 | 13 | 50 | 25 | 11 | 0 | 0 | 0 | 51 | M | 33 | M | 0 | M |
| 5121 | 0 | 0 | 75 | 25 | 13 | 100 | 0 | 21 | 0 | 0 | 0 | 37 | M | 30 | M | 0 | M |
| 5122 | 13 | 100 | 75 | 85 | 13 | 0 | 25 | 37 | 0 | 0 | 0 | 95 | H | 47 | M | 0 | H |
| 5123 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 49 | 100 | 0 | 0 | 0 | L | 17 | H | 30 | L |

| Allotment Number | Indicators (factors) | | | | | | | | | | | Estimated Levels (Total score in category; and rating (Low, Moderate, High)) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMA Soc | Zoning | Recreation | Waiting List | Fences | Water | Seasonal | Forage | Wildlife | SMA Eco | S&Gs | Social | Demand | Ecological |
| 5125 | 0 | 0 | 100 | 50 | 14 | 50 | 25 | 8 | 0 | 0 | 0 | 50 M | 33 H | 0 L |
| 5127 | 0 | 0 | 100 | 25 | 14 | 100 | 25 | 4 | 100 | 0 | 0 | 50 M | 44 M | 30 L |
| 5130 | 0 | 25 | 100 | 25 | 21 | 0 | 0 | 24 | 100 | 0 | 0 | 62 L | 14 M | 30 L |
| 5132 | 0 | 0 | 100 | 6 | 6 | 0 | 0 | 6 | 100 | 0 | 0 | 0 M | 42 M | 30 L |
| 5133 | 0 | 0 | 0 | 0 | 53 | 0 | 0 | 100 | 100 | 0 | 0 | 0 H | 31 H | 30 L |
| 5134 | 0 | 0 | 100 | 0 | 14 | 5 | 25 | 4 | 100 | 0 | 60 | 0 M | 54 M | 30 L |
| 5135 | 0 | 72 | 100 | 25 | 12 | 0 | 0 | 7 | 100 | 0 | 0 | 86 M | 38 M | 30 L |
| 5136 | 0 | 57 | 100 | 10 | 13 | 0 | 75 | 7 | 100 | 0 | 0 | 78 H | 41 H | 30 L |
| 5138 | 0 | 0 | 75 | 25 | 23 | 100 | 0 | 10 | 100 | 0 | 0 | 37 H | 40 M | 30 L |
| 5140 | 0 | 0 | 75 | 0 | 6 | 0 | 50 | 2 | 100 | 0 | 0 | 37 M | 25 H | 30 L |
| 5141 | 0 | 100 | 0 | 0 | 6 | 0 | 0 | 2 | 100 | 0 | 0 | 0 L | 17 H | 30 L |
| 5142 | 0 | 0 | 75 | 0 | 23 | 0 | 50 | 54 | 100 | 0 | 0 | 88 M | 40 M | 30 L |
| 5143 | 0 | 0 | 75 | 0 | 14 | 0 | 75 | 15 | 100 | 0 | 0 | 37 H | 30 M | 30 L |
| 5145 | 0 | 0 | 100 | 95 | 16 | 0 | 50 | 15 | 100 | 0 | 50 | 50 M | 31 M | 30 L |
| 5176 | 0 | 0 | 0 | 95 | 100 | 0 | 50 | 100 | 100 | 0 | 0 | 58 M | 30 H | 30 L |
| 5177 | 0 | 0 | 0 | 90 | 16 | 50 | 50 | 25 | 100 | 0 | 0 | 38 M | 31 M | 30 L |
| 5178 | 0 | 0 | 0 | 95 | 100 | 0 | 50 | 36 | 100 | 0 | 0 | 56 L | 56 M | 30 L |
| 5179 | 0 | 0 | 0 | 93 | 100 | 0 | 50 | 100 | 60 | 0 | 0 | 53 L | 53 M | 18 L |
| 5180 | 0 | 0 | 0 | 85 | 100 | 0 | 50 | 100 | 99 | 0 | 0 | L | 56 M | 30 L |
| 5182 | 0 | 0 | 0 | 95 | 100 | 0 | 50 | 32 | 100 | 0 | 0 | L | 50 M | 48 M |
| 5196 | 0 | 0 | 0 | 95 | 100 | 0 | 50 | 100 | 80 | 0 | 60 | 0 L | 58 M | 30 L |
| 5201 | 0 | 43 | 100 | 25 | 13 | 100 | 25 | 18 | 100 | 0 | 0 | 71 L | 53 M | 48 M |
| 5204 | 100 | 71 | 100 | 90 | 25 | 100 | 50 | 89 | 100 | 0 | 0 | 123 H | 74 M | 30 L |
| 5205 | 56 | 0 | 75 | 95 | 48 | 0 | 0 | 33 | 100 | 0 | 0 | 65 H | 46 L | 46 M |
| 5206 | 0 | 100 | 75 | 95 | 100 | 100 | 59 | 100 | 100 | 0 | 40 | 88 H | 91 L | 30 L |
| 5207 | 100 | 0 | 75 | 85 | 39 | 100 | 25 | 100 | 100 | 0 | 40 | 87 H | 63 M | 46 M |
| 5208 | 0 | 28 | 75 | 25 | 6 | 0 | 50 | 4 | 100 | 0 | 20 | 52 H | 34 M | 30 L |
| 5209 | 93 | 0 | 75 | 25 | 11 | 100 | 25 | 5 | 100 | 0 | 0 | 83 H | 38 M | 38 M |
| 5210 | 0 | 0 | 75 | 0 | 6 | 100 | 50 | 2 | 100 | 0 | 0 | 37 M | 32 M | 30 L |
| 5211 | 0 | 0 | 100 | 10 | 7 | 85 | 0 | 8 | 100 | 0 | 0 | 50 M | 36 H | 30 L |
| 5212 | 5 | 0 | 100 | 10 | 5 | 95 | 0 | 1 | 100 | 0 | 0 | 52 M | 25 H | 30 L |
| 5213 | 44 | 0 | 100 | 10 | 8 | 100 | 0 | 4 | 100 | 0 | 0 | 71 H | 37 M | 30 L |
| 5214 | 0 | 0 | 100 | 0 | 9 | 0 | 0 | 3 | 100 | 0 | 0 | 50 M | 23 H | 30 L |

| Allotment Number | Indicators (factors) | | | | | | | | | | | | Estimated Levels — Total score in category, and rating (Low, Moderate, High) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMA Soc | Zoning | Recreation | Waiting List | Fences | Water | Seasonal | Forage | Wildlife | SMA Eco | S&Gs | Social | | Demand | | Ecological | |
| 5216 | 0 | 0 | 75 | 85 | 75 | 0 | 100 | 100 | 0 | 0 | 20 | 37 | M | 57 | M | 8 | L |
| 5224 | 0 | 0 | 0 | 0 | 47 | 0 | 0 | 100 | 100 | 0 | 0 | 0 | L | 28 | H | 30 | L |
| 5228 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 15 | 100 | 0 | 0 | 0 | L | 13 | H | 30 | L |
| 5231 | 0 | 0 | 75 | 0 | 4 | 0 | 50 | 1 | 100 | 0 | 0 | 37 | M | 25 | H | 30 | L |
| 5233 | 0 | 0 | 0 | 0 | 3 | 10 | 0 | 5 | 100 | 0 | 0 | 0 | L | 12 | H | 30 | L |
| 5234 | 0 | 0 | 0 | 0 | 6 | 0 | 25 | 13 | 100 | 0 | 0 | 0 | L | 15 | H | 30 | L |
| 5252 | 0 | 0 | 75 | 95 | 79 | 0 | 50 | 74 | 0 | 0 | 0 | 37 | M | 51 | M | 0 | L |
| 5257 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 100 | 42 | 0 | 0 | 0 | L | 17 | H | 13 | L |
| 5261 | 91 | 0 | 0 | 0 | 14 | 0 | 25 | 57 | 0 | 0 | 0 | 46 | M | 32 | H | 30 | L |
| 7902 | 4 | 0 | 0 | 85 | 43 | 100 | 0 | 2 | 100 | 0 | 0 | 2 | L | 45 | M | 30 | L |
| 7904 | 11 | 0 | 0 | 75 | 9 | 0 | 28 | 27 | 100 | 0 | 0 | 5 | L | 33 | H | 30 | L |
| 7509 | 100 | 0 | 75 | 75 | 55 | 0 | 50 | 28 | 100 | 0 | 0 | 88 | H | 61 | M | 30 | L |
| 7514 | 100 | 0 | 0 | 90 | 61 | 0 | 100 | 93 | 100 | 0 | 0 | 51 | M | 68 | L | 30 | L |
| 7515 | 0 | 0 | 75 | 85 | 13 | 0 | 25 | 42 | 100 | 0 | 0 | 37 | M | 45 | M | 30 | L |
| 7530 | 0 | 0 | 0 | 90 | 3 | 0 | 100 | 78 | 0 | 0 | 0 | 0 | L | 38 | M | 0 | L |
| 7538 | 100 | 0 | 75 | 95 | 100 | 0 | 50 | 66 | 100 | 0 | 0 | 88 | H | 79 | L | 30 | L |
| 7552 | 2 | 0 | 0 | 60 | 7 | 50 | 50 | 4 | 100 | 0 | 0 | 1 | L | 34 | M | 30 | L |
| 7554 | 0 | 0 | 0 | 90 | 27 | 0 | 50 | 100 | 40 | 0 | 20 | 0 | L | 42 | M | 20 | L |
| 7559 | 28 | 0 | 75 | 60 | 8 | 50 | 25 | 14 | 100 | 0 | 0 | 51 | M | 46 | M | 30 | L |
| 7571 | 38 | 0 | 0 | 95 | 42 | 0 | 50 | 96 | 0 | 0 | 0 | 20 | L | 45 | M | 0 | L |
| 7572 | 100 | 0 | 0 | 90 | 29 | 0 | 25 | 100 | 0 | 0 | 0 | 51 | M | 48 | M | 0 | L |
| 7574 | 100 | 0 | 0 | 95 | 41 | 100 | 50 | 74 | 39 | 0 | 0 | 0 | L | 54 | M | 12 | L |
| 7575 | 82 | 0 | 0 | 80 | 55 | 0 | 75 | 34 | 0 | 0 | 0 | 42 | M | 44 | M | 0 | L |
| 7582 | 0 | 0 | 0 | 75 | 29 | 100 | 0 | 100 | 99 | 0 | 0 | 0 | M | 52 | M | 30 | L |
| 7586 | 61 | 0 | 75 | 80 | 21 | 100 | 75 | 76 | 0 | 0 | 0 | 68 | H | 63 | M | 0 | L |
| 7594 | 0 | 0 | 0 | 95 | 25 | 0 | 25 | 100 | 13 | 0 | 0 | 0 | L | 38 | L | 4 | L |
| 7595 | 100 | 0 | 0 | 80 | 22 | 50 | 25 | 35 | 100 | 0 | 0 | 51 | M | 53 | M | 30 | L |
| 7597 | 0 | 0 | 75 | 73 | 5 | 0 | 50 | 10 | 100 | 0 | 0 | 37 | M | 40 | M | 30 | L |
| 9999 | 6 | 0 | 75 | 75 | 26 | 50 | 50 | 0 | 100 | 0 | 0 | 40 | M | 49 | M | 30 | L |

[1] The raw scores for some factors were proportionally adjusted to achieve a fairly even spread between 0 and 100 (aiming for about 1/3 falling above 67, at the "high" end). This was necessary to make the indicators sensitive enough to register differences between allotments. These adjustments are noted above by the adjusted factors.

BLM_0078718

**The Grazing Decision "Matrix" in the BLM Upper Deschutes Resource Management Plan**

The preferred alternative in the Proposed Upper Deschutes Resource Management Plan and Final Environmental Impact Statement published by the Bureau of Land Management, Prineville District proposes a new, efficient and amelioratory method to manage livestock grazing on the Deschutes Resource Area in eastern Oregon. Rather than continue the current management scheme, whereby conflicts between livestock grazing and other uses on public (and adjacent private) land are resolved on a case-by-case basis (and often are never resolved to anyone's satisfaction), the plan proposes a new decision matrix to help managers decide where potential grazing conflicts are so high that livestock grazing might no longer be manageable under current conditions (and there is a need to change conditions or discontinue livestock grazing).

The proposed matrix compares the value of a grazing allotment for livestock grazing to its ecological and social value for other uses (recreation, wildlife habitat, etc.), and measures the potential conflict that exists between grazing and other uses (see **Grazing Matrix Table**). The value of an allotment for livestock grazing is assessed based on demand among potential grazing permittees to use the allotment for grazing. If an allotment scores high for grazing on the decision matrix, and low for ecological and social uses, then the BLM will seek to continue livestock grazing on that allotment, resolving grazing conflicts on a case-by-case basis as necessary. However, if an allotment scores low for grazing use (i.e., low demand among grazing permittees to graze the allotment), and high for ecological or social values (e.g., allotment within Wilderness Study Area, conflict due to presence of sensitive species, allotment borders urban area), then the BLM may seek to close the allotment to livestock grazing or reallocate the forage as a grassbank (**"Reserve Forage Allotment"**). However, the BLM will only close or reallocate an allotment as a grassbank if the current grazing permittee voluntarily relinquishes the grazing permit to the agency.

The BLM devised a formula to determine the value of each allotment for grazing, ecological and social uses to estimate which allotments have the highest potential for conflicts. The plan applies the formula to each of the 124 active grazing allotments in the planning area (see **Grazing Guidelines – Allotment Evaluations**). Each allotment was given a "Social," "Demand," and "Ecological" score, which may be plotted on the decision matrix to help decide future management for each allotment when conflict occurs, or when a permit comes due for renewal.

The formula first measures the potential for social conflict on each grazing allotment, considering three factors: (1) miles of residential or resort zoning along allotment boundary; (2) amount of recreational use; and (3) percent of allotment within a special management area (e.g., Wilderness Study Area) that was designated at least in part for "social" values (e.g., visual resources, solitude). The factors making up the total social conflict score are weighted equally (each represents 33 percent of the total score).

Second, each allotment was scored for its demand for grazing, using eight factors: (1) waiting list for permit for allotment; (2) miles of residential or resort zoning along allotment boundary (this factor and factor #3 are calculated the same here as they are under social conflict); (3) amount of recreational use; (4) costs to install required new and maintain existing fence (assuming $50/mi maintenance and $4,000/mi new); (5) percent of allotment needing water hauled to troughs; (6)

amount of seasonal restrictions on grazing; (7) relative amount of forage (AUMs) on allotment; and (8) percent of allotment containing important deer, grouse, and elk habitats. Factors are weighted as follows: #1 is 20 percent of the total demand score, #2, #3, #4, #5, #7 are each 12 percent, and #6 and #8 are each 10 percent. An allotment's waiting list is based on professional judgment of a BLM Rangeland Management Specialist (12 years at Prineville District BLM).

Finally, criterion for determining the ecological value of grazing allotment include: (1) percent of the allotment failing to meet Standards for Rangeland Health; (2) percent of allotment containing important deer, grouse, and elk habitats; (3) percent of allotment within a special management area (e.g., Wilderness Study Area) that was designated at least in part for "ecological" values (e.g., sensitive species). The factors are weighted as follows: #1 makes up 40 percent of the total ecological conflict score, #2 and #3 are each 30 percent.

Further details on the formula, including explication of how each social, grazing demand, and ecological value was scored, and application of the grazing decision matrix is available in the proposed Upper Deschutes plan. Using the decision matrix, the preferred alternative would reduce areas available for livestock grazing in the planning area over current management by up to approximately 121,000 acres, reducing available AUMs by about 20% percent, if all permittees willingly relinquished their permits. About half of these acres would still be available as Reserve Forage Allotments, but the AUMs would not be allocated to specific permittees (*see* **Alternatives Grazing Comparison Chart**). While grazing operators may participate in voluntary permit relinquishment for any allotment under any alternative in the proposed plan, the grazing matrix provides additional opportunities for BLM managers to designate active allotments as other than "open" to reduce conflicts between livestock grazing and other uses on and adjacent to public lands in the planning area.

BLM. 2004. Proposed Upper Deschutes Resource Management Plan/Final Environmental Impact Statement. BLM, Prineville District, Deschutes Resource Area. (September 2004). Vol. I: 170.

## Alternative 7 (Preferred Alternative)

### Livestock Grazing

In this alternative the BLM would use a formula to estimate potential for conflict and demand to help identify where problems are likely to occur (for additional details of how this formula works see Common to 2-7 section in this chapter, and Chapter 4 livestock grazing assumptions). This formula is changed somewhat from alternatives 2-6; most notably, an ecological conflict factor is added, and allotments would not be placed in "closed" or Reserve Forage Allotment (RFA) status in most cases, unless the grazing permittee voluntarily relinquishes his or her permit. In this alternative, livestock grazing would be modified as directed in Table 2-27 when thresholds of conflict and demand are exceeded. Appendix G shows which allotments would be affected. When conflicts are below the thresholds described above, they would be solved (in all alternatives) on a case-by-case basis by modifying livestock grazing, recreational use, fences, roads, and/or other uses, activities or developments as needed to reduce conflicts.

Some allotments would be placed in RFA status. These allotments would not be allocated to a specific grazing operator. The BLM would allow temporary, non-renewable use to federal permit holders when there is a demonstrated need to rest the permittee's allotment. "Need" for rest would include but not be limited to the following reasons: Prior to prescribed fire or necessary fence construction, or during/after rehabilitation projects, wildland fire or prescribed fire, drought, flood, insect damage, or disease. Use would meet goals described for area in RMP and, if applicable, in AMP.

Grazing operators who have permits for allotments that fall into "IPR close," "IPR RFA," "IPR close or RFA," or "IPR open or RFA" status are under no obligation to relinquish their permits, and they are still able to transfer their permits to other qualified applicants.

## Table 2-27 Grazing Matrix

| | | SOCIAL & ECOLOGICAL RATING | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Low Ecological | | | Moderate Ecological | | | High Ecological | | |
| | | Low Social | Moderate Social | High Social | Low Social | Moderate Social | High Social | Low Social | Moderate Social | High Social |
| DEMAND RATING | Low Demand | IPR¹, Close or create RFA² | IPR, Close or create RFA | IPR, Close or create RFA | IPR, Close or create RFA | IPR, Close | IPR, Close | IPR, Close | Close¹ | Close |
| | Moderate Demand | Open | Open | IPR, create RFA | Open | IPR, Close or create RFA | IPR, Close | IPR, Close or create RFA | IPR, Close | IPR, Close |
| | High Demand | Open | Open | IPR, Open or create RFA | Open | IPR, Open or Create RFA | IPR, create RFA | IPR, Open or create RFA | IPR, create RFA | IPR, Close or create RFA |

¹ IPR = if permit is relinquished
² RFA = Reserve Forage Allotment
³ Close = Discontinue livestock grazing for the life of the plan. BLM would provide two years notice of cancellation unless waived by permittee.

BLM_0078721

# State Minimum Monitoring Standards

In the period 1983 through 1989 BLM expended great effort to harmonize monitoring data and evaluations with the promulgation of new activity plans and permits under those plans.   This intent was conveyed under various WO IM's (e.g. 84-495 of May 1984; 86-706 of September 1986); and eventually by Manual (4400   - Rangeland Inventory, Monitoring and Evaluation releases 4-64, 4-82, then 4-97 on 11/28/89; and Handbook H-4400-1 Rangeland Monitoring and Evaluation, releases 4-98 and 4-100; all as an alternate to elaborating on the initiating Regulation (See 43 CFR 4110.3-3).   As the result, beginning in FY 1989 and continuing to the present, the state offices have submitted Rangeland Inventory reports on the Improve, Maintain and Custodial allotment mix; the Ecological Status changes; all largely achieved by grazing management changes triggered by monitoring and trend determinations and initiation of monitoring plans in new areas.

The ten western states responded to the policy and instructions from the WO in a variety of ways:

In Oregon/Washington a Vale District Monitoring Plan of April 1983; ORSO IM OR-87-451 of June 12, 1987; and finally ORSO Rangeland Monitoring Handbook H-1734-2 of 6/03/88 were promulgated.   The Bully Creek LAMP/ROD of March 2000 (which will probably not be superseded until 2020) is based on and references the 1983 document.

In Idaho, the Minimum Monitoring Standards Task Committee issued definitive Minimum Monitoring Standards for BLM-Administered Rangelands in Idaho dated 1984.

Wyoming issued Instruction Memoranda: WY-86-706, Wy-87-53, WY-87-148, WY-87-236; and State Minimum Monitoring Standards in H-4423-1 - Monitoring Studies releases 4-6 then 4-7 on June 6, 1988.

In turn, New Mexico published seemingly compliant NMSO Instruction memoranda: NM-89-61on Actual Use, NM-89-196 on Range Condition Photos, NM-93-005, NM-93-082, NM-93-129,   and NM-99--45, the last four of which have to do with the annual National Rangeland Monitoring and Evaluation Report. Nothing has surfaced yet on the state's compliance with Manual 4400, .04 Responsibility, E. State Directors are responsible for....

The Nevada Range Studies Task Group published the First edition of   the Nevada Rangeland Monitoring Handbook dated September 1984.   This is the only one of such seminal state documents that after 22 years has been superseded by a valid replacement: Nevada Rangeland Monitoring Handbook Second Edition, Education Bulletin 06-03 of 2006.

In Utah, BLM Manual Handbook H-4400-1 Utah Rangeland Monitoring, Handbook Supplement was initially released dated June 11, 1987.

For the states: Montana, California, Colorado, and Arizona to date there has been no response as to how they complied with the Agency emphasis on coherent and coordinated monitoring that was policy in the 1980s and was undoubtedly incorporated in the activity plans issued in the 1990s (like Bully Ck Lamp above).   Also unknown is the replacement of these seminal documents and redefinitions that may now be in place for incorporation in GMAs now under preparation.

The culmination of these efforts (or at least a synergistic progress review) was a Rangeland Monitoring Workshop held in Golden, Colorado January 12-16 1987 (See Denver Service Center IB No. DSC-88-1, Proceedings of the Rangeland Monitoring Workshop, which tallied achievements such as:
A 5-year timetable (aka five-year clock) is proceeding toward issuance in Manual 4400,
Requirements for reporting have been established,
All states now have or are developing minimum standards for monitoring,
Preparation of monitoring and evaluation plans required within 1 year of publication of the ROD/RPS/(now

RMP).
Various trend approaches have been differentiated
Correlation made between monitoring and ecological site inventories.   H-4410-1 should be revised accordingly.
State minimum monitoring standards specify requirements for selecting key areas.
BLM will continue the policy of describing ecological sites and PNC and updating ecological status based on *composition by weight.*
Manual sections 1734, 4400. and H-4420-1 all support a coordinated approach to monitoring.

The above represents rather fragmented compliance with a specific institutional strategy for representative and well coordinated monitoring.   To the casual observer it appears rather than an intentional change in course, some states have been insubordinate and have just allowed to atrophy, the teaming of monitoring results and trend determinations with timely changes in grazing management.   A FOIA for "similar guidance" to that of Wyoming was in an attempt to paint the entire document hierarchy and hopefully smoke out the initial documents set and then determine what has replaced that initial flush of documents that bravely faced up to the most important facet of Adaptive Management - Monitoring. (See the Secretary of Interior's Order N0. 3270 of March 09, 2007, on Adaptive Management where the critical dependence on monitoring is mentioned over a dozen times.)

Last, it seems necessary to quarrel about the obsolescence of Wyoming's H-4423-1.   H-4423-1 or a valid successor document is required, to the extent that the precepts of H-4423-1 and "similar guidance" are enshrined in activity plans still in effect; that Improve, Maintain and Custodial category allotments have differing monitoring requirements; and that a five-year clock for improve allotments to validate grazing management schemes and prepare for new activity plans and reissuance and adjustment on a 10 year cycle of Grazing Authorizations; are still   policy.   The agency can't or at least shouldn't, be allowed to give the first level of Authorized Officers unbridled discretion to ignore the monitoring aspects of Adaptive Management as has happened in the Malheur RA of Oregon where the second of ten activity plans, North Fork Malheur GMA, was released in August 2007 with absolutely no monitoring plan.   The above set of state, tiered to national documents, as imperfect as they may be, are still the doorway to the best available science for managing public lands under the relentless onslaught of the grazing/ranching Industry.   It Is eminently fair to ask the agency for an audit trial of documents that keeps the Manual and Handbook 4400 policy in practice until the Activity Plans relying on them are retired.

Gene E. Bray
February 8, 2008

BLM_0078723



Release  4-107

Date  1/19/01

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

### MANUAL TRANSMITTAL SHEET

Subject

### H-4180-1 - RANGELAND HEALTH STANDARDS

1. <u>Explanation of Material Transmitted</u>:  This release transmits a new Handbook describing the authorities, objectives, and policies that guide the implementation of the Healthy Rangeland Initiative.  Implementation will provide for the assessment of public land health, and for taking appropriate action to achieve, or make progress toward achieving, specified rangeland health standards.

2. <u>Reports Required</u>:  None.

3. <u>Material Superseded</u>:  None.

4. <u>Filing Instructions</u>:  File as directed below, immediately following the Manual Section.

    <u>REMOVE</u>:                  <u>INSERT</u>:

    None                      H-4180-1

                          (Total 24 Sheets)

*Sylvia V. Baca*

Acting Director,
Bureau of Land Management

BLM_0078724

TC-1

# H-4180-1 - RANGELAND HEALTH STANDARDS

### TABLE OF CONTENTS

CHAPTER I - INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . I-1
- A. Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I-1
- B. Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I-1
- C. Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I-2
- D. Process Flow Chart . . . . . . . . . . . . . . . . . . . . . . . . . . I-10

CHAPTER II - DEVELOPING AND AMENDING STANDARDS AND GUIDELINES . . . . . . . . II-1
- A. Developing Standards . . . . . . . . . . . . . . . . . . . . . . . . . II-1
- B. Amending Standards . . . . . . . . . . . . . . . . . . . . . . . . . . II-2
- C. Developing Activity Guidelines . . . . . . . . . . . . . . . . . . . . II-2
- D. Amending Activity Guidelines . . . . . . . . . . . . . . . . . . . . . II-3

CHAPTER III - EVALUATING RANGELAND HEALTH STANDARDS . . . . . . . . . . . . . III-1
- A. Prepare for an Assessment and Evaluation . . . . . . . . . . . . . . . III-1
- B. Conduct Assessments and Evaluations . . . . . . . . . . . . . . . . . III-5
- C. Identify Causal Factors . . . . . . . . . . . . . . . . . . . . . . . III-12
- D. Make a Determination . . . . . . . . . . . . . . . . . . . . . . . . . III-13
- E. Develop a Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . III-14
- F. Implement the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . III-15
- G. Monitor progress . . . . . . . . . . . . . . . . . . . . . . . . . . . III-16
- H. Report results . . . . . . . . . . . . . . . . . . . . . . . . . . . . III-16

CHAPTER IV - GUIDELINES FOR REPORTING . . . . . . . . . . . . . . . . . . . . IV-1
- A. Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IV-1
- B. Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IV-1
- C. Storing/Accessing the Data . . . . . . . . . . . . . . . . . . . . . . IV-2

CHAPTER V - COMPLIANCE WITH RELATED LAWS . . . . . . . . . . . . . . . . . . . V-1
- A. National Environmental Policy Act . . . . . . . . . . . . . . . . . . . V-1
- B. Clean Water Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-1
- C. Endangered Species Act . . . . . . . . . . . . . . . . . . . . . . . . V-1
- D. National Historic Preservation Act . . . . . . . . . . . . . . . . . . V-2
- E. Wild and Scenic Rivers Act . . . . . . . . . . . . . . . . . . . . . . V-2
- F. Land Use Plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-2

CHAPTER VI - PUBLIC INVOLVEMENT . . . . . . . . . . . . . . . . . . . . . . . VI-1

APPENDIX / SUPPORT MATERIALS
- Monitoring and Assessment Technical References, Technical Notes . . . . . . Appendix 1-1

ILLUSTRATIONS
- Evaluation Adequacy Checklist . . . . . . . . . . . . . . . . . . . . . . Illustration 1 - 1
- Reporting Format (Reserved) . . . . . . . . . . . . . . . . . . . . . . . Illustration 2 - 1

BLM_0078725

TC-2

## H-4180-1 - RANGELAND HEALTH STANDARDS

REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . R-1

BLM_0078726

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078727

## CHAPTER I - INTRODUCTION

**The mission** of the Bureau of Land Management is to sustain the health, diversity, and productivity of our public lands for the use and enjoyment of present and future generations.

**The goal** of the Bureau's Healthy Rangelands Initiative is to make a difference on the land by working with permit holders, lessees, tribes, and the public to achieve Rangeland Health Standards.

**The purpose** of the standards and guidelines at Title 43 Code of Federal Regulations (CFR) § 4180 is to provide a measure (Standard) to determine land health, and methods (guidelines) to improve the health of the public rangelands. Success will be measured in concrete outcomes on the lands we manage. Our job is to maintain the health of the land or make appropriate changes on the ground where land health standards are not being achieved. The standards are intended to help the Bureau, public land users and others focus on a common understanding of acceptable resource conditions and the guidelines provide a basis for working together to achieve that vision. The standards are used to communicate current and desired resource conditions amongst the various groups, and guidelines are used to describe or communicate techniques for managing activities to achieve those desired conditions.

Four fundamentals of rangeland health are listed in Title 43 CFR § 4180.1. They combine the basic precepts of physical function and biological health with elements of law relating to water quality and plant and animal populations and communities. The fundamentals provide the basis for the development and implementation of the standards for land health.

A. **Purpose.** This handbook section gives specific direction for implementing the policies listed in the 4180 Manual Section in accordance with the authorities listed in the same Manual. Direction for implementing the Bureau's Healthy Rangelands Initiative are provided.

B. **Objectives.** The Bureau's objectives are to carry out the intent of the Taylor Grazing Act of 1934, as amended and supplemented, the Federal Land Policy and Management Act of 1976, and the Public Rangelands Improvement Act of 1978. This is: 1) to periodically and systematically inventory public lands and their resources and their present and future use projected through land use planning processes; 2) to manage public lands on the basis of multiple use and sustained yield; 3) to manage public lands in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archaeological values; 4) where appropriate, to preserve and protect certain public

BLM_0078728

1-2

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

lands in their natural

BLM_0078729

condition; 5) to provide food and habitat for fish and wildlife and domestic animals; 6) to provide for outdoor recreation and human occupancy and use; and 7) to manage, maintain and improve the condition of the public rangelands so that they become as productive as feasible for all rangeland values in accordance with management objectives and the land use planning process.

The objective of the Healthy Rangelands Initiative is to implement the intent of the legislative authorities to promote healthy, sustainable rangeland ecosystems; to accelerate restoration and improvement of public lands to properly functioning conditions; and to provide for the sustainability of the variety of uses and the communities that are dependent upon productive, healthy public lands.

## C.   Definitions

**Allotment:**  An area of land designated and managed for livestock grazing (43 CFR § 4100.0-5).

**Assessment:**  The estimation or judgement of the status of ecosystem structures, functions, or processes, within a specified geographic area (preferably a watershed or a group of contiguous watersheds) at a specific time.  An assessment is conducted by gathering, synthesizing, and interpreting information, from observations or data from inventories and monitoring. An assessment characterizes the status of resource conditions so that the status can be evaluated (see definition of evaluation) relative to land health standards.  An assessment sets the stage for an evaluation.  An assessment is not a decision.

**Appropriate Action:**  (1) Action taken pursuant to Title 43 CFR § 4110, 4120, 4130, and 4160 that will result in significant progress toward fulfillment of the standards and significant progress toward conformance with the guidelines.  43 CFR § 4180.2(c).  (2) Implementing and issuing a final decision pursuant to 43 CFR § 4110, 4120, 4130, and 4160 upon determining that existing grazing management needs to be modified to ensure that the Fundamentals of Rangeland Health exist (43 CFR § 4180.1).

**Biological Assessment:**  Document prepared by an agency for the purpose of identifying any endangered species or threatened species which is likely to be affected by action proposed to be authorized, funded, or carried out by such agency (Endangered Species Act § 7(c)2, 16 U.S.C. § 1536(c)(1)).

BLM_0078730

J-4

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter 1 - Introduction

**Capability:** The highest ecological status a site can attain given certain social or economic constraints, which are often referred to as limiting factors. These constraints are established for public lands through the land use planning process, which provides management direction for resource uses on public land. For example, constraints might include riparian areas permanently occupied by a highway or railroad bed that prevent the stream's full access to its original flood plain. If such constraints are removed, the site might move toward its potential.

**Determination:** Document recording the authorized officer's finding that existing grazing management practices or levels of grazing use on public lands grazing either are or are not significant factors in failing to achieve the standards and conform with the guidelines within a specified geographic area (preferably watershed or a group of contiguous watersheds).

**Ecological Reference Area:** A landscape unit in which ecological processes are functioning within a normal range of variability (see definition for normal range of variability) and the plant community has adequate resistance to and resiliency from most disturbances. These areas do not need to be pristine, historically unused lands (e.g. climax plant communities or relict areas) (Pellant et al. 2000). Ecological reference areas are lands that best represent the potential of a specific ecological site in both physical function and biological health. In many instances potential ecological reference areas are identified in Ecological Site Descriptions and are referred to as "type locations". In the absence of suitable ecological reference areas, the establishment of a "baseline" for site evaluations should be made by an interdisciplinary team of experienced, trained professionals.

**Evaluation:** An evaluation is conducted to arrive at 2 outcomes. Firstly, an evaluation conducts an analysis and interpretation of the findings resulting from the assessment, relative to land health standards, to evaluate the degree of achievement of land health standards. Secondly, an evaluation conducts an analysis and interpretation of information--be it observations or data from inventories and monitoring--on the causal factors for not achieving a land health standard. An evaluation of the causal factors provides the foundation for a determination (see definition for determination).

An evaluation goes further than an assessment because an evaluation takes what the assessment provides–which is the status of resource conditions characterized by the appropriate indicators–and evaluates them according to land health standards. Then, this leads to a prognosis of: land health standard achieved; making significant progress toward achieving a land health standard; or land health standard not achieved. If the land health standard is not achieved, the evaluation of the causal factors allows a determination to be made. In summary, an evaluation builds on the assessment, and the evaluation sets the stage

BLM_0078731

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 143 of 433

for a determination.

BLM_0078732

I-6

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

**Functioning at Risk:** (1) Condition in which vegetation and soil are susceptible to losing their ability to sustain naturally functioning biotic communities. Human activities, past or present, may increase the risks. Rangeland Reform Final Environmental Impact Statement (FEIS) at 26. (2) Uplands or riparian-wetland areas that are properly functioning, but a soil, water, or vegetation attribute makes them susceptible to degradation and lessens their ability to sustain natural biotic communities. Uplands are particularly at risk if their soils are susceptible to degradation. Human activities, past or present, may increase the risks (Rangeland Reform Draft Environmental Impact Statement (DEIS) Glossary). SEE ALSO Properly Functioning Condition and Nonfunctioning Condition.

**Fundamentals of Rangeland Health:** Overarching principles of rangeland health, listed at 43 CFR § 4180.1, which establish the Department's policy of managing for healthy rangelands (60 Federal Register (FR) at 9954). State or regional standards and guidelines must provide for conformance with the Fundamentals of Rangeland Health (43 CFR § 4180.2(b)).

**Guideline:** A practice, method or technique determined to be appropriate to ensure that standards can be met or that significant progress can be made toward meeting the standard. Guidelines are tools such as grazing systems, vegetative treatments, or improvement projects that help managers and permittees achieve standards. Guidelines may be adapted or modified when monitoring or other information indicates the guideline is not effective, or a better means of achieving the applicable standard becomes appropriate.

**Indicators:** Components of a system whose characteristics (presence or absence, quantity, distribution) are used as an index of an attribute (e.g., rangeland health attribute) that are too difficult, inconvenient, or expensive to measure (Interagency Technical Reference 1734-8, 2000).

**Interdisciplinary Team:** Staff specialists representing identified skill and knowledge needs working together to resolve issues and provide recommendations to an authorized officer.

**Interested Public:** An individual, group or organization that has submitted a written request to the authorized officer to be provided an opportunity to be involved in the decision making process for the management of livestock grazing on specific allotments or has submitted written comments to the authorized officer regarding the management of livestock grazing on a specific allotment (43 CFR § 4100.0-5).

BLM_0078733

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 145 of 433

**Inventory:** Gathering of baseline information (including quantitative data, cultural knowledge, and qualitative observations) about condition of resources. Examples of inventory are Ecological Site Inventory, and Population Counts of Threatened or Endangered Species.

**Land Health:** Degree to which the integrity of the soil and the ecological processes of ecosystems are sustained.

**Land Use Plan:** A resource management plan, developed under the provisions of 43 CFR § 1600, or a management framework plan. These plans are developed through public participation in accordance with the provisions of the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1701 et seq.) and establish management direction for resource uses of public lands (43 CFR § 4100.0-5).

**Monitoring:** Regular collection of data to evaluate: 1) whether objectives or land health standards are being achieved; 2) effectiveness of management actions.

**Native plant and animal populations and communities:** Populations and communities of all species of plants and animals naturally occurring, other than as a result of an introduction, either presently or historically in an ecosystem. For further reference, see BLM Manual Section 1745 - Introduction, Transplant, Augmentation, and Reestablishment of Fish, Wildlife and Plants.

**Nonfunctioning Condition:** (1) Condition in which vegetation and ground cover are not maintaining soil conditions that can sustain natural biotic communities. FEIS at 25. (2) Riparian-wetland areas are considered to be in nonfunctioning condition when they don't provide adequate vegetation, landform, or large woody debris to dissipate stream energy associated with high flows and thus are not reducing erosion, improving water quality, or other normal characteristics of riparian areas. The absence of a floodplain may be an indicator of nonfunctioning condition (DEIS Glossary). SEE ALSO Properly Functioning Condition and Functioning at Risk.

**Normal Range of Variability:** The deviation of characteristics of biotic communities and their environment that can be expected given natural variability in climate and disturbance regimes (Pellant et al. 2000).

**Objective:** A description of a desired future resource condition to be achieved in a specified time frame to meet land use plan goals.

BLM_0078734

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 146 of 433

I-8

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

BLM_0078735

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 147 of 433

**Permitted Use:** The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease, and is expressed in Animal Unit Months (AUMs) (43 CFR § 4100.0-5).

**Potential:** The highest ecological status a site can attain given no social or economic constraints.

**Potential Natural Community (PNC):** The stable biotic community that would become established on an ecological site if all successional stages were completed without human interference under present environmental conditions (DEIS Glossary).

**Properly Functioning Condition:** (1) An element of the Fundamental of Rangeland Health for watersheds, and therefore a required element of State or regional standard and guidelines under 43 CFR § 4180.2(b). (2) Condition in which vegetation and ground cover maintain soil conditions that can sustain natural biotic communities. For riparian areas, the process of determining function is described in the BLM Technical Reference TR 1737-9. FEIS at 26, 72. (3) Riparian-wetland areas are functioning properly when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high waterflows, thereby reducing erosion and improving water quality; filter sediment, capture bedload, and aid floodplain development; improve floodwater retention and groundwater recharge; develop root masses that stabilize streambanks against cutting action; develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses; and support greater biodiversity. The functioning condition of riparian-wetland areas is influenced by geomorphic features, soil, water, and vegetation (DEIS Glossary). (4) Uplands function properly when the existing vegetation and ground cover maintain soil conditions capable of sustaining natural biotic communities. The functioning condition of uplands is influenced by geomorphic features, soil, water, and vegetation (DEIS Glossary). SEE ALSO Nonfunctioning Condition and Functioning at Risk.

**Range Improvement:** An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. The term includes, but is not limited to structures, treatment projects and use of mechanical devices or modifications achieved through mechanical means (43 CFR § 4100.0-5).

BLM_0078736

I-10

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

**Rangeland:** A kind of land on which the native vegetation, climax or natural potential consists predominantly of grasses, grasslike plants, forbs, or shrubs. Rangeland includes lands revegetated naturally or artificially to provide a non-crop plant cover that is managed like native vegetation. Rangeland may consist of natural grasslands, savannahs, shrublands, most deserts, tundra, alpine communities, coastal marshes, and wet meadows.

**Rangeland Health:** The degree to which the integrity of the soil and ecological processes of rangeland ecosystems are sustained. Rangeland health exists when ecological processes are functioning properly to maintain the structure, organization and activity of the system over time (FEIS at 72).

**Reference Condition:** In the context of an ecological site, reference condition is the condition which meets, or comes close to meeting, all relevant land health standards. In addition, the reference condition provides a set of indicators (and their appropriate range of values) to be used for the assessment of an equivalent ecological site (which will not necessarily be in reference condition). Reference conditions are provided in published Ecological Site Descriptions or in the records of Ecological Site Inventories and Soil Surveys.

In a more general multi-scale context, a reference condition will reflect and lie within the historic range of variability for environmental conditions, processes and functions, generally considered to have operated during the 1,000 year period immediately preceding Euro-American settlement. These environmental conditions, processes, and functions can be operative at different scales, from the fine-scale (e.g. organic matter content at the site-specific scale) to the large-scale (e.g. plant community composition at the watershed or subbasin scale).

**Significant Factor:** Principal causal factor in the failure to achieve the land health standard(s) and conform with the guidelines. A significant factor would typically be a use that, if modified, would enable an area to achieve or make significant progress toward achieving the land health standard(s). To be a significant factor, a use may be one of several causal factors contributing to less-than-healthy conditions; it need not be the sole causal factor inhibiting progress towards the standards.

**Significant Progress:** Movement toward meeting standards and conforming to guidelines that is acceptable in terms of rate and magnitude. Acceptable levels of rate and magnitude must be realistic in terms of the capability of the resource, but must also be as expeditious and effective as practical.

BLM_0078737

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

BLM_0078738

I-12

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

**Special Status Species:** includes:

proposed species - species that have been officially proposed for listing as threatened or endangered by the Secretary of the Interior. A proposed rule has been published in the Federal Register.

listed species - species officially listed as threatened or endangered by the Secretary of the Interior under the provisions of the Endangered Species Act (ESA). A final rule for the listing has been published in the Federal Register.

endangered species - any species which is in danger of extinction throughout all or a significant portion of its range.

threatened species - any species which is likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range.

candidate species - species designated as candidates for listing as threatened or endangered by the Fish and Wildlife Service (FWS), and/or National Marine Fisheries Service (NMFS).

state listed species - species listed by a State in a category implying but not limited to potential endangerment or extinction. Listing is either by legislation or regulation.

sensitive species - those designated by a State Director, usually in cooperation with the State agency responsible for managing the species and State Natural Heritage programs, as sensitive. They are those species that: (1) could easily become endangered or extinct in a State, (2) are under status review by the FWS and or NMFS, (3) are undergoing significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution, (4) are undergoing significant current or predicted downward trends in population or density such that Federal listed, proposed, or candidate status may become necessary, (5) typically have small and widely dispersed populations, (6) inhabit ecological refugia or other specialized or unique habitats, (7) are State listed but which may be better conserved through application of BLM sensitive species status.

**Standard:** Standards of land health are expressions of levels of physical and biological condition or degree of function required for healthy lands and sustainable uses, and define minimum resource conditions that must be achieved and maintained.

**Terms and Conditions:** Mandatory and optional provisions of a grazing permit or lease specified by an authorized officer pursuant to 43 CFR § 4130.

BLM_0078739

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

.

BLM_0078740

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 152 of 433

**Watershed:**  The 5th level of the hydrologic unit delineation system.  A watershed is coded with 10 numerical digits, and watersheds range in size from 40,000 to 250,000 acres (Subcommittee on Spatial Water Data, 2000).

BLM_0078741

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078742

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078743

I-10

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

D.    Process Flow Chart



# PROCESS FLOW CHART
## Assessment Phase

Select appropriate geographic area, preferably watershed, or a group of contiguous watersheds

Select appropriate indicators

Gather, synthesize, interpret existing inventory information on indicators to ascertain status

# Evaluation Phase

Evaluate status of indicators in relation to standards

Standard Achieved, or Making Significant Progress

Standard not Achieved

Evaluate status of indicators in relation to climate, land uses, natural disturbances, human-induced disturbances

Monitor

BLM MANUAL                                         Rel. 4-107
                                                   Date  1/19/01

BLM_0078744

I-11

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter I - Introduction

# Determination Phase

| Existing grazing management or levels of grazing use are significant causal factor | Significant causal factors other than livestock grazing, either known, suspected, or unknown |

## Implementation Phase

Design appropriate actions (including reasonable alternatives) to address causal factors related to livestock grazing

Consult BLM guidance for appropriate action to make progress toward achieving standards

Select Alternative

Implement Action

Monitor

Land Use Plan
National Environmental Policy Act
Public Law
Clean Water Act
Endangered Species Act

## LEGEND

Process Step

Findings Step

Decision Step

Additional Considerations

BLM_0078745

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078746

## CHAPTER II - DEVELOPING AND AMENDING STANDARDS AND GUIDELINES

A. **Developing Standards:** State Directors are responsible for developing State or regional rangeland health standards (Title 43 CFR § 4180.2) in consultation with affected Resource Advisory Councils (RACs). An interdisciplinary team with vegetation, soils, water quality, riparian, wildlife, ecology, fire management, and hydrology skills and knowledge develops Standards that conform to the four fundamentals listed in Section 4180.1, and at a minimum, address (1) watershed function, (2) nutrient cycling and energy flow, (3) water quality, (4) habitat for endangered, threatened, proposed, candidate, or special status species, and (5) habitat quality for native plant and animal populations and communities (43 CFR § 4180.2(d)). For example, the team might include any combination of the following staff: Range Management Specialist, Soil Scientist, Wildlife Biologist. Hydrologist, Fisheries Biologist, Botanist, Fire Ecologist, Geologist, or Cultural Resource Specialist as long as the needed skills and knowledge are represented. The team consults and coordinates with appropriate Tribes, State and Federal agencies with land and resource management responsibilities in the geographic area, and with the public. Standards must be developed to assure that the fundamentals of land health are met, or are making significant progress toward meeting the conditions described in 43 CFR § 4180.1.

Standards for other ecosystems (eg, forests, aquatic) are to be developed using the same processes used to develop rangeland health standards, and are to be implemented through the land use planning process.

A list of indicators for measuring achievement of each Standard is to be developed by the team in consultation with the above listed groups. Consultation and coordination with academic institutions and with other agencies is encouraged.

When the State Director has developed Land Health Standards, the Standards will be submitted to the Secretary of the Department of the Interior for approval. Once approved by the Secretary, Land Health Standards are implemented on the geographic area for which they were developed.

If State or regional land health standards are not developed and in effect by August 12, 1997, then fallback standards listed in 43 CFR § 4180.2 (f)(1) shall be implemented until State or regional standards are developed and approved by the Secretary.

BLM_0078747

II-2

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter II-Developing and Amending Standards and Guidelines

**B. Amending Standards:** State or regionally developed Standards may be amended if and when they are found to be inadequately defined to determine conformance with the four fundamentals. The same process used to develop the Standard should be used to develop the amended Standard. An appropriate list of indicators will need to be developed, but may include previously listed indicators if they are applicable to the amended Standard. Fallback Standards may be modified by the State Director, with approval of the Secretary, to address local ecosystems and management practices.

When Standards are amended or new Standards developed, review land use plans that cover the area affected by the Standard to ensure that existing land use plan decisions do not impair achievement of the Standard. If proposed new or amended Standards are significantly different from existing Standards or existing land use plan decisions impair achievement of the Standard, then the land use plan should be amended. In order to prevent duplication of effort, review existing Standards when a land use plan amendment or revision is planned. The two processes could then be undertaken concurrently. New, revised or amended Standards need to be approved by the Secretary before being implemented.

**C. Developing Activity Guidelines:** State Directors are responsible for developing State or regional Livestock Grazing Management Guidelines (Title 43 CFR § 4180.2) in consultation with appropriate Resource Advisory Councils. Management guidelines for other activities shall be developed as needed to assure that Land Health Standards are achieved. Development and implementation of activity guidelines should be addressed in the Land Use Plan, and are to be designed to achieve Land Use Plan objectives. An interdisciplinary team with vegetation, soils, water quality, riparian, wildlife, ecology, fire management, and hydrology skills and knowledge develops the guidelines in consultation with appropriate Tribes, State and Federal agencies with land and resource management responsibilities in the geographic area, and with the public. In many cases, Best Management Practices, Surface Operating Standards, or other regulations may provide a basis for developing guidelines for activities other than livestock grazing. At a minimum, activity guidelines must address the 12 principles listed in 43 CFR § 4180.2(e).

When the State Director has developed activity Guidelines, the Guidelines will be submitted to the Secretary of the Department of the Interior for approval. Once approved by the Secretary, Guidelines are implemented on the geographic area for which they were developed.

BLM_0078748

II-3

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter II-Developing and Amending Standards and Guidelines

If State or regional livestock grazing guidelines are not developed and in effect by August 12, 1997, then fallback guidelines listed in 43 CFR § 4180.2 (f)(2) shall be implemented until State or regional guidelines for livestock grazing are developed and approved by the Secretary.

D. **Amending Activity Guidelines:** Guidelines may be amended if and when they are found to be inadequate to achieve the Standards or Fundamentals of Rangeland Health. The same process used to develop the original activity guidelines should be used to develop the amended guidelines. Revised or amended Guidelines need to be approved by the Secretary before being implemented. Fallback guidelines may be modified by the State Director, with approval of the Secretary, to address local ecosystems and management practices.

BLM_0078749

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078750

III-1

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

## CHAPTER III - ASSESSING RESOURCE CONDITIONS & EVALUATING RANGELAND HEALTH STANDARDS

An evaluation is not a decision document but a stand alone report that clearly records all aspects of the evaluation and analysis and interpretation of available information, including inventory and monitoring data. Each evaluation report should be officially filed and readily available to help guide management and should include the following:

• Documentation of the thought process and logic track used to determine the evaluation process, including the procedural steps, and all conclusions that are reached. The document needs to include:
   Selection of the area to be evaluated
   Selection of Indicators
   collection of inventory, monitoring data
   analysis of the data and interpreting the indicators

• Identification of types and general locations of land health problems

• Description of the existing conditions. This information will be used later if National Environmental Policy Act (NEPA) analysis of proposed action and alternatives is needed. The description needs to be adequate to develop a reasonable range of alternatives to be analyzed through the NEPA process.

• Status of each unit evaluated, reported by appropriate unit (watershed, acreage, allotment) with respect to each of the applicable land health standards.

• Reference to information collected through each assessment. This information should be entered into a shared data base that is compatible with a Geographic Information System (GIS) and accessible to all office resource specialists. Minimum content should include location identifier of the data collection site, date assessed, and a column for each health standard to indicate whether or not the location is achieving applicable standards.

### A.  Prepare for an Assessment and Evaluation

1. Assemble Interdisciplinary (ID) Team

   The assessment team should consist of resource specialists who can provide professional interpretations of the status of resource conditions--as indicated by the

BLM_0078751

III-2

## H-4180-1 - RANGELAND HEALTH STANDARDS
### Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

appropriate indicators--with a defensible logic trail. The evaluation team should consist of resource specialists who can provide professional interpretations of the degree of departure of these resource conditions and indicators from the land health standards. Using resource specialists this way allows you to "leverage" the professional knowledge and capture years of experience on the District or Field Office. Skills represented on the ID Team may include soils/geology, vegetation/ecology, wildlife/fisheries, hydrology/watershed, riparian, water quality and fire management. During the evaluation phase (see Process Flow Chart), staff with knowledge of impacts of various activities, including mining, recreation, livestock grazing will be needed to help identify significant causal factors if Land Health Standards are not achieved.

2. Criteria for Selecting Assessment and Evaluation Areas

Use watershed (Fifth level, ten digit Hydrologic Unit Code (HUC)) boundaries; (Subcommittee on Spatial Water Data, 2000) when conducting assessments of status of resource conditions, and when conducting evaluations of land health standards, except when compelling issues dictate that an administrative or other ecosystem-based boundary take precedence. The Unified Federal Policy for a Watershed Approach to Federal Land and Resource Management calls for the use of watershed, not administrative, boundaries when conducting local assessments. Give a brief statement of the rationale for not using a watershed boundary as part of the assessment and the evaluation. For example, if a portion of an allotment extends outside of a watershed boundary, that portion can be included in the assessment area and the evaluation area. An evaluation of a watershed for Land Health Standards may not include all the processes in BLM Technical Note 405 (McCammon et al. 1998), but if a watershed assessment is completed, it can, and should, meet all of the requirements for evaluating Land Health Standards within that watershed. Because an assessment of the status of resource conditions feeds into an evaluation of Land Health Standards (see definitions for assessment and evaluation, and Process Flow Chart), it is recommended that the assessment and evaluation be conducted on the same geographic area.

a. Apportion all BLM lands managed by a Field Office into Assessment and Evaluation Areas considering:

(1). **Size.** All assessments and evaluations must be completed in a reasonable time frame. An assessment area and evaluation area may include several watersheds or other management units in order to complete assessments and evaluations in a

BLM_0078752

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 164 of 433

reasonable time frame. Generally, each Authorized Officer should ensure that an average of ten percent of the public lands under their jurisdiction are assessed and evaluated each year until the initial round of assessments and evaluations are complete. All high priority watersheds must be assessed and evaluated within the ten year time frame. Consider assessing and evaluating larger units (such as multiple watersheds or subbasins) where watersheds are small and have similar issues.

(2). **Compatibility**. Are other required assessments and evaluations being conducted whose purpose and information needs are significantly similar to the proposed assessment and evaluation for land health standards? For example, areas encompassed by the Northwest Forest Plan and the Interior Columbia Basin Ecosystem Management Project (ICBEMP) have additional analysis requirements at the watershed scale (Regional Interagency Executive Committee and Intergovernmental Advisory Committee 1995) and review requirements at the subbasin scale (USDA and USDI 1999). Are Total Maximum Daily Load (TMDL) assessments planned? Are Biological Assessments planned? With limited time, funding, and personnel, it is important that any assessment or evaluation produce the most useful information for meeting all of these needs in the most efficient manner possible.

(3) **Continuity of area**. Can adjoining areas with similar issues be assessed together and evaluated together? Consider making effective use of labor and material resources by assessing and evaluating more than one watershed where there are similar issues. This will also provide assessments and evaluations over a larger landscape.

(4) **Appropriate Scale**. Is the area large enough to address the issues and to generate an appropriate assessment of resource conditions and evaluation of land health standards? While the watershed is the preferred geographic area, there may be compelling reasons to consider other geographic areas (smaller or larger). Consider appropriate geographic boundaries–the geographic area selected should have common resource characteristics at a scale appropriate to the complexity of the issues (e.g. a subwatershed or a mountain range would be preferred to widely separated allotments linked only by an expiring grazing permit).

3. Prioritize Assessment and Evaluation Areas

Authorized Officers are responsible for determining the priority for conducting assessments and evaluations. The process for prioritizing areas must reflect the

BLM_0078753

III-4

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

full

BLM_0078754

III-5

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

range of physical and biological factors addressed by the land health standards. While watersheds are the primary geographic area for assessments and evaluations, previous allotment selective management categorization (Maintain, Improve, Custodial) may be useful in developing priorities. In most cases, however, the allotment categorization process did not fully consider indicators of health and ecosystem function, and did not consider adjoining areas. The reasons for assigning an allotment to a selective management category will be more useful in setting watershed priorities than just knowing the categories of the allotments in that watershed.

Authorized officers are also responsible for ensuring that assessments and evaluations are conducted in a reasonable period of time. Set a schedule listing the areas to be assessed and evaluated and proposed dates for assessment and evaluation. Review the schedule at least every other year to assure that changing issues are considered in the assessment and evaluation schedule.

Strive to involve affected permittees and lessees, other landowners in the assessment and evaluation area, holders of liens, interested publics, RACs, other federal, local and state agencies, and Tribal governments throughout the assessment and evaluation process, including activities associated with prioritizing areas.

a. In setting priorities for land health assessments and evaluations, areas with land health issues take precedence. Use authorizations should not be considered the driving factor for setting priorities. Assign high priority to areas believed to be at risk--in degraded condition or downward trend and in danger of losing capability. As an example, the following criteria should be considered when prioritizing areas to complete early in the assessment and evaluation schedule:

1. Terrestrial Habitats (including riparian) that have declined substantially from historical geographic extent, (these areas may be associated with special status species as defined above);

2. Impaired streams listed on the State 303(d) list, (considering the schedule for TMDL development) or streams that have been dropped from the 303(d) list for lack of sufficient and credible data, Unified Watershed Assessment category I watersheds, or areas with known water quality issues;

3. Areas with special designation (e.g. Wilderness, Wilderness Study Areas, Areas of Critical Environmental Concern, Monuments, Wild and Scenic Rivers, National Conservation Areas);

4. Large contiguous holdings of BLM administered lands within the specified geographic area, rather than small or "scattered" pattern of BLM

BLM_0078755

III-6

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

administered

BLM_0078756

lands. For example in the ICBEMP plan area, subbasins that had less than 5% BLM/FS administered lands were excluded from the subbasin review (USDA and USDI 1999) requirement;

5. All areas with habitat for known threatened, endangered, or other special status species;

6. Areas with pending application(s) for high disturbance activities.

7. Areas with highly conflicting uses.

b. The renewal or transfer of a permit or lease for any activity may be an opportune time to conduct an assessment of resource conditions and an evaluation of Land Health Standards and make any needed changes in the terms and conditions, but should not be the sole factor of consideration for assessing and evaluating an area.

c. Determine if regional scale assessment and evaluation areas are needed to evaluate some of the Standards. Regional or subbasin scale assessments, consisting of several to many watersheds, using watershed level indicators is probably more appropriate to evaluate whether or not some Standards are being achieved. For example, the wildlife habitat standard, as written by most States, lends itself well to performing a landscape-scale assessment and evaluation.

## B. Conduct Assessments and Evaluations

### 1. Subdivide the Assessment and Evaluation Area

If needed to effectively collect information for the assessment of resource conditions, and the evaluation for achievement of land health standards, subdivide the area to be assessed and evaluated into reasonably representative homogeneous units based on the complexity of the landscape. Consider the following factors:

a. Variability of vegetation, soils, geology, ecological sites.

b. Special Status species home range, and habitat for Threatened and Endangered plant and animal species.

c. Feasibility- can the number of subdivisions be realistically assessed and evaluated in a reasonable amount of time?

d. Can the information (existing or newly collected) from points in the subdivided unit be reasonably extrapolated to the whole unit?

e. Multiple management units within the assessment and evaluation area (e.g., allotments) may be subdivided from one another.

BLM_0078757

III-8

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

## 2. Select Indicators

During the assessment phase, select from the indicators developed with each Standard (see Process Flow Chart). Criteria for selecting appropriate indicators and methods of measurement and observation include, but are not limited to: 1) the relationship between the attribute(s) being measured or observed and the land use plan or activity plan objectives; and 2) funds and workforce available to conduct the measurements or observations. Select a number of indicators that will adequately document or explain any findings. Try to use dissimilar indicators for each standard rather than similar indicators that are looking at the same thing.

The condition or degree of function of an identified area in relation to the Standards and the trend toward or away from any Standard is evaluated through the use of reliable and scientifically sound indicators. These indicators can be associated with the fine-scale and be site specific (such as percent plant cover) or be broad-scale and applicable to the watershed or larger geographic area (such as rangeland and forest cover type within a large geographic area). Indicators can be measured to show 1) change in rangeland and forest cover type composition over time within a large geographic area; 2) change in fire regime (frequency & severity) within a large geographic area; 3) change in invasive species (including legally designated noxious weeds) presence and composition (percent contribution of each exotic undesirable plant to the total amount of undesirable exotic plants) within a large geographic area; etc.. The consistent application of such indicators can provide an objective view of the condition and trend of the identified area when used by trained observers.

For example, the amount and distribution of ground cover can be used as one indicator to indicate that infiltration at the soil surface can take place as described in the Standard relating to upland watershed function. In applying this indicator, the specific levels of plant cover necessary to support infiltration in a particular soil would be identified using: 1) currently available information from ecological reference areas, if they exist; 2) technical sources like soil survey reports, Ecological Site Inventories, and Ecological Site Descriptions; or 3) from other existing reference materials.

BLM_0078758

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

The characteristics of good indicators are:

a.  Relevant: an indicator is a means to an end and must clearly identify the "end"

   1.  Pertinent to Standard(s); adequately addresses questions posed by one or more standards.

   2.  Responsive to management actions; changes in indicator due to management practices are detectable over a reasonable time period. Shorter time frames may be appropriate for site specific scales, and longer time frames for regional scale.

b.  Affordable: must be able to sustain monitoring and evaluation activities through normal budgetary cycles

c.  Contributes to a minimum suite of indicators that can answer evaluation questions

d.  Incorporates technology sensibly: do not use technology just because it is new or even available, but because it helps answer relevant questions more accurately/faster/economical.

e.  Takes advantage of all sources of existing information from both within BLM and from other agencies and organizations.

f.  Credible: must be acceptable and supportable by a diverse audience

g.  Has a generally accepted measurement method(s), sufficiently standardized to yield results that can be consistently repeated across administrative boundaries.

h.  Has accepted thresholds or criteria to distinguish between reportable classes (e.g. meets vs doesn't meet) OR it is reasonable to assume that such thresholds or criteria can be developed with existing knowledge.

i.  Inherent spatial and temporal variability can be managed through affordable means (such as a stratification (subdividing) process, selection of "representative areas"(key sites), application of climatic adjustment factors, repeating measurements during same seasonal period)

j.  Matches skills required with skills available; if technical skills and/or

BLM_0078759

III-10

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

professional judgement is called for, it is reasonable to expect that experienced field crews are available and will be used.

k.    Understandable to a diverse audience; can be explained without highly technical terminology, bureaucratic jargon, and confusing acronyms.

3. Select Assessment and Evaluation Methods

Select the appropriate methods, factoring in the proper intensity of assessment and density of observation points needed to adequately represent average conditions within each unit. The following are points that should be considered when selecting methods:

a.    Determine what data and information are readily available. Inventories, monitoring data, planning documents, the Interior Columbia Basin Ecosystem Management Project (ICBEMP) database and science documents, completed assessments of adjacent watersheds, subbasin or regional assessments, and maps are all sources of information that can be used to identify useful indicators to supplement those already developed. Consider other sources of information that may be available locally. Document the sources of data and information used.

b.    Monitoring data collected in the recent past will often be an important source of information in conducting an assessment of resource conditions and an evaluation of Land Health Standards, but years of monitoring data are not necessarily required to complete an evaluation.

c.    Review adequacy of the existing data/information considering:
      1.    age of the data;
      2.    scale of the data relative to scale of the Standard(s)' comprehensiveness; and
      3.    appropriateness for addressing the indicators.
      4.    existing or potential resource issues and conflicts

d.    Determine what assessment methods have been used previously:
      1.    Riparian PFC, BLM TR 1737-9. (Barrett et al. 1995)
      2.    Interpreting Indicators of Rangeland Health, BLM TR 1734-8 (Pellant et al. 2000)
      3.    Framework for Analyzing Hydrologic Condition, BLM TN 405 (McCammon et al. 1998).

BLM_0078760

III-11

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

    4.    Ecosystem Analysis at the Watershed Scale, Version 2.2 (Regional Interagency Executive Committee and Intergovernmental Advisory Committee 1995).

    5.    Other

    e.    Use scientifically accepted methods if at all possible. Use methods outlined in BLM Technical References at a minimum.

## 4. Compile and Organize Information

Compile and organize information to develop an organized overview of the watershed's current physical and biological conditions and processes and the reference conditions. Assessments characterize the status of current resource conditions, which then allows the evaluation of the status in relation to land health standards. Evaluations will provide much of the information necessary to conduct NEPA analysis and identify resource restoration and monitoring needs.

    a.    Assess current conditions: Methods used may range from a new examination of existing information to collection of new data in the field. Assessments should be conducted by interdisciplinary teams of journey-level specialists that adequately represent the resources involved.

    b.    Assess reference conditions: Reference conditions help you understand the rate, direction, or magnitude of change occurring within a watershed. The known, or inferred, history of the landscape should be described in sufficient detail to determine what existed in the past and what changes have occurred that may affect current capabilities. These historic processes and elements provide a basis for identifying cause-effect relationships in the evaluation phase, and to understand the ability of the system to adjust to or recover from disturbances or adverse change. Significant changes in vegetation communities may indicate that a threshold has been exceeded, and that what was considered the Potential Natural Community for a particular ecological site is no longer achievable.

Because physical and biological systems are highly variable, reference conditions are best thought of in terms of ranges rather than absolute values. A common premise is that systems that are operating within the historic range of variability will have a high probability of being sustainable. However, care should be taken to avoid using an extreme of a variable's distribution as a benchmark for reference conditions. For example, while

BLM_0078761

III-12

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

fire may have once burned 90 percent of a watershed, using 90 percent as a reference level is not reasonable even though this value is within the historic range of variability.

A description of reference conditions can be derived from many sources including literature, historic photos, verbal history, inferred data (e.g., fire scars, sediments), best professional judgement, extrapolation from surrogate watersheds, or a combination of all of these. Surrogate watersheds are watersheds with comparable geoclimatic features, and are either in near-pristine condition or have a documented disturbance history that is also comparable. Whatever your sources, they should all be clearly documented to allow the reader to further investigate or research details of interest. The reliability of the different sources varies considerably and must be clearly documented.

c.  Inevitably, you will not have all the data you need for every resource, but summarize what you do know and what you do not. Data may be available from existing non-BLM databases, such as: area of watershed, density of roads, and acres of disturbance (from events such as timber harvest, grazing, fire). Include professional judgement conclusions from individual team members in your analysis and write-up.

5. Evaluate Data  Evaluate all the data for each subdivided unit to identify cause-effect relationships and draw conclusions about whether or not each standard is being met for the evaluation area as a whole. Use information from the assessment that may include quantitative data from monitoring and inventories, qualitative information, professional knowledge, and knowledge provided by State agencies, public land users and others. Include any information that identifies landscape risks, such as potential for surface erosion, mass wasting, or poor revegetation potential. Characterize the outcome of risks by describing the expected outcome in terms of magnitude, duration and intensity. Regardless of how you determine cause-effect relationships, logic tracking and documentation are critical. This information and data should be evaluated to identify the degree of achievement of each Land Health Standard. In many cases, due to the lack of quantifiable information, a great deal of professional judgement will need to be exercised to evaluate standards across multiple scales. Therefore, a critical step in the evaluation process is the use and documentation of sound professional judgement.

a.  Consider the scale of assessment information that will be used in the evaluation. Assessments done at broad scales can provide the context for policy and the formulation of laws. Fine scale assessments provide the

BLM_0078762

III-13

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

context for projects and can be used to evaluate site-specific impacts or effects. Mid-scale assessments provide the description and understanding of the evaluation unit (eg. watershed, allotment grouping, individual allotments) conditions and capabilities and provide the context for management. There is no single scale that works in all cases.

b.    No single indicator fully describes a Standard. There may be apparent contradictory results due to variability within a unit or because the problems may be limited either in nature or spatially. Therefore, use convergent lines of evidence or a preponderance of evidence approach to draw conclusions and extrapolate from data collection points to the entire subdivided unit.

c.    Significance of individual site conditions: Indicators of poor health in a small area (e.g., salting sites, water troughs, camping area) will not necessarily mean the entire subdivided unit area being evaluated is failing to meet the Standard(s). Exceptions to this conclusion would apply if the isolated area is of significant ecological importance (e.g., riparian/wetland areas, critical habitat for T&E species).

d.    Where possible, aggregate site level data to the landscape scale, or use landscape scale data to determine if problems exist at the landscape scale. Use this information to help draw conclusions about which subdivided units meet/don't meet the Standard(s).

e.    Set up a consistent, defensible approach to drawing conclusions; an approach that is logical and provides a pathway between data, indicator, Standard and conclusion.

f.    Identify the types of problems encountered for each subdivided unit that does not meet a Standard.

g.    Adequacy of data for drawing conclusions: If the ID team concludes that inadequate information is available to evaluate whether areas are meeting Standards and conforming to guidelines or making significant progress toward meeting Standards and conforming to guidelines, and cannot come to a conclusion using professional judgement, the manager should, without delay, initiate action necessary to gather the minimum information needed to complete the evaluation. If reliable indicators of land health demonstrate that evaluation areas are not meeting or not making significant progress toward meeting Standards, the authorized officer must take appropriate

BLM_0078763

III-14

action as soon as practicable.

h.  Professional judgement may be used to draw conclusions where quantitative data does not lead to a hard conclusion. The reasoning for conclusions based on professional judgement need to be clearly documented, and may be used as an opportunity to communicate with all interested publics. Quantitative monitoring data are not always required to complete an evaluation nor to implement actions to improve management. It is inconsistent with regulations and policy to manage the public lands in a manner that allows an allotment or watershed to deteriorate while prolonged monitoring studies are conducted.

## C.  Identify Causal Factors

When one or more Standards is not achieved nor making significant progress toward achievement, or there is lack of conformance with guidelines, the causes for the deviation need to be identified.

1.  For each subdivided unit that does not meet a Standard:

a.  List Standard(s) not achieved, reasons for not meeting, and indicator(s) used;
b.  Review ancillary data (grazing records, project records, local history, etc);
c.  List suspected significant causes for each subdivided unit; and
d.  Review possible landscape scale as well as site level causes.

2.  A site-scale assessment can provide detailed information of the site, which can be useful in helping identify whether Standards are being achieved or not. However, if a Standard is not being achieved on a site, sole reliance on site-specific information may not result in a proper determination of the causal agents. There are instances where the driving causal agent(s) of the conditions observed at the site scale, operates at the landscape (watershed) scale instead (e.g., erosion occurring on lands not managed by BLM may affect siltation and water quality in stream segments flowing on public land; increases in invasive species due to landscape level disturbances). In this case, a landscape scale evaluation may illuminate the relationships between conditions and causes at the site-specific scale.

This landscape level analysis allows for the recognition that certain site-specific actions, authorized by an existing statute or land use plan, may not meet Land Health Standards at the site level. In this case, mitigation actions should be

BLM_0078764

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

analyzed and used appropriately to reduce impacts.  In some cases, not meeting the Standard may be a temporary condition that will be remedied when the activity ceases.  Remedies should be addressed in restoration plans that accompany the permitting of the activity.

3. Consider whether "natural" disturbances are the cause and whether the area is likely to recover on its own under existing management.  Natural disturbance is common in most ecosystems, and not all points on the landscape were "undisturbed" by invaders, or physical processes (fire, flood, etc.), even before European settlement.

## D.  Make a Determination

Once the evaluation is complete, the determination that existing activity management is a significant causal factor for not achieving Standards (where they are not) must be documented.  Because the Standards are developed to assure the conditions described in 43 CFR § 4180.1 exist, achievement of Standards would mean that the four fundamentals of rangeland health are "in or making significant progress toward" being met.

The determination document must include at a minimum:

1. Statement of achievement or non-achievement for each Standard
2. List of causal factors for not achieving Standards
3. Statement of conformance or non-conformance with guidelines
4. Date determination is made, and signature of authorized officer

Documentation of causal factors should clearly identify the evidence used to reach conclusions regarding whether a Standard is or is not being met, and which activities are causal factors for not achieving the Standard.

To determine which activity(ies) is/are significant factors resulting in failure to meet the Standards, use the best data and resource information available.  This may include watershed assessments, quantitative data from monitoring and inventories, qualitative information, professional knowledge, and information provided by State agencies, public land users and others.

The grazing related questions your team must answer as part of the determination process are listed below.

BLM_0078765

BLM_0078766

permit/lease and implementing restoration projects and range improvements. If changes are to be made in the terms and conditions in the permit, they must be in place before the start of the next grazing season. Any proposals to implement restoration and range improvement projects must take into consideration the ability to budget these projects and implement appropriate actions before the beginning of the next grazing season. If other necessary actions cannot be implemented right away, then interim adjustments will be made prior to the next grazing season, and a schedule for "final" changes must be developed and documented. Make sure that grazing terms and conditions are consistent with other adjustments that might be needed for other causal factors.

3. If the Land Health Standards are not being achieved because of a causal factor other than current livestock grazing management, you must consult other program guidance for the appropriate steps to be taken to ensure that progress toward meeting Standards is made.

4. Conflicts between existing objectives and the watershed's capability to meet these objectives may be identified through the evaluation process. If this occurs, it should be documented in the evaluation, in addition to any current regulatory or policy constraints that are in effect at the time of the evaluation.

5. Develop a monitoring plan that includes studies or monitoring that will be needed to measure progress towards achieving the Standards. Identify the monitoring activities needed to address the issues in the evaluation. In particular, the monitoring strategy should link back to the indicators used in the evaluation and the causal factors for change and/or not meeting a Land Health Standard. **Monitor only what is pertinent. Do not use qualitative assessments as a trend monitoring method.**

F. **Implement the Plan**

Develop alternative actions for NEPA analysis which incorporate the information and recommendations developed in the evaluation. Reasonable alternatives to analyze must consider achievement of the Land Health Standards at the watershed scale. Use an appropriate level of NEPA analysis to select management actions designed to enhance or restore function and achieve the Standards. Implement actions or appropriate interim measures as soon as practicable, but, in the case of livestock grazing, no later than the beginning of the next grazing season. Evaluations will provide much of the information necessary to conduct NEPA analysis and identify resource restoration and monitoring needs.

BLM_0078767

III-18

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter III - Assessing Resource Conditions & Evaluating Rangeland Health Standards

1. Compare alternatives and discuss expected outcomes in the environmental analysis document.
2. Document desired future condition objectives both for monitoring, and for triggering management change (adaptive management).

## G.   Monitor Progress

Collect and evaluate inventory and monitoring data on a regular basis as needed to determine achievement of Land Health Standards, or progress toward achieving those Standards.

Redesign existing monitoring programs to capture the data needed to complete future evaluations to determine achievement of or progress toward achieving standards.

New monitoring needs to be sensitive enough and established at the appropriate location to detect deteriorating "achieving" areas, and improving "non-achieving" areas.

Schedule data collection and evaluation to allow changes in the indicators to reflect changes in management of activities.

## H.   Report Results

Findings of the evaluation process will be reported electronically and posted to state websites for public access using the format shown in Illustration 2 (Reserved). Hard copies of all data collected and used for the evaluation and determination are to be kept in the appropriate Allotment Files as part of the Evaluation document.

BLM_0078768

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 180 of 433

# CHAPTER IV - GUIDELINES FOR REPORTING

## A. Purpose

Reporting will allow the Bureau to communicate the following items to the public and to other offices:
findings from the evaluation,
areas where Standards are achieved
areas where Standards are not achieved, and the causal factors
date the determination is signed
the action taken to achieve Standards
progress toward meeting Standards

The format for reporting allotment information is found in Illustration 2 (Reserved). This information will be filed electronically, and will be provided at state websites for access to the public.

## B. Documents

Two documents will result from each evaluation: The Evaluation, and The Determination. Where Land Health Standards are not achieved, and there is no significant progress toward achieving them, there will be additional documentation: A NEPA analysis of alternative actions which will lead to making significant progress toward achieving the Standards, and the Decision document.

1. Evaluation

The evaluation will include identification of the area evaluated, a reference to data and information sources used in the evaluation, the list of Standards and/or objectives evaluated, the indicators used to evaluate the status of the Standards, and conclusions drawn by the ID team.

2. Determination

The Determination documents the findings based on the evaluation, whether or not each standard is achieved, and the causal factors if not achieved. The determination document must include at a minimum:

BLM_0078769

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 181 of 433

Statement of achievement or non-achievement for each Standard
List of causal factors for not achieving Standards
Statement of conformance or non-conformance with guidelines
Date determination is made, and signature of authorized officer

3. NEPA Analysis (if needed)

NEPA analysis is needed only if proposing an action and alternatives. For permitted activities, the proposal is either the application for the permitted use, or the proposal to change current management because of the findings in the Determination.

4. Decision document (if needed)

Decisions to adjust grazing management will be issued in accordance with Title 43 CFR § 4160. Decisions to adjust other activities will be made through the appropriate process or through a Decision Record subsequent to the NEPA analysis. Decisions requiring substantial change may require a Land Use Plan Revision or Amendment.

**C.  Storing/Accessing the Data**

Hard copies of all data collected and used for the evaluation and determination are to be kept in the appropriate Allotment Files as part of the Evaluation document. Because most evaluations will be done on a watershed basis, a copy of each of the relevant watershed evaluations will be stored in the Allotment Files in the Evaluations section. A brief summary of the findings for the individual allotment is appropriate.

BLM_0078770

Case No. 1:20-cv-02484-MSK   Document 53-11   filed 04/28/21   USDC Colorado   pg 182 of 433

## CHAPTER V - COMPLIANCE WITH RELATED LAWS

**A.  National Environmental Policy Act**

National Environmental Policy Act of 1969, as amended (42 U.S.C. § 4321 *et seq*), requires the consideration and public availability of information regarding the environmental impacts of major Federal actions.  This includes the consideration of alternatives and mitigation of impacts.

Further instructions and guidance for complying with NEPA is available in BLM Manual H-1790-1, the National Environmental Policy Act Handbook, dated 10/25/88.

**B.  Clean Water Act**

The Federal Water Pollution Control Act (33 U.S.C. § 1251-1387), requires the Federal land manager to comply with all Federal, Interstate, State and local requirements, administrative authority, process, and sanctions regarding the control and abatement of water pollution.

**C.  Endangered Species Act**

The Endangered Species Act of 1973 as amended (16 U.S.C. § 1531 *et seq*), requires all Federal agencies to:

1. Provide a means whereby the ecosystems upon which endangered and threatened species depend may be conserved and to provide a program for the conservation of such endangered and threatened species (Sec. 3 (b) Purposes).
2. Seek to conserve endangered and threatened species and utilize applicable authorities in furtherance of the purposes of the Endangered Species Act (ESA) (Sec. 2 (b) Purposes).
3. Avoid jeopardizing the continued existence of any species that is listed or proposed for listing as threatened or endangered or destroying or adversely modifying its designated or proposed critical habitat.
4. Consult (or confer) with the Secretary, through U.S. Fish and Wildlife Service or National Marine Fisheries Service, to insure that any Federal action or activity does not jeopardize the continued existence of any species listed or proposed to be listed under the provisions of the ESA, or result in the destruction or adverse modification of designated or proposed critical habitat.

BLM_0078771

V-2

H-4180-1 - RANGELAND HEALTH STANDARDS
Chapter V - Compliance with Related Laws

Further instruction and guidance on compliance with ESA may be found in BLM
Manual Section 6840.

**D.   National Historic Preservation Act**

Sections 106 and 110 of the National Historic Preservation Act ("NHPA";16 U.S.C.
470 *et seq.*) require agency officials to take into account the effect of a proposed
Federal undertaking on any historic property eligible for or listed in the National
Register of Historic Places. Section 110(d)(6) specifies that this may include
properties of traditional religious and cultural importance to Indian tribes. The BLM's
national Programmatic Agreement and individual State protocols amend and
streamline the detailed consultation procedures set forth in government-wide
regulations at 36 CFR § 800. Further direction and guidance on compliance with
NHPA may be found in BLM Manual Section 8120.

**E.   Wild and Scenic Rivers Act:**

The Wild and Scenic Rivers Act provides for designation and management of free
flowing rivers and their immediate environment to protect for the benefit and
enjoyment of present and future generations their "outstandingly remarkable scenic,
recreational, geologic, fish and wildlife, historic, cultural or other similar values.

These rivers and their immediate environment are to be managed for protection of
their outstanding values. As a result, the purpose of conducting assessments and
evaluations of these areas may be to determine if they are meeting management plan
objectives in addition to achieving Land Health Standards.

**F.   Land Use Plans**

The Federal Land Policy and Management Act of 1976 (43 U.S.C. § 1701 *et seq*)
Section 202 (a) states: "the Secretary shall with public involvement . . . develop,
maintain, and, when appropriate, revise land use plans which provide tracts or areas
for the use of the public lands".

The responsible BLM official shall follow the established land use planning
procedures in 43 CFR Part 1600 and BLM Manual H-1601-1 Land Use Planning
Handbook, dated 11/22/00, for fulfilling the planning requirements prescribed in the
statute.

BLM_0078772

## CHAPTER VI - PUBLIC INVOLVEMENT

The fundamental goal of public involvement in this process is to achieve a greater understanding of land health issues and promote communication about them. This requires knowledge about fundamental ecosystem properties and processes, and resource management activities. Successful public involvement will be indicated by strong stakeholder support or consensus for identifying areas that may be at risk of degradation and possible modification(s) of grazing permit terms and conditions or other revision(s) in management over the long term. The local manager determines what strategy and level of public involvement is most suitable and appropriate.

Preparation of a Communications Plan is strongly recommended. The communications strategy should contain a list of appropriate agencies, governments, groups, and individuals to be involved in the process. Consideration should be given to including not only external (non-BLM) stakeholders at the local and regional levels, but parties within the BLM as well. Principal stakeholders may include, but are not limited to, the BLM Resource Advisory Councils, state fish and wildlife management agencies, state air quality agencies, Tribal governments, County governments, user group associations, private land owners, US Fish and Wildlife Service, and County sheriffs. The communications strategy need not be lengthy, however it should concisely describe the specific intent of the public involvement effort, the approach to be used, the key messages, who will implement the strategy, and when the public involvement activities are planned to occur.

The most meaningful public involvement approach may include inviting non-BLM representatives to be significant and active members in the assessment and the evaluation processes. Alternatively, stakeholder involvement could consist of touching base with the interested/affected agencies, governments, interest groups, and individuals after proposed modification(s) of permitted activities have been formulated. Preparation and implementation of the communications strategy should be considered essential, whether the public involvement element of this process is viewed separate from, or as part of, the National Environmental Policy Act (NEPA) or land use plan amendment processes by the local manager. In any case, the local manager must make a strong effort to show stakeholders how, when, and where they can work with BLM and its management of the public lands to meet the provisions of 43 CFR § 4180, and seek stakeholder input with the possible modification(s) of grazing permit terms and conditions or other revision(s) in management that may be developed.

BLM_0078773

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078774

Appendix 1 - 1

H-4180-1 - RANGELAND HEALTH STANDARDS
Appendix 1 - Monitoring and Assessment Technical References, Technical Notes

| | |
|---|---|
| TR-1730-1 | Measuring and Monitoring Plant Populations, 1998 |
| TR-1734-3 | Utilization Studies and Residual Movements, 1996 (Supercedes TR-4400-3, 1984) |
| TR-1734-4 | Sampling Vegetation Attributes, 1996 (Supercedes TR-4400-4, 1985) |
| TR-1734-8 | Interpreting Indicators of Rangeland Health, 2000 |
| TR-1737-3 | Inventory and Monitoring Riparian Areas: Riparian Area Management, 1989 |
| TR-1737-5 | Riparian and Wetland Classification Review, 1992 |
| TR-1737-7 | Procedures for Ecological Site Inventory with Special Reference to Riparian-Wetland Sites: Riparian Area Management, 1992 |
| TR-1737-8 | Greenline Riparian-Wetland Monitoring: Riparian Area Management, 1993 |
| TR-1737-9 | Process for Assessing Proper Functioning Condition: Riparian Area Management, 1987 |
| TR-1737-10 | The Use of Aerial Photography to Manage Riparian-Wetland Areas: Riparian Area Management, 1994 |
| TR-1737-11 | Process for Assessing Proper Functioning Condition for Lentic Riparian-Wetland Areas (Supplements 1737-9), 1994 |
| TR-1737-12 | Using Aerial Photographs to Assess Proper Functioning Condition of Riparian-Wetland Areas, 1996 |
| TR-1737-13 | Observing Physical and Biological Change Through Historical Photographs, 1996 |
| TR-1737-15 | A User Guide to Assess Proper Functioning Condition and Support Science for Lotic Areas, 1998 |
| TR-1737-16 | A Guide to Assissing Proper Functioning Condition and the Supporting Science for Lentic Areas, 1999 |
| TR-4400-2 | Rangeland Monitoring: Actual Use Studies, 1984 |
| TR-4400-5 | Rangeland Inventory and Monitoring: Supplemental Studies, 1985 |
| TR-4400-7 | Rangeland Monitoring: Analysis, Interpretation, and Evaluation, 1984 |
| TR-4400-8 | Statistical Considerations in Rangeland Monitoring, 1992 |
| TR-4400-9 | Rangeland Inventory and Monitoring: Selected Bibliography of Remote Sensing Applications, 1986 |
| TN-349 | Terrestrial Wildlife Inventories: Some Methods and Concepts, 1981 |
| TN-395 | Evaluating Bighorn Habitat: a Landscape Approach, 1996 |
| TN-405 | A Framework for Analyzing the Hydrologic Condition of Watersheds, 1989 |

BLM_0078775

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078776

Illustration 1 - 1

H-4180-1 - RANGELAND HEALTH STANDARDS
Illustration 1 - Evaluation Adequacy Checklist

**Evaluation Adequacy Checklist**

This checklist provides a framework for documenting the process and insuring minimum levels of quality and consistency are met while allowing the field offices to have a maximum flexibility in the process.

Answers to all questions should be yes.

1.  Is your assessment and evaluation area based on an issue or natural boundary (e.g. special designation, 303d listed stream, Special Status Species habitat, etc; watershed, mountain range, other contiguous landscape unit)? If other than a watershed, did you document why you chose another geographic unit for assessment and evaluation?

2.  Is your assessment and evaluation area the appropriate size to effectively characterize the factors that influence health issues?

3.  Have you considered all issues site specific and beyond, both big and small picture, upstream and downstream, etc, and planned to address both if needed? (e.g. migratory bird habitat vs. erosion at site specific levels)

4.  Have you subdivided assessment and evaluation areas into relatively "like" (homogeneous) units that are under similar management?

5.  Have you selected enough indicators to address each Standard?

6.  Is your indicator measurement methodology repeatable–are you using a BLM approved method? (e.g. one of the methods described in the technical references listed in the Appendix)

7.  If you are using existing data, does it adequately address your indicators?

8.  Does your method adequately address the questions posed by the Standards?

9.  Do you have enough observation/data points to represent the prevalent conditions in each of the subdivided units?

10. Do the data/observations you have reviewed support your conclusions?

BLM_0078777

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078778

Illustration 2 - 1

H-4180-1 - RANGELAND HEALTH STANDARDS
Illustration 2 - Reporting Format

**Reporting Format**

**(RESERVED)**

BLM_0078779

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0078780

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping Part 10 |
| **Date:** | Sunday, February 07, 2010 4:56:21 PM |
| **Attachments:** | Fence Mortality Marking InterimReport10-26-09corrected.pdf |
| | Grazing Impacts on Sage Grouse Literature Synthesis.doc |
| | Grazing_BMP_and Sage Grouse Literature Review-Version 2.doc |
| | Utah DWR - Table Distrib Cover Info.doc |
| | Fence Mortality Marking InterimReport10-26-09corrected.pdf |
| | Grazing Impacts on Sage Grouse Literature Synthesis.doc |
| | Grazing_BMP_and Sage Grouse Literature Review-Version 2.doc |
| | Utah DWR - greater sage-grouse ecological integrity table.doc |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

BLM_0078781

# Fence Marking to Reduce Greater Sage-grouse (*Centrocercus urophasianus*) Collisions and Mortality near Farson, Wyoming – Summary of Interim Results

Tom Christiansen
Sage-Grouse Program Coordinator
Wyoming Game & Fish Dept.
tom.christiansen@wgf.state.wy.us

October 26, 2009

**Background:** Fence collisions have been anecdotally reported to cause sage-grouse injury and mortality but few efforts have been made to quantify this concern and publish results. Our study was initiated after two falconers independently reported numerous sage-grouse mortalities on range fences in Sublette and Sweetwater Counties in Wyoming. One of these falconers subsequently began marking such fences with aluminum beverage cans in a volunteer effort to reduce these mortalities. Our study seeks to quantify the level of sage-grouse fence strikes and mortalities and test whether marking devices can effectively reduce collisions in a cost effective manner that is not visually intrusive. Our interim results are summarized below.

**Study Area:** Approximately 12 miles northeast of Farson, WY adjacent to Little Sandy Creek on the Sweetwater-Sublette County Line. Greater sage-grouse use the area in large numbers year-round. Two large leks (100+ males) are located within 2 miles of the fence. The creek and associated riparian area serve as late brood-rearing habitat and the fence bisects winter habitat for, at least, several hundred grouse.

**Study Dates:** These results are for the April 15, 2005 – May 14, 2009 period. The study is on-going.

**Study Fence:** 3-wire BLM range fence that is approximately 7.6 km (4.7 mi) long. The fence generally runs from southwest to northeast but does so in a zigzag manner.

**Pretreatment data:** From April 15, 2005 through Nov. 16, 2007 pretreatment data were collected during 9 surveys where 1-3 observers documented evidence of wildlife fence strikes and mortality while driving 2-3 mph immediately adjacent to the fence. These surveys resulted in evidence of 170 bird strikes/mortalities and 2 pronghorn mortalities. Confirmed greater sage-grouse accounted for 146 (86%) of the 170 strikes/mortalities documented. The other 22 observations were of waterfowl (n=4; 2%), raptors (n=5; 3%), passerines (n=2; 1%), shorebirds (n=1; <1%), and unknown birds (n=12; 7%).

**Treatment/Control data:** From Nov. 16, 2007 through May 14, 2009 approximately 1.54 miles (2.5 km) of the fence was marked in approximately .26 mi (416 m) sections with either FireFly™ bird diverters (donated by FireFly Diverters LLC for this study) or homemade markers patterned after those developed and used by the University of Oklahoma's Sutton Avian Research Center http://www.suttoncenter.org/fence_marking.html to reduce lesser prairie-chicken fence mortality. The later were modified with reflective tape to increase visibility in snow cover conditions. The fence was unmarked (control) for 3.2 miles (5 km). Marked sections were bounded on either

side by unmarked sections. Only the top wire was marked since very few collisions were
documented on the lower two wires during pretreatment monitoring.

During the Nov. 16, 2007 through May 14, 2009 period, 6 surveys were conducted in the same
manner as those conducted in the pretreatment phase of the study. Results suggest markers (all
types combined) reduced bird fence collisions by 70% over unmarked sections. Seven (7) bird
strikes, all sage-grouse, were documented in marked sections (4.55 strikes/mile) while 47 bird
strikes (15.31 strikes/mile) were recorded in the unmarked sections. Thirty-six (36) of these
were confirmed sage-grouse (11.73 strikes/mile). If only confirmed sage-grouse data are
compared, the markers appear to have reduced grouse mortality by 61%.

**On-going/Future Efforts:**  On May 14, 2009 the treatment sections were changed to control
sections, the types of markers were changed, and more treatment sections were added. Half of
the fence is now marked, alternating between sections of treatment and control. All of the
markers are now based on the Sutton design. The FireFly I design has been eliminated from the
study. Although it was highly effective (0 strikes), the price, maintenance and visibility of the
device was not appropriate for wide scale use. With this information, the company, FireFly
Diverters LLC, has applied their unique system of reflective/glow in the dark tape to the Sutton
model and now markets a FireFly III Grouse Diverter (see attached) which we are currently
testing along with other versions of the Sutton device to which different reflective tapes have
been applied. Early indications suggest all of these markers will succeed and likely further
decrease avian fence collisions beyond the 70% level suggested by our initial efforts reported
above. We intend to attempt to publish our results after the next phase of the study is complete.

**Interim Management Recommendations:** Not every fence is a problem; those that tend to
cause problems typically include one or more of the following characteristics: 1) constructed
with steel t-posts, 2) are constructed near leks, 3) bisect winter concentration areas, and/or 4)
border riparian areas. Areas of greater topographic relief (roughness) appear to have lower
incidence of collisions apparently because the birds have to fly higher to avoid the ground.
Avoid building fences within at least ¼ mile (preferably 0.6 mile) of leks. New and existing
fences in these areas should be surveyed for evidence of grouse fence strikes before installing
permanent fence markers. In brief, surveys can be conducted by walking, driving or riding
slowly (2-3 mph) along the fence looking for carcasses or concentrations of feathers on the
ground and individual feathers caught on top wire barbs. Evidence of fence strikes does not last
long due to weather and scavengers. The discovery of fence strikes is therefore cause for
mitigation. Where the decision has been made to mark a fence we currently recommend the top
wire be marked with at least 2 markers of the Sutton design modified with high quality reflective
tape. While we have yet to substantiate the need for reflective tape, untaped markers become
essentially invisible with snow cover. Arrangements are being made to make markers available
to ranchers at no cost. Contact the author for further information.

**Acknowledgements:** We thank the following groups and individuals for their contributions to
this effort: Steve Chindgren, Utah Zoological Society, FireFly Diverters LLC, Little Sandy
Grazing Association, BLM Rock Springs Field Office, and the Wyoming Game and Fish Dept.

BLM_0078783

# Synthesis of Livestock Grazing Management Literature Addressing Grazing Management for Greater Sage-Grouse Habitat in the Wyoming Basin - Southern Rocky Mountains Ecoregions

## Table of Contents

Introduction .................................................................................................................... 1
Grazing Management and Greater Sage-Grouse ............................................................ 3
Grazing Effects on Sagebrush ...................................................................................... 18
Grazing Effects on Greater Sage-Grouse Cover and Food Availability ......................... 52
    Lek Sites ................................................................................................................... 52
    Nesting Habitat ......................................................................................................... 69
    Brood Rearing ........................................................................................................... 99
    Winter Range ........................................................................................................... 125
Grazing Management and Migratory Populations ........................................................ 133
Social Science Aspects ................................................................................................ 135
References ................................................................................................................... 147

## Introduction

The following tables contain literature addressing grazing management in Greater Sage-Grouse habitat within the Wyoming Basin - Southern Rocky Mountains Ecoregions (Figure 1). Information within the tables are direct citations from the identified sources. There may be two tables for each subject; the first table includes sources located within the Wyoming Basin-Southern Rocky Mountains Ecoregions, and the second table contains references that may be relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries. This document is not intended to be an all-inclusive guide to grazing management in sage-grouse habitat, but rather an information reference that sage-grouse local working groups and land managers may utilize as they develop recommended grazing practices for promoting the conservation of sage-grouse and sagebrush habitats.

BLM_0078784

**Figure 1: Wyoming Basin – Southern Rocky Mountains Ecoregions**



BLM_0078785

## Grazing Management and Greater Sage-Grouse

| Source | Citation |
|---|---|
| Deseret Land and Livestock Ranch. No date. Deseret Land and Livestock Ranch Livestock Grazing and Rangeland Management Benefit Greater Sage Grouse. Western Governor's Association, U.S. Department of Agriculture Natural Resources Conservation Service. | The principle management technique used on the DLL is time controlled grazing. This involves the use of a few large herds of cattle and sheep that intermittently graze the pastures. Grazing occurs on the pastures for short periods of time when forage is rapidly growing (May-July), and longer periods of time when forage is dormant or slow growing. The season of grazing varies between years, and pastures receive periodic rest for a full growing season. This system recognizes that plant health is the key to having well functioning watersheds. The time-controlled grazing practices used at [Deseret Land and Livestock Ranch] since 1979 have increased herbaceous cover on rangelands and slowed the rate of sagebrush increase.

Rick Danvir of [Deseret Land and Livestock Ranch] said, "The grazing and other management techniques being used are focused on providing both forage for an economically viable ranching operation and improving habitat for a variety of wildlife species. The key items in our management system is the rest-rotation grazing system and the emphasis we place on increasing forbs, including inter-seeding forbs into crested-wheatgrass dominated rangeland." |
| Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept. | At livestock water troughs, bird ramps or hardware cloth should be installed. |
| Holloran, M.J. 2005. Greater Sage-Grouse (*Centrocercus urophasianus*) Population Response to Natural Gas Field Development in Western Wyoming. Ph.D. Dissertation. University of Wyoming, Laramie. | …we recommend management activities that allow for maintenance or restoration of dense, taller residual grasses within suitable sagebrush stands to enhance greater sage grouse populations |

***The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.***

3

BLM_0078786

| Source | Citation | Location of Study |
|---|---|---|
| Crawford, J. A., M. A. Gregg, M. S. Drut, and A. K. DeLong. 1992. Habitat use by female Sage Grouse during the breeding season in Oregon. BLM Coop. Res. Unit, Oregon State Univ. Corvallis, OR | Develop programs for grazing by domestic livestock on Oregon rangelands to achieve a more favorable ecological balance in the shrub canopy and herbaceous understory. | Oregon |
| Miller, R.F., and L.L. Eddleman. 2000. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State Univ. Agric Exp Stn. Technical Bulletin 151. Corvallis, OR. | … poor livestock grazing practices can have long-term negative impacts on sage-grouse habitat by degrading sagebrush, meadow and riparian communities.<br><br>In developing grazing plans for specific areas used by sage grouse, it is extremely important to identify potential conflicts between sage grouse and livestock, and spatial and temporal heterogeneity of the management unit. | Oregon |
| Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993. Sage Grouse in Oregon. Oregon Dept. of Fish and Wildlife. Wildlife Research Report No. 15. Portland, OR. | …manage grazing at the proper level to achieve the benefits without adverse impacts …projects that actively pursue improvements in degraded habitats such as monotypic stands of grass or Wyoming big sagebrush would be beneficial. | Oregon |
| Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND Northern Prairie Wildlife Research Center. | Avoid development of livestock-watering structures in sage-grouse habitat (Connelly et al. 2000). If water developments are constructed for sage-grouse or other wildlife, they should be placed to ensure that water is available during movement of sage-grouse from spring to summer ranges (Wakkinen 1990). Connelly et al. (2000) recommended that pipelines from springs be built so that free water is available to maintain the spring and | Northern Great Plains (North Dakota) |

4

BLM_0078787

| | associated wet meadows. | |
|---|---|---|
| Woodward, J.K. 2006. Greater sage-grouse (*Centrocercus urophasianus*) habitat in central Montana. Animal and Range Sciences, Montana State University. Bozeman, Montana. | Improved livestock grazing management is the least expensive practice to restore degraded sagebrush steppe (Braun 2006) and the most important because it often treats the cause of degradation. Increases in chick production were realized in 2005 because of increased precipitation resulting in an increase in herbaceous cover. If herbaceous cover could be increased through time regardless of precipitation, production could potentially be increased markedly. Practices that increase the amount of rest a pasture receives may be useful to restore fair and poor condition range, hence, increasing herbaceous cover for grouse (Adams et al. 2004). Reductions in stocking rates (or grazing intensity) in over-grazed areas have the greatest potential to increase herbaceous cover. Braun (2006) recommends 25-30% utilization for livestock on public land that needs improvement. Decreasing intensity of grazing (stocking rate) will likely have the greatest benefit followed by changing timing of grazing, and changing frequency of grazing (Braun 2006). | Montana |
| Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID. | Guzzlers can be installed on sage grouse summer range where water is a limiting factor. An open trough guzzler at ground level is the most desirable | N/A |

5

| | All livestock water troughs should have bird ramps installed.<br>It is more desirable for sage grouse and other birds and small mammals to develop a tank overflow system, which provides water at ground level. The BLM policy manual states water systems used by livestock will be left on for wildlife use even when livestock have been moved. | |
|---|---|---|
| Beck, J.L, and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl Soc Bull. 4: 993-1002. | …livestock grazing should be managed to allow optimum growth of forbs, grasses, and sagebrush. Management for a variety of sagebrush covers should exist with important use areas reflecting the general preference of sage grouse for sagebrush cover of 5-10% in summer or 20-35% in winter (Eng 1986). Grazing system, season of use, grazing duration, kind of livestock, and stocking intensity should be adjusted to maximize desired vegetal effects for sage grouse on ranges on a case-by-case basis | Location unknown |
| Connelly, J.W. and C.E. Braun. 1997. Long-term changes in sage grouse (*Centrocercus urophasianus*) populations in western North America. Wildlife Biology 3:229-234. | There is little scientific data linking grazing practices to sage-grouse population levels. | N/A |
| Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004. Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, Wyoming. | In a synergistic feedback mechanism, the interaction of livestock grazing, loss of understory and altered soil characteristics, and reduced fire frequency result in increased shrub cover and dominance.<br><br>Even though management plans attempt to use rest-rotation or other forms of variable grazing | N/A |

6

BLM_0078789

|  | intensities to mimic the previous natural grazing regimes and vegetation response, the plant communities still are not given the rest from grazing and recycling of resources is dissimilar (Bock et al. 1993, Freilich et al. 2003).<br><br>Livestock grazing can affect soils, vegetation, and animal communities (Jones 2000). Livestock consume or alter vegetation, redistribute nutrients and plant seeds, trample soils and sagebrush plants, and can disrupt microbiotic crusts (Miller et al. 1994, West 1996, Belnap and Lange 2001). The extent to which these mechanisms influence habitats depends on the relationship between level of grazing disturbance and the resiliency of the habitat. At unsustainable levels of grazing, these changes can lead to loss of vegetative cover, reduced water infiltration rates, and increased soil erosion (Society for Range Management 1995). Indirect effects of livestock grazing can amplify or facilitate other disturbance. Stocking rates for livestock are based on assumptions of an average set of conditions, estimates about the size of the area necessary to produce enough food to sustain livestock, and the relationship between the current vegetation community and an ideal condition, seral stage, or climax community (Box 1990, Society for Range Management 1995, Holechek et al. 1998). Actual number of livestock that may be grazed is determined by season of use, the distribution, utilization, and |  |

BLM_0078790

| | | |
|---|---|---|
| | actual use of available forage, and the class of livestock. Average conditions rarely exist and western landscapes have experienced extensive drought periods. Stocking rates are based on livestock production and financial livelihood of grazing permittees in addition to environmental considerations (Holechek et al. 1999). In the natural world, the number of herbivores is constrained by food supply. Because the relationship between food supply and numbers of livestock is buffered either by administrative, management, or economic factors, the time lag in changing the numbers of livestock in response to changes in habitat conditions can increase the effects of grazing (Thurow and Taylor 1999).<br><br>The definition of "range condition" is widely debated (Friedel 1991, Joyce 1993, Schacht 1993, Scarnecchia 1995, Society for Range Management 1995). The set of environmental qualities that form the conceptual foundation of "range condition" influence not only our understanding of the effects of grazing but also our management actions to manipulate sagebrush habitats (West 2003). Grazing and management objectives are based on an assumed predictable or linear response to disturbance (Allen-Diaz and Bartolome 1998). Grazing often has been assumed to represent a disturbance that sets a sagebrush community back from a climax stage; release from grazing then will allow the community to return to a climax stage. Under this Clementsian | |

BLM_0078791

viewpoint of successional stages in vegetation communities, potential natural communities were considered to be in excellent condition, late seral to be good condition, mid-seral to be fair, and early seral in poor range condition. Yet, the dynamics of sagebrush communities are complex and plant species response to grazing may not be correlated closely (Milchunas and Lauenroth 1993, West and Young 2000). A wide range of shrub-grass compositions can be stable, length of time within seral stages may be nonlinear, and transitions among different states may be unpredictable (West et al. 1984, Westoby et al. 1989, Laycock 1991). More important, transitions among vegetation communities may be irreversible and return to a previous state is not possible once it is crossed. Consequently, livestock herbivory can alter vegetation communities, water and nutrient availability, and soils past thresholds to which the system can return.

Stocking rates and estimates of the amount of vegetation that can be removed based on differences between a current vegetation community and an ideal or climax seral stage may not be sustainable (Holecheck et al. 1998). Conversely, release from grazing may have no or unpredictable results (Anderson and Holte 1981, West et al. 1984, Stohlgren et al. 1999, West and Yorks 2002), may not return a site to a previous state (Holechek and Stephenson 1983) or, exacerbate the influence

9

BLM_0078792

of exotic plants such as cheatgrass (Young and Allen 1997). Therefore, the current evolution in assessments of habitats and the effect of grazing is based on indicators of soil characteristics and erosion, plant communities, and underlying processes to evaluate the "health" of the ecosystem (National Research Council 1994).

Productivity of western shrublands has declined due to previous grazing history or drought (West 1983, Holechek and Stephenson 1983). The distribution of livestock also has changed because water developments have increased the area that could be grazed. We cannot conclude that the effect of grazing has been reduced because even reduced numbers of livestock may still exert a larger influence on those habitats. Therefore, the absence of information on management coupled with vegetation changes (e.g., Yorks et al. 1992) limits our understanding of the effect of livestock grazing on long-term dynamics of sagebrush systems.

The primary habitat treatments on lands managed by the U.S. Bureau of Land Management include construction of fences, development or control of water, and habitat modifications... More than 1,000 km of fences were constructed each year from 1996 through 2002; most fences were constructed in Montana, Nevada, Oregon, and Wyoming. Linear density of fences exceeds 2 km/km$^2$ in some regions of the Conservation Assessment

10

BLM_0078793

| | study area...In addition to influencing livestock and predator movements, facilitating spread of exotic plants, and providing additional travel and access for human activities, fences potentially increase mortality of sage-grouse due to direct collisions or indirectly by increasing predation rates by increasing the number of perches for raptors. Fences used to control grazing management among allotments further modify the landscape by creating an artificial mosaic among separate pastures (Freilich et al. 2003).<br><br>Water developments were widespread throughout public lands... Water developments and distribution of water sources substantially influence movements and distribution of livestock in arid western habitats (Valentine 1947, Freilich et al. 2003). Consequently, grazing pressure can be unevenly distributed and influence the composition and relative abundance of the plant relative to water sources. | |
|---|---|---|
| Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19. | Livestock grazing has been extant in sagebrush plant communities for more than a century. However, only a few studies have directly addressed the effects of livestock grazing on habitat use by sage-grouse. Consequently, rangeland and wildlife managers must rely, with caution, on indirect evidence for guidance. Livestock grazing may affect sage-grouse habitat directly by altering structural habitat factors or plant community composition, or indirectly by altering abiotic | Location unknown |

11

|  | processes (e.g., MFRI) and invasibility of sagebrush plant communities. While the impact of grazing on sagebrush plant communities varies with site potential, ecological condition, and climate variables, the aspects of livestock grazing that are controlled by management are, principally, the timing and intensity of defoliation. Research suggests that moderate livestock grazing or less in mid to late summer, fall, or winter is generally compatible with the maintenance of perennial grasses and forbs in sagebrush habitat (Pechanec and Stewart 1949, Mueggler 1950, Laycock and Conrad 1967, 1981, Gibbens and Fisser 1975, Miller et al. 1994, Bork et al. 1998). Herbaceous species in sagebrush plant communities are predominantly cool-season (C-3) plants that are vulnerable to defoliation during late spring and early summer. Heavy grazing (approximately 60% or greater utilization by weight) during this time has predictable results: 1) the vigor, yield, and cover of late-seral grasses and forbs decrease; 2) early-seral species (including annual grasses) may increase; 3) sagebrush density and canopy cover may increase (Craddock and Forsling 1938, Pechanec and Stewart 1949, Mueggler 1950, Laycock 1967, Bork et al. 1998); and 4) transition of sagebrush uplands to higher ecological status is inhibited (Mueggler 1950, Eckert and Spencer 1986, Laycock 1987…).<br><br>Moderate use has traditionally been defined as |  |

BLM_0078795

occurring within the range of 40–60% utilization by weight, however, generalizing a specific level of utilization that represents "proper use" can be difficult (Caldwell 1984). These difficulties arise in part due to lack of consistency in measurement technique (Frost et al. 1994), and the variable impact of a given level of utilization on plant communities in accordance with plant species present, site conditions, and climate variables. Some perennial grasses, such as Indian ricegrass (Oryzopsis hymenoides (R. & S.) Ricker), needle-and-thread (Stipa comata Trin. & Rupr.), Nevada bluegrass (Poa nevadensis Vasey ex Scribn.), and Sandberg bluegrass, can withstand severe grazing (approximately 80% or greater utilization) as long as defoliation does not occur during the plants' reproductive period (Pearson 1964). Other grasses such as Idaho fescue, Thurber needlegrass (Stipa thurberiana Piper), and bottlebrush squirreltail (Sitanion hystrix (Nutt.) J.G. Smith) decrease with heavy grazing (Rickard et al. 1975, Eckert and Spencer 1987). Restoration of sites in poor ecological condition may benefit from reduced utilization (Holechek et al. 1999) or rest... Additionally, grazing tolerance of sagebrush- dominated plant communities can decrease with drought conditions and increase in periods of above average precipitation (Westoby et al. 1989). When used in conjunction with other information sources (e.g., weather data, non-livestock sources of herbivory) utilization data

BLM_0078796

|  | can be a valuable tool for helping to interpret the influence of livestock herbivory on vegetation trend (Sanders 1998). However, utilization data are not a substitute for long-term vegetation monitoring, and management objectives should be based on desirable vegetation composition over time, not utilization guidelines (Sharp et al. 1994, Burkhardt 1997, Sanders 1998).<br><br>Cattle, sheep, and horses (Equus caballus) in sagebrush habitat eat grass-dominated diets in all seasons of the year (Severson et al. 1968, Harrison and Thatcher 1970, Mackie 1970, Uresk and Rickard 1976, Olsen and Hansen 1977, Reiner and Urness 1982, Krysl et al. 1984, Ngugi et al. 1992, Crane et al. 1997, Glidewell et al. 2001) although sheep may consume a higher percentage of their diet as forbs. Livestock usually consume little to no sagebrush (< 10%) unless snow depth exceeds 20 cm (Harrison and Thatcher 1970), but winter sheep use of low elevation basin big sagebrush may be much greater (Cook et al. 1954). Sheep grazing in fall favors production of perennial forbs, whereas spring grazing can decrease forb production (Bork et al. 1998).<br><br>Reduced sagebrush canopy cover in fall-grazed pastures (Mueggler 1950, Laycock 1967, Bork et al. 1998) is caused largely by competition from healthy grasses and forbs, rather than fall livestock browsing of sagebrush (Wright 1970). |  |
|---|---|---|

14

BLM_0078797

Sagebrush cover generally increases as utilization of the herbaceous understory increases (Wright and Wright 1948, Pechanec and Stewart 1949, Mueggler 1950, Laycock 1967, Bork et al. 1998). But, once sagebrush cover reaches an upper threshold, livestock exclusion may have little effect on reversing the immediate trend (Johnson and Payne 1968, Rice and Westoby 1978, Sanders and Voth 1983, Wambolt and Payne 1986). Over long time intervals (40 years or more), sagebrush abundance may decline with a concomitant increase in understory herbaceous species (Anderson and Inouye 2001). On Wyoming big sagebrush sites with dense sagebrush and an understory of annual grasses, reductions in livestock grazing can hasten further habitat degradation if ungrazed fuel loads promulgate wildfires that burn uniformly and kill sagebrush on vast areas (Peters and Bunting 1994, West 1999).

Timing of grazing greatly influences the effects of livestock grazing in meadows and riparian areas. These sites are particularly vulnerable in late summer when excessive grazing and browsing may damage riparian shrubs, reduce the yield and availability of succulent herbs (Kovalchik and Elmore 1992), and cause deterioration of riparian function over time (Klebenow 1985). However, moderate utilization by livestock in spring, early summer, or winter is sustainable in non-

15

| | | |
|---|---|---|
| | degraded meadow and riparian areas within sagebrush habitat (Shaw 1992, Clary et al. 1996, Mosley et al. 1997). Moderate use equates to a 10- cm residual stubble height for most grasses and sedges and 5-cm for Kentucky bluegrass (Mosley et al. 1997, Clary and Leininger 2000). Shrub utilization should not exceed 50–60% during the growing season, and at least 50% protective ground cover (i.e., plant basal area + mulch + rocks + gravel) should remain after grazing (Mosley et al. 1997). While hydrophytic shrubs may not directly serve as sage-grouse habitat, they do impact the stability of riparian and meadow habitats important to sage-grouse (Winward 2000). The length of time livestock have access to meadows may be more important than the level of utilization; it has been suggested that livestock access be limited to < 3 weeks (Myers 1989, Mosley et al. 1997). In riparian and meadow habitat degraded by heavy livestock utilization, rest from grazing may be necessary for recovery (Clary and Webster 1989). | |
| Hockett, G.A. 2002. Livestock Impacts on the Herbaceous Components of Sage Grouse Habitat: A Review. Int. Jour. Sci. | Protect sage grouse spring, summer and fall ranges during periods of drought.  Drought alone has been identified as a major factor contributing to the range-wide decline of sage grouse (Connelly and Braun 1997).  Design adaptive management strategies to protect against the cumulative effects of grazing use on sage grouse forage and cover during drought. | Location unknown |

16

Manage 25-33 percent of the sagebrush-riparian landscape for climax species and processes using concepts outlined by Bock et al. (1993). This can be done while still providing for deferred or rest-rotation grazing over the remaining 66-75 percent of the sagebrush landscape. Target key nesting and brood rearing habitat for climax vegetation to increase sage grouse productivity. Sage grouse nest densities increase along sagebrush riparian corridors (Patterson 1952). Therefore, manage for climax vegetative cover and forage along primary sagebrush-riparian interfaces including ≥0.8 km of sagebrush habitat type on either side of riparian corridors. Unless local data indicates additional protections are necessary, this partial climax conservation strategy on grazed sage grouse habitat offers some perpetual mitigation against the inevitable effects of drought while still allowing grazing over the majority of sagebrush landscape.

Avoid livestock water developments and salt grounds in traditional sage grouse spring, summer, and fall habitats. These developments significantly concentrate livestock and increase forage use, trailing, and soil compaction that fragment sagebrush habitat (Stoddart et al. 1975). These heavy-use areas may extend up to 0.8 km away from the site (Valentine 1947) providing a niche for noxious weeds and other undesirable or unpalatable vegetation to take hold. Such

17

BLM_0078800

| | |
|---|---|
| | developments should only be considered if accompanied with climax management areas as outlined…above. | |

## **Grazing Effects on Sagebrush**

| Source | Citation |
|---|---|
| Deseret Land and Livestock Ranch. No date. Deseret Land and Livestock Ranch Livestock Grazing and Rangeland Management Benefit Greater Sage Grouse. Western Governor's Association, U.S. Department of Agriculture Natural Resources Conservation Service. | Grazing exclosure data [from Deseret Land and Livestock Ranch] suggest: a. grass production depends on prior-year precipitation, and b. excluding livestock increases shrub production, reduces forbs and fails to increase plant species diversity. |
| Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept. | Rangeland improvement programs which reduce sagebrush habitat generally impair the welfare of sage grouse.<br><br>No treatment should be considered where sagebrush cover is less than 20 percent or within 2 miles of breeding, nesting, or brood areas.<br><br>Improving sage grouse habitat is best approached by minimally reducing sagebrush cover while increasing the availability of favored forbs, thus creating a mosaic of sagebrush and openings.<br><br>In areas with old, decadent sagebrush or continuous expanses of dense sagebrush, limited treatment may be beneficial.  Sagebrush should be managed using an irregular treatment pattern of localized patches or narrow strips.  Total kill or removal of sagebrush should be avoided. Treatment of localized patches or narrow strips over a period of several years promotes uneven aged stands of sagebrush, thus increasing habitat diversity.  These irregular mosaic treatment patterns provide more edge-effect (and thus more benefits to sage grouse) and are much more natural looking and aesthetically pleasing than stripped or rectangular treatment blocks.  The widths of treated areas should be no wider than 30 yards, and untreated areas should remain at least as wide as treated |

18

| | |
|---|---|
| | areas. Treated patches may be used as feeding areas following forb recovery while untreated patches may be used for shelter.

Herbicides such as 2, 4-D should be sprayed as early in spring as possible or prior to the emergence of forbs. Spray rates of 1 to 1.5 pounds of active ingredient per 3 gallons of water per acre are suggested.

Chaining is preferred over spraying for sagebrush control since forbs are not killed and all sagebrush is not uprooted. Chaining patterns should be in random strips, while block chaining of large areas should be avoided.

When sagebrush cover is too low for chaining or burning, plowing with a crawler tractor may be used to reduce sagebrush. After plowing, forb reseeding is necessary due to high vegetative mortality.

Burning in wintering or nesting habitat is undesirable.

Burning small patches during late fall or early spring in brood rearing areas will create a mosaic of sagebrush and openings.

Along streams, meadows, or secondary drainages, tall dense stands of sagebrush may be partially controlled and reseeded with grasses and forbs to promote feeding habitat. However, a 200 yard buffer strip of sagebrush should generally be reserved along these wetland areas. |
| Gibbens, R.P., and H.G. Fisser. 1975. Influence of Grazing Management Systems on Vegetation in the Red Desert Region of Wyoming. Univ. of Wyoming Agriculture Experiment Station. Science Monograph 29. Laramie, Wyoming | …even under complete protection from grazing change is slow and the existing grazing pressure did not have a marked effect on grass cover. |
| Heath, B. J., R. Straw, S.H. Anderson, J. Lawson, and M. Holloran. 1998. Sage-Grouse Productivity, Survival, and Seasonal Habitat Use Among Three Ranches with Different Livestock Grazing, Predator | Try to eliminate shrub control in areas that contain between 25-33% total shrub cover within 5 km of occupied leks to maintain sage grouse habitat. When it is necessary to set back plant succession and increase |

19

| | |
|---|---|
| Control, and Harvest Management Practices. Wyoming Game and Fish Dept. | herbaceous vegetation production, treatments should occur in patterns within the landscape that maintain a diverse mosaic of shrub seral stages. |
| Holloran, M.J., B.J. Heath, A.G. Lyon, S.J. Slater, J.L. Kuipers, and S.H. Anderson. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. J Wildl Manage. 69(2): 638-649. | To maintain greater sage grouse populations, we recommend that managers limit strategies that negatively affect this type of habitat (i.e. prescribed fire and herbicide application) and protect adequate amounts of suitable nesting habitat during treatment. |

**The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.**

| Source | Citation | Location of Study |
|---|---|---|
| Poley, B. E. 1969. Seasonal Movements of Sage Grouse in Colorado. Journal of Colorado Field Ornithologists. 5:1-4. | Since sagebrush competes with grass for moisture, it is often killed to allow ranges to produce more grass for livestock.<br><br>When large sagebrush eradication programs are carried out on prime sage grouse range, the birds are reduced in numbers and often "eradicated". | Colorado |
| Coggins, K. A. 1998. Relationship between habitat changes and productivity of sage grouse at Hart Mountain National Antelope Refuge, Oregon. Oregon State Univ. Corvallis, Oregon. | Continued use of ranges in a degraded condition may inhibit recovery of herbaceous vegetation and promote sagebrush dominance. | Oregon |
| Rowland, M.M., and M.J. Wisdom. 2002. Research Problem Analysis for Greater Sage Grouse in Oregon. Oregon Dept. of Fish and Wildlife. | Grazing by livestock has occurred on virtually the entire range of sage grouse (Braun 1998), thus its influence is potentially the most pervasive of any land management practice. | Oregon |
| Marshall, D.B., Chilcote, M., and H. Weeks. 1996. Species at Risk: Sensitive, Threatened, and Endangered Vertebrates of Oregon. Oregon Dept. of Fish and Wildlife. | As summer progresses and forage dries, [sage grouse] are moved to high elevation meadows, irrigated meadows in lowlands, or onto playas from which water is receding and succulent | Oregon |

BLM_0078803

| | | |
|---|---|---|
| Portland, OR. | forage is emerging.<br><br>Winter habitat is comprised of dense sagebrush stands that are sufficiently free of snow to provide food, which at that season consists of sagebrush.<br><br>Sagebrush protection is needed within at least a 1.5 mile radius of leks.<br><br>Playas, including their water supply, need to be preserved.<br><br>Improved coordination is needed between livestock interests and species needs in relation to land management practices such as sagebrush control programs, fire management, meadow and water improvements, and fencing programs. | |
| Call, M.W., and C. Maser. 1985. Wildlife Habitats in Managed Rangelands--The Great Basin of Southeastern Oregon. U.S. Department of Agriculture Forest Service Pacific Northwest Forest and Range Experiment Station. General Technical Report PNW-187. Portland, Oregon. | Fortunately, some changes resulting from livestock grazing, agricultural practices, and other land uses may have benefited sage grouse.  The creation of openings in large sagebrush stands, from whatever causes, produced feeding and brooding areas and may have benefited sage grouse especially where water is close by.  The creation of meadows (or meadowlike areas) within sagebrush stands improved the summer food supply of sage grouse.  Where land use practices removed large, decadent sagebrush stands and permitted development of new, young plants, sage grouse habitat may have been improved.  But the overall habitat is generally better where | Great Basin (Oregon) |

21

BLM_0078804

patches or strips of tall, dense sagebrush are retained for use as an escape cover or for roosting.

In general, good habitat for sage grouse should contain openings less than 274 m (300 yd) in circumference, some dense sagebrush stands, and about equal amounts of tall and short sagebrush plants (Rogers 1964).

…association with dense stands of sagebrush usually begins in September and continues through the breeding and nesting seasons.  In fact, 15 percent canopy cover of sagebrush appears to be the minimum acceptable for sage grouse winter and nesting habitat (Wallestad 1971, 1975; Wallestad and Schladweiler 1974).

Although openings in sagebrush habitat may be created by killing the shrubs, increased grass density may prevent the openings from being used (Carr 1968).

Spring and early summer grazing by livestock removes a high percentage of grass and forbs at the time when sage grouse are turning to forbs as their primary forage.

…manage the sagebrush for an average height of 30 to 80 cm (12 to 31 in) and an average composition of 20 to 30 percent.

Good grouse habitat should have from 5,000 to

BLM_0078805

| | 10,000 sagebrush plants per 0.4 ha (1 acre). | |
|---|---|---|
| Craddock, G.W., and C.L. Forsling. 1938. The Influence of Climate and Grazing on Spring-Fall Sheep Range in Southern Idaho. United States Dept. of Agriculture. Technical Bulletin No. 600 | Over and above the influence of climate, the intensity and periods of grazing had a profound effect upon the grazing value of the spring-fall range. | Southern Idaho |
| Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington. | Despite the pervasive influence of livestock grazing in sage grouse range, there have been no experimental studies of the impact on sage-grouse populations.<br><br>[Welch and Criddle 2003] concluded that grazing may or may not increase big sagebrush cover.<br><br>Beck and Mitchell (2000) reviewed the effects of grazing on sage-grouse habitat. They found that little was known about the direct impacts on sage grouse, but more was known about indirect effects.  Direct negative effects included deterioration of wet meadow hydrology and destruction of sagebrush in wintering habitat by sheep. Positive effects included an increase in growth or availability of forbs in dense grassy meadows. Several studies indicate that sage-grouse select meadows grazed by cattle over ungrazed meadows in early spring (Miller and Eddleman 2000).<br><br>Livestock grazing is compatible with sage-grouse where the habitat characteristics needed for breeding and wintering can be consistently | Washington |

23

BLM_0078806

| | | |
|---|---|---|
| | maintained (Connelly et al. 2000, Wambolt et al. 2002, Rowland and Wisdom 2002, and Crawford et al. 2004). Whether this is possible on any particular site probably depends on many factors including the grazing history of the site, site condition, precipitation zone, livestock involved, the season, intensity, frequency and duration of grazing. | |
| Sveum, C.M., W.D. Edge, and J.A. Crawford. 1998. Nesting habitat selection by sage grouse in south-central Washington. J Range Manage. 51: 265-269. | Management that protects the big sagebrush/bunchgrass community is essential for maintaining nesting habitat for sage grouse. | Washington |
| Hays, D., M. Tirhi, and D. Stinson. 1998. Washington State Status Report for the Sage Grouse. Washington Dept. of Fish and Wildlife. Olympia, WA. | Since most of the herbaceous species are more palatable than sagebrush, the former were reduced while the shrubs flourished (Tisdale and Hironaka 1981). | Washington |
| U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada. | Heavy, excessive grazing too soon after disturbances such as fire, may lead to permanent reductions in food plants and nesting cover. Current BLM policy provides for a minimum of two growing seasons for rest following fire. <br><br> Drought can lead to increased competition between livestock and sage grouse for food and cover.  Drought will exacerbate the adverse effects of heavy, excessive livestock grazing on vegetation and soils (Valentine 1990). In some instances, the failure to make timely adjustments in livestock use during drought has resulted in limited plant regrowth, overuse in wet meadows and riparian areas, and has negated gains in rangeland conditions | Nevada |

24

BLM_0078807

| | made during higher-precipitation years (Thurow and Taylor 1999). | |
|---|---|---|
| van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada. | During times of drought, cattle are attracted to moist areas. Failure to reduce stocking rates during these periods may result in greater impact in the form of reduced vegetative cover (Aldridge, 1998). | Nevada |
| Courtois, D.R., B.L. Perryman, and H.S. Hussein. 2004. Vegetation Change After 65 Years of Grazing and Grazing Exclusion. J Range Manage. 57:574-582. | The Nevada Plots exclosure system was constructed in 1937 following passage of the Taylor Grazing Act to assess long-term effects of livestock grazing on Nevada rangelands. A comparison of vegetation characteristics inside and outside exclosures was conducted during 2001 and 2002 at 16 sites. Data analysis was performed with a paired t test. Out of 238 cover and density comparisons between inside and outside exclosures at each site, 34 (14% of total) were different (P < 0.05). Generally, where differences occurred, basal and canopy cover were greater inside exclosures and density was greater outside. Shrubs were taller inside exclosures at 3 sites grazed by sheep (*Ovis aries*). Perennial grasses showed no vertical height difference. Aboveground plant biomass production was different at only 1 site. Plant community diversity inside and outside exclosures were equal at 11 of 16 sites. Species richness was similar at all sites and never varied > 4 species at any site. Few changes in species composition, cover, density, and production inside and outside exclosures have occurred in 65 years, indicating that recovery rates since pre-Taylor Grazing Act | Nevada |

25

BLM_0078808

| | conditions were similar under moderate grazing and grazing exclusion on these exclosure sites. | |
|---|---|---|
| Swanson, S., D. Franzen, and M. Manning. 1987. Rodero Creek: Rising water on the high desert. Journal of Soil and Water Conservation. 405-407. | According to Donald Klebenow, a wildlife professor at the University of Nevada, sage grouse seem to do best with moderate mid-summer cattle grazing that leaves unused vegetation in an irregular pattern with clumps of partially grazed plants just big enough to somewhat conceal adult birds. | Nevada |
| Neel, L.A. 1980. Sage Grouse Response to Grazing Management in Nevada. M.S. Thesis. Univ. of Nevada, Reno. Reno, Nevada. | There seems to be evidence to conclude that rest-rotation grazing has benefited sage grouse habitat in the Lone Willow area.  Food forb production is higher on the …sites under rest-rotation…than on similar sites not under rest-rotation…<br><br>Use [of meadows] seemed to be linked to availability of food forbs rather than structural parameters.  Sage grouse seemed to show preference for grazed meadows where meadow conditions were otherwise equal. | Nevada |
| Rasmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the Sage Grouse in Utah, with special reference to nesting and feeding habits. *In*: Transactions of the North American Wildlife Conference. 3: 852-864. | From this study at present it is difficult to see any direct competition with livestock and this bird on areas of highly productive summer ranges as concerns their feeding habitats.  It is, however, logical to suppose that in areas where the entire understory of weeds and grasses have been destroyed that conditions would not be favorable for the young birds to obtain the varied plant diet they use during their first summer. | Utah |

26

BLM_0078809

| | | |
|---|---|---|
| | Some competition is believed to exist [on sagebrush winter ranges] that is of extreme importance to the welfare of the grouse.  The use of the open ridge tops as bed grounds for sheep and the resultant destruction of sagebrush vegetation from these ridges, which provides the regular winter feeding areas during periods of deep snows, are certainly of importance in the lives of the sage grouse. | |
| Ellis, K.L., J.R. Murphy, J.R., and G.H. Richins. 1987. Distribution of Breeding Male Sage Grouse in Northeastern Utah. Western Birds. 18:117-121. | Positive influences of controlled grazing by domestic animals on rangelands include the following:<br>-Loosening of the soil surface during dry periods.<br>-Removal of excessive vegetation that may negatively affect net carbohydrate fixation and increase water transpiration losses.<br>-Incorporating mulch into the soil profile, which speeds development of humus.<br>-Recycling nutrients and making some nutrients more available.<br>-Maintaining an optimal leaf area index of plant tissue.<br>-Trampling seeds into the ground.<br>-Reducing excessive accumulations of standing dead vegetation and mulch that may chemically and physically inhibit new growth.<br>-Inoculating plant parts with saliva that may stimulate plant regrowth (Reardon et al. 1974).<br>-Reducing fire, insect, and rodent problems resulting from accumulations of vegetation. | Northeastern Utah |
| Myers, L.H. 1989. Grazing and Riparian Management in Southwestern Montana. *In:* | Successful [riparian grazing] systems had lower average stocking rates (4.9 | Southwestern Montana |

27

BLM_0078810

| | | |
|---|---|---|
| Practical Approaches to Riparian Resource Management: An Educational Workshop May 8-11, 1989. Montana Chapter American Fisheries Society; U.S. Bureau of Land Management; Western Division American Fisheries Society; U.S. Forest Service, Northern Region; Society for Range Management; Montana Riparian Association; U.S. Fish and Wildlife Service. | hectares/AUM) than unsuccessful systems (3.8 hectares/AUM) though the difference was not statistically significant.  This 22% difference in stocking rate would not be expected to appreciably influence riparian vegetation response to a grazing system.<br><br>The success or failure of livestock grazing systems in providing for stream riparian site recovery is related to riparian plant phenology, floodplain function, and livestock use behavior in riparian areas.<br><br>Providing for herbaceous [riparian] regrowth may also extend the growing season rest needed to sustain plant vigor.<br><br>Grazing systems must accommodate [restoration of major stream banks] by providing residual cover for sediment filtering and good vegetative vigor for stability.  Residual cover is a function of both utilization level and for herbaceous species, post-grazing regrowth.  Removing livestock by early August to accommodate at least 30 d of regrowth probably meets floodplain function needs on the study area, though more data are needed.<br><br>On the study area, successful grazing systems were found to provide for more (p=0.05) post-grazing herbaceous regrowth (34.9 d), compared to only 20.8 d in unsuccessful systems.  Also, through a combination of both | |

BLM_0078811

| | | |
|---|---|---|
| | regrowth and rest treatments, successful systems provided post-growing season residual riparian cover 75% of the years, as compared to only 38% of the years in unsuccessful systems.<br><br>On the study area, successful grazing systems were found to have significantly (p=0.01) less grazing during the "hot season" [July through early September] (12.5 d) than unsuccessful systems with 33.4 d.  Likewise, the duration of all livestock treatments was significantly (p=0.001) shorter in successful systems (28.2 d) compared to 59.3 d in unsuccessful systems.  Given the reluctance of cattle to disperse from riparian areas, the duration of grazing treatments becomes a key factor in determining the severity of impacts such as trampling and mechanical damage, soil compaction, and utilization.  In a rest-rotation system Platts (1981) noted significant riparian habitat alterations at 65% utilization levels, but no detectable impacts at 25% utilization.<br><br>A combination of longer duration and more frequent fall grazing deteriorated woody species vigor and regeneration, contributing to diminished floodplain function and reduced riparian dependent values. | |
| Wambolt, C.A., and G.F. Payne. 1986. An 18-year comparison of control methods for Wyoming Big Sagebrush in southwestern Montana. J Range Manage. 39(4): 314-319. | Rest alone resulted in a 29% reduction in sagebrush canopy during the study period [1963-1981]. | Southwestern Montana |

29

| | | |
|---|---|---|
| Adams, B.W., J. Carlson, D. Milner, T. Hood, B. Cairns and P. Herzog. 2004. Beneficial grazing management practices for Sage-Grouse (*Centrocercus urophasianus*) and ecology of silver sagebrush (*Artemisia cana*) in southeastern Alberta. Public Lands and Forests Division, Alberta Sustainable Resource Development. Pub. No. T /049. | Heavy grazing can lead to an expansion in big sagebrush shrub canopy cover as the shrub acts as an increaser due grazing pressure. Managed grazing can be used in a prescriptive way create more patchiness within otherwise continuous sage canopies (Beck and Mitchell 2000).<br><br>The grazing response of silver sagebrush seems much different from that of big sagebrush. Silver sagebrush does not establish the same height or cover characteristics as big sagebrush and occupies a lesser prominence on Alberta Sage-Grouse ranges. It also appears that silver sagebrush behaves more like a decreaser species in response to grazing, trampling and drought, although it has a strong potential to resprout and regenerate in favorable periods of moisture and rest. Being lower in stature, silver sagebrush is likely more vulnerable to trampling by livestock, especially vegetative sprouts and juvenile plants. Trampling may be the principal cause of silver sagebrush decline on livestock wintering sites.<br><br>A number of sources (Neel 1980, Klebenow 1982, Evans 1986) suggest that appropriate grazing management can be used to stimulate the productivity of forbs important as Sage-Grouse food. This will be particularly important on rangelands with a history of light grazing where forb cover has become reduced by graminoid competition, a common feature | Alberta, Canada |

30

BLM_0078813

| | of dry mixed grass prairie plant communities. | |
|---|---|---|
| Aldridge, C.L. 1998. Status of the Sage Grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association. Wildlife Status Report No. 13. Edmonton, Alberta, Canada. | The removal of cover by cattle can impact sage grouse populations either by reducing habitat suitability, or by increasing the exposure of birds to predators and extreme weather. | Alberta, Canada |
| Anderson, J.E., and R.S. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs. 71(4): 531-556. | Plots having higher species richness tended to maintain higher levels of cover and to vary less in cover relative to their mean level, indicating links between species richness and function. Abundance of nonnative species was negatively correlated with cover, but not with richness of native species.  Thus, adequate cover of native species can render these semiarid communities more resistant to invasion. | Location unknown |
| Beck, J.L, and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl Soc Bull. 4: 993-1002. | Over time, sheep grazing can shift ranges toward grass dominance, whereas cattle grazing can cause rangeland to be composed of more forbs. | Location unknown |
| Blaisdell, J.P., R.B. Murray, and E.D. McArthur. 1982. Managing Intermountain Rangelands-Sagebrush-Grass Ranges. U.S. Department of Agriculture Forest Service Intermountain Forest and Range Experiment Station Gen. Tech. Report INT-134. Ogden, UT. | Bluebunch wheatgrass (*Agropyron spicatum*), an important forage plant on many western ranges, has received considerable attention. Hanson and Stoddart (1940) observed that heavily grazed plants of bluebunch wheatgrass were smaller, produced fewer seeds, and had a markedly reduced root system.  Ellison (1960) concluded that the usual effect of grazing certain species in a community is to handicap them while encouraging others. | Location unknown |

31

BLM_0078814

|  | Some studies suggest that forage plants respond as well under light grazing as no grazing.  However, other studies show injurious effects even at light intensities (Johnson 1956).<br><br>Cattle tend to graze the grasses most heavily, whereas sheep exhibit a preference for forbs.<br><br>Rotation of use between cattle and sheep can prove beneficial, especially to fair and good condition sagebrush-grass ranges.<br><br>…controlling [tall, dense sagebrush with little understory] and allowing native forbs and grasses to recover their former productivity would greatly improve the habitat of sage grouse (Klebenow 1969). |  |
| Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildl Soc Bull. 28(4):967-985. | In Wyoming big sagebrush habitats, resting areas from livestock grazing may improve understory production as well as decrease sagebrush cover (Wambolt and Payne 1986).<br><br>Manage breeding habitats to support 15-25% canopy cover of sagebrush, perennial herbaceous cover averaging $\geq$ 18 cm in height with $\geq$ 15% canopy cover for grasses and $\geq$ 10% for forbs and a diversity of forbs (Barnett and Crawford 1994, Drut et al. 1994, Apa 1998) during spring.<br><br>For nonmigratory grouse occupying habitats that are distributed uniformly…protect (i.e. do | N/A |

32

BLM_0078815

| | | |
|---|---|---|
| | not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks.<br><br>For nonmigratory grouse occupying habitats that are not distributed uniformly…protect suitable habitats for ≤ 5 km from all occupied leks.<br><br>For migratory populations, identify and protect breeding habitats within 18 km of leks…<br><br>In areas of large-scale habitat loss (≥ 40% of original breeding habitat), protect all remaining habitats from additional loss or degradation. | |
| Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-Grouse and Sagebrush Habitats. Unpublished Report. Western Association of Fish and Wildlife Agencies. Cheyenne, Wyoming. | Dominant trends emerged along a complex gradient of shrubland disturbance regimes following intensive grazing pressure and drought (West and Young 2000). In northern, eastern, and more mesic regions of the sagebrush biome, fire was not an important disturbance necessary to maintain perennial grasses and forbs. Rather, grazing by buffalo was the primary agent of grazing disturbance. In those regions, introduction of domestic livestock increased the site-specific frequency of grazing (Mack and Thompson 1982). Improper grazing that depleted the grass and forb understory facilitated invasions by exotic plants species because of loss of understory, altered soils, or loss of microbiotic crusts in these systems (Mack and Thompson 1982). In more xeric and southern sagebrush regions, possible increases in shrub cover that resulted | N/A |

33

from grazing further reduced the low cover of native perennials and created a system largely resistant to recolonization by the native flora but increasingly vulnerable to invasion by exotic plants (Young and Sparks 2002).

Livestock grazing can affect soils, vegetation, and animal communities (Jones 2000). Livestock consume or alter vegetation, redistribute nutrients and plant seeds, trample soils and sagebrush plants, and can disrupt microbiotic crusts (Miller et al. 1994, West 1996, Belnap and Lange 2001). The extent to which these mechanisms influence habitats depends on the relationship between level of grazing disturbance and the resiliency of the habitat. At unsustainable levels of grazing, these changes can lead to loss of vegetative cover, reduced water infiltration rates, and increased soil erosion (Society for Range Management 1995). Indirect effects of livestock grazing can amplify or facilitate other disturbance. For example, landscapes in southwestern Idaho in which grazing combined with other disturbances experienced the greatest rate of shrub loss and increase in cheatgrass compared to landscapes having a single source of disturbance (Knick and Rotenberry 1997). In shrublands dominated by cheatgrass, grazing can reduce further the remaining perennial grasses or permit excessive growth of cheatgrass if left ungrazed (Young and Allen 1997).

BLM_0078817

| | In sagebrush grasslands, herbivory of herbaceous plants during the growing season tends to favor sagebrush growth until sagebrush becomes so dense that the competition of sagebrush restricts recovery of herbaceous plants (Reichenberger and Pyke 1990). Adjustments to grazing seasons or reductions in numbers of livestock will only show improvements in sage-grouse habitat quality if the vegetation community is a sagebrush grassland mix before grazing changes are implemented. This community retains both the sagebrush and the tall bunchgrass necessary for quality habitat. The release from livestock grazing should allow the full expression of vegetation height for hiding cover and nest protection. Improvements could be expressed in the next growing season, but might take 3 to 5 years for pre-existing plants to fully express themselves and 10 to 15 years for seed production and new plant recruitment to occur assuming the site is not fully occupied by other species. Any other community whether in this vegetation state or in another state will require either additional manipulations to the community to adjust the vegetation composition, or may require additions of life forms through revegetation to improve the habitat. | |
| Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. | Livestock grazing may affect sage-grouse habitat directly by altering structural habitat factors or plant community composition, or | N/A |

35

BLM_0078818

| | | |
|---|---|---|
| Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19. | indirectly by altering abiotic processes (e.g., MFRI) and invasibility of sagebrush plant communities.<br><br>While the impact of grazing on sagebrush plant communities varies with site potential, ecological condition, and climate variables, the aspects of livestock grazing that are controlled by management are, principally, the timing and intensity of defoliation.<br><br>Research suggests that moderate livestock grazing or less in mid to late summer, fall, or winter is generally compatible with the maintenance of perennial grasses and forbs in sagebrush habitat (Pechanec and Stewart 1949, Mueggler 1950, Laycock and Conrad 1967, 1981, Gibbens and Fisser 1975, Miller et al. 1994, Bork et al. 1998)<br><br>Herbaceous species in sagebrush plant communities are predominantly cool-season (C-3) plants that are vulnerable to defoliation during late spring and early summer.<br><br>Heavy grazing (approximately 60% or greater utilization by weight) during this time has predictable results: 1) the vigor, yield, and cover of late-seral grasses and forbs decrease; 2) early-seral species (including annual grasses) may increase; 3) sagebrush density and canopy cover may increase (Craddock and Forsling 1938, Pechanec and Stewart 1949, Mueggler 1950, Laycock 1967, Bork et al. | |

BLM_0078819

| | | |
|---|---|---|
| | 1998); and 4) transition of sagebrush uplands to higher ecological status is inhibited (Mueggler 1950, Eckert and Spencer 1986, Laycock 1987).<br><br>Cattle, sheep, and horses (*Equus caballus*) in sagebrush habitat eat grass-dominated diets in all seasons of the year (Severson et al. 1968, Harrison and Thatcher 1970, Mackie 1970, Uresk and Rickard 1976, Olsen and Hansen 1977, Reiner and Urness 1982, Krysl et al. 1984, Ngugi et al. 1992, Crane et al. 1997, Glidewell et al. 2001) although sheep may consume a higher percentage of their diet as forbs. Livestock usually consume little to no sagebrush (< 10%) unless snow depth exceeds 20 cm (Harrison and Thatcher 1970), but winter sheep use of low elevation basin big sagebrush may be much greater (Cook et al. 1954).<br><br>Shrub utilization should not exceed 50–60% during the growing season, and at least 50% protective ground cover (i.e., plant basal area + mulch + rocks + gravel) should remain after grazing (Mosley et al. 1997).<br><br>While hydrophytic shrubs may not directly serve as sage-grouse habitat, they do impact the stability of riparian and meadow habitats important to sage-grouse (Winward 2000).<br><br>A recent modeling exercise (Wisdom et al. 2002) incorporated 50 and 100% reductions in | |

37

BLM_0078820

| | | |
|---|---|---|
| | the detrimental effects of livestock grazing into a population level model for sage grouse in the Interior Columbia Basin. The model predicted improved performance of sage grouse populations with a combination of active habitat restoration and reduced livestock stocking rate, and equated reductions in livestock stocking rate to decreased detrimental effects of livestock on sage grouse habitat at a 1 to 1 ratio. While this approach may appear empirically appealing in that it allows "what if" scenario modeling, caution is merited when assuming that reductions in livestock stocking rate are in a constant 1 to 1 ratio with changes in sage grouse habitat quality, given that the exact slope of this relationship is unknown (it may be substantially greater or less than 1) and is variable in accordance with timing and intensity of livestock grazing, environmental factors, and specific type of sage grouse habitat (e.g., nesting, brood-rearing, etc.). Given the complexity of the successional dynamics of sagebrush plant communities, combined with the multivariate nature of the effects of livestock grazing on these plant communities, it remains difficult to draw large-scale (time and space) conclusions regarding the impact of current livestock grazing practices on sage grouse populations.

But, once sagebrush cover reaches an upper threshold, livestock exclusion may have little effect on reversing the immediate trend | |

BLM_0078821

|  | (Johnson and Payne 1968, Rice and Westoby 1978, Sanders and Voth 1983, Wambolt and Payne 1986). |  |
|---|---|---|
|  | Over long time intervals (40 years or more), sagebrush abundance may decline with a concomitant increase in understory herbaceous species (Anderson and Inouye 2001). On Wyoming big sagebrush sites with dense sagebrush and an understory of annual grasses, reductions in livestock grazing can hasten further habitat degradation if ungrazed fuel loads promulgate wildfires that burn uniformly and kill sagebrush on vast areas (Peters and Bunting 1994, West 1999). |  |
|  | Timing of grazing greatly influences the effects of livestock grazing in meadows and riparian areas. These sites are particularly vulnerable in late summer when excessive grazing and browsing may damage riparian shrubs, reduce the yield and availability of succulent herbs (Kovalchik and Elmore 1992), and cause deterioration of riparian function over time (Klebenow 1985). However, moderate utilization by livestock in spring, early summer, or winter is sustainable in non-degraded meadow and riparian areas within sagebrush habitat (Shaw 1992, Clary et al. 1996, Mosley et al. 1997). Moderate use equates to a 10-cm residual stubble height for most grasses and sedges and 5-cm for Kentucky bluegrass (Mosley et al. 1997, Clary and Leininger 2000). |  |

BLM_0078822

|  | The length of time livestock have access to meadows may be more important than the level of utilization; it has been suggested that livestock access be limited to < 3 weeks (Myers 1989, Mosley et al. 1997).<br><br>In riparian and meadow habitat degraded by heavy livestock utilization, rest from grazing may be necessary for recovery (Clary and Webster 1989).<br><br>Some perennial grasses, such as Indian ricegrass (*Oryzopsis hymenoides* (R. & S.) Ricker), needle-and-thread (*Stipa comata* Trin. & Rupr.), Nevada bluegrass (*Poa nevadensis* Vasey ex Scribn.), and Sandberg bluegrass, can withstand severe grazing (approximately 80% or greater utilization) as long as defoliation does not occur during the plants' reproductive period (Pearson 1964). Other grasses such as Idaho fescue, Thurber needlegrass (*Stipa thurberiana* Piper), and bottlebrush squirreltail (*Sitanion hystrix* (Nutt.) J.G. Smith) decrease with heavy grazing (Rickard et al. 1975, Eckert and Spencer 1987). |  |
| DeLong, A.K., J.A. Crawford, and D.C. DeLong, Jr. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. J Wildl Manage. 59(1):88-92. | In Wyoming big sagebrush (*A.t. wyomingensis*) stands with shrub cover >20% and mountain big sagebrush stands with shrub cover >30%, herbaceous understories are often depleted and would require sagebrush thinning to reestablish the herbaceous component (Winward 1991). Prescribed fires, herbicides, | Location unknown |

BLM_0078823

| | | |
|---|---|---|
| | and mechanical treatments would reduce shrub cover and may increase herbaceous cover. Sagebrush reduction, however, may negatively affect sage grouse nesting habitat in the short term (Connelly et al. 1991), and therefore should be implemented only in areas where other suitable nesting habitat exists nearby.  In the long term, once sagebrush reestablishes in treatment areas, sage grouse nesting habitat may be enhanced by an improved balance of shrub and grass components available to sage grouse.  We recommend land management practices that increase cover and height of native grasses in sagebrush communities with medium-height shrubs as a means to enhance sage grouse nesting success and productivity. | |
| Glidewell, B.C., J.C. Mosley, and J.W. Walker. 2001. Sheep and cattle response when grazed together on sagebrush-grass rangeland. Western Section, American Society of Animal Science. American Society of Animal Science 52. | Grazing sheep and cattle together (i.e. common use or multispecies grazing) may increase livestock production on sagebrush-grass rangeland. | N/A |
| Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands. 21(2):12-16. | The best explanation [of heavy, moderate, and light grazing] we've found was provided by Klipple and Bement (1961).  They define heavy grazing as a degree of herbage utilization that does not permit desirable forage species to maintain themselves.  Moderate grazing means a degree of herbage utilization that allows the palatable species to maintain themselves but usually does not permit them to improve in herbage producing ability.  Light grazing means a degree of herbage production | N/A |

41

BLM_0078824

| | | |
|---|---|---|
| | that allows palatable species to maximize their herbage producing ability.<br><br>In the semi-arid and desert range types, rotation grazing systems generally showed no advantage over continuous or season-long grazing.<br><br>In mountainous areas rotation grazing systems give convenient areas (riparian zones) opportunity for recovery, and can be advantageous over season-long grazing.<br><br>In most studies, continuous or season-long grazing has given higher calf crops and animal weight gains than rotation grazing when stocking rates were the same. | |
| Jones, A. 2000. Effects of cattle grazing on North American arid ecosystems: a quantitative review. Western North American Naturalist. 60(2):155-164. | Eleven of 16 analyses [of the effects of cattle grazing in arid systems of 16 response variables ranging from soil bulk density to total vegetative cover to rodent species diversity] (69%) revealed significant detrimental effects of cattle grazing, suggesting that cattle can have a negative impact on North American xeric ecosystems.<br><br>Livestock grazing had significant effects on vascular plants for 4 of 8 vegetation response variables analyzed.  Cover of grasses and shrubs, as well as total vegetation biomass, was reduced significantly by grazing. | Location unknown |
| Knick, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. VanderHagen, and | Alternatively, changes in water and nutrient cycling caused by grazing can promote the | Location unknown |

42

BLM_0078825

| | | |
|---|---|---|
| C. VanRiper. 2003. Teetering on the Edge or Too Late? Conservation and Research Issues for Avifauna of Sagebrush Habitats. The Condor. 105: 611-634. | spread of invasive species, which then degrade native bird habitats by altering fire and disturbance regimes (Rotenberry 1998). | |
| Laycock, W.A. 1994. Implications of Grazing vs. No Grazing on Today's Rangelands. *in:* Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO. | West et al. (1984) found no significant vegetative changes in a big sagebrush type in Utah after 14 years of livestock exclusion.<br><br>Tisdale et al. (1969) stated that vigorous stands of sagebrush in Idaho may indefinitely delay the recovery of the herbaceous understory even after 20-25 years of protection from grazing.<br><br>Sanders and Voth (1983) found no improvement over a 45-year period in three exclosures dominated by big sagebrush in southwestern Idaho.<br><br>In southeastern Idaho, Anderson and Holte (1981) found that both big sagebrush and grasses increased substantially when protected from grazing for 25 years.<br><br>In northern New Mexico, exclusion of cattle grazing for 22 years had little effect on sagebrush or understory species in either an upland or a lowland site (Holechek and Stephenson 1983).<br><br>Potter and Krenetsky (1967) found that ground cover of grass, forbs, and browse decreased in both protected and grazed sagebrush plots in New Mexico, and stated that grazing management alone had "poor possibilities" for | Location unknown |

43

| | | |
|---|---|---|
| | improvement of dense sagebrush stands.<br><br>Turner (1971) found that exclusion of livestock for 10 years had little effect on shrub communities dominated by big sagebrush, shadscale and Nuttall saltbush in western Colorado.<br><br>Whisenant and Wagstaff (1991) concluded that season of grazing had more effect on vegetation composition than intensity of grazing and that spring grazing was particularly damaging. | |
| Miller, R. F., T.J. Svejcar, and N.E. West. 1994. Implications of Livestock Grazing in the Intermountain Sagebrush Region: Plant Composition. Society for Range Management. Denver, CO. | Under lower levels of use, Holechek et al. (1989) concluded rest-rotation was a good system to consider in rugged terrain.<br><br>[In eastern Idaho (Mueggler 1950, Laycock 1967)] both fall grazing and total protection maintained plant communities in good ecological condition while heavy spring use allowed sagebrush to increase and perennial grasses and forbs to decline.<br><br>In general, where proper grazing management was applied, desirable perennial herbaceous vegetation increased both with and without grazing (Gibbens and Fisser 1975, Sneva et al. 1984, Kindschy 1987).  However, on sites where competition from woody plants or exotic annuals limited the reestablishment of desirable plant species, little change or a decline in desirable species occurred both inside and outside the exclosure (Hughes 1980, | Location unknown |

44

BLM_0078827

| | Anderson and Holte 1981, Sanders and Voth 1983, West et al. 1984). | |
|---|---|---|
| Miller, R.F., and L.L. Eddleman. 2000. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State Univ. Agric Exp Stn. Technical Bulletin 151. Corvallis, OR | In the absence of fire, changes that usually occur with excessive grazing in the different sagebrush types are an increase in density and cover of shrubs, annuals forbs, and annual grasses (especially introduced species), and a decrease in perennial forbs and grasses (Branson 1985, Tisdale 1994). | Location unknown |
| Severson, K.E., and P.J. Urness. 1994. Livestock Grazing: A Tool to Improve Wildlife Habitat *in*: Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO. | …sage grouse (*Centrocercus urophasianus*) are affected by broad-scale attempts to reduce sagebrush to favor grass production via herbicides, prescribed fire, mechanical treatments, etc.<br><br>The implication here is that if past sagebrush control operations have negatively affected sage grouse or pronghorn populations, sagebrush could be reestablished by judicious use of spring grazing by livestock.<br><br>Hanley and Page (1982) reported a situation where livestock grazing decreased plant structural diversity on xeric sites and increased it on more mesic sites. | Location unknown |
| Shaw, N.L. 1991. Recruitment and growth of Pacific will and sandbar willow seedlings in response to season and intensity of cattle grazing. *In*: Symposium on Ecology and Management of Riparian Shrub Communities May 29-31, 1991. Sun Valley, ID. | Density of Pacific willow seedlings did not vary among treatments or years. Increase in sandbar willow seedling density over time was similar for the spring grazing, fall grazing, and protected treatments, but declined over time in control pastures. Within species, seedling growth was similar in spring, fall, and protected pastures, exceeding that of controls. | N/A |

45

BLM_0078828

| | | |
|---|---|---|
| U. S. Dept. of Interior, Bureau of Land Management. 2002. Management Considerations for Sagebrush (*Artemisia*) in the Western United States: a selective summary of current information about the ecology and biology of woody North American sagebrush taxa. Washington, D.C. | Excessive, or poorly managed livestock grazing, such as too high a stocking rate over the grazing period, or uncontrolled or poorly timed grazing, causes degradation of sagebrush ecosystems. Improper livestock grazing practices change the proportion of shrubs, grasses, and forbs, increase the opportunity for invasion and dominance by exotic annual grasses and forbs, shorten the growing season, and can cause an overall decline in site potential through loss of topsoil. This decline in site potential often decreases the ability of soils to capture, store, and release water, causing sagebrush ecosystems to become more arid, which in turn provides less green plant material for shorter periods of time (Miller and Eddleman 2000).<br><br>It is well established that excessive livestock grazing increases the cover of Artemisia in many systems by reducing the competition from other plants (Whisenant 1990, Daddy 1988). Very often it is these other plants, especially native bunchgrasses and forbs, that are far below healthy levels in the ecosystem and that are the first to be eliminated under excessive livestock grazing (Watts and Wambolt 1996, West and Young 2000). While sagebrush densities could be increased in this way, it would likely be incompatible with attainment of BLM's Standards for Healthy Rangelands.<br><br>Archer and Smeins (1991, in Hann et al. 1997) | N/A |

46

BLM_0078829

|  | proposed that some traditional livestock grazing management practices are not compatible with native plant communities. They identified several examples of poor compatibility that are applicable to the sagebrush biome: (1) Traditionally, livestock are concentrated at artificially high levels. In contrast, densities of native herbivores varied seasonally and annually; (2) Fences prevent livestock from moving to new areas when the abundance of desired forages decreases. Consequently, traditional grazing practices result in higher frequencies and intensities of defoliation than would have occurred with pre-Euro-American settlement grazing regimes; (3) Mortality of native herbivores was a feedback loop that reduced grazing pressure, permitting recovery of native vegetation after periods of forage overuse. Supplemental feeding precludes mortality of livestock and thus maintains grazing over a greater portion of the year and over a higher frequency of years, compared with grazing that was exerted by native herbivores; and (4) Prolonged grazing in the sagebrush biome has decreased the capacity of grasses to competitively exclude woody plants, such as sagebrush. Therefore, sagebrush density and canopy cover increases at a faster rate compared with no grazing.

Under specific circumstances, rest-rotation, deferred, deferred rotational, and seasonal grazing methods have all been demonstrated to sustain rangeland plant communities within the |  |

47

BLM_0078830

|  | sagebrush biome (Vallentine 1990, in Hann et al. 1997). However, none of these grazing methods have been conclusively more effective than light to moderate stocking rates under continuous seasonal grazing (Hart and Norton 1988, Heady 1975, Stoddart et al. 1975, Vallentine 1990, in Hann et al. 1997). Despite the array of grazing methods conceived and promoted since 1950 in the United States, there has been, and continues to be, considerable debate over compatibility with native plant communities. In addition, all of the livestock grazing recommendations for the sagebrush biome summarized in this section are based upon either short-term studies or short to long-term observations, rather than long-term studies.<br><br>Grazing methods, and no grazing, are unlikely to elevate many plant communities that are in a low successional steady state to a higher successional state (Archer and Smeins 1991, in Hann et al. 1997). Sustainable grazing management relies on knowledge of critical thresholds and manipulation of livestock so these critical thresholds are not exceeded. Continued stocking at near-normal levels during periods of moderate to severe drought is probably the greatest cause of rangeland deterioration (Vallentine 1990, in Hann et al. 1997). Reduced stocking rates during drought, and for some time after drought, are necessary to minimize damage and hasten recovery of perennial vegetation (Vallentine 1990, in Hann |  |

BLM_0078831

|  | et al. 1997; Holechek et al. 1999).<br><br>Holechek et al. (1999) report that improvement in rangeland vegetation can be achieved through changes in livestock grazing methods, and through changes in livestock stocking rates. They present two science findings that are very important to the sagebrush biome: (1) rotation livestock grazing methods in semi-arid and desert areas, which includes the sagebrush biome, show no advantage compared with continuous or season-long grazing methods; and (2) research shows that stocking rate reductions, from heavy down to conservative (35% or less forage use) have much greater probability of improvement in rangeland vegetation, compared with rotation livestock grazing methods. The greatest benefit accruing to light or conservative stocking (35% or less forage use on palatable forage species) in terms of forage production occurred in dry years.<br><br>Where invasive exotic annual plants, such as cheatgrass and mustards, have produced an unnaturally high density of fine fuels that make sites much more susceptible to fire, grazing can reduce these fuels and lessen the likelihood of wildfire (Vallentine and Stevens 1994). However the timing of the livestock grazing is critical. It has to be judiciously applied within a very short window of time in early spring, before remnant native perennial species are growing, or else the livestock will consume the |  |
|---|---|---|

49

| | | |
|---|---|---|
| | remnant native species along with the exotics.<br><br>Late autumn browsing by sheep can reduce sagebrush cover. When suitable alternative forage is lacking, animals are essentially forced to browse sagebrush because herbaceous growth is dried, reduced and less palatable (Laycock 1967). Very heavy browsing by cattle also can reduce cover of *A. t. wyomingensis* purely through mechanical damage (Watts and Wambolt 1996). If these extreme stocking levels are repeated through time, rather than during a one-time event, the understory grasses and forbs can be extirpated from the site.<br><br>In Oregon, domestic sheep showed highest preference for low sagebrush (*A. arbuscula* spp. *arbuscula*) and medium preference for black sagebrush (*A. nova*). Sheep utilized, but did not prefer, Bolander silver sagebrush (*A. cana* spp. *bolanderi*) and mountain and foothill big sagebrush. They showed least preference for Wyoming and basin big sagebrush (Sheehy and Winward 1981). | |
| Vallentine, J.F. 1990. Grazing Management. Academic Press, Inc. San Diego, California. | Heavy grazing in the short term, implying overgrazing if continued over time, may have the following apparent advantages:<br>-Result in more uniform grazing pressure on all species, especially the less palatable species.<br>-Increase efficiency of forage consumption (but decrease forage availability and intake at very high stocking levels). | N/A |

50

BLM_0078833

| | -May effectively delay seedstalk formation and induce vegetative regrowth during active plant growth period (but only under ideal conditions of temperature, soil moisture, and soil fertility). | |
|---|---|---|
| Wambolt, C.L., A.J. Harp, B.L. Welch, N. Shaw, J.W. Connelly, K.P. Reese, C.E. Braun, D.A. Klebenow, E.D. McArthur, J.G. Thompson, L.A. Torell, and J.A. Tanaka. 2002. Conservation of Greater Sage-Grouse on Public Lands in the Western U.S.: Implications of Recovery and Management Policies. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-02-02. Caldwell, ID. | …grazing considerations will always be important to maintain habitat quality, but, do not appear as important in the next three to five years for the recovery of sage-grouse as are fire, habitat loss, invasive species and the other alternatives... <br><br>…public land grazing lessees and others contend that current grazing regimes should not be seriously altered until several other things happen. First, other activities that clearly have a negative effect on the grouse should be addressed. These include fire in the sagebrush ecosystem; landscape fragmentation from energy development, subdivisions and utility corridors; and outright removal of sagebrush for farming and other uses. Many grazing lessees are adamant that the negative impacts from these other activities are better understood and should be considered before grazing plans are seriously altered. Second, research on the specific relationships between grazing and grouse needs should be conducted to explicitly understand how to best change grazing patterns to benefit grouse. Changes to grazing would then be based on locally specific research. | Location unknown |

51

BLM_0078834

## Grazing Effects on Greater Sage-Grouse Cover and Food Availability

## Lek Sites

| Source | Citation |
|---|---|
| Patterson, R. L. 1952. The Sage Grouse in Wyoming. Wyoming Game and Fish Comm. and Sage Books, Inc. Denver, Colorado. | Displaying male sage-grouse require relatively open areas during the breeding season.<br><br>Lek sites are typically adjacent to sagebrush with adequate cover for nesting hens as well as protection from avian predators, and support low, sparse vegetation, if any at all.  Flat or gently sloping terrain is a common characteristic of leks as is their location in valley bottoms or draws.<br><br>Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds.<br><br>For two leks, interlek distance was 0.8 km, and for eight others, 2.4 km. In Wyoming, lek density of 29 leks within a water-reclamation project area averaged 6.8 leks per 100 km$^2$, compared with 8.4 leks per 100 km$^2$ for 18 leks in nearby, undeveloped sagebrush habitats. |
| Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept. | No treatment should be considered where sagebrush cover is less than 20 percent or within 2 miles of breeding, nesting, or brood areas. |
| Heath, B. J., R. Straw, S.H. Anderson, J. Lawson, and M. Holloran. 1998. Sage-Grouse Productivity, Survival, and Seasonal Habitat Use Among Three Ranches with Different Livestock Grazing, Predator Control, and Harvest Management Practices. Wyoming Game and Fish Dept. | Try to eliminate shrub control in areas that contain between 25-33% total shrub cover within 5 km of occupied leks to maintain sage grouse habitat. When it is necessary to set back plant succession and increase herbaceous vegetation production, treatments should occur in patterns within the landscape that maintain a diverse mosaic of shrub seral stages. |
| Rothenmaier, D. 1979. Sage grouse reproductive ecology: breeding | Mean height of sagebrush at 10 leks was 28 cm, mean cover was 22%; |

52

BLM_0078835

| | |
|---|---|
| season movements, strutting ground attendance and site characteristics and nesting. M.S. thesis. University of Wyoming, Laramie, Wyoming. | 90% of sample points had sagebrush <43 cm; percentage of sagebrush cover at 6 nest sites ranged from 12 to 29% (mean = 21.6%). |
| Petersen, B. E. 1980. Breeding and nesting ecology of female Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 86 pages. | In North Park, Colorado, mating areas (arenas) within leks had an average canopy cover of only 7.3% and a mean vegetation height of 5.3 cm; sagebrush species present included big sagebrush, alkali sagebrush (*A. arbuscula longiloba*), and black sagebrush<br><br>Lek sites are typically adjacent to sagebrush with adequate cover for nesting hens as well as protection from avian predators, and support low, sparse vegetation, if any at all.  Flat or gently sloping terrain is a common characteristic of leks as is their location in valley bottoms or draws. |

*The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.*

| Source | Citation | Location of Study |
|---|---|---|
| Eng. R. L., and R. J. Mackie. 1982. Integrating grazing-range management practices with management of major wildlife species on rangeland in northcentral Montana. Proc. West. Assoc. Fish and Wildl. Agencies. Montana Agric Exp Stn. 62:112-119. | Sharptails did not alter their distribution or habitat use when a major segment of their home range was subjected to intensive grazing following a rest period | Montana |
| Gibson, R. M. 1996. A re-evaluation of hotspot settlement in lekking Sage Grouse. Animal Behaviour 52:993-1005. | Of 10 leks surveyed in Mono County, California, six were in meadows, although meadows composed only 9% of the available sagebrush/meadow habitat.<br><br>In addition to open areas for display by males and traffic by hens, protection from raptors is a factor in lek location. | Mono County, California |
| Bradbury, J. W., R. M. Gibson, C. E. | Habitat type did not appear to be the primary | California |

BLM_0078836

| | | |
|---|---|---|
| McCarthy, and S. L. Vehrencamp. 1989. Dispersion of displaying male Sage Grouse. II. The role of female dispersion. Behavioral Ecology and Sociobiology 24:15-24. | factor in lek location, however; instead, female dispersal traffic (patterns of travel between wintering and nesting areas) appeared to most strongly influence lek location. | |
| Klebenow, D. A. 1985. Habitat management for Sage Grouse in Nevada. World Pheasant Association Journal 10:34-46. | Displaying male sage-grouse require relatively open areas during the breeding season.<br><br>Lek sites are typically adjacent to sagebrush with adequate cover for nesting hens as well as protection from avian predators, and support low, sparse vegetation, if any at all. Flat or gently sloping terrain is a common characteristic of leks as is their location in valley bottoms or draws. | Nevada |
| U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada. | Coordinate with livestock permittees to locate the placement of salt or mineral supplements appropriate distances from leks to avoid livestock concentrations and reduce the potential for harassment and displacement of birds during the breeding season. | Nevada |
| van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada. | Define, identify, conserve and enhance critical lek, nesting, brood rearing and winter habitat used by sage grouse. Characteristics of habitat types preferred by sage grouse at various times of the year, and the interrelationships between these habitat types, are not clearly defined. Public (landowners, land managers and other land users) involvement and participation in reporting sightings of sage grouse leks, nests, broods and winter locations should be encouraged. Intensive searches of sage grouse range are required to assess critical habitat | Nevada |

BLM_0078837

parameters throughout the year and the relationships between these habitat types. Abandoned habitat should be assessed for seasonal deficiencies which may limit use by sage grouse. Critical habitat must be protected and secured. Land-use practices and other factors detrimental to maintenance of quality sage grouse habitat need to be identified. Working co-operatively with land managers and other land users, initiatives need to be developed to enhance and maintain an abundance of high quality habitat on private and public lands throughout the range of sage grouse.

Establish public reporting system for sage grouse leks, nesting, brood and winter locations.
-Conduct searches/surveys for active leks, nests, brood rearing and winter use areas throughout sage grouse range.
-Document habitat characteristics of lek, nesting, brood-rearing and winter-use areas and the interrelationships between habitat types.
-Investigate habitat parameters (lek, nesting, brood rearing and winter use) in areas of abandoned leks.
-Investigate the use of remote-sensing data systems to identify potential lek, nesting, brood-rearing and winter habitat.
-Map critical lek, nesting, brood rearing and winter habitat areas.
-Identify critical lek, nesting, brood rearing

55

BLM_0078838

| | and winter habitat which must be protected, secured or enhanced.<br>-Identify land-use practices which are detrimental to provision of quality lek, nesting, brood rearing and winter habitat.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on public lands.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on private lands.<br>-Develop cooperative initiatives to enhance and improve the quantity and quality of lek, nesting, brood rearing and winter habitat. | |
|---|---|---|
| Nisbet, R. A., S. H. Berwick, and K. L. Reed. 1983. A spatial model of Sage Grouse habitat quality. Developments in Environmental Modeling 5:267-276. | Forty-one leks in Nevada and Utah were preferentially located in black sagebrush habitats (based on use versus availability) | Nevada and Utah |
| Ellis, K.L., J.R. Murphy, J.R., and G.H. Richins. 1987. Distribution of Breeding Male Sage Grouse in Northeastern Utah. Western Birds. 18:117-121. | On the basis of similar dispersal distances and distribution patterns, we believe that breeding male sage grouse in other areas most likely continue to select the same day-use areas year after year.  Such areas, once identified, should be protected to the greatest extent possible. Alteration of these areas may cause abandonment of a lek. | Duchesne County, northeast Utah |
| Ellis, K. L., J. R. Parrish, J. R. Murphy, and G. H. Richins. 1989. Habitat use by breeding male Sage Grouse: a management approach. Great Basin Naturalist 49:404-407. | During daytime, male sage-grouse in northeastern Utah used areas near leks that had comparatively greater canopy cover (mean = 31%) and taller shrubs (mean = 53 cm) than did nearby non-use areas. Minimum core day-use areas of males were 0.25 km$^2$ in size, and the birds often walked to such sites for feeding | northeast Utah |

BLM_0078839

| | and loafing. | |
|---|---|---|
| Rogers, G.E. 1964. Sage grouse investigations in Colorado. Tech. Publ. 16, 132 p. Colo. Game, Fish and Parks Dep., Denver. | …characteristics of 120 leks throughout Colorado during 1953-1961 and found that, on average, half were in sagebrush; 54% were on gentle slopes; 55% were in bottoms; only 5% were within 200 m of a building; and that although 42% were >1.6 km from an improved road, 26% were within 100 m of a county or state highway.<br><br>Lek sites are typically adjacent to sagebrush with adequate cover for nesting hens as well as protection from avian predators, and support low, sparse vegetation, if any at all.  Flat or gently sloping terrain is a common characteristic of leks as is their location in valley bottoms or draws. | Colorado |
| Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. J Wildl Manage. 52(1): 116-122.<br>Beck, T.D.I. 1977. Sage grouse flock characteristics and habitat selection in winter. J. Wildl. Manage. 41:18-26. | Male sage grouse from the mountain valley abandoned their leks in late April or early May.  Their movements to summer range were more direct and rapid than those of females.<br><br>Females from the mountain valley did not move directly to summer range after nesting. Instead, these birds remained in the general area of the lek on which they had been captured before moving to summer range in early to mid-June.<br><br>Limited data on male sage grouse from the lowland area suggest that males moved directly to summer ranges after leaving their leks in late April or early May.  Males | southeast Idaho |

57

BLM_0078840

| | | |
|---|---|---|
| | normally arrived on summer range first but were closely followed by females without broods.<br><br>…protection of sagebrush within a 3.2 km radius of leks is not sufficient (Beck 1977) because protecting sagebrush habitats associated with leks will not ensure that year long habitat requirements are met for migratory populations of sage grouse. | |
| Hulet, B.V., 1983. Selected responses of sage-grouse to prescribed fire, predation and grazing by domestic sheep in southeastern Idaho. Thesis. Brigham Young Univ. Provo, UT. | Sage grouse created new leks on domestic sheep salting grounds.<br><br>Sage grouse abandoned leks in areas where sagebrush was burned to improve the range for livestock. | southeast Idaho |
| Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game.<br>Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of Sage Grouse in Idaho. J. Wildl. Manage. 27:811-841. | Displaying male sage-grouse require relatively open areas during the breeding season. | Idaho |
| Wakkinen, W.L. 1990. Nest Site Characteristics and Spring-Summer Movements of Migratory Sage Grouse in Southeastern Idaho. Ph.D. Dissertation. Univ. of Idaho. | In a study of 31 leks in Idaho, mean interlek distance (i.e., distance between nearest neighbor leks) was about 1.6 km. | Idaho |
| Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33(3):649-661. | Of 13 leks examined in the Upper Snake River Plains in Idaho, 10 were in threetip sagebrush. | Idaho |
| Autenrieth, R. E. 1981. Sage Grouse | Lek sites are typically adjacent to sagebrush | Idaho |

BLM_0078841

| | | |
|---|---|---|
| management in Idaho. Idaho Dept. of Fish and Game | with adequate cover for nesting hens as well as protection from avian predators, and support low, sparse vegetation, if any at all.  Flat or gently sloping terrain is a common characteristic of leks as is their location in valley bottoms or draws.<br><br>Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds. | |
| Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game<br>Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID. | Known nesting areas (3.2 km radius of leks) should be avoided from mid-April to early June to reduce abandonment. | Idaho |
| Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of Sage Grouse in Idaho. J. Wildl. Manage. 27:811-841. | Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds. | Idaho |
| Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of Sage Grouse in Idaho. J. Wildl. Manage. 27:811-841.<br>Rogers, G. E. 1964. Sage Grouse investigations in Colorado. Technical Publication 16. Colorado Game, Fish and | Leks often occur in complexes, with satellite leks on the periphery that may not be used in all years, depending on population size or weather. | Idaho, Colorado |

59

BLM_0078842

| | | |
|---|---|---|
| Parks Department, Denver, Colorado. 132 pages.<br>Wiley, R. H., Jr. 1978. The lek mating system of the Sage Grouse. Scientific American 238:114- 125. | | |
| Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of Sage Grouse in Idaho. J. Wildl. Manage. 27:811-841.<br>Aldridge, C.L. 1998. Status of the Sage Grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association. Wildlife Status Report No. 13. Edmonton, Alberta, Canada. | During years of low population size, smaller dancing grounds tend to be abandoned. | Idaho, Alberta |
| Hanf, J. M., P.A. Schmidt, and E.B. Groshens. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Dept. of Interior, Bureau of Land Management Series. Prineville, OR. P-SG-01. | Minimize livestock and human activity adjacent to leks during the breeding season, and continue to monitor these activities<br><br>Minimize livestock and human activity adjacent to leks during the breeding season, and continue to monitor these activities. | central Oregon |
| Batterson, W. M., and W. B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Commission, Portland, Oregon. 29 pages. | Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds. | Oregon |
| Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993. Sage Grouse in Oregon. Wildlife Research Report 15. Oregon | Similar lek densities were reported in Oregon; there were 4.3 leks per 100 $km^2$ at Hart Mountain National Antelope Refuge and 4.7 leks per 100 $km^2$ at Jackass Creek. | Oregon |

BLM_0078843

| | | |
|---|---|---|
| Department of Fish and Wildlife, Portland, Oregon. 70 pages.<br>Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Northern Prairie Wildlife Research Center. Jamestown, ND. | | |
| Marshall, D.B., Chilcote, M., and H. Weeks. 1996. Species at Risk: Sensitive, Threatened, and Endangered Vertebrates of Oregon. Oregon Dept. of Fish and Wildlife. Portland, OR. | Sagebrush protection is needed within at least a 1.5 mile radius of leks. | Oregon |
| Barrett H., E.G. Campbell, S. Ellis, J. Hanf, R. Masinton, J. Pollet, T. Rich, J. Rose, J. Sadowski, F. Taylor, and P. Teensma. 2000. Greater sage grouse and sagebrush-steppe ecosystems management guidelines. U. S. Dept. of Interior, Bureau of Land Management<br>Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. J Wildl Manage. 52(1): 116-122.<br>Vallentine, J. F. 1990. Grazing management. Academic Press, Incorporated. San Diego, CA. 553pp.<br>Thurow, T. L., and C. A. Taylor. 1999. The role of drought in range management. Journal of Range Management 52:413-419. | Livestock allocations should only be increased if it can be demonstrated that there are no detrimental effects on sage-grouse habitat quality.<br><br>Where livestock grazing results in a level of forage use (utilization levels) determined to have detrimental effects to habitat quality, changes in grazing management that will improve or restore habitat quality will be made as soon as practical but no later than the start of the next grazing year pursuant to 43 CFR 4180.2(c). Examples of changes in management that should be considered include: temporary livestock exclusion (rest); permanent livestock exclusion; change in the season, duration, or intensity of use; fencing; and changes in salting and/or watering locations.<br><br>Provide secure sage grouse breeding ground habitat to reduce physical disturbance to sage | Oregon and Washington |

BLM_0078844

| | | |
|---|---|---|
| | grouse by managing locations of salt or mineral supplements within 0.4 km (1/4 mi) of lek locations.<br><br>Timing and location of livestock turnout and trailing should not contribute to livestock concentrations on leks during the sage grouse breeding season.<br><br>Grazing use levels within known/occupied habitat will be determined specifically for those habitats, not averaged with use levels for the remainder of the pasture or grazing units.<br><br>Coordinate with livestock permittees to locate the placement of salt or mineral supplements appropriate distances from leks to avoid livestock concentrations and reduce the potential for harassment and displacement of birds during the breeding season.<br><br>Construct new spring developments to maintain their free-flowing nature and wet meadow characteristics. Where priority and funding permits, retrofit existing springs to restore free-flowing nature.<br><br>Install wildlife escape ramps in all new water troughs. Where priority and funding permits, retrofit existing water troughs.<br><br>Construct new livestock facilities (livestock troughs, fences, corrals, handling facilities, "dusting bags," etc.) at least 1 km (0.6 mi.) | |

62

| | from leks to avoid concentration of livestock, collision hazards to flying birds, or avian predator hunting perches.<br><br>The BLM grazing regulations (43 CFR 4180.2 [c]) state: "The authorized officer shall take appropriate action as soon as practicable but not later than the start of the next grazing year upon determining that existing grazing management practices or levels of grazing use on public lands are significant factors in failing to achieve the standards and conform with the guidelines that are made effective under this section."<br><br>Grazing too soon after disturbances such as fire may lead to long-term reductions in food plants and nesting cover.  Current BLM policy provides for a minimum rest of two growing seasons following fire.<br><br>Drought can lead to an increase in overlapping use among livestock, wild horses, and sage-grouse. Drought can exacerbate adverse effects of livestock and wild horse grazing on vegetation and soils (Vallentine 1990). In some instances, failure to timely adjust livestock use during drought has resulted in limited plant regrowth and overuse in wet meadows and riparian areas, negating gains in rangeland conditions during higher-precipitation years (Thurow and Taylor 1999). | |
| Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for | Sage-grouse recovery will require protecting remaining shrub-steppe habitat from fires, | Washington |

BLM_0078846

| | | |
|---|---|---|
| the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington. | harmful grazing, conversion, and development.<br><br>Minimize proliferation of additional corridors for power lines, towers, and fences, except where needed to exclude livestock. Remove unneeded fences in sage-grouse use areas.<br><br>Discourage removal of sagebrush from known sage-grouse wintering areas and areas that provide escape cover in breeding habitat, especially within 3 km of leks<br><br>Salt grounds should not be located on sites used annually by grouse. New livestock water developments should not located at sites used by grouse unless designed to improve habitat and reduce existing damage by livestock.<br><br>Use periodic deferral of grazing and rotational grazing in all rangeland pastures. | |
| Hofmann, L. A. 1991. The western Sage Grouse (*Centrocercus urophasianus phaios*) on the Yakima Training Center in central Washington: a case study of a declining species and the military. M.S. thesis. Central Washington University, Ellensburg, Washington. | Hofmann (1991) reported a mean size of 36 ha for the four largest leks in a study in central Washington.<br><br>Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds. | Washington |
| Wallestad, R. and P. Schadweiler. 1974. Breeding season movements and habitat use of male sage grouse in central Montana. J. Wildl. Manage. 38(4):634-637. | Eighty percent of the locations [of feeding and loafing sites of strutting cocks] occurred in sagebrush with a canopy coverage of 20-50 percent. | Montana |

BLM_0078847

| | | |
|---|---|---|
| | Males also remain near leks during the nesting season, with one study reporting that 76% of all movements during this season were within one kilometer of the dancing grounds. | |
| Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Northern Prairie Wildlife Research Center. Jamestown, ND . | Sage-grouse establish leks not only in native habitats but also in altered or recently disturbed environments.<br><br>There is no evidence that suitable habitat for leks is limiting for sage-grouse.<br><br>This flexibility suggests that man-made leks are a potential management tool when traditional leks are destroyed, such as by wildfire or human activities<br><br>Keys to management are maintaining expansive stands of sagebrush (*Artemisia* spp.), especially varieties of big sagebrush (*A. tridentata*), with abundant forbs in the understory, particularly during spring; undisturbed and relatively open sites for leks; and healthy perennial grass and forb stands intermixed with sagebrush for brood rearing. Within suitable habitats, areas should have 15 to 25% canopy cover of sagebrush 30 to 80 cm tall for nesting, and 10 to 25% canopy cover from 40 to 80 cm tall for brood rearing (Connelly et al. 2000). In winter habitats, shrubs should be exposed 25 to 35 cm above snow level and have 10 to 30% canopy cover exposed above snow. In nesting and brood-rearing habitats, understory habitats with | North Dakota |

BLM_0078848

| | adequate cover of grasses (>15%) and forbs (>10%) at least 18 cm tall are needed (Connelly et al. 2000). | |
|---|---|---|
| Aldridge, C.L. 1998. Status of the Sage Grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association. Wildlife Status Report No. 13. Edmonton, Alberta, Canada. | Males begin returning to strutting grounds in late winter, and begin displaying and establishing territories on leks as soon as snow begins to disappear. | Alberta |
| Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage Grouse (*Centrocercus urophasianus*). No. 425 in A. Poole and F. Gill, editors. The birds of North America, The Academy of Natural Sciences, Philadelphia, Pennsylvania; The American Ornithologists' Union, Washington, D.C. 28 pages. | …livestock (J. W. Connelly pers. comm.) … may adversely influence display activity when disturbances are near breeding areas.<br><br>Sage-grouse establish leks not only in native habitats but also in altered or recently disturbed environments.<br><br>There is no evidence that suitable habitat for leks is limiting for sage-grouse. | N/A |
| Mack, R. N. and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-773. | Heavy spring grazing can prevent the plants from reproducing and can eventually eliminate the native bunchgrasses. | Location unknown |
| Braun, C.E. 1987. Current issues in sage grouse management. Proc. Of the Western Assoc. Fish and Wildl. Agencies 67:134-144.<br>Dobkin, D.S. 1995. Management and conservation of sage grouse, denominative species for the ecological health of shrubsteppe ecosystems. USDI Bureau of Land Management. Portland, OR. | Indirect evidence suggests grazing by livestock or wild herbivores that significantly reduces the herbaceous understory in breeding habitat may have negative impacts on sage grouse populations. | Location unknown |

66

| | | |
|---|---|---|
| Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildl Soc. Bull. 28(4):967-985. | | |
| Scott, J. W. 1942. Mating behavior of the Sage Grouse. Auk 59:477-498.<br>Klebenow, D. A. 1973. The habitat requirements of Sage Grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305-315. | Leks vary in size; Scott (1942) reported a range of 0.4 to 16 ha, based on his work on the Laramie Plains in Wyoming; one lek, however, was about 20 ha in size and supported 400 strutting males.  Klebenow (1973) reported a typical range from 0.04 to 4.0 ha. | Location unknown |
| Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildl Soc. Bull. 28(4):967-985. | For nonmigratory grouse occupying habitats that are distributed uniformly…protect (i.e. do not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks<br><br>For nonmigratory grouse occupying habitats that are not distributed uniformly…protect suitable habitats for $\leq 5$ km from all occupied leks<br><br>For migratory populations, identify and protect breeding habitats within 18 km of leks<br><br>During drought periods ($\geq 2$ consecutive years), reduce stocking rates or change management practices for livestock, wild horses, and wild ungulates if cover requirements during the nesting and brood-rearing periods are not met. Grazing pressure from domestic livestock and wild ungulates should be managed in a manner that at all times addresses the possibility of drought. | Location unknown |

67

| | | |
|---|---|---|
| | Human activities within view of or <0.5 km from leks should be minimized during the early morning and late evening when birds are near or on leks.<br><br>Generally, fire should not be used in breeding habitats dominated by Wyoming big sagebrush if these areas support sage grouse.<br><br>Increase the visibility of fences and other structures occurring within 1 km of seasonal ranges by flagging or similar means if these structures appear hazardous to flying grouse.<br><br>Keys to management are maintaining… undisturbed and relatively open sites for leks | |
| Scott, J. W. 1942. Mating behavior of the Sage Grouse. Auk 59:477-498.<br>Klebenow, D. A. 1973. The habitat requirements of Sage Grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305-315.<br>Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage Grouse (*Centrocercus urophasianus*). No. 425 in A. Poole and F. Gill, editors. The birds of North America, The Academy of Natural Sciences, Philadelphia, Pennsylvania; The American Ornithologists' Union, Washington, D.C. 28 pages. | Displaying male sage-grouse require relatively open areas during the breeding season. | Location unknown |
| Scott, J. W. 1942. Mating behavior of the Sage Grouse. Auk 59:477-498. | Lek sites are typically adjacent to sagebrush with adequate cover for nesting hens as well as protection from avian predators, and support | Location unknown |

BLM_0078851

| | | |
|---|---|---|
| | low, sparse vegetation, if any at all.  Flat or gently sloping terrain is a common characteristic of leks as is their location in valley bottoms or draws. | |
| Klebenow, D. A. 1973. The habitat requirements of Sage Grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305-315. Giezantanner, K. 1., and W. H. Clark. 1974. The use of western harvester ant mounds as strutting locations by Sage Grouse. Condor 76:218-219. Connelly, J. W., W. J. Arthur, and O. D. Markham. 1981. Sage Grouse leks on recently disturbed sites. Journal of Range Management 34:153-154. Gates, R. J. 1985. Observations of the formation of a Sage Grouse lek. Wilson Bulletin 97:219-221. | Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds. | Location unknown |
| Connelly, J. W., W. J. Arthur, and O. D. Markham. 1981. Sage Grouse leks on recently disturbed sites. Journal of Range Management 34:153-154. | This flexibility suggests that man-made leks are a potential management tool when traditional leks are destroyed, such as by wildfire or human activities | Location unknown |

## Nesting Habitat

| Source | Citation |
|---|---|
| Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept. | Relatively dense (20-40 percent coverage) sagebrush stands are used for nesting

No treatment should be considered where sagebrush cover is less than 20 percent or within 2 miles of breeding, nesting, or brood areas. |

BLM_0078852

| | During livestock drives, nesting areas within 2 miles of breeding grounds should be avoided from mid-April through mid-June.<br><br>High intensity grazing or trampling should be avoided in nesting and brood rearing areas. |
|---|---|
| Heath, B. J., R. Straw, S.H. Anderson, J. Lawson, and M. Holloran. 1998. Sage-Grouse Productivity, Survival, and Seasonal Habitat Use Among Three Ranches with Different Livestock Grazing, Predator Control, and Harvest Management Practices. Wyoming Game and Fish Dept. | Removing less than 50% of the herbaceous vegetation production appear to have similar affects on sage grouse nesting and early chick survival<br><br>We recommend maintaining residual grass heights > 10 cm to provide nesting sage grouse with suitable concealment and screening cover. |
| Petersen B.E. 1980. Breeding and nesting ecology of female sage grouse in North Park, Colorado. M.S. Thesis, Colo. St. Univ. Fort Collins, Colo. | …sage grouse nest in stands with the maximum big sagebrush height and canopy cover available for nesting. |
| Patterson, R. L. 1952. The Sage Grouse in Wyoming. Wyoming Game and Fish Comm. and Sage Books, Inc. Denver, Colorado. | Nest destruction by livestock trampling is rare, however, the presence of livestock can cause sage grouse to abandon their nests.<br><br>Patterson (1952) recorded >200 sage-grouse nests during 1949-50 in the Eden Valley- Pacific Creek area in Wyoming. Height of cover at nest sites ranged from 0 to 102 cm, with a mean of 36 cm; nests were most commonly placed beneath "short sagebrush of medium density, such as is found on drier sites, in preference to the dense, tall sagebrush found along watercourses…." (Patterson 1952:114).<br><br>In Wyoming, nesting densities of sage-grouse were considerably lower (10 nests/100 ha) in areas heavily grazed by domestic sheep compared to adjacent sites with moderate grazing (28 nests/100 ha).  Nest desertion caused by migrant bands of sheep also was documented. |
| Lyon, A. G. 2000. The potential effects of natural gas development on Sage Grouse near Pinedale, Wyoming. M.S. thesis. University of Wyoming, Laramie, Wyoming. 120 pages. | In the Green River Valley in Wyoming, Lyon (2000) compared a suite of variables at 50 nests with random vegetation plots. Compared with independent, random sites, nest-use plots had taller average live sagebrush (32.7 vs. 27.6 cm), more grass cover (10.6 vs. 5.4%), more |

70

BLM_0078853

| | |
|---|---|
| | forb cover (8.2 vs. 4.3%), and taller nest bushes (44.4 vs. 21.4 cm). Compared to random sites, nest sites had greater tall (>18 cm) residual grass cover and greater cover of medium-height shrubs. |
| Petersen, B. E. 1980. Breeding and nesting ecology of female Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 86 pages.<br>Gill, R. B. 1965. Distribution and abundance of a population of Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 142 pages. | In North Park, Colorado, Petersen (1980) studied breeding biology of sage-grouse hens; mean sagebrush canopy cover at 35 nest sites was 24% (range from 9.4 to 52.6%), and mean sagebrush height was 32 cm (range 11.1 to 59.8 cm), with no differences between nest sites used by adult versus yearling hens. Slope at nest sites was gentle, with 85% of nests on slopes of <12% (Petersen 1980). Gill (1965), also working in North Park, located 92% of 117 nests under sagebrush; mean height of cover at the nest was 43 cm. Nests were typically on flat ground, with mean slope of 2% (Gill 1965). |
| Schroeder M.A., J.R. Young, C.E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). p 1–28 *In*: A. Poole and F. Gill (eds.) The birds of North America. The Birds of North America, Inc., Philadelphia, Penn.<br>Patterson R.L. 1952. The sage grouse in Wyoming. Sage Books, Inc., Denver, Colo.<br>Gill, R. B. 1965. Distribution and abundance of a population of Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 142 pages. | Density of sage-grouse nests varies across the range of the species, with densities of 3.8 to 55.6 per km$^2$ reported by Schroeder et al. (1999). Nest densities averaged 16.2 per km$^2$ over two breeding seasons within big sagebrush habitats in Wyoming (Patterson 1952). Across North Park, Colorado, nest density was estimated at 12.4 per km$^2$ (Gill 1965). |
| Giesen, K.M. 1995. Evaluation of livestock grazing and residual herbaceous cover on sage grouse nest success. Unpublished report. Colorado Division of Wildlife. Wildlife Research Report. | Combined data from both years [1993-1994] indicated nearly one-third (32.2%) of the marked hens moved farther than 3.0 km from the lek to nest.<br><br>Shrub height, primarily sagebrush (*Artemisia* spp.) at nests averaged 54.6 ±14.0 cm and 57.7 ± 14.5 cm in 1993 and 1994, respectively. Mean sagebrush canopy cover and density at nests were 35.3 ± 14.9% and 14,700 ± 6,000 plants/ha in 1993 and 42.8 ± 15.0% and 15,300 ± 6,200 plants/ha in 1994. No differences in habitat selected for nesting were observed by hens marked at different strutting grounds.<br><br>Ritchie et al. (1994) suggested that herbaceous cover may be more |

71

BLM_0078854

| | |
|---|---|
| | important in determining sage grouse nest success than sagebrush height or cover. Results from this study, particularly the comparisons between nest transects and dependent random transects agree with this finding. |
| Holloran, M.J., B.J. Heath, A.G. Lyon, S.J. Slater, J.L. Kuipers, and S.H. Anderson. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. J Wildl Manage. 69(2): 638-649. | Greater sage grouse in Wyoming selected nesting sites with more shrub and residual grass cover than was present at randomly selected sites, supporting our hypothesis that nest sites were characterized by appropriate sagebrush and herbaceous cover (Connelly et al. 1991). <br><br> …the probability plot indicated increasing sagebrush height did not substantially influence the probability of a nest, suggesting that greater sage grouse selected for increased total shrub canopy cover given adequate sagebrush height. This contention was also supported by the relative variable importance analysis. <br><br> … the confidence interval around the odds ratio for sagebrush height was centered about 1, suggesting that sagebrush height was not a good predictor of nesting habitat. <br><br> Greater sage grouse generally select sagebrush patches in mid-range canopy cover conditions (i.e. 15 to 25%; Connelly et al. 2000) for nesting, and avoid sparse and excessively dense patches. However, the relationship between shrub canopy cover and the probability of a nest was linear (not quadratic), and suggested that selection was for sagebrush patches with the highest canopy cover in the range of canopies measured (i.e., range 15-40% for grouped means). <br><br> The relative importance analysis suggested that taller and thicker residual grass cover characterized successful greater sage grouse nesting habitat. <br><br> Our results support findings that cover of taller grasses was important to nesting grouse, while further suggesting both increased residual grass cover and height could be important individually. |

BLM_0078855

| | The relative importance analysis additionally indicated that herbaceous cover and height were more important than shrub cover or height in distinguishing successful from unsuccessful nests.  However, the nest selection analysis established that nests were in areas with increased shrub canopy cover relative to available areas.  Thus, taller, thicker residual grass cover in dense sagebrush stands appeared to increase the probability of a successful nest. |
| | Our results suggest the timing and amount of moisture received were important to nest success...cool season grass growth during the preceding year (i.e., available as residual grass to nesting females) appeared to be important for overall greater sage grouse nesting success. |
| | ... selection was for areas with the densest residual grass available and, within those selected areas, nests with the densest residual grass were most successful. |
| | ... residual grass heights should be a minimum of 10 cm within Wyoming big sagebrush dominated habitats. |
| | Our results suggest that sagebrush patches with a combination of dense shrub (overhead) and residual grass (lateral) cover are preferred greater sage grouse nesting areas and that tall, dense residual grasses within these dense shrub stands may be important for nesting success.  The results additionally suggest that factors other than the vegetative characteristics immediately surrounding the nest influence nesting success. |
| | ...our results suggest annual grazing in nesting habitat, regardless of the timing, could negatively impact the following year's nesting success. |

73

BLM_0078856

*The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.*

| Source | Citation | Location of Study |
|---|---|---|
| Batterson, W. M., and W. B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Commission, Portland, Oregon. 29 pages. | Nesting areas are found on gradually sloping sagebrush-covered hills from one to five miles from the strutting grounds and from 100 to 400 feet higher in elevation.  Most nests are built at the foot of a sagebrush and under an over-hanging limb… | Columbia River Basin (Oregon and Washington) |
| Call, M. W., and Maser, C. 1985. Wildlife habitats in managed rangelands, the Great Basin of southeastern Oregon: Sage-Grouse. U.S. Dept. Agric. Pacific Northwest For. And Range Exp. Stn., Gen. Tech. Rep. PNW-187. | Grass cover and/or height may contribute to suitable nesting habitat and, possibly, success  …so long as key vegetation components do not deteriorate, cattle are not a serious factor in destruction of nests  In important sage grouse nesting and summering areas, livestock grazing should be monitored to protect at least 50 percent of the annual herbaceous vegetation (by weight) prior to mid-September.  After mid-September, grouse commence feeding on sagebrush and increased livestock grazing on herbaceous vegetation will not be detrimental. | Columbia River Basin (Oregon and Washington) |
| Coggins, K. A. 1998. Relationship between habitat changes and productivity of sage grouse at Hart Mountain National Antelope Refuge, Oregon. Oregon State Univ., Corvallis, Oregon. | …mean nest initiation and renesting rates increased concordantly with spring forbs, which increased 2- to 3-fold in several key cover types between periods  … mean nesting success increased concomitantly with increases in tall grass cover during spring | Columbia River Basin (Oregon and Washington) |

74

BLM_0078857

| | | |
|---|---|---|
| Crawford, J. A., M. A. Gregg, M. S. Drut, and A. K. DeLong. 1992. Habitat use by female Sage Grouse during the breeding season in Oregon. BLM Coop. Res. Unit, Oregon State Univ. Corvallis, OR | Greater amounts of residual tall grass cover and medium height shrub cover at nests likely provided increased nest concealment from predators and resulted in greater nest success than at sites with less tall grasses and medium shrubs.<br><br>Sage grouse apparently require stands of medium height (40-80 cm) sagebrush with an understory of tall (>18 cm) residual bunchgrasses for successful nesting.<br><br>Management of nesting habitat should concentrate on big sagebrush stands with an understory of native perennial grasses, whereas management of brood and broodless hen habitat should concentrate on maintenance of cover type diversity and availability of forbs.<br><br>Livestock grazing is the principal land management practice and proximate factor that affects grass cover and height (Rickard et al 1975).<br><br>Maintain or develop stands consisting of 8-12% cover of Wyoming big sagebrush and 15-20% cover of mountain and basin big sagebrush (Winward 1991) to provide nesting habitat with medium height (40-80 cm) sagebrush and tall (>18 cm) residual grass cover. | Columbia River Basin (Oregon and Washington) |
| DeLong, A.K., J.A. Crawford, and D.C. DeLong, Jr. 1995. Relationships between vegetational structure and predation of | Artificial nest fate was positively associated with tall grass cover and medium-height shrub cover collectively ($p=0.01$). | Columbia River Basin (Oregon and Washington) |

75

BLM_0078858

| | | |
|---|---|---|
| artificial sage grouse nests. J Wildl Manage. 59(1):88-92. | This study supports the hypothesis that greater amounts of tall grass and medium-height shrub cover at nest sites lower risk of nest predation for sage grouse.<br><br>…land management practices that reduce herbaceous cover in sagebrush communities can negatively affect sage grouse nesting habitat…When sage grouse nesting habitat is an objective, managers should monitor livestock distribution and depletion of grasses to remove livestock before the minimum herbaceous cover and height needed for nesting is reached.  Some rangelands may need rest from grazing to increase herbaceous cover and height to desired levels.  In many situations, however, the absence of livestock grazing along would not increase herbaceous cover because high shrub cover effectively inhibits the herbaceous understory (Sneva et al. 1984, Laycock 1991, Winward 1991). | |
| Drut, M. S., J. A. Crawford, and M. A. Gregg. 1994. Brood habitat use by Sage Grouse in Oregon. Great Basin Naturalist 54:170-176. | In southeastern Oregon, 13 of 18 nests were in big sagebrush | Columbia River Basin (Oregon and Washington) |
| Hanf, J. M., P. A. Schmidt, and E. B. Groshens. 1994. Sage Grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Department of the Interior, Bureau of Land Management, Prineville, Oregon. 57 pages. | Grass at nest sites was taller than at random sites and successful nesting sites had taller grass than unsuccessful sites.<br><br>Medium and tall shrubs were also recurrent components of successful nest sites (Hanf et al. 1994). Grazing that occurs just prior to nesting (winter and early spring) has the most | Columbia River Basin (Oregon and Washington) |

76

BLM_0078859

| | | |
|---|---|---|
| | immediate effect on residual cover; adequate herbaceous cover should be left for concealment of nests.<br><br>In central Oregon, nests were most common in mountain big sagebrush (*A. t. vaseyana*); however, the percentage of nests in this type was similar to the availability of the type.<br><br>Although mountain shrub types (mountain big sagebrush/antelope bitterbrush) and native grasslands were less commonly used, sage-grouse appeared to select these types for nesting; that is, use exceeded availability.<br><br>Improve the quality of nesting habitat.  This includes managing for appropriate habitat types and structural composition within nesting habitat, especially with respect to grass height. | |
| Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington. | Wherever possible, prevent disturbance in sage-grouse nesting and brood rearing habitat between 1 March and 15 June, including…livestock trail use…<br><br>Where protection and restoration of sage-grouse is a major objective for public lands, manage grazing so that the habitat characteristics needed for breeding and wintering can be consistently maintained (Connelly et al. 2000).<br><br>Discourage removal of sagebrush from known sage-grouse wintering areas and areas that provide escape cover in breeding habitat, | Washington |

77

BLM_0078860

| | especially within 3 km of leks. | |
|---|---|---|
| Sveum, C. M., W. D. Edge, and J. A. Crawford. 1998. Nesting habitat selection by Sage Grouse in south-central Washington. Journal of Range Management 51:265-269. | …evaluated nesting habitat selection at the Yakima Training Center in Washington, which contains some of the most intact sage-grouse habitat remaining in the state.  Most first nest attempts (64% of 72) were in the big sagebrush/bunchgrass cover type. This type was preferred (use exceeded availability) in 1 of 2 yr of study. Sage-grouse nested in stiff sagebrush (*A. rigida*)/bluegrass (*Poa* spp.) and grassland cover types less than expected in both years. They showed no preference (i.e., use was proportional to availability) for nesting in big sagebrush/bunchgrass that had reduced shrub cover and increased bare ground resulting from military training activities, or in riparian cover types (ephemeral streams and wet areas). Shrub cover at nest sites averaged 51% (1992) and 59% (1993), compared with 6 to 7% at random sites. Shrub height was greater (59 and 63 cm) at nest sites than at random sites (15 and 13 cm) (1992 and 1993, respectively). Nest sites also had less cover of short (<18 cm) grasses, greater vertical cover height, less bare ground, and more litter than random sites

Most nests [within the Yakima Training Center study site] (71%) were in big sagebrush (*Artemesia tridentata* Nutt.)/bunchgrass communities.

Nest habitat was characterized by greater shrub cover, shrub height, vertical cover height, | Columbia River Basin (Oregon and Washington) |

BLM_0078861

| | residual cover, and litter than at random locations.<br><br>Successful 1 m² nest sites within big sagebrush/bunchgrass in 1992 had less shrub cover (51%) and shrub height (64 cm) than depredated nest sites (70% and 90 cm, respectively).  Successful 77 m² nest areas in big sagebrush/bunchgrass in 1993 had more tall grass (≥ 18 cm) than depredated nest areas.<br><br>Nest sites had greater vertical cover height each year and greater standing dead cover than random sites in 1992. | |
|---|---|---|
| Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993. Sage Grouse in Oregon. Wildlife Research Report 15. Oregon Department of Fish and Wildlife, Portland, Oregon. 70 pages. | On better ranges, litter and grass-forb understory was thought to contribute to successful nesting by helping to camouflage nests.<br><br>…successful nests were located in stands of sagebrush with a higher canopy coverage than those of unsuccessful nests. | Columbia River Basin (Oregon and Washington) |
| Gregg, M. A. 1994. Brood habitat use by Sage Grouse in Oregon. Great Basin Naturalist 54:170-176.<br>Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. Delong. 1994. Vegetational cover and predation of Sage Grouse nests in Oregon. Journal of Wildlife Management 58:162-166. | 94% of all nests of radio-marked hens were under sagebrush in an area where sagebrush composed 87% of the shrubs. | southeastern Oregon |
| Rasmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the Sage Grouse in Utah, with special reference to | Nest destruction by livestock trampling is rare, however, the presence of livestock can cause sage grouse to abandon their nests. | Utah |

BLM_0078862

| | | |
|---|---|---|
| nesting and feeding habits. Transactions of the North American Wildlife Conference 3:852-864. | Of 161 nests examined in Utah, two were trampled by livestock (one sheep, one cattle) and five were deserted due to disturbance by livestock.<br><br>Nesting is, as a rule, definitely under way by the middle of May in the Strawberry Valley. This is subject to some seasonal variation…Observations in the Strawberry Valley (elevation 7,550 to 8,000 feet) show that in 1936 the nesting activity began early in May and nests were found between the 12th and 16th of May with clutches from 4 to 8 eggs.<br><br>Observations on some nests near Portage, Utah, at an elevation of near 5,500 feet showed that nesting activity began between April 15 and April 30 in 1936.<br><br>The nesting period extended until the first week of July, the last hatch with definite record was on July 5, 1936.<br><br>Concealment is the first and perhaps most important requisite of a good sage grouse nesting site.<br><br>Of the 161 nests studied during the two years all were found on the ground, usually protected by sagebrush and never a great distance from these shrubs.<br><br>In the case of the two nests destroyed by | |

80

BLM_0078863

| | | |
|---|---|---|
| | livestock one is attributed to sheep and the other to cattle, they were the only class of stock using the area where the desertion occurred.<br><br>The livestock which accounted for the 5 desertions were both sheep and cattle.  In all cases the stock either knocked eggs from the nest or bedded down too near the nest.<br><br>In the most productive nesting habitat in the Strawberry Valley in Utah, Rasmussen and Griner (1938) found 36 nests per km$^2$. This habitat was composed of recently disturbed (e.g., from burning or flooding) sites in which big sagebrush or black sagebrush had recovered so that >50% of total cover was in sagebrush, and shrubs were >45 cm tall. | |
| Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND. Northern Prairie Wildlife Research Center. | Greater Sage-Grouse nest in a variety of cover types, but most nests are under big sagebrush (Patterson 1952, Gill 1965, Petersen 1980, Wakkinen 1990, Connelly et al. 1991, Schroeder et al. 1999). Other shrubs used for nesting cover include bitterbrush, greasewood (*Sarcobatus vermiculatus*), horsebrush (*Tetradymia* spp.), low sagebrush, mountain mahogany (*Cercocarpus* spp.), rabbitbrush, shadscale saltbush (*Atriplex confertifolia*), snowberry (*Symphoricarpos* spp.), and western juniper (*Juniperus occidentalis*) (Patterson 1952, Klebenow 1969, Wakkinen 1990, Connelly et al. 1991, Crawford and Davis 2002). Nests also have been found on bare ground devoid of cover (Patterson 1952) and | North Dakota |

BLM_0078864

| | | |
|---|---|---|
| | under basin wildrye (*Leymus cinereus*) (Wakkinen 1990, Crawford and Davis 2002). Young (1994) reported a Gunnison Sage-Grouse nest beneath a Douglas-fir (*Pseudotsuga menziesii*) tree.<br><br>The most suitable nesting habitat includes a mosaic of sagebrush with horizontal and vertical structural diversity. A healthy understory of native grasses and forbs provides 1) cover for concealment of the nest and hen from predators, 2) herbaceous forage for pre-laying and nesting hens, and 3) insects as prey for chicks and hens. Mean sagebrush canopy cover at nest sites ranges from 15 to 38%, and mean sagebrush height ranges from 36 to 79 cm (Schroeder et al. 1999). Mean distance between nests and nearest leks varies from 1.1 to 6.2 km; however, nests have been found >20 km from the nearest lek (Connelly et al. 2000).<br><br>In an Idaho study, 216 nest bushes were taller and larger than big sagebrush shrubs in 40- $m^2$ plots surrounding the nests (Autenrieth 1981). Mean height of nest bushes ranged from 58.2 cm to 79.3 cm, compared with 30.2 to 54.9 cm in the plots. Mean diameter of nest bushes ranged from 93.9 to 109.7 cm, compared with 42.7 to 61.0 cm for other sagebrush shrubs in the plots (Autenrieth 1981). Canopy cover in the surrounding plots ranged from 23.4 to 38.1%. Distance from nests to water varied from 530 to 2,257 m. | |
| Poley, B. E. 1969. Seasonal Movements of | From data collected in 1968 in Colorado, it | Colorado |

BLM_0078865

| | | |
|---|---|---|
| Sage Grouse in Colorado. Journal of Colorado Field Ornithologists. 5:1-4. | was found that females began nesting in late May.<br><br>Observations indicated that sage grouse hens acted as individuals as opposed to following general patterns. | |
| Crawford, J. A., and D. M. Davis. 2002. Habitat use by Greater Sage-Grouse on Sheldon National Wildlife Refuge. Final Report. Game Bird Research Program, Oregon State University, Corvallis, Oregon. 119 pages. | Of 61 sage-grouse nests at the Sheldon National Wildlife Refuge (NWR) in Nevada, 41% were in mountain big sagebrush, 31% were in mountain shrub (including mountain big sagebrush, antelope bitterbrush, bluegrass, and needlegrass [*Achnatherum* spp.]), and 13% were in low sagebrush cover types.<br><br>Neither cover type, medium-height (40 to 80 cm) shrub cover, nor total forb cover were related to nest success, and no relationship was found between age of hen and type of cover used for nesting. | Great Basin (Nevada and California) |
| Neel, L.A. 1980. Sage grouse response to grazing management in Nevada. M.S. Thesis, Univ. Nevada. Reno, Nev. | Heavy use of riparian meadows by livestock reduces the availability of succulent plant species and may induce avoidance of these habitats by sage grouse.<br><br>One advantage of rest rotation grazing is that rested pastures can provide emergency forage (Ratliff and Reppert 1974), which may prevent excessive grazing in the used pastures during drought.<br><br>Compared with no grazing, rest rotation grazing increased forb abundance on sage grouse meadow habitat in Nevada. | Great Basin (Nevada and California) |

83

BLM_0078866

| | | |
|---|---|---|
| U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada. | During drought periods (i.e., a specified period of time in which the precipitation received is less than 75 percent of average) of two or more years, reduce stocking rates or change management practices for livestock if nesting cover and brood-rearing habitat requirements are not being met.<br><br>Determine grazing use levels on that portion of the pasture which is known habitat. Grazing use levels should not be determined by "average use" throughout the entire pasture or grazing unit. | Nevada |
| van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada. | Define, identify, conserve and enhance critical lek, nesting, brood rearing and winter habitat used by sage grouse. Characteristics of habitat types preferred by sage grouse at various times of the year, and the interrelationships between these habitat types, are not clearly defined. Public (landowners, land managers and other land users) involvement and participation in reporting sightings of sage grouse leks, nests, broods and winter locations should be encouraged. Intensive searches of sage grouse range are required to assess critical habitat parameters throughout the year and the relationships between these habitat types. Abandoned habitat should be assessed for seasonal deficiencies which may limit use by sage grouse. Critical habitat must be protected and secured. Land-use practices and other factors detrimental to maintenance of quality sage grouse habitat need to be identified. Working co-operatively with land managers | Nevada |

84

BLM_0078867

| | | |
|---|---|---|
| | and other land users, initiatives need to be developed to enhance and maintain an abundance of high quality habitat on private and public lands throughout the range of sage grouse.<br><br>Establish public reporting system for sage grouse leks, nesting, brood and winter locations.<br>-Conduct searches/surveys for active leks, nests, brood rearing and winter use areas throughout sage grouse range.<br>-Document habitat characteristics of lek, nesting, brood-rearing and winter-use areas and the interrelationships between habitat types.<br>-Investigate habitat parameters (lek, nesting, brood rearing and winter use) in areas of abandoned leks.<br>-Investigate the use of remote-sensing data systems to identify potential lek, nesting, brood-rearing and winter habitat.<br>-Map critical lek, nesting, brood rearing and winter habitat areas.<br>-Identify critical lek, nesting, brood rearing and winter habitat which must be protected, secured or enhanced.<br>-Identify land-use practices which are detrimental to provision of quality lek, nesting, brood rearing and winter habitat.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on public lands.<br>-Develop cooperative initiatives to protect lek | |

85

BLM_0078868

| | sites and lek, nesting, brood rearing and winter habitat on private lands.<br>-Develop cooperative initiatives to enhance and improve the quantity and quality of lek, nesting, brood rearing and winter habitat. | |
| --- | --- | --- |
| Fischer, R.A., A.D. Apa, W.L. Wakkinen, K.P. Reese, and J.W. Connelly. 1993. Nesting-area fidelity of sage grouse in southeastern Idaho. The Condor. 95:1038-1041. | Sage grouse on the Big Desert showed strong fidelity for specific nesting areas, since movements between consecutive-year nests represented only 3.5% of their median annual straight-line movement (20.9 km).<br><br>Gates (1983) reported fidelity to nesting areas by three female sage grouse that all nested <200m from the previous year's nests. | Idaho |
| Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game. | When heavy use occurs within the traditional sage grouse nesting and/or brood rearing habitats the result appears to be negative both in terms of harassment and competition for forbs.  It is not valid to assume sage grouse can move elsewhere during heavy livestock use.<br><br>The greatest potential for nest impacts on Sage-Grouse may be associated with forced livestock movements across nesting areas.<br><br>Known nesting areas (3.2 km radius of leks) should be avoided from mid-April to early June to reduce abandonment. | Idaho |
| Wakkinen, W.L. 1990. Nest Site Characteristics and Spring-Summer Movements of Migratory Sage Grouse in Southeastern Idaho. Ph.D. Dissertation. Univ. of Idaho. | …sage grouse use different portions of the available habitat for nesting in different geographic areas.<br><br>…data suggests that grass height may be a | Idaho |

86

BLM_0078869

| | factor in both nest site selection and nest fate.<br><br>…hens in Idaho select less than maximum available canopy cover. | |
|---|---|---|
| Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game.<br>Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33:649-662<br>Wakkinen, W.L. 1990. Nest Site Characteristics and Spring-Summer Movements of Migratory Sage Grouse in Southeastern Idaho. Ph.D. Dissertation. Univ. of Idaho. | Grass cover and/or height may contribute to suitable nesting habitat and, possibly, success… | Idaho |
| Klott, J. H., R. B. Smith, and C. Vullo. 1993. Sage Grouse habitat use in the Brown's Bench area of south-central Idaho. U.S. Department of the Interior, Bureau of Land Management, Denver Service Center, Denver, Colorado, and Idaho Department of Fish and Game, Jerome, Idaho. 14 pages. | In southcentral Idaho, Klott et al. (1993) found four sage-grouse nests in Wyoming big sagebrush, two in low sagebrush, and one each in mountain big sagebrush and crested wheatgrass. No nests were found in quaking aspen (*Populus tremuloides*), mountain mahogany, mountain shrub, or meadow habitat types. | Idaho |
| Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33:649-662 | …sage grouse nest in stands with the maximum big sagebrush height and canopy cover available for nesting.<br><br>In the Upper Snake River Plains of southeastern Idaho, sage-grouse nested primarily in threetip sagebrush (Klebenow 1969). Mean height of shrubs under which sage-grouse nested was 43 cm, whereas mean height of threetip sagebrush in the study area | Idaho |

BLM_0078870

| | was only 20 cm. Mean total shrub cover in the vicinity of nest sites was 18.4%, compared with 14.4% in the threetip sagebrush community overall. Although big sagebrush density and crown cover were greater near nests than in the general area, sage-grouse nests were not found in big sagebrush stands with cover exceeding 25%. Bitterbrush provided all or part of the nesting shrub cover for 29% of the nests. The author used stepwise discriminant function analysis in an attempt to distinguish between nest sites and the surrounding habitat in the threetip sagebrush community; however, a satisfactory model could not be developed with the data collected.<br><br>In southeastern Idaho, there were 3.8 nests per km$^2$ in a big sagebrush/threetip sagebrush site; however, nests were not evenly distributed across the study area, and in some areas nest density reached 24.7 nests per km$^2$ (Klebenow 1969). | |
|---|---|---|
| Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND Northern Prairie Wildlife Research Center. | Keys to management are maintaining expansive stands of sagebrush (*Artemisia* spp.), especially varieties of big sagebrush (*A. tridentata*), with abundant forbs in the understory, particularly during spring; undisturbed and relatively open sites for leks; and healthy perennial grass and forb stands intermixed with sagebrush for brood rearing. Within suitable habitats, areas should have 15 to 25% canopy cover of sagebrush 30 to 80 cm tall for nesting, and 10 to 25% canopy cover from 40 to 80 cm tall for brood rearing | North Dakota |

88

BLM_0078871

| | | |
|---|---|---|
| | (Connelly et al. 2000). In winter habitats, shrubs should be exposed 25 to 35 cm above snow level and have 10 to 30% canopy cover exposed above snow. In nesting and brood-rearing habitats, understory habitats with adequate cover of grasses (>15%) and forbs (>10%) at least 18 cm tall are needed (Connelly et al. 2000).<br><br>Manage livestock grazing through stocking rates and season of use on all seasonal ranges of sage-grouse to avoid habitat degradation (Paige and Ritter 1999, Beck and Mitchell 2000, Wisdom et al. 2000), especially on recently disturbed sites, such as those sprayed or burned (Braun et al. 1977). In nesting and brood-rearing habitats, ensure that grazing does not reduce herbaceous understory cover below levels that serve as a deterrent to potential predators of eggs and chicks (Connelly et al. 2000, Hockett 2002). Healthy native understories also support insects and forbs that are important in diets of pre-laying hens and chicks (Johnson and Boyce 1990, Barnett and Crawford 1994, Drut et al. 1994). Riparian areas and wet meadows used for brood rearing are especially sensitive to grazing by livestock; in these habitats, removal of livestock before the nesting season may be prudent (Beck and Mitchell 2000, Hockett 2002). | |
| Moynahan, B.J.; Lindberg, M.S.; J.J. Rotella; and J.W. Thomas. *In Press* (b). Factors affecting nest survival of Greater Sage- | …most nests were located under big sagebrush<br><br>Management of habitats for nesting sage- | Northern Great Plains (Montana) |

BLM_0078872

| | | |
|---|---|---|
| grouse in northcentral Montana.  Journal of Wildlife Management. | grouse should focus on increasing grass cover to increase survival of first nests and contribute to favorable conditions for renesting, which should be less likely if survival of first nests increases.<br><br>Precipitation affected nest survival on a daily basis. The relative effect of daily precipitation was greater than that of the lag effect and the net effect of precipitation over the course of a season was positive.<br><br>Several previous studies also documented higher nesting probability for adults than for yearlings (Gregg 1991, Connelly et al. 1993); others have recorded nearly all hens nesting regardless of age-class (Schroeder 1997).  We observed the lowest nesting probability in 2001 when the study area was affected by severe drought and there was little growth of non-sagebrush food items (i.e., forbs).  Nesting probabilities increased markedly in 2002 and 2003 when range conditions improved.  This pattern, coupled with the lower mean clutch sizes observed in 2001, supports the hypothesis that better range condition may result in improved condition of pre-laying hens (Barnett and Crawford 1994) and thus higher nesting probabilities.<br><br>Reported renesting rates for sage-grouse vary widely and likely are greatly affected by weather conditions in at least 3 different ways: little or no renesting in a dry year with little | |

90

| | current year's vegetative growth; relatively high renesting effort when habitat conditions were more favorable, but first nest survival rates were moderate; and lower when conditions were favorable and relatively high survival of first nests precluded many hens from renesting.<br><br>Wildlife and land managers should strive to maintain or enhance herbaceous understory conditions favorable for survival of first nests and for later-season renesting attempts. Land uses (including grazing) that reduce contributions of herbaceous vegetation to visual obstruction of sage-grouse nests may reduce nest survival at the landscape scale by resulting in increased depredation. | |
|---|---|---|
| Wallestad, R. O. 1975. Life history and habitat requirements of sage grouse in central Montana. Montana Fish and Game Dept. Technical Bulletin. | …average sagebrush height over nests was 15.9 inches. | Northern Great Plains (Montana) |
| Wallestad, R.O. and D. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. Journal of Wildlife Management 38:630-633. | …sagebrush cover was the most important factor to nesting sage grouse in Montana, most nests were located under big sagebrush.<br><br>…sage grouse nest in stands with the maximum big sagebrush height and canopy cover available for nesting.<br><br>…most nests located under the tallest bushes available at a particular site.<br><br>Successful nests had greater sagebrush cover | Northern Great Plains (Montana) |

91

| | within 24 inches of the nest and were located in stands of sagebrush with a higher average canopy coverage (27%) than those of unsuccessful nests (20%). | |
|---|---|---|
| Wallestad, R.O. and R. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse. Journal of Wildlife Management 38:634-637. | Males also remain near leks during the nesting season, with one study reporting that 76% of all movements during this season were within one kilometer of the dancing grounds. | Northern Great Plains (Montana) |
| Adams, B.W., J. Carlson, D. Milner, T. Hood, B. Cairns and P. Herzog. 2004. Beneficial grazing management practices for Sage-Grouse (*Centrocercus urophasianus*) and ecology of silver sagebrush (*Artemisia cana*) in southeastern Alberta. Public Lands and Forests Division, Alberta Sustainable Resource Development. Pub. No. T /049. | …suggests that so long as key vegetation components do not deteriorate, cattle are not a serious factor in destruction of nests.<br><br>Heavy grazing reduces cover and increases the chance of predation, especially by ground squirrels (*Spermophilus* spp.).<br><br>Encourage practices that increase height and cover of sagebrush and of native grasses at nesting sites.<br><br>Maintain light grazing intensities to produce mosaics in vegetation and an increase in herbage production that are favorable for Sage-Grouse nesting and brood-rearing habitat.<br><br>Practice grazing deferral to allow for undisturbed nesting.<br><br>Practices that increase the amount of rest in a pasture may be a useful to restore fair and poor condition range which will provide more cover for Sage-Grouse. | Northern Great Plains (Alberta) |
| Aldridge, C.L., and R.M. Brigham. 2002.Sage | If management goals are to provide suitable | Canada |

BLM_0078875

| | | |
|---|---|---|
| grouse nesting and brood habitat use in southern Canada. J Wildl Manage. 66(2):433-444. | nesting and brood-rearing habitat, efforts should be directed toward protecting and enhancing sagebrush stands $\geq 30$ m$^2$ and increasing overall sagebrush cover.  These stands also should have a suitable understory of tall grasses and forbs to enhance nest concealment.<br><br>Management strategies also should focus on increasing the availability of mesic sites and increasing the abundance of sites with $> 10\%$ forb cover, to enhance brood rearing habitat.<br><br>Land managers implementing water developments for livestock need to consider the potential negative effects those developments might have on key wetlands and mesic sites. | |
| Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000. Guidelines to manage Sage Grouse populations and their habitats. Wildlife Society Bulletin 28:967-985. | Manage breeding habitats to support 15-25% canopy cover of sagebrush, perennial herbaceous cover averaging $\geq 18$ cm in height with $\geq 15\%$ canopy cover for grasses and $\geq 10\%$ for forbs and a diversity of forbs (Barnett and Crawford 1994, Drut et al. 1994, Apa 1998) during spring.<br><br>For nonmigratory grouse occupying habitats that are distributed uniformly…protect (i.e. do not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks.<br><br>For nonmigratory grouse occupying habitats that are not distributed uniformly…protect suitable habitats for $\leq 5$ km from all occupied | N/A |

BLM_0078876

| | | |
|---|---|---|
| | leks.<br><br>For migratory populations, identify and protect breeding habitats within 18 km of leks…<br><br>During drought periods ($\geq$ 2 consecutive years), reduce stocking rates or change management practices for livestock…if cover requirements during the nesting and brooding periods are not met.  Grazing pressure from domestic livestock and wild ungulates should be managed in a manner that at all times addresses the possibility of drought. | |
| Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID. | When [heavy use of pasture in rest rotation grazing systems] encompasses nesting and/or brood rearing habitats the results are negative.<br><br>It is known that hens abandon nests with little provocation while laying (mid-April through early May).  It is also known that yearling hens are prone to nest abandonment when disturbed, even during incubation.  Since yearling hens comprise about 35% of the reproductive segment, the impact of livestock drives could be severe.<br><br>Known nesting areas (3.2 km (2 mi) radius from leks) should be undisturbed from mid-April to mid-June. | N/A |
| Hockett, G.A. 2002. Livestock Impacts on the Herbaceous Components of Sage Grouse Habitat: A Review. Int. Jour. Sci. | Protect sage grouse nesting and brood-rearing habitat from livestock use to encourage climax vegetative conditions.  If this is not feasible, limit grazing to the month of July with the | N/A |

BLM_0078877

| | | |
|---|---|---|
| | exact timing of grazing varying with local conditions.  Defer grazing until after the peak of the growing season with the intent of providing herbaceous cover and forage for the majority of the nesting, hatching, and early brood-rearing.  Cessation of grazing by 1 August is designed to minimize livestock concentrations in wet meadows and riparian areas with open water by avoiding "hot season" use and to allow a 30-day regrowth period before the first killing frost as recommended by Myers (1989).  Additionally, late summer-early fall regrowth is important for carbohydrate storage in roots and stem bases of cool season grasses (Stoddart et al. 1975) that enhances plant vigor while allowing residual vegetation to accumulate cover for nesting and early brood-rearing the following spring. | |
| U. S. Dept. of Interior, Bureau of Land Management. 1979. Habitat Requirements and Management Recommendations for Sage Grouse. Bureau of Land Management TN 330. Denver, CO. | Height of sagebrush commonly used for nesting varies between 7 and 31 inches (17 to 79 cm) with most nests located under the tallest bushes available at a particular site (Keller et al. 1941, Patterson 1952, Trueblood 1954, Gray 1967, Klebenow 1969).<br><br>Hens nest in short sagebrush of medium density, such as is found on drier sites, in preference to the dense, tall brush found along watercourses and on moist areas.<br><br>Stands of 20-40% canopy coverage were most frequently selected for nesting. | Location unknown |

95

|  | Patterson (1952) measured height of nesting cover in Wyoming and reported that 216 of 262 nests measured had nesting cover between 10 and 20 inches tall.<br><br>… Patterson (1952) reported that on 2 occasions bands of sheep caused birds to flush and simultaneously to flip eggs out of their nests.<br><br>Every effort should be made to delay sheep bands from utilizing known sage grouse nesting areas until about the first week in June, or until young sage grouse have hatched in the particular locality. Domestic sheep are known to have caused considerable nest abandonment around bedgrounds, in trailing areas, and during normal feeding (Patterson 1952).<br><br>Desertion was most prevalent in the vicinity of sheep bedgrounds. Bands of from 2,000 to 3,000 sheep were serious disturbances to nesting activities (Patterson 1952).<br><br>Patterson (1952) noted that it was significant that several thousand sheep began moving into his study area en route to their summer ranges coincident with the period of nest desertion.<br><br>There was no indication that livestock is a serious factor in nest destruction, although nest desertion from livestock activities was of frequent occurrence under certain conditions (Patterson 1952). |  |

96

BLM_0078879

| | | |
|---|---|---|
| Braun, C. E. 1987. Current issues in Sage-Grouse management. Proc. Western Association Fish and wildlife agencies. Colo. Div. Wildl., Fort Collins. | Heavy grazing reduces cover and increases the chance of predation, especially by ground squirrels (*Spermophilus* spp.) | N/A |
| Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19. | …the specific relationship between grazing pressure and sage grouse nest success has not been empirically evaluated.<br><br>Heavy use of riparian meadows by livestock reduces the availability of succulent plant species and may induce avoidance of these habitats by sage grouse.<br><br>Rotational grazing systems are one way to provide areas (i.e., pastures) free from livestock disturbance during nesting. This benefit may be offset if heavy use occurs in the grazed pastures (Holechek et al. 1982), especially since sage grouse can display high site fidelity (Fischer et al.1993).<br><br>Grazing systems in riparian areas have met with mixed results and their influence on system recovery and vegetation response will vary based on site potential, ecological condition, stream morphology, and climate (Elmore and Kauffman 1994).<br><br>One advantage of rest rotation grazing is that rested pastures can provide emergency forage (Ratliff and Reppert 1974), which may prevent excessive grazing in the used pastures during drought.  This added residual cover may be important to sage grouse, but light to moderate | Location unknown |

97

BLM_0078880

| | utilization of grasses in well-managed continuously grazed systems may also provide sufficient residual cover. | |
|---|---|---|
| Klebenow, D.A. 1972. The habitat requirements of sage grouse and the role of fire in management. Proc. Tall Timbers Fire Ecol. Conf. 12:305-315. | Grass cover and/or height may contribute to suitable nesting habitat and, possibly, success... | Location unknown |
| Beck, J.L, and D.L. Mitchell. 2000. Influence of livestock grazing on sage grouse habitat. Wildlife Society Bulletin 4:993-1002. | Excessive livestock grazing has negatively impacted sage grouse habitat by creating seral conditions that favor annual grass dominance and by reducing perennial grasses used as nesting and escape cover.<br><br>Grazing during the late spring nesting period can reduce herbaceous cover necessary for concealing nests from predators.<br><br>Managers should consider removing livestock from sage grouse nesting areas prior to peak standing-crop development to maintain residual grass growth essential for nest concealment (Gregg et al. 1994) and then delay grazing the same areas until after nesting. | Location unknown |
| Call M.W. 1979. Habitat requirements and management recommendations for sage grouse. USDI-BLM Denver Serv. Center Tech. Note 330<br>Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. | Nest destruction by livestock trampling is rare, however, the presence of livestock can cause sage grouse to abandon their nests. | Location unknown |

98

BLM_0078881

| | | |
|---|---|---|
| Range Manage. 57: 2-19. | | |
| Beck, J.L. and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl. Soc. Bull. 28:993–1002.<br>Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19. | Managers should consider delaying grazing of known nesting areas until after nesting. | Location unknown |

## Brood Rearing

| Source | Citation |
|---|---|
| Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept. | Although the adult diet switches to forbs and insects in addition to sagebrush, developing young depend heavily upon insects for food.<br><br>Forbs become important in the diets of juveniles as summer progresses. At this time, broods move to higher elevations in search of succulent vegetation or remain in sagebrush habitat if succulent forbs are readily available.<br><br>Hens and broods are strongly attracted to lush hay meadows and alfalfa fields during late summer.<br><br>Meadow grazing should be delayed until mid-August to promote sage grouse chick survival and growth.<br><br>High intensity grazing or trampling should be avoided in nesting and brood rearing areas.<br><br>Springs and reservoirs can be fenced in brood rearing areas with water |

99

| | |
|---|---|
| | piped to stock tanks or troughs.<br><br>Stream meadows and the adjacent sagebrush buffer zone can be fenced, with 50 yard wide fenced corridors inserted to provide water access for cattle. |
| Danvir, R. E. 2002. Sage Grouse ecology and management in northern Utah sagebrush-steppe. A Deseret Land and Livestock Wildlife Research Report. Deseret Land and Livestock Ranch and the Utah Foundation for Quality Resource Management, Woodruff, Utah. 39 + appendices. | Increased use of meadows during dry summers. |
| Heath, B. J., R. Straw, S.H. Anderson, J. Lawson, and M. Holloran. 1998. Sage-Grouse Productivity, Survival, and Seasonal Habitat Use Among Three Ranches with Different Livestock Grazing, Predator Control, and Harvest Management Practices. Wyoming Game and Fish Dept.. | Our results suggest that grazing management practices that promote increased height and coverage of grass will increase chick survival. |

*The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.*

| Source | Citation | Location of Study |
|---|---|---|
| Evans, C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the Sheldon National Wildlife Refuge. Ph.D. Dissertation. Univ. of Nevada, Reno. Reno, NV. | Selection for meadows which had been grazed was consistently higher for hens and juveniles.<br><br>In general, sage grouse seemed to use meadows where cattle were present or in the vicinity, but appeared to avoid close contact.<br><br>In riparian brood-rearing habitat, sage-grouse prefer the lower vegetation (5–15 cm vs. 30–50 cm.<br><br>In riparian brood-rearing habitat, sage-grouse prefer the succulent forb growth stimulated by | Sheldon National Wildlife Refuge, Nevada |

BLM_0078883

| | moderate livestock grazing. | |
|---|---|---|
| Klebenow, D.A. 1982. Livestock grazing interactions with sage grouse. In: J.M. Peek and P.D. Dalke (eds.). Proc. Wildl. Livestock Relationships Symposium, Univ. Idaho, For., Wildl., and Range Exp. Stn., Moscow. p. 113-123. | … heavily grazed meadows in poor condition were avoided by sage grouse broods.<br><br>…loss of cover due to heavy grazing was causing the avoidance of these areas.<br><br>…dense grassy meadows that had been grazed lightly or moderately were attractive to sage grouse.<br><br>In riparian brood-rearing habitat, sage-grouse prefer the lower vegetation (5–15 cm vs. 30–50 cm). | Nevada |
| Klebenow, D. A. 1985. Habitat management for sage-grouse in Nevada. World Pheasant Assoc. 10:34–46. | Sage-grouse broods at the Sheldon NWR used primarily sagebrush uplands (low sagebrush and mountain and Wyoming big sagebrush) during 1978 and 1980; however, during the drought year of 1979, use was greater in wet meadows, and upland sites were abandoned by broods by late summer.<br><br>Brood habitat in uplands differed from that in wet meadows. Upland brood sites had greater canopy cover of sagebrush (mean = 25 vs. 0%), less grass cover (15 vs. 57%), and less forb cover (10 vs. 38%). Meadows into which tall sagebrush has encroached were seldom used by sage-grouse during brood rearing, with no grouse found in areas with a mean shrub height of 140 cm and >40% canopy cover.<br><br>In these meadows, most broods occurred in | Nevada |

101

BLM_0078884

| | sites with relatively shorter shrubs (60 cm) and greater dominance of grass and forb cover. | |
|---|---|---|
| Neel, L.A. 1980. Sage Grouse Response to Grazing Management in Nevada. M.S. Thesis Univ. of Nevada, Reno. Reno, Nevada. | In riparian brood-rearing habitat, sage-grouse prefer the lower vegetation (5–15 cm vs. 30–50 cm).<br><br>In riparian brood-rearing habitat, sage-grouse prefer the succulent forb growth stimulated by moderate livestock grazing.<br><br>When a meadow was bisected by a pasture fence with one side grazed and the other rested, grouse selected the grazed side.<br><br>As long as rest is afforded a given meadow every three years, no negative impact on sage grouse habitat seems to occur. | Nevada |
| Oakleaf, R.J. 1971. Relationship of sage grouse to upland meadows in Nevada. M.S. Thesis, Univ. Nevada. Reno, Nev. | In riparian brood-rearing habitat, sage-grouse prefer the lower vegetation (5–15 cm vs. 30–50 cm).<br><br>The upland meadow represents the primary summer habitat available to sage grouse throughout much of its range in Nevada. Past and present management of public lands in Nevada has regarded upland meadows as sacrifice areas. A serious deterioration of this habitat has been the inevitable result and will continue unless meadows are specifically managed.<br><br>Oakleaf (1971) showed that a reduction in meadow use by sage grouse occurred as an | Nevada |

102

BLM_0078885

| | | |
|---|---|---|
| | increasing percentage of the juvenile population reached 11-12 weeks of age. He further found that the diminished food supply of a deteriorated meadow limited the use by sage grouse. | |
| Savage, D.E. 1968. The relationship of sage grouse to upland meadows in Nevada. M.S. Thesis. Univ. Nevada, Reno. 172 pp. | Favored foods are common dandelion (*Taraxacum officinale*), common salsify (*Tragopogon dubius*), western yarrow (*Archillea millifolium*) and others. | Nevada |
| Savage, D.E. 1969. The relationship of sage grouse to upland meadows in Nevada. Nevada Cooperative Wildlife Research, Nevada Fish and Game Commission, and Nevada Agricultural Experiment Station. 101 pp. | Meadows provided a source of food (forbs), water and cover that were unavailable on more xeric, but adjacent rangelands. | Nevada |
| U.S. Department of the Interior. 1975. Effects of livestock grazing on wildlife, watershed, recreation, and other resource values in Nevada. U.S. Dep. Int., Bur. Land Manage. Unpubl. Manuscript. 96 pp. | …the Bureau of Land Management (USDI 1975) identified livestock grazing as having an adverse impact on 1,413 km (883 mi) of streambank riparian habitat in Nevada.  This report also described the combined effects of water development practices and livestock grazing as being the primary areas where wildlife habitat conflicts exist, and further states that "The areas around most livestock waters and water courses visited (in the 3 districts) were denuded of vegetation and trampled by livestock." | Nevada |
| U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada. | During drought periods (i.e., a specified period of time in which the precipitation received is less than 75 percent of average) of two or more years, reduce stocking rates or change management practices for livestock if nesting cover and brood-rearing habitat requirements | Nevada |

103

BLM_0078886

| | are not being met. | |
|---|---|---|
| | Coordinate livestock use on wetland-riparian and streambank-riparian habitat to ensure known late season brood-rearing habitats are in optimal condition. | |
| van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada. | Define, identify, conserve and enhance critical lek, nesting, brood rearing and winter habitat used by sage grouse. Characteristics of habitat types preferred by sage grouse at various times of the year, and the interrelationships between these habitat types, are not clearly defined. Public (landowners, land managers and other land users) involvement and participation in reporting sightings of sage grouse leks, nests, broods and winter locations should be encouraged. Intensive searches of sage grouse range are required to assess critical habitat parameters throughout the year and the relationships between these habitat types. Abandoned habitat should be assessed for seasonal deficiencies which may limit use by sage grouse. Critical habitat must be protected and secured. Land-use practices and other factors detrimental to maintenance of quality sage grouse habitat need to be identified. Working co-operatively with land managers and other land users, initiatives need to be developed to enhance and maintain an abundance of high quality habitat on private and public lands throughout the range of sage grouse.<br><br>Establish public reporting system for sage | Nevada |

BLM_0078887

| | | |
|---|---|---|
| | grouse leks, nesting, brood and winter locations.<br>-Conduct searches/surveys for active leks, nests, brood rearing and winter use areas throughout sage grouse range.<br>-Document habitat characteristics of lek, nesting, brood-rearing and winter-use areas and the interrelationships between habitat types.<br>-Investigate habitat parameters (lek, nesting, brood rearing and winter use) in areas of abandoned leks.<br>-Investigate the use of remote-sensing data systems to identify potential lek, nesting, brood-rearing and winter habitat.<br>-Map critical lek, nesting, brood rearing and winter habitat areas.<br>-Identify critical lek, nesting, brood rearing and winter habitat which must be protected, secured or enhanced.<br>-Identify land-use practices which are detrimental to provision of quality lek, nesting, brood rearing and winter habitat.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on public lands.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on private lands.<br>-Develop cooperative initiatives to enhance and improve the quantity and quality of lek, nesting, brood rearing and winter habitat. | |
| Young, J.A. 1994. Changes in plant communities in the Great Basin induced by | Potential for competition with Sage-Grouse young may be in proportion to the extent to | Great Basin Ecoregion (Nevada and California) |

BLM_0078888

| | | |
|---|---|---|
| domestic livestock grazing. Pages 113-123 in K.T. Harper, L.L. St. Clair, K.H. Thorne, and W.M. Hess, editors, Natural history of the Colorado plateau and Great Basin. University Press of Colorado, Niwot. | which cattle select mesic/moist sites that are preferred foraging areas. Young birds seek out insects and succulent forbs in these habitats. | |
| Autenrieth, R.E. 1973. Sage grouse research in Idaho. Proc. West. States Sage Grouse Workshop 8:51-52. | … livestock competition with broods on wet meadows negatively affected some sage grouse populations in Idaho. | Idaho |
| Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game. | The key to sage grouse habitat enhancement is to increase favored forbs for brood use while minimally reducing protective sagebrush cover. <br><br> …even in wet springs hens must move their broods to mesic areas in search of insects and forbs if domestic livestock has depleted the range. <br><br> When broods do not migrate, they rely on springs and wet meadows for forbs.  Livestock graze these sites making adequate forbs for sage-grouse difficult. <br><br> The key to improving dryland range for sage grouse benefit is to seed forbs on depleted areas and/or control livestock use on mesic areas in June and July to prevent forb loss and trampling prior to and during brood use. <br><br> One technique for protecting meadow forbs from livestock trampling and grazing is to fence the stream meadow and leave access gaps for water. | Idaho |

106

BLM_0078889

| | | |
|---|---|---|
| Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildl Soc Bull. 28(4):967-985. | Brood-rearing habitats for sage-grouse are typically mosaics of upland sagebrush and other habitats (e.g., wet meadows, riparian areas) that together provide abundant insects and forbs for hens and chicks.<br><br>Increased use of meadows and riparian areas in mid- to late summer is common as herbaceous vegetation in upland habitat becomes desiccated.<br><br>During drought periods ($\geq$ 2 consecutive years), reduce stocking rates or change management practices for livestock…if cover requirements during the nesting and brooding periods are not met.  Grazing pressure from domestic livestock and wild ungulates should be managed in a manner that at all times addresses the possibility of drought.<br><br>Restore degraded rangelands to a condition that again provides suitable breeding habitat for sage grouse by including sagebrush, native forbs (especially legumes), and native grasses in reseeding efforts (Apa 1998).  If native forbs and grasses are unavailable, use species that are functional equivalents and provide habitat characteristics similar to those of native species. | Idaho |
| Dalke, P.D.; Pyrah, D.B.; Stanton, D.C.; Crawford, J.E.; and F. Schlatterer. 1963. Ecology, productivity, and management of sage grouse in Idaho. J. Wildl. Manage. 27: 810-841. | Sage grouse in Idaho formed large flocks near water and green meadows as plants senesced during summer. | Idaho |

107

BLM_0078890

| | | |
|---|---|---|
| Fielding, D.J., and M.A. Brusven. 1995. Grasshopper densities on grazed and ungrazed rangeland under drought conditions in southern Idaho. Great Basin Naturalist 55:352-358. | Livestock grazing during drought generally reduced grasshopper production. | Idaho |
| Klebenow, D.A. and G.M. Gray. 1969. Food habits of juvenile sage grouse. J. Range Manage. 21(2):80-83. | Favored foods are common dandelion (*Taraxacum officinale*), common salsify (*Tragopogon dubius*), western yarrow (*Archillea millifolium*) and others.<br><br>In southeastern Idaho, sage-grouse broods were most often found in big sagebrush (83% of broods), whereas sage-grouse in this area nested primarily in threetip sagebrush.<br><br>Mean big sagebrush crown cover at brood locations was 8.5%, significantly less than in the surrounding area (14.3%). Broods appeared to avoid sites with dense (e.g., 40%) big sagebrush cover and few forbs. In the development of a predictive model for brood habitat with discriminant function analysis, several variables were useful in distinguishing brood habitat. Compared to the available big sagebrush habitat, broods used areas with lower density of big sagebrush plants and greater frequency of three forbs: western yarrow (*Achillea millefolium*; 23.5%), tailcup lupine (*Lupinus caudatus*; 18.3%), and common dandelion (*Taraxacum officinale*; 12.0%).<br><br>Broods moved to higher elevations in summers presumably in response to food availability. | Idaho |

BLM_0078891

| | | |
|---|---|---|
| Poley, B. E. 1969. Seasonal Movements of Sage Grouse in Colorado. Journal of Colorado Field Ornithologists. 5:1-4. | Most researchers believe that broods stay in the vicinity of the nest for about two weeks before moving toward hay meadows.<br><br>The hen on the other nest under observation remained in the vicinity of the nest for 30 days before starting a very leisurely trek to a meadow about one mile away. | Colorado |
| Rogers, G.E. 1964. Sage grouse investigations in Colorado. Colorado Dept. Game, Fish and Parks. Tech. Publ. 16. 132 pp. | As food plants mature and dry, the grouse move to areas still supporting succulent vegetation.  These may be lower elevation native meadows or irrigated meadows when no uplands with green vegetation are in the area. | Colorado |
| Eng, R.L. 1952. Population trends and breeding potential studies (sage grouse brood studies). Montana Fish and Game Comm., Wildlife Restoration Div. Quart. Prog. Rep. 3(4):56-62. | As food plants mature and dry, the grouse move to areas still supporting succulent vegetation.  These may be lower elevation native meadows or irrigated meadows when no uplands with green vegetation are in the area. | Montana |
| Peterson, J.G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. J. Wildl. Manage. 34:147-155. | Favored foods are common dandelion (*Taraxacum officinale*), common salsify (*Tragopogon dubius*), western yarrow (*Archillea millifolium*) and others. | Montana |
| Wallestad, R.O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. J. Wildl. Manage. 35:129-136. | Sage grouse broods shifted from sagebrush grasslands to alfalfa fields and greasewood bottoms as forbs at higher elevations became desiccated. | Montana |
| Wallestad, R.O. 1975. Life history and habitat requirements of sage grouse in central Montana. J. Wildl. Manage. 35:129-136. | In Montana, approximately 65% of all grouse observations during August and September were recorded in bottomland types such as alfalfa fields and greasewood bottoms.<br><br>Brood habitat was largely determined by the availability of succulent vegetation. | Montana |

109

BLM_0078892

| | | |
|---|---|---|
| Batterson, W. M., and W.B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Comm. Portland, OR | During July, several broods unite and adult males join them; the grouse flocks then migrate to the alfalfa fields or other areas with more succulent feed in the valleys | Oregon |
| Call, M.W., and C. Maser. 1985. Wildlife Habitats in Managed Rangelands--The Great Basin of Southeastern Oregon. U.S. Department of Agriculture Forest Service Pacific Northwest Forest and Range Experiment Station. General Technical Report PNW-187. Portland, Oregon. | Livestock grazing of sagebrush ranges during years of unusually low precipitation and poor plant growth will cause an earlier than normal removal of grasses and forbs.  This can have a serious impact on grouse dependent on forbs in that locality.<br><br>In important sage grouse nesting and summering areas, livestock grazing should be monitored to protect at least 50 percent of the annual herbaceous vegetation (by weight) prior to mid-September.  After mid-September, grouse commence feeding on sagebrush and increased livestock grazing on herbaceous vegetation will not be detrimental. | Oregon |
| Coggins, K. A. 1998. Relationship between habitat changes and productivity of sage grouse at Hart Mountain National Antelope Refuge, Oregon. Oregon State Univ.. Corvallis, Oregon. | Between periods brood success increased, but not significantly, with increased total forb cover and key food forb cover during summer. | Oregon |
| Crawford, J. A., M. A. Gregg, M. S. Drut, and A. K. DeLong. 1992. Habitat use by female Sage Grouse during the breeding season in Oregon. BLM Coop. Res. Unit, Oregon State Univ. Corvallis, OR | Maintain or develop a mosaic of low and big sagebrush habitats or big sagebrush habitats in an array of seral stages to provide 12-14% forb cover for hens with broods and broodless hens throughout the breeding season.<br><br>Protect riparian habitats (lakebeds and meadows) from excessive grazing and rehabilitate riparian habitats in poor condition. | Oregon |

110

BLM_0078893

| | These habitats are critical brood-rearing and summer use areas in regions with low annual rainfall and during drought years. | |
|---|---|---|
| Crawford, J. A., and D. M. Davis. 2002. Habitat use by Greater Sage-Grouse on Sheldon National Wildlife Refuge. Final Report. Game Bird Research Program, Oregon State University, Corvallis, Oregon. 119 pages | In a subsequent study during 1998-2000 at Sheldon NWR, broods (n = 392 locations) used primarily low sagebrush for the first few weeks after hatching, moving to big sagebrush (mountain or Wyoming) or mountain shrub communities by 3 weeks post-hatch. | Oregon |
| Drut, M. S., J. A. Crawford, and M. A. Gregg. 1994. Brood habitat use by Sage Grouse in Oregon. Great Basin Naturalist 54:170-176. | In two study sites in southeastern Oregon, Hart Mountain National Antelope Refuge and Jackass Creek, sage-grouse broods were most common in low sagebrush during early brood rearing (first 6 weeks post-hatch), but then moved to sites dominated by big sagebrush (7-12 weeks after hatching).<br><br>Following brood breakup in August, sage-grouse used meadows and lake beds more frequently than earlier during the brood-rearing period.<br><br>During early brood rearing at Jackass Creek, forb cover at sites used by broods was 10 to 14% and exceeded forb cover at random sites (Drut et al. 1994a); however, no pattern was evident during late brood rearing.<br><br>Broods at Hart Mountain used forb cover in relation to its availability during early brood rearing, but selected sites with greater forb cover (19 to 27%) during the late brood-rearing period. | Oregon |

111

BLM_0078894

| | | |
|---|---|---|
| Hanf, J. M., P.A. Schmidt, and E.B. Groshens. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Dept. of Interior, Bureau of Land Management Series. Prineville, OR. P-SG-01. | Manage mountain big sagebrush areas and low sagebrush areas for increased forb production and good brood habitat.<br><br>Manage sage grouse habitats for increased forb production. | Oregon |
| Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington. | Grasshoppers are important food of growing chicks.<br><br>Wherever possible, prevent disturbance in sage-grouse nesting and brood rearing habitat between 1 March and 15 June, including…livestock trail use…<br><br>Where protection and restoration of sage-grouse is a major objective for public lands, manage grazing so that the habitat characteristics needed for breeding and wintering can be consistently maintained (Connelly et al. 2000).<br><br>Discourage removal of sagebrush from known sage-grouse wintering areas and areas that provide escape cover in breeding habitat, especially within 3 km of leks. | Washington |
| Riggs, R.A. and P.J. Urness. 1989. Effects of goat browsing on Gambel oak communities in northern Utah. J. Range Manage 42:354–360. | Prescribed livestock grazing may help control woody plant encroachment in sage-grouse habitat and may reduce wildfire risks to low elevation plant communities. | Utah |
| Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND Northern Prairie Wildlife Research Center. | Broods at Hart Mountain used forb cover in relation to its availability during early brood rearing, but selected sites with greater forb cover (19 to 27%) during the late brood- | North Dakota |

BLM_0078895

| | rearing period. | |
|---|---|---|
| | In these meadows, most broods occurred in sites with relatively shorter shrubs (60 cm) and greater dominance of grass and forb cover. | |
| | Important brood habitats were low sagebrush (40% of all brood locations), a 10-yr old burn in a mountain big sagebrush site (19%), mountain shrub (16%), and mountain big sagebrush (13%). Differences in vegetation characteristics (e.g., tall grass cover and forbs consumed by hens) were found between brood locations and random sites; these differences, however, varied among cover types. For example, in the low sagebrush cover type, cover of forbs eaten by hens and chicks was less at brood locations (about 5.5%) than at random sites (10.2 and 8.2% for hens and chicks, respectively), but tall grass cover was greater (4.4% at brood locations vs. 1.4% at random sites). By contrast, cover of forbs used by hens and chicks in the burn was greater at brood locations (6.7 and 5.2%) versus random sites (2.3 and 3.4%, respectively), but tall grass cover was less (18.3% at brood locations vs. 26.2% at random sites). Of the five cover types in which there were significant differences, cover of forbs used by hens and chicks was greater at brood locations than at random sites in four types (all but low sagebrush). No differences were found in vegetation characteristics between early and late brood-rearing habitats. | |

113

BLM_0078896

Mean big sagebrush crown cover at brood locations was 8.5%, significantly less than in the surrounding area (14.3%). Broods appeared to avoid sites with dense (e.g., 40%) big sagebrush cover and few forbs. In the development of a predictive model for brood habitat with discriminant function analysis, several variables were useful in distinguishing brood habitat. Compared to the available big sagebrush habitat, broods used areas with lower density of big sagebrush plants and greater frequency of three forbs: western yarrow (*Achillea millefolium*; 23.5%), tailcup lupine (*Lupinus caudatus*; 18.3%), and common dandelion (*Taraxacum officinale*; 12.0%).

Seasonal shifts in brood-rearing habitat may not occur.

Broodless hens may exhibit different habitat use patterns.

Broodless hens used more low sagebrush/bunchgrass, grasslands, and meadow types and less low sagebrush/fescue.

Keys to management are maintaining expansive stands of sagebrush (*Artemisia* spp.), especially varieties of big sagebrush (*A. tridentata*), with abundant forbs in the understory, particularly during spring; undisturbed and relatively open sites for leks;

114

BLM_0078897

and healthy perennial grass and forb stands intermixed with sagebrush for brood rearing. Within suitable habitats, areas should have 15 to 25% canopy cover of sagebrush 30 to 80 cm tall for nesting, and 10 to 25% canopy cover from 40 to 80 cm tall for brood rearing (Connelly et al. 2000). In winter habitats, shrubs should be exposed 25 to 35 cm above snow level and have 10 to 30% canopy cover exposed above snow. In nesting and brood-rearing habitats, understory habitats with adequate cover of grasses (>15%) and forbs (>10%) at least 18 cm tall are needed (Connelly et al. 2000).

Manage livestock grazing through stocking rates and season of use on all seasonal ranges of sage-grouse to avoid habitat degradation (Paige and Ritter 1999, Beck and Mitchell 2000, Wisdom et al. 2000), especially on recently disturbed sites, such as those sprayed or burned (Braun et al. 1977). In nesting and brood-rearing habitats, ensure that grazing does not reduce herbaceous understory cover below levels that serve as a deterrent to potential predators of eggs and chicks (Connelly et al. 2000, Hockett 2002). Healthy native understories also support insects and forbs that are important in diets of pre-laying hens and chicks (Johnson and Boyce 1990, Barnett and Crawford 1994, Drut et al. 1994). Riparian areas and wet meadows used for brood rearing are especially sensitive to grazing by livestock; in these habitats, removal

BLM_0078898

| | of livestock before the nesting season may be prudent (Beck and Mitchell 2000, Hockett 2002). | |
|---|---|---|
| Adams, B.W., J. Carlson, D. Milner, T. Hood, B. Cairns and P. Herzog. 2004. Beneficial grazing management practices for Sage-Grouse (*Centrocercus urophasianus*) and ecology of silver sagebrush (*Artemisia cana*) in southeastern Alberta. Public Lands and Forests Division, Alberta Sustainable Resource Development. Pub. No. T /049. | Potential for competition with Sage-Grouse young may be in proportion to the extent to which cattle select mesic/moist sites that are preferred foraging areas. Young birds seek out insects and succulent forbs in these habitats.<br><br>During drought conditions, important forage plants may be grazed earlier than normal, thus reducing the potential forage supply for young birds. Conversely, dormant season grazing of brood rearing areas will reduce potential for overlap with Sage-Grouse diets.<br><br>Maintain light grazing intensities to produce mosaics in vegetation and an increase in herbage production that are favorable for Sage-Grouse nesting and brood-rearing habitat.<br><br>Patchy grazing will increase the availability of forbs and stimulate their growth in upland meadows.<br><br>Grazing deferral may also prevent competition for forage, especially lush forbs required by young Sage-Grouse.<br><br>Riparian area management practices are required to maintain only light to moderate grazing pressure on mesic meadows and riparian areas. | Canada |

116

BLM_0078899

| | | |
|---|---|---|
| Aldridge, C. L., and R. M. Brigham. 2002. Sage-Grouse nesting and brood habitat use in southern Canada. Journal of Wildlife Management 66(2): 433-444. | Potential for competition with Sage-Grouse young may be in proportion to the extent to which cattle select mesic/moist sites that are preferred foraging areas. Young birds seek out insects and succulent forbs in these habitats.<br><br>If management goals are to provide suitable nesting and brood-rearing habitat, efforts should be directed toward protecting and enhancing sagebrush stands $\geq 30$ m2 and increasing overall sagebrush cover. These stands also should have a suitable understory of tall grasses and forbs to enhance nest concealment.<br><br>Management strategies also should focus on increasing the availability of mesic sites and increasing the abundance of sites with > 10% forb cover, to enhance brood rearing habitat.<br><br>Land managers implementing water developments for livestock need to consider the potential negative effects those developments might have on key wetlands and mesic sites. | Canada |
| Banasch, D. 1985. Sage grouse in Alberta, habitat requirements, life history, census techniques, summer brood survey and hunter check station analysis. Unpubl. rept., Alberta Fish and Wildlife, Edmonton, AB. 52 pp. | In Alberta, Banasch (1985) found that 85% of broods located were in wet meadows. Broods still remained relatively close to leks, with an average brood-lek distance of 2.6 km. | Canada |
| Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. | The upland meadow represents the primary summer habitat available to sage grouse | Location unknown |

BLM_0078900

| | | |
|---|---|---|
| Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID. | throughout much of its range in Nevada. Past and present management of public lands in Nevada has regarded upland meadows as sacrifice areas. A serious deterioration of this habitat has been the inevitable result and will continue unless meadows are specifically managed.<br><br>Meadows provided a source of food (forbs), water and cover that were unavailable on more xeric, but adjacent rangelands.<br><br>Oakleaf (1971) showed that a reduction in meadow use by sage grouse occurred as an increasing percentage of the juvenile population reached 11-12 weeks of age. He further found that the diminished food supply of a deteriorated meadow limited the use by sage grouse.<br><br>Stoddart and Smith (1955) found that valley bottoms and areas around water sources are used first by cattle. They indicated overgrazing of mesic sites was necessary to force cattle to use less accessible, rougher terrain. The result is that mesic sites become sacrifice areas.<br><br>...the Bureau of Land Management (USDI 1975) identified livestock grazing as having an adverse impact on 1,413 km (883 mi) of streambank riparian habitat in Nevada. This report also described the combined effects of water development practices and livestock | |

118

BLM_0078901

grazing as being the primary areas where wildlife habitat conflicts exist, and further states that "The areas around most livestock waters and water courses visited (in the 3 districts) were denuded of vegetation and trampled by livestock."

When [heavy use of pasture in rest rotation grazing systems] encompasses nesting and/or brood rearing habitats the results are negative.

It is not legitimate to assume sage grouse can move elsewhere during heavy livestock use.

One technique for protecting meadow forbs from livestock trampling and grazing is to fence the stream meadow and leave fence gaps to provide livestock access to water.

It may be that grazing should be allowed only once every 3 or more years on meadows in poor condition or in the 15-25 cm (6-10 in) precipitation zone. In 30 cm (12 in) zones, annual August grazing could probably be allowed, once adequate vegetative cover has become reestablished and the water table is adequate.

A cooperative agreement should be written between the state wildlife agency and the land management agency to coordinate the responsibility of opening and closing meadow gates. Enforcement should also be coordinated.

119

BLM_0078902

In brood rearing areas springs and attendant meadow vegetation should be fenced and water piped to an outside stock tank with an atmospheric valve system. When the tank is full, water should be allowed to overflow into the fenced meadow.

Reservoirs should be fenced and the water piped to a trough. Dead storage must be provided to ensure availability of late summer water for sage grouse.

Catch ponds may be built in association with a snow drift fence to provide a seep meadow for brood use during early summer. Snow drift fences in nesting areas may create a temporary meadow type beneficial to young broods.

Managers should evaluate [situations where winter and spring sheep range and sage grouse winter and brood use areas overlap] and recommend alternate grazing sites where competition with and overuse by domestic livestock exists.

Although fencing may not be the best management practice, especially in areas of limited water availability where mesic sites are also important to antelope and/or deer; until innovative range management strategies provide for riparian areas, it may be the only solution to prevent the loss of these key habitats.

BLM_0078903

| | | |
|---|---|---|
| Beck, J.L., and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl Soc Bull. 4: 993-1002. | Livestock use around water sources and wet meadows in brood-rearing areas should be regulated through fencing, grazing, or herding management to restrict overuse, thereby protecting vulnerable forbs and grasses. However, livestock grazing could be used periodically inside meadow exclosures to reduce old vegetation, thereby exposing and rejuvenating succulent forbs (Evans 1986) | Location unknown |
| Call, M.W. 1979. Habitat requirements and management recommendations for sage grouse. USDI-BLM Denver Serv. Center Tech. Note 330. | However, consumption of forbs by livestock may limit their availability to sage grouse. | N/A |
| Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19. | In riparian brood-rearing habitat, sage-grouse prefer the succulent forb growth stimulated by moderate livestock grazing.<br><br>Logistics of applying prescribed grazing treatments at large spatial scales remain difficult. | N/A |
| Fulgham, K.O., M.A. Smith, and J.C. Malechek. 1982. A compatible grazing relationship can exist between domestic sheep and mule deer, p. 458–478. *In*: J.M. Peek and P.D. Dalke (eds.) Proc. of the Wildlife-Livestock Relationships Symp. Idaho For., Wildl. and Range Exp. Sta., Univ. Idaho, Moscow, Ida. | Brood-rearing habitat may be enhanced by grazing practices that favor upland forb production (e.g., fall grazing) and prescribed light (< 40%) to moderate spring grazing can remove standing herbage and make forbs more accessible (see above). | Location unknown |
| Hockett, G.A. 2002. Livestock Impacts on the Herbaceous Components of Sage Grouse Habitat: A Review. Int. Jour. Sci. | Protect sage grouse nesting and brood-rearing habitat from livestock use to encourage climax vegetative conditions.  If this is not feasible, limit grazing to the month of July with the exact timing of grazing varying with local | N/A |

121

BLM_0078904

| | | |
|---|---|---|
| | conditions. Defer grazing until after the peak of the growing season with the intent of providing herbaceous cover and forage for the majority of the nesting, hatching, and early brood-rearing. Cessation of grazing by 1 August is designed to minimize livestock concentrations in wet meadows and riparian areas with open water by avoiding "hot season" use and to allow a 30-day regrowth period before the first killing frost as recommended by Myers (1989). Additionally, late summer-early fall regrowth is important for carbohydrate storage in roots and stem bases of cool season grasses (Stoddart et al. 1975) that enhances plant vigor while allowing residual vegetation to accumulate cover for nesting and early brood-rearing the following spring. | |
| Klebenow, D.A. 1972. The habitat requirements of sage grouse and the role of fire in management. Proceedings Annual Tall Timbers Fire Ecology Conf. pp. 305-315. | As food plants mature and dry, they migrate upward, seeking out habitats where succulent fobs are still available such as more mesic swales.<br><br>...birds appear to prefer relatively open sagebrush vegetation types as compared to dense stands of sagebrush.<br><br>In southern Idaho the percent canopy cover of big sagebrush at brood sites was 8.5, significantly less than the average for the entire area, 14.3. 3 out of 98 broods were found where total shrub cover was 40 to 49%; the rest where cover was less than 31%. Where there was an interspersion of openings mixed | N/A |

122

BLM_0078905

| | | |
|---|---|---|
| | with dense sagebrush, they used the more open portions.<br><br>The incidence of sagebrush consumption increases [in late August at high elevations, or in September or October in some lower areas]. | |
| Klebenow, D.A. 1981. Livestock Grazing Interactions with Sage Grouse Proceedings of the Wildlife-Livestock Relationships Symposium. April 20-22, 1981. Moscow, Idaho Forest, Wildlife & Range Experiment Station, Univ. of Idaho, Moscow. Coeur d'Alene, Idaho. | Brood sites contained more grass cover in all habitat types, but the difference was statistically significant in only the low sagebrush type.<br><br>Meadow habitats were important for cattle as well as sage grouse.  During summer 1979 grouse did not avoid the grazed areas.  When the choice was possible, they sought areas in the meadow where effective cover height was less than normal for the meadow.<br><br>When cattle first began grazing a meadow containing residual grass remaining from the previous year, parts of the meadow were initially grazed more intensively than others, creating a mosaic of vegetation heights. Within this mosaic, grouse sought the grazed openings.<br><br>Lightly grazed meadow, the grouse selected for the grazed patches with significantly lower height of cover than average for the meadow. | Location unknown |
| Merritt, S., C. Prosser, K. Sedivec, and D. Bangsund. 2001. Multi-species grazing and leafy spurge. U.S.D.A.-ARS Team Leafy Spurge, Sidney, Mont. | Prescribed livestock grazing in spring and early summer, especially by sheep and goats (*Capra hircus*), can help control invasive weeds in sage-grouse habitat and may reduce | Location unknown |

BLM_0078906

| | | |
|---|---|---|
| Mosley, J. C. 1996. Prescribed sheep grazing to suppress cheatgrass: A review. Sheep and Goat Res. J. 12:74-81.<br>Olson, B.E. and R.T. Wallander. 2001. Sheep grazing spotted knapweed and Idaho fescue. J. Range Manage. 54:25–30. | wildfire risks to low elevation plant communities. | |
| Paige, C, S. Ritter. 1999. Birds in a sagebrush sea: Managing sagebrush habitats for bird communities. Partners in Flight, Western Working Group. | Potential for competition with Sage-Grouse young may be in proportion to the extent to which cattle select mesic/moist sites that are preferred foraging areas. Young birds seek out insects and succulent forbs in these habitats. | Location unknown |
| Schroeder, M.A.; Young, J.R.; and C.E. Braun. 1999. Sage Grouse. The Birds of North America, No. 425. | Brood-rearing habitats for sage-grouse are typically mosaics of upland sagebrush and other habitats (e.g., wet meadows, riparian areas) that together provide abundant insects and forbs for hens and chicks.<br><br>Increased use of meadows and riparian areas in mid- to late summer is common as herbaceous vegetation in upland habitat becomes desiccated. | Location unknown |
| Smith, M.A., J.C. Malechek and K.O. Fulgham. 1979. Forage selection by mule deer on winter range grazed by sheep in spring. J. Range Manage. 32:40–45. | Brood-rearing habitat may be enhanced by grazing practices that favor upland forb production (e.g., fall grazing) and prescribed light (< 40%) to moderate spring grazing can remove standing herbage and make forbs more accessible. | Location unknown |
| U. S. Dept. of Interior, Bureau of Land Management. 1979. Habitat Requirements and Management Recommendations for Sage Grouse. Bureau of Land Management TN 330. Denver, CO. | Favored foods are common dandelion (*Taraxacum officinale*), common salsify (*Tragopogon dubius*), western yarrow (*Archillea millifolium*) and others.<br><br>Roadsides and borrow pits are frequently used | N/A |

124

| | during June and July because of moisture and succulent vegetation present.<br><br>…birds appear to prefer relatively open sagebrush vegetation types as compared to dense stands of sagebrush.<br><br>In southern Idaho the percent canopy cover of big sagebrush at brood sites was 8.5, significantly less than the average for the entire area, 14.3.  3 out of 98 broods were found where total shrub cover was 40 to 49%; the rest where cover was less than 31%.  Where there was an interspersion of openings mixed with dense sagebrush, they used the more open portions.<br><br>The incidence of sagebrush consumption increases [in late August at high elevations, or in September or October in some lower areas].<br><br>…a rapid removal of forbs by livestock on spring and summer ranges may have a substantial adverse impact on young sage and grouse, especially where forbs are already scarce in the composition. | |

## Winter Range

| Source | Citation |
|---|---|
| Deseret Land and Livestock Ranch. No date. Deseret Land and Livestock Ranch Livestock Grazing and Rangeland Management | Management strategies that maintain or increase available sagebrush above snow in deep snow winters, or increase forb availability in |

125

BLM_0078908

| | |
|---|---|
| Benefit Greater Sage Grouse. Western Governor's Association, U.S. Department of Agriculture Natural Resources Conservation Service. | droughts should reduce sage grouse mortality in poor winter years, thus maintaining larger populations to rebound in favorable weather years. |
| Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept. | During winter, sage grouse often use tall, dense stands of sagebrush which remain relatively exposed through deep snow. |
| Beck, T.D.I. 1977. Sage grouse flock characteristics and habitat selection in winter. J Wildl Manage. 41(1):18-26. | Although snow cover was a major factor in determining areas used, slope and aspect further restricted amount of suitable habitat for sage grouse.  In North Park [Colorado], grouse selected sagebrush on southwest exposures and flat to gentle slopes.  Sagebrush on slopes greater than 15 percent was rarely used although such areas were present… |

*The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.*

| Source | Citation | Location of Study |
|---|---|---|
| Hanf, J. M., P.A. Schmidt, and E.B. Groshens. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Dept. of Interior, Bureau of Land Management Series. Prineville, OR. P-SG-01. | During the winter, sage grouse feed almost entirely on the leaves of sagebrush.<br><br>Typical winter ranges are large expanses of dense sagebrush (>20% canopy cover) with and average height of 25 cm, on land having little, if any, slope (Eng and Schladweiler 1972).<br><br>Elimination of winter range habitat would reduce sage grouse populations over large areas (Eng and Schladweiler 1972). | Oregon |
| Batterson, W. M., and W. B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Commission, Portland, Oregon. 29 pages. | Cold weather and frosts destroy the green feed in early November causing sage grouse flocks to return to the sagebrush hills to spend the winter. | Oregon |
| Call, M.W., and C. Maser. 1985. Wildlife Habitats in Managed Rangelands--The Great Basin of Southeastern Oregon. U.S. | Where sage grouse nest and raise broods on sagebrush-covered mountain slopes or in high mountain valleys, they usually migrate to lower | Oregon |

126

| | | |
|---|---|---|
| Department of Agriculture Forest Service Pacific Northwest Forest and Range Experiment Station. General Technical Report PNW-187. Portland, Oregon. | valleys in winter to find exposed sagebrush for food.  This is common in Wyoming, Colorado and Idaho but less true in southeastern Oregon where winters are milder and snow seldom covers sagebrush plants deep enough to make locating food a serious problem.<br><br>…it is paramount that only light grazing be permitted on important sage grouse wintering areas.<br><br>Light grazing (less than 30 percent of current year's growth) may benefit grouse in deep snow conditions by uncovering sagebrush plants, making them more available for use by grouse. Grazing by all ungulates will need to be monitored to ensure that sagebrush on the important wintering areas is not permitted to deteriorate. | |
| Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington. | Where protection and restoration of sage-grouse is a major objective for public lands, manage grazing so that the habitat characteristics needed for breeding and wintering can be consistently maintained (Connelly et al. 2000).<br><br>Discourage removal of sagebrush from known sage-grouse wintering areas and areas that provide escape cover in breeding habitat, especially within 3 km of leks. | Washington |
| U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada. | Avoid supplemental winter feeding of livestock in known winter sage grouse habitat. | Nevada |

127

BLM_0078910

| | | |
|---|---|---|
| van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada. | Define, identify, conserve and enhance critical lek, nesting, brood rearing and winter habitat used by sage grouse. Characteristics of habitat types preferred by sage grouse at various times of the year, and the interrelationships between these habitat types, are not clearly defined. Public (landowners, land managers and other land users) involvement and participation in reporting sightings of sage grouse leks, nests, broods and winter locations should be encouraged. Intensive searches of sage grouse range are required to assess critical habitat parameters throughout the year and the relationships between these habitat types. Abandoned habitat should be assessed for seasonal deficiencies which may limit use by sage grouse. Critical habitat must be protected and secured. Land-use practices and other factors detrimental to maintenance of quality sage grouse habitat need to be identified. Working co-operatively with land managers and other land users, initiatives need to be developed to enhance and maintain an abundance of high quality habitat on private and public lands throughout the range of sage grouse.<br><br>Establish public reporting system for sage grouse leks, nesting, brood and winter locations.<br>-Conduct searches/surveys for active leks, nests, brood rearing and winter use areas throughout sage grouse range.<br>-Document habitat characteristics of lek, nesting, brood-rearing and winter-use areas and | Nevada |

128

BLM_0078911

| | | |
|---|---|---|
| | the interrelationships between habitat types.<br>-Investigate habitat parameters (lek, nesting, brood rearing and winter use) in areas of abandoned leks.<br>-Investigate the use of remote-sensing data systems to identify potential lek, nesting, brood-rearing and winter habitat.<br>-Map critical lek, nesting, brood rearing and winter habitat areas.<br>-Identify critical lek, nesting, brood rearing and winter habitat which must be protected, secured or enhanced.<br>-Identify land-use practices which are detrimental to provision of quality lek, nesting, brood rearing and winter habitat.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on public lands.<br>-Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on private lands.<br>-Develop cooperative initiatives to enhance and improve the quantity and quality of lek, nesting, brood rearing and winter habitat. | |
| Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND. Northern Prairie Wildlife Research Center. | During winter, sage-grouse rely almost exclusively on sagebrush for forage (Connelly et al. 2000). The spatial distribution of sage-grouse in winter often is related to snow depth (Patterson 1952; Dalke et al. 1963; Gill 1965; Klebenow 1973, 1985; Beck 1975, 1977; Danvir 2002). At the onset of winter, sage-grouse gradually move to lower elevations with greater exposure of sagebrush above the snow; in migratory populations, this movement may | North Dakota |

129

BLM_0078912

| | | |
|---|---|---|
| | extend up to 160 km (Patterson 1952). During more severe winters, a large proportion of the sagebrush may be beneath snow and thus unavailable for roosting or foraging.<br><br>Keys to management are maintaining expansive stands of sagebrush (*Artemisia* spp.), especially varieties of big sagebrush (*A. tridentata*), with abundant forbs in the understory, particularly during spring; undisturbed and relatively open sites for leks; and healthy perennial grass and forb stands intermixed with sagebrush for brood rearing. Within suitable habitats, areas should have 15 to 25% canopy cover of sagebrush 30 to 80 cm tall for nesting, and 10 to 25% canopy cover from 40 to 80 cm tall for brood rearing (Connelly et al. 2000). In winter habitats, shrubs should be exposed 25 to 35 cm above snow level and have 10 to 30% canopy cover exposed above snow. In nesting and brood-rearing habitats, understory habitats with adequate cover of grasses (>15%) and forbs (>10%) at least 18 cm tall are needed (Connelly et al. 2000). | |
| Beck, T.D.I. 1977. Sage grouse flock characteristics and habitat selection in winter. J Wildl Manage. 41(1):18-26. | Eng and Schladweiler (1972) also reported avoidance of steep slopes in winter by sage grouse in central Montana.<br><br>Disturbances of sage grouse habitat in identified winter use areas should be avoided or kept to a minimum. | Montana |
| Adams, B. W., J. Carlson, D. Milner, T. Hood, B. Cairns, and P. Herzog. 2004. Beneficial | Call and Maser (1985) suggest that managers need to protect at least 50% of annual | Canada |

130

| | | |
|---|---|---|
| grazing management practices for sage grouse (*Centrocercus urophasianus*) and ecology of silver sagebrush (*Artemisia cana*) in southeastern Alberta. Lethbridge, Alberta, Canada: Public Lands and Forests Division, Alberta Sustainable Resource Development. Publication T /049. 52 p. | production to provide adequate litter cover and that Sage-Grouse winter ranges should be even more lightly grazed. | |
| Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID. | Managers should evaluate [situations where winter and spring sheep range and sage grouse winter and brood use areas overlap] and recommend alternate grazing sites where competition with and overuse by domestic livestock exists. | Location unknown |
| Hockett, G.A. 2002. Livestock Impacts on the Herbaceous Components of Sage Grouse Habitat: A Review. Int. Jour. Sci. | For migratory populations focus livestock grazing activities during the growing season on sage grouse winter range.  Sage grouse are 100 percent dependent on sagebrush for forage during winter (Connelly 2000).  The removal of herbaceous understory plants preferred by domestic livestock during the growing season can lead to an increase in the density of sagebrush stands over time (Mueggler 1950, Laycock 1967, Beck and Mitchell 2000). Livestock and sage grouse would be separated temporally under this scenario although impacts to other wildlife species may be significant. | N/A |
| U. S. Dept. of Interior, Bureau of Land Management. 1979. Habitat Requirements and Management Recommendations for Sage Grouse. Bureau of Land Management TN 330. Denver, CO. | Sage grouse live almost exclusively on the leaves of sagebrush during the winter.<br><br>In Montana when snow depth exceeded 12 inches, sage grouse were restricted to taller sagebrush stands, a relatively small percentage of the total range available to them in a normal | Location unknown |

131

BLM_0078914

(lesser snow) winter.

Bean (1941) reported that when snow depth reached 13 to 15 inches in Idaho, sage grouse moved to taller sagebrush types.

Eng and Schladweiler (1972) described winter ranges in eastern Montana as being large expanses of dense (20% or greater canopy coverage) sagebrush with an average height of 10 inches on land having little if any slope.

This association with dense stands of sagebrush usually began in September (Wallestad 1971) and continued through the breeding and nesting seasons (Wallestad and Schladweiler 1974).

Wallestad (1975) reported that 78% of 151 winter locations of radioed sage grouse occurred in the greater than 20% canopy coverage class. As weather moderated in February, activities shifted to more open stands of sagebrush.

Snow depth forces the birds to lower elevations and appears to be a factor determining the actual wintering site for a flock (Klebenow 1972).

Black sage (*Artemisia nova*) was preferred as forage in southeastern Idaho. Sage grouse remain on the areas supporting this species until the snow covers the plants and return again when the black sage is available (Pyrah 1954,

BLM_0078915

| | Crawford 1960). | |
|---|---|---|
| | Biologists and field personnel report a similar preference for low sagebrush on Nevada and Utah ranges where it is available. | |
| | Many sagebrush ranges on public lands are grazed by domestic sheep in winter. | |
| | Livestock should not be permitted to heavily use known important sage grouse wintering areas. Heavy utilization may leave inadequate forage for sage grouse, but will depend on size of the wintering area and amount of sagebrush, depth of snow, and severity of the winter. | |

## Grazing Management and Migratory Populations

*The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.*

| Source | Citation | Location of Study |
|---|---|---|
| Wakkinen, W.L. 1990. Nest Site Characteristics and Spring-Summer Movements of Migratory Sage Grouse in Southeastern Idaho. Ph.D. Dissertation. Univ. of Idaho. | …data supports the contention of Berry and Eng (1985) that the management of migratory sage grouse populations must be done on large ecologically defined units. Habitat management for these birds must also be done on a year-round scale.<br><br>…data supports the contention of Berry and Eng (1985) that the management of migratory sage grouse populations must be done on large | Idaho |

133

| | ecologically defined units.  Habitat management for these birds must also be done on a year-round scale. | |
|---|---|---|
| Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. J Wildl Manage. 52(1): 116-122. | We further urge managers to consider all seasonal ranges when evaluating factors affecting sage grouse populations.<br><br>…we suggest that migratory sage grouse populations be defined on a temporal and geographic basis and that seasonal ranges and migration routes between ranges be identified.<br><br>…protection of sagebrush within a 3.2 km radius of leks is not sufficient (Beck 1977) because protecting sagebrush habitats associated with leks will not ensure that year long habitat requirements are met for migratory populations of sage grouse. | Idaho |
| Browers, H.W., J.W. Connelly, and R.J. Gates. 1984. Movements and habitat use of sage grouse in southeastern Idaho. *In*: The 37th Annual Meeting of the Society for Range Management. February 12-17, 1984. Society for Range Management. Denver, Colorado. | The relatively large areas and diversity of habitats used by migratory sage grouse should be considered in management plans for [sage grouse]. | Idaho |
| Hockett, G.A. 2002. Livestock impacts on the herbaceous components of sage grouse habitat: a review. Intermountain Journal of Sciences. 8(2):105-114. | For migratory populations focus livestock grazing activities during the growing season on sage grouse winter range.  Sage grouse are 100 percent dependent on sagebrush for forage during winter (Connelly 2000).  The removal of herbaceous understory plants preferred by domestic livestock during the growing season can lead to an increase in the density of | Location unknown |

134

BLM_0078917

| | |
|---|---|
| | sagebrush stands over time (Mueggler 1950, Laycock 1967, Beck and Mitchell 2000). Livestock and sage grouse would be separated temporally under this scenario although impacts to other wildlife species may be significant. | |

## Social Science Aspects

*The following sources may contain information relevant to the Wyoming Basin - Southern Rocky Mountains ecoregions, but were not conducted within the ecoregional boundaries.*

| Source | Citation | Location of Study |
|---|---|---|
| Torell, L.A., J.A. Tanaka, N. Rimbey, T. Darden, L. Van Tassell, and A. Harp. 2002. Ranch-Level Impacts of Changing Grazing Policies on BLM Land to Protect the Greater Sage-Grouse: Evidence from Idaho, Nevada and Oregon. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-01-02. Caldwell, ID. | Cook et al. (1980) found that changes in spring use had a greater impact on livestock sales per AUM for Colorado ranchers than did AUM changes in any other season.<br><br>Van Tassell and Richardson (1998) also found that spring and summer forage obtained from public lands was critical to the operation of federally based ranches in Wyoming. Similarly, Torell et al. (1981) found the same situation for public land ranches in northern Nevada.<br><br>Optimal production strategies and ranch income were not exceptionally sensitive to increases in the grazing fee, but production and net returns changed substantially when federal AUMs were removed from any season, particularly the spring season. | Idaho, Nevada, Oregon |

135

|  | If an altered land-use policy means that grazing will not be allowed during the spring period, but the number of public land AUMs allowed for grazing is not correspondingly reduced, it is possible that eliminating spring grazing and shortening the allowed grazing period on public lands would increase optimal herd sizes. Torell et al. (1981) estimated this would be the situation for northeastern Nevada ranchers when spring grazing was eliminated. Given the cost/price definition of the analysis, the profit-maximizing strategy was to make up lost public land AUMs during the spring period by feeding more hay and to substitute other forages where possible. Net returns were reduced, but it was most profitable to use BLM AUMs previously grazed during the spring in other seasons and to expand herd size. For other ranches with few low-cost alternative sources of forage, optimal herd size could decrease with the elimination of spring grazing.

[Linear programming] studies found reductions in income and net ranch returns were not proportional to reductions in federal forage. The rigidity of seasonal forage availability meant the optimal use of other forages and resources were impacted when federal AUMs were removed. Other forages were reallocated to offset part of lost federal forage (Gee 1981, Van Tassell and Richardson 1998).

For the Wyoming [federally based ranches] |  |
|--|--|--|

136

studies, complete elimination of the BLM permit was estimated to decrease annual net cash income by an average of $55/BLM AUM removed [1998 dollars].

At the other extreme, because some western ranchers are not necessarily in the business to make a profit and spend more than they justifiably should to produce livestock, Rowe and Bartlett (2001) found that eliminating federal grazing permits in Colorado would actually benefit some ranchers by forcing them to reduce the size of their money-losing livestock enterprise. Economic changes from allotment adjustments varied widely, ranging from a loss of $40/AUM to a gain of $27/AUM [2001 dollars] when herd reductions were the assumed adjustment strategy.

...eliminating BLM grazing to improve habitat for sage-grouse would have a significant impact on the economic viability of affected ranches. This is especially true during the spring period. Early spring grazing is valuable because few alternative forage sources are available at that time. In most cases, the only feasible forage alternative would be to feed hay.

Rowe and Bartlett (2001) concluded that once hay was needed to compensate for public forage losses, reducing herd size would be the most cost-effective adjustment (Torrell et al. 2002). Making alterative grazing resources available during the spring always minimized losses

137

BLM_0078920

relative to feeding hay or reducing herd size. If complete flexibility of other deeded forages were assumed, the economic loss of restricting the early use of BLM lands was minimal; seasonal use of alternative forages would be rearranged with little if any economic consequence.

The economic value of the BLM forage during the spring period was found to be 5 to 10 times the value in other seasons later in the year for both the Idaho and Nevada models.

The economic impacts from reducing BLM grazing in any season were found to vary widely depending on several key factors. First, individual ranches will be able to substitute alternative forages to varying degrees as federal AUMs are eliminated.  Substituting forages minimizes economic losses relative to the option of feeding hay and reducing cow herd size. Those ranches with restricted seasons of forage availability will have less ability to substitute alternative forages if BLM grazing is removed.

The contributory value of the federal grazing permits for livestock production varies widely depending on the seasonal complement of forage and pasture resources ranches have, and the level of dependency on federal lands.

It is widely believed that the complement between public and private lands contributes

BLM_0078921

| | | |
|---|---|---|
| | greatly to the economics of western ranching and our analysis clearly shows that to be the case.<br><br>For those ranches with limited off-ranch wealth and income, reducing public land grazing capacity by even marginal amounts was found to greatly impact the ability of ranchers to meet annual financial obligations and to repay debt. | |
| van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada. | Increasing tension in the Nevada ranch community may have had a negative impact on social capital. Social capital facilitates cooperation in resolving social dilemmas related to public range management.<br><br>[Survey of public grazing permit holders in Nevada] results indicate that low levels of trust between ranchers and public land managers were most significantly related to previous disagreements and belief that the future of ranching is bleak. Disagreements with public agencies were mainly the caused by disputes concerning responses to wildfire, and such disagreements led to a deterioration of relations over time. Relations between ranchers and the USFS deteriorated to a greater extent than relations with the BLM, partly because the former have cut back on allowable grazing to a greater extent. While there remain opportunities to build on existing social capital in the community (horizontal relations), ranchers and the public agencies need to work on building vertical relations, thereby increasing trust. We argue that, even if the latter fails, new | Nevada |

BLM_0078922

|  | institutions might evolve to utilize existing social capital and thereby help resolve social dilemmas.

If public land agencies become too rigid, or fail to evolve sufficiently to address 'modern' needs, then ranchers will rely on their informal contacts with agency personnel – their personal network – to implement management activities that would otherwise be held up by bureaucracy and the hierarchy that inevitably accompanies it. However, if ranchers cannot work with the public agencies, range quality may deteriorate as may the habitat of threatened or endangered species. In such cases, other institutional arrangements may need to be considered, ones that yield better outcomes from a social viewpoint, and are also politically more acceptable.

…trust is related to institutions and affects the costs of transacting. If confidence in an enforcement agency falters, one may not trust others to fulfill their agreements and thus enter into fewer agreements. There is an element of trust in any transaction where one has to decide (make a choice) before being able to observe the action of the other party to the transaction. One has to assume that the other person is not acting with guile, keeping information hidden that could be used to their advantage at the expense of the other party to the transaction. Like other components of social capital, trust makes an economy function more efficiently |  |
|---|---|---|

140

BLM_0078923

| | | |
|---|---|---|
| | (Fukuyama 1999).<br><br>In the ranch community, trust, social norms (shared beliefs) and social networks – social capital – are vitally important to community health and that of the range ecosystem.<br><br>The level of trust in public land agencies is inversely related to two factors – the extent to which ranchers had disagreements with public land managers about how the range is utilized and the extent to which respondents were negative about the future of ranching.<br><br>Economic theory indicates that an increase in social capital can benefit the ranch community by reducing transaction costs and increasing opportunities to resolve range management conflicts. This can be accomplished primarily by restoring trust between ranchers and public land managers (vertical relations) and building upon extant relations that exist because of high levels of participation in community service and professional organizations (horizontal relations). | |
| Batterson, W. M., and W.B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Comm. Portland, OR | The only contact with farming activities is in localities where grouse spend the summer and fall on alfalfa and meadow lands. | Oregon |
| Dwyer, D.D., J.C. Buckhouse, and W.S. Huey. 1984. Impacts of Grazing Intensity and Specialized Grazing Systems on the Use and Value of Rangeland: Summary and | A reduction of permitted AUMs of grazing does not necessarily mean the permittee will suffer a comparable loss in net return.  Improved application of animal husbandry practices can | N/A |

BLM_0078924

| | | |
|---|---|---|
| Recommendations. *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. | increase calf crop and weaning weight so that per-head yield is substantially increased. The manager should help the permittee apply these practices. | |
| Malechek, J.C. 1984. Impacts of Grazing Intensity and Specialized Grazing Systems on Livestock Response. *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. | …reductions in permitted numbers, always a troublesome action, should be partially set-off by increased performance of individual animals. This effect is generally small and it would undoubtedly be a difficult concept to sell to a permittee as a quantitative advantage. | N/A |
| Workman, J.P., S.K. Fairfax, and W. Burch. 1984. Applying Socioeconomic Techniques to Range Management Decision Making: Summary and Recommendations *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. | Multiple-use management should be based on solid empirical analyses that attempt to quantify costs and benefits of the products produced on public lands. Whenever possible, environmental concerns should be directly incorporated into benefit-cost analysis rather than used as a separate ranking device for project selections.<br><br>Elimination of grazing permit eligibility requirements (prior use, commensurability, ownership of land and water) should be considered. Such elimination would allow for free transfer of grazing permits among ranchers at market-dictated prices.<br><br>If grazing permits are permanently reduced, permittees should be compensated proportionately for their interest in range improvements just as they are for permit cancellations. | N/A |

142

BLM_0078925

| | Incentives for private investment in public range improvement should be created by devising a system for evaluating changes in grazing capacity that is credible to ranchers, including a guarantee that increased forage will be made available to participating permittees.<br><br>Benefit-cost analysis of range improvements should be based on all costs and benefits, both private and government. | |
|---|---|---|
| Godfrey, E.B. 1984. Measuring the Economic Impact of Agency Programs on Users and Local Communities *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. | If evaluated from a national perspective, the impact of use at other sites must be considered but need not be if very local considerations are paramount.  This suggests that there exists a potential to overestimate the benefits of uses such as recreation, wildlife, etc. when shifts in use from one area to another are ignored. | N/A |
| Wambolt, C.L., A.J. Harp, B.L. Welch, N. Shaw, J.W. Connelly, K.P. Reese, C.E. Braun, D.A.  Klebenow, E.D. McArthur, J.G. Thompson, L.A. Torell, and J.A. Tanaka. 2002. Conservation of Greater Sage-Grouse on Public Lands in the Western U.S.: Implications of Recovery and Management Policies. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-02-02. Caldwell, ID. | …significant reductions in grazing AUMs on public lands can have identifiable negative economic effects on individual producers and rural communities.<br><br>…this study confirms that negative economic effects can result from large reductions in public land grazing. Public land grazers also point out that alternative management actions, such as reducing fire in the sage ecosystem or requiring habitat mitigation for sagebrush fragmentation, do not have the same negative economic consequences for individuals and local communities. The economic impacts of such actions are usually exported from the | Location unknown |

143

| | region and spread over many consumers nationwide.<br><br>Eliminating BLM grazing to improve habitat for sage-grouse would have a significant impact on the economic viability of affected western ranches. Early spring grazing is valuable because few alternative forage sources are available at that time. In most cases, the only feasible forage alternative would be to feed hay.<br><br>If complete flexibility of other deeded forages were possible, the economic loss of restricting the early use of BLM lands was minimal. | |
|---|---|---|
| Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands. 21(2):12-16. | Financial returns per acre average about 4% higher under continuous or season-long grazing than rotation grazing systems.<br><br>Torell et al. (1991) using a Colorado prairie study (Sims et al. 1976), found profit-maximizing stocking rates were well below those that would deteriorate the rangeland resource. Workman (1986)…drew the same conclusion.<br><br>Rotation grazing systems have been widely recommended by various government agencies concerned with range management. However research shows stocking rate reductions from heavy to conservative, have much higher probability of increasing grazing capacity, reducing risk, increasing financial returns, and reducing erosion. The United States Department of Agriculture, Natural Resources | Location unknown |

144

BLM_0078927

| | | |
|---|---|---|
| | Conservation Service continues to recommend 50% use of forage resources.  However the research convincingly shows 40-45% use is moderate on most rangelands and 30-35% use is needed for improvement in rangeland vegetation.<br><br>Moderate continuous grazing typically gave better vegetation, livestock, and financial performance than rotation grazing at heavy stocking rates.  However under moderate stocking rates there is evidence that some rotation grazing systems give equal or superior vegetation, livestock, and financial performance to continuous grazing (Holechek et al. 1987, Heitschmidt et al. 1990, Taylor et al. 1993). | |
| Dietz, T. 1984 Social Impact Assessment as a Tool for Rangeland Management *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. | A shift in the allowed amount of grazing by commercial operators will change the economic position of those operators.<br><br>Cut-backs in access will increase the cost of operations and could force some ranchers out of business, though in most cases this is not likely.<br><br>West (1980) argues that the elimination of provisions that exempted small users from allotment cuts had significant adverse effects on small users, and on Spanish-Americans in particular.<br><br>The increase in costs might reduce local incomes and employment, produce shifts in the occupational structure of the communities surrounding the resource area, and affect the | N/A |

145

BLM_0078928

| | fiscal balance of those communities. | |

BLM_0078929

# References

Adams, B. W., J. Carlson, D. Milner, T. Hood, B. Cairns, and P. Herzog. 2004. Beneficial grazing management practices for sage grouse (*Centrocercus urophasianus*) and ecology of silver sagebrush (*Artemisia cana*) in southeastern Alberta. Lethbridge, Alberta, Canada: Public Lands and Forests Division, Alberta Sustainable Resource Development. Publication T /049. 52 p.

Aldridge, C.L. 1998. Status of the Sage Grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association. Wildlife Status Report No. 13. Edmonton, Alberta, Canada.

Aldridge, C.L, and R.M. Brigham. 2002.Sage grouse nesting and brood habitat use in southern Canada. J Wildl Manage. 66(2):433-444.

Allen-Diaz, B., and J. W. Bartolome. 1998. Sagebrush-grass vegetation dynamics: comparing classical and state-transition models. Ecological Applications 8:795-804.

Anderson, J. E., and K. E. Holte. 1981. Vegetation development over 25 years without grazing on sagebrush-dominated rangeland in southeastern Idaho. Journal of Range Management 34:25-29.

Anderson, J.E., and R.S. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs. 71(4): 531-556.

Apa, A.D. 1998: Habitat use and movements of sympatric sage and Columbian sharp-tailed grouse in southeastern Idaho.- PhD thesis, University of Idaho, Moscow, 199 pp.

Archer, S. and F. E. Smeins. 1991. Ecosystem-level processes. In Heitschmidt, R. K. and J. W. Stuth, eds. Grazing management: an ecological perspective. Portland, OR: Timber Press: 109-138.

Autenrieth, R.E. 1973. Sage grouse research in Idaho. Proc. West. States Sage Grouse Workshop 8:51-52.

Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game.

Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID.

Banasch, D. 1985. Sage grouse in Alberta, habitat requirements, life history, census techniques, summer brood survey and hunter check station analysis. Unpubl. rept., Alberta Fish and Wildlife, Edmonton, AB. 52 pp.

Barnett J.K., J.A. Crawford. 1994. Pre-laying nutrition of sage grouse hens in Oregon. J. Range Manage. 47:114–118.

Barrett H., E.G. Campbell, S. Ellis, J. Hanf, R. Masinton, J. Pollet, T. Rich, J. Rose, J. Sadowski, F. Taylor, and P. Teensma, 2000. Greater sage grouse and sagebrush-steppe ecosystems management guidelines. U. S. Dept. of Interior, Bureau of Land Management.

Bartlett, E.T.; Torell, A.; Rimbey, N.R.; Van Tassell, L.W.; and D.W. McCollum. 2002. Valuing grazing use on public land. J. Range Manage. 55:426-438.

Batterson, W. M., and W.B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Comm. Portland, OR

Bean, R. W. 1941. Life history studies of the Sage Grouse (*Centrocercus urophasianus*) in Clark County, Idaho. M.Sc. thesis, Utah State Agricultural College, Logan, UT.

Beck, T. D. I. 1975. Attributes of a wintering population of Sage Grouse, North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 49 pages.

Beck, T.D.I. 1977. Sage grouse flock characteristics and habitat selection in winter. J Wildl Manage. 41(1):18-26.

BLM_0078930

Beck, J.L, and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl Soc Bull. 4: 993-1002.

Belnap, J., and O. L. Lange (eds). 2001. Biological soil crusts: structure function, and management. Springer-Verlag, New York.

Berry, J.D. and R.L. Eng. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. J. Wildl. Manage. 49(1):237-240.

Blaisdell, J.P., R.B. Murray, and E.D. McArthur. 1982. Managing Intermountain Rangelands-Sagebrush-Grass Ranges. U.S. Department of Agriculture Forest Service Intermountain Forest and Range Experiment Station Gen. Tech. Report INT-134. Ogden, UT.

Bock, C. E., J. H. Bock, and H. M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology 7:731-733.

Bork, E.W., N.E. West, and J.W. Walker. 1998. Cover components on long-term seasonal sheep grazing treatments in three-tip sagebrush steppe. J Range Manage. 51:293-300.

Box, T. W. 1990. Rangelands. Pages 101-120 in R. N. Sampson and D. Hair (eds.). Natural resources in the 21st century. Island Press, Covelo, California.

Bradbury, J. W., R. M. Gibson, C. E. McCarthy, and S. L. Vehrencamp. 1989. Dispersion of displaying male Sage Grouse. II. The role of female dispersion. Behavioral Ecology and Sociobiology 24:15-24.

Branson, F.A. 1985. Vegetation changes on western rangeland. Range Monograph No. 2. Society for Range Management, Denver, CO.

Braun, C.E. 1987. Current issues in sage grouse management. Proc. Of the Western Assoc. Fish and Wildl. Agencies 67:134-144.

Braun, C. E. 1998. Sage-grouse declines in western North America: what are the problems? Proceedings, Western Association of Fish and Wildlife Agencies. 78:139-156.

Braun, C.E. 2006. A blueprint for sage-grouse conservation and recovery, 21 pp.

Braun C.E., Britt T., Wallestad R.O. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99–106.

Braun, C.E.; Connelly, J.W.; and M.A. Schroeder. 2005. Seasonal Habitat Requirements for Sage-Grouse: Spring, Summer, Fall, and Winter. *In:* Shaw, Nancy L.; Pellant, Mike; Monsen, Stephen B., comps. 2005. Sage-grouse habitat restoration symposium proceedings; 2001 June 4–7, Boise, ID. Proc. RMRS-P-38. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 130 p.

Browers, H.W., J.W. Connelly, and R.J. Gates. 1984. Movements and habitat use of sage grouse in southeastern Idaho. *In:* The 37th Annual Meeting of the Society for Range Management. February 12-17, 1984. Society for Range Management. Denver, Colorado.

Burkhardt J.W. 1997. Grazing utilization limits: An ineffective management tool. Rangelands. 19:8–9.

Buskness, N.A., R.K. Murphy, K.F. Higgins, and J. Jenks. 2001. Breeding bird abundance and habitat on two livestock grazing regimes in North Dakota. Proceedings of the South Dakota Academy of Science. 80:247-258.

Caldwell M.M. 1984. Plant requirements for prudent grazing. p 117–152 In: Nat. Res. Council/Nat. Acad. Sci. "Development Strategies for Rangeland Management." Westview Press, Boulder, Colo.

Call M.W. 1979. Habitat requirements and management recommendations for sage grouse. USDI-BLM Denver Serv. Center Tech. Note 330

Call, M.W., and C. Maser. 1985. Wildlife Habitats in Managed Rangelands--The Great Basin of Southeastern Oregon. U.S. Department of Agriculture Forest Service Pacific Northwest Forest and Range Experiment Station. General Technical Report PNW-187. Portland, Oregon.

Carr, H.D. 1968. A literature review on effects of herbicides on sage grouse. Colo. Div. Game,

148

BLM_0078931

Fish and Parks Comm. Spec. Rep. 13, 16 p. Denver.

Clary, W.P., and B.F. Webster. 1989. Managing Grazing of the Riparian Areas in the Intermountain Region. U.S. Department of Agriculture Forest Service. General Technical Report INT-263. Ogden, UT.

Clary, W.P., N.L. Shaw, J.G. Dudley, V. A. Saab, J.W. Kinney, and L.C. Smithman. 1996. Response of a depleted sagebrush steppe riparian system to grazing control and woody plantings. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-RP-492. 27:811841. U.S. Department of Agriculture   Forest Service Intermountain Research Station.

Clary W.P., W.C. Leininger. 2000. Stubble height as a tool for management of riparian areas. J. Range Manage. 53:562–573.

Coggins, K. A. 1998. Relationship between habitat changes and productivity of sage grouse at Hart Mountain National Antelope Refuge, Oregon. Oregon State Univ.. Corvallis, Oregon.

Connelly, J. W., W. J. Arthur, and O. D. Markham. 1981. Sage Grouse leks on recently disturbed sites. Journal of Range Management 4:153-154.

Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. J Wildl Manage. 52(1): 116-122.

Connelly J.W., W.L. Wakkinen, A.P. Apa, K.P. Reese. 1991. Sage grouse use of nest sites in southeastern Idaho. J. Wildl. Manage. 55:521–524.

Connelly, J.W., R.A. Fischer, A.D. Apa, K.P. Reese, and W.L. Wakkinen. 1993. Renesting of sage grouse in southeastern Idaho. Condor 95:1041-1043.

Connelly, J.W. and C.E. Braun. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3:229-234.

Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildl Soc Bull. 28(4):967-985.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-Grouse and Sagebrush Habitats. Unpublished Report. Western Association of Fish and Wildlife Agencies. Cheyenne, Wyoming.

Cook C.W., L.A. Stoddart, L.E. Harris. 1954. The nutritive value of winter range plants in the Great Basin. Utah Agr. Exp. Sta. Bull. 372.

Cook, C.W., G. Taylor, and E.T. Bartlett. 1980. Impacts of federal range forage on ranches and regional economics of Colorado. Colorado State Univ. Exp. Sta. Bull. 576S (July). Ft. Collins, Colorado.

Courtois, D.R., B.L. Perryman, and H.S. Hussein. 2004. Vegetation Change After 65 Years of Grazing and Grazing Exclusion. J Range Manage. 57:574-582.

Craddock, G.W., and C.L. Forsling. 1938. The Influence of Climate and Grazing on Spring-Fall Sheep Range in Southern Idaho. United States Dept. of Agriculture. Technical Bulletin No. 600.

Crane K.K., M.A. Smith, D. Reynolds. 1997. Habitat selection patterns of feral horses in southcentral Wyoming. J. Range Manage. 50:374–380.

Crawford, J. A., M. A. Gregg, M. S. Drut, and A. K. DeLong. 1992. Habitat use by female Sage Grouse during the breeding season in Oregon. BLM Coop. Res. Unit, Oregon State Univ.. Corvallis, OR

Crawford, J. A., and D. M. Davis. 2002. Habitat use by Greater Sage-Grouse on Sheldon National Wildlife Refuge. Final Report. Game Bird Research Program, Oregon State University, Corvallis, Oregon. 119 pages.

Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19.

Crawford, J.E., Jr. 1960. The movements, productivity, and management of sage grouse in Clark and Fremont Counties, Idaho. M.S. Thesis. Univ. Idaho, Moscow. 85 pp.

BLM_0078932

Daddy, F. M., J. Trlica, and C. D. Bonham. 1988. Vegetation and soil water differences among big sagebrush communities with different grazing histories. Southwestern Nat. 33:413-424.

Dagget, D. 1995. Beyond the Rangeland Conflict: Toward a West that Works. The Grand Canyon Trust. Flagstaff, Arizona.

Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of Sage Grouse in Idaho. J. Wildl. Manage. 27:811-841.

Danvir, R. E. 2002. Sage Grouse ecology and management in northern Utah sagebrush-steppe. A Deseret Land and Livestock Wildlife Research Report. Deseret Land and Livestock Ranch and the Utah Foundation for Quality Resource Management, Woodruff, Utah. 39 + appendices.

DeLong, A.K., J.A. Crawford, and D.C. DeLong, Jr. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. J Wildl Manage. 59(1):88-92.

Deseret Land and Livestock Ranch. No date. Deseret Land and Livestock Ranch Livestock Grazing and Rangeland Management Benefit Greater Sage Grouse. Western Governor's Association, U.S. Department of Agriculture Natural Resources Conservation Service.

Dietz, T. 1984 Social Impact Assessment as a Tool for Rangeland Management *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Dobkin, D.S. 1995. Management and conservation of sage grouse, denominative species for the ecological health of shrubsteppe ecosystems. USDI Bureau of Land Management. Portland, OR.

Drut, M. S., J. A. Crawford, and M. A. Gregg. 1994. Brood habitat use by Sage Grouse in Oregon. Great Basin Naturalist 54:170-176.

Dwyer, D.D., J.C. Buckhouse, and W.S. Huey. 1984. Impacts of Grazing Intensity and Specialized Grazing Systems on the Use and Value of Rangeland: Summary and Recommendations. *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Eckert R.E. Jr, J.S. Spencer. 1986. Vegetation response on allotments grazed under rest-rotation management. J. Range Manage. 39:166–174.

Eckert R.E. Jr, J.S. Spencer. 1987. Growth and reproduction of grasses heavily grazed under rest-rotation management. J. Range Manage. 40:156–159.

Ellis, K.L., J.R. Murphy, J.R., and G.H. Richins. 1987. Distribution of Breeding Male Sage Grouse in Northeastern Utah. Western Birds. 18:117-121.

Ellis, K. L., J. R. Parrish, J. R. Murphy, and G. H. Richins. 1989. Habitat use by breeding male Sage Grouse: a management approach. Great Basin Naturalist 49:404-407.

Ellison, L. 1960. Influence of grazing on plant succession of rangelands. Bot. Rev. 26:1-78.

Elmore W., B. Kauffman. 1994. Riparian and Watershed systems: Degradation and Restoration. p 212–231 In: M. Vavra, W.A. Laycock, and R.D. Pieper (eds.) Ecological Implications of Livestock Herbivory in the West. Society for Range Manage. Denver, Colo.

Eng, R.L. 1952. Population trends and breeding potential studies (sage grouse brood studies). Montana Fish and Game Comm., Wildlife Restoration Div. Quart. Prog. Rep. 3(4):56-62.

Eng, R.L. 1986. Upland game birds. Pages 407-428 *In*: Cooperrider, A.Y., R.J. Boyd, and H.R. Stuart, eds. Inventory and Monitoring of Wildlife Habitat. U.S.D.I. Bureau of Land Management Service Center, Denver, CO. 858 pp.

Eng, R.L. and P. Schladweiler. 1972. Sage grouse winter movements and habitat use in central Montana. J. Wildl. Manage. 36: 141-146.

Eng. R. L., and R. J. Mackie. 1982. Integrating grazing-range management practices with management of major wildlife species on rangeland in northcentral Montana. Proc. West. Assoc. Fish and Wildl. Agencies. Montana Agric Exp Stn. 62:112-119.

BLM_0078933

Evans, C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the Sheldon National Wildlife Refuge. Ph.D. Dissertation. Univ. of Nevada, Reno. Reno, NV.

Fielding, D.J., and M.A. Brusven. 1995. Grasshopper densities on grazed and ungrazed rangeland under drought conditions in southern Idaho. Great Basin Naturalist 55:352-358.

Fischer, R.A., A.D. Apa, W.L. Wakkinen, K.P. Reese, and J.W. Connelly. 1993. Nesting-area fidelity of sage grouse in southeastern Idaho. The Condor. 95: 1038-1041.

Freilich, J. E., J. M. Emlen, J. J. Duda, D. C. Freeman, and P. J. Cafaro. 2003. Ecological effects of ranching: a six-point critique. BioScience 53:759-765.

Friedel, M. H. 1991. Range condition assessment and the concept of thresholds: a viewpoint. Journal of Range Management 44:422-426.

Frost, W.E., E.L. Smith, and P.R. Ogden. Utilization guidelines. 1994. Rangelands 16(6):256-259.

Fukuyama, F., 1999. The Great Disruption. Human Nature and the Reconstitution of Social Order. New York.: The Free Press.

Fulgham, K.O., M.A. Smith, and J.C. Malechek. 1982. A compatible grazing relationship can exist between domestic sheep and mule deer, p. 458–478. In: J.M. Peek and P.D. Dalke (eds.) Proc. of the Wildlife-Livestock Relationships Symp. Idaho For., Wildl. and Range Exp. Sta., Univ. Idaho, Moscow, Ida.

Gates, R. J. 1983. Sage grouse, lagomorph, and pronghorn use of a sagebrush grassland burn site on the Idaho National Engineering Laboratory. Thesis, Montana State University, Bozeman.

Gates, R. J. 1985. Observations of the formation of a Sage Grouse lek. Wilson Bulletin 97:219-221.

Gee, C.K. 1981. Estimating economic impacts of adjustments in grazing on federal lands and estimating federal rangeland forage values. Tech. Bull. 143. Colo. State Univ. Agr. Exp. Sta., Fort Collins, Colo.

Gibbens, R.P., and H.G. Fisser. 1975. Influence of Grazing Management Systems on Vegetation in the Red Desert Region of Wyoming. Univ. of Wyoming Agriculture Experiment Station. Science Monograph 29. Laramie, Wyoming

Gibson, R. M. 1996. A re-evaluation of hotspot settlement in lekking Sage Grouse. Animal Behaviour 52:993-1005.

Giesen, K.M. 1995. Evaluation of livestock grazing and residual herbaceous cover on sage grouse nest success. Unpublished report. Colorado Division of Wildlife. Wildlife Research Report.

Giezantanner, K. I., and W. H. Clark. 1974. The use of western harvester ant mounds as strutting locations by Sage Grouse. Condor 76:218-219.

Gill, R.B. 1965. Distribution and Abundance of a Population of Sage Grouse in North Park, Colorado. Colorado State Univ.. Fort Collins, Colorado.

Glidewell, B.C., J.C. Mosley, and J.W. Walker. 2001. Sheep and cattle response when grazed together on sagebrush-grass rangeland. Western Section, American Society of Animal Science. American Society of Animal Science 52.

Godfrey, E.B. 1984. Measuring the Economic Impact of Agency Programs on Users and Local Communities in NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Gray, G. M. 1967. An ecological study of Sage grouse broods with reference to nesting, movements, food habits and sagebrush strip spraying in the Medicine Lodge drainage, Clark County, Idaho. Thesis, University of Idaho, Moscow.

Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept..

Gregg, M.A. 1991. Use and selection of nesting habitat by sage grouse in Oregon. M.S. Thesis.

BLM_0078934

Oregon State Univ. Corvallis. 46 pp.

Gregg, M. A. 1994. Brood habitat use by Sage Grouse in Oregon. Great Basin Naturalist 54:170-176.

Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. Delong. 1994. Vegetational cover and predation of Sage Grouse nests in Oregon. Journal of Wildlife Management 58:162-166.

Guthery, F.S. 1996. Upland Gamebirds. In P.R. Krausman, ed. Rangeland Wildlife. The Society for Range Management. Denver, Colorado.

Hanf, J. M., P.A. Schmidt, and E.B. Groshens. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Dept. of Interior, Bureau of Land Management Series. Prineville, OR. P-SG-01.

Hanley, T.A. and J.L. Page. 1982. Differential effects of livestock use on habitat structure and rodent populations in Great Basin communities. Calif. Fish and Game 68:160-174.

Hann, W.J., Jones, J.L., Karl, M.G., Hessburg, P.F., Keane, R.E., Long, D.G., Menakis, J.P., McNicoll, C.H., Leonard, S.G., Gravenmier, R.A., Smith, B.G., 1997. Landscape dynamics of the basin. In: Quigley, T.M., Arbelbide, S.J. (Eds.), An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins, Chapter 3. General Technical Report PNW-GTR-405. US Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR.

Hanson, W.R.; Stoddart, L.A. Effects of grazing upon bunch wheatgrass. J. Am. Soc. Agron. 32:278-289; 1940

Harris, W., K. Lungle, B. Bristol, D. Dickinson, D. Eslinger, P. Fargey, J. Kroshus, T. Livingston, S. Lunn, S. McAdam, I. Michaud, D. Milner, T. Poirier, D. Scobie, and L. Veitch. 2001. Canadian Sage Grouse Recovery Strategy.

Harrison B.J., A.P. Thatcher. 1970. Winter sheep grazing and forage preference in southwestern Wyoming. J. Range Manage. 23:109–111.

Hart, R. H., and B. E. Norton. 1988. Grazing management and vegetation response. *In*: Tueller, P. T., ed. Vegetation science applications for rangeland analysis and management. Kluwer Academic Publishers. Boston, MA. pp 493-525.

Hausleitner, D. 2003. Population Dynamics, Habitat Use and Movements of Greater Sage-Grouse in Moffat County, Colorado. Master's Thesis. University of Idaho.

Hays, D., M. Tirhi, and D. Stinson. 1998. Washington State Status Report for the Sage Grouse. Washington Dept. of Fish and Wildlife. Olympia, WA.

Heady, H. F. 1975. Range Management. McGraw-Hill, New York, NY. 460 p.

Heady, H.F. and R.D. Child. 1994. Rangeland Ecology and Management. Boulder, Colorado: Westview Press.

Heath, B. J., R. Straw, S.H. Anderson, J. Lawson, and M. Holloran. 1998. Sage-Grouse Productivity, Survival, and Seasonal Habitat Use Among Three Ranches with Different Livestock Grazing, Predator Control, and Harvest Management Practices. Wyoming Game and Fish Dept.

Hockett, G.A. 2002. Livestock Impacts on the Herbaceous Components of Sage Grouse Habitat: A Review. Int. Jour. Sci.

Hofmann, L. A. 1991. The western Sage Grouse (Centrocercus urophasianus phaios) on the Yakima Training Center in central Washington: a case study of a declining species and the military. M.S. thesis. Central Washington University, Ellensburg, Washington.

Holechek, J. 1980. Livestock grazing impacts on rangeland ecosystems. Journal of Soil and Water Conservation. 162-164.

Holechek J.L., R. Valdez, S.D. Schemnitz, R.D. Pieper, C.A. Davis. 1982. Manipulation of grazing to improve or maintain wildlife habitat. Wild. Soc. Bull. 10:204–210.

Holechek, J. L., and T. Stephenson. 1983. Comparison of big sagebrush vegetation in north-central New Mexico under moderately grazed and grazing excluded conditions. Journal of Range Management 36:455-456.

BLM_0078935

Holechek, J.L.; Berry, T.J.; and M. Vavra. 1987. Grazing system influences on cattle diet and performance on mountain range. J. Range Manage. 40:55-60.

Holechek, J. L., R. D. Piper, and C. H. Herbel. 1998. Range management: principles and practices. Third ed., Prentice-Hall, Upper Saddle River, New Jersey.

Holechek, J.L., R.D. Pieper and C.H. Herbel. 1989. Range management principles and practices. Prentice Hall, Engelwood-Cliffs, N.J.

Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands. 21(2):12-16.

Holechek, J.L.; Pieper, R.D.; and C.H. Herbel. 2001. Range Management: Fourth Edition. Upper Saddle River, New Jersey: Prentice Hall.

Holloran, M.J. 2005. Greater Sage-Grouse (*Centrocercus Urophasianus*) Population Response to Natural Gas Field Development in Western Wyoming. Ph.D. Dissertation. University of Wyoming, Laramie.

Holloran, M.J., B.J. Heath, A.G. Lyon, S.J. Slater, J.L. Kuipers, and S.H. Anderson. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. J Wildl Manage. 69(2): 638-649.

Holloran, M.J. and S.H. Anderson. 2005. Spatial Distribution of Greater Sage-Grouse Nests in Relatively Contiguous Sagebrush Habitats. The Condor 107:742–752.

Hughes, L.E. 1980. Six grazing exclosures with a message. Rangelands 2:17-18.

Hulet, B.V. 1983. Selected Responses of Sage Grouse to Prescribed Fire, Predation and Grazing by Domestic Sheep in Southeastern Idaho. Master's Thesis. Brigham Young University.

Johnson, G.D. and M.S. Boyce. 1990. Feeding trials with insects in the diet of sage grouse chicks. J. Wildl. Manage. 5489-91.

Johnson J.R., G.F. Payne. 1968. Sagebrush reinvasion as affected by some environmental influences. J. Range Manage. 21:209–213.

Johnson, W.M. 1956. The effect of grazing intensity on plant composition, vigor, and growth of pine-bunchgrass ranges in central Colorado. Ecology. 37:790-798.

Jones, A. 2000. Effects of cattle grazing on North American arid ecosystems: a quantitative review. Western North American Naturalist. 60(2):155-164.

Joyce, L. A. 1993. The life cycle of the range condition concept. Journal of Range Management 46:132-138.

Keller R.J., H.R. Shepherd, R.N. Randall. 1941. Survey of 1941: North Park, Jackson County, Moffat County, including comparative data of previous season. Colo. Game and Fish Comm. Sage Grouse Surv. 3. Denver, Colo.

Kindschy, R.R. 1987. Sagehen exclosure: A history of bitterbrush reproduction. Rangelands 9:113-114

Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33(3):649-661.

Klebenow, D.A. 1972. The habitat requirements of sage grouse and the role of fire in management. Proceedings Annual Tall Timbers Fire Ecology Conf. pp. 305-315.

Klebenow, D. A. 1973. The habitat requirements of Sage Grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305-315.

Klebenow, D.A. 1981. Livestock Grazing Interactions with Sage Grouse Proceedings of the Wildlife-Livestock Relationships Symposium.   April 20-22, 1981. Moscow, Idaho Forest, Wildlife & Range Experiment Station, Univ. of Idaho, Moscow. Cour d'Alene, Idaho.

Klebenow, D.A. 1982. Livestock grazing interactions with sage grouse. In: J.M. Peek and P.D. Dalke (eds.). Proc. Wildl. Livestock Relationships Symposium, Univ. Idaho, For., Wildl., and Range Exp. Stn., Moscow. p. 113-123.

Klebenow, D. A. 1985. Habitat management for Sage Grouse in Nevada. World Pheasant

153

BLM_0078936

Association Journal 10:34-46.

Kipple, G.E. and R.E. Bement. 1961. Light grazing-Is it economically feasible as a range improvement practice? J. Range Manage. 14:57-62

Klott, J.H. 1987. Use of habitat by sympatrically occurring sage grouse and sharp-tailed grouse with broods. Master's Thesis. University of Wyoming, Laramie, Wyoming.

Klott, J.H. and F.G. Lindzey. 1990. Brood habitats of sympatric sage grouse and Columbian Sharp-Tailed Grouse in Wyoming. J. Wildl. Manage. 54(1):84-88.

Klott, J.H.; Smith, R.B.; and C. Vullo. 1993. Sage Grouse Habitat Use in the Brown's Bench Area of South-Central Idaho. Idaho Bureau of Land Management Technical Bulletin No. 93-4. Boise, Idaho.

Knick, S. T., and J. T. Rotenberry. 1997. Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho (U.S.A.). Landscape Ecology 12:287-297.

Knick, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. VanderHagen, and C. VanRiper. 2003. Teetering on the Edge or Too Late? Conservation and Research Issues for Avifauna of Sagebrush Habitats. The Condor. 105: 611-634.

Knight, D.H. 1994. Mountains and Plains: The Ecology of Wyoming Landscapes. New Haven: Yale University Press.

Kovalchik, B.L., and W. Elmore. 1991. Effects of cattle grazing systems on willow-dominated plant associations in central Oregon. *In*: Symposium on Ecology and Management of Riparian Shrub Communities May 29-31, 1991. Sun Valley, ID.

Kovalchick B.L., W. Elmore. 1992. Effects of cattle grazing systems on willow-dominated plant associations in central Oregon. p 111–119 In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt, (eds.) Proc. Symposium on Ecology and Management of Riparian Shrub Communities, U.S.D.A. For. Serv., Gen. Tech. Rept. INT-GTR-289.

Krysl L.J., M.E. Hubbert, B.F. Sowell, G.E. Plumb, T.K. Jewett, M.A. Smith, J.W. Waggoner. 1984. Horses and cattle grazing in the Wyoming Red Desert, I. Food habits and dietary overlap. J. Range Manage. 37:72–76.

Kuipers, J. L. 2004. Grazing system and linear corridor influences on greater sage-grouse (*Centrocercus urophasianus*) habitat selection and productivity. Master's Thesis. The University of Wyoming, Laramie, Wyoming.

Laycock W.A. 1967. How heavy grazing and protection affect sagebrush-grass ranges. J. Range Manage. 20:206.

Laycock W.A. 1987. Grazing management systems and tactics in the sagebrush ecosystem. p 40-48 In: J.A. Onsager, (ed.) Integrated Pest Management on Rangeland: State of the Art in the Sagebrush Ecosystem. U.S.D.A.-A.R.S. Bull. ARS-50.

Laycock, W. A. 1991. Stable states and thresholds of range condition of North American rangelands: a viewpoint. Journal of Range Management 44:427-433.

Laycock, W.A. 1994. Implications of Grazing vs. No Grazing on Today's Rangelands. *in*: Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO.

Laycock W.A., P.W. Conrad. 1967. Effect of grazing on soil compaction as measured by bulk density on a high elevation cattle range. J. Range Manage. 20:136–140.

Laycock W.A., P.W. Conrad. 1981. Responses of vegetation and cattle to various systems of grazing on seeded and native mountain rangelands in eastern Utah. J. Range Manage. 34:52–58.

Leonard, K.M.; Reese, K.P.; and J.W. Connelly. 2000. Distribution, movements and habitats of sage grouse Centrocercus urophasianus on the Upper Snake River Plain of Idaho: changes from the 1950's to the 1990's. Wildlife Biology. 6(4):265-270.

Lyon, A. G. 2000. The potential effects of natural gas development on Sage Grouse near Pinedale, Wyoming. M.S. thesis. University of Wyoming, Laramie, Wyoming. 120 pages.

154

BLM_0078937

Mack, R. N. and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-773.

Mackie R.J. 1970. Range ecology and relations of mule deer, elk, and cattle in the Missouri River Breaks, Montana. Wildl. Monogr. 20:1–79.

Malechek, J.C. 1984. Impacts of Grazing Intensity and Specialized Grazing Systems on Livestock Response. *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Marshall, D.B., Chilcote, M., and H. Weeks. 1996. Species at Risk: Sensitive, Threatened, and Endangered Vertebrates of Oregon. Oregon Dept. of Fish and Wildlife. Portland, OR.

Merritt, S., C. Prosser, K. Sedivec, and D. Bangsund. 2001. Multi-species grazing and leafy spurge. U.S.D.A.-ARS Team Leafy Spurge, Sidney, Mont.

Milchunas, D. G., and W. K. Lauenroth. 1993. Quantitative effects of grazing on vegetation and soils over a global range of environments. Ecological Monographs 63:327-366.

Miller, R. F., T. J. Svejcar, and N. E. West. 1994. Implications of livestock grazing in the Intermountain sagebrush region: plant composition. Pages 101-146 in M. Vavra, W. A. Laycock, and R. D. Pieper (eds.). Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, Colorado.

Miller, R.F., and L.L. Eddleman. 2000. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State Univ. Agric Exp Stn. Technical Bulletin 151. Corvallis, OR.

Mosley, J. C. 1996. Prescribed sheep grazing to suppress cheatgrass: A review. Sheep and Goat Res. J. 12:74-81.

Mosley, J.C., P.S. Cook, A.J. Griffis, and J. O'Laughlin. 1997. Guidelines for Managing Cattle Grazing in Riparian Areas to Protect Water Quality: Review of Research and Best Management Practices Policy. Univ. of Idaho. Report No. 15.

Moynahan, B.J.; Lindberg, M.S.; and J.W. Thomas. In press (a). Factors Contributing to Process Variance in Annual Survival of Female Greater Sage-Grouse in North-Central Montana. Ecological Applications.

Moynahan, B.J.; Lindberg, M.S.; J.J. Rotella; and J.W. Thomas. In press (b). Factors Affecting Nest Survival of Greater Sage-Grouse in Northcentral Montana. Journal of Wildlife Management.

Mueggler, W.F. 1950. Effects of Spring and Fall Grazing by Sheep on Vegetation of the Upper Snake River Plains. Intermountain Forest and Range Experiment Station, U.S. Department of Agriculture Forest Service. Ogden, UT.

Myers, L.H. 1989. Grazing and Riparian Management in Southwestern Montana. *In:* Practical Approaches to Riparian Resource Management: An Educational Workshop May 8-11, 1989. Montana Chapter American Fisheries Society; U.S. Bureau of Land Management; Western Division American Fisheries Society; U.S. Forest Service, Northern Region; Society for Range Management; Montana Riparian Association; U.S. Fish and Wildlife Service.

National Research Council/National Academy of Sciences. 1984. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. Westview Press, Inc. Boulder, CO.

National Research Council. 1994. Rangeland health: new methods to classify, inventory, and monitor rangelands. National Academy Press, Washington, D.C.

Neel, L.A. 1980. Sage Grouse Response to Grazing Management in Nevada. M.S. Thesis. Univ. of Nevada, Reno. Reno, Nevada.

Ngugi K.R., J. Powell, F.C. Hinds, R.A. Olson. 1992. Range animal diet composition in southcentral Wyoming. J. Range Manage. 45:542–545.

Nisbet, R. A., S. H. Berwick, and K. L. Reed. 1983. A spatial model of Sage Grouse habitat quality. Developments in Environmental Modeling 5:267-276.

BLM_0078938

Oakleaf, R.J. 1971. The relationship of sage grouse to upland meadows in Nevada. Nevada Dept. of Fish and Game, and Renewable Resources Center, University of Nevada, Reno.

Olsen F.W., R.M. Hansen. 1977. Food relations of wild free-roaming horses to livestock and big game, Red Desert, Wyoming. J. Range Manage. 30:17–20.

Olson, B.E. and R.T. Wallander. 2001. Sheep grazing spotted knapweed and Idaho fescue. J. Range Manage. 54:25–30.

Paige, C, S. Ritter. 1999. Birds in a sagebrush sea: Managing sagebrush habitats for bird communities. Partners in Flight, Western Working Group.

Patterson, R. L. 1952. The Sage Grouse in Wyoming. Wyoming Game and Fish Comm. and Sage Books, Inc. Denver, Colorado.

Pearson L.C. 1964. Effect of harvest date on recovery of range grasses and shrubs. Agron. J. 56:80–82.

Pechanic, J.F., and G. Stewart. 1949. Grazing spring-fall sheep ranges of southern Idaho. U.S. Department of Agriculture Forest Service. Circular No. 808. Washington, D.C.

Pedersen, E.K.; Connelly, J.W.; Hendrickson, J.R.; and W.E. Grant. 2003. Effect of sheep grazing and fire on sage grouse populations in southeastern Idaho. Ecological Modelling. 165(2003):23-47.

Peters E.F., S.C. Bunting. 1994. Fire conditions pre- and post- occurrence of annual grasses on the Snake River Plain. p 31–36 In: S.B. Monsen and S.G. Kitchen (eds.) Proc. Ecology and Management of Annual Rangelands. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-313.

Petersen, B. E. 1980. Breeding and nesting ecology of female Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 86 pages.

Peterson, J.G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. J. Wildl. Manage. 34(1):147-154.

Platts, W. 1981. Sheep and cattle grazing strategies on riparian-stream environments. Pages 251-270 in Wildlife-Livestock Relationships Symposium Proceeding 10. University of Idaho, Forest, Wildlife and Range Experiment Station, Moscow.

Poley, B. E. 1969. Seasonal Movements of Sage Grouse in Colorado. Journal of Colorado Field Ornithologists. 5:1-4.

Potter, L.D. and J.C. Krenetsky. 1967. Plant succession with released grazing on New Mexico range lands. J. Range Manage. 20:145-151.

Pyrah, D.B. 1954. A preliminary study toward sage grouse management in Clark and Fremont Counties based on seasonal movements. M.S. Thesis. Univ. Idaho, Moscow. 90 pp.

Rasmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the Sage Grouse in Utah, with special reference to nesting and feeding habits. *In*: Transactions of the North American Wildlife Conference. 3: 852-864.

Ratliff R.D., J.N. Reppert. 1974. Vigor of Idaho fescue grazed under rest-rotation and continuous grazing. J. Range Manage. 27:447–449

Reardon, P.O.; Leinweber, C.L.; and L.B. Merrill. 1974. Response of *sideoats grama* to animal saliva and thiamine. J. Range Manage. 27:400-401

Rees, E. 1993. Threatened, Endangered, & Sensitive Species Affected by Livestock Production: A Preliminary Survey of Data Available in Ten Western States. Audubon Society of Portland. Portland, Oregon.

Reichenberger, G. and D. A. Pyke. 1990. Impact of early root competition on fitness components of four semiarid species. Oecologia 85:159-166.

Reiner R.J., P.J. Urness. 1982. Effect of grazing horses managed as manipulators of big.

Rice B., M. Westoby. 1978. Vegetative responses of some Great Basin shrub communities protected against jackrabbits or domestic stock. J. Range Manage. 31:28–34.

Rickard W.H., D.W. Uresk, J.F. Cline. 1975. Impact of cattle grazing on three perennial grasses in southcentral Washington. J. Range Manage. 28:108–112.

156

Riggs, R.A. and P.J. Urness. 1989. Effects of goat browsing on Gambel oak communities in northern Utah. J. Range Manage 42:354–360.

Ritchie, M. E., M. L. Wolfe, R. Danvir. 1994. Predation of artificial Sage Grouse nests in treated and untreated sagebrush. Great Basin Naturalist 54:122 129.

Robertson, M.D. 1991. Winter Ecology of Migratory Sage Grouse and Associated Effects of Prescribed Fire in Southeastern Idaho. Master's Thesis. University of Idaho.

Rogers, G. E. 1964. Sage Grouse investigations in Colorado. Technical Publication 16. Colorado Game, Fish and Parks Department, Denver, Colorado. 132 pages.

Rothenmaier, D. 1979. Sage grouse reproductive ecology: breeding season movements, strutting ground attendance and site characteristics and nesting. M.S. thesis. University of Wyoming, Laramie, Wyoming.

Rotenberry, J. T. 1998. Avian conservation research needs in western shrublands: exotic invaders and the alteration of ecosystem processes, p. 262–272. In J. M. Marzluff and R. Sallabanks [eds.], Avian conservation: research and management. Island Press, Washington, DC.

Rowe, H.I., and E.T. Bartlett. 2001. Development and federal grazing policy impacts on two Colorado counties: a comparative study. In: L.A. Torell, E.T. Bartlett, and R. Larranaga (eds.). Current issues in rangeland resource economics: Proc. of a symposium sponsored by Western Coordinating Committee 55 (WCC-55), N.M. State Univ., Res. Rep. 737, Las Cruces, N.M.

Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND Northern Prairie Wildlife Research Center.

Rowland, M.M., and M.J. Wisdom. 2002. Research Problem Analysis for Greater Sage Grouse in Oregon. Oregon Dept. of Fish and Wildlife.

Sanders K.D. 1998. Utilization standards: the quandary revisited. p 2–8 In: Stubble height and utilization measurements: Uses and misuses. Ore. Agr. Exp. Sta. Bull. 682. Corvallis, Ore.

Sanders K.D., A.S. Voth. 1983. Ecological changes of grazed and ungrazed plant communities. p 176–179 In: S.B. Monsen and N. Shaw (eds.) Managing Intermountain Rangelands - Improvement of Range and Wildlife Habitats. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-157.

Savage, D.E. 1968. The relationship of sage grouse to upland meadows in Nevada. M.S. Thesis. Univ. Nevada, Reno. 172 pp.

Savage, D.E. 1969. The relationship of sage grouse to upland meadows in Nevada. Nevada Cooperative Wildlife Research, Nevada Fish and Game Commission, and Nevada Agricultural Experiment Station. 101 pp.

Scarnecchia, D. L. 1995. Viewpoint: the rangeland condition concept and range sciences search for identity: a system viewpoint. Journal of Range Management 48:181-186.

Schacht, W. H. 1993. A new approach for range condition assessment is needed. Rangelands 15:245-247.

Schoenberg, T.J. 1982. Sage grouse movements and habitat selection in North Park, Colorado. Master's Thesis, Colorado State University.

Schroeder M.A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in northcentral Washington. Condor. 99:933–941.

Schroeder M.A., J.R. Young, C.E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). p 1–28 In: A. Poole and F. Gill (eds.) The birds of North America. The Birds of North America, Inc., Philadelphia, Penn.

Scott, J. W. 1942. Mating behavior of the Sage Grouse. Auk 59:477-498.

Severson, K.E., and P.J. Urness. 1994. Livestock Grazing: A Tool to Improve Wildlife Habitat *in*: Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO.

BLM_0078940

Sharp L., K. Sanders, N. Rimbey. 1994. Management decisions based on utilization: Is it really management? Rangelands. 16:38–40.

Shaw, N.L. 1991. Recruitment and growth of Pacific will and sandbar willow seedlings in response to season and intensity of cattle grazing. *In*: Symposium on Ecology and Management of Riparian Shrub Communities   May 29-31, 1991. Sun Valley, ID.

Shaw N.L. 1992. Recruitment and growth of Pacific willow and sandbar willow seedlings in response to season and intensity of cattle grazing. p 130–137 In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (eds.) Proc. Symp. on Ecology and Management of Riparian Shrub Communities. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-289.

Sheehy, D. P. and A. H. Winward. 1981. Relative palatability of seven *Artemisia* taxa to mule deer and sheep. J. Range Manage. 34:397-399.

Sims, P.L.; Dahl, B.E.; and A.H. Denham. 1976. Vegetation and livestock response at three grazing intensities on sandhill rangeland in eastern Colorado. Colorado State University Exp. Sta. Tech. Bull. 130.

Smith, M.A., J.C. Malechek and K.O. Fulgham. 1979. Forage selection by mule deer on winter range grazed by sheep in spring. J. Range Manage. 32:40–45.

Sneva, F.A., L.R. Rittenbouse, P.T. Tueller, and P. Reece. 1984. Changes in protected and grazed sagebrush-grass in eastern Oregon, 1937-1974. Ore. St. Univ., Agr. Exp. Stn. Bull. 663. Corvallis, Ore.

Society for Range Management, Task Group in concepts and terminology. 1995. New concepts for assessment of rangeland condition. Journal of Range Management 48:271-282.

Stillings, A.M. Tanaka, J.A.; Rimbey, N.R.; Delcurto, T.; Momont, P.A.; and M.L. Porath. 2003. Economic implications of off-stream water developments to improve riparian grazing. J. Range Manage. 56: 418-424.

Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington.

Stoddart, L.A., and A.D. Smith. 1955. Range management. 2nd Edition. McGraw-Hill Co.

Stoddart, L.A., A.D. Smith, and T.W. Box. 1975. Range Management. McGraw-Hill, New York.

Stohlgren, T. J., L. D. Schell, and B. Vanden Heuvel. 1999. How grazing and soil quality affect native and exotic plant diversity in Rocky Mountain grasslands. Ecological Applications 9:45-64.

Sveum, C.M., W.D. Edge, and J.A. Crawford. 1998. Nesting habitat selection by sage grouse in south-central Washington. J Range Manage. 51: 265-269.

Swanson, S., D. Franzen, and M. Manning. 1987. Rodero Creek: Rising water on the high desert. Journal of Soil and Water Conservation. 405-407.

Thurow, T. L., and C. A. Taylor, Jr. 1999. Viewpoint: the role of drought in range management. Journal of Range Management 52:413-419.

Tisdale, E.W. 1994. Great Basin region sagebrush types. P. 40-46 *In*: T.N. Shiflet (ed.) Rangeland Cover Types. Soc. Range Manage., Denver, CO.

Tisdale, E.W., M. Hironaka, and M.A. Fosberg. 1969. The sagebrush region in Idaho. Univ. Idaho Agr. Exp. Sta. Bull. 512.

Tisdale, E.W. and M. Hironaka. 1981. The sagebrush-grass region: A review of the ecological literature. Bull. 33. Moscow, Idaho. For. Wildl. and Range Exp. Sta.

Torell, L.A., J.R. Garrett, and C.T.K. Ching. 1981. The economic effects of three changes in public lands grazing policies. J. Range Manage. 34(5):373-376.

Torell, L.A.; Lyon, K.S.; and E.B. Godfrey. 1991. Long-run versus short-run planning horizons and rangeland stocking rate decision. Amer. J. Agr. Econ. 73:795-807.

Torell, L.A., J.A. Tanaka, N. Rimbey, T. Darden, L. Van Tassell, and A. Harp. 2002. Ranch-

BLM_0078941

Level Impacts of Changing Grazing Policies on BLM Land to Protect the Greater Sage-Grouse: Evidence from Idaho, Nevada and Oregon. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-01-02. Caldwell, ID.

Trueblood R.W. 1954. The effect of grass reseeding in sagebrush lands on Sage Grouse Populations. M.S. Thesis, Ut. St. Agr. Coll., Logan, Ut.

Turner, G.T. 1971. Soil and grazing influences on a salt-desert shrub range in western Colorado. J. Range Manage. 24:31-37.

Tweit, S. J. 2000. The [Next] Spotted Owl. Audubon. November-December 2000: 64-70.

Uresk D.W., W.H. Rickard. 1976. The abortifacient and toxic effects of big sagebrush (Artemisia tridentata) and juniper (Juniperus osteosperma) on domestic sheep. J. Range Manage. 29:278–280.

U. S. Dept. of Interior, Bureau of Land Management. 1975. Effects of livestock grazing on wildlife, watershed, recreation, and other resource values in Nevada. U. S. Dept. of Interior, Bureau of Land Management.

U. S. Dept. of Interior, Bureau of Land Management. 1979. Habitat Requirements and Management Recommendations for Sage Grouse. Bureau of Land Management TN 330. Denver, CO.

U. S. Dept. of Interior, Bureau of Land Management. 1997. Grazing Management for Riparian-Wetland Areas. TR 1737-14.

U. S. Dept. of Interior, Bureau of Land Management. 1997. Idaho Standards for rangeland health and guidelines for livestock grazing management. Idaho State Office. Boise, ID. BLM/ID/PT-97/002+4120/rev 8/97

U. S. Dept. of Interior, Bureau of Land Management. 1999. Owyhee Resource Management Plan. Boise Field Office. Boise, ID.

U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada.

U. S. Dept. of Interior, Bureau of Land Management. 2002. Management Considerations for Sagebrush (Artemisia) in the Western United States: a selective summary of current information about the ecology and biology of woody North American sagebrush taxa. Washington, D.C.

U. S. Dept. of Interior, Bureau of Land Management. 2004. Bureau of Land Management National Sage-Grouse Habitat Conservation Strategy.

U. S. Dept. of Interior, Bureau of Land Management, U.S. Fish and Wildlife Service, U.S. Forest Service, Oregon Dept. of Fish and Wildlife, and Oregon Dept. of State Lands. 2000. Management guidelines for Greater sage-grouse and sagebrush-steppe ecosystems.

Valentine, K. A. 1947. Distance from water as a factor in grazing capacity of rangeland. Journal of Forestry :749-754.

Vallentine, J.F. 1990. Grazing Management. Academic Press, Inc. San Diego, California.

Vallentine, J.F. and A.R. Stevens. 1994. Use of livestock to control cheatgrass–a review, p. 202-206, In: Monsen, S.B., and S.G. Kitchen, compilers, Proceedings–ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, Utah.

van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada.

Van Tassell, L.W.; Torell, L.A.; Rimbey, N.R.; and E.T. Bartlett. 1997. Comparison of forage value on private and public grazing. J. Range Manage. 50:300-306.

Van Tassell, L.W., and J.W. Richardson. 1998. Impact of federal grazing reductions on Wyoming Ranches. In: Stubble height and utilization measurements: uses and misuses. p. 50-56. Ore. State Univ. Agr. Exp. Sta. Bull. 682. Corvallis, OR.

Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO.

159

BLM_0078942

Wakkinen, W.L. 1990. Nest Site Characteristics and Spring-Summer Movements of Migratory Sage Grouse in Southeastern Idaho. Ph.D. Dissertation. Univ. of Idaho.

Wallestad, R.O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. J. Wildl. Manage. 35:129-136.

Wallestad, R. O. 1975. Life history and habitat requirements of sage grouse in central Montana. Montana Fish and Game Dept. Technical Bulletin.

Wallestad, R.O. and D. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. Journal of Wildlife Management 38:630-633.

Wallestad, R. and P. Schadweiler. 1974. Breeding season movements and habitat use of male sage grouse in central Montana. J. Wildl. Manage. 38(4):634-637.

Wambolt, C.A., and G.F. Payne. 1986. An 18-year comparison of control methods for Wyoming Big Sagebrush in southwestern Montana. J Range Manage. 39(4): 314-319.

Wambolt, C.L., A.J. Harp, B.L. Welch, N. Shaw, J.W. Connelly, K.P. Reese, C.E. Braun, D.A. Klebenow, E.D. McArthur, J.G. Thompson, L.A. Torell, and J.A. Tanaka. 2002. Conservation of Greater Sage-Grouse on Public Lands in the Western U.S.: Implications of Recovery and Management Policies. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-02-02. Caldwell, ID.

Watts, M.J. and C.L. Wambolt. 1996. Long-term recovery of Wyoming big sagebrush after four treatments. J. Environmental Manage. 46:95-102.

Watters, M.E.; McLash, T.L.; Aldridge, C.L.; and R.M. Brigham. 2002. The effect of vegetation structure on predation of artificial sage grouse nests. Ecoscience 9(3)314-319.

Welch, B.L., and C. Criddle. 2003. Countering Misinformation Concerning Big Sagebrush. Research Paper RMRS-RP-40. USDA Forest Service Rocky Mountain Research Station, Ogden, Utah. 28 pp.

West, N. E. 1983. Western intermountain sagebrush steppe. Pages 351-397 in N. E. West (ed.). Ecosystems of the world 5: temperate deserts and semi-deserts. Elsevier Scientific Publishing Co., New York, New York.

West, N. E. 1996. Strategies for maintenance and repair of biotic community diversity on rangelands. Pages 326-346 in R. C. Szaro and D. W. Johnston (eds.). Biodiversity in managed landcapes. Theory and practice. Oxford University Press, New York, New York.

West N.E. 1999. Managing for biodiversity of rangelands. p 101–126 In: W.W. Collins and C.O. Qualset (eds.) Biodiversity in Agrosystems. CRC Press, Boca Raton, Fla.

West, N. E. 2003. History of rangeland monitoring in the U.S.A. Arid Land Research and Management 17:495-545.

West, N. E., F. D. Provenza, P. S. Johnson, and M. K. Owens. 1984. Vegetation changes after 13 years of livestock grazing exclusion on sagebrush semidesert in west central Utah. Journal of Range Management 37:262-264.

West, N. E., and J. A. Young. 2000. Intermountain valleys and lower mountain slopes. Pages 255-284 in M. G. Barbour and W. D. Billings (editors). North American terrestrial vegetation. 2nd Edition. Cambridge University Press, Cambridge, UK.

West, N. E., and T. P. Yorks. 2002. Vegetation responses following wildfire on grazed and ungrazed sagebrush semi-desert. Journal of Range Management 55:171-181.

West, P.C. 1980. Constraints for challenges?  Social dilemmas in public range land management. Paper presented to the annual meetings of the Society of American Foresters, Spokane, Washington, 1980.

Westoby, M., B. Walker, and I. Noy-Meir. 1989. Opportunistic management for rangelands not at equilibrium. Journal of Range Management 42:266-274.

Whisenant, S. G. 1990. Changing fire frequencies on Idaho's Snake River Plains: Ecological and

BLM_0078943

management implications. Pp. 4-10 in E. D. McArthur, E. M. Romney, S. D. Smith and P. T. Tueller, compilers. Symposium on cheatgrass invasion, shrub die-off and other aspects of shrub biology and management. USDA For. Service Gen. Tech. Rep. INT-276.

Whisenant, S.G. and F.J. Wagstaff. 1991. Successional trajectories of a grazed salt desert shrubland. Vegetation 94:133-140.

Wiley, R. H., Jr. 1978. The lek mating system of the Sage Grouse. Scientific American 238:114-125.

Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993. Sage Grouse in Oregon. Oregon Dept. of Fish and Wildlife. Wildlife Research Report No. 15. Portland, OR.

Winward, A.H. 1991. A renewed commitment to the management of sagebrush grasslands. Special Rep. 880. Corvallis: Oregon State University, Agriculture Experiment Station. 7 pp.

Winward, A.H. 2000. Monitoring the Vegetation Resources in Riparian Areas. U.S. Department of Agriculture   Forest Service Rocky Mountain Research Station. GTR RMRS-GTR-47. Ogden, UT.

Wisdom, M.J., Holthausen, R.S., Wales, B.C., Hargis, C.D., Saab, V.A., Lee, D.C., Hann, W.J., Rich, T.D., Rowland, M.M. Murphy, W.J., Eames, M.R., 2000. Source habitats for terrestrial vertebrates of focus in the interior Columbia basin: broad-scale trends and management implications. General Technical Report PNW-GTR-485. US Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR.

Woodward, J.K. 2006. Greater sage-grouse (*Centrocercus urophasianus*) habitat in central Montana. Animal and Range Sciences, Montana State University. Bozeman, Montana.

Workman, J.P. 1986. Ranch economics. Macmillan Publ. Co., New York.

Workman, J.P., S.K. Fairfax, and W. Burch. 1984. Applying Socioeconomic Techniques to Range Management Decision Making: Summary and Recommendations *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Wright H.A. 1970. Response of big sagebrush and three-tip sagebrush to season of clipping. J. Range Manage. 23:20–22.

Wright J.C., E.A. Wright. 1948. Grassland types of southcentral Montana. Ecology. 29:449–460.

Wyoming Game and Fish Department. 2003. Wyoming Greater Sage-Grouse Conservation Plan. Wyoming Game and Fish Department, Cheyenne, WY. 97 pp.

Young J.R. 1994. The influence of sexual selection on phenotypic and genetic divergence among sage grouse populations. Ph.D. Thesis, Purdue Univ. West Lafayatte, Ind.

Young, J. A., and F. L. Allen. 1997. Cheatgrass and range science: 1930-1950. Journal of Range Management 50:530-535.

Young, J. A., and B. A. Sparks. 2002. Cattle in the cold desert. University of Nevada Press. Reno, Nevada.

Yorks, T. P., N. E. West, and K. M. Capels. 1992. Vegetation differences in desert shrublands of western Utah's pine valley between 1933 and 1989. Journal of Range Management 45:569-578.

BLM_0078944

# BLM Review of Livestock Grazing Management Literature Addressing Grazing Management for Sage-Grouse Habitat

**July 11, 2006**

## Table of Contents

Grazing Management and Greater Sage-Grouse ................................................................. 2

Grazing Effects on Sagebrush .......................................................................................... 21

Grazing Effects on Greater Sage-Grouse Cover and Food Availability .......................... 37

    Leks .............................................................................................................................. 37

    Nesting ......................................................................................................................... 40

    Brood Rearing .............................................................................................................. 48

    Winter .......................................................................................................................... 54

    Migratory and Non-Migratory Populations ................................................................. 55

Social Science Aspects .................................................................................................... 59

    Effects on Local Farmers and Ranchers ...................................................................... 59

    Effects on Local Communities ..................................................................................... 59

    Economic Effects ......................................................................................................... 60

References ........................................................................................................................ 64

BLM_0078945

## Grazing Management and Greater Sage-Grouse

- Improving sage grouse habitat is best approached by minimally reducing sagebrush cover while increasing the availability of favored forbs, thus creating a mosaic of sagebrush and openings (Greer 1990).
- No treatment should be considered where sagebrush cover is less than 20 percent or within 2 miles of breeding, nesting, or brood areas (Greer 1990).
- Along streams, meadows, or secondary drainages, tall dense stands of sagebrush may be partially controlled and reseeded with grasses and forbs to promote feeding habitat. However, a 200 yard buffer strip of sagebrush should generally be reserved along these wetland areas (Greer 1990).
- In areas with old, decadent sagebrush or continuous expanses of dense sagebrush, limited treatment may be beneficial. Sagebrush should be managed using an irregular treatment pattern of localized patches or narrow strips. Total kill or removal of sagebrush should be avoided. Treatment of localized patches or narrow strips over a period of several years promotes uneven aged stands of sagebrush, thus increasing habitat diversity. These irregular mosaic treatment patterns provide more edge-effect (and thus more benefits to sage grouse) and are much more natural looking and aesthetically pleasing than stripped or rectangular treatment blocks. The widths of treated areas should be no wider than 30 yards, and untreated areas should remain at least as wide as treated areas. Treated patches may be used as feeding areas following forb recovery while untreated patches may be used for shelter (Greer 1990).
- Herbicides such as 2, 4-D should be sprayed as early in spring as possible or prior to the emergence of forbs. Spray rates of 1 to 1.5 pounds of active ingredient per 3 gallons of water per acre are suggested (Greer 1990).
- Chaining is preferred over spraying for sagebrush control since forbs are not killed and all sagebrush is not uprooted. Chaining patterns should be in random strips, while block chaining of large areas should be avoided (Greer 1990).
- When sagebrush cover is too low for chaining or burning, plowing with a crawler tractor may be used to reduce sagebrush. After plowing, forb reseeding is necessary due to high vegetative mortality (Greer 1990).
- Burning small patches during late fall or early spring in brood rearing areas will create a mosaic of sagebrush and openings (Greer 1990).
- Burning in wintering or nesting habitat is undesirable (Greer 1990).
- Stream meadows and the adjacent sagebrush buffer zone can be fenced, with 50 yard wide fenced corridors inserted to provide water access for cattle (Greer 1990).
- Meadow grazing should be delayed until mid-August to promote sage grouse chick survival and growth (Greer 1990).
- During livestock drives, nesting areas within 2 miles of breeding grounds should be avoided from mid-April through mid-June (Greer 1990).
- High intensity grazing or trampling should be avoided in nesting and brood rearing areas (Greer 1990).
- Springs and reservoirs can be fenced in brood rearing areas with water piped to stock tanks or troughs (Greer 1990).
- At livestock water troughs, bird ramps or hardware cloth should be installed (Greer 1990).
- Try to eliminate shrub control in areas that contain between 25-33% total shrub cover within 5 km of occupied leks to maintain sage grouse habitat. When it is necessary to set back plant succession and increase herbaceous vegetation production, treatments should

BLM_0078946

occur in patterns within the landscape that maintain a diverse mosaic of shrub seral stages (Heath et al. 1998).

- We recommend maintaining residual grass heights > 10 cm to provide nesting sage grouse with suitable concealment and screening cover (Heath et al. 1998).
- Minimize livestock and human activity adjacent to leks during the breeding season, and continue to monitor these activities (Hanf et al. 1994).
- Improve the quality of nesting habitat.  This includes managing for appropriate habitat types and structural composition within nesting habitat, especially with respect to grass height (Hanf et al. 1994).
- Manage mountain big sagebrush areas and low sagebrush areas for increased forb production and good brood habitat (Hanf et al. 1994).
- Manage sage grouse habitats for increased forb production (Hanf et al. 1994).
- Implement grazing management practices that provide periodic rest or deferment during critical growth stages to allow sufficient regrowth to achieve and maintain healthy, properly functioning conditions, including good plant vigor and adequate vegetative cover appropriate to site potential (BLM 1997).
- Use grazing management practices developed in recovery plans, conservation agreements, and Endangered Species Act, Section 7 consultations to maintain or improve habitat for federally listed threatened, endangered, and sensitive plants and animals (BLM 1997).
- Apply grazing management practices and/or facilities that maintain or promote the physical and biological conditions necessary to sustain native plant populations and wildlife habitats in native plant communities (BLM 1997).
- Design management fences to minimize adverse impacts, such as habitat fragmentation, to maintain habitat integrity and connectivity for native plants and animals (BLM 1997).
- Define wildlife requirements by specific areas and reserve sufficient forage to adequately provide for their habitat requirements (BLM 1975).
- Continue and intensify efforts made to evaluate and provide for the needs of wildlife…during the planning of range improvements (BLM 1975).
- Existing projects should be updated to include other resource enhancing measures, e.g. bird and small mammal watering facilities and escape ramps (BLM 1975).
- …manage grazing at the proper level to achieve the benefits without adverse impacts (Willis et al. 1993).
- …projects that actively pursue improvements in degraded habitats such as monotypic stands of grass or Wyoming big sagebrush would be beneficial (Willis et al. 1993).
- …state and federal natural resource agencies and private landowners must coordinate efforts over at least an entire seasonal range to successfully implement these guidelines (Connelly et al. 2000).
- Manage breeding habitats to support 15-25% canopy cover of sagebrush, perennial herbaceous cover averaging $\geq$ 18 cm in height with $\geq$ 15% canopy cover for grasses and $\geq$ 10% for forbs and a diversity of forbs (Barnett and Crawford 1994, Drut et al. 1994, Apa 1998)[1] during spring (Connelly et al. 2000).

---

[1] Barnett, J.F. and J.A. Crawford. 1994. Pre-laying nutrition of sage grouse hens in Oregon. Journal of Range Management 47: 114-118.; Drut, M.S., J.A. Crawford, and M.A. Gregg. 1994. Brood habitat use by sage grouse in Oregon. Great Basin Naturalist 54:170-176.; and Apa, A.D. 1998. Habitat use and movements of sympatric sage and Columbian sharp-tailed grouse in southeastern Idaho. Dissertation, University of Idaho, Moscow, USA.

BLM_0078947

- For nonmigratory grouse occupying habitats that are distributed uniformly…protect (i.e. do not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks (Connelly et al. 2000).
- For nonmigratory grouse occupying habitats that are not distributed uniformly…protect suitable habitats for ≤ 5 km from all occupied leks (Connelly et al. 2000).
- For migratory populations, identify and protect breeding habitats within 18 km of leks… (Connelly et al. 2000).
- In areas of large-scale habitat loss (≥ 40% of original breeding habitat), protect all remaining habitats from additional loss or degradation (Connelly et al. 2000).
- During drought periods (≥ 2 consecutive years), reduce stocking rates or change management practices for livestock…if cover requirements during the nesting and brooding periods are not met.  Grazing pressure from domestic livestock and wild ungulates should be managed in a manner that at all times addresses the possibility of drought (Connelly et al. 2000).
- Restore degraded rangelands to a condition that again provides suitable breeding habitat for sage grouse by including sagebrush, native forbs (especially legumes), and native grasses in reseeding efforts (Apa 1998)[2].  If native forbs and grasses are unavailable, use species that are functional equivalents and provide habitat characteristics similar to those of native species (Connelly et al. 2000).
- The key to improving dryland range for sage grouse benefit is to seed forbs on depleted areas and/or control livestock use on mesic areas in June and July to prevent forb loss and trampling prior to and during brood use (Autenrieth 1981).
- One technique for protecting meadow forbs from livestock trampling and grazing is to fence the stream meadow and leave access gaps for water (Autenrieth 1981).
- Known nesting areas (3.2 km radius of leks) should be avoided from mid-April to early June to reduce abandonment (Autenrieth 1981).
- Management of nesting habitat should concentrate on big sagebrush stands with an understory of native perennial grasses, whereas management of brood and broodless hen habitat should concentrate on maintenance of cover type diversity and availability of forbs (Crawford et al. 1992).
- Livestock grazing is the principal land management practice and proximate factor that affects grass cover and height (Rickard et al 1975)[3] (Crawford et al. 1992).
- Maintain or develop stands consisting of 8-12% cover of Wyoming big sagebrush and 15-20% cover of mountain and basin big sagebrush (Winward 1991)[4] to provide nesting habitat with medium height (40-80 cm) sagebrush and tall (>18 cm) residual grass cover (Crawford et al. 1992).
- Maintain or develop a mosaic of low and big sagebrush habitats or big sagebrush habitats in an array of seral stages to provide 12-14% forb cover for hens with broods and broodless hens throughout the breeding season (Crawford et al. 1992).
- Protect riparian habitats (lakebeds and meadows) from excessive grazing and rehabilitate riparian habitats in poor condition.  These habitats are critical brood-rearing and summer

---

[2] Apa, A.D. 1998. Habitat use and movements of sympatric sage and Columbian sharp-tailed grouse in southeastern Idaho. Dissertation, University of Idaho, Moscow, USA.
[3] Rickard, W.H., D.W. Uresk, and J.F. Cline. 1975. Impact of cattle grazing on three perennial grasses in South-Central Washington. J. Range Manage. 28:108-112.
[4] Winward, A.H. 1991. A renewed commitment to management of sagebrush grasslands. Pages 2-7 in Management in the sagebrush steppe. Agric. Exp. Stn. Spec. Rep. 880. Oregon State Univ., Corvallis. 48pp.

BLM_0078948

use areas in regions with low annual rainfall and during drought years (Crawford et al. 1992).

- Develop programs for grazing by domestic livestock on Oregon rangelands to achieve a more favorable ecological balance in the shrub canopy and herbaceous understory (Crawford et al. 1992).
- Livestock allocations should only be increased if it can be demonstrated that there are no detrimental effects on sage grouse habitat quality (BLM et al. 2001).
- Where livestock grazing results in a level of forage use (utilization levels) determined to have detrimental effects to habitat quality, changes in grazing management that will improve or restore habitat quality will be made as soon as practical but no later than the start of the next grazing year pursuant to 43 CFR 4180.2 (c).  Examples of changes in management that should be considered include: temporary livestock exclusion (rest); permanent livestock exclusion; change in the season, duration, or intensity of use; fencing; and changes in salting and/or watering locations (BLM et al. 2001).
- Provide secure sage grouse breeding ground habitat to reduce physical disturbance to sage grouse by managing locations of salt or mineral supplements within 0.4 km (1/4 mi) of lek locations (BLM et al. 2001).
- Timing and location of livestock turnout and trailing should not contribute to livestock concentrations on leks during the sage grouse breeding season (BLM et al. 2001).
- Grazing use levels within known/occupied habitat will be determined specifically for those habitats, not averaged with use levels for the remainder of the pasture or grazing units (BLM et al. 2001).
- Avoid supplemental winter feeding of livestock in known/occupied habitat (BLM et al. 2001).
- In most cases, small grazing units, comprised of single habitat types or a series of types of generally similar wildlife use or potential, would be more compatible with integrated management.  Also, to the extent possible, those units should be designed to encompass complete population-habitat units for major wildlife species involved (Eng and Mackie 1982).
- Where large management units, encompassing more than one major habitat are unavoidable, attempts should be made to include single habitat/ecological types within individual pastures.  This would facilitate the implementation of modest adjustments such as livestock turn-in dates, duration of grazing, the placement of stockdams or other water sources, the location of fences, etc., all of which could be critical in meeting basic needs of the wildlife species involved (Eng and Mackie 1982).
- …the application of single management plans (e.g. rest rotation grazing) or practices (e.g. water development) must be approached with due consideration of opportunities and constraints associated with each major habitat and wildlife species involved (Eng and Mackie 1982).
- In developing grazing plans for specific areas used by sage grouse, it is extremely important to identify potential conflicts between sage grouse and livestock, and spatial and temporal heterogeneity of the management unit (Miller and Eddleman 2000).
- …data supports the contention of Berry and Eng[5] (1985) that the management of migratory sage grouse populations must be done on large ecologically defined units. Habitat management for these birds must also be done on a year-round scale (Wakkinen 1990).

---

[5] Berry, J.D. and R.L. Eng. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. J. Wildl. Manage. 49:237-240.

BLM_0078949

- The level of utilization occurring on a site-including riparian areas-is the most important consideration (Clary and Webster 1989).
- …managers should place more emphasis on proper stocking intensity and less on grazing system implementation (Van Poollen and Lacey 1979[6]) (Clary and Webster 1989).
- Late-season grazing following earlier deferment has been recommended for at least 75 years because seeds trampled by livestock are thought to enhance production of new seedlings and thus improve the range. However, the literature does not support this. In addition, little is known about the effect of grazing on plants after flowering (Dwyer et al. 1984).
- Perhaps the most important reason to use a specialized grazing system is to combat the effects of selective grazing and to force uniform grazing distribution. Often ranges are overgrazed in places but underutilized overall because animals are permitted to be overly selective and to concentrate grazing in too small an area. A grazing system should alter these patterns without leading to extended high-intensity defoliation (Dwyer et al. 1984).
- …a specialized system should allow for adequate plant reproduction. It should also spread grazing impacts more evenly over the plant population and thus reduce the competitive advantage of less palatable plants. A rigid system of grazing restricted by dates rather than plant requirements will not work in a drought. And a grazing system that will not work in a drought will not work (Dwyer et al. 1984).
- A grazing system should accomplish two important goals to be successful: (1) it should evenly distribute livestock grazing over the entire grazing unit, and (2) it should reduce the high degree of selectivity animals exercise when permitted to do so. Though not well researched, systems of short-duration grazing have offered empirical evidence for achieving a high degree of success for both (Dwyer et al. 1984).
- Management goals should not stress absolute numbers in a wildlife population. It is more important to manage for diversity in species and species function (Dwyer et al. 1984).
- Be aware of critical periods in the livestock production cycle and take these into account when using specialized grazing systems or other management measures that stress livestock. For example, nutrient demands of the cow increase sharply immediately after calving. A rotational grazing system could be expected to impose nutritional stress on cows, especially first-calf heifers, during spring green-up shortly after calving (Malechek 1984).
- Be aware of animal behavior as it affects animal management. For example, effective implementation of a specialized grazing system can be thwarted when old cows who are accustomed to long-standing patterns of grazing, watering, and travel suddenly have new management restrictions imposed upon them. If possible, it is wise to begin new grazing management practices with young animals (Malechek 1984).
- Coordinate with livestock permittees to locate the placement of salt or mineral supplements appropriate distances from leks to avoid livestock concentrations and reduce the potential for harassment and displacement of birds during the breeding season (BLM 2000).
- Designate livestock trailing routes, turnout locations, sheep bedding grounds/camp/sheep sheering facilities, and corral locations to ensure attainment of objectives for known sage grouse habitat. Evaluate existing livestock trailing routes and sheep bedding ground locations and make appropriate adjustments where such uses are precluding attainment of habitat objectives (BLM 2000).

---

[6] Van Poollen, H.W. and J.R. Lacey. 1979. Herbage response to grazing systems and stocking intensities. J. Range Manage. 32(4):250-253.

BLM_0078950

- Apply livestock grazing management to accomplish the four fundamentals of rangeland health, as described in the standards and guidelines: (1) watersheds are properly functioning, (2) ecological processes are in order, (3) water quality complies with state standards, and (4) habitats of protected species are in order, and to attain desired future condition objectives where applicable (BLM 2000).
- Where grazing use by wildlife (e.g. elk, deer, antelope, etc.) is determined to be adversely affecting sage grouse populations or habitat, suggest appropriate adjustments… (BLM 2000).
- If it is determined through assessment/monitoring/observation that sage grouse habitat quality conditions (as described in the WAFWA guidelines and in relation to the specific site potential) are not being met, and livestock is determined to be a significant contributing factor, institute appropriate changes in grazing management prior to the next grazing year to ensure significant progress toward attainment of appropriate habitat objectives and the standards for rangeland health (BLM 2000).
- During drought periods (i.e., a specified period of time in which the precipitation received is less than 75 percent of average) of two or more years, reduce stocking rates or change management practices for livestock if nesting cover and brood-rearing habitat requirements are not being met (BLM 2000).
- Grazing in non-riparian sage grouse habitats should not exceed moderate use (see Appendix II, excerpted from Nevada Rangeland Monitoring Handbook, 1984, for a description of utilization levels) at the end of the growing season and throughout the dormant period. This applies to regularly authorized use, temporary non-renewable use (TNR), and grazing use during periods of drought and may be adjusted to lower levels as necessary to optimize nesting, brood rearing and winter habitat characteristics relative to site potential (BLM 2000).
- Coordinate livestock use on wetland-riparian and streambank-riparian habitat to ensure known late season brood-rearing habitats are in optimal condition (BLM 2000).
- Determine grazing use levels on that portion of the pasture which is known habitat. Grazing use levels should not be determined by "average use" throughout the entire pasture or grazing unit (BLM 2000).
- Avoid supplemental winter feeding of livestock in known winter sage grouse habitat (BLM 2000).
- Where wild horse and burro populations are adversely affecting the sage grouse population or habitat, evaluate herd populations and adjust numbers as necessary (BLM 2000).
- Locate wild horse and burro capture facilities at appropriate distances from known sage grouse habitat to avoid adverse impacts to the habitat (BLM 2000).
- Call and Maser (1985)[7] suggest that managers need to protect at least 50% of annual production to provide adequate litter cover and that Sage-Grouse winter ranges should be even more lightly grazed (Adams et al. No date).
- Encourage practices that increase height and cover of sagebrush and of native grasses at nesting sites (Adams et al. No date).
- Maintain light grazing intensities to produce mosaics in vegetation and an increase in herbage production that are favorable for Sage-Grouse nesting and brood-rearing habitat (Adams et al. No date).

---

[7] Call, M. W., and Maser, C. 1985. Wildlife habitats in managed rangelands, the Great Basin of southeastern Oregon: Sage-Grouse. U.S. Dept. Agric. Pacific Northwest For. And Range Exp. Stn., Gen. Tech. Rep. PNW-187.

BLM_0078951

- Patchy grazing will increase the availability of forbs and stimulate their growth in upland meadows (Adams et al. No date).
- Practice grazing deferral to allow for undisturbed nesting (Adams et al. No date).
- Grazing deferral may also prevent competition for forage, especially lush forbs required by young Sage-Grouse (Adams et al. No date).
- Practices that increase the amount of rest in a pasture may be a useful to restore fair and poor condition range which will provide more cover for Sage-Grouse (Adams et al. No date).
- Riparian area management practices are required to maintain only light to moderate grazing pressure on mesic meadows and riparian areas (Adams et al. No date).
- Sagebrush protection is needed within at least a 1.5 mile radius of leks (Marshall et al. 1996).
- Improved coordination is needed between livestock interests and species needs in relation to land management practices such as sagebrush control programs, fire management, meadow and water improvements, and fencing programs (Marshall et al. 1996).
- Playas, including their water supply, need to be preserved (Marshall et al. 1996).
- Every effort should be made to delay sheep bands from utilizing known sage grouse nesting areas until about the first week in June, or until young sage grouse have hatched in the particular locality.  Domestic sheep are known to have caused considerable nest abandonment around bedgrounds, in trailing areas, and during normal feeding (Patterson 1952[8]) (BLM 1979).
- Livestock should not be permitted to heavily use known important sage grouse wintering areas.  Heavy utilization may leave inadequate forage for sage grouse, but will depend on size of the wintering area and amount of sagebrush, depth of snow, and severity of the winter (BLM 1979).
- Although fencing may not be the best management practice, especially in areas of limited water availability where mesic sites are also important to antelope and/or deer; until innovative range management strategies provide for riparian areas, it may be the only solution to prevent the loss of these key habitats (Autenrieth et al. 1982).
- One technique for protecting meadow forbs from livestock trampling and grazing is to fence the stream meadow and leave fence gaps to provide livestock access to water (Autenrieth et al. 1982).
- It may be that grazing should be allowed only once every 3 or more years on meadows in poor condition or in the 15-25 cm (6-10 in) precipitation zone.  In 30 cm (12 in) zones, annual August grazing could probably be allowed, once adequate vegetative cover has become reestablished and the water table is adequate (Autenrieth et al. 1982).
- A cooperative agreement should be written between the state wildlife agency and the land management agency to coordinate the responsibility of opening and closing meadow gates.  Enforcement should also be coordinated (Autenrieth et al. 1982).
- In brood rearing areas springs and attendant meadow vegetation should be fenced and water piped to an outside stock tank with an atmospheric valve system.  When the tank is full, water should be allowed to overflow into the fenced meadow (Autenrieth et al. 1982).
- Reservoirs should be fenced and the water piped to a trough.  Dead storage must be provided to ensure availability of late summer water for sage grouse (Autenrieth et al. 1982).

---

[8] Patterson, R.L. 1952. The Sage Grouse in Wyoming. Sage Books, Inc. Denver. 341 pp.

BLM_0078952

- Catch ponds may be built in association with a snow drift fence to provide a seep meadow for brood use during early summer. Snow drift fences in nesting areas may create a temporary meadow type beneficial to young broods (Autenrieth et al. 1982).
- Guzzlers can be installed on sage grouse summer range where water is a limiting factor. An open trough guzzler at ground level is the most desirable (Autenrieth et al. 1982).
- All livestock water troughs should have bird ramps installed (Autenrieth et al. 1982).
- It is more desirable for sage grouse and other birds and small mammals to develop a tank overflow system which provides water at ground level. The BLM policy manual states water systems used by livestock will be left on for wildlife use even when livestock have been moved (Autenrieth et al. 1982).
- Managers should evaluate [situations where winter and spring sheep range and sage grouse winter and brood use areas overlap] and recommend alternate grazing sites where competition with and overuse by domestic livestock exists (Autenrieth et al. 1982).
- Known nesting areas (3.2 km (2 mi) radius from leks) should be undisturbed from mid-April to mid-June (Autenrieth et al. 1982).
- Since most grasses and forbs are more palatable to livestock than are shrubs, especially during the growing season, the tendency is for sagebrush and other shrubs to flourish at the expense of herbaceous species. However, properly regulated grazing can be compatible with a desirable mixture of vegetation and with other uses and values of the ranges (Blaisdell et al. 1982).
- Heavy utilization may not be particularly injurious during certain seasons when the plant is dormant or when it has adequate opportunity for regrowth (Blaisdell et al. 1982).
- Uniform livestock distribution and accompanying forage utilization can be encouraged by such simple measures as proper placement of salt, adequate watering facilities, riding or herding, and fencing-without the use of special grazing systems (Blaisdell et al. 1982).
- …controlling [tall, dense sagebrush with little understory] and allowing native forbs and grasses to recover their former productivity would greatly improve the habitat of sage grouse (Klebenow 1969) (Blaisdell et al. 1982).
- For sage-grouse, which may use ranges encompassing 2500 km$^2$ (Schroeder et al. 1999[9]), creating suitable habitats will require that we focus efforts to restore entire landscapes rather than pursue individual unconnected efforts (Dobkin 1995, Wisdom, Rowland, et al. 2002, Wisdom, Wales, et al. 2002[10]). However, the ecological foundation for development of overarching management prescriptions based on sage-grouse (Dobkin 1995, Rich and Altman 2002[11]) or other single-taxon approaches (such as birds) needs to be tested for its capability to accommodate all species associated with sagebrush ecosystems (Knick et al. 2003).

---

[9] Schroeder, M. A., J. R. Young, And C. E. Braun. 1999. Sage Grouse (*Centrocercus urophasianus*). *In* A. Poole and F. Gill [EDS.], The birds of North America, No. 425. The Birds of North America, Inc., Philadelphia, PA.

[10] Dobkin, D. S. 1995. Management and conservation of Sage Grouse, denominative species for the ecological health of shrubsteppe ecosystems. USDI Bureau of Land Management, Portland, OR. Wisdom, M. J., M. M. Rowland, B. C. Wales, M. A. Hemstrom, W. J. Hann, M. G. Raphael, R. S. Holthausen, R. A. Gravenmier, And T. D. Rich. 2002. Modeled effects of sagebrush-steppe restoration on Greater Sage-Grouse in the Interior Columbia Basin, U.S.A. Conservation Biology 16: 1223–1231. Wisdom, M. J., B. C. Wales, R. S. Holthausen, W.J. Hann, M. A. Henstrom, And M. M. Rowland. 2002. A habitat network for terrestrial wildlife in the interior Columbia Basin. Northwest Science 76:1–13.

[11] Dobkin, D. S. 1995. Management and conservation of Sage Grouse, denominative species for the ecological health of shrubsteppe ecosystems. USDI Bureau of Land Management, Portland, OR. RICH, T., AND B. ALTMAN. 2002. Under the Sage Grouse umbrella. Bird Conservation 14:10.

BLM_0078953

- The principle management technique used on the DLL is time controlled grazing. This involves the use of a few large herds of cattle and sheep that intermittently graze the pastures. Grazing occurs on the pastures for short periods of time when forage is rapidly growing (May-July), and longer periods of time when forage is dormant or slow growing. The season of grazing varies between years, and pastures receive periodic rest for a full growing season. This system recognizes that plant health is the key to having well functioning watersheds. The time-controlled grazing practices used at [Deseret Land and Livestock Ranch] since 1979 have increased herbaceous cover on rangelands and slowed the rate of sagebrush increase (Deseret Land and Livestock Ranch No date).
- Rick Danvir of [Deseret Land and Livestock Ranch] said, "The grazing and other management techniques being used are focused on providing both forage for an economically viable ranching operation and improving habitat for a variety of wildlife species. The key items in our management system is the rest-rotation grazing system and the emphasis we place on increasing forbs, including inter-seeding forbs into crested-wheatgrass dominated rangeland." (Deseret Land and Livestock Ranch No date)
- …it is paramount that only light grazing be permitted on important sage grouse wintering areas (Call and Maser 1985).
- Heavy grazing (in excess of 50 percent of current year's growth) may leave inadequate forage for grouse and will gradually cause a decline of sagebrush in the plant species composition (Call and Maser 1985).
- Light grazing (less than 30 percent of current year's growth) may benefit grouse in deep snow conditions by uncovering sagebrush plants, making them more available for use by grouse (Call and Maser 1985).
- Grazing by all ungulates will need to be monitored to ensure that sagebrush on the important wintering areas is not permitted to deteriorate (Call and Maser 1985).
- …manage the sagebrush for an average height of 30 to 80 cm (12 to 31 in) and an average composition of 20 to 30 percent (Call and Maser 1985).
- Good grouse habitat should have from 5,000 to 10,000 sagebrush plants per 0.4 ha (1 acre) (Call and Maser 1985).
- Livestock grazing of sagebrush ranges during years of unusually low precipitation and poor plant growth will cause an earlier than normal removal of grasses and forbs. This can have a serious impact on grouse dependent on forbs in that locality (Call and Maser 1985).
- In important sage grouse nesting and summering areas, livestock grazing should be monitored to protect at least 50 percent of the annual herbaceous vegetation (by weight) prior to mid-September. After mid-September, grouse commence feeding on sagebrush and increased livestock grazing on herbaceous vegetation will not be detrimental (Call and Maser 1985).
- Keys to management are maintaining expansive stands of sagebrush (*Artemisia* spp.), especially varieties of big sagebrush (*A. tridentata*), with abundant forbs in the understory, particularly during spring; undisturbed and relatively open sites for leks; and healthy perennial grass and forb stands intermixed with sagebrush for brood rearing. Within suitable habitats, areas should have 15 to 25% canopy cover of sagebrush 30 to 80 cm tall for nesting, and 10 to 25% canopy cover from 40 to 80 cm tall for brood rearing (Connelly et al. 2000[12]). In winter habitats, shrubs should be exposed 25 to 35 cm above snow level and have 10 to 30% canopy cover exposed above snow. In nesting and brood-

---

[12] Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000. Guidelines to manage Sage Grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

Version 2                                                                                                    10

rearing habitats, understory habitats with adequate cover of grasses (>15%) and forbs (>10%) at least 18 cm tall are needed (Connelly et al. 2000b) (Rowland 2004).

- Manage livestock grazing through stocking rates and season of use on all seasonal ranges of sage-grouse to avoid habitat degradation (Paige and Ritter 1999, Beck and Mitchell 2000, Wisdom et al. 2000[13]), especially on recently disturbed sites, such as those sprayed or burned (Braun et al. 1977[14]). In nesting and brood-rearing habitats, ensure that grazing does not reduce herbaceous understory cover below levels that serve as a deterrent to potential predators of eggs and chicks (Connelly et al. 2000b, Hockett 2002[15]). Healthy native understories also support insects and forbs that are important in diets of pre-laying hens and chicks (Johnson and Boyce 1990, Barnett and Crawford 1994, Drut et al. 1994[16]). Riparian areas and wet meadows used for brood rearing are especially sensitive to grazing by livestock; in these habitats, removal of livestock before the nesting season may be prudent (Beck and Mitchell 2000, Hockett 2002) (Rowland 2004).

- Avoid development of livestock-watering structures in sage-grouse habitat (Connelly et al. 2000b). If water developments are constructed for sage-grouse or other wildlife, they should be placed to ensure that water is available during movement of sage-grouse from spring to summer ranges (Wakkinen 1990[17]). Connelly et al. (2000b) recommended that pipelines from springs be built so that free water is available to maintain the spring and associated wet meadows (Rowland 2004).

- Define, identify, conserve and enhance critical lek, nesting, brood rearing and winter habitat used by sage grouse. Characteristics of habitat types preferred by sage grouse at various times of the year, and the interrelationships between these habitat types, are not clearly defined. Public (landowners, land managers and other land users) involvement and participation in reporting sightings of sage grouse leks, nests, broods and winter locations should be encouraged. Intensive searches of sage grouse range are required to assess critical habitat parameters throughout the year and the relationships between these habitat types. Abandoned habitat should be assessed for seasonal deficiencies which may limit use by sage grouse. Critical habitat must be protected and secured. Land-use practices and other factors detrimental to maintenance of quality sage grouse habitat need to be identified. Working co-operatively with land managers and other land users, initiatives need to be developed to enhance and maintain an abundance of high quality habitat on private and public lands throughout the range of sage grouse.

---

[13] Paige, C., and S. A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, Idaho. 47 pages.  Beck, J. L., and D. L. Mitchell. 2000. Influences of livestock grazing on Sage Grouse habitat. Wildlife Society Bulletin 28:993-1002.  Wisdom, M. J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames. 2000. Source habitats for terrestrial vertebrates of focus in the Interior Columbia Basin: broad-scale trends and management implications. U.S. Department of Agriculture Forest Service General Technical Report PNW-GTR-485. Vol. 1-3. Pacific Northwest Research Station, Portland, Oregon.

[14] Braun, C. E., T. Britt, and R. O. Wallestad. 1977. Guidelines for maintenance of Sage Grouse habitats. Wildlife Society Bulletin 5:99-106.

[15] Hockett, G. A. 2002. Livestock impacts on the herbaceous components of Sage Grouse habitat: a literature review. Intermountain Journal of Sciences 8:105-114.

[16] Johnson, G. D., and M. S. Boyce. 1990. Feeding trials with insects in the diet of Sage Grouse chicks. Journal of Wildlife Management 54:89-91.  Barnett, J. K., and J. A. Crawford. 1994. Pre-laying nutrition of Sage Grouse hens in Oregon. Journal of Range Management 47:114-118.  Drut, M. S., W. H. Pyle, and J. A. Crawford. 1994. Technical note: diets and food selection of Sage Grouse chicks in Oregon. Journal of Range Management 47:90-93.

[17] Wakkinen, W. L. 1990. Nest site characteristics and spring-summer movements of migratory Sage Grouse in southeastern Idaho. M.S. thesis. University of Idaho, Moscow, Idaho. 55 pages.

BLM_0078955

- Establish public reporting system for sage grouse leks, nesting, brood and winter locations.
  - Conduct searches/surveys for active leks, nests, brood rearing and winter use areas throughout sage grouse range.
  - Document habitat characteristics of lek, nesting, brood-rearing and winter-use areas and the interrelationships between habitat types.
  - Investigate habitat parameters (lek, nesting, brood rearing and winter use) in areas of abandoned leks.
  - Investigate the use of remote-sensing data systems to identify potential lek, nesting, brood-rearing and winter habitat.
  - Map critical lek, nesting, brood rearing and winter habitat areas.
  - Identify critical lek, nesting, brood rearing and winter habitat which must be protected, secured or enhanced.
  - Identify land-use practices which are detrimental to provision of quality lek, nesting, brood rearing and winter habitat.
  - Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on public lands.
  - Develop cooperative initiatives to protect lek sites and lek, nesting, brood rearing and winter habitat on private lands.
  - Develop cooperative initiatives to enhance and improve the quantity and quality of lek, nesting, brood rearing and winter habitat (vanKooten et al. 2004).
- Monitor population status. Monitoring of sage grouse populations has been limited to discontinuous and inconsistent lek surveys during the spring breeding period. Comprehensive surveys to monitor sage grouse populations at various stages of the life cycle are needed to provide a better understanding of the life requisites for species maintenance.
  - Conduct standardized annual surveys to monitor spring breeding populations. An annual survey which effectively monitors the spring breeding population is the minimum requirement for determining population status and trends. Annual spring lek surveys, which encompass four replicate surveys of each lek, should be operational commitments. A means to correlate lek survey data to the total population size should be refined.
  - Conduct surveys of all known active leks to document number of males present.
  - Survey known inactive leks to determine if sites are being utilized.
  - Search vicinity of recently inactive lek sites to determine if alternate lek sites have been selected.
  - Develop a means to correlate spring lek survey data to size of the total sage grouse population (vanKooten et al. 2004).
- Develop a survey system to monitor winter population status. Surveys of leks provide one measure of population status but there is no established relationship between number of males in the spring and the size of the post-fledged winter population. Winter surveys have not traditionally been conducted for sage grouse and little is known about the status of populations in winter. Survey techniques for monitoring winter population size should be developed.
  - Develop a standardized system for landowners, land managers and other land users to cooperatively report presence of sage grouse on their lands during winter.
  - …conduct aerial surveys of potential winter habitat for presence of sage grouse (vanKooten et al. 2004).

BLM_0078956

- Use information and extension to encourage protection and enhancement of habitat. Land managers within sage grouse range play a pivotal role in maintenance or enhancement of habitat so that population recovery is possible. Extension and information dissemination intended specifically for the land manager would promote cooperative participation by land managers in sage grouse recovery.
  - Develop and distribute informative brochures and pamphlets describing the types of habitat that are critical to sage grouse.
  - Work with landowners and land managers to develop land management actions which could be practiced to enhance sage grouse habitat.
  - Meet and discuss sage grouse habitat concerns and issues with land-use policy makers.
  - Solicit support from land management agencies to include information on sage grouse in newsletters, etc (vanKooten et al. 2004).
- Wherever possible, prevent disturbance in sage-grouse nesting and brood rearing habitat between 1 March and 15 June, including…livestock trail use… (Stinson et al. 2004).
- Where protection and restoration of sage-grouse is a major objective for public lands, manage grazing so that the habitat characteristics needed for breeding and wintering can be consistently maintained (Connelly et al. 2000b) (Stinson et al. 2004).
- In general, management should be designed to increase herbaceous cover, improve the composition and diversity of native vegetation, and limit the spread of noxious weeds. This will probably require that grazing pressure be light (<35% usage), seasonally rotated, periodically deferred, and maintained at a low enough intensity to enable a rapid response to drought conditions or range fires. Where grazing capacity survey data are available, Galt et al.[18] (2000) recommend setting stocking rates based on a 25% harvest coefficient. However, Crawford et al. (2004) cautions against using utilization guidelines; grass species vary in their ability to withstand grazing, and with drought conditions. They suggest there is no substitute for long-term vegetation monitoring. Whatever method is used to set stocking levels, the key consideration is that the habitat characteristics required for sage-grouse be maintained. Higher utilization rates (e.g., >40%) in early spring may allow regrowth and seed set of native grasses and forbs if livestock are removed before the soil dries out, but may not leave adequate residual grass for nest cover (Stinson et al. 2004).
- On degraded sites, grazing could be part of an interim phase of a long-term shrubsteppe restoration plan, such as where fall grazing by sheep is used to decrease sagebrush density (Bork et al. 1998[19]) or to reduce fire hazard on annual grassland.  Some sites degraded to an annual grassland will not recover sufficiently through grazing changes or livestock exclusion to be suitable for sage-grouse. Utilization rates on these sites may be irrelevant to grouse recovery unless, or until, the site is revegetated with native species (Stinson et al. 2004).
- Salt grounds should not be located on sites used annually by grouse. New livestock water developments should not located at sites used by grouse unless designed to improve habitat and reduce existing damage by livestock (Stinson et al. 2004).
- Grazing use levels should be determined by "average use" throughout the entire pasture. Grazing levels should be based on predicted use during periods of drought (i.e., less than 75% of average moisture during a period of $ 6 months). Grass utilization, including

---

[18] Galt, D., F. Molinar, J. Navarro, J. Joseph, and J. Holechek. 2000. Grazing capacity and stocking rate. Rangelands 22(6):7-11.
[19] Bork, E. W., N. E. West, and J. W. Walker. 1998. Cover components on long-term seasonal sheep grazing treatments in three-tip sagebrush steppe. J. Range Management 51:293-300.

BLM_0078957

livestock, feral horses, game and other influences, should not exceed 35% at the end of the growing season and throughout the dormant period (Stinson et al. 2004).

- Use periodic deferral of grazing and rotational grazing in all rangeland pastures (Stinson et al. 2004).
- If it is determined through assessment, monitoring, and observation that sage-grouse habitat needs are not being met and livestock are a significant contributing factor, changes in grazing management should be made immediately to correct deficiencies (Stinson et al. 2004).
- Remove grazing pressure if the area is degraded and restoration is unlikely under an altered grazing strategy, if it is increasing encroachment by noxious weeds, or where it is otherwise incompatible with use by sage-grouse (Stinson et al. 2004).
- Avoid moderate to heavy livestock grazing, road development, and human disturbance in wet meadows (Stinson et al. 2004).
- Work with range managers interested in sage-grouse conservation to utilize range management practices that result in increased habitat value for sage-grouse. Private rangeland accounts for a significant portion of 8 of 14 sage-grouse management units in Washington. Assist private range managers by providing information on range management practices that benefit sage-grouse as described in Connelly et al. (2000b). For mixed ownerships and leases on public lands, work collaboratively through Coordinated Resource Management (CRM) or other processes to develop management solutions. Support range management practices that result in retention of residual perennial grass cover and healthy communities of native perennial grasses and the associated forb and shrub communities. Residual grass should be retained in sufficient quantity to support soil moisture retention and improved grass vigor. Dominant perennial grasses such as bluebunch wheatgrass can provide for sage-grouse nest concealment. Sagebrush canopy cover should be maintained >15% (Stinson et al. 2004).
- Discourage development of additional springs and underground water wells for livestock, unless it can be shown that the result will benefit sage-grouse (Stinson et al. 2004).
- Discourage removal of sagebrush from known sage-grouse wintering areas and areas that provide escape cover in breeding habitat, especially within 3 km of leks (Stinson et al. 2004).
- Establish grass banks to provide alternative range during drought. Grass banks are areas that are usually ungrazed, but are made available for grazing during droughts so that ranches that support sage-grouse and other shrub-steppe wildlife can avoid overgrazing their rangeland (Stinson et al. 2004).
- Livestock use around water sources and wet meadows in brood-rearing areas should be regulated through fencing, grazing, or herding management to restrict overuse, thereby protecting vulnerable forbs and grasses. However, livestock grazing could be used periodically inside meadow exclosures to reduce old vegetation, thereby exposing and rejuvenating succulent forbs (Evans 1986[20]) (Beck and Mitchell 2000).
- …livestock grazing should be managed to allow optimum growth of forbs, grasses, and sagebrush. Management for a variety of sagebrush covers should exist with important use areas reflecting the general preference of sage grouse for sagebrush cover of 5-10% in summer or 20-35% in winter (Eng 1986[21]). Grazing system, season of use, grazing duration, kind of livestock, and stocking intensity should be adjusted to maximize desired

---

[20] Evans, C.C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the Sheldon National Wildlife Refuge. Thesis, University of Nevada, Reno, USA.

[21] Eng, R.L. 1986. Upland game birds. Pages 407-428 *in* A.Y. Cooperrider, R.J. Boyd, and H.R. Stuart, editors. Inventory and monitoring of wildlife habitat. USDI BLM, Service Center, Denver, Colorado, USA.

BLM_0078958

vegetal effects for sage grouse on ranges on a case-by-case basis (Beck and Mitchell 2000).

- Managers should consider removing livestock from sage grouse nesting areas prior to peak standing-crop development to maintain residual grass growth essential for nest concealment (Gregg et al. 1994[22]) and then delay grazing the same areas until after nesting (Beck and Mitchell 2000).

- If management goals are to provide suitable nesting and brood-rearing habitat, efforts should be directed toward protecting and enhancing sagebrush stands $\geq 30$ m$^2$ and increasing overall sagebrush cover. These stands also should have a suitable understory of tall grasses and forbs to enhance nest concealment (Aldridge and Brigham 2002).

- Management strategies also should focus on increasing the availability of mesic sites and increasing the abundance of sites with > 10% forb cover, to enhance brood rearing habitat (Aldridge and Brigham 2002).

- Land managers implementing water developments for livestock need to consider the potential negative effects those developments might have on key wetlands and mesic sites (Aldridge and Brigham 2002).

- …we suggest that migratory sage grouse populations be defined on a temporal and geographic basis and that seasonal ranges and migration routes between ranges be identified (Connelly et al. 1988).

- We further urge managers to consider all seasonal ranges when evaluating factors affecting sage grouse populations (Connelly et al. 1988).

- …protection of sagebrush within a 3.2 km radius of leks is not sufficient (Beck 1977) because protecting sagebrush habitats associated with leks will not ensure that year long habitat requirements are met for migratory populations of sage grouse (Connelly et al. 1988).

- Spring [sheep] grazing should begin only when the soil has dried enough to be firm after snow melt. Spring grazing can be started safely when there is sufficient growth to satisfy requirements of the sheep and still retain enough herbage to produce the plant food that is essential for vigorous continuing growth (Pechanic and Stewart 1949).

- The key to maintaining ample forage year after year on spring-fall sheep range is conservative grazing, that is, stocking with only the number of sheep that the range can support over a period of years without injury to the desirable plant species or to the soil… This estimate may be made by one of the three following methods. 1. Through past stocking records. 2. Through stocking records on similar adjacent or nearby ranges that are conservatively grazed. 3. Through range surveys (Pechanic and Stewart 1949).

- Where ranges are to be used in the fall it is unwise to rely on additional growth during the late summer or fall (Pechanic and Stewart 1949).

- Enough herbage should be left at the end of the spring grazing period to provide adequate fall forage. The amount to leave will depend on the number of sheep to be carried on range in the fall and should vary with the kind of range and the palatability of forage plants…It is not necessary to have as much of the current herbage production of perennials left ungrazed at the end of the fall grazing season as at the end of the spring. By fall the plants are mature and less susceptible to injury than in spring (Pechanic and Stewart 1949).

- Fewer sheep can be safely grazed where slopes are moderate to steep than on comparable level or moderately rolling ranges in similar condition (Pechanic and Stewart 1949).

---

[22] Gregg, M.A.; Crawford, J.A.; Drut, M.S.; and A.K. DeLong. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162-166.

BLM_0078959

- [The rotation grazing system] is one of the most effective methods of maintaining range in satisfactory condition or improving range in unsatisfactory condition (Pechanic and Stewart 1949).
- Good distribution of sheep grazing and good herding practices, use of bedgrounds for not more than three successive nights and preferably one night, proper salting, and provision of ample watering facilities are other practices that promote better grazing use of the spring-fall range. They therefore contribute toward maintenance or improvement of the forage cover and the most efficient sheep production (Pechanic and Stewart 1949).
- As long as rest is afforded a given meadow every three years, no negative impact on sage grouse habitat seems to occur (Neel 1980).
- Proper stocking levels considering values other than beef production are essential if rest-rotation grazing management is to be instrumental in improving and maintaining wildlife habitat (Neel 1980).
- It is recommended that light grazing only be allowed, and should be monitored very closely (Neel 1980).
- Grazing should not be allowed to permanently set back the vigorous stands of *Aster occidentalis* or other food forbs (Neel 1980).
- There seems to be some value in having some meadow habitat protected from grazing in July (Neel 1980).
- Late August or early September grazing at light stocking levels (Oakleaf 1971) would seem to be the best answer to receiving some beef production benefits from the restoration project (Neel 1980).
- The timing of grazing is much more important than the percentage of biomass removed (Frost et al. 1994).
- Heavy stocking in the fall will not markedly affect grass and forb production; it may cause a decrease in shrubs if they are heavily utilized (Mueggler 1950).
- Heavy spring stocking will severely reduce grass and forb production and greatly increase the abundance of undesirable shrubs (Mueggler 1950).
- A range in poor condition will improve very slowly if it is continually grazed in the spring at even a light stocking rate (Mueggler 1950).
- It would appear that a well-planned rotation system of grazing in which areas in poor condition are grazed only in the fall is one method of improving sagebrush-grass range without necessitating a heavy reduction in stocking (Mueggler 1950).
- …long-term management and monitoring strategies must be employed because sagebrush steppe responds slowly (in practical terms) to changes in the timing of sheep grazing (Bork et al. 1998).
- The long-term pattern of degradation and recovery within this rangeland appears to be complex, non-linear over time (with recovery being slower than degradation), and dependent on the seasonality of grazing (Bork et al. 1998).
- The decision process will entail answers to these questions:
  - What is the ecological status of vegetation on the management area? Is grazing of potential value in altering the structure of herbaceous cover for the gamebird species in question, or must we first disrupt a stable state?
  - Given that grazing is useful, how many cattle should be stocked and over what time period to maximize space-time or to preserve acceptable residual cover at some critical point in time? Answering this question will require knowledge of vegetation structure acceptable to the gamebird in question, rate of herbaceous cover removal by cattle, and rate of forage growth.
  - What actions (water, mineral, shade, fencing) need to be taken to focus grazing pressure where it is needed to improve structure and to reduce or eliminate

BLM_0078960

grazing pressure where it is unnecessary or potentially damaging? (Guthery 1996)

- For migratory populations focus livestock grazing activities during the growing season on sage grouse winter range. Sage grouse are 100 percent dependent on sagebrush for forage during winter (Connelly 2000). The removal of herbaceous understory plants preferred by domestic livestock during the growing season can lead to an increase in the density of sagebrush stands over time (Mueggler 1950, Laycock 1967, Beck and Mitchell 2000). Livestock and sage grouse would be separated temporally under this scenario although impacts to other wildlife species may be significant (Hockett 2002).

- Protect sage grouse nesting and brood-rearing habitat from livestock use to encourage climax vegetative conditions. If this is not feasible, limit grazing to the month of July with the exact timing of grazing varying with local conditions. Defer grazing until after the peak of the growing season with the intent of providing herbaceous cover and forage for the majority of the nesting, hatching, and early brood-rearing. Cessation of grazing by 1 August is designed to minimize livestock concentrations in wet meadows and riparian areas with open water by avoiding "hot season" use and to allow a 30-day regrowth period before the first killing frost as recommended by Myers [23](1989). Additionally, late summer-early fall regrowth is important for carbohydrate storage in roots and stem bases of cool season grasses (Stoddart et al. 1975) that enhances plant vigor while allowing residual vegetation to accumulate cover for nesting and early brood-rearing the following spring (Hockett 2002).

- Protect sage grouse spring, summer and fall ranges during periods of drought. Drought alone has been identified as a major factor contributing to the range-wide decline of sage grouse (Connelly and Braun 1997[24]). Design adaptive management strategies to protect against the cumulative effects of grazing use on sage grouse forage and cover during drought (Hockett 2002).

- Manage 25-33 percent of the sagebrush-riparian landscape for climax species and processes using concepts outlined by Bock et al. [25](1993). This can be done while still providing for deferred or rest-rotation grazing over the remaining 66-75 percent of the sagebrush landscape. Target key nesting and brood rearing habitat for climax vegetation to increase sage grouse productivity. Sage grouse nest densities increase along sagebrush riparian corridors (Patterson 1952). Therefore, manage for climax vegetative cover and forage along primary sagebrush-riparian interfaces including ≥0.8 km of sagebrush habitat type on either side of riparian corridors. Unless local data indicates additional protections are necessary, this partial climax conservation strategy on grazed sage grouse habitat offers some perpetual mitigation against the inevitable effects of drought while still allowing grazing over the majority of sagebrush landscape (Hockett 2002).

- Avoid livestock water developments and salt grounds in traditional sage grouse spring, summer, and fall habitats. These developments significantly concentrate livestock and increase forage use, trailing, and soil compaction that fragment sagebrush habitat (Stoddart et al. 1975[26]). These heavy-use areas may extend up to 0.8 km away from the

---

[23] Myers, L.H. 1989. Grazing and riparian management in southwest Montana. Pp. 117-120 *in* Practical approaches to riparian resource management: an educational workshop. USDI Bureau of Land Management, Billings, MT.

[24] Connelly, J.W. and C.E. Braun. 1997. Long-term changes in sage grouse Centrocercus urophasianus populations in western North America. Wildlife Biology 3:229-234.

[25] Bock, C.E.; Bock, J.H.; and H.M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology. 7:731-733.

[26] Stoddart, L.A.; Smith, A.D.; and T.W. Box. 1975. Range management. McGraw-Hill Book Co. 532 pp.

BLM_0078961

site (Valentine 1947[27]) providing a niche for noxious weeds and other undesirable or unpalatable vegetation to take hold. Such developments should only be considered if accompanied with climax management areas as outlined in recommendations 2 and 4 above (Hockett 2002).

- The relatively large areas and diversity of habitats used by migratory sage grouse should be considered in management plans for [sage grouse] (Browers et al. 1984).

- …land management practices that reduce herbaceous cover in sagebrush communities can negatively affect sage grouse nesting habitat…When sage grouse nesting habitat is an objective, managers should monitor livestock distribution and depletion of grasses to remove livestock before the minimum herbaceous cover and height needed for nesting is reached. Some rangelands may need rest from grazing to increase herbaceous cover and height to desired levels. In many situations, however, the absence of livestock grazing along would not increase herbaceous cover because high shrub cover effectively inhibits the herbaceous understory (Sneva et al. 1984, Laycock 1991, Winward 1991) (DeLong et al. 1995).

- In Wyoming big sagebrush (*A.t. wyomingensis*) stands with shrub cover >20% and mountain big sagebrush stands with shrub cover >30%, herbaceous understories are often depleted and would require sagebrush thinning to reestablish the herbaceous component (Winward 1991). Prescribed fires, herbicides, and mechanical treatments would reduce shrub cover and may increase herbaceous cover. Sagebrush reduction, however, may negatively affect sage grouse nesting habitat in the short term (Connelly et al. 1991), and therefore should be implemented only in areas where other suitable nesting habitat exists nearby. In the long term, once sagebrush reestablishes in treatment areas, sage grouse nesting habitat may be enhanced by an improved balance of shrub and grass components available to sage grouse. We recommend land management practices that increase cover and height of native grasses in sagebrush communities with medium-height shrubs as a means to enhance sage grouse nesting success and productivity (DeLong et al. 1995).

- Management that protects the big sagebrush/bunchgrass community is essential for maintaining nesting habitat for sage grouse (Sveum et al. 1998).

- Managers must implement riparian monitoring programs and document both successes and failures in riparian management (Myers 1989).

- Approaches to riparian management must differ from the traditional approaches to management of uplands, which generally includes deferred and rest-rotation principles with long duration grazing treatments sand frequent "hot season" and fall grazing. Some will-meaning managers are still implementing "upland grazing systems" in hopes of attaining riparian site recovery (Myers 1989).

- Provide for residual vegetative cover either through regrowth or rest treatments during at least 75% of the years, or annually if possible. Residual cover needs will vary on different streams. Vigorous woody growth plus at least 15.25 cm of residual herbaceous growth was used with this study (Myers 1989).

- Through on-site studies, determine how much time is required to provide adequate herbaceous regrowth to meet floodplain function needs and incorporate this into the grazing prescription. Removing stock by about early August was required at the 1,830 m elevation in the study area (Myers 1989).

- Reduce the duration of grazing treatments to the greatest extent practical. Grazing treatments averaged 28 d in successful systems and 59 d in unsuccessful ones. Many rest-rotation and deferred grazing systems prescribe 60-75 d of use per treatment and are

---

[27] Valentine, K.A. 1947. Distance from water as a factor in grazing capacity of rangeland. Journal of Forestry. 10: 749-754.

BLM_0078962

generally unsuitable. Establish suitable length of grazing treatments by monitoring trampling impacts, utilization of woody species, particularly regeneration, plus sufficient time to provide necessary regrowth of herbaceous species (Myers 1989).

- To the greatest extent practical, design grazing treatments to take advantage of favorable seasonal livestock dispersal behavior. This will vary regionally, based on precipitation patterns and plant phenology. Good dispersal of stock was noted in the study area from early May through early July and the poorest dispersal was noted during the "hot season" (early July to mid-September). Hot season grazing averaged 13 d in successful systems, compared to 33 d in unsuccessful ones (Myers 1989).

- Incorporate sufficient growing season rest to provide for good vigor and regeneration in all riparian plants. This does not mean that a full year of nonuse is required. Often, growing season rest can be increased by using pastures more frequently with shorter duration use (Myers 1989).

- Where deciduous woody species are important in the composition, limit the frequency of fall grazing treatments to about one year in four. Duration of fall treatments should be limited to the greatest extent practical. Fall grazing averaged 21 d in successful systems and 37 d in unsuccessful ones. Close monitoring is required to avoid excessive use on woody species during this period (Myers 1989).

- Insist upon strict grazing system compliance. A few cattle remaining in a pasture after the prescribed use period can negate the benefits of a good system. Stray animals invariably spend the bulk of their time in stream bottoms. Ninety percent compliance with a grazing system is not adequate (Myers 1989).

- Standardized approaches to riparian grazing management are not practical. Riparian areas differ in their potential for response and in various unique site factors. These other variables must be considered in the design of a grazing system (Myers 1989).

- To restore forage and willow production in riparian zones, grazing systems must become whole ecosystem-oriented, not just upland-oriented (Kauffman and others 1983, Smith 1981[28]) (Kovalchik and Elmore 1991).

- Fencing is the easiest way to obtain rapid improvement in riparian conditions by protecting riparian zones from improper cattle use (Platts and Raleigh 1984[29]) (Kovalchik and Elmore 1991).

- Riparian pastures are small pastures set aside to achieve desired vegetation response (Platts and Nelson 1985[30]). Pastures include enough land to achieve balanced use between upland and riparian forage. Grazing can be controlled more easily when compared to larger pastures, and cattle are removed when forage utilization levels or plant phenology stages are reached (Platts 1984[31]). If managed properly, the system results in better livestock distribution, grazing intensity, and timing. This leads to

---

[28] Kauffman, J.B.; Krueger, W.C.; and M. Vavra. 1983. Effects of late season cattle grazing on riparian plant communities. Journal of Range Management. 36(6):685-691. Smith, B.H. 1981. The ecosystem approach to stream habitat management. In: Rocky Mountain regional soil-water-air-workshop; 1981 February 2-6; Jackson Hole, WY. Rock Springs, WY: U.S. Department of the Interior, Bureau of Land Management. 5 p. Unpublished paper.

[29] Platts, W.S.; and R.F. Raleigh. 1984. Impacts of grazing on wetlands and riparian habitat. In: Developing strategies for rangeland management. National Research Council. National Academy of Sciences. Boulder, CO: Westview Press: 1105-1117.

[30] Platts, W.S.; and R.L. Nelson. 1985. Impacts of rest-rotation grazing on streambanks of forested watersheds in Idaho. North American Journal of Fisheries Management. 5: 547-556.

[31] Platts, W.S. 1984. Compatibility of livestock grazing strategies with riparian-stream systems. In: Range watershed riparian zones and economics: interrelationships in management and use short course. Corvallis, OR: Oregon State University: 67-74.

BLM_0078963

increased willow and sedge production and reduced effects on stream morphology (Platts 1986[32]). Willow response is better if the riparian pasture is grazed early or after fall "green up" (regrowth of upland grass following fall rains). Close monitoring of forage use avoids the switch from grazing to browsing (Kovalchik and Elmore 1991).

- [Winter grazing] is reasonably compatible with riparian habitat needs and has been used successfully on lower elevation ranges (authors' observation) (Kovalchik and Elmore 1991).

- Pastures respond best to [two-season grazing system] if cattle are removed from the critical-use pasture before summer drought, allowing lightly used willows and sedges to regrow through the remainder of the growing season. Two-pasture rotation grazing may not improve pastures in poor condition (authors' observation). Adding years of rest, especially on degraded pastures, and careful monitoring of forage use will increase the effectiveness of the system for willows (Kovalchik and Elmore 1991).

- Three-pasture rest-rotation allows one pasture to be rested an entire season while the others support the grazing…the system may not improve either willow or sedge production on pastures in poor condition (Smith 1989[33]). In theory, willows should respond favorably to this system because of the rest period (Kovalchik and Elmore 1991).

- Three-pasture deferred-rotation grazing moves cattle from early to critical-season pastures at a predetermined date or at some level of forage use (Platts 1984). The third pasture is used after seeds of upland grasses have ripened, and cattle are removed when desired use of upland grasses is reached. This grazing system seems desirable for sedges because of 2 years of late-summer rest. However, overuse by concentrated cattle may cause sedges to decline, especially if stubble height during spring runoff is too short to resist erosion. In theory, this system is beneficial for willows, with late-season grazing occurring in 1 of 3 years (Kovalchik and Elmore 1991).

- Incompatible grazing systems for willow management include spring-fall pastures, deferred grazing, late-season grazing, and season-long grazing (Kovalchik and Elmore 1991).

- Maintaining richness and cover of native species should be a high management priority for [arid and semiarid] ecosystems (Anderson and Inouye 2001).

- Alterations in management plans at the watershed level may be necessary to dilute wildlife impacts and enhance rapid recovery of woody riparian species (Shaw 1991).

- To maintain greater sage grouse populations, we recommend that managers limit strategies that negatively affect this type of habitat (i.e. prescribed fire and herbicide application) and protect adequate amounts of suitable nesting habitat during treatment (Holloran et al. 2005).

- …we recommend management activities that allow for maintenance or restoration of dense, taller residual grasses within suitable sagebrush stands to enhance greater sage grouse populations (Holloran et al. 2005).

- …our results suggest annual grazing in nesting habitat, regardless of the timing, could negatively impact the following year's nesting success (Holloran et al. 2005).

---

[32] Platts, W.S. 1986. Riparian stream management. Transactions Western Section of the Wildlife Society. 22:90-93.
[33] Smith, S. 1989. [Personal communication] Ecologist, U.S. Department of Agriculture, Forest Service, Modock National Forest, Alturas, CA.

BLM_0078964

## Grazing Effects on Sagebrush

- Since sagebrush competes with grass for moisture, it is often killed to allow ranges to produce more grass for livestock (Poley 1969).
- When large sagebrush eradication programs are carried out on prime sage grouse range, the birds are reduced in numbers and often "eradicated" (Poley 1969).
- Rangeland improvement programs which reduce sagebrush habitat generally impair the welfare of sage grouse (Greer 1990).
- Continued use of ranges in a degraded condition may inhibit recovery of herbaceous vegetation and promote sagebrush dominance (Coggins 1998).
- In Wyoming big sagebrush habitats, resting areas from livestock grazing may improve understory production as well as decrease sagebrush cover[34] (Wambolt and Payne 1986) (Connelly et al. 2000).
- In the absence of fire, changes that usually occur with excessive grazing in the different sagebrush types are an increase in density and cover of shrubs, annuals forbs, and annual grasses (especially introduced species), and a decrease in perennial forbs and grasses (Branson 1985, Tisdale 1994)[35] (Miller and Eddleman 2000).
- Over and above the influence of climate, the intensity and periods of grazing had a profound effect upon the grazing value of the spring-fall range (Craddock and Forsling 1938).
- Livestock grazing may affect sage-grouse habitat directly by altering structural habitat factors or plant community composition, or indirectly by altering abiotic processes (e.g., MFRI) and invasibility of sagebrush plant communities (Crawford et al. 2004).
- While the impact of grazing on sagebrush plant communities varies with site potential, ecological condition, and climate variables, the aspects of livestock grazing that are controlled by management are, principally, the timing and intensity of defoliation (Crawford et al. 2004).
- Research suggests that moderate livestock grazing or less in mid to late summer, fall, or winter is generally compatible with the maintenance of perennial grasses and forbs in sagebrush habitat (Pechanec and Stewart 1949, Mueggler 1950, Laycock and Conrad 1967, 1981, Gibbens and Fisser 1975, Miller et al. 1994, Bork et al. 1998)[36] (Crawford et al. 2004).

---

[34] Wambolt, C.L., and G.F. Payne. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. Journal of Wildlife Management 39:314-319.

[35] Branson, F.A. 1985. Vegetation changes on western rangeland. Range Monograph No. 2. Society for Range Management, Denver, CO. Tisdale, E.W. 1994. Great Basin region sagebrush types. P. 40-46 *In*: T.N. Shiflet (ed.) Rangeland Cover Types. Soc. Range Manage., Denver, CO.

[36] Pechanec, J.F. and G. Stewart. 1949. Grazing spring-fall ranges of southern Idaho. U.S.D.A. Circ. 808. Mueggler, W.F. 1950. Effects of spring and fall grazing by sheep on vegetation of the upper Snake River plains. J. Range Manage. 3:308–315. Laycock, W.A. and P.W. Conrad. 1967. Effect of grazing on soil compaction as measured by bulk density on a high elevation cattle range. J. Range Manage. 20:136–140. Laycock, W.A. and P.W. Conrad. 1981. Responses of vegetation and cattle to various systems of grazing on seeded and native mountain rangelands in eastern Utah. J. Range Manage. 34:52–58. Gibbens, R.P. and H.G. Fisser. 1975. Influence of grazing management systems on vegetation in the Red Desert region of Wyoming. Univ. of Wyo. Agr. Exp. Sta. Sci. Monogr. 29. Miller, R.F., T.J. Svejcar, and N.E. West. 1994. Implications of livestock grazing in the Intermountain sagebrush region: plant composition, p. 101–146. In: M. Vavra, W.A. Laycock, and R.D. Pieper (eds.) Ecological Implications of Livestock Herbivory in the West. Soc. for Range Manage. Denver, Colo. Bork, E.W., N.E. West, and J.W. Walker.

BLM_0078965

- Herbaceous species in sagebrush plant communities are predominantly cool-season (C-3) plants that are vulnerable to defoliation during late spring and early summer (Crawford et al. 2004). Heavy grazing (approximately 60% or greater utilization by weight) during this time has predictable results: 1) the vigor, yield, and cover of late-seral grasses and forbs decrease; 2) early-seral species (including annual grasses) may increase; 3) sagebrush density and canopy cover may increase (Craddock and Forsling 1938[37], Pechanec and Stewart 1949, Mueggler 1950, Laycock 1967, Bork et al. 1998); and 4) transition of sagebrush uplands to higher ecological status is inhibited (Mueggler 1950, Eckert and Spencer 1986[38], Laycock 1987) (Crawford et al. 2004).

- Cattle, sheep, and horses (*Equus caballus*) in sagebrush habitat eat grass-dominated diets in all seasons of the year (Severson et al. 1968, Harrison and Thatcher 1970, Mackie 1970, Uresk and Rickard 1976, Olsen and Hansen 1977, Reiner and Urness 1982, Krysl et al. 1984, Ngugi et al. 1992, Crane et al. 1997, Glidewell et al. 2001[39]) although sheep may consume a higher percentage of their diet as forbs. Livestock usually consume little to no sagebrush (< 10%) unless snow depth exceeds 20 cm (Harrison and Thatcher 1970), but winter sheep use of low elevation basin big sagebrush may be much greater (Cook et al. 1954[40]) (Crawford et al. 2004).

- Shrub utilization should not exceed 50–60% during the growing season, and at least 50% protective ground cover (i.e., plant basal area + mulch + rocks + gravel) should remain after grazing (Mosley et al. 1997[41]).

- While hydrophytic shrubs may not directly serve as sage-grouse habitat, they do impact the stability of riparian and meadow habitats important to sage-grouse (Winward 2000[42]) (Crawford et al. 2004).

1998. Cover components on long-term seasonal sheep grazing treatments in three-tip sagebrush steppe. J. Range Manage. 51:293-300.

[37] Craddock, G.W. and C.L. Forsling. 1938. The influence of climate and grazing on spring-fall sheep range in southern Idaho. U.S.D.A. Tech. Bull. 600.

[38] Eckert, R.E., Jr. and J.S. Spencer. 1986. Vegetation response on allotments grazed under rest-rotation management. J. Range Manage. 39:166–174.

[39] Severson, K., M. May, and W Hepworth. 1968. Food preferences, carrying capacities, and forage competition between antelope and domestic sheep in Wyoming's Red Desert. Univ. Wyo. Agr. Exp. Sta. Sci. Monogr. 10. Harrison, B.J. and A.P. Thatcher. 1970. Winter sheep grazing and forage preference in southwestern Wyoming. J. Range Manage. 23:109–111. Mackie, R.J. 1970. Range ecology and relations of mule deer, elk, and cattle in the Missouri River Breaks, Montana. Wildl. Monogr. 20:1–79. Uresk, D.W. and W.H. Rickard. 1976. The abortifacient and toxic effects of big sagebrush (*Artemisia tridentata*) and juniper (*Juniperus osteosperma*) on domestic sheep. J. Range Manage. 29:278–280. Krysl, L. J., M. E. Hubbert, B. F. Sowell, G. E. Plumb, T. K. Jewett, M. A. Smith, and J. W. Waggoner. 1984. Horses and cattle grazing in the Wyoming Red Desert, I. Food habits and dietary overlap. J. Range Manage. 37:72–76. Ngugi, K.R., J. Powell, F.C. Hinds, and R.A. Olson. 1992. Range animal diet composition in south central Wyoming. J. Range Manage. 45:542–545. Crane, K. K., M. A. Smith, and D. Reynolds. 1997. Habitat selection patterns of feral horses in south central Wyoming. J. Range Manage. 50:374-380. Glidewell, B.C., J.C. Mosley, and J.W. Walker. 2001. Sheep and cattle response when grazed together on sagebrush-grass rangeland. Proc. West. Sec. Amer. Soc. Anim. Sci. 52:156–159.

[40] Cook, C.W., L.A. Stoddart, and L.E. Harris. 1954. The nutritive value of winter range plants in the Great Basin. Utah Agr. Exp. Sta. Bull. 372.

[41] Mosley, J.C., P.S. Cook, A.J. Griffis, and J. O'Laughlin. 1997. Guidelines for managing cattle grazing in riparian areas to protect water quality: Review of research and best management practices policy. Univ. Idaho For., Wildl. and Range Policy Analysis Group Rept. 15.

[42] Winward A.H. 2000. Monitoring the vegetation resources in riparian areas. USDA For. Serv. Gen. Tech. Rept. RMRS-47.

BLM_0078966

- A recent modeling exercise (Wisdom et al. 2002[43]) incorporated 50 and 100% reductions in the detrimental effects of livestock grazing into a population level model for sage grouse in the Interior Columbia Basin. The model predicted improved performance of sage grouse populations with a combination of active habitat restoration and reduced livestock stocking rate, and equated reductions in livestock stocking rate to decreased detrimental effects of livestock on sage grouse habitat at a 1 to 1 ratio. While this approach may appear empirically appealing in that it allows "what if" scenario modeling, caution is merited when assuming that reductions in livestock stocking rate are in a constant 1 to 1 ratio with changes in sage grouse habitat quality, given that the exact slope of this relationship is unknown (it may be substantially greater or less than 1) and is variable in accordance with timing and intensity of livestock grazing, environmental factors, and specific type of sage grouse habitat (e.g., nesting, brood-rearing, etc.). Given the complexity of the successional dynamics of sagebrush plant communities, combined with the multivariate nature of the effects of livestock grazing on these plant communities, it remains difficult to draw large-scale (time and space) conclusions regarding the impact of current livestock grazing practices on sage grouse populations (Crawford et al. 2004).
- But, once sagebrush cover reaches an upper threshold, livestock exclusion may have little effect on reversing the immediate trend (Johnson and Payne 1968, Rice and Westoby 1978, Sanders and Voth 1983, Wambolt and Payne 1986[44]) (Crawford et al. 2004).
- Over long time intervals (40 years or more), sagebrush abundance may decline with a concomitant increase in understory herbaceous species (Anderson and Inouye 2001[45]). On Wyoming big sagebrush sites with dense sagebrush and an understory of annual grasses, reductions in livestock grazing can hasten further habitat degradation if ungrazed fuel loads promulgate wildfires that burn uniformly and kill sagebrush on vast areas (Peters and Bunting 1994, West 1999[46]) (Crawford et al. 2004).
- Timing of grazing greatly influences the effects of livestock grazing in meadows and riparian areas. These sites are particularly vulnerable in late summer when excessive grazing and browsing may damage riparian shrubs, reduce the yield and availability of succulent herbs (Kovalchik and Elmore 1992[47]), and cause deterioration of riparian

---

[43] Wisdom, M. J., M. M. Rowland, B.C. Wales, M. A. Hemstrom, W. J. Hann, M. G. Raphael, R.S. Holthausen, R.A. Gravenmier, and T.D. Rich. 2002. Modeled effects of sagebrush steppe restoration on greater sage-grouse in the Interior Columbia Basin, U.S.A. Cons. Biol.16:1223–1231.

[44] Johnson, J.R. and G.F. Payne. 1968. Sagebrush reinvasion as affected by some environmental influences. J. Range Manage. 21:209–213. Rice, B. and M. Westoby. 1978. Vegetative responses of some Great Basin shrub communities protected against jackrabbits or domestic stock. J. Range Manage. 31:28–34. Sanders, K.D. and A.S. Voth. 1983. Ecological changes of grazed and ungrazed plant communities, p. 176–179. In: S.B. Monsen and N. Shaw (eds.) Managing Intermountain Rangelands - Improvement of Range and Wildlife Habitats. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-157. Wambolt, C.L. and G.F. Payne. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. J. Range Manage. 39:314–319.

[45] Anderson, J.E. and RS. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecol. Monogr. 71:531–556.

[46] Peters, E.F. and S.C. Bunting. 1994. Fire conditions pre- and post- occurrence of annual grasses on the Snake River Plain, p. 31–36. In: S.B. Monsen and S.G. Kitchen (eds.) Proc. Ecology and Management of Annual Rangelands. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-313. West, N.E. 1999b. Managing for biodiversity of rangelands, p. 101–126. In: W.W. Collins and C.O. Qualset (eds.) Biodiversity in Agrosystems. CRC Press, Boca Raton, Fla.

[47] Kovalchick, B. L. and W. Elmore. 1992. Effects of cattle grazing systems on willow dominated plant associations in central Oregon, p. 111–119. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L.

BLM_0078967

function over time (Klebenow 1985[48]). However, moderate utilization by livestock in spring, early summer, or winter is sustainable in non-degraded meadow and riparian areas within sagebrush habitat (Shaw 1992, Clary et al. 1996, Mosley et al. 1997[49]). Moderate use equates to a 10-cm residual stubble height for most grasses and sedges and 5-cm for Kentucky bluegrass (Mosley et al. 1997, Clary and Leininger 2000[50]) (Crawford et al. 2004).

- The length of time livestock have access to meadows may be more important than the level of utilization; it has been suggested that livestock access be limited to < 3 weeks (Myers 1989, Mosley et al. 1997[51]) (Crawford et al. 2004).

- In riparian and meadow habitat degraded by heavy livestock utilization, rest from grazing may be necessary for recovery (Clary and Webster 1989[52]) (Crawford et al. 2004).

- Some perennial grasses, such as Indian ricegrass (*Oryzopsis hymenoides* (R. & S.) Ricker), needle-and-thread (*Stipa comata* Trin. & Rupr.), Nevada bluegrass (*Poa nevadensis* Vasey ex Scribn.), and Sandberg bluegrass, can withstand severe grazing (approximately 80% or greater utilization) as long as defoliation does not occur during the plants' reproductive period (Pearson 1964[53]). Other grasses such as Idaho fescue, Thurber needlegrass (*Stipa thurberiana* Piper), and bottlebrush squirreltail (*Sitanion hystrix* (Nutt.) J.G. Smith) decrease with heavy grazing (Rickard et al. 1975, Eckert and Spencer 1987[54]) (Crawford et al. 2004).

- Excessive, or poorly managed livestock grazing, such as too high a stocking rate over the grazing period, or uncontrolled or poorly timed grazing, causes degradation of sagebrush ecosystems. Improper livestock grazing practices change the proportion of shrubs, grasses, and forbs, increase the opportunity for invasion and dominance by exotic annual grasses and forbs, shorten the growing season, and can cause an overall decline in site potential through loss of topsoil. This decline in site potential often decreases the ability of soils to capture, store, and release water, causing sagebrush ecosystems to become more arid, which in turn provides less green plant material for shorter periods of time (Miller and Eddleman 2000) (BLM 2002).

Wambolt, (eds.) Proc. Symposium on Ecology and Management of Riparian Shrub Communities, U.S.D.A. For. Serv., Gen. Tech. Rept. INT-GTR-289.

[48] Klebenow, D. A. 1985. Habitat management for sage-grouse in Nevada. World Pheasant Assoc. 10:34–46.

[49] Shaw, N.L. 1992. Recruitment and growth of Pacific willow and sandbar willow seedlings in response to season and intensity of cattle grazing, p. 130–137. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (eds.) Proc. Symp. on Ecology and Management of Riparian Shrub Communities. U.S.D.A. For. Serv., Gen. Biol. Conserv. 6:274–284. Clary, W.P., N.L. Shaw, J.G. Dudley, V. A. Saab, J.W. Kinney, and L.C. Smithman. 1996. Response of a depleted sagebrush steppe riparian system to grazing control and woody plantings. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-RP-492.

[50] Clary, W.P. and W.C. Leininger. 2000. Stubble height as a tool for management of riparian areas. J. Range Manage. 53:562–573.

[51] Myers, L.H. 1989. Grazing and riparian management in southwestern Montana, p. 117–120. In: R.E. Gresswell, B.A. Barton, and J.L. Kershner (eds.) Practical Approaches to Riparian Resource Management—An Educational Workshop, U.S.D.I.-B.L.M., BLM-MT-PT-89-001-4351. Mosley, J.C., P.S. Cook, A.J. Griffis, and J. O'Laughlin. 1997. Guidelines for managing cattle grazing in riparian areas to protect water quality: Review of research and best management practices policy. Univ. Idaho For., Wildl. and Range Policy Analysis Group Rept. 15.

[52] Clary, W.P. and B.F. Webster. 1989. Managing grazing of riparian areas in the Intermountain Region. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-263.

[53] Pearson, L.C. 1964. Effect of harvest date on recovery of range grasses and shrubs. Agron. J. 56:80–82.

[54] Rickard, W.H., D.W. Uresk, and J.F. Cline. 1975. Impact of cattle grazing on three perennial grasses in south central Washington. J. Range Manage. 28:108–112. Eckert, R.E., Jr. and J.S. Spencer. 1987. Growth and reproduction of grasses heavily grazed under rest-rotation management. J. Range Manage. 40:156–159.

BLM_0078968

- It is well established that excessive livestock grazing increases the cover of Artemisia in many systems by reducing the competition from other plants (Whisenant 1990, Daddy 1988[55]). Very often it is these other plants, especially native bunchgrasses and forbs, that are far below healthy levels in the ecosystem and that are the first to be eliminated under excessive livestock grazing (Watts and Wambolt 1996, West and Young 2000[56]). While sagebrush densities could be increased in this way, it would likely be incompatible with attainment of BLM's Standards for Healthy Rangelands (BLM 2002).

- Archer and Smeins (1991, in Hann et al. 1997[57]) proposed that some traditional livestock grazing management practices are not compatible with native plant communities. They identified several examples of poor compatibility that are applicable to the sagebrush biome: (1) Traditionally, livestock are concentrated at artificially high levels. In contrast, densities of native herbivores varied seasonally and annually; (2) Fences prevent livestock from moving to new areas when the abundance of desired forages decreases. Consequently, traditional grazing practices result in higher frequencies and intensities of defoliation than would have occurred with pre-Euro-American settlement grazing regimes; (3) Mortality of native herbivores was a feedback loop that reduced grazing pressure, permitting recovery of native vegetation after periods of forage overuse. Supplemental feeding precludes mortality of livestock and thus maintains grazing over a greater portion of the year and over a higher frequency of years, compared with grazing that was exerted by native herbivores; and (4) Prolonged grazing in the sagebrush biome has decreased the capacity of grasses to competitively exclude woody plants, such as sagebrush. Therefore, sagebrush density and canopy cover increases at a faster rate compared with no grazing (BLM 2002).

- Under specific circumstances, rest-rotation, deferred, deferred rotational, and seasonal grazing methods have all been demonstrated to sustain rangeland plant communities within the sagebrush biome (Vallentine 1990, in Hann et al. 1997). However, none of these grazing methods have been conclusively more effective than light to moderate stocking rates under continuous seasonal grazing (Hart and Norton 1988, Heady 1975, Stoddart et al. 1975, Vallentine 1990, in Hann et al. 1997[58]). Despite the array of grazing methods conceived and promoted since 1950 in the United States, there has been, and continues to be, considerable debate over compatibility with native plant communities. In addition, all of the livestock grazing recommendations for the sagebrush biome

[55] Whisenant, S. G. 1990. Changing fire frequencies on Idaho's Snake River Plains: Ecological and management implications. Pp. 4-10 in E. D. McArthur, E. M. Romney, S. D. Smith and P. T. Tueller, compilers. Symposium on cheatgrass invasion, shrub die-off and other aspects of shrub biology and management. USDA For. Service Gen. Tech. Rep. INT-276. Daddy, F. M., J. Trlica, and C. D. Bonham. 1988. Vegetation and soil water differences among big sagebrush communities with different grazing histories. Southwestern Nat. 33:413-424.

[56] Watts, M.J. and C.L. Wambolt. 1996. Long-term recovery of Wyoming big sagebrush after four treatments. J. Environmental Manage. 46:95-102. West, N. E. and J. A. Young. 2000. Intermountain valleys and lower mountain slopes. Pp. 255-284 in M. G. Barbour and W. D. Billings, eds. North American terrestrial vegetation. Cambridge Univ. Press. Cambridge, U. K.

[57] Archer, S. and F. E. Smeins. 1991. Ecosystem-level processes. In Heitschmidt, R. K. and J. W. Stuth, eds. Grazing management: an ecological perspective. Portland, OR: Timber Press: 109-138. Cited in Hann et al. (1997).

[58] Hart, R. H., and B. E. Norton. 1988. Grazing management and vegetation response. In Tueller, P. T., ed. Vegetation science applications for rangeland analysis and management. Kluwer Academic Publishers. Boston, MA. pp 493-525. Cited in Hann et al. (1997). Heady, H. F. 1975. Range Management. McGraw-Hill, New York, NY. 460 p. Cited in Hann et al. (1997). Vallentine, J. F. 1990. Grazing management. Academic Press. San Diego, CA. 533p. Cited in Hann et al. (1997).

BLM_0078969

summarized in this section are based upon either short-term studies or short to long-term observations, rather than long-term studies (BLM 2002).

- Grazing methods, and no grazing, are unlikely to elevate many plant communities that are in a low successional steady state to a higher successional state (Archer and Smeins 1991, in Hann et al. 1997). Sustainable grazing management relies on knowledge of critical thresholds and manipulation of livestock so these critical thresholds are not exceeded. Continued stocking at near-normal levels during periods of moderate to severe drought is probably the greatest cause of rangeland deterioration (Vallentine 1990, in Hann et al. 1997[59]). Reduced stocking rates during drought, and for some time after drought, are necessary to minimize damage and hasten recovery of perennial vegetation (Vallentine 1990, in Hann et al. 1997; Holechek et al. 1999[60]) (BLM 2002).

- Holechek et al. (1999) report that improvement in rangeland vegetation can be achieved through changes in livestock grazing methods, and through changes in livestock stocking rates. They present two science findings that are very important to the sagebrush biome: (1) rotation livestock grazing methods in semi-arid and desert areas, which includes the sagebrush biome, show no advantage compared with continuous or season-long grazing methods; and (2) research shows that stocking rate reductions, from heavy down to conservative (35% or less forage use) have much greater probability of improvement in rangeland vegetation, compared with rotation livestock grazing methods. The greatest benefit accruing to light or conservative stocking (35% or less forage use on palatable forage species) in terms of forage production occurred in dry years (BLM 2002).

- Where invasive exotic annual plants, such as cheatgrass and mustards, have produced an unnaturally high density of fine fuels that make sites much more susceptible to fire, grazing can reduce these fuels and lessen the likelihood of wildfire (Vallentine and Stevens 1994[61]). However the timing of the livestock grazing is critical. It has to be judiciously applied within a very short window of time in early spring, before remnant native perennial species are growing, or else the livestock will consume the remnant native species along with the exotics (BLM 2002).

- Late autumn browsing by sheep can reduce sagebrush cover. When suitable alternative forage is lacking, animals are essentially forced to browse sagebrush because herbaceous growth is dried, reduced and less palatable (Laycock 1967[62]). Very heavy browsing by cattle also can reduce cover of *A. t. wyomingensis* purely through mechanical damage (Watts and Wambolt 1996[63]). If these extreme stocking levels are repeated through time, rather than during a one-time event, the understory grasses and forbs can be extirpated from the site (BLM 2002).

---

[59] Hann, W. J., J. L. Jones, M. G. "Sherm" Karl, P. F. Hessburg, R. E. Kean, D. G. Long, J. P. Menakis, C. H. McNicoll, S. G. Leonard, R. A. Gravenmier, and B. G. Smith. 1997. An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins, Vol. II. Landscape dynamics of the basin. U.S. Dept. Agric., Pacific Northwest Res. Stat., For. Serv. Gen. Tech. Rep. PNW-GTR-405, Portland, OR.
[60] Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands 21:12-16.
[61] Vallentine, J.F. and A.R. Stevens. 1994. Use of livestock to control cheatgrass–a review, p. 202-206, In: Monsen, S.B., and S.G. Kitchen, compilers, Proceedings–ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, Utah.
[62] Laycock, W. 1967. How heavy grazing and protection affect sagebrush-grass ranges. J. Range Manage. 20:206-213.
[63] Watts, M.J. and C.L. Wambolt. 1996. Long-term recovery of Wyoming big sagebrush after four treatments. J. Environmental Manage. 46:95-102.

BLM_0078970

- In Oregon, domestic sheep showed highest preference for low sagebrush (*A. arbuscula* spp. *arbuscula*) and medium preference for black sagebrush (*A. nova*). Sheep utilized, but did not prefer, Bolander silver sagebrush (*A. cana* spp. *bolanderi*) and mountain and foothill big sagebrush. They showed least preference for Wyoming and basin big sagebrush (Sheehy and Winward 1981[64]) (BLM 2002).

- Dominant trends emerged along a complex gradient of shrubland disturbance regimes following intensive grazing pressure and drought (West and Young 2000[65]). In northern, eastern, and more mesic regions of the sagebrush biome, fire was not an important disturbance necessary to maintain perennial grasses and forbs. Rather, grazing by buffalo was the primary agent of grazing disturbance. In those regions, introduction of domestic livestock increased the site-specific frequency of grazing (Mack and Thompson 1982[66]). Improper grazing that depleted the grass and forb understory facilitated invasions by exotic plants species because of loss of understory, altered soils, or loss of microbiotic crusts in these systems (Mack and Thompson 1982). In more xeric and southern sagebrush regions, possible increases in shrub cover that resulted from grazing further reduced the low cover of native perennials and created a system largely resistant to recolonization by the native flora but increasingly vulnerable to invasion by exotic plants (Young and Sparks 2002[67]) (Connelly et al. 2004).

- Livestock grazing can affect soils, vegetation, and animal communities (Jones 2000[68]). Livestock consume or alter vegetation, redistribute nutrients and plant seeds, trample soils and sagebrush plants, and can disrupt microbiotic crusts (Miller et al. 1994, West 1996, Belnap and Lange 2001[69]). The extent to which these mechanisms influence habitats depends on the relationship between level of grazing disturbance and the resiliency of the habitat. At unsustainable levels of grazing, these changes can lead to loss of vegetative cover, reduced water infiltration rates, and increased soil erosion (Society for Range Management 1995[70]). Indirect effects of livestock grazing can amplify or facilitate other disturbance. For example, landscapes in southwestern Idaho in which grazing combined with other disturbances experienced the greatest rate of shrub loss and increase in cheatgrass compared to landscapes having a single source of disturbance

---

[64] Sheehy, D. P. and A. H. Winward. 1981. Relative palatability of seven Artemisia taxa to mule deer and sheep. J. Range Manage. 34:397-399.

[65] West, N. E., and J. A. Young. 2000. Intermountain valleys and lower mountain slopes. Pages 255-284 in M. G. Barbour and W. D. Billings (editors). North American terrestrial vegetation. 2nd Edition. Cambridge University Press, Cambridge, UK.

[66] Mack, R. N., and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-773.

[67] Young, J. A., and B. A. Sparks. 2002. Cattle in the cold desert. University of Nevada Press. Reno, Nevada.

[68] Jones, A. 2000. Effects of cattle grazing on North American arid ecosystems: a quantitative review. Western North American Naturalist 60:155-164.

[69] Miller, R. F., T. J. Svejcar, and N. E. West. 1994. Implications of livestock grazing in the Intermountain sagebrush region: plant composition. Pages 101-146 in M. Vavra, W. A. Laycock, and R. D. Pieper (eds). Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, Colorado. West, N. E. 1996. Strategies for maintenance and repair of biotic community diversity on rangelands. Pages 326-346 in R. C. Szaro and D. W. Johnston (eds.). Biodiversity in managed landscapes. Theory and practice. Oxford University Press, New York, New York. Belnap, J., and O. L. Lange (eds). 2001. Biological soil crusts: structure function, and management. Springer-Verlag, New York.

[70] Society for Range Management, Task Group in concepts and terminology. 1995. New concepts for assessment of rangeland condition. Journal of Range Management 48:271-282.

BLM_0078971

(Knick and Rotenberry 1997[71]). In shrublands dominated by cheatgrass, grazing can reduce further the remaining perennial grasses or permit excessive growth of cheatgrass if left ungrazed (Young and Allen 1997[72]) (Connelly et al. 2004).

- In sagebrush grasslands, herbivory of herbaceous plants during the growing season tends to favor sagebrush growth until sagebrush becomes so dense that the competition of sagebrush restricts recovery of herbaceous plants (Reichenberger and Pyke 1990[73]) (Connelly et al. 2004).

- Adjustments to grazing seasons or reductions in numbers of livestock will only show improvements in sage-grouse habitat quality if the vegetation community is a sagebrush grassland mix before grazing changes are implemented. This community retains both the sagebrush and the tall bunchgrass necessary for quality habitat. The release from livestock grazing should allow the full expression of vegetation height for hiding cover and nest protection. Improvements could be expressed in the next growing season, but might take 3 to 5 years for pre-existing plants to fully express themselves and 10 to 15 years for seed production and new plant recruitment to occur assuming the site is not fully occupied by other species. Any other community whether in this vegetation state or in another state will require either additional manipulations to the community to adjust the vegetation composition, or may require additions of life forms through revegetation to improve the habitat (Connelly et al. 2004).

- Heavy, excessive grazing too soon after disturbances such as fire, may lead to permanent reductions in food plants and nesting cover. Current BLM policy provides for a minimum of two growing seasons for rest following fire (BLM 2000).

- Drought can lead to increased competition between livestock and sage grouse for food and cover. Drought will exacerbate the adverse effects of heavy, excessive livestock grazing on vegetation and soils (Valentine 1990[74]). In some instances, the failure to make timely adjustments in livestock use during drought has resulted in limited plant regrowth, overuse in wet meadows and riparian areas, and has negated gains in rangeland conditions made during higher-precipitation years (Thurow and Taylor 1999[75]) (BLM 2000).

- Grazing by livestock has occurred on virtually the entire range of sage grouse (Braun 1998[76]), thus its influence is potentially the most pervasive of any land management practice (Rowland and Wisdom 2002).

- Heavy grazing can lead to an expansion in big sagebrush shrub canopy cover as the shrub acts as an increaser6 due grazing pressure. Managed grazing can be used in a prescriptive way create more patchiness within otherwise continuous sage canopies (Beck and Mitchell 2000) (Adams et al. No date).

- The grazing response of silver sagebrush seems much different from that of big sagebrush. Silver sagebrush does not establish the same height or cover characteristics as big sagebrush and occupies a lesser prominence on Alberta Sage-Grouse ranges. It also

---

[71] Knick, S. T., and J. T. Rotenberry. 1997. Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho (U.S.A.). Landscape Ecology 12:287-297.

[72] Young, J. A., and F. L. Allen. 1997. Cheatgrass and range science: 1930-1950. Journal of Range Management 50:530-535.

[73] Reichenberger, G. and D. A. Pyke. 1990. Impact of early root competition on fitness components of four semiarid species. Oecologia 85:159-166.

[74] Valentine, J. F. 1990. Grazing management. Academic Press, Incorporated. San Diego, CA. 553pp.

[75] Thurow, T. L., and C. A. Taylor. 1999. The role of drought in range management. Journal of Range Management 52:413-419.

[76] Braun, C. E. 1998. Sage-grouse declines in western North America: what are the problems? Proceedings, Western Association of Fish and Wildlife Agencies. 78:139-156.

BLM_0078972

appears that silver sagebrush behaves more like a decreaser species in response to grazing, trampling and drought, although it has a strong potential to resprout and regenerate in favorable periods of moisture and rest. Being lower in stature, silver sagebrush is likely more vulnerable to trampling by livestock, especially vegetative sprouts and juvenile plants. Trampling may be the principal cause of silver sagebrush decline on livestock wintering sites (Adams et al. No date).

- A number of sources (Neel 1980, Klebenow 1982, Evans 1986)[77] suggest that appropriate grazing management can be used to stimulate the productivity of forbs important as Sage-Grouse food.  This will be particularly important on rangelands with a history of light grazing where forb cover has become reduced by graminoid competition, a common feature of dry mixed grass prairie plant communities (Adams et al. No date).

- …grazing considerations will always be important to maintain habitat quality, but, do not appear as important in the next three to five years for the recovery of sage-grouse as are fire, habitat loss, invasive species and the other alternatives... (Wambolt et al. 2002).

- …public land grazing lessees and others contend that current grazing regimes should not be seriously altered until several other things happen. First, other activities that clearly have a negative effect on the grouse should be addressed.  These include fire in the sagebrush ecosystem; landscape fragmentation from energy development, subdivisions and utility corridors; and outright removal of sagebrush for farming and other uses.  Many grazing lessees are adamant that the negative impacts from these other activities are better understood and should be considered before grazing plans are seriously altered.  Second, research on the specific relationships between grazing and grouse needs should be conducted to explicitly understand how to best change grazing patterns to benefit grouse. Changes to grazing would then be based on locally specific research (Wambolt et al. 2002).

- Columbian Sharp-tailed grouse status (Rees 1993)
  - Federal status- C2
  - California status- extirpated
  - Nevada status- sensitive taxa with state status
  - Oregon status- extirpated
  - Utah status-sensitive

- Sage grouse status (Rees 1993)
  - Federal status- C2
  - Oregon status-sensitive

- Under lower levels of use, Holechek et al.[78] (1989) concluded rest-rotation was a good system to consider in rugged terrain (Miller et al. 1994).

- [In eastern Idaho (Mueggler 1950, Laycock 1967[79])] both fall grazing and total protection maintained plant communities in good ecological condition while heavy spring use

---

[77] Neel, L.A. 1980. Sage grouse response to grazing management in Nevada. Thesis, University of Nevada, Reno.  Klebenow, D. A. 1982. Livestock grazing interactions with Sage-Grouse. Pages 113-123 in J.M. Peek and P.D. Dalke, editors. In proceedings of the wildlife-livestock relationships symposium. April 20-22, 1981, Coeur d'Alene Idaho. Proceedings 10, University of Idaho Forestry, Wildlife and Range Experiment Station, Moscow.  Evans, C.C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the Sheldon National Wildlife Refuge. Thesis, University of Nevada, Reno.

[78] Holechek, J.L., R.D. Pieper and C.H. Herbel. 1989. Range management principles and practices. Prentice Hall, Engelwood-Cliffs, N.J.

[79] Mueggler, W.F. 1950. Effects of spring and fall grazing by sheep on vegetation of the Upper Snake River Plains. J. Range Mange. 3:308-315.  Laycock, W.A. 1967. How heavy grazing and protection affect sagebrush-grass ranges. J. Range Manage. 20:206-213.

BLM_0078973

allowed sagebrush to increase and perennial grasses and forbs to decline (Miller et al. 1994).

- In general, where proper grazing management was applied, desirable perennial herbaceous vegetation increased both with and without grazing (Gibbens and Fisser 1975, Sneva et al. 1984, Kindschy 1987[80]). However, on sites where competition from woody plants or exotic annuals limited the reestablishment of desirable plant species, little change or a decline in desirable species occurred both inside and outside the exclosure (Hughes 1980, Anderson and Holte 1981, Sanders and Voth 1983, West et al. 1984[81]) (Miller et al. 1994).

- …sage grouse (*Centrocercus urophasianus*) are affected by broad-scale attempts to reduce sagebrush to favor grass production via herbicides, prescribed fire, mechanical treatments, etc (Severson and Urness 1994).

- The implication here is that if past sagebrush control operations have negatively affected sage grouse or pronghorn populations, sagebrush could be reestablished by judicious use of spring grazing by livestock (Severson and Urness 1994).

- Hanley and Page[82] (1982) reported a situation where livestock grazing decreased plant structural diversity on xeric sites and increased it on more mesic sites (Severson and Urness 1994).

- West et al.[83] (1984) found no significant vegetative changes in a big sagebrush type in Utah after 14 years of livestock exclusion (Laycock 1994).

- Tisdale et al.[84] (1969) stated that vigorous stands of sagebrush in Idaho may indefinitely delay the recovery of the herbaceous understory even after 20-25 years of protection from grazing (Laycock 1994).

- Sanders and Voth (1983) found no improvement over a 45-year period in three exclosures dominated by big sagebrush in southwestern Idaho (Laycock 1994).

- In southeastern Idaho, Anderson and Holte[85] (1981) found that both big sagebrush and grasses increased substantially when protected from grazing for 25 years (Laycock 1994).

- In northern New Mexico, exclusion of cattle grazing for 22 years had little effect on sagebrush or understory species in either an upland or a lowland site (Holechek and Stephenson 1983[86]) (Laycock 1994).

---

[80] Gibbens, R.P. and H.G. Fisser. 1975. Influence of grazing management systems on vegetation in the Red Desert region of Wyoming. Agric. Exp. Sta. Univ. Wyoming. Sci. Monogr. 29. Sneva, F.A., R.L. Rittenhouse, P.T. Tueller, and P. Reece. 1984. Changes in protected and grazed sagebrush-grass in eastern Oregon, 1937 to 1974. Agric. Exp. Sta. Oregon State Univ. Sta. Bull. 663. Kindschy, R.R. 1987. Sagehen exclosure: A history of bitterbrush reproduction. Rangelands 9:113-114.

[81] Hughes, L.E. 1980. Six grazing exclosures with a message. Rangelands 2:17-18. Anderson, J.E. and K.E. Holte. 1981. Vegetation development over 25 years without grazing on sagebrush-dominated rangeland in southeastern Idaho. J. Range Manage. 34:25-29. Sanders, K.D. and A.A. Voth. 1983. Ecological changes of grazed and ungrazed plant communities, p. 176-179. *In*: Managing intermountain rangelands-improvement of range and wildlife habitats. USDA, For. Serv. Gen. Tech. Rep. INT-157. West, N.E., F.D. Provenza, P.S. Johnson, and K.M. Owens. 1984. Vegetation change after 13 years of livestock grazing exclusion on sagebrush semi-arid-desert in West Central Utah. J. Range Manage. 37:262-264.

[82] Hanley, T.A. and J.L. Page. 1982. Differential effects of livestock use on habitat structure and rodent populations in Great Basin communities. Calif. Fish and Game 68:160-174.

[83] West, N.E., F.D. Provenza, P.S. Johnson, and M.K. Owens. 1984. Vegetation change after 13 years of livestock grazing exclusion on sagebrush semidesert in central Utah. J. Range Manage. 37:262-264.

[84] Tisdale, E.W., M. Hironaka, and M.A. Fosberg. 1969. The sagebrush region in Idaho. Univ. Idaho Agr. Exp. Sta. Bull. 512.

[85] Anderson, J.E. and K.E. Holte. 1981. Vegetation development over 25 years without grazing on sagebrush dominated rangeland in southeastern Idaho. J. Range Manage. 34:25-29.

BLM_0078974

- Potter and Krenetsky[87] (1967) found that ground cover of grass, forbs, and browse decreased in both protected and grazed sagebrush plots in New Mexico, and stated that grazing management alone had "poor possibilities" for improvement of dense sagebrush stands (Laycock 1994).
- Turner[88] (1971) found that exclusion of livestock for 10 years had little effect on shrub communities dominated by big sagebrush, shadscale and Nuttall saltbush in western Colorado (Laycock 1994).
- Whisenant and Wagstaff [89](1991) concluded that season of grazing had more effect on vegetation composition than intensity of grazing and that spring grazing was particularly damaging (Laycock 1994).
- As summer progresses and forage drys, [sage grouse] are moved to high elevation meadows, irrigated meadows in lowlands, or onto playas from which water is receding and succulent forage is emerging (Marshall et al. 1996).
- Winter habitat is comprised of dense sagebrush stands that are sufficiently free of snow to provide food, which at that season consists of sagebrush (Marshall et al. 1996).
- Heavy grazing in the short term, implying overgrazing if continued over time, may have the following apparent advantages:
  - Result in more uniform grazing pressure on all species, especially the less palatable species.
  - Increase efficiency of forage consumption (but decrease forage availability and intake at very high stocking levels).
  - May effectively delay seedstalk formation and induce vegetative regrowth during active plant growth period (but only under ideal conditions of temperature, soil moisture, and soil fertility) (Vallentine 1990).
- Bluebunch wheatgrass (*Agropyron spicatum*), an important forage plant on many western ranges, has received considerable attention. Hanson and Stoddart[90] (1940) observed that heavily grazed plants of bluebunch wheatgrass were smaller, produced fewer seeds, and had a markedly reduced root system (Blaisdell et al. 1982).
- Ellison[91] (1960) concluded that the usual effect of grazing certain species in a community is to handicap them while encouraging others (Blaisdell et al. 1982).
- Some studies suggest that forage plants respond as well under light grazing as no grazing. However, other studies show injurious effects even at light intensities (Johnson 1956[92]) (Blaisdell et al. 1982).
- Cattle tend to graze the grasses most heavily, whereas sheep exhibit a preference for forbs (Blaisdell et al. 1982).
- Rotation of use between cattle and sheep can prove beneficial, especially to fair and good condition sagebrush-grass ranges (Blaisdell et al. 1982).

---

[86] Holechek, J.L. and T. Stephenson. 1983. Comparison of big sagebrush vegetation in north-central New Mexico under moderately grazed and grazing excluded conditions. J. Range Manage. 36:455-456.

[87] Potter, L.D. and J.C. Krenetsky. 1967. Plant succession with released grazing on New Mexico range lands. J. Range Manage. 20:145-151.

[88] Turner, G.T. 1971. Soil and grazing influences on a salt-desert shrub range in western Colorado. J. Range Manage. 24:31-37.

[89] Whisenant, S.G. and F.J. Wagstaff. 1991. Successional trajectories of a grazed salt desert shrubland. Vegetation 94:133-140.

[90] Hanson, W.R.; Stoddart, L.A. Effects of grazing upon bunch wheatgrass. J. Am. Soc. Agron. 32:278-289; 1940

[91] Ellison, L. 1960. Influence of grazing on plant succession of rangelands. Bot. Rev. 26:1-78.

[92] Johnson, W.M. 1956. The effect of grazing intensity on plant composition, vigor, and growth of pine-bunchgrass ranges in central Colorado. Ecology. 37:790-798.

BLM_0078975

- Since most of the herbaceous species are more palatable than sagebrush, the former were reduced while the shrubs flourished (Tisdale and Hironaka 1981[93]) (Hays et al. 1998).
- Alternatively, changes in water and nutrient cycling caused by grazing can promote the spread of invasive species, which then degrade native bird habitats by altering fire and disturbance regimes (Rotenberry 1998[94]) (Knick et al. 2003).
- Grazing exclosure data [from Deseret Land and Livestock Ranch] suggest: a. grass production depends on prior-year precipitation, and b. excluding livestock increases shrub production, reduces forbs and fails to increase plant species diversity (Deseret Land and Livestock Ranch No date).
- The removal of cover by cattle can impact sage grouse populations either by reducing habitat suitability, or by increasing the exposure of birds to predators and extreme weather (Aldridge 1998).
- …even under complete protection from grazing change is slow and the existing grazing pressure did not have a marked effect on grass cover (Gibbens and Fisser 1975).
- Fortunately, some changes resulting from livestock grazing, agricultural practices, and other land uses may have benefited sage grouse. The creation of openings in large sagebrush stands, from whatever causes, produced feeding and brooding areas and may have benefited sage grouse especially where water is close by. The creation of meadows (or meadowlike areas) within sagebrush stands improved the summer food supply of sage grouse. Where land use practices removed large, decadent sagebrush stands and permitted development of new, young plants, sage grouse habitat may have been improved. But the overall habitat is generally better where patches or strips of tall, dense sagebrush are retained for use as an escape cover or for roosting (Call and Maser 1985).
- In general, good habitat for sage grouse should contain openings less than 274 m (300 yd) in circumference, some dense sagebrush stands, and about equal amounts of tall and short sagebrush plants (Rogers 1964[95]) (Call and Maser 1985).
- …association with dense stands of sagebrush usually begins in September and continues through the breeding and nesting seasons. In fact, 15 percent canopy cover of sagebrush appears to be the minimum acceptable for sage grouse winter and nesting habitat (Wallestad 1971, 1975; Wallestad and Schladweiler 1974[96]) (Call and Maser 1985).
- Although openings in sagebrush habitat may be created by killing the shrubs, increased grass density may prevent the openings from being used (Carr 1968[97]) (Call and Maser 1985).
- Spring and early summer grazing by livestock removes a high percentage of grass and forbs at the time when sage grouse are turning to forbs as their primary forage (Call and Maser 1985).
- During times of drought, cattle are attracted to moist areas. Failure to reduce stocking rates during these periods may result in greater impact in the form of reduced vegetative cover (Aldridge, 1998[98]) (vanKooten et al. 2004).

---

[94] Rotenberry, J. T. 1998. Avian conservation research needs in western shrublands: exotic invaders and the alteration of ecosystem processes, p. 262–272. In J. M. Marzluff and R. Sallabanks [EDS.], Avian conservation: research and management. Island Press, Washington, DC.

[95] Rogers, G.E. 1964. Sage grouse investigations in Colorado. Tech. Publ. 16, 132 p. Colo. Game, Fish and Parks Dep., Denver.

[96] Wallestad, R.O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. J. Wildl. Manage. 35:129-136. Wallestad, R.O. and P. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse. J. Wildl. Manage. 38:634-637.

[97] Carr, H.D. 1968. A literature review on effects of herbicides on sage grouse. Colo. Div. Game, Fish and Parks Comm. Spec. Rep. 13, 16 p. Denver.

BLM_0078976

- The Nevada Plots exclosure system was constructed in 1937 following passage of the Taylor Grazing Act to assess long-term effects of livestock grazing on Nevada rangelands. A comparison of vegetation characteristics inside and outside exclosures was conducted during 2001 and 2002 at 16 sites. Data analysis was performed with a paired t test. Out of 238 cover and density comparisons between inside and outside exclosures at each site, 34 (14% of total) were different ($P < 0.05$). Generally, where differences occurred, basal and canopy cover were greater inside exclosures and density was greater outside. Shrubs were taller inside exclosures at 3 sites grazed by sheep (*Ovis aries*). Perennial grasses showed no vertical height difference. Aboveground plant biomass production was different at only 1 site. Plant community diversity inside and outside exclosures were equal at 11 of 16 sites. Species richness was similar at all sites and never varied > 4 species at any site. Few changes in species composition, cover, density, and production inside and outside exclosures have occurred in 65 years, indicating that recovery rates since pre-Taylor Grazing Act conditions were similar under moderate grazing and grazing exclusion on these exclosure sites (Courtois et al. 2004).
- Despite the pervasive influence of livestock grazing in sage grouse range, there have been no experimental studies of the impact on sage-grouse populations (Stinson et al. 2004).
- [Welch and Criddle 2003[99]] concluded that grazing may or may not increase big sagebrush cover (Stinson et al. 2004).
- Beck and Mitchell (2000) reviewed the effects of grazing on sage-grouse habitat. They found that little was known about the direct impacts on sage grouse, but more was known about indirect effects. Direct negative effects included deterioration of wet meadow hydrology and destruction of sagebrush in wintering habitat by sheep. Positive effects included an increase in growth or availability of forbs in dense grassy meadows. Several studies indicate that sage-grouse select meadows grazed by cattle over ungrazed meadows in early spring (Miller and Eddleman 2000[100]) (Stinson et al. 2004).
- Livestock grazing is compatible with sage-grouse where the habitat characteristics needed for breeding and wintering can be consistently maintained (Connelly et al. 2000b; Wambolt et al. 2002, Rowland and Wisdom 2002, and Crawford et al. 2004). Whether this is possible on any particular site probably depends on many factors including the grazing history of the site, site condition, precipitation zone, livestock involved, the season, intensity, frequency and duration of grazing (Stinson et al. 2004).
- Over time, sheep grazing can shift ranges toward grass dominance, whereas cattle grazing can cause rangeland to be composed of more forbs (Beck and Mitchell 2000).
- There seems to be evidence to conclude that rest-rotation grazing has benefited sage grouse habitat in the Lone Willow area. Food forb production is higher on the …sites under rest-rotation…than on similar sites not under rest-rotation…(Neel 1980).
- Use [of meadows] seemed to be linked to availability of food forbs rather than structural parameters. Sage grouse seemed to show preference for grazed meadows where meadow conditions were otherwise equal (Neel 1980).
- Grazing sheep and cattle together (i.e. common use or multispecies grazing) may increase livestock production on sagebrush-grass rangeland (Glidewell et al. 2001).

---

[98] Aldridge, C.A., 1998. Status of the sage grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Wildl. Status Rept. No. 13, Alberta Environmental Protection, Edmonton, Alberta. 23 pp.
[99] Welch, B.L., and C. Criddle. 2003. Countering Misinformation Concerning Big Sagebrush. Research Paper RMRS-RP-40. USDA Forest Service Rocky Mountain Research Station, Ogden, Utah. 28 pp.
[100] Miller, R. F., and L. L. Eddleman. 2000. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Technical Bulletin 151. Agricultural Experiment Station, Oregon State University, Corvallis. 35 pp.

BLM_0078977

- …the long-term vegetational differences described by Mueggler (1950) and Laycock (1967) on the long-term fall and spring sheep-grazed study area, continue to persist (Bork et al. 1998).
- …this study area appears to have relatively low resilience following prolonged spring sheep grazing, potentially an indication that spring grazing results in a change in competitiveness among growth forms and eventually, the establishment of a new steady state (Friedel 1991, Laycock 1991[101]) (Bork et al. 1998).
- Positive influences of controlled grazing by domestic animals on rangelands include the following:
  - Loosening of the soil surface during dry periods.
  - Removal of excessive vegetation that may negatively affect net carbohydrate fixation and increase water transpiration losses.
  - Incorporating mulch into the soil profile, which speeds development of humus.
  - Recycling nutrients and making some nutrients more available.
  - Maintaining an optimal leaf area index of plant tissue.
  - Trampling seeds into the ground.
  - Reducing excessive accumulations of standing dead vegetation and mulch that may chemically and physically inhibit new growth.
  - Inoculating plant parts with saliva that may stimulate plant regrowth (Reardon et al. 1974[102]).
  - Reducing fire, insect, and rodent problems resulting from accumulations of vegetation (Ellis et al. 1987).
- According to Donald Klebenow, a wildlife professor at the University of Nevada, sage grouse seem to do best with moderate mid-summer cattle grazing that leaves unused vegetation in an irregular pattern with clumps of partially grazed plants just big enough to somewhat conceal adult birds (Swanson et al. 1987).
- The best explanation [of heavy, moderate, and light grazing] we've found was provided by Klipple and Bement[103] (1961). They define heavy grazing as a degree of herbage utilization that does not permit desirable forage species to maintain themselves. Moderate grazing means a degree of herbage utilization that allows the palatable species to maintain themselves but usually does not permit them to improve in herbage producing ability. Light grazing means a degree of herbage production that allows palatable species to maximize their herbage producing ability (Holechek  et al. 1999).
- In the semi-arid and desert range types, rotation grazing systems generally showed no advantage over continuous or season-long grazing (Holechek  et al. 1999).
- In mountainous areas rotation grazing systems give convenient areas (riparian zones) opportunity for recovery, and can be advantageous over season-long grazing (Holechek et al. 1999).
- In most studies, continuous or season-long grazing has given higher calf crops and animal weight gains than rotation grazing when stocking rates were the same (Holechek  et al. 1999).
- Eleven of 16 analyses [of the effects of cattle grazing in arid systems of 16 response variables ranging from soil bulk density to total vegetative cover to rodent species

---

[101] Friedel, M.H. 1991. Range condition assessment and the concept of thresholds: A viewpoint. J. Range Manage. 44:422-426. Laycock, W.A. 1991. Stable states and thresholds of range condition on North American rangelands: A viewpoint. J. Range Manage. 3:308-315.

[102] Reardon, P.O.; Leinweber, C.L.; and L.B. Merrill. 1974. Response of sideoats grama to animal saliva and thiamine. J. Range Manage. 27:400-401.

[103] Kipple, G.E. and R.E. Bement. 1961. Light grazing-Is it economically feasible as a range improvement practice? J. Range Manage. 14:57-62.

BLM_0078978

diversity] (69%) revealed significant detrimental effects of cattle grazing, suggesting that cattle can have a negative impact on North American xeric ecosystems (Jones 2000).

- o Livestock grazing had significant effects on vascular plants for 4 of 8 vegetation response variables analyzed. Cover of grasses and shrubs, as well as total vegetation biomass, was reduced significantly by grazing (Jones 2000).
- Successful [riparian grazing] systems had lower average stocking rates (4.9 hectares/AUM) than unsuccessful systems (3.8 hectares/AUM) though the difference was not statistically significant. This 22% difference in stocking rate would not be expected to appreciably influence riparian vegetation response to a grazing system (Myers 1989).
- The success or failure of livestock grazing systems in providing for stream riparian site recovery is related to riparian plant phenology, floodplain function, and livestock use behavior in riparian areas (Myers 1989).
- Providing for herbaceous [riparian] regrowth may also extend the growing season rest needed to sustain plant vigor (Myers 1989).
- Grazing systems must accommodate [restoration of major stream banks] by providing residual cover for sediment filtering and good vegetative vigor for stability. Residual cover is a function of both utilization level and for herbaceous species, post-grazing regrowth. Removing livestock by early August to accommodate at least 30 d of regrowth probably meets floodplain function needs on the study area, though more data are needed (Myers 1989).
- On the study area, successful grazing systems were found to provide for more ($p=0.05$) post-grazing herbaceous regrowth (34.9 d), compared to only 20.8 d in unsuccessful systems. Also, through a combination of both regrowth and rest treatments, successful systems provided post-growing season residual riparian cover 75% of the years, as compared to only 38% of the years in unsuccessful systems (Myers 1989).
- On the study area, successful grazing systems were found to have significantly ($p=0.01$) less grazing during the "hot season" [July through early September] (12.5 d) than unsuccessful systems with 33.4 d. Likewise, the duration of all livestock treatments was significantly ($p=0.001$) shorter in successful systems (28.2 d) compared to 59.3 d in unsuccessful systems. Given the reluctance of cattle to disperse from riparian areas, the duration of grazing treatments becomes a key factor in determining the severity of impacts such as trampling and mechanical damage, soil compaction, and utilization. In a rest-rotation system Platts[104] (1981) noted significant riparian habitat alterations at 65% utilization levels, but no detectable impacts at 25% utilization (Myers 1989).
- A combination of longer duration and more frequent fall grazing deteriorated woody species vigor and regeneration, contributing to diminished floodplain function and reduced riparian dependent values (Myers 1989).
- Plots having higher species richness tended to maintain higher levels of cover and to vary less in cover relative to their mean level, indicating links between species richness and function. Abundance of nonnative species was negatively correlated with cover, but not with richness of native species. Thus, adequate cover of native species can render these semiarid communities more resistant to invasion (Anderson and Inouye 2001).
- Density of Pacific willow seedlings did not vary among treatments or years. Increase in sandbar willow seedling density over time was similar for the spring grazing, fall grazing, and protected treatments, but declined over time in control pastures. Within species,

---

[104] Platts, W. 1981. Sheep and cattle grazing strategies on riparian-stream environments. Pages 251-270 *in* Wildlife-Livestock Relationships Symposium Proceeding 10. University of Idaho, Forest, Wildlife and Range Experiment Station, Moscow.

BLM_0078979

seedling growth was similar in spring, fall, and protected pastures, exceeding that of controls (Shaw 1991).

- Rest alone resulted in a 29% reduction in sagebrush canopy during the study period [1963-1981] (Wambolt and Payne 1986).
- From this study at present it is difficult to see any direct competition with livestock and this bird on areas of highly productive summer ranges as concerns their feeding habitats. It is, however, logical to suppose that in areas where the entire understory of weeds and grasses have been destroyed that conditions would not be favorable for the young birds to obtain the varied plant diet they use during their first summer (Rasmussen and Griner 1938).
- Some competition is believed to exist [on sagebrush winter ranges] that is of extreme importance to the welfare of the grouse. The use of the open ridge tops as bed grounds for sheep and the resultant destruction of sagebrush vegetation from these ridges, which provides the regular winter feeding areas during periods of deep snows, are certainly of importance in the lives of the sage grouse (Rasmussen and Griner 1938).

BLM_0078980

# Grazing Effects on Greater Sage-Grouse Cover and Food Availability

## *Leks*

- Eighty percent of the locations [of feeding and loafing sites of strutting cocks] occurred in sagebrush with a canopy coverage of 20-50 percent[105] (Wallestad 1975).
- Sharptails did not alter their distribution or habitat use when a major segment of their home range was subjected to intensive grazing following a rest period (Eng and Mackie 1982).
- [Stockponds] tend to concentrate cattle such that shrubby cover critical to wintering sharptails is destroyed (Nielsen and Yde 1981)[106]. This concentration effect and the intensity of grazing pressures on certain pastures under rest-rotation systems led Mattise [107](1978) to conclude that year-long grazing with less complete herbage removal over large areas may be better than rest-rotation for sharptails (Eng and Mackie 1982).
- Sage grouse use of grazed meadows was significantly greater than use of ungrazed meadows in late July and throughout August (Evans 1986).
- Forb regrowth, stimulated by grazing prior to the cessation of plant growth, was available to sage grouse on grazed meadows throughout most of the summer, while forbs on ungrazed meadows became mature and unpalatable by late July (Evans 1986).
- Eighty percent of the [daytime feeding and loafing sites of cocks] occurred in sagebrush with a canopy coverage of 20-50% (Wallestad and Schladweiler 1974[108]) (BLM 1979).
- The strutting ground is an area supporting low, sparse sagebrush or else an area denuded of vegetation (BLM 1979).
- Grassy swales, natural and irrigated meadows where grass has been removed, burned areas, cultivated fields adjacent to sagebrush-grass rangelands, cleared roadsides, abandoned homesteads, dry lake beds, etc., serve [as strutting grounds] with seemingly little attention paid to other land uses (Bean 1941, Carhart 1941, Patterson 1952, Dalke et al. 1963[109]) (BLM 1979).
- Strutting grounds are often located near water (BLM 1979).
- Sage grouse in most states have begun courtship behavior on strutting grounds by mid-March (BLM 1979).
- Males begin returning to strutting grounds in late winter, and begin displaying and establishing territories on leks as soon as snow begins to disappear (Aldridge 1998).

---

[105] Wallestad, R. and P. Schadweiler. 1974. Breeding season movements and habitat use of male sage grouse in central Montana. J. Wildl. Manage. 38(4):634-637.

[106] Nielsen, L.S. and C.A. Yde. 1981. The effects of rest-rotation grazing on the distribution of sharp-tailed grouse. Proc. Wildlife-livestock grazing relationships symposium. Univ. of Idaho Forest, Wildlife & Range Exp. Sta., Moscow: 147-165.

[107] Mattise, S. 1978. Sharptail habitat studies. North Dakota Outdoors, Vol. XXXX, No. 7, p. 4.

[108] Wallestad, R.O. and P. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse, J. Wildl. Manage. 38:634-637.

[109] Bean, R. 1941. Live history studies of the sage grouse (*Centrocercus urophasianus*) in Clark County, Idaho. M.S. Thesis. Utah State Univ., Logan. 44 pp. Carhart, A.H. 1941. Sage grouse survey in Colorado. Colorado Game and Fish Comm.; Fed. Aid Proj. 4-R, Survey of 1941. 3. 31 pp. Dalke, P.D.; Pyrah, D.B.; Stanton, D.C.; Crawford, J.E.; and F. Schlatterer. 1963. Ecology, productivity, and management of sage grouse in Idaho. J. Wildl. Manage. 27: 810-841.

BLM_0078981

- During years of low population size, smaller dancing grounds tend to be abandoned (Dalke et al. 1963[110]) (Aldridge 1998).
- Displaying male sage-grouse require relatively open areas during the breeding season (Scott 1942; Patterson 1952; Dalke et al. 1963; Klebenow 1973, 1985; Autenrieth 1981; Schroeder et al. 1999[111]). Such sites are typically adjacent to sagebrush with adequate cover for nesting hens as well as protection from avian predators, and support low, sparse vegetation, if any at all (Scott 1942, Petersen 1980[112], Autenrieth 1981, Klebenow 1985). Flat or gently sloping terrain is a common characteristic of leks (Rogers 1964[113]), as is their location in valley bottoms or draws (Patterson 1952, Rogers 1964). There is no evidence that suitable habitat for leks is limiting for sage-grouse (Schroeder et al. 1999) (Rowland 2004).
- Of 10 leks surveyed in Mono County, California, six were in meadows, although meadows composed only 9% of the available sagebrush/meadow habitat (Gibson 1996[114]) (Rowland 2004).
- Habitat type did not appear to be the primary factor in lek location, however; instead, female dispersal traffic (patterns of travel between wintering and nesting areas) appeared to most strongly influence lek location (Bradbury et al. 1989a[115], Gibson 1996). In addition to open areas for display by males and traffic by hens, protection from raptors is a factor in lek location (Bradbury et al. 1989b[116]) (Rowland 2004).
- Forty-one leks in Nevada and Utah were preferentially located in black sagebrush habitats (based on use versus availability) (Nisbet et al. 1983[117]). Environmental variables beyond vegetation type that were included in a lek preference model were slope (<10%), precipitation (>25 cm), distance to nearest water source (<2,000 m), and predicted encroachment by pinyon (*Pinus* spp.)/juniper (Juniperus spp.) woodlands (Nisbet et al. 1983). In North Park, Colorado, mating areas (arenas) within leks had an average canopy cover of only 7.3% and a mean vegetation height of 5.3 cm; sagebrush species present

[110] Dalke, P.D.; Pyrah, D.B.; Stanton, D.C.; Crawford, J.E.; and E.F. Schlatterer. 1963. Ecology, productivity and management of Sage Grouse in Idaho. J. Wildl. Manage. 27:810-841.

[111] Scott, J. W. 1942. Mating behavior of the Sage Grouse. Auk 59:477-498. Patterson, R. L. 1952. The Sage Grouse in Wyoming. Wyoming Game and Fish Commission and Sage Books, Inc., Denver, Colorado. 308 pages. Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of Sage Grouse in Idaho. Journal of Wildlife Management 27:811-841. Klebenow, D. A. 1973. The habitat requirements of Sage Grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305-315. Klebenow, D. A. 1985. Habitat management for Sage Grouse in Nevada. World Pheasant Association Journal 10:34-46. Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Wildlife Bulletin Number 9. Wildlife Research Section, Idaho Department of Fish and Game, Boise, Idaho. 130 pages + appendices. Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage Grouse (*Centrocercus urophasianus*). No. 425 in A. Poole and F. Gill, editors. The birds of North America, The Academy of Natural Sciences, Philadelphia, Pennsylvania; The American Ornithologists' Union, Washington, D.C. 28 pages.

[112] Petersen, B. E. 1980. Breeding and nesting ecology of female Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 86 pages.

[113] Rogers, G. E. 1964. Sage Grouse investigations in Colorado. Technical Publication 16. Colorado Game, Fish and Parks Department, Denver, Colorado. 132 pages.

[114] Gibson, R. M. 1996. A re-evaluation of hotspot settlement in lekking Sage Grouse. Animal Behaviour 52:993-1005.

[115] Bradbury, J. W., R. M. Gibson, C. E. McCarthy, and S. L. Vehrencamp. 1989a. Dispersion of displaying male Sage Grouse. II. The role of female dispersion. Behavioral Ecology and Sociobiology 24:15-24.

[116] Bradbury, J. W., S. L. Vehrencamp, and R. M. Gibson. 1989b. Dispersion of displaying male Sage Grouse. I. Patterns of temporal variation. Behavioral Ecology and Sociobiology 24:1-14.

[117] Nisbet, R. A., S. H. Berwick, and K. L. Reed. 1983. A spatial model of Sage Grouse habitat quality. Developments in Environmental Modeling 5:267-276.

BLM_0078982

included big sagebrush, alkali sagebrush (*A. arbuscula longiloba*), and black sagebrush (Petersen 1980). Rogers (1964) reviewed characteristics of 120 leks throughout Colorado during 1953-1961 and found that, on average, half were in sagebrush; 54% were on gentle slopes; 55% were in bottoms; only 5% were within 200 m of a building; and that although 42% were >1.6 km from an improved road, 26% were within 100 m of a county or state highway. During daytime, male sage-grouse in northeastern Utah used areas near leks that had comparatively greater canopy cover (mean = 31%) and taller shrubs (mean = 53 cm) than did nearby non-use areas (Ellis et al. 1989[118]). Minimum core day-use areas of males were 0.25 km2 in size, and the birds often walked to such sites for feeding and loafing (Ellis et al. 1989) (Rowland 2004).

- Sage-grouse establish leks not only in native habitats but also in altered or recently disturbed environments (Schroeder et al. 1999). Leks have been found on airstrips, firing ranges, gravel pits, sheep bedding grounds, cultivated fields, recently burned sagebrush, plowed fields, cleared roadsides or roadbeds, and actively occupied ant mounds (Batterson and Morse 1948, Patterson 1952, Dalke et al. 1963, Rogers 1964, Klebenow 1973, Giezentanner and Clark 1974, Autenrieth 1981, Connelly et al. 1981, Gates 1985, Hofmann 1991[119]). This flexibility suggests that man-made leks are a potential management tool when traditional leks are destroyed, such as by wildfire or human activities (Connelly et al. 1981) (Rowland 2004).

- Leks vary in size; Klebenow (1973) reported a typical range from 0.04 to 4.0 ha. Scott (1942) reported a range of 0.4 to 16 ha, based on his work on the Laramie Plains in Wyoming; one lek, however, was about 20 ha in size and supported 400 strutting males. Hofmann (1991) reported a mean size of 36 ha for the four largest leks in a study in central Washington (Rowland 2004).

- Leks often occur in complexes, with satellite leks on the periphery that may not be used in all years, depending on population size or weather (Dalke et al. 1963, Rogers 1964, Wiley 1978[120]). In a study of 31 leks in Idaho, mean interlek distance (i.e., distance between nearest neighbor leks) was about 1.6 km (Wakkinen et al. 1992[121]). Of 13 leks examined in the Upper Snake River Plains in Idaho, 10 were in threetip sagebrush (Klebenow 1969). For two of these leks, interlek distance was 0.8 km, and for eight others, 2.4 km. In Wyoming, lek density of 29 leks within a water-reclamation project area averaged 6.8 leks per 100 km2, compared with 8.4 leks per 100 km2 for 18 leks in nearby, undeveloped sagebrush habitats (Patterson 1950). Similar lek densities were reported in Oregon; there were 4.3 leks per 100 km2 at Hart Mountain National Antelope Refuge and 4.7 leks per 100 km2 at Jackass Creek (Willis et al. 1993[122]) (Rowland 2004).

---

[118] Ellis, K. L., J. R. Parrish, J. R. Murphy, and G. H. Richins. 1989. Habitat use by breeding male Sage Grouse: a management approach. Great Basin Naturalist 49:404-407.

[119] Batterson, W. M., and W. B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Commission, Portland, Oregon. 29 pages.  Giezantanner, K. I., and W. H. Clark. 1974. The use of western harvester ant mounds as strutting locations by Sage Grouse. Condor 76:218-219.  Connelly, J. W., W. J. Arthur, and O. D. Markham. 1981. Sage Grouse leks on recently disturbed sites. Journal of Range Management 34:153-154.  Gates, R. J. 1985. Observations of the formation of a Sage Grouse lek. Wilson Bulletin 97:219-221.  Hofmann, L. A. 1991. The western Sage Grouse (*Centrocercus urophasianus phaios*) on the Yakima Training Center in central Washington: a case study of a declining species and the military. M.S. thesis. Central Washington University, Ellensburg, Washington.

[120] Wiley, R. H., Jr. 1978. The lek mating system of the Sage Grouse. Scientific American 238:114-125.

[121] Wakkinen, W. L., K. P. Reese, and J. W. Connelly. 1992. Sage Grouse nest locations in relation to leks. Journal of Wildlife Management 56:381-383.

[122] Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993. Sage Grouse in Oregon. Wildlife Research Report 15. Oregon Department of Fish and Wildlife, Portland, Oregon. 70 pages.

BLM_0078983

- On the basis of similar dispersal distances and distribution patterns, we believe that breeding male sage grouse in other areas most likely continue to select the same day-use areas year after year. Such areas, once identified, should be protected to the greatest extent possible. Alteration of these areas may cause abandonment of a lek (Ellis et al. 1987).

### Nesting

- From data collected in 1968, if was found that females began nesting in late May (Poley 1969).
- Observations indicated that sage grouse hens acted as individuals as opposed to following general patterns (Poley 1969).
- Relatively dense (20-40 percent coverage) sagebrush stands are used for nesting (Greer 1990).
- Removing less than 50% of the herbaceous vegetation production appear to have similar affects on sage grouse nesting and early chick survival (Heath et al. 1998).
- Taller grass was found at nest sites than at random sites and successful nesting sites had taller grass than unsuccessful sites (Hanf et al. 1994).
- Medium and tall shrubs were also recurrent components of successful nest sites (Hanf et al. 1994).
- Grazing that occurs just prior to nesting (winter and early spring) has the most immediate effect on residual cover; adequate herbaceous cover should be left for concealment of nests (Hanf et al. 1994).
- On better ranges, litter and grass-forb understory was thought to contribute to successful nesting by helping to camouflage nests (Willis et al. 1993).
- Wallestad and Pyrah[123] (1974) found sagebrush cover was the most important factor to nesting sage grouse in Montana and that successful nests were located in stands of sagebrush with a higher canopy coverage than those of unsuccessful nests (Willis et al. 1993).
- …mean nest initiation and renesting rates increased concordantly with spring forbs, which increased 2- to 3-fold in several key cover types between periods (Coggins 1998).
- …mean nesting success increased concomitantly with increases in tall grass cover during spring (Coggins 1998).
- Nesting areas are found on gradually sloping sagebrush-covered hills from one to five miles from the strutting grounds and from 100 to 400 feet higher in elevation. Most nests are built at the foot of a sagebrush and under an over-hanging limb…(Batterson and Morse 1948).
- When heavy use occurs within the traditional sage grouse nesting and/or brood rearing habitats the result appears to be negative both in terms of harassment and competition for forbs. It is not valid to assume sage grouse can move elsewhere during heavy livestock use (Autenrieth 1981).
- Greater amounts of residual tall grass cover and medium height shrub cover at nests likely provided increased nest concealment from predators and resulted in greater nest success than at sites with less tall grasses and medium shrubs (Crawford et al. 1992).
- Sage grouse apparently require stands of medium height (40-80 cm) sagebrush with an understory of tall (>18 cm) residual bunchgrasses for successful nesting (Crawford et al. 1992).

---

[123] Wallestad, R.O. and D. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. J. Wildl. Manage. 38:630-633.

BLM_0078984

- Heterogeneity of habitat appears to be important in maintaining nesting areas, and height of grass may be important in nest site selection and nest success. (xeric) [26]
- …sage grouse use different portions of the available habitat for nesting in different geographic areas (Wakkinen 1990).
- Several studies (Gray 1967, Klebenow 1969, Wallestad and Pyrah 1974, Peterson 1980[124]) have indicated that sage grouse nest in stands with the maximum big sagebrush height and canopy cover available for nesting. Autenreith[125] (1981) found that hens in Idaho select less than maximum available canopy cover (Wakkinen 1990).
- Grass cover and/or height may contribute to suitable nesting habitat and, possibly, success (Klebenow 1969, 1972, Autenreith 1981, Call and Maser 1985[126]) (Wakkinen 1990).
- …data suggests that grass height may be a factor in both nest site selection and nest fate (Wakkinen 1990).
- Excessive livestock grazing has negatively impacted sage grouse habitat by creating seral conditions that favor annual grass dominance and by reducing perennial grasses used as nesting and escape cover (Beck and Mitchell 2000[127]). However, the specific relationship between grazing pressure and sage grouse nest success has not been empirically evaluated (Crawford et al. 2004).
- Heavy use of riparian meadows by livestock reduces the availability of succulent plant species and may induce avoidance of these habitats by sage grouse (Neel 1980, Klebenow 1982, 1985[128]) (Crawford et al. 2004).
- Nest destruction by livestock trampling is rare, however, the presence of livestock can cause sage grouse to abandon their nests (Rasmussen and Griner 1938, Patterson 1952, Call 1979[129]) (Crawford et al. 2004).

---

[124] Gray, G.M. 1967. An ecological study of sage grouse broods with reference to nesting, movements, food habits, and sagebrush strip spraying in the Medicine Lodge drainage, Clark County, Idaho. M.S. thesis. Univ. Idaho, Moscow. 200 pp. Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33:649-662. Wallestad. R.O. and D.B. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. J. Wildl. Manage. 38:630-633. Peterson, B.E. 1980. Breeding and nesting ecology of female sage grouse in North Park, Colorado. M.S. thesis, Colorado State Univ., Fort Collins. 86 pp.
[125] Autenreith, R.E. 1981. Sage grouse management in Idaho. Wildlife Bull. No. 9. Idaho Dept. Fish and Game. Boise, ID. 238 pp.
[126] Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33:649-662. Klebenow, D.A. 1972. The habitat requirements of sage grouse and the role of fire in management. Proc. Annual Tall Timbers Fire Ecol. Conf. 12:305-315. Autenreith, R.E. 1981. Sage grouse management in Idaho. Wildlife Bull. No. 9. Idaho Dept. Fish and Game. Boise, ID. 238 pp. Call, M.W. and C. Maser. 1985. Sage grouse in Wildlife habitats in managed rangelands-the great basin of southwestern Oregon. USDA For. Serv. Gen. Tech. Rep. PNW-187. Pac. Northwest For. And Range Exp. Stn., Portland, Oreg. 30 pp.
[127] Beck, J.L. and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl. Soc. Bull. 28:993–1002.
[128] Neel, L.A. 1980. Sage grouse response to grazing management in Nevada. M.S. Thesis, Univ. Nevada. Reno, Nev. Klebenow, D. A. 1982. Livestock grazing interactions with sage grouse, p. 113–123. In: J.M. Peek and P.D. Dalke (eds.) Proc. of the Wildlife-Livestock Relationships Symposium. Idaho For., Wildl., and Range Exp. Sta., Univ. Idaho. Moscow, Ida. Klebenow, D. A. 1985. Habitat management for sage-grouse in Nevada. World Pheasant Assoc. 10:34–46.
[129] Rasmussen, D.I. and L.A. Griner. 1938. Life history and management studies of the sage grouse in Utah, with special reference to nesting and feeding habits. Trans. North Amer. Wildl. Conf. 3:852–864. Patterson, R.L. 1952. The sage grouse in Wyoming. Sage Books, Inc., Denver, Colo. Call, M.W. 1979. Habitat requirements and management recommendations for sage grouse. USDI-BLM Denver Serv. Center Tech. Note 330.

BLM_0078985

- Managers should consider delaying grazing of known nesting areas until after nesting (Beck and Mitchell 2000[130]) (Crawford et al. 2004).
- Rotational grazing systems are one way to provide areas (i.e., pastures) free from livestock disturbance during nesting. This benefit may be offset if heavy use occurs in the grazed pastures (Holechek et al. 1982[131]), especially since sage grouse can display high site fidelity (Fischer et al.1993[132]) (Crawford et al. 2004).
- One advantage of rest rotation grazing is that rested pastures can provide emergency forage (Ratliff and Reppert 1974[133]), which may prevent excessive grazing in the used pastures during drought. This added residual cover may be important to sage grouse, but light to moderate utilization of grasses in well-managed continuously grazed systems may also provide sufficient residual cover (Crawford et al. 2004).
- Grazing systems in riparian areas have met with mixed results and their influence on system recovery and vegetation response will vary based on site potential, ecological condition, stream morphology, and climate (Elmore and Kauffman 1994[134]) (Crawford et al. 2004).
- Compared with no grazing, rest rotation grazing increased forb abundance on sage grouse meadow habitat in Nevada (Neel 1980[135]) (Crawford et al. 2004).
- Grazing during the late spring nesting period can reduce herbaceous cover necessary for concealing nests from predators (Beck and Mitchell 2000[136]). Heavy grazing reduces cover and increases the chance of predation, especially by ground squirrels (*Spermophilus* spp.)(Braun 1987[137]) (Adams et al. No date).
- The greatest potential for nest impacts on Sage-Grouse may be associated with forced livestock movements across nesting areas (Autenrieth 1981[138]). Call and Maser (1985[139]) and Aldridge (Personal comm.) suggest that so long as key vegetation components do not deteriorate, cattle are not a serious factor in destruction of nests (Adams et al. No date).
- Hens nest in short sagebrush of medium density, such as is found on drier sites, in preference to the dense, tall brush found along watercourses and on moist areas (BLM 1979).

---

[130] Beck, J.L. and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl. Soc. Bull. 28:993–1002.

[131] Holechek, J.L., R. Valdez, S.D. Schemnitz, R.D. Pieper, and C.A. Davis. 1982. Manipulation of grazing to improve or maintain wildlife habitat. Wild. Soc. Bull. 10:204–210.

[132] Fischer, R.A., W.L. Wakkinen, K.P. Reese, and J.W. Connelly. 1993. Nesting-area fidelity of sage grouse in southeastern Idaho. Condor 95:1038–1041.

[133] Ratliff, R.D. and J.N. Reppert. 1974. Vigor of Idaho fescue grazed under rest-rotation and continuous grazing. J. Range Manage. 27:447–449.

[134] Elmore, W. and B. Kauffman. 1994. Riparian and Watershed systems: Degradation and Restoration, p. 212–231. In: M. Vavra, W.A. Laycock, and R.D. Pieper (eds.) Ecological Implications of Livestock Herbivory in the West. Society for Range Manage. Denver, Colo.

[135] Neel, L.A. 1980. Sage grouse response to grazing management in Nevada. M.S. Thesis, Univ. Nevada. Reno, Nev.

[136] Beck, J. L., D. L. Mitchell. 2000. Influences of livestock grazing on Sage-Grouse habitat. Wildl. Soc. Bull. 28(4): 993-1002.

[137] Braun, C. E. 1987. Current issues in Sage-Grouse management. Proc. Western Association Fish and wildlife agencies. Colo. Div. Wildl., Fort Collins.

[138] Autenrieth, R.E. 1981. Sage grouse in Idaho. Vol. 9, Fish and Game Bull., Idaho State Fish and Game Commission, Boise, Idaho. 238 pp.

[139] Call, M. W., and Maser, C. 1985. Wildlife habitats in managed rangelands, the Great Basin of southeastern Oregon: Sage-Grouse. U.S. Dept. Agric. Pacific Northwest For. And Range Exp. Stn., Gen. Tech. Rep. PNW-187.

BLM_0078986

- Height of sagebrush commonly used for nesting varies between 7 and 31 inches (17 to 79 cm) with most nests located under the tallest bushes available at a particular site (Keller et al. 1941, Patterson 1952, Trueblood 1954, Gray 1967, Klebenow 1969, Wallestad and Pyrah 1974[140]) (BLM 1979).
- Stands of 20-40% canopy coverage were most frequently selected for nesting (BLM 1979).
- Successful nests had greater sagebrush cover within 24 inches of the nest and were located in stands of sagebrush with a higher average canopy coverage (27%) than those of unsuccessful nests (20%) (Wallestad and Pyrah 1974) (BLM 1979).
- Patterson (1952) measured height of nesting cover in Wyoming and reported that 216 of 262 nests measured had nesting cover between 10 and 20 inches tall (BLM 1979).
- In Montana, Wallestad (1975) stated that average sagebrush height over nests was 15.9 inches (BLM 1979).
- Nest sites are usually located within 2 miles of a strutting ground (BLM 1979).
- …Patterson (1952) reported that on 2 occasions bands of sheep caused birds to flush and simultaneously to flip eggs out of their nests (BLM 1979).
- There was no indication that livestock is a serious factor in nest destruction, although nest desertion from livestock activities was of frequent occurrence under certain conditions (Patterson 1952) (BLM 1979).
- Desertion was most prevalent in the vicinity of sheep bedgrounds.  Bands of from 2,000 to 3,000 sheep were serious disturbances to nesting activities (Patterson 1952) (BLM 1979).
- Patterson (1952) noted that it was significant that several thousand sheep began moving into his study area en route to their summer ranges coincident with the period of nest desertion (BLM 1979).
- When [heavy use of pasture in rest rotation grazing systems] encompasses nesting and/or brood rearing habitats the results are negative (Autenrieth et al. 1982).
- It is known that hens abandon nests with little provocation while laying (mid-April through early May).  It is also known that yearling hens are prone to nest abandonment when disturbed, even during incubation.  Since yearling hens comprise about 35% of the reproductive segment, the impact of livestock drives could be severe (Autenrieth et al. 1982).
- Males also remain near leks during the nesting season, with one study reporting that 76% of all movements during this season were within one kilometer of the dancing grounds (Wallestad and Schladweiler 1974[141]) (Aldridge 1998).
- Greater Sage-Grouse nest in a variety of cover types, but most nests are under big sagebrush (Patterson 1952, Gill 1965, Wallestad and Pyrah 1974, Petersen 1980, Wakkinen 1990, Connelly et al. 1991, Drut et al. 1994a, Gregg et al. 1994, Sveum et al. 1998, Schroeder et al. 1999[142]). Other shrubs used for nesting cover include bitterbrush,

---

[140] Keller, R.J.; Shepherd, H.R.; and R.N. Randall. 1941. Survey of 1941: North Park, Jackson County, Moffat County, including cooperative data on previous seasons. Colorado Game and Fish Dept., Sage Grouse Survey 4. 31 pp.  Trueblood, R.W. 1954. The effect of grass reseeding in sagebrush lands on sage grouse populations. M.S. Thesis. Utah State Univ., Logan. 77 pp.  Gray, G.M. 1967. An ecological study of sage grouse broods with reference to nesting, movements, food habits and sagebrush strip-spraying in the Medicine Lodge Drainage, Clark County, Idaho. M.S. Thesis. Univ. Idaho, Moscow. 200 pp.  Klebenow, D.A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33(3):649-661.
[141] Wallestad, R.O. and R. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse. J. Wildl. Manage. 38:634-637.
[142] Gill, R. B. 1965. Distribution and abundance of a population of Sage Grouse in North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 142 pages.  Drut, M. S., J. A. Crawford, and

BLM_0078987

greasewood (*Sarcobatus vermiculatus*), horsebrush (*Tetradymia* spp.), low sagebrush, mountain mahogany (*Cercocarpus* spp.), rabbitbrush, shadscale saltbush (*Atriplex confertifolia*), snowberry (*Symphoricarpos* spp.), and western juniper (*Juniperus occidentalis*) (Patterson 1952, Klebenow 1969, Wakkinen 1990, Connelly et al. 1991, Crawford and Davis 2002[143]). Nests also have been found on bare ground devoid of cover (Patterson 1952) and under basin wildrye (*Leymus cinereus*) (Wakkinen 1990, Crawford and Davis 2002). Young[144] (1994) reported a Gunnison Sage-Grouse nest beneath a Douglas-fir (*Pseudotsuga menziesii*) tree (Rowland 2004).

- The most suitable nesting habitat includes a mosaic of sagebrush with horizontal and vertical structural diversity. A healthy understory of native grasses and forbs provides 1) cover for concealment of the nest and hen from predators, 2) herbaceous forage for pre-laying and nesting hens, and 3) insects as prey for chicks and hens. Mean sagebrush canopy cover at nest sites ranges from 15 to 38%, and mean sagebrush height ranges from 36 to 79 cm (Schroeder et al. 1999). Mean distance between nests and nearest leks varies from 1.1 to 6.2 km; however, nests have been found >20 km from the nearest lek (Connelly et al. 2000b) (Rowland 2004).

- In central Oregon, nests were most common in mountain big sagebrush (*A. t. vaseyana*); however, the percentage of nests in this type was similar to the availability of the type (Hanf et al. 1994[145]). Although mountain shrub types (mountain big sagebrush/antelope bitterbrush) and native grasslands were less commonly used, sage-grouse appeared to select these types for nesting; that is, use exceeded availability (Hanf et al. 1994). In southeastern Oregon, Drut et al. (1994a) found that 13 of 18 nests were in big sagebrush. In another study in southeastern Oregon, Gregg et al. (1994) found that 94% of all nests of radio-marked hens were under sagebrush in an area where sagebrush composed 87% of the shrubs (Rowland 2004).

- Sveum et al. (1998) evaluated nesting habitat selection at the Yakima Training Center in Washington, which contains some of the most intact sage-grouse habitat remaining in the state. Most first nest attempts (64% of 72) were in the big sagebrush/bunchgrass cover type. This type was preferred (use exceeded availability) in 1 of 2 yr of study. Sage-grouse nested in stiff sagebrush (*A. rigida*)/bluegrass (*Poa* spp.) and grassland cover types less than expected in both years. They showed no preference (i.e., use was proportional to availability) for nesting in big sagebrush/bunchgrass that had reduced shrub cover and increased bare ground resulting from military training activities, or in riparian cover types (ephemeral streams and wet areas). Shrub cover at nest sites averaged 51% (1992) and 59% (1993), compared with 6 to 7% at random sites. Shrub height was greater (59 and 63 cm) at nest sites than at random sites (15 and 13 cm) (1992 and 1993, respectively). Nest sites also had less cover of short (<18 cm) grasses, greater vertical cover height, less bare ground, and more litter than random sites (Rowland 2004).

---

M. A. Gregg. 1994a. Brood habitat use by Sage Grouse in Oregon. Great Basin Naturalist 54:170-176. Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. Delong. 1994. Vegetational cover and predation of Sage Grouse nests in Oregon. Journal of Wildlife Management 58:162-166. Sveum, C. M., W. D. Edge, and J. A. Crawford. 1998. Nesting habitat selection by Sage Grouse in south-central Washington. Journal of Range Management 51:265-269.

[143] Crawford, J. A., and D. M. Davis. 2002. Habitat use by Greater Sage-Grouse on Sheldon National Wildlife Refuge. Final Report. Game Bird Research Program, Oregon State University, Corvallis, Oregon. 119 pages.

[144] Young, J. R. 1994. The influence of sexual selection on phenotypic and genetic divergence among Sage Grouse populations. Ph.D. dissertation, Purdue University, West Lafayette, Indiana. 123 pages.

[145] Hanf, J. M., P. A. Schmidt, and E. B. Groshens. 1994. Sage Grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Department of the Interior, Bureau of Land Management, Prineville, Oregon. 57 pages.

BLM_0078988

- In an Idaho study, 216 nest bushes were taller and larger than big sagebrush shrubs in 40-m$^2$ plots surrounding the nests (Autenrieth 1981). Mean height of nest bushes ranged from 58.2 cm to 79.3 cm, compared with 30.2 to 54.9 cm in the plots. Mean diameter of nest bushes ranged from 93.9 to 109.7 cm, compared with 42.7 to 61.0 cm for other sagebrush shrubs in the plots (Autenrieth 1981). Canopy cover in the surrounding plots ranged from 23.4 to 38.1%. Distance from nests to water varied from 530 to 2,257 m (Rowland 2004).

- Patterson (1952) recorded >200 sage-grouse nests during 1949-50 in the Eden Valley-Pacific Creek area in Wyoming. Height of cover at nest sites ranged from 0 to 102 cm, with a mean of 36 cm; nests were most commonly placed beneath "short sagebrush of medium density, such as is found on drier sites, in preference to the dense, tall sagebrush found along watercourses…." (Patterson 1952:114). Although the specific taxa of sagebrush were not mentioned, this area is an arid Wyoming big sagebrush (*A. tridentata wyomingensis*) site, thus accounting for the relatively shorter stature of nesting shrubs compared to those reported for Washington and Idaho (Rowland 2004).

- In the Green River Valley in Wyoming, Lyon[146] (2000) compared a suite of variables at 50 nests with random vegetation plots. Compared with independent, random sites, nest-use plots had taller average live sagebrush (32.7 vs. 27.6 cm), more grass cover (10.6 vs. 5.4%), more forb cover (8.2 vs. 4.3%), and taller nest bushes (44.4 vs. 21.4 cm) (Rowland 2004).

- Of 61 sage-grouse nests at the Sheldon National Wildlife Refuge (NWR) in Nevada, 41% were in mountain big sagebrush, 31% were in mountain shrub (including mountain big sagebrush, antelope bitterbrush, bluegrass, and needlegrass [*Achnatherum* spp.]), and 13% were in low sagebrush cover types (Crawford and Davis 2002). Neither cover type, medium-height (40 to 80 cm) shrub cover, nor total forb cover were related to nest success, and no relationship was found between age of hen and type of cover used for nesting (Crawford and Davis 2002). Compared to random sites, nest sites had greater tall (>18 cm) residual grass cover and greater cover of medium-height shrubs (Rowland 2004).

- In North Park, Colorado, Petersen (1980) studied breeding biology of sage-grouse hens; mean sagebrush canopy cover at 35 nest sites was 24% (range from 9.4 to 52.6%), and mean sagebrush height was 32 cm (range 11.1 to 59.8 cm), with no differences between nest sites used by adult versus yearling hens. Slope at nest sites was gentle, with 85% of nests on slopes of <12% (Petersen 1980). Gill (1965), also working in North Park, located 92% of 117 nests under sagebrush; mean height of cover at the nest was 43 cm. Nests were typically on flat ground, with mean slope of 2% (Gill 1965) (Rowland 2004).

- In southcentral Idaho, Klott et al.[147] (1993) found four sage-grouse nests in Wyoming big sagebrush, two in low sagebrush, and one each in mountain big sagebrush and crested wheatgrass. No nests were found in quaking aspen (*Populus tremuloides*), mountain mahogany, mountain shrub, or meadow habitat types (Rowland 2004).

- In the Upper Snake River Plains of southeastern Idaho, sage-grouse nested primarily in threetip sagebrush (Klebenow 1969). Mean height of shrubs under which sage-grouse nested was 43 cm, whereas mean height of threetip sagebrush in the study area was only 20 cm. Mean total shrub cover in the vicinity of nest sites was 18.4%, compared with 14.4% in the threetip sagebrush community overall. Although big sagebrush density and

---

[146] Lyon, A. G. 2000. The potential effects of natural gas development on Sage Grouse near Pinedale, Wyoming. M.S. thesis. University of Wyoming, Laramie, Wyoming. 120 pages.
[147] Klott, J. H., R. B. Smith, and C. Vullo. 1993. Sage Grouse habitat use in the Brown's Bench area of south-central Idaho. U.S. Department of the Interior, Bureau of Land Management, Denver Service Center, Denver, Colorado, and Idaho Department of Fish and Game, Jerome, Idaho. 14 pages.

Version 2                                                                                          45

crown cover were greater near nests than in the general area, sage-grouse nests were not found in big sagebrush stands with cover exceeding 25%. Bitterbrush provided all or part of the nesting shrub cover for 29% of the nests. The author used stepwise discriminant function analysis in an attempt to distinguish between nest sites and the surrounding habitat in the threetip sagebrush community; however, a satisfactory model could not be developed with the data collected (Klebenow 1969) (Rowland 2004).

- In addition, current guidelines for sage-grouse recommend protecting breeding habitat within 3.2 km of the lek for nonmigratory populations, and within 18 km of the lek for migratory populations (Connelly et al. 2000b) (Rowland 2004).

- Density of sage-grouse nests varies across the range of the species, with densities of 3.8 to 55.6 per km2 reported by Schroeder et al. (1999). Nest densities averaged 16.2 per km2 over two breeding seasons within big sagebrush habitats in Wyoming (Patterson 1952). In southeastern Idaho, there were 3.8 nests per km2 in a big sagebrush/threetip sagebrush site; however, nests were not evenly distributed across the study area, and in some areas nest density reached 24.7 nests per km2 (Klebenow 1969). Across North Park, Colorado, nest density was estimated at 12.4 per km2 (Gill 1965). In the most productive nesting habitat in the Strawberry Valley in Utah, Rasmussen and Griner[148] (1938) found 36 nests per km2. This habitat was composed of recently disturbed (e.g., from burning or flooding) sites in which big sagebrush or black sagebrush had recovered so that >50% of total cover was in sagebrush, and shrubs were >45 cm tall (Rowland 2004).

- Of 161 nests examined in Utah, two were trampled by livestock (one sheep, one cattle) and five were deserted due to disturbance by livestock (Rasmussen and Griner 1938) (Rowland 2004).

- In Wyoming, nesting densities of sage-grouse were considerably lower (10 nests/100 ha) in areas heavily grazed by domestic sheep compared to adjacent sites with moderate grazing (28 nests/100 ha) (Patterson 1952). Nest desertion caused by migrant bands of sheep also was documented (Patterson 1952) (Rowland 2004).

- Sage grouse on the Big Desert showed strong fidelity for specific nesting areas, since movements between consecutive-year nests represented only 3.5% of their median annual straight-line movement (20.9km) (Fischer et al. 1993).

- Gates[149] (1983) reported fidelity to nesting areas by three female sage grouse that all nested <200m from the previous year's nests (Fischer et al. 1993).

- Ground-nesting birds are probably more seriously affected by over-grazing than any other group of wildlife because a lack of vegetative cover results in high predation losses (Johnsgard 1973[150]).

- Artificial nest fate was positively associated with tall grass cover and medium-height shrub cover collectively (p=0.01) (DeLong et al. 1995).

- This study supports the hypothesis that greater amounts of tall grass and medium-height shrub cover at nest sites lower risk of nest predation for sage grouse (DeLong et al. 1995).

- Most nests [within the Yakima Training Center study site] (71%) were in big sagebrush (*Artemesia tridentata* Nutt.)/bunchgrass communities (Sveum et al. 1998).

---

[148] Rasmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the Sage Grouse in Utah, with special reference to nesting and feeding habits. Transactions of the North American Wildlife Conference 3:852-864.

[149] Gates, R.J. 1983. Sage grouse, lagomorph, and pronghorn use of a sagebrush grassland burn site on the Idaho National Engineering Laboratory. M.S. Thesis. Montana State Univ., Bozeman, MT.

[150] Johnsgard, P.A. 1973. Grouse and quails of North America. Univ. Nebr. Press, Lincoln. 553 pp.

BLM_0078990

- Nest habitat was characterized by greater shrub cover, shrub height, vertical cover height, residual cover, and litter than at random locations (Sveum et al. 1998).
- Successful 1 $m^2$ nest sites within big sagebrush/bunchgrass in 1992 had less shrub cover (51%) and shrub height (64 cm) than depredated nest sites (70% and 90 cm, respectively). Successful 77 $m^2$ nest areas in big sagebrush/bunchgrass in 1993 had more tall grass ($\geq$ 18 cm) than depredated nest areas (Sveum et al. 1998).
- Nest sites had greater vertical cover height each year and greater standing dead cover than random sites in 1992 (Sveum et al. 1998).
- Combined data from both years [1993-1994] indicated nearly one-third (32.2%) of the marked hens moved farther than 3.0 km from the lek to nest (Giesen 1995).
- Shrub height, primarily sagebrush (*Artemisia* spp.) at nests averaged 54.6 ±14.0 cm and 57.7 ± 14.5 cm in 1993 and 1994, respectively. Mean sagebrush canopy cover and density at nests were 35.3 ± 14.9% and 14,700 ± 6,000 plants/ha in 1993 and 42.8 ± 15.0% and 15,300 ± 6,200 plants/ha in 1994. No differences in habitat selected for nesting were observed by hens marked at different strutting grounds (Giesen 1995).
- Ritchie et al. [151](1994) suggested that herbaceous cover may be more important in determining sage grouse nest success than sagebrush height or cover. Results from this study, particularly the comparisons between nest transects and dependent random transects agree with this finding (Giesen 1995).
- Greater sage grouse in Wyoming selected nesting sites with more shrub and residual grass cover than was present at randomly selected sites, supporting our hypothesis that nest sites were characterized by appropriate sagebrush and herbaceous cover (Connelly et al. 1991) (Holloran et al. 2005).
- …the probability plot indicated increasing sagebrush height did not substantially influence the probability of a nest, suggesting that greater sage grouse selected for increased total shrub canopy cover given adequate sagebrush height. This contention was also supported by the relative variable importance analysis (Holloran et al. 2005).
- …the confidence interval around the odds ratio for sagebrush height was centered about 1, suggesting that sagebrush height was not a good predictor of nesting habitat (Holloran et al. 2005).
- Greater sage grouse generally select sagebrush patches in mid-range canopy cover conditions (i.e. 15 to 25%; Connelly et al. 2000) for nesting, and avoid sparse and excessively dense patches. However, the relationship between shrub canopy cover and the probability of a nest was linear (not quadratic), and suggested that selection was for sagebrush patches with the highest canopy cover in the range of canopies measured (i.e., range 15-40% for grouped means) (Holloran et al. 2005).
- The relative importance analysis suggested that taller and thicker residual grass cover characterized successful greater sage grouse nesting habitat (Holloran et al. 2005).
- Our results support findings that cover of taller grasses was important to nesting grouse, while further suggesting both increased residual grass cover and height could be important individually (Holloran et al. 2005).
- The relative importance analysis additionally indicated that herbaceous cover and height were more important than shrub cover or height in distinguishing successful from unsuccessful nests. However, the nest selection analysis established that nests were in areas with increased shrub canopy cover relative to available areas. Thus, taller, thicker residual grass cover in dense sagebrush stands appeared to increase the probability of a successful nest (Holloran et al. 2005).

---

[151] Ritchie, M.E.; Wolfe, M.L.; and R. Danvir. 1994. Predation of artificial sage grouse nests in treated and untreated sagebrush. Great Basin Nat. 54: 122-129.

BLM_0078991

- Our results suggest the timing and amount of moisture received were important to nest success…cool season grass growth during the preceding year (i.e., available as residual grass to nesting females) appeared to be important for overall greater sage grouse nesting success (Holloran et al. 2005).
- …selection was for areas with the densest residual grass available and, within those selected areas, nests with the densest residual grass were most successful (Holloran et al. 2005).
- …residual grass heights should be a minimum of 10 cm within Wyoming big sagebrush dominated habitats (Holloran et al. 2005).
- Our results suggest that sagebrush patches with a combination of dense shrub (overhead) and residual grass (lateral) cover are preferred greater sage grouse nesting areas and that tall, dense residual grasses within these dense shrub stands may be important for nesting success. The results additionally suggest that factors other than the vegetative characteristics immediately surrounding the nest influence nesting success (Holloran et al. 2005).
- Nesting is, as a rule, definitely under way by the middle of May in the Strawberry Valley. This is subject to some seasonal variation…Observations in the Strawberry Valley (elevation 7,550 to 8,000 feet) show that in 1936 the nesting activity began early in May and nests were found between the 12th and 16th of May with clutches from 4 to 8 eggs (Rasmussen and Griner 1938).
- Observations on some nests near Portage, Utah, at an elevation of near 5,500 feet showed that nesting activity began between April 15 and April 30 in 1936 (Rasmussen and Griner 1938).
- The nesting period extended until the first week of July, the last hatch with definite record was on July 5, 1936…[98]
- Concealment is the first and perhaps most important requisite of a good sage grouse nesting site (Rasmussen and Griner 1938).
- Of the 161 nests studied during the two years all were found on the ground, usually protected by sagebrush and never a great distance from these shrubs (Rasmussen and Griner 1938).
- In the case of the two nests destroyed by livestock one is attributed to sheep and the other to cattle, they were the only class of stock using the area where the desertion occurred (Rasmussen and Griner 1938).
- The livestock which accounted for the 5 desertions were both sheep and cattle. In all cases the stock either knocked eggs from the nest or bedded down too near the nest (Rasmussen and Griner 1938).

### *Brood Rearing*

- Most researchers believe that broods stay in the vicinity of the nest for about two weeks before moving toward hay meadows (Poley 1969).
- The hen on the other nest under observation remained in the vicinity of the nest for 30 days before starting a very leisurely trek to a meadow about one mile away (Poley 1969).
- Although the adult diet switches to forbs and insects in addition to sagebrush, developing young depend heavily upon insects for food (Greer 1990).
- Forbs become important in the diets of juveniles as summer progresses. At this time, broods move to higher elevations in search of succulent vegetation or remain in sagebrush habitat if succulent forbs are readily available (Greer 1990).

BLM_0078992

- Hens and broods are strongly attracted to lush hay meadows and alfalfa fields during late summer (Greer 1990).
- Our results suggest that grazing management practices that promote increased height and coverage of grass will increase chick survival (Heath et al. 1998).
- Selection for meadows which had been grazed was consistently higher for hens and juveniles (Evans 1986).
- In general, sage grouse seemed to use meadows where cattle were present or in the vicinity, but appeared to avoid close contact (Evans 1986).
- Autenrieth[152] (1973) found that livestock competition with broods on wet meadows negatively affected some sage grouse populations in Idaho (Hanf et al. 1994).
- Klebenow[153] (1982), working in Nevada, found that heavily grazed meadows in poor condition were avoided by sage grouse broods. Klebenow found that loss of cover due to heavy grazing was causing the avoidance of these areas (Hanf et al. 1994).
- Klebenow (1982) found that dense grassy meadows that had been grazed lightly or moderately were attractive to sage grouse (Hanf et al. 1994).
- Brood habitat was largely determined by the availability of succulent vegetation (Wallestad 1975).
- Between periods brood success increased, but not significantly, with increased total forb cover and key food forb cover during summer (Coggins 1998).
- During July, several broods unite and adult males join them; the grouse flocks then migrate to the alfalfa fields or other areas with more succulent feed in the valleys (Batterson and Morse 1948).
- The key to sage grouse habitat enhancement is to increase favored forbs for brood use while minimally reducing protective sagebrush cover (Autenrieth 1981).
- …even in wet springs hens must move their broods to mesic areas in search of insects and forbs if domestic livestock has depleted the range (Autenrieth 1981).
- Brood-rearing habitat may be enhanced by grazing practices that favor upland forb production (e.g., fall grazing) and prescribed light (< 40%) to moderate spring grazing can remove standing herbage and make forbs more accessible (Smith et al. 1979, Fulgham et al. 1982[154]). However, consumption of forbs by livestock may limit their availability to sage grouse (Call 1979[155]) (Crawford et al. 2004).
- In riparian brood-rearing habitat, sage-grouse prefer the lower vegetation (5–15 cm vs. 30–50 cm; Oakleaf 1971, Neel 1980, Klebenow 1982, Evans 1986[156]) and succulent forb

[152] Autenrieth, R.E. 1973. Sage grouse research in Idaho. Proc. West. States Sage Grouse Workshop 8:51-52.

[153] Klebenow, D.A. 1982. Livestock grazing interactions with sage grouse. In: J.M. Peek and P.D. Dalke (eds.). Proc. Wildl. Livestock Relationships Symposium, Univ. Idaho, For., Wildl., and Range Exp. Stn., Moscow. p. 113-123.

[154] Smith, M.A., J.C. Malechek and K.O. Fulgham. 1979. Forage selection by mule deer on winter range grazed by sheep in spring. J. Range Manage. 32:40–45. Fulgham, K.O., M.A. Smith, and J.C. Malechek. 1982. A compatible grazing relationship can exist between domestic sheep and mule deer, p. 458–478. In: J.M. Peek and P.D. Dalke (eds.) Proc. of the Wildlife-Livestock Relationships Symp. Idaho For., Wildl. and Range Exp. Sta., Univ. Idaho, Moscow, Ida.

[155] Call, M.W. 1979. Habitat requirements and management recommendations for sage grouse. USDI-BLM Denver Serv. Center Tech. Note 330.
Crawford, J.A. and R.S. Lutz. 1985. Sage

[156] Oakleaf, R.J. 1971. Relationship of sage grouse to upland meadows in Nevada. M.S. Thesis, Univ. Nevada. Reno, Nev. Evans, C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the Sheldon National Wildlife Refuge. M.S. Thesis, Univ. Nev., Reno, Nev.

BLM_0078993

growth stimulated by moderate livestock grazing (Neel 1980, Evans 1986) (Crawford et al. 2004).

- Prescribed livestock grazing in spring and early summer, especially by sheep and goats (*Capra hircus*), can help control invasive weeds (Mosley 1996, Olson and Wallander 2001, Merritt et al. 2001[157]) and woody plant encroachment (Riggs and Urness 1989[158]) in sage grouse habitat and may reduce wildfire risks to low elevation plant communities. However, the logistics of applying such grazing treatments at large spatial scales remain difficult (Crawford et al. 2004).

- Potential for competition with Sage-Grouse young may be in proportion to the extent to which cattle select mesic/moist sites that are preferred foraging areas. Young birds seek out insects and succulent forbs in these habitats (Aldridge 2002, Young 1994, Paige and Ritter 1999[159]) (Adams et al. No date).

- During drought conditions, important forage plants may be grazed earlier than normal, thus reducing the potential forage supply for young birds. Conversely, dormant season grazing of brood rearing areas will reduce potential for overlap with Sage-Grouse diets (Adams et al. No date).

- Favored foods are common dandelion (*Taraxacum officinale*), common salsify (*Tragopogon dubius*), western yarrow (*Archillea millifolium*) and others (Klebenow and Gray 1969, Savage 1968, Peterson 1970[160]) (BLM 1979).

- As food plants mature and dry, the grouse move to areas still supporting succulent vegetation. These may be lower elevation native meadows or irrigated meadows when no uplands with green vegetation are in the area (Eng 1952, Rogers 1964[161]) or they migrate upward, seeking out habitats where succulent fobs are still available such as more mesic swales (Klebenow 1972[162]). Roadsides and borrow pits are frequently used during June and July because of moisture and succulent vegetation present (BLM 1979).

- ...birds appear to prefer relatively open sagebrush vegetation types as compared to dense stands of sagebrush (Klebenow 1972) (BLM 1979).

- In southern Idaho the percent canopy cover of big sagebrush at brood sites was 8.5, significantly less than the average for the entire area, 14.3. 3 out of 98 broods were found where total shrub cover 40 to 49%; the rest where cover was less than 31%. Where

---

[157] Mosley, J. C. 1996. Prescribed sheep grazing to suppress cheatgrass: A review. Sheep and Goat Res. J. 12:74-81. Olson, B.E. and R.T. Wallander. 2001. Sheep grazing spotted knapweed and Idaho fescue. J. Range Manage. 54:25–30. Merritt, S., C. Prosser, K. Sedivec, and D. Bangsund. 2001. Multi-species grazing and leafy spurge. U.S.D.A.-ARS Team Leafy Spurge, Sidney, Mont.

[158] Riggs, R.A. and P.J. Urness. 1989. Effects of goat browsing on Gambel oak communities in northern Utah. J. Range Manage 42:354–360.

[159] Aldridge, C. L., and R. M. Brigham. 2002. Sage-Grouse nesting and brood habitat use in southern Canada. Journal of Wildlife Management 66(2): 433-444. Young, J.A. 1994. Changes in plant communities in the Great Basin induced by domestic livestock grazing. Pages 113-123 in K.T. Harper, L.L. St. Clair, K.H. Thorne, and W.M. Hess, editors, Natural history of the Colorado plateau and Great Basin. University Press of Colorado, Niwot. Paige, C, S. Ritter. 1999. Birds in a sagebrush sea: Managing sagebrush habitats for bird communities. Partners in Flight, Western Working Group.

[160] Klebenow, D.A. and G.M. Gray. 1969. Food habits of juvenile sage grouse. J. Range Manage. 21(2):80-83. Savage, D.E. 1968. The relationship of sage grouse to upland meadows in Nevada. M.S. Thesis. Univ. Nevada, Reno. 172 pp. Peterson, J.G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. J. Wildl. Manage. 34:147-155.

[161] Eng, R.L. 1952. Population trends and breeding potential studies (sage grouse brood studies). Montana Fish and Game Comm., Wildlife Restoration Div. Quart. Prog. Rep. 3(4):56-62. Rogers, G.E. 1964. Sage grouse investigations in Colorado. Colorado Dept. Game, Fish and Parks. Tech. Publ. 16. 132 pp.

[162] Klebenow, D.A. 1972. The habitat requirements of sage grouse and the role of fire in management. Proceedings Annual Tall Timbers Fire Ecology Conf. pp. 305-315.

BLM_0078994

there was an interspersion of openings mixed with dense sagebrush, they used the more open portions (Klebenow 1972) (BLM 1979).

- The incidence of sagebrush consumption increases [in late August at high elevations, or in September or October in some lower areas] (Klebenow 1972) (BLM 1979).
- In Montana, approximately 65% of all grouse observations during August and September were recorded in bottomland types such as alfalfa fields and greasewood bottoms (Wallestad 1975[163]) (BLM 1979).
- …a rapid removal of forbs by livestock on spring and summer ranges may have a substantial adverse impact on young sage and grouse, especially where forbs are already scarce in the composition (BLM 1979).
- The upland meadow represents the primary summer habitat available to sage grouse throughout much of its range in Nevada. Past and present management of public lands in Nevada has regarded upland meadows as sacrifice areas. A serious deterioration of this habitat has been the inevitable result and will continue unless meadows are specifically managed (Oakleaf 1971[164]) (Autenrieth et al. 1982).
- Meadows provided a source of food (forbs), water and cover that were unavailable on more xeric, but adjacent rangelands (Savage 1969) (Autenrieth et al. 1982).
- Oakleaf (1971) showed that a reduction in meadow use by sage grouse occurred as an increasing percentage of the juvenile population reached 11-12 weeks of age. He further found that the diminished food supply of a deteriorated meadow limited the use by sage grouse (Autenrieth et al. 1982).
- Stewart and Smith (1955) found that valley bottoms and areas around water sources are used first by cattle. They indicated overgrazing of mesic sites was necessary to force cattle to use less accessible, rougher terrain. The result is that mesic sites become sacrifice areas (Autenrieth et al. 1982).
- …the Bureau of Land Management (USDI 1975[165]) identified livestock grazing as having an adverse impact on 1,413 km (883 mi) of streambank riparian habitat in Nevada. This report also described the combined effects of water development practices and livestock grazing as being the primary areas where wildlife habitat conflicts exist, and further states that "The areas around most livestock waters and water courses visited (in the 3 districts) were denuded of vegetation and trampled by livestock." (Autenrieth et al. 1982).
- When [heavy use of pasture in rest rotation grazing systems] encompasses nesting and/or brood rearing habitats the results are negative (Autenrieth et al. 1982).
- It is not legitimate to assume sage grouse can move elsewhere during heavy livestock use (Autenrieth et al. 1982).
- In Alberta, Banasch[166] (1985) found that 85% of broods located were in wet meadows. Broods still remained relatively close to leks, with an average brood-lek distance of 2.6 km (Aldridge 1998).
- Brood-rearing habitats for sage-grouse are typically mosaics of upland sagebrush and other habitats (e.g., wet meadows, riparian areas) that together provide abundant insects and forbs for hens and chicks (Schroeder et al. 1999, Connelly et al. 2000b). In two study

---

[163] Wallestad, R.O. 1975. Life history and habitat requirements of sage grouse in central Montana. J. Wildl. Manage. 35:129-136.

[164] Oakleaf, R.J. 1971. The relationship of sage grouse to upland meadows in Nevada. Nevada Dep. Fish and Game. Fed. Aid Proj. W-28-2. 64 pp.

[165] U.S. Department of the Interior. 1975. Effects of livestock grazing on wildlife, watershed, recreation, and other resource values in Nevada. U.S. Dep. Int., Bur. Land Manage. Unpubl. Manuscript. 96 pp.

[166] Banasch, D. 1985. Sage grouse in Alberta, habitat requirements, life history, census techniques, summer brood survey and hunter check station analysis. Unpubl. rept., Alberta Fish and Wildlife, Edmonton, AB. 52 pp.

BLM_0078995

sites in southeastern Oregon, Hart Mountain National Antelope Refuge and Jackass Creek, sage-grouse broods were most common in low sagebrush during early brood rearing (first 6 weeks post-hatch), but then moved to sites dominated by big sagebrush (7-12 weeks after hatching) (Drut et al. 1994a). Following brood breakup in August, sage-grouse used meadows and lake beds more frequently than earlier during the brood-rearing period (Drut et al. 1994a). During early brood rearing at Jackass Creek, forb cover at sites used by broods was 10 to 14% and exceeded forb cover at random sites (Drut et al. 1994a); however, no pattern was evident during late brood rearing. Broods at Hart Mountain used forb cover in relation to its availability during early brood rearing, but selected sites with greater forb cover (19 to 27%) during the late brood-rearing period (Drut et al. 1994a) (Rowland 2004).

- Sage-grouse broods at the Sheldon NWR used primarily sagebrush uplands (low sagebrush and mountain and Wyoming big sagebrush) during 1978 and 1980; however, during the drought year of 1979, use was greater in wet meadows, and upland sites were abandoned by broods by late summer (Klebenow 1985). Brood habitat in uplands differed from that in wet meadows. Upland brood sites had greater canopy cover of sagebrush (mean = 25 vs. 0%), less grass cover (15 vs. 57%), and less forb cover (10 vs. 38%). Meadows into which tall sagebrush has encroached were seldom used by sage-grouse during brood rearing, with no grouse found in areas with a mean shrub height of 140 cm and >40% canopy cover (Klebenow 1985). In these meadows, most broods occurred in sites with relatively shorter shrubs (60 cm) and greater dominance of grass and forb cover (Klebenow 1985) (Rowland 2004).

- In a subsequent study during 1998-2000 at Sheldon NWR, broods (n = 392 locations) used primarily low sagebrush for the first few weeks after hatching, moving to big sagebrush (mountain or Wyoming) or mountain shrub communities by 3 weeks post-hatch (Crawford and Davis 2002). Important brood habitats were low sagebrush (40% of all brood locations), a 10-yr old burn in a mountain big sagebrush site (19%), mountain shrub (16%), and mountain big sagebrush (13%). Differences in vegetation characteristics (e.g., tall grass cover and forbs consumed by hens) were found between brood locations and random sites; these differences, however, varied among cover types. For example, in the low sagebrush cover type, cover of forbs eaten by hens and chicks was less at brood locations (about 5.5%) than at random sites (10.2 and 8.2% for hens and chicks, respectively), but tall grass cover was greater (4.4% at brood locations vs. 1.4% at random sites). By contrast, cover of forbs used by hens and chicks in the burn was greater at brood locations (6.7 and 5.2%) versus random sites (2.3 and 3.4%, respectively), but tall grass cover was less (18.3% at brood locations vs. 26.2% at random sites). Of the five cover types in which there were significant differences, cover of forbs used by hens and chicks was greater at brood locations than at random sites in four types (all but low sagebrush). No differences were found in vegetation characteristics between early and late brood-rearing habitats (Rowland 2004).

- In southeastern Idaho, sage-grouse broods were most often found in big sagebrush (83% of broods), whereas sage-grouse in this area nested primarily in threetip sagebrush (Klebenow 1969). Mean big sagebrush crown cover at brood locations was 8.5%, significantly less than in the surrounding area (14.3%). Broods appeared to avoid sites with dense (e.g., 40%) big sagebrush cover and few forbs. In the development of a predictive model for brood habitat with discriminant function analysis, several variables were useful in distinguishing brood habitat. Compared to the available big sagebrush habitat, broods used areas with lower density of big sagebrush plants and greater frequency of three forbs: western yarrow (*Achillea millefolium*; 23.5%), tailcup lupine (*Lupinus caudatus*; 18.3%), and common dandelion (*Taraxacum officinale*; 12.0%) (Klebenow 1969) (Rowland 2004).

BLM_0078996

- Autenrieth (1981) summarized brood-rearing studies in Idaho and noted that, when broods do not migrate to upland habitats during summer, they rely on springs and wet meadows for succulent forbs. Livestock often graze these sites, so that when precipitation is scarce, adequate access to succulent forbs for sage-grouse can be difficult (Autenrieth 1981). Important forbs for sage-grouse in Idaho include common dandelion, prickly lettuce (*Lactuca serriola*), common salsify (*Tragopogon* spp.), western yarrow, alfalfa, and sweet clover (*Melilotus* spp.) (Autenrieth 1981) (Rowland 2004).
- During summer, shifts of broods to more mesic habitats with substantial forb production are common, but may depend on seasonal moisture patterns. Increased use of meadows and riparian areas in mid- to late summer is common as herbaceous vegetation in upland habitats becomes desiccated (Schroeder et al. 1999, Connelly et al. 2000b). In Idaho, Fisher (1994) found that when moisture in forbs was below about 60%, summer migration ensued; he suggested there might be a threshold for moisture content that triggers movement to areas with more succulent forage. At Sheldon NWR in Nevada, sage-grouse broods generally remained in upland habitats (primarily low sagebrush), with 92% of all brood locations in upland sites during two summers (1978 and 1980) (Klebenow 1985). During the intervening summer (1979), however, rainfall was scarce and sage-grouse used meadows more than upland sites (64% of locations in meadows vs. 36% in upland sites). Danvir[167] (2002) found a similar relation, with increased use of meadows during dry summers. In central Montana, sage-grouse broods shifted from sagebrush grasslands to alfalfa fields and greasewood bottoms as forbs at higher elevations became desiccated (Wallestad 1971). Sage-grouse in Idaho formed large flocks near water and green meadows as plants senesced during summer (Dalke et al. 1963). In southeastern Idaho, broods moved to higher elevations during both summers of study, presumably in response to food availability (Klebenow 1969). A shift to sites with bitterbrush, associated with more mesic conditions, also was noted as the summer progressed; in June, 38% of broods were in this type, increasing to 53% in July (Klebenow 1969) (Rowland 2004).
- Seasonal shifts in brood-rearing habitat may not occur (Rowland 2004).
- Broodless hens may exhibit different seasonal habitat use patterns than hens with broods (Rowland 2004).
- Compared to hens with broods, broodless hens used more low sagebrush/bunchgrass, grassland, and meadow types and less low sagebrush/fescue (Gregg et al. 1993) (Rowland 2004).
- Livestock grazing during drought generally reduced grasshopper populations in southern Idaho rangeland (Fielding and Brusven 1995[168]), and grasshoppers are an important food of growing chicks (Stinson et al. 2004).
- Brood sites contained more grass cover than did the random sites in all of the habitat types, but the difference was statistically significant in only the low sagebrush type (Klebenow 1981).
- There were fewer forbs in the portions of the habitats occupied by broods (Klebenow 1981).
- The meadow habitats were sites that were important for cattle as well as sage grouse. During summer, 1979, when grouse relied heavily on wet meadows, it was noted that grouse did not avoid the grazed areas. Rather, when the choice was possible, they sought

---

[167] Danvir, R. E. 2002. Sage Grouse ecology and management in northern Utah sagebrush-steppe. A Deseret Land and Livestock Wildlife Research Report. Deseret Land and Livestock Ranch and the Utah Foundation for Quality Resource Management, Woodruff, Utah. 39 + appendices.

[168] Fielding, D.J., and M.A. Brusven. 1995. Grasshopper densities on grazed and ungrazed rangeland under drought conditions in southern Idaho. Great Basin Naturalist 55:352-358.

BLM_0078997

areas in the meadow where the effective cover height was less than normal for the meadow (Klebenow 1981).
- When cattle first began grazing a meadow containing residual grass remaining from the previous year, parts of the meadow were initially grazed more intensively than others, creating a mosaic of vegetation heights. Within this mosaic, grouse sought the grazed openings (Klebenow 1981).
- Neel (1980) found when a meadow was bisected by a pasture fence with one side grazed and the other rested, the grouse selected the grazed side. He found on a lightly grazed meadow, that the grouse selected for the grazed patches with significantly lower height of cover than average for the meadow (Klebenow 1981).

*Winter*
- During winter, sage grouse often use tall, dense stands of sagebrush which remain relatively exposed through deep snow (Greer 1990).
- During the winter, sage grouse feed almost entirely on the leaves of sagebrush (Hanf et al. 1994).
- Typical winter ranges are large expanses of dense sagebrush (>20% canopy cover) with and average height of 25 cm, on land having little, if any, slope (Eng and Schladweiler 1972)[169] (Hanf et al. 1994).
- Elimination of winter range habitat would reduce sage grouse populations over large areas (Eng and Schladweiler 1972) (Hanf et al. 1994).
- Cold weather and frosts destroy the green feed in early November causing sage grouse flocks to return to the sagebrush hills to spend the winter (Batterson and Morse 1948).
- Sage grouse live almost exclusively on the leaves of sagebrush during the winter (BLM 1979).
- In Montana when snow depth exceeded 12 inches, sage grouse were restricted to taller sagebrush stands, a relatively small percentage of the total range available to them in a normal (lesser snow) winter (BLM 1979).
- Bean (1941) reported that when snow depth reached 13 to 15 inches in Idaho, sage grouse moved to taller sagebrush types (BLM 1979).
- Eng and Schladweiler (1972) described winter ranges in eastern Montana as being large expanses of dense (20% or greater canopy coverage) sagebrush with an average height of 10 inches on land having little if any slope (BLM 1979).
- This association with dense stands of sagebrush usually began in September (Wallestad 1971) and continued through the breeding and nesting seasons (Wallestad and Schladweiler 1974) (BLM 1979).
- Wallestad (1975) reported that 78% of 151 winter locations of radioed sage grouse occurred in the greater than 20% canopy coverage class. As weather moderated in February, activities shifted to more open stands of sagebrush (BLM 1979).
- Snow depth forces the birds to lower elevations and appears to be a factor determining the actual wintering site for a flock (Klebenow 1972) (BLM 1979).
- Black sage (*Artemisia nova*) was preferred as forage in southeastern Idaho. Sage grouse remain on the areas supporting this species until the snow covers the plants and return again when the black sage is available (Pyrah 1954, Crawford 1960[170]) (BLM 1979).

---

[169] Eng, R.L. and P. Schladweiler. 1972. Sage grouse winter movements and habitat use in central Montana. J. Wildl. Manage. 36: 141-146.
[170] Pyrah, D.B. 1954. A preliminary study toward sage grouse management in Clark and Fremont Counties based on seasonal movements. M.S. Thesis. Univ. Idaho, Moscow. 90 pp.   Crawford, J.E. 1960. The

BLM_0078998

- Biologists and field personnel report a similar preference for low sagebrush on Nevada and Utah ranges where it is available (BLM 1979).
- Many sagebrush ranges on public lands are grazed by domestic sheep in winter (BLM 1979).
- Management strategies that maintain or increase available sagebrush above snow in deep snow winters, or increase forb availability in droughts should reduce sage grouse mortality in poor winter years, thus maintaining larger populations to rebound in favorable weather years (Deseret Land and Livestock Ranch No date).
- Where sage grouse nest and raise broods on sagebrush-covered mountain slopes or in high mountain valleys, they usually migrate to lower valleys in winter to find exposed sagebrush for food. This is common in Wyoming, Colorado and Idaho but less true in southeastern Oregon where winters are milder and snow seldom covers sagebrush plants deep enough to make locating food a serious problem (Call and Maser 1985).
- During winter, sage-grouse rely almost exclusively on sagebrush for forage (Connelly et al. 2000b). The spatial distribution of sage-grouse in winter often is related to snow depth (Patterson 1952; Dalke et al. 1963; Gill 1965; Klebenow 1973, 1985; Beck 1975, 1977[171]; Danvir 2002). At the onset of winter, sage-grouse gradually move to lower elevations with greater exposure of sagebrush above the snow; in migratory populations, this movement may extend up to 160 km (Patterson 1952). During more severe winters, a large proportion of the sagebrush may be beneath snow and thus unavailable for roosting or foraging (Rowland 2004).
- Although snow cover was a major factor in determining areas used, slope and aspect further restricted amount of suitable habitat for sage grouse. In North Park [Colorado], grouse selected sagebrush on southwest exposures and flat to gentle slopes. Sagebrush on slopes greater than 15 percent was rarely used although such areas were present...(Beck 1977).
- Eng and Schladweiler (1972) also reported avoidance of steep slopes in winter by sage grouse in central Montana (Beck 1977).
- Disturbances of sage grouse habitat in identified winter use areas should be avoided or kept to a minimum (Beck 1977).

### *Migratory and Non-Migratory Populations*

- [Antelope and sage grouse] exhibited seasonal movements from summer to winter ranges in essentially the same areas and at the same periods (Patterson 1952).
- Sage grouse are semi-migratory and resort to seasonal changes of their habitat. These migrations...are of a vertical nature and are consistent only in the limited areas involved; under different conditions sage grouse have developed different migratory habitats (Batterson and Morse 1948).
- Populations may have: 1) distinct winter, breeding, and summer areas; 2) distinct summer areas and integrated winter and breeding areas; 3) distinct winter areas and integrated breeding and summer areas; or 4) well-integrated seasonal habitats (nonmigratory populations) (Connelly et al. 2000).

---

movements, productivity, and management of sage grouse in Clark and Fremont Counties, Idaho. M.S. Thesis. Univ. Idaho, Moscow. 85 pp.
[171] Beck, T. D. I. 1975. Attributes of a wintering population of Sage Grouse, North Park, Colorado. M.S. thesis. Colorado State University, Fort Collins, Colorado. 49 pages. Beck, T. D. I. 1977. Sage Grouse flock characteristics and habitat selection in winter. Journal of Wildlife Management 41:18-26.

BLM_0078999

- There appears to be a major migration route from the Big Desert [Idaho] to the southwest and a secondary migration corridor to the northwest. Birds moving to the northwest show a gradual shift to higher elevations, while birds using the southwest corridor were found at lower elevations (Wakkinen 1990).
- Although sage grouse will take advantage of water developments that are placed in traditional migration corridors, they apparently will not readily change these traditional movements (Wakkinen 1990).
- Sage grouse began arriving in the strutting ground vicinities as soon as snow drifts melted sufficiently to expose patches of sagebrush (Gill 1965).
- From April 1-15 the daily movements of adult males were all strutting ground oriented. Adult males rarely traveled more than 400 yards from the strutting grounds at this time. Daily cruising radii at the beginning of the breeding season were within one-quarter mile of the strutting grounds. Movements were lengthened to one mile as breeding activities approached termination for the season (Gill 1965).
- …during early April when adult males were attending the strutting grounds, females were grouped into flocks of 7 to 30 birds and were concentrated within a one mile radius of the strutting grounds (Gill 1965).
- …near the end of the season in late May males began to gather into large flocks of 15 to 40 birds. A progressive movement toward the summer ranges began as individual flocks ceased making daily appearances on the strutting grounds (Gill 1965).
- Migrations to summer ranges occurred along intermittent streams draining into the major rivers and streams bordering the study area (Gill 1965).
- Fall distribution of sage grouse flocks appeared to be random over the upland sagebrush sites used during the breeding season. The only difference between fall distribution and spring distribution was that fall populations were not strutting ground oriented (Gill 1965).
- Winter snow accumulation determined the areas selected for winter ranges (Gill 1965).
- Distances moved from breeding to wintering ranges averaged 7.9 to 11.6 km for sage grouse in northern Colorado (Beck 1977[172]), 28 to 30 km in Colorado (Schoenberg 1982 in Dunn and Braun 1986[173]) and 11.3 km for adults in southeastern Idaho (Connelly et al. 1988[174]) (Aldridge 1998).
- …one-way migrations of 80 km are not uncommon (Connelly et al. 1988, Dalke et al. 1963, Patterson 1952) and distances up to 160 km have been recorded (Patterson 1952) (Aldridge 1998).
- Movements of juveniles in Colorado are sporadic and tend to follow corridors of sagebrush (Dunn and Braun 1986) (Aldridge 1998).
- In Montana, sage grouse populations are considered non-migratory, with minimal movements occurring between winter and summer ranges due to the overlap of habitats (Eng and Schladweiler 1972[175]). Topographic relief (or lack thereof) in Alberta is similar to that of Montana, and thus, sage grouse populations in Alberta are probably non-migratory (Aldridge 1998).

---

[172] Beck, T.D.I. 1977. Sage grouse flock characteristics and habitat in winter. J. Wildl. Manage. 41:18-26.
[173] Dunn, P.O. and C.E. Braun. 1986. Late summer-spring movements of juvenile sage grouse. Wilson Bull. 98:83-92.
[174] Connelly, J.W.; Browers, H.W.; and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. J. Wildl. Manage. 52:116-122.
[175] Eng., R.L. and P. Schladweiler. 1972. Sage grouse winter movements and habitat use in central Montana. J. Wildl. Manage. 36:141-146.

BLM_0079000

- Wintering grounds in southeastern Idaho also overlap with spring and summer ranges (Connelly et al. 1988) (Aldridge 1998).
- Migratory populations of sage-grouse may use areas exceeding 2,700 km2 (Connelly et al. 2000b, Leonard et al. 2000[176]), and travel of 35 km from a lek to a winter area has been recorded (Berry and Eng 1985[177]) (Rowland 2004).
- In eastern Idaho, the mean distance moved between summer and winter ranges was 48.2 km for 28 hens; this movement involved a decrease in mean elevation of 446 m (Hulet et al. 1986[178]) (Rowland 2004).
- Grouse occupying sagebrush habitats at relatively low elevation are sometimes nonmigratory (Wallestad 1975), and sage grouse inhabiting mountain valleys or areas with distinct elevational gradients are often migratory (Dalke et al. 1960, Connelly 1982[179]) (Connelly et al. 1988).
- Fall movements by adults ranged from 1 to 64 km…and did not differ (p>0.05) from distances moved by juveniles…  These movements were longer than those reported for sage grouse in Montana (Wallestad 1975) but similar to those reported for grouse in southeastern Idaho (Dalke et al. 1963[180]) and southwestern Wyoming (Berry and Eng 1985[181]) (Connelly et al. 1988).
- Movements to winter range were generally slow and meandering, beginning in late August and continuing into December (Connelly et al. 1988).
- Sage grouse generally return to the same breeding complex used in previous years (Dalke et al. 1963).  Because sage grouse winter range occurs in close proximity to leks in the study area, movements of adults to winter range represent their return to traditional breeding areas (Connelly et al. 1988).
- Male sage grouse from the mountain valley abandoned their leks in late April or early May.  Their movements to summer range were more direct and rapid than those of females (Connelly et al. 1988).
- Females from the mountain valley did not move directly to summer range after nesting. Instead, these birds remained in the general area of the lek on which they had been captured before moving to summer range in early to mid-June (Connelly et al. 1988).
- Limited data on male sage grouse from the lowland area suggest that males moved directly to summer ranges after leaving their leks in late April or early May.  Males

[176] Leonard, K. M., K. P. Reese, and J. W. Connelly. 2000. Distribution, movements and habitats of Sage Grouse Centrocercus urophasianus on the Upper Snake River Plain of Idaho: changes from the 1950's to the 1990's. Wildlife Biology 6:265-270.

[177] Berry, J. D., and R. L. Eng. 1985. Interseasonal movements and fidelity to seasonal use areas by female Sage Grouse. Journal of Wildlife Management 49:237-240.

[178] Hulet, B. V., J. T. Flinders, J. S. Green, and R. B. Murray. 1986. Seasonal movements and habitat selection of Sage Grouse in southern Idaho. Pages 168-175 in E. D. McArthur and B. L. Welch, editors. Proceedings of the Symposium on the Biology of Artemisia and Chrysothamnus. U.S. Department of Agriculture Forest Service General Technical Report INT-200. Intermountain Research Station, Ogden, Utah.

[179] Dalke, P.D.; Pyrah, D.B.; Stanton, D.C.; Crawford, J.E.; and E.F. Schlatterer. 1960. Seasonal movements and breeding behavior of sage grouse in Idaho. Trans. North Am. Wildl. And Nat. Resour. Conf. 25: 396-407.

Connelly, J.W. 1982. An ecological study of sage grouse in southeastern Idaho. Ph.D. Thesis, Washington State Univ., Pullman. 84pp.

[180] Dalke, P.D.; Pyrah, D.B.; Stanton, D.C.; Crawford, J.E.; and E.F. Schlatterer. 1963. Ecology, productivity, and management of sage grouse in Idaho. J. Wildl. Manage. 27:396-407.

[181] Berry, J.D. and R.L. Eng. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. J. Wildl. Manage. 41:18-26.

Version 2                                                                                                    57

normally arrived on summer range first but were closely followed by females without broods (Connelly et al. 1988).

- Females with and without broods made relatively extensive movements during the spring (Connelly et al. 1988).
- Females with broods appeared on summer range in late June or early July, about 2 weeks after the arrival of males and females without broods (Connelly et al. 1988).
- Grouse moved 0.2-82.0 km from winter and breeding areas to summer range (Connelly et al. 1988).

BLM_0079002

## Social Science Aspects

### *Effects on Local Farmers and Ranchers*

- …instances were noted where sage grouse populations have been heavily depleted in Wyoming as a result of intensive agricultural development. There are many such areas in other western states (Patterson 1952).
- The only contact with farming activities is in localities where grouse spend the summer and fall on alfalfa and meadow lands (Batterson and Morse 1948).
- A shift in the allowed amount of grazing by commercial operators will change the economic position of those operators (Dietz 1984).
- Cut-backs in access will increase the cost of operations and could force some ranchers out of business, though in most cases this is not likely (Dietz 1984).
- West[182] (1980) argues that the elimination of provisions that exempted small users from allotment cuts had significant adverse effects on small users, and on Spanish-Americans in particular (Dietz 1984).
- Increasing tension in the Nevada ranch community may have had a negative impact on social capital. Social capital facilitates cooperation in resolving social dilemmas related to public range management (vanKooten et al. 2004).
- [Survey of public grazing permit holders in Nevada] results indicate that low levels of trust between ranchers and public land managers were most significantly related to previous disagreements and belief that the future of ranching is bleak. Disagreements with public agencies were mainly the caused by disputes concerning responses to wildfire, and such disagreements led to a deterioration of relations over time. Relations between ranchers and the USFS deteriorated to a greater extent than relations with the BLM, partly because the former have cut back on allowable grazing to a greater extent. While there remain opportunities to build on existing social capital in the community (horizontal relations), ranchers and the public agencies need to work on building vertical relations, thereby increasing trust. We argue that, even if the latter fails, new institutions might evolve to utilize existing social capital and thereby help resolve social dilemmas (vanKooten et al. 2004).
- If public land agencies become too rigid, or fail to evolve sufficiently to address 'modern' needs, then ranchers will rely on their informal contacts with agency personnel – their personal network – to implement management activities that would otherwise be held up by bureaucracy and the hierarchy that inevitably accompanies it. However, if ranchers cannot work with the public agencies, range quality may deteriorate as may the habitat of threatened or endangered species. In such cases, other institutional arrangements may need to be considered, ones that yield better outcomes from a social viewpoint, and are also politically more acceptable (vanKooten et al. 2004).

### *Effects on Local Communities*

- The increase in costs might reduce local incomes and employment, produce shifts in the occupational structure of the communities surrounding the resource area, and affect the fiscal balance of those communities (Dietz 1984).

---

[182] West, P.C. 1980. Constraints for challenges?  Social dilemmas in public range land management.  Paper presented to the annual meetings of the Society of American Foresters, Spokane, Washington, 1980.

BLM_0079003

### *Economic Effects*

- [A] well was drilled in 1948-1949 by the Superior Oil Company on the Dry Sandy-Pacific Creek sage grouse study area…Studies conducted in close vicinity of this well revealed that the drilling operations had not interfered seriously with sage grouse nesting and strutting activities (Patterson 1952).
- A prospective shale oil industry may also prevent a threat to the survival of sage grouse through the elimination of sagebrush and pollution of streams (Patterson 1952).
- The livestock permittee should be assisted in animal management practices that will increase return per head (Dwyer et al. 1984).
- A reduction of permitted AUMs of grazing does not necessarily mean the permittee will suffer a comparable loss in net return.  Improved application of animal husbandry practices can increase calf crop and weaning weight so that per-head yield is substantially increased.  The manager should help the permittee apply these practices (Dwyer et al. 1984).
- …reductions in permitted numbers, always a troublesome action, should be partially set-off by increased performance of individual animals.  This effect is generally small and it would undoubtedly be a difficult concept to sell to a permittee as a quantitative advantage (Malechek 1984).
- Specialized grazing systems, as conventionally used, rarely increase, and frequently decrease, individual animal production.  In view of the long-term delay (10 or more years) in and the uncertainty of future stocking rate increases promoted by these systems in arid and semi-arid areas, informed livestock operators would not be inclined to willingly enter such programs.  The response of new short-duration grazing management schemes looks promising, based on preliminary observations, but the final verdict, based on replicated research, is far from apparent (Malechek 1984).
- Multiple-use management should be based on solid empirical analyses that attempt to quantify costs and benefits of the products produced on public lands.  Whenever possible, environmental concerns should be directly incorporated into benefit-cost analysis rather than used as a separate ranking device for project selections (Workman et al. 1984).
- Elimination of grazing permit eligibility requirements (prior use, commensurability, ownership of land and water) should be considered.  Such elimination would allow for free transfer of grazing permits among ranchers at market-dictated prices (Workman et al. 1984).
- If grazing permits are permanently reduced, permittees should be compensated proportionately for their interest in range improvements just as they are for permit cancellations (Workman et al. 1984).
- Incentives for private investment in public range improvement should be created by devising a system for evaluating changes in grazing capacity that is credible to ranchers, including a guarantee that increased forage will be made available to participating permittees (Workman et al. 1984).
- Benefit-cost analysis of range improvements should be based on all costs and benefits, both private and government (Workman et al. 1984).
- If evaluated from a national perspective, the impact of use at other sites must be considered but need not be if very local considerations are paramount.  This suggests that there exists a potential to overestimate the benefits of uses such as recreation, wildlife, etc. when shifts in use from one area to another are ignored (Godfrey 1984).

BLM_0079004

- Cook et al.[183] (1980) found that changes in spring use had a greater impact on livestock sales per AUM for Colorado ranchers than did AUM changes in any other season (Torrell et al. 2002).
- Van Tassell and Richardson (1998) also found that spring and summer forage obtained from public lands was critical to the operation of federally based ranches in Wyoming. Similarly, Torell et al. (1981[184]) found the same situation for public land ranches in northern Nevada (Torrell et al. 2002).
- Optimal production strategies and ranch income were not exceptionally sensitive to increases in the grazing fee, but production and net returns changed substantially when federal AUMs were removed from any season, particularly the spring season (Torrell et al. 2002).
- If an altered land-use policy means that grazing will not be allowed during the spring period, but the number of public land AUMs allowed for grazing is not correspondingly reduced, it is possible that eliminating spring grazing and shortening the allowed grazing period on public lands would increase optimal herd sizes. Torell et al. (1981) estimated this would be the situation for northeastern Nevada ranchers when spring grazing was eliminated. Given the cost/price definition of the analysis, the profit-maximizing strategy was to make up lost public land AUMs during the spring period by feeding more hay and to substitute other forages where possible. Net returns were reduced, but it was most profitable to use BLM AUMs previously grazed during the spring in other seasons and to expand herd size. For other ranches with few low-cost alternative sources of forage, optimal herd size could decrease with the elimination of spring grazing (Torrell et al. 2002).
- [Linear programming] studies found reductions in income and net ranch returns were not proportional to reductions in federal forage. The rigidity of seasonal forage availability meant the optimal use of other forages and resources were impacted when federal AUMs were removed. Other forages were reallocated to offset part of lost federal forage (Gee 1981, Van Tassell and Richardson 1998[185]) (Torrell et al. 2002).
- For the Wyoming [federally based ranches] studies, complete elimination of the BLM permit was estimated to decrease annual net cash income by an average of $55/BLM AUM removed [1998 dollars] (Torrell et al. 2002).
- At the other extreme, because some western ranchers are not necessarily in the business to make a profit and spend more than they justifiably should to produce livestock, Rowe and Bartlett (2001) found that eliminating federal grazing permits in Colorado would actually benefit some ranchers by forcing them to reduce the size of their money-losing livestock enterprise. Economic changes from allotment adjustments varied widely, ranging from a loss of $40/AUM to a gain of $27/AUM [2001 dollars] when herd reductions were the assumed adjustment strategy (Torrell et al. 2002).
- …eliminating BLM grazing to improve habitat for sage-grouse would have a significant impact on the economic viability of affected ranches. This is especially true during the spring period. Early spring grazing is valuable because few alternative forage sources are

[183] Cook, C.W., G. Taylor, and E.T. Bartlett. 1980. Impacts of federal range forage on ranches and regional economics of Colorado. Colorado State Univ. Exp. Sta. Bull. 576S (July). Ft. Collins, Colorado.
[184] Torell, L.A., J.R. Garrett, and C.T.K. Ching. 1981. The economic effects of three changes in public lands grazing policies. J. Range Manage. 34(5):373-376.
[185] Gee, C.K. 1981. Estimating economic impacts of adjustments in grazing on federal lands and estimating federal rangeland forage values. Tech. Bull. 143. Colo. State Univ. Agr. Exp. Sta., Fort Collins, Colo.
Van Tassell, L.W., and J.W. Richardson. 1998. Impact of federal grazing reductions on Wyoming Ranches. In: Stubble height and utilization measurements: uses and misuses. p. 50-56. Ore. State Univ. Agr. Exp. Sta. Bull. 682. Corvallis, OR.

BLM_0079005

available at that time. In most cases, the only feasible forage alternative would be to feed hay (Torrell et al.  2002).

- Rowe and Bartlett[186] (2001) concluded that once hay was needed to compensate for public forage losses, reducing herd size would be the most cost-effective adjustment (Torrell et al.  2002).
- Making alterative grazing resources available during the spring always minimized losses relative to feeding hay or reducing herd size. If complete flexibility of other deeded forages were assumed, the economic loss of restricting the early use of BLM lands was minimal; seasonal use of alternative forages would be rearranged with little if any economic consequence (Torrell et al.  2002).
- The economic value of the BLM forage during the spring period was found to be 5 to 10 times the value in other seasons later in the year for both the Idaho and Nevada models (Torrell et al.  2002).
- The economic impacts from reducing BLM grazing in any season were found to vary widely depending on several key factors. First, individual ranches will be able to substitute alternative forages to varying degrees as federal AUMs are eliminated. Substituting forages minimizes economic losses relative to the option of feeding hay and reducing cow herd size. Those ranches with restricted seasons of forage availability will have less ability to substitute alternative forages if BLM grazing is removed (Torrell et al. 2002).
- The contributory value of the federal grazing permits for livestock production varies widely depending on the seasonal complement of forage and pasture resources ranches have, and the level of dependency on federal lands (Torrell et al.  2002).
- It is widely believed that the complement between public and private lands contributes greatly to the economics of western ranching and our analysis clearly shows that to be the case (Torrell et al.  2002).
- For those ranches with limited off-ranch wealth and income, reducing public land grazing capacity by even marginal amounts was found to greatly impact the ability of ranchers to meet annual financial obligations and to repay debt (Torrell et al.  2002).
- …significant reductions in grazing AUMs on public lands can have identifiable negative economic effects on individual producers and rural communities (Wambolt et al. 2002).
- …this study confirms that negative economic effects can result from large reductions in public land grazing. Public land grazers also point out that alternative management actions, such as reducing fire in the sage ecosystem or requiring habitat mitigation for sagebrush fragmentation, do not have the same negative economic consequences for individuals and local communities. The economic impacts of such actions are usually exported from the region and spread over many consumers nationwide (Wambolt et al. 2002).
- Eliminating BLM grazing to improve habitat for sage-grouse would have a significant impact on the economic viability of affected western ranches. Early spring grazing is valuable because few alternative forage sources are available at that time. In most cases, the only feasible forage alternative would be to feed hay (Wambolt et al. 2002).
- If complete flexibility of other deeded forages were possible, the economic loss of restricting the early use of BLM lands was minimal (Wambolt et al. 2002).

---

[186] Rowe, H.I., and E.T. Bartlett. 2001. Development and federal grazing policy impacts on two Colorado counties: a comparative study. In: L.A. Torell, E.T. Bartlett, and R. Larranaga (eds.). Current issues in rangeland resource economics: Proc. of a symposium sponsored by Western Coordinating Committee 55 (WCC-55), N.M. State Univ., Res. Rep. 737, Las Cruces, N.M.

BLM_0079006

- …trust is related to institutions and affects the costs of transacting. If confidence in an enforcement agency falters, one may not trust others to fulfill their agreements and thus enter into fewer agreements. There is an element of trust in any transaction where one has to decide (make a choice) before being able to observe the action of the other party to the transaction. One has to assume that the other person is not acting with guile, keeping information hidden that could be used to their advantage at the expense of the other party to the transaction. Like other components of social capital, trust makes an economy function more efficiently (Fukuyama 1999[187]) (vanKooten et al. 2004).
- In the ranch community, trust, social norms (shared beliefs) and social networks – social capital – are vitally important to community health and that of the range ecosystem (vanKooten et al. 2004).
- The level of trust in public land agencies is inversely related to two factors – the extent to which ranchers had disagreements with public land managers about how the range is utilized and the extent to which respondents were negative about the future of ranching (vanKooten et al. 2004).
- Economic theory indicates that an increase in social capital can benefit the ranch community by reducing transaction costs and increasing opportunities to resolve range management conflicts. This can be accomplished primarily by restoring trust between ranchers and public land managers (vertical relations) and building upon extant relations that exist because of high levels of participation in community service and professional organizations (horizontal relations) (vanKooten et al. 2004).
- Financial returns per acre average about 4% higher under continuous or season-long grazing than rotation grazing systems (Holechek et al. 1999).
- Torell et al. [188](1991) using a Colorado prairie study (Sims et al. 1976[189]), found profit-maximizing stocking rates were well below those that would deteriorate the rangeland resource. Workman [190](1986)…drew the same conclusion [85]
- Rotation grazing systems have been widely recommended by various government agencies concerned with range management. However research shows stocking rate reductions from heavy to conservative, have much higher probability of increasing grazing capacity, reducing risk, increasing financial returns, and reducing erosion. The United States Department of Agriculture, Natural Resources Conservation Service continues to recommend 50% use of forage resources. However the research convincingly shows 40-45% use is moderate on most rangelands and 30-35% use is needed for improvement in rangeland vegetation (Holechek et al. 1999).
- Moderate continuous grazing typically gave better vegetation, livestock, and financial performance than rotation grazing at heavy stocking rates. However under moderate stocking rates there is evidence that some rotation grazing systems give equal or superior vegetation, livestock, and financial performance to continuous grazing (Holechek et al. 1987, Heitschmidt et al. 1990, Taylor et al. 1993[191]) (Holechek et al. 1999).

---

[187] Fukuyama, F., 1999. The Great Disruption. Human Nature and the Reconstitution of Social Order. New York.: The Free Press.
[188] Torell, L.A.; Lyon, K.S.; and E.B. Godfrey. 1991. Long-run versus short-run planning horizons and rangeland stocking rate decision. Amer. J. Agr. Econ. 73:795-807.
[189] Sims, P.L.; Dahl, B.E.; and A.H. Denham. 1976. Vegetation and livestock response at three grazing intensities on sandhill rangeland in eastern Colorado. Colorado State University Exp. Sta. Tech. Bull. 130.
[190] Workman, J.P. 1986. Ranch economics. Macmillan Publ. Co., New York.
[191] Holechek, J.L.; Berry, T.J.; and M. Vavra. 1987. Grazing system influences on cattle diet and performance on mountain range. J. Range Manage. 40:55-60.

BLM_0079007

# References

Adams, B.W., J. Carlson, D. Milner, T. Hood, B. Cairns and P. Herzog. No date. Beneficial grazing management practices for Sage-Grouse (*Centrocercus urophasianus*) and ecology of silver sagebrush (*Artemisia cana*) in southeastern Alberta. Public Lands and Forests Division, Alberta Sustainable Resource Development. Pub. No. T /049.

Aldridge, C.L. 1998. Status of the Sage Grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association. Wildlife Status Report No. 13. Edmonton, Alberta, Canada.

Aldridge, C.L, and R.M. Brigham. 2002.Sage grouse nesting and brood habitat use in southern Canada. J Wildl Manage. 66(2):433-444.

Anderson, J.E., and R.S. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs. 71(4): 531-556.

Autenrieth, R. E. 1981. Sage Grouse management in Idaho. Idaho Dept. of Fish and Game.

Authenrieth, R., W. Molina, and C. Braun, eds. 1982. Sage Grouse Management Practices. Western States Sage Grouse Committee. Western States Sage Grouse Committee Technical Bulletin #1. Twin Falls, ID.

Bartlett, E.T.; Torell, A.; Rimbey, N.R.; Van Tassell, L.W.; and D.W. McCollum. 2002. Valuing grazing use on public land. J. Range Manage. 55:426-438.

Batterson, W. M., and W.B. Morse. 1948. Oregon Sage Grouse. Oregon Fauna Series No. 1. Oregon State Game Comm. Portland, OR

Beck, T.D.I. 1977. Sage grouse flock characteristics and habitat selection in winter. J Wildl Manage. 41(1):18-26.

Beck, J.L, and D.L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildl Soc Bull. 4: 993-1002.

Berry, J.D. and R.L. Eng. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. J. Wildl. Manage. 49(1):237-240.

Blaisdell, J.P., R.B. Murray, and E.D. McArthur. 1982. Managing Intermountain Rangelands-Sagebrush-Grass Ranges. U.S. Department of Agriculture Forest Service Intermountain Forest and Range Experiment Station Gen. Tech. Report INT-134. Ogden, UT.

Bork, E.W., N.E. West, and J.W. Walker. 1998. Cover components on long-term seasonal sheep grazing treatments in three-tip sagebrush steppe. J Range Manage. 51:293-300.

Braun, C.E.; Connelly, J.W.; and M.A. Schroeder. 2005. Seasonal Habitat Requirements for Sage-Grouse: Spring, Summer, Fall, and Winter. *In*: Shaw, Nancy L.; Pellant, Mike; Monsen, Stephen B., comps. 2005. Sage-grouse habitat restoration symposium proceedings; 2001 June 4–7, Boise, ID. Proc. RMRS-P-38. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 130 p.

Browers, H.W., J.W. Connelly, and R.J. Gates. 1984. Movements and habitat use of sage grouse in southeastern Idaho. *In*: The 37th Annual Meeting of the Society for Range Management. February 12-17, 1984. Society for Range Management. Denver, Colorado.

Buskness, N.A., R.K. Murphy, K.F. Higgins, and J. Jenks. 2001. Breeding bird abundance and habitat on two livestock grazing regimes in North Dakota. Proceedings of the South Dakota Academy of Science. 80 :247-258.

Call, M.W., and C. Maser. 1985. Wildlife Habitats in Managed Rangelands--The Great Basin of Southeastern Oregon. U.S. Department of Agriculture Forest Service Pacific Northwest Forest and Range Experiment Station. General Technical Report PNW-187. Portland, Oregon.

Clary, W.P., and B.F. Webster. 1989. Managing Grazing of the Riparian Areas in the

BLM_0079008

Intermountain Region. U.S. Department of Agriculture Forest Service. General Technical Report INT-263. Ogden, UT.

Clary, W.P., N.L. Shaw, J.G. Dudley, V. A. Saab, J.W. Kinney, and L.C. Smithman. 1996. Response of a depleted sagebrush steppe riparian system to grazing control and woody plantings. U.S.D.A. For. Serv., Gen. Tech. Rept. INT-RP-492. 27:811841. U.S. Department of Agriculture   Forest Service Intermountain Research Station.

Coggins, K. A. 1998. Relationship between habitat changes and productivity of sage grouse at Hart Mountain National Antelope Refuge, Oregon. Oregon State Univ.. Corvallis, Oregon.

Connelly, J.W. and C.E. Braun. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3:229-234.

Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. J Wildl Manage. 52(1): 116-122.

Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildl Soc Bull. 28(4):967-985.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-Grouse and Sagebrush Habitats. Unpublished Report. Western Association of Fish and Wildlife Agencies. Cheyenne, Wyoming.

Courtois, D.R., B.L. Perryman, and H.S. Hussein. 2004. Vegetation Change After 65 Years of Grazing and Grazing Exclusion. J Range Manage. 57:574-582.

Craddock, G.W., and C.L. Forsling. 1938. The Influence of Climate and Grazing on Spring-Fall Sheep Range in Southern Idaho. United States Dept. of Agriculture. Technical Bulletin No. 600.

Crawford, J. A., M. A. Gregg, M. S. Drut, and A. K. DeLong. 1992. Habitat use by female Sage Grouse during the breeding season in Oregon. BLM Coop. Res. Unit, Oregon State Univ.. Corvallis, OR

Crawford, J.A., R.A. Olson, N.E. West, J.C. Mosley, M.A. Shroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. 2004. Synthesis Paper: Ecology and management of sage-grouse and sage-grouse habitat. J. Range Manage. 57: 2-19.

Dagget, D. 1995. Beyond the Rangeland Conflict: Toward a West that Works. The Grand Canyon Trust. Flagstaff, Arizona.

DeLong, A.K., J.A. Crawford, and D.C. DeLong, Jr. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. J Wildl Manage. 59(1):88-92.

Deseret Land and Livestock Ranch. No date. Deseret Land and Livestock Ranch Livestock Grazing and Rangeland Management Benefit Greater Sage Grouse. Western Governor's Association, U.S. Department of Agriculture Natural Resources Conservation Service.

Dietz, T. 1984 Social Impact Assessment as a Tool for Rangeland Management *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Dwyer, D.D., J.C. Buckhouse, and W.S. Huey. 1984. Impacts of Grazing Intensity and Specialized Grazing Systems on the Use and Value of Rangeland: Summary and Recommendations. *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Ellis, K.L., J.R. Murphy, J.R., and G.H. Richins. 1987. Distribution of Breeding Male Sage Grouse in Northeastern Utah. Western Birds. 18:117-121.

Eng. R. L., and R. J. Mackie. 1982. Integrating grazing-range management practices with management of major wildlife species on rangeland in northcentral Montana. Proc. West. Assoc. Fish and Wildl. Agencies. Montana Agric Exp Stn. 62:112-119.

Evans, C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the

BLM_0079009

Sheldon National Wildlife Refuge. Ph.D. Dissertation. Univ. of Nevada, Reno. Reno, NV.

Fischer, R.A., A.D. Apa, W.L. Wakkinen, K.P. Reese, and J.W. Connelly. 1993. Nesting-area fidelity of sage grouse in southeastern Idaho. The Condor. 95: 1038-1041.

Frost, W.E., E.L. Smith, and P.R. Ogden. Utilization guidelines. 1994. Rangelands       . 16(6):256-259.

Gibbens, R.P., and H.G. Fisser. 1975. Influence of Grazing Management Systems on Vegetation in the Red Desert Region of Wyoming. Univ. of Wyoming Agriculture Experiment Station. Science Monograph 29. Laramie, Wyoming

Giesen, K.M. 1995. Evaluation of livestock grazing and residual herbaceous cover on sage grouse nest success. Unpublished report. Colorado Division of Wildlife. Wildlife Research Report.

Gill, R.B. 1965. Distribution and Abundance of a Population of Sage Grouse in North Park, Colorado. Colorado State Univ.. Fort Collins, Colorado.

Glidewell, B.C., J.C. Mosley, and J.W. Walker. 2001. Sheep and cattle response when grazed together on sagebrush-grass rangeland. Western Section, American Society of Animal Science. American Society of Animal Science 52.

Godfrey, E.B. 1984. Measuring the Economic Impact of Agency Programs on Users and Local Communities in NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Greer, R. 1990. Sage Grouse Habitat Requirements and Development. Wyoming Game and Fish Dept..

Guthery, F.S. 1996. Upland Gamebirds. In P.R. Krausman, ed. Rangeland Wildlife. The Society for Range Management. Denver, Colorado.

Hanf, J. M., P.A. Schmidt, and E.B. Groshens. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988-1993. U. S. Dept. of Interior, Bureau of Land Management Series. Prineville, OR. P-SG-01.

Harris, W., K. Lungle, B. Bristol, D. Dickinson, D. Eslinger, P. Fargey, J. Kroshus, T. Livingston, S. Lunn, S. McAdam, I. Michaud, D. Milner, T. Poirier, D. Scobie, and L. Veitch. 2001. Canadian Sage Grouse Recovery Strategy.

Hausleitner, D. 2003. Population Dynamics, Habitat Use and Movements of Greater Sage-Grouse in Moffat County, Colorado. Master's Thesis. University of Idaho.

Hays, D., M. Tirhi, and D. Stinson. 1998. Washington State Status Report for the Sage Grouse. Washington Dept. of Fish and Wildlife. Olympia, WA.

Heady, H.F. and R.D. Child. 1994. Rangeland Ecology and Management. Boulder, Colorado: Westview Press.

Heath, B. J., R. Straw, S.H. Anderson, J. Lawson, and M. Holloran. 1998. Sage-Grouse Productivity, Survival, and Seasonal Habitat Use Among Three Ranches with Different Livestock Grazing, Predator Control, and Harvest Management Practices. Wyoming Game and Fish Dept..

Hockett, G.A. 2002. Livestock Impacts on the Herbaceous Components of Sage Grouse Habitat: A Review. Int. Jour. Sci.

Holechek, J. 1980. Livestock grazing impacts on rangeland ecosystems. Journal of Soil and Water Conservation. 162-164.

Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands. 21(2):12-16.

Holechek, J.L.; Pieper, R.D.; and C.H. Herbel. 2001. Range Management: Fourth Edition. Upper Saddle River, New Jersey: Prentice Hall.

Holloran, M.J. 2005. Greater Sage-Grouse (Centrocercus Urophasianus) Population Response to Natural Gas Field Development in Western Wyoming. Ph.D. Dissertation. University of Wyoming, Laramie.

Version 2                                                                                              66

Holloran, M.J., B.J. Heath, A.G. Lyon, S.J. Slater, J.L. Kuipers, and S.H. Anderson. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. J Wildl Manage. 69(2): 638-649.

Holloran, M.J. and S.H. Anderson. 2005. Spatial Distribution of Greater Sage-Grouse Nests in Relatively Contiguous Sagebrush Habitats. The Condor 107:742–752.

Hockett, G.A. 2002. Livestock impacts on the herbaceous components of sage grouse habitat: a review. Intermountain Journal of Sciences. 8(2):105-114.

Hulet, B.V. 1983. Selected Responses of Sage Grouse to Prescribed Fire, Predation and Grazing by Domestic Sheep in Southeastern Idaho. Master's Thesis. Brigham Young University.

Jones, A. 2000. Effects of cattle grazing on North American arid ecosystems: a quantitative review. Western North American Naturalist. 60(2):155-164.

Klebenow, D.A. 1981. Livestock Grazing Interactions with Sage Grouse Proceedings of the Wildlife-Livestock Relationships Symposium.   April 20-22, 1981. Moscow, Idaho Forest, Wildlife & Range Experiment Station, Univ. of Idaho, Moscow. Cour d'Alene, Idaho.

Klott, J.H. 1987. Use of habitat by sympatrically occurring sage grouse and sharp-tailed grouse with broods. Master's Thesis. University of Wyoming, Laramie, Wyoming.

Klott, J.H. and F.G. Lindzey. 1990. Brood habitats of sympatric sage grouse and Columbian Sharp-Tailed Grouse in Wyoming. J. Wildl. Manage. 54(1):84-88.

Klott, J.H.; Smith, R.B.; and C. Vullo. 1993. Sage Grouse Habitat Use in the Brown's Bench Area of South-Central Idaho. Idaho Bureau of Land Management Technical Bulletin No. 93-4. Boise, Idaho.

Knick, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. VanderHagen, and C. VanRiper. 2003. Teetering on the Edge or Too Late? Conservation and Research Issues for Avifauna of Sagebrush Habitats. The Condor. 105: 611-634.

Knight, D.H. 1994. Mountains and Plains: The Ecology of Wyoming Landscapes. New Haven: Yale University Press.

Kovalchik, B.L., and W. Elmore. 1991. Effects of cattle grazing systems on willow-dominated plant associations in central Oregon. In: Symposium on Ecology and Management of Riparian Shrub Communities May 29-31, 1991. Sun Valley, ID.

Kuipers, J. L. 2004. Grazing system and linear corridor influences on greater sage-grouse (Centrocercus urophasianus) habitat selection and productivity. Master's Thesis. The University of Wyoming, Laramie, Wyoming.

Laycock, W.A. 1994. Implications of Grazing vs. No Grazing on Today's Rangelands. in: Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO.

Leonard, K.M.; Reese, K.P.; and J.W. Connelly. 2000. Distribution, movements and habitats of sage grouse Centrocercus urophasianus on the Upper Snake River Plain of Idaho: changes from the 1950's to the 1990's. Wildlife Biology. 6(4):265-270.

Malechek, J.C. 1984. Impacts of Grazing Intensity and Specialized Grazing Systems on Livestock Response. in NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Marshall, D.B., Chilcote, M., and H. Weeks. 1996. Species at Risk: Sensitive, Threatened, and Endangered Vertebrates of Oregon. Oregon Dept. of Fish and Wildlife. Portland, OR.

Miller, R. F., T.J. Svejcar, and N.E. West. 1994. Implications of Livestock Grazing in the Intermountain Sagebrush Region: Plant Composition. Society for Range Management. Denver, CO.

Miller, R.F., and L.L. Eddleman. 2000. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State Univ. Agric Exp Stn. Technical Bulletin 151. Corvallis, OR.

BLM_0079011

Mosley, J.C., P.S. Cook, A.J. Griffis, and J. O'Laughlin. 1997. Guidelines for Managing Cattle Grazing in Riparian Areas to Protect Water Quality: Review of Research and Best Management Practices Policy. Univ. of Idaho. Report No. 15.

Moynahan, B.J.; Lindberg, M.S.; and J.W. Thomas. In press (a). Factors Contributing to Process Variance in Annual Survival of Female Greater Sage-Grouse in North-Central Montana. Ecological Applications.

Moynahan, B.J.; Lindberg, M.S.; J.J. Rotella; and J.W. Thomas. In press (b). Factors Affecting Nest Survival of Greater Sage-Grouse in Northcentral Montana. Journal of Wildlife Management.

Mueggler, W.F. 1950. Effects of Spring and Fall Grazing by Sheep on Vegetation of the Upper Snake River Plains. Intermountain Forest and Range Experiment Station, U.S. Department of Agriculture Forest Service. Ogden, UT.

Myers, L.H. 1989. Grazing and Riparian Management in Southwestern Montana. *In:* Practical Approaches to Riparian Resource Management: An Educational Workshop May 8-11, 1989. Montana Chapter American Fisheries Society; U.S. Bureau of Land Management; Western Division American Fisheries Society; U.S. Forest Service, Northern Region; Society for Range Management; Montana Riparian Association; U.S. Fish and Wildlife Service.

National Research Council/National Academy of Sciences. 1984. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management. Westview Press, Inc. Boulder, CO.

Neel, L.A. 1980. Sage Grouse Response to Grazing Management in Nevada. M.S. Thesis. Univ. of Nevada, Reno. Reno, Nevada.

Oakleaf, R.J. 1971. The relationship of sage grouse to upland meadows in Nevada. Nevada Dept. of Fish and Game, and Renewable Resources Center, University of Nevada, Reno.

Patterson, R. L. 1952. The Sage Grouse in Wyoming. Wyoming Game and Fish Comm. and Sage Books, Inc. Denver, Colorado.

Pechanic, J.F., and G. Stewart. 1949. Grazing spring-fall sheep ranges of southern Idaho. U.S. Department of Agriculture Forest Service. Circular No. 808. Washington, D.C.

Pedersen, E.K.; Connelly, J.W.; Hendrickson, J.R.; and W.E. Grant. 2003. Effect of sheep grazing and fire on sage grouse populations in southeastern Idaho. Ecological Modelling. 165(2003):23-47.

Peterson, J.G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. J. Wildl. Manage. 34(1):147-154.

Poley, B. E. 1969. Seasonal Movements of Sage Grouse in Colorado. Journal of Colorado Field Ornithologists. 5:1-4.

Rasmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the Sage Grouse in Utah, with special reference to nesting and feeding habits. *In:* Transactions of the North American Wildlife Conference. 3: 852-864.

Rees, E. 1993. Threatened, Endangered, & Sensitive Species Affected by Livestock Production: A Preliminary Survey of Data Available in Ten Western States. Audubon Society of Portland. Portland, Oregon.

Robertson, M.D. 1991. Winter Ecology of Migratory Sage Grouse and Associated Effects of Prescribed Fire in Southeastern Idaho. Master's Thesis. University of Idaho.

Rowland, M.M. 2004. Effects of management practices on grassland birds: Greater Sage-Grouse. Jamestown, ND Northern Prairie Wildlife Research Center.

Rowland, M.M., and M.J. Wisdom. 2002. Research Problem Analysis for Greater Sage Grouse in Oregon. Oregon Dept. of Fish and Wildlife.

Savage, D.E. 1969. The relationship of sage grouse to upland meadows in Nevada.

BLM_0079012

Nevada Cooperative Wildlife Research, Nevada Fish and Game Commission, and Nevada Agricultural Experiment Station. 101 pp.

Schoenberg, T.J. 1982. Sage grouse movements and habitat selection in North Park, Colorado. Master's Thesis, Colorado State University.

Schroeder, M.A.; Young, J.R.; and C.E. Braun. 1999. Sage Grouse. The Birds of North America, No. 425.

Severson, K.E., and P.J. Urness. 1994. Livestock Grazing: A Tool to Improve Wildlife Habitat *in*: Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO.

Shaw, N.L. 1991. Recruitment and growth of Pacific will and sandbar willow seedlings in response to season and intensity of cattle grazing. *In*: Symposium on Ecology and Management of Riparian Shrub Communities    May 29-31, 1991. Sun Valley, ID.

Stillings, A.M. Tanaka, J.A.; Rimbey, N.R.; Delcurto, T.; Momont, P.A.; and M.L. Porath. 2003. Economic implications of off-stream water developments to improve riparian grazing. J. Range Manage. 56: 418-424.

Stinson, D.W., D.W. Hays, and M. Schroeder. 2004. Washington State Recovery Plan for the Greater Sage-Grouse. Washington Dept. of Fish and Wildlife. Olympia, Washington.

Sveum, C.M., W.D. Edge, and J.A. Crawford. 1998. Nesting habitat selection by sage grouse in south-central Washington. J Range Manage. 51: 265-269.

Swanson, S., D. Franzen, and M. Manning. 1987. Rodero Creek: Rising water on the high desert. Journal of Soil and Water Conservation. 405-407.

Torell, L.A., J.A. Tanaka, N. Rimbey, T. Darden, L. Van Tassell, and A. Harp. 2002. Ranch-Level Impacts of Changing Grazing Policies on BLM Land to Protect the Greater Sage-Grouse: Evidence from Idaho, Nevada and Oregon. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-01-02. Caldwell, ID.

Tweit, S. J. 2000. The [Next] Spotted Owl. Audubon. November-December 2000: 64-70.

U. S. Dept. of Interior, Bureau of Land Management. 1975. Effects of livestock grazing on wildlife, watershed, recreation, and other resource values in Nevada. U. S. Dept. of Interior, Bureau of Land Management.

U. S. Dept. of Interior, Bureau of Land Management. 1979. Habitat Requirements and Management Recommendations for Sage Grouse. Bureau of Land Management TN 330. Denver, CO.

U. S. Dept. of Interior, Bureau of Land Management. 1997. Grazing Management for Riparian-Wetland Areas. TR 1737-14.

U. S. Dept. of Interior, Bureau of Land Management. 1997. Idaho Standards for rangeland health and guidelines for livestock grazing management. Idaho State Office. Boise, ID. BLM/ID/PT-97/002+4120/rev 8/97

U. S. Dept. of Interior, Bureau of Land Management. 1999. Owyhee Resource Management Plan. Boise Field Office. Boise, ID.

U. S. Dept. of Interior, Bureau of Land Management. 2000. Management guidelines for sage grouse and sagebrush ecosystems in Nevada.

U. S. Dept. of Interior, Bureau of Land Management. 2002. Management Considerations for Sagebrush (*Artemisia*) in the Western United States: a selective summary of current information about the ecology and biology of woody North American sagebrush taxa. Washington, D.C.

U. S. Dept. of Interior, Bureau of Land Management. 2004. Bureau of Land Management National Sage-Grouse Habitat Conservation Strategy.

U. S. Dept. of Interior, Bureau of Land Management, U.S. Fish and Wildlife Service, U.S. Forest Service, Oregon Dept. of Fish and Wildlife, and Oregon Dept. of State Lands. 2000. Management guidelines for Greater sage-grouse and sagebrush-steppe ecosystems.

Vallentine, J.F. 1990. Grazing Management. Academic Press, Inc. San Diego, California.

BLM_0079013

van Kooten, G.C., R. Thomsen, T.G. Hobby, and A.J. Eagle. 2004. Social Dilemmas and Public Range Management in Nevada.

Van Tassell, L.W.; Torell, L.A.; Rimbey, N.R.; and E.T. Bartlett. 1997. Comparison of forage value on private and public grazing. J. Range Manage. 50:300-306.

Vavra, M.; Laycock, W.A.; and R.D. Pieper, eds. 1994. Ecological Implications of Livestock Herbivory in the West. Society for Range Management. Denver, CO.

Wakkinen, W.L. 1990. Nest Site Characteristics and Spring-Summer Movements of Migratory Sage Grouse in Southeastern Idaho. Ph.D. Dissertation. Univ. of Idaho.

Wallestad, R. O. 1975. Life history and habitat requirements of sage grouse in central Montana. Montana Fish and Game Dept. Technical Bulletin.

Wambolt, C.A., and G.F. Payne. 1986. An 18-year comparison of control methods for Wyoming Big Sagebrush in southwestern Montana. J Range Manage. 39(4): 314-319.

Wambolt, C.L., A.J. Harp, B.L. Welch, N. Shaw, J.W. Connelly, K.P. Reese, C.E. Braun, D.A. Klebenow, E.D. McArthur, J.G. Thompson, L.A. Torell, and J.A. Tanaka. 2002. Conservation of Greater Sage-Grouse on Public Lands in the Western U.S.: Implications of Recovery and Management Policies. Policy Analysis Center for Western Public Lands. PACWPL Policy Paper SG-02-02. Caldwell, ID.

Watters, M.E.; McLash, T.L.; Aldridge, C.L.; and R.M. Brigham. 2002. The effect of vegetation structure on predation of artificial sage grouse nests. Ecoscience 9(3)314-319.

Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993. Sage Grouse in Oregon. Oregon Dept. of Fish and Wildlife. Wildlife Research Report No. 15. Portland, OR.

Winward, A.H. 2000. Monitoring the Vegetation Resources in Riparian Areas. U.S. Department of Agriculture   Forest Service Rocky Mountain Research Station. GTR RMRS-GTR-47. Ogden, UT.

Workman, J.P., S.K. Fairfax, and W. Burch. 1984. Applying Socioeconomic Techniques to Range Management Decision Making: Summary and Recommendations *in* NRC/NAS. Developing Strategies for Rangeland Management: A Report Prepared for the Committee on Developing Strategies for Rangeland Management.

Wyoming Game and Fish Department. 2003. Wyoming Greater Sage-Grouse Conservation Plan. Wyoming Game and Fish Department, Cheyenne, WY. 97 pp.

BLM_0079014

## Wildlife Integrity Tables
## Utah Division of Wildlife Resources / The Nature Conservancy

The Utah Division of Wildlife Resources (DWR) and The Nature Conservancy (TNC) have entered into a four-year Cooperative Agreement under which the DWR is developing Integrity Tables for 104 animal species on the Utah State Sensitive Species list.

Definition and Concept of Integrity Tables

An Integrity Table, or Viability Worksheet, is a tabular means of storing and displaying information on the biological and ecological functioning of a species – in this case, the animals on the Utah State Sensitive Species list. The Integrity Table format is also applicable to higher levels of biological organization, such as coarse-scale "ecological system" units defined by NatureServe.

The Table format contains three core elements that apply to a species or system, as follows:

1. **Key Ecological Attributes** – structure, composition, interactions and abiotic and biotic processes that enable the species or system to persist.
2. **Indicator** – a measurable entity that is used to assess the status and trend of a Key Ecological Attribute.
3. **Indicator Rating** – the ranges of variation in an Indicator that define and distinguish rating categories (e.g. Good, Fair, Poor), thereby providing a consistent and objective basis for assessing the status of each Indicator.

Among these three, the Key Ecological Attribute (KEA) is the basic element. KEAs are the essential currency for identifying and measuring the composition, structure, and function of species or systems at any biological or geographic scale. KEAs are those components that most clearly define or characterize the species or system, limit its distribution, or determine its variation over space and time, on a time scale of 100+ years.

Derivation and Uses of Integrity Tables

The Integrity Table format and its elements were developed by The Nature Conservancy as a module in a larger Excel-based workbook for site-level conservation planning, known as Conservation Action Planning (CAP). Within this broader process, Integrity Tables are the essential bedrock foundation of ecological function used for identifying: (1) Threats to species or systems, followed by (2) Strategies or actions needed to abate those threats.

Apart from their place in the formal Excel CAP workbook, Integrity Tables may be used by agencies or organizations for similar purposes, including:

- Baseline measures of the status of a species or system at any of several scales (occurrence, population, rangewide), per the KEAs and Indicators.
- The trend of a species or system, via repeated measurements of Indicators over time.
- Identification of risks or threats to a species or system (again, at various scales), from which conservation strategies and management actions can be developed and implemented.
- A gauge, via measures of Indicators, of the effectiveness of strategies and actions that are used to abate threats to and enhance the status of a species or system.

The use of these Integrity Tables by many entities will ideally introduce a more desirable level of consistency, via a shared body of underlying scientific information on which each partner's respective objectives or actions are subsequently based.

Cautions Regarding the DWR-TNC Wildlife Tables

The Wildlife Integrity Tables developed by the DWR represent a "gold standard" of sorts. In many cases these Tables include large amounts of functional, life-history and habitat information for each species. Thus one may find within them some Key Ecological Attributes and their Indicators that may be less simple to measure in the field than might be desired. Nevertheless, it was deemed better to have the ability to pare down from too much information, than not to have enough information at the outset.

To date (December 2006) none of these tables has been used extensively in the Viability module of a formal Excel-based CAP workbook, especially a CAP exercise with external (non-TNC) partners such as the Forest Service, Fish and Wildlife Service, DWR or BLM. Thus these Tables alone do not automatically provide the subsequent, complete picture of Threats (Stresses/Sources) and Strategies that would proceed from the full CAP process.

Finally, in using the Tables it is imperative to ***read the footnotes and read the comments column***. Many questions that arise while reviewing the KEA/Indicator information can probably be answered by consulting the footnotes and comments.

Legal Information

The Cooperative Agreement governing the joint DWR-TNC project contains certain clauses regarding these Tables:

1.  The information entered in the Species Integrity Tables shall be in the public domain (hereinafter the "Public Domain Information"). The Public Domain Information may be freely used or published by TNC, DWR, USFWS, other organizations, other government agencies, and the public. Any publication of the Public Domain Information entered in the Species Integrity Tables by DWR or TNC shall include a statement recognizing the contribution of TNC, DWR, and USFWS in the development of the Public Domain Information.

2.  DWR shall use the Conservancy's Pre-Existing Materials [i.e. the blank Table template and instructions developed and owned by TNC] in entering the Public Domain Information in the Species Integrity Tables. The Conservancy hereby grants DWR a worldwide, irrevocable, perpetual license to make, have made, use, reproduce, publicly display, publicly perform, disclose, distribute and export the Species Integrity Tables (with the Conservancy Pre-Existing Materials therein). DWR agrees that all exercise of the license granted herein will be without commercial gain for the benefit of DWR and that DWR will not sell copies of the Species Integrity Tables distributed or otherwise provided by DWR.

Thus the contents of the Tables are in the public domain and may be freely shared, although to do so those contents are necessarily housed in the rows and columns of the Table structure itself. The prohibition involved is that neither the DWR, nor anyone else, may take the Integrity Table blank template with instructions (TNC property) and claim it as their own or attempt to sell it.

## greater sage-grouse (*Centrocercus urophasianus*)
## Ecological Integrity Table[1]

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| size | population maintenance (survival of young) | no. of juveniles/ hen in the fall | <2.19 | 2.19–2.25 | 2.25–2.96 | >2.96 | Connelly et al. (2000) and sources cited therein | "Among western states, long-term ratios have varied from 1.40 to 2.96 juveniles/hen in the fall; since 1985 these ratios have ranged from 1.21 to 2.19 . . . . Available data suggest that a ratio ≥2.25 juveniles/hen in the fall should result in stable to increasing sage grouse populations . . . " (Connelly et al. 2000). |
| landscape | general habitat (food, cover) | cover type | cultivated fields (e.g., alfalfa, wheat, crested wheatgrass) | scrub-willow; sagebrush savannas with juniper, ponderosa pine, or quaking aspen | small sagebrush (e.g., low, black); forb-rich mosaics of low and tall sagebrush; riparian meadows; steppe dominated by native grasses and forbs | large, woody, tall sagebrush (e.g., big, silver, and three-tip) | Schroeder et al. (1999), Connelly et al. (2000, 2004) | |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 1 of 22

BLM_0079017

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | lek sites | topography | — | — | benches, broad ridge tops | valley bottoms, draws | Rogers (1964), Schroeder et al. (1999) | |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 2 of 22

BLM_0079018

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | lek sites | cover type or other landscape feature | roads, landing strips | cropland, burned areas, dry lakebeds, gravel pits | low sage brush flats or ridge tops | open areas surrounded by sagebrush, grassy swales | Connelly et al. (2000), Schroeder et al. (1999), Rogers (1964) | "Leks . . . typically occur in open areas surrounded by sagebrush . . . ; these sites include, but are not limited to, landing strips, old lakebeds, low sagebrush flats and ridge tops, roads, cropland, and burned areas . . . . Sage grouse males appear to form leks opportunistically at sites within or adjacent to potential nesting habitat" (Connelly et al. 2000), and "[t]he most important characteristic for leks may be their proximity and configuration with nesting habitat for females" (Connelly et al. 2004). "No evidence that lek habitat is limiting" (Schroeder et al. 1999). **See indicator at bottom of table concerning lek disturbance.** |

BLM_0079019

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | lek sites | slope | ≥10% | — | — | <10% | Nisbet et al. (1983), Rogers (1964) | |
| landscape | lek sites | aspect | E | — | — | S | Rogers (1964) | The importance of this indicator is uncertain. |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 4 of 22

BLM_0079020

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | nest sites (protective cover) | nest cover | non-shrubs | other shrubs (non-sagebrush)<br><br>Note: ". . . [N]esting success for non-sagebrush nests (42%) was higher than sagebrush nests (31%) in California . . ." (Connelly et al. 2004). | other sagebrush | mountain big sagebrush | Connelly et al. (2000, 2004) and sources cited therein | "Most sage grouse nests occur under sagebrush . . . , but sage grouse will nest under other plant species . . . . However, grouse nesting under sagebrush experience greater nest success (53%) than those nesting under other plant species (22% . . .). . . . The greatest nest success occurred in a mountain big sagebrush (*A. t. tridentata vaseyana*) cover type where shrubs 40–80 cm in height had greater canopy cover at the site of successful nests than at unsuccessful nests . . . . These observations were consistent with the results of an artificial nest study showing greater coverage of medium-height shrubs improved success of artificial nests . . ." (Connelly et al. 2000). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 5 of 22

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | nest sites (protective cover) | mean height of nest-cover sagebrush* | <29 cm or >80 cm | 29–46 cm | 46–63 cm | 63–80 cm | Connelly et al. (2000) and sources cited therein | "Mean height of sagebrush most commonly used by nesting [sage] grouse ranges from 29 to 80 cm . . . , and nests tend to be under the tallest sagebrush within a stand . . . . In general, sage grouse nests are placed under shrubs having larger canopies and more ground and lateral cover . . . " (Connelly et al. 2000). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 6 of 22

BLM_0079022