| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | nest sites (protective cover) | mean canopy coverage of sagebrush surround-ing nest* | <15% or >38% | 15–23% | 23–30% | 30–38% | Connelly et al. (2000) and sources cited therein | "In general, sage grouse nests are . . . in stands with more shrub canopy cover than at random sites . . . . Sagebrush cover near the nest site was greater around successful nests than unsuccessful nests in Montana . . . . [A]lso . . . successful nests were in sagebrush stands with greater average canopy coverage (27%) than those of unsuccessful nests (20%)" (Connelly et al. 2000). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 7 of 22

BLM_0079023

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | nest sites (protective cover—"may provide scent, visual, and physical barriers to potential predators") | mean grass (and forb) height at nest site* (measured as "droop height", the highest naturally growing portion of the plant) | <14 cm or >34 cm | 14–21 cm | 21–27 cm | 27–34 cm | Connelly et al. (2000) and sources cited therein | "Grass height at nests under non-sagebrush plants was greater (P<0.01) than that associated with nests under sagebrush, . . . . Grass >18 cm in height occurring in stands of sagebrush 40–80 cm tall resulted in lesser nest predation rates than in stands with lesser grass heights . . . . [T]he herbaceous height requirement may not be possible in habitats dominated by grasses that are relatively short when mature. . . . If average sagebrush height is >75 cm, herbaceous [i.e., grass and forb] cover may need to be substantially greater than 18 cm" in height and >25% cover (grasses and forbs combined) to provide lateral concealment from predators" (C. et al.). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 8 of 22

BLM_0079024

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | nest sites (protective cover) | mean canopy coverage of grass (and forbs) surround-ing nest* | <3% or >51% | 3–19% | 19–35% | 35–51% | Connelly et al. (2000) and sources cited therein | "Some cover estimates may include both grasses and forbs" (Connelly et al. 2000).  Upper limit for grasses only (i.e., no forbs) may be 30 or 32%, but this has not been checked against original sources. However, it may be that separating grasses and forbs is not biologically meaningful—i.e., that they are of equal cover value to nesting sage-grouse.  "If average sagebrush height is >75 cm, herbaceous [i.e., grass and forb] cover may need to be substantially greater than 18 cm" in height and >25% cover (grasses and forbs combined) to provide lateral concealment from predators. . . .  [I]n Oregon, grass cover was greater at successful nests than at unsuccessful nests . . ." (C. et al.) |

BLM_0079025

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | nesting habitat (food and protective cover) | spring forb cover | <7% | 7–13% | 13–15% | >15% | Connelly et al. (2004) and sources cited therein | |
| landscape | nesting habitat (food) | food forb cover | <0.5% | 0.5–2% | 2–3% | >3% | Connelly et al. (2004) and sources cited therein | |
| landscape | nesting habitat (protective cover) | grass cover >18 cm tall | <0.5% | 0.5–5% | 5–10% | >10% | Connelly et al. (2004) and sources cited therein | |
| landscape | early brood-rearing habitat | cover type | — | — | — | upland sagebrush, sagebrush-grassland | Connelly et al. (2000, 2004) and sources cited therein | |
| landscape | early brood-rearing habitat | mean sagebrush height* | <30 cm or >80 cm | — | — | 30–80 cm | Connelly et al. (2000) | |
| landscape | early brood-rearing habitat | sagebrush canopy cover* | <15% or >25% | — | — | 15–25% | Connelly et al. (2000) | |
| landscape | early brood-rearing habitat | mean grass and forb height* measured as "droop height", the highest naturally growing portion of the plant | <18 cm | — | — | >18 cm | Connelly et al. (2000) | ". . . [T]he herbaceous height requirement may not be possible in habitats dominated by grasses that are relatively short when mature" (Connelly et al. (2000). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 10 of 22

BLM_0079026

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | early brood-rearing habitat | perennial grass cover* | <15% | 15–20% | 20–25% | >25% | Connelly et al. (2000) | ". . . [S]ome Wyoming sagebrush and low sagebrush breeding habitats may not support 25% herbaceous cover.  In these areas, total herbaceous cover should be ≥15% . . ." (Connelly et al. (2000). |
| landscape | early brood-rearing habitat | forb cover* | <10% | — | — | >10% | Connelly et al. (2000) | ". . . [S]ome Wyoming sagebrush and low sagebrush breeding habitats may not support 25% herbaceous cover.  In these areas, total herbaceous cover should be ≥15% . . ." (Connelly et al. (2000). |
| landscape | early brood-rearing habitat | portion of indicated habitat type with suitable conditions for the above 5 indicators* | <80% | — | — | >80% | Connelly et al. (2000) | |

BLM_0079027

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | summer—late brood-rearing habitat | cover type | other | farmland and other irrigated areas near sagebrush | small burned areas within sagebrush | sagebrush | Connelly et al. (2000) and sources cited therein | |
| landscape | summer—late brood-rearing habitat | mean sagebrush height* | <40 cm or >80 cm | — | — | 40–80 cm | Connelly et al. (2000) | |
| landscape | summer–late brood-rearing habitat | sagebrush canopy cover* | <10% or >20% | — | — | 10–20% | Connelly et al. (2000) | |
| landscape | summer–late brood-rearing habitat | total shrub cover* | >25% | — | — | ≤25% | Connelly et al. (2000) | |
| landscape | summer–late brood-rearing habitat | mean grass and forb height* | <15 cm | — | — | >15 cm | Connelly et al. (2000) | |
| landscape | summer–late brood-rearing habitat | portion of indicated habitat type with suitable conditions for the above 4 indicators* | ≤40% | — | — | >40% | Connelly et al. (2000) | |
| landscape | winter habitat | portion of indicated habitat type with suitable conditions for the 2 indicators below* | ≤80% | — | — | >80% | Connelly et al. (2000) | |

BLM_0079028

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | winter habitat | mean canopy coverage of sagebrush above snow* | <12% or >43% | 12–22% | 22–33% | 33–43% | Connelly et al. (2000) and sources cited therein | "Sagebrush is the essential component of winter habitat. Sage grouse select winter-use sites based on snow depth and topography, and snowfall can affect the amount and height of sagebrush available to grouse . . . . Thus, on a landscape scale, sage grouse winter habitats should allow grouse access to sagebrush under all snow conditions . . ." Connelly et al. (2000). |

BLM_0079029

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | winter habitat | mean height of sagebrush above snow* | <20 cm or >46 cm | 20–29 cm | 29–37 cm | 37–46 cm | Connelly et al. (2000) and sources cited therein | "Sagebrush is the essential component of winter habitat. Sage grouse select winter-use sites based on snow depth and topography, and snowfall can affect the amount and height of sagebrush available to grouse . . . . Thus, on a landscape scale, sage grouse winter habitats should allow grouse access to sagebrush under all snow conditions . . ." Connelly et al. (2000). |
| landscape | winter habitat | mean height of sagebrush (total height of plant, no snow) | <41 cm or >56 cm | 41–46 cm | 46–51 cm | 51–56 cm | Connelly et al. (2000) and sources cited therein | Data are from only 2 sources and may not be representative of the full range of suitable conditions. |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 14 of 22

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | habitat alteration, predation | nonnative predators (cats, dogs) and native predators favored by human alterations of habitat (red foxes, common ravens) | abundant | common | few | none | Connelly et al. (2000) | "Constructing ranches, farms, and housing developments has resulted in the addition of nonnative predators to sage grouse habitats" (Connelly et al. 2000). "In Oregon, removal of Common Ravens resulted in 35% rate of nest success compared with 3% rate of nest success in a non-removal area . . . . However, predator removals have not been shown to improve long-term size and stability of Sage Grouse populations over large regions . . ." (Schroeder et al. 1999). |

BLM_0079031

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | habitat degradation | grazing | — | — | — | none | Connelly et al. (2000) | Grazing can reduce sagebrush cover as well as grass height and cover and forb diversity and abundance, all of which are of critical importance to sage-grouse.  "Avoid developing springs for livestock water, but if water from a spring will be used in a pipeline or trough, design the project to maintain free water and wet meadows at the spring.  Capturing water from springs using pipelines and troughs may adversely affect wet meadows used by grouse for foraging" (Connelly et al. 2000). |
| landscape | habitat degradation (e.g., elimination of sagebrush) | herbicide treatments | — | — | — | none | Rogers (1964), Connelly et al. (2000) and sources cited therein | |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 16 of 22

BLM_0079032

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | habitat degradation (e.g., elimination of sagebrush and native grasses and forbs, invasion by exotic annual grasses such as cheatgrass) | burning | — | — | — | none | Rogers (1964), Connelly et al. (2000) and sources cited therein | "Generally, fire should not be used [as a management treatment] in breeding habitats dominated by Wyoming big sagebrush. Fire can be difficult to control and tends to burn the best remaining nesting and early brood-rearing habitats (i.e., those with the best understory), while leaving areas with poor understory. Further, we recommend against using fire in habitats dominated by xeric mountain big sagebrush (*A. t. xericensis*) because annual grasses commonly invade these habitats . . . . Suppress wildfires in all breeding habitats. . . . Do not use fire in sage grouse habitats prone to invasion by cheatgrass and other invasive weed species . . . ." |

BLM_0079033

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | habitat degradation (e.g., elimination or reduction of sagebrush) | mechanical treatments | — | — | — | none | Connelly et al. (2000) and sources cited therein | |
| landscape | habitat | invasive junipers and other conifers | present, abundant, and encroaching sagebrush | present, but few or not encroaching | few and not encroaching | absent | Connelly et al. (2000) | Remove or control by using methods that are least disruptive to sagebrush. |
| landscape | habitat restoration (reseeding) | seed mix | non-sagebrush, nonnative species | "species that are functional equivalents and provide habitat character-istics similar to those of native species" of sagebrush, forbs, and grasses | — | native sagebrush, native forbs (especially legumes), native grasses (especially bunch-grasses) | Connelly et al. (2000) | "All wildfires and prescribed burns should be evaluated as soon as possible to determine whether reseeding is necessary to achieve habitat management objectives" (Connelly et al. 2000). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 18 of 22

BLM_0079034

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | mortality | fences, utility lines and poles | many | — | — | none | Connelly et al. (2000) | "Increase the visibility of fences and other structures occurring within 1 km of seasonal ranges by flagging or similar means if these structures appear hazardous to flying grouse (e.g., birds have been observed hitting or narrowly missing these structures or grouse remains have been found nest to these structures). . . . Avoid building powerlines and other tall structures that provide perch sites for raptors within 3 km of seasonal habitats.  If these structures must be built, or presently exist, the lines should be buried or poles modified to prevent their use as raptor perch sites" (Connelly et al. 2000). |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 19 of 22

BLM_0079035

| Category | Key Ecological Attribute | Indicator | Indicator Rating | | | | Basis for Indicator Rating | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Poor | Fair | Good | Very Good | | |
| landscape | lek and nesting disturbance | energy resource extraction (e.g., natural gas, oil, or coal development) and mining, especially during breeding and nesting season | energy development (well pads, surface mining, or roads) ≤3 km from lek or light traffic (1–12 vehicles/day) | — | — | no well pads, surface mining, roads, or traffic in vicinity | Lyon and Anderson (2003), Braun (1986), Connelly et al. (2000) | From disturbed (vs. undisturbed) leks, hens moved greater distances to nest (12.4 km vs. 2.1 km) and fewer hens (65% vs. 89%) initiated nests.  Only 26% of hens from disturbed leks nested ≤3 km from the lek vs. 91% from undisturbed leks, and the probability of a successful hatch appeared to be associated with distances traveled from lek to nest (Lyon and Anderson 2003).  Upgrade of coal-hauling roads and increase in traffic caused abandonment of a lek (50 m from a road) and 83% reduction of strutting males on another lek (500 m from a road) within 3 years of the upgrade (Braun 1986). ≥ 6 leks in Alberta were disturbed by energy development and 4 were abandoned. |

Utah DWR - greater sage-grouse ecological integrity table.doc, page 20 of 22

[1]Concerning this species, Connelly et al. (2000) pointed out: "Populations may have 1) distinct winter, breeding, and summer areas; 2) distinct summer areas and integrated winter and breeding areas; 3) distinct winter areas and integrated breeding and summer areas; or 4) well-integrated seasonal habitats (nonmigratory populations).  Seasonal movements between distinct seasonal ranges may exceed 75 km . . . , which complicates attempts to define populations.  Thus, [it has been] suggested that sage grouse populations be defined on a temporal and geographic basis.  Because of differences in seasonal movements among populations . . . , 3 types of sage grouse populations can be defined:  1) nonmigratory, grouse do not make long-distance movements (i.e., >10 km one way) between or among seasonal ranges; 2) one-stage migratory, grouse move between 2 distinct seasonal ranges; and 3) 2-stage migratory, grouse move among 3 distinct seasonal ranges.  Within a given geographic area, especially summer range, there may be birds that belong to more than one of these types of populations.  On an annual basis, migratory sage grouse populations may occupy areas that exceed 2,700 km$^2$ . . . .  During winter, . . . migratory sage grouse in southeastern Idaho . . . occupied an area ≥140 km$^2$.  For a nonmigratory population in Montana, . . . winter home range size ranged from 11 to 31 km$^2$.  During summer, migratory sage grouse in Idaho occupied home ranges of 3 to 7 km$^2$ . . . .  Despite large annual movements, sage grouse have high fidelity to seasonal ranges . . . .  Females return to the same area to nest each year . . . and may nest within 200 m of their previous year's nest . . . .  Although the lek may be an approximate center of annual ranges for nonmigratory populations . . . , this may not be the case for migratory populations . . . .  Average distances between nests and nearest leks vary from 1.1 to 6.2 km, but distance from lek of female capture to nest may be >20 km . . . .  Nests are placed independent of lek location . . . ."  For migratory populations, suitable migratory corridors are presumed to be of importance for movements between 2 or 3 seasonal ranges.  Migratory routes are traditional, and sage-grouse do not readily change established routes, which may be 80–160 km in length.  "Unfortunately, the distribution, configuration, and characteristics of these migratory corridors is largely unknown in most portions of the sage-grouse distribution" (Connelly et al. 2004).  Thus, the characteristics of suitable migratory corridors cannot be addressed using "indicators" (i.e., rows) in this table.  However, it does seem reasonable to assume, despite the lack of knowledge concerning migratory corridors, that healthy sagebrush habitats should connect different seasonal use areas.

*Most important indicators.

Literature Cited

Braun, C. E.  1986.  Changes in sage grouse lek counts with advent of surface coal mining.  *Proceedings of Issues and Technology in the Management of Impacted Western Wildlife* 2: 227–231.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Silver.  2004.  Conservation assessment of greater sage-grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming.  Unpublished report, xx + ~600 pp.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000.  Guidelines to manage sage grouse populations and their habitats.  *Wildlife Society Bulletin* 28: 967–985.

Lyon, A. G., and S. H. Anderson.  2003.  Potential gas development impacts on sage grouse nest initiation and movement.  *Wildlife Society Bulletin* 31: 486–491.

Nisbet, R. A., S. H. Berwick, and K. L. Reed.  1983.  A spatial model of sage grouse habitat quality.  *Developments in Environmental Modeling* 5: 267–276.

Rogers, G. E.  1964.  Sage grouse investigations in Colorado.  Technical Publication Number 16, Colorado Game, Fish and Parks Department, Fort Collins, Colorado.  132 pp.

BLM_0079037

Schroeder, M. A., J. R. Young, and C. E. Braun.  1999.  Sage grouse.  *Birds of North America* 425: 1–27.

Utah DWR - greater sage-grouse ecological integrity table.doc, page 22 of 22

BLM_0079038

| | |
|---|---|
| **From:** | Kate Wynant |
| **To:** | UFO AR |
| **Subject:** | FW: Scoping Part 11 |
| **Date:** | Wednesday, February 17, 2010 2:26:40 PM |
| **Attachments:** | GrazingInGrouseHabitat_081609.pdf |

**Kate Wynant**

EMPSi  Environmental Management and Planning Solutions, Inc.

3775 Iris Avenue, Suite 1A

Boulder, CO  80301

tel:  303-447-7160     fax:  866-625-0707

**www.EMPSi.com**     *Bringing clarity to the complex ™*

*GSA Contract GS10F-0412S*        HUBZone-certified

Denver         Reno         San Francisco        Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

**From:** Jonathan B. Ratner [mailto:jonathan@westernwatersheds.org]
**Sent:** Wednesday, February 17, 2010 1:34 PM
**To:** Kate Wynant
**Subject:** FW: Scoping Part 11

**From:** Jonathan B. Ratner [mailto:jonathan@westernwatersheds.org]
**Sent:** Sunday, February 07, 2010 4:56 PM
**To:** 'uformp@blm.gov'
**Subject:** Scoping Part 11

Jonathan B. Ratner

Director - WWP Wyoming Office

PO Box 1160

Pinedale, WY 82941

Tel: 877-746-3628

Fax: 707-597-4058

BLM_0079039

# Grazing Influence, Management and Objective Development in Wyoming's Greater Sage-Grouse Habitat

## With emphasis on Nesting and Early Brood Rearing

August 16, 2009




BLM_0079040

# Table of Contents

A. Introduction ......................................................................................................................... 4
B. Background .......................................................................................................................... 4
C. Sage-Grouse Habitat Review ............................................................................................. 5
D. Wyoming Sagebrush Habitat Characteristics .................................................................... 8
  1. Ecological Sites ............................................................................................................. 8
  2. Sagebrush and Herbaceous (grass and forb) Interaction and Competition ................... 9
    a. Competition For Moisture ......................................................................................... 10
    b. Competition for Space .............................................................................................. 11
E. Plant Succession in Sagebrush Habitat ............................................................................. 11
  1. Platte River State and Transition Model ....................................................................... 11
    a. The Reference State ................................................................................................... 12
    b. The Sagebrush/Rhizomatous Grass-Bluegrass State ................................................ 14
    c. Sagebrush/Bare Ground State ................................................................................... 15
  2. Vegetation Management Objective ................................................................................ 15
  3. Grazing Influence on Sagebrush Site Progression ........................................................ 16
    a. The Key Transition .................................................................................................... 16
    b. The Backwards Transition ........................................................................................ 17
    c. A Cumulative Impact Hypothesis ............................................................................. 19
    d. Vigor ......................................................................................................................... 20
    e. Thresholds – The Key Priority .................................................................................. 20
  4. Disturbance to Vegetation – Reinitiating Site Progression ........................................... 21
  5. A Disturbance Presumption ........................................................................................... 24
  6. Grazing Influence on the Pace of Succession ............................................................... 24
  7. Succession Variables Preceding Disturbance ............................................................... 25
F. Grazing Management .......................................................................................................... 26
  1. Long Term Management for Plant Heath ....................................................................... 26
    a. Key Factors ............................................................................................................... 26
    b. Grazing Use Pattern .................................................................................................. 29
    c. Designing grazing strategies to meet the plant growth requirements of cool season
    bunchgrasses. ................................................................................................................. 30
    d. Long Term Plant Growth Issues - Designing Grazing Strategies to meet riparian plant
    growth requirements ...................................................................................................... 32
  2. Annual Management of the Standing Crop .................................................................... 35
  3. Project Infrastructure ..................................................................................................... 35
  4. Distribution .................................................................................................................... 37
  5. Evaluation, Monitoring and Assessment ....................................................................... 37
  6. Drought Management ..................................................................................................... 38
G. Summary of Grazing Management in Sage-Grouse Habitat .............................................. 39
H. Contributing Authors ......................................................................................................... 42

BLM_0079041

# List of Figures

Figure 1 – Major Land Resource Areas of Wyoming.................................................................... 8
Figure 2 – Sagebrush Occupation Pattern..................................................................................... 10
Figure 3 – A Platte River State and Transition Model.................................................................. 12
Figure 4 – The Reference State...................................................................................................... 13
Figure 5 – The Influence of Grazing - the Key Transition ........................................................... 16
Figure 6 – The Backwards Transition............................................................................................ 18
Figure 7 – The Fourteenmile Exclosure........................................................................................ 19
Figure 8 – Grazing Management 1994 to 1999 ............................................................................ 20
Figure 9 – Actual Successional Path from Sagebrush/Rhizomatous Grass-Bluegrass to
          Sagebrush/Bunchgrass-sprayed ................................................................................ 21
Figure 10 – Much Ventured/Nothing Gained ................................................................................ 25
Figure 11 – Moderate Utilization................................................................................................... 27
Figure 12 – Heavy Utilization........................................................................................................ 28
Figure 13 – Use Pattern Map ......................................................................................................... 29
Figure 14 – Platte River Site Seasons ........................................................................................... 30
Figure 15 – Visibility Markers for Fences ..................................................................................... 36
Figure 16 – Water Trough Escape Ramp ....................................................................................... 36

# List of Tables

Table 1 – Sage-Grouse Habitat Description ................................................................................... 5
Table 2 – Species Cover ................................................................................................................. 15
Table 3 – Sagebrush Canopy Cover Pre and Post Prescribed Burn.............................................. 22
Table 4 – Litter Cover..................................................................................................................... 27
Table 5 – Summary of Grazing Management Recommendations by Seasonal Sage-grouse
         Habitat......................................................................................................................... 40
Table 6 – Summary of Habitat Values and Grazing Management Recommendations by
         Vegetation Community................................................................................................ 41

# Appendices

Appendix A – Previous Work.......................................................................................................... 43
Appendix B – Ecological Sites in the Green and Platte River Major Land Resource
             Areas (34 A)............................................................................................................. 45
Appendix C – Precipitation and Plant Production Charts.............................................................. 46
Appendix D – Platte River Site Data and Photos .......................................................................... 47
Appendix E – Variations to the Platte River State and Transition Model ..................................... 51
Appendix F – Percent Similarity Scoring and Condition Class Nomenclature............................ 55
Appendix G – Memorandum: Livestock Management Following Vegetative Treatment ........... 60

BLM_0079042

# Grazing Influence, Objective Development and Management in Wyoming's Greater Sage-Grouse Habitat

### With Emphasis on Nesting and Early Brood Rearing

## A. Introduction

This document provides a synthesized discussion of current knowledge regarding the interface between grazing and sage-grouse, so landowners, range managers and wildlife managers can develop achievable objectives and viable grazing management strategies in sage-grouse habitat.

The document's emphasis is cause and effect relationships associated with grazing, and how they affect sage-grouse nesting and early brood rearing habitat. This emphasis is selected because the authors believe inaccurate assumptions regarding plant succession in sagebrush habitat are a continuing source of confusion. Furthermore, because much of the literature is dedicated to describing sage-grouse habitat characteristics such as the height and density of sagebrush, which are largely unaffected by grazing of herbaceous vegetation, many range managers are uncertain regarding how to address sage-grouse habitat issues on upland ranges. While grazing has a pronounced effect on riparian habitats, recent publications, notably Technical Reference 1737-20 – Grazing Management Process and Strategies for Riparian –Wetland Areas, appear to adequately address these issues.

This document is the product of a series of meetings, field trips and peer reviews initiated in the spring of 2007. It contains the authors' collective understanding of ecosystem function in Wyoming sagebrush habitat, and their management recommendations. Most examples in the document are based on a Sandy Ecological Site (as defined by the National Resource Conservation Service) in the Platte River Valley near Saratoga Wyoming with 10-14 inches of precipitation. This site it is highly representative of sagebrush ecosystem function in Wyoming, and Dr. Mike Smith at the University of Wyoming has a long term study correlating herbaceous production to precipitation on that site. The authors recognize that much of the material in this document is observational in nature and the reader is invited to apply this material in that context.

A substantive body of literature regarding sage-grouse is currently available. The publication *"A Synthesis of Livestock Grazing Management Literature Addressing Grazing Management for Greater Sage-Grouse Habitat in the Wyoming Basin – Southern Rocky Mountains Ecoregions,"* accessible at http://sagemap.wr.usgs.gov/docs/Literature%20Synthesis.doc, identifies over 300 papers. A listing of previous work that influenced the material in this document, along with recommended sources for further study is found in Appendix A.

## B. Background

The sage-grouse literature consistently suggests intact sagebrush ecosystems are essential during all seasonal periods, and a sagebrush canopy in conjunction with robust herbaceous understory is the key to quality breeding (e.g., nesting and early brood-rearing) and summer seasonal habitats. While grazing management has limited effect on sagebrush, grazing management is important because it affects the height and density of herbaceous material available for hiding cover and food.

4

BLM_0079043

Over the long term, grazing management will affect plant community composition. Understanding how grazing affects plant succession, and identifying what can and cannot be achieved with grazing management is a critical first step to developing coordinated livestock grazing and sage-grouse habitat objectives. At issue is how grazing affects site progression in sagebrush plant communities, and how site progression affects sage-grouse habitat. Most sagebrush sites in Wyoming are capable of producing a Sagebrush/Bunchgrass plant community that maximizes the height and density of the herbaceous vegetation component. This paper addresses how the Sagebrush/Bunchgrass plant community is produced and maintained. Establishing achievable long term goals based on state and transition models is a critical first step in synchronizing sagebrush plant community objectives with grazing management strategies.

Because sage-grouse nesting generally begins prior to the onset of the growing season, residual vegetation from the previous year dictates available hiding cover. Consequently the paper also addresses management of annual standing crop.

The term "grazing" in this document presumes that herbivory is targeting the herbaceous component of the sagebrush plant community. The term "browsing" is used when herbivory targets the sagebrush itself. Cattle, wild horses, and elk are common grazers. Domestic sheep, deer and antelope tend to graze during the growing season and browse during the fall and winter. The emphasis of this document is grazing, with management of cattle as the focus.

## C. Sage-Grouse Habitat Review

Any discussion of grazing influence, management and objective development relating to sage-grouse must be predicated on the habitat requirements of the species (Table 1).

Table 1. Sage-Grouse Habitat Description

| Seasonal Habitat Component | General Sage-Grouse Habitat Description |
| --- | --- |
| Across the Landscape | Sage-grouse are a landscape-scale species typically inhabiting large, interconnected expanses of sagebrush. The species relies on sagebrush-dominated landscapes with varying sagebrush canopy covers, densities and heights, age classes, patch sizes, and moisture availability. Sage-grouse population persistence is linked to functioning sagebrush-steppe habitats. The dependence of the species on sagebrush through all seasonal periods has been well documented and cannot be over-emphasized. |
| Lekking (Late February to May) | Leks are typically located in natural or man-made openings within sagebrush communities. Sagebrush immediately surrounding lek sites (generally within 0.6 miles) is used for feeding, resting and cover from weather and security from predators when the birds are not on leks. The presence of early greening forbs (broad-leaved flowering plants) improves hen nutrition during this pre-laying season which increases nest initiation, hatching success and chick survival. |

5

BLM_0079044

| Seasonal Habitat Component | General Sage-Grouse Habitat Description |
|---|---|
| Nesting (April to mid-June) | In the contiguous habitats found across much of central and southwest Wyoming, about 75% of hens nest within 4 miles and about 66% nest within 3 miles of the lek where they are bred.  Females may have to search a larger area to find suitable nesting conditions in fragmented habitats.  Females choose nest sites in the same general area every year, usually within 0.5 miles of the previous year's nest.  Hens tend to select an average 23% live sagebrush canopy cover and a height of 13 inches.  Tall, dense residual grass (previous year's growth) in nesting habitat improves hatching success.  In general, timing of use and utilization levels appear to have the greatest impact on the herbaceous component of sage-grouse nesting and early brooding habitats.  Grazing during the late spring nesting period influences the herbaceous cover and height necessary to conceal hens on their nests.  Grazing during the summer, fall or winter influences the residual cover and height of the standing crop important for nesting females the following spring.  *(Managing grazing in nesting and early brood-rearing habitats is the emphasis of this document.)* |
| Early Brood-Rearing (June to mid-July) | Almost 90% of chick loss occurs prior to chicks being capable of strong flight at around 3 weeks of age.  On average, young chicks in Wyoming are reared within 1.2 miles of the nest.  A diverse mosaic of vegetation is important. Early brood-rearing habitat has more open patches (10-15% live sagebrush canopy cover) containing more forbs.  Denser sagebrush patches in close proximity to these more open areas are important for chick protection from predators and weather.  Chick survival is tied to an abundance of insects such as ants, beetles and grasshoppers as well as forbs, which provide food for sage-grouse and habitat for insects. |
| Late Brood-Rearing (Mid-July to mid-September) | As forbs and other food plants mature and dry out, sage-grouse seek areas still supporting green vegetation.  Sage-grouse do not necessarily require open water during the summer.  Selected summering areas include:  riparian areas, irrigated hay fields, upland seeps and springs and high elevation meadows.  Sagebrush stands closely associated with these feeding areas provide important security cover, and are used during loafing and roosting periods.  Sage-grouse mortality is not high during the summer unless West Nile virus is present.  Livestock distribution patterns are directly linked with water availability.  Therefore impacts to riparian habitats are the primary influences of livestock to sage-grouse late brood-rearing and summering habitats.  High utilization levels in areas with limited water availability and summer grazing on riparian habitats decrease forage |

6

| Seasonal Habitat Component | General Sage-Grouse Habitat Description |
|---|---|
| Late Brood-Rearing (*continued*) | productivity. ==These impacts to the vegetation may reduce summer habitat quality for sage-grouse.== However, sage-grouse select grazed meadows rather than ungrazed exclosures. Grazing may increase the quality of the forb resource (by interrupting and delaying maturation) and increased accessibility to low-growing food forbs (by producing patchy small openings) sought by sage-grouse during the summer. |
| Fall (Mid-Sept. to Oct.) | Fall habitat is varied and weather dependent. Forbs and insects decrease in availability so the amount of sagebrush in the diet increases. Fall habitats are those used during migration to winter areas, the timing of which depends on temperatures and snow depth. |
| Winter (Nov. to Feb.) | During the winter, the primary requirement of sage-grouse is sagebrush exposed above the snow. Exposed sagebrush is used for feed and cover; sage-grouse feed almost exclusively on sagebrush in the winter. Winter ranges are typically characterized by large expanses of dense sagebrush on flatter land with south to west-facing slopes or windswept ridges. During deep snow periods, steeper drainages with taller sagebrush may be the only areas with exposed sagebrush and will be used. Winter habitat may be limiting in deep snow areas such as Jackson Hole or during deep snow years, however, in most areas and years, sage-grouse will gain weight over the winter. The potential impacts of livestock grazing to winter habitats are limited to effects to the sagebrush overstory. Repeated heavy winter browsing or trampling of sagebrush by livestock can reduce sagebrush vigor and productivity. Conversely, grazing during the spring at high utilization rates may increase sagebrush density. |
| Migration | Sage-grouse populations are defined by 3 migratory patterns: (1) non-migratory, where sage-grouse do not make long-distance movements between or among distinct seasonal ranges; (2) one-stage migratory, where sage-grouse move between two distinct seasonal ranges such as distinct wintering areas and integrated breeding and summering areas; or (3) two-stage migratory, where sage-grouse move among three distinct seasonal ranges such as distinct wintering, breeding and summering areas). Birds belonging to one or more of these types of populations may reside in the same geographic region during one or more seasons. An important step to determining the seasonal ranges in an area is identifying the migratory nature of a population. |

7

## D. Wyoming Sagebrush Habitat Characteristics

**1. Ecological Sites**

Figure 1 shows the Major Land Resource Areas (MLRAs) in Wyoming, as developed by the National Resource Conservation Service – United States Department of Agriculture. Dots indicate known sage-grouse lek sites. The star identifies the location of the Platte River site frequently referred to in this document.

MLRAs are geographic areas with similar elevation, topography, geology, climate, water, soils, biological resources and land use. For example MLRA 32 has a much longer growing season than MLRA 34A due primarily to lower elevations. MLRA 34A is notable because it probably contains the most intact large tracts of sage-grouse habitat remaining. More detailed information regarding Wyoming MLRAs may be found at: http://soils.usda.gov/survey/geography/mlra/

Figure 1 – Major Land Resource Areas of Wyoming



8

BLM_0079047

Each MLRA contains a set of "Ecological Sites" describing the land capability and function based on precipitation zones, soil factor differences determining plant production and composition, the hydrology of the site, and the functioning of the ecological processes of the water cycle, nutrient cycles, and energy flow.  Different ecological sites will exhibit significant differences in:
- Plant species
- The relative proportion of species
- The total annual vegetation production

Additional information on ecological sites may be found in Chapter 3 (190-VI, NRPH, rev. 1, December 2003) Ecological Sites and Forage Suitability Groups USDA-NRCS National Range and Pasture Handbook (http://www.glti.nrcs.usda.gov/technical/publications/nrph.html)

Appendix B groups the 71 ecological sites in the Cool Central Desertic Basins and Plateaus MLRA (34A) into five categories based on the sagebrush habitat they provide.  These categories are:

- *Ecological Sites that provide key Big Sagebrush Habitat.*  Wyoming big sagebrush is dominant in the 7-9 inch precipitation zone.  Mountain big sagebrush is increasingly common as precipitation increases.  Sandy sites tend to feature needle-and-thread as the primary cool season bunchgrass, whereas loamy sites tend to feature bluebunch wheatgrass.  Clayey sites feature Indian ricegrass and, in some circumstances, green needlegrass, but clayey sites are relatively uncommon.  Spiny hopsage replaces big sagebrush on many Sands ecological sites.  Some sites (such as Shallow Loamy) do not support sagebrush canopies associated with sage-grouse habitat in the 7-9 inch precipitation zone; however, they do provide suitable sagebrush canopies in the 10-14 inch precipitation zones.

- *Ecological Sites with Heavy or Shallow Soils.*  Many ecological sites support big sagebrush, but not in contiguous stands.  Smaller species of sagebrush such as black or low sagebrush often occupy these sites rather than Wyoming or mountain big sagebrush.

- *Ecological Sites with Salty Soils.*  These sites do not support big sagebrush.  Upland sites feature Gardner's saltbush and bud sage.  Saline lowland sites feature greasewood, often mixed with basin big sagebrush when soil salinity is not too severe.

- *Ecological Sites with Basin Big Sagebrush.*   Areas generally known as overflow sites, where terrain provides enhanced access to moisture, support stands of basin and silver sagebrush. Basin big sagebrush is featured on clayey overflow sites where silver sagebrush is seldom found.

- *Ecological sites with Riparian Characteristics.*   Riparian sites are typically too wet to support big sagebrush.

2.  **Sagebrush and Herbaceous (grass and forb) Interaction and Competition**
A discussion of how grazing affects site progression in sagebrush habitat is predicated on an

9

understanding of the climatic factors that dictate the interplay between sagebrush and the herbaceous component. Sagebrush and the herbaceous understory engage in indirect competition for moisture and direct competition for space. Figure 2, taken east of Lander Wyoming, shows sagebrush occupying the concave locations in the landscape where snow accumulates. The shallower soil sites do not support contiguous stands of sagebrush. This pattern is typical in Wyoming.

**a. Competition For Moisture**

The sagebrush tap root system allows plants to draw moisture from multiple layers in the soil profile while the herbaceous component draws moisture primarily from surface layers. Consequently, sagebrush is found in areas where dormant season moisture seeps deep into the soil profile. In most Wyoming big sagebrush habitat, snow pack melts in late winter, and by the time temperatures are optimal for herbaceous growth, dormant season moisture is no longer available in the surface layer. Consequently, the herbaceous component of Wyoming big sagebrush communities depends almost entirely on spring precipitation, primarily occurring in April and May. Appendix C contains charts correlating herbaceous production to the timing of precipitation at the Platte River Site featured in this paper. When sufficient moisture falls, especially in late winter, to wet the soil profile below the grass roots, sagebrush will have a competitive advantage. Conversely, when moisture is readily available at the soil surface during the growing season the competitive advantage shifts to the herbaceous plant community. As a result, sagebrush becomes a lesser component of plant communities on sites such as windblown ridges, where effective winter precipitation is limited.

Figure 2 – Sagebrush Occupation Pattern



10

**b. Competition for Space**

On sites where snow accumulates, sagebrush and the herbaceous plant community compete directly for space. Sagebrush cover naturally increases with time to a level in equilibrium with the site's precipitation and snow conditions. On sandy and loamy upland sites in the 10-14 inch precipitation zone, sagebrush canopy cover will stabilize at a level somewhere less than 35 percent. This canopy cover develops independent of the health of the herbaceous plant community. Once the sagebrush canopy reaches its potential (the site becomes fully occupied), herbaceous community niches become limited. Sagebrush does not kill the herbaceous component. In many places sagebrush actually protects grass plants from grazing pressure. However, a cool season bunchgrass grass plant (such as needle and thread) protected by sagebrush canopy was almost certainly in place before the sagebrush overstory developed. The sagebrush/bunchgrass plant community is persistent. However individual cool season bunchgrasses lost from a fully occupied sagebrush site generally remain bare ground, or are replaced by other species.

# E. Plant Succession in Sagebrush Habitat

State and transition models describe plant succession in sagebrush plant communities. State and transition models are of keynote importance because some "states" offer far more sage-grouse nesting and brood-rearing habitat value than others. The publication, a "Unified Framework for Assessment and Application of Ecological Thresholds" by Briske et al. (2005), is the recommended starting point for anyone interested in studying state and transition model concepts.

**1. Platte River State and Transition Model**

The following discussion evaluates four plant communities in three "states" observed near the town of Saratoga in Wyoming's Platte River Valley. All four photos depict a Sandy ecological site in the 10 to 14 inch precipitation zone, with near identical potential to produce vegetation. Appendix D provides larger pictures and plant cover data for the four plant communities addressed.

Arrows on the model indicate transitional pathways of plant succession. The size of the arrows depicts the relative ease of transition between the plant communities depicted in the diagram. Bold solid arrows depict progressions that occur with time and various types of grazing. Light-solid arrows depict changes that require disturbance. Dashed arrows depict changes that require disturbance and may take generations to occur.

11

BLM_0079050

Figure 3 – A Platte River State and Transition Model



**a. The Reference State**

Figure 4 below, illustrates the two plant community Reference State. These two communities (Bunchgrass, Sagebrush/Bunchgrass) are identified as a single state because the change from the Bunchgrass plant community to the Sagebrush/Bunchgrass plant community does not entail crossing an "ecological threshold." On the Platte River site, sagebrush will advance on the bunchgrass plant community with time alone. Grazing management can affect the speed of the progression because pressure on the herbaceous community can create more sagebrush germination sites. However, independent of grazing management, sagebrush canopy cover will eventually advance to a level commensurate with climatic conditions. Grazing does not hinder young sagebrush plants from growing and occupying more space on the landscape. Consequently, because the Bunchgrass plant community is transitional and does not persist in the absence of disturbance, it is not identified as an independent "state."

12

Figure 4 – The Reference State



The Reference State is not two discrete plant communities. Rather it encompasses the gradient where a Bunchgrass plant community (the product of disturbance) gradually becomes a Sagebrush/Bunchgrass community as sagebrush colonizes the site one plant at a time. The key concept is that the cool season bunchgrasses precede the sagebrush on the site progression model. While the Sagebrush/Bunchgrass community is part of the ecological potential, site progression is not linear, and this plant community is not **the** climax. The Sagebrush/Bunchgrass plant community can persist indefinitely, but not all site progression pathways lead to the Reference State. All of the states presented in the model are a persistent climax plant community that is the product of its history. The term "Reference State" is used to identify the state to which all other states are normally compared.

### i. Bunchgrass Plant Community (Reference State)



**Description -** Following disturbance that removes the sagebrush canopy on a healthy sagebrush site, the initial plant community is primarily herbaceous. Needle and thread in conjunction with bluebunch wheatgrass, and Indian ricegrass represent the large cool season bunchgrasses that can dominate herbaceous production on sandy sites in the Wyoming Basin. A host of smaller grasses such as thickspike wheatgrass, prairie junegrass, mutton bluegrass and Sandberg bluegrass also comprise a substantial part of the plant community. The site depicted had 2.4% cover of forbs.

**Values -** The Bunchgrass community provides ideal forage for livestock, especially cattle, but lack of sagebrush sharply limits sage-grouse habitat. Winter habitat for sage-grouse is virtually absent.

13

BLM_0079052

### ii. The Sagebrush Bunchgrass Plant Community (Reference State)



**Description -** The Sagebrush/Bunchgrass community forms when sagebrush advances on the transitional Bunchgrass community. This plant community is the product of a Bunchgrass community with an overstory of sagebrush. The site depicted had 4.6% canopy cover of forbs, which was the highest of the four sites sampled.

**Values -** This Sagebrush/Bunchgrass community is regarded as the preferred community for sage-grouse habitat because it provides an optimum mix of sagebrush and herbaceous understory. The big bunchgrass species such as needle and thread provide the tallest herbaceous material the site can produce, thus enhanced vertical structure, while the bunched nature of the growth form provides enhanced horizontal structure. Both structural components are important to protect nesting birds and young chicks. Additionally, this is the stage in the successional path that offers the most biological diversity of shrubs, grasses, and forbs. This diversity in the plant community is important to provide diverse insect communities for chicks during early brood-rearing. This plant community provides ample forage for livestock and high quality breeding, summer and winter habitat for sage-grouse.

### b. The Sagebrush/Rhizomatous Grass-Bluegrass State



**Description -** The Sagebrush/Rhizomatous–Bluegrass state features a sagebrush canopy with an herbaceous plant community dominated by rhizomatous grasses and bluegrasses. Rhizomatous grasses, notably thickspike and western wheatgrass, are more resistant to grazing than the "big bunchgrasses" such as needle and thread. Rhizomes are underground roots that can sprout to form new plants. This is a grazing resistant reproduction strategy compared to the bunchgrasses that must reproduce from seed. Bluegrasses and prairie junegrass are technically bunchgrasses, but they have a low growth form relative to the big bunchgrasses, so it is more difficult for grazing pressure to accrue the high levels of utilization that deplete root systems. The two most common bluegrasses are Sandberg and Mutton Bluegrass. Rhizomatous species, bluegrasses and junegrass are "ecological equivalents" from a grazing/sage-grouse habitat perspective. They do not offer the production or structure associated with the "big" bunchgrass species such as needle and thread.

**Values –** Because of the spatial extent of rangelands in the Sagebrush/Rhizomatous Grass-Bluegrass State, this state is exceptionally important. When management promotes health and vigor of the herbaceous community, this state produces an acceptable volume of herbaceous cover, and can meet the breeding season habitat requirements outlined by the

14

sage-grouse management guidelines specified by Connelly et al. (2000).  When depleted, breeding habitat quality diminishes and only winter range values are available to sage-grouse.  This state produces less forage than the Sagebrush/Bunchgrass State, but with quality grazing management, the state offers reasonable herbaceous productivity.

### c. Sagebrush/Bare Ground State



**Description -** This easily described state is almost entirely comprised of sagebrush.  Rabbitbrush is also present on this Platte River Site.  ==Residual herbaceous vegetation occurs primarily in locations protected by the shrub canopy or cactus.==  The site depicted had 1.2% canopy cover of grass - primarily crested wheat.

This relatively stable state will persist indefinitely.  The large amount of bare ground tends to persist because sagebrush canopy increases only to the site's potential.

==Even though the site has a lot of bare ground it does not offer open niches that herbaceous vegetation can easily exploit.  Seed sources and potential parent herbaceous plants are rare or absent.  At this point in the successional progression, even light stocking will put heavy pressure on remaining herbaceous plants.==

**Values –** Lack of forage and biological diversity severely diminishes the ecological and economic value of sites occupied by this state.  Values are restricted to limited opportunities in the winter for both sage-grouse and browsers such as antelope and domestic sheep.

## 2. Vegetation Management Objective

The sagebrush and herbaceous cover associated with the Sagebrush/Bunchgrass plant community in the Reference State provides an optimal mix for sage-grouse habitat, along with excellent forage for livestock (Table 2).  This plant community also produced the highest forb cover on the four Platte River Sites.  ==Maintenance of the Sagebrush/Bunchgrass community through carefully considered grazing management is the key to managing grazing for sage-grouse habitat values.==  The table below shows the sagebrush, herbaceous and forb cover for the four plant communities described.  Complete data regarding the plant cover for these communities is included in Appendix D.

Table 2. Species Cover

| Plant Community | Sagebrush Cover | Herbaceous Cover | Forb Cover |
|---|---|---|---|
| Bunchgrass Plant Community (Reference State) | 0.2 | 42.8 | 2.4 |
| Sagebrush/Bunchgrass Plant Community (Reference State) | 21.2 | 23.2 | 4.6 |
| Sagebrush/Rhizomatous Grass – Bluegrass State | 29.4 | 9.6 | 3.4 |
| Sagebrush/Bare Ground State | 33.6 | 1.8 | 0.6 |

15

### 3. Grazing Influence on Sagebrush Site Progression

The Platte River sequence in Figure 3 is not the only plant succession process occurring in sagebrush habitat. Appendix E provides a collection of different situations known to occur in Wyoming. The actual state and transition model prepared by the NRCS for a sandy ecological site with 10-14 inches of precipitation includes a transition to an upland sedge state that does not occur on the Platte River Site. Managers wishing to adapt the concepts in this paper to other sites may need to work from different state and transition models.

However, sagebrush habitat in Wyoming tends to offer a "common thread" of keynote importance. Optimal sage-grouse habitat is invariably the product of a Sagebrush/Bunchgrass combination. Grazing is of critical importance because it can serve as a driver to transition a site from one ecological state to another. Invariably sites that produce a Sagebrush/Bunchgrass plant community can transition to an alternative plant community that is more grazing resistant, but is less productive, and offers lesser amounts of hiding cover for sage-grouse. On the Platte River site the grazing resistant alternative is the Sagebrush/Rhizomatous Grass-Bluegrass State. Sagebrush/Blue Grama and, Sagebrush/Upland Sedge are also common grazing resistant states in Wyoming.

### a. The Key Transition

The major influence of grazing on sage-grouse habitat within the context of the Platte River Model is the potential to cause a transition from the Reference State to the Sagebrush/Rhizomatous Grass-Bluegrass State. The yellow arrow in Figure 5 calls attention to this key transition.

Figure 5 - The Influence of Grazing – the Key Transition



16

A plant community in the Reference State can be presumed to be healthy and vigorous, because unhealthy sites in the Reference State do not persist. Rather they transition to the Sagebrush/Rhizomatous Grass-Bluegrass State. As noted, the latter state is substantially more grazing resistant than the former. Continuous heavy grazing is likely to cause this transition. Grazing management as described in Section F is needed to prevent this key transition, and maintain the Sagebrush/Bunchgrass plant community in the Reference State. The Sagebrush/Rhizomatous Grass-Bluegrass State is common in the Wyoming Basin for two reasons. First, the successional path readily progresses to this state and second, this is an exceptionally stable state that persists under most management scenarios. Given season-long grazing, most spring ranges with access to water have progressed to, and are currently in, the Sagebrush/Rhizomatous Grass-Bluegrass State. Since the Sagebrush/Rhizomatous Grass-Bluegrass type often does not produce an herbaceous community sufficient to carry low intensity fires (especially at lower precipitation zones), stand conversion from fire is relatively rare.

By contrast, except for small areas in the immediate vicinity of water developments the Sagebrush/Bare Ground State is relatively rare. The resiliency of the Sagebrush/Rhizomatous-Bluegrass State more or less precludes the formation of the Sagebrush/Bare Ground State unless grazing animals are provided supplemental feed or fenced into inadequate pasture. Because this state will not sustain grazing animals, it probably seldom occurred in the natural progression. In a natural landscape grazing animals would die or walk away before a site progressed to this state. The near lack of herbaceous material nearly eliminates wildfire, so these sites seldom "turn over."

Browsing (especially in the fall and winter) may target the sagebrush component of a plant community. In this circumstance browsing may serve as a source of disturbance that pushes a plant community towards the Reference State. See part 4 of this section, Disturbance to Vegetation – Reinitiating Site Progression.

**b. The Backwards Transition**
An impediment to improving sage-grouse habitat is the presumption that the "backwards transition" shown in Figure 6 is commonplace.

The backwards transition entails the direct change in the plant community from the Sagebrush/Rhizomatous Grass –Bluegrass State to the Sagebrush Bunchgrass community in the Reference State. Appendix F provides a discussion of how committed to this presumption the range management profession has been.

17

Figure 6 – The Backwards Transition



Because the Sagebrush/Rhizomatous Grass–Bluegrass State is so predominant, and because the Sagebrush/Bunchgrass Plant community in the Reference State offers a substantive upgrade in both the quality of the sage-grouse habitat and forage availability, this objective is often sought. However, this seldom occurs without a disturbance driver. The backwards transition is rarely achieved from grazing management alone, even in areas where heavy or unmanaged grazing was originally responsible for the "key transition" from the Reference State to the Sagebrush/Rhizomatous Grass–Bluegrass State.

The Sagebrush/Rhizomatous Grass – Bluegrass State offers few open niches that can be exploited by improved grazing management. The existing plant community fully occupies the site. Sagebrush is a long lived species and adds an interspecific competition that limits the ability of the big bunchgrasses to invade. The grazing resistant grasses that dominate the herbaceous component of this state will not relinquish their position in the landscape to the big bunchgrasses do solely to grazing management improvement.

The Fourteenmile exclosure (Figure 7), built north of Rock Springs, Wyoming in the 1960's, is one of many exclosures scattered across Wyoming demonstrating that the backwards transition (Figure 6) does not occur when grazing pressure is removed. Sites in the Sagebrush Rhizomatous Grass-Bluegrass State generally exhibit their stability in exclosures. Some have speculated that these exclosures demonstrate that grazing does not affect rangeland composition and productivity, or that hoof action is necessary for rangeland health. More accurately, changing grazing management or eliminating grazing on sites in the Sagebrush Rhizomatous Grass-Bluegrass State has a limited effect. **It is critical that range managers and sage-grouse habitat biologists do not predicate their habitat management strategy on the presumption that the backwards transition is readily achievable through grazing management.**

18

Figure 7 – The Fourteenmile Exclosure



The Fourteenmile exclosure also serves to illustrate the effect of browsing.  In the Fourteenmile example, fall - winter sheep and antelope browsing targets the sagebrush rather than the herbaceous component of the community.   Browsing is a form of disturbance that can cause the "backwards transition."  There is more herbaceous production outside the exclosure.  Inside, the sagebrush community expanded to its potential canopy coverage, as expected, and the absence of grazing did not result in a transition to the Reference State.

**c. A Cumulative Impact Hypothesis**
A commonly asked question relates to the declining numbers of both livestock and sage-grouse.  How can sage-grouse habitat loss be attributed to livestock when sage-grouse were more numerous when livestock numbers were also more numerous?  While grazing is only a part of the habitat fragmentation issues adversely affecting sage-grouse, at least part of the answer may lie in four core premises.  (1) The Sagebrush/Bunchgrass community in the Reference State offers the most sage-grouse habitat value.  (2)  The Sagebrush/Bunchgrass community in the Reference State readily transitions to the Sagebrush/Rhizomatous Grass-Bluegrass State.  (3) Many ranges have been converted from sheep to cattle – and cattle are more likely to trigger the "key transition."  (4) Sites that transition from the Reference State to Sagebrush/Rhizomatous Grass-Bluegrass States persist even after grazing management is improved.  In combination, this suggests that even though livestock numbers are lower, and grazing management in Wyoming has steadily improved, the acreage transitioning from the Sagebrush/Bunchgrass community in the Reference State to the Sagebrush/Rhizomatous Grass-Bluegrass State is still accumulating.

Assuming that concept is correct, conversions of sheep to cattle, and new water developments in tracts occupied by plant communities in the Reference State may contribute

19

to this accumulation.  Therefore these two actions must be accompanied by very carefully considered grazing management as articulated in Section F.  The presence of the Sagebrush/Bunchgrass plant community indicates long term high quality grazing management.  Any proposed change in grazing management on these sites warrants careful consideration.

**d. Vigor**
Plant vigor in all states is readily affected by grazing.  Figure 8 illustrates a Big Horn Basin site where the Sagebrush/Bunchgrass Plant Community in the Reference State features bluebunch wheatgrass.  The photos in Figure 8 document change over a five year period from 1994 to 1999.  Grazing management was changed from annual spring use to a five pasture short duration system, with two rest treatments over a five year period.  This result shown in the photos is not due to precipitation events.  While both photos depict a Sagebrush/ Bunchgrass plant community, the difference is increased vigor in the 1999 photo.  Between 1996 and 2005 the production of bluebunch wheatgrass changed from 100 to 400 pounds per acre.  The result is improved habitat for sage-grouse and higher forage production for livestock.

Figure 8 – Grazing Management 1994 to 1999

 

1994                                                    1999

Two changes occurred.  First, while bluebunch wheatgrass plants were a primary component of the herbaceous plant community in 1994, they were of low health and vigor.  Improved grazing management increased the vigor of the bluebunch wheatgrass plants.  Second, while the sagebrush cover remained largely unchanged, the bluebunch plants were able to displace the snakeweed that was a big part of the 1994 plant community.

**e. Thresholds – The Key Priority**
The Big Horn Basin example illustrates the risk of crossing transition thresholds.  This site has the potential to transition to a Sagebrush/Blue Grama State.  Had improved grazing management been deferred until after this site had transitioned to a Sagebrush/Blue Grama State, this level of success could not have been achieved.  Blue Grama would not have yielded space to bluebunch wheatgrass in response to improved grazing management in the manner depicted by the photos.  The action taken on this site was both well considered and

20

timely. Prioritizing improved grazing management on sites at risk of transitioning is more effective than trying to promote change after an adverse transition has occurred. When the Key Transition and the Backward Transition are considered in aggregate, a key priority emerges. Preventing the Key Transition is perhaps the most important action a range manager can take with regard to grazing management in sage-grouse habitat. Poorly managed Sagebrush/Bunchgrass sites are rare because they transition to a more grazing resistant alternative state. When this transition is imminent, the range manager has a final opportunity to improve management and maintain the Reference State. Once a site transitions from the Reference State to a more grazing resistant alternative state, a disturbance that entails an interim loss of sagebrush and sage-grouse habitat may be needed to restore the Reference State. **Addressing an at-risk Sagebrush/Bunchgrass site is the most cost effective range management action in sage-grouse habitat.**

4. **Disturbance to Vegetation – Reinitiating Site Progression**
The state and transition model illustrates the need for disturbance to achieve the desirable progression from the Sagebrush/Rhizomatous Grass-Bluegrass State to the Sagebrush/Bunchgrass plant community in the Reference State. A key provision of the model is to differentiate between transitions that can occur through time alone, the transitions that can be driven by grazing, and the transitions that require disturbance.

If the objective is to convert Sagebrush/Rhizomatous Grass-Bluegrass plant communities to Sagebrush/Bunchgrass plant communities, the path must often progress through the Bunchgrass plant community as shown by Figure 9. This progression requires open niches for cool season bunchgrasses to exploit and these niches are a product of disturbance.

Figure 9 - Actual Successional Path from Sagebrush/Rhizomatous Grass-Bluegrass to Sagebrush/Bunchgrass-sprayed.



21

Although this document describes the need for periodic disturbance to promote succession to the Sagebrush Bunchgrass plant community, Table 3 demonstrates that even a properly executed sagebrush treatment will reduce sage-grouse habitat for many years before the beneficial aspects of site progression accrue.

Table 3 identifies the progression of sagebrush following fire in sites in the southeast region of Wyoming's Bighorn Basin. The data indicates that the recovery of sagebrush is highly variable, but in general, quite slow. The speed of the progression increases with elevation, and these are all relatively high elevations sites. In the table the "m" or "wy" designation on the "Burn Name" indicates mountain or Wyoming big sagebrush subspecies. Seven of the 10 sites evaluated are mountain big sagebrush, and the Wyoming big sagebrush sites are at the upper edge of the Wyoming big sagebrush precipitation range. Recovery of sagebrush is not linear. Once a population of potential parent plants is established, the pace of sagebrush recovery increases. Nevertheless table 3 demonstrates that following fire, sagebrush and sage-grouse habitat is not present for many years, and on some sites sagebrush recovery is very slow. **Consequently, this document does not advocate, and should not be cited as justification for wide-scale treatments as a sage-grouse management tool.**

Table 3. Sagebrush Canopy Cover Pre and Post Prescribed Burn (McWilliams 2006)

| | Pre Burn | | Post Burn | | | |
|---|---|---|---|---|---|---|
| Burn Name | Burn Date | % Canopy | Date | % Canopy | % Canopy July 2009 | Years |
| Blue Creek - m | May 1984 | 51 | Aug 2002 | 4.0 | 5.0 | 26 |
| Bobbys Pasture - wy | Sep 1985 | 23 | Nov 2006 | 8.0 | 9.0 | 24 |
| Blue Creek - m | Oct 1985 | 46 | 2001 | 5.0 | 4.0 | 24 |
| Chicken Pill #1 - wy | Sep 1987 | 27 | Nov 2006 | 0.1 | 0.2 | 22 |
| Southside - m | Sep 1987 | 37 | Nov 2006 | 0.0 | 5.0 | 22 |
| Grass Point - wy | Oct 1988 | 22 | Nov 2006 | 0.0 | 0.0 | 21 |
| OTA Pasture - m | Oct 1988 | 13 | 2001 | 2.0 | 5.0 | 21 |
| Lick log - m | Sep 1989 | 30 | Nov 2006 | 15.0 | 28.0 | 20 |
| Twenty-one creek - m | Oct 1992 | 32 | Jul 2002 | 0.0 | 0.0 | 17 |
| Double H - m | Sep 1995 | 40 | Dec 2006 | 5.0 | 5.0 | 14 |
| Dawn Spring - m | Oct 1996 | 21 | Aug 2002 | 9.0 | 11.0 | 13 |
| Urwin 21 - m | Sep 1997 | 8 | 2002 | 9.0 | 15.0 | 12 |
| Double H willow - m | Sep 1998 | 45 | Dec 2006 | 5.0 | 25.0 | 11 |
| Double H willow - m | Sep 1998 | 50 | Dec 2006 | 19.0 | 42.0 | 11 |

When sagebrush habitat was vast and unbroken, periodic disturbance served to enhance and rejuvenate individual stands. Given the current fragmentation of sagebrush habitat, the potential value of the transition from Sagebrush/Rhizomatous Grass-Bluegrass State to the Sagebrush/Bunchgrass Plant Community in the Reference State may or may not be worth the interim loss of sage-grouse habitat associated with the treatment. In many cases, managing grazing for high plant vigor in the Sagebrush/Rhizomatous Grass-Bluegrass State may be the

BLM_0079061

best option.  Given the recommendations of the Wyoming sage-grouse habitat management guidelines, no more than 20% of the nesting, early brood-rearing and wintering habitats (combined) in a landscape should be treated at any one time, and subsequent treatments should be deferred until initially treated habitats have again recovered to at least 12% canopy cover in Wyoming big sagebrush and 15% in mountain big sagebrush dominated areas (Bohne et al. 2007).  A small scale case by case disturbance regime conducted over the long-term is therefore recommended.  When chemicals are used to reduce sagebrush canopy, the herbicide application should be researched carefully prior to implementation in relation to site-by-site objectives.  Extreme caution and discretion should be employed, especially on drier sites, sites where cheatgrass may invade, or sites with limited potential to produce sagebrush such as the interface between the Wyoming Basin and the Great Plains.  Comprehensive reviews of the literature pertaining to sagebrush and sage-grouse response to different treatment options (including fire) can be found in Rowland (2004) and Howard (1999).

If a treatment is planned to enhance forage volume, or achieve any of the advantages associated with the Reference State, the following sage-grouse habitat issues should be specifically considered.  Sage-grouse biology suggests that manipulating large proportions of available sagebrush habitats, or manipulating wintering or nesting habitats has the greatest potential to result in population declines.  The following discussion provides a basis for why manipulations that remove large amounts of sagebrush over large areas, especially in areas of limited nesting or wintering habitat, should be avoided.  All types of manipulations (e.g., prescribed fire, mowing, and herbicide treatment) are generalized unless otherwise noted.

● **Nesting -** Some research has found that sage-grouse hens restrict their nesting use of manipulated areas to remaining patches of live sagebrush, while others have found similar nesting densities in treated and untreated areas.  Sage-grouse have been documented nesting under non-sagebrush shrubs in treated habitats, but these selected areas were structurally similar to untreated habitats in terms of overall shrub cover.  Research in Idaho documented lower nest success for females using non-sagebrush sites, while research in southwestern Wyoming reported no difference in nest success probabilities for nests inside versus outside burn boundaries.  However, regardless of where females choose to nest, research suggests that manipulation of large amounts of available nesting habitat is likely to restrict the amount of area with suitable structural conditions, which may negatively influence nesting success within and near manipulated areas.

● **Early Brood-Rearing -** Prescribed fire in Idaho resulted in no change to forb cover but insect abundance decreased, suggesting that brooding habitat quality was negatively influenced.  However, some studies have documented that sage-grouse broods neither selected nor avoided treated habitats.  Brooding females in burned habitats in southwestern Wyoming moved shorter distances from their nests compared to those brooding in unburned areas, suggesting that brood-rearing habitat may have been enhanced by burning.  Furthermore, sage-grouse using burned habitats were most commonly observed less than 60 meters of either side of the burned/unburned edge from May-August.  In contrast, broods in Idaho did not use treated areas for 2 years post-treatment.

23

BLM_0079062

● **Winter -** Sagebrush removal on winter range can significantly reduce the availability of tall sagebrush that provides critical cover and food, especially during severe winters. Research in Idaho has documented substantial declines of sage-grouse populations and winter use of treated areas following the removal of approximately 60% of the sagebrush cover in a winter habitat area.

5. **A Disturbance Presumption**
   The Platte River Model (Figure 3) presumes that succession following disturbance is set back to a point where sagebrush is absent. This presumption is used to simplify the scenarios, and isolate the effect of grazing as a key driver in plant community shifts that affect sage-grouse, but the presumption is not always true. Fire sets back succession to bare soil, but in many areas of the Wyoming Basin fire is infrequent because fuels are insufficient to carry wildfire. Drought, insects, heavy browsing or disease can serve to reduce the sagebrush canopy. An extended series of dry winters and wet springs can also disrupt a stable state and promote an increase in bunchgrasses.

   The Reference State is not two discrete communities but the entire gradient between the Bunchgrass plant community and the Sagebrush/Bunchgrass plant community. Several treatment approaches offer the opportunity for a site to transition from the Sagebrush/Rhizomatous Grass-Bluegrass State into the Reference State at a point other than "no sagebrush." In an effort to depict this, progression arrows in the model (Figure 3) go to the edge of the Reference State box, rather than to one of the two plant communities presented inside the box. In some cases, carefully targeted livestock management can be used to provoke levels of browsing sufficient to remove sagebrush and restart the successional progression. Heavy browsing of sagebrush by wildlife and domestic sheep can open niches and cause transitions between states. Feeding livestock on sagebrush areas in the winter can reduce the sagebrush canopy. A comprehensive discussion of treatment alternatives is beyond the scope of this paper. Sedgwick (2004) includes extensive literature describing sagebrush rangeland response to different treatments.

6. **Grazing Influence on the Pace of Succession**
   This paper is predicated on the assumption that sagebrush canopy cover will stabilize at a level somewhere less than 35 percent on sandy and loamy ecological sites in the 10-14 inch precipitation zone. Grazing will not affect this outcome, but grazing does affect the pace of this progression. Herbaceous vegetation hinders (but does not prevent) the advance of sagebrush by occupying potential sagebrush germination sites. Consequently, healthy herbaceous plants slow the advance of sagebrush. The development of a Sagebrush/Bunchgrass plant community is the product of slow succession within the Reference State, where sagebrush slowly forms a canopy over a bunchgrass plant community.

   Heavy continuous grazing depletes the grass community and enhances the opportunities for sagebrush to progress on the site. Figure 10 illustrates the probable result when a site in the Sagebrush/Rhizomatous Grass – Bluegrass State is burned, and post fire management is inappropriate. The site progresses back to the Sagebrush/Rhizomatous Grass – Bluegrass State rather than advances to the Sagebrush/Bunchgrass community. This is a worst case

24

scenario for sage-grouse.  All sage-grouse habitat is lost from the treated site while the sagebrush is absent.  By the time the sagebrush returns, the site has reformed with the Sagebrush Rhizomatous Grass – Bluegrass Community.  From a sage-grouse habitat perspective much is ventured, and nothing is gained.  The authors do not recommend using grazing as a tool to accelerate the advance of sagebrush on a treated site.

Figure 10 – Much Ventured/Nothing Gained



Grazing management is particularly important the first two growing seasons following disturbance.  Deferment in this period allows the cool season bunchgrasses to capitalize on the open niches created.  In some circumstances a residual population of cool season bunchgrasses was protected from grazing by shrubs.  These plants are vulnerable following treatment, and must be protected by grazing management.  Appendix G is a Wyoming BLM Instruction Memorandum addressing grazing management following sagebrush treatment.  While the emphasis of this document is cattle grazing, treated areas draw grazing pressure from all herbivores.  Project design should consider the possibility of an unplanned escalation of use by wild horses or elk.

7. **Succession Variables Preceding Disturbance**
   The actual site progression will depend on the plant community in place prior to disturbance, and the grazing management following disturbance.  Disturbance opens niches for cool season bunchgrasses to exploit, but they must be present on the site to take advantage.  Appendix D shows that the Sagebrush/Rhizomatous Grass-Bluegrass State sampled on the Platte River Site had 0.6% cover of the big bunchgrasses.  This residual base is probably enough to support a conversion to a bunchgrass community following disturbance.  Cool season bunchgrasses are aggressive and successful in colonizing sites following disturbance when niches are open.

25

BLM_0079064

Sagebrush/Bare Ground State will not transition to Bunchgrass plant community in a single transition (disturbance) event. Figure 3 shows only a faint dashed line from the Sagebrush/Bare Ground State to the Reference State. This conversion may take several cycles of disturbance followed by excellent grazing management as described below. This process could take hundreds of years.

## F. Grazing Management

Grazing influence on sage-grouse habitat is a function of both <u>long-term management</u> to promote desirable plant communities and <u>annual management of the standing crop</u> to provide cover for sage-grouse habitat. With few exceptions leaving adequate residual forage will provide for both long and short term objectives.

### 1. Long Term Management for Plant Heath

The key to managing for the Sagebrush Bunchgrass Reference State is to provide for the plant growth requirements of the cool season bunchgrasses. This long standing objective is thoroughly addressed in the literature (Ganskopp 1988, Caldwell et al.1981).

#### a. Key Factors

The timing and intensity of grazing are the two key factors that will affect plant health.

● **Timing** refers to when the plant is grazed. Annual growth of herbaceous vegetation in Wyoming big sagebrush habitat is generally concentrated in a four to six week period in the spring. During this season the plants are exchanging nutrients between the roots and the leaves. Each spring when suitable temperature and moisture conditions first coincide, plant growth is initiated from root reserves. Subsequent growth is largely fueled by the production of photosynthesis from the leaves. Repeated grazing in this critical period causes plants to reinitiate growth from root reserves multiple times, without sufficient energy capture from photosynthesis. Cool season bunchgrasses require periodic opportunity to photosynthesize without interruption from grazing. Without this opportunity these plants do not build healthy root systems. Consequently the key consideration of grazing management in sagebrush habitat is to assure that the cool season bunchgrass growth cycle is not interrupted repeatedly by heavy defoliation.

The critical growing season is the period the seedstalk is elongating, and seeds are developing. Grazing during this period has the greatest negative effect. The amount of remaining soil moisture available when the grazing occurs will dictate the actual impact to the plant. If ample soil moisture remains, and the plant is not re-grazed, the plant may sufficiently recover in the same year. However, the length of growth period in semi arid rangelands that produce sagebrush is generally too short to support a recovery of grazed plants in the same year. Grazing strategies generally must allow for uninterrupted growth in subsequent years.

Essentially, healthy grass plants are resilient to grazing pressure. "Overgrazing" is the long term product of repeated use without offering plants an opportunity to recover. Plants that have the opportunity to regrow following grazing are able to grow healthy root systems. Consequently they are less vulnerable to a future grazing event. Cool season bunchgrasses

26

that are not provided the opportunity to recover from grazing will become smaller, and eventually yield their space to more grazing resistant species.

● **Intensity** refers to the level of <u>utilization</u> the plant receives.  There is no specific section on stocking in this paper because the presumption is that stocking will be established to achieve established utilization goals.  Use levels are important because grazing systems seldom compensate for heavy utilization. Except in specialized circumstances, no more than moderate utilization is recommended.

Using the Landscape Appearance Method described in the Wyoming Rangeland Monitoring Guide, 41 to 60% utilization on key species could be equated with a moderate utilization level. This is described as, *"The rangeland appears entirely covered as uniformly as natural features and facilities will allow. 15-25% of the number of current seedstalks of herbaceous species remain intact.  No more than 10% of the number of low-value herbaceous forage plants have been utilized."*

Moderate utilization generally results in <35% use on total herbaceous vegetation and <60% use of key species.  Moderate use levels provide a patchy appearance to the observer as seen in Figure 11.  When looking at plants in the immediate vicinity, the utilization is readily apparent.  However ungrazed seedstalks and herbaceous production is readily apparent across the landscape.

Figure 11 - Moderate Utilization



Moderate utilization is important even when the timing of grazing is excellent because residual cover: 1) impedes run-off, 2) enhances infiltration into soils, and 3) helps retain organic material in the soil.  All three factors increase the effectiveness of the precipitation.

27

BLM_0079066

Table 4 shows percent litter cover found in the four Platte River communities addressed in Figure 3.

Table 4. Litter Cover

| Plant Community | Persistent and Non-Persistent Litter Cover % |
|---|---|
| Bunchgrass Plant Community (Reference State) | 39.8 |
| Sagebrush/Bunchgrass Plant Community (Reference State) | 26.6 |
| Sagebrush/Rhizomatous Grass – Bluegrass State | 18.8 |
| Sagebrush/Bare Ground State | 13.4 |

The Reference State clearly offers the most opportunity for soil development. In this manner good grazing management has a cumulative positive effect. Plant litter and residual cover may also serve to provide an insulating effect that helps moderate the harsh environment associated with sagebrush sites in the Wyoming Basin. Independent of the timing of precipitation, moderate utilization is still a key factor in the long-term maintenance and development of the plant community.

The Landscape Appearance Method in the Wyoming Rangeland Monitoring Guide describes 61 to 80% (equating to heavy utilization) as, *"The rangeland has the appearance of complete search. Herbaceous species are almost completely utilized, with less than 10% of the seedstalks remaining."* In Figure 12 the only visible herbaceous material is protected by sagebrush or cactus plants. From a plant growth perspective, cool season bunchgrasses can take that level of use only if it occurs infrequently and outside the critical growing season.

Figure 12 – Heavy Utilization



BLM_0079067

**b. Grazing Use Pattern**

To be meaningful, these utilization objectives must be applied to locations preferred by livestock. Figure 13 shows a schematic of a pasture with a typical use pattern featuring the heaviest use on gentle terrain near water sources. Some places in the landscape, such as the immediate vicinity of stock tanks, guarantee a concentration of animals that precludes a fair analysis of utilization. However, grazing management must be designed to meet plant growth requirements in the areas that livestock prefer. No grazing strategy can accept over utilizing the areas the livestock themselves prefer, in an effort to force utilization elsewhere. In areas with rough terrain or incomplete water availability, applying moderate use levels as the pasture average will assure the preferred ranges are over utilized.

The interagency Technical Reference 1734-3 "Utilization Studies and Residual Measurements" provides numerous methods for assessing levels of grazing use.

Figure 13– Use Pattern Map



**Long Term Management for Plant Heath Summary -** The timing and intensity of grazing will dictate plant vigor and whether grazing pressure will cause a transition from the Reference State to the Sagebrush/Rhizomatous Grass-Bluegrass State. While grazing systems seldom compensate for heavy use, no single utilization percentage can be identified as a measure of rangeland health. If a pasture has not been used in several years, the intensity may not be important with regard to long term plant health. If a pasture is used every year during the critical growing season, even moderate use may be too much. The acceptable volume of use will change based on how often the plant is grazed, how heavily the plant is grazed, and the season the plant is grazed.

29

BLM_0079068

**c. Designing grazing strategies to meet the plant growth requirements of cool season bunchgrasses.**

Grazing strategies should be designed to control timing and intensity. A ranch with one pasture can control timing and intensity once. A ranch with three pastures can control timing and intensity three times. The rationale for grazing management is that simple. Properly interpreting timing is predicated on an accurate analysis of the plant growth seasons. Figure 14 shows a graphic representation of seasons for the Platte River Site. These seasons, with their corresponding vulnerabilities and resiliencies, can vary from place to place and even pasture to pasture on a ranch with variable elevations. It is recommended that this table be constructed for each climatic region of a management unit as a first step in developing a grazing management plan. These seasons should serve as the core building blocks for designing grazing strategies.

Figure 14 – Platte River Site Seasons*



Monthly Percentages of Cool Season Bunchgrass Growth

| Month | J | F | M | April | May | June | July | Aug | Sep | Oct | N | D |
|-------|---|---|---|-------|-----|------|------|-----|-----|-----|---|---|
|       |   |   |   | **15** | **60** | **25** |      |     |     |     |   |   |

\* Upland seasons prepared for Cool Season Bunchgrasses on a Sandy Site in SE Wyoming with 10-14 inches of precipitation. Riparian Seasons are generalized for the region.

● **Upland Early Season –** Approximately April 1 to May 15

Figure 15 suggests that 15% of the annual growth occurs in April, and 60% occurs in May. Given the presumption that the bulk of the growth attributed to May occurs late in the month, there is 4 to 6 week period from late March through early May, where only around 20% of the annual growth occurs. Since the critical growing season does not emerge until the latter part of May, the period features green growth without vulnerable plants.

***Timing -Intensity –Grazing Strategy Analysis:***

*Timing* – Slow plant growth limits the potential for re-grazing growing plants. Because the critical point in the growing season is still upcoming, opportunity for regrowth is maximized.

30

BLM_0079069

*Intensity* – Excellent livestock distribution caused by cool weather reduces potential for heavy utilization on individual plants. Grazing use may be targeted on the upland sedges and bluegrasses that tend to green up earlier than the cool season bunchgrasses.

*Grazing Strategy* – Because upland sedges and bluegrasses tend to have greened up and the cool season bunchgrasses less advanced, utilization of cool season bunchgrasses will be low. Consider taking advantage of the opportunity this season offers. Review the photos in Appendix D, and note the advanced curing of the herbaceous vegetation on the Sagebrush/Rhizomatous Grass-Bluegrass State relative to the Sagebrush/Bunchgrass photo. Given a fixed stocking rate with regard to Animal Unit Months, extending the season to include this grazing period can serve to reduce the total number of head. Consequently adding this season can reduce the grazing pressure on forage plants during the critical growing season that follows. Given the cost of hay, taking advantage of this season can be a profitable way to reduce grazing impacts. Livestock distribution during this season, in combination with limited vulnerability of cool season bunchgrasses, precludes the need for rotational livestock movement. Pastures can be used every year during this season if they are periodically afforded the opportunity to regrow in the upcoming critical growing season. This season is traditionally avoided because the range is not "ready." If a range operation has the ability to control timing and intensity in the upcoming critical growing season, this upland early season is an opportunity to allow cost effective grazing with minimal environmental problems.

Note: There are specific short term standing crop issues associated with grazing and sage-grouse habitat during the early season. Essentially hiding cover from the previous year is being consumed during nesting and early brood rearing. See section F.2 (page 35) of this document for a discussion of standing crop issues.

- **Upland Critical Growing Season** – Approximately May 15 to June 15
The critical growing season features completion of growth, reproduction, and transfer of nutrients from leaves to roots. Rapidly warming temperatures promote a sudden commitment of root reserves to the leaves. Indications that the critical growing season is under way include:
→ visible rapid growth of green grass in the pasture,
→ the emergence of a 4th leaf from an individual shoot, and
→ the emergence of seed stalks.

Cool season Bunchgrasses are vulnerable to grazing pressure during this season. Figure 15 illustrates that as much as 70% of the annual growth will occur between early May and Mid June. By late June plants have replenished and developed their root systems with energy derived from the photosynthetic process.

***Timing -Intensity-Grazing Strategy Analysis:***
*Timing* – Rapid plant growth enhances the potential for re-grazing growing plants. Livestock distribution declines as temperatures increase. Plants in preferred locations, such as gentle terrain near water are likely to be re-grazed if livestock are in a pasture for more than 7 to 10 days. By the end of this season, cool season grasses are entering dormancy and opportunity for re-growth is gone. This opportunity must be provided in a subsequent year.

31

*Intensity* –The chance of heavy use of preferred species in preferred locations increases as the critical growing season progresses.

*Grazing Strategy* - Livestock must be somewhere during this critical season. Where vegetation objectives are not being met, and grazing management changes are planned, seek a strategy that offers deferment in this critical growing season in at least two of three years. This is particularly important where new water sources are proposed. The need for deferment in two out of three years is based on the observation that, assuming that use levels are moderate or more, two pasture systems that feature critical growing season deferment every other year are generally ineffective. Repeated or heavy use of cool season grasses in this season virtually assures that a site in the Reference State will transition to the Sagebrush/Rhizomatous Grass-Bluegrass State. Light or moderate use levels may be appropriate depending on the frequency of use and the opportunity to regrow delivered by the grazing strategy. It is critical that this season be managed by the actual growth of the plants in the current location and year, rather than the approximate dates used to plan the strategy.

- **Upland Late Season –** Approximately July 15 to October 31

Once the critical growing season ends, plant growth requirements are no longer at issue. Most forb species are dormant and ungrazeable at this point. When temperatures cool in early September regrowth of grass is common, but this growth is brief and relatively unimportant for plant growth requirements.

***Timing -Intensity –Grazing Strategy Analysis:***

*Timing* – Timing is excellent because the growing season is over.

*Intensity* – Utilization remains a concern. Residual vegetation at the soil surface remains important.

*Grazing Strategy* - Seek good distribution of grazing animals. Utilization levels often begin to rise as calves increase their intake of forage. This is particularly true for ranch operations that feature early calving strategies. However, cooler temperatures in the fall promote better distribution, especially when re-growth is present.

- **Upland Winter Season –** Approximately November 1 to March 31

***Timing -Intensity –Grazing Strategy Analysis:***

*Timing* – Timing is excellent because the plants are dormant.

*Intensity* – Utilization remains a concern. Residual vegetation at the soil surface remains important.

*Grazing Strategy* – Good distribution is the main objective.

**d. Long Term Plant Growth Issues - Designing Grazing Strategies to meet riparian plant growth requirements**

A comprehensive description of grazing related riparian issues is beyond the scope of this document, because the emphasis of the document is sagebrush habitat. Interagency Technical Reference 1737-20 is recommended for addressing grazing strategies in riparian areas. However, a brief analysis of the riparian seasons is identified in Figure 15.

BLM_0079071

- **Riparian Early Season** – Approximately April 1 to June 15

Cold water and the tendency for cold air to concentrate in lowlands results in riparian vegetation remaining dormant after adjacent uplands have greened up.

***Timing -Intensity -Grazing Strategy Analysis:***

*Timing* – Because the main growing season is still upcoming, opportunity for re-growth is maximized.

*Intensity*   Cool temperatures, dormant riparian vegetation, and the opportunity to graze green plants on adjacent uplands virtually eliminates grazing use in riparian areas early in this season. Warmer temperature in the latter stages of this season, in conjunction with the gradual green up of riparian zones, will gradually result in increasing use of riparian areas.

*Grazing Strategy* – Livestock do not select riparian habitat during this season, (especially the early portion). Take advantage of the opportunity to use riparian pastures at this time of year. Grazing riparian pastures in the riparian early season can provide important deferment for nearby upland pastures.

- **Riparian Hot Season** – Approximately June 15 to September 15

Grazing animals, particularly cattle, concentrate in riparian areas during the hot season. This season advances gradually as June progresses. By mid June cattle are concentrating in riparian areas in mid day. July and August form the core hot season; cattle may use riparian zones exclusively. In September, cattle begin foraging out in morning and evening, but remain concentrated in riparian zones during the hotter portions of the day.

Riparian issues are of critical importance because long term heavy use of riparian vegetation will affect not only the vegetation, but the site itself. Heavily rooted native vegetation protects the site from runoff events, traps sediments and supports high water tables. Loss of this vegetation can result in erosion, and a corresponding loss of site integrity associated with a decline in the height of the water table. Declining water tables cause a reduction in the acreage of riparian habitat available, which adversely affects habitat for many species, including livestock and sage-grouse.

***Timing -Intensity-Grazing Strategy Analysis:***

*Timing-* Riparian areas, by definition, retain access to water and do not require a short critical growing season to complete their growth cycle. While sedges have only limited ability to re-grow following grazing, the extended growing season provides a level of resiliency not associated with the adjacent uplands.

*Intensity-* The resiliency associated with riparian zones is offset by the preference of cattle to use these areas. Preference for riparian areas accrues gradually as temperatures rise and accelerates in mid-summer as vegetation in adjacent uplands cures. This concentration on riparian areas is based on three factors including: 1) easy access to water, 2) an unwillingness of cattle to travel in hot weather, and 3) cattle preference for green vegetation in comparison with dry upland vegetation. Heavy use by cattle when they have access to riparian areas in

33

BLM_0079072

==the hot season is virtually certain.  Use levels on riparian trees, shrubs, and herbaceous plants can be severe, unless the grazing period is limited.==

*Grazing Strategy* – ==The extreme preference for riparian areas by cattle requires that access to riparian areas must be controlled.  The difference in phenology is particularly important.  Because grazing animals prefer green forage to cured forage, development of upland water sources does not always result in drawing grazing animals away from riparian zones.  In some cases, cattle preference for riparian habitat can be so strong in late summer that distribution is almost entirely impaired and upland vegetation is virtually unused.==  These preferred sites can be a negative for livestock performance.  Consider riparian pastures that provide only carefully controlled livestock (cattle) access to high value riparian areas during the hot season.  Seek a strategy where cattle have access to riparian areas during the hot season only one year in three.

• **Riparian Late Season** – Approximately September 15 to October 31
Freezing weather ends the riparian growing season even when moisture is available for plant growth.

***Timing -Intensity-Grazing Strategy Analysis:***
*Timing* - By the end of this season vegetation is entering dormancy so timing is not at issue.

*Intensity* - Cooler weather improves livestock distribution especially when freezing temperatures eliminate the contrast between green riparian vegetation and cured uplands.  Grazing and browsing pressure in this season is highly variable.  Declining preference for riparian vegetation by livestock may or may not occur.  ==Grazing use of the herbaceous community generally declines, but browsing of woody vegetation may continue or even accelerate.  Preference for riparian herbaceous vegetation is not nearly as strong if the plants have had an opportunity to mature.==

*Grazing Strategy* - Riparian zones may or may not require special consideration in this season.  Leaving residual vegetation for streambank protection is particularly important late in the season on systems where high spring peak flows are expected.

• **Riparian Winter Season** – Approximately November 1 to March 31
***Timing -Intensity -Grazing Strategy Analysis:***
Riparian plants are entirely dormant and winter conditions exist through March.  In some situations riparian areas are lightly used.  Heavy browsing of woody riparian vegetation, exceeding 100% of the previous growing season leader growth, is possible.  Some feed supplements are known to promote winter use of woody riparian vegetation by cattle.

34

BLM_0079073

## 2. Annual Management of the Standing Crop



The photo on the left shows a fence line contrast south of the Sweetwater River in central Wyoming that functions according to the Platte River model shown in figure 4.

Both sides of the fence feature a Sagebrush/Bunchgrass Plant Community in the Reference State.

Obviously the stand in the distance offers more residual hiding cover for grouse nesting.

Managing for the Sagebrush/Bunchgrass Plant Community addresses many but not all grazing issues. The potential exists to manage a site for its long-term forage plant health but fail to achieve sage-grouse habitat objectives. For example, late season and winter use may provide for long-term plant growth requirements, but fail to provide sufficient hiding cover for sage-grouse. Sage-grouse initiate nesting in April, prior to production of the current year's standing crop of herbaceous forage. Thus, residual grasses left from the previous year represent the initial cover available for nesting sage-grouse.

Moderate use is patchy so it entails some ungrazed plants in the landscape. Consequently, moderate utilization levels accrued after mid May will provide the standing crop necessary for sage-grouse nesting and early brood-rearing the following spring. While limited re-growth occurs in the fall, volume is generally insufficient to promote cover for sage-grouse habitat.

Evaluation of hiding cover must be a site-specific consideration. Ranch operations with a small amount of nesting habitat should consider special management for nesting and early brood- rearing areas. Light use of those tracts may be warranted. In areas with extensive habitat, operators should manage the standing crop so that all individual nesting areas have ample cover at least periodically. In areas where sage-grouse nesting is common, managing for the plant growth requirements of cool season bunchgrasses across the landscape should be adequate (i.e. moderate use). Well managed ranges with comprehensive grazing strategies that entail infrequent higher levels of use may be acceptable, provided that these higher levels of use occur in conjunction with ample standing crop cover in nearby pastures.

## 3. Project Infrastructure

In many circumstances, intensive grazing management strategies can result in high levels of economic productivity while providing for plant growth requirements. Multiple pastures offer better control of both timing and utilization levels. The down side of intensive grazing programs is the greater investment in infrastructure, such as fencing and water development, and increased labor cost to implement active management. High operating expenses can

35

BLM_0079074

require high stocking, which could be detrimental to sage-grouse.  Furthermore, range project infrastructure can be a source of habitat fragmentation.  Effective herding can substitute for a substantial portion of infrastructure if there are large enough herds to justify the full time personnel investment needed.  The final approach should be based on an individual livestock operation's site specific strategy.  From a sage-grouse management perspective, high intensity systems are only desirable if they are highly effective in promoting both rangeland health and short term nesting cover.

There are benefits and risks associated with any management action.  Implementing a rotational grazing system can require construction of fences and/or water developments.  However, sage-grouse can be killed or injured by fences and water troughs can cause drowning.  Such losses can be largely avoided through the use of fence markers (Figure 15) and water trough escape ramps (Figure 16). Further information on these devices can be obtained through local Game and Fish or Conservation District offices.

Figure 15 – Visibility Markers for Fences



Figure 16 – Water Trough Escape Ramp



36

Not every fence is a problem; those that tend to cause problems are: 1) constructed with steel t-posts, 2) are constructed near leks, 3) bisect winter concentration areas, or 4) border riparian areas. Avoid building fences within at least ¼ mile (preferably 0.6 mile) of leks. New and existing fences in these areas should be surveyed for evidence of grouse fence strikes before installing permanent fence markers. In brief, surveys can be conducted by walking, driving or riding slowly (2-3 mph) along the fence looking for carcasses or concentrations of feathers on the ground and individual feathers caught on top wire barbs. Evidence of fence strikes do not last long due to weather and scavengers. The discovery of fence strikes is therefore cause for mitigation. Wood fence posts increase fence visibility but provide raptor and raven perches. Providing such perch sites should be avoided when feasible.

Many species of wildlife use water tanks and troughs. Escape ramps should be installed in all water troughs/tanks as a standard practice. It is imperative that the ramp be installed so it is encountered by animals swimming along the edge of the tank. These devices reduce unnecessary wildlife mortality and result in cleaner water for livestock. Water developments that include an overflow area provide water on the ground and lessen the need for wildlife to drink directly from the tank. Springs and seeps should be protected from livestock trampling to prevent damage to the spring, maintain water quality and enhance the growth of food forbs for sage-grouse and other wildlife. In areas where West Nile virus has been documented to be an issue, efforts should be made to minimize mosquito habitat. These areas are generally described as being lower than 6,000 feet elevation with considerable areas of standing water. Multiple cases of West Nile virus in sage-grouse have been documented since 2003 in portions of Sheridan, Johnson, Campbell and Fremont Counties in Wyoming. Minimize areas of standing water with emergent vegetation in late summer. Where such areas cannot be eliminated, consider treating them with biological larvicide.

The tradeoff between project infrastructure (which can be negative to sage-grouse) and improved grazing management (which is a positive to sage-grouse) must be assessed on a case-by-case basis.

4. **Distribution**
   Given appropriate livestock numbers and season of use, insure a relatively good distribution of grazing over the area to prevent areas of overuse. Overuse typically occurs around water sources and riparian zones. Low stress herding techniques have proven effective in improving cattle distribution. The desire for effectiveness has to be tempered with consideration of the infrastructure cost and the cost/availability of skilled labor needed to achieve good distribution.

5. **Evaluation, Monitoring and Assessment**
   Rarely does a grazing management strategy function exactly as planned. Success is a product of constant evaluation and adjustment. Operators need flexibility to avoid problems and capitalize on opportunities. For example, if a reservoir that seldom holds water fills, it may be advantageous to stock the affected pasture immediately rather than wait until the period originally intended. Similarly, if it becomes apparent that livestock will not use a pasture in the manner a plan envisions, the plan must be revised. Grazing management plans

37

BLM_0079076

should provide flexibility to respond to current information.  Fixed systems that do not allow an operator to respond to site specific real time information seldom work.

Conversely, allowing livestock to drift into pastures scheduled for rest or deferment is a consistent source of failure to achieve vegetation objectives.  Livestock in the wrong pasture will focus on their favorite species in their favorite locations.  These animals will put nearly 100% of their grazing pressure on the exact plants the grazing plan is designed to protect.  Grazing strategies often require additional capital outlay for projects and additional labor to run the plan.  Small numbers of livestock in the wrong place can negate the value of a good grazing plan.

Trend, actual use, utilization and climate data interrelate to provide insight regarding the effectiveness of grazing management.  Trend studies measure change over time.  Utilization data may also be an operational key that drives decisions, such as pasture moves.  Trend and utilization data are most useful if correlated to long term records of actual grazing use so a cause and effect relationship is established.  Precipitation data, particularly when measured during the critical growing season, will help filter effects attributable to management - versus those attributable to climatic conditions.  Temperature and wind are more difficult to correlate, but they can be equally important.

## 6. Drought Management

The Platte River site was selected, in part, because Dr. Mike Smith at the University of Wyoming has undertaken a long term study at that location correlating precipitation to herbaceous productions on that site.  Appendix C contains a discussion of those results. Appendix A contains a reference to Dr. Smith's recommendations regarding drought management.  Conditions vary from year to year, but the bulk of the herbaceous production on the Platte River site, occurs in May, and is the product of precipitation in late April. Repeated regression analysis runs identified April 12 to April 19 as the period where precipitation was most strongly correlated to production.  If April stays cool and wet, the growing season may continue well into May.  However, if April is hot and dry, subsequent precipitation will probably not affect the annual herbaceous production.  When herbaceous vegetation begins to enter dormancy, the landscape changes from a rich green color to an olive green color; when this color change is apparent, the annual herbaceous production is in place.

The key point is that in most situations range mangers know by early May what the year's herbaceous production will be and, if necessary, drought planning can begin.  Hopefully the long term grazing management is such that annual fluctuations in moisture will average out over the long term.  However once the herbaceous plant community begins the process of entering dormancy, subsequent precipitation will be too late.  Subsequent rains have hydrologic value, and they can provide benefits such as filling stock ponds, but the annual herbaceous production will not be affected.

38

## G. Summary of Grazing Management in Sage-Grouse Habitat

The sage-grouse literature suggests that intact sagebrush ecosystems are essential during all sage-grouse seasonal periods, and that a sagebrush canopy in conjunction with a robust herbaceous understory is the key to quality nesting and early brood rearing habitat. While grazing management has a limited effect on sagebrush, grazing management is important because it affects the height and density of herbaceous material available for sage-grouse hiding cover.

State and transition models are useful for developing vegetation objectives because they describe plant succession in sagebrush habitats. Most sagebrush dominated sites in Wyoming are capable of producing an herbaceous understory featuring large cool season bunchgrasses such as needle and thread. This Sagebrush/Bunchgrass community provides the highest quality sage-grouse nesting and early brood rearing habitat available, as well as excellent livestock forage. As a result of its value for both sage-grouse and livestock, a primary objective of grazing management is to maintain existing stands of Sagebrush/Bunchgrass. Repeated heavy use of cool season bunchgrasses during the spring growing season will promote a transition from a Sagebrush/Bunchgrass plant community to a more grazing resistant state such as Sagebrush/Rhizomatous-Bluegrass. While the latter state can provide adequate habitat for sage-grouse and forage for livestock - if the individual plants are vigorous and healthy, the Sagebrush/Rhizomatous-Bluegrass state has substantially lower resource values than the Sagebrush/Bunchgrass plant community.

The transition from a Sagebrush/Bunchgrass plant community to a Sagebrush/Rhizomatous-Bluegrass state is not readily reversible. The state and transition model concept dispels the common range management presumption that a transition from the Sagebrush/Rhizomatous-Bluegrass state to the Sagebrush/Bunchgrass state can be achieved through grazing management alone. It is critical that range managers and sage-grouse biologists do not predicate their habitat management strategy on this presumption.

Generally, the conversion of a site from Sagebrush/Rhizomatous-Bluegrass to Sagebrush/Bunchgrass requires disturbance such as fire to create open niches large cool season bunchgrasses can exploit. The long term benefit of this sequence is offset by the absence of sagebrush for an interim period, and the corresponding loss of sage-grouse habitat. The decision to treat sagebrush must be a case by case decision, and this document does not advocate wide-scale treatments as a sage-grouse habitat management tool.

Grazing management on sage-grouse habitat is a function of both long-term management to promote desirable plant communities, and annual management of the standing crop to provide cover for sage-grouse. Addressing these two aspects of plant health requires managing both the timing and intensity (utilization) of grazing. In general, appropriately timed grazing with moderate utilization levels will maintain sites in the preferred Sagebrush/Bunchgrass plant community, and will promote plant vigor and sage-grouse values in the less-preferred Sagebrush/Rhizomatous-Bluegrass state.

39

BLM_0079078

Table 5. Summary of Grazing Management Recommendations by Seasonal Sage-grouse Habitat

| Sage-Grouse Habitat Season | Grazing Issue |
| --- | --- |
| Mating-Leks | Avoid any new sources of disturbance such as range improvements on lek sites.  Identify the location of leks through consultation with local biologists so they can be provided appropriate emphasis. |
| Nesting/Early Brood-Rearing | This topic is the emphasis of this document.  Maintain the Sagebrush/Bunchgrass Plant Community wherever currently present. Manage for high vigor in all plant communities. Avoid repeatedly using cool-season bunchgrasses in the critical growing season and limit utilization to moderate levels to assure that the previous year's standing crop is available for hiding cover. |
| Late Brood-Rearing | Summer sage-grouse habitat is a product of riparian health.  Avoid repeatedly grazing riparian areas in seasons when temperatures are high. |
| Winter | Grazing has limited effect on winter sage-grouse habitat unless use of sagebrush itself becomes severe.  Avoid levels of browsing on sagebrush that would limit sage-grouse access to their food supply and cover.  Additionally, avoid heavy use of herbaceous standing crop as this will adversely affect hiding cover the following year. |

40

BLM_0079079

Table 6. Summary of Habitat Values and Grazing Management Recommendations by Vegetation Community

| Vegetation Community | Sage-grouse Habitat Value | Livestock Habitat Value | Objective | Grazing Management Recommendations |
|---|---|---|---|---|
| Bunchgrass | Very Low– Lack of sagebrush limits sage-grouse nesting, brood-rearing and winter habitats. | Excellent – This is the maximum herbaceous forage production | Retain a carefully considered mosaic of bunchgrass and sagebrush / bunchgrass communities. | Recognize that this plant community is the product of long term excellent grazing management. Carefully consider changes in management that would increase utilization or change the timing of grazing on these sites. |
| Sagebrush / Bunchgrass | Excellent - Mix of sagebrush and herbaceous understory is ideal for nesting and brood-rearing. Winter habitat values are also present. | Good for cattle. Excellent for sheep. | Avoid a transition to the sagebrush / rhizomatous – bluegrass community. | Proper grazing management following disturbance is critical.  Retain sufficient residual cover to provide sage-grouse hiding cover the following year.  Employ planned grazing; periodic small scale disturbance such as occasional thinning or specialized small ruminant grazing of sagebrush will help maintain this desired state. |
| Sagebrush / Rhizomatous Grass - Bluegrass | Variable – Stands with high vigor may offer good nesting and brood-rearing habitat. Quality of habitat is particularly dependent on climate, with wet years producing better production and habitat quality. Winter habitat values are present. | Fair | Avoid a transition to sagebrush / bare ground. Maintain high vigor and health of the existing herbaceous understory.  Where appropriate, treat sagebrush to reestablish the bunchgrass plant community and foster progression the Sagebrush / Bunchgrass community. | ==Establish grazing strategies tailored to plant growth requirements of cool season grasses.==  ==Proper grazing== management following disturbance is critical.  Retain sufficient residual cover to provide sage-grouse hiding cover the following year.  Avoid confining animals on inadequate pasture, or supplemental feeding to compensate for a lack of natural forage. |
| Sagebrush / Bare Ground | Low – Lack of herbaceous understory precludes nesting opportunity. Winter values are present. | Poor – Lacks herbaceous forage. | Rehabilitate and restore the site. | Restrict grazing in conjunction with restoration efforts until the site is ready to sustain grazing. |

41

BLM_0079080

## H. Contributing Authors

- Everet Bainter, Range Management Specialist – Natural Resource Conservation Service
- Bob Budd, Director – Wyoming Wildlife and Natural Resources Trust Fund
- Jim Cagney, Range Program Lead – Bureau of Land Management, Wyoming
- Tom Christiansen, Sage-grouse Biologist – Wyoming Game and Fish Department
- Vicki Herren, Wildlife Biologist – Bureau of Land Management, Wyoming
- Matt Holloran PhD, Biologist -Wyoming Wildlife Consultants, LLC
- Benjamin S. Rashford PhD, Assistant Professor of Agricultural and Applied Economics - University of Wyoming
- Mike Smith PhD, Professor of Range Management - University of Wyoming
- Justin Williams, Agriculture Program Coordinator -Wyoming Department of Agriculture

Thanks to the following individuals who provided valuable comments on earlier drafts of this report:

- Bob Fowler – Bureau of Land Management
- Jeff Mosley – Montana State University
- Jack Connelly – Idaho Department of Game and Fish
- Rick Northrup and Michael R. Frisina – Montana Fish, Wildlife & Parks
- Ann Hild – University of Wyoming

42

# Appendix A - Previous Work

For a listing of research documents on greater sage-grouse in Wyoming:
http://gf.state.wy.us/wildlife/wildlife_management/sagegrouse/techdocs/index.asp

A Synthesis of Livestock Grazing Management Literature Addressing Grazing Management for
    Greater Sage-Grouse Habitat in the Wyoming Basin – Southern Rocky Mountains
    Ecoregions: http://sagemap.wr.usgs.gov/docs/Literature%20Synthesis.doc.

A synthesis of sage-grouse ecology and habitat use.  Conservation Assessment of Greater Sage-
    Grouse and sagebrush habitats, chapters 3 and 4:
    *http://sagemap.wr.usgs.gov/docs/Greater_Sage-*
    *grouse_Conservation_Assessment_060404.pdf*

Bohne, J., T. Rinkes and S. Kilpatrick. 2007. Sage-grouse habitat management guidelines for
    Wyoming. Wyoming Game and Fish Department. Cheyenne, WY.

Briske, D.D., S.D. Fuhlendorf, and F. E. Smeins.  2005. State-and-Transition Models,
    Thresholds, and Rangeland Health: A Synthesis of Ecological Concepts and Perspectives
    Rangeland Ecology and Management.
    http://www.srmjournals.org/perlserv/?request=get-document&doi=10.2111%2F1551-
    5028%282005%2958%3C1%3ASMTARH%3E2.0.CO%3B2

Caldwell, M.M., J.H. Richards, D.A. Johnson, R.S. Nowak and R.S. Dzurec. 1981. Coping with
    herbivory: photosynthetic capacity and resource allocation in two semiarid Agropyron
    bunch grasses. Oecologia 50:14-24.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000. Wildlife Society Bulletin
    28:1-19.  Guidelines to manage sage-grouse populations and their habitats.

Ganskopp, D. 1988. Defoliation of Thurber needle grass: herbage and root responses. J. Range
    Manage. 41:472-476.

Howard, J. L.  1999.  Fire effects information system:  Artemisia tridentata spp. wyomingensis.
    In:  Fire Effects Information System (online).  U.S. Department of Agriculture, Forest
    Service, Rocky Mountain Research Station, Fire Sciences Laboratory.
    http://www.fs.fed.us/database/feis/plants/shrub/arttriw/all.html.

McWilliams 2006.  Sagebrush reestablishment within prescribed burns:  This is an unpublished
    evaluation of conducted by Andrew McWilliams, as a Bureau of Land Management
    Employee in the South Bighorn Basin Field Office.

Rowland, M. M.  2004.  Effects of management practices on grassland birds:  Greater sage-
    grouse.  Northern Prairie Wildlife Research Center, Jamestown, ND.
    http://www.npwrc.usgs.gov/resource/literatr/grasbird/grsg/grsg.htm.

BLM_0079082

Sedgwick, J. A.  2004.  Habitat restoration for Gunnison and Greater sage-grouse:  a literature review.  U.S. Department of Interior Bureau of Land Management, Gunnison, CO. www.western.edu/bio/young/gunnsg/usgshabitatliteraturereviewa.rtf.

Smith, M. A. 2006. Cheatgrass Ecology and Management of Wyoming.  WYO RANGE FACTS.University of Wyoming Cooperative Extension Bulletin MP 111.08. http://ces.uwyo.edu/PUBS/MP111_08.pdf.

Smith, M. A. 2007. Recognizing and responding to drought on rangelands. WYO RANGE FACTS. Univ. Wyoming Cooperative Extension Service. MP-111.09.

Technical Reference 1737-20 – Grazing Management Process and Strategies for Riparian – Wetland Areas.  2006.  United States Department of Agriculture Research Education and Extension, Natural Resource Conservation Service, Forest Service and Bureau of Land Management.

The Bureau of Land Management's National Sage-Grouse Habitat Conservation Strategy of November 2004 specifies under part 1.4.3 that the BLM will, "Develop and issue livestock grazing BMPs to restore, maintain, or enhance the quality of sage-grouse and the sagebrush habitat."  The document also provides under part 3.3.5 that the "BLM will provide training to ensure Bureau-wide understanding of sage-grouse habitat requirements and Best Management Practices (BMPs) across all disciplines."

The National Range and Pasture Handbook.  Natural Resource Conservation Service. http://www.glti.nrcs.usda.gov/technical/publications/nrph.html

The Wyoming Greater Sage-Grouse Conservation Plan. 2003. http://gf.state.wy.us/wildlife/wildlife_management/sagegrouse/index.asp

The Wyoming Rangeland Monitoring Guide.  2001.  Bureau of Land Management, the Forest Service, the Natural Resource Conservation Service, the University of Wyoming Department Of Renewable Resources, the University of Wyoming Extension Service, The Wyoming Department of Agriculture, and the Wyoming Section of the Society of Range Management.  The purpose of the document was to encourage range monitoring by livestock producers.

BLM_0079083

# Appendix B - Ecological Sites in the Green and Platte River Major Land Resource Areas (34 A)

## Green River and Great Divide Basins; 7-9 Inch Precipitation Zone

### Ecological sites that provide key big sagebrush habitat

| | | |
|---|---|---|
| Sands | Sandy | Loamy |

### Ecological sites with heavy or shallow soils

| | | | |
|---|---|---|---|
| Clayey | Dense Clay | Gravelly | Impervious Clay |
| Shallow Breaks | Shallow Clayey | Shallow Sandy | Shallow Loamy |
| Very Shallow | | | |

### Ecological sites with Salty Soils

| | | | |
|---|---|---|---|
| Saline Lowland | Saline Lowland, Drained | Saline Subirrigated | Saline Upland |
| Shale | | | |

### Ecological sites that provide basin big sagebrush habitat

Lowland

### Ecological sites that provide riparian habitat

| | |
|---|---|
| Subirrigated | Wetland |

## Foothills and Basins West; 10-14 Inch Precipitation Zone

### Ecological sites that provide key big sagebrush habitat

| | | | |
|---|---|---|---|
| Loamy | Sands | Sandy | Shallow Loamy |
| Shallow Sandy | | | |

### Ecological sites with heavy or shallow soils

| | | | |
|---|---|---|---|
| Coarse Upland | Clayey | Dense Clay | Gravelly |
| Igneous | Rocky Hills | Shallow Breaks | Shallow Clayey |
| Shallow Igneous | Shallow Loamy, Calcareous | Very Shallow | |

### Ecological sites with salty soils

| | | | |
|---|---|---|---|
| Saline Lowland | Saline Lowland, drained | Saline Subirrigated | Shale |
| Saline Upland | | | |

### Ecological Sites that provide basin big sagebrush habitat

| | | |
|---|---|---|
| Lowland | Overflow | Clayey Overflow |

### Ecological sites that provide riparian habitat

| | |
|---|---|
| Subirrigated | Wetland |

## High Plains South East; 10-14 Inch Precipitation Zone

### Ecological sites that provide key big sagebrush habitat

| | | | |
|---|---|---|---|
| Loamy | Sands | Sandy | Shallow Loamy |
| Shallow Sandy | Steep Loamy | | |

### Ecological sites with heavy or shallow soils

| | | | |
|---|---|---|---|
| Clayey | Coarse Upland | Dense Clay | Gravelly |
| Impervious Clay | Shallow Breaks | Shallow Clayey | Very Shallow |
| Rocky Hills | | | |

### Ecological sites with salty soils

| | | | |
|---|---|---|---|
| Saline Lowland | Saline Loamy | Saline Subirrigated | Saline Upland |
| Shale | | | |

### Ecological sites that provide basin big sagebrush habitat

| | | |
|---|---|---|
| Lowland | Clayey Overflow | Loamy Overflow |

### Ecological sites that provide riparian habitat

| | |
|---|---|
| Subirrigated | Wetland |

45

BLM_0079084

## Appendix C - Precipitation and Plant Production Charts

Since 1987, Dr. Mike Smith, professor of Range Management at the University of Wyoming has conducted production studies in sagebrush habitat at a Platte River site northeast of Saratoga Wyoming. The charts below are regression analyses designed to correlate the timing of precipitation to the herbaceous production. In the charts below $R^2$ is the percentage of the production that is correlated to the precipitation. The regression is of the form $y=a+bx$, where $y = kg/ha\ (=1.1\ lb/ac)$ of standing crop, $a$ is the intercept, where the line would hit the vertical axis at zero precipitation during that particular period; $bx$ is the constant $b$ times $x$ inches of precipitation that fell during the period. The charts indicate that winter precipitation has only a 2.9% correlation. The correlation for May is 27%, and April is 53%. Repeated trial and error regressions identified the highest correlation of 78% for the period of April 12[th] to April 19[th].

This analysis demonstrates that the herbaceous production of the plant community is the product of early spring precipitation. Winter snow pack on these sites melts over an extend series of days in late winter-early spring where intermittent temperatures are warm enough to melt snow, but the overall climatic conditions are too cold to initiate growth. In most years, the top few inches of the soil profile is dry immediately prior to the onset of growth.









46

# Appendix D – Platte River Site Data and Photos

The four plant communities (Bunchgrass, Sagebrush/Bunchgrass, Sagebrush/ Rhizomatous grass - Bluegrass, and Sagebrush/Bare ground) included in the Platte River State and Transition Model were sampled in June of 2007.

Cover was identified utilizing imaged based methods developed by the Agricultural Research Station in Cheyenne, Wyoming.  Each transect was sampled with 20 ½ meter photos evenly spaces along a 100 meter tape.  Twenty-five points per photo (for a total of 500 points per transect) were observed for each vegetation community in the following 26 categories.

**Plant Associations & Button List – Sandy 10-14 High Plains Southeast  Ecological Site**

| Group | Description | Examples: | | | |
|---|---|---|---|---|---|
| 1 | Unknown Grass | | | | |
| a | Cool Season Bunchgrass | Needle & Thread | Indian Ricegrass | Squirreltail | Bluebunch Wheatgrass |
| b | Rhizomatous & Poas | Thickspike Wheatgrass | Prairie Junegrass | Sandberg Bluegrass | Mutton Bluegrass |
| c | Upland Grasslikes | Threadleaf Sedge | | | |
| d | Warm Season Grasses | Blue grama | | | |
| 2 | Forbs | | | | |
| a | Broad Leaf Forb | Asters | Bluebells | Buckwheat | Clovers | hawksbeard |
| b | Cushion Forb | Phlox | Pussytoes | | |
| c | Cactus | | | | |
| d | Annual Forb | Alyssum | Annual Mustards | | |
| 3 | Shrub | | | | |
| a | Big Sagebrush | Wyoming Sage | | | |
| b | Winter Fat | | | | |
| c | Rabbitbrush | Green Rabbitbrush | | | |
| d | Bitterbrush | | | | |
| e | Other Shrubs | Fringed Sage | Horsebrush | | |
| 4 | Invasive Weed | | | | |
| a | Cheatgrass | | | | |
| b | Invasive Forb | Knapweed | Leafy Spurge | Dalmatian Toadflax | Yellow Star This. | Hounds tongue |
| 5 | Moss/Lichen/Cryptograms | | | | |
| 6 | Persistent Litter | Logs | Branches | | |
| 7 | Non Persistent Litter | Grass Stems | Dry Forb Material | Leaves | Dung |
| 8 | Rock | | | | |
| 9 | Bare Ground | | | | |
| 10 | Obstructed | Plot frame or tape in crosshairs | | | |
| 11 | Unknown | | | | |

47

BLM_0079086

## Plant Community Cover Data

| Group | Plant Description | Bunchgrass % Cover | Sagebrush / Bunchgrass % Cover | Sagebrush / Rhizomatous - Bluegrass % Cover | Sagebrush / Bare Ground % Cover |
|---|---|---|---|---|---|
| Grass | Unknown Grass | 11.8 | 3.8 | 0.2 | 1.2 |
| | Cool Season Bunchgrass | 13.4 | 5.8 | 0.6 | |
| | Rhizomatous Grass & Bluegrass | 15.2 | 9 | 5.4 | |
| Forb | Broad Leaf Forb | 2.2 | 3.4 | 0.6 | |
| | Cushion Forb | | 1 | 0.6 | |
| | Annual Forb | 0.2 | 0.2 | 2.2 | 0.6 |
| Shrub | Big Sagebrush | 0.2 | 21.2 | 29.4 | 33.6 |
| | Winter Fat | | | 0.2 | |
| | Rabbitbrush | | | | 0.2 |
| | Other Shrubs | | 0.4 | | |
| Weed | Cheatgrass | | 0.2 | | |
| | Moss/Lichen/Cryptogram | | 0.4 | 2.4 | 0.4 |
| | Persistent Litter | 6.4 | 4 | 2.6 | 1.8 |
| | Non Persistent Litter | 33.4 | 26.2 | 16.2 | 11.6 |
| | Rock | | | | |
| | Bare Ground | 14.8 | 21.4 | 36 | 49.4 |
| | Obstructed | 0.6 | 0.6 | 0.6 | 0.2 |
| | Unknown | 1.6 | 2.4 | 2.6 | 0.8 |
| | Totals | 100 | 100 | 99.6 | 99.8 |

## Summary Data

| Group | Description | Bunchgrass % Cover | Sagebrush / Bunchgrass % Cover | Sage brush / Rhizomatous - Bluegrass % Cover | Sage brush / Bare Ground % Cover |
|---|---|---|---|---|---|
| 1 | Grass | 40.4 | 18.6 | 6.2 | 1.2 |
| 2 | Forbs | 2.4 | 4.6 | 3.4 | 0.6 |
| 3 | Shrub | 0.2 | 21.6 | 29.6 | 33.8 |
| 4 | Invasive Weed | 0 | 0.2 | 0 | 0 |
| 5 | Moss/Lichen/Cryptogram | 0 | 0.4 | 2.4 | 0.4 |
| 7 | Persistent Litter | 6.4 | 4 | 2.6 | 1.8 |
| 8 | Non Persistent Litter | 33.4 | 26.2 | 16.2 | 11.6 |
| 9 | Rock | 0 | 0 | 0 | 0 |
| 10 | Bare Ground | 14.8 | 21.4 | 36 | 49.4 |
| 11 | Obstructed | 0.6 | 0.6 | 0.6 | 0.2 |
| 12 | Unknown | 1.6 | 2.4 | 2.6 | 0.8 |
| | Totals | 100 | 100 | 99.6 | 99.8 |
| | Total Vegetation Cover | 43 | 45 | 39.2 | 35.6 |

48

BLM_0079087

**Bunchgrass Plant Community (Reference State)**



**Sagebrush/Bunchgrass Plant Community (Reference State)**



49

**Sagebrush/Rhizomatous Grass – Bluegrass State**



**Sagebrush /Bare Ground State**



50

BLM_0079089

## Appendix E
## Variations to the Platte River State and Transition Model

The Platte River model was selected for analysis because it represents much of the sagebrush habitat in the Green and Platte River Valleys. However, not all sagebrush dominated sites in Wyoming progress in this manner. The Platte River State and Transition model is not identical to the model presented in the Sandy 10-14 inch ecological site guide. The state and transition model in the site guide includes additional scenarios that occur in the Major Land Resource Area, whereas the Platte River Model is specific to an individual location. This Appendix discusses some of the many variations to the Platte River model that Wyoming range managers, landowners and wildlife managers may encounter.

Loamy soils in Wyoming, such as the Bighorn Basin site below, generally function in accordance with the same state and transition model for sandy sites but feature bluebunch wheatgrass as the predominant cool season bunchgrass instead of Needle and Thread.

**Loamy Soil**
**Sagebrush/Bluebunch Wheatgrass-      Sagebrush/Upland Sedge**




One key progression not represented on the Platte River State and Transition model is the potential transition to upland sedges. The shallow loamy site shown above is a harsh site near South Pass, which is dominated by cold windy conditions. The Sagebrush/Bunchgrass plant community (featuring Bluebunch Wheatgrass) will progress to a Sagebrush/Needleleaf sedge community if the grazing management does not meet the plant growth requirements of Bluebunch Wheatgrass. The Sagebrush/Rhizomatous Grass-Bluegrass state does not form.

Ecological sites represent stages along a continuum. There are not, for example, two kinds of loamy sites in Wyoming – one loamy and another shallow loamy. Rather there exists a gradient range of soil depth on loamy sites with two ecological sites assigned to represent that range of variability. The degree of soil salinity also forms a continuum. Lowland sites feature basin big sagebrush whereas saline lowland sites feature greasewood. Numerous sites in Wyoming have a degree of soil salinity that allows an intermingling of basin big sagebrush and greasewood. The photo, titled Sagebrush/Squirreltail, below shows a location in the Bighorn Basin where sagebrush intermingles with Gardner saltbush. It is the product of the edge between a loamy site

51

BLM_0079090

and a saline upland site.  The herbaceous community is almost exclusively comprised of bottlebrush squirreltail.  The Sagebrush Rhizomatous Grass-Bluegrass State does not form on this site.

**Sagebrush/Squirreltail**                    **Sagebrush/Blue Grama**

    

**Major Land Resource Area 32**

MLRA 32 includes the Bighorn Basin and the arid lands immediately to the south in the vicinity of Boysen Reservoir.  Some areas of the MLRA feature less than the seven inches of precipitation, and offer sagebrush canopies too light for substantive sage-grouse habitat.  A review of figure 1 shows that most sage-grouse leks occur in the ring of foothills between the arid floor of the Big Horn Basin and the surrounding high country.  Big Horn Basin sagebrush sites with less than 10 inches of precipitation face a risk more severe than their MLRA 34A counterparts.  When subject to heavy or repeated critical growing season grazing Sagebrush/Bunchgrass sites progress to Sagebrush/Blue Grama States rather than the Sagebrush/Rhizomatous Grass-Bluegrass State.  This state offers limited sage-grouse hiding cover and is exceptionally stable.  It is exceptionally difficult to convert a Sagebrush/Blue Grama State to a Sagebrush/Bunchgrass.  Blue Grama stands often have high concentrations of pricklypair cactus.  Many stands of sagebrush at lower elevations in the Big Horn Basin have converted to cheatgrass, following a series of large wildfires, just after the turn of the century.

**Major Land Resource Area 58B**

MLRA 58B occurs east of the Bighorn and Laramie Mountain Ranges, so it has tendencies associated with the Great Plains.  Sagebrush may not regenerate following treatment in a reasonable management time frame, apparently because winter snow cover is not frequent or persistent enough to protect seedlings from desiccation and/or herbivory.  Sagebrush is common in MLRA 58B, but climatic conditions not as favorable for sagebrush in comparison with MLRA 34A.  When intact, the Sagebrush-Bunchgrass community is similar to that described for the Platte River site, and the recommended management of these sites would be the same.  However, Sagebrush/Bunchgrass communities in MLRA 58B can transition to Sagebrush-Rhizomatous Wheatgrass or Bluegrass, as well as Sagebrush/Blue Grama.  Red threeawn may increase, and pricklypear cactus populations move somewhat independently depending on weather and insects.

52

Cheatgrass is a major threat in MLRA 58B. In summary, Sagebrush-Bunchgrass states in 58B, and sage-grouse nesting and brood rearing habitat, are more at risk in MLRA 58B than in MLRA 34A. Detrimental cheatgrass and blue grama states are more likely to occur in response to continuous or season long grazing and, consequently, sagebrush will recover from disturbance more slowly.

## The 15 to 19 inch Precipitation Zone

Figure 1 shows that sage-grouse leks are common along the edge of the high elevation MLRAs such as 43B, 47, and especially the northwest Sierra Madre foothills in 48A. In the high mountain foothills, soil moisture from snowpack is retained until later in the year when temperatures become favorable for plant growth. This situation results in mountain big sagebrush communities that have canopies up to 55%, and successional progressions are much different than the Platte River Model. Generally, sagebrush is more resilient in this environment. It comes back following disturbance more quickly than lower elevation counterparts, and these sites are not as vulnerable as their low elevation counterparts to threats such as cheatgrass and blue grama. Robust high elevation grasses such as Columbia needlegrass, mountain brome, and Idaho Fescue are the preferred reference state species. Species such as needle and thread, that form the herbaceous component of the desired plant community at lower elevations, can be the product of repeated growing season grazing at higher elevations. Most sites will be dominated by heavy sagebrush and bluegrasses given heavy, continuous season long grazing for an extended period of years. In the absence of disturbance, these sites are subject to encroachment by conifer communities.

## Cheatgrass

The text in this paper addresses the historic natural progression in Wyoming Basin Sagebrush communities and the way livestock grazing affects progression. Cheatgrass dramatically changes the site progression because it not only occupies space, but it also changes the fire regime. Increased fire frequency eliminates the sagebrush overstory and destroys the sage-grouse habitat. The relationship between cheatgrass and livestock grazing is unclear. It is intuitive that livestock grazing may provide niches for cheatgrass by reducing competition with native herbaceous plants. However, the landscape is ripe with examples where cheatgrass advanced in the absence of livestock. The photo below shows cheatgrass intermingling with a robust stand of green needlegrass. Green needlegrass is perhaps the most palatable species on Wyoming rangelands, and does not persist when grazing use levels are heavy, or grazing entails repeated use in the critical growing season. Regardless, the critical importance of cheatgrass infestations provide another reason to assure that rangelands are healthy. Adhering to the principals of the section *Designing Grazing Strategies around the plant growth requirements of Cool Season Bunchgrasses*, will provide the level of competition to cheatgrass that can be delivered through grazing management. Appendix D demonstrates that the Sagebrush/Bunchgrass community in the Reference State offered 44.4% vegetation canopy cover. None of the other plant communities in the state and transition model offer the same level of competition against cheatgrass. UW Cooperative Extension Service B-111.08 (Appendix A) is recommended for a review of Wyoming cheatgrass issues.

53

The potential for cheatgrass or other weedy species to invade a treated site must be considered during the planning stages of a proposed treatment. Increasing the amount of cheatgrass on a site has the potential to result in the permanent conversion of that site into one that does not provide conditions suitable for sage-grouse. Although we do not specifically address cheatgrass in this document, if the possibility exists for cheatgrass to proliferate on a site we strongly discourage treating that site. The Wyoming and region-wide sage-grouse habitat management guidelines caution against treating sage-grouse habitats prone to cheatgrass invasion unless adequate measures are in place to ensure perennial species dominate the understory following treatment.

**Cheatgrass-Green Needlegrass**          **Conifer Encroachment**

          

**Conifer Encroachment**

Encroachment of juniper and limber pine is an important aspect of site progression in some areas. In many situations, juniper (some pinyon pine occurs in Wyoming south of Rock Springs) is restricted to shallow soil sites where understory fuels limit fire occurrence. However, in the absence of disturbance, trees will colonize adjacent stands previously dominated by sagebrush. In some areas, notably the Absoroka front of the Big Horn Basin, limber pine rapidly encroaches on sagebrush habitat.

54

BLM_0079093

# Appendix F
# Percent Similarity Scoring and Condition Class Nomenclature

The percent similarity range scoring method – Chapter 4 National Range and Pasture Handbook – has long been used to score range condition. In the percent similarity scoring system, the dry weight of the existing plant community is compared to the "potential plant community" described in the ecological site guide. The site guides specify an allowable percentage for each ecological site and range managers score the plant community by assessing the overlap between the existing plant community and the allowable percentage in the site guides.

Consider how "Percent Similarity Index" scoring system works from the chart below. The four plant communities shown in the Figure 3 are scored using the Wyoming Sandy 10-14 inch precipitation zone, High Plains SE Range Site Guide. The dry weight percentages were estimated from the photos and canopy cover data.

## Percent Similarity Scoring
### Plant Community 1 (Bunchgrass)

| Plant Species | Dry Weight Percentage | Site Guide Percentage | Condition Score |
|---|---|---|---|
| Needle and Thread | 35 | 50 | 35 |
| Thickspike Wheat | 30 | 25 | 25 |
| Prairie Junegrass | 10 | 5 | 5 |
| Mutton Bluegrass | 10 | 5 | 5 |
| Perennial Forbs | 10 | 10 | 10 |
| Sagebrush | 3 | 10 | 3 |
| Rabbitbrush | 2 | 5 | 2 |
| | 100 | | 85 |

### Plant Community 2 (Sagebrush/Bunchgrass)

| Plant Species | Dry Weight Percentage | Site Guide Percentage | Condition Score |
|---|---|---|---|
| Needle and Thread | 25 | 50 | 25 |
| Thickspike Wheat | 15 | 25 | 15 |
| Prairie Junegrass | 10 | 5 | 5 |
| Mutton Bluegrass | 10 | 5 | 5 |
| Perennial Forbs | 5 | 10 | 5 |
| Sagebrush | 25 | 10 | 10 |
| Rabbitbrush | 10 | 5 | 5 |
| | 100 | | 70 |

55

**Plant Community 3 (Sagebrush/Rhizomatous Grass - Bluegrass)**

| Plant Species | Dry Weight Percentage | Site Guide Percentage | Condition Score |
|---|---|---|---|
| Needle and Thread | 10 | 50 | 10 |
| Thickspike Wheat | 5 | 25 | 5 |
| Prairie Junegrass | 10 | 5 | 5 |
| Mutton Bluegrass | 5 | 5 | 5 |
| Perennial Forbs | 5 | 10 | 5 |
| Sagebrush | 55 | 10 | 10 |
| Rabbitbrush | 10 | 5 | 5 |
| | 100 | | 45 |

**Plant Community 4 (Sagebrush/Bare Ground)**

| Plant Species | Dry Weight Percentage | Site Guide Percentage | Condition Score |
|---|---|---|---|
| Crested Wheat | 1 | 0 | 0 |
| Thickspike Wheat | 1 | 25 | 1 |
| Sagebrush | 93 | 10 | 10 |
| Rabbitbrush | 5 | 5 | 5 |
| | 100 | | 16 |

Initially the ecological site guides were a livestock grazing management tool, and the process was value laden for herbaceous forage. Percent similarity scoring system applied the terminology in the table below.

| Condition Score | Rating Term |
|---|---|
| 75 points or more | Excellent |
| 50 to 74 points | Good |
| 25 to 49 points | Fair |
| 24 points or less | Poor |

The approach was useful as a livestock management tool, because the ecological site guides had valuable information, including stocking rate recommendations indexed to the condition classes.

This effective livestock management tool failed as a means to address multiple use values and to report the status of public lands. Different species of animals prosper under different conditions, or stages of plant succession, and the terms excellent, good, fair, and poor did not represent the spectrum of public interest. The terms raise the question - excellent, good, fair and poor for what? The plates below illustrate the divergent habitat values for cattle and sage-grouse.

56

**Cattle Condition**



**Sage-Grouse Condition**



57

BLM_0079096

The table below was used to "fix" this value judgment problem.  This revised terminology resulted in a change from value laden for herbaceous forage, to an entirely inaccurate description of the successional path in sagebrush.  The scoring categories were never designed to match stages along a successional path.

| Original Term | | Revised Term |
|---|---|---|
| Excellent | $\longrightarrow$ | Potential Natural Community |
| Good | $\longrightarrow$ | Late Seral |
| Fair | $\longrightarrow$ | Mid Seral |
| Poor | $\longrightarrow$ | Early Seral |

If the revised terminology were accurate, then succession would be expected to progress as shown below in "The Terminology Progression."  Under this terminology, a stand of sagebrush would be expected to develop following a fire, and through time the herbaceous component would eventually dominate.

**The Terminology Progression**



BLM_0079097

The "terminology progression" above is obviously inaccurate. Sagebrush has more "invested" in above ground woody material than the herbaceous component of the plant community and takes longer to recover from fire. A stand of sagebrush that scores poor, because it has limited herbaceous understory, is anything but early seral. Furthermore, site progression in sagebrush is not linear. In the true model, the Bunchgrass site is transitional and the other three are all a potential natural community. Each is a product of its history.

This nomenclature has misleading connotations. Calling the "poor" plant community "early seral" suggests that it is poised for change. Given that presumption, it is logical to further presume that livestock grazing is suppressing a natural progression towards stands with increased herbaceous dominance. It is notable that the terminology progression includes the "backwards transition." Given this terminology, it is little wonder that many believe such a sequence is standard.

Clearly the use of inaccurate successional terms has been a source of confusion on the interface between range managers, and sage-grouse habitat biologists. A more accurate expectation is a key step in aligning livestock and sage-grouse objectives. State and transition models provide a more accurate framework for addressing risks and opportunities associated with livestock grazing management. The National Resource Conservation Service has changed their ecological site guides to incorporate state and transition models that correctly assess sagebrush ecology. In the near future the Bureau of Land Management is planning to discontinue reporting the status of rangelands based condition classes. Rangelands will be evaluated based on the Standards of Rangeland health, and the report categories will provide for state and transition model concepts.

59

BLM_0079098

# Appendix G - Memorandum: Livestock Management Following Vegetative Treatment



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Wyoming State Office
P.O. Box 1828
Cheyenne, Wyoming 82003-1828



In Reply Refer To:
1740 (930) P

January 13, 2005

Instruction Memorandum No. WY-2005-018
Expires: 09/30/2006

To:         Field Managers and Deputy State Directors

From:       Associate State Director

Subject:    Livestock Management Following Vegetative Treatment

**Purpose:** The purpose of this Instruction Memorandum is to update Wyoming Bureau of Land Management (BLM) policy regarding livestock management following fire, chemical or mechanical vegetation treatment. The original policy was issued in Instruction Memorandum No. WY 2002-044, which expired September 30, 2004. This IM updates and reissues this policy.

**Background:** Current policy found in both the <u>Interagency Burned Area Emergency Stabilization and Rehabilitation Handbook</u> and the <u>Emergency Fire Rehabilitation Handbook,</u> calls for 2 growing seasons deferment following a wildfire. This approach is designed to strike a balance between protecting desired vegetation resulting from the treatment project, and supporting the operational needs of the BLM livestock permittees.

This policy addresses vegetation "treatments." The policy does not address reclamation following surface disturbing activities. This latter topic includes socio-economic issues and complex roles and responsibilities beyond the scope of the policy.

**Policy:** To promote and ensure successful establishment of the vegetation after treatment, livestock grazing will not be allowed for 2 complete growing seasons following treatment, except as provided for below. In many cases, existing management provides the required deferment. However, when pre-existing management provides for growing season use of treated areas, a signed agreement implementing this policy will be in place prior to any

60

BLM_0079099

vegetative treatment.

Wyoming BLM policy is to manage rangelands through cooperation and collaborative agreement whenever possible. However, it may be necessary to issue a decision under 43 CFR 4110.3-3 (b), or 43 CFR 4190 to achieve long term objectives. Instruction Memorandum No. 2004-224, *Additional Guidance for Making Wildfire Management Decisions Effective immediately or on a Date Specified in the Decision Document (commonly referred to as a "Full Force and Effect" Decision)*, provides recent guidance on this subject.

A growing season is considered complete at the time the desired vegetation sets seed. Seedling and young forage plants are vulnerable to uprooting, and have limited ability to recover from grazing. Policy implementation should be oriented to protecting these young plants while they are vulnerable. Two **growing seasons** deferment is not synonymous with 2 **years** rest. In many cases it is appropriate to graze treated areas during seasons other than the growing period within the first 2 years.

The 2 growing seasons deferment requirement may be adjusted based on environmental conditions and management objectives consistent with Wyoming's standards for healthy rangelands. Some examples of environmental circumstances that could be considered for an adjustment to the 2 growing seasons requirement might include:

- The health of the range, and quality of existing management prior to treatment. Rangelands in good ecological heath are more resilient than ranges with pre-existing rangeland health issues. Healthy ranges with long term quality management may not warrant changes in the long term approach. Conversely, 2 growing seasons deferment may be inadequate on rangelands where management prior to the treatment promoted pre-existing range health issues. In this latter case, 2 growing seasons policy should be combined with improvement in long term grazing management.

- Some treatments occur in areas lightly used by livestock because of terrain or distance from water. The treatment objective may be to draw increased livestock use into the area. In this circumstance, planned deferment under the policy may not be warranted. Conversely, if the treatment area occurs on level terrain near water sources, 2 growing seasons deferment may be inadequate.

- The 2 growing seasons requirement should be extended if drought conditions preclude expected recovery associated with 2 growing seasons deferment. The purpose of the 2 growing seasons policy is to provide plants the opportunity to establish or recover before they must cope with defoliation. If because of drought the plants are not afforded the opportunity to establish or recover, then the drought year shouldn't count as one of the 2 growing seasons under the policy. Conversely, in some years favorable rainfall can extend the growing season. In this case, plants may still be green when the treated pasture is scheduled for grazing use. To protect other pastures, it may be appropriate to use the treated pasture as planned.

- Some chemical treatments entail a delay between treatment and effect. In this circumstance deferment should be scheduled to accommodate the treatment objective,

61

rather than rigid adherence to deferment "following treatment" as described in the policy.

- Some allotments contain only a very small percentage (e.g., < 25%) of Public Lands, often occurring in a scattered landownership pattern. From a practical standpoint, it is very difficult for the BLM to dictate any substantial management direction in these circumstances. Rigid enforcement of a 2-year deferment policy may be infeasible in these allotments.

Any adjustment that is being proposed must be thoroughly analyzed as a separate alternative in the original NEPA document prepared for the treatment project. It is to be compared to an alternative providing for 2 complete growing seasons deferment. Additional alternatives are optional. An interdisciplinary team will be used to prepare the NEPA document so that the final decision clearly satisfies the necessary "hard look" for environmental analysis/assessments.

Monitoring is crucial to the success of the treatment and will be implemented to evaluate progress towards meeting objectives.

**Effective:** This policy is effective immediately.

**Further Information:** Contact Jim Cagney, WSO Range Management Specialist, at 307-775-6194 or Vicki Herren, Fire Ecologist/Forestry Program Lead, at 307-775-6120.

/s/ Alan L. Kesterke

62

BLM_0079101

**From:**       Jonathan B. Ratner
**To:**         uformp@blm.gov
**Subject:**    Scoping Part 12
**Date:**       Sunday, February 07, 2010 5:01:46 PM
**Attachments:** Utilization_Review_1_09.pdf
                WQWWP.doc
                BLM_-_CO_-_Uncompahgre_RMP_Scoping.pdf

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058



**Wyoming Office**
**PO Box 1160**
**Pinedale, WY 82941**
**Email: Wyoming@WesternWatersheds.org**
**Web site: www.WesternWatersheds.org**

*Working to protect and restore Western Watersheds*

**Western**
**Watersheds**
**Project**

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Ave.
Montrose, CO 81401

BLM_0079103



**Western Watersheds Project**

**Wyoming Office**
PO Box 1160
Pinedale, WY 82941
Tel: (877) 746-3628
Fax: (707) 597-4058
Email: Wyoming@WesternWatersheds.org
Web site: www.WesternWatersheds.org          *Working to protect and restore Western Watersheds*

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Ave.
Montrose, CO 81401

February 7, 2010

Re:     RMP Scoping Comments

Western Watersheds Project is concerned with the lack of any meaningful requirements or direction in RMP's developed over the last decade. We hope the Uncompahgre Field Office does not take that approach.

We are currently litigating 18 RMP's for a wide range of defects including such basic issues is failure to consider a no-grazing alternative. The attachment Utilization Review looks at the common 50% utilization rate allowed and shows it is excessive. We also attach a review of livestock weights and forage utilization that must be taken into account in the analyses.

There must be an analysis of the impacts of the thousands of water developments for livestock, the thousands of miles of fences and their impacts on wildlife, the loss of riparian and wetland areas due to water developments nor the thousands of acres of watershed and plant community degradation that occur around livestock water developments. There must be an analysis of the watershed impacts from livestock grazing including the degree of loss of ground cover, the accelerated rate of erosion compared to natural conditions with intact plant and biological crust communities, the loss of ground water and watershed storage or the impacts on the Colorado River System and its endangered species. The Colorado River Salinity Control Act must be directly addressed in regards to livestock, erosion, sedimentation and salinity.

Western Watersheds Project supports conservation and protection of our public lands and asks that, restrictions and analyses as specifically outlined below (bullet points) and based on the science provided in the attachments to these comments.

• Protect all wilderness quality lands by closing them to off road vehicles and livestock
• Address livestock grazing and the science of management including that in the Appendices. Livestock have the most significant impacts on soil, water, wildlife and plant communities and ecosystems due to its near universal presence across the RA.
• No reallocation of forage should occur for livestock in allotments that have not been grazed except to reallocate that forage to watershed protection and wildlife.

BLM_0079104

•     All the ACECs should be closed to livestock grazing.  No new leasing for oil, gas
and minerals should occur in these areas and in all other areas until the current leases
expire and/or are being developed.  The low percentage of active leases relative to those
leased dictates no further leasing during this planning period and former leases are closed
and restored.

•     The riparian goal of PFC is totally inadequate because PFC is only a minimal
hydrologic evaluation, is highly subjective and biased.   PFC does not address habitat or
water quality.  Regarding stubble height standards, they are ineffective because they are
typically not enforced, do not represent use in riparian areas and little strips of sedges do
not filter sediment.  For filtering sediment, intact riparian areas with vegetated stream
banks and fully vegetated riparian areas are needed to reduce erosion and filter sediment.
These deficiencies should be addressed by closing all riparian areas to livestock.

•     Rangeland Health is used as a goal, yet RH, like PFC is subjective, has not been
documented to result in improved conditions and is a subjective measure with great bias.
Reference areas should be the standard and these should be ungrazed, and their
characteristics used to judge conditions in areas grazed or used for mining, oil and gas,
oil shale, tar sands, and other extractive or land disturbing uses.

•     Drought management should close all allotments during years of below normal
precipitation due to the long recovery times for native plants when grazed and during dry
years.  This is especially the case for plant communities and soils that are already
damaged.  Forage should be allocated 100% to wildlife and watershed protection during
below normal years, which occur more than half the time.

•     Off-road vehicles including dirt bikes, ATVs, aerial vehicles should be banned
from the RA.   Four wheel drive vehicles (Trucks, SUVs) should be limited to main
roads and dispersed camping areas adjacent to roads.  Self-powered recreation should be
emphasized.  No new dispersed camping locations should be allowed.

•     No mineral, oil and gas leasing or development should occur in roadless and/or
wilderness quality lands or habitats for sensitive species.  No new leasing should be
allowed until existing leases expire or are developed.

•     Spring sources and their watershed must be protected from surface disturbance,
including livestock grazing and trampling and dewatering for development must be
limited to minimally impact the associated wetland, riparian and wildlife values.

•     Maintenance of water tables in riparian and wetland areas should be a mandate
because water is precious in arid environments and BLM should not sacrifice soil and
ground water storage to activities such as grazing and trampling of livestock or OHVs.
Buffers for all uses must be established to restore these degraded systems.  They should
be closed to livestock to control coliform pollution, provide a buffer to protect water
quality, limit erosion and sedimentation and due to the importance for wildlife.

•     Predator Control should be eliminated and let natural processes occur.  Owners of
livestock grazed on public lands must accept this risk.  It is time to allow coyotes, foxes,
badgers, ravens, mountain lions and others to function in their role of keeping deer out of
riparian zones, controlling rodent populations, consuming carrion and providing the
ecosystem benefits that come with predators.  Livestock owners should not be allowed to
kill predators as there are many methods they can use to protect their livestock that don't
result in killing of predators.

•     Fire and Fuels Management should include recognition of the role of livestock in
fostering cheatgrass, juniper expansion, sagebrush expansion, weeds and invasives, and
loss of biological crust.   Livestock should not be grazed in areas where cheatgrass exists
or areas that are susceptible to cheatgrass invasion.

•     Lands not available for livestock grazing should include areas with soils subject to
moderately high to high erosion by wind and water and slopes over 30% in addition to
the areas listed.  Riparian areas should be placed off limits to livestock due to the severe
degradation and the need to "accelerate restoration" as required by FLPMA.  Tinkering

around with Rangeland Health and PFC assessments with their inherent subjectivity and
bias or riparian stubble height measures which are universally abused and have not
proved effective is a flawed approach. These should be abandoned in favor of definitive
actions and quantitative based monitoring with comparisons to reference areas instead of
kicking the can down the road while the land, water supply and wildlife suffer for more
decades.
•        10% of the Field Office should be excluded from permitted livestock grazing in
order to serve as controls.

The following sections provide additional comments and scientific information which the
RMP must consider in its planning and analysis.
Livestock Grazing

In 2004, WWP submitted a review of livestock grazing management science to all Field
Offices and the State Office in an effort to have BLM incorporate the best available
science into its range management.  A copy of that document is included with these
comments.  In addition, an update of the AUM forage consumption value to reflect
current livestock weights was completed in 2009.  This analysis is also attached.  It
shows that the forage values BLM uses underestimate forage consumption by livestock
such that taking into account the most current information on livestock weights would
automatically reduce current permitted numbers in each allotment and pasture by 1/3.
WWP has also reviewed the impacts of livestock on water quality, watersheds and
riparian areas showing that the impacts are well understood.

Additional concerns with livestock grazing are the destruction of soil crusts and removal
of soil stabilizing vegetation, thus impairing soil and microbiotic function.  Such
functions as nutrient cycling, water infiltration and storage are drastically altered.   By
grazing livestock on the sensitive and erodible soils found in the RA, BLM is impairing
watershed function, creating salinity problems in the Colorado River, which is in
opposition to the Colorado River Salinity Control Act.  This also results in the
impairment of habitat for sensitive, threatened and endangered fish.  It is BLM's
obligation to research and provide citations and a summary of this research that clearly
documents the role of livestock grazing within upland and riparian ecosystems in altering
watershed function as well as water quality, and delineate what particular practices will
be followed to protect water quality, including effectiveness monitoring.

For example, sediment load and turbidity increase from watershed inputs, instream
trampling, disturbance and erosion from denuded streambanks, reduced sediment
trapping by riparian and instream vegetation, loss of bank stability and increased peak
flows from compaction.  Fine sediments increase in depositional environments (pools,
quiet water areas) from the increased erosion and spawning gravels are made unusable
due to high sediment content (Belsky and Uselman, 1999 ).  White et al (1983)  found
sediment yield 20-fold higher in a grazed watershed when compared to an ungrazed
watershed.  USDA (1981)  reported that topsoil erosion rates from grazed forest and
rangeland were 4.2 tons/acre-year and 3.1 tons/acre-year compared to less than 1 ton for
healthy forest and range.  Packer (1998)  documented that loss of soil in Utah and Idaho
watersheds through erosion and runoff increased as ground cover decreased.  A decrease
in ground cover from 40% to 16% resulted in 6 times more runoff and 5.4 times more
sediment yield.  Trimble and Mendel (1995)  estimated that peak storm runoff from a 120
ha basin in Arizona would be 2 to 3 times greater when heavily grazed than when lightly
grazed.

BLM_0079106

Even under moderate stocking rates, grazing contributes to the deterioration of soil
stability in deserts (Warren et al. 1985) , thus leading to increased soil erosion.  Soil
erosion is further exacerbated by increased surface runoff triggered by loss of vegetative
cover and litter (Ellison 1960) , both of which have been shown by numerous studies to
be reduced by livestock grazing.  Numerous studies have observed severe erosion in the
western United States when comparing heavily grazed areas to ungrazed sites (e.g.
Cottam and Evans 1945 , Gardner 1950 , Lusby 1979 , and Kauffman et al. 1983 ).
Furthermore, there are a number of extensive literature reviews on this topic that describe
the indisputable impact of livestock grazing on soil stability and erosion (see Gifford and
Hawkins 1978 , Fleischner 1994 , and Jones 2000 ).   The Lusby study cited here was
conducted on tributaries of the Colorado River and demonstrated the significant change
in sediment delivery and runoff in a watershed that was closed to livestock grazing when
compared to its paired watershed that continued to be grazed.

The effects of surface disturbance by livestock on soils, biological crusts and plant
communities as they interact with wind must be analyzed in an appropriate model that
takes into account ground cover, shrub and forest cover, erosion factor, wind patterns and
speed to determine the impacts on ambient air quality and human health in nearby
communities, National Parks and the region from particulate pollution.  This analysis
must include consideration of all other surface disturbing activities such as recreational
vehicles, normal traffic, oil, gas and mineral exploration, development and production
activities.  In addition, the release of greenhouse gases ($CO_2$ and $CH_4$) and other organic
or inorganic pollutants must be calculated and modeled to determine the impacts on air
quality, climate change and global warming, wildlife and human health in a like manner.
For example the report recently released by the United Nations, Livestock's Long
Shadow, shows that the greenhouse gas emissions from livestock are greater than that
from transportation.

The BLM should conduct a capability analysis to determine the areas that might be
available for livestock grazing, excluding steep slopes >30%, low forage production <200
lbs/areas, ecosystems converted by wildfire or invasive weeds, and the ability of sensitive
soils to respond following impacts (arid elevations, reclamation, soil chemistry, drought).
Then, in consideration of wildlife competition and recreation impacts, determine those
lands that will be made available (suitable) for livestock grazing.  Areas that should not
be considered suitable include riparian areas, wilderness areas, wilderness study areas,
ACECs, sensitive soils, crucial wildlife areas, and public campgrounds and other
administrative sites.  Once this is done, BLM should then apply the current forage
capacity and livestock consumption rates to determine the appropriate stocking rates and
incorporate management as described in Appendix 1.  This analysis, which will result in
significantly reduced grazing, should determine the levels and management of livestock
for analysis for comparison with a NO Grazing Alternative and the Status Quo, or No
Action Alternative.

The DEIS must analyze the role and values of predators in controlling rodent populations
and fulfilling their role in a healthy ecosystem.  This is addressed here under Livestock
issues because the reason predators are persecuted is the failure of the livestock industry
to manage their livestock and the blame is placed on predators for losses.  Studies have
documented the importance of predators to restoration of plant communities, particularly
riparian and aspen areas. These have correlated loss of cottonwood recruitment with
extirpation of wolves and increased elk browsing in Yellowstone NP ; demonstrated the
loss of cottonwood recruitment and riparian degradation in Zion NP where cougar
populations have been eliminated, resulting in deer consumption of cottonwood
seedlings, while in areas with cougars, healthy riparian areas and cottonwood recruitment

occur ; postulated the elk/wolf relationship in YNP will rebalance plant community
structure, including aspen ; in Banff NP, wolf exclusion decreased aspen recruitment,
willow production and increased browsing intensity ; and documented aspen decline
associated with removal of wolves in YNP.

In addition to the role of predators in restoring ecosystem function, predator control
efforts cost lives in helicopter crashes and other means; disturb non-target wildlife with
helicopters, airplanes, off-road vehicles and human disturbance; and place humans and
their pets at risk from M44s, snares, leg-hold traps and other obnoxious means.  BLM
must take a pro-active stance in eliminating this practice as it represents a basic conflict
between livestock, wildlife and recreational users.

The role of livestock grazing in establishing infestations of cheatgrass or other flammable
conditions such as increasing juniper expansion, sagebrush expansion and increasing fuel
loads must be addressed and the costs and benefits evaluated.   The recent book, Wildfire,
by George Wuerthner explores this topic in great detail and its content should be included
in the analysis.

As described above, stocking rates and grazing systems must take into account the
precipitation and forage production elements with proper stocking rates based on
utilization rates that are sustainable.   The DEIS must present an allotment by allotment
summary of current monitoring information that describes the trend or condition as
compared to the existing RMP.   Claims of streams and riparian areas in PFC ignore that
PFC is a minimal classification that does not address the wildlife habitat attributes of
these most important areas, water quality or instream habitat for fish.  In addition,
springs, seeps and wetlands condition and trend are not described.  Where is the analysis
of utilization and annual stocking rates?

The DEIS must propose science based utilization standards for upland and riparian areas,
stream bank stability standards or other critical livestock management mechanisms.  The
DEIS must provide specific monitoring requirements to satisfy the FLPMA mandate for
effectiveness monitoring.

Livestock grazing within arid regions of the west have damaged 80% of streams and
riparian ecosystems (USDI 1994a) .  Impacts from livestock grazing include affects to
soils, vegetation, stream hydrology, channel morphology, fisheries, riparian-dependent
wildlife, water quality, water temperature, and sedimentation (Belsky 1999) .  However,
between 60-80% of birds and other wildlife species are dependent on support from
riparian habitats for food, nesting, cover, shade, shelter, breeding and water sources
(Ohmart 1996 , Chaney et al. 1990 , Thomas et al. 1979 ).  With similar attractions,
studies have found cattle spend between 5-30 times as much time in these highly
productive riparian zones which can supply up to 81% of the forage consumed from only
1.9% of the allotment by area (Roath and Krueger 1982 , Skovlin 1984 ).  Saab et al
(1995)  concluded that 46% of the 68 neotropical migrant birds which utilize riparian
habitat declined in abundance in response to livestock grazing.  Nutrient concentrations
from livestock urine and manure can accumulate within grazed streams, reducing
dissolved oxygen and aquatic species composition (Schepers et al. 1982 , , Taylor et al.
1989 ).  Livestock trampling and vegetative removal along streambanks results in
increased erosion, wider channel widths, and sedimentation of streams also reducing
habitat quality and biodiversity of fisheries, amphibians, and invertebrates which serve as
prey bases for other wildlife (Belsky 1999).   Studies have found that use of proper
grazing systems such as rest-rotation, seasonal, or deferred grazing, reduced stocking
rates and fencing away from stream corridors can reduce grazing impacts from cattle

within riparian areas unless topographic limitations force them to remain in riparian zones (e.g., Clary and Webster 1989 , Elmore and Kauffman 1994 , Burton and Kozel 1996 , Weller 1996 ), but no grazing system was compatible with a healthy aquatic ecosystem (Meehan and Platts (1978) .

The DEIS must analyze the role and values of predators in controlling rodent populations and fulfilling their role in a healthy ecosystem.  This is addressed here under Livestock issues because the reason predators are persecuted is the failure of the livestock industry to manage their livestock and the blame is placed on predators for losses.  Studies have documented the importance of predators to restoration of plant communities, particularly riparian and aspen areas. These have correlated loss of cottonwood recruitment with extirpation of wolves and increased elk browsing in Yellowstone NP ; demonstrated the loss of cottonwood recruitment and riparian degradation in Zion NP where cougar populations have been eliminated, resulting in deer consumption of cottonwood seedlings, while in areas with cougars, healthy riparian areas and cottonwood recruitment occur ; postulated the elk/wolf relationship in YNP will rebalance plant community structure, including aspen ; in Banff NP, wolf exclusion decreased aspen recruitment, willow production and increased browsing intensity ; and documented aspen decline associated with removal of wolves in YNP.

In addition to the role of predators in restoring ecosystem function, predator control efforts raise  public health and safety issues by costing lives in helicopter crashes and other means; increasing disturbance to non-target wildlife with helicopters, airplanes, off-road vehicles and human disturbance; and place humans and their pets at risk from M44s, snares, leg-hold traps and other obnoxious means.  BLM must take a pro-active stance in eliminating this practice as it represents a basic conflict between livestock, wildlife and recreational users.

The role of livestock grazing, motorized recreation, and mineral and oil/gas extraction in establishing and spreading infestations of invasive cheatgrass, knapweed and increases in other flammable conditions such as increasing juniper expansion, sagebrush expansion and increasing fuel loads must be addressed in the DEIS and the economic costs and benefits evaluated.   The recent book, Wildfire, by George Wuerthner explores this topic in great detail and its content should be included in the analysis.

Motorized Recreation

Motorized recreation has been and remains largely unpatrolled, unenforced and is bordering on an outlaw activity because riders of ATVs, dirt bikes, etc understand there is none to minimal enforcement.  In view of the President's declaration that our dependence on foreign oil is a National Security issue and we must engage in conservation, BLM should take this mandate seriously to minimize greenhouse gases, soil erosion and noise pollution.   The science on this issue as presented in the new book, Thrillcraft by George Wuerthner is a comprehensive source that BLM must consult in evaluating any alternatives regarding Motorized Recreation.

The BLM should at a minimum, analyze alternatives including No Action (status quo), No ATVs, Dirt Bikes or Snowmobiles, or the new experimental playtoys, Personal Aerial Vehicles, and the level of use allowed in the current set of alternatives.  Some of the science regarding this issue is presented in the following paragraphs.

Enforcement:  The USU Institute for Outdoor Recreation and Tourism has conducted studies showing that nearly 40% of riders admit going off legal trails on their last ride .

The Forest Service published a Technical Report in 2005 (RWU – 2905) that recognized there is a lack of evidence that educational programs lead to behavioral changes in motorized users. The DEIS must provide evidence that any proposed mitigation and enforcement efforts will be effective for those alternatives that allow any level of use by these machines.

Noise and Safety:  The DEIS must address safety and noise effects to non-motorized users and wildlife.  Quiet environments are becoming extremely rare.  In a recent study by a professional sound recorder who visited 15 western and Midwestern states, it was found that quiet periods longer than a minute and a half without the sound of motors were difficult to find .  Another study pointed out that in 1999, the decibel levels of conversation among Americans had risen to 65 decibels, up 10 decibels from a decade earlier, or a doubling of volume due to elevation of background noise levels .  While it is recognized by OSHA and other health officials that exposure to noise of 85 decibels and higher leads to hearing loss, noise at even lower levels can lead to physiological changes in blood pressure, sleep, digestion, and other stress-related disorders.  Former U.S. Surgeon General William H. Stewart stated that, "Calling noise a nuisance is like calling smog an inconvenience." , , , ,   Loud noise, even within established health guidelines, can lead us to feel, angry, frustrated, annoyed and prone to violence in addition to contributing to hearing loss.  In the period between 1982 and 2000, the incidence of measurable hearing loss increased by 15 to 60%, depending on the age group.  In 1999, the U.S. Census Bureau rated noise as the single biggest neighborhood problem among those surveyed. More than one in ten people cited traffic noise as of concern and nearly half of those said they had considered moving as a way of escaping such noise .  The EPA has found that 20% of those surveyed are "highly annoyed" when sound levels reach 55 decibels .  Federal regulations for highways dictate that if a new or expanded road will yield noise levels of 67 decibels or higher, efforts must be made to bring about a substantial reduction in noise levels.  Generally this involves construction of sound barriers .

After Zion National Park banned private vehicles and instituted a low pollution shuttle bus system, visitors commented that the absence of RVs with generators running, buses with clouds of diesel fumes and noise were noticeable and that  they could now hear birds calling, streams running, and other low-volume sounds of nature that were previously obliterated by "vehicle noise".   Noise is a particularly objectionable aspect of snowmobile use.  A Park Service report showed that even "quiet" snowmobiles could be heard more than two miles away, thus affecting a four mile wide area adjacent to travel corridors or use areas .  This means that a snowmobile traveling 50 miles in one day, which they can easily do, can affect an area of 200 square miles.  A visitor survey at Grand Teton National Park found that 96% thought snowmobiles had a negative impact on the park because of noise, air pollution and negative effects on wildlife .

Air and Water Pollution:  Public Lands and National Forests should function primarily as the watershed for local communities and for preserving natural stream flows and water quality.  The combined effects of sediments from watershed uses such as roads, OHVs, grazing and logging, have not been addressed in a comprehensive analysis.   No evaluation has been done for the contribution of hazardous pollutants to the air and watersheds where motorized vehicles are used.  Atmospheric inversions and canyon environments can trap and hold these hazardous air pollutants and raise exposures to people and wildlife.

Fuel and lubricants used in these machines spill on the ground and are carried out in exhaust streams and then deposited into the snow and soils wherever they go.  They

contain benzene, xylene, toluene, polycyclic aromatic hydrocarbons and other hazardous organic chemicals . As the Montana DEQ states,  "A portion of the air/fuel/lubricant charge escapes directly to the atmosphere with the combustion products, producing poor fuel economy and releasing high levels of hydrocarbons as air pollutants. This phenomenon is known as "short circuiting."  EPA models and emission factors should be used to determine the impacts on the environment and exposures to cross country skiers and snowmobile users from these machines.  Other information is available showing that noise levels of both two-cycle and four-cycle engines reach levels up to 110 dB even in four stroke engines.  EPA and the Montana Department of Environmental Quality have provided research on this issue.  The EPA  and Montana DEQ  websites provide links to much of this information and EPA has modeling protocols to allow prediction of emissions from these vehicles .

Accumulations of motorized hydrocarbon pollutants from rubber tires, fuel and motor oils collect on rocks and within pothole waters within streams and canyon (USDI, 2005 Jeep Safari EA) which can support and adversely affect wildlife, growth of amphibians and invertebrates used for prey bases (Lefcort et al, 1997).  Vehicle disturbance within streams can also negatively affect reproduction of amphibians where eggs and growth occur in warm pools which can be fatally crushed or covered with silt as vehicles pass (Schelz, Salt Creek Report 2001). Limitations on the number of motorized uses and areas of use need to be included in the BLM Preferred alternative of the DRMP/EIS to reduce these motorized impacts.

The pollutants emitted by these machines are carcinogenic to humans and highly persistent in the environment, adversely affecting terrestrial and aquatic organisms, including reduced plant productivity, tree mortality and making plants susceptible to disease and pests.

Road densities must be analyzed nor have their effects on wildlife been analyzed. Researchers, including those with the Forest Service have documented the effects of roads and OHVs on wildlife and the benefits of roadless areas.  For example, Gilbert , Noss  and Wisdom et al  describe the detrimental effects of road density and human activity on large mammals causing large displacements away from roads and mechanized activity.

Thank you,

Jonathan B Ratner
Director – Wyoming Office

Western Watersheds Project                                    P.O. Box 280   Mendon   Utah   84325
435-752-2701                                                        utah@westernwatersheds.org

**Livestock and Water Quality**
**John G. Carter, PhD**
**Utah Director**

## Introduction

The feeding, housing and grazing of livestock throughout the U.S. is a pervasive presence. Watershed and water quality degradation accompany this industry and affect nearly every water body in the U.S. Government regulation is inconsistent and ineffective at controlling these problems. This discussion explores the scope of the problem nationally but provides a focus on one problem area that for a variety of reasons is not addressed in any meaningful fashion by government agencies. This is the influence of livestock on our Public Lands, their watersheds and water quality, particularly in the eleven contiguous western states.

## The Scope of the Problem

The Environmental Defense fund summarized statistics from the 1997 U.S. Department of Agriculture Census of Agriculture (EDF 2000). The amount of animal manure and urine generated in the United States on an annul basis is staggering. Table 1 provides a summary of the waste generated and the amounts of nitrogen and phosphorous contained in that waste by type of livestock. A further summary of livestock in the eleven western states is shown in Table 2. Cattle are by far the largest generators of waste, producing about 3.5 tons/year for every man, woman and child in the U.S.

**Table 1. Summary of Animal Wastes in the United States**

| Livestock Type | Number | Waste tons/yr | Nitrogen in Waste tons/yr | Phosphorous in Waste tons/yr |
|---|---|---|---|---|
| Hogs | 57,450,288 | 110,000,000 | 650,000 | 225,000 |
| Cattle | 99,275,900 | 750,000,000 | 4,100,000 | 1,000,000 |
| Poultry | 1,316,425,230 | 50,000,000 | 650,000 | 205,000 |
| Sheep | 7,588,377 | 3,000,000 | 32,000 | 6,500 |
| Total | 1,480,739,795 | 913,000,000 | 5,432,000 | 1,436,500 |

**Table 2. Livestock waste generated in the eleven western states**

| State | Cattle Waste tons/yr | Sheep Waste tons/yr | Hog Waste tons/yr | Poultry Waste tons/yr |
|---|---|---|---|---|
| Arizona | 6,900,000 | 30,000 | 17,000 | 400 |
| California | 51,000,000 | 310,000 | 380,000 | 2,800,000 |
| Colorado | 19,000,000 | 230,000 | 850,000 | 1,600 |
| Idaho | 15,000,000 | 100,000 | 55,000 | 820 |
| Montana | 19,000,000 | 170,000 | 290,000 | 5,800 |
| Nevada | 4,100,000 | 36,000 | 2,300 | 210 |
| New Mexico | 13,000,000 | 120,000 | 11,000 | 540 |
| Oregon | 11,000,000 | 110,000 | 60,000 | 78,000 |
| Utah | 7,000,000 | 170,000 | 550,000 | 21,000 |
| Washington | 11,000,000 | 21,000 | 69,000 | 230,000 |
| Wyoming | 11,000,000 | 280,000 | 150,000 | 520 |
| **Totals** | **168,000,000** | **1,577,000** | **2,434,300** | **3,138,890** |

1

BLM_0079112

*Western Watersheds Project*                                    *P.O. Box 280  Mendon  Utah  84325*
*435-752-2701*                                                  *utah@westernwatersheds.org*

Cattle waste exceeds all others by approximately 100-fold in these states and the total waste generated by all forms of livestock comprises about 18% of the national livestock waste stream.

According to GAO (1995) in their 1992 National Water Quality Inventory Reports to Congress, eighteen states reported on agricultural non-point pollution by specific categories. These categories and their percent of agriculturally impaired stream miles were feedlots (26%), rangeland (25%), irrigated cropland (42%) and non-irrigated cropland (31%). Manure accounts for significant percentages of the nitrogen and phosphorous inputs to watersheds across the country. For example in the western United States, manure accounted for 39 percent of phosphorous and 53 percent of nitrogen input to watersheds. Statistical studies also indicated that increases in stream loadings of these nutrients are correlated with increases in the concentration of livestock populations in the watersheds (GAO 1995).

Public concern has been raised by the occurrence of drinking water contamination, fish kills, shellfish contamination, swimming advisories, nuisance odors and the links of these problems to agricultural practices. According to EPA (1998a), "AFO[1] activities can cause a range of environmental and public health problems, including oxygen depletion and disease transmission in surface water, pathogens and nutrient contamination in surface and ground water, methane emissions to the air, and excessive buildup of toxins, metals and nutrients in soil. ... AFOs have also been identified as substantial contributors of nutrients (e.g. nitrogen and phosphorous) in water bodies that have experienced severe anoxia (i.e. , low levels of dissolved oxygen) or outbreaks of microbes, such as Pfiesteria piscidia." In 1991, a billion fish died from a Pfiesteria bloom in North Carolina's Neuse River Estuary (Burkholder 1999).

EPA efforts to address environmental and health concerns from AFOs and CAFOs[2] began in the 1970's. These efforts have included issuing permits under the Clean Water Act and promoting voluntary efforts among livestock producers to limit pollution. These efforts have not worked, the problem persists and has intensified as the size and numbers of these operations have increased. "Evidence suggests that EPA's regulatory and voluntary efforts to date have been insufficient to solve the environmental and health problems associated with AFOs. Agricultural practices in the United States are estimated to contribute to the impairment of 60 percent of the nation's surveyed rivers and streams; 50 percent of the Nation's surveyed lakes, ponds, and reservoirs; and 34% of the Nation's surveyed estuaries..." (EPA 1998a). EPA estimates that feedlots alone adversely impact 16% of impaired waters. This indicates that land application of manure and grazing of livestock on private and public lands contributes a majority of this pollution. While the Federal Water Pollution Control Act in 1972 designated feedlots as point sources, the FWPCA amendments of 1972 excluded agricultural storm water discharges and return flows from irrigated agriculture from NPDES permitting. Pastures and rangeland were also excluded, although a recent appellate court ruled that runoff from cropland used for disposal of manure from a facility designated as a point source was also a point source (Martin 1997). After nearly a 30 year delay, EPA is requiring states to establish Total Maximum Daily Loads (TMDLs) under Section 303D of the 1972 Clean Water Act. A TMDL is a calculation of the maximum amount of a pollutant that a water body can receive from both point and non-point sources and still meet water quality standards, and an allocation of that amount to the pollutant's sources.

Current EPA strategy to address this growing problem is focused on increased permitting of CAFOs and operations including the land application of manure from permitted facilities, focus on priority watersheds based on the number of CAFOs, AFOs and AUs, revise existing regulations and increase coordination with other Federal and State agencies and agriculture, and promotion of voluntary efforts, many of which

---

[1] *Animal Feeding Operation defined in 40 CFR122.12(b)(1) as a facility in which "... animals have been, are or will be stabled or confined and fed or maintained for a total of 45 days or more in any 12-month period, and crops, vegetation, forage growth, or post-harvest residues are not sustained in the normal growing season over any portion of the lot or facility."*

[2] *Concentrated Animal Feeding Operation defined in 40 CFR 122 Appendix B as a facility that "Confines more than 1,000 animal units (AU); or confines between 301 to 1,000 AU and discharges pollutants: into waters of the United States through a man-made ditch, flushing system, or similar man-made device; or directly into waters of the United States that originate outside of and pass over, across, or through the facility or otherwise come into direct contact with the animals confined in the operation."*

BLM_0079113

Western Watersheds Project                          P.O. Box 280  Mendon  Utah  84325
435-752-2701                                        utah@westernwatersheds.org

provide money to operators to implement best management practices (EPA 1998a).  For example during 1992 – 1994, $89 million was provided to farmers for these voluntary assistance programs. GAO (1995) also reported there are about 6,600 CAFOs with more than 1000 AUs in the U.S. Between 1987 and 1992 the number of animal units in the U.S. increased by about 4.5 million, or 3% with a decrease in AFOs and an increase in CAFOs, or the larger operations. (EPA 1998a).

 "According to EPA, many operations with more than 1,000 animal unit equivalents are not required to have point source permits because they do not discharge during most storm events; others should have permits but do not because of mistaken exemptions or limited federal or state resources for identifying operations needing permits." GAO (1995).

The five leading causes of water quality impairment of rivers are in order:  (1) siltation, (2) nutrients, (3) bacteria, (4) oxygen-depleting substances and (5) pesticides.  The five leading sources of impairment in order are:  (1) agriculture, (2) municipal point sources, (3) hydrologic modification, (4) habitat modification and (5) resource extraction.  Habitat modification includes such factors as destruction of watershed and streamside vegetation with the accompanying instream changes.  Hydrologic modification includes flow reduction such as irrigation withdrawals (EPA 1998b) and changes in flow duration and timing.

The Federal government owns approximately 316 million acres of land in the 11 contiguous western states.  Of these, 174 million acres of Bureau of Land Management land (Carlson and Horning, 1992) and 95 million acres of  Forest Service (FS) land are grazed by livestock (USDA 1996).  In addition, 212 million private acres are grazed by livestock (Armour et al 1991).  Livestock grazed on BLM lands in 1994  included 7,639,992 cattle and horses and 8,587,695 sheep and goats (BLM 1996).  Animals grazed on Forest Service land in 1989 included 1,150,565 cattle, horses and burros and 1,035,472 sheep and goats (USDA 1990).

Armour et al (1991) presented startling figures on watershed, wildlife habitat and riparian conditions.  According to their analysis, 52 million acres of big game habitat, 100 million acres of small game and non-game habitat on BLM lands have declined in quality and 19,000 miles of sport fishing streams have declined due to land management practices including livestock grazing.  They indicate similar losses on western National Forests (41 million acres) and private rangeland (134 million acres.)  Fleischner (1994) pointed out that the ecological costs of livestock grazing include loss of biodiversity, declining populations, disruption of ecosystem functions, changes in community organization and change in the physical characteristics of terrestrial and aquatic habitats.  Platts (1991) stated, "Many streams in the west are in their present degraded condition partly because many small annual effects have accumulated to become major detriments to fisheries; western streams reflect a century of these activities.  The literature well demonstrates, however, that improper livestock grazing degrades streams and their riparian habitats."

**Effects of Livestock Grazing on Stream Ecosystems**

One cannot address stream ecosystem effects of livestock grazing without a recognition of the interwoven and connected nature of watersheds, riparian zones, streams and watershed activities.  Activities affecting watersheds or riparian zones also affect stream ecosystems directly, indirectly and cumulatively.  Several recent reviews of livestock impacts on ecosystems have covered this topic in detail using hundreds of government documents and peer-reviewed scientific papers.  These have included Armour et al (1991), Belsky et al, (1999), Fleischner (1994), Gregory et al (1991), Kauffmann and Kreuger (1984) and Platts (1991).  The following discussion is drawn to a large degree from these references.

It is first important to understand that there is no portion of a watershed that is not connected to its riparian and stream ecosystem.  It was said extremely well by Gregory et al (1991); "More than any other ecosystem, the structure and processes of lotic ecosystems are determined by their interface with adjacent

3

ecosystems. The narrow, ribbon-like networks of streams and rivers intricately dissect the landscape, accentuating the interaction between aquatic and surrounding terrestrial ecosystems. Along this interface, aquatic and terrestrial communities interact along steep gradients of ecosystem properties. The linear nature of lotic ecosystems enhances the importance of riparian zones in landscape ecology. River valleys connect montane headwaters with lowland terrains, providing avenues for the transfer of water, nutrients, sediment, particulate organic matter and organisms. These fluxes are not solely in a downstream direction. Nutrients, sediments and organic matter move laterally and are deposited onto floodplains, as well as being transported off the land into the stream. River valleys are important routes for the dispersal of plants and animals, both upstream and downstream, and provide corridors for migratory species." It is this interconnectedness that is often overlooked by land managers. Thus, roads, timber harvests, livestock grazing and other watershed activities also affect streams that appear to be distant and unconnected to these activities.

Within uplands, soil, plant and animal communities developed and evolved over long periods of time and exist in a state of dynamic equilibrium with climatic and geologic forces. The soils and associated plant communities and plant litter absorb precipitation and allow it to percolate into the groundwater, reducing flooding and erosion. Animals and microorganisms work and aerate the soil and break down organic matter, maintaining the carbon and nutrient cycles upon which the ecosystem depends. The removal of vegetation and trampling by livestock denudes and compacts the soil, promoting drying, heating and alteration of the biological community. Precipitation is less effectively captured by the soil and runs off, carrying away the topsoil. In areas of the Bear River Range in northern Utah, as a result of livestock grazing, topsoil loss has approached one or two feet (Winward, 1999). This alteration in the watershed results in more rapid delivery of storm or snowmelt runoff into watercourses, carrying with it increased sediment and nutrient loads. This increase in runoff reduces the amount of water infiltrating into the ground and depletes the groundwater, resulting in lowered water tables and desertification. The net result for the stream ecosystem is a change in the duration and timing of inflows and decreased summer baseflows from the loss of late season groundwater inputs.

The riparian zone creates well-defined habitats within the drier surrounding landscape. While they make up a small portion of the overall area, riparian zones are generally more productive in plant and animal biomass than the surrounding areas and are high in diversity. Kauffmann et al (1984) point out examples of riparian diversity in a study area in Oregon. Within the area, 258 stands of riparian vegetation represented 60 discrete plant communities. They cite (Cummins and Spengler, 1978) that riparian vegetation provides up to 90% of the organic matter necessary to support headwater stream communities and Cummins (1974) that 99% of stream energy input may be imported from bordering riparian vegetation and only 1% derived from instream photosynthesis. Further, woody debris derived from riparian tree and shrub communities is important in slowing the stream, reducing energy and controlling erosion. It also provides diversity of habitats in small streams, helping create pools, settling out sediment, providing substrate for invertebrates and cover for fish. In addition, riparian vegetation provides shading for the stream, consequently lowering stream temperatures and providing cover for fish.

Gregory et al (1991) note that dissolved nutrients are transported into streams primarily in the groundwater. Because of the riparian zone position within the watershed, it intercepts the soil solution as it passes through the rooting zone prior to entering the stream. Riparian zones also contribute seasonal pulses of dissolved constituents derived from plant litter into streams. Thus the riparian zone functions to remove nutrients and modify inputs to the stream. Citing Peterjohn and Correll (1984) they noted that riparian forests were responsible for removal of more than three-quarters of the dissolved nitrate transported from croplands into a Maryland river. Because of their unique position at the interface between terrestrial and aquatic ecosystems, riparian zones play a critical role in controlling the flow of nutrients from watersheds.

4

BLM_0079115

Western Watersheds Project                                    P.O. Box 280   Mendon   Utah   84325
435-752-2701                                                  utah@westernwatersheds.org

Within streams organic inputs from the terrestrial ecosystem such as leaves, litter, woody debris, insects and photosynthesis provide the food or energy base supporting the aquatic biota. Algae, bacteria and fungi use organic substrates, nutrients and light for growth. Invertebrates process plant and other organic material, algae and microbes. Fish are adapted at various lifestages from larval to juvenile to adult to use these sources of energy in their different forms. Many other forms of life including birds and mammals also depend upon these various organisms as a food source.

Livestock can interrupt the balance of this dynamic and diverse system by removing vegetation from upland areas resulting in compaction of soils which increases runoff, removal of vegetation which increases temperature and promotes drying of soils, the lowering of water quality in streams, increasing temperature in streams. Removal of streamside vegetation reduces in-stream cover, changes stream channel morphology, shape and quality of water column and the structure of streambank soil. These changes result in changes in stream biota. The following describe the direct and indirect effects of these alterations in the terrestrial ecosystem on the physical, chemical and biological components of stream ecosystems.

*Stream Channel Morphology*

The removal of riparian vegetation has severe effects on stream channel characteristics. Streambank stability is reduced due to fewer plant roots to anchor soil, less plant cover to protect the soil surface from erosion, disturbance and the shear force of trampling hooves. Impacts include increased streambank sloughing, increased erosion, increased channel width and reduced depth. Streambank undercuts are reduced due to streambank breakdown by sloughing and trampling.The stream channel contains fewer meanders and gravel bars due to increased water velocity. Pools decrease in number and quality from increased sediment and loss of woody debris (Belsky et al 1999). Marcuson (1977) found average channel width in a grazed area to be 53 meters and in an adjacent ungrazed area 18.6 meters while the ungrazed area had 686 meter/km of undercut banks and the grazed area only 224 meters/km. Duff (1979) found the stream channel width in a grazed area was 173% greater than the stream channel not grazed for 8 years. Platts (1991) stated, "When animals graze directly on streambanks, mass erosion from trampling, hoof slide and streambank collapse causes soil to move directly into the stream.

The loss of stream channel integrity and diversity results in impacts to fish populations. For example, Marcuson (1977) studied the difference in habitat and fish populations in grazed and ungrazed stream sections. The study documented 80% more stream alteration in the grazed area than in an adjacent ungrazed area with the grazed area losing 11 acres of a 120 acre pasture. The ungrazed section produced 256 more pounds of fish per acre than the grazed section. An exclosure study of a ¼ mile section of Big Creek , Utah after three years documented 3.6 times more fish in the ungrazed section than in the grazed reach downstream. Habitat studies showed the habitat inside the exclosure recovered significantly while areas outside the exclosure continued to decline under continued livestock use. Instream bank stabilization and habitat structures washed out in grazed areas but remained functional and in place within the exclosure. Native willows showed vigor and regrowth after four years rest (Duff 1977).

*Sedimentation*

Sediment load and turbidity increase from watershed inputs, instream trampling, disturbance and erosion from denuded streambanks, reduced sediment trapping by riparian and instream vegetation, loss of bank stability and increased peak flows from compaction. Fine sediments increase in depositional environments (pools, quiet water areas) from the increased erosion. White et al (1983) found sediment yield 20-fold higher in a grazed watershed when compared to an ungrazed watershed. USDA (1981) reported that topsoil erosion rates from grazed forest and rangeland were 4.2 tons/acre-year and 3.1 tons/acre-year compared to less than 1 ton for healthy forest and range. Packer (1998) documented that loss of soil in Utah and Idaho watersheds through erosion and runoff increased as ground cover

5

BLM_0079116

Western Watersheds Project
435-752-2701

P.O. Box 280   Mendon   Utah   84325
utah@westernwatersheds.org

decreased.  A decrease in ground cover from 40% to 16% resulted in 6 times more runoff and 5.4 times more sediment yield.  Belsky et al (1999) cite Trimble and Mendel (1995) who estimated that peak storm runoff from a 120 ha basin in Arizona would be 2 to 3 times greater when heavily grazed than when lightly grazed.

Sediments cover and fill rocky substrates, entomb eggs and larval fish and hinder emergence of hatched fish.  Water flow in gravel is impaired, developing embryos do not receive sufficient oxygen and metabolic wastes are not flushed.  Foraging succes of aquatic organisms is reduced, fish migration can be disrupted, gill and respiratory systems of invertebrates and fish can be impaired.  Species composition and numbers of invertebrates are changed by increased sedimentation and resultant habitat changes.  Pools can be filled, dam and reservoir capacity reduced and filtration costs for domestic water supplies increased. Belsky et al (1999).  Mortality for rainbow trout can exceed 75% when water column sediment concentrations approached 200 ppm.  When sediment approaches 30% of substrate, <25% of eggs develop to emergence compared to >75% at sediment fractions <20% (Armour et al 1991).

*Streamflow*

As discussed above, overland flow increases due to reduced water infiltration into soils from compaction and loss of ground cover.  This increases sheet and rill erosion and flooding.  Groundwater recharge is reduced and the water table is lowered.  Peak flows increase from larger runoff volumes flowing directly into the channel.  Higher peak flows increase water velocity due to reduced resistance from streambank and instream vegetation and woody debris.  The increased erosive energy results in downcutting, removal of submerged vegetation and woody debris for pool formation and reduced habitat diversity.  Summer and late season flows are decreased due to less water stored in soil and lowered water table. The end result is loss of aquatic and riparian species, perennial streams become ephemeral and ephemeral streams are lost. Belsky et al (1999).

*Nutrients*

Nutrient concentrations increase as a result of runoff from disturbed watersheds, livestock urine and manure deposited on the watershed and in the stream.  Nutrients are concentrated in reduced quantities of water (Belsky et al 1999).  Saxon et al (1983) documented increases in runoff from more heavily grazed pastures when compared to those with less pressure.  They suggested a linear relationship between runoff volume and nutrient loss.  Hubbard et al (1987) studied runoff from land application of dairy cattle wastes.  Nutrient concentrations in runoff were directly related to the application rate of dairy wastes. Schepers et al (1982) found that precipitation, stocking rate, hydrologic characteristics and sediment content in runoff were directly related to nutrient and chemical outputs.  From leachate tests, they suggested that manure and standing plant material were the likely sources of most chemical constituents in runoff water.

*Temperature*

The widening of stream channels, lowered summer water flows, loss of streamside vegetation, undercut banks and their shading effect result in warming of the water due to increased solar exposure. Removal of streamside vegetation in the hot, arid west can result in stream water temps >85 F (Armour et al 1991) Claire and Storch (1983) cited in Platts (1991) found that willow cover in an ungrazed area within a livestock exclosure provided 75% more shade to the stream than was found in the adjacent grazed area where willows were less abundant.   Streams with little or no vegetative canopy are very susceptible to the formation of anchor ice Platts (1991).

Impacts of increased temperature include increased evaporation and salinity and a poor to lethal environment for salmonids and other temperature sensistive cold-water species.   Fish growth is reduced

6

BLM_0079117

*Western Watersheds Project*
435-752-2701

P.O. Box 280   Mendon   Utah   84325
utah@westernwatersheds.org

due to an increased metabolic rate and supression in appetite. High temperatures can be acutely lethal, promote disease because of increased stress, adversely impact spawning and reproductive success and impede growth and migration (Armour et al 1991). These factors and increased competition from warm water fish which are more temperature tolerant can bring a shift from salmonids to non-game fish. Belsky et al (1991).

*Dissolved Oxygen*

Dissolved oxygen levels decline due to higher water temperatures which lower the oxygen holding capacity of water. Algal blooms deplete oxygen by respiration at night or high oxygen demand for decomposition of algae and fecal material. This lowered oxygen environment means insufficient oxygen in spawning gravels, reduced rate of food consumption, growth and survival of salmonids and other aquatic species, especially at their early life stages. Belsky et al (1999).

*Pathogens*

Pell (1997) in a review of 60 peer-reviewed scientific papers summarized major pathogens and health effects associated with dairy wastes. Numerous organisms causing health effects in humans from gasteroenteritis to death were discussed. Protozoan species including Cryptosporidium and Giardia; bacteria species including Salmonella, Ecoli O157:H7, Brucella, Leptospira, Chlamydia, Rickettsia, Listeria, Yersinia, and others were discussed. Cryptosporidium oocysts in the Milwaukee water supply in 1993 affected 403,000 people. E. Coli O157:H7 is of concern because many outbreaks have been traced to ground beef and raw milk. E. coli O157:H7 can lead to kidney failure and death in some individuals. Pell (1997) said, "Aside from the problem of disease transmission among animals, more than 150 pathogens can cause zoonotic infections (from animals to humans).

Fecal coliform bacteria are a group of bacteria that reside in the intestinal tract of warm-blooded animals and are used as indicators of water pollution related to waterborne disease (EPA 1976). Cattle have been shown to produce 5.4 billion fecal coliform and 31 billion fecal streptococcus bacteria in their feces per day. Since cattle spend a significant portion of their time in or near streams, lakes and wetland areas and average 12 defecations per day, they can contribute significant numbers of these organisms to surface waters (Howard et al 1983).

**Why Stream Health Problems Persist**

In spite of the documentation of the level of watershed and habitat damage, and water pollution, public lands agencies universally protect the livestock industry, persist in denial about the negative effects of livestock on the landscape and engage in obfuscation when confronted with evidence. Agriculture and its non-point pollution have been effectively exempted from environmental regulation by delay, lack of monitoring and enforcement. As a result, little change comes about in the face of the ongoing damage. GAO (1988) found that grazing levels were not reduced on some allotments due to permittee and political pressure. EPA admits that regulatory and voluntary efforts to date have been insufficient to solve the environmental and health problems associated with AFOs (EPA 1998a). The following discussion revolves around documentary evidence collected by Dr. John Carter in the Wasatch-Cache National Forest and the denial and obfuscation used by the Forest Service to continue livestock use. Three examples are used (1) watershed health, (2) riparian health and (3) water quality.



**Figure 1. Ground Cover**

7

BLM_0079118

*Western Watersheds Project*
*435-752-2701*

P.O. Box 280  Mendon  Utah  84325
utah@westernwatersheds.org

*Watershed Health*

During 10 years of monitoring vegetation, ground cover and soil conditions in allotments in the Logan Ranger District, extensive degradation has been documented in two allotments covering nearly 40,000 acres. Ground cover is low in grazed areas compared to ungrazed controls (Figure 1). In fact, over the ten year period, annual measurements have demonstrated that there is no significant improving trend in ground cover. Soil pits excavated in ungrazed and grazed areas showed soils in ungrazed areas had well developed soil profiles with good root structure and low erosion potential while soil profiles in grazed areas had poor root structure and high erosion potential. Winward (1998) in a tour of the area commented that one to two feet of topsoil had been lost in the grazed area being examined. Composite soil samples taken from each monitored location showed a reduction in soil nitrate and total nitrogen in grazed areas when compared to ungrazed areas, reflecting the ground cover conditions (Figures 2 and 3). This illustrates the watershed principles discussed earlier where removal of vegetation and ground cover increased runoff and erosion, carrying with it the associated soil and soil nutrients.



Numerous photos, letters and reports have been submitted to the Forest Service over a ten year period in an effort to get the Forest Service to address these issues. In spite of evidence such as this the Forest Service has failed to take action to protect these watersheds. The position of the Forest Service has been to deny damage, contend that their management will continue improving conditions (while failing to monitor) and that non-Forest Service observers don't know the difference between use and abuse.

*Riparian Condition*

Spawn Creek is a tributary of the Logan River in the Logan Ranger District, Wasatch-Cache National Forest. A two-mile section of this stream is annually grazed by 700 cattle. In 1997, Dr. Carter conducted a habitat survey to determine the condition of habitat attributes related to livestock use. The evaluation used methods described in USDA (1992). Bank stability, livestock trampling and instream cover were measured. Cattle were in the riparian pasture for one month. The evaluation documented that 89.5 percent of streambanks were trampled by livestock and were unstable. Undercut banks were found in only 3.5 percent of the stream, woody debris was nearly absent, providing less than 1 percent cover, shrubs provided almost no stream cover at 1.6%, stream substrate was embedded with silt, pools were minimally represented and average water velocity was high. All these factors indicate degraded stream habitat. Because Spawn Creek lacked significant riparian shrubs, during 1998, after one year's rest from livestock, willow growth was measured. It was determined that over 400 willows had appeared and were actively growing in an area that had been eaten to the ground during the previous grazing season while the cattle were present. Even though elk consume some portion of the willow growth, the evidence is clear both from this data and the literature that livestock are the principal mechanism for removal of willows.

8

BLM_0079119

Western Watersheds Project                                    P.O. Box 280  Mendon  Utah  84325
435-752-2701                                                  utah@westernwatersheds.org

These degraded habitat conditions were documented with photographs and a report submitted to the
Forest Service (WCE 1998). Two years later, after resting the pasture during 1998 and 1999, the Forest
Service conducted a habitat survey and found only 6% unstable streambanks, declaring that Spawn Creek
was healthy and in excellent condition. The Forest Service response to our complaint about livestock
damage was, "You suggest these impacts are directly related to livestock. In my response, I believe that it
is important to recognize that livestock is only one part of the overall picture of activities within the
Spawn Creek drainage. We should also recognize the other man-related impacts which occur in the
drainage. These include fishing, hunting, horse riding, camping, ATV traffic, all of which have the
potential to impact the vegetation in the riparian and upland zones. It should also be recognized that
wildlife have the potential to impact vegetation and bank structure." Ferebee (1999).

Mr. Ferebee's (Logan District Ranger) response is based on hypothetical statements rather than reflecting
reality. In the reach of Spawn Creek under debate, little camping occurs because the area is fouled with
cattle manure. ATV use is not on the stream banks and is restricted. Hunting and fishing activities are
not significant and do not impact the streambanks. Wildlife use is from a small elk herd of 40 animals that
migrates through and impacts less than 1% of the stream at crossings. Horse riding is largely by livestock
permittees while over 700 cattle graze there. Mr. Ferebee later stated that conditions in this allotment
were not a concern. So here we see how the Forest Service masks any complaint about livestock impacts
by implicating every other possible use even in light of detailed photographic and quantitative data.

*Water Quality*

During 1997 fecal coliform bacteria were monitored in Spawn Creek and its tributaries in relation to the
presence/absence of cattle. Concentrations upstream of the cattle varied from zero to 16 fc/100 ml while
in Spawn Creek downstream of the cattle concentrations ranged up to 201 fc/100 ml. Small tributaries of
Spawn Creek ranged up to 1370 fc/100 ml when cattle were present. Tributary inputs from an adjacent
upland pasture kept fecal coliform levels elevated in Spawn Creek months after the cattle were removed
from the Spawn Creek riparian pasture. A clear example of the dynamics of fecal coliform concentrations
in relation to livestock presence is provided by data collected in 1998 in Paris Creek, another stream in
the Wasatch-Cache National Forest (WCE 1999) in Idaho (Figure 4). Paris Creek arises as a spring,
flowing through an ungrazed portion of the Forest, into a cattle allotment and private grazing land, then
downstream into private property where livestock are excluded. Data was collected on two dates, when
cattle were present (10/1/98) and after they were removed (10/27/98). During the 10/1/98 sample,
approximately 100 cattle were present in the allotment and a similar number present on the private land.
The area occupied by cattle was between miles 0.8 and 1.5. Upstream and downstream, cattle were
excluded. The pattern of fecal contamination clearly shows when cattle are present, fecal coliform levels
are elevated, and after they are removed, fecal coliform numbers decline to near background.

The Forest Plan for the Wasatch Cache National
Forest (US Forest Service, 1985) states that water
"leaving the Forest" meets water quality standards.
The State of Utah (Utah DEQ, 1996), based on a
single station representing 106 miles of the Logan
River, states that water quality meets criteria. Yet
site-specific studies cited here demonstrate that when
cattle are present, water quality in tributary streams
exceeds beneficial use criteria and is degraded,
further violating anti-degradation standards. This is
borne out by the huge volume of historical studies
represented in the scientific literature.



**Figure 4.  Coliform Counts in Paris Creek**

9

*Western Watersheds Project*
*435-752-2701*

P.O. Box 280   Mendon   Utah   84325
utah@westernwatersheds.org

## Conclusion

The impacts of livestock on watersheds and water quality are predictable.  The literature and our data show this to be the case.  However, government agencies persist in denial, rarely monitor and refuse to use current science.  The reliance on water quality monitoring data to document impacts or loads to streams is a flawed process in that it does not address localized impacts and water quality degradation throughout the watershed. Instead, it presumes single, remote stations are representative.  Because monitoring requirements are time consuming, expensive and seldom carried out, it is time to act based on our knowledge and require land managers and livestock operators to meet ground cover and water quality standards, have discharge permits, conduct monitoring and keep livestock away from streams.

## References

Armour,  C.L., D.A. Duff and W. Elmore.  1991.  The effects of livestock grazing on riparian and stream ecosystems.  Fisheries 16(1): 7 – 11.

Belsky, A.J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States.  Journal of Soil and Water Conservation 54(1): 419-431.

BLM. 1996. Public land statistics 1994/1995 Volume 179/180. Bureau of Land Management, Washington, D.C. BLM/BC/ST-96/001+1165.

Burkholder, JoAnn M. 1999. The lurking perils of Pfiesteria.  Scientific American. August:42-49.

Carlson, Cathy and John Horning.  1992.  Big profits at a bif price – Public Land ranchers profit at the expense of the range.  Publication No. 79950, National Wildlife Federation, 1400 Sixteenth St. N.W. Washington, D.C. 64p.

Cummins, K.W. and George L. Spengler.  Stream ecosystems.  Water Spectrum. 10:1-9.

Cummins, K. W. 1974.  Stream ecosystem structure and function.  Bioscience 24:631-641.

Duff, Donald A. 1977.  Livestock grazing impacts on aquatic habitat in Big Creek, Utah.  In:  Symposium on Interactions with Wildlife, Fisheries and Their Environments. Sparks, Nevada.  On file at University of California at Davis.

Duff, Donald A. 1979.  Riparian habitat recovery on Big Creek, Rich County, Utah.  In Proceedings: Forum – Grazing and Riparian/Stream Ecosystems.  Trout Unlimited, Inc. 91 p.

EDF. 2000. Animal waste – a National overview.  Taken from Environmental Defense Fund Scorecard (www.scorecard.org) January 15, 2000.

EPA. 1976.  Quality criteria for water, July 1976.  Fecal coliform bacteria.  U.S. Environmental Protection Agency, Washigton, D.C.: 42-50

EPA. 1998a. Strategy for addressing environmental and public health impacts from animal feeding operations.  U.S. Environmental Protection Agency, March 4, 1998 draft. Washington, D.C.  22pp.

EPA. 1998b. The quality of our Nation's water: 1996 – Executive Summary of the National Water Quality Inventory: 1996 Report to Congress.  EPA841-S-97-001 Office of Water, U.S. Environmental Protection Agency, Washington, D.C.

Ferebee, Brian. 1999. Letter to Citizens for Protection of Logan Canyon, July 27, 1999 from  District Ranger, Logan Ranger District, Wasatch Cache National Forest, Logan, Utah.

Fleischner, Thomas L. 1994.  Ecological costs of livestock grazing in western North America.  Conservation Biology 8(3): 629-644.

10

Western Watersheds Project
435-752-2701

P.O. Box 280   Mendon  Utah  84325
utah@westernwatersheds.org

GAO. 1988. Rangeland managment: more emphasis needed on declining and overstocked grazing allotments. U.S. General Accounting Office, GAO/RCED-88-80, Washington, D.C.

GAO. 1995. Animal waste managment and water quality issues. Publication no. GAO/RCED-95-200BR. 97pp. General Accounting Office, Washington, D.C.

Gregory, Stanley V., Frederick J. Swanson, W. Arthur McKee and Kenneth W. Cummins. 1991. An ecosystem perspective of riparian zones. Bioscience 41(8): 540-550.

Howard, Gary L., Steven R. Johnson and Stanley L. Ponce. 1983. Cattle grazing impact on surface water quality in a Colorado front range stream. J. Soil and Water Conservation. March-April 1983:124-128.

Hubbard, R.K., D.L. Thomas, R.A. Leonard and J.L. Butler. 1987. Surface runoff and shallow ground water quality as afected by center pivot applied dairy cattle wastes. Trans. ASAE 30(2):430-437.

Kauffman, J. Boone and W.C. Kreuger. 1984. Livestock impacts on riparian ecosystems and streamside management implications – a review. Journal of Range Managment 37(5): 430 – 437.

Marcuson, Patrick E. 1977. Overgrazed streambanks depress fishery production in Rock Creek, Montana. Fish and Game Federation Aid Program. F-20-R-21-11a.

Martin, John H. Jr. 1997. The Clean Water Act and animal agriculture. J. Environmental Quality 26:1198-1203.

Packer, Paul. 1998. Requirements for watershed protection on western mountain rangelands. Unpublished manuscript. Dr. Packer is retired from the USDA Intermountain Forest and Range Experiment Station, Logan, Utah.

Pell, Alice N. 1997. Manure and microbes: public and animal health problem? J. Dairy Sci. 80:2673-2681.

Peterjohn, W.T. and D. L. Correll. 1984. Nutrient dynamics in an agricutlural watershed: observations of a riparian forest. Ecology 65: 1466-1475

Platts, W. S. 1991. Livestock Grazing. *In: Influence of Forest and Rangeland Management on Salmonid Fishes and Their Habitats.* American Fisheries Society Special Publication 19:389-423.

Saxon, Ketih E., Lloyd F. Elliott, Robert 1. Papendick, Michael D. Jawson and David H. Fortier. 1983. Effect of animal grazing on water qualiyt of non-point runoff in the Pacific Northwest. Project Summary, Robert S. Kerr Environmental Research Laboratory, Ada, Oklahoma. EPA-600/S2-83-071. 7p.

Schepers, J.S., B.L. Hackes and D.D. Francis. 1982. Chemical water quality of runoff from grazing land in Nebraska: 1l. contributing factors. J.Environ. Qual., Vol 11(3):355-359.

Trimble, S.W. and A. C. Mendel. 1995. The cow as a geomorphic agent, a critical review. Geomorphology 13:233-253.

USDA. 1981. America's soil and water: condition and trends. U.S. Department of Agriculture Soil Conservation Service, Washington, D.C. 33p.

USDA. 1990. Agricultural Statistics 1990. U.S. Department of Agriculture, Washington, D.C.

USDA. 1992. Integrated riparian evaluation guide. U.S. Department of Agriculture, Region IV Forest Service, Ogden, Utah.

USDA. 1996. Grazing statistical summary. U.S. Department of Agriculture, Forest service, Range Management Staff. 93p.

U.S. Forest Service. 1985. Wasatch Cache National Forest Land and Resource Mangement Plan. Intermountain Region, Ogden, Utah.

11

BLM_0079122

*Western Watersheds Project*                                    P.O. Box 280   Mendon   Utah   84325
435-752-2701                                                        utah@westernwatersheds.org

Utah DEQ. 1996.  Utah water quality assessment report to Congress.  Utah Department of Environmental Quality, Division of Water Quality.  153p.

White, Richard K., Robert W. VanKeuren, Lloyd B. Owens, William M. Edwards and Roberty H. Miller. 1983. Effects of livestock pasturing on non-point surface runoff.  Project Summary, Robert S. Kerr Environmental Research Laboratory, Ada, Oklahoma.  EPA-600/S2-83-011. 6p.

WCE. 1998.  Investigation of Spawn Creek, Utah coliform contamination and streambank stability in relation to cattle grazing.  Willow Creek Ecology report dated 2/23/98.

WCE. 1999.  Watersheds, livestock and water quality:  A case study from the Cache National Forest, Utah and Idaho.  Willow Creek Ecology, Inc., Mendon, Utah 84325. Publication  99-01. 12p.

Winward, Alma. 1999. Verbal communication during tour of North Rich Cattle Allotment, Logan Ranger District, Utah.   Dr. Winward is Regional Ecologist for Region IV, Forest Service.

BLM_0079123

*Western Watersheds Project*                                                    *John Carter*
*January 12, 2009*
## Utilization, Rest and Grazing Systems

The following summary of studies addresses utilization rates, rest and grazing systems in upland and riparian habitats.    This information should prove useful in determining how to manage livestock grazing in upland and riparian areas.

### Utilization

The effects of different livestock grazing intensities on forage plant production were studied in a ponderosa pine type in Colorado in the 1940's[1]. Forage consumption at a rate of 57% resulted in forage production of double that at a rate of 71%. An area ungrazed for 7 years produced three times as much forage as the 71% use area. The authors concluded that, as grazing use increased, forage production decreased. During that same period a classic paper on the use of quantitative ecology in range management presented examples of how stocking rates must be adjusted based on precipitation and range condition which included a rating based on departure from the potential plant community[2].

Hutchings and Stewart (1953), suggested that 25 – 30 % use of all forage species by livestock was proper[3]. They recommended this level because routinely stocking at capacity will result in overgrazing in half the years and necessitate heavy use of supplemental feed. Even with this system, they recognized that complete de-stocking would be needed in 2 or 3 out of ten years.

Franklin Crider's (1955) study on root growth stoppage from plant top removal provided quantitative measurements of plant re-growth under different amounts of removal[4].   Three mid-west perennial grasses were grown from seed in pots under ideal conditions of watering and fertilization. After sixty days of growth, these potted grasses were clipped once at intervals from 10% to 90% of the above ground biomass. Repeat clippings of the potted grasses were made every two days to return the plants to the same height as the original clipped percent. The experiment lasted thirty three days at which time root growth of controls became inhibited by the size of the pot. Crider concluded that under these ideal growing conditions, if these species of grasses had 40% or less of their aboveground biomass clipped either once or many times, then the net root mass was the same or more at the end of the experiment. This was used to make the assumption that grazing during the entire growing season at 40% or less would sustain plants from one season to the next. (Inspection of Crider's data showed that root production was reduced at clipping levels of 20%.) This study has been used to justify the 50% or "take half/leave half" proposition that range managers have used for decades but they don't apply to natural conditions found in arid systems.

[1] Schwan, H.E., Donald J. Hodges and Clayton N. Weaver.  1949.  Influence of grazing and mulch on forage growth. Journal of Range Management 2(3):142-148.
[2] Dyksterhuis, E. J.  1949.  Condition and management of range land based on quantitative ecology. Journal of Range Management 2:104-115.
[3] Hutchings, S.S. and G. Stewart.  1953.  Increasing forage yields and sheep production on Intermountain winter ranges.  U.S. Department of Agriculture Circular 925.  63p.
[4] Crider, Franklin J.  1955.  Root-growth stoppage resulting from defoliation of grass.  Technical Bulletin No. 1102.  USDA Soil Conservation Service.  23p

BLM_0079124

*Western Watersheds Project*                                                                 *John Carter*
*January 12, 2009*

The effect of conservative (30 – 35%) vs. heavy (60 – 65%) grazing use on grasses and forbs by cattle was determined in a New Mexico study[5]. Both of these pastures had experienced conservative use for over 10 years. In 1997, one pasture was changed to heavy use. Measurements at key locations in both pastures in the following year, while being rested, showed that heavy stocking rates resulted in significant declines in productivity in the following year. Perennial grass production was reduced by 57% and forbs by 41% in the heavily grazed pasture compared to the conservatively grazed pasture. The authors cited a number of other studies in arid environments that showed heavy stocking rates were accompanied by decreases in forage production when compared to conservative use. After drought, the ability of forage plants to recover was directly related to the standing crop levels maintained during the dry period. The studies cited showed that grazing during different seasons was less important than grazing intensity.

Five long-term stocking rate studies from three different locations in Arizona, New Mexico and Utah documented similar patterns[6]. In the Desert Experimental Range in Utah, a 13-year study with moderate (35%) and heavy (60%) use by sheep resulted in annual forage production of 198 lbs/acre and 72 lbs/acre. The authors recommended 25 – 30% use of all forage species. A 10-year study at the Santa Rita Range in Arizona demonstrated that perennial grass cover and yield showed an inverse relationship to grazing intensity, while burroweed, an undesirable species, increased with increasing forage use. The authors recommended a 40% use level. A 37-year study at the Jornada Experimental range in New Mexico involving conservative (33%) and moderate (45%) use showed that the lower grazing intensity resulted in greater black grama (perennial grass) cover. Lowland areas with high clay content and periodic flooding grazed at moderate intensity had higher cover of Tobosa, a perennial grass, than heavily grazed areas. They recommended 30% be used as a stocking intensity with no more than 40% removed in any year. A 10-year study at the Chihuihuan Desert Rangeland Research Center looked at four grazing intensities of 25%, 35%, 50% and 60%. Light (25%) and moderate (35%) use produced 70% more forage than 50% use and more than double that achieved at 60% use. Here, the authors recommended conservative stocking at 30 – 35%.

In further studies in New Mexico, Holechek at al (2003) [7] compared moderate (49%) use to light (26%) use in a 13-year study. They found that total black grama production declined while the light use level resulted in an increase. Following a three year dry period, perennial grass survival was higher at the light use level than at the moderate use level. They concluded that light use can promote improvement in ecological condition at use levels of 25 – 35%.

Holechek's Range Management Principles & Practices[8] (p223 Table 8) lists the percent use of key species for moderate grazing in range types. In sagebrush grassland and semi-desert grass and shrubland, this level of grazing is 30-40%. The table goes on to note that

[5] Galt, Dee, Greg Mendez, Jerry Holechek and Jamus Joseph. 1999. Heavy winter grazing reduces forage production: an observation. Rangelands 21(4):18-21.
[6] Holechek, Jerry L., Milton Thomas, Francisco Molinar and Dee Galt. 1999b. Stocking desert rangelands: what we've learned. Rangelands 21(6):8-12
[7] Holechek, Jerry L., Dee Galt, Jamus Joseph, Joseph Navarro, Godfrey Kumalo, Francisco Molinar, and Milt Thomas. 2003. Moderate and light cattle grazing effects on Chihuahuan Desert rangelands. Journal of Range Management 56:133-139.
[8] Holechek, Jerry L., Rex D. Pieper and Carlton H. Herbel. 2001.Range Management: Principles and Practices, Fourth Edition. Prentice-Hall. New Jersey. 587p

BLM_0079125

*Western Watersheds Project*                                                        *John Carter*
*January 12, 2009*

rangelands *"in poor condition or grazed during active growth should receive the lower utilization level."* Further they state that while 50% utilization may apply to humid grasslands, this level of utilization *"results in rangeland deterioration in the semi-arid grasslands, desert and coniferous forest rangelands."* They also recognized that consumption by rodents and other wildlife must be taken into account as part of this utilization, otherwise, rangeland productivity would suffer even at these levels of use.

Reynolds et al (1992)[9], cited in the Utah Northern Goshawk Project Environmental Assessment (USDA 1999)[10] recommended an average of 20% utilization of herbaceous forage species in goshawk home ranges, which are 6,000 acres. It also stressed the importance of maintaining mycorrhizal fungi function in these home ranges.

### Rest

Over-utilization and lack of required rest are common across BLM and Forest Service land in the west. Agencies refer to deferment as "rest", but areas are still grazed each year. Hormay and Talbot (1961)[11] originally developed guidance for rest-rotation grazing based on intensive field studies. They stated, *"While the idea of incorporating rest in grazing management is not new, the concept of longer rest periods than have heretofore been recommended, at least for mountain bunchgrass ranges, and of closer correlation of resting and grazing with plant growth requirements, is new."* Some points of interest from the study were that, even with the rest-rotation system, some areas were more heavily used than others, regrowth was minimal on clipped plants after the seed-in-milk phase and clipping during active growth reduced total herbage yield during that year. A single season of clipping reduced basal area of forbs and grasses the next year. Four consecutive seasons of clipping at the seed-in-milk phase reduced basal area of Idaho fescue 80%, bottlebrush squirreltail 62%, longspur lupine 91% and wooly wyethia 16%. Four years' rest after four years' clipping resulted in little or no recovery of Idaho fescue, wooly wyethia and longspur lupine. They also found that cool-season grasses such as Idaho fescue varied in production by a factor of three due to changes in annual precipitation, while the beginning of growth varied by up to a month with similar variations on time to flowering and seed ripening. Based on this research, the basic principle was to require adequate years' of rest to allow the native plants to recover their vigor before again being grazed. They also recommended that it is important to include adequate monitoring of each grazed unit or pasture to determine if these rest periods are sufficient to maintain or restore production.

Native cool-season perennial bunchgrasses can be very sensitive to defoliation and growing season use. Anderson (1991)[12] stated in regards to bluebunch wheatgrass, *"Effects of growing season defoliation injury are well documented: basal area, stem numbers and both root and forage yields are reduced and mortality can be high. ... Defoliation to very short stubble heights during the boot stage has been reported to essentially eliminate plants within*

[9] Reynolds, R.T., R.T. Graham, M.H. Reiser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, Jr., G. Goodwin, R. Smith, and E.L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States. Gen. Tech. Rep. GTR-RM-217, Fort Collins, Colorado. U.S. Department of Agriculture, Rocky Mountain Forest and Range Experiment Station. 90p.
[10] USDA. 1999. Utah Northern Goshawk Project Environmental Assessment. USDA Forest Service Intermountain Region.
[11] Hormay, A. L. and M. W. Talbot. 1961. Rest-rotation Grazing – A New Management System for Perennial Bunchgrass Ranges. USDA Forest Service Production Research Report No. 51.
[12] Anderson, Loren D. 1991. Bluebunch wheatgrass defoliation, effects and recovery – A Review. BLM Technical Bulletin 91-2, Bureau of Land Management, Idaho State Office.

3

as few as three years. ... *Vigor recovery has been found to require most of a decade, even with complete protection from grazing."* The author went on to describe experiments in which a single clipping of the grass during the growing season produced 43% less herbage and 95% fewer flower stalks the following year than unclipped plants. Under a deferred system in eastern Oregon, it was reported that bluebunch wheatgrass could not be maintained at 30 – 40% use in the boot stage (early June). A one time removal of 50% of the shoot system during active growth may require six years' rest even in an area with 17" precipitation. He stated, *"The belief that range improvement will occur after one or two years of rest following a single season of more than 'light' use during the growing season is erroneous."* Mueggler (1975) [13] also determined that Idaho fescue of moderately low vigor required 3 years of rest for recovery and that plants of bluebunch wheatgrass and Idaho fescue in very low vigor may require 8 years and 6 years of rest, respectively, for recovery.

Eckert and Spencer[14, 15] concluded that no management system appears to be satisfactory if that system results in overgrazing during the growing season in order to defer or rest vegetation in other grazing periods. They concluded that the amount of deferment and rest provided by the 3 pasture system was not sufficient to overcome the effects of periodic overuse. They recommended utilization levels that allow plants of desirable species to respond to proper management by adjusting stocking rates to forage production levels.

In studies of long-term rest at Idaho National Engineering Laboratory, the recovery rate of grasses in sagebrush communities was slow, but real, progressing from 0.28% to 5.8% over 25 years (Anderson and Holte, 1981)[16] and non-natives such as cheatgrass had an inverse relationship to native perennial grasses (Anderson and Inouye, 2001)[17].

### Grazing Systems

In a review paper that considered grazing systems, grazing intensity and season of use, Holechek et al (1998)[18] determined that, *"financial returns from livestock production, trend in ecological condition, forage production, watershed status and soil stability are all closely associated with grazing intensity."* They found that grazing systems such as rest-rotation had limited or no benefit in arid systems. Citing long-term studies in Arizona, they documented that after 12 years of rest-rotation management compared to continuous grazing, neither forage plant densities nor forage plant production differed between the treatments. Grazing intensity employed was 30 – 35% use with occasional high use of 50% or more. *"Rest and deferment were not sufficient to overcome the effects of periodic heavy use on primary forage plants when rest-rotation grazing was applied on big sagebrush range*

---

[13] Mueggler, W.F. 1975. Rate and pattern of vigor recovery in Idaho fescue and Bluebunch wheatgrass. Journal of Range Management 28(3):198-204.

[14] Eckert Jr., Richard E. and John S. Spencer. 1986. Vegetation response on allotments grazed under rest-rotation management. Journal of Range Management 39(2):166-174.

[15] Eckert Jr., Richard E. and John S. Spencer. 1987. Growth and reproduction of grasses heavily grazed under rest-rotation management. Journal of Range Management 40(2):156-159

[16] Anderson, Jay E. and Karl L. Holte. 1981. Vegetation development over 25 years without grazing on sagebrush-dominated rangelands in southeastern Idaho. Journal of Range Management 34(1):25-29

[17] Anderson, Jay E. and Richard S. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs 71(4):531-556.

[18] Holechek, Jerry L., Hilton de Souza Gomes, Francisco Molinar and Dee Galt. 1998. Grazing intensity: critique and approach. Rangelands 20(5):15-18

4

*in northern Nevada."* In an Arizona study comparing winter-spring grazing with summer-fall rest to continuous grazing, the rotation scheme was inferior to the year-long system from the standpoint of perennial grass density and production. Perennial grass production was closely associated with the degree of use and was highest where grazing use was lowest. They cited a Vale, Oregon study, lasting over 20 years in which moderate grazing intensity and rotational grazing showed no advantage over season-long grazing in improving range condition or forage production. *"The key factor in range improvement appeared to be the reductions in grazing intensities that were applied when the project was initiated... ."*

A review of the "classic" range studies, which are the long-term stocking rate and grazing system studies that provided much of the scientific foundation for modern range management showed that light use is closer to sustainable use, while heavy use is not (Holechek et al 1999)[19]. Definitions of "heavy", "moderate" and "light" grazing developed in 1961 were cited. Heavy grazing was defined as the degree of forage utilization that does not allow desirable forage species to maintain themselves. Moderate grazing was defined as the level at which palatable species can maintain themselves. Light grazing was defined as the degree of utilization at which palatable species are able to maximize their herbage producing ability. When averaged across all the long-term studies for all regions, heavy grazing was 57% use of primary forage species, moderate use was 43% and light use was 32%. In arid regions, the research showed that moderate grazing use was 35 – 45%. When the average forage production change over time was compared with use, heavy stocking resulted in a 20% decline in production, moderate use experienced no change and light use resulted in an 8% increase. During drought, moderately stocked pastures produced 20% more forage than heavily stocked pastures, light grazing produced 49% more forage than heavy and 24% more than moderate stocking levels. Heavy stocking resulted in a downward trend and light stocking an upward trend in ecological condition. Moderate stocking showed a slight, but not significant increase in condition, resulting in depleted ranges being maintained in depleted condition. Summary statistics from that paper are provided in Table 1.

**Table 1.  Summary of Data from 25 Classic Grazing Studies**

| Description | Heavy | Moderate | Light |
|---|---|---|---|
| Average Forage Use % | 57 | 43 | 32 |
| Average Forage Production lb/acre | 1,175 | 1,473 | 1,597 |
| Drought Years Production lb/acre | 820 | 986 | 1,219 |
| Average Calf Crop % | 72 | 79 | 82 |
| Average Lamb Crop % | 78 | 82 | 87 |
| Calf Weaning Weight lbs | 381 | 415 | 431 |
| Lamb Weaning Weight lbs | 57 | 63 | -- |
| Gain per Steer lbs | 158 | 203 | 227 |
| Steer/calf Gain per Day lbs | 1.83 | 2.15 | 2.3 |
| Steer/calf Gain per Acre lbs | 40.0 | 33.8 | 22.4 |
| Lamb Gain per Acre lbs | 26.0 | 20.4 | 13.8 |
| Net Returns per Animal $ | 38.06 | 51.57 | 58.89 |
| Net Returns per Acre $ | 1.29 | 2.61 | 2.37 |

[19] Holechek, Jerry L., Hilton Gomez, Francisco Molinar and Dee Galt. 1999. Grazing studies: what we've learned. Rangelands 21(2):12-16

BLM_0079128

Western Watersheds Project                                          John Carter
January 12, 2009

Relying on additional water developments, fences and grazing systems will not alleviate the problem. The use of range improvements and rotation systems is not sufficient to correct over-stocking. Results from 18 western grazing system studies by Van Poollen et al (1979)[20] found that adjustment of livestock numbers, or stocking intensity was more important than implementing grazing systems to improve herbage production. Holechek et al (2000)[21] also showed that the various claims made by advocates of short-duration or time-controlled grazing were not proven.

A discussion of rest-rotation is found in Clary and Webster's General Technical Report titled *"Managing Grazing of Riparian Areas in the Intermountain Region."*[22] They summarized studies showing significant increases in forage production occurred with decreased intensities of grazing. The article described the improvements found in reducing grazing from heavy, to moderate and then to light grazing. Grazing with utilization above 50% was described as heavy, moderate was 30 - 50% and <25-30% was called light grazing in most of these studies.

Clary and Webster's study concluded that *"managers should place more emphasis on proper stocking intensity and less on grazing system implementation. The concentrated use of grazing pastures is not compensated for during rest years if grazing use is heavy. In summary, although grazing systems have great intuitive appeal, they are apparently of less consequence than once thought. In fact as long as good management is practiced so that there is control of livestock distribution and grazing intensity, the specific grazing system employed may not be significant."*

### Riparian Grazing

Another finding by Hormay and Talbot (1961) had to do with the order in which cattle grazed particular areas. *"Ravine bottoms were usually grazed first. Next in order were openings in timber stands on gentle slopes, areas near water, areas along fences and ridgetops, salt grounds, accessible openings in timber stands on steeper slopes, areas under large trees, and finally areas covered by tree thickets."* In a study by Pinchak et al (1999)[23], *"cattle dispersion was constrained by the spatial distribution of water and slope. Across 3 seasons, 77% of observed use was within 366 meters of water. Approximately 65% of the land area was beyond 723 meters from water and sustained only 12% of observed use. Cattle concentrated use (79%) on slopes less than 7%. Consequently 35% of the area, on or surrounded by slopes > 10%, received only 7% of observed use. Loamy, grazable woodland and wetland sub-irrigated range sites were most preferred and accounted for over 65% of observed use while occupying less than 35% of the land area. Overall, coarse upland, very shallow and shallow loamy sites were not preferred..."*

Vigorous woody plant growth and at least 6 inches of residual herbaceous plant growth at the end of the growing/grazing season typified riparian areas in excellent, good, or rapidly improving condition. This corresponds to a riparian utilization rate of 24 – 32%. *"Most*

[20] Van Poollen, H.W. and J. R. Lacey. 1979. Herbage response to grazing systems and stocking intensities. Journal of Range Management 32:250-253.
[21] Holechek, Jerry L., Hilton Gomez, Francisco Molinar, Dee Galt and Raul Valdez. 2000. Short-duration grazing: The facts in 1999. Rangelands 22(1):18-22.
[22] Clary, Warren P and Bert F. Webster. 1989. Managing Grazing of Riparian Areas in the Intermountain Region. USDA Forest Service GTR-INT-263.
[23] Pinchak, W.E., Michael A.Smith, Richard H. Hart, and James W. Waggoner. 1991. Beef cattle distribution patterns on foothill range. Journal of Range Management. 44(3):267-275.

6

BLM_0079129

Western Watersheds Project                                              John Carter
January 12, 2009

*riparian grazing results suggest that the specific grazing system used is not of dominant
importance, but good management is – with control of use in the riparian area a key item."*
Degraded riparian areas may require complete rest to initiate the recovery process.[24]

W. S. Platts reviewed grazing systems and found that none were compatible with healthy
aquatic ecosystems[25].  Schulz and Leininger (1990) [26] studied long-term riparian exclosures.
They found that, after 30 years of livestock exclusion, willow canopy cover was 8.5 times
greater in livestock exclosures than in adjacent grazed riparian areas.  Grasses were 4 to 6
times greater in cover within the exclosure than outside.  Mean peak standing crop of
grasses within the exclosure was 2,410 Kg/Ha (1950 lb/acre), while outside in caged plots,
mean peak standing crop was 1,217 Kg/Ha (1083 lb/acre).

Lile et al (2003), compared clipping of N. sedge to stubble heights of 2" and 4" during early
season, late season and multiple clippings to both heights.  Late season use or 2" stubble
height did not allow recovery to the 4" standard.  Only the 4" early season use achieved the
4" criteria, but did not regrow to meet the 6" criteria by the end of the growing season.

Another study of upland and wet meadow communities that had livestock excluded for 9 –
18 years found major differences between the ungrazed communities and those continuing
to be grazed.  In each case, the area without grazing had greater belowground plant
biomass, lower soil bulk density and higher soil pore space.  In dry meadows the infiltration
rate was 13 times greater than those continuing to be grazed and in wet meadows,
infiltration of rested areas was 2.33 times greater[27].

The implications of these studies relative to Forest Service and BLM requirements for
sustainable use and preventing impairment of productivity are clear.

[24] Clary, Warren P and Bert F. Webster.  1989.  Managing Grazing of Riparian Areas in the
Intermountain Region.  USDA Forest Service GTR-INT-263.
[25] Platts, W.S.  1991.  Livestock Grazing.  In Influences of Forest and Rangeland Management on
Salmonid Fishes and Their Habitats.  American Fisheries Society Special Publication 19:389-423.
[26] Schulz, Terri T and Wayne C. Leininger.  1990.  Differences in riparian vegetation structure
between grazed areas and exclosures.  Journal of Range Management 43(4):295-299.
[27] Kauffman, J. Boone, Andrea S. Thorpe, and E. N. Jack Brookshire.  2004.  Livestock exclusion and
belowground ecosystem responses in riparian meadows of eastern Oregon.  Ecological Applications
14(6):1671-1679.

BLM_0079130

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping Part 2 |
| **Date:** | Sunday, February 07, 2010 3:55:24 PM |
| **Attachments:** | Determining Grazing as the Cause for Failure to Meet SG.pdf |
| | Riparian Grazing Guide Caribou NF.pdf |
| | Role of Drought Thurow and Taylor JRM 99.pdf |
| | FS Drought Plant Effects Review.pdf |
| | BLM - Appendix 2 Drought Policy.pdf |
| | Appendix 2 Drought Policy.pdf |
| | Appendix B - Tom Power economic review ofTushar Grazing Decision[1].doc |
| | Assessing the full cost.pdf |
| | Economic analysis of grazing.doc |
| | New Loomis Brown Valuation of Rangeland Ecosystem Services.ppt |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

**Appendix 2**

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

January 28, 2003

In Reply Refer To:
4100 (220) N

EMS TRANSMISSION 01/28/2003
Instruction Memorandum No. 2003-074
Expires: 09/30/2004

To:       All Field Officials

From:     Assistant Director, Renewable Resources and Planning

Subject:  FY 2003 General Drought Management Direction       DD: 02/14/2003

**Program Area:** Drought Management

**Purpose:** The purpose of this Instruction Memorandum (IM) is to provide general guidance/direction to the field relating to drought management over the course of the next year. More specific livestock grazing guidance/direction is also provided.

**Policy/Action:** When dealing with drought conditions and issues, the principle focus of our actions should be to maintain the long-term health and productivity of the Nation's rangelands. Likewise, a conscious awareness needs to be maintained that every action taken may and often does place a hardship on those who use or rely on the public lands for their livelihood. Balancing these two priorities is not an easy task. Although the focus of this guidance is directed toward the biological resource programs (i.e., rangeland management, wildlife, wild horses and burros) that have direct impact on the long-term health of rangelands, much of the guidance is applicable to many of BLM's other resource programs (i.e., recreation, wilderness).

Several years of extended drought in many areas of the West has impacted vegetative vigor and stand composition; created conditions suitable for invasion by exotic plants; reduced both surface and subsurface water quantities and qualities; and created economic hardship for many users of the public land. Projections for the end of the multi-year drought in the near future are not promising. Prolonged drought impacts resource conditions long after rainfall and snowmelt have recharged soil moisture. The following guidance is offered to:

   1.  Promote a consistent, Bureau-wide approach to managing drought situations.

RLH DEIS Appendix 2 –page 1

BLM_0079132

2. Serve to increase communication internally within BLM as well as with our external partners, stake holders, other users of the public lands, Resource Advisory Councils (RACs), industry and conservation organizations, other Federal agencies and local, Tribal and State governments, including Governors' Drought Task Forces.

3. Assure managers are provided the most current information and data for making timely decisions consistent with the standards for rangeland health.

The following guidelines and recommendations are intended to provide data, flexibility and direction for line management and public land users as they work cooperatively to develop local, regional or national level drought management strategies and make critical decisions during drought conditions. Success of this policy hinges on promoting constant communication, consultation and coordination between Field Offices, State Offices, the Washington Office and the Department as well as with livestock operators, RACs, wild horse and burro constituents, conservation organizations, industry and professional organizations, local, State, and Tribal governments, other Federal agencies, and the public.

Mike Holbert (WO-220) has been designated to serve as the BLM's Drought Coordinator. Each State Office is asked to designate a drought coordinator to serve as the State's liaison with the Washington Office. The States are asked to notify Mike Holbert of the selected State drought coordinator no later than February 14, 2003.

A four-phased approach to detection and management of drought is outlined in this policy. The "early assessment" phase outlines actions and tools recommended four or more months prior to livestock turnout and/or the peak plant growth period to determine the potential for, extent and severity of drought. The "pre-season assessment" phase, which occurs within 3 months of livestock turnout and/or the peak plant growth period, supplements and builds upon the actions taken during the "early assessment" phase. The "continuing assessment" phase outlines actions that are recommended during the grazing season. The "post drought" phase emphasizes the importance of assessing on-the-ground conditions and using an inter-disciplinary approach to establish site-specific criteria required to be present before livestock use is returned to permitted levels.

**Early Assessment Phase**

The following actions and tools are provided for consideration as early assessments are being made.

1. Standardized indices based on the Standard Precipitation Index, the U. S. Drought Monitor and other data are available from the Predictive Services program at the National Interagency Coordination Center (NICC), and at the local Geographic Coordination Centers for projecting short-term, broad-scale assessment of drought conditions as well as forecasts on continued drought conditions. This information may be useful at the State and National scales. The frequency and need for these

BLM_0079133

reports will vary by region or state. As appropriate, these reports should be shared with the Field Offices, RACs, other partners, stakeholders, etc.

2. Field Offices are encouraged to utilize an inter-disciplinary approach to (1) identify natural resources of highest vulnerability to being adversely impacted by drought and (2) prioritize emphasis areas[1] to focus monitoring, assessment and allocation of scarce labor and operational resources. It is also recommended that the information and decisions resulting from the inter-disciplinary approach be shared with the State Office drought coordinator to facilitate consistency across the State, working with other State level partners (as referenced in Item 5 below) and coordinating with the Washington Office.

   Information and data that could be considered during this process includes the information provided in Item 1 above, data available from partners, stakeholders and others; remote automated weather stations; previous years' monitoring results (plant growth, utilization and/or stubble height, livestock and wild horse actual use, occurrence of insect infestations, use of "rest" pastures, etc.); severity of drought conditions; presence of significant or sensitive resources; priority watershed assessments; allotments that have failed to meet standards for rangeland health; available GIS, remote sensing information and other forms of electronic data and available scientific information. A determination should be made as to the adequacy of existing data to support decisions that will need to be made. Site-specific data is recommended, if available, to support the decisions. If additional data is needed, an assessment of the types of data and the capability to collect such data will need to be made.

   In areas of concern due to vegetative conditions, soil moisture may be measured in representative areas using techniques found in agency manuals/handbooks and professional literature. The Crop Moisture Index may also be referenced at http://www.cpc.ncep.noaa.gov/products/analysis_monitoring/regional_monitoring/cmi.gif.

3. Websites with information pertinent to drought are listed in Attachment 1.

4. The Washington Office will develop a communications plan to address (1) release of drought-related information to national media sources and (2) coordination with national Non-Government Organizations (NGOs), key Congressional contacts, the Department of the Interior and other Federal agencies at the national level. The communication plan will be shared with the State Offices and other National Program offices.

5. Similarly, State and Field Offices are encouraged to develop communication plans addressing release of drought-related information to appropriate media sources and coordination with RACs, County Extension Agents, State/local NGOs, State/local drought task forces, Congressional delegations, local, county, State and Tribal governments, other Federal government agencies[2], etc. Informal

BLM_0079134

interaction with as many groups/people as possible to gather their thoughts and ideas is also encouraged. Close coordination between the field offices, the State Offices and the Washington Office is critical to assure a consistent message is provided.

Relating specifically to livestock grazing, as appropriate, livestock permittees/lessees within projected drought areas should, at a minimum, be notified through written correspondence of current and projected conditions, the potential of livestock grazing use being affected during the upcoming grazing season, etc. Permittees/lessees should be encouraged to make needed changes in their grazing operations, which might include adjusting the number of livestock and/or the season-of-use, applying for non-use and to work closely with their Rangeland Management Specialist. Although adjusting both numbers and season-of-use may be used, adjusting the number of animals may provide the most flexibility during the grazing season.

If livestock normally graze public land year-round, follow the guidance identified for the Continuing Assessment Phase.

If on-the-ground conditions at the end of the previous grazing season are known based on monitoring information to warrant changes in livestock grazing use, early consultation and coordination with the affected permittees/lessees and interested publics should be initiated. Whenever feasible, on-the-ground tours to discuss conditions, concerns and possible solutions are recommended. Written agreements are recommended to document agreed upon changes in use. If agreement cannot be reached, the use of Alternative Dispute Resolution techniques is encouraged. As necessary, issuance of a grazing decision(s) in accordance with 43 CFR 4110.3-3 (a) or (b) should be initiated. Issuance of grazing decision(s) should be considered the option of "last resort" only after consultation, coordination and communication has taken place and should not "come as a surprise" to the affected permittee(s)/lessee(s). Whether these changes are implemented with written agreements, or a decision, it should be emphasized that the changes are designed to allow recovery of the long-term rangeland health and may be necessary even if precipitation improves and vegetation production increases during the next growing season.

6.  Use of checklists is recommended to ensure all critical resources and issues are addressed when making drought-related decisions. Checklists should be tailored to meet local needs but could include resources such as areas of special concern (i.e., wild horse herd management areas, riparian pastures, critical habitat), special status species, and areas of fragile soils (i.e., Mancos shale). The checklist could be used to document coordination with all parties, interdisciplinary involvement, etc. Several states (Oregon, Arizona and Utah) have already developed checklists to use in drought-related situations.

BLM_0079135

7. As appropriate, Field offices should assess their current situation against Emergency Gather Criteria released by the National Wild Horse and Burro Program Office. If the assessment determines an emergency gather is appropriate, notification through appropriate management channels should be immediately initiated. It is important that this assessment also be completed during the "pre-season assessment" and "continuing assessment" phases.

8. As appropriate, Field and/or State Offices should initiate early discussions with the State Fish and Wildlife agencies concerning the potential need for wildlife herd reductions, if necessary. Any information available on the drought effects on local wildlife populations should be acquired.

9. Field Offices should complete an assessment of their capability to accomplish projected AWP workload measures in light of the projected drought workloads. As appropriate, notification through appropriate management channels should be initiated. This assessment should also be completed during the "pre-season assessment" and "continuing assessment" phases.

**Pre-season Assessment Phase**

For reference purposes, the timeframe for the pre-season assessment phase would be within 3 months of livestock turnout and/or the peak plant growth period. The following actions are recommended.

1. Updated information from the Predictive Services program at the National Interagency Coordination Center (NICC) and Geographic Coordination Centers should be obtained. Precipitation, snow pack and soil moisture records for the winter and early spring should be reviewed.

2. On-the-ground conditions (e.g., residual vegetation (height, vigor, amount), snow pack influence on available water, soil moisture) should be assessed to determine the effects and appropriateness of continued grazing use. Recognizing that wildlife, wild horses and burros and aquatic dependent resources will also be stressed by drought, close coordination and consultation between resource program professionals is critical. Working closely with the State Drought Coordinators, the Washington Office will develop a format for summarizing drought-related adjustments.

   Soil moisture measurements may need to be continued where problems are apparent or in areas of concern. Measurements in the root zone to determine available water for plants will be especially important during this period. If the capability of the office staff to either collect or interpret information becomes an issue, consider partnering opportunities with other agencies or groups (e.g., NRCS, Conservation Districts, etc.).

BLM_0079136