*NO*     Go to 10

**10)  Is the flow/sediment ratio in balance (no excessive erosion or deposition)?**

    *YES*     Go to 11

    *NO*     Go to 10b

## Vegetation Characteristics:

    **10b)**    **In B and C channel Types, are point bars being colonized and stabilized with willows and/or sedges?   For other channel types go to 10c.**

        *YES*     Go to 11

        *NO*     Go to 10c

    **10c)**    **Are livestock retarding vegetation establishment?**

        *YES*     ==Use vegetation utilization, stubble height and/or woody/shrubby utilization guidelines== (Tables 1, 2 and/or 3); go to 11

        *NO*     Go to 11

**11) Is the riparian area widening or has achieved its potential extent?**

    *YES*     Go to 12

    *NO*     Go to 11a

    **11a)**    **Is riparian vegetation capturing upslope sediment?**

        *YES*     Go to 11b

        *NO*     Go to 11b

    **11b)**    **Are livestock retarding riparian vegetation vigor and density?**

        *YES*     ==Use riparian stubble height/utilization and/or soils disturbance guidelines (Tables 4, and/or 6/6A);== go to 12

        *NO*     Go to 11c

    **11c)**    **Is riparian vegetation capturing instream sediment?**

        *YES*     Go to 12

        *NO*     Go to 11c

    **11d)**    **Are livestock aggravating the lack of greenline vegetation?**

BLM_0079300

*YES*    Use stubble height guidelines (Table 3); go to 12

*NO*     Go to 12

**12) Are there at least two age-classes of deep-rooted riparian/wetland vegetation?**

*YES*    Go to 13

*NO*     Go to 12a

**12a)   Is young age-class recruitment or replacement vegetation present?**

*YES*    Go to 13

*NO*     Go to 12b

**12b)   Are livestock suppressing recruitment or replacement of vegetation?**

*YES*    Protect replacement vegetation – use vegetation utilization guidelines (Table 1) for streamside vegetation and stubble height/utilization guidelines (Table 6/6A) for area-wide guidelines.  Increase protection at least one Resiliency or Similarity Level until at least two age classes are established; go to 13

*NO*     Go to 13

**13) Is there a diverse (two or more species) composition of deep-rooted (e.g. sedges/willows) riparian vegetation with high vigor?**

*YES*    Go to 15

*NO*     Go to 13a

**13a)   Are livestock suppressing vigor?**

*YES*    Use vegetation utilization and/or woody/shrubby utilization guidelines (Tables 1, 2 and/or 6/6A); go to 14

*NO*     Go to 14

**14) Are plant communities an adequate source of coarse and/or large woody material?**

*YES*    Go to 15

*NO*     Go to 14a

**14a)   Is coarse and/or large woody debris needed to dissipate energy and capture bedload?**

*YES*    Go to 14c

*NO*     Go to 14b

57

**14b)     Is sufficient material available to dissipate energy and capture bedload?**

    *YES*     Go to 14c

    *NO*      Use Woody/Shrubby Species guidelines (Table 2); go to 15

**14c)     Is sufficient material available to maintain/replace woody material?**

    *YES*     Go to 15

    *NO*      Go to 14d

**14d)     Are livestock suppressing recruitment of adequate plant communities?**

    *YES*     Use Woody/Shrubby Species guidelines (Table 2); go to 15

    *NO*      Go to 15

## Beaver;

**15) Are beaver dams active and stable?**

    *YES*     Go to 15a

    *NO*      Go to 15a

    N/A      Use guidelines established above.

**15a)     Are willows/wood available for dams/food?**

    *YES*     use guidelines established above.

    *NO*      Consider beaver management; Go to 15b

**15b) Are livestock contributing to lack of willows/wood?**

    *YES*     Use Woody/Shrubby Species Utilization Guidelines (Table 2)

    *NO*      Go back to 6 if applicable; otherwise use guidelines established above.

BLM_0079302

**Figure 1.  Succession of States for Alluvial/Nongraded Valley Bottom Types\***



\* From Prichard, ISDI, 1998, p. 11-13

BLM_0079303

BLM_0079304

## Ecological Status/Successional State/Similarity[41]

Since there is often limited information concerning which community types indicate unnatural disturbances and because it is extremely difficult to find examples of PNC situations in riparian areas, the following procedures may be used to broadly rate riparian areas as to their successional status.

A list has been developed of all community types known to occur on lands administered by the Intermountain Region.  In this list, each community type has been assigned an "L" if they are known to occur in latter successional stages, or an "E" for types known to occur in earlier stages of succession.  Percent composition of each community type from measurements can be used to determine the ecological status, thus the Similarity to the natural range of variation and desired conditions.

**Ecological Status**

♦ Arrange the community type compostiion values to either an  "Early or "Late" column (found in the R-4 Integrated Riparian Evaluation Guide, Appendix 1).

♦ Summarize all types that occur in the "Late" column and divide by the percent of the vegetation that should be represented by late seral community types.  This value will range from 75-95 percent.

♦ Rating of ecological status is then determined by comparing this number with those assigned to each of the five seral status values:

1-15 = very early,
16-40 = early,
41-60 = mid,
61-85 = late, and
86+ = PNC

These ecological status ratings may now be evaluated against standards or desired conditions set for the area being evaluated.

---

[41] In USDA Forest Service, Intermountain Region. 1992. Integrated Riparian Evaluation Guide – Intermountain Region, March 1992.

BLM_0079305

**Table 7.  Summary of Stream Channel Characteristics and Sensitivity to Disturbance**
(Source:  Modified from D. L. Rosgen, Applied River Morphology, 1996 pg 8-9.)

| Stream Type | Stream Group | Sensitivity to Disturbance | Recovery Potential | Sediment Supply | Stream Bank Erosion Potential | Vegetation Controlling Influence |
|---|---|---|---|---|---|---|
| A1, A2 | SG-00 | Very low | Excellent | Very low | Very low | Negligible |
| A3 | SG-01 | Very high | Very poor | Very high | Very low to very high | Negligible |
| A4, A5 | SG-02 | Extreme | Very poor | Very high | Very high | Negligible |
| A6 | SG-03 | High | Poor | High | High | Negligible |
| B1, B2, B3 | SG-04 | Very low to low | Excellent | Very low to low | Very low to low | Negligible to moderate |
| B4, B5, B6 | SG-05 | Moderate | Excellent | Moderate | Low to moderate | Moderate |
| C1, C2 | SG-06 | Low | Very good | Very low to low | Low | Moderate |
| C3 | SG-07 | Moderate | Good | moderate | Moderate | Very high |
| C4, C5, C6 | SG-08 | Very high | Fair to good | High to very high | High to very high | Very high |
| D3, D4, D5, D6 | SG-09 | High to very high | Poor | High to very high | High to very high | Moderate |
| DA4, DA5, DA6 | SG-10 | Moderate | Good | Low to very low | Low to very low | Very high |
| E3, E4, E5, E6 | SG-11 | High to very high | Good | Low to moderate | Moderate to high | Very high |
| F1, F2 | SG-12 | Low | Fair | Low to moderate | Moderate | Low |
| F3 | SG-13 | Moderate | Poor | Very high | Very high | Moderate |
| F4 | SG-14 | Extreme | Poor | Very high | Very high | Moderate |
| F5, F6 | SG-15 | Very high | Poor to fair | High to very high | Very high | Moderate |
| G1, G2 | SG-16 | Low to moderate | Fair to good | Low to moderate | Low to moderate | Low |
| G3, G4, G5, G6 | SG-17 | Very high to extreme | Very poor to poor | High to very high | High to very high | High |

62

BLM_0079306

**Figure 2.  Rosgen Channel Classification Key.**



(Source:  D. L. Rosgen, Applied River Morphology,1996, pg 5-6.)

BLM_0079307

**Table 8.  Riparian/Stream Channel Morphology Objectives.**

| Channel Type | Pool Frequency | Pool Type | Width/ Depth Ratio | Deep-Rooted Vegetation | Percent Bank Stability | Large Woody Debris | Stability Rating |
|---|---|---|---|---|---|---|---|
| A1 | Irregular | Scour step | <12 | Not important | >60 | Not important | <44 |
| A2 | Irregular | Scour step | <12 | Not important | >60 | Not important | <44 |
| A3 | Irregular | Scour step | <12 | Not important | >70 | Important for pools - irregular spacing | <91 |
| A4 | Irregular | Scour step | <12 | Not important | >60 | Important for pools - irregular spacing | <96 |
| A5 | Irregular | Scour step | <12 | Not important | >60 | Important for pools - irregular spacing | <96 |
| A6 | Irregular | Scour step | <12 | Not important | >60 | Important for pools - irregular spacing | <81 |
| B1 | Infrequent | Scour step | >12 | Not important | >60 | Not important | <46 |
| B2 | Irregular | Scour step | >12 <21 | Not important | >60 | Not important | <46 |
| B3 | Irregular 3-5 bankfull widths | Scour step | >12 <22 | Important | >60 | Important for pools | <61 |
| B4 | Irregular 3-5 bankfull widths | Scour | >12 <20 | Important | >65 | Important for complexity | <65 |
| B5 | Irregular 3-5 bankfull widths | Scour | >12 <20 | Important | >65 | Important for complexity | <69 |
| B6 | Irregular 3-5 bankfull widths | Scour | >12 <20 | Important | >65 | Important for complexity | <61 |
| C1 | Irregular | Backwater and scour | >12 | Important woody /sedge | >65 | Important for pools | <51 |
| C2 | Irregular | Backwater and scour | >12 | Important woody /sedge | >65 | Important for pools | <51 |
| C3 | Irregular 5-7 bankfull widths | Riffle/scour pool | >12 <37 | Important woody /sedge | >70 | Important for complexity | <86 |

64

| Channel Type | Pool Frequency | Pool Type | Width/ Depth Ratio | Deep-Rooted Vegetation | Percent Bank Stability | Large Woody Debris | Stability Rating |
|---|---|---|---|---|---|---|---|
| C4 | Irregular 5-7 bankfull widths | Riffle/scour pool | >12 <29 | Important woody /sedge | >70 | Not important | <91 |
| C5 | Irregular 5-7 bankfull widths | Riffle/scour pool | >12 <30 | Important woody /sedge | >70 | Not important | <91 |
| C6 | Irregular 5-7 bankfull widths | Riffle/scour pool | >12 | Important woody / sedge | >70 | Not important | <86 |
| D3-6 | Irregular | Scour/ debris dams | >40 | Very important woody /sedge | >65 | Not important | <108 |
| E3 | Irregular | Riffle/scour pool | >6 <10 | Very important sedge/ woody | >65 | Not important | <64 |
| E4 | Irregular | Riffle/ scour pool | >2 <6 | Very important sedge/ woody | >65 | Not important | <76 |
| E5 | Irregular | Riffle/ scour pool | >2 <7 | Very important sedge/ woody | >65 | Not important | <76 |
| E6 | Irregular | Riffle/ scour pool | <12 | Very important sedge/ woody | >65 | Not important | <64 |
| F1-6 | Irregular 5-7 bankfull widths | Scour/ debris dam | >12 <40 | Not important | >65 | Important for pools | <116 |
| G1-6 | Irregular | Scour step | <12 | Important woody /sedge | >70 | Not important | <113 |

## Column Definitions:

**Channel Type**:   As defined by Rosgen 1996

**Pool Frequency:**

*Infrequent -* Due to physical channel conditions, pools are infrequent within any given reach.  There is no set pool spacing or number of pools within any given reach.

*Irregular -* Due to physical channel conditions, pools are irregularly spaced within any given reach.  There is no set pool spacing or number of pools within any given reach.

*Bankfull widths -* Channel geometry is such that pools are spaced at specified intervals based on the bankfull width of the channel.  e.g. 5-7 bankfull widths - if the bankfull width is 10 ft., pools would be expected to be spaced 50 to 70 feet apart within any given reach; or within a 1,000 ft. reach, 14 to 20 pools would be expected to occur.

BLM_0079309

**Pool Type:**

*Scour step* - Due to the steepness of the channel bed, the stream  "steps" down the slope.   Water plunging over these "steps" scours a pool below the obstacle.  "Steps" may be formed by rock or organic debris.

*Scour* - Channel steepness is not enough to form plunge pools, but do support sufficient velocities for water to scour pools as it works its way over and between rocks and organic debris.

*Backwater* - Small dams are formed within the channel by rock and organic debris.  Water pools behind these barriers rather than forming scour pools below the obstacle.

*Riffle/scour pool* - This stream type exhibits a sequencing of steeps (riffles) and flats (pools) that are linked to meander geometry.  The spacing interval is predictable depending on channel type and width.

*Scour/debris dam* - Pools are formed as a result of bank and bottom scouring and small dams formed by organic debris.  Rocks do not play an important role in pool formation.

**Width/Depth Ratio:** The ratio of the bankfull (approx. 2.5 year reoccurrence flood level) surface width to the mean depth of the bankfull channel.

**Deep Rooted Vegetation:**  Some channel types do not contain sufficient rock, large wood, etc. content in the banks to suppress bank erosion.  In this situation, vegetation having deep and dense root systems is necessary to bind the soil and suppress bank erosion.

*Woody/Sedge* - Though sedges are important to be maintained on-site, woody plant species (willow, alder, dogwood, etc.) are more desirable to be maintained than sedges because of potential high bank heights.  Woody species' roots generally extend deeper than sedges.

*Sedge/Woody* - Though woody species may be desired, sedges are sufficient to protect potential bank erosion.

**% Bank Stability:**  Minimum percent of stable banks needed to maintain channel stability.  This is a total of both banks within a stream reach.

**Stability Rating:**  As developed by Pfankuch (1975) (also known as R1/R4 Stream Reach Inventory and Channel Stability Evaluation).  Ratings by channel type are those reflecting channel stability of "Good" or better as defined by Rosgen (1996).

BLM_0079310

## Monitoring

Monitoring objectives should be dictated by the present condition and trend of the riparian habitat in relation to management goals, the resource potential for change and the importance of other resource values. Good monitoring objectives should be achievable, measurable and worthy of the costs incurred to accomplish and monitor them (Leonard *et al* 1997).

The six monitoring parameters are intended to be the minimum requirements. Other, more comprehensive monitoring protocols may be used as necessary and are described in documents such as the R-4 Integrated Riparian Evaluation Guide (1992) and may be used as needed to properly assess and evaluate a specific situation. The Beaverhead/Dearlodge National Forest, as well as other Forests and BLM offices, have also developed bank disturbance and other monitoring guidelines.

As a minimum, monitoring will be within Key Areas. Monitoring will include:

1) Administrative monitoring of one or more of the six parameters, as appropriate, and

2) Longer term effectiveness monitoring to gauge progress toward desired conditions.

If the effectiveness monitoring confirms movement toward the desired condition, then the similarity level may move to a higher level. Poor outcomes will result in reevaluation of the current standards and possibly more restrictive or application of different measures.

Specific Key Areas should be determined through an interdisciplinary team process,

conferring with the permittee. Key areas should be representative of the riparian aggregates within the grazing area. Care should be taken to avoid inclusions that are not representative of the area.
The objectives of these standards are to protect the riparian and aquatic resources. Key Area and Key Species selection should be done with this in mind.

For example: A stream flowing through an allotment has two major stream types. One falls into a category that is highly resilient, and another, smaller, portion falls into a lower resiliency category. A chain is as strong as its weakest link. Therefore, the manager may want to consider either applying the more stringent standards to the entire stream or making the less resilient reach a special management area, such as a riparian pasture, applying the more stringent standards.

Another scenario may be the identification of Key plant species. If it is known that an ungulate may key in on one plant species and leave other plant species in sufficient densities to protect the bank, then perhaps the focus should be on the remaining plants, not a single species. This is why each situation should be discussed in an interdisciplinary setting and the specific needs of the area considered.

### In lieu of Monitoring

The above parameters require time and effort on the behalf of the Range Manager or permittee. Someone must be physically on-the-ground on at least a weekly, if not daily basis, especially when a parameter is close to being exceeded. In some cases, this is not possible. Therefore, an alternative to comprehensive monitoring is offered. This alternative is simply time-in-pasture. If a pasture contains a riparian area that cannot be

BLM_0079311

monitored as necessary to assure and insure instituted parameters are not exceeded, or if previous monitoring has not determined time-in-pasture as it relates to allowable uses and impacts, then a **30-day** limit within the pasture is advocated as a starting point.  This is supported in the literature by several authors (e.g. Myers 1989).  Five to ten days may be a maximum time allowed within riparian pastures.  However, this is not to be construed to be a total default to monitoring specific parameters as described above.

Monitoring is essential to ensure the health of the riparian areas, stream channels, water quality and aquatic habitat is maintained or improved as necessary.  Further, this time period may have to be adjusted on an individual basis, depending on the existing climatic conditions, densities and distribution patterns of livestock within each pasture and conditions of riparian areas and stream channels.  This time period may be shortened or lengthened, depending on specific monitoring of the above parameters.  This time limit also means that livestock will be moved from the pasture *within* the time limit, **not** that livestock will *begin* to be moved at the time limit with residual livestock removed sometime after.

*Caveat - These S&Gs are based on resource needs, structured from published literature and on-the-ground experience of resource professionals.  It is conceded that socio-political or other resource conditions or constraints may require selecting one or more options that meets the needs of management to protect the resource, yet allow continued use of the resources.*

For example:  A stream within a pasture is in Stream Group 8.  This stream group is highly sensitive to disturbance.  The current vegetation and physical features of the riparian area and stream channel within the allotment have a low similarity of desired conditions.  The standard for allowable bank disturbance is 10 percent or less.  It may be improbable that the livestock can continue to use the riparian area at present rates with this small amount of allowable bank disturbance...a dilemma.

This leaves the manager with several options.

1) Do not allow any livestock within the allotment;

2) Fence the riparian area;

3) Keep the livestock out of the riparian area through the use of a rider, salting, alternative water and shade sources, etc;

4) Reduce the number and/or duration of livestock using the area;

5) Change or modify the grazing system;

6) Use a parameter other than bank disturbance (such as stubble height) that will provide resource protection, yet allow some bank disturbance to occur; or

If the livestock owner is dependent on the use of the allotment for maintaining his livelihood, elimination of all livestock use, or substantially reducing numbers or duration, may not be a realistic social alternative, even though it may be a reasonable environmental alternative.  Fencing is expensive to install and maintain and may take several years to install and funding may be limited. Keeping the livestock out of the riparian zone with no physical barriers is difficult if not impossible in some situations.  That leaves selecting other parameters that will protect the resource, yet allow grazing to continue.

BLM_0079312

Protection of the resource is a primary goal. As long as trend is in the direction of that goal, the manager has the discretion to use a single or multiple parameters, depending on the requirements of that site. It has been shown in the literature that maintaining a minimum stubble height, for example, is effective in moving a stream channel toward equilibrium in some situations, even though some physical bank damage may be still occurring. If the stream has a low fisheries or riparian value, options may be greater than if the stream has a critical value.

Keeping options open for the manager is essential. Key areas are selected by an interdisciplinary team. The team may also suggest other parameters to monitor. Based on this input, the manager can select those parameters that best meets the needs of the land and resources under management. However, the manager needs to be extremely careful when selecting a parameter. Selection has to be justified based on the situation and the resource to be managed. In the case of the Example Allotment, the standards allow minimized bank disturbance. This value is based on the characteristics of the resource. Simply selecting another parameter based on convenience or personal bias may foster scrutiny from a variety of sources.

69

BLM_0079313

# FIELD GUIDE FOR THE MEASUREMENT OF IMPACTS
# ON RIPARIAN SYSTEMS

### I.    Site Selection

The goal is to sample the stream reach (or reaches) that represents and reflects management activities and resource conditions.  That is it should be representative of the habitat type or stream group being impacted and reflect a typical result or consequence of the impact.

A)    **Key Riparian Area** -- A key riparian area is defined as an indicator site that reflects the direct impacts of the uses over a larger area or stratum.  It may represent all or part of the length of a stream/riparian zone, a critical fragile meadow or a wetland.  The selection criteria for a Key Area are:

1)    A key area should be representative of the stratum in which it is located.  Identify a stratum first by homogeneous landtype, soil type or habitat type.  Then make sure your sampling site falls within a homogeneous stream type group.

2)    The site should enable the manager to measure the direct impacts the activity to be monitored on one or more of the parameters for that specific stream group.  A direct impact measurement requires that the highest resource concerns are identified and sample for those parameters that involve those concerns.  For example, if resource concerns in a sedge dominated wet meadow are bank stability and plant vigor, then a Key Area site inside that meadow that will produce direct measurements of bank alteration and plant utilization within the meadow would be selected.  Do not use measurements on a fringe around the outside of the meadow as an indicator of what's happening inside the meadow.

If there are specific management concerns and objectives for a fringe area (such as maximizing bluegrass vigor by holding use to a certain percentage), then establish a Key Area within the bluegrass fringe and monitor the most meaningful parameters for that specific site.  Extrapolating impacts between stream groups or habitat types can lead to inaccuracies and reduce the defensibility of conclusions.

3)    A Key Area should be capable of, and likely to, show response to management actions.  The measurements should be indicative of the impacts that are occurring in the stratum of concern.  For example, do not select a microsite that is seldom used by ungulates when the riparian area of concern shows an obvious higher ungulate impact level.

4)    A Key Area may be selected to represent special or unique situations such as: a wet meadow that supports a sensitive plant or animal species; a

BLM_0079314

relatively short but significant stream reach in poor condition that is being impacted, etc.

B) **Numbers of Sites** -- The number of sample sites depends on the size of a homogeneous stratum; the variability of impacts within that homogeneous stratum; the mix of strata along the length of a stream; or a mix of sensitivity levels. For example: If there are three stream type groups within a reach of the stream, you may need to place at least one transect within each of the stream groups; or select the most sensitive and monitor it.

Personnel, funding and time constraints may force taking quantitative measurements on one site and perform ocular estimates (see Section II) on the other different sites. In any situation, 1) visit as much of the riparian area as possible and 2) make sure that your samples accurately represent the impacts on a larger scale, or at least represent impacts to the most sensitive areas. The number of sample sites may vary also with the experience level of the person measuring the impacts.

## II.    Sampling Methodology

Monitoring Plans should include both short-term and long-term parameters. Annual (short-term) measurements are intended to measure the impacts of uses on the basic riparian parameters within the current season of use and are not intended to evaluate trend or condition. Long-term parameters are re-visited over a period of years and are used to determine condition or trend.

*Adaptive Management*

Since no single grazing methodology or monitoring parameter will work for every situation every time, adaptive management may be necessary to change monitoring parameters or management schemes to achieve management goals and objectives. Adaptive management requires knowledge of the current conditions, potential or capability of riparian sites, current management and effects of the management on the resources; and management changes that may be made to move the current condition toward the desired condition. Single indicators of condition or trend are usually not adequate to make good decisions about on-ground situations. Information on the condition and trend of the vegetation and streambank plus knowledge of the current management practices, help establish "cause-and-effect" relationships that are important to make appropriate management decisions. Such information allows refinement and development of more appropriate, locally-derived livestock management techniques and monitoring criteria to meet desired conditions (University of Idaho 2005, Cowley and Burton 2005).

BLM_0079315

**Monitoring Flow Chart (from Herrick _et al_ 2005)**

Define Management and Monitoring Objectives



Select Monitoring Sites and Indicators



Establish and describe monitoring sites
and record long-term monitoring data (baseline)

**Year 1:**
Establish long-term
monitoring program

---

**Every Year:**
Maintain Annual
Event Record

Record short-term monitoring data



Adjust management as needed (adaptive management)

---

**Year 3 to 5:**
Repeat long-term
monitoring

Repeat long-term monitoring measurements:
Compare data with baseline and annual
measurements and interpret changes.



Refine Management Strategy (Adaptive Management)
as needed to achieve long-term goals and objectives;
and/or implement Administrative action if warranted.

72

Cowley and Burton (2005) suggested a "multiple indicator" monitoring protocol that monitors both long- and short-term parameters. They suggest that three indicators (*greenline, woody species regeneration, and streambank stability*) can be used for long-term effectiveness monitoring. These indicators assess the effectiveness of local livestock grazing management strategies and actions in achieving the long-term goals and objectives for stream, riparian and aquatic resources. Short-term monitoring parameters (*woody plant utilization, stubble height and streambank alteration*) provide data and information that can be used to determine if current season's livestock grazing is meeting intended standards or criteria for use in riparian areas to accomplish long-term goals and objectives.

Procedures outlined by the protocol provide information useful for making decisions in the adaptive management process. They include placement of a defined plot at paced intervals along the greenline, or first perennial vegetation on the streambank above the water line. The placed plot approach uses a Daubenmire plot which more closely focuses the observations by the user, reducing chances for variation among users and increasing repeatability. A designated monitoring area (DMA) is located in the riparian area along the streambank. DMAs are not necessarily "key areas" in the classic sense; rather they are areas that are representative of grazing within a riparian area. They do not necessarily reflect "average" use in all riparian areas, rather they reflect typical livestock use where they enter and use vegetation in riparian areas immediately adjacent to the stream. DMAs may be selected where livestock use exceeds the apparent average use of the riparian zone. The thinking is that the condition at that monitoring site would reflect the worst possible condition, such that if the DMA meets objectives at that point, then the rest of the riparian zone is also meeting the objectives. If Riparian Proper Functioning Condition (Prichard 1998) is used, PFC should be assessed within the DMA. In addition to the above criteria, DMAs should:

- ➢ Have the potential to respond to and measure changes in grazing management. Livestock trails associated with livestock use of the riparian area may be included in the DMA;
- ➢ Avoid selecting sites where vegetation is not a controlling factor, such as cobble, boulder and bedrock armored channels;
- ➢ Do not place DMAs on high-gradient streams unless they have a distinctly developed floodplain;
- ➢ Avoid water gaps and small trail areas such as along fences that do not represent livestock grazing impacts along the riparian area. These areas may be monitored, but they should not be considered for specific DMA monitoring.

## Parameter Sampling

1) **STREAMBANK ALTERATION and STABILITY**

> <u>What</u>:  Bank alteration and bank stability are two different parameters used to measure short-term (alteration) and long-term (stability) effects of livestock grazing. Bank

BLM_0079317

*alteration* measures the reduction in streambank integrity whereas *stability* measures changes in stream channel condition over time.

*Alteration*

This parameter is a tool that focuses on mechanical damage, such as ungulate hoof action, and is not a measure of stream health or long-term trends (USFS R1 2005). The definition of a measurable impact includes:

- sheering off a portion of the streambank by ungulate hooves that leaves a smooth vertical surface and an indentation of a hoof print at the bottom or along the sides;
- trampling that leaves an indentation of a hoof print and exposes roots or soil resulting in a depression at least ½ inch deep or soil displacement at least ½ inch upwards (simple impressions on heavy herbaceous ground cover do not constitute measurable impacts);
- trailing that exposes or compacts the soil, as evidenced by a very hard soil surface layer or numerous animal tracks that sink into and /or displace the soil ½" or more.
- trailing or trampling on top of terraces, above the active floodplain is NOT considered streambank alteration.

*Stability*

Stability is an indicator of the condition of the channel bank. It monitors the effectiveness of the grazing management program to achieve desired riparian condition goals or objectives. Banks are categorized into one of six conditions and expressed as a percentage of the linear stream bank in that condition. Natural abiotic disturbances (such as current year bank collapse from inherent soil instability) are counted and not distinguished from biotic disturbances (ungulates, etc.). The inherent stability ratings for stream groups are factored into allowable impact percentage.

**Where:** Measure streambank alteration/stability in the zone between the greenline and the scour line (elevation of the bottom of undercut bank or the lower limit of perennial vegetation). When greenline is away (> 3 meters or 10 ft) from the stream channel or terrace wall, streambank alteration/stability is read along the edge of the terrace wall or along the top of the streambank.

There is no need to evaluate impacts on mid-channel bars because they will either lag behind or parallel the impacts on main channel streambanks.

Crossings are generally counted, unless they are stabilized. If a crossing is not representative of a significant stream reach, then the disturbance may be highly localized and it may be prudent to select another transect location. Conversely, if a crossing or series of crossings are representative of a stream reach, the impacts should be measured.

**How**: Bank alteration/stability is a linear measurement, not an area measurement. Transects should be permanently marked on both sides of the stream at the beginning and end of the key area or DMA. They should extend at least 110 meters on each side of the

BLM_0079318

stream, varying according to site complexity.  Normally, 40 to 50 plots on either side of the stream channel (80 to 100 total) will account for site variability and provide an adequate sample size.  If severely disturbed, more sites may be needed.  For complete instructions, refer to "Monitoring Streambanks and Riparian vegetation – Multiple Indicators" by Cowley and Burton (2005).

a)  Select a representative site.  This can either be within a key area or a DMA

b)  Pace off at least 110 meters or 361 feet on the left and right bank.  Check your pace beforehand with a 100-foot tape.  Make sure that you include all the undulations in the bank that experience contact with active channel stream flow.

c)  Use a Daubenmire plot for both alteration and stability readings.  For *alteration*, use the entire 42 X 50 cm plot with the center bar on the greenline.  Determine the number of lines (0 to 5) that intersect streambank alteration.  For *stability*, use the width of the frame (50 cm).  Record the condition of the bank within that 50 cm width.  Use the categories: Covered and Stable (CS); Covered and Unstable (CU); Uncovered and Stable (US); Uncovered and Unstable (UU); false bank (FB); or unclassified (UN).  Record findings as a percentage of the linear distance measured.

d)  When done on one side, cross the stream and repeat the measurements on the opposite bank, parallel to the transect on the previous bank.

e)  Record your measurements separately for the right and left banks (state which way one is facing - upstream or downstream)

f)  Allow up to a 10 percent difference between samplers as an acceptable variation.

2)  **STUBBLE HEIGHT**
    **What:** Streamside vegetation serves numerous roles in riparian settings.  It serves as a forage source, an element of habitat for birds, fish and mammals, it buffers the force of water, filters out sediments, collects sediments and provides aesthetic variety.  Without appropriate vegetation, riparian areas deteriorate, streambanks are more susceptible to erosion, sediment delivery to the channel may increase, in-stream sediment caught may decrease, and overall riparian condition and function can be adversely impacted.

A minimum amount of residual herbaceous vegetation is required to provide the above benefits.  Cattle can affect the density and vigor of herbaceous vegetation two ways.  One is by physical damage through trampling.  The second is through direct consumption.  Overuse can change the vegetation from protective sedges to non-protective forbs and grasses.

Cattle generally prefer green grasses and forbs to woody vegetation.  Maintaining green grasses and forbs can reduce browsing on riparian shrubs.  Foraging preferences change if green grasses and forbs are consumed below a certain residual height.  Plant physiology

BLM_0079319

can also change if the plant is damaged beyond a certain point, reducing overall plant vigor or causing the plant itself to be replaced with another species, which may not be as desirable to maintain riparian function.

**Where:**  Measure stubble height along the "greenline".  The "greenline" is the first perennial vegetation from the water's edge.  Seral status of the vegetation may create different greenline characteristics and patterns.  For example, a greenline of high seral status may exhibit a continuous line of vegetation, where a lower seral status or unstable channels may create discontinuous patterns or have perennial vegetation higher on the bank.

**How:**  Like the bank disturbance parameter, this is a linear measurement. Measurements can be done by pace or by measuring with a tape or calibrated rod or stick.  Measurement can also be part of Multiple Indicator sampling (Cowley and Burton 2005).  Following is the minimum needed to measure this parameter.  If Multiple Indicator, or other sampling method is used, follow the procedure specified in that protocol(s).

> a)  A total of at least 20 sample points are needed.
>
> b)  At ten foot intervals along your first 100-foot transect, measure the leaf length of the nearest graminoid to your sample point, if all vegetation types are used.  If a specific species is being measured, use the same procedure, but measure the nearest key species.
>
> c)  Repeat the procedure on the opposite bank and average the results from both streambanks.  If both banks have about the same use, average the two.  If one bank is impacted heavier than the other, just the most impacted bank.

3)   **FORAGE UTILIZATION**

**What:**  If stubble heights are not appropriate or practicable, forage utilization can be monitored.  Utilization is described as a percent and can be monitored on an area or transect basis.  Two methods are available for most riparian communities.  A third method may be used for bluegrass stands and mountain meadows.  BLM and USFS have described these methods in separate manuals.

**Where:**  Forage utilization can be used along the greenline, within the riparian zone or on the uplands.

**How:**

a)  **Utilization Cages**:  Use the same clip/weigh procedure established for upland sites.  It is important to sack and air-dry samples from riparian sites before weighing for the most accurate calculations.  This is because the grazed riparian plants tend to dry out proportionally more than the un-grazed samples.  Without air-drying the samples before

BLM_0079320

weighing, the un-grazed samples will have a higher proportion of water than the grazed samples and thus will distort the utilization figure significantly. Correction factor charts are available for riparian species and should be used if you do not air-dry your samples.

b) **Photographic**: Photographic Utilization Guide for Riparian Graminoids, Kinney and Clary, Intermountain Research Station General Technical Report INT-GTR-308, June, 1994. This publication employs height/weight correlation charts to determine utilization. In order to use it correctly, you must identify the graminoid species you are sampling.

c) **Grazed loop**: USFS Region 1 Handbook 2209.21 outlines a grazed loop or equivalent method for bluegrass bottoms and mountain meadows (tufted hairgrass, some sedges, timothy, bluegrass, some redtop). Regression charts are available in the handbook for these two community types. Generally, the charts are reliable up to 45 percent utilization. Above that use level, reliability decreases. It may be necessary to check this method against clipped and weighed samples.

4) **WILLOW/ SHRUB UTILIZATION**

**What:** Utilization is a short-term or annual indicator tool used to determine if current season's livestock grazing is meeting the planned grazing requirements. Utilization is NOT intended to define long-term goals, objectives or trends.

Willows are an important component in maintaining proper riparian function. They provide shade, cover and streambank protection. Livestock and wildlife browse these shrubs, especially when herbaceous vegetation is either limited or has become undesirable. Direct browsing of willows reduces the cover and shade they provide over the stream and within the riparian area and, if grazed excessively, could reduce vigor or prevent regeneration. If the willows are providing streambank protection, reduced vigor and or densities of willows could result in decreased stream channel stability.

**Where**: Along the streambank and within the riparian zone of the representative reach. The representative reach can be a key area or DMA, depending on the protocol used. Each shrub or a random sample of shrubs can be monitored, depending on the density of the shrub community, the severity of impacts and the issues involved.

**How:**

a) Utilization is measured on shrub species within a 6 ft. zone adjacent to the water's edge. Exclude from consideration plants that have more than 50% of the active growing stems above the normal reach (3-5 ft) of the animal grazing the site. Compare browsed and un-browsed shrubs. Scan the shrub to be measured to determine if the measurements are representative of the seasonal growth on the entire shrub. Use will be classified into one of five categories: None to Slight; Slight to Light; Moderate; Heavy to Severe; Extreme. (See Cowley and Burton 2005 for more information).

BLM_0079321

b)      The number of leaders or the number of individual plants to be measured will depend on the kind and number of plants along the transect. If use by itself, try to observe at least two leaders on at least ten different plants on each bank. Average the results from the left and right banks. If one bank has obviously more use than the other, use the results from the most impacted bank. If only one bank is available to ungulates, the double the sample size on the single bank. Select only those plants that are available to grazing animals. If the measurement occurs in the spring before measurable growth commences, measure the previous year's growth. If the measurement occurs during the mid or late season, use the current year's growth. If the Multiple Indicator protocol is used, measure utilization within the DMA, per protocol instructions.

5)      **WOODY SPECIES REGENERATION**

**What:**  Regeneration is a long-term indicator of riparian condition used as a goal or objective in managing livestock. It can be used for trend analysis to determine changes over time. Information on the condition and trend of the vegetation and knowledge of current management practices can help establish "cause-and-effect" relationships that are important to make appropriate management decisions. This helps the manager to make better, more informed decisions concerning livestock grazing within the riparian area (Cowley and Burton 2005).

**Where:**  Within a 2 meter (6 ft.) zone along the greenline or edge of the stream. The 2 meter zone is established one meter on either side of the greenline. This extends the measurement zone into the stream in many cases. This is necessary because willows and other woody vegetation may grow below the greenline or extend into the stream on a gravel bar, for example. Measurement, however, should not extend into the stream more than ½ the width of the stream. This precludes measuring woody vegetation on the opposite bank in the case of a narrow stream channel less than 3 ft. wide.

The transect length would coincides with the DMA, or if used separately, a minimum of 363 feet. This results in a sample size of about 0.1 acres.

**How:**  Within the sample zone, record the species and age class. If the Multiple Indicator protocol is used, this will be within each sample plot. If measured separately, all, or selected woody plants within the 2 meter boundary along the transect are recorded.

Each plant will be recorded as being in an age class. Age classes are:
- Sprout – 1 stem at the ground surface
- Young – 2 to 10 stems at the ground surface
- Mature – greater than 10 stems at the ground surface
- Dead – 0 stems alive

In addition, a 5th category can be used: Decadent – greater than 10 stems but less than ½ the stems are alive.

For single-stemmed species, such as aspen, cottonwood, etc. similar age classes apply, but are defined differently. See Cowley and Burton (2005) or Winward (2000).

BLM_0079322

6)      **RIPARIAN SOIL DISTURBANCE**

**What**:  Detrimentally disturbed soil is soil that has been detrimentally displaced, compacted, puddled or severely burned as defined in the soil quality standards and guidelines found in FSH 2509.18-95-1.

**Definitions of Detrimental Soil Disturbance:**

> ***Detrimental soil diplacement***--the loss of either 5 centimeters or one-half of the humus-enriched topsoil (A horizon), whichever is less, from a 1 by 1 meter area or larger.

> ***Detrimental compaction***--compaction that doubles the soil strength or reduces porosity by 10 percent or more from undisturbed values.  In sandy soils, a reduction of 12 percent or more from undisturbed values is detrimental.

> ***Detrimental puddling***--clearly identifiable ruts with berms or hoof prints deforming/shearing the soil surface, affecting infiltration and permeability.

> ***Severely burned soil***--the loss of either 5 centimeters or one-half of the naturally occurring litter layer, whichever is less.

**Where**: Within the Riparian Management Area.  This area will vary according to Category.

**How**:  Areal extent sampling is the most appropriate method for sampling soil displacement, soil puddling, and qualitative estimation of soil compaction in riparian areas. Two stategies are used to measure aerial extent of detrimentally disturbed soils.

a)      Strategy 1--grid points or line transects are used to sample an entire activity area (in this case across the riparian area) and each point or line segment is simply determining whether the impact is or is not detrimental according to the guidelines.

b)      Strategy 2--soil delineations within the activity area (riparian area) are stratified by management impact and sampled to determine differences between impact areas. This method is used to sample continuous variables such as bulk density and ground cover. Disturbed soil is compared to this method using the Student's t-test.

**Qualitative and Quantitative Measurements:**

*Displacement*--at each point or line segment, measure depth of topsoil loss comparing with surrounding undisturbed areas using a meter stick.  If the site has lost less than 5 cm or one-half the A horizon in 1 by 1 meter area, consider it within guidelines.

BLM_0079323

***Compaction*--**at each point or line segment, qualitatively compare soil strength and structure by using a tile spade to penetrate and break the soil apart. Compare with surrounding undisturbed areas. Cone penetrometer may also be used.

Strong platy structure indicates detrimental compaction.

***Puddling*--**at each point or line segment, qualitatively note any deformation of the soil by rutting or hoof action. Clay content plays a significant role.

***Severely burned soil*--**measure depth of litter layer or crust at soil surface.

***Percent disturbance*** is then calculated from the point grid or transect.

BLM_0079324

# GLOSSARY

**BANKFULL and BANKFULL WIDTH**: The point on the streambank and the width of the channel at a stage typically defined by the annual high flow.

**CLIMAX**: The highest ecological development of a plant community capable of perpetuation under prevailing climate and soil conditions.

**COMMUNITY**:  Any assemblage of populations of plants and/or animals in a common special arrangement.

**COMMUNITY TYPE**: An aggregation of all plant communities distinguished by floristic and structural similarities in both overstory and undergrowth layers.  A unit of vegetation within classification system.

**COMPOSITION**: Relative percentage of a biotic (eg. plant species) or abiotic (eg. gravel substrate feature present for a given area.

**COVER, PERCENT**: The area covered by the combined aerial parts of plants and vegetative ground covering expressed as a percent of the total area.

**ENTRENCHMENT**: The degree to which the stream channel is cut into the surrounding floodplain.

**FLOODPLAIN**: The area adjacent to the active stream channel which is inundated during flows which exceed bankfull level.

**GREENLINE VEGETATION**: The first perennial vegetation from the water's edge.

**HABITAT TYPE**: An aggregation of all land areas capable of producing similar plant communitites at climax.

**KEY AREA**: See Section I (Site Selection)

**KEY SPECIES**: A species that is an indicator of change.  It may or may not be a forage species.

**LANDTYPE**: A portion of a landtype association having unique geomorphic processes, soils, landforms and habitat types.  Usually mapped at scales of 1:30,000 to 1:60,000 and encompassing from less than ten acres to hundreds of acres.

**LANDTYPE ASSOCIATION**: A grouping of landtypes based on similar landforms, soils and habitat types.  Usually mapped at scales from 1:60,000 to 1:125,000 and encompassing hundreds to thousands of acres.

**NON-SUITABLE (RIPARIAN) RANGE**: Does not produce grazing or browsing forage on a sustained yield basis and is not accessible by domestic livestock.

BLM_0079325

**POINT BAR**: A deposit formed on the inside or convex side of a stream bend by lateral accretion.  The top level of the point bar is generally at the height of the floodplain and the elevation of the bankfull stage.

**RIPARIAN MANAGEMENT AREA**: An area in which management for riparian attributes are emphasized.  Riparian Management Areas (RMAs) fall within 4 Categories

**STREAM TYPE**: A characterization of stream channels based on entrenchment, width/depth, sinuosity, slope and substrate.

**STRATUM**: A portion of a riparian system that is relatively homogeneous based on land type, soil type, habitat type or the stream channel features of geomorphology, stream flow, geology and sinuosity.

**SUITABLE (RIPARIAN) RANGE**: Any area with the inherent capability to produce grazing or browsing forage on a sustained yield basis and is accessible to domestic livestock.  Suitable upland range requires that water also be reasonably available.

BLM_0079326

# References Cited

Armour, C.L., D.A. Duff and W. Elmore. 1991. *The Effects of Livestock Grazing on Riparian and Steam Ecosystems.* American Fisheries Society Position Statement. Fisheries, Vol. 16, No.1, Jan-Feb 1991.

Armour, C.L., DA Duff and W. Elmore. 1994. *The Effects of Livestock Grazing on Western Riparian and Stream Ecosystem.* American Fisheries Society Position Statement, Fisheries, Vol. 19, No. 9, Sept. 1994.

Bauer, Stephen B and Stephen C. Ralph. 1999. Aquatic Habitat Indicators and their Application to Water Quality Objectives within the Clean Water Act. EPA-910-R-99-014. US EPA, Region 10, Seattle WA.

Beaverhead National Forest. 1997. *Beaverhead Forest Plan Riparian Amendment, Final Environmental Impact Statement, Appendix A,* September 1997.

Belsky, A.J., A. Matzke, and S. Uselman. 1999. *Survey of Livestock Influences on Stream and Riparin Ecosystems in the Western United States.* Journal of Soil and Water Conservation, First Quarter 1999.

Belt, George H, Jay O'Laughlin and Troy Merrill. 1992. *Design of Forest Riparian Buffer Strips for the Protection of Water Quality: Analysis of Scientific Literature.* Idaho Forest, Wildlife and Range Policy Analysis Group, Report No. 8, University of Idaho, Moscow, ID.

Bengeyfield, Pete. In press. The Effectiveness of Allowable Use Levels in Recovering Streams Affected by Livestock.

Bengeyfield, Pete and Dan Svoboda. 2000. *Determining Allowable Use Levels for Livestock Movement in Riparian Areas.* Proceedings: Specialty Conference on Rangeland Management and Water Resources.

Braun, Richard H. 1986. *Emerging Limits on Federal Land Management Discrimination: Livestock, Riparian Ecosystems and Clean Water Law.* Environmental Law Vol. 17:43.

Brinson, M.M., B.L. Swift, R.C. Plantico and J.S. Barclay. 1981. *Riparian Ecosystems, Their Ecology and Status.* FWS/OBS-81/17, Biological Services Program, USDI Fish and Wildlife Service, August 1981.

Buckhouse, John C. 2000. *Chapter 14, Domestic Grazing.* In: Drinking Water from Forests and Grasslands: A Synthesis of the Scientific Literature, USDA Forest Service, Southern Research Station. P. 153-157.

BLM_0079327

Burkhardt, J. Wayne. 1997. *Grazing Utilization Limits: An Ineffective Management Tool,* Rangelands 19(3), June 1997.

Carter, John C. 1999. *Watersheds, Livestock and Water Quality: A Case Study from the Cache National Forest, Utah and Idaho.* Willow Creek Ecology, Publication 99-01, Mendon, UT.

Chaney, Ed, Wayne Elmore and William S. Platts. 1991. *Livestock Grazing on Western Riparian Areas*, EPA, Northwest Resource Information Center, Eagle ID, January 1991.

Clary, Warren P. and Wayne C. Leininger. 2000. *Stubble Height as a Tool for Management of Riparian Areas*, Journal of Range Management 53: 562-573, November 2000.

Clary, Warren, Larry Schmidt and Leonard DeBano. 2000. *The Watershed-Riparian Connection: A Recent Concern?* USDA Forest Service Proceedings RMRS-P-13. pg 221-226.

Clary, Warren P. and Bert F. Webster. 1980. *Riparian Grazing Guidelines for the Intermountain Region.* Rangelands, 12 (4), August 1980. p. 209-212.

Clary, Warren P and Bert F. Webster. 1989. *Managing Grazing of Riparian Areas in the Intermountain Region*, USDA Forest Service, Intermountain Research Station, General Technical Report INT-263, May, 1989.

Clary, Warren P. and Bert F. Webster. 1990. *Riparian Grazing Guidelines for the Intermountain Region*, Rangelands 12(4), August 1995.

Clary, Warren P. 1995. *Vegetation and soil responses to grazing simulation on Riparian Meadows*, Range management, 48, pg. 18-25

Clary, Warren P., Christopher Thornton and Steven Abt. 1996a. *Riparian Stubble Height and Recovery of Degraded Streambanks*, Rangelands 18(4), August 1996, pg. 137-140.

Clary, Warren P., Nancy Shaw, Jonathan Dudley, Victoria Saab, John Kinney, Lynda Smithman. 1996. *Response of a Depleted Sagebrush Steppe Riparian System to Grazing Control and Woody Plantings*, USDA Forest Service, Intermountain Research Station, Research Paper INT-RIP-492, December 1996.

Clary, WP. 1997. *Vegetation and Soil Responses to Grazing Simulation on Riparian Meadows*, J. Range Management 48, 18-25, 1995; in USDI, BLM, List of References on the Use of Utilization Guidelines and on the Effects of Lower Stocking Rates on the Recovery of Rangelands, 17 September, 1997

Clary, Warren P. 1999. *Stream Channel and Vegetation Responses to Late Spring Cattle Grazing*, J. Range Management, 52:218-227, May 1999.

BLM_0079328

Clary, Warren P. and Gordon D. Booth. 1993. *Early Season Utilization of Mountain Meadow Riparian Pastures,* Journal of Range Management, 46:493-497, November 1993.

Clifton, Catherine. No date. Effects of Vegetation and Land Use on Channel Morphology. Unknown Publication. pg. 121-129.

Collins, Rob, and Kit Rutherford. 2004. *Modelling Bacterial Water Quality in Streams Draining Pastoral Land.* Water Research 38 (2004) 700-712.

Cowley, Evern R. and Timothy Burton. 2005. *Monitoring Streambanks and Riparian Vegetation – Multiple Indicators.* Technical Bulletin No. 2005-2. USDI BLM, Idaho State Office, Boise ID, March 2005.

Dallas, Dan S. 1997. *Managing Livestock with a Focus on Riparian Areas in the Ruby River Watershed,* USDA Forest Service, Beaverhead National Forest, 1997.

Davidson, J. C. and J. D. Neufeld. 2005. Can Shade Structures Help Riparian Areas? A look at using constructed shaeds to pull cattle off riparian areas in northeastern Nevada. Rangelands, Society for Range Management, April 2005. p 24-30.

Ehrhart, Robert C. and Paul L. Hansen. 1998. *Successful Strategies for Grazing Cattle in Riparain Zones.* Montana BLM Riparian Technical Bulletin No. 4, Riparian and Wetland Research Program, Montana Forest and Conservation Experiment Station, University of Montana, Missoula MT, January 1998.

Elmore, Wayne and Boone Kauffman. 1994. *Riparian and Watershed Systems: Degradation and Restoration.* In: Vavra, Martin, William A. Laycock and Rex D. Pieper. 1994. Ecological Implications of Livestock Herbivory in the West, Society for Range Management, Denver, CO.

EPA. 1994. *Background for NEPA Reviewers, Grazing on Federal Lands*, EPA 300-B-94-004, February 1994.

FAO. 2003. Chapter 2: *Livestock Grazing Systems & the Environment.* In, A changing World – The Role of Livestock in this Changing World – The Implications for Global Natural Resources, Food and Agriculture Organization of the United Nations, 8/1/2003.

Fitch, L. and B.W. Adams. 1998. *Can Cows and Fish Co-Exist?* Canadian Journal of Plant Science; Vol 78, No. 2. p.191-198.

George, Isabelle, Adriana Anzil, and Pierre Servais. 2004. *Quantification of Fecal Coliform Inputs to Aquatic Systems through Soil Leaching.* Water Research 38 (2004) 611-618.

BLM_0079329

Gosz, James. No date. *Impacts of Trampling on Understory Vegetation and Water Quality in Aspen and Conifer Stands*, Eisenhower Consortium Study (EC 365) Grant RM-80-114-GR, no date.

Green, Douglas M. and J. Boone Kauffman. 1995. *Succession and Livestock Grazing in a Northeastern Oregon Riparian Ecosystem.* Journal of Range Management, 48:307-313, July 1995.

Groeneveld, David P. and Thomas E. Griepentrog. 1985. *Interdependence of Groundwater, Riparian Vegetation and Streambank Stability: A Case Study.* Paper presented at the Symposium on Riparian Ecosystems and their Management. Tuscon, AZ, April 16-18, 1985. pg. 444-48.

Hall, Frederick C. and Larry Bryant. 1995. *Herbaceous Stubble Height as a Warning of Impending Cattle Grazing Damage to Riparian Areas*, USDA, Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-362, September, 1995.

Heitschmidt, Rod, Kenneth D. Sanders, E. Lamar Smith, W.A. Laycock, G Allen Rasmussen, Quentin D. Skinner, Frederick C. Hall, Richard Lindenmuth, Larry W. Van Tassell, James W. Richardson, et. al.. 1988. *Stubble Height and Utilization Measurements, Uses and Misuses*, Agricultural Experiment Station, Oregon State University, Station Bulletin 682, May, 1988.

Harper, John, Ken Tate and Mel George, Fact Sheet No. 18: *Stream Channel and Riparian Area Monitoring for Ranchers*, UCCE Rangeland Water Quality Fact sheet #18, University of California, September 2000.

Harper, John, Ken Tate and Mel George. 2000. *Fact Sheet No. 14: Grazing Effects on Riparian Areas*, UCCE Rangeland Water Quality Fact sheet #14, University of California, September 2000.(b)

Herrick, Jeffery E., Justin W. Van Zee, Kris M. Havstad, Laura M. Burkett and Walter G. Whitford. 2005. *Monitoring Manual for Grassland, Shrubland and Savanna Ecosystems.* USDA –ARS Jornada Experimental Range, Las Cruces, New Mexico. 36 p.

Hockett, Brian L. and James W. Roscoe. 1993. *Livestock Management Guidelines for Grazing in Southwest Montana Riparian-Wetland Areas.* Workshop on Western Wetlands and Riparian Areas: Public/Private Efforts in Recovery, Management, and Education, Snowbird, UT, p. 102-106.

Holechek, Jerry L. 1988. *An Approach for Setting the Stocking Rate,* Rangelands 10(1), February 1988.

Holechek, J. L. 1994. *Financial Returns from Different Grazing Management Systems in New Mexico.* Rangelands 16:237-240

BLM_0079330

Holechek, Jerry L., Hilton Gomez, Francisco Molinar and Dee Galt. 1999. *Grazing Studies: What We've Learned.* Rangelands 21(2), April, 1999.

Holechek, Jerry L. no date. *Managing Stocking Rates to Achieve Range Resource Goals,* no date.

Johnson, R. Roy and Steven W. Carothers. 1982. *Riparian Habitat and Recreation – Interrelationships and Impacts in the Southwest and Rocky Mountain Region.* Eisenhower Consortium for Western Environmental Forestry Research, Bulletin 12., 24 pages.

Kaufman, J. Boone and W.C. Krueger. 1984. *Livestock Impacts on Riparian Ecosystems and Streamside Management Implications..A Review*, Journal of Range Management 37(5), p. 430-438, Sept. 1984

Ketcheson, Gary L. and Walter F. Megahan. 1996. *Sediment Production and Downslope Sediment Transport from Forest Roads in Granitic Watersheds.* USDA Forest Service, Intermountain Research Station, Research Paper INT-RP-486, Ogden, UT.

Klironomos, John N., Jenny McCune and Peter Moutoglis. 2004. *Species of Arbuscular Mycorrhizal Fungi Affect Mycorrhizal Responses to Simulated Herbivory.* Applied Soil Ecology 26 (2004) 133-141.

Kondolf, G. Mathias. 1993. *Lag in Stream Channel Adjustment to Livestock Exclosure, White Mountains, California.* Restoration Ecology, Society for Ecological Restoration, December 1993. pg. 226-230.

Johnson, Steven R., Howark L. Gary and Stanley L. Ponce. 1978. *Range Cattle Impacts on Steam Water Quality in the Colorado Front Range*, Research Note RM 359, USDA Rocky Mountain Forest and Range Experiment Station, Ft. Collins, Colorado, September 1978.

Lacey, John R. and William P. Volk. 1988. *Forage Use – A Tool for Planning Range Management,* EB 30, Montana State University, July 1988.

Larsen, Royce E., William C. Krueger, Melvin R. George, Mack R. Barrington, John C. Buckhouse and Douglas E. Johnson. 1998. *Viewpoint: Livestock Influences on Riparian Zones and Fish Habitat: Literature Classification.* Journal of Range Management; Vol 51, No. 6. (Nov. 1998) p. 661-664.

Lawrance, Richard, Ralph Leonard and Joseph Sheridan. 1985. *Managing Riparian Ecosystems to Control Nonpoint Pollution.* Journal of Soil and Water Conservation, Vol. 40 No. 1, Jan-Feb 1985.

BLM_0079331

Laycock, W.A. 1994. *Implications of Grazing vs. No Grazing on Today's Rangelands.* In Vavra, Martin, William a. Laycock and Rex D. Pieper, editors. 1994. Ecological Implications of Livestock Herbivory in the West, Society for Range Management, Denver, CO.

Leffert, Robert. 2000. Forest Hydrologist, Caribou/Targhee NF, personal observations

Leonard, Steve, Gene Kinch, Van Elsbernd, Dr. Mike Borman, Dr. Sherman Swanson. 1997. *Riparian Area Management*, Technical Reference 1737-14, USDI, BLM, National Applied Resource Sciences Center, Denver, CO, 1997 pg. 13-15.

Marcuson, Patrick E. 1977. *Overgrazed Streambanks Depress Fishery Production in Rock Creek, Montana,* Presented at the Workshop on Livestock and Wildlife-Fisheries Relationships in the Great Basin, Sparks, Nevada, May 3-5, 1977.

Magilligan, Francis J. and Patricia F. McDowell. 1997. *Stream Channel Adjustments Following Elimination of Cattle Grazing.* Journal of the American Water Resources Association, American Water Resources Association, Vol. 33, No. 4, August 1997.

Marlow, Clayton B. 1987?. *Mitigating Livestock Impacts to Streams Within Northern Rocky Mountain Foothills Riparian Zones.* Unknown Publication. Pg. 147-150

Marlow, Clayton B. 2001. *Notes on the Utility of Stubble Height Measurements.* Montana State University, Bozeman, MT (17 January 2001).

Mathews, Kathleen R. 1996. *Livestock Grazing, Golden Trout, and Streams in the Golden Trout Wilderness, California: Impacts and Management Implications*, North American Journal of Fisheries Management, 16:805-820, 1996.

McInnis, Michael L. 1997. *Principles of Successful Livestock Grazing in Riparian Ecosystems*, The Grazier No. 291, Oregon State University Extension Service, March 1997.

Mosley, Jeffrey C., Philip S. Cook, Amber J. Griffis, and Jay O'Laughlin. 1997. *Guidelines for Managing Cattle Grazing in Riparian Areas to Protect Water Quality: Review of Research and Best Management Practices Policy*, Report No. 15, Idaho Forest, Wildlife and Range Policy Analysis Group, University of Idaho, 1997.

Myers, Lewis H. 1989. *Grazing and Riparian Management in Southwestern Montana,* Bureau of Land Management, Dillon, Montana, no date, pg. 117-120.

Myers, Thomas J. and Sherman Swanson. 1991. *Aquatic Habitat Condition Index, Stream Type and Livestock Bank Damage in Northern Nevada.* Water Resources Bulletin, American Water Resources Association, Vol. 27 No. 4, August 1991.

BLM_0079332

Myers, Thomas J. and Sherman Swanson. 1992. *Variation of Stream Stability with Stream Type and Livestock Bank Damage in Northern Nevada.* Water Resources Bulletin, American Water Resources Association, Vol. 28, No. 4, August 1992. pg. 743-754.

Nelle, Steve. 2004. *Riparian Notes – Ribbons of Gold.* Note Number 9, December 2004, NRCS, San Angelo, TX. 1 pg.

Overton, C. Kerry, John McIntyre, Robyn Armstrong, Shari Whitwell, Kelly Duncan. 1995. *User's Guide to Fish Habitat: Descriptions that Represent Natural Conditions in the Salmon River Basin, Idaho,* USDA Forest Service, Intermountain Research Station, GTR INT-GTR-322, August 1995.

Noble, Edward L. xxxx. *Sediment Reduction Through Watershed Rehabilitation,* USDA Intermountain Region, Ogden, Utah.

O'Brien, Renee A., Curtis M. Johnson, Andrea M. Wilson and Van C. Elsbernd. 2003. *Indicators of Rangeland Health and Functionality in the Intermountain West.* USDA Forest Service, Rocky Mountain Research Station, General Technical Report RMRS-GTR-104, June 2003.13 p.

Parsons, Cory T., Partick A. Momont, Timothy Delcurto, Michael Mcinnis and Marni L. Porath. 2003. *Cattle Distribution Patterns and Vegetation Use in Mountain Riparian Areas.* Journal of Range Management 56(4), July 2003. p. 334-341.

Pelster, Andrew J., Wayne C. Leininger, M. J. Trlica, Steven G. Evans and Warren P. Clary. In press. *Steer Diets in a Montane Riparian Community.*

Perry, Chuck. 2005. *Riparian Grazing Ideas and Alternatives – when cattle graze in riparian areas, creek fencing should be the last choice.* Rangeland, Society for Range Management, August 2005. p. 37-39.

Pfankuch, Dale. 1978. *Stream Reach Inventory and Channel Stability Evaluation.* USDA Forest Service, Northern Region, Missoula MT.

Platts, William S. no date. *Compatibility of Livestock Grazing Strategies with Fisheries.* Unknown Publication. pg. 103-110.

Platts, William S. 1981. *Influence of Forest and Rangeland Management on Anadromous Fish Habitat in Western North America – Effects of Livestock Grazing,* General Technical Report PNW 124, USDA Pacific Northwest Forest and Range Experiment Station, Boise, Idaho, 1981.

Platts, William S. 1981. *Impairment, Protection and Rehabilitation of Pacific Salmonid Habitats on Sheep and Cattle Ranges.* Pacific Northwest Symposium, October 15-17,

BLM_0079333

1981, Humboldt State University, California Cooperative Fishery Research Unit, Arcata CA. pg. 82-92.

Platts, William S. 1990. *Managing Fisheries and Wildlife on Rangelands Grazed by Livestock. A Guidance and Reference Document for Biologists.* Nevada Department of Wildlife, December 1990.

Platts, William S. and William R. Meehan. 1977. *Livestock Grazing and Fish Environments: Situation and Needs.* Paper presented at the Workshop on Livestock and Wildlife-Fisheries Relationships in the Great basin, Sparks, NV, May 3-5, 1997.

Platts, William S., Robert J. Behnke, John Buckhouse and others. 1983. *Livestock Interactions with Fish and their Environment,* In: Menke, John W. ed. Proceedings of the workshop on livestock and wildlife-fisheries relationships in the Great Basin, Sparks NV., Special Publication 3301, Berkley CA, 1983. pg. 36-41.

Platts, William S. and Fred J. Wagstaff. 1984. *Fencing to Control Livestock Grazing on Riparian Habitats Along Streams: Is it a Viable Alternative?* North American Journal of Fisheries Management 4:266-272, 1984.

Platts, William S. and John N. Rinne. 1985. *Riparian and Stream Enhancement Management and Research in the Rocky Mountains,* North American Journal of Fisheries Management, Vol5, No. 2A, 1985.

Platts, William S., Fred J. Wagstaff and Ed Channey. 1989. *Cattle and Fish on the Henry's Fork.* Rangelands, Vol. 11, No. 2, April 1989. p. 58-62.

Platts, William S. and Rodger Loren Nelson. 1995. *Impacts of Rest-Rotation Grazing on Stream Banks in Forested Watersheds in Idaho,* North American Journal or Fisheries Management 5:547-556, 1985.

Platts, William S. and Roger L. Nelson. No date. Characteristics of Riparian Plant Communities and Streambanks with Respect to Grazing in Northeastern Utah. Unknown publication. pg 73-81

Prichard, Don. 1998. *A User Guide to Assessing Proper Functioning Condition and the Supporting Science for Lotic Areas, Riparian Area Management,* TR 1737-15, USDI, BLM, 1998

Rosgen, David. 1996. *Applied River Morphology,* Wildland Hydrology, Pagosa Springs, 1996, pg 6-7 - 6-15, 6-29 - 6-35, 8-9, 8-11.

Saunders, W. Carl and Kurt D. Fausch. 2005. *How Does Livestock Grazing Influence Input of Terrestrial Invertebrate Prey that Feed Trout Populations in Rangeland Streams in Wyoming?* Department of Fishery and Wildlife Biology, Colorado State University, Ft. Collins, CO. October 2005. 62 p.

BLM_0079334

Savory, Allan. 1999. *Letter to Shane Jimerfield*, Unpublished, Nov. 25, 1999.

Schmutz, Ervin M. 1978. *Estimating Range use with Grazed Class Photo Guides*, Bulletin A-73 (Revised), Cooperative Extension Service and Agricultural Experiment Station, University of Arizona, 1978.

Scholl, David G. 1989. *Soil Compaction from Cattle Trampling on a Semiarid Watershed in Northwest New Mexico*, New Mexico Journal of Science, v. 29, no 2, Dec. 1989.

Skovlin, Jon M. 1984. *Impacts of Grazing on Wetlands and Riparian habitat: A Review of Our Knowledge, in Developing Strategies for Rangeland Management*, A Report prepared by the Committee on Developing Strategies for Rangeland Management, National Research Council/National Academy of Sciences, Westview Press, 1984. pg. 1001-1101.

Smith, Steven J. 2001. *Rethinking Riparian Regrowth*. Rangelands 23(3). Pg. 14-16.

Stillings, Amy M., John A. Tanaka, Neil R. Rimbey, Timothy Delcurto, Patrick A. Momont and Marni L. Porath. 2003. *Economic Implications of Off-Stream Water Developments to Improve Riparian Grazing*. Journal of Range Management, Vol. 56, No. 5 (Sept 2004) p. 418-424.

Swift, Lloyd W. Jr. 1986. *Filter Strip Widths for Forest Roads in the Southern Appalachians*. Southern Journal of Applied Forestry, Vol 10, No 1, Feb 1986. p. 27-34.

Trimble, Stanley W., and Alexandra C. Mendel. 1995. *The Cow as a Geomorphic Agent – A Critical Review*. Geomorphology 13 (1995) p. 322-253.

University of Idaho. 2004. *University of Idaho Stubble Height Study Report*. University of Idaho Stubble Height Review Team, University of Idaho Forest, Wildlife and Range Experiment Station, July 2004. 38 p.

USDA Forest Service. 1999. *FSH 2209.13 – Grazing Permit Administration Handbook*, R-6 Supplement 2209-99-01, Chapter 15.13b – Special Terms and Conditions, 1999.

USDA Forest Service. No date. *Allowable Streambank Alteration and the Beaverhead Riparian Guidelines*, Beaverhead National Forest, USFS R-1.

USDA FS. 1995. *Effects of Livestock Grazing at Proper Use on the Dixie National Forest*, USDA Forest Service, Dixie National Forest, October 1995. pg 42.

USDA FS, R1. 2005. Final Report. *Proposed Standardized Protocol for Measuring Bank Alteration on Grazing Allotments for Region One National Forests*. April 26, 2005.

BLM_0079335

USDA FS, R1/R4. 1995. *Soil and Water Conservation Handbook 2509.22, part 17.05*, USDA Forest Service, updated 4/95.

USDA FS. 1995. *Inland Native Fish Strategy Environmental Assessment*, USDA Forest Service, Intermountain, Northern and Pacific Northwest Regions, 1995.

USDA FS. 1996. *Watershed Conservation Practices Handbook*, USDA Forest Service, Rocky Mountain Region, September, 1996.

USDA FS. 1992. *Integrated Riparian Evaluation Guide*, Intermountain Region, Ogden, UT

USDA FS. 1995. *FSH 2509.18 – Soil Management Handbook*, Region 4 Supplement No. 2506.18-95-1, Effective November 29, 1995, Ogden, UT.

USDA FS. 1993. *Range Management Standards.* USDA Forest Service, Intermountain Region, Ogden, UT.

USDA Forest Service, Targhee National Forest. 1997. 1997 Revised Forest Plan. Caribou/Targhee National Forest, Idaho Falls, ID.

USDI. 1990. *Riparian Management and Channel Evolution,* Bureau of Land Management, Course Number SS 1737-2, Phoenix Training Center, Phoenix, AZ, 1990.

US GAO. 1988. *Public Rangelands – Some Riparian Areas Restored but Widespread Improvement Will Be Slow*. United States Government Accounting Office, Resources Community and Econoic Development Division, B-230548, 85 p.

Vinton, Andrew J.A., D.R. Lewis, M. McGechan, A. Duncan, M. Aitken, C. Hill and C. Crawford. 2004. *Predicting the Effect of Livestock Inputs of E. Coli on Microbiological Compliance of Bathing Waters.* Water Research 38 (2004) 3215-3224.

Warren, S.D., M.B. Nevill, W.H.Blackburn and N.E. Garza. 1986. *Soil Responses to Trampling Under Intensive Rotation Grazing*, Soil Scientists Society of America Journal, 50:1336-1341, 1986.

Willat, S.T. and D. M. Pullar. 1984. *Changes in Soil Physical Properties under Grazed Pastures,* Australian. Journal of Soil Resources (No. 3) 22, 343-348, June 1984.

Willoughby, John. 1997. Letter and enclosed *List of References of Utilization Guidelines and on the Effects of Lower Stocking Rates on the Recovery of Rangelands*, to Dr. Jerry Holechek, College of Agriculture and Home Economics, Department of Animal and Range Sciences, Las Cruces, NM, USDI, BLM, Sacramento, CA.,Sept. 25, 1997.

BLM_0079336

Williams, J. R., P.M. Clark and P.G. Balch. 2004. Streambank Stabilization: An Economic Analysis from the Landowner's Perspective. Journal of Soil and Water Conservation. November/December 2004. pg 252-259.

Winward, Alma H. 2000. *Monitoring the Vegetation Resources in Riparian Areas.* USDA Forest Service, Rocky Mountain Research Station, General Technical Report RMRS-GTR-47, April 2000. 49 p.

Wyoming Department of Environmental Quality. 1997. – Nonpoint Source Pollution Program, *Best Management Practices for Grazing*, 1997.

Yong-Zhong, Su, Li Yu-Lin, Cui Jian-Yuan and Zhao Wen-Zhi. 2005. *Influences of Continuous Grazing and Livestock Exclusion on Soil Properties in a Degraded Sandy Grassland, Inner Mongolia, Northern China.* Catena 59 (2005) 267-278.

_____, *Overview of Riparian Literature by Heading*, unpublished, undated.

BLM_0079337

---------------------------------------------------------------------------------------

Version 1-1 updates table of contents page numbers and several Table/page number cross references.

Version 1-2 adds several more recent citations and modifies bank disturbance/stability criteria and monitoring techniques.

BLM_0079338

J. Range Manage.
52:413–419 September 1999

# Viewpoint: The role of drought in range management

## THOMAS L. THUROW AND CHARLES A. TAYLOR, JR.

*Authors are professor and head, Renewable Resources Department, University of Wyoming, Laramie, Wyo. 82071 and professor, Texas Agriculture Experiment Station, P.O. Box 918, Sonora, Tex. 76950.*

## Abstract

Drought is an ambiguous term, subject to expectation and the weight of emphasis on meteorological, agricultural, hydrological and socio-economic dimensions. Uncertainty associated with the identification of drought often results in a lagged response in reducing stocking rates. This delay reduces vegetation cover, increasing the potential for accelerated erosion following the drought. The long-term consequences of accelerated erosion are a reduction of soil depth, a decline in soil structure and a decrease in infiltration rate and water storage capacity. Less water stored on a site hastens the onset of plant stress, effectively increasing the perceived frequency and consequences of drought. Management and policy tools must improve the integration of economic and ecological aspects of drought-induced de-stocking decisions, especially by incorporating the long-term irreversible costs of erosion.

Key Words: climate, desertification, erosion, grazing management, hydrologic cycle

Drought is a multi-faceted concept which defies attempts at precise and objective definition. This ambiguity causes confusion and indecision, resulting in either inaction or ad hoc responses which do not fully consider the complex, long-term ecological and socio-economic interactions associated with water shortages (Wilhite and Glantz 1985). The media and politicians tend to blur and distort public perceptions of drought by characterizing the consequences of drought as something exceptional, thereby portraying drought as a temporary, climatic aberration. Consequently, each time a serious drought occurs, millions of words are written about crop failures, land misuse, overpopulation, and rainfall record (Tannehill 1947), but because drought is often handled in the policy arena as an abnormal event, it usually is not taken seriously in planning once expected rainfall patterns resume. Drought is an inevitable part of normal climate fluctuation and should be considered as a recurring, albeit unpredictable, environmental feature which must be included in planning. Muddled views and lagged responses toward drought pose a threat to sustainable management of rangelands.

Authors wish to thank A.P. Thurow for her comments on the manuscript.
Manuscript accepted 29 Nov. 1998.

## Resumen

La sequía es un término ambiguo, depende de las condiciones esperadas y del énfasis en las dimensiones metereológicas, agrícolas, hidrológicas y socioeconómicas. La incertidumbre asociada con la identificación de sequías resulta frecuentemente en una respuesta tardía en la reducción de la carga animal. Este retraso reduce la cubierta vegetal, aumentando el potencial de una erosión acelerada después de la sequía. Las consecuencias a largo plazo de la erosión acelerada son la reducción de la profundidad del suelo, el deterioro dela estructura del suelo, y la reducción de la tasa de infiltración y de la capacidad de almacenamiento de agua. La reducción del volumen de agua almacenada en un sitio acelera el inicio de stress en la planta, incrementando efectivamente la percepci ón sobre la frecuencia y las consecuencias de las sequías. Las pol ticas y estrategias de manejo deben mejorar la integración de los aspectos económicos y ecológicos de la reducción de la carga animal inducida por la sequía, especialmente incorporando los costos irreversibles y a largo plazo de la erosión.

## Perspectives on the Definition of Drought

Much of the confusion about drought results from various perspectives of how to define it. The beginning and end of a drought are hard to recognize because drought is a gradual phenomenon. The effects of drought often accumulate slowly as a dry period begins and may linger after expected rainfall patterns have resumed. Most drought definitions are based on 1) meteorological observations, 2) agricultural problems, 3) hydrological conditions and/or 4) socioeconomic considerations (Wilhite and Glantz 1985). Perception of drought, therefore, depends on how the nuances of these 4 perspectives are blended.

### Meteorological Drought Perspective

Most interpretations of drought have a meteorological element as part of the definition. This perspective refers to a significant decrease from the climatologically-expected precipitation. Expectations vary with location and are often site specific. For example, a drought in Bali, Indonesia is defined as a period of 6 days without rain while, at the other extreme, a drought in parts of Libya is identified only after 2 years without rain (Hudson and Hazen 1964). The Society of Range Management Glossary (Kothmann 1974) uses a meteorologi-

BLM_0079339

cal-based definition of "prolonged dry weather, generally when precipitation is less than three-quarters of the average annual amount." The Palmer Drought Severity Index (PDSI) (Palmer 1965) is probably the best known meteorologic drought definition in the United States. It relates drought severity to the accumulated weighted differences between precipitation and evapotranspiration (ET).

A common criticism of meteorological criteria to define drought centers on the basis for the calculation of "normal" (Glantz and Katz 1977). By international convention, a 30-year precipitation record generally is considered the basis for a calculation of "normal" (Wilhite and Glantz 1985). This practice does not make use of the entire historical precipitation record available for many locations; therefore it may not adequately reflect the long-term climatic record, especially in semi-arid regions prone to large interannual variation.

Use of the term "normal" is also undermined by a common statistical mistake. Often "normal" is calculated as the arithmetic mean. An arithmetic mean (i.e., summing annual precipitation data and than dividing by the number of years) is not a statistically valid technique for representing "normal" when the data do not have a bell-shaped (parametric) distribution. Improper application of the arithmetic mean calculation may result in annual precipitation being below "average" most of the time. Annual precipitation data are usually highly skewed (e.g., many dry years and a few very wet years). The degree of skewness generally increases as the climate becomes drier (Glantz and Katz 1977). This occurs because occasional meteorologic conditions produce unusually heavy rainfall for a few years of the record. For example, an "El Niño" shift in ocean current results in substantial rains in otherwise arid regions in central Chile, northern Mexico and the southwestern US (Rasmusson 1987, Hunt 1991).

When long-term precipitation data are skewed, as they are for many arid and semi-arid rangelands, a statistically appropriate method for expressing "normal" precipitation is to calculate the median (i.e., the mid-point of the data set, where half of the years are wetter and half are drier than the median value) or the mode (i.e., the amount of precipitation most likely to occur). Neither of these measures are particularly sensitive to skewness and their interpretations are explicit.

Due to the unstable nature and complexity of atmospheric dynamics, the theoretical limit of accurate weather prediction does not exceed a few weeks (Skukla 1985). Much attention has been devoted to searching for trends or cycles of long-term climate; discussion of this issue in the popular press ignores the important aspect of rainfall on many rangelands—its extreme variability. Even if trends or cycles do exist, the inherent variability of seasonal forecasts limit their managerial value (Glantz and Katz 1977, Rasmusson 1987).

## Agricultural Drought Perspective

Many identify drought in terms of when water deficits limit vegetation production. From an agricultural perspective a drought occurs when low soil moisture causes extreme plant stress and wilt, and lowers grain yield (Carr 1966) or results in less forage production than expected. This definition is more complicated than simple considerations about the amount of precipitation. By definition it integrates the timing and amount of precipitation with plant water demand (as can be influenced by high temperatures and wind) and available soil water (as can be influenced by the infiltration capacity, soil texture, and soil depth). These considerations led Palmer (1968) to develop the Crop Moisture Index (CMI). The CMI modifies the meteorological-based Palmer drought severity index (PDSI) to better reflect the considerations of agricultural drought by emphasizing the deficit between actual and expected weekly evapotranspiration (ET). This index is available for the U.S. in the Weekly Weather and Crop Bulletin, published jointly by the U.S. Department of Agriculture and the National Weather Service.

There are a variety of species-specific drought indices designed to analyze various aspects of water supply and demand needed for important agronomic species (cf., Meyer et al. 1993). These indices, based on crop models, tend to characterize drought intensity by emphasizing available water in the topsoil required to meet plant water demand. This rationale considers the amount of water in the topsoil as a critical element of drought calculation because of the interaction of water with root growth, nutrient supplies, and microorganism activity which occur in

that zone. Drying of the topsoil layer, therefore, is considered an early indicator of yield loss. These types of species-specific indices are rarely calculated for native forage species, but intercepted photosynthetically active radiation (IPAR) data collected by satellites are increasingly being used to identify regional drought on rangeland. Estimates of IPAR can indicate drought severity by contrasting a region's yearly relative difference of photosynthetic capacity (Tucker and Goward 1987).

## Hydrologic Drought Perspective

A hydrologic drought is defined as a period when surface and groundwater availability is inadequate to supply established uses (Linsley et al. 1975). Therefore, this definition of drought focuses attention on the drying of streams and rivers, depletion of water stored in surface reservoirs and lakes, lower than normal accumulation of snowpack in the mountains, and decline of ground water levels. This concept of drought is often used by regional planners who are concerned with amenities such as municipal and/or irrigation water supply, hydro-electric power generation, and recreational opportunities. This perspective may also be used by a rancher who identifies drought as when a particular pond or stream dries up.

## Socio-economic Drought Perspective

Not all water shortages are manifest in ways that impact people. A socio-economic perspective does not recognize drought until it tangibly effects peoples' lives in terms of their behavior and options (e.g., water rationing, increased prices, or lost recreational opportunities) or depressed earning power (in particular reduced agricultural income which may effect the viability of the individual enterprise and, if severe enough, may trickle down and adversely affect through other industries, thus increasing regional financial stress).

## Drought Perspective Complications

These 4 perspectives—meteorological, agricultural, hydrologic, and socioeconomic—are frequently out of phase; therefore, contradictory statements in

BLM_0079340

discussions about drought are not surprising. Differing definitions and perspectives result in confusion and make it difficult for people with diverse interests to agree about what a drought is, when it begins, and when it ends. Meteorologic drought is not directly tied to agricultural drought because other factors—such as temperature, wind, infiltration rate, soil moisture storage capability, timing of rain relative to plant growth needs—are not accounted for in the definition of meteorologic drought, but do make a difference in the perception and consequences of agricultural drought. The beginning and end of a hydrologic drought, especially when viewed in terms of large reservoir or aquifer management, tends to lag far behind meteorologic drought. Also, depending on the recharge system, hydrologic drought is less closely associated with total amount of precipitation than to episodic large events which generate significant runoff or deep drainage. Thus, a single high-intensity thunderstorm may produce a flash-flood that fills reservoirs and exceeds the monthly precipitation average, but does little to alleviate a water shortage for terrestrial vegetation. Conversely, a series of light showers may result in lush plant growth, but not recharge streams and aquifers.

The socio-economic elements of drought are especially complicated because there is a human expectation element involved that may or may not be realistic. For example, the demand for water may be impossible to fulfill when regional economic development expands demand beyond typically available supplies. Thus, water availability during a dry period might not be recognized as drought in sparsely settled areas, but could result in serious water shortages if a large urban population were present. Likewise, a pastoralist who grazes a cattle herd may experience the consequences of drought sooner and more frequently than a pastoralist herding camels.

The socio-economic ripple-effects (secondary impacts) initiated by a water shortage make it very difficult for diverse stakeholders to agree about when the consequences of a drought have ended (Kulshreshtha and Klein 1989). For example, a water shortage that reduces crop and fodder growth may force ranchers to sell their livestock. Once livestock are sold, it may

take several years to build herds back to their original pre-drought level. Ultimately, a reduction in income may lead to the financial demise of some enterprises, contributing to migration out of the region. For example, about 250,000 people who had settled on the U.S. prairies during the high rainfall years early in the century left their homesteads during the 1930's drought, never to return (McKay 1980).

## The Drought Paradox

A common worldwide assertion by users of degraded rangeland is that droughts are more frequent and more severe than during previous generations. However, there is usually no discernable difference in the long-term trend of the amount and temporal distribution of precipitation and/or temperature. How can these seemingly contradictory observations be reconciled?

Despite no widespread conclusive evidence that "meteorological" droughts are increasing, a history of unsustainable range use causes an increase in the frequency and consequences of drought defined from an "agriculture perspective". The increase in "agricultural" drought is attributable to erosion, crusting, and/or degraded vegetation.

### Erosion

Semi-arid rangelands are highly susceptible to erosion (Marshall 1973, Mannering 1981). This is because wet environments have sufficient rainfall to support a natural vegetation cover capable of protecting the soil from the erosive energy of wind and water; and arid environments generally have insufficient rainfall and runoff to transport large quantities of sediment. In semi-arid regions, extreme or intense precipitation events do occur which can transport large quantities of sediment, yet cover needed to protect the soil from wind and water erosion is not complete. The erosion hazard during a drought is increased when prolonged grazing pressure has further reduced plant cover. Wind velocity, and its potential to detach and transport dry soil, exponentially increases near the ground as vegetation's sheltering effect is reduced (Marshall 1973). Substantial nutrient loss is often associated with wind ero-

sion. For example, Bennett (1939) found that the organic matter and nitrogen content of soil suspended by wind was 3 times greater than in the soil left behind.

For many western U.S. rangelands, an erosion rate of about 1 mm $yr^{-1}$ (approximately 11 tons $ha^{-1}$ $yr^{-1}$) is considered an "acceptable" soil loss rate (Mannering 1981). This interpretation of "acceptable" is at odds with the very slow rate of soil formation on rangelands, which is usually much less than the 0.1 mm $yr^{-1}$ rate of soil formation estimate for cropland (Pimental et al. 1976, Pimental et al. 1995). Part of the reason for the discrepancy between soil formation and erosion rates is that "acceptable" is a subjective term that is influenced by the extent of the planning horizon (e.g., planning to maintain production potential for a 50 year period results in a quite different "acceptable" erosion rate than if planning over a 500 year horizon). Due to the long-term loss of soil depth and its associated decline in water storage potential, adoption of a zero-level accelerated erosion standard for rangelands has been recommended as a management criterion which aims to maintain and enhance site productivity (Mannering 1981). Accelerated erosion is soil loss caused by human land use decisions, as contrasted with natural or geologic erosion which occurs independent of human activities.

The danger of rangeland use resulting in accelerated erosion that would threaten long-term sustainability was addressed by the Society for Range Management Task Group on Unit in Concepts and Terminology (1995) which recognized that sustainability (the fundamental goal of rangeland management) depends primarily on conservation of the soil. This group concluded that erosion was a function of protective attributes (e.g., cover, biomass, density of plants), therefore use of the rangeland should not contribute to reducing the protective attributes of vegetation below a level identified as the Site Conservation Threshold (SCT) (i.e., the point beyond which vegetation is unable to hold the soil in place).

On rangelands where accelerated erosion is occurring, the gradual decrease in soil depth translates into a loss of soil moisture storage capability which, in turn, can increase both the frequency and length of periods without enough soil moisture for expected plant growth. As a

BLM_0079341

site becomes increasingly vulnerable to agricultural drought, the difficulty in maintaining plant cover increases and the site becomes more vulnerable to accelerated erosion, which creates a spiral of decreasing production potential (Thurow 1991, Le Houérou 1996). Indeed, one definition of desertification is the diminution or destruction of biological production potential (Dregne 1987), a characterization that is not specifically linked to precipitation. Therefore, even though precipitation patterns do not change, a site can lose production potential by losing soil which reduces the nutrients and moisture storage capability of the site.

## Crusting

Another problem associated with a site's vegetation cover dropping below the site conservation threshold (SCT) is that the exposed soil has an increased susceptibility to crusting. When rain strikes exposed soil the particles are detached by the raindrop energy and are likely to lodge in the remaining soil pores, making them smaller or sealing them completely (Lynch and Bragg 1985). This is one way in which soil crusts are formed. A "washed in" layer of clay particles that clogs soil pores and forms a crust may reduce infiltration rates by up to 90% (Boyle et al. 1989).

An increase in grazing intensity is sometimes advocated as a stop-gap measure intended to increase infiltration (OTA 1982). Livestock trampling does break soil crusts and incorporate mulch and seeds into the soil; however, this prescription is not a solution since any increase in infiltration is short-lived because the raindrop impact quickly reseals the soil surface as the unstable soil pores become plugged. The potential for wind erosion also increases when the soil has been churned to dust. The only solution to crusted soils is to eventually accumulate enough cover so that rainfall energy is dissipated before it reaches the soil. Building back the cover may be a very slow process; like with many aspects of degradation, it is much easier to avoid getting into the problem than trying to fix it.

## Degraded vegetation

Many perceived agricultural droughts are related to forage shortages which should be recognized as carrying capacity crises caused by inappropriate stocking policies (Robinson 1982, Dankwerts and King 1984). Numerous studies support the general conclusion that there are no significant differences in infiltration rates or soil loss between similar ungrazed and moderately grazed rangelands (cf., Thurow 1991). However, heavy grazing results in reduced infiltration and accelerated erosion. The quandary is that moderate grazing rates are, in practice, calculated on the basis of expected production from a site. During an agricultural drought, the physiological needs of forage plants are not met and production rapidly declines. The result is that rangelands stocked at a moderate rate based on long-term experience may actually be heavily stocked based on physiological condition of plants during a dry period. Physiological stress may occur more quickly if the vegetation has low energy reserves as a result of having been subjected to intense grazing pressure prior to a dry period. The amount, vigor, and quality of vegetation is correlated with the condition of the range. Therefore, agricultural drought on sites in poor condition is likely to be manifest more frequently and more severely than on sites in good condition.

Figure 1 illustrates the decline in the stocking rate on the Texas Agriculture Experiment Station at Sonora since the site was obtained by the State in 1916. Throughout this period, managers of the ranch considered it to be moderately stocked. Productivity has demonstrably declined to the point that it would now be physically impossible to keep the same number of livestock alive (much less in productive condition) on the same rangeland that once supported higher stocking rates for decades. Two factors have probably contributed to this condition. One is an increase of low palatability woody shrubs which have a high water use potential (e.g., *Juniperus pinchotti* Sudw.) (Smeins et al. 1997). and another is erosion of the shallow (~25 cm) silty-clay (overlying a fractured limestock substrate) which has reduced the site's water-holding capacity. Indeed, it is a common assertion in the region that frequency of drought is increasing and carrying capacity is decreasing, even though no statistical difference in the monthly or annual precipitation or temperature has occurred. The degree to which the decrease in stocking rate and perception of drought are attributable to reduced soil moisture storage capability is complicated by the fact that erosion and infiltration are related to composition shifts in vegetation cover which



**Fig. 1. Stocking rate and precipitation records for the Texas A&M University Sonora Research Station.**

BLM_0079342

may be less palatable to livestock and/or increase the rate of evapotranspiration loss from the soil (Thurow et all 1986, Thurow and Hester 1997).

In extreme cases of widespread rangeland degradation, a severe reduction of vegetation cover can change surface reflectivity, which can theoretically inhibit cloud formation and reduce precipitation (Charney et al. 1975, Otterman 1977). For managers to prevent accelerated erosion and possible alteration of local climate, their management system must be able to respond to reduced vegetative growth quickly, so that adequate plant and litter cover remain (i.e., so that the SCT is not crossed).

## The Role of Government in Drought Response

Lowdermilk's (1953) classic review of civilization and natural resource use concluded that preservation of the soil resource and associated hydrologic conditions are essential to a society's well-being. Lowdermilk cautioned that history illustrates how decisions made for short-term economic and political reasons are the root cause of long-term degradation. Such concerns are especially manifest when the long-term threat of erosion is pushed to the background in response to short-term pain associated with a drought. Placing erosion control as top priority in such circumstances is unlikely because this issue for politicians "is thorny, it is packed with political dynamite, and it will always keep for another couple of years" (Huxley 1937).

Droughts are a natural part of climate and are certain to occur; therefore, droughts should be expected. It is disingenuous to use the unpredictability of drought as an excuse for inadequate planning decisions that have failed to take rainfall variability into account! Exposing the land to accelerated erosion hazard should be viewed as a managerial failure, instead of making drought a scapegoat for faulty policies.

One reason that policy-makers and landowners persist in treating drought as a quirk of nature is that if they accept the challenge of planning for drought, then they implicitly accept the responsibilities associated with the development and implementation of proactive responses to drought. These are difficult responsibilities to bear because the costs of planning for drought are fixed and occur now while the costs of degradation from drought are uncertain and occur later.

Due to a general failure to include drought as part of the policy formulation process, "post-drought assessments and evaluations have generally shown governmental response to drought is largely ineffective, poorly coordinated, untimely and economically inefficient" (Wilhite 1987). An example of the negative impacts of governmental responses to drought on rangelands is the USDA-FSA Emergency Feed Program which has recently been phased out and is being replaced with the Non-Insured Assistance Program. These kinds of programs, by any name, enable ranchers to stock at higher rates than would be prudent if they were vulnerable to the full downside risk associated with drought.

"Moral hazard" is a term used to describe a policy that encourages reckless behavior because the participants know they will be buffered from negative consequences (Fleisher 1990). Feed assistance programs create a moral hazard because a rancher is positioned to benefit from maintaining a high stocking rate if the rains resume and the government reduces or eliminates the potential for short-term financial losses if the drought continues. Pastoralists in countries with governments unlikely to intervene with financial aid are typically conservative and risk averse. The example of an acrobat who is much less daring when there is no safety net illustrates that behavior changes as a function of available risk protection. Knowing that the government will provide a feed subsidy "safety net" during drought makes non-sustainable stocking rates appear more profitable than lower stocking rates in the short-term (Holechek and Hess 1995). These types of feed subsidy programs undercut the linkage between ecology and economics.

Ironically, government programs to provide "drought relief" feed subsidies enable managers to retain livestock on rangelands longer into a drought, thereby increasing the potential for degradation of the soil and vegetation resource which will actually increase the frequency and consequences of an agriculture drought. Rather than subsidize feed, government policies should focus on providing incentives for early destocking in response to dry conditions. Incentives geared to facilitating early destocking would be especially helpful in moderating damage to leased lands. This is because lease fees tend to be based on a land unit, instead of a per-head basis. Under these conditions, the leasee tends to have a low equity position in livestock and may not be able to sell them without being forced into bankruptcy.

If politicians remain intent on providing feed subsidies, access should be combined with a requirement that ranchers tangibly demonstrate that they are practicing effective grazing and business management. This could be accomplished by requiring that ranchers implement a drought response strategy, pre-approved by an organization such as the USDA-NRCS, as soon as forage production begins to lag behind expectations. Qualification for subsidies would be limited to ranchers who receive pre-approval for their plan and document that they were implementing the plan. Rancher-targeted courses in grazing and financial management would help in the development of ranch-specific drought response plans. In this way government programs would serve mostly as sources of information that will help to reduce environmental and financial risk. Such programming may be considered over obtrusive by some, but the program would be voluntary and would reward good stewardship instead of poor management. The key is that accountability for sound environmental management be built into a feed subsidy program.

Another consideration for government-sponsored drought relief would be the initiation of a long-term easement program, similar to the Conservation Reserve Program (CRP), designed to facilitate resting rangeland in an area designated as being affected by drought. Under such a program a rancher would receive payments for removing livestock for the duration of the drought and for a specified period thereafter. Historically, it has taken a region months or years for herds to recover to pre-drought levels. Gradual re-stocking gave range plants a chance to recover once the rains resumed. Such a scenario is no longer likely, especially since improved transportation networks and the North American Free Trade Agreement (NAFTA) has expanded the area from which to draw livestock to rapidly restock rangeland.

BLM_0079343

## The Role of the Rancher in Drought Response

There will always be uncertainty (imperfect knowledge) regarding inherent climatic variability, market prices, and external financial considerations such as interest rates. Planning for drought must, therefore, focus on things that the manager can do to reduce risk (uncertain consequences) associated with climatic variability.

Devising a management strategy that emphasizes minimizing climatic and financial risk is a more sound approach to ranch management than attempting to maximize forage production and harvest efficiency (Holechek 1996). Ranches that employ intensive grazing systems geared to maximizing harvest efficiency often encounter a "feed-drought" sooner and more frequently than a ranch with lower harvest efficiency (Holechek 1993). Use of intensive grazing systems requires the rancher to promptly respond to deviations from expected forage supply. Such an expectation is simply not realistic for many ranchers since they do not have the labor availability, the mindset, or the ecological/financial expertise to implement this responsibility.

Modern technology and financial structures provide many self-evident benefits in terms of increasing efficiency and flexibility of rangeland use. However, this flexibility can be misapplied to enable ranchers to delay making de-stocking decisions. For example, the ability to procure loans for feed supplies can allow a rancher to retain livestock on the range past the point of rangeland carrying capacity. Development of wells provides a secure water source, thereby the natural controlling factor of drinking water availability is de-coupled from forage availability (Sandford 1983). As a result of the delay afforded by ranch improvements, decisions intended to reduce short-term losses can actually raise the stakes by increasing long-term economic and ecological risks, including the possibility for catastrophic damage (i.e., bankruptcy from an economic perspective and irreversible degradation from an ecological perspective), if the hoped-for rain does not occur.

In the absence of moral hazard behavior encouraged by subsidies, the economic optimum (maximum profit) stocking rate is almost always lower (and never higher) than the biological optimum (maximum sustained yield) (Workman 1986). It is therefore vital that the rancher maintain the proper stocking rate for any given weather/forage condition to minimize the consequences of drought. If ranchers aggressively implement tactical decisions of substantial destocking they will have better long-term expected economic return, with less variance, than if they engage in hopeful inaction (Stafford Smith and Foran 1992). This conclusion, based on an analysis of a sheep enterprise on the semi-arid rangelands of South Australia, showed that a policy of aggressive destocking when rain begins to lag behind expectation would have been the most economically rewarding and sustainable course of action, given commodity price responses and using weather records of the past century. Likewise, an analysis of arid zone beef cattle ranches in central Australia over the past century (Foran and Stafford Smith 1991) concludes that if no government support was available during dry years, then a low-stocking strategy was favored, but that availability of government support during drought made strategies with higher stocking more favorable.

It is the responsibility of the individual rancher to be aware of how much forage is available and to anticipate current and future animal (livestock and wildlife) demand. Monitoring the extent of use on key vegetation species is a useful indicator of grazing pressure. By careful monitoring and control of grazing, the rancher can quickly identify and respond to the beginning of a forage deficit. User-friendly computer decision aids, such as The Grazing Manager (Kothmann and Hinnant 1992) or the Grazing Lands Application (GLA)/Resource System Planning Model (RSPM) Stuth et al. 1990) have been developed to help ranchers estimate seasonal adjustments of livestock stocking rates and test "what if" scenarios regarding rainfall. These tools provide the rancher with timely information to maintain a proper balance between forage production and animal demand, thus preventing damage to the range resource, limiting death losses of livestock due to consumption of poisonous plants (Taylor and Ralphs 1992) and avoiding the full vulnerability associated with market crashes that frequently accompany droughts. Adoption of a grazing strategy that provides a cushion of "reserve forage" provides ranchers some flexibility in the speed and extent to which they must respond to drought. Another reason that lower stocking rates are usually more desirable than seeking to maximize harvest efficiency is to allow for the periodic use of fire necessary to control brush encroachment (Taylor and Kothmann 1993).

The wait-and-see management style that characterizes the majority of rangeland use decisions in the face of drought has a high long-term cost, especially in terms of the irreversible costs of erosion. The downward spiral is self-perpetuating: as erosion occurs there is less soil moisture storage capability and more production vulnerability to inherently erratic precipitation patterns. Rather than blaming management problems on climate, the challenge to rangeland scientists and policy-makers is to intensify the research focus on crafting and implementing management and policy tools designed to better integrate the economic and ecological aspects of drought-induced de-stocking decisions.

## Literature Cited

**Bennett, H.H. 1939.** Soil conservation. McGraw-Hill, New York, N.Y.

**Boyle, M., W.T. Frankenberger, Jr., and L.H. Stolzy. 1989.** The influence of organic matter on soil aggregation and water infiltration. J. Prod. Agr. 2:290–299.

**Carr, J.T. 1966.** Texas droughts, causes classification and prediction. Report No. 30. Texas Water Development Board, Aust, Tex.

**Charney, J., P.H. Stone, and W.J. Quirk. 1975.** Drought in the Sahara: a biophysical feedback mechanism. Sci. 187:434–435.

**Dankwerts, J.E. and P.G. King. 1984.** Conservative stocking or maximum profit: A grazing management dilemma. J. Grassl. Soc. So. Africa. 1:25–28.

**Dregne, H.E. 1987.** Reflections of the U.N. plan of action to combat desertification. Desertification Control Bull. 15:8–11.

**Fleisher, B. 1990.** Agricultural Risk Management. Lynn Rienner Publ. Boulder, Colo.

**Foran, B.D. and D.M. Stafford Smith. 1991.** Risk, biology and drought management strategies for cattle stations in Central Australia. J. Environ. Manage. 33:17–33.

**Glantz, M.H. and R.W. Katz. 1977.** When is a drought a drought? Nature. 267:192–193.

BLM_0079344

Holechek, J.L. 1993. Managing stocking rates to achieve range resources goals. p. 10–25. In: J.R. Cox (ed.), Managing Livestock Stocking Rates on Rangeland. Department of Rangeland Ecology and Management and Texas Agricultural Extension Service, College Station, Tex.

Holechek, J.L. 1996. Drought in New Mexico: Prospects and management. Rangelands 18:225–227.

Holechek, J.L. and K. Hess, Jr. 1995. Government policy influences on rangeland conditions in the United States: A case example. Environ. Monitoring and Assessment 37:179–187.

Hudson, H.E. and R. Hazen. 1964. Drought and low stream flow. 18:1–26. In: V.T. Chow (ed.), Handbook of applied hydrology. McGraw-Hill, New York, N.Y.

Hunt, B.G. 1991. The simulation and prediction of drought. Vegetatio. 91:89–103.

Huxley, E. 1937. The menace of soil erosion. J. Royal African Soc. 36:365–370.

Kothmann, M.M. 1974. A glossary of terms used in range management. Soc. Range Manage., Denver, Colo.

Kothmann, M.M. and R.T. Hinnant. 1994. The grazing manager Version 1.0. Texas Agr. Exp. Sta. Software Manual. College Station, Tex.

Kulshreshtha, S.N. and K.K. Klein. 1989. Agricultural drought impact evaluation model: a systems approach. Agr. Sys. 30:81–96.

Le Houérou, H.N. 1996. Climate change, drought and desertification. J. Arid Environ. 34:133–185.

Linsley, R.K. Jr., M.A. Kohler, and J.L.H. Paulhus. 1975. Hydrology for engineers. McGraw-Hill, New York, N.Y.

Lowdermilk, W.C. 1953. Conquest of the land through 7,000 years. USDA-SCS, Agr. Info. Bull. No. 99.

Lynch, J.M. and E. Bragg. 1985. Microorganisms and soil aggregate stability. Adv. Soil Sci. 2:133–171.

Mannering, J.V. 1981. The use of soil loss tolerances as a strategy for soil conservation. p. 337–349. In: R.P.C. Morgan (ed.). Soil conservation: problems and prospects. John Wiley & Sons, New York, N.Y.

Marshall, J.K. 1973. Drought, land use and soil erosion. p. 55–77. In: J.V. Lovett (ed.). The environmental, economic and social significance of drought. Angus and Robertson, Publ. Sydney, Australia.

McKay, G. 1980. Mitigation of the effects of drought with special reference to the Canadian experience. p. 88–95. In: N.J. Rosenberg (ed.) Drought in the Great Plains: Research on impacts and strategies. Water Resources Publ. Littleton, Colo.

Meyer, S.J., K.G. Hubbard, and D.A. Wilhite. 1993. A crop-specific drought index for corn: II. Application in drought monitoring and assessment. Agron. J. 85:396–399.

Officer of Technology Assessment. 1982. Impacts of technology on U.S. cropland and rangeland productivity. U.S. Congr. Rep.

Otterman, J. 1977. Anthropogenic impact on the albedo of the earth. Climatic Change. 1:2.

Palmer, W.C. 1965. Meteorological drought. Res. Pap. No. 45. U.S. Weather Bur., Wash., D.C.

Palmer, W.C. 1968. Keeping track of crop moisture conditions nationwide: The new crop moisture index. Weatherwise 21:156–161.

Pimental, D., E.C. Terhune, R. Dyson-Hudson, and S. Rocherau. 1976. Land degradation: Effects on food and energy resources. Sci. 94:149–155.

Pimental, D., C. Harvey, P. Resosudarmo, K. Sinclair, D. Kurz, M. McNair, S. Crist, L. Shpritz, L. Fitton, R. Saffouri, and R. Blair. 1995. Environmental and economic costs of soil erosion and conservation benefits. Sci. 267:1117–1122.

Rasmusson, E.M. 1987. Global prospects for the prediction of drought: A meteorological perspective. p. 31–44. In: D.A. Wilhite and W.E. Easterling (eds.). Planning for drought: Toward a reduction of societal vulnerability. Westview Press, Inc. Boulder, Colo.

Robinson, I.B. 1982. Drought relief schemes for the pastoral zone. Australian Rangeland J. 4:67–77.

Sandford, S. 1983. Management of pastoral development in the Third World. John Wiley & Sons, Chichester, U.K.

Skukla, J. 1985. Predictability. pp. 87–122. In: S. Manabe (ed.) Issues in atmospheric and oceanic modeling Part B: Weather dynamics. Acad. Press, New York, N.Y.

Smeins, F., S. Fuhlendorf, and C. Taylor, Jr. 1997. Environmental and land use changes: a long-term perspective. p. 1:3–21. In: C.A. Taylor, Jr., (ed.). Juniper Symposium Proceedings. Texas Agricultural Experiment Station TR 97-1. Sonora, Tex.

Society for Range Management Task Group in Concepts and Terminology. 1995. New concepts for assessment of rangeland condition. J. Range Manage. 48:271–282.

Stafford, Smith, M. and B. Foran. 1992. An approach to assessing the economic risk of different drought management tactics on a South Australian pastoral sheep station. Agr. Sys. 39:83–105.

Stuth, J.W., J.R. Conner, W.T. Hamilton, D.A. Riegel, B. Lyons, B. Myrick, and M. Couch. 1990. RSPM—A resource system planning model for integrated resource management. J. Biogeography. 17:531–540.

Tannehill, I.R. 1947. Drought: Its causes and effects. Princeton University Press, Princeton, N.J.

Taylor, C.A. Jr. and M.M. Kothmann. 1993. Managing stocking rates to achieve livestock production goals on the Edwards

Plateau. p. 42–52. In: J.R. Cox (ed.) Managing Livestock Stocking Rates on Rangeland. Dept. of Rangeland Ecol. and Manage. and Texas Agr. Ext. Serv. College Station, Tex.

Taylor, C.A. Jr. and M.M. Ralphs. 1992. Reducing livestock losses from poisonous plants through grazing management. J. Range Manage. 45:9–12.

Thurow, T.L. 1991. Hydrology and erosion. pp. 141–159. In: R.K. Heitschmidt and J.W. Stuth (eds.), Grazing management: An ecological perspective. Timber Press. Portland, Ore.

Thurow, T.L. and J.W. Hester. 1997. How an increase or reduction cover alters rangeland hydrology. p. 4:9–22. In: C.A. Taylor, Jr., (ed.) Juniper Symposium Proceedings. Texas Agr. Exp. Sta. TR 97-1. Sonora, Tex.

Thurow, T.L., W.H. Blackburn, and C.A. Taylor, Jr. 1986. Hydrologic characteristics of vegetation types as affected by livestock grazing systems, Edwards Plateau, Texas J. Range Manage. 39:505–509.

Tucker, C.J. and S.N. Goward. 1987. Satellite remote sensing of drought conditions. p. 145–151. In: D.A. Wilhite and W.E. Easterling (eds.). Planning for drought: Toward a reduction of societal vulnerability. Westview Press, Boulder, Colo.

Wilhite, D.A. 1987. The role of government in planning for drought: Where do we go from here? p. 425–444. In: D.A. Wilhite and W.E. Easterling (eds.). Planning for drought: Toward a reduction of societal vulnerability. Westview Press, Inc. Boulder, Colo.

Wilhite, D.A. and M.H. Glantz. 1985. Understanding the drought phenomenon: the role of definitions. Water Int., 10:111–120.

Workman, J.P. 1986. Range Economics. Macmillan Publ. Co. New York, N.Y.

BLM_0079345

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping Part 3a |
| **Date:** | Sunday, February 07, 2010 5:06:28 PM |
| **Attachments:** | THE ECONOMIC IMPORTANCE OF GRAZING.pdf |
| | wr TAKING STOCKGrazing Economics.pdf |
| | Climate Change and ecosystems in the West.pdf |
| | Climate Change and water Resources in the West.pdf |
| | Dept of the Interior - Order on Global Warming.pdf |
| | Donahue Elephant in the Room Final.pdf |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

# ELEPHANT IN THE ROOM: LIVESTOCK'S ROLE IN CLIMATE AND ENVIRONMENTAL CHANGE

*Debra L. Donahue*[*]

I. INTRODUCTION .................................................................................. 1
II. LIVESTOCK PRODUCTION AND CLIMATE CHANGE............................ 4
III. OTHER ENVIRONMENTAL IMPACTS OF LIVESTOCK PRODUCTION... 7
IV. EXTENSIVE LIVESTOCK PRODUCTION AND POLICY RESPONSES... 11
    A. Pastoralism in Developing Countries.................................. 13
    B. Extensive Production in Developed Countries ................... 15
    C. Need for Well-Planned Interventions Based on Sound
    Information—Not Perfect Science.......................................... 18
    D. A Solution with Potentially Universal Application ............ 20
IV. SOME CONCLUDING THOUGHTS.................................................... 25

## I. INTRODUCTION

Climate change has "grave implications" for biodiversity and, consequently, for how ecosystems function and what ecosystem services they provide.[1] According to Thomas Lovejoy, "solutions and policies constructive for biodiversity are largely close at hand. What is missing . . . is greater public awareness and understanding of [biodiversity's importance] in a healthy world."[2]

Lovejoy opined that biodiversity "itself is our greatest ally" in promoting public awareness "because it is inherently fascinating."[3] But biodiversity is a crucial ally in a more fundamental way: biodiversity can help mitigate climate change and facilitate adaptation to climate change.

---

[*] Professor of Law, University of Wyoming College of Law. My thanks to University of Wyoming College of Law student Temple Stevenson for her able research assistance, and to the George Hopper Faculty Research Fund for its generous financial support.
    1.   *See* Thomas Lovejoy, *What Is Biodiversity, Why Do We Care, and What Is the Importance of Regional, State, Local, and Private Policies and Programs?*, *in* BIODIVERSITY CONSERVATION HANDBOOK: STATE, LOCAL, AND PRIVATE PROTECTION OF BIODIVERSITY 19, 20–22 (Robert B. McKinstry, Jr., et al. eds. 2006).
    2.   *Id.* at 21–22.
    3.   *Id.* at 22.

The challenge is to conserve biodiversity—to maintain "biologically functional landscapes everywhere"[4]—in the face of changes in climate and environmental conditions which are outside the evolutionary experience of species. The stakes are high. If we fail, "[n]ature won't come to an end, but it will look very different."[5]

In this essay I make an argument—a plea—that we take a clear-eyed look at a major cause of both climate change and biodiversity loss. I refer to livestock grazing—the most widespread, and widely ignored, land use on the planet.

To begin, however, I need to explain certain premises which provide the context for my remarks. These may seem unremarkable, but—as a set—they are not universally accepted.

First, climate change strategies should not be seen as "either-or" choices. We will not reverse climate trends solely by implementing what have been disparaged as "incremental" measures.[6] Every sector, every level of government, and every person must play a part. Given the global nature of the problem, policies that exempt or ignore any source category or population are simply irrational. Significant reductions must be accomplished swiftly to avert disaster, while we develop and implement new technologies that will be required for even greater emission reductions.[7] Thus, we must make changes now that can be effected without long planning or implementation phases.[8]

A second point, closely related to the first, is that because $CO_2$-equivalents are fungible, any reduction in greenhouse gas (GHG) emissions or any increase in sequestration of GHGs anywhere and by any source or sink contributes to a remedy. No individual reduction in atmospheric levels of GHGs, no matter how small, should be deemed negligible, as a matter of policy, especially if that action is easily

---

4.  *See id.* at 21.
5.  David Quammen, *Planet of Weeds*, HARPER'S, Oct. 1998, at 57, 65.
6.  Professor Alan Ramo, Golden Gate University School of Law, Email to Professors list serve, Sept. 24, 2007 ("[R]elying on incrementalism (as in many cap and trade proposals) may not only be ineffective in reversing global warming, but may implicitly undermine the message that needs to come across about the drastic reductions that are required and the long lead time necessary to reverse global warming.") (Email on file with author).
7.  *See, e.g.,* Stephen Pacala & Robert Socolow, *Stabilization Wedges: Solving the Climate Problem for the Next 50 Years with Current Technologies*, 305 SCI. 968, 968–69 (2004), *cited in* Vandenbergh & Steinemann, *infra* note 8, at 1686 n.51.
8.  Michael P. Vandenbergh & Anne C. Steinemann, *The Carbon-Neutral Individual*, 82 N.Y.U. L. REV. 1673, 1678 (2007) (referring to "behaviors [that] can be easily modified to generate large emissions reductions in the short term" as "low-hanging fruit").

BLM_0079348

Case No. 1:20-cv-02484-MSK   Document 53-14   filed 04/28/21   USDC Colorado   pg 50 of 152

replicable and widely adopted.  Consider that in the United States "individuals contribute roughly one-third of carbon dioxide emissions"—an amount greater "than the total emissions of any other country except China, and more than several continents"![9]  Installing CFLs, turning down the heat, planting trees, minimizing waste, adjusting one's diet, controlling weeds, etc.—each has a small individual impact, but the potential aggregate effect is huge.  The converse is also true: individual actions that cause small increases in GHG concentrations can, in the aggregate, be highly significant.[10]

Third, mitigation and adaptation policies must fit the particular circumstances of the source or sink, the place, and the people who are involved and will be affected.

And fourth, climate mitigation and adaptation measures that can simultaneously address other environmental or social problems should be preferred.  Conversely, we should avoid climate change policies that exacerbate other problems or undermine other goals.

So, why focus on livestock production?  In brief:

   – Livestock production (LSP) is the most widespread land use.
   – LSP is a significant driver of climate change.[11] Concomitantly, climate changes affect LSP; thus, the industry will be required to adapt.
   – LSP is also a significant factor in many other environmental harms, including biodiversity loss.

---

9.   *See id.* at 1673 (adding that individual Americans account for about "8% of the world's total" Carbon Dioxide2 emissions).

10.   Consider: "Beef consumption in China is currently about 10 pounds annually per capita but is projected to grow. According to USDA data, from 1995 through 1997 beef consumption in China increased by 2.2 pounds per capita. This small increase in beef consumption per person totals 2.64 billion pounds when multiplied across the population—more than the total of all 1999 U.S. beef exports." News Archive, *Yes Vote on China Trade Sets Stage for More Beef Exports*, NCBA NEWS, May 24, 2000, http://www.beefusa.org/NEWSYESVOTEONCHINA TRADESETSSTAGEFORMOREBEEFEXPORTS4259.aspx [hereinafter NCBA News Archive].

11.   *See also* Thomas L. Thurow & Charles A. Taylor, Jr., *Viewpoint: The Role of Drought*, 52 J. RANGE MGMT. 413, 417 (1999) (citing J. Charney et al., *Drought in the Sahara: A Biophysical Feedback Mechanism*, 187 SCI. 434 (1975); J. Otterman, *Anthropogenic Impact on the Albedo of the Earth*, 1 CLIMATIC CHANGE 2 (1977)) (noting that livestock management practices can alter local climate).

– Excess consumption of meat, especially grain-fed beef, is implicated in several human health problems, including heart disease and some cancers.[12]

Reforming livestock production policies and practices will require significant action by individuals as well as governments, but this reform would have far-reaching health, environmental, and social benefits.

## II. LIVESTOCK PRODUCTION AND CLIMATE CHANGE

No doubt you have heard the pundits' advice: "Give up Big Macs©, not your Hummer©!" I'm not advocating this strategy; the wiser course would be far less of both.[13] The point is that meat production is indeed a significant source of GHGs, including:

– carbon dioxide ($CO_2$),
– methane ($CH_4$),
– nitrous oxide ($N_2O$), and
– ammonia ($NH_3$).

In fact, livestock production accounts for 18 percent of global GHG emissions (in $CO_2$ equivalents)—more than the transport sector. Food production accounts for 20 percent of fossil fuel use in the United States;[14] livestock production alone accounts for "9 percent of [global]

---

12.   For a description of the diseases linked to "the western diet," see MICHAEL POLLAN, IN DEFENSE OF FOOD (2008).

13.   A positive recent development was General Motors's announcement that it might stop manufacturing Hummers. *See, e.g., Hummer's Heyday Could Be Out of Gas: GM Announces It Is Closing Four U.S. Truck and SUV Plants; May Discontinue Hummer,* CBS NEWS, June 3, 2008, http://www.cbsnews.com/stories/2008/06/03/business/main4148168.shtml?source=RSSattr=HOME_4148168.

14.   Jennifer Wilkins, *Food Citizen: Fossil Fuels Consume Big Portion of Food Costs,* TIMES UNION (Albany), May 7, 2006, www.timesunion.com/AspStories/story.asp?storyID= 479022; Danielle Murray, *Oil and Food: A Rising Security Challenge,* EARTH POLICY INSTITUTE, May 2005, www.earth-policy.org/updates/2005/Update48.htm. *See also* INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS: 1990-2005, Fig. 2-13 (reporting that U.S. agricultural production in 2005 emitted about 625 teragrams of CO2 equivalent, or about as much carbon dioxide as 141 million cars release each year). As another writer put it:

America's biggest crop, grain corn, is completely unpalatable. It is raw material for an industry that manufactures food substitutes. Likewise, you can't eat unprocessed wheat. You certainly can't eat hay. You can eat unprocessed soybeans, but mostly we don't. These four crops cover 82 percent of American cropland. Agriculture in this country is not about food; it's about commodities that require the outlay of still more energy to become food.

$CO_2$ emissions."[15]  The sector's $CH_4$ and $N_2O$ emissions warrant special attention because the global warming potential of these gases far exceeds that of $CO_2$ (by 23 and 296 times, respectively!).  In addition, "methane cycles out of the atmosphere in just eight years," in contrast to $CO_2$, "which can remain in the air for more than a century." Thus, lower methane emissions more "quickly translate to cooling of the earth."[16]

Grazing on pastures and rangelands (referred to as extensive production systems) contributes to global warming in other ways, namely, by changing how those lands function physically, chemically, and ecologically.  Use by livestock commonly causes carbon loss via mechanical disturbance of soils (e.g., breakdown of soil macro-aggregates and erosion) and alteration of vegetative composition and cover (leading to decomposition of soil organic matter and loss of below-ground sinks in roots and soil inorganic carbon).  Reducing the carbon-storage capacity of the soil reduces the earth's potential to sequester carbon.[17]  By several mechanisms, livestock grazing has affected the frequency and increased the severity of wild fires in parts of the western U.S.: removing herbaceous understory which would otherwise provide fine fuels for 'cool' surface fires, facilitating the encroachment of some woody species in non-forested and non-woodland areas, contributing to high stand density in some forest types, drying out surface soils, etc.[18]  Unnaturally large, catastrophic fires release more carbon than do smaller, more frequent fires.[19]

---

Richard Manning, *The Oil We Eat: Following the Food Chain Back to Iraq*, Harper's, Feb. 2004.

15.    U.N. Food & Agriculture Organization, Livestock's Long Shadow: Environmental Issues and Options xxi (2006), *available at* http://www.fao.org/docrep/010/a0701e/a0701e00.htm [hereinafter FAO].

16.    Brad Knickerbocker, *Humans' beef with livestock: a warmer planet*, Christian Science Monitor, Feb. 20, 2007, http://www.csmonitor.com/2007/0220/p03s01-ussc.htm.

17.    *See, e.g.,* J.M Kimble et al., *Introduction: The Characteristics and Extent of U.S. Grazing Lands, in* The Potential of U.S. Grazing Lands to Sequester Carbon and Mitigate the Greenhouse Effect 3, 13 (R.F. Follett et al., eds., 2001) [hereinafter Potential of U.S. Grazing Lands] ("Overgrazing and poor management lead to a loss of system [carbon], and the overall productivity of the land decreases as a result.").

18.    Center for Biological Diversity, Livestock Grazing, Fire Regimes, and Tree Densities (1996), *available at* http://www.biologicaldiversity.org/swcbd/PROGRAMS/grazing/FIRE.PDF; Kieran Suckling, *Fire & Forest, Ecosystem Health in the American Southwest*, Sw. Ctr. for Biological Diversity (May 27, 1996), *available at* http://www.biologicaldiversity.org/ publications/papers/fire-prm.html; Aldo Leopold, *Grass, Brush, Timber and Fire in Southern Arizona*, 22 J. Forestry 1 (1924).

19.    *See* Intergovernmental Panel on Climate Change, Land Use, Land-Use Change and Forestry: A Special Report of the Intergovernmental Panel on Climate

The increasing global demand for beef and for cattle feed crops is a major factor in tropical deforestation, especially in Latin America, West Africa, and Southeast Asia. Deforestation causes huge releases of carbon as well as a loss of carbon storage capacity.[20]

As one scientist put it, there is "no greater potential source for the sequestration [of] global carbon than the soil."[21] Furthermore, "more than adequate data [is] available to establish that it would cost much less to increase the soil store of carbon by promoting appropriate agricultural practices, than it would to reduce the use of fossil fuels."[22] While the amounts of carbon stored in rangelands are considered "modest" compared to forested lands, the vast extent of rangelands and pasturelands means that the cumulative potential for affecting soil carbon loss and storage capacity is significant.[23] According to one estimate, "[i]mproving management on 279 million acres of poorly managed . . . rangelands [in the U.S. alone] would sequester 11 million additional tons of carbon annually."[24]

In other words, livestock production is plainly part of the global warming problem. At the same time, it can also serve as part of the

---

CHANGE 216 (Robert T. Watson et al, eds., 2000).

20.    *See* Joseph Fargione et al., *Land Clearing and the Biofuel Carbon Debt*, 319 SCI. 1235 (2008); Timothy Searchinger et al., *Use of U.S. Croplands for Biofuels Increases Greenhouse Gases through Emissions from Land Use Change*, 319 SCI. 1238 (2008).

21.    D.J. Greenland, *Carbon Sequestration in Soil: Knowledge Gaps Indicated by the Symposium Presentations*, *in* SOIL PROCESSES AND THE CARBON CYCLE 591 (Rattan Lal et al., eds., 1998).

22.    *Id.* at 594; *see also* GLOBAL CLIMATE CHANGE AND U.S. LAW 696 (Michael B. Gerrard ed., 2007) (summarizing sources regarding costs of sequestering carbon through land use, land use change, and forestry, or LULUCF).

23.    *See* R.F. Follett et al., *The Potential of U.S. Grazing Lands to Sequester Soil Carbon*, *in* POTENTIAL OF U.S. GRAZING LANDS, *supra* note 17, at 416; Justin D. Derner et al., *USDA-ARS Global Change Research on Rangelands and Pasturelands*, RANGELANDS, at 36, 39; James P. Bruce, et al., *Carbon Sequestration in Soils*, 54 J. SOIL & WATER CONS. 382, 384–85 (1999) (discussing potential for sequestration on pastures and rangelands). "Estimating [carbon] sequestration in soils of grazing lands with minimal management inputs is difficult." Follett et al., *supra* note 23, at 401, 417. The evidence for net carbon sequestration by rangelands is incomplete and somewhat inconsistent. Some studies indicate, for example, that carbon sequestration may be greater in shrub lands than in grasslands, while others have reached the opposite conclusion. *See, e.g.*, Keith L. Olenick et al., *Texas Landowner Perceptions Regarding Ecosystem Services and Cost-sharing Land Management Programs*, 53 ECOL. ECON. 247 (2005) (citing studies with contradictory findings and noting the lack of studies specific to Texas's Edwards Plateau); *cf.* S.B. Bird et al., *Exploiting Heterogeneity of Soil Organic Matter in Rangelands: Benefits for Carbon Sequestration*, *in* POTENTIAL OF U.S. GRAZING LANDS, *supra* note 17, at 121, 134 (also noting that the greater sequestration in shrub lands may be offset by greater soil erosion).

24.    Derner et al., *supra* note 23, at 39.

solution. Reduced grazing intensity and/or improved pasture and range management hold tremendous potential for enhancing the removal of atmospheric carbon. I will come back to these ideas.[25]

III. OTHER ENVIRONMENTAL IMPACTS OF LIVESTOCK PRODUCTION

Few human activities or land uses rival the overall environmental impact of livestock production. It is "by far the single largest anthropogenic user of land"; it accounts for more than 8 percent of human water use; it is "probably the largest sectoral source of water pollution"; and it "may well be the leading player in the reduction of biodiversity."[26] According to the U.N. Food and Agriculture Organization (FAO), which released a major report in 2006, livestock production is a "major stressor on many ecosystems and the planet as a whole"—"one of the top two or three most significant contributors to the most significant environmental problems, at every scale from local to global."[27]

Livestock grazing is the "chief commercial use of rangelands" throughout most of the world;[28] it occurs on 70 percent of the land area of the western United States.[29] Rangelands have been degraded or desertified worldwide—in much of the steppe of North Africa, the Middle East and Central Asia, and in North America—and grazing has long been recognized as a chief cause.[30] Beef production is of particular concern.[31]

---

25.   *See infra* Part IV.

26.   FAO, *supra* note 15, at xxi–xxiii.

27.   *Id.* at xx, 267. Speaking of agriculture generally, a World Bank report asserts: "It is the main user of land and water, a major source of greenhouse gas emissions, and the main cause of conversion of natural ecosystems and loss of biodiversity." WORLD BANK, WORLD DEVELOPMENT REPORT 2008: AGRICULTURE FOR DEVELOPMENT 199 (2007).

28.   NATIONAL RESEARCH COUNCIL, COMMITTEE ON RANGELAND CLASSIFICATION, RANGELAND HEALTH: NEW METHODS TO CLASSIFY, INVENTORY AND MONITOR RANGELANDS 19 (1994).

29.   Thomas L. Fleischner, *Ecological Costs of Livestock Grazing in Western North America*, 8 CONS. BIO. 629, 630 (1994). About one-third of the area of the United States, excluding Alaska, is "grazing land." *See* T.M. Sobecki et al., *A Broad-Scale Perspective on the Extent, Distribution, and Characteristics of U.S. Grazing Lands*, in THE POTENTIAL OF U.S. GRAZING LANDS, *supra* note 17, at 29.

30.   *See* H.E. Dregne, *Desertification of Arid Lands*, in PHYSICS OF DESERTIFICATION 4, 14-22 (F. El-Baz & M. H. A. Hassan eds., 1986), *available at* http://www.ciesin.org/docs/002-193/002-193.html. "Overgrazing and degradation of pastoral areas are widespread in much of the steppe of North Africa, the Middle East and Central Asia, and the Sahel." WORLD BANK,

Inevitably, production of livestock involves impacts on and tradeoffs with many, probably most, other ecosystem services.[32]  Of the twenty-four ecosystem services studied in the Millennium Ecosystem Assessment (MA), only four—including food and livestock production—had "been enhanced in the past 50 years."[33]  Increased food production and lower food prices have "been achieved at growing costs in the form of degradation of many ecosystem services [and] increased risks of nonlinear changes in ecosystems."[34]  The MA noted specifically that "[e]xpansion of livestock production around the world has often led to overgrazing and dryland degradation, rangeland fragmentation, loss of wildlife habitat, dust formation, bush encroachment, deforestation, nutrient overload through disposal of manure, and greenhouse gas emissions."[35]  There can be no serious doubt that the declines documented by the MA in fisheries, fresh water, fuel wood, wild foods, and climate are linked to agriculture and livestock production.[36]  These and other impacts of livestock production have been widely chronicled in the scientific and legal literature.[37]

In addition, changes in ecology and climate can result in feedback loops.  For instance, a warmer, drier climate can cause soil drying, as can grazing; as a result, the soil is more prone to erosion.  Livestock hooves loosen dry soil, resulting in dust formation.  Wind-borne dust can be deposited on the snow in mountains hundreds or even thousands of miles away.  This causes premature melting of the snowpack, earlier

---

*supra* note 27, at 191. About 76 percent of pastureland in Mongolia is overgrazed and desertified. *Id.* at 196. At least 750 million acres of North America have been desertified. *See* Dregne, *supra* note 30, at 22.

31.    FAO, *supra* note 15, at 261 (reporting that beef production poses the "largest costs in terms of land and water requirements, as well as in terms of contribution to climate change"). Livestock drinking water requirements in Botswana comprise 23 percent of total water use! *Id.* at 273.

32.    *See generally* MILLENNIUM ECOSYSTEM ASSESSMENT, ECOSYSTEMS AND HUMAN WELL-BEING: SYNTHESIS (Island Press 2005) [hereinafter MILLENNIUM ASSESSMENT]; *see also* FAO, *supra* note 15, at 50; WORLD BANK, *supra* note 27.

33.    MILLENNIUM ASSESSMENT, *supra* note 32, at 6, 7. The other two services that had been enhanced were agriculture and aquaculture. *Id.*

34.    *Id.* at 5. At the same time, "60 percent of the ecosystem services (closely linked to biodiversity) are being degraded or used unsustainably. These include the maintenance of fresh water; the survival of fishery stock; air and water purification; and the regulation of regional and local climate, natural hazards, and pests." *Id.*at 6.

35.    *Id.* at 47.

36.    *See id.*; *see also supra* note 31.

37.    For a concise account concerning impacts in the U.S. West, see Fleischner, *supra* note 29.

(and faster) runoff, and longer dry periods at lower elevations during the summer, thus exacerbating the local effects of climate change.[38]

The environmental costs of LSP have not lessened the demand for meat. In fact, global demand has increased steadily, especially in developing countries. As a result, extensive grazing has spread to more and more unsuitable lands, only worsening the problems.[39]

The ecological impacts of domestic livestock production are explained in part by simple principles of competitive exclusion.[40] But the impacts are more severe than they need be. The fact is that, throughout the world, livestock production, and particularly extensive grazing, is largely un- or under-regulated.

The FAO attributes the lack of an "adequate institutional response" to "a lack of understanding about the nature and extent of livestock's impact on the environment," the lack of appropriate policy frameworks, and general "neglect."[41] It suggests that even in developed countries, and "even among the majority of environmentalists and environmental policy-makers, the truly enormous impact of the livestock sector on climate, biodiversity and water is not fully appreciated."[42]

Forty years into the environmental era, how could this be?

The FAO explains that, although it is "not a major global player" economically, "the livestock sector is socially and politically very significant."[43] Livestock "lobbies have been able to exert an over-proportional influence on public policies, to protect their interests," particularly in developed countries. This ability, the FAO says, can be attributed to the "legacy of the sector's past importance . . . [or] the cultural values embodied in livestock."[44] Even when countries reach "full industrialization," and "environmental and public health

---

38.   *See, e.g.*, Brian Maffly, *U. Researchers Find that Dust Is Melting the State's 'Greatest Snow on Earth,'* Salt Lake Trib., (Jan. 22, 2008), *available at* http://www.sltrib.com/news/ci_8043046.

39.   *See* FAO, *supra* note 15, at 4; World Bank, *supra* note 27.

40.   *See, e.g.*, Brian Czech, *Technological Progress and Biodiversity Conservation: a Dollar Spent, a Dollar Burned*, 17 Cons. Bio. 1455 (2003).

41.   FAO, *supra* note 15, at 221–22 ("a lack of understanding about the nature and extent of livestock's impact on the environment, among producers, consumers and policy-makers alike"; lack of appropriate policy frameworks and policies that actually "exacerbate livestock's impact on the environment"; and "neglect," prompted by various causes, depending on the place and other circumstances).

42.   *Id.* at 282.

43.   *Id.* at xx.

44.   *Id.* at 226.

BLM_0079355


objectives" become predominant over food supply and social/poverty concerns,[45] livestock "lobbies still wield widespread influence over policy-making."[46] Their influence is reflected in the persistence of subsidies—price supports, tax breaks, and other incentives— particularly for beef and dairy products.[47]

To put it bluntly, we—policy-makers and the public—turn our heads to the elephant in the room and hold our noses, even as the manure piles up.

Examples in the U.S. of the industry's lobbying prowess (and its success in deploying misinformation) are legion. Blocked endangered species listings, edited agency environmental reports, pest and predator eradication programs, impunity for water pollution, post-fire rehab concessions, archaic open range laws—the list is never-ending.

The FAO is not the first to call attention to the industry's political clout. Many (including myself) have documented the favorable treatment enjoyed by the livestock sector, and agriculture in general, at national, state and local levels.[48] J.B. Ruhl calls it the "anti-law" of agriculture.[49]

What is especially interesting about the FAO report is the revelation that this government solicitude is not restricted to the U.S., or even to developed countries; it manifests world-wide. As countries develop economically, policies toward livestock production tend to evolve toward greater emphasis on food safety and protection of the environment.[50] But even in most developed countries (i.e., OECD nations) livestock lobbies continue to exert substantial influence, as reflected by subsidies for livestock commodities.[51] Viewed in an optimistic light, however, this paradigm suggests that lessons learned in

---

45.    *Id.* at 225–26.

46.    *Id.* at 226.

47.    *Id.* at 222.

48.    *See* DEBRA L. DONAHUE, THE WESTERN RANGE REVISITED: REMOVING LIVESTOCK FROM PUBLIC LANDS TO CONSERVE NATIVE BIODIVERSITY (Gordon Bakken ed., Univ. of Okla. Press 1999).

49.    *See* J.B. Ruhl, *Farms, Their Environmental Harms, and Environmental Law*, 27 ECOLOGY L.Q. 263, 263 (2000) ("When combined, the active and passive safe harbors farms enjoy in most environmental laws amount to an 'anti-law' that finds no rational basis given the magnitude of harms farms cause.").

50.    FAO, *supra* note 15, at 225-26.

51.    *Id.* at 226; *see also id.* at 232 ("In all OECD countries, in 2004, subsidies to agricultural producers amounted to more than US$225 billion," or "31 percent of farm income.").

one country, from efforts to reform livestock production policies, could facilitate policy interventions elsewhere.

## IV. EXTENSIVE LIVESTOCK PRODUCTION AND POLICY RESPONSES

The FAO's landmark report amply supports two conclusions: (1) extensive grazing is less efficient in producing livestock, and (2) extensive grazing on marginal lands has a proportionally greater impact on climate and the environment than do intensive production systems.

Marginal lands worldwide are often used for extensive livestock production. These "less-favored areas" have "low agricultural potential because of poor climate, soil, and topography"; many are "either hillside and mountain regions (uplands) or arid and semiarid zones (drylands)."[52] "Many are environmentally fragile, their soils, vegetation, and landscapes easily degraded" and susceptible to wind and water erosion.[53] Extensive agriculture, characteristic of these areas, is often accompanied by "resource degradation [and] poverty."[54] Land degradation and deforestation not only "reduce agricultural productivity" but also "cause the loss of other valuable ecosystem services."[55] In addition, these areas suffer from "[g]rowing population numbers, limited infrastructure and market access, [and] land tenure problems."[56]

"Intensification," the FAO concluded, is part of the solution. Increasing "productivity both in livestock production and in feedcrop agriculture" can "reduce greenhouse gas emissions from deforestation

---

52.     WORLD BANK, *supra* note 27, at 190; *see also* Lipper et al., *Less-Favoured Areas: Looking Beyond Agriculture Towards Ecosystem Services,* (Agric. & Dev. Econ. Div. of FAO, ESA Working paper 06-08 2006) ("Many dryland regions are considered less favoured areas as they face a variety of either biophysical or socio-economic constraints to agricultural production and sustaining livelihoods.").

53.     WORLD BANK, *supra* note 27, at 191.

54.     *Id.* at 190. According to the World Bank: "Less-favored areas account for 54 percent of the agricultural area and 31 percent of the rural population of developing countries . . . ." *Id.* "Less-favored areas . . . also cover areas that may have higher agricultural potential but are underexploited because of limited access to infrastructure and markets, low population density, or social and political marginalization." *Id. See also* Lipper et al., *supra* note 52.

55.     WORLD BANK, *supra* note 27, at 191.

56.     Lipper et al., *supra* note 52, at 1.

BLM_0079357

and pasture degradation."[57] Several factors contribute to this conclusion: "Grazing occupies 26 percent of the terrestrial surface," but extensive grazing systems "contribute less than 9 percent of total meat supply."[58] "Grazing animals emit more methane . . . than feedlot animals."[59] Methane and nitrous oxide emissions can be reduced through improved animal diets and manure management, both of which are more readily achieved in intensive management systems.[60] (Climate change may sharpen this difference, as it is likely to cause a decline in forage quality and quantity on semiarid rangelands.[61]) Intensifying LSP also would alleviate other environmental impacts associated with extensive grazing systems, in particular, impacts on the water cycle and on biodiversity; these improvements, in turn, could ameliorate climate change.[62]

"Intensification," as used in the FAO report, does not refer solely to feedlots. Rather, the authors explain, use of the "most suitable and productive areas need to be intensified and marginal areas retired into stable pastures or forest land."[63] Concentration of livestock in "areas with little or no agricultural land" should be avoided, as it "leads to high impacts on the environment . . . , mainly related to manure and waste water management."[64] Ideally, LSP should occur near the lands that produce feedcrops, which will reduce transportation costs, allow for optimal recycling of animal and crop wastes, and reduce the need for synthetic fertilizers.[65]

Of course, intensive LSP (and feedlots, in particular) also has environmental impacts—notably, air and water pollution and GHG emissions—and it raises ethical issues. Environmental impacts, however, are easier to regulate and control when the sources are more localized. (Intensive operations, in fact, are already subject to more

---

57. FAO, *supra* note 15, at xxi-xxii.
58. *Id.* at 280.
59. Derner et al., *supra* note 23, at 40.
60. *See generally* FAO, *supra* note 15, chs. 4-5.
61. "[S]emiarid rangelands may be among the . . . more responsive ecosystems to rising CO2. However, CO2-enhanced productivity is accompanied by lower forage nitrogen concentration and reduced digestibility. Thus, even though plant production is stimulated . . . , the biomass produced is of poorer quality and is less desirable for livestock and wildlife." Derner et al., *supra* note 23, at 37.
62. *See generally* FAO, *supra* note 15, chs. 4 & 5.
63. *Id.* at 265.
64. *Id.* at 69.
65. *See id.*

stringent environmental regulation.)  In addition, intensive systems are more efficient:  they require less water, land, and other inputs to produce a given amount of meat (particularly beef).  As long as humans require or desire meat protein—and as long as the human population continues to rise—we will need to produce meat, and we should do so in the most efficient, environmentally sound way.  Ideal, of course, would be a decline in the demand for meat, which would enable significant reductions in the environmental impacts of LSP.

Extensive production systems vary widely, and great differences exist between developing and developed countries.  Pastoralism in the developing world and commercial grazing on federal public lands in the western U.S.—the contexts of my two proposals—represent opposite ends of the spectrum in several respects.  Environmental policy interventions must be tailored to the circumstances of the place and the people,[66] but one tool, payment for ecosystem services (PES), can apply to both.

## A. Pastoralism in Developing Countries

Some of the world's poorest people depend on pastoralism for their livelihood and survival.  In many "less-favored regions" where this land use is important, "population growth is placing enormous pressure on the natural resource base."[67]  Farming is extending into fragile lands once used only by itinerant herders, and grazing lands are being stocked at higher levels or grazed longer or more often.[68]  According to the World Bank:

> Pastoralism and agropastoralism are the main agricultural production systems in dryland areas, supporting the livelihoods of 100 to 200 million people worldwide.  The number of extremely poor pastoralists and agropastoralists is estimated at 35 to 90 million. More than 40 percent of the pastoralists live in Sub-Saharan Africa, 25 percent in Middle East and North Africa, 16 percent in East Asia, 8 percent in South Asia, and 4 percent each in Latin America and in Europe and Central Asia.[69]

---

66.  *See* WORLD BANK, *supra* note 27, at 192 ("The form of policy interventions should depend on the type of less-favored region targeted and on the national economic context. The diversity on both counts is considerable.").

67.  *See id.* at 191.

68.  *See id.*

69.  *Id.* at 89 (Box 3.6). These figures indicate that few, if any, persons in the U.S.,

These poor people are engaged in small-scale, extensive production, much of it involving itinerant herding, a practice that "has evolved over centuries and is well suited to sustaining life in areas where rainfall is unpredictable."[70]   Over those centuries pastoralists have developed "strategies of herd diversity, flexibility, and mobility" to survive "in erratic environments."[71]  Even so, their livelihoods are "closely linked to weather condition," and they are particularly vulnerable to climate change.[72]

Pastoralism in many of these areas is crucial to human survival. Herders depend on animals for milk, meat, and fiber; for transport and traction (e.g., tilling fields); and as a means of generating income. Plainly, the practice will and must continue.  Yet the lands used for grazing are widely degraded.  In some places current levels of use are not sustainable, and population pressures will soon cause use to exceed sustainable levels in other areas.  In addition, global economic factors are causing encroachment onto even more marginal lands and deforestation for livestock and feed crop production.

To promote the welfare of pastoralists and environmental objectives, it will be necessary both to increase productivity and to provide alternatives to pastoralism.

Intensifying production depends on improving feed availability and quality.  Methods include "integrated agroforestry-livestock production systems," "improving pasture management (area rotation, silvopastoral systems), producing leguminous fodder crops, . . . using crop residues and [local] industrial subproducts [as soil amendments, or fertilizer]," and planting "[h]igh quality fodder shrubs."[73]  Some countries have been promoting policy reforms aimed at legally recognizing the rights of pastoralists and improving the management of rangeland resources.[74]

The "challenge" in intensifying production will be to do it "profitably while ensuring the sustainable use of resources at local levels and avoiding negative environmental externalities at higher scales."[75]  One

---

Canada, or Australia depend on pastoralism.

    70.   *Id.*

    71.   *Id.*

    72.   *See id.* at 192–93.

    73.   *See id.* at 194.

    74.   *See id.* at 89 (citing the Sahelian countries, Burkina Faso, Mali, Mauritania, and Niger). The report notes that "recent efforts to set aside extensive areas of marginal lands as national parks and biodiversity reserves, particularly in Africa, pose new challenges to pastoralism." *Id.*

    75.   *Id.* at 192–93.

strategy holds great promise: paying pastoralists to maintain or enhance ecosystem services could enable them to increase their income while reducing livestock production, and it would alleviate environmental impacts.[76]  I'll take up PES in more detail shortly.

One alternative to pastoralism is outmigration.  But although it eases population pressures on the land, it can have undesirable social and cultural impacts.[77]  Another alternative, economic diversification, is generally not an option in poor countries with agriculture-based economies.  Often, urban areas are lacking or too distant.[78]

Whatever strategy is pursued, social safety nets will be needed. Establishing safety nets should be seen as an international obligation, argues the FAO, "especially in countries where the economic potential for other sectors is also limited, and where global assets such as biodiversity or climate are concerned."[79]  Again, PES can play a role.

### B. Extensive Production in Developed Countries

Dramatically different considerations apply to high-income, industrialized countries, especially "where there is widespread degradation of state-owned land leased out to individual farmers."[80] The FAO highlighted the western U.S. and western Australia as two such areas, noting the lands' "small contribution . . . to overall livestock supply" and the "growing demands for other uses such as recreation or [other] environmental services."[81]  These rangelands are predominantly arid or semiarid, and thus are easily degraded.  Indeed, most have been degraded.[82]

Producers in these areas are very unlikely to depend on livestock for their survival or subsistence, and much less likely than poor farmers and herders in developing countries to depend on livestock even for their

---

76.   *See generally id.* at 197–99.

77.   *See generally id.* at 72–95.

78.   *See id.* at 191–92, 215.

79.   *See* FAO, *supra* note 15, at 281.

80.   *See id.* at 261 (suggesting that converting them "back to their original state" is a "real possibility").

81.   *Id.*

82.   *See id.*; *see also* Debra L. Donahue, *Federal Rangeland Policy: Perverting Law and Jeopardizing Ecosystem Services*, 22 J. LAND USE & ENVTL. L. 299, 301–03 (2007). (An estimated 70 percent of the dry areas of the world are degraded). *See* FAO, *supra* note 15, at 30; *see also* WORLD BANK, *supra* note 27, at 190.

livelihood.[83]  Most U.S. public-land operations are marginally (or not) profitable. Most producers say they stay in the business for the way of life. (For others, an unprofitable ranch operation has tax advantages.) They are an aging group, and for the most part their children do not remain in the ranching business.  Opportunities for economic (non-agricultural) diversification are more readily available than in developing countries.  In fact, most public-land ranchers already depend on non-farm income—as do the majority of U.S. farmers.[84]

The FAO concluded that taking "marginal" lands like these out of livestock production is a "real possibility."[85]  I have argued at length that removing livestock from arid and semiarid public lands would do much to conserve native biodiversity, that it would make economic and ecological sense, and that it could be done under existing law.[86]  Removing livestock from public lands would enhance the provision of other ecosystem services, including mitigating climate change by reducing GHG emissions and promoting increased carbon sequestration. And, because livestock are a source of disturbance, or stress, in these ecosystems, removing that stress would greatly help the lands cope with the impacts of climate change.[87]  In other words, ending extensive livestock production on these lands would mitigate climate change and facilitate adaptation to changes that are inevitable.

Even though public-land grazing permits are not a property right,[88] many people believe it would be inequitable simply to terminate grazing on public lands.  The National Public Lands Grazing campaign has made a persuasive case for voluntary buyouts with generous compensation to the permit holders.[89]  A few bills in Congress have promoted voluntary buyouts, but none has yet received committee approval, in part because livestock trade groups like the National

---

83.     *See generally* THOMAS MICHAEL POWER, LOST LANDSCAPES, FAILED ECONOMIES: THE SEARCH FOR A VALUE OF PLACE 182-86 (1996) (writing about the "dependency" of livestock producers on public lands).

84.     *See generally* DONAHUE, *supra* note 48.

85.     *See* FAO, *supra* note 15, at 261.

86.     *See generally* DONAHUE, *supra* note 48.

87.     *Cf.* AUGUSTIN COLETTE, CASE STUDIES ON CLIMATE CHANGE AND WORLD HERITAGE (UNESCO 2007); GAO, CLIMATE CHANGE: AGENCIES SHOULD DEVELOP GUIDANCE FOR ADDRESSING THE EFFECTS ON FEDERAL LAND AND WATER RESOURCE, GAO-07-863, at 44 (Aug. 2007).

88.     *See* 43 U.S.C. §§ 315b, 1752(h) (2000).

89.     *See* National Public Lands Grazing, *available at* http://www.publiclandsranching.org/.

Cattlemen's Beef Association (NCBA) oppose any restraints on the industry.[90]

Western ranchers and range scientists have long defended their industry by manipulating, disregarding, or simply rejecting science. For instance, they argue that livestock grazing stimulates plant growth and enhances wildlife habitat, ignoring evolutionary ecology and substantial research supporting the opposite conclusion.[91] Now they have a new argument: that well managed rangelands can help sequester GHGs. As previously discussed, this is true—for some, but not all, range- and pasturelands. (And, of course, it disregards the many other environmental impacts of extensive grazing on these lands.) Unfortunately, it will be difficult in the political arena to sort out the claims from the science. For example, despite the fact that the beef industry's impact on climate change (and on the environment generally) is the largest of any LSP sector,[92] cattle producers, led by the NCBA, have publicly rejected the FAO's (and by inference the IPCC's) figures for the livestock industry's GHG contributions.[93] Relying on unspecified EPA data, they claim much lower emissions, concealing the fact that EPA's numbers for the agriculture sector exclude all $CO_2$ emissions.[94] Building on this canard, Wyoming stockgrowers urge that

---

90.   *See* Press Release, NCBA and the Public Lands Council Oppose Grazing Buyout Programs, http://www.beefusa.org/goveGrazingPermitBuyouts.aspx (last visited, Aug. 26, 2008).

91.   The latest example can be found in D.D. Briske et al., *Rotational Grazing on Rangelands: Reconciliation of Perception and Experimental Evidence*, 61 RANGELAND ECOLOGY & MGMT. 3, 11 (Jan. 2008).

92.   *See* FAO, *supra* note 15, at 261 (Beef "carr[ies] the largest costs in terms of land and water requirements for its production, as well as in terms of contribution to climate change.").

93.   *See* Email by Ron Hays, *Beef Industry Fires Back on Global Warming—Saying It's the Cars Not the Cows*, Feb. 26, 2007, http://www.oklahomafarmreport.com/Oklahoma_s_ Farm_News_Update_0226.htm; *NCBA Reviews the Highs and Lows of 2007*, AG WEEKLY, http://agweekly.com/articles/2008/01/04/commodities/livestock/lvstk27.txt ("NCBA also remains steadfast in its effort to defend the beef industry against anti-meat, anti-agriculture activists. Their latest tactic has been to target the livestock industry as a major contributor of greenhouse gases and global warming despite EPA data to the contrary.") (last visited Oct. 17, 2008).

94.   *See* EPA, INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS: 1990-2005 Ch. 6 (Apr. 15, 2007), *available at* http://www.epa.gov/climatechange/emissions/downloads06/ 07CR.pdf ("This chapter provides an assessment of *non-carbon-dioxide* emissions from . . . enteric fermentation in domestic livestock, livestock manure management, rice cultivation, agricultural soil management, and field burning of agricultural residues" (emphasis added)); *but cf. id.*, Ch. 3 (Energy), at 10 ("The industrial end-use sector [which "includes

BLM_0079363

maintaining stock "driveways" will help mitigate climate change, since "trailing" cattle onto and off of public-land summer ranges produces less GHG emissions than trucking them.[95]   This frivolous proposal ignores the many ways in which extensive livestock grazing contributes to climate change, as well as its pervasive ecological impacts. The fact that an agency official[96] is touting this recommendation is a painful reminder that the sector is lobbying as strenuously—and as effectively—as ever.[97]

C. Need for Well-Planned Interventions Based on Sound Information—Not Perfect Science

How we choose to adapt to climate change will determine the "ultimate severity of many climate change impacts," especially on ecosystem services.[98]   Devising mitigation projects and adaptation measures will require looking at the big picture.  At the national level, policy makers must be alert to potential leakage and spillover effects[99] and keep in mind that markets are global.[100]  Poorly planned schemes

---

activities such as manufacturing, construction, mining, and agriculture"] accounted for 27 percent of CO2 emissions from fossil fuel combustion."). For a view that contrasts starkly with NCBA's, see Manning, *supra* note 14 ("Agriculture in this country is not about food; it's about commodities that require the outlay of still more energy to become food."); *id.* (noting that it "takes thirty-five calories of fossil fuel to make a calorie of beef").

95.    Personal communication from Temple Stevenson, University of Wyoming College of Law student and aide to Wyoming Governor Dave Freudenthal (describing telephone conversation with Grant Stumbaugh in January 2008).

96.    Grant Stumbaugh, formerly with the Wyoming Department of Agriculture, is now employed by the federal Natural Resources Conservation Service.

97.    *See* FAO, *supra* notes 43-51.

98.    *See* PETER BACKLUND ET AL., U.S. DEP'T AGRIC., THE EFFECTS OF CLIMATE CHANGE ON AGRICULTURE, LAND RESOURCES, WATER RESOURCES, AND BIODIVERSITY, REPORT BY THE U.S. CLIMATE CHANGE SCIENCE PROGRAM AND THE SUBCOMMITTEE ON GLOBAL CHANGE RESEARCH, EXECUTIVE SUMMARY 1 (2008), *available at* http://www.usda.gov/oce/global_change/files/ SAP4_3/ExecSummary.pdf.

99.    *See* MICHAEL B. GERRARD ED., GLOBAL CLIMATE CHANGE AND U.S. LAW 699 (2007) (offering an example of "leakage").

100.    *See, e.g., China: Rising Beef Consumption*, CATTLE NETWORK, Oct. 23, 2007, http://www.cattlenetwork.com/Content.asp?ContentID=165470 ("Australia has increased exports of grain fed high quality beef to China to fill the gap left by the United States and Canada after the market was closed for BSE-related reasons in 2003 . . . . At the same time, Australians have been increasing production of grain-fed beef that competes more effectively compared to grass-fed."); William F. Laurance, *Letter*, 318 SCI. 1721 (2007) (noting the connection between U.S. farmers switching from soybeans to corn to meet increased demand for ethanol production, which increased world soy price, leading to deforestation in Brazil for soybean production and cattle ranching).

BLM_0079364

could easily have "win-lose" or even "lose-lose" consequences. Some projects might achieve reductions in GHG emissions or atmospheric concentrations, but reduce biodiversity or deplete scarce water supplies. Others might fail all around, like the livestock driveway proposal described above. Another better-known example in this category is biofuels production, which, it seems, can actually increase atmospheric carbon while also impacting biodiversity and consuming water.[101] As these examples demonstrate, policy makers must be alert to the spurious claims of special interest groups. Just as the prospects for ending public land livestock grazing depend on overcoming the entrenched positions of the livestock lobby, rescinding subsidies for biofuels production will require deflecting industrial agriculture's advocates.

Whenever possible, policy interventions should be designed to meet multiple environmental and/or social objectives. Reducing livestock production or otherwise reforming production practices could yield win–win outcomes for GHG control and conservation of water, soil, and biodiversity. Well designed and implemented projects could promote compliance with multiple international conventions—the UN Framework Convention on Climate Change, Kyoto Protocol, Convention on Biological Diversity, Convention on Desertification—as well as domestic laws.[102] Similar benefits are possible at the local and individual levels. For example, landowners who control weeds on their property by reestablishing native vegetation (whether voluntarily or because the state or county requires it) will not only increase the soil's carbon sequestration capacity, but likely garner other benefits, such as improved livestock forage (and increased profits), reduced fire danger, greater biodiversity, and a more aesthetically pleasing landscape.[103]

---

101.   *See supra* note 20; *see also* WORLD BANK, *supra* note 27, at 201 ("Much depends on the total GHG emissions through the entire [bio-energy] production cycle from the cultivation of feedstock crops to final use—which can negate much of the carbon sequestration from producing biofuels."). The Kyoto Protocol admonishes Annex 1 parties to "strive to implement [domestic] policies and measures . . . in such a way as to minimize adverse effects, including . . . social, environmental and economic impacts on other Parties, especially developing country Parties." *See* Andrew Green, *Climate Change Regulatory Policy and the WTO*, 8 J. INT'L ECON. L. 143, 146 (2005).

102.   *Cf.* WORLD BANK, *supra* note 27, at 201.

103.   *See, e.g.,* Donahue, *supra* note 82.

## D. A Solution with Potentially Universal Application

By now it should be clear that range- and pasturelands—even marginal ones—are capable of producing many environmental goods and services. Those of utility to the livestock producer include forage quality and quantity, soil quality, and pollination services. Many others, however—notably carbon sequestration, water quality and flow regulation, and biodiversity conservation[104]—benefit chiefly persons downstream or at some distance, society as a whole, and future generations. And that's the rub: land owners and managers "receive no compensation for providing these services," so "they tend to be under-produced."[105] In promoting "agriculture for development," the World Bank counsels: "[I]f society wants farmers to undertake natural resource management practices that have benefits outside the farm, society needs to compensate them."[106]

The "emerging approach of payment for environmental services (PES)" is designed to do just that.[107] PES is "based on the twin principles that those who benefit from environmental services (such as users of clean water) should pay for them, and those who generate these services should be compensated for providing them."[108] Like "stewardship" payments, which Professor David Farrier proposed, PES would be preferable to compensating landowners for land use restrictions.[109] The World Bank seems to agree:

---

104.   *See* WORLD BANK, *supra* note 27, at 197.

105.   *Id.*

106.   *Id.*

107.   *Id.* at 197. *See id.* at 197–99, ch. 11 and JEFFREY MCNEELY & SARAH J. SCHERR, ECOAGRICULTURE 224–30 (2003) for a general discussion of PES.

108.   WORLD BANK, *supra* note 27, at 197–98.

109.   *See* David Farrier, *Conserving Biodiversity on Private Land: Incentives for Management or Compensation for Lost Expectations?*, 19 HARV. ENVTL. L. REV. 303, 309 (1995) ("[I]ncentives should be delivered to landholders in the form of stewardship payments for *positive* land management that [is] sensitive to the conservation of biodiversity, rather than traditional compensation payments for the imposition of land-use *restrictions*." (emphasis added)). The "symbolism inherent in the language is crucial." *Id.* at 400; *cf.* Cass Sunstein, *Expressive Function of Law*, at 2021, 2025-26 (noting that laws not only regulate conduct but express and reinforce societal values). *See also* FWS, Endangered Species Recovery Program Fact Sheet ("The FWS also offers millions of dollars annually in grants for endangered species conservation and recovery. Private Stewardship grants are offered directly to private landowners."), http://www.fws.gov/ endangered/factsheets/recovery.pdf (last visited September 7, 2008).

> The PES approach is attractive in that it (1) generates new financing, which would not otherwise be available for conservation; (2) can be sustainable, as it depends on the mutual self-interest of service users and providers and not on the whims of government or donor funding; and (3) is efficient if it generates services whose benefits exceed the cost of providing them.[110]

An additional attribute, pointed out by Jeffrey McNeely and Sarah Scherr, is that, "unlike traditional payments to leave land out of production," payments for environmental services are "a form of transfer to farmers that is likely to be approved by the World Trade Organization."[111]

A growing literature on PES describes its potential advantages, prerequisites for and impediments to implementation, and the experiences of actual programs.[112] PES holds promise in both developed and developing countries, even though governance and fiscal institutions and capacities vary greatly between the two groups. My purpose here is not to propose specific PES programs, but simply to encourage attention to the potential benefits of PES in livestock production systems.

PES would be a logical complement to reducing extensive LSP in developing countries and would provide a means for improving the practices (and conditions) of poor pastoralists. Poor people engaged in small-scale extensive production could be compensated for planting trees or shrubs, establishing shelter belts, collecting seed, and protecting steep slopes, areas with fragile soils, and water sources. By increasing their income, PES could enable pastoralists to shift from "extractive" livestock production practices[113] to sustainable grazing. Improved practices could increase livestock productivity as well as alleviate environmental impacts and generate ecosystem services.[114] Actual

---

110.   WORLD BANK, *supra* note 27, at 198. The World Bank report contrasts this approach with prior, small-scale efforts, such as "providing concessionary loans for investments, using food-for-work programs for conservation activities such as tree planting, and supplying key inputs like seedlings without charge," which have usually been short-term. *See id.* at 197. "Getting the incentives right is the first step towards sustainability." *Id.* at 199.

111.   Jan Sendzimir & Zsuzsanna Flachner, *Exploiting Ecological Disturbance, in* FARMING WITH NATURE: THE SCIENCE AND PRACTICE OF ECOAGRICULTURE 228 (Sarah J. Sherr & Jeffrey A. McNeely eds., 2007).

112.   *See generally id.*; WORLD BANK, *supra* note 27; FAO, *supra* note 15; Lipper et al., *supra* note 52.

113.   FAO, *supra* note 15, at 281 (describing the "mining of marginal grazing lands").

114.   Note that sustainable use of biodiversity is one objective of the Convention on Biological Diversity. Convention on Biological Diversity, art. 1, Jun. 5, 1992, 1760 U.N.T.S.

BLM_0079367

livestock production might be reduced or increased, depending on the capacity and condition of the rangeland and on site-specific goals.

In developed countries, PES could substitute for—perhaps even exceed—the relatively paltry income now obtained from LSP on marginal lands, while promoting the production of more valuable goods and services. In other words, grazing permittees could be compensated for managing their own and federal lands so as to sequester carbon and produce other ecosystem services. Paying western ranchers to produce native seed and plants for desperately needed range rehabilitation projects, for example, would be far more sensible than subsidizing public land grazing, given its minor contribution to meat production and substantial environmental externalities.[115]     Public-land livestock producers—and federal agencies—might be more inclined to retire grazing permits if that step were part of a broader conservation program, which included PES.

Other PES programs could be tailored for private lands (those of both current public-land ranchers and others).     Landowners could be compensated for eradicating and controlling weeds, establishing and maintaining perennial vegetation, slowing soil erosion, and protecting riparian areas. The benefits of such efforts would inure to persons downstream, to other landowners in the immediate area, to those who value the environment for itself or for recreation, and to future generations.[116]     Some landowners are already undertaking steps like these on their own because they realize that the value and income-generating potential of their lands for wildlife observation, hunting, fishing, and other recreational activities exceed its value for livestock production.

Programs targeted at conserving biodiversity could be especially effective in achieving multiple objectives. To illustrate: Payment for establishing and maintaining perennial vegetation, without regard to the species, could be expected to enhance carbon sequestration and likely would benefit some species, but it might have unintended negative consequences, such as impacts on nesting birds or increased water consumption. Prescribing native perennials, however, would make the PES program more likely to enhance habitat for indigenous fauna and

---

79, *available at* http://www.biodiv.org/doc/legal/cbd-un-en.pdf.
      115.    *See* Donahue, *supra* note 82.
      116.    *See, e.g., id.,* at 319–20.

BLM_0079368

secure pollination services, in addition to achieving the other benefits noted.

The amount of payments should reflect the services produced. The development of markets—e.g., for carbon permits under the Kyoto Protocol or its successor, by local water districts, or NGO-sponsored biodiversity markets—can provide a means for valuing services. In some cases, it might be possible to use proxies—for instance, the presence of a certain animal species, persistence of trees, or lack of sheet or rill erosion—to indicate that a service is being provided. At least minimal performance standards and monitoring will be necessary to ensure that practices are being carried out and are effective.

The configuration and funding mechanisms of PES programs will depend on the nature of the service.

> One important criterion for assessing potential sources of demand is the scale at which benefits are realized . . . . Climate change mitigation through carbon sequestration and biodiversity conservation (including agricultural biodiversity conservation) are the two main services which fall into the [global] category. In both cases the environmental service has potential benefits for the entire global population as well as future generations. In contrast the benefits from environmental services for watershed management such as improvements in water flow, soil erosion and water quality are usually realized, and better accounted for, at the local level.[117]

"Special nature districts," for instance, offer a means of implementing PES programs at local and regional scales.[118] This model, advanced by Professor Christopher Elmendorf, could accommodate PES and other incentive measures, as well as provide a framework for taxes and regulation.

Financing mechanisms could and should be broader and more flexible than the quid pro quo system suggested by the World Bank. The emerging carbon market is an obvious example, although the limited scope of the Kyoto Clean Development Mechanism (CDM) prevents realization of its full potential.[119] Extending the CDM's application

---

117. *See* Lipper et al., *supra* note 52, at 13; *see also id.* at 16 ("Some of the most effective ES funds are managed by NGOs that represent groups with specific environmental interests." (e.g., The Nature Conservancy, World Wildlife Fund, and Conservation International)).

118. Christopher S. Elmendorf, *Ideas, Incentives, Gifts, and Governance: Toward Conservation Stewardship of Private Land, in Cultural and Psychological Perspective,* 2003 U. ILL. L. REV. 423, 474–76 (2003).

119. *See* WORLD BANK, *supra* note 27, at 201; *see also* KARAN CAPOOR & PHILIPPE

BLM_0079369

beyond afforestation and reforestation to include conservation of existing forests, range-, and pasturelands would be an improvement,[120] and should be addressed in the post-2012 international climate convention.[121]   Other funding sources include a carbon tax, taxes on certain land uses, and government subsidies.

Indeed, the primary focus should be on reallocating the substantial funds that now go to export subsidies and domestic support of agricultural products, including livestock.[122]   According to the FAO, subsidies to agricultural producers in all OECD countries in 2004 totaled "more than US$225 billion a year, equivalent to 31 percent of farm income."[123]   By 2000, subsidies accounted for nearly half of net income of U.S. Farmers.[124]   Subsidies are "not neutral in terms of environmental impact."[125]   (Indeed, the permissive environmental regulation that agriculture enjoys is itself a subsidy.)  As a general rule, agricultural subsidies tend to provide an incentive to increase production of specific commodities, which promotes monocultures, brings more "marginal (environmentally sensitive) land into production," and puts more "pressure on the environment."[126] Furthermore, in spite of national policies ostensibly favoring family

---

AMBROSI, STATE AND TRENDS OF THE CARBON MARKET 2007 (May 2007).

120.    According to the World Bank, "opportunities for this reduction through carbon trading are in principle quite large because of generally low returns from forest conversion to agricultural uses." WORLD BANK, *supra* note 27, at 201; *see also* Andrew Balmford et al., *Economic Reasons for Conserving Wild Nature*, 297 SCI. 950 (2002).

121.    *See, e.g.,* WORLD BANK, *supra* note 27, at 201.

122.    *See id.* at 97, tbl. 4.1 (discussing the main kinds of instruments that distort trade in agricultural products). *Cf.* Farrier, *supra* note 109, at 402 (arguing in favor of "'decoupling' farmer income support from production of agricultural commodities, while 'recoupling' it to a 'green' commodity that is in increasingly short supply but that the market offers little incentive to produce"); Balmford et al., *supra* note 120.

123.    FAO, *supra* note 15, at 232. Two-thirds of OECD subsidies are market price supports. *Id.* at 233. These subsidies were included in the "amber box" category of support "that should be reduced or removed" and which were discussed in the Doha Round. *Id.*

124.    John M. Anderlik et al., FDIC Outlook, Fall 2005, http://www.fdic.gov/bank/analytical/regional/ro20053q/na/2005fall_04.html (citing Economic Research Service statistics); *see also* Wastebasket, *Farm Subsidies Top $28 Billion*, TAXPAYERS FOR COMMON SENSE, Jan. 9, 2001, http://www.taxpayer.net/resources.php?category=&type=Project&proj_id=1178&action=Wastebasket (reporting $28 billion in direct federal payments to farmers in 2000, or nearly half of farm income; "In eight states, government assistance made up 100 percent of total farm income . . . ."); *see also* Marian L. Tupy, Op-Ed., *Who Pays for Farm Subsidies?*, WASH. TIMES, Nov. 25, 2005, at A23.

125.    FAO, *supra* note 15, at 232.

126.    *See id.* at 233.

BLM_0079370

farms, a "large share of farm subsidies tend to benefit larger farms and impoverish smaller ones and drive them out of business."[127]

A few years ago, several scientists calculated that, "[g]lobally, the subset of subsidies which are both economically and ecologically perverse totals between $950 billion and $1950 billion [nearly $2 trillion] each year."[128] (The uncertainty stems from "whether the hidden subsidies of external costs are also factored in."[129]) "Identifying and then working to remove these distortions," they concluded, "would simultaneously reduce rates of habitat loss, free up public funds for investing in sustainable resource use, and save money."[130]

Simply throwing money at problems is no solution. But a trillion dollars or so, wisely spent, could go a long way toward alleviating not only many environmental problems but poverty as well. PES is a sensible, effective means of investing in sustainable ecosystems and in the people who live and work there.

## IV. SOME CONCLUDING THOUGHTS

Attempts to implement the land use changes and develop the institutions suggested here will confront multifarious obstacles. In the U.S., the "cowboy lobby" is alive and well and at work in Congress and every state legislature. In developing countries, societies are plagued by poverty and corruption. What can be done in the face of attitudes and forces like these?

Contracting with farmers, ranchers, and pastoralists to produce ecosystem services can play an important role. But the urgency and ubiquity of the problems we face counsel broad and immediate measures.

The World Bank criticizes environmental policies that are "based on demonstrating to farmers the 'right thing to do'—forgetting that it is the 'right thing' for others and not necessarily for the farmers."[131] The Bank also disparages attempts "to regulate what farmers can and cannot do."[132] In my view, we cannot afford to discard either of these tools.

---

127. *See id.* (referring to those "based on production totals" and citing OECD 2006).
128. Balmford et al., *supra* note 120, at 952.
129. *Id.*
130. *Id.* (citations omitted).
131. WORLD BANK, *supra* note 27, at 197.
132. *Id.*

Information and education—backed up with technical and financial assistance, where appropriate, to motivate behavior—must be prominent in climate change mitigation efforts. Regulation has been an effective tactic in addressing many environmental problems; there is no reason to think that it cannot or should not play a role in the climate crisis.[133]

To tackle climate change and our other environmental problems concurrently, we need a full tool box. We must be open to radical ideas, like taking livestock off, and putting top predators back on,[134] public lands, and ensuring that pastoralists have secure legal rights to traditional grazing lands. We should encourage the kind of creative thinking that leads to grand new schemes, such as the Earth Atmospheric Trust.[135] Moreover, every individual can take simple measures, like conscientious choices about foods and energy use. At the same time, we cannot afford to overlook tried-and-true regulatory and market-based instruments that can be adapted for new applications.[136] As I said at the outset of this essay, action is needed at all levels, by all players, and with respect to all sources.

Finally, we critically need leaders and role models.

Daniel Abbasi wrote: "While no single individual or domain can plausibly be expected to take solitary charge on this encompassing problem [climate change], many who could assume leadership appear to think it is someone else's prerogative, or obligation, to do so. The result: a leadership vacuum."[137]

In the United States, the agencies that manage 600 million acres of federal lands should assume a leadership role. None of them has made climate change a "high priority," but each recognizes that it possesses authority "to address changes in resource conditions resulting from

---

133.   A recent poll revealed that a significant majority of Americans would, in fact, prefer regulation of the energy industry to a carbon tax or cap-and-trade scheme. Nathan Burchfiel, *Americans Would Prefer Gov't Regulation to CO2 Tax or Trading, Poll Finds*, THE NATION, June 21, 2007, http://www.cnsnews.com/Nation/Archive/200706/NAT20070621a.html.

134.   Recent scientific research on trophic cascades shows that restoring top predators, such as wolves or mountain lions, can have broad ecological and hydrological benefits. *See, e.g.,* Oregon State University, Trophic Cascades Program, http://www.cof.orst.edu/leopold/cougars/index.php (last visited Oct. 17, 2008).

135.   P. Barnes et al., *Creating an Earth Atmospheric Trust*, 319 SCI. 724 (2008).

136.   These include tradable permits and licenses, transferable development rights, tax incentives, user fees and charges, performance bonds, easements and covenants, and certification systems.

137.   DANIEL ABBASI, AMERICANS AND CLIMATE CHANGE 10 (2006).

climate change."[138]  They must acknowledge, first, that their land management can exacerbate the "stresses caused by climate change,"[139] and second, that the severity of many climate change impacts, especially on ecosystem services, will depend largely on how they choose to manage their lands.[140]  These facts, plus the long-term consequences of failing to act, gives rise to a strong, if implicit, mandate to take aggressive measures to conserve the nation's resources.

Removing livestock from 260 million acres of public lands could be a seminal first step.  Carefully explained, it would send a clear message that the U.S. government is committed to managing this nation's public lands sustainably, for the benefit of all Americans, present and future.

Establishing global leadership, however, will require more.  The U.S. bears considerable responsibility for livestock production's causal role in "the most significant environmental problems, at every scale from local to global."[141]  The U.S. is the world's most affluent country; it is the largest importer and exporter of beef.  Americans eat more beef than people in any other country.[142]  The U.S. has a moral duty to protect resources, such as climate and biodiversity, which are threatened (at home and abroad) by its consumption and production patterns.  Among the many paths available to it are: suspending efforts to increase U.S. beef exports to the Far East,[143] negotiating trade agreements to reduce global beef production and consumption, cooperating with other countries to help prevent deforestation, passing tough domestic climate change legislation, participating in a post-Kyoto international climate agreement, and ratifying the Convention on Biological Diversity.

---

138.    U.S. GEN. ACCOUNTABILITY OFFICE, *supra* note 87, at 44.

139.    *Id.* at 1 (citing IPCC, April 2007).

140.    *See* U.S. DEP'T AGRIC., *supra* note 98 and accompanying text.

141.    FAO, *supra* note 15, at xx. *See also supra* note 27 and accompanying text.

142.    AMERICAN MEAT INST., U.S. MEAT AND POULTRY PRODUCTION & CONSUMPTION: AN OVERVIEW (Mar. 2007), http://www.meatami.com/ht/a/GetDocumentAction/i/1239 ("In 2005, per capita beef consumption [in U.S.] was 66.5 pounds."); *United States Leads World Meat Stampede*, WORLDWATCH INSTITUTE, July 2, 1998, http://www.worldwatch.org/node/1626#1; *see also* Knickerbocker, *supra* note 16 ("[T]he average American diet—including all food processing steps—results in the annual production of an extra 1.5 tons of CO2-equivalent (in the form of all greenhouse gases) compared to a no-meat diet.").

143.    *See Bush: Import US Beef, Quicken Yuan Revaluation*, CHINA DAILY, May 25, 2007, http://www.chinadaily.com.cn/world/2007-05/25/content_880315.htm ("One area where I have been disappointed is beef," President George W. Bush said to reporters after meeting with Wu. "They [the Chinese] need to be eating US beef. It's good for them," he said. "They'll like it."); *see also* NCBA News Archive, *supra* note 10.

If we "value the survival of future generations of our own species,"[144] business as usual is no longer an option. The ultimate question is, not whether we are willing to bear the costs and inconveniences that will be required, but can we "afford not to experiment with a radically different approach"?[145]

---

144.   *See* Farrier, *supra* note 109, at 408.
145.   *Cf. id.* at 407.

# United States Department of the Interior

## OFFICE OF THE SECRETARY
### Washington, D.C. 20240

ORDER NO. 3226

SIGNATURE DATE: January 19, 2001

**Subject**: Evaluating Climate Change Impacts in Management Planning

Sec. 1 **Purpose.** There is a consensus in the international community that global climate change is occurring and that it should be addressed in governmental decision making. The National Assessment of the Potential Consequences of Climate Variability and Change, an interagency effort initiated by Congress under the Global Change Research Act of 1990, Public Law 101-606, has confirmed that climate change is impacting natural resources that the Department of the Interior (Department) has the responsibility to manage and protect. This Order ensures that climate change impacts are taken into account in connection with Departmental planning and decision making.

Sec. 2 **Authority.** This Order is issued in accordance with the authorities contained in: Reorganization Plan No. 3 of 1950, as amended, 5 U.S.C. App.; 5 U.S.C. § 301; 43 U.S.C. § 1451; and 43 U.S.C. § 1453.

Sec. 3 **Bureau and Office Responsibilities.** Each bureau and office of the Department will consider and analyze potential climate change impacts when undertaking long-range planning exercises, when setting priorities for scientific research and investigations, when developing multi-year management plans, and/or when making major decisions regarding the potential utilization of resources under the Department's purview. Departmental activities covered by this Order include, but are not limited to, programmatic and long-term environmental reviews undertaken by the Department, management plans and activities developed for public lands, planning and management activities associated with oil, gas and mineral development on public lands, and planning and management activities for water projects and water resources.

Sec. 4 **Effective Date.** This Order is effective immediately and will remain in effect until its provisions are converted to the Departmental Manual or until it is amended, superseded or revoked, whichever comes first.

/s/ Bruce Babbitt

Secretary of the Interior

Exhibit 12

# Water Resources



**Key Messages:**

- Climate change has already altered, and will continue to alter, the water cycle, affecting where, when, and how much water is available for all uses.
- Floods and droughts are likely to become more common and more intense as regional and seasonal precipitation patterns change, and rainfall becomes more concentrated into heavy events (with longer, hotter dry periods in between).
- Precipitation and runoff are likely to increase in the Northeast and Midwest in winter and spring, and decrease in the West, especially the Southwest, in spring and summer.
- In areas where snowpack dominates, the timing of runoff will continue to shift to earlier in the spring and flows will be lower in late summer.
- Surface water quality and groundwater quantity will be affected by a changing climate.
- Climate change will place additional burdens on already stressed water systems.
- The past century is no longer a reasonable guide to the future for water management.

**Key Sources**

| CCSP 3.3 | CCSP 3.4 | CCSP 4.3 | CCSP 4.5 | CCSP 4.6 | CCSP 4.7 |
|---|---|---|---|---|---|
| Extremes | Abrupt Climate Change | Impacts | Energy | Health | Transportation |

| CCSP 5.1 | CCSP 5.2 | IPCC WG-1 | IPCC WG-2 | IPCC Water |
|---|---|---|---|---|
| Data Uses & Limitations | Uncertainty | | | |

Changes in the water cycle, which are consistent with the warming observed over the past several decades, include:

- changes in precipitation patterns and intensity
- changes in the incidence of drought
- widespread melting of snow and ice
- increasing atmospheric water vapor
- increasing evaporation
- increasing water temperatures
- reductions in lake and river ice
- changes in soil moisture and runoff

For the future, marked regional differences are projected, with increases in annual precipitation, runoff, and soil moisture in much of the Midwest and Northeast, and declines in much of the West, especially the Southwest.



Skagit River and surrounding mountains in the Northwest

The impacts of climate change include too little water in some places, too much water in other places, and degraded water quality. Some locations are expected to be subject to all of these conditions during different times of the year. Water cycle changes are expected to continue and to adversely affect energy production and use, human health, transportation, agriculture, and ecosystems (see table on page 50).[142]

## Climate change has already altered, and will continue to alter, the water cycle, affecting where, when, and how much water is available for all uses.

Substantial changes to the water cycle are expected as the planet warms because the movement of water in the atmosphere and oceans is one of the primary mechanisms for the redistribution of heat around the world. Evidence is mounting that human-induced climate change is already altering many of the existing patterns of precipitation in the United States, including when, where, how much, and what kind of precipitation falls.[68,142] A warmer climate increases evaporation of water from land and sea, and allows more moisture to be held in the atmosphere. For every 1°F rise in temperature, the water holding capacity of the atmosphere increases by about 4 percent.[49]

**41**

BLM_0079376

U.S. Global Change Research Program                    **Global Climate Change Impacts in the United States**

## Projected Changes in the Water Cycle



The water cycle exhibits many changes as the Earth warms. Wet and dry areas respond differently.

NOAA/NCDC

In addition, changes in atmospheric circulation will tend to move storm tracks northward with the result that dry areas will become drier and wet areas wetter. Hence, the arid Southwest is projected to experience longer and more severe droughts from the combination of increased evaporation and reductions in precipitation.[108]



Trends in winter snow-to-total precipitation ratio from 1949 to 2005. Red circles indicate less snow, while blue squares indicate more snow. Large circles and squares indicate the most significant trends.[143] Areas south of 37°N latitude were excluded from the analysis because most of that area receives little snowfall. White areas above that line have inadequate data for this analysis.

The additional atmospheric moisture contributes to more overall precipitation in some areas, especially in much of the Northeast, Midwest, and Alaska. Over the past 50 years, precipitation and streamflow have increased in much of the Northeast and Midwest, with a reduction in drought duration and severity. Much of the Southeast and West has had reductions in precipitation and increases in drought severity and duration, especially in the Southwest.

In most areas of the country, the fraction of precipitation falling as rain versus snow has increased during the last 50 years. Despite this general shift from snow to rain, snowfalls

BLM_0079377

Water Resources



| Observed Water-Related Changes During the Last Century[142] | | |
|---|---|---|
| **Observed Change** | **Direction of Change** | **Region Affected** |
| One to four week earlier peak streamflow due to earlier warming-driven snowmelt | Earlier | West and Northeast |
| Proportion of precipitation falling as snow | Decreasing | West and Northeast |
| Duration and extent of snow cover | Decreasing | Most of the United States |
| Mountain snow water equivalent | Decreasing | West |
| Annual precipitation | Increasing | Most of the United States |
| Annual precipitation | Decreasing | Southwest |
| Frequency of heavy precipitation events | Increasing | Most of the United States |
| Runoff and streamflow | Decreasing | Colorado and Columbia River Basins |
| Streamflow | Increasing | Most of East |
| Amount of ice in mountain glaciers | Decreasing | U.S. western mountains, Alaska |
| Water temperature of lakes and streams | Increasing | Most of the United States |
| Ice cover on lakes and rivers | Decreasing | Great Lakes and Northeast |
| Periods of drought | Increasing | Parts of West and East |
| Salinization of surface waters | Increasing | Florida, Louisiana |
| Widespread thawing of permafrost | Increasing | Alaska |



Observed Drought Trends 1958 to 2007

Increasing drought     Decreasing drought

Guttman and Quayle[144]

Trends in end-of-summer drought as measured by the Palmer Drought Severity Index from 1958 to 2007 in each of 344 U.S. climate divisions.[144] Hatching indicates significant trends.

**43**

BLM_0079378

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

along the downwind coasts of the Great Lakes have increased. Factors contributing to this increase include reduced ice cover due to warming, which lengthens the period of open water. In addition, cold air moving over relatively warm, open lake water induces strong evaporation, often causing heavy lake-effect snow. Heavy snowfall and snowstorm frequency have increased in many northern parts of the United States. In the South however, where temperatures are already marginal for heavy snowfall, climate warming has led to a reduction in heavy snowfall and snowstorm frequency. These trends suggest a northward shift in snowstorm occurrence.[68]

**Floods and droughts are likely to become more common and more intense as regional and seasonal precipitation patterns change, and rainfall becomes more concentrated into heavy events (with longer, hotter dry periods in between).**



### Increases in the Number of Days with Very Heavy Precipitation (1958 to 2007)

Increases in Annual Number of Days

0 – 10%   11 – 20%   21 – 30%   31 – 40%   41 – 50%   51 – 60%

Updated from Groisman et al.[145]

The map shows the percentage increases in the average number of days with very heavy precipitation (defined as the heaviest 1 percent of all events) from 1958 to 2007 for each region. There are clear trends toward more days with very heavy precipitation for the nation as a whole, and particularly in the Northeast and Midwest.

While it sounds counterintuitive, a warmer world produces both wetter and drier conditions. Even though total global precipitation increases, the regional and seasonal distribution of precipitation changes, and more precipitation comes in heavier rains (which can cause flooding) rather than light events. In the past century, averaged over the United States, total precipitation has increased by about 7 percent, while the heaviest 1 percent of rain events increased by nearly 20 percent.[68] This has been especially noteworthy in the Northeast, where the annual number of days with very heavy precipitation has increased most in the past 50 years, as shown in the adjacent figure. Flooding often occurs when heavy precipitation persists for weeks to months in large river basins. Such extended periods of heavy precipitation have also been increasing over the past century, most notably in the past two to three decades in the United States.[112]

Observations also show that over the past several decades, extended dry periods have become more frequent in parts of the United States, especially the Southwest and the eastern United States.[146,147] Longer periods between rainfalls, combined with

higher air temperatures, dry out soils and vegetation, causing drought.

For the future, precipitation intensity is projected to increase everywhere, with the largest increases occurring in areas in which average precipitation increases the most. For example, the Midwest and Northeast, where total precipitation is expected to increase the most, would also experience the largest increases in heavy precipitation events. The number of dry days between precipitation events is also projected to increase, especially in the more arid areas. Mid-continental areas and the Southwest are particularly threatened by future drought. The magnitude of the projected changes in extremes is expected to be greater than changes in averages, and hence detectable sooner.[49,68,90,142,148]

**44**

Water Resources

**Precipitation and runoff are likely to increase in the Northeast and Midwest in winter and spring, and decrease in the West, especially the Southwest, in spring and summer.**

Runoff, which accumulates as streamflow, is the amount of precipitation that is not evaporated, stored as snowpack or soil moisture, or filtered down to groundwater. The proportion of precipitation that runs off is determined by a variety of factors including temperature, wind speed, humidity, solar intensity at the ground, vegetation, and soil moisture. While runoff generally tracks precipitation, increases and decreases in precipitation do not necessarily lead to equal increases and decreases in runoff. For example, droughts cause soil moisture reductions that can reduce expected runoff until soil moisture is replenished. Conversely, water-saturated soils can generate floods with only moderate additional precipitation. During the last century, consistent increases in precipitation have been found in the Midwest and Northeast along with increased runoff.[149,150] Climate models consistently project that the East will experience increased runoff, while there will be substantial declines in the interior West, especially the Southwest. Projections for runoff in California and other parts of the West also show reductions, although less than in the interior West. In short, wet areas are projected to get wetter and dry areas drier. Climate models also consistently project heat-related summer soil moisture reductions in the middle of the continent.[115,142,146,149]

**In areas where snowpack dominates, the timing of runoff will continue to shift to earlier in the spring and flows will be lower in late summer.**

Large portions of the West and some areas in the Northeast rely on snowpack as a natural reservoir to hold winter precipitation until it later runs off as streamflow in spring, summer, and fall. Over the last 50



Projected Changes in Annual Runoff

Percent
-40 -20 -10 -5 -2 2 5 10 20 40

Milly et al.[151]

Projected changes in median runoff for 2041-2060, relative to a 1901-1970 baseline, are mapped by water-resource region. Colors indicate percentage changes in runoff. Hatched areas indicate greater confidence due to strong agreement among model projections. White areas indicate divergence among model projections. Results are based on emissions in between the lower and higher emissions scenarios.[9]



years, there have been widespread temperature-related reductions in snowpack in the West, with the largest reductions occurring in lower elevation mountains in the Northwest and California where snowfall occurs at temperatures close to the freezing point.[142,153] The Northeast has also experienced snowpack reductions during a similar period. Observations indicate a transition to more rain and less snow in both the West and Northeast in the last 50 years.[143,154-156] Runoff in snowmelt-dominated areas is occurring up to 20 days earlier in the West, and up to 14 days earlier in the Northeast.[157,158] Future projections for most snowmelt-dominated basins in the West consistently indicate earlier spring



Simulated Changes in Annual Runoff Pattern

— Present
— End-of-century

Christensen et al.[152]

General schematic of changes in the annual pattern of runoff for snowmelt-dominated streams. Compared to the historical pattern, runoff peak is projected to shift to earlier in the spring and late summer flows are expected to be lower. The above example is for the Green River, which is part of the Colorado River watershed.

**45**





Top map shows changes in runoff timing in snowmelt-driven streams from 1948 to 2002 with red circles indicating earlier runoff, and blue circles indicating later runoff. Bottom map shows projected changes in snowmelt-driven streams by 2080-2099, compared to 1951-1980, under a higher emissions scenario.[91]

runoff, in some cases up to 60 days earlier.[157,159] For the Northeast, projections indicate spring runoff will advance by up to 14 days.[150] Earlier runoff produces lower late-summer streamflows, which stress human and environmental systems through less water availability and higher water temperatures.[145] Scientific analyses to determine the causes of recent changes in snowpack, runoff timing, and increased winter temperatures have attributed these changes to human-caused climate change.[34,160,161]

## Surface water quality and groundwater quantity will be affected by a changing climate.

### Changes in water quality

Increased air temperatures lead to higher water temperatures, which have already been detected in many streams, especially during low-flow periods. In lakes and reservoirs, higher water temperatures lead to longer periods of summer stratification (when surface and bottom waters do not mix). Dissolved oxygen is reduced in lakes, reservoirs, and rivers at higher temperatures. Oxygen is an essential resource for many living things, and its availability is reduced at higher temperatures both because the amount that can be dissolved in water is lower and because respiration rates of living things are higher. Low oxygen stresses aquatic animals such as coldwater fish and the insects and crustaceans on which they feed.[142] Lower oxygen levels also decrease the self-purification capabilities of rivers.

The negative effects of water pollution, including sediments, nitrogen from agriculture, disease pathogens, pesticides, herbicides, salt, and thermal pollution, will be amplified by observed and projected increases in precipitation intensity and longer periods when streamflows are low.[146] The U.S. Environmental Protection Agency expects the number of waterways considered "impaired" by water pollution to increase.[162] Heavy downpours lead to increased sediment in runoff and outbreaks of waterborne diseases.[163,164] Increases in pollution carried to lakes, estuaries, and the coastal ocean, especially when coupled with increased temperature, can result in blooms of harmful algae and bacteria. However, pollution has the potential of being diluted in regions that experience increased streamflow.

Water-quality changes during the last century were probably due to causes other than climate change, primarily changes in pollutants.[149]

### Changes in groundwater

Many parts of the United States are heavily dependent on groundwater for drinking, residential, and agricultural water supplies.[164] How climate change will affect groundwater is not well known,



Heavy rain can cause sediments to become suspended in water, reducing its quality, as seen in the brown swath above in New York City's Ashokan reservoir following Hurricane Floyd in September 1999.



but increased water demands by society in regions that already rely on groundwater will clearly stress this resource, which is often drawn down faster than it can be recharged.[164] In many locations, groundwater is closely connected to surface water and thus trends in surface water supplies over time affect groundwater. Changes in the water cycle that reduce precipitation or increase evaporation and runoff would reduce the amount of water available for recharge. Changes in vegetation and soils that occur as temperature changes or due to fire or pest outbreaks are also likely to affect recharge by altering evaporation and infiltration rates. More frequent and larger floods are likely to increase groundwater recharge in semi-arid and arid areas, where most recharge occurs through dry stream-beds after heavy rainfalls and floods.[142]

Sea-level rise is expected to increase saltwater intrusion into coastal freshwater aquifers, making some unusable without desalination.[146] Increased evaporation or reduced recharge into coastal aquifers exacerbates saltwater intrusion. Shallow groundwater aquifers that exchange water with streams are likely to be the most sensitive part of the groundwater system to climate change. Small reductions in groundwater levels can lead to large reductions in streamflow and increases in ground-water levels can increase streamflow.[165] Further, the interface between streams and groundwater is an important site for pollution removal by microorganisms. Their activity will change in response to increased temperature and increased or decreased streamflow as climate changes, and this will affect water quality. Like water quality, research on the impacts of climate change on groundwater has been minimal.[149]

### Climate change will place additional burdens on already stressed water systems.

In many places, the nation's water systems are already taxed due to aging infrastructure, population increases, and competition among water needs for farming, municipalities, hydropower, recreation, and ecosystems.[167-169] Climate change will add another factor to existing water management challenges, thus increasing vulnerability.[170] The U.S. Bureau of Reclamation has identified many areas in the West that are already at risk for serious conflict over water, even in the absence of climate change[171] (see figure next page).

Adapting to gradual changes, such as changes in average amounts of precipitation, is less difficult than adapting to changes in extremes. Where extreme events, such as droughts or floods, become more intense or more frequent with climate change, the economic and social costs of these events will increase.[172] Water systems have life spans of many years and are designed with spare

#### Lake Superior Summer Air and Water Temperatures
1979 to 2006

Austin and Colman[66]

The recent large jump in summer water temperature is related to the recent large reduction in ice cover (see *Midwest* region).

BLM_0079382

U.S. Global Change Research Program                                    **Global Climate Change Impacts in the United States**

capacity. These systems are thus able to cope with small changes in average conditions.[172] Water resource planning today considers a broad range of stresses and hence adaptation to climate change will be one factor among many in deciding what actions will be taken to minimize vulnerability.[172-174]

### Rapid regional population growth

The U.S. population is estimated to have grown to more than 300 million people, nearly a 7 percent increase since the 2000 Census. Current Census Bureau projections are for this growth rate to continue, with the national population projected to reach 350 million by 2025 and 420 million by 2050. The highest rates of population growth to 2025 are projected to occur in areas such as the Southwest that are at risk for reductions in water supplies due to climate change.[167]

### Aging water infrastructure

The nation's drinking water and wastewater infrastructure is aging. In older cities, some buried water mains are over 100 years old and breaks of these lines are a significant problem. Sewer overflows resulting in the discharge of untreated wastewater also occur frequently. Heavier downpours will exacerbate existing problems in many cities, especially where stormwater catchments and sewers are combined.


Damage to the city water system in Asheville, North Carolina, due to heavy rain in 2004.

Drinking water and sewer infrastructure is very expensive to install and maintain. Climate change will present a new set of challenges for designing upgrades to the nation's water delivery and sewage removal infrastructure.[168]

### Potential Water Supply Conflicts by 2025



Indian Lands and Native Entities

**Water Supply Issue Areas**

Unmet Rural Water Needs

Conflict Potential-- Moderate

Conflict Potential-- Substantial

Conflict Potential-- Highly Likely

USBR[171]

The map shows regions in the West where water supply conflicts are likely to occur by 2025 based on a combination of factors including population trends and potential endangered species' needs for water. The red zones are where the conflicts are most likely to occur. This analysis does not factor in the effects of climate change, which is expected to exacerbate many of these already-identified issues.[171]

### Existing water disputes across the country

Many locations in the United States are already undergoing water stress. The Great Lakes states are establishing an interstate compact to protect against reductions in lake levels and potential water exports. Georgia, Alabama, and Florida are in a dispute over water for drinking, recreation, farming, environmental purposes, and hydropower in the Apalachicola–Chattahoochee–Flint River system.[175,176]

The State Water Project in California is facing a variety of problems in the Sacramento Delta, including endangered species, saltwater intrusion, and potential loss of islands due to flood- or earthquake-caused levee failures.[177-182] A dispute over endangered fish in the Rio Grande has been ongoing for many years.[183] The Klamath River in Oregon and California has been the location of a multi-year disagreement over native fish, hydropower, and farming.[184,185] The Colorado River has been the site of numerous interstate quarrels over the last century.[186,187] Large, unquantified Native

BLM_0079383



American water rights challenge existing uses in the West (see *Southwest* region).[188] By changing the existing patterns of precipitation and runoff, climate change will add another stress to existing problems.

### Changing water demands

Water demands are expected to change with increased temperatures. Evaporation is projected to increase over most of the United States as temperatures rise. Higher temperatures and longer dry periods are expected to lead to increased water demand for irrigation. This may be partially offset by more efficient use of water by plants due to rising atmospheric carbon dioxide. Higher temperatures are projected to increase cooling water withdrawals by electrical generating stations. In addition, greater cooling requirements in summer will increase electricity use, which in turn will require more cooling water for power plants. Industrial and municipal demands are expected to increase slightly.[146]

### The past century is no longer a reasonable guide to the future for water management.

Water planning and management have been based on historical fluctuations in records of stream flows, lake levels, precipitation, temperature, and water demands. All aspects of water management including reservoir sizing, reservoir flood operations, maximum urban stormwater runoff amounts, and projected water demands have been based on these records. Water managers have proven adept at balancing supplies and demand through the significant climate variability of the past century.[142] Because climate change will significantly modify many aspects of the water cycle, the assumption of an unchanging climate is no longer appropriate for many aspects of water planning. Past assumptions derived from the historical record about supply and demand will need to be revisited for existing and proposed water projects.[142,151,174]

Drought studies that consider the past 1,200 years indicate that in the West, the last

century was significantly wetter than most other centuries. Multi-decade "megadroughts" in the years 900 to 1300 were substantially worse than the worst droughts of the last century, including the Dust Bowl era. The causes of these events are only partially known; if they were to reoccur, they would clearly stress water management, even in the absence of climate change (see figure below).[97,149,189]

The intersection of substantial changes in the water cycle with multiple stresses such as population growth and competition for water supplies means that water planning will be doubly challenging. The ability to modify operational rules and water allocations is likely to be critical for the protection of infrastructure, for public safety, to ensure reliability of water delivery, and to protect the environment. There are, however, many institutional and legal barriers to such changes in both the short and long term.[190] Four examples:

- The allocation of the water in many interstate rivers is governed by compacts, international treaties, federal laws, court decrees, and other agreements that are difficult to modify.

- Reservoir operations are governed by "rule curves" that require a certain amount of space to be saved in a reservoir at certain times of



### Long-Term Aridity Changes in the West

The black line shows the percentage of the area affected by drought (Palmer Drought Severity Index less than −1) in the West over the past 1,200 years. The red line indicates the average drought area in the years 900 to 1300. The blue horizontal line in the yellow box indicates the average during the period from 1900 to 2000, illustrating that the most recent period, during which population and water infrastructure grew rapidly in the West, was wetter than the long-term average (thin horizontal black line).[189] Droughts shown in the period 1100-1300 significantly exceed those that have occurred over the past 100 years.

49

**Global Climate Change Impacts in the United States**

year to capture a potential flood. Developed by the U.S. Army Corps of Engineers based on historical flood data, many of these rule curves have never been modified, and modifications might require Environmental Impact Statements.[151]



| Highlights of Water-Related Impacts by Sector | |
|---|---|
| **Sector** | **Examples of Impacts** |
| Human Health | Heavy downpours increase incidence of waterborne disease and floods, resulting in potential hazards to human life and health.[163] |
| Energy Supply and Use | Hydropower production is reduced due to low flows in some regions. Power generation is reduced in fossil fuel and nuclear plants due to increased water temperatures and reduced cooling water availability.[191] |
| Transportation | Floods and droughts disrupt transportation. Heavy downpours affect harbor infrastructure and inland waterways. Declining Great Lakes levels reduce freight capacity.[192] |
| Agriculture and Forests | Intense precipitation can delay spring planting and damage crops. Earlier spring snowmelt leads to increased number of forest fires.[193] |
| Ecosystems | Coldwater fish threatened by rising water temperatures. Some warmwater fish will expand ranges.[70] |



- In most parts of the West, water is allocated based on a "first in time means first in right" system, and because agriculture was developed before cities were established, large volumes of water typically are allocated to agriculture. Transferring agricultural rights to municipalities, even for short periods during drought, can involve substantial expense and time and can be socially divisive.

- Conserving water does not necessarily lead to a right to that saved water, thus creating a disincentive for conservation.

Total U.S. water diversions peaked in the 1980s, which implies that expanding supplies in many areas to meet new needs are unlikely to be a viable option, especially in arid areas likely to experience less precipitation. However, over the last 30 years, per capita water use has decreased significantly (due, for example, to more efficient technologies such as drip irrigation) and it is anticipated that per capita use will continue to decrease, thus easing stress.[149]

**Adaptation: New York City Begins Planning for Climate Change**

The New York City Department of Environmental Protection (DEP), the agency in charge of providing the city's drinking water and wastewater treatment, is beginning to alter its planning to take into account the effects of climate change – sea-level rise, higher temperatures, increases in extreme events, and changing precipitation patterns – on the city's water systems. In partnership with Columbia University, DEP is evaluating climate change projections, impacts, indicators, and adaptation and mitigation strategies.

City planners have begun to address these issues by defining risks using probabilistic climate scenarios and considering potential adaptations that relate to operations/management, infrastructure, and policy. For example, DEP is examining the feasibility of relocating critical control systems to higher floors in low-lying buildings or to higher ground, building flood walls, and modifying design criteria to reflect changing hydrologic processes.

Important near-term goals of the overall effort include updating the existing 100-year flood elevations using climate model projections and identifying additional monitoring stations needed to track changes. DEP will also establish a system for reporting the impacts of extreme weather events on the City's watershed and infrastructure. In the immediate future, DEP will evaluate flood protection measures for three existing water pollution control plants that are scheduled for renovation.[194]

BLM_0079385



## Spotlight on the Colorado River



The Colorado River system supplies water to over 30 million people in the Southwest including Los Angeles, Phoenix, Las Vegas, and Denver. Reservoirs in the system, including the giant lakes Mead and Powell, were nearly full in 1999, with almost four times the annual flow of the river stored. By 2007, the system had lost approximately half of that storage after enduring the worst drought in 100 years of record keeping.[29] Runoff was reduced due to low winter precipitation, and warm, dry, and windy spring seasons that substantially reduced snowpack.

Numerous studies over the last 30 years have indicated that the river is likely to experience reductions in runoff due to climate change. In addition, diversions from the river to meet the needs of cities and agriculture are approaching its average flow. Under current conditions, even without climate change, large year-to-year fluctuations in reservoir storage are possible.[152] If reductions in flow projected to accompany global climate change occur, water managers will be challenged to satisfy all existing demands, let alone the increasing demands of a rapidly growing population.[167,195]

Efforts are underway to address these challenges. In 2005, the Department of Interior's Bureau of Reclamation began a process to formalize operating rules for lakes Mead and Powell during times of low flows and to apportion limited water among the states.[196]



June 29, 2002



December 23, 2003

Matching photographs taken 18 months apart during the most serious period of recent drought show a significant decrease in Lake Powell.

### Change in Water Volume of Lakes Mead and Powell



The filling of Lake Mead (green) was initiated in 1935, and that of Lake Powell (blue) in 1963. In 1999, the lakes were nearly full, but by 2007, the lakes had lost nearly half of their storage water after the worst drought in 100 years.

51

BLM_0079386

U.S. Global Change Research Program                                    **Global Climate Change Impacts in the United States**

## Water and Energy Connections



Water and energy are tightly interconnected; water systems use large amounts of energy, and energy systems use large amounts of water. Both are expected to be under increasing pressure in the future and both will be affected by a changing climate. In the energy sector, water is used directly for hydropower, and cooling water is critical for nearly all other forms of electrical power generation. Withdrawals of freshwater used to cool power plants that use heat to generate electricity are very large, nearly equaling the water withdrawn for irrigation. Water consumption by power plants is about 20 percent of all non-agricultural uses, or half that of all domestic use.[197]

In the water sector, two very unusual attributes of water, significant weight due to its relatively high density, and high heat capacity, make water use energy intensive. Large amounts of energy are needed for pumping, heating, and treating drinking water and wastewater. Water supply and treatment consumes roughly 4 percent of the nation's power supply, and electricity accounts for about 75 percent of the cost of municipal water processing and transport. In California, 30 percent of all non-power plant natural gas is used for water-related activities.[198,199] The energy required to provide water depends on its source (groundwater, surface water, desalinated water, treated wastewater, or recycled water), the distance the water is conveyed, the amount of water moved, and the local topography. Surface water often requires more treatment than groundwater. Desalination requires large amounts of energy to produce freshwater. Treated wastewater and recycled water (used primarily for agriculture and industry) require energy for treatment, but little energy for supply and conveyance. Conserving water has the dual benefit of conserving energy and potentially reducing greenhouse gas emissions if fossil fuels are the predominant source of that energy.



Water and energy are intimately connected. Water is used by the power generation sector for cooling, and energy is used by the water sector for pumping, drinking water treatment, and wastewater treatment. Without energy, there would be limited water distribution, and without water, there would be limited energy production.

52



# Ecosystems

**Key Messages:**

- Ecosystem processes, such as those that control growth and decomposition, have been affected by climate change.
- Large-scale shifts have occurred in the ranges of species and the timing of the seasons and animal migration, and are very likely to continue.
- Fires, insect pests, disease pathogens, and invasive weed species have increased, and these trends are likely to continue.
- Deserts and drylands are likely to become hotter and drier, feeding a self-reinforcing cycle of invasive plants, fire, and erosion.
- Coastal and near-shore ecosystems are already under multiple stresses. Climate change and ocean acidification will exacerbate these stresses.
- Arctic sea ice ecosystems are already being adversely affected by the loss of summer sea ice and further changes are expected.
- The habitats of some mountain species and coldwater fish, such as salmon and trout, are very likely to contract in response to warming.
- Some of the benefits ecosystems provide to society will be threatened by climate change, while others will be enhanced.

**Key Sources**



The natural functioning of the environment provides both goods – such as food and other products that are bought and sold – and services, which our society depends upon. For example, ecosystems store large amounts of carbon in plants and soils; they regulate water flow and water quality; and they stabilize local climates. These services are not assigned a financial value, but society nonetheless depends on them. Ecosystem processes are the underpinning of these services: photosynthesis, the process by which plants capture carbon dioxide from the atmosphere and create new growth; the plant and soil processes that recycle nutrients from decomposing matter and maintain soil fertility; and the processes by which plants draw water from soils and return water to the atmosphere. These ecosystem processes are affected by climate and by the concentration of carbon dioxide in the atmosphere.[70]

The diversity of living things (biodiversity) in ecosystems is itself an important resource that maintains the ability of these systems to provide the services upon which society depends. Many factors affect biodiversity including: climatic conditions; the influences of competitors, predators, parasites, and diseases; disturbances such as fire; and other physical factors. Human-induced climate change,

in conjunction with other stresses, is exerting major influences on natural environments and biodiversity, and these influences are generally expected to grow with increased warming.[70]

## Ecosystem processes, such as those that control growth and decomposition, have been affected by climate change.

Climate has a strong influence on the processes that control growth and development in ecosystems. Temperature increases generally speed up plant growth, rates of decomposition, and how rapidly the cycling of nutrients occurs, though other factors, such as whether sufficient water is available, also influence these rates. The growing season is lengthening as higher temperatures occur earlier in the spring. Forest growth has risen over the past several decades as a consequence of a number of factors – young forests reaching maturity, an increased concentration of carbon dioxide in the atmosphere, a longer growing season, and increased deposition of nitrogen from the atmosphere. Based on the current understanding of these processes, the individual effects are difficult to disentangle.[243]

**79**

BLM_0079388



### Butterfly Range Shifts Northward

**% extinctions**
- > 70 %
- 35 – 55 %
- < 20 %

Parmesan[244]

As climate warms, many species in the United States are shifting their ranges northward and to higher elevations. The map shows the response of Edith's checkerspot butterfly populations to a warming climate over the past 136 years in the American West. Over 70 percent of the southernmost populations (shown in yellow) have gone extinct. The northernmost populations and those above 8,000 feet elevation in the cooler climate of California's Sierra Nevada (shown in green) are still thriving. These differences in numbers of population extinctions across the geographic range of the butterfly have resulted in the average location shifting northward and to higher elevations over the past century, illustrating how climate change is altering the ranges of many species. Because their change in range is slow, most species are not expected to be able to keep up with the rapid climate change projected in the coming decades.[244]



A higher atmospheric carbon dioxide concentration causes trees and other plants to capture more carbon from the atmosphere, but experiments show that trees put much of this extra carbon into producing fine roots and twigs, rather than new wood. The effect of carbon dioxide in increasing growth thus seems to be relatively modest, and generally is seen most strongly in young forests on fertile soils where there is also sufficient water to sustain this growth. In the future, as atmospheric carbon dioxide continues to rise, and as climate continues to change, forest growth in some regions is projected to increase, especially in relatively young forests on fertile soils.[243]

Forest productivity is thus projected to increase in much of the East, while it is projected to decrease in much of the West where water is scarce and projected to become more so. Wherever droughts increase, forest productivity will decrease and tree death will increase. In addition to occurring in much of the West, these conditions are projected to occur in parts of Alaska and in the eastern part of the Southeast.[243]

### Large-scale shifts have occurred in the ranges of species and the timing of the seasons and animal migration, and are very likely to continue.

Climate change is already having impacts on animal and plant species throughout the United States. Some of the most obvious changes are related to the timing of the seasons: when plants bud in spring, when birds and other animals migrate, and so on. In the United States, spring now arrives an average of 10 days to two weeks earlier than it did 20 years ago. The growing season is lengthening over much of the continental United States. Many migratory bird species are arriving earlier. For example, a study of northeastern birds that migrate long distances found that birds wintering in the southern United States now arrive back in the Northeast an average of 13 days earlier than they did during the first half of the last century. Birds wintering in South America arrive back in the Northeast an average of four days earlier.[70]

Another major change is in the geographic distribution of species. The ranges of many species in the United States have shifted northward and upward in elevation. For example, the ranges of many butterfly species have expanded northward, contracted at the southern edge, and shifted to higher elevations as warming has continued. A study of Edith's checkerspot butterfly showed that 40 percent of the populations below 2,400 feet have gone extinct, despite the availability of otherwise suitable habitat and food supply. The checkerspot's most southern populations also have gone extinct, while new populations have been established north of the previous northern boundary for the species.[70]

For butterflies, birds, and other species, one of the concerns with such changes in geographic range and timing of migration is the potential for mismatches between species and the resources they need to survive. The rapidly changing landscape, such as new highways and expanding urban areas, can create barriers that limit habitat and increase species loss. Failure of synchronicity between butterflies and the resources they depend

BLM_0079389

upon has led to local population extinctions of the checkerspot butterfly during extreme drought and low-snowpack years in California.[70]

### Tree species shifts

Forest tree species also are expected to shift their ranges northward and upslope in response to climate change, although specific quantitative predictions are very difficult to make because of the complexity of human land use and many other factors. This would result in major changes in the character of U.S. forests and the types of forests that will be most prevalent in different regions. In the United States, some common forests types are projected to expand, such as oak-hickory; others are projected to contract, such as maple-beech-birch. Still others, such as spruce-fir, are likely to disappear from the United States altogether.[243]

In Alaska, vegetation changes are already underway due to warming. Tree line is shifting northward into tundra, encroaching on the habitat for many migratory birds and land animals such as caribou that depend on the open tundra landscape.[245]

### Marine species shifts and effects on fisheries

The distribution of marine fish and plankton are predominantly determined by climate, so it is not surprising that marine species in U.S. waters are moving northward and that the timing of plankton blooms is shifting. Extensive shifts in the ranges and distributions of both warmwater and coldwater species of fish have been documented.[70] For example, in the waters around Alaska, climate change already is causing significant alterations in marine ecosystems with important implications for fisheries and the people who depend on them (see *Alaska* region).

In the Pacific, climate change is expected to cause an eastward shift in the location of tuna stocks.[246] It is clear that such shifts are related to climate, including natural modes of climate variability such as the cycles of El Niño and La Niña. However, it is unclear how these modes of ocean variability will change as global climate continues to change, and therefore it is very difficult to predict quantitatively how

marine fish and plankton species' distributions might shift as a function of climate change.[70]

### Breaking up of existing ecosystems

As warming drives changes in timing and geographic ranges for various species, it is important to note that entire communities of species do not shift intact. Rather, the range and timing of each species shifts in response to its sensitivity to climate change, its mobility, its lifespan, and the availability of the resources it needs (such as soil, moisture, food, and shelter). The speed with which species can shift their ranges is influenced by factors including their size, lifespan, and seed dispersal techniques in plants. In addition, migratory pathways must be available, such as northward flowing rivers which serve as conduits for fish. Some migratory pathways may be blocked by development and habitat fragmentation. All of these variations result in the breakup of existing ecosystems and formation of new ones, with unknown consequences.[220]

### Extinctions and climate change

Interactions among impacts of climate change and other stressors can increase the risk of species extinction. Extinction rates of plants and animals have already risen considerably, with the vast majority of these extinctions attributed to loss of habitat or over-exploitation.[247] Climate change has been identified as a serious risk factor for the fu-





**Projected Shifts in Forest Types**

Recent Past 1960-1990 — Projected 2070-2100

White-Red-Jack Pine · Spruce-Fir · Longleaf-Slash Pine · Loblolly-Shortleaf Pine · Oak-Pine · Oak-Hickory · Oak-Gum-Cypress · Elm-Ash-Cottonwood · Maple-Beech-Birch · Aspen-Birch · No Data

NAST[219]

The maps show current and projected forest types. Major changes are projected for many regions. For example, in the Northeast, under a mid-range warming scenario, the currently dominant maple-beech-birch forest type is projected to be completely displaced by other forest types in a warmer future.[243]

**81**

ture, however, since it is one of the environmental stresses on species and ecosystems that is continuing to increase.[247] The Intergovernmental Panel on Climate Change has estimated that if a warming of 3.5 to 5.5°F occurs, 20 to 30 percent of species that have been studied would be in climate zones that are far outside of their current ranges, and would therefore likely be at risk of extinction.[248] One reason this percentage is so high is that climate change would be superimposed on other stresses including habitat loss and continued overharvesting of some species, resulting in considerable stress on populations and species.



### Fires, insect pests, disease pathogens, and invasive weed species have increased, and these trends are likely to continue.

#### Forest fires

In the western United States, both the frequency of large wildfires and the length of the fire season have increased substantially in recent decades, due primarily to earlier spring snowmelt and higher spring and summer temperatures.[294] These changes in climate have reduced the availability of moisture, drying out the vegetation that provides the fuel for fires. Alaska also has experienced large increases in fire, with the area burned more than doubling in recent decades. As in the western United States, higher air temperature is a key factor. In Alaska, for example, June air temperatures alone explained approximately 38 percent of the increase in the area burned annually from 1950 to 2003.[243]



Size of U.S. Wildfires, 1983 to 2008

National Interagency Fire Center[249]

Data on wildland fires in the United States show that the number of acres burned per fire has increased since the 1980s.

#### Insect pests

Insect pests are economically important stresses on forest ecosystems in the United States. Coupled with pathogens, they cost $1.5 billion in damage per year. Forest insect pests are sensitive to climatic variations in many stages of their lives. Changes in climate have contributed significantly to several major insect pest outbreaks in the United States and Canada over the past several decades. The mountain pine beetle has infested lodgepole pine in British Columbia. Over 33 million acres of forest have been affected, by far the largest such outbreak in recorded history. Another 1.5 million acres have been infested by pine beetle in Colorado. Spruce beetle has affected more than 2.5 million acres in Alaska (see *Alaska* region) and western Canada. The combination of drought and high temperatures also has led to serious insect infestations and death of piñon pine in the Southwest, and to various insect pest attacks throughout the forests of the eastern United States.[243]

Rising temperatures increase insect outbreaks in a number of ways. First, winter temperatures above a certain threshold allow more insects to survive the cold season that normally limits their numbers. Second, the longer warm season allows them to develop faster, sometimes completing two life cycles instead of one in a single growing season. Third, warmer conditions help expand their ranges northward. And fourth, drought stress reduces trees' ability to resist insect attack (for example, by pushing back against boring insects with the pressure of their sap). Spruce beetle, pine beetle, spruce budworm, and woolly adelgid (which attacks eastern hemlocks) are just some of the insects that are proliferating in the United States, devastating many forests. These outbreaks are projected to increase with ongoing warming. Trees killed by insects also provide more dry fuel for wildfires.[70,243,250]

#### Disease pathogens and their carriers

One consequence of a longer, warmer growing season and less extreme cold in winter is that opportunities are created for many insect pests and disease pathogens to flourish. Accumulating evidence links the spread of disease pathogens to a warming climate. For example, a recent study showed that widespread amphibian extinctions in the mountains of Costa Rica are linked to changes in climatic

BLM_0079391

conditions which are thought to have enabled the proliferation of an amphibian disease.[70,251]

Diseases that affect wildlife and the living things that carry these diseases have been expanding their geographic ranges as climate heats up. Depending on their specific adaptations to current climate, many parasites, and the insects, spiders, and scorpions that carry and transmit diseases, die or fail to develop below threshold temperatures. Therefore, as temperatures rise, more of these disease-carrying creatures survive. For some species, rates of reproduction, population growth, and biting, tend to increase with increasing temperatures, up to a limit. Some parasites' development rates and infectivity periods also increase with temperature.[70] An analysis of diseases among marine species found that diseases were increasing for mammals, corals, turtles, and mollusks, while no trends were detected for sharks, rays, crabs, and shrimp.[70]

### Invasive plants

Problems involving invasive plant species arise from a mix of human-induced changes, including disturbance of the land surface (such as through over grazing or clearing natural vegetation for development), deliberate or accidental transport of non-native species, the increase in available nitrogen through over-fertilization of crops, and the rising carbon dioxide concentration and the resulting climate change.[243] Human-induced climate change is not generally the initiating factor, nor the most important one, but it is becoming a more important part of the mix.

The increasing carbon dioxide concentration stimulates the growth of most plant species, and some invasive plants respond with greater growth rates than native plants. Beyond this, invasive plants appear to better tolerate a wider range of environmental conditions and may be more successful in a warming world because they can migrate and establish themselves in new sites more rapidly than native plants.[70] They are also not usually dependent on external pollinators or seed dispersers to reproduce. For all of these reasons, invasive plant species present a growing problem that is extremely difficult to control once unleashed.[70]

### Deserts and drylands are likely to become hotter and drier, feeding a self-reinforcing cycle of invasive plants, fire, and erosion.



The arid Southwest is projected to become even drier in this century. There is emerging evidence that this is already underway.[34] Deserts in the United States are also projected to expand to the north, east, and upward in elevation in response to projected warming and associated changes in climate.

Increased drying in the region contributes to a variety of changes that exacerbate a cycle of desertification. Increased drought conditions cause perennial plants to die due to water stress and increased susceptibility to plant diseases. At the same time, non-native grasses have invaded the region. As these grasses increase in abundance, they provide more fuel for fires, causing fire frequency to increase in a self-reinforcing cycle that leads to further losses of vegetation. When it does rain, the rain tends to come in heavy downpours, and since there is less vegetation to protect the soil, water erosion increases. Higher air temperatures and decreased soil moisture reduce soil stability, further exacerbating erosion. And with a growing population needing water for urban uses, hydroelectric generation, and agriculture, there is increasing pressure on mountain water sources that would otherwise flow to desert river areas.[70,149]





### Desertification of Arid Grassland
#### near Tucson, Arizona, 1902 to 2003

Photostation #233: *Huerfano Butte*

Photomontage by *Rob Wu*
Original historic photos courtesy of Santa Rita Experimental Range

1902    1951    2003

CCSP SAP 4.3[243]

The photo series shows the progression from arid grassland to desert (desertification) over a 100-year period. The change is the result of grazing management and reduced rainfall in the Southwest.[250,252,253]

The response of arid lands to climate change also depends on how other factors interact with climate at local scales. Large-scale, unregulated livestock grazing in the Southwest during the late 1800s and early 1900s is widely regarded as having contributed to widespread desertification. Grazing peaked around 1920 on public lands in the West. By the 1970s, grazing had been reduced by about 70 percent, but the arid lands have been very slow to recover from its impacts. Warmer and drier climate conditions are expected to slow recovery even more. In addition, the land resource in the Southwest is currently managed more for providing water for people than for protecting the productivity of the landscape. As a result, the land resource is likely to be further degraded and its recovery hampered.[243]



### Coastal and near-shore ecosystems are already under multiple stresses. Climate change and ocean acidification will exacerbate these stresses.

Coastal and near-shore marine ecosystems are vulnerable to a host of climate change-related effects including increasing air and water temperatures, ocean acidification, changes in runoff from the land, sea-level rise, and altered currents. Some of these changes have already led to coral bleaching, shifts in species ranges, increased storm intensity in some regions, dramatic reductions in sea ice extent and thickness along the Alaskan coast,[137] and other significant changes to the nation's coastlines and marine ecosystems.[70]

The interface between land and sea is important, as many species, including many endangered species, depend on it at some point in their life cycle. In addition, coastal areas buffer inland areas from the effects of wave action and storms.[247] Coastal wetlands, intertidal areas, and other near-shore ecosystems are subject to a variety of environmental stresses.[254,255] Sea-level rise, increased coastal storm intensity, and rising temperatures contribute to increased vulnerability of coastal wetland ecosystems. It has been estimated that 3 feet of sea-level rise (within the range of projections for this century) would inundate about 65 percent of the coastal marshlands and swamps in the contiguous United States.[256] The combination of sea-level rise,

local land sinking, and related factors already have resulted in substantially higher relative sea-level rise along the Gulf of Mexico and the mid-Atlantic coast, more so than on the Pacific Coast.[43,254] In Louisiana alone, over one-third of the coastal plain that existed a century ago has since been lost,[254] which is mostly due to local land sinking.[70] Barrier islands are also losing land at an increasing rate[257] (see *Southeast* region), and they are particularly important in protecting the coastline in some regions vulnerable to sea-level rise and storm surge.

### Coral reefs

Coral reefs are very diverse ecosystems that support many other species by providing food and habitat. In addition to their ecological value, coral reefs provide billions of dollars in services including tourism, fish breeding habitat, and protection of coastlines. Corals face a host of challenges associated with human activities such as poorly regulated tourism, destructive fishing, and pollution, in addition to climate change-related stresses.[70]

Corals are marine animals that host symbiotic algae which help nourish the animals and give the corals their color. When corals are stressed by increases in water temperatures or ultraviolet light, they lose their algae and turn white, a process called coral bleaching. If the stress persists, the corals die. Intensities and frequencies of bleaching events, clearly driven by warming in surface water, have increased substantially over the past 30 years, leading to the death or severe damage of about one-third of the world's corals.[70]

The United States has extensive coral reef ecosystems in the Caribbean, Atlantic, and Pacific oceans. In 2005, the Caribbean basin experienced unprecedented water temperatures that resulted in dramatic coral bleaching with some sites in the U.S. Virgin Islands seeing 90 percent of the coral bleached. Some corals began to recover when water temperatures decreased, but later that year disease appeared, striking the previously bleached and weakened coral. To date, 50 percent of the corals in Virgin Islands National Park have died from the bleaching and disease events. In the Florida Keys, summer bleaching in 2005 was also followed by disease in September.[70]

BLM_0079393

But rising temperature is not the only stress coral reefs face. As the carbon dioxide concentration in the air increases, more carbon dioxide is absorbed into the world's oceans, leading to their acidification. This makes less calcium carbonate available for corals and other sea life to build their skeletons and shells.[258] If carbon dioxide concentrations continue to rise and the resulting acidification proceeds, eventually, corals and other ocean life that rely on calcium carbonate will not be able to build these skeletons and shells at all. The implications of such extreme changes in ocean ecosystems are not clear, but there is now evidence that in some ocean areas, such as along the Northwest coast, acidification is already occurring[70,259] (see *Coasts* region for more discussion of ocean acidification).

### Arctic sea ice ecosystems are already being adversely affected by the loss of summer sea ice and further changes are expected.

Perhaps most vulnerable of all to the impacts of warming are Arctic ecosystems that rely on sea ice, which is vanishing rapidly and is projected to disappear entirely in summertime within this century. Algae that bloom on the underside of the sea ice form the base of a food web linking microscopic animals and fish to seals, whales, polar bears, and people. As the sea ice disappears, so too do these algae. The ice also provides a vital platform for ice-dependent seals (such as the ringed seal) to give birth, nurse their pups, and rest. Polar bears use the ice as a platform from which to hunt their prey. The walrus rests on the ice near the continental shelf between its dives to eat clams and other shellfish. As the ice edge retreats away from the shelves to deeper areas, there will be no clams nearby.[70,132,220]

The Bering Sea, off the west coast of Alaska, produces our nation's largest commercial fish harvests as well as providing food for many Native Alaskan peoples. Ultimately, the fish populations (and animals including seabirds, seals, walruses, and whales) depend on plankton blooms regulated by the extent and location of the ice edge in spring. As the sea ice continues to decline, the location, timing, and species composition of the blooms is changing. The spring melt of sea ice in the



Bering Sea has long provided material that feeds the clams, shrimp, and other life forms on the ocean floor that, in turn, provide food for the walruses, gray whales, bearded seals, eider ducks, and many fish. The earlier ice melt resulting from warming, however, leads to later phytoplankton blooms that are largely consumed by microscopic animals near the sea surface, vastly decreasing the amount of food reaching the living things on the ocean floor. This will radically change the species composition of the fish and other creatures, with significant repercussions for both subsistence and commercial fishing.[70]

Ringed seals give birth in snow caves on the sea ice, which protect their pups from extreme cold and predators. Warming leads to earlier snow melt, which causes the snow caves to collapse before the pups are weaned. The small, exposed pups may die of hypothermia or be vulnerable to predation by arctic foxes, polar bears, gulls, and ravens. Gulls and ravens are arriving in the Arctic earlier as springs become warmer, increasing the birds' opportunity to prey on the seal pups.[70]

Polar bears are the top predators of the sea ice ecosystem. Because they prey primarily on ice-associated seals, they are especially vulnerable to the disappearance of sea ice. The bears' ability to catch seals depends on the presence of sea ice. In that habitat, polar bears take advantage of the fact that seals must surface to breathe in limited openings in the ice cover. In the open ocean, bears lack a hunting platform, seals are not restricted in where they can surface, and successful hunting is very rare. On shore, polar bears feed little, if at all.



About two-thirds of the world's polar bears are projected to be gone by the middle of this century. It is projected that there will be no wild polar bears in Alaska in 75 years.[70]

BLM_0079394

In addition, the rapid rate of warming in Alaska and the rest of the Arctic in recent decades is sharply reducing the snow cover in which polar bears build dens and the sea ice they use as foraging habitat. Female polar bears build snow dens in which they hibernate for four to five months each year and in which they give birth to their cubs. Born weighing only about 1 pound, the tiny cubs depend on the snow den for warmth.

About two-thirds of the world's polar bears are projected to be gone by the middle of this century. It is projected that there will be no wild polar bears left in Alaska in 75 years.[70]

Continued warming will inevitably entail major changes in the sea ice ecosystem, to the point that its viability is in jeopardy. Some species will become extinct, while others might adapt to new habitats. The chances of species surviving the current changes may depend critically on the rate of change. The current rates of change in the sea ice ecosystem are very rapid relative to the life spans of animals including seals, walruses, and polar bears, and as such, are a major threat to their survival.[70]



## Forest Species Shift Upslope

3,000 feet

Vanishing boreal forest

2,800 feet

Transition Zone

2,600 feet

Beckage et al.[260]/Adapted from Boston Globe/Landov

As climate warms, hardwood trees out-compete evergreen trees that are adapted to colder conditions.

vulnerable is that their suitable habitats are being compressed as climatic zones shift upward in elevation. Some species try to shift uphill with the changing climate, but may face constraints related to food, other species present, and so on. In addition, as species move up the mountains, those near the top simply run out of habitat.[70]



The pika, pictured above, is a small mammal whose habitat is limited to cold areas near the tops of mountains. As climate warms, little suitable habitat is left. Of 25 pika populations studied in the Great Basin between the Rocky Mountains and the Sierra Nevada, more than one-third have gone extinct in recent decades.[261,262]

**The habitats of some mountain species and coldwater fish, such as salmon and trout, are very likely to contract in response to warming.**

Animal and plant species that live in the mountains are among those particularly sensitive to rapid climate change. They include animal species such as the grizzly bear, bighorn sheep, pika, mountain goat, and wolverine. Major changes have already been observed in the pika as previously reported populations have disappeared entirely as climate has warmed over recent decades.[70] One reason mountain species are so

Fewer wildflowers are projected to grace the slopes of the Rocky Mountains as global warming causes earlier spring snowmelt. Larkspur, aspen fleabane, and aspen sunflower grow at an altitude of about 9,500 feet where the winter snows are deep. Once the snow melts, the flowers form buds and prepare to bloom. But warmer springs mean that the snow melts earlier, leaving the buds exposed to frost. (The percentage of buds that were frosted has doubled over the past decade.) Frost does not kill the plants, but it does make them unable to seed and reproduce, meaning there will be no next generation. Insects and other animal species depend on the flowers for food, and other species depend on those species, so the loss is likely to propagate through the food chain.[236]

Shifts in tree species on mountains in New England, where temperatures have risen 2 to 4°F in the last 40 years, offer another example. Some mountain tree species have shifted uphill by 350

BLM_0079395

feet in the last 40 years. Tree communities were relatively unchanged at low and high elevations, but in the transition zone in between (at about 2,600 feet elevation) the changes have been dramatic. Cold-loving tree species declined from 43 to 18 percent, while warmer-loving trees increased from 57 to 82 percent. Overall, the transition zone has shifted about 350 feet uphill in just a few decades, a surprisingly rapid rate since these are trees that live for hundreds of years. One possibility is that as trees were damaged or killed by air pollution, it left an opportunity for the warming-induced transition to occur more quickly. These results indicate that the composition of high elevation forests is changing rapidly.[260]

### Coldwater fish

Salmon and other coldwater fish species in the United States are at particular risk from warming. Salmon are under threat from a variety of human activities, but global warming is a growing source of stress. Rising temperatures affect salmon in several important ways. As precipitation increasingly falls as rain rather than snow, it feeds floods that wash away salmon eggs incubating in the streambed. Warmer water leads eggs to hatch earlier in the year, so the young are smaller and more vulnerable to predators. Warmer conditions increase the fish's metabolism, taking energy away from growth and forcing the fish to find more food, but earlier hatching of eggs could put them out of sync with the insects they eat. Earlier melting of snow leaves rivers and streams warmer and shallower in summer and fall. Diseases and parasites tend to flourish in warmer water. Studies suggest that up to 40 percent of Northwest salmon populations may be lost by 2050.[263]

Large declines in trout populations are also projected to occur around the United States. Over half of the wild trout populations are likely to disappear from the southern Appalachian Mountains because of the effects of rising stream temperatures. Losses of western trout populations may exceed 60 percent in certain regions. About 90 percent of bull trout, which live in western rivers in some of the country's most wild places, are projected to be lost due to warming. Pennsylvania is predicted to lose 50 percent of its trout habitat in the coming decades. Projected losses of trout habitat for some warmer states, such as North Carolina and Virginia, are up to 90 percent.[264]

## Some of the benefits ecosystems provide to society will be threatened by climate change, while others will be enhanced.

Human well-being depends on the Earth's ecosystems and the services that they provide to sustain and fulfill human life.[265] These services are important to human well-being because they contribute to basic material needs, physical and psychological health, security, and economic activity. A recent assessment reported that of 24 vital ecosystem services, 15 were being degraded by human activity.[247] Climate change is one of several human-induced stresses that threaten to intensify and extend these adverse impacts to biodiversity, ecosystems, and the services they provide. Two of many possible examples follow.

### Forests and carbon storage

Forests provide many services important to the well-being of Americans: air and water quality maintenance, water flow regulation, and watershed protection; wildlife habitat and biodiversity conservation; recreational opportunities and aesthetic and spiritual fulfillment; raw materials for wood and paper products; and climate regulation and carbon storage. A changing climate will alter forests and the services they provide. Most of these changes are likely to be detrimental.

In the United States, forest growth and long-lived forest products currently offset about 20 percent of U.S. fossil fuel carbon emissions.[140,257] This carbon "sink" is an enormous service provided by forests and its persistence or growth will be important to limiting the atmospheric carbon dioxide concentration. The scale of the challenge of increasing this sink is very large. To offset an additional 10 percent of U.S. emissions through tree planting would require converting one-third of current croplands to forests.[243]

### Recreational opportunities

Tourism is one of the largest economic sectors in the world, and it is also one of the fastest



BLM_0079396



growing;[266] the jobs created by recreational tourism provide economic benefits not only to individuals but also to communities. Slightly more than 90 percent of the U.S. population participates in some form of outdoor recreation, representing nearly 270 million participants,[267] and several billion days spent each year in a wide variety of outdoor recreation activities.

Since much recreation and tourism occurs outside, increased temperature and precipitation have a direct effect on the enjoyment of these activities, and on the desired number of visitor days and associated level of visitor spending as well as tourism employment. Weather conditions are an important factor influencing tourism visits. In addition, outdoor recreation and tourism often depends on the availability and quality of natural resources,[268] such as beaches, forests, wetlands, snow, and wildlife, all of which will be affected by climate change.

Thus, climate change can have direct effects on the natural resources that people enjoy. The length of the season for, and desirability of, several of the most popular activities – walking; visiting a beach, lakeshore, or river; sightseeing; swimming; and picnicking[267] – are likely to be enhanced by small near-term increases in temperature. Other activities are likely to be harmed by even small increases in warming, such as snow- and ice-dependent activities including skiing, snowmobiling, and ice fishing.

The net economic effect of near-term climate change on recreational activities is likely to be positive. In the longer term, however, as climate change effects on ecosystems and seasonality become more pronounced, the net economic effect on tourism and recreation is not known with certainty.[172]

---

**Adaptation:**  **Preserving Coastal Wetlands**



Coastal wetlands are rich ecosystems that protect the shore from damage during storm surges and provide society with other services. One strategy designed to preserve coastal wetlands as sea level rises is the "rolling easement." Rolling easements allow some development near the shore, but prohibit construction of seawalls or other armoring to protect buildings; they recognize nature's right-of-way to advance inland as sea level rises. Massachusetts and Rhode Island prohibit shoreline armoring along the shores of some estuaries so that ecosystems can migrate inland, and several states limit armoring along ocean shores.[269,270]

Modified from CCSP SAP 4.1[271]

In the case shown here, the coastal marsh would reach the footprint of the house 40 years in the future. Because the house is on pilings, it could still be occupied if it is connected to a community sewage treatment system; a septic system would probably fail due to proximity to the water table. After 80 years, the marsh would have taken over the yard, and the footprint of the house would extend onto public property. The house could still be occupied but reinvestment in the property would be unlikely. After 100 years, this house would be removed, although some other houses in the area could still be occupied. Eventually, the entire area would return to nature. A home with a rolling easement would depreciate in value rather than appreciate like other coastal real estate. But if the loss were expected to occur 100 years from now, it would only reduce the current property value by 1 to 5 percent, for which the owner could be compensated.[271]

BLM_0079397



BLM_0079398

# TAKING STOCK OF PUBLIC LANDS GRAZING
## *An Economic Analysis*

**Thomas M. Power, Ph.D.**

Livestock grazing on federal lands is generally unimportant to local economies and even less so to state and regional economies. In terms of income and numbers of jobs provided, the contribution of federal lands grazing is less than 0.1 percent across the West. Farm and ranch operations are increasingly reliant on nonfarm income sources to be financially feasible, while livestock grazing competes with other uses of public lands—such as clean water, recreation, and wildlife habitat—that contribute to the ongoing vitality of western economies.

**Thomas M. Power** *is chair of the Economics Department at the University of Montana, where he has taught since 1968. He received his Ph.D. degree from Princeton University and specializes in natural resources and regional economic development issues. His books include* Post-Cowboy Economics: Pay and Prosperity in the New American West *(2001),* Lost Landscapes and Failed Economies: The Search for a Value of Place *(1996), and* Environmental Protection and Economic Well-Being: The Economic Pursuit of Quality *(1996).*

For the last decade and a half, one of the more emotional public policy issues in the western states has been the level of grazing on federal lands and the appropriate fee to charge for those domestic animals that are allowed to graze. Much of the emotion is tied to the perception that most ranching operations in the West rely on these federal lands, and that without access to the forage these federal lands provide, many western ranches would cease to be economically viable. Since, it is usually assumed, ranching is the economic backbone of the western economies, such a loss, it is concluded, would have a devastating impact on the western states. Arguments of this sort successfully blocked almost all the significant reforms of federal grazing policies attempted between 1975 and 1999 and fueled the political assertion that environmentalists and the Clinton administration were waging a "war on the West."

In this essay, I analyze these economic claims for the entire eleven-western-state region (Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming), for the individual states, and for individual counties in two case-study areas. My empirical analysis demonstrates that grazing on federal lands contributes only a tiny sliver of economic activity to the local economies—usually a small fraction of 1 percent of total income and employment, and rarely more than 1 percent. During the 1990s, local economies in the West grew by this amount every few weeks. The ongoing rapid economic growth has been heavily fueled by families and businesses relocating in the pursuit of higher-quality living environments. Protecting the environmental integrity of public lands contributes to this ongoing economic vitality and almost certainly offsets any losses in the livestock sectors that may be associated with changes in livestock use of federal lands.

### Measuring the Relative Economic Importance of Grazing on Federal Lands

Claims about the relative importance of federal grazing to the economies of the western states can be simply analyzed by answering the following four questions:

1. What portion of the value produced by cattle and sheep operations is associated with the feed used?

Peruvian sheepherder, Idaho. The livestock industry provides very few jobs relative to the economy as a whole, and ranch hands, sheepherders, and the like make very low wages. Some jobs pay so little that foreign workers have to be brought in to take them.

BLM_0079399

2. What portion of the feed for those cattle and sheep operations comes from grazing on federal lands?
3. What portion of the total agricultural activity involves raising cattle and sheep?
4. What part of the total economy is represented by agriculture?

Although it is easy to argue that without livestock feed there cannot be livestock produced, the same argument holds for all other inputs to livestock production. Without water; without trace elements, vitamins, and medicines; without land; without machinery; without fuel for the machinery; and importantly, without labor and management efforts, there would be no livestock produced, or much, much less. Clearly all of the inputs play an economic role, not just feed. According to the U.S. Department of Commerce, in 1992–1996, purchased feed—not including feed grown by the rancher—made up a fifth to a quarter of the total value of livestock sold.[1] In any case, feed—whether purchased, leased as pasture from private owners or public land agencies, or raised by the rancher—is not the only important input to livestock production.

For many of the western states, federal lands provide only a small percentage of the total feed needed to support cattle and sheep herds. California, Washington, and Montana, for instance, obtain less than 10 percent of their cattle and sheep feed from federal lands. Colorado, Oregon, and Wyoming obtain 20 percent or less of the feed for their livestock herds from this source. Overall, the eleven western states obtain only about a fifth of the feed needed to support their beef cattle and sheep herds from federal lands (see Table 1). From a national perspective, the reliance on western federal lands is dramati-

cally lower: only 4 percent of the feed consumed by beef cattle is provided by grazing federal lands.[2]

In many parts of the West, cattle raising is not the dominant agricultural activity. In Montana, dryland wheat operations are the source of about half of agricultural sales. In other areas of the West, irrigated crop production often is the dominant agricultural activity and includes everything from potatoes to cotton to grain. In still other areas, fruit or nut production is most important. In the Southwest (including Texas), livestock represents about two-thirds of the value of agricultural production. In the Rocky Mountain region, livestock represents about 60 percent of agricultural production. In the far West, livestock makes up about 30 percent of total agricultural production. Thus, agriculture in the West does not necessarily mean livestock production.[3]

It should also be kept in mind that "livestock" is not synonymous with "cattle" in the West. In many western states, poultry raising is the dominant form of "livestock" production. For instance, in California, the livestock workforce is not primarily "cowboys," but chicken or hog raisers. About 75 percent of California livestock marketings are not cattle or sheep. In Washington, Arizona, and Utah, only about half of the "livestock" are cattle or sheep. At the opposite extreme are Montana and Wyoming, where about 90 percent of livestock sales are cattle and sheep. In the eleven western states as a whole, only 53 percent of the livestock activity is associated with cattle or sheep.[4]

Next, it is important to realize that agriculture makes up only a tiny and decreasing fraction of the overall economic activity in the West. The West, like

**Table 1.  The Relative Importance of Federal Lands Grazing as a Source of Jobs and Income, 1997**

| State | Arizona | Calif. | Colorado | Idaho | Montana | Nevada |
|---|---|---|---|---|---|---|
| Agriculture as a source of income | 0.8% | 1.0% | 0.8% | 3.9% | 2.7% | 0.2% |
| Agriculture as a source of jobs | 0.9% | 1.6% | 1.6% | 5.5% | 5.6% | 0.5% |
| Livestock's share of agriculture | 42.8% | 27.3% | 70.4% | 46.7% | 49.5% | 64.5% |
| Cattle/sheep's share of livestock | 53.2% | 24.3% | 83.4% | 59.8% | 89.5% | 71.1% |
| Federal forage's share of total cattle/sheep feed | 47.5% | 7.3% | 12.0% | 26.5% | 9.3% | 50.3% |
| % of income derived from federal forage | 0.09% | 0.00% | 0.06% | 0.29% | 0.11% | 0.04% |
| % of jobs derived from federal forage | 0.10% | 0.01% | 0.11% | 0.41% | 0.23% | 0.11% |
| Days of real income growth to replace federal grazing | 9 | 2 | 6 | 31 | 17 | 3 |
| Days of job growth to replace federal grazing | 10 | 5 | 13 | 45 | 30 | 9 |

| State | New Mexico | Oregon | Utah | Wash. | Wyoming | 11 W. States |
|---|---|---|---|---|---|---|
| Agriculture as a source of income | 1.5% | 1.1% | 0.7% | 1.2% | 1.5% | 1.0% |
| Agriculture as a source of jobs | 2.4% | 3.5% | 1.6% | 2.5% | 4.2% | 1.9% |
| Livestock's share of agriculture | 68.9% | 30.0% | 74.9% | 34.9% | 77.5% | 39.2% |
| Cattle/sheep's share of livestock | 57.5% | 59.2% | 46.1% | 42.9% | 93.5% | 52.8% |
| Federal forage's share of total cattle/sheep feed | 32.2% | 16.3% | 31.7% | 2.6% | 21.1% | 18.6% |
| % of income derived from federal forage | 0.19% | 0.03% | 0.08% | 0.00% | 0.24% | 0.04% |
| % of jobs derived from federal forage | 0.30% | 0.10% | 0.18% | 0.01% | 0.64% | 0.07% |
| Days of real income growth to replace federal grazing | 23 | 4 | 7 | 1 | 54 | 8 |
| Days of job growth to replace federal grazing | 43 | 14 | 17 | 2 | 120 | 16 |

*Sources:* U.S. Department of Agriculture, Forest Service, Range Management, *Grazing Statistical Summary, FY 1997* (Washington, D.C.: Superintendent of Documents, 1998); U.S. Department of Agriculture, National Agricultural Statistics Service, *1997 Census of Agriculture*, vol. 1, *Geographic Area Series*, www.nass.usda.gov/census; U.S. Department of Commerce, Bureau of Economic Analysis, *Regional Economic Information System, 1996*, CD-ROM; U.S. Department of the Interior, *Public Land Statistics, Vol. 183, Statistical Appendix to the Annual Report of the Director, Bureau of Land Management, to the Secretary of the Interior* (Washington, D.C.: Superintendent of Documents, 1998).

*264*

most of the rest of the nation, is largely urban, and its economies are largely nonagricultural. This is true even of the nonmetropolitan areas. Using a five-year average to smooth out fluctuations in agricultural earnings, for the 1992–1996 period, agriculture was directly the source of only 1 percent of total income in the eleven western states. For the nonmetropolitan areas of those states, agricultural earnings represented about 3 percent of total income. Idaho and Montana were the most dependent on agriculture for income, at around 4 and 3 percent, respectively. In the nonmetropolitan parts of those two states, agriculture was directly the source of about 6 and 4 percent of total income, respectively. (See Table 2.)

Agricultural interests often seek to inflate the relative importance of agriculture by including in agriculture all food- and fiber-related activities. For instance, food stores and restaurants are included as part of agriculture because they sell food products. In addition, food processors, such as flour mills and meat packing and canning facilities, are included in the agricultural total. Following this logic, cotton and wool clothing manufacturing and sales could also be counted in the total. There is no limit to such creative calculations. Since without food we would all die, one could claim that all economic activity ultimately can be traced back to agriculture. Similarly, all products that contain mineral materials could be traced back to mining.

The problem with all these efforts to exaggerate the relative importance of a particular industry for political purposes is that they ignore the actual incremental contribution a particular activity makes to the creation of economic value. Forage on federal land is just one type of livestock feed, and livestock feed is just one of the many inputs that go into our ultimate enjoyment of a beef steak or hamburger. When competitive markets are functioning, the rewards to various inputs reflect their relative contribution to the production of economic value. That is the reason we focus here on actual farm earnings as a measure of economic importance.

Given that agriculture is the direct source of only a small fraction of total economic activity, that livestock grazing is only a fraction of total agricultural activity, that federal forage is only a fraction of the total feed required by western livestock, and that feed is only one source of the value created in livestock production, it should not be surprising if that federal forage supports only a very small fraction of total economic activity in the West.

Our calculation of the contribution that federal grazing makes to the ranching economy is based on the percentage of total feed needed to support the cattle and sheep herds. This direct calculation of the degree of ranching "dependence" on federal lands is to be contrasted with the method used by livestock interests in their efforts to make the case for protecting the status quo on western public lands. Often a ranch is labeled "dependent" on federal lands if any cow ever makes use of federal lands for forage. No matter how small the contribution to total feed needs, the ranch is considered dependent on that federal grazing. Alternatively, some studies label any ranch that obtains more than 5 percent of its cattle feed from federal lands as "dependent" on that federal grazing.

Such "dependence" is a rhetorical device intended to exaggerate ranches' reliance on federal grazing. Ranchers almost always have to supplement the forage they obtain from federal lands with other sources of feed. Ranchers rely on a mix of feed sources, depending on local supply and cost. They raise hay and feed grains themselves on their own or privately leased land. They graze cattle on their own or other private land. They purchase protein supplements

## Table 2. Agriculture Earnings as a Percentage of Total Income (Average, 1992–1996)

| State | % Total Income | % Nonmetro Income |
|-------|----------------|-------------------|
| Arizona | 0.8% | 0.9% |
| California | 1.0% | 4.1% |
| Colorado | 0.8% | 4.1% |
| Idaho | 3.9% | 5.9% |
| Montana | 2.7% | 3.5% |
| Nevada | 0.2% | 1.2% |
| New Mexico | 1.5% | 3.1% |
| Oregon | 1.1% | 1.8% |
| Utah | 0.7% | 2.6% |
| Washington | 1.2% | 4.1% |
| Wyoming | 1.5% | 2.1% |
| 11 western states | 1.0% | 3.2% |

*Source:* U.S. Department of Commerce, Bureau of Economic Analysis, *Regional Economic Information System, 1996,* CD-ROM.

and other feed for their cattle. Federal forage is only one source of feed for western livestock. Ranches are no more dependent on it than they are on other sources. Among those sources of feed, there are considerable opportunities for substitution, depending on the cost of each.

The contribution federal grazing makes to the economies of the eleven western states can be calculated by multiplying four percentages together. The percentage reliance of cattle and sheep on federal feed for feed is multiplied by the percentage of agricultural economic activity represented by livestock, which in turn is multiplied by the percentage of livestock sales that are from cattle and sheep operations. Finally, this product is multiplied by the direct contribution agriculture makes to the economy in terms of both income and employment. (See Table 1.)

For instance, for Montana, federal forage represents 9.3 percent of total cattle/sheep feed. Cattle and sheep operations are responsible for about 90 percent of livestock sales, which in turn are about 50 percent of the dollar value of all agricultural sales. Finally, agriculture is directly responsible for about 2.7 percent of total personal income in the state. As a result, federal grazing is responsible for about 0.11 percent of all income in Montana (0.093 x 0.895 x 0.495 x 0.027 = 0.0011]).[5]

Note that in this calculation we attribute *all* the value of the livestock production to the feed used. Clearly this exaggerates the role of feed by a significant factor since the economic role of other inputs—such as management, labor, capital, equipment, buildings, fuel, water, and land—is ignored.

Table 1 shows that only about $1 out of every $2,500 of income (0.04 percent) received in the western states is directly associated with grazing on federal lands. In employment terms, one out of every 1,400 jobs (0.07 percent) is directly tied to federal lands grazing. For none of the eleven western states does the direct impact of federal grazing even approach 1 percent. Not all grazing on federal lands, of course, is threatened by proposed changes in federal grazing policy. Only some fraction is. Thus the impact of any of the proposed changes in federal grazing policy will be only a fraction of these estimated *maximum* direct impacts.

BLM_0079401

These potential job and income losses associated with federal grazing reform can be expressed in terms of the time it would take for the local western economies to replace these jobs and income through the normal expansion of the economy. If the average annual economic growth between 1990 and 1997 is taken as a reference point, the loss of *all* federal grazing in 1997 would have caused income growth in the eleven western states to pause for *eight days*. To make up for the lost jobs, economic growth would have had to pause for about two weeks. (See Table 1.)

Thus, even under the most extreme scenario, in which all grazing on federal lands would be eliminated, the direct income and job losses could be made up in a matter of a few days by the normal expansion of the economy. Obviously, some communities would be harder hit than others, given the uneven distribution of public grazing lands across states and the fact that some areas are more specialized in cattle raising. This potential will be analyzed in the following section. However, although the potential for such localized disruption should be analyzed and mitigated where necessary, it still is the case that economies of broad parts of the West will *not* be significantly harmed by a downsizing of the herds of commercial animals grazing on public lands.

### Taking a Closer Look at Individual Counties That Are Dependent on Federal Lands

The preceding discussion was carried out in terms of whole states. One objection to this broad geographic focus is that it allows the metropolitan areas that dominate most states' economies to obscure the important role being played by agriculture and public lands livestock grazing. As shown earlier, however, the nonmetropolitan West is also not dominated by agriculture. Only 3 percent of total income in the nonmetro West originates in agriculture. There are counties, however, where agriculture is much more important, where ranching is the dominant type of agricultural activity, and where federal lands are a major source of cattle feed. In such counties, the role of federal grazing on the local economies could be much larger than the statewide averages reported earlier.

Before analyzing this possibility, however, it is important to understand that discovering such local dependency does not necessarily tell us what the appropriate public policy response should be. It is also valuable to know that for the vast majority of the population of the West and for the vast majority of economic activity in the West, federal grazing is not in any sense crucial; it is clearly quite peripheral. It is not obvious that public policy affecting millions of acres of public land—public lands with many other values in addition to their commercial forage value—should be dictated by the interests of a tiny fraction of the West's population.

The Bureau of Land Management (BLM) studied the quantitative role of federal grazing in the economies of over a hundred contiguous counties in seven western states as part of the Interior Columbia Basin Ecosystem Management Project (ICBEMP).[6] The area studied is that east of the Cascade Mountains drained by tributaries to the Columbia River. It includes all of Idaho, western Montana, eastern Oregon and Washington, and small parts of Utah, Nevada, and Wyoming. Federal grazing leases in this region support about 5.3 million AUMs (animal unit months—one AUM being the amount of forage required by a cow-calf pair, or five ewes with lambs, for a month). ICBEMP federal forage represents about a third of the total federal grazing supply in the eleven western states.

### Table 3. Interior Columbia River Basin Counties Dependent on Federal Grazing, 1996

| County | State | Economic Activity Due to Grazing Federal Lands | |
|--------|-------|----------------|----------|
| | | % of Income | % of Jobs |
| Adams | ID | 0.7% | 3.5% |
| Camas | ID | 1.9% | 2.4% |
| Clark | ID | 7.5% | 5.9% |
| Custer | ID | 0.3% | 1.3% |
| Owyhee | ID | 1.4% | 2.1% |
| Harney | OR | 0.1% | 3.1% |
| Malheur | OR | 1.1% | 2.0% |
| Wallowa | OR | 0.2% | 1.5% |
| Ferry | WA | 1.4% | 0.9% |
| Sublette | WY | 1.0% | 3.0% |
| Humboldt | NV | 1.6% | 1.4% |

*Source:* Based on L. Frewing-Runyon, "Importance and Dependency of the Livestock Industry on Federal Lands in the Columbia River Basin" (unpublished report prepared at the Oregon State Office of the Bureau of Land Management for the Interior Columbia Basin Ecosystem Management Project, Walla Walla, Wash., 10 April 1995).

The economic importance of public lands grazing was analyzed in this BLM report as outlined earlier. The relative importance of agriculture in the economy, the relative importance of livestock activity in agriculture, and the relative importance of federal forage as a source of feed were combined to estimate the contribution of that federal forage to the county economies.[7] Of the 102 counties, only 11 were found to have more than 1 percent of total income or employment associated with public lands grazing (see Table 3).

Clearly there are some counties in the West where federal grazing plays a greater role than the tiny fraction of 1 percent found at the state level. It is important to put these most dependent counties in perspective. The five Idaho counties (out of forty-four) represent a little over 1 percent of the total Idaho economy. The three Oregon counties (out of eighteen) represent about 11 percent of the eastern Oregon economy. The one Washington county (out of twenty-one) represents about 2 percent of the eastern Washington economy. The parts of Wyoming and Nevada included in the study were too small to characterize in this way. None of the twelve western Montana counties had a dependence on federal grazing that exceeded 1 percent of income or employment.

These counties had a higher dependence on federal grazing because some, like Clark County, Idaho, derived a very large percentage of their income (58 percent) from agriculture. Others, such as Harney County, Oregon, derived almost all (88 percent) of their agricultural income from livestock. Others, such as Camas County, Idaho, and Humboldt County, Nevada, relied on federal grazing for as much as 40 percent of their livestock feed. These higher dependencies were clearly the exception, not the rule, in the broad seven-state region of the West that the ICBEMP grazing analysis studied.

Another way to investigate the potential local dependence on federal grazing is to pick a particular local region in the West where federal forage has been very controversial and analyze the relative importance of federal forage there. Southwest New Mexico, including Catron County, makes an interesting case study. The "county ordinance" movement, which asserts that county gov-

*266*

BLM_0079402

ernments can exercise control over federal lands, began in Catron County. It was conflict over federal land management policies, including grazing policies, that ignited this part of the "Sagebrush Rebellion." Table 4 reports on an analysis of the five counties in the southwest corner of New Mexico.

In that isolated rural area, about 3 percent of income and 6.5 percent of jobs are associated directly with agriculture. Because agricultural prices, especially cattle prices, were low in the mid-1990s, the income figure probably understates the relative importance of agriculture in more normal times. On the other hand, since 30 to 40 percent of income is derived from nonlabor sources (for example, investment and retirement income), the jobs figure overstates the relative importance of agriculture.

The relative importance of livestock as a percentage of all agricultural activity varies considerably in these five counties. In Catron County, it is nearly 100 percent. In Luna County, less than a quarter of agricultural sales are from livestock. Reliance on federal lands for forage also varies from 34 to 43 percent in Luna and Catron Counties, to only 10 to 15 percent in Grant and Sierra Counties.[8] As a result, for four of the five counties, less than 1 percent of income is tied to federal grazing. Only in Catron County does the economic importance of federal grazing rise much above 1 percent. For Catron County, about 2 percent of income and 9 percent of jobs appear to be tied to public lands grazing. For this group of southwest New Mexico counties as a whole, less than half to three-quarters of 1 percent of the economy is tied to federal grazing.

### Taking a More Dynamic View of the Economic Impact of Federal Grazing

The discussion thus far has assumed that if the forage available from federal lands is reduced, cattle production will be reduced proportionately. This is a rather simplified view of the local economy that can be criticized as both understating and overstating the impacts of changes in federal grazing policy.

Grazing interests are likely to make two points. First, the privately owned "base" ranch may depend on adjacent federal lands for grazing while the private lands are used to raise livestock feed for winter or dry-season use. Those ranches depend on federal grazing leases on surrounding land to be viable. Without access to that federal land, it is argued, the ranch operation ceases to be viable, and the decline in cattle production will be more than just propor-

tional to the lost federal forage. The ranches will cease to function, and the entire output will be lost. Second, it is usually argued that declines in agricultural operations will have amplified impacts on the rest of the economy because ranching is the central part of the local economic base, and as it declines, the locally oriented businesses that depend upon it will also decline. In short, besides the direct impact, there will be an indirect "multiplier" effect.

Both of these criticisms of the proportional approach I have taken make the same assumption the proportional approach made, which is that there will be no dynamic, business-like adjustments to changes in the availability of forage. This is a static view of the economy: When there is a reduction in the availability of an input, production just passively adjusts downward. Less is produced and previously productively employed resources now sit idle or underemployed.

That is not how an entrepreneurial market economy responds to change. Productive resources are almost never left unemployed for a substantial period of time. Changes in the availability and cost of inputs do not lead to permanent shutdowns. Profit-seeking or loss-minimizing businesses immediately begin adjusting what they produce and how they produce it to accommodate the changes in economic circumstances.

Ranchers will respond to reductions in the availability of federal forage or increases in the cost of federal forage just as they have responded to the constantly falling real price of beef, lamb, and wool or the rise in cost of other inputs relative to commodity values. When fuel or feed costs rise, ranchers do not just reduce cattle production proportionately and permanently. They find ways of cutting other costs and improving the efficiency of their operations. Federal forage is just one type of feed and just one cost of ranching operations. As the availability and cost of federal forage changes, ranching will change to accommodate it. There may be some reduction in production, especially in the short run, but the more likely response will be a reorganization of western ranch operations to adjust to the new circumstances. Land, capital, equipment, water, and buildings will be incrementally redeployed to accommodate the new economic circumstances. This is not a new phenomenon. It is how farms and ranches have survived for a century or more.

Ranchers are not tied to a single way in which to use their resources to raise cattle. A variety of livestock systems are available and in use. Some operations plan for calves in the fall, either from purchase or from the operation's

**Table 4. Economic Dependence on Federal Grazing in Southwest New Mexico: Catron, Grant, Hidalgo, Luna, and Sierra Counties (Average, 1992–1996)**

| County | % of Income from Agriculture | % of Jobs from Agriculture | % of Agriculture in Livestock | % of Livestock Feed from Federal Grazing | % of Total Income from Federal Grazing | % of Total Jobs from Federal Grazing |
|---|---|---|---|---|---|---|
| Catron | 4.2% | 20.8% | 99.6% | 42.8% | 1.80% | 8.88% |
| Grant | 0.4% | 2.9% | 93.7% | 10.0%` | 0.03% | 0.27% |
| Hidalgo | 8.3% | 10.5% | 35.6% | 29.3% | 0.89% | 1.09% |
| Luna | 5.7% | 7.5% | 23.9% | 33.6% | 0.49% | 0.61% |
| Sierra | 3.5% | 8.2% | 64.2% | 15.0% | 0.34% | 0.79% |
| 5 counties | 3.3% | 6.5% | 45.5% | 25.5% | 0.39% | 0.76% |

*Source: K. Moskowitz, personal communication, 21 January 1999.*

300 MILLION ACRES AT STAKE

BLM_0079403

own breeding cows, then put the calves on rations of alfalfa hay and small amounts of grain or other concentrates until spring. At that time they can be sold or put on pasture and range. Other operations purchase heavier animals to start with, put them on spring and summer pasture, and then sell them in the fall. That way, no winter feeding is necessary, and the short ownership period protects against price fluctuations. A third system, of course, is the cow-calf operation that involves calving in the late winter or early spring, when feeding is usually necessary; grazing during the summer and early fall; then sale of the calves and feeding of the cows over the winter. These are just three examples. The point is that there is considerable flexibility in how cattle growers can deploy their resources.

Federal agricultural economists have modeled the likely impact of a significant reduction in the availability of forage from public lands, specifically a 33 percent reduction. The rising cost of irrigation water and high value of irrigated land for crop production were assumed to block any expansion of irrigated pasture. Problems associated with farm organization were assumed to block any expansion in the use of crop residue for forage. This left only private dryland pasture and rangeland available to fill in the gap caused by the reduction in grazing on federal lands. The federal researchers estimated that not only could this gap be filled, but a significant expansion in total cattle production could take place.

The basis for this assumed ability of livestock producers to adapt to the loss of access to some federal grazing lands was the fact that in the recent past, private lands throughout the nation supported significantly larger cattle herds than they do today. Cattle numbers peaked in the mid-1970s and are 25 percent lower today. This indicates that private grazing lands can support a significantly larger number of livestock than they do today. The federal researchers estimated that a 40 to 50 percent increase on private grazing lands was possible.[9]

A market economy is not a static one in which workers, business managers, capital, land, water, equipment, buildings, and so forth get permanently wasted every time there is a significant change in economic circumstances. Quite the contrary. The genius of a market system is its ability to adapt to change and keep valuable resources in productive use. Projections based on the static assumption of valuable economic resources being permanently unemployed are simply wrong.

There is an important corollary to this thesis of a dynamic economy. The demand for agricultural products is limited. Consumption does not surge when prices are low or when incomes increase. There is only so much food we are likely to consume, and this quantity increases only as the population grows. That is one reason why farms and ranches are perennially in trouble. Each agricultural operation seeks to increase its income by expanding production. The collective impact of this is to drive prices downward. Demand does not respond much to the lower prices, and farmers and ranchers are simply worse off.

This relatively fixed demand for agricultural products also means that when the government supports expanded production in one geographical area, the inevitable result is hardship in other geographic areas where farmers and ranchers are not getting similar support. In that sense, for the nation as a whole, government support for cattle production in the West is not a boon to cattle producers as a whole. In fact, cattle producers in a state like Montana, where federal forage plays only a limited role, regularly express hostility toward other western ranchers, whom they see as being on the federal "dole" at Montanans' expense.

### Who Depends on Whom:
### The Increasing Reliance of Farm Families on the Nonfarm Economy

The last two decades have not been good ones for farmers or ranchers in the West. In both the mid-1980s and in the mid-1990s, net farm and ranch incomes in many areas approached zero or actually became negative. Despite these serious problems in agriculture in the West, since the late 1980s the western states have led the nation in job, income, and population growth. This western growth has not just been a metropolitan phenomenon. During the 1990s, almost every single nonmetropolitan county in the inland West saw significant population growth.

This extensive economic vitality despite difficulties in the agricultural sector speaks to the diversity and resilience of the economies of the West. This region is no longer primarily a ranching or farming or mining or timber area. Despite relative or absolute declines in all of these sectors, almost the entire region has shown impressive economic vitality. This tells us something about what is and is not energizing the economies of the West.

Farm and ranch operations are increasingly made financially feasible only because farm families have access to nonfarm employment and income. Nationally and within the Rocky Mountain region, almost 90 percent of the income received by farm and ranch operator families comes from nonfarm sources.[10] Of course, many of these farms and ranches are small and not the main income-producing economic activity of the operators. If we look only at farms and ranches with sales of $100,000 or more, about half of household income still comes from nonfarm sources.

Beef cattle ranchers in the western states also depend significantly on off-farm work to support their families, with 40 to 60 percent reporting their main occupation to be something other than rancher or farmer. In addition, 60 to 70 percent of western beef cattle ranchers report that they do some paid work

#### Table 5. Off-Farm Employment of Beef Cattle Ranchers, 1997

| State | Worked Off-Ranch Some of Time | Worked 20 or More Weeks Off-Ranch | Main Occupation Not Rancher or Farmer |
|---|---|---|---|
| Arizona | 59% | 50% | 47% |
| California | 57% | 52% | 47% |
| Colorado | 61% | 49% | 46% |
| Idaho | 60% | 50% | 46% |
| Montana | 53% | 58% | 35% |
| Nevada | 60% | 50% | 45% |
| New Mexico | 59% | 51% | 49% |
| Oregon | 63% | 53% | 54% |
| Utah | 66% | 57% | 58% |
| Washington | 57% | 51% | 47% |
| Wyoming | 57% | 53% | 40% |

*Source: U.S. Department of Agriculture, National Agricultural Statistics Service, 1997 Census of Agriculture, vol. 1, Geographic Area Series, Table 16, www.nass.usda.gov/census.*

BLM_0079404

off the ranch. Over half of beef cattle ranch operators worked twenty or more weeks off the ranch. (See Table 5.)

These figures suggest that assertions about the dependence of urban economies on agricultural activity taking place on the rural landscape have the relationship reversed. It is not that towns depend on agriculture but that agriculture increasingly depends on the vitality of urban and nonagricultural rural economies to provide the nonfarm income that keeps farm operations alive. Agriculture is a subsidiary activity supported by the vitality of the nonagricultural economy. It is the growth in locally oriented jobs and income during the past two decades that has kept the agricultural sector from shrinking significantly more than it has, not the other way around. This suggests that those concerned with the financial viability of agriculture need to be focused on enhancing the nonfarm economy—the economic base supporting agriculture.

### Looking at the Whole Economy, Not Just One Sector

The political pressure to reduce the level of grazing on public lands is not motivated by some irrational desire to harm western ranchers or some irrational dislike of cattle and sheep. Rather, livestock grazing increasingly is competing with other valuable uses of public lands. Our federal lands are capable of contributing to many different commonly held objectives: food, minerals, recreation, open space, wildlife habitat, clean water, biological diversity, and other environmental services.

Not all of these values can be pursued simultaneously on each piece of public land. In that sense we face a familiar economic choice: What is the highest-valued use or mix of uses for any particular area? Unavoidably, the choice of one set of uses requires us to forgo other uses. This dilemma does not mean that we suffer net losses no matter what we do. Quite the contrary, when we choose a set of uses on which we place higher value—whether that value is monetary in nature or not—we improve our well-being. Making such choices among competing alternatives is something we do every day. When we pay for a meal at a restaurant or purchase an automobile, most of us do not feel that that economic act made us worse off. The value of what we gained, if we made the right choice, justifies the cost in terms of what we gave up. On net, we have improved our well-being.

This is a point of fundamental importance. In the analysis thus far we have focused only on what we might have to give up if livestock grazing on public lands were reduced. Since, however, we would be reducing public lands grazing in the pursuit of other valued objectives, against that loss has to be set the expected gain: a healthier landscape, cleaner water, more diverse wildlife, highly valued recreation experiences, and so on. If these nongrazing uses are in fact the more highly valued uses, we as a nation will experience a net gain in well-being, not a loss because of the changes in livestock production.

This same focus on net gain applies to the local economy as well. The ongoing growth in the western states' economies, despite relative or absolute declines in their natural resource sectors, is tied to residential and business location decisions motivated by the pursuit of higher-quality living environments. There is no other plausible explanation.[11] Protecting natural landscapes, for better or worse, draws economic activity toward an area. Therefore, efforts to protect the character and quality of the public lands and waters of the West can contribute directly to the ongoing economic vitality of the region.

Offsetting the small decline in economic activity that may accompany reduced public lands grazing will be increased economic activity supported by the public lands amenities that are being protected. Again, from an economic point of view, it would be an error to focus only on the cost of protecting those landscapes (the reduction in livestock activity) while ignoring the gain (improved environmental quality and the well-being and economic vitality it supports). In that basic sense, if the right choices are made in pursuing more highly valued uses of our public lands, there will be no economic loss, just a net economic gain.

### Being Clear About What We Seek

Changes in federal policy on grazing on public lands will not lead to a catastrophic collapse of the economies of the West. Only a tiny sliver of those economies rely on federal grazing. A much larger part of those economies rely on the region's higher-quality living environments. The economies can certainly adjust productively to almost any change in the price or quantity of federal forage. Regional economic impacts should not be the issue. Some ranches and individuals will be significantly impacted in a negative way. Some certainly will be hurt by changes in policy. Depending on the equities involved, we as a people may want to assist those negatively impacted. It is grossly inefficient, however, to make blanket public policies to deal with the problems of a few. It is far more efficient to deal directly with those who suffer significant impacts and to assist them in making the necessary adjustments.

Most Americans, however, have an interest in the well-being of western ranchers that goes beyond whether they are or are not the economic base of the rural West. Western ranchers are an important cultural icon. In addition, the wide open spaces of the West that ranchers work are part of the landscape we deeply value. We would like to keep both that ranching way of life and that landscape. We can do that.

Unlimited grazing access to federal lands is not central to either of these objectives. As discussed above, ranching in the West is not going to disappear if it loses access to some or all federal forage. It will simply reorganize and work the private, state, and tribal lands of the West.

In addition, despite the almost explosive population growth in the West, most ranchland is not about to be subdivided and settled. Although subdivisions are occurring on the periphery of our urban areas, the West will continue to be primarily an urban area with huge expanses of open space between settlements. The existence of extensive public lands assures that a considerable amount of that open space will remain so indefinitely. The more remote nonfederal lands will continue to be devoted to agricultural uses. If we want to ensure that certain private lands remain as open space and/or in agricultural use, we can work to establish conservation easements and purchase development rights. Identifying key private lands, well before they are under imminent threat of residential development, would enable conservation-minded interests to protect such lands while costs are still relatively low.

Retaining public lands livestock grazing, which compromises other environmental values, is not an efficient or effective way to protect open space or a ranching way of life. If those are our objectives, we have to choose far more direct and focused tools, rather than continuing to sacrifice huge areas of the West to a less valued use—livestock grazing.

BLM_0079405



# THE ECONOMIC IMPORTANCE OF FEDERAL GRAZING TO THE ECONOMIES OF THE WEST

## by Thomas Michael Power

## Abstract

Close examination of the economic importance of livestock grazing, or the lack thereof, is critical to anyone concerned with determining the appropriateness of grazing on our wild lands. Thomas Michael Power is professor and chairman of the Economics Department at the University of Montana in Missoula. In the following paper, Dr. Power concludes that agriculture is not the mainstay of any of the Western states economies. In fact, agriculture has continued to shrink in relative economic importance as the non-agricultural economy in the West has expanded briskly. Dr. Power points out that ranching, despite its colorful association with the old West is not a dominant part of the contemporary Western economies. Ranching directly provides less than a half of one percent of all of the income received by Westerners, and ranching on public lands is responsible for even less economic activity. In fact, agriculture is a subsidiary activity supported by the vitality of the non-agricultural economy. Due to its small economic significance, impacts of grazing must be compared to the environmental impact of the current level of public land grazing.

### Thomas Michael Power

**Professor and Chairman**
**Economics Department**
**University of Montana**
**Missoula, MT 59812**
**406/243-4586**
**(photo of Dr. Power)**

## TABLE OF CONTENTS

**Section I.** Introduction

**Section II.** Measuring the Relative Importance of Agriculture in a State's Economy

**Section III.** Measuring the Relative Economic Importance of Grazing on Federal Lands

**Section IV.** The Increasing Reliance of Farm Families on the Non-Farm Economy

**Section V.** Conclusion

**Endnotes**

BLM_0079406

**Figure 1.** Inflating the Farm-Related Sector
**Figure 2.** Shrinking the Economy to Enhance the Relative Size of Agiculture
**Figure 3.** Inflating the Role of Agriculture: Utah Income, 1987-1989
**Figure 4.** The Direct Importance of Agriculture: Utah Personal Income, 1987-1989

**Table 1.** Measuring Dependence on Federal Grazing
**Table 2.** Employment and Income from Federal Grazing
**Table 3.** The Importance of Off-Farm Income: Beef Cattle (Except Feedlots)
**Table 4.** The Importance of Off-Farm Income

# THE ECONOMIC IMPORTANCE OF FEDERAL GRAZING TO THE ECONOMIES OF THE WEST

## by Thomas Michael Power

### Introduction

This paper briefly looks at the economic importance of federal grazing lands to the economies of the Western states. It concludes that that contribution is very modest and that substantial reductions in grazing on federal lands would not have a significant negative impact on those economies.

It is important to understand that to say that a particular economic activity represents a relatively small part of the total economy is not to attack or criticize that sector. In a diverse, healthy economy, no one industry would dominate in the sense of providing an unusually large fraction of either employment or income. Diversification and economic development tend to systematically reduce the relative importance of primary production: agriculture, mining, forestry, etc. That is not an alarming sign but the opposite: A sign that economic development is reducing dependence upon a few unstable industries.

This paper begins with a discussion of the ways in which the relative importance of agriculture to the overall economy is often exaggerated. It then turns to an estimation of the economic importance of federal public lands grazing. Finally it discusses the increasing reliance of the agricultural sector on the vitality of the non-agricultural sectors for economic survival.

## Measuring the Relative Importance of Agriculture in a State's Economy

All of us like to believe that what we do is important. Industries are no different. Commercial businesses have an additional reason for wanting to be able to demonstrate how important they are: The more others believe that they rely upon a particular business or set of businesses, the easier it is to wrap their private commercial interests in the mantel of the public interest. That, of course, increases the political clout of the business or industry.

BLM_0079407

Industries that rely upon public subsidies or government favors have an even greater need to demonstrate their relative importance. Their stature often is the basis upon which they lay claim to the public support or subsidies. It is not surprising, then, to find the truth stretched a bit in industry-oriented analyses of the relative economic importance of mining,agriculture, or timber industries.

The usual measure of relative economic importance is a straight ratio: Relative Economic Importance = Contribution of Agriculture/Size of the Total Economy. This ratio will be exaggerated if either the numerator, the actual size of the contribution the agricultural sector makes to the economy, is exaggerated or if the denominator, the measure of the size of the total economy, is understated.

A study of the contribution of the agricultural sector to the economy of Utah done by the Agricultural Experiment Station at Utah State University provides a good example of how such measures of relative importance can get inflated.[1]

When measuring the relative importance of agriculture, the Utah study adds together all food-related activities and labels them agricultural-related.Some of this linking of off-farm economic activity with on-farm economic activity is more plausible than others. For instance, the Utah study counted employment and income in restaurants, supermarkets, other food stores, and wholesale food distributors as agricultural-related. There is a primitive logic to this. If food were not produced, restaurants could not sell meals. But it is not plausible to argue that if agricultural products were not produced in Utah, these restaurants and food stores would not be able to obtain food. Many areas that are totally urban in nature manage to import food and successfully operate restaurants and food stores. The people of Utah would not starve if food products were not produced in Utah. Figure 1 shows how this claim that Utah restaurants and food stores depend upon Utah farms and ranches dramatically increases the apparent economic importance of agriculture above its direct contribution to incomes: Inclusion of this retail and wholesale food activity increases the apparent importance of agriculture by almost 250 percent or agriculture's direct importance!

The Utah study also claims as agricultural-related a variety of economic activities of questionable relevance. For instance, the salaries and employment provided by schools of agricultural are counted as agricultural-related. But these schools are primarily supported by tax funds that flow directly from other Utah citizens and businesses. That is, a burden is imposed upon other economic activities in Utah in order to fund these schools. That cannot be treated as merely contribution to the economy. It is a benefit that is largely offset by the cost of the taxes collected. State taxing and spending does not usually create significant net new jobs or income. The study also counts as agricultural the urban nurseries and green-houses that supply our yards and homes. Fur farms are also counted. These too involve a broad stretch of questionable legitimacy in an effort to inflate the agricultural sector. Figure 1 shows the impact of this on the apparent importance of agriculture. This stretching adds 60 percent over the direct impact of agriculture.

The Utah study also assumes that all food processing in Utah that uses Utah agricultural products exists only because those products are grown in Utah. But this too may not be the case. Food processing activities are spread very widely across our nation. Foods are processed in areas where those foods are not produced by simply importing the raw food. Almost all areas, regardless of the level of local agricultural operations have some food processing: bakeries, breweries, processed meats, beverages, snack foods, etc. If food production in Utah were to be reduced, it would not necessarily mean that all food processing would be similarly reduced. See Figure for the inflating impact of this assumption. Counting food processing adds fifty percent over the direct importance of agriculture.

BLM_0079408

Case No. 1:20-cv-02484-MSK   Document 53-14   filed 04/28/21   USDC Colorado   pg 110 of
152

Farmers and ranchers rely upon the services of accountants, lawyers, banks, real estate agents, etc. The part of these service providers who are supported by their agricultural clients can be seen as agricultural-related. Similarly, those businesses that supply goods to Utah's farms and ranches: fuel, electricity, equipment, buildings, etc. can be seen as dependent upon agriculture. If these farm and ranch suppliers are counted as part of agriculture, **Figure 1** shows the impact in expanding the apparent importance of agriculture. Including these suppliers triples the size of the agricultural sector compared to its direct impact. There is some plausibility in counting these suppliers¿ ¿ economic activities as agriculture-related. But the implicit assumption behind doing so is certainly questionable from a historical point of view. That assumption is that if that agricultural activity did not take place the people supplying the services and goods would otherwise not be employed within the Utah economy. They would either have to move out or, if they stayed, they would be permanently unemployed.

From a historical point of view this assumption is certainly questionable. It has been the shift of population off of the farm and away from serving farm activities that has allowed economic development to take place in Utah and elsewhere. Shifting our work force from less productive activities to more productive activities is what has allowed our standard of living to improve. Certainly very few people would support the proposition that we would all be better off if 50 percent of our population was still involved in agriculture rather than five percent. People who are no longer engaged in agriculture or the support of agriculture do not become permanently unemployed. In general they shift to jobs that are more productive and higher paying. That is not a drag on Utah's or the nation's economy.

**Figure 1** shows the dramatic inflation in the apparent size of the agricultural sector that one can get if one is creative in moving away from the direct contribution agriculture makes to include as many links as possible with other economic activities. Whether this sort of inflation represents information or knowledge is highly questionable.

The adjustments summarized in **Figure 1** represent increases in the numerator of the fraction that is used to measure the relative importance of agriculture. One can also creatively operate on the denominator to make the size of the total economy appear smaller than it actually is. The Utah study focused only upon wage and salary income. This meant that both the income received by the self-employed and the income received that is not associated with current activity in the labor market (e.g. retirement income) got ignored. These non-wage sources of income represent almost 40 percent of total income. Ignoring these income sources means that a significant part of the total economy gets ignored. In addition, the Utah study assumed that total wage and salary income was 13 percent smaller than the federal statistics indicate. As a result of these two adjustments, the denominator used in the Utah study to measure the size of the economy was more than cut in half. That by itself, of course, doubled the apparent importance of agriculture. See **Figure 2**

The result of this way of measuring the relative importance of agriculture is shown in **Figure 3**.
Agriculture appears to represent about 13 percent of the total Utah economy. That does not show an overwhelming dependence on agriculture but does suggest that agriculture is one of the larger sources of economic activity in Utah. But if one backs up and looks only at the direct contribution that Utah agriculture makes to income and employment, one sees something quite different. Agriculture directly generates only about one percent of total income. **Figure 4** shows this and the additional 5.4 percent that could be counted if one accepts the linkages to other economic activities that the Utah study assumed. **Figure 4** also more accurately reflects the rest of the total economy by counting all sources of income. It certainly may make a difference

BLM_0079409

to public policy whether agriculture is responsible for one out of every eight dollars earned in Utah or one out of every hundred.

The Utah study is not alone in exaggerating agriculture's importance in this way. Most other states have produced similar studies, as has the federal government. In fact, the federal government's analysis of the American economy as a whole suggested that agriculture was significantly more important than agriculture in Utah: about 20 percent of economic activity was found to be agriculturally-related as opposed to the 15 percent calculated in the Utah study.[2] When the federal methods of estimating the relative economic importance of agriculture are applied to Utah, they increase agriculture's apparent importance by a third. The Utah study obviously did not press the limits of the exaggeration that is possible.[3]

## Measuring the Relative Economic Importance of Grazing on Federal Lands.

One of the more emotionally debated issues of public policy over the last decade and a half has been the level of grazing on federal lands in the West and the appropriate grazing fee to charge for those animals that are allowed to graze. Much of the emotion is tied to the perception that these federal lands are relied upon by most ranching operations in the West and that without access to the forage these federal lands provide, many Western ranches would cease to be economically viable. Since, it is usually assumed, ranching is the economic backbone of the Western economies, such a loss would have a devastating impact of the Western states. Arguments of this sort have successfully forestalled almost all significant reforms of federal grazing policies through the mid-1990s.

These economic claims about the relative importance of federal grazing to the economies of the Western states can be simply analyzed in three steps: a) What portion of livestock feed in each state is provided by grazing on federal lands? b) What part of total agricultural production is provided by cattle and sheep operations? c) What is the direct contribution that agricultural operations make to the state economy?

For many of the Western states, federal lands provide only a small percentage of the total forage needed to support livestock herds. Montana, for instance, obtains only about 7 percent of its forage from federal lands. Washington, California, and Colorado get only two to six percent of their forage from this source. Overall, the eleven western states obtain only an eighth of their forage from federal lands.[4] See Table 1. From a national perspective the reliance on Western federal lands is dramatically lower: Only two percent of the feed consumed by beef cattle in the contiguous states is provided by grazing federal lands.[5]

This direct calculation of the degree of ranching dependence on federal lands is to be contrasted with the method used in other studies. A recent New Mexico study defined all ranches that obtained more than five percent of their forage needs from federal lands as federal grazing dependent. Using this definition, even though Washington ranches only get two percent of their feed from federal lands, they are classified as 45 percent dependent upon federal lands.[6] This twenty-fold exaggeration of the degree of dependence follows entirely from an arbitrary and nonsensical definition.

Table 2 calculates the contribution federal grazing makes to the economies of eleven Western states. The percentage reliance on federal forage is multiplied by the percent of agricultural economic activity represented by cattle and sheep operations. This in turn is multiplied by the direct contribution agriculture makes to the

BLM_0079410

economy in terms of both income and employment. For instance, for Montana, federal forage represents 7 percent of total livestock forage. Cattle and sheep operations are responsible for about 50 percent of the dollar value of all agricultural sales. Finally, agricultural is responsible for about 7 percent of total income. As a result, federal grazing is responsible for about one quarter of one percent of all income in Montana.[7]

Table 2 provides a similar calculation of the employment associated with federal lands grazing. It should be kept in mind that livestock is not synonymous with cattle in the West. In many Western states poultry raising is the dominant form of livestock production. For instance, in Arizona, the livestock work force is not primarily cowboys but chicken-raisers. Almost 80 percent of Arizona and California livestock marketings are not cattle or sheep. In Washington, Oregon, and Utah only about half of the livestock are cattle or sheep. In the eleven Western states, only 60 percent of the livestock activity is associated with cattle or sheep.

Table 2 shows that only about one dollar out of every $2,500 in income received in the eleven Western States is directly associated with grazing on federal lands. In employment terms, one out of every 2,000 jobs are directly tied to federal lands grazing. All grazing on federal lands, of course, is not threatened by changes in federal policy. Only some fraction is. Thus the impact of any change in federal grazing policy is only a fraction of these maximum impacts.

Thus, potential job and income losses can be expressed in terms of the time it would take for the economies to replace these jobs through the normal expansion of the economy. If economic growth since 1980 is taken as the reference point, the loss of all federal grazing would cause income growth in the eleven Western states to pause for six days. To make up for the lost jobs, economic growth would pause for a week and a half. That is, even the worst case scenario where all grazing on federal lands is eliminated, the income and job losses could be made up in a matter of a few days by the normal expansion of the economy.

## Who Depends upon Whom:
## The Increasing Reliance of Farm Families on the Non-Farm Economy

Cattle raising operations are increasingly made financially feasible only because operators and other family members have access to non-farm employment and income. Nationally, almost 80 percent of the income received by beef-raising operations comes from non-farm sources. [8] Table 3. The Census of Agriculture does not provide a state-by-state break down of the importance of non-farm income to cattle ranches, but it does provide this information for agriculture as a whole. Table 4 provides that information. For urban states like Utah, Nevada, and Oregon, off-farm income provides 67 to 80 percent of farm family income. In other states the importance of off-farm income is not as great but in general it provides the majority of farm family income.

This suggests that arguments about how urban economies really depend upon agricultural activity taking place on the rural landscape have the relationship reversed. It is not that towns depend upon agriculture but that agriculture increasingly depends upon the vitality of urban and non-agricultural rural economies to provide the non-farm income that keeps the farm operations alive. Agriculture is a subsidiary activity supported by the vitality of the non-agricultural economy. It is the growth in non-basic jobs and income during the last decade that has kept the agricultural sector from shrinking significantly. Not the other way

BLM_0079411

around.

# Conclusion

Agriculture is not the mainstay of any of the Western states economies. Agriculture has continued to shrink in relative economic importance as the non-agricultural economy in the West has expanded briskly while the farm sector has fluctuated erratically but declined. This is not frightening news for the West. This is a characteristic of economic development. Our farms have been giving up their work force to non-farm activities for almost two centuries. It is the transfer of that labor force from a relatively low productivity undertaking to jobs of higher productivity that made possible our modern standard of living. What is happening in the West has happened in all other areas of the country.

Ranching, despite its colorful association with the old West is not a dominant part of the contemporary Western economies. Ranching directly provides less than a half of one percent of all of the income received by Westerners. Ranching on federal lands is responsible for even less economic activity: one out of every $2,500 of income received. Changes in federal grazing regulations would not eliminate all of this federal lands grazing. Thus, the actual impact of federal grazing reform on Western economies will be minuscule. The impact is likely to represent a pause of a few days in the ongoing expansion of the Western economies. This is hardly a catastrophic economic impact. This very minor impact needs to be compared to the environmental impact of the current level of public land grazing.

Finally, in the West as elsewhere, our towns and cities are less and less dependent upon farm and ranch activity. Increasingly, the relationship is the other way around: It is expanding non-farm activities that provide farm and ranch families with the jobs and income that allow them to continue to pursue the farm and ranch lifestyle. It is urban life that makes farm life possible. This suggests a mutually productive relationship rather than an urban dependence on basic economic activity in rural areas.

---

# Endnotes.

1. **The Size and Role of Agriculture in Utah**, Donald L. Snyder and W. Chris Lewis, Research Report 129, Utah Agricultural Experiment Station, Utah State University, Logan, Utah, October 1989.

2. Measuring the Size of the U.S. Food and Fiber System, Agriculture Economic Report No. 566, Economic Research Service, U.S.D.A., Washington, D.C., March 1987.

3. See Snyder and Lewis, op. cit., p. 19. 4.

4. The percent of cattle feed coming from federal lands was taken from Table 5 in E. Bruce Godfrey and C. Arden Pope III, **The Trouble with Livestock Grazing on Public Lands**, in Current Issues in Rangeland Resource Economics, Oregon State University Extension Service, February, 1990, Special Report. The data is for the year 1988. The percent of forage from federal lands given by Godfrey and Pope are significantly lower than those estimated in a recent New Mexico study. Table 6 in **The Importance of Public Lands to Livestock Production in the U.S.**, College of Agriculture. New Mexico State University, Range Improvement Task Force, Agricultural Experiment Station, Cooperative

BLM_0079412

Extension Service, RITF Report 32, June, 1992. Most of this difference can be explained by the failure of the NMSU study to include all of the cattle inventory in its analysis. When the full cattle inventory reported by USDA NASS is included and their feed needs are weighted following the Forest Service <u>An Analysis of the Range Forage Situation in the US: 1989-2040</u> (p. 49) the Godfrey and Pope results for 1985 can be largely reproduced for 1989.

5. <u>Grazing Fee Review and Evaluation Update of the 1986 Final Report</u>, Report of the Secretaries of Agriculture and The Interior, April 30, 1992, Department of Agriculture, Forest Service, and Department of the Interior, Bureau of Land Management, P. 2. Note the distinction between forage requirements and feed requirements. Forage includes pasture, rangelands, and crop aftermath. Total feed, however, is likely to include fed hay and grain as well as forage. Since the cattle herd depends upon all sources of feed for survival and weight gain, the other sources of feed should not be ignored in calculating dependence of those cattle herds on federal grazing lands.

6. <u>The Importance of Public Lands to Livestock Production in the U.S.</u>, College of Agriculture, New Mexico State University, Range Improvement Task Force, Agricultural Experiment Station, cooperative Extension Service, RITF Report 32, June, 1992.

7. The employment, income, and agricultural sales data came from the <u>Regional Economic Information Service</u> (REIS) CD-ROM, Bureau of Economic Analysis, U.S. Department of Commerce. It was assumed that the percentage of total agricultural income and employment that was associated with livestock operations was directly proportional to the share of total agricultural marketings that is livestock. This probably over-states the relative importance of livestock operations. In calculating the relative importance of federal grazing as a source of income, the income data was deflated using the consumer price index and the average relative importance of agriculture for the period 1980-1991 was used rather than the latest year. For employment, the data for 1991 were used since agricultural employment fluctuates much less than agricultural income.

8. 1987 Census of Agriculture.

---

# TABLE 1

### Measuring Dependence on Federal Grazing

| State | % of Ranches "Dependent" on Federal Grazing | % of Feed from Federal Grazing | Percent Exaggeration "Dependent" |
|---|---|---|---|
| Arizona | 66% | 24% | 275% |
| California | 94% | 4% | 2350% |
| Colorado | 53% | 6% | 883% |
| Idaho | 97% | 14% | 693% |
| Montana | 43% | 7% | 614% |

BLM_0079413

| | | | |
|---|---|---|---|
| Nevada | 100% | 43% | 233% |
| New Mexico | 51% | 20% | 255% |
| Oregon | 74% | 11% | 673% |
| Utah | 99% | 24% | 413% |
| Washington | 45% | 2% | 2250% |
| Wyoming | 76% | 16% | 475% |
| 11 W. States | 69% | 12% | 575% |

"Dependent" = more than 5% of forage from federal grazing

Sources:
  The Importance of Public Lands to Livestock Production in the U.S., RITF Report 32, New Mexico State Univ., 1992
  The Trouble with Livestock Grazing on Public Lands, E.B. Godfrey and C.A. Pope III.

---

## TABLE 2

## Employment & Income from Federal Grazing

| | Arizona | Calif. | Colo. | Idaho | Mont. | NewMex | Nevada | Oregon | Utah | Wash. | Wyom. | 11 West. States |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employment** | | | | | | | | | | | | |
| Agricultural jobs as a % of total | 1.07% | 1.63% | 1.0% | 6.18% | 7.01% | 2.54% | 0.65% | 3.83% | 1.89% | 2.74% | 4.55% | 2.06% |
| Cattle & Sheep jobs as a % of total | 0.10% | 0.09% | 1.18% | 2.11% | 3.53% | 1.40% | 0.38% | 0.91% | 0.81% | 0.51% | 3.47% | 0.53% |
| Federal grazing jobs as a % of total | 0.11% | 0.00% | 0.07% | 0.30% | 0.25% | 0.28% | 0.16% | 0.10% | 0.19% | 0.01% | 0.56% | 0.06% |
| Days of normal job growth to replace ALL federal grazing jobs | 14 | 1 | 14 | 72 | 93 | 53 | 18 | 23 | 30 | 2 | *** | 11 |
| Federal Grazing Jobs | 2,132 | 603 | 1,456 | 1,636 | 1,085 | 2,129 | 1,228 | 1,630 | 1,805 | 291 | 1,503 | 17,989 |

BLM_0079414

| Income | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural income as a % of total | 1.01% | 1.02% | 1.04% | 4.86% | 3.87% | 1.60% | 0.37% | 1.71% | 0.78% | 1.48% | 2.08% | 1.19% |
| Cattle & Sheep income as a % of total | 0.10% | 0.06% | 0.65% | 1.66% | 1.95% | 0.88% | 0.21% | 0.41% | 0.34% | 0.28% | 1.59% | 0.31% |
| Federal grazing income as a % of total | 0.11% | 0.00% | 0.04% | 0.23% | 0.14% | 0.18% | 0.09% | 0.04% | 0.08% | 0.01% | 0.25% | 0.04% |
| Days of normal income growth to replace ALL federal grazing jobs | 18 | 0 | 6 | 57 | 30 | 25 | 8 | 10 | 9 | 1 | *** | 6 |

**Source:**

- Income and Employment: REIS CD-ROM, BEA, U.S. Dept. of Commerce. Incomes deflated using CPI.
- Employment impact based on 1991 data; income data base on average 1980-1991 data.
- Relative importance of federal grazing land for feed from Table 5 of Godfrey and Bruce, The Trouble with Livestock Grazing on Public Lands, in Current Issues in Rangeland Resource Economics, Oregon State University, Special Report, February, 1990.

---

# TABLE 3

### The Importance of Off-Farm Income
### Beef Cattle (except feedlots)

| | # of Farms | Income ($ bil.) |
|---|---|---|
| Net Farm-Related Income | 626,366 | $4.2 |
| Off-Farm Income | 477,000 | $16.1 |
| non-farm jobs | | $9.8 |
| self-employment | | $1.3 |
| retirement | | $1.9 |
| interest & dividends | | $1.6 |
| Percent of Total Income from Farm Operations | | 21% |
| Percent of total Income from Non-Farm Ops | | 79% |

BLM_0079415

Case No. 1:20-cv-02484-MSK Document 53-14 filed 04/28/21 USDC Colorado pg 117 of 152

**Source: Census of Agriculture**

---

## TABLE 4

## The Importance of Off-Farm Income

| State | net cash farm-related income | | off-farm income | | |
|---|---|---|---|---|---|
| | # of farms | income (million $) | # of farms | income (millions $) | Off-Farm Income as % of On-Farm |
| Montana | 22,989 | $244 | 15,313 | $329 | 135% |
| Idaho | 22,586 | $377 | 16,765 | $439 | 116% |
| Wyoming | 7,776 | $136 | 5,612 | $157 | 116% |
| Colorado | 22,737 | $339 | 18,114 | $560 | 165% |
| New Mexico | 11,969 | $668 | 8,509 | $263 | 39% |
| Arizona | 5,346 | $248 | 3,498 | $206 | 83% |
| Utah | 13,750 | $117 | 10,669 | $343 | 294% |
| Nevada | 3,098 | $40 | 2,188 | $96 | 237% |
| Washington | 27,834 | $868 | 20,996 | $594 | 68% |
| Oregon | 28,744 | $159 | 22,636 | $788 | 497% |
| California | 72,791 | $1,861 | 53,330 | $2,551 | 136% |
| 11 W. States | 239,620 | $5,076 | 177,630 | $6,325 | 125% |

**Source: 1987 Census of Agriculture**

---



**FOREST GUARDIANS**

*Issues:* Water || Grazing || Logging || Wilderness
*Solutions:* Green Plans || Southwest Wildlands Initiative
*And More:* Conservation Leasing || Frontline Newsletter || Map Library || What's New

Home  Membership

mailto:jhorning@fguardians.org

BLM_0079416

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping Part 3b |
| **Date:** | Sunday, February 07, 2010 5:08:21 PM |
| **Attachments:** | The Changing Economy of the West 9-24-03.pdf |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

# The
# Changing Economy
# of the West

## Employment and Personal Income Trends, by Region, State, and Industry, 1970 to 2000



Sonoran Institute
Northwest Office
201 S. Wallace Avenue
Bozeman, Montana 59715
(406) 587-7331
www.sonoran.org

**September 2003**

BLM_0079418

## About the Sonoran Institute

The Sonoran Institute works with communities to conserve and restore important natural landscapes in western North America, including the wildlife and cultural values of these lands. The lasting benefits of the Sonoran Institute's work are healthy landscapes and vibrant communities that embrace conservation as an integral element of their quality of life and economic vitality.

Through community stewardship, the Sonoran Institute contributes to a day when:

- <u>Healthy landscapes</u>, including native plants and wildlife, diverse habitat, open spaces, clean air and water, extend from northern Mexico to Western Canada.

- <u>People embrace stewardship</u> as a fundamental value by caring for their communities, economies and natural landscapes.

- <u>Resilient economies</u> support strong communities, diverse opportunities for residents, productive working landscapes, and stewardship of the natural world.

*prepared by*

Ray Rasker, Ben Alexander, Patrick Holmes

## Sonoran Institute

Northwest Office
201 S. Wallace Avenue
Bozeman, Montana 59715
(406) 587-7331
ray@sonoran.org
ben@sonoran.org
www.sonoran.org

ii

BLM_0079419

## In this Report

In this report, employment and personal income trends are detailed for three regions, every state in the American West, and the non-metropolitan (defined as counties containing no towns larger than 50,000 inhabitants) portions of these states. The report aims to provide users who are unfamiliar with the Economic Profile System with a foundation to conceptualize macro-level changes occurring in western economies. To this end, the report and the data contained herein are available to anyone interested in a basic primer on the current trends of economies in the West.

## Data Sources

The figures and tables in this report were produced using the **Economic Profile System** (EPS), an automated system for producing custom socioeconomic profiles. EPS was developed by the Sonoran Institute, in partnership with the Bureau of Land Management, as a tool to help communities understand the link between economic and environmental well-being in the West.

The tables and figures in this report are a small sample of the data from the full EPS profile, which is available for most geographies in the West.



All of the data for this report were obtained from: U.S. Department of Commerce. 2000. Bureau of Economic Analysis, Regional Economic Information System (REIS). Washington, D.C.

## EPS and Data are Free

The Economic Profile System and its databases are available for free from www.sonoran.org. At this site, you may also download the EPS User's Manual, a database for every state and county in the West, and a PowerPoint presentation on EPS and associated training workshops.

## Copy Figures for Your Own Purposes

We produced this report as a Microsoft Word document so that it would be easy to copy and paste (or paste special) figures and tables from the report to your own documents, slide shows, etc. To copy figures and tables, simply click on the object and select Edit/Copy. You may now go into another document, or PowerPoint presentation, etc. and select Edit/Paste (or Edit/Paste Special).

BLM_0079420

# A Note About Industrial Classifications

Over the last 30 years, virtually all the growth in employment and personal income in western states has been in what can broadly be called services. This shift is misunderstood by many and the source of concern for others. Just as the traditional sectors of logging, mining, ranching, and farming conjure up images of good, honest work with decent family wages, the term "services" to many implies dead-end, seasonal work, often related to tourism.

A shift toward a service-related economy raises immediate concerns that we no longer make things; that we've moved from being a country that manufactures products to one where people are employed in low-paying jobs serving coffee, cutting hair and making beds. In the rural West, the choice is presented like this: After the lumber mill or mine closes, the town will now have to turn its attention to attracting tourists. This bleak choice is a common lament. One significant side effect of the move away from resource extraction, therefore, is that the term "services" has become synonymous with tourism.

Much of this angst is caused by the fact that, until recently, the U.S. Department of Commerce used the antiquated Standard Industrial Classification (SIC) system to organize data on employment and personal income by industry. The SIC system no longer accurately reflects the structure of a modern economy, where high paying and information-intensive occupations like engineering and architecture are lumped into the same category as hotel maids and social service workers. The U.S. is in the process of adopting the North American Industry Classification System, which does a much better job of classifying a modern economy. 

In this report, we define services broadly as "Services and Professional" industries. We use the term **Services and Professional** to underscore an important point: service occupations are not just "hamburger flippers and maids," but rather consist of a combination of high-paying and low-paying professions, mixing physicians with barbers, and hotel maids with architects and financial consultants. They are as likely to support the development of a manufactured good as a personal service.

Those wishing to learn more about the detailed breakdown of services into more useful categories, such as Producer Services (relatively high-wage, tied to goods production) and Consumer Services (generally low-wage) can run custom profiles using the **Economic Profile System**. EPS and it's databases for the entire West can be downloaded for free from www.sonoran.org

BLM_0079421

# Contents

**Regional Profiles**                                                    **Pages**

        Rocky Mountain Region                              **1-2**
        Southwest Region                                   **3-4**
        Far West Region                                    **5-6**

**State Profiles**                                                       **Pages**

        Arizona                                            **7-8**
        California                                         **9-10**
        Colorado                                           **11-12**
        Idaho                                              **13-14**
        Montana                                            **15-16**
        Nevada                                             **17-18**
        New Mexico                                         **19-20**
        Oregon                                             **21-22**
        Utah                                               **23-24**
        Washington                                         **25-26**
        Wyoming                                            **27-28**

**Non-Metropolitan State Profiles**                                      **Pages**

        Map of Non-Metro County Classification             **30**
        Arizona                                            **31-32**
        California                                         **33-34**
        Colorado                                           **35-36**
        Idaho                                              **37-38**
        Montana                                            **39-40**
        Nevada                                             **41-42**
        New Mexico                                         **43-44**
        Oregon                                             **45-46**
        Utah                                               **47-48**
        Washington                                         **49-50**
        Wyoming                                            **51-52**

~

BLM_0079422

## Rocky Mountain Region (CO, ID, MT, UT, WY)
### Employment by Industry, 1970 - 2000



### Employment by Industry
### Changes from 1970 to 2000

|  | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 2,270,922 |  | 6,035,231 |  | **3,764,309** |  |
| Wage and Salary Employment | 1,865,933 | 82.2% | 4,782,962 | 79.3% | **2,917,029** | 77.5% |
| Proprietors' Employment | 404,989 | 17.8% | 1,252,269 | 20.7% | **847,280** | 22.5% |
|  |  |  |  |  |  |  |
| **Farm and Agricultural Services** | 178,055 | 7.8% | 237,061 | 3.9% | **59,006** | 1.6% |
| Farm | 162,819 | 7.2% | 151,299 | 2.5% | **-11,520** | NA |
| Ag. Services | 15,236 | 0.7% | 85,762 | 1.4% | **70,526** | 1.9% |
|  |  |  |  |  |  |  |
| **Mining** | 54,988 | 2.4% | 61,066 | 1.0% | **6,078** | 0.2% |
|  |  |  |  |  |  |  |
| **Manufacturing (incl. forest products)** | 252,213 | 11.1% | 479,896 | 8.0% | **227,683** | 6.0% |
|  |  |  |  |  |  |  |
| **Services and Professional** | 1,158,331 | 51.0% | 3,968,447 | 65.8% | **2,810,116** | 74.7% |
| Transportation & Public Utilities | 126,983 | 5.6% | 309,308 | 5.1% | **182,325** | 4.8% |
| Wholesale Trade | 97,679 | 4.3% | 243,649 | 4.0% | **145,970** | 3.9% |
| Retail Trade | 361,232 | 15.9% | 1,027,203 | 17.0% | **665,971** | 17.7% |
| Finance, Insurance & Real Estate | 163,705 | 7.2% | 551,541 | 9.1% | **387,836** | 10.3% |
| Services (Health, Legal, Business, Others) | 408,732 | 18.0% | 1,836,746 | 30.4% | **1,428,014** | 37.9% |
|  |  |  |  |  |  |  |
| **Construction** | 115,610 | 5.1% | 439,739 | 7.3% | **324,129** | 8.6% |
|  |  |  |  |  |  |  |
| **Government** | 511,725 | 22.5% | 849,022 | 14.1% | **337,297** | 9.0% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

1

BLM_0079423

## Rocky Mountain Region (CO, ID, MT, UT, WY)
### Personal Income by Industry, 1970 - 2000



### New Income by Type

| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
|---|---|---|---|---|---|---|
| Total Personal Income* | 84,412 | | 257,442 | | 173,030 | |
| Farm and Agricultural Services | 4,974 | 5.9% | 3,579 | 1.4% | -1,395 | NA |
| Farm | 4,649 | 5.5% | 2,184 | 0.8% | -2,465 | NA |
| Ag. Services | 325 | 0.4% | 1,395 | 0.5% | 1,070 | 1% |
| Mining | 2,312 | 2.7% | 3,752 | 1.5% | 1,440 | 1% |
| Manufacturing (incl. forest products) | 9,469 | 11.2% | 21,774 | 8.5% | 12,305 | 7% |
| Services and Professional | 29,986 | 35.5% | 117,675 | 45.7% | 87,689 | 51% |
| Transportation & Public Utilities | 5,387 | 6.4% | 17,559 | 6.8% | 12,172 | 7% |
| Wholesale Trade | 3,868 | 4.6% | 11,041 | 4.3% | 7,174 | 4% |
| Retail Trade | 7,963 | 9.4% | 18,048 | 7.0% | 10,085 | 6% |
| Finance, Insurance & Real Estate | 3,014 | 3.6% | 16,020 | 6.2% | 13,006 | 8% |
| Services (Health, Legal, Business, Others) | 9,755 | 11.6% | 55,006 | 21.4% | 45,252 | 26% |
| Construction | 4,805 | 5.7% | 15,695 | 6.1% | 10,890 | 6% |
| Government | 15,640 | 18.5% | 32,121 | 12.5% | 16,482 | 10% |
| Non-Labor Income | 19,263 | 22.8% | 73,267 | 28.5% | 54,004 | 31% |
| Dividends, Interest & Rent | 12,187 | 14.4% | 47,260 | 18.4% | 35,073 | 20% |
| Transfer Payments | 7,076 | 8.4% | 26,006 | 10.1% | 18,931 | 11% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

2

BLM_0079424

## Southwest Region (AZ, NM, OK, TX)
### Employment by Industry, 1970 – 2000



| Employment by Industry Changes from 1970 to 2000 | | | | | | |
|---|---|---|---|---|---|---|
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 7,310,803 | | 18,145,384 | | 10,834,581 | |
|   Wage and Salary Employment | 6,111,110 | 83.6% | 14,738,652 | 81.2% | 8,627,542 | 79.6% |
|   Proprietors' Employment | 1,199,693 | 16.4% | 3,406,731 | 18.8% | 2,207,038 | 20.4% |
| | | | | | | |
| **Farm and Agricultural Services** | 483,429 | 6.6% | 659,535 | 3.6% | 176,106 | 1.6% |
|   Farm | 430,603 | 5.9% | 422,731 | 2.3% | -7,872 | NA |
|   Ag. Services | 52,826 | 0.7% | 236,804 | 1.3% | 183,978 | 1.7% |
| | | | | | | |
| **Mining** | 231,468 | 3.2% | 319,918 | 1.8% | 88,450 | 0.8% |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 1,007,969 | 13.8% | 1,598,056 | 8.8% | 590,087 | 5.4% |
| | | | | | | |
| **Services and Professional** | 3,748,371 | 51.3% | 11,788,825 | 65.0% | 8,040,454 | 74.2% |
|   Transportation & Public Utilities | 388,901 | 5.3% | 971,280 | 5.4% | 582,379 | 5.4% |
|   Wholesale Trade | 363,031 | 5.0% | 824,949 | 4.5% | 461,918 | 4.3% |
|   Retail Trade | 1,150,983 | 15.7% | 3,009,598 | 16.6% | 1,858,615 | 17.2% |
|   Finance, Insurance & Real Estate | 473,728 | 6.5% | 1,505,506 | 8.3% | 1,031,778 | 9.5% |
|   Services (Health, Legal, Business, Others) | 1,371,728 | 18.8% | 5,477,492 | 30.2% | 4,105,764 | 37.9% |
| | | | | | | |
| **Construction** | 420,809 | 5.8% | 1,183,285 | 6.5% | 762,476 | 7.0% |
| | | | | | | |
| **Government** | 1,418,757 | 19.4% | 2,595,764 | 14.3% | 1,177,007 | 10.9% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079425

## Southwest Region (AZ, NM, OK, TX)
### Personal Income by Industry, 1970 – 2000



| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 266,563 | | 831,992 | | 565,429 | |
| Farm and Agricultural Services | 9,653 | 3.6% | 10,020 | 1.2% | 367 | 0% |
|    Farm | 8,422 | 3.2% | 6,091 | 0.7% | -2,331 | NA |
|    Ag. Services | 1,231 | 0.5% | 3,929 | 0.5% | 2,698 | 0% |
| Mining | 8,336 | 3.1% | 25,927 | 3.1% | 17,590 | 3% |
| Manufacturing (incl. forest products) | 38,230 | 14.3% | 81,686 | 9.8% | 43,456 | 8% |
| Services and Professional | 99,320 | 37.3% | 376,832 | 45.3% | 277,512 | 49% |
|    Transportation &  Public Utilities | 16,169 | 6.1% | 54,075 | 6.5% | 37,906 | 7% |
|    Wholesale Trade | 14,016 | 5.3% | 42,717 | 5.1% | 28,701 | 5% |
|    Retail Trade | 25,121 | 9.4% | 58,253 | 7.0% | 33,132 | 6% |
|    Finance, Insurance & Real Estate | 10,902 | 4.1% | 50,275 | 6.0% | 39,374 | 7% |
|    Services (Health, Legal, Business, Others) | 33,113 | 12.4% | 171,511 | 20.6% | 138,399 | 24% |
| Construction | 16,411 | 6.2% | 41,716 | 5.0% | 25,305 | 4% |
| Government | 44,078 | 16.5% | 98,334 | 11.8% | 54,255 | 10% |
| Non-Labor Income | 57,877 | 21.7% | 233,046 | 28.0% | 175,169 | 31% |
|    Dividends, Interest & Rent | 35,630 | 13.4% | 132,853 | 16.0% | 97,222 | 17% |
|    Transfer Payments | 22,246 | 8.3% | 100,193 | 12.0% | 77,947 | 14% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

BLM_0079426



**Far West Region** (AK, CA HI, NV, OR, WA)
**Employment by Industry, 1970 – 2000**

| | **Employment by Industry** | | | | | |
|---|---|---|---|---|---|---|
| **Changes from 1970 to 2000** | | | | | | |
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 12,312,792 | | 27,765,542 | | 15,452,750 | |
| Wage and Salary Employment | 10,689,604 | 86.8% | 22,481,560 | 81.0% | 11,791,956 | 76.3% |
| Proprietors' Employment | 1,623,188 | 13.2% | 5,283,983 | 19.0% | 3,660,795 | 23.7% |
| | | | | | | |
| **Farm and Agricultural Services** | 533,409 | 4.3% | 1,051,119 | 3.8% | 517,710 | 3.4% |
| Farm | 408,650 | 3.3% | 492,759 | 1.8% | 84,109 | 0.5% |
| Ag. Services | 124,759 | 1.0% | 558,360 | 2.0% | 433,601 | 2.8% |
| | | | | | | |
| **Mining** | 47,409 | 0.4% | 72,746 | 0.3% | 25,337 | 0.2% |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 2,063,753 | 16.8% | 2,762,397 | 9.9% | 698,644 | 4.5% |
| | | | | | | |
| **Services and Professional** | 6,543,511 | 53.1% | 18,600,548 | 67.0% | 12,057,037 | 78.0% |
| Transportation & Public Utilities | 665,186 | 5.4% | 1,281,125 | 4.6% | 615,939 | 4.0% |
| Wholesale Trade | 563,085 | 4.6% | 1,260,967 | 4.5% | 697,882 | 4.5% |
| Retail Trade | 1,856,562 | 15.1% | 4,364,450 | 15.7% | 2,507,888 | 16.2% |
| Finance, Insurance & Real Estate | 965,416 | 7.8% | 2,341,506 | 8.4% | 1,376,090 | 8.9% |
| Services (Health, Legal, Business, Others) | 2,493,262 | 20.2% | 9,352,500 | 33.7% | 6,859,238 | 44.4% |
| | | | | | | |
| **Construction** | 525,390 | 4.3% | 1,538,069 | 5.5% | 1,012,679 | 6.6% |
| | | | | | | |
| **Government** | 2,599,320 | 21.1% | 3,740,663 | 13.5% | 1,141,343 | 7.4% |

***Agricultural Services*** include soil preparation services, crop services, etc.  It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping.  ***Manufacturing*** includes paper, lumber and wood products manufacturing.

BLM_0079427

## Far West Region (AK, CA HI, NV, OR, WA)
### Personal Income by Industry, 1970 − 2000



### New Income by Type

| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
|---|---|---|---|---|---|---|
| Total Personal Income* | 563,607 | | 1,484,368 | | 920,761 | |
| Farm and Agricultural Services | 14,216 | 2.5% | 21,688 | 1.5% | 7,472 | 1% |
| Farm | 11,144 | 2.0% | 10,772 | 0.7% | -371 | NA |
| Ag. Services | 3,072 | 0.5% | 10,916 | 0.7% | 7,843 | 1% |
| Mining | 2,399 | 0.4% | 4,926 | 0.3% | 2,526 | 0.3% |
| Manufacturing (incl. forest products) | 92,152 | 16.4% | 163,605 | 11.0% | 71,452 | 8% |
| Services and Professional | 206,673 | 36.7% | 682,612 | 46.0% | 475,939 | 52% |
| Transportation & Public Utilities | 31,745 | 5.6% | 69,552 | 4.7% | 37,807 | 4% |
| Wholesale Trade | 24,781 | 4.4% | 63,053 | 4.2% | 38,272 | 4% |
| Retail Trade | 49,666 | 8.8% | 99,364 | 6.7% | 49,698 | 5% |
| Finance, Insurance & Real Estate | 23,159 | 4.1% | 91,957 | 6.2% | 68,797 | 7% |
| Services (Health, Legal, Business, Others) | 77,322 | 13.7% | 358,686 | 24.2% | 281,365 | 31% |
| Construction | 27,357 | 4.9% | 68,257 | 4.6% | 40,900 | 4% |
| Government | 99,730 | 17.7% | 171,404 | 11.5% | 71,674 | 8% |
| Non-Labor Income | 136,710 | 24.3% | 437,195 | 29.5% | 300,485 | 33% |
| Dividends, Interest & Rent | 83,804 | 14.9% | 269,247 | 18.1% | 185,443 | 20% |
| Transfer Payments | 52,906 | 9.4% | 167,948 | 11.3% | 115,043 | 12% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

6

BLM_0079428



### Arizona
### Employment by Industry, 1970 - 2000

## Employment by Industry
### Changes from 1970 to 2000

| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 746,654 | | 2,822,378 | | 2,075,724 | |
| Wage and Salary Employment | 651,481 | 87.3% | 2,361,546 | 83.7% | 1,710,065 | 82.4% |
| Proprietors' Employment | 95,173 | 12.7% | 460,832 | 16.3% | 365,659 | 17.6% |
| | | | | | | |
| **Farm and Agricultural Services** | 33,159 | 4.4% | 67,150 | 2.4% | 33,991 | 1.6% |
| Farm | 24,701 | 3.3% | 19,778 | 0.7% | -4,923 | NA |
| Ag. Services | 8,458 | 1.1% | 47,372 | 1.7% | 38,914 | 1.9% |
| | | | | | | |
| **Mining** | 22,693 | 3.0% | 12,658 | 0.4% | -10,035 | NA |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 93,184 | 12.5% | 225,896 | 8.0% | 132,712 | 6.4% |
| | | | | | | |
| **Services and Professional** | 397,649 | 53.3% | 1,950,388 | 69.1% | 1,552,739 | 74.8% |
| Transportation & Public Utilities | 33,523 | 4.5% | 125,125 | 4.4% | 91,602 | 4.4% |
| Wholesale Trade | 28,549 | 3.8% | 122,507 | 4.3% | 93,958 | 4.5% |
| Retail Trade | 129,242 | 17.3% | 485,052 | 17.2% | 355,810 | 17.1% |
| Finance, Insurance & Real Estate | 56,869 | 7.6% | 285,847 | 10.1% | 228,978 | 11.0% |
| Services (Health, Legal, Business, Others) | 149,466 | 20.0% | 931,857 | 33.0% | 782,391 | 37.7% |
| | | | | | | |
| **Construction** | 47,270 | 6.3% | 202,969 | 7.2% | 155,699 | 7.5% |
| | | | | | | |
| **Government** | 152,699 | 20.5% | 363,317 | 12.9% | 210,618 | 10.1% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079429

## Arizona
### Personal Income by Industry, 1970 - 2000



### New Income by Type

| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
|---|---|---|---|---|---|---|
| Total Personal Income* | 30,610 | | 129,069 | | 98,459 | |
| Farm and Agricultural Services | 1,023 | 3.3% | 1,523 | 1.2% | 500 | 1% |
| Farm | 839 | 2.7% | 705 | 0.5% | -134 | NA |
| Ag. Services | 184 | 0.6% | 818 | 0.6% | 634 | 1% |
| Mining | 1,028 | 3.4% | 541 | 0.4% | -486 | NA |
| Manufacturing (incl. forest products) | 3,756 | 12.3% | 11,932 | 9.2% | 8,176 | 8% |
| Services and Professional | 10,650 | 34.8% | 58,000 | 44.9% | 47,350 | 48% |
| Transportation & Public Utilities | 1,447 | 4.7% | 5,350 | 4.1% | 3,904 | 4% |
| Wholesale Trade | 1,124 | 3.7% | 5,786 | 4.5% | 4,662 | 5% |
| Retail Trade | 2,985 | 9.8% | 9,621 | 7.5% | 6,636 | 7% |
| Finance, Insurance & Real Estate | 1,271 | 4.2% | 8,976 | 7.0% | 7,706 | 8% |
| Services (Health, Legal, Business, Others) | 3,823 | 12.5% | 28,267 | 21.9% | 24,443 | 25% |
| Construction | 2,144 | 7.0% | 7,212 | 5.6% | 5,068 | 5% |
| Government | 5,015 | 16.4% | 14,070 | 10.9% | 9,055 | 9% |
| Non-Labor Income | 7,921 | 25.9% | 41,025 | 31.8% | 33,104 | 34% |
| Dividends, Interest & Rent | 5,302 | 17.3% | 24,278 | 18.8% | 18,976 | 19% |
| Transfer Payments | 2,620 | 8.6% | 16,747 | 13.0% | 14,128 | 14% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

8



**California**
**Employment by Industry, 1970 - 2000**

| Employment by Industry Changes from 1970 to 2000 | | | | | | |
|---|---|---|---|---|---|---|
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 9,057,039 | | 19,654,876 | | 10,597,837 | |
| Wage and Salary Employment | 7,893,115 | 87.1% | 15,824,595 | 80.5% | 7,931,480 | 74.8% |
| Proprietors' Employment | 1,163,924 | 12.9% | 3,830,282 | 19.5% | 2,666,358 | 25.2% |
| | | | | | | |
| **Farm and Agricultural Services** | 360,027 | 4.0% | 737,267 | 3.8% | 377,240 | 3.6% |
| Farm | 265,325 | 2.9% | 328,861 | 1.7% | 63,536 | 0.6% |
| Ag. Services | 94,702 | 1.0% | 408,406 | 2.1% | 313,704 | 3.0% |
| | | | | | | |
| **Mining** | 35,627 | 0.4% | 38,870 | 0.2% | 3,243 | 0.0% |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 1,594,937 | 17.6% | 2,047,587 | 10.4% | 452,650 | 4.3% |
| | | | | | | |
| **Services and Professional** | 4,875,984 | 53.8% | 13,253,411 | 67.4% | 8,377,427 | 79.0% |
| Transportation & Public Utilities | 485,939 | 5.4% | 879,014 | 4.5% | 393,075 | 3.7% |
| Wholesale Trade | 418,991 | 4.6% | 912,202 | 4.6% | 493,211 | 4.7% |
| Retail Trade | 1,382,373 | 15.3% | 3,006,849 | 15.3% | 1,624,476 | 15.3% |
| Finance, Insurance & Real Estate | 724,141 | 8.0% | 1,696,230 | 8.6% | 972,089 | 9.2% |
| Services (Health, Legal, Business, Others) | 1,864,540 | 20.6% | 6,759,116 | 34.4% | 4,894,576 | 46.2% |
| | | | | | | |
| **Construction** | 365,317 | 4.0% | 1,040,795 | 5.3% | 675,478 | 6.4% |
| | | | | | | |
| **Government** | 1,825,147 | 20.2% | 2,536,947 | 12.9% | 711,800 | 6.7% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

9

BLM_0079431

# California
## Personal Income by Industry, 1970 - 2000



| Employment by Industry Changes from 1970 to 2000 | | | | | | |
|---|---|---|---|---|---|---|
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 9,057,039 | | 19,654,876 | | **10,597,837** | |
| Wage and Salary Employment | 7,893,115 | 87.1% | 15,824,595 | 80.5% | **7,931,480** | **74.8%** |
| Proprietors' Employment | 1,163,924 | 12.9% | 3,830,282 | 19.5% | **2,666,358** | **25.2%** |
| | | | | | | |
| **Farm and Agricultural Services** | 360,027 | 4.0% | 737,267 | 3.8% | **377,240** | **3.6%** |
| Farm | 265,325 | 2.9% | 328,861 | 1.7% | **63,536** | **0.6%** |
| Ag. Services | 94,702 | 1.0% | 408,406 | 2.1% | **313,704** | **3.0%** |
| | | | | | | |
| **Mining** | 35,627 | 0.4% | 38,870 | 0.2% | **3,243** | **0.03%** |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 1,594,937 | 17.6% | 2,047,587 | 10.4% | **452,650** | **4.3%** |
| | | | | | | |
| **Services and Professional** | 4,875,984 | 53.8% | 13,253,411 | 67.4% | **8,377,427** | **79.0%** |
| Transportation & Public Utilities | 485,939 | 5.4% | 879,014 | 4.5% | **393,075** | **3.7%** |
| Wholesale Trade | 418,991 | 4.6% | 912,202 | 4.6% | **493,211** | **4.7%** |
| Retail Trade | 1,382,373 | 15.3% | 3,006,849 | 15.3% | **1,624,476** | **15.3%** |
| Finance, Insurance & Real Estate | 724,141 | 8.0% | 1,696,230 | 8.6% | **972,089** | **9.2%** |
| Services (Health, Legal, Business, Others) | 1,864,540 | 20.6% | 6,759,116 | 34.4% | **4,894,576** | **46.2%** |
| | | | | | | |
| **Construction** | 365,317 | 4.0% | 1,040,795 | 5.3% | **675,478** | **6.4%** |
| | | | | | | |
| **Government** | 1,825,147 | 20.2% | 2,536,947 | 12.9% | **711,800** | **6.7%** |

*Agricultural Services* include soil preparation services, crop services, etc.  It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping.  *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079432



### Colorado
#### Employment by Industry, 1970 - 2000

## Employment by Industry
### Changes from 1970 to 2000

| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 1,031,728 | | 2,960.920 | | **1,929,192** | |
| Wage and Salary Employment | 860,245 | 83.4% | 2,363,304 | 79.8% | **1,503,059** | **77.9%** |
| Proprietors' Employment | 171,483 | 16.6% | 597,616 | 20.2% | **426,133** | **22.1%** |
| | | | | | | |
| **Farm and Agricultural Services** | 52,786 | 5.1% | 83,770 | 2.8% | **30,984** | **1.6%** |
| Farm | 46,852 | 4.5% | 44,406 | 1.5% | **-2,446** | **NA** |
| Ag. Services | 5,934 | 0.6% | 39,364 | 1.3% | **33,430** | **1.7%** |
| | | | | | | |
| **Mining** | 17,758 | 1.7% | 22,634 | 0.8% | **4,876** | **0.3%** |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 120,809 | 11.7% | 217,473 | 7.3% | **96,664** | **5.0%** |
| | | | | | | |
| **Services and Professional** | 551,358 | 53.4% | 2,028,222 | 68.5% | **1,476,864** | **76.6%** |
| Transportation & Public Utilities | 55,544 | 5.4% | 162,241 | 5.5% | **106,697** | **5.5%** |
| Wholesale Trade | 48,264 | 4.7% | 121,306 | 4.1% | **73,042** | **3.8%** |
| Retail Trade | 163,925 | 15.9% | 493,168 | 16.7% | **329,243** | **17.1%** |
| Finance, Insurance & Real Estate | 89,357 | 8.7% | 304,660 | 10.3% | **215,303** | **11.2%** |
| Services (Health, | | | | | | |
| Legal, Business, Others) | 194,268 | 18.8% | 946,847 | 32.0% | **752,579** | **39.0%** |
| | | | | | | |
| **Construction** | 55,831 | 5.4% | 226,475 | 7.6% | **170,644** | **8.8%** |
| | | | | | | |
| **Government** | 233,186 | 22.6% | 382,346 | 12.9% | **149,160** | **7.7%** |

*Agricultural Services* include soil preparation services, crop services, etc.  It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping.  *Manufacturing* includes paper, lumber and wood products manufacturing.

11

BLM_0079433

# Colorado
## Personal Income by Industry, 1970 - 2000



| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 40,024 | | 140,224 | | 100,200 | |
| Farm and Agricultural Services | 1,477 | 3.7% | 1,365 | 1.0% | -112 | NA |
| Farm | 1,340 | 3.3% | 645 | 0.5% | -695 | NA |
| Ag. Services | 137 | 0.3% | 720 | 0.5% | 583 | 1% |
| Mining | 745 | 1.9% | 1,468 | 1.0% | 723 | 1% |
| Manufacturing (incl. forest products) | 4,883 | 12.2% | 11,042 | 7.9% | 6,159 | 6% |
| Services and Professional | 14,817 | 37.0% | 70,853 | 50.5% | 56,036 | 56% |
| Transportation & Public Utilities | 2,433 | 6.1% | 11,392 | 8.1% | 8,959 | 9% |
| Wholesale Trade | 2,037 | 5.1% | 6,525 | 4.7% | 4,487 | 4% |
| Retail Trade | 3,726 | 9.3% | 9,573 | 6.8% | 5,846 | 6% |
| Finance, Insurance & Real Estate | 1,660 | 4.1% | 10,499 | 7.5% | 8,839 | 9% |
| Services (Health, Legal, Business, Others) | 4,961 | 12.4% | 32,865 | 23.4% | 27,904 | 28% |
| Construction | 2,373 | 5.9% | 8,985 | 6.4% | 6,612 | 7% |
| Government | 7,484 | 18.7% | 15,808 | 11.3% | 8,324 | 8% |
| Non-Labor Income | 9,182 | 22.9% | 36,600 | 26.1% | 27,418 | 27% |
| Dividends, Interest & Rent | 5,955 | 14.9% | 24,760 | 17.7% | 18,805 | 19% |
| Transfer Payments | 3,227 | 8.1% | 11,839 | 8.4% | 8,612 | 9% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

12

BLM_0079434



## Idaho
### Employment by Industry, 1970 - 2000

| Employment by Industry | | | | | | |
|---|---|---|---|---|---|---|
| **Changes from 1970 to 2000** | | | | | | |
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 324,147 | | 786,856 | | **462,709** | |
| Wage and Salary Employment | 253,231 | 78.1% | 610,448 | 77.6% | **357,217** | 77.2% |
| Proprietors' Employment | 70,916 | 21.9% | 176,408 | 22.4% | **105,492** | 22.8% |
| | | | | | | |
| **Farm and Agricultural Services** | 47,891 | 14.8% | 60,336 | 7.7% | **12,445** | 2.7% |
| Farm | 43,818 | 13.5% | 41,479 | 5.3% | **-2,339** | NA |
| Ag. Services | 4,073 | 1.3% | 18,857 | 2.4% | **14,784** | 3.2% |
| | | | | | | |
| **Mining** | 3,952 | 1.2% | 3,256 | 0.4% | **-696** | NA |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 42,179 | 13.0% | 82,786 | 10.5% | **40,607** | 8.8% |
| | | | | | | |
| **Services and Professional** | 151,655 | 46.8% | 469,060 | 59.6% | **317,405** | 68.6% |
| Transportation & Public Utilities | 16,316 | 5.0% | 34,860 | 4.4% | **18,544** | 4.0% |
| Wholesale Trade | 12,528 | 3.9% | 35,662 | 4.5% | **23,134** | 5.0% |
| Retail Trade | 50,781 | 15.7% | 135,843 | 17.3% | **85,062** | 18.4% |
| Finance, Insurance & Real Estate | 18,122 | 5.6% | 51,765 | 6.6% | **33,643** | 7.3% |
| Services (Health, Legal, Business, Others) | 53,908 | 16.6% | 210,930 | 26.8% | **157,022** | 33.9% |
| | | | | | | |
| **Construction** | 15,851 | 4.9% | 56,933 | 7.2% | **41,082** | 8.9% |
| | | | | | | |
| **Government** | 62,619 | 19.3% | 114,485 | 14.5% | **51,866** | 11.2% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

13

BLM_0079435

# Idaho
## Personal Income by Industry, 1970 - 2000



## New Income by Type

| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
|---|---|---|---|---|---|---|
| Total Personal Income* | 11,325 | | 30,827 | | 19,502 | |
| Farm and Agricultural Services | 1,326 | 11.7% | 1,252 | 4.1% | -74 | NA |
| Farm | 1,243 | 11.0% | 962 | 3.1% | -281 | NA |
| Ag. Services | 83 | 0.7% | 290 | 0.9% | 207 | 1% |
| Mining | 167 | 1.5% | 204 | 0.7% | 37 | 0.2% |
| Manufacturing (incl. forest products) | 1,411 | 12.5% | 4,103 | 13.3% | 2,692 | 14% |
| Services and Professional | 3,868 | 34.2% | 10,936 | 35.5% | 7,068 | 36% |
| Transportation & Public Utilities | 646 | 5.7% | 1,381 | 4.5% | 735 | 4% |
| Wholesale Trade | 443 | 3.9% | 1,210 | 3.9% | 767 | 4% |
| Retail Trade | 1,177 | 10.4% | 2,160 | 7.0% | 984 | 5% |
| Finance, Insurance & Real Estate | 322 | 2.8% | 1,115 | 3.6% | 793 | 4% |
| Services (Health, Legal, Business, Others) | 1,280 | 11.3% | 5,070 | 16.4% | 3,790 | 19% |
| Construction | 651 | 5.8% | 1,747 | 5.7% | 1,096 | 6% |
| Government | 1,636 | 14.4% | 3,871 | 12.6% | 2,235 | 11% |
| Non-Labor Income | 2,489 | 22.0% | 9,516 | 30.9% | 7,027 | 36% |
| Dividends, Interest & Rent | 1,479 | 13.1% | 5,555 | 18.0% | 4,076 | 21% |
| Transfer Payments | 1,010 | 8.9% | 3,962 | 12.9% | 2,952 | 15% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

14

BLM_0079436



## Montana
### Employment by Industry, 1970 - 2000

| Employment by Industry Changes from 1970 to 2000 | | | | | | |
|---|---|---|---|---|---|---|
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 301,049 | | 562,600 | | **261,551** | |
| Wage and Salary Employment | 230,205 | 76.5% | 416,919 | 74.1% | **186,714** | **71.4%** |
| Proprietors' Employment | 70,844 | 23.5% | 145,681 | 25.9% | **74,837** | **28.6%** |
| | | | | | | |
| **Farm and Agricultural Services** | 39,464 | 13.1% | 42,527 | 7.6% | **3,063** | **1.2%** |
| Farm | 37,031 | 12.3% | 32,501 | 5.8% | **-4,530** | **NA** |
| Ag. Services | 2,433 | 0.8% | 10,026 | 1.8% | **7,593** | **2.9%** |
| | | | | | | |
| **Mining** | 7,295 | 2.4% | 6,567 | 1.2% | **-728** | **NA** |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 25,397 | 8.4% | 29,219 | 5.2% | **3,822** | **1.5%** |
| | | | | | | |
| **Services and Professional** | 152,262 | 50.6% | 363,188 | 64.6% | **210,926** | **80.6%** |
| Transportation & Public Utilities | 18,962 | 6.3% | 27,464 | 4.9% | **8,502** | **3.3%** |
| Wholesale Trade | 10,777 | 3.6% | 20,440 | 3.6% | **9,663** | **3.7%** |
| Retail Trade | 49,874 | 16.6% | 105,934 | 18.8% | **56,060** | **21.4%** |
| Finance, Insurance & Real Estate | 18,662 | 6.2% | 37,461 | 6.7% | **18,799** | **7.2%** |
| Services (Health, Legal, Business, Others) | 53,987 | 17.9% | 171,889 | 30.6% | **117,902** | **45.1%** |
| | | | | | | |
| **Construction** | 15,029 | 5.0% | 35,288 | 6.3% | **20,259** | **7.7%** |
| | | | | | | |
| **Government** | 61,602 | 20.5% | 85,811 | 15.3% | **24,209** | **9.3%** |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079437

## Montana
### Personal Income by Industry, 1970 - 2000



| New Income by Type | | | | | |
| --- | --- | --- | --- | --- | --- |
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 11,217 | | 20,337 | | 9,120 | |
| Farm and Agricultural Services | 1,376 | 12.3% | 388 | 1.9% | -989 | NA |
| Farm | 1,328 | 11.8% | 254 | 1.2% | -1,074 | NA |
| Ag. Services | 49 | 0.4% | 134 | 0.7% | 85 | 1% |
| Mining | 283 | 2.5% | 297 | 1.5% | 14 | 0.2% |
| Manufacturing (incl. forest products) | 897 | 8.0% | 943 | 4.6% | 46 | 1% |
| Services and Professional | 3,759 | 33.5% | 7,748 | 38.1% | 3,989 | 44% |
| Transportation & Public Utilities | 784 | 7.0% | 1,039 | 5.1% | 256 | 3% |
| Wholesale Trade | 408 | 3.6% | 653 | 3.2% | 245 | 3% |
| Retail Trade | 1,103 | 9.8% | 1,527 | 7.5% | 424 | 5% |
| Finance, Insurance & Real Estate | 312 | 2.8% | 827 | 4.1% | 515 | 6% |
| Services (Health, Legal, Business, Others) | 1,152 | 10.3% | 3,701 | 18.2% | 2,549 | 28% |
| Construction | 616 | 5.5% | 992 | 4.9% | 377 | 4% |
| Government | 1,768 | 15.8% | 2,939 | 14.5% | 1,171 | 13% |
| Non-Labor Income | 2,820 | 25.1% | 7,898 | 38.8% | 5,079 | 56% |
| Dividends, Interest & Rent | 1,755 | 15.6% | 4,623 | 22.7% | 2,868 | 31% |
| Transfer Payments | 1,065 | 9.5% | 3,275 | 16.1% | 2,210 | 24% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

16

BLM_0079438



### Nevada
### Employment by Industry, 1970 - 2000

| **Employment by Industry** | | | | | | |
|---|---|---|---|---|---|---|
| **Changes from 1970 to 2000** | | | | | | |
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 256,144 | | 1,265,823 | | 1,009,679 | |
| Wage and Salary Employment | 227,121 | 88.7% | 1,076,454 | 85.0% | 849,333 | 84.1% |
| Proprietors' Employment | 29,023 | 11.3% | 189,369 | 15.0% | 160,346 | 15.9% |
| | | | | | | |
| **Farm and Agricultural Services** | 5,423 | 2.1% | 18,945 | 1.5% | 13,522 | 1.3% |
| Farm | 4,603 | 1.8% | 5,484 | 0.4% | 881 | 0.1% |
| Ag. Services | 820 | 0.3% | 13,461 | 1.1% | 12,641 | 1.3% |
| | | | | | | |
| **Mining** | 4,443 | 1.7% | 12,977 | 1.0% | 8,534 | 0.8% |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 8,871 | 3.5% | 47,492 | 3.8% | 38,621 | 3.8% |
| | | | | | | |
| **Services and Professional** | 174,248 | 68.0% | 953,638 | 75.3% | 779,390 | 77.2% |
| Transportation & Public Utilities | 14,042 | 5.5% | 61,608 | 4.9% | 47,566 | 4.7% |
| Wholesale Trade | 7,006 | 2.7% | 42,053 | 3.3% | 35,047 | 3.5% |
| Retail Trade | 38,371 | 15.0% | 202,473 | 16.0% | 164,102 | 16.3% |
| Finance, Insurance & Real Estate | 15,991 | 6.2% | 119,164 | 9.4% | 103,173 | 10.2% |
| Services (Health, Legal, Business, Others) | 98,838 | 38.6% | 528,340 | 41.7% | 429,502 | 42.5% |
| | | | | | | |
| **Construction** | 14,250 | 5.6% | 103,760 | 8.2% | 89,510 | 8.9% |
| | | | | | | |
| **Government** | 48,909 | 19.1% | 129,011 | 10.2% | 80,102 | 7.9% |

*Agricultural Services* include soil preparation services, crop services, etc.  It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping.  *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079439

## Nevada
### Personal Income by Industry, 1970 - 2000



| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 10,827 | | 59,565 | | 48,738 | |
| Farm and Agricultural Services | 184 | 1.7% | 369 | 0.6% | 185 | 0.4% |
|    Farm | 162 | 1.5% | 94 | 0.2% | -69 | NA |
|    Ag. Services | 22 | 0.2% | 275 | 0.5% | 254 | 1% |
| Mining | 190 | 1.8% | 713 | 1.2% | 523 | 1% |
| Manufacturing (incl. forest products) | 360 | 3.3% | 1,956 | 3.3% | 1,596 | 3% |
| Services and Professional | 5,772 | 53.3% | 30,352 | 51.0% | 24,580 | 50% |
|    Transportation &  Public Utilities | 623 | 5.7% | 2,632 | 4.4% | 2,010 | 4% |
|    Wholesale Trade | 276 | 2.5% | 1,865 | 3.1% | 1,590 | 3% |
|    Retail Trade | 1,034 | 9.5% | 4,336 | 7.3% | 3,302 | 7% |
|    Finance, Insurance & Real Estate | 362 | 3.3% | 4,143 | 7.0% | 3,780 | 8% |
|    Services (Health, Legal, Business, Others) | 3,478 | 32.1% | 17,375 | 29.2% | 13,898 | 29% |
| Construction | 773 | 7.1% | 4,548 | 7.6% | 3,775 | 8% |
| Government | 1,829 | 16.9% | 6,228 | 10.5% | 4,398 | 9% |
| Non-Labor Income | 2,157 | 19.9% | 18,582 | 31.2% | 16,425 | 34% |
|    Dividends, Interest & Rent | 1,504 | 13.9% | 12,562 | 21.1% | 11,057 | 23% |
|    Transfer Payments | 653 | 6.0% | 6,020 | 10.1% | 5,367 | 11% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

18

BLM_0079440

## New Mexico
### Employment by Industry, 1970 - 2000



### Employment by Industry
### Changes from 1970 to 2000

| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 398,899 | | 978,863 | | **579,964** | |
| Wage and Salary Employment | 339,603 | 85.1% | 791,672 | 80.9% | **452,069** | **77.9%** |
| Proprietors' Employment | 59,296 | 14.9% | 187,191 | 19.1% | **127,895** | **22.1%** |
| | | | | | | |
| **Farm and Agricultural Services** | 22,804 | 5.7% | 35,623 | 3.6% | **12,819** | **2.2%** |
| Farm | 20,122 | 5.0% | 21,691 | 2.2% | **1,569** | **0.3%** |
| Ag. Services | 2,682 | 0.7% | 13,932 | 1.4% | **11,250** | **1.9%** |
| | | | | | | |
| **Mining** | 18,956 | 4.8% | 19,475 | 2.0% | **519** | **0.1%** |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 21,941 | 5.5% | 48,979 | 5.0% | **27,038** | **4.7%** |
| | | | | | | |
| **Services and Professional** | 202,544 | 50.8% | 622,452 | 63.6% | **419,908** | **72.4%** |
| Transportation & Public Utilities | 21,625 | 5.4% | 43,384 | 4.4% | **21,759** | **3.8%** |
| Wholesale Trade | 12,414 | 3.1% | 33,830 | 3.5% | **21,416** | **3.7%** |
| Retail Trade | 64,785 | 16.2% | 174,030 | 17.8% | **109,245** | **18.8%** |
| Finance, Insurance & Real Estate | 23,766 | 6.0% | 64,774 | 6.6% | **41,008** | **7.1%** |
| Services (Health, Legal, Business, Others) | 79,954 | 20.0% | 306,434 | 31.3% | **226,480** | **39.1%** |
| | | | | | | |
| **Construction** | 20,097 | 5.0% | 61,668 | 6.3% | **41,571** | **7.2%** |
| | | | | | | |
| **Government** | 112,557 | 28.2% | 190,666 | 19.5% | **78,109** | **13.5%** |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079441



### New Mexico
#### Personal Income by Industry, 1970 - 2000

| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 14,519 | | 39,943 | | 25,424 | |
| Farm and Agricultural Services | 682 | 4.7% | 764 | 1.9% | 82 | 0.3% |
| Farm | 629 | 4.3% | 573 | 1.4% | -56 | NA |
| Ag. Services | 53 | 0.4% | 191 | 0.5% | 139 | 1% |
| Mining | 711 | 4.9% | 842 | 2.1% | 130 | 1% |
| Manufacturing (incl. forest products) | 676 | 4.7% | 1,953 | 4.9% | 1,278 | 5% |
| Services and Professional | 5,181 | 35.7% | 14,832 | 37.1% | 9,651 | 38% |
| Transportation &  Public Utilities | 840 | 5.8% | 1,696 | 4.2% | 856 | 3% |
| Wholesale Trade | 441 | 3.0% | 1,093 | 2.7% | 653 | 3% |
| Retail Trade | 1,380 | 9.5% | 2,858 | 7.2% | 1,478 | 6% |
| Finance, Insurance & Real Estate | 468 | 3.2% | 1,442 | 3.6% | 974 | 4% |
| Services (Health, Legal, Business, Others) | 2,052 | 14.1% | 7,742 | 19.4% | 5,690 | 22% |
| Construction | 751 | 5.2% | 1,837 | 4.6% | 1,086 | 4% |
| Government | 3,742 | 25.8% | 7,457 | 18.7% | 3,715 | 15% |
| Non-Labor Income | 3,229 | 22.2% | 13,744 | 34.4% | 10,515 | 41% |
| Dividends, Interest & Rent | 1,791 | 12.3% | 7,478 | 18.7% | 5,687 | 22% |
| Transfer Payments | 1,438 | 9.9% | 6,266 | 15.7% | 4,828 | 19% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

BLM_0079442



**Oregon**
**Employment by Industry, 1970 - 2000**

| Employment by Industry Changes from 1970 to 2000 | | | | | | |
|---|---|---|---|---|---|---|
| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
| **Total Employment** | 925,914 | | 2,118,403 | | 1,192,489 | |
| Wage and Salary Employment | 767,676 | 82.9% | 1,699,647 | 80.2% | 931,971 | 78.2% |
| Proprietors' Employment | 158,238 | 17.1% | 418,756 | 19.8% | 260,518 | 21.8% |
| | | | | | | |
| **Farm and Agricultural Services** | 60,073 | 6.5% | 109,342 | 5.2% | 49,269 | 4.1% |
| Farm | 51,467 | 5.6% | 64,818 | 3.1% | 13,351 | 1.1% |
| Ag. Services | 8,606 | 0.9% | 44,524 | 2.1% | 35,918 | 3.0% |
| | | | | | | |
| **Mining** | 1,797 | 0.2% | 3,217 | 0.2% | 1,420 | 0.1% |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 179,059 | 19.3% | 258,694 | 12.2% | 79,635 | 6.7% |
| | | | | | | |
| **Services and Professional** | 484,138 | 52.3% | 1,354,685 | 63.9% | 870,547 | 73.0% |
| Transportation & Public Utilities | 53,441 | 5.8% | 93,432 | 4.4% | 39,991 | 3.4% |
| Wholesale Trade | 46,089 | 5.0% | 101,506 | 4.8% | 55,417 | 4.6% |
| Retail Trade | 146,314 | 15.8% | 361,367 | 17.1% | 215,053 | 18.0% |
| Finance, Insurance & Real Estate | 69,173 | 7.5% | 165,766 | 7.8% | 96,593 | 8.1% |
| Services (Health, Legal, Business, Others) | 169,121 | 18.3% | 632,614 | 29.9% | 463,493 | 38.9% |
| | | | | | | |
| **Construction** | 41,190 | 4.4% | 123,253 | 5.8% | 82,063 | 6.9% |
| | | | | | | |
| **Government** | 159,657 | 17.2% | 269,212 | 12.7% | 109,555 | 9.2% |

*Agricultural Services* include soil preparation services, crop services, etc.  It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping.  *Manufacturing* includes paper, lumber and wood products manufacturing.

21

BLM_0079443

**Oregon**
## Personal Income by Industry, 1970 - 2000



| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 36,731 | | 94,854 | | 58,122 | |
| Farm and Agricultural Services | 1,260 | 3.4% | 1,543 | 1.6% | 283 | 0.5% |
| Farm | 1,057 | 2.9% | 655 | 0.7% | -402 | NA |
| Ag. Services | 203 | 0.6% | 887 | 0.9% | 685 | 1% |
| Mining | 70 | 0.2% | 102 | 0.1% | 32 | 0.1% |
| Manufacturing (incl. forest products) | 7,009 | 19.1% | 12,726 | 13.4% | 5,717 | 10% |
| Services and Professional | 13,455 | 36.6% | 38,302 | 40.4% | 24,847 | 43% |
| Transportation &  Public Utilities | 2,435 | 6.6% | 4,285 | 4.5% | 1,850 | 3% |
| Wholesale Trade | 1,948 | 5.3% | 4,874 | 5.1% | 2,926 | 5% |
| Retail Trade | 3,545 | 9.7% | 6,871 | 7.2% | 3,326 | 6% |
| Finance, Insurance & Real Estate | 1,322 | 3.6% | 4,604 | 4.9% | 3,282 | 6% |
| Services (Health, Legal, Business, Others) | 4,205 | 11.4% | 17,668 | 18.6% | 13,463 | 23% |
| Construction | 1,798 | 4.9% | 5,015 | 5.3% | 3,217 | 6% |
| Government | 5,222 | 14.2% | 11,146 | 11.8% | 5,924 | 10% |
| Non-Labor Income | 9,218 | 25.1% | 32,537 | 34.3% | 23,320 | 40% |
| Dividends, Interest & Rent | 5,660 | 15.4% | 19,963 | 21.0% | 14,303 | 25% |
| Transfer Payments | 3,557 | 9.7% | 12,574 | 13.3% | 9,017 | 16% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

22

BLM_0079444

# Utah
## Employment by Industry, 1970 - 2000



### Employment by Industry
### Changes from 1970 to 2000

| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 454,613 | | 1,394,198 | | **939,585** | |
| Wage and Salary Employment | 392,894 | 86.4% | 1,138,088 | 81.6% | **745,194** | **79.3%** |
| Proprietors' Employment | 61,719 | 13.6% | 256,110 | 18.4% | **194,391** | **20.7%** |
| | | | | | | |
| **Farm and Agricultural Services** | 22,328 | 4.9% | 32,114 | 2.3% | **9,786** | **1.0%** |
| Farm | 20,826 | 4.6% | 20,316 | 1.5% | **-510** | **NA** |
| Ag. Services | 1,502 | 0.3% | 11,798 | 0.8% | **10,296** | **1.1%** |
| | | | | | | |
| **Mining** | 13,172 | 2.9% | 9,323 | 0.7% | **-3,849** | **NA** |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 56,087 | 12.3% | 136,787 | 9.8% | **80,700** | **8.6%** |
| | | | | | | |
| **Services and Professional** | 225,925 | 49.7% | 917,134 | 65.8% | **691,209** | **73.6%** |
| Transportation & Public Utilities | 24,664 | 5.4% | 67,554 | 4.8% | **42,890** | **4.6%** |
| Wholesale Trade | 21,965 | 4.8% | 57,411 | 4.1% | **35,446** | **3.8%** |
| Retail Trade | 70,871 | 15.6% | 234,217 | 16.8% | **163,346** | **17.4%** |
| Finance, Insurance & Real Estate | 29,907 | 6.6% | 134,605 | 9.7% | **104,698** | **11.1%** |
| Services (Health, Legal, Business, Others) | 78,518 | 17.3% | 423,347 | 30.4% | **344,829** | **36.7%** |
| | | | | | | |
| **Construction** | 19,579 | 4.3% | 95,999 | 6.9% | **76,420** | **8.1%** |
| | | | | | | |
| **Government** | 117,522 | 25.9% | 202,841 | 14.5% | **85,319** | **9.1%** |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

23

BLM_0079445

# Utah
## Personal Income by Industry, 1970 – 2000



| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 16,040 | | 52,532 | | 36,492 | |
| Farm and Agricultural Services | 397 | 2.5% | 391 | 0.7% | -5 | NA |
| Farm | 368 | 2.3% | 214 | 0.4% | -154 | NA |
| Ag. Services | 29 | 0.2% | 177 | 0.3% | 148 | 0.4% |
| Mining | 569 | 3.5% | 456 | 0.9% | -113 | NA |
| Manufacturing (incl. forest products) | 2,003 | 12.5% | 5,215 | 9.9% | 3,211 | 9% |
| Services and Professional | 5,651 | 35.2% | 24,035 | 45.8% | 18,383 | 50% |
| Transportation &  Public Utilities | 1,042 | 6.5% | 2,979 | 5.7% | 1,937 | 5% |
| Wholesale Trade | 835 | 5.2% | 2,355 | 4.5% | 1,520 | 4% |
| Retail Trade | 1,421 | 8.9% | 3,951 | 7.5% | 2,530 | 7% |
| Finance, Insurance & Real Estate | 565 | 3.5% | 3,133 | 6.0% | 2,568 | 7% |
| Services (Health, Legal, Business, Others) | 1,789 | 11.2% | 11,616 | 22.1% | 9,828 | 27% |
| Construction | 788 | 4.9% | 3,211 | 6.1% | 2,422 | 7% |
| Government | 3,660 | 22.8% | 7,407 | 14.1% | 3,747 | 10% |
| Non-Labor Income | 3,384 | 21.1% | 14,090 | 26.8% | 10,706 | 29% |
| Dividends, Interest & Rent | 2,065 | 12.9% | 8,761 | 16.7% | 6,696 | 18% |
| Transfer Payments | 1,319 | 8.2% | 5,329 | 10.1% | 4,010 | 11% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

BLM_0079446



## Washington
### Employment by Industry, 1970 - 2000

**Employment by Industry**
**Changes from 1970 to 2000**

| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 1,491,134 | | 3,560,164 | | 2,069,030 | |
| Wage and Salary Employment | 1,282,128 | 86.0% | 2,938,765 | 82.5% | 1,656,637 | 80.1% |
| Proprietors' Employment | 209,006 | 14.0% | 621,399 | 17.5% | 412,393 | 19.9% |
| | | | | | | |
| **Farm and Agricultural Services** | 86,377 | 5.8% | 144,394 | 4.1% | 58,017 | 2.8% |
| Farm | 72,374 | 4.9% | 79,886 | 2.2% | 7,512 | 0.4% |
| Ag. Services | 14,003 | 0.9% | 64,508 | 1.8% | 50,505 | 2.4% |
| | | | | | | |
| **Mining** | 2,241 | 0.2% | 5,664 | 0.2% | 3,423 | 0.2% |
| | | | | | | |
| **Manufacturing (incl. forest products)** | 246,276 | 16.5% | 371,436 | 10.4% | 125,160 | 6.0% |
| | | | | | | |
| **Services and Professional** | 735,666 | 49.3% | 2,275,353 | 63.9% | 1,539,687 | 74.4% |
| Transportation & Public Utilities | 76,410 | 5.1% | 167,892 | 4.7% | 91,482 | 4.4% |
| Wholesale Trade | 70,379 | 4.7% | 168,912 | 4.7% | 98,533 | 4.8% |
| Retail Trade | 215,164 | 14.4% | 594,402 | 16.7% | 379,238 | 18.3% |
| Finance, Insurance & Real Estate | 110,345 | 7.4% | 272,353 | 7.7% | 162,008 | 7.8% |
| Services (Health, Legal, Business, Others) | 263,368 | 17.7% | 1,071,794 | 30.1% | 808,426 | 39.1% |
| | | | | | | |
| **Construction** | 68,013 | 4.6% | 216,748 | 6.1% | 148,735 | 7.2% |
| | | | | | | |
| **Government** | 352,561 | 23.6% | 546,569 | 15.4% | 194,008 | 9.4% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079447

# Washington
## Personal Income by Industry, 1970 – 2000



## New Income by Type

| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
|---|---|---|---|---|---|---|
| Total Personal Income* | 63,784 | | 184,518 | | 120,734 | |
| Farm and Agricultural Services | 2,018 | 3.2% | 2,842 | 1.5% | 824 | 1% |
| Farm | 1,615 | 2.5% | 1,379 | 0.7% | -235 | NA |
| Ag. Services | 403 | 0.6% | 1,463 | 0.8% | 1,059 | 1% |
| Mining | 98 | 0.2% | 251 | 0.1% | 153 | 0.1% |
| Manufacturing (incl. forest products) | 11,188 | 17.5% | 19,155 | 10.4% | 7,967 | 7% |
| Services and Professional | 21,394 | 33.5% | 81,119 | 44.0% | 59,725 | 49% |
| Transportation & Public Utilities | 3,505 | 5.5% | 9,399 | 5.1% | 5,894 | 5% |
| Wholesale Trade | 2,945 | 4.6% | 7,956 | 4.3% | 5,012 | 4% |
| Retail Trade | 5,540 | 8.7% | 12,661 | 6.9% | 7,121 | 6% |
| Finance, Insurance & Real Estate | 2,405 | 3.8% | 8,812 | 4.8% | 6,406 | 5% |
| Services (Health, Legal, Business, Others) | 6,999 | 11.0% | 42,291 | 22.9% | 35,292 | 29% |
| Construction | 3,245 | 5.1% | 9,175 | 5.0% | 5,930 | 5% |
| Government | 11,759 | 18.4% | 23,005 | 12.5% | 11,245 | 9% |
| Non-Labor Income | 15,489 | 24.3% | 54,805 | 29.7% | 39,316 | 33% |
| Dividends, Interest & Rent | 9,143 | 14.3% | 33,122 | 18.0% | 23,979 | 20% |
| Transfer Payments | 6,346 | 9.9% | 21,684 | 11.8% | 15,337 | 13% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

BLM_0079448



## Wyoming
### Employment by Industry, 1970 - 2000

### Employment by Industry
### Changes from 1970 to 2000

|  | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment |
|---|---|---|---|---|---|---|
| **Total Employment** | 159,385 |  | 330,657 |  | 171,272 |  |
| Wage and Salary Employment | 129,358 | 81.2% | 254,203 | 76.9% | 124,845 | 72.9% |
| Proprietors' Employment | 30,027 | 18.8% | 76,454 | 23.1% | 46,427 | 27.1% |
|  |  |  |  |  |  |  |
| **Farm and Agricultural Services** | 15,586 | 9.8% | 18,314 | 5.5% | 2,728 | 1.6% |
| Farm | 14,292 | 9.0% | 12,597 | 3.8% | -1,695 | NA |
| Ag. Services | 1,294 | 0.8% | 5,717 | 1.7% | 4,423 | 2.6% |
|  |  |  |  |  |  |  |
| **Mining** | 12,811 | 8.0% | 19,286 | 5.8% | 6,475 | 3.8% |
|  |  |  |  |  |  |  |
| **Manufacturing (incl. forest products)** | 7,741 | 4.9% | 13,631 | 4.1% | 5,890 | 3.4% |
|  |  |  |  |  |  |  |
| **Services and Professional** | 77,131 | 48.4% | 190,843 | 57.7% | 113,712 | 66.4% |
| Transportation & Public Utilities | 11,497 | 7.2% | 17,189 | 5.2% | 5,692 | 3.3% |
| Wholesale Trade | 4,145 | 2.6% | 8,830 | 2.7% | 4,685 | 2.7% |
| Retail Trade | 25,781 | 16.2% | 58,041 | 17.6% | 32,260 | 18.8% |
| Finance, Insurance & Real Estate | 7,657 | 4.8% | 23,050 | 7.0% | 15,393 | 9.0% |
| Services (Health, Legal, Business, Others) | 28,051 | 17.6% | 83,733 | 25.3% | 55,682 | 32.5% |
|  |  |  |  |  |  |  |
| **Construction** | 9,320 | 5.8% | 25,044 | 7.6% | 15,724 | 9.2% |
|  |  |  |  |  |  |  |
| **Government** | 36,796 | 23.1% | 63,539 | 19.2% | 26,743 | 15.6% |

*Agricultural Services* include soil preparation services, crop services, etc. It also includes forestry services, such as reforestation services, and fishing, hunting, and trapping. *Manufacturing* includes paper, lumber and wood products manufacturing.

BLM_0079449



**Wyoming**
**Personal Income by Industry, 1970 – 2000**

| New Income by Type | | | | | | |
|---|---|---|---|---|---|---|
| All figures in millions of 2000 dollars | 1970 | % of Total in 1970 | 2000 | % of Total in 2000 | New Income 1970 to 2000 | % of New Income |
| Total Personal Income* | 5,806 | | 13,522 | | 7,715 | |
| Farm and Agricultural Services | 398 | 6.9% | 183 | 1.4% | -215 | NA |
| Farm | 371 | 6.4% | 109 | 0.8% | -262 | NA |
| Ag. Services | 27 | 0.5% | 73 | 0.5% | 46 | 1% |
| Mining | 548 | 9.4% | 1,327 | 9.8% | 779 | 10% |
| Manufacturing (incl. forest products) | 275 | 4.7% | 472 | 3.5% | 197 | 3% |
| Services and Professional | 1,891 | 32.6% | 4,103 | 30.3% | 2,212 | 29% |
| Transportation & Public Utilities | 481 | 8.3% | 767 | 5.7% | 286 | 4% |
| Wholesale Trade | 144 | 2.5% | 298 | 2.2% | 154 | 2% |
| Retail Trade | 536 | 9.2% | 837 | 6.2% | 301 | 4% |
| Finance, Insurance & Real Estate | 156 | 2.7% | 447 | 3.3% | 291 | 4% |
| Services (Health, Legal, Business, Others) | 573 | 9.9% | 1,754 | 13.0% | 1,180 | 15% |
| Construction | 377 | 6.5% | 760 | 5.6% | 383 | 5% |
| Government | 1,092 | 18.8% | 2,095 | 15.5% | 1,004 | 13% |
| Non-Labor Income | 1,388 | 23.9% | 5,162 | 38.2% | 3,774 | 49% |
| Dividends, Interest & Rent | 933 | 16.1% | 3,562 | 26.3% | 2,628 | 34% |
| Transfer Payments | 454 | 7.8% | 1,601 | 11.8% | 1,146 | 15% |

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

28

BLM_0079450

BLM_0079451