livestock production and in feedcrop agriculture – can reduce greenhouse gas emissions from deforestation and pasture degradation. In addition, restoring historical losses of soil carbon through conservation tillage, cover crops, agroforestry and other measures could sequester up to 1.3 tonnes of carbon per hectare per year, with additional amounts available through restoration of desertified pastures. Methane emissions can be reduced through improved diets to reduce enteric fermentation, improved manure management and biogas – which also provide renewable energy. Nitrogen emissions can be reduced through improved diets and manure management.

The Kyoto Protocol's clean development mechanism (CDM) can be used to finance the spread of biogas and silvopastoral initiatives involving afforestation and reforestation. Methodologies should be developed so that the CDM can finance other livestock-related options such as soil carbon sequestration through rehabilitation of degraded pastures.

## Water

The world is moving towards increasing problems of freshwater shortage, scarcity and depletion, with 64 percent of the world's population expected to live in water-stressed basins by 2025.

The livestock sector is a key player in increasing water use, accounting for over 8 percent of global human water use, mostly for the irrigation of feedcrops. It is probably the largest sectoral source of water pollution, contributing to eutrophication, "dead" zones in coastal areas, degradation of coral reefs, human health problems, emergence of antibiotic resistance and many others. The major sources of pollution are from animal wastes, antibiotics and hormones, chemicals from tanneries, fertilizers and pesticides used for feedcrops, and sediments from eroded pastures. Global figures are not available but in the United States, with the world's fourth largest land area, livestock are responsible for an estimated 55 percent of erosion and sediment, 37 percent of pesticide use, 50 percent of antibiotic use, and a third of the loads of nitrogen and phosphorus into freshwater resources.

Livestock also affect the replenishment of freshwater by compacting soil, reducing infiltration, degrading the banks of watercourses, drying up floodplains and lowering water tables. Livestock's contribution to deforestation also increases runoff and reduces dry season flows.

Water use can be reduced through improving the efficiency of irrigation systems. Livestock's impact on erosion, sedimentation and water regulation can be addressed by measures against land degradation. Pollution can be tackled through better management of animal waste in industrial production units, better diets to improve nutrient absorption, improved manure management (including biogas) and better use of processed manure on croplands. Industrial livestock production should be decentralized to accessible croplands where wastes can be recycled without overloading soils and freshwater.

Policy measures that would help in reducing water use and pollution include full cost pricing of water (to cover supply costs, as well as economic and environmental externalities), regulatory frameworks for limiting inputs and scale, specifying required equipment and discharge levels, zoning regulations and taxes to discourage large-scale concentrations close to cities, as well as the development of secure water rights and water markets, and participatory management of watersheds.

BLM_0079708

## Biodiversity

We are in an era of unprecedented threats to biodiversity. The loss of species is estimated to be running 50 to 500 times higher than background rates found in the fossil record. Fifteen out of 24 important ecosystem services are assessed to be in decline.

Livestock now account for about 20 percent of the total terrestrial animal biomass, and the 30 percent of the earth's land surface that they now pre-empt was once habitat for wildlife. Indeed, the livestock sector may well be the leading player in the reduction of biodiversity, since it is the major driver of deforestation, as well as one of the leading drivers of land degradation, pollution, climate change, overfishing, sedimentation of coastal areas and facilitation of invasions by alien species. In addition, resource conflicts with pastoralists threaten species of wild predators and also protected areas close to pastures. Meanwhile in developed regions, especially Europe, pastures had become a location of diverse long-established types of ecosystem, many of which are now threatened by pasture abandonment.

Some 306 of the 825 terrestrial ecoregions identified by the Worldwide Fund for Nature (WWF) – ranged across all biomes and all biogeographical realms, reported livestock as one of the current threats. Conservation International has identified 35 global hotspots for biodiversity, characterized by exceptional levels of plant endemism and serious levels of habitat loss. Of these, 23 are reported to be affected by livestock production. An analysis of the authoritative World Conservation Union (IUCN) Red List of Threatened Species shows that most of the world's threatened species are suffering habitat loss where livestock are a factor.

Since many of livestock's threats to biodiversity arise from their impact on the main resource sectors (climate, air and water pollution, land degradation and deforestation), major options for mitigation are detailed in those sections. There is also scope for improving pastoralists' interactions with wildlife and parks and raising wildlife species in livestock enterprises.

Reduction of the wildlife area pre-empted by livestock can be achieved by intensification. Protection of wild areas, buffer zones, conservation easements, tax credits and penalties can increase the amount of land where biodiversity conservation is prioritized. Efforts should extend more widely to integrate livestock production and producers into landscape management.

## Cross-cutting policy frameworks

Certain general policy approaches cut across all the above fields. A general conclusion is that improving the resource use efficiency of livestock production can reduce environmental impacts.

While regulating about scale, inputs, wastes and so on can help, a crucial element in achieving greater efficiency is the correct pricing of natural resources such as land, water and use of waste sinks. Most frequently natural resources are free or underpriced, which leads to overexploitation and pollution. Often perverse subsidies directly encourage livestock producers to engage in environmentally damaging activities.

A top priority is to achieve prices and fees that reflect the full economic and environmental costs, including all externalities. One requirement for prices to influence behaviour is

BLM_0079709

that there should be secure and if possible tradable rights to water, land, use of common land and waste sinks.

Damaging subsidies should be removed, and economic and environmental externalities should be built into prices by selective taxing of and/or fees for resource use, inputs and wastes. In some cases direct incentives may be needed.

Payment for environmental services is an important framework, especially in relation to extensive grazing systems: herders, producers and landowners can be paid for specific environmental services such as regulation of water flows, soil conservation, conservation of natural landscape and wildlife habitats, or carbon sequestration. Provision of environ-mental services may emerge as a major purpose of extensive grassland-based production systems.

An important general lesson is that the livestock sector has such deep and wide-ranging environmental impacts that it should rank as one of the leading focuses for environmental policy: efforts here can produce large and multiple payoffs. Indeed, as societies develop, it is likely that environmental considerations, along with human health issues, will become the dominant policy considerations for the sector.

Finally, there is an urgent need to develop suitable institutional and policy frameworks, at local, national and international levels, for the suggested changes to occur. This will require strong political commitment, and increased knowledge and awareness of the environmental risks of continuing "business as usual" and the environmental benefits of actions in the livestock sector.

BLM_0079710



BLM_0079711



# Introduction

Livestock activities have significant impact on virtually all aspects of the environment, including air and climate change, land and soil, water and biodiversity. The impact may be direct, through grazing for example, or indirect, such as the expansion of soybean production for feed replacing forests in South America.

Livestock's impact on the environment is already huge, and it is growing and rapidly changing. Global demand for meat, milk and eggs is fast increasing, driven by rising incomes, growing populations and urbanization.

As an economic activity, livestock production is technically extremely diverse. In countries or areas where there is no strong demand for food products of animal origin, subsistence and low-input production prevails, mainly for subsistence rather than for commercial purposes. This contrasts with commercial, high-input production in areas serving a growing or established high demand. Such diverse production systems make extremely diverse claims on resources. The diversity of production systems and interactions makes the analysis of the livestock–environment interface complex and sometimes controversial.

The livestock sector affects a vast range of natural resources, and must be carefully managed given the increasing scarcity of these resources and the opportunities that they represent for other sectors and activities. While intensive livestock production is booming in large emerg-

ing countries, there are still vast areas where extensive livestock production and its associated livelihoods persist. Both intensive and extensive production requires attention and intervention so that the livestock sector can have fewer negative and more positive impacts on national and global public goods.

A major motivation for this assessment is that the environmental issues linked to livestock have not generally received an adequate institutional response – neither in developing nor in developed countries. Livestock sector growth in some places, and stagnation with poverty in others, go largely uncontrolled. Although usually considered part of agriculture, in many places livestock production has grown in the same way as industry, and is no longer directly tied to land or to specific locations.

As the environment around the animals is increasingly modified and standardized, environmental impacts swiftly change. Public policies, in developed and developing countries alike, barely keep pace with rapid transformations in production technology and structural shifts in the sector. Environmental laws and programmes are usually put in place only after significant damage has already occurred. The focus continues to be placed on protection and restoration, rather than on the more cost-effective approaches of prevention and mitigation.

In the varied contexts of the livestock sector, environmental issues require an integrated approach, combining policy measures and technology changes, within a framework of multiple objectives.

The livelihood concerns of hundreds of millions of poor livestock holders, who often engage in livestock production because they have no alternative, must be taken into account. The demands of the emerging middle class, who are consuming growing amounts of meat, milk and eggs, cannot be ignored either. Attempts to curb the booming demand for these products have generally proved ineffective.

Better policies in the livestock sector are an environmental requirement, and a social and health necessity. Animal foods are susceptible to pathogens and often carry chemical residues. Food safety requirements must be met, and are generally a prerequisite in formal markets.

The previous assessments of the Livestock Environment and Development (LEAD) Initiative (de Haan, Steinfeld and Blackburn, 1997; Steinfeld, de Haan and Blackburn, 1997) emphasized the livestock sector perspective and analysed livestock-environment interactions from the perspective of a livestock production system.

This updated assessment inverts this approach and starts from an environmental perspective. It attempts to provide an objective assessment of the many diverse livestock–environment interactions. Economic, social and public health objectives are of course taken into account so as to reach realistic conclusions. This assessment then outlines a series of potential solutions that can effectively address the negative consequences of livestock production.

## 1.1 Livestock as a major player in global environmental issues

Livestock have a substantial impact on the world's water, land and biodiversity resources and contribute significantly to climate change.

Directly and indirectly, through grazing and through feedcrop production, the livestock sector occupies about 30 percent of the ice-free terrestrial surface on the planet. In many situations, livestock are a major source of land-based pollution, emitting nutrients and organic matter, pathogens and drug residues into rivers, lakes and coastal seas. Animals and their wastes emit gases, some of which contribute to climate change, as do land-use changes caused by demand for feedgrains and grazing land. Livestock shape entire landscapes and their demands on land for pasture and feedcrop production modify and reduce natural habitats.

Using animals for food and other products and services is only one of many human activities that depend on natural resources. Humans are

BLM_0079713

using the world's renewable natural resources at rates that increasingly exceed their natural abilities to renew themselves (Westing, Fox and Renner, 2001). Humans introduce growing amounts of pollutants into the air, water and soil, at rates ever higher than the capacity of the environment to dissipate or decompose these pollutants. Humans are encroaching on what remains of relatively undisturbed environments, putting biodiversity at risk of mass extinction. Anthropogenic land-use changes have accelerated over the last decades, most dramatically in developing countries. Urbanization and expansion of cropping have led to an unprecedented loss and fragmentation of habitats, including valuable ones such as forests and wetlands.

Water availability is becoming a serious constraint to the expansion of agriculture and to meeting other growing human needs. Agriculture is the largest user of water, accounting for 70 percent of total freshwater use.

While there are different views on the extent of climate change and its effect on the environment, it is now firmly established that anthropogenic climate change is indeed occurring. The most important gas associated with climate change is carbon dioxide ($CO_2$) while other greenhouse gases, including methane, nitrous oxide, ozone and sulphur hexafluoride also contribute. Carbon dioxide levels have increased by over 40 percent over the past 200 years, from 270 parts per million (ppm) to 382 ppm (NOAA, 2006). Today, $CO_2$ concentrations are higher than at any time during the last 650 000 years (Siegenthaler *et al.*, 2005). Methane concentrations today are more than twice the pre-industrial level (Spahni *et al.*, 2005). Average temperatures have increased by 0.8°C over the past century (NASA, 2005). Combustion of fossil fuels is a major contributor to these changes.

Climate change means an increase in average temperature and seems to be associated with an increased frequency of extreme weather events. FAO warns that food distribution systems and their infrastructure will be disrupted, and this may greatly increase the number of hungry people, most severely in sub-Saharan Africa (FAO, 2005a). According to FAO, developing countries may lose about 280 million tonnes of potential cereal production as a result of climate change.

Because of habitat losses, unsustainable forms of exploitation and climate change, the loss of biodiversity continues to accelerate. The Millennium Ecosystem Assessment (MEA, 2005a), in a comprehensive assessment of the environmental health of the planet, estimates that species are disappearing at 100 to 1 000 times the background levels seen in fossil records. The MEA gauged that one-third of all amphibians, a fifth of mammals and an eighth of all birds are now threatened by extinction. This assessment is based on known species and it is estimated that 90 percent or more of all existing species have not been catalogued yet. While some species provide obvious services such as food, timber or clothing, most species' services are more difficult to see and, therefore, less appreciated. They include recycling of nutrients, pollination and seed dispersal, climate control and purification of air and water.

Additional land available for cultivation is limited. Therefore, most of the increase in agricultural production has come, and will come, from intensification of land that is already cropped or grazed. As a large user of crops and other plant material, the livestock sector must continue to improve the conversion of these materials into edible products.

The overall impact of livestock activities on the environment is enormous. Part of the damage can be offset by applying scientific knowledge and technological capability for dealing with these problems. Meanwhile, the vast legacy of damage leaves future generations with a debt. Ultimately, environmental issues are social issues: environmental costs created by some groups and nations are carried by others, or by the planet as a whole. The health of the environment and the availability of resources affect the welfare of future generations, and overuse of

5

BLM_0079714

resources and excess environmental pollution by current generations are to their detriment.

Environmental degradation is often associated with war and other forms of conflict. Throughout history, peoples and nations have fought over natural resources such as land and water. By increasing the scarcity of these resources, environmental degradation increases the likelihood of violent conflict, particularly when there is a lack of governing institutions. In recent years, public attention has been drawn to the prospect that future wars will be fought over increasingly scarce natural resources (see, for example, Klare, 2001, or Renner, 2002). A Pentagon report (Schwartz and Randall, 2003) suggested that global warming could prove a greater risk to the world than terrorism and could lead to catastrophic droughts, famines and riots.

At the local or regional level, the Southern African Millennium Ecosystem Assessment (SAfMA) (Biggs *et al.*, 2004) reveals a striking connection between ecological stress and social conflict. This SAfMA study suggests causal links in both directions; conflict may cause environmental degradation but the latter may also trigger conflict. The study quotes political violence in South Africa's KwaZulu Natal Province as an example where faction fighting over scarce land for cattle has led to a series of killings. Water scarcity, land degradation from overgrazing or woodfuel shortages can also lead to conflict. The same study points to Burundi, Rwanda and eastern Congo as areas where major ecological problems have marched hand in hand with recent histories of violent conflict.

Environmental degradation significantly affects human health, both directly and indirectly. Direct effects on human health include contact with pollutants. Indirect effects include increased exposure of humans and of animals to infectious diseases because of climate change. The geographic range and seasonality of a number of important diseases, including malaria and dengue fever, are very sensitive to changes in climatic conditions (UNEP 2005a). Schistosomiasis

or bilharzia, carried by water snails, is associated with changing water flows. The World Resources Report (1999) underlines how the burden of these preventable and environment-related diseases is borne disproportionately by the poor, both in developing and developed countries.

Environmental degradation at its current scale and pace is clearly a serious threat for the sustainability of natural resources. The functioning of ecosystems, both at local and global levels, is already seriously compromised. Ultimately, if left unchecked, environmental degradation may threaten not only economic growth and stability but the very survival of humans on the planet.

## 1.2 The setting: factors shaping the livestock sector

The livestock sector, along with food and agriculture in general, is undergoing far-reaching change, much of it driven by factors outside the sector. Growing populations and other demographic factors such as age structure and urbanization determine food demand and have driven the intensification of agriculture for centuries. Growing economies and individual incomes have also contributed to growing demand and a shift in diets. These trends have accelerated over the last two decades in large parts of Asia, Latin America and the Near East, spurring a rapid increase in demand for animal products and other high value foodstuffs such as fish, vegetables and oils.

The agriculture sector has responded to the increased and diversified demands for food items with innovations in biology, chemistry and machinery. It has done so mainly through intensification rather than expansion. Land use has changed correspondingly.

These secular changes of population, economies, diets, technology and land use drive changes in the global livestock sector while, to some extent, the sector itself shapes these forces. Sketching these broad developments helps to understand the context within which the livestock sector operates.

BLM_0079715

## The demographic transition

*Growing populations and cities boost and change food demand*

Population and population growth are major determinants of the demand for food and other agricultural products. World population is currently 6.5 billion, growing at the rate of 76 million annually (UN, 2005). The UN's medium projection forecasts that world population will reach 9.1 billion by 2050, peaking at around 9.5 billion by the year 2070 (UN, 2005).

While populations in the developed countries as a whole are close to stagnant, 95 percent of the population increase is occurring in developing countries. The fastest population growth rates (averaging 2.4 percent annually) are occurring in the group of 50 least developed countries (UN, 2005). Population growth rates are slowing because of decreased fertility rates, and are below replacement levels in most developed countries and decreasing rapidly in emerging countries, although they remain high in least developed countries.

Fertility decline, in conjunction with increases in life expectancy, is leading to population ageing globally. The proportion of older people (aged 60 and over) is projected to double to more than 20 percent from today's level (UN, 2005). Age groups differ in their dietary and consumption patterns, with adults and older people typically consuming larger amounts of animal protein than children.

Another important factor determining demand for food is urbanization. In 2005 (the latest year for which statistics are available) 49 percent of the world population were living in cities (FAO, 2006b). This global figure masks important differences among the world regions: sub-Saharan Africa and South Asia are still only moderately urbanized – with 37 and 29 percent urbanization, respectively – whereas urbanization rates are around 70 to 80 percent in developed countries and in Latin America (FAO, 2006a; 2006b) (see Table 1.1).

Urbanization continues in all regions of the

Table 1.1

**Urbanization rates and urbanization growth rates**

| Region | Urban population as percent of total population in 2005 | Urbanization growth rate *(Percentage per annum 1991–2005)* |
|---|---|---|
| South Asia | 29 | 2.8 |
| East Asia and the Pacific | 57 | 2.4 |
| Sub-Saharan Africa | 37 | 4.4 |
| West Asia and North Africa | 59 | 2.8 |
| Latin America and the Caribbean | 78 | 2.1 |
| Developing countries | 57 | 3.1 |
| Developed countries | 73 | 0.6 |
| World | 49 | 2.2 |

*Source:* FAO (2006a) and FAO (2006b).

world, with growth rates highest where current urbanization is low, particularly in South Asia and sub-Saharan Africa. Virtually all population growth between 2000 and 2030 will be urban (FAO, 2003a) (see Figure 1.1).

Urbanization usually implies higher levels of participation in the workforce and has an impact on patterns of food consumption, In cities, people typically consume more food away from home, and consume higher amounts of pre-cooked, fast and convenience foods, and snacks



Figure 1.1   **Past and projected global rural and urban populations from 1950 to 2030**

*Source:* FAO (2006a) and FAO (2006b).

BLM_0079716

Livestock's long shadow



*A student orders fast food near Luve – Swaziland*



(Schmidhuber and Shetty, 2005; Rae, 1998; King, Tietyen and Vickner, 2000). Therefore, urbanization influences the position and the shape of the consumption functions for animal products (Rae, 1998) – this function measures the way in which consumption of a given item responds to changes in total expenditure.

For China, a given increase in urbanization has a positive effect on per capita consumption levels of animal products (Rae, 1998) (Figure 1.2). Between 1981 and 2001, human consumption of grains dropped by 7 percent in rural areas of China and 45 percent in urban areas. Meanwhile, meat and egg consumption increased by 85 percent and 278 percent respectively in rural areas and by 29 percent and 113 percent in urban areas (Zhou, Wu and Tian, 2003).



BLM_0079717

## Economic growth

*Growing incomes boost demand for livestock products*

Over recent decades, the global economy has experienced an unparalleled expansion. Population growth, technological and science break-throughs, political changes, and economic and trade liberalization have all contributed to economic growth. In developing countries, this growth has translated into rising per capita incomes, and an emerging middle class that has purchasing power beyond their basic needs.

Over the decade 1991 to 2001, per capita GDP grew at more than 1.4 percent a year for the world as a whole. Developing countries grew at 2.3 percent on average compared to 1.8 percent for developed countries (World Bank, 2006). Growth has been particularly pronounced in East Asia with an annual growth rate of close to seven percent, led by China, followed by South Asia with 3.6 percent. The World Bank (2006) projects that GDP growth in developing countries will accelerate in coming decades (Figure 1.3).

There is a high income elasticity of demand for meat and other livestock products (Delgado *et al.*, 1999) – that is, as incomes grow, expenditure on livestock products grows rapidly. Therefore growing per capita incomes will translate into growing demand for these products. This will close much of the gap in average consumption figures of meat, milk and eggs that currently exists between developed and developing countries. As Figure 1.4 shows, the effect of increased income on diets is greatest among lower- and middle-income populations. This observation is true at individual level as well as at the national level (Devine, 2003).



Figure 1.4 **The relationship between meat consumption and per capita income in 2002**

*Note:* National per capita based on purchasing power parity (PPP).
*Source:* World Bank (2006) and FAO (2006b).

BLM_0079718

Livestock's long shadow

## The nutrition transition

*Worldwide shifts in dietary preferences*

The advent of agriculture and the sedentariza-
tion of hunter/gatherers enabled increasing
populations to be fed – but it also led to a nar-
rowing of the human diet. Prior to agriculture,
animal products played a much larger role in
human nutrition, and intake levels were similar
to, if not higher than, current consumption lev-
els in developed countries. Increases in income
and advances in agriculture enabled developed
countries to enrich and diversify their diets over
the last 150 years. Developing countries are cur-
rently engaged in a catching-up process, which
has been termed the "nutrition transition" by
Popkins, Horton and Kim, (2001). The transition
is characterized by an accelerated shift from
widespread undernourishment to richer and
more varied diets and often to overnutrition. In
contrast to the more secular nutrition transition
that occurred in developed countries, this shift
now occurs within a single generation in rapidly
growing developing countries.

With higher disposable incomes and urbaniza-
tion, people move away from relatively monoto-
nous diets of varying nutritional quality (based on
indigenous staple grains or starchy roots, locally
grown vegetables, other vegetables and fruits,
and limited foods of animal origin) towards more
varied diets that include more pre-processed
food, more foods of animal origin, more added
sugar and fat, and often more alcohol (Table
1.2 and Figure 1.5). This shift is accompanied



**Figure 1.5** Past and projected food consumption of livestock products

*Note:* For past, three-year averages centered on the indicated year. Livestock products include meats, eggs, milk and dairy products (excluding butter).
*Source:* FAO (2006a) and FAO (2006b).

by reduced physical activity, leading to a rapid
increase in overweight and obesity (Popkin, Hor-
ton and Kim, 2001). Worldwide the number of
overweight people (about 1 billion) has now
surpassed the number of malnourished people
(about 800 million). And a significant part of
the growth in obesity occurs in the developing
world. For example, the World Health Organiza-
tion (WHO) estimates that there are 300 million
obese adults and 115 million suffering from obe-
sity-related conditions in the developing world.[1]
A rapid increase in diet-related chronic diseases,
including heart disease, diabetes, hypertension
and certain cancers is associated with the rapid
nutrition transition. In a number of developing
countries, diet-related chronic diseases have
become a priority in national food and agricul-
tural policies, which now promote healthy eating
habits, exercise and school-based nutrition pro-
grammes (Popkin, Horton and Kim, 2001).

The nutrition transition is driven by rising

**Table 1.2**

**Changes in food consumption in developing countries**

|  | 1962 | 1970 | 1980 | 1990 | 2000 | 2003 |
|---|---|---|---|---|---|---|
|  | *Consumption kg/person/year* | | | | | |
| Cereals | 132 | 145 | 159 | 170 | 161 | 156 |
| Roots and tubers | 18 | 19 | 17 | 14 | 15 | 15 |
| Starchy roots | 70 | 73 | 63 | 53 | 61 | 61 |
| Meat | 10 | 11 | 14 | 19 | 27 | 29 |
| Milk | 28 | 29 | 34 | 38 | 45 | 48 |

*Source:* FAO (2006b).

[1] Available at: www.fao.org/FOCUS/E/obesity/obes1.htm

BLM_0079719

incomes and by the continuing trend to lower relative prices for food. Prices have been declining in real terms since the 1950s. Currently they allow much higher consumption levels of high-value food items than was the case for developed countries at comparable levels of income in the past (Schmidhuber and Shetty, 2005).

While purchasing power and urbanization explain the greater part of the per capita consumption pattern, other social and cultural factors can have a large influence locally. For example, Brazil and Thailand have similar income per capita and urbanization rates but animal product consumption in Brazil is roughly twice as high as in Thailand. The Russian Federation and Japan have similar consumption levels for animal-derived foods, yet income levels in Japan are about 13 times higher than in Russia (see figure 1.4).

Natural resource endowment is one of the additional factors determining consumption, as it shapes the relative costs of different food commodities. Access to marine resources, on the one hand, and to natural resources for livestock production, on the other, have drawn consumption trends in opposite directions. Lactose intolerance, found particularly in East Asia, has limited milk consumption. Cultural reasons have further influenced consumption habits. This, for example, is the case in South Asia, where consumption per capita of meat is lower than income alone would explain. Other examples are the exclusion of pork from the diet by Muslims. Socio-cultural patterns have created a rich diversity of consumer preferences, but have also influenced consumers' views about the quality of animal products (Krystallis and Arvanitoyannis, 2006).

More recently, consumption patterns are increasingly influenced by growing concerns about health, the environment, ethical, animal welfare and development issues. In countries of the Organisation for Economic Co-operation and Development (OECD) a class of "concerned consumers" has emerged, who (Harrington, 1994) tend to reduce their consumption of livestock

food products or opt for certified products, such as free range or organic foods (Krystallis and Arvanitoyannis, 2006; King, *et al.*, 2000). The growing trend towards vegetarianism, albeit still at a very low level in most societies, is another manifestation of this trend. Government promotion campaigns are also identified as potential drivers of consumption trends (Morrison *et al.*, 2003).

### Technological change
*Growing productivity*
The livestock sector has been affected by profound technological change on three different fronts:

- In livestock production, the widespread application of advanced breeding and feeding technology has spurred impressive productivity growth in most parts of the world.
- In crop agriculture, irrigation and fertilization techniques, combined with the use of improved varieties and mechanization, continue to translate into growing yields and improved nutrient composition in pasture and major crops used for feed.
- The application of modern information technology and other technical changes are improving post-harvest, distribution and marketing of animal products.

In animal production, technological development has been most rapid in those subsectors that have experienced the fastest growth: broiler and egg production, pork and dairy. Productivity growth, and the underlying spread of advanced technologies, has been less pronounced for beef and meat from small ruminants. However, certain key technological changes have occurred in the production of all livestock commodities – a growing production intensity, characterized by increasing use of feed cereals, use of advanced genetics and feeding systems, animal health protection and enclosure of animals. Advances in these areas go hand in hand, and it is difficult to separate out the effect of individual factors on overall productivity increases.

11

BLM_0079720

Livestock's long shadow

*Increased grain feeding*

Traditionally, livestock production was based on locally available feed resources such as crop wastes and browse that had no value as food. However, as livestock production grows and intensifies, it depends less and less on locally available feed resources, and increasingly on feed concentrates that are traded domestically and internationally. In 2002, a total of 670 million tonnes of cereals were fed to livestock, representing roughly one-third of the global cereal harvest (see Table 1.3). Another 350 million tonnes of protein-rich processing by-products are used as feed (mainly brans, oilcakes and fishmeal).

Monogastric species that can most efficiently make use of concentrate feeds, i.e. pigs, poultry and dairy cattle, have an advantage over beef cattle, sheep and goats. Among the monogastrics, poultry has shown the highest growth rates and lowest prices, mainly because of favourable feed conversion rates. The use of feed concentrate for ruminants is limited to countries where meat prices are high relative to grain prices. Where grain prices are high relative to meat prices – typically in food-deficit developing countries – grain feeding to ruminants is not profitable.

What is driving the increasing use of feed grains? Most importantly, there is a long-term decline of grain prices; a trend that has persisted since the 1950s. Supply has kept up with growing demand: total supply of grains increased by 43 percent over the last 24 years (1980 to 2004). In real terms (constant US$), international prices for grains have halved since 1961. Expanding supply at declining prices has been achieved by area expansion and by intensification of crop production.

Intensification accounts for the bulk of supply expansion over the past 25 years, and is a result of technological advances and higher input use in crop production – notably plant breeding, the application of fertilizers and mechanization. Area expansion has been an important con-

Table 1.3

**Use of feed concentrate**

| Commodity group | Feed concentrate use in 2002 (million tonnes) | | |
| --- | --- | --- | --- |
| | Developing countries | Developed countries | World |
| Grains | 226.4 | 444.0 | 670.4 |
| Brans | 92.3 | 37.0 | 129.3 |
| Oilseeds and pulses | 11.6 | 15.7 | 27.3 |
| Oilcakes | 90.5 | 96.6 | 187.3 |
| Roots and tubers | 57.8 | 94.6 | 152.4 |
| Fish meal | 3.8 | 3.8 | 7.6 |
| **Total of above** | **482.4** | **691.71** | **1 174.1** |

*Source:* FAO (2005).

tributor to growing supplies in many developing countries, especially in Latin America (where the cropped area expanded by 15 percent between 1980 and 2003) and sub-Saharan Africa (22 percent). Land-scarce Asia (developing) has seen a modest 12 percent expansion of the cropped area. Some countries have seen a particularly strong expansion of area cropped, most of it at the expense of forest (Brazil and other Latin American countries). Much of this area expansion has been for the production of concentrate feeds for livestock, notably soybeans and maize. Feed conversion and growth rates have been greatly improved by use of linear programming to develop least-cost feed rations, phased feeding and the use of enzymes and synthetic amino-acids, together with a much extended use of feed concentrates (grains and oilcakes).

In future, feed concentrate use is projected to grow more slowly than livestock production, despite the fact that the latter is becoming increasingly cereal-based. This is because improved technologies in feeding, breeding and animal health are producing even greater efficiency gains.

*More productive breeds*

In animal genetics and breeding, the use of hybridization and artificial insemination has

BLM_0079721

sped up the process of genetic improvement. In poultry, for example, these techniques have greatly expanded the number of animals that can be bred from a superior parent stock, creating animals with uniform characteristics (Fuglie *et al.*, 2000). Traditionally, the only means of genetic improvement was selection based on the phenotype. Starting from the beginning of the twentieth century, technologies such as controlled management of reproduction and of pedigrees were developed. These were initially limited to purebred stock (Arthur and Albers, 2003). Around mid-century, line specialization and cross-breeding were initiated, first in North America, then in Europe and other OECD countries. Artificial insemination was first introduced in the 1960s and is now commonplace in all intensive livestock production systems. Around the same time, breeding value evaluation technologies were introduced in developed countries. More recent innovations include the use of DNA markers to identify specific traits.

Breeding goals have changed considerably over time, but the speed and precision with which these goals can be achieved has increased considerably over recent decades. Short-cycle species, such as poultry and pigs, have a distinct advantage over species having a longer generation interval. Among all species, feed conversion and related parameters such as growth rate, milk yield and reproductive efficiency are paramount factors for breeding (Arthur and Albers, 2003). Fat content and other features that correspond best to consumer demands are increasing in importance.

These changes have brought about impressive results. For example, Arthur and Albers (2003) report that in the United States, feed conversion ratios for eggs have been reduced from 2.96 grams of feed per gram of egg in 1960 to 2.01 grams in 2001.

The breeding industry has been less successful in developing breeds of dairy cows, pigs and poultry that perform well in non-modified tropical low-input environments. Highly inten-sive livestock enterprises in the tropics usually control the climatic and health environment around the animals, so as to utilize the efficiencies of modern breeds developed for temperate regions.

Animal health improvements have further contributed to raising productivity, including the use of antibiotics (now banned for use in growth enhancement in areas such as the European Union (EU) in special pathogen-free production environments. In developing countries, these technologies have spread widely in recent years, particularly in industrial production systems close to major consumption centres. The continuous increase in scales of production has also led to important productivity gains in developing countries. These have allowed animal products to be supplied to growing populations at decreasing real prices (Delgado *et al.*, 2006).

*Cheaper feed grains*

In crop production, similar improvements have improved supply and reduced prices of feed grains, with important productivity increases occurring earlier (in the 1960s and 1970s) than for livestock (FAO, 2003a). For developing countries, about 80 percent of the projected growth in crop production to 2030 will come from intensification, mostly in the form of yield increases, and also through higher cropping intensities. Irrigation is a major factor in land intensification: the irrigated area in developing countries doubled between 1961–63 and 1997–99 and is expected to increase by another 20 percent by 2030 (FAO, 2003a). Widespread application of fertilizer and improved fertilizer composition and forms of application are other important factors in crop intensification, along with improvements in plant protection.

The post-harvest sector, distribution and marketing have seen profound structural changes. These are associated with the emergence of large retailers, with a tendency towards vertical integration and coordination along the food chain. This trend has been brought about by liberaliza-

BLM_0079722

Table 1.4

**Key productivity parameters for livestock in different world regions**

| Region | Chicken meat (kg output/kg biomass/year)[1] | | Egg yield (kg/layer/year) | | Pig meat (kg output/kg biomass/year)[1] | |
|---|---|---|---|---|---|---|
| | 1980 | 2005 | 1980 | 2005 | 1980 | 2005 |
| World | 1.83 | 2.47 | 8.9 | 10.3 | 0.31 | 0.45 |
| Developing countries | 1.29 | 1.98 | 5.5 | 8.8 | 0.14 | 0.33 |
| Developed countries | 2.26 | 3.55 | 12.2 | 15.0 | 0.82 | 1.20 |
| Sub-Saharan Africa | 1.46 | 1.63 | 3.4 | 3.6 | 0.53 | 0.57 |
| West Asia and North Africa | 1.73 | 2.02 | 7.0 | 9.4 | 1.04 | 1.03 |
| Latin America and the Caribbean | 1.67 | 3.41 | 8.6 | 9.8 | 0.41 | 0.79 |
| South Asia | 0.61 | 2.69 | 5.8 | 8.1 | 0.72 | 0.71 |
| East and Southeast Asia | 1.03 | 1.41 | 4.7 | 9.5 | 0.12 | 0.31 |
| Industrialized countries | 2.45 | 3.72 | 14.1 | 16.0 | 1.03 | 1.34 |
| Transition countries | 1.81 | 2.75 | 9.6 | 13.0 | 0.57 | 0.75 |

| Region | Beef (kg output/kg biomass/year)[1] | | Small ruminants (kg output/kg biomass/year)[1] | | Milk yield (kg/cow/year) | |
|---|---|---|---|---|---|---|
| | 1980 | 2005 | 1980 | 2005 | 1980 | 2005 |
| World | 0.11 | 0.13 | 0.16 | 0.26 | 1 974 | 2 192 |
| Developing countries | 0.06 | 0.09 | 0.14 | 0.26 | 708 | 1 015 |
| Developed countries | 0.17 | 0.21 | 0.19 | 0.24 | 3 165 | 4 657 |
| Sub-Saharan Africa | 0.06 | 0.06 | 0.15 | 0.15 | 411 | 397 |
| West Asia and North Africa | 0.07 | 0.10 | 0.21 | 0.25 | 998 | 1 735 |
| Latin America and the Caribbean | 0.08 | 0.11 | 0.11 | 0.13 | 1 021 | 1 380 |
| South Asia | 0.03 | 0.04 | 0.16 | 0.23 | 517 | 904 |
| East and Southeast Asia including China | 0.06 | 0.16 | 0.05 | 0.20 | 1 193 | 1 966 |
| Industrialized countries | 0.17 | 0.20 | 0.20 | 0.25 | 4 226 | 6 350 |
| Transition countries | 0.18 | 0.22 | 0.17 | 0.23 | 2 195 | 2 754 |

[1] Biomass is calculated as inventory x average liveweight. Output is given as carcass weight.
*Source:* FAO (2006b).

tion of markets and widespread application of new technologies in logistics and organizational management transport. All of these help to bring prices down for consumers – but at the same time they raise entry barriers for small producers (Costales, Gerber and Steinfeld, 2006).

## 1.3 Trends within the livestock sector

Until about the early 1980s, diets that included daily consumption of milk and meat were largely the privilege of OECD country citizens and a small wealthy class elsewhere. At that time, most developing countries, with the exception of Latin America and some West Asian countries had an annual per capita meat consumption of substantially less than 20 kg. For most people in Africa and Asia, meat, milk and eggs were an unaffordable luxury, consumed only on rare occasions. A high proportion of the larger livestock in developing countries was not primarily kept for food, but for other important functions, such as providing draught power and manure,

BLM_0079723

and serving as an insurance policy and a capital asset, usually disposed of only in times of communal feasting or emergency.

This is changing rapidly. The livestock sector is currently growing faster than the rest of agriculture in almost all countries. Typically, its share in agricultural GDP rises with income and level of development and is above 50 percent for most OECD countries. The nature of livestock production is also changing rapidly in many emerging economies, as well as in developed countries. Most of this change can be summarized under the term "industrialization". Through industrialization, livestock escape most of the environmental constraints that have shaped livestock production diversely in the wide range of environments in which they occur.

*Livestock production and consumption booms in the south, stagnates in the north*

Driven by population growth and rising income in many developing countries, the global livestock sector has seen a dramatic expansion over the past decades, though with considerable differences between developing and developed countries.

In the developing countries, annual per capita consumption of meat has doubled since 1980, from 14 kg to 28 kg in 2002 (Table 1.5).

Total meat supply tripled from 47 million tonnes to 137 million tonnes over the same period. Developments have been most dynamic in



Figure 1.6  Past and projected meat production in developed and developing countries from 1970 to 2050

*Source:* FAO [2006a] and FAO [2006b].



Figure 1.7  Past and projected milk production in developed and developing countries from 1970 to 2050

*Source:* FAO [2006a] and FAO [2006b].

Table 1.5

Past and projected trends in consumption of meat and milk in developing and developed countries

|  | Developing countries | | | | | Developed countries | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1980 | 1990 | 2002 | 2015 | 2030 | 1980 | 1990 | 2002 | 2015 | 2030 |
| **Food demand** | | | | | | | | | | |
| Annual per capita meat consumption (kg) | 14 | 18 | 28 | 32 | 37 | 73 | 80 | 78 | 83 | 89 |
| Annual per capita milk consumption (kg) | 34 | 38 | 46 | 55 | 66 | 195 | 200 | 202 | 203 | 209 |
| Total meat consumption (million tonnes) | 47 | 73 | 137 | 184 | 252 | 86 | 100 | 102 | 112 | 121 |
| Total milk consumption (million tonnes) | 114 | 152 | 222 | 323 | 452 | 228 | 251 | 265 | 273 | 284 |

*Source:* FAO [2006a] and FAO [2006b].

15

BLM_0079724

Table 1.6

**Developing country trends in livestock production in 2005**

| Country Group/Country | Meat (million tonnes) | Milk (million tonnes) | Percentage of developing country production | |
|---|---|---|---|---|
| | | | Meat | Milk |
| Developing countries | 155.0 | 274.1 | 100.0 | 100.0 |
| China | 75.7 | 28.3 | 48.8 | 10.3 |
| Brazil | 19.9 | 23.5 | 12.8 | 8.6 |
| India | 6.3 | 91.9 | 4.1 | 33.5 |

*Source:* FAO (2006b).

countries that have seen rapid economic growth, notably East Asia, led by China. China alone accounted for 57 percent of the increase in total meat production in developing countries. For milk, developments are less spectacular but still remarkable: total milk production in developing countries expanded by 118 percent between 1980 and 2002, with 23 percent of that increase coming from one country, India.

This dramatic increase in demand for livestock products (a transition called the "livestock revolution" by Delgado *et al.*, 1999), is poised to continue for another 10 to 20 years before slowing down (Delgado *et al.*, 1999). A few developing countries, notably Brazil, China and India are emerging as world players as their strength as trading partners is growing rapidly (Steinfeld and Chilonda, 2005). These three countries account for almost two-thirds of total meat production in developing countries and for more than half of the milk (Table 1.6). They also account for close to three-quarters of the growth in milk and meat production in all developing countries.

There is a great deal of variation in the extent and character of livestock sector growth. China and East Asia have experienced the most impressive growth in consumption and production, first in meat and more recently also in dairy. The region will need to import increasing amounts of feed, and perhaps also livestock products, to meet future consumption growth. In contrast, India's livestock sector continues to be dairy-oriented, using traditional feed resources and crop residues. This picture is likely to change,

as the booming poultry industry will pose feed demands that will far exceed current supplies. In contrast, Argentina, Brazil and other Latin American countries have successfully expanded their domestic feed base, taking advantage of low production costs and abundance of land (Steinfeld and Chilonda, 2006). They have moved to adding value to feed, rather than exporting it. They are poised to become the major meat-exporting region supplying developed and East Asian countries.

In the developing countries, livestock production is rapidly shifting towards monogastrics In fact, poultry and pigs account for 77 percent of the expansion in production. While total meat production in developing countries more than tripled between 1980 and 2004, the growth in ruminant production (cattle, sheep and goats) was only 111 percent, that of monogastrics expanded more than fourfold over the same period.

These dramatic developments in rapidly growing developing countries are in stark contrast with trends in developed countries, where consumption of livestock products is growing only slowly or stagnating. With low or no population growth, markets are saturated in most developed countries. Consumers are concerned about the health effects of high intake levels of livestock products, in particular red meat and animal fats. Continuous high-level consumption of these products is associated with a series of cardio-vascular diseases and certain types of cancer. Other perceived health problems associated with animal products sporadically and

sometimes permanently suppress demand for animal products. These include the presence of residues (of antibiotics, pesticides, dioxins) and of pathogens (*Escherichia coli*, salmonella, mad cow disease).

In developed countries, total livestock production increased by only 22 percent between 1980 and 2004. Ruminant meat production actually declined by 7 percent while that of poultry and pigs increased by 42 percent. As a result, the share of production of poultry and pigs has gone up from 59 to 69 percent of total meat production. Among the monogastrics, poultry is the commodity with the highest growth rates across all regions. A main reason for this, apart from very favourable feed conversion, is the fact that poultry is a meat type acceptable to all major religious and cultural groups.

A few general observations can be made. The trend towards rapidly increasing livestock production in the tropics poses a series of technical problems, such as those related to climate and disease. Countries do not appear to be readily prepared for some of these, as has been demonstrated by the outbreaks of avian influenza in the last two years. The surge in production also entails an expansion of feed supplies and, particularly in Asia, an increasing amount will need to come from imports. Some countries will be faced with the question whether to meet this demand by importing feed for domestic livestock production or to opt for imports of livestock products. Production is also moving away from established production areas that have high environmental standards. This potentially creates opportunities for evading environmental controls.

On the consumption side, there is a trend towards global convergence of diets. Cultural peculiarities, though still strong in some areas, become increasingly blurred as demonstrated by the surge of poultry consumption in South and East Asia. This convergence is further driven by the fact that similar eating habits, such as fast and convenience food, are catching hold almost everywhere.

Most of the expansion in the supply of livestock products in developing countries comes from increased production, and only a relatively small part from imports. For developing countries as a whole, net imports account for only about 0.5 percent of total supply for meat, and 14.5 percent for milk (FAO, 2006b). However, trade in livestock products has increased much faster than trade in feed. For feedgrains, the traded share of total production has remained fairly stable in the range of 20 to 25 percent over the last decade. The share for meat increased from 6 percent in 1980 to 10 percent in 2002, and for milk from 9 to 12 percent over the same period.

Growth in trade in livestock products is also outpacing that of growth in production, facilitated by declining tariff barriers within the context of the General Agreement on Tariffs and Trade (GATT). This indicates a gradual trend towards producing livestock in locations where feed is available, rather than close to consumption centres – a trend made possible by infrastructure development and the establishment of refrigerated supply chains ("cold chains") in major producing countries.

### Structural change

The large increases in supply of livestock products have been facilitated by structural adjustments in the sector, including growing intensities (discussed above), increasing scales of production, vertical integration and geographical shifts.

### *Units scale up in size, while smallholders are marginalized*

There has been a rapid growth in the average size of primary production units, accompanied by a substantial decline in the numbers of livestock producers in many parts of the world. The major driver of this process is the cost reduction that can be realized through the expansion of scale of operations at various stages of the production process. Smallholders may stay in the livestock business by selling their products at prices that

17

Livestock's long shadow



*A Maasai woman carrying a baby on her back milks a cow as its calf attempts to nurse. A gourd is used to collect the milk. The cattle are kept over night inside the perimeter of the boma to protect them from wildlife – Kenya 2003*

value their own labour input below the market rate. However, this occurs mostly in countries with limited employment opportunities in other sectors. As soon as employment opportunities in other sectors arise, many smallholder produc- ers opt out of livestock production.

Different commodities and different steps of the production process offer different potential for economies of scale. The potential tends to be high in post-harvest sectors (slaughterhouse, dairy plants). Poultry production is most easily mechanized, and industrial forms of production emerge even in least developed countries. In contrast, dairy production shows fewer econo- mies of scale because of the typically high labour input. As a result, dairy production continues to be dominated by family-based production.

For dairy and small ruminant production, farm-level production costs at the smallholder level are often comparable with those of large- scale enterprises, usually because of the cost advantages of providing family labour below the level of the minimum wage. However, the expan- sion of smallholder production beyond a semi- subsistence level is constrained by a number of barriers, lack of competitiveness and risk factors (see below).

Access to land and credit is an increasing problem. Recent LEAD studies (Delgado and

Narrod, 2006) show the substantial impact of hidden and overt subsidies that facilitate the supply of cheap animal products to the cities, to the disadvantage of small-scale rural producers. There is often no public support to adapt or dis- seminate new technologies for small-scale use. Production costs are higher at the smallholder level because of both market and production risks. Market risks include price fluctuations for both inputs and products. These are often ampli- fied for smallholders because of their weak negotiating position. Some small-scale produc- ers evolved from subsistence farming with sound risk coping mechanisms, but lack the assets or strategies to sustain full exposure to market risks. The absence of safety nets in the face of economic shocks, invariably present in such markets, restricts the participation of small- holders. Production risks relate to resource degradation, control of assets such as land and water, climatic variations such as droughts and floods, and infectious diseases.

Smallholders face additional problems because of the transaction costs involved in product marketing. These are often prohibi- tively high because of the small quantities of marketable product produced and the absence of adequate physical and market infrastruc- tures in remote areas. Transaction costs are also increased where producers lack negotiat- ing power or access to market information, and remain dependent on intermediaries. Moreover, the frequent absence of producers' associa- tions or other partnership arrangements makes it more difficult for smallholder producers to reduce transaction costs through economies of scale.

The desire to reduce transaction costs is a main force promoting vertical integration in developed and developing countries alike. In developing countries, it is found particularly in poultry and pork, but also in dairy production. These economic forces are sometimes further strengthened if governments tax market trans- actions, for example for feed, as described by

18

BLM_0079727

Delgado and Narrod (2002) in the case of poultry producers in Andhra Pradesh (India). The combined effect of economic gains from lowering transaction costs by vertical integration, and more favourable tax regimes for larger enterprises, tends to disadvantage independent and small-scale producers severely.

## Geographic shifts

*Production grows more concentrated*

Traditionally, livestock production was based on locally available feed resources, particularly those having limited or no alternative use value, such as natural pasture and crop residues. The distribution of ruminants was almost completely determined by the availability of such resources. The distribution of pigs and poultry followed closely that of humans, because of their role as waste converters. For example, a LEAD study in Viet Nam (a country in its early stages of industrialization) found that 90 percent of the poultry distribution pattern could be explained by the distribution of the human population (Tran Thi Dan *et al.*, 2003).

In the course of development, the livestock sector strives to free itself from local natural resource constraints – but becomes subject to a different set of factors that shape its geographical distribution and concentration. The importance of agro-ecological conditions as a determinant of location is replaced by factors such as opportunity cost of land and access to output and input markets.

As soon as urbanization and economic growth translate rising incomes into "bulk" demand for animal source food products, large-scale operators emerge. At the initial stage, these are located close to towns and cities. Livestock products are among the most perishable food products, and their conservation without chilling and processing poses serious quality and human health problems. Therefore, livestock have to be produced close to the location of demand, unless there is adequate infrastructure and technology to permit livestock to be kept farther away.

At a later stage, livestock production shifts even further from demand centres, driven by factors such as lower land and labour prices, access to feed, lower environmental standards, tax incentives or locations with fewer disease problems. The LEAD study found that the poultry density in areas closer than 100 km to Bangkok decreased between 1992 and 2000, with the largest decrease (40 percent) in the areas close to the city (less than 50 km). Density increased in all areas further away than 100 km (Gerber *et al.*, 2005).

The LEAD study found that for all countries analysed (Brazil, France, Mexico, Thailand, Viet Nam), despite the variety of factors that determine optimal location, there is a continuing process of concentration for all species covered by the analysis (cattle, chicken and pigs). Even in developed economies, the trend of concentration and increasing scale is continuing.

## Vertical integration and the rise of supermarkets

Large multinational firms are becoming dominant in the meat and dairy trade, both in the developed world and in many developing countries experiencing fast livestock sector growth. Their strength is linked to achieving economies of size and scope, and to sourcing supplies at



© LEAD/PIERRE GERBER

*Breeding sows in Rachaburi – Thailand 2004*

19

BLM_0079728

different levels and across national boundaries. Vertical integration allows not only for gains from economies of scale. It also secures benefits from market ownership and from control over product quality and safety, by controlling the technical inputs and processes at all levels.

The rapid expansion of supermarkets and fast food outlets in developing countries started in the 1990s and has already large segments of the market in Latin America, East Asia and West Asia; this process has now also started in South Asia and sub-Saharan Africa. This expansion has been accompanied by a relative decline of traditional "wet" and local markets. For example, in China the number of supermarket outlets rose from 2 500 in 1994 to 32 000 in 2000 (Hu and Reardon, 2003). The supermarket share of total retail turnover is estimated to have reached about 20 percent of the total packaged and processed food retailing (Reardon *et al.*, 2003). According to the same authors, the share of supermarkets in the retailing of fresh foods is about 15 to 20 percent in Southeast Asia. India still has a comparatively low supermarket share of only 5 percent. As is already the case in developed countries, the large-scale retail sector is becoming the dominant actor in the agrifood system.

The rise of supermarkets has been facilitated by innovations in retail procurement logistics, technology and inventory management in the 1990s, with the use of the Internet and information management technology. This has enabled centralized procurement and consolidated distribution. The technological change, led by global chains, is now diffusing around the world through knowledge transfer, and imitation by domestic supermarket chains. The substantial savings from efficiency gains, economies of scale and coordination cost reduction provide profits for investment in new stores, and, through intense competition, reduce prices to consumers. The requirements of these integrated food chains, in terms of volume, quality, safety, etc. are becoming pervasive throughout the livestock sector.

In summary, the trends in the global livestock sector can be described as follows:

- Demand and production of livestock products are increasing rapidly in developing countries that have outpaced developed countries. A few large countries are taking centre stage. Poultry has the highest growth rate.
- This increasing demand is associated with important structural changes in countries' livestock sectors, such as intensification of production, vertical integration, geographic concentration and up-scaling of production units.
- There are concomitant shifts towards poultry and pig meat relative to ruminant meat, and towards grain- or concentrate-based diets relative to low-value feed.

These trends indicate a growing impact on the environment, as will be shown in more detail in the following chapters. Growth in itself may be regarded as a problem as it is not offset by concomitant productivity gains. Although these are important, the expanding livestock sector lays hands on additional feed and land resources that come at significant environmental costs. Structural change also modifies the nature of damage. In addition to issues associated with extensive production, such as overgrazing, there is a steep increase in those connected to intensive and industrial forms, such as concentration of pollutants, expansion of arable land for feed and environmental health problems. Further, the shift to traded and processed feeds spreads the environmental problems to other sectors, e.g. feedcrop production, fisheries, and to other parts of the world, which often obscures the real nature and extent of environmental impact.

BLM_0079729



Map 19 **Estimated distribution of small ruminants**

Head per square km

< 5
5 – 20
20 – 50
50 – 80
80 – 95
> 95

National boundaries

*Source:* FAO, 2006g.

343

BLM_0079730

livestock's long shadow



Map 20 Estimated aggregated distribution of pigs, poultry, cattle and small ruminants

Livestock units per square km

0
0 – 0.1
0.1 – 0.5
0.5 – 1
1 – 2.5
> 2.5

National boundaries

*Source: FAO, 2006g*

344

BLM_0079731



**Map 21** Estimated feed surplus/deficit – cereals (pig and poultry)

**Kgs per square km**

| | | | |
|---|---|---|---|
| ■ < -50 000 (deficit) | ■ -5 000 – -500 | ■ 500 – 5 000 | ■ > 50 000 (surplus) |
| ■ -50 000 – -5 000 | ■ -500 – 500 (balance) | ■ 5 000 – 50 000 | ⟋⟍ National boundaries |

*Source:* LEAD. For each 100 x 100 km cell, the balance is calculated as the difference between the estimated cumulated maize, wheat and barley (MWB) production for pig and poultry feed and the MWB consumption by pig and poultry. The production map is derived from the estimated MWB production for animal feed (Map 8), removing the fraction of MWB feed dedicated to ruminants (Galloway *et al.*, 2006). The consumption map was calculated from the pig and poultry meat production maps (see source of Maps 23 and 24). National level indexes derived were first used to estimate live weight production and total feed consumption (FAO, 2006b). For each country, the share of MWB in the feed basket composition was then extrapolated from available data (e.g. Chapter 2, Figures. 2.6 and 2.7). This share was finally used to calculate the MWB consumption by pig and poultry in each cell.

Annex 1 – Global maps

345

BLM_0079732



Map 22 Estimated feed surplus/deficit – soymeal (pig and poultry)

**Kgs per square km**

| | | | |
|---|---|---|---|
| ◼ < -10 000 (deficit) | ◻ -1 000 – -100 | ◻ 100 – 1 000 | ◼ > 10 000 (surplus) |
| ◼ -10 000 – -1 000 | ◻ -100 – 100 (balance) | ◻ 1 000 – 10 000 | ⟋⟍ National boundaries |

*Source:* LEAD. For each 100 x 100 km cell, the balance is calculated as the difference between the estimated soymeal production for pig and poultry feed and the soymeal consumption by pig and poultry. The soymeal production map is derived from the estimated soybean production for animal feed (map 8), removing the fraction dedicated to ruminants (Galloway *et al.*, 2006) and applying a bean to meal weight conversion factor (Schnittker, 1997). The consumption map was calculated from the pig and poultry meat production maps (see source of Maps 23 and 24). National level indexes derived were first used to estimate live weight production and total feed consumption (FAO, 2006b). For each country, the share of soymeal in the feed basket composition was then extrapolated from available data (e.g. Chapter 2, Figures 2.6 and 2.7). This share was finally used to calculate the soymeal consumption by pig and poultry in each cell.



**Map 23** Estimated poultry meat surplus/deficit

**Kg per square km**

- < -1 000 (deficit)
- -1 000 – -100
- -100 – 100 (balance)
- 100 – 1 000
- > 10 000 (surplus)
- No data available
- National boundaries

*Source:* LEAD – For each 100 x 100 km cell, the balance is calculated as the difference between estimated poultry meat production and consumption. The production map is based on national level statistics (FAO, 2006b) distributed along animal densities (see map 16) corrected for the level of production intensity (see map 14). The consumption map was calculated by distributing national level statistics (FAO, 2006b) along human population (see map 3). In developing countries, higher consumption levels were attributed to urban areas (LandScan, 2005) than to rural areas.

BLM_0079734





Map 24 Estimated pig meat surplus/deficit

**Kg per square km**

- < -1 000 (deficit)
- -1 000 – -100
- -100 – 100 (balance)
- 100 – 1 000
- > 1 000 (surplus)
- No data available
- National boundaires

*Source:* LEAD. For each 100x100 km cell, the balance is calculated as the difference between estimated pig meat production and consumption. The production map is based on national level statistics (FAO, 2006b) distributed along animal densities (see map 17) corrected for the level of production intensity (see map 15). The consumption map was calculated by distributing national level statistics (FAO, 2006b) along human population (see map 3). In developing countries, higher consumption levels were attributed to urban areas (LandScan, 2005) than to rural areas.

BLM_0079735



Map 25 Estimated beef surplus/deficit

**Kg per square km**

- ≤ -1 000 (deficit)
- -1 000 – -100
- -100 – 100 (balance)
- 100 – 1 000
- > 1 000 (surplus)
- No data available
- National boundaires

*Source:* LEAD. For each cell, the balance is calculated as the difference between estimated beef production and consumption. The production map is based on national level statistics (FAO, 2006b) distributed along animal densities (see map 18). The consumption map was calculated by distributing national level statistics (FAO, 2006b) along human population (see map 3). In developing countries, higher consumption levels were attributed to urban areas (LandScan, 2005) than to rural areas.

Annex 1 – Global maps

349

**Map 26** Pasture degradation risk in the dry and cold lands



**Pasture degradation risk**

☐ Medium land degradation risk

☐ High land degradation risk

◠◡ National boundaries

*Source:* LEAD. Cells with a low or very low suitability for pasture [FAO, 2006f] and at least a third of the area used as pasture [FAO, 2006f] were assigned to the "high" risk" class, whereas cells with a medium suitability for pasture [FAO, 2006f] and at least a third of the area used as pasture [FAO, 2006f] were assigned to the "medium risk" class. Both the "high" and "medium" degradation risk classes are assigned to cells with cattle population [see Map 18].



BLM_0079737



Map 27 Human infringement on environmental water demand (water withdrawal as a proportion of water available for human use)

Water stress indicator

< 0.3 (low)     0.4 – 0.5     0.6 – 0.7     0.8 – 0.9     >= 1 (high)
0.3 – 0.4       0.5 – 0.6     0.7 – 0.8     0.9 – 1.0     Major River Basin

Source: World Resources Institute, 2003.

Annex1 – Global maps

351

livestock's long shadow



Map 28 Ecoregions affected by livestock

**Ecoregions**

■ Livestock affected, critical status
□ Livestock affected, vulnerable

/\/ National boundaries

Source: Olson and Dinerstein, 2002.

BLM_0079739



Map 29 Livestock as an important cause behind global biodiversity hotspots

**Global biodiversity hotspots**

outer limit

National boundaries

hotspot without livestock as a major threat

hotspot with livestock as major threat

Source: Mittermeier et al. 2004

353

BLM_0079740



**Map 30** Total greenhouse gas emissions from enteric fermentation and manure per species and main production system

Tonnes of CO₂ equivalent

- Dairy cattle
- Cattle & Buffalo
- Small ruminant
- Poultry
- Pigs

150 mil. CO₂ tonnes eq.

Grazing   Mixed   Industrial

*Source:* LEAD. Based on region and production system specific population estimates (Groenewold, 2005) and emission factors (see Chapter 3, Box 3.4 and Annex 3.1 and 3.2).
* South and East Asia excluding China and India.

BLM_0079741




Map 31 Total methane emissions from enteric fermentation and manure per species and main production system

Source: LEAD. Based on region and production system specific population estimates (Groenewold, 2005) and emission factors (see Annex 3.1 and 3.2).
* South and East Asia excluding China and India.

BLM_0079742



Map 32 Total nitrous oxide emissions from manure per species and main production system

Source: LEAD. Based on region and production system specific population estimates (Groenewold, 2005) and emission factors (see Chapter 3, Box 3.4).
* South and East Asia excluding China and India.

BLM_0079743


Map 33A Projected expansion of cropland and pasture into Neotropical forest from 2000 to 2010



Source: Wassenaar *et al.*, 2006.

BLM_0079744

livestock's long shadow



Map 33B Projected expansion of cropland and pasture into Neotropical forest from 2000 to 2010

Source: Wassenaar et al., 2006.

BLM_0079745

Annex 2
# Tables

BLM_0079746

# Annex 2
# Tables

Table 1   Regional level trends for three land-use intensification indicators
over the period 1961 to 2001   362

Table 2   Total calories, protein and fat intake and contribution of animal-derived foods
in selected regions and countries   362

Table 3   Grassland area and share of total land covered by grassland
in selected regions and countries   363

Table 4   Estimated net primary productivity in areas dominated by pasture   363

Table 5   Current dominant land use in areas with high suitability
for pasture but no current use as pasture   364

Table 6   Poultry population, density on agricultural land and ratio to human population
in selected regions and countries   364

Table 7   Pig population, density on agricultural land and ratio to human population
in selected regions and countries   365

Table 8   Cattle population, density on agricultural land and ratio to human population
in selected regions and countries   365

Table 9   Small ruminant population, density on agricultural land and ratio
to human population in selected regions and countries   366

Table 10   Maize trade at the regional level: 2001–2003 average and increment
over the previous 15 years   367

Table 11   Soybean trade at the regional level: 2001–2003 average and increment
over the previous 15 years   368

Table 12   Soymeal trade at the regional level: 2001–2003 average and increment
over the previous 15 years   369

Table 13   Bovine meat trade at the regional level: 2001–2003 average and increment
over the previous 15 years   370

Table 14   Poultry meat trade at the regional level: 2001–2003 average and increment
over the previous 15 years   371

Table 15   Major meat trade flows in the 2001–2003 period, their volume and
related sea transport $CO_2$ emission   372

Table 16   Possible contribution of livestock to the extinction of species through
habitat loss and degradation   373

BLM_0079747

livestock's long shadow

**Table 1**

**Regional level trends for three land-use intensification indicators over the period 1961 to 2001**

| Region | Use of tractors | | | Use of mineral fertilisers | | | Irrigated area | | |
|---|---|---|---|---|---|---|---|---|---|
| | Annual growth rate (%) | | Crop land[1] per tractor in 2001 (ha) | Annual growth rate (%) | | Mineral fertilizers used per ha of crop land[1] in 2001 (Kg) | Annual growth rate (%) | | Share of arable and perm. crops in 2001 (%) |
| | 1961–1991 | 1991–2001 | | 1961–1991 | 1991–2001 | | 1961–1991 | 1990–2000 | |
| Asia | 11.1 | 1.7 | 77.3 | 9.0 | 1.5 | 134.7 | 1.9 | 1.4 | 33.5 |
| Oceania | -0.8 | -0.9 | 139.7 | 0.7 | 5.6 | 59.0 | 2.6 | 1.8 | 4.9 |
| Baltic states and CIS | n.d. | n.d. | 67.1 | n.d. | n.d. | 30.2 | n.d. | n.d. | 49.5 |
| Eastern Europe | 7.1 | 0.2 | 19.4 | 1.4 | 1.2 | 80.7 | 3.8 | -1.4 | 10.2 |
| Western Europe | 3.1 | -0.2 | 12.0 | 2.0 | -1.5 | 180.7 | 1.9 | 0.9 | 15.3 |
| North Africa | 4.4 | 1.3 | 91.8 | 4.6 | 2.1 | 69.5 | 1.0 | 1.6 | 21.7 |
| Sub-Saharan Africa | 0.9 | -2.8 | 773.8 | 5.0 | -1.0 | 11.1 | 1.9 | 0.9 | 3.7 |
| North America | 0.1 | 0.4 | 41.5 | 3.2 | 1.0 | 96.3 | 1.4 | 0.7 | 10.2 |
| Latin America and the Caribbean | 3.9 | -0.2 | 95.7 | 6.0 | 4.2 | 75.9 | 2.5 | 0.8 | 11.0 |
| Developed countries | 2.3 | -0.1 | 33.2 | 3.0 | -2.2 | 79.1 | 2.0 | 0.2 | 10.6 |
| Developing countries | 6.6 | 1.8 | 125.3 | 9.5 | 1.8 | 97.1 | 2.0 | 1.3 | 23.2 |
| World | 2.5 | -0.1 | 58.0 | 4.6 | 0.1 | 89.6 | 2.0 | 1.0 | 17.9 |

[1] Includes arable and permanent cropland.
*Source:* FAO(2006b).

**Table 2**

**Total calories, protein and fat intake and contribution of animal-derived foods in selected regions and countries**

| Region/Country | Total | | | Percentage from animal products | | |
|---|---|---|---|---|---|---|
| | Calories/capita/day (Number) | Protein/capita/day (g) | Fat/capita/day (g) | Calories/capita/day | Protein/capita/day | Fat/capita/day |
| Commonwealth of Independent States | 2 793 | 81 | 73 | 21 | 45 | 56 |
| North Africa | 3 203 | 88 | 65 | 8 | 21 | 28 |
| North America | 3 588 | 105 | 125 | 22 | 51 | 43 |
| Sub-Sahara and South Africa | 2 248 | 55 | 46 | 7 | 21 | 22 |
| East and Southeast Asia | 2 686 | 65 | 55 | 9 | 29 | 31 |
| Eastern Europe | 3 180 | 93 | 107 | 26 | 49 | 59 |
| Latin America and the Caribbean | 2 852 | 77 | 81 | 20 | 48 | 48 |
| Near East | 2 897 | 80 | 69 | 11 | 25 | 32 |
| Oceania | 2 971 | 94 | 115 | 29 | 63 | 54 |
| South Asia | 2 394 | 56 | 50 | 9 | 20 | 28 |
| Western Europe | 3 519 | 108 | 150 | 31 | 60 | 55 |
| Australia | 3 096 | 104 | 135 | 33 | 67 | 53 |
| Brazil | 3 006 | 81 | 92 | 22 | 52 | 50 |
| China | 2 942 | 82 | 86 | 20 | 37 | 58 |
| India | 2 423 | 56 | 52 | 8 | 19 | 25 |
| **Developed countries** | **3 304** | **100** | **122** | **26** | **56** | **51** |
| **Developing countries** | **2 651** | **68** | **65** | **13** | **31** | **41** |
| **World** | **2 792** | **75** | **77** | **17** | **38** | **45** |

*Note:* Three-year averages 2000–2002.
*Source:* FAO (2006b).

362

BLM_0079748

### Table 3

**Grassland area and share of total land covered by grassland in selected regions and countries**

| Region/Country | Total area of grassland | Percentage of total area as grassland |
|---|---|---|
| | *[km²]* | |
| North America | 7 970 811 | 41.1 |
| Latin America and the Caribbean | 7 011 738 | 34.2 |
| Western Europe | 1 216 683 | 32.5 |
| Eastern Europe | 293 178 | 25.2 |
| Commonwealth of Independent States | 6 816 769 | 31.1 |
| West Asia and North Africa | 1 643 563 | 13.6 |
| Sub-Saharan Africa and South Africa | 7 731 638 | 31.5 |
| South Asia | 661 613 | 14.9 |
| East and Southeast Asia | 5 286 989 | 32.9 |
| Oceania | 5 187 147 | 58.1 |
| Australia | 4 906 962 | 63.6 |
| China | 3 504 907 | 37.3 |
| India | 371 556 | 11.7 |
| Brazil | 2 179 466 | 25.6 |
| **Developed Countries** | **19 803 555** | **35.4** |
| **Developing Countries** | **18 369 118** | **24.0** |
| **World** | **38 172 673** | **28.8** |

*Source:* Own calculation.

### Table 4

**Estimated net primary productivity in areas dominated by pasture**

| Region/Country | Mean net primary productivity | Area below 1200 (gr Carbon per m² and year) | | Area above 1200 (gr Carbon per m² and year) | |
|---|---|---|---|---|---|
| | | *km²* | *%* | *km²* | *%* |
| Commonwealth of Independent States | 726.5 | 3 057 780 | 96.7 | 105 498 | 3.3 |
| Latin America and the Caribbean | 1254.6 | 2 297 740 | 47.4 | 2 548 350 | 52.6 |
| Western Europe | 948.8 | 766 276 | 72.4 | 291 848 | 27.6 |
| West Asia and North Africa | 637.0 | 1 800 730 | 92.7 | 142 480 | 7.3 |
| Sub-Saharan Africa and South Africa | 1226.1 | 5 066 060 | 42.8 | 6 777 050 | 57.2 |
| South Asia | 708.2 | 224 012 | 79.0 | 59 504 | 21.0 |
| East and Southeast Asia | 1158.1 | 652 412 | 43.0 | 863 624 | 57.0 |
| North America | 718.5 | 4 090 920 | 90.9 | 411 074 | 9.1 |
| Eastern Europe | 1080.4 | 152 280 | 72.0 | 59 261 | 28.0 |
| Oceania | 1189.3 | 143 905 | 58.3 | 102 736 | 41.7 |
| Australia | 1065.6 | 3 895 680 | 69.4 | 1 721 570 | 30.6 |
| Brazil | 1637.7 | 37 424 | 1.3 | 2 893 640 | 98.7 |
| India | 385.9 | 131 927 | 93.8 | 8 682 | 6.2 |
| China | 774.5 | 2 644 020 | 86.8 | 402 534 | 13.2 |
| **Developed** | **871.0** | **12 473 500** | **79.8** | **3 153 290** | **20.2** |
| **Developing** | **1153.1** | **12 486 800** | **48.5** | **13 233 500** | **51.5** |
| **World** | **1046.5** | **24 960 300** | **60.4** | **16 386 790** | **39.6** |

*Note:* Summary of Map 4, Annex 1.
*Source:* Own calculation.

363

BLM_0079749

*livestock's long shadow*

Table 5

**Current dominant land use in areas with high suitability for pasture but no current use as pasture**

| Region/Country | Forest | Forest | Cropland | Cropland | Urban | Urban |
|---|---|---|---|---|---|---|
| | *km²* | % | *km²* | % | *km²* | % |
| Commonwealth of Independent States | 3 381 180 | 65.6 | 1 608 240 | 31.2 | 166 923 | 3.2 |
| Latin America and the Caribbean | 3 375 720 | 87.3 | 432 466 | 11.2 | 60 685 | 1.6 |
| Western Europe | 825 342 | 46.5 | 747 410 | 42.1 | 201 770 | 11.4 |
| West Asia and North Africa | 40 782 | 21.4 | 134 138 | 70.3 | 15 933 | 8.3 |
| Sub-Saharan Africa and South Africa | 3 642 730 | 87.9 | 442 489 | 10.7 | 58 440 | 1.4 |
| South Asia | 51 925 | 19.1 | 205 745 | 75.9 | 13 486 | 5.0 |
| East and Southeast Asia | 2 167 580 | 64.1 | 1 124 630 | 33.2 | 91 498 | 2.7 |
| North America | 2 515 240 | 51.4 | 2 172 750 | 44.4 | 203 408 | 4.2 |
| Eastern Europe | 334 619 | 36.5 | 517 651 | 56.5 | 64 671 | 7.1 |
| Oceania | 362 790 | 95.9 | 13 080 | 3.5 | 2 294 | 0.6 |
| Australia | 390 805 | 79.5 | 88 358 | 18.0 | 12 467 | 2.5 |
| Brazil | 4 766 500 | 95.3 | 126 222 | 2.5 | 107 969 | 2.2 |
| India | 186 840 | 22.9 | 595 042 | 72.9 | 34 553 | 4.2 |
| China | 873 628 | 42.4 | 1 047 920 | 50.9 | 138 976 | 6.7 |
| **Developed** | **7 748 680** | **57.0** | **5 205 720** | **38.3** | **650 239** | **4.8** |
| **Developing** | **15 161 600** | **76.8** | **4 044 780** | **20.5** | **523 734** | **2.7** |
| **World** | **22 910 280** | **68.7** | **9 250 500** | **27.8** | **1 173 973** | **3.5** |

*Note:* Summary of Map 12, Annex 1.
*Source:* Own calculation.

Table 6

**Poultry population, density on agricultural land and ratio to human population in selected regions and countries**

| Region/Country | No. of animal | No. of animal per agricultural area | No. of animal per human population |
|---|---|---|---|
| | *['000 head]* | *[head/ha]* | *[head per head]* |
| North America | 2 058 729 | 4.3 | 6.7 |
| Latin America and the Caribbean | 2 255 899 | 2.2 | 4.5 |
| Western Europe | 1 097 990 | 7.5 | 2.8 |
| Eastern Europe | 231 172 | 3.6 | 1.9 |
| Commonwealth of Independent States | 558 194 | 1.0 | 2.0 |
| West Asia and North Africa | 1 263 426 | 2.8 | 3.3 |
| Sub-Saharan Africa | 862 304 | 0.9 | 1.4 |
| South Asia | 700 772 | 1.7 | 0.5 |
| East and Southeast Asia | 5 994 579 | 4.4 | 3.1 |
| Oceania | 111 857 | 0.1 | 3.7 |
| Australia | 86 968 | 0.2 | 4.7 |
| China | 3 830 469 | 6.9 | 3.1 |
| India | 377 000 | 2.1 | 0.4 |
| Brazil | 877 884 | 3.3 | 5.3 |
| **Developed** | **4 518 867** | **2.5** | **3.5** |
| **Developing** | **10 627 741** | **3.3** | **2.3** |
| **World** | **15 146 608** | **3.0** | **2.6** |

*Source:* Own calculation.

364

Table 7

**Pig population, density on agricultural land and ratio to human population in selected regions and countries**

| Region/Country | No. of animals | No. of animals per agricultural area | No. of animals per human population |
|---|---|---|---|
| | *('000 head)* | *(head/ha)* | *(head per head)* |
| North America | 73 017 | 0.15 | 0.24 |
| Latin America and the Caribbean | 76 793 | 0.10 | 0.15 |
| Western Europe | 124 617 | 0.85 | 0.32 |
| Eastern Europe | 40 177 | 0.62 | 0.33 |
| Commonwealth of Independent States | 31 160 | 0.06 | 0.11 |
| West Asia and North Africa | 665 | 0.00 | 0.00 |
| Sub-Saharan Africa | 20 480 | 0.02 | 0.03 |
| South Asia | 14 890 | 0.07 | 0.01 |
| East and Southeast Asia | 528 673 | 0.66 | 0.27 |
| Oceania | 5 509 | 0.01 | 0.18 |
| Australia | 2 733 | 0.01 | 0.15 |
| China | 452 215 | 0.82 | 0.36 |
| India | 13 867 | 0.08 | 0.01 |
| Brazil | 32 060 | 0.12 | 0.19 |
| **Developed** | **285 215** | **0.16** | **0.22** |
| **Developing** | **632 420** | **0.20** | **0.14** |
| **World** | **917 635** | **0.18** | **0.16** |

*Source:* Own calculation.

Table 8

**Cattle population, density on agricultural land and ratio to human population in selected regions and countries**

| Region/Country | No. of animals | No. of animals per agricultural area | No. of animals per human population |
|---|---|---|---|
| | *('000 head)* | *(head/ha)* | *(head per head)* |
| North America | 110 924 | 0.23 | 0.36 |
| Latin America and the Caribbean | 357 712 | 0.46 | 0.71 |
| Western Europe | 84 466 | 0.58 | 0.21 |
| Eastern Europe | 16 042 | 0.25 | 0.13 |
| Commonwealth of Independent States | 58 395 | 0.10 | 0.21 |
| West Asia and North Africa | 31 759 | 0.07 | 0.08 |
| Sub-Saharan Africa | 213 269 | 0.21 | 0.35 |
| South Asia | 246 235 | 1.09 | 0.19 |
| East and Southeast Asia | 152 578 | 0.19 | 0.08 |
| Oceania | 37 796 | 0.08 | 1.26 |
| Australia | 27 726 | 0.06 | 1.49 |
| China | 103 908 | 0.19 | 0.08 |
| India | 191 218 | 1.06 | 0.20 |
| Brazil | 177 204 | 0.67 | 1.07 |
| **Developed** | **326 830** | **0.18** | **0.25** |
| **Developing** | **983 781** | **0.31** | **0.22** |
| **World** | **1 310 611** | **0.26** | **0.22** |

*Source:* Own calculation.

365

Table 9

**Small ruminant population, density on agricultural land and ratio to human population in selected regions and countries**

| Region/Country | No. of animals | No. of animals per agricultural area | No. of animals per human population |
|---|---|---|---|
| | *('000 heads)* | *(head/ha)* | *(head per head)* |
| North America | 9 132 | 0.02 | 0.03 |
| Latin America and the Caribbean | 115 514 | 0.15 | 0.23 |
| Western Europe | 121 574 | 0.83 | 0.31 |
| Eastern Europe | 20 902 | 0.32 | 0.17 |
| Commonwealth of Independent States | 59 649 | 0.11 | 0.21 |
| West Asia and North Africa | 227 378 | 0.50 | 0.59 |
| Sub-Saharan Africa | 370 078 | 0.37 | 0.60 |
| South Asia | 298 822 | 1.33 | 0.23 |
| East and Southeast Asia | 345 716 | 0.43 | 0.18 |
| Oceania | 153 302 | 0.32 | 5.11 |
| Australia | 112 202 | 0.25 | 6.03 |
| China | 289 129 | 0.52 | 0.23 |
| India | 181 300 | 1.00 | 0.19 |
| Brazil | 24 008 | 0.09 | 0.14 |
| **Developed** | **400 136** | **0.22** | **0.31** |
| **Developing** | **1 322 038** | **0.42** | **0.29** |
| **World** | **1 722 175** | **0.34** | **0.29** |

*Source:* Own calculation.

BLM_0079752

**Table 10**

Maize trade at regional level: 2001 to 2003 average and increment over the previous 15 years

| From / To | Asia '000 tonnes | Asia Increase [%] | Sub-Saharan Africa '000 tonnes | Sub-Saharan Africa Increase [%] | North Africa '000 tonnes | North Africa Increase [%] | EU-15 '000 tonnes | EU-15 Increase [%] | Eastern Europe '000 tonnes | Eastern Europe Increase [%] |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | **11 669** | **853.1** | 193.6 | 207.3 | 0.6 | - | 8.8 | -92.0 | 293.3 | 82.9 |
| Sub-Saharan Africa | 220.5 | 574.3 | **759.6** | **94.7** | 0.1 | - | 26.5 | -54.6 | 6.7 | -14.1 |
| North Africa | 41.8 | 386.0 | 1.7 | - | **43.4** | **-** | 24.6 | -92.1 | 83 | -7.0 |
| EU-15 | 6.8 | -44.3 | 4.9 | 345.5 | 0.2 | - | **8 837.4** | **41.7** | 806.5 | 257.6 |
| Rest of Western Europe | 0 | -100.0 | 0.1 | - | 0.8 | - | 20.4 | -87.6 | **38.6** | **-38.3** |
| Eastern Europe | 0.5 | -98.7 | 0.3 | - | 0 | - | 64.1 | 32.2 | 892.9 | 237.2 |
| Baltic and CIS | 6.7 | -99.4 | 0.2 | - | 0 | - | 6 | -88.0 | 130 | -69.1 |
| North America | 0.3 | - | 0.2 | - | 0 | - | 0.7 | -56.3 | 2.5 | 733.3 |
| South America | 0.2 | -100.0 | 0.6 | -90.3 | 0 | - | 0.3 | -76.9 | 0 | - |
| Central America and the Caribbean | 16.7 | 53.2 | 1.7 | - | 0 | - | 0.1 | -99.8 | 0 | -100.0 |
| Oceania | 2.6 | -99.8 | 0 | - | 0 | - | 0 | -100.0 | 0 | - |

| From / To | Baltic and CIS '000 tonnes | Baltic and CIS Increase [%] | North America '000 tonnes | North America Increase [%] | South America '000 tonnes | South America Increase [%] | Central America and the Caribbean '000 tonnes | Central America and the Caribbean Increase [%] | Oceania '000 tonnes | Oceania Increase [%] |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | 79.1 | n.a. | 24 120 | 13.0 | 6 631.8 | 362.8 | 0 | - | 23.6 | -51.3 |
| Sub-Saharan Africa | 0.3 | n.a. | 404.9 | 180.4 | 525.8 | 879.1 | 7.3 | - | 3 | - |
| North Africa | 113.9 | n.a. | 5 791.7 | 143.9 | 2 347.4 | 452.3 | 0 | - | 0 | - |
| EU-15 | 45.9 | n.a. | 68.6 | -97.6 | 2 530.5 | 276.7 | 0 | - | 0.1 | -50.0 |
| Rest of Western Europe | 0.5 | n.a. | 45.7 | 182.1 | 164.3 | 466.6 | 6.7 | - | 0 | - |
| Eastern Europe | n.a. | 10.7 | -98.1 | 201 | 104.3 | 0 | - | 0 | - | |
| Baltic and CIS | **261** | **n.a.** | 43.8 | -99.2 | 7.8 | -99.0 | 0 | - | 0 | - |
| North America | n.a. | 3 799.9 | **998.2** | **56.7** | 18.6 | 37 | 469.2 | 0 | - | |
| South America | 14.8 | n.a. | 2 815.9 | 138.8 | **2 745.9** | **431.1** | 4.3 | - | 0.2 | - |
| Central America and the Caribbean | 10.2 | n.a. | 9 162.2 | 147.4 | 131 | -75.0 | **19.4** | **-** | 0 | - |
| Oceania | 0 | n.a. | 22.2 | 404.5 | 0 | - | 0 | - | **23.1** | **50.0** |

*Note:* n.a. – data unavailable for the period 1986 to 1988.

- : negligible volume traded for the 2001 to 2003 average.

*Source:* FAO (2006b).

BLM_0079753

Annex 2 - Tables

livestock's long shadow

Table 11

**Soybean trade at the regional level: 2001–2003 average and increment over the previous 15 years**

| From | USA | | Brazil | | Argentina | |
|---|---|---|---|---|---|---|
| | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase |
| | | *[%]* | | *[%]* | | *[%]* |
| Total production | 73 424.7 | 49.1 | 43 829.5 | 172.1 | 30 614.7 | 287.5 |
| Total exports | 29 128.8 | 44.2 | 17 178.7 | 655.5 | 7 412.6 | 266.6 |
| **Destination by region** | | | | | | |
| Asia | 16 935.3 | 127.0 | 6 305.8 | 1 813.7 | 6 207.1 | 7 342.6 |
| Sub-Saharan Africa | 6.2 | -71.9 | 0 | -100.0 | 19.5 | - |
| North Africa | 336.3 | 294.7 | 111.9 | - | 193.8 | - |
| EU-15 | 5 587.9 | -38.5 | 9 852.7 | 498.6 | 745.4 | -37.4 |
| Rest of Western Europe | 19.1 | -90.2 | 404 | 859.6 | 0.3 | -99.1 |
| Eastern Europe | 45.4 | -91.2 | 106.8 | 87.0 | 5.4 | -93.1 |
| Baltic states and CIS | 65.6 | -92.0 | 17.7 | 5 800.0 | 0 | -100.0 |
| North America | 640.7 | 311.2 | 2.2 | - | 12.7 | - |
| South America | 213.5 | -62.8 | 248.8 | 82 833.3 | 198.7 | - |
| Central America and the Caribbean | 4 563.4 | 279.1 | 128.7 | 4 190.0 | 29.8 | 33.6 |
| Oceania | 18.6 | -41.9 | 0 | -100.0 | 0 | - |

| From | Paraguay | | Canada | | India | | China | |
|---|---|---|---|---|---|---|---|---|
| | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase |
| | | *[%]* | | *[%]* | | *[%]* | | *[%]* |
| Total production | 3 671.9 | 212.3 | 2 079.7 | 84.5 | 5 773.6 | 419.1 | 15 768.3 | 33.5 |
| Total exports | 2 019.1 | 103.1 | 671.8 | 233.9 | 83.3 | - | 263.9 | -82.6 |
| **Destination by region** | | | | | | | | |
| Asia | 14.3 | - | 344.7 | 353.0 | 83.1 | 3 362.5 | 253.9 | -52.7 |
| Sub-Saharan Africa | 0.1 | - | 0.3 | 200.0 | 0 | - | 0 | - |
| North Africa | 0 | -100.0 | 5.6 | 51.4 | 0 | - | 0 | - |
| EU-15 | 62.5 | -75.5 | 200.7 | 208.3 | 0 | - | 7.8 | 13.0 |
| Rest of Western Europe | 208.6 | 104.5 | 0 | -100.0 | 0 | - | 0 | - |
| Eastern Europe | 0 | - | 1.1 | - | 0 | - | 0.1 | -99.3 |
| Baltic states and CIS | 1.7 | - | 0.1 | -99.5 | 0 | - | 0.3 | -99.9 |
| North America | 0 | -100.0 | 112.5 | 224.2 | 0.1 | - | 0.9 | - |
| South America | 1 383.8 | 1 176.6 | 0 | - | 0 | - | 0.6 | -92.7 |
| Central America and the Caribbean | 348.1 | 234.7 | 6.3 | - | 0 | - | 0 | - |
| Oceania | 0 | - | 0.4 | - | 0 | - | 0.4 | - |

*Note:* n.a. : data unavailable for the period 1986 to 1988.
    –: negligible volume traded for the 2001 to 2003 average.
*Source:* FAO (2006b).

BLM_0079754

Table 12

**Soymeal trade at regional level: 2001–2003 average and increment over the previous 15 years**

| From To | Asia | | Sub-Saharan Africa | | North Africa | | EU-15 | | Eastern Europe | |
|---|---|---|---|---|---|---|---|---|---|---|
| | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase |
| | | [%] | | [%] | | [%] | | [%] | | [%] |
| Asia | 2 890.3 | 177.1 | 0.1 | - | 0 | - | 30.7 | -72.3 | 0 | - |
| Sub-Saharan Africa | 10.5 | 218.2 | 6.8 | -50.0 | 8.8 | - | 13.5 | -2.9 | 0 | - |
| North Africa | 41.3 | 3.8 | 0.2 | - | 0 | - | 27.5 | -69.3 | 0 | - |
| EU-15 | 7.7 | -96.8 | 0.2 | - | 0 | - | 4 417.9 | 38.2 | 1.5 | - |
| Rest of Western Europe | 0.1 | -99.7 | 0 | - | 0 | - | 143.1 | 530.4 | 0 | - |
| Eastern Europe | 1.5 | -99.6 | 0 | - | 0 | - | 1 617.6 | 1 202.4 | 40.3 | - |
| Baltic and CIS | 3.7 | -93.5 | 0 | - | 0 | - | 217.4 | -14.6 | 3.4 | - |
| North America | 0.2 | -96.8 | 0 | - | 0 | - | 0.7 | 250.0 | 0 | - |
| South America | 0.5 | - | 0.1 | - | 0 | - | 0.4 | -50.0 | 0 | - |
| Central America and the Caribbean | 0 | -100.0 | 0 | - | 0 | - | 0.3 | -91.4 | 0 | - |
| Oceania | 3.7 | 208.3 | 0 | - | 0 | - | 27.4 | 6750.0 | 0 | - |

| From To | Baltic and CIS | | North America | | South America | | Cntral America and the Caribbean | | Oceania | |
|---|---|---|---|---|---|---|---|---|---|---|
| | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase |
| | | [%] | | [%] | | [%] | | [%] | | [%] |
| Asia | 0 | n.a. | 2 122.9 | 196.9 | 6 361.9 | - | 0 | - | 0 | - |
| Sub-Saharan Africa | 0 | n.a. | 4.8 | -94.5 | 532.8 | 366.1 | 0 | - | 0 | - |
| North Africa | 0 | n.a. | 421 | 10.0 | 1 298.7 | 714.2 | 0 | - | 0 | - |
| EU-15 | 0 | n.a. | 345.7 | -85.0 | 18 875.8 | 223.1 | 10.9 | - | 0 | - |
| Rest of Western Europe | 0 | n.a. | 2.2 | 450.0 | 36.1 | 163.5 | 0 | - | 0 | - |
| Eastern Europe | 0 | n.a. | 13.4 | -93.2 | 851.9 | -49.3 | 0 | - | 0 | - |
| Baltic and CIS | 14 | n.a. | 106 | -77.2 | 9.8 | -99.3 | 0 | - | 0 | - |
| North America | 1 | n.a. | 764.4 | 3.5 | 46.1 | - | 1.1 | -57.7 | 0 | - |
| South America | 2 | n.a. | 324 | -54.9 | 1 912.8 | - | 14.8 | - | 0 | - |
| Central America and the Caribbean | 0 | n.a. | 1 509.8 | 256.4 | 82.6 | -54.6 | 30.2 | 174.5 | 0 | - |
| Oceania | 0 | n.a. | 322.8 | 701.0 | 190.3 | - | 0 | - | 0.2 | -75.0 |

*Note:* n.a. : data unavailable for the period 1986 to 1988.
    –: negligible volume traded for the 2001 to 2003 average.
*Source:* FAO (2006b).

BLM_0079755

369

Annex 2 - Tables

370

livestock's long shadow

**Table 13**
**Bovine meat trade at regional level: 2001 to 2003 average and increment over the previous 15 years**

| From / To | Asia ('000 tonnes) | Increase (%) | Sub-Saharan Africa ('000 tonnes) | Increase (%) | North Africa ('000 tonnes) | Increase (%) | EU-15 ('000 tonnes) | Increase (%) | Eastern Europe ('000 tonnes) | Increase (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | **271.1** | **330.3** | 1.9 | 533.3 | 0.4 | - | 132.5 | -45.8 | 0.3 | -97.3 |
| Sub-Saharan Africa | 42.3 | - | **48.7** | **-** | 0.0 | - | 42.0 | -79.5 | 0.0 | -100.0 |
| North Africa | 9.7 | - | 1.3 | - | **0.0** | **-** | 2.4 | -98.3 | 0.0 | -100.0 |
| EU-15 | 8.8 | - | 14.5 | 29.5 | 0.1 | - | **1 514.4** | **6.7** | 23.3 | -57.2 |
| Rest of Western Europe | 0.9 | - | 2.0 | - | 0.0 | - | 9.4 | -30.4 | **0.2** | **-89.5** |
| Eastern Europe | 0.6 | - | 0.0 | - | 0.0 | - | 24.3 | -68.6 | 40.0 | 273.8 |
| Baltic and CIS | 31.7 | -11.9 | 0.0 | - | 0.0 | - | 351.5 | 343.3 | 23.0 | -63.5 |
| North America | 2.5 | - | 0.0 | - | 0.0 | - | 1.7 | -98.1 | 0.1 | -99.3 |
| South America | 0.2 | - | 0.0 | - | 0.0 | - | 0.6 | -99.5 | 0.0 | -100.0 |
| Central America and the Caribbean | 0.1 | -90.0 | 0.0 | - | 0.0 | - | 1.2 | -90.3 | 0.0 | -100.0 |
| Oceania | 0.4 | - | 0.0 | - | 0.0 | - | 0.2 | -98.2 | 0.1 | 0.0 |

| From / To | Baltic and CIS ('000 tonnes) | Increase (%) | North America ('000 tonnes) | Increase (%) | South America ('000 tonnes) | Increase (%) | Cntral America and the Caribbean ('000 tonnes) | Increase (%) | Oceania ('000 tonnes) | Increase (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | 0.2 | n.a. | 680.5 | 260.6 | 270.1 | 108.6 | 1.0 | -60.0 | 686.5 | 173.3 |
| Sub-Saharan Africa | 0.0 | n.a. | 0.3 | 0.0 | 21.9 | -28.9 | 0.0 | - | 3.6 | - |
| North Africa | 0.0 | n.a. | 8.2 | - | 132.9 | - | 0.0 | - | 4.5 | - |
| EU-15 | 0.8 | n.a. | 3.5 | -65.0 | 390.5 | 84.1 | 0.0 | - | 11.1 | -31.9 |
| Rest of Western Europe | 0.0 | n.a. | 1.4 | 75.0 | 9.0 | -13.5 | 0.0 | - | 2.5 | 177.8 |
| Eastern Europe | 0.0 | n.a. | 0.4 | - | 52.3 | - | 0.0 | - | 2.2 | - |
| Baltic and CIS | **236.3** | **n.a.** | 5.4 | - | 53.1 | - | 0.0 | - | 6.9 | - |
| North America | 0.0 | n.a. | **520.8** | **416.7** | 161.3 | 86.5 | 42.5 | -14.8 | 903.7 | 14.3 |
| South America | 0.0 | n.a. | 3.4 | -87.7 | **208.9** | **139.3** | 2.0 | - | 0.1 | - |
| Central America and the Caribbean | 0.0 | n.a. | 333.8 | 2 110.6 | 16.3 | 3.2 | **29.1** | **627.5** | 19.8 | 219.4 |
| Oceania | 0.0 | n.a. | 1.4 | 75.0 | 0.6 | 500.0 | 0.0 | - | **40.6** | **50.4** |

*Note:* n.a. : data unavailable for the period 1986 to 1988.
        –: negligible volume traded for the 2001 to 2003 average.
*Source:* FAO (2006b).

BLM_0079756

Table 14
**Poultry meat trade at regional level: 2001 to 2003 average and increment over the previous 15 years**

| From / To | Asia | | Sub-Saharan Africa | | North Africa | | EU-15 | | Eastern Europe | |
|---|---|---|---|---|---|---|---|---|---|---|
| | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase |
| | | [%] | | [%] | | [%] | | [%] | | [%] |
| Asia | **915.9** | **526.5** | 1.6 | - | 0.6 | 500.0 | 291 | 48.4 | 6.7 | -53.5 |
| Sub-Saharan Africa | 7.6 | - | **10.9** | **-** | 0.1 | - | 215.9 | 149.3 | 0.4 | -60.0 |
| North Africa | 0.2 | 100.0 | 0 | - | **0** | **-** | 2.9 | -62.8 | 0.2 | -92.3 |
| EU-15 | 194 | - | 2.7 | - | 0.6 | - | **1 836.9** | **265.6** | 143.2 | 130.6 |
| Rest of Western Europe | 9 | 718.2 | 0 | - | 0 | - | 25.5 | 9.9 | **8.6** | **-18.9** |
| Eastern Europe | 19.9 | - | 0 | - | 0 | - | 123.3 | - | 47.8 | 414.0 |
| Baltic and CIS | 28.8 | - | 0 | - | 0 | - | 304.5 | - | 26.8 | -82.5 |
| Norh America | 2.9 | 314.3 | 0.1 | - | 0 | - | 1.7 | 54.5 | 0 | -100.0 |
| South America | 2.6 | - | 0.2 | - | 0 | - | 0.8 | -87.5 | 0 | -100.0 |
| Central America and the Caribbean | 1.1 | - | 0 | - | 0 | - | 20 | -6.5 | 0 | -100.0 |
| Oceania | 0.8 | -38.5 | 0 | - | 0 | - | 4.8 | 6.7 | 0.2 | 100.0 |

| From / To | Baltic and CIS | | North America | | South America | | Cntral America and the Caribbean | | Oceania | |
|---|---|---|---|---|---|---|---|---|---|---|
| | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase | '000 tonnes | Increase |
| | | [%] | | [%] | | [%] | | [%] | | [%] |
| Asia | 0.1 | n.a. | 946 | 382.9 | 927 | 378.1 | 1.1 | - | 9.7 | 781.8 |
| Sub-Saharan Africa | 0 | n.a. | 104.9 | - | 115.9 | - | 0 | - | 9.9 | - |
| North Africa | 0 | n.a. | 1.9 | -90.9 | 2.8 | 27.3 | 0 | - | | |
| EU-15 | 0.1 | n.a. | 48.9 | 304.1 | 375.4 | - | 0 | - | 0 | - |
| Rest of Western Europe | 0 | n.a. | 2.6 | 420.0 | 3 | -57.7 | 0 | - | 0 | - |
| Eastern Europe | 0.3 | n.a. | 122.2 | - | 30.5 | - | 0 | - | 0 | - |
| Baltic and CIS | **34.2** | **n.a.** | 1022.5 | - | 225.2 | - | 0 | - | 0.2 | - |
| Norh America | 0.1 | n.a. | **164.1** | **374.3** | 2.5 | - | 3.8 | - | 0 | - |
| South America | 0 | n.a. | 43.5 | - | **31.6** | **212.9** | 0.4 | - | 0 | - |
| Central America and the Caribbean | 0 | n.a. | 502.6 | 570.1 | 43.5 | 559.1 | **5.2** | **-** | | |
| Oceania | 0 | n.a. | 25.2 | 334.5 | 1.5 | - | 0 | - | **5.7** | **159.1** |

*Note:* n.a. : data unavailable for the period 1986 to 1988.
   -: negligible volume traded for the 2001 to 2003 average.
*Source:* FAO (2006b).

BLM_0079757

Annex 2 - Tables

Table 15

**Major meat trade flows in the 2001-2003 period, their volume and related sea transport $CO_2$ emission**

| Country of origin | Destination countries | Traded quantity ($10^3$ tonnes) | Fossil fuel $CO_2$ emission ($10^3$ tonnes) |
|---|---|---|---|
| **Bovine meat** | | | |
| United States | Canada, Japan, Hong Kong, Korea, Mexico | 1 000 | 34 |
| Australia | USA, Canada, Japan, South Korea | 1 055 | 61 |
| Brazil | Hong Kong, EU, Saudi Arabia, USA, Egypt | 390 | 28 |
| Canada | USA, Mexico | 497 | 7 |
| New Zealand | USA, Canada | 418 | 20 |
| | **share of global trade:** | **60%** | **150** |
| **Poultry meat** | | | |
| USA | China, Hong Kong, Japan, South Korea, Russia, Mexico, Canada | 2 093 | 137 |
| Brazil | Japan, Hong Kong, Russia, Saudi Arabia, EU | 921 | 82 |
| European Union | Russia, Saudi Arabia | 342 | 9 |
| China | Japan | 364 | 4 |
| Thailand | EU, Japan | 381 | 20 |
| Hong Kong | China | 660 | 5 |
| | **share of global trade:** | **63%** | **257** |
| **Pig meat** | | | |
| Canada | Japan, USA | 543 | 14 |
| European Union | Japan, Russia | 473 | 34 |
| United States | Japan, Mexico | 400 | 12 |
| Brazil | Hong Kong, Russia | 247 | 23 |
| China | Hong Kong, Russia | 133 | 1 |
| | **share of global trade:** | **53%** | **85** |

*Source:* Data on meat trade flows – FAO (2006b).

BLM_0079758

Table 16

**Possible contribution of livestock to the extinction of species through habitat loss or degradation**

| Species | Description |
|---|---|
| **ANIMALS** | **Amphibia** |
| Atelopus longirostris | Endemic to the northwestern versant of the Andes of Ecuador, in the provinces of Esmeraldas, Imbabura, Cotopaxi, and Pichincha at 500–2 500 m above sea level (asl). It was a terrestrial species, living in lowland and montane tropical rain forests. The decline of the population is unexplained, and is possibly due to chytridiomycosis. Other possible factors include climate change, pollution and habitat loss, though these are unlikely to explain the level of decline that has been observed. |
| Atelopus vogli | Endemic to the Pozo del Diablo in the river Güey, on the southern versant of the Cordillera de la Costa, Venezuela. The original habitat (humid forest) at the type locality has been drastically modified by repeated clearing and burning. A savanna-like environment remains. It is presumed that the area formerly supported a semi-deciduous forest. The species is believed to have become extinct following drastic modification of habitat for agricultural use. |
| Eleutherodactylus chrysozetetes | This species was endemic to Quebrada de Oro in the Rio Viejo, Honduras, at 880–1 130 m asl. I It was found along streams in premontane wet forest. It was probably unable to survive the severe degradation of its habitat that has taken place. The threats include deforestation as a result of agricultural and livestock encroachment, human settlements, logging, fires and landslides. Chytridiomycosis may have also contributed. |
| Eleutherodactylus milesi | Endemic to the premontane wet forest and lower montane wet forest of mountains of west and northwest of Honduras at 1 050–1 720 m asl. It was clearly adversely affected by habitat description caused by subsistence agriculture and by chytridiomycosis. |
| Rheobatrachus silus | An Australian endemic species, lived in rainforest, wet sclerophyll forest and riverine gallery open forest and restricted to elevations between 350–800 m asl in the Blackall and Conondale Ranges in southeast Queensland. The reason(s) for the disappearance of this species remains unknown. Its habitat is currently threatened by feral pigs, invasion of weeds (especially mistflower Ageratina riparia), and altered flow and water quality due to upstream disturbances and possible to chytridiomycosis. |
| Rheobatrachus vitellinus | An Australian endemic was found exclusively in undisturbed rainforest in Eungella National Park, mid-eastern Queensland at altitudes of 400–1 000 m asl (Covacevich and McDonald 1993). The extent of occurrence of the species was less than 500 km². The cause(s) of the population decline remain unknown. Possible reasons habitat destruction by seasonal fire, fragmentation, weeds, surface water extraction and chytridiomycosis. |
| | **Birds** |
| Cabalus modestus | Endemic to Chatham, Mangere and Pitt Islands, New Zealand. Its extinction was presumably caused by predation by rats and cats, habitat destruction to provide sheep pasture (which destroyed all of the island's bush and tussock grass by 1900), and from grazing by goats and rabbits. |
| Caracara lutosa | This species was endemic to Isla Guadalupe, Mexico. The island was once heavily vegetated, but grazing by goats has almost entirely denuded it. The primary cause of the species' decline was direct decimation by settlers. |
| Coturnix novaezelandiae | Endemic to open habitats, especially grass-covered downs, on North, South and Great Barrier Islands, New Zealand. It was considered fairly common until the mid-19th century, but declined rapidly to extinction by 1875. Extinction was caused by large-scale burning, predation by dogs, cats and rats, and grazing by sheep and by diseases spread by introduced gamebirds. |

*(cont.)*

BLM_0079759

Table 16 *(cont.)*

**Possible contribution of livestock to the extinction of species through habitat loss or degradation**

| Species | Description |
|---|---|
| Drepanis funerea | Endemic to the forest understorey on Molokai, Hawaii, USA. Its extinction was probably largely caused by the destruction of its understorey habitat by introduced cattle and deer, and predation by rats and mongooses. |
| Moho bishopi | Endemic to forest in the Hawaiian Islands, USA. Habitat destruction caused by conversion to agriculture and grazing by feral mammals inevitably initiated the species' decline, with introduced black rat Rattus rattus and the spread of disease carried by introduced mosquitoes blamed for the population decline. |
| Myadestes myadestinus | Endemic to Kaua'i in the Hawaiian Islands (USA), where it was probably restricted to dense montane forest. It was the most common of the forest birds. Disease carried by introduced mosquitoes and the destruction and degradation of forests are likely to have been the chief causes of extinction. The advance of feral pigs into pristine upland forests degraded habitat and facilitated the spread of mosquitoes. Competition with introduced birds may have exacerbated the problems faced by this species. |
| Sceloglaux albifacies | Endemic to New Zealand with the nominate race on the South and Stewart Islands. The species roosted and nested among rocks in open country and on forest edge. Causes of the species' extinction are obscure, possibly habitat modification through grazing or burning, or predation by introduced rats. |
| Psephotus pulcherrimus | Found in open savanna woodland and shrubby grassland in central and southern (and possibly northern) Queensland and northern New South Wales, Australia. Its decline was probably caused by a reduction of its food supply (native grass seeds) due to drought, overgrazing, altered fire frequencies and the spread of prickly pears, with disease, trapping and egg-collecting, predation of nests by introduced and native species and clearance of eucalypti by ring barking also contributing. |
| **PLANTS** | **Magnoliopsida** |
| Nesiota elliptica | Endemic to St Helena island. A small tree that was known to be pollinated by an endemic syrphid fly, which also visits other endemic trees. The threat to this species was loss of habitat through felling for timber and to make way for plantations. Humans have exploited the island's resources for over 450 years, destroying much of the native vegetation through deforestation for timber and agriculture, and the grazing of introduced goats. |
| Cyanea marksii | A small palm-like tree recorded in the rainforest to Kona District on Hawaii. The forests and rare plants of South Kona are threatened by cattle grazing, logging, feral pigs, and alien plants. The plants are also naturally threatened by lava flows from Mauna Loa. |
| Melicope haleakalae | A small tree or shrub last seen in 1919 at Ukuele, on Maui. Habitat and Ecology Was found in rainforest at 1,220 m. Known only from the northwestern flank of Haleakala, Maui. The status of this species is unclear; it may be more common than currently thought. Threats include feral pigs and alien plants. |
| Melicope paniculata | Endemic to Lihue Ditch Trail at 875 m and from Waihiawa Bog at 580 m. Threatened by feral pigs, goats, alien plants. |
| Oldenlandia adscenionis | Found on Green Mountain on the northern and western slopes between 356 m and 680 m. This species was very susceptible to grazing mammals. Introduced plants have completely replaced the original vegetation communities and livestock (sheep and donkeys now present) goats were likely to have been historically responsible for the decline. |

*(cont.)*

BLM_0079760

Table 16 *(cont.)*

**Possible contribution of livestock to the extinction of species through habitat loss or degradation**

| Species | Description |
| --- | --- |
| Wikstroemia skottsbergiana | It appears the species may be extinct from its only locations in Hanalei and Kauhao Valleys on Kauai.The rare native plants of Hanalei Valley and the Wahiawa Mountains are threatened by feral pigs and alien plants. |
| Wikstroemia villosa | Was known from the windward side of Hakeakala on East Maui and from two collections from the ridges in Wailuku Valley on West Maui. A montane rainforest species. Parts of its range have been converted into pasture. Major threats are feral pigs and alien plants. It was also possibly threatened by deer, cattle, and feral goats. |
| | **Liliopsida** |
| Sporobolus durus | The introduction of species such as Melinis minutiflora (pioneer grass widely used for grazing) are likely to be responsible for the decline. M minutiflora as an easily established (by scwing) and productive grass of acceptable nutritive value; also used for soil conservation on steep slopes with poor soils. Resistant to drought but not to fire or water logging. Continues to grow throughout the year with some rainfall. Must be well established before grazing. Palatable to cattle once they become used to the smell. |

*Source:* Compiled from IUCN, NatureServe, BirdLife International and ARKive.

BLM_0079761



BLM_0079762



# Livestock in geographic transition

This chapter deals with the changing use of land[1] by livestock and some of the environmental impacts of that use[2]. Land management has a direct impact on the biophysical conditions of the land including soil, water, fauna and flora.

Land use has both spatial and temporal dimensions. Types of land use can spread or shrink, scatter or concentrate, while land use at a single location can be stable, seasonal, multiple and/or transitory. Land use is driven by a wide range of factors: some are endogenous to the land (e.g. bio-physical characteristics), some relate to the individual or the society using the land (e.g. capital availability, technical knowledge), some, finally, depend on the institutional and economic framework in which the land-user operates (e.g. national policies, markets, services).

Access to land and its resources is becoming an increasingly acute issue and source of competition among individuals, social groups and nations. Access to land has driven disputes

---

[1] With UNEP (2002), we define land as the terrestrial bioproductive system that comprises soil, vegetation - including crops, other biota, and the ecological and hydrological processes that operate within the system".

[2] Land-use changes include land cover-changes as well as the changing ways in which the land is managed. Agricultural land management refers to the practices by which humans use vegetation, water and soil to achieve a given objective. e.g. use of pesticides, mineral fertilizers, irrigation and machinery for crop production (Verburg, Chen and Veld Kamp, 2000).

BLM_0079763

and wars throughout history and, in some areas, resource-related conflicts are on the increase. For example, disputes over access to renewable resources, including land, are one of the principal pathways in which environmental issues lead to armed conflicts (Westing, Fox and Renner, 2001). This may be the result of a reduced supply of land (because of depletion or degradation), distribution inequities or a combination of these factors. Increasing land prices also reflect the increasing competition for land. (MAFF- UK, 1999).

In this chapter, we will first look at the broad trends in land use and the forces that drive them, and introduce the "livestock transition" as a basic concept central to the understanding of livestock-environment interactions. We will then take a closer look at how the demand for livestock food products is distributed in relation to population and income. We will then turn to the geographic distribution of the natural resource base for livestock production, especially feed resources. This includes grazing land and arable land, particularly where surplus crop production is being used as feed for livestock production. Resources for livestock production and demand for animal products are balanced through livestock production systems that interact with both the resources and demand side. We will look at the changing geography of production systems and the way transport of feed and animal products resolve geographical mismatches and bring about different competitive advantages. Finally, we will review the main land degradation issues related to the livestock sector.

## 2.1 Trends in livestock-related land use

### 2.1.1 Overview: a regionally diverse pattern of change

The conversion of natural habitats to pastures and cropland has been rapid. Conversion accelerated after the 1850s (Goldewijk and Battjes, 1997) (Figure 2.1). More land was converted to crops between 1950 and 1980 than in the preceding 150 years (MEA, 2005a).



**Figure 2.1**  Estimated changes in land use from 1700 to 1995

*Source:* Goldewijk and Battjes (1997).

Table 2.1 presents regional trends over the past four decades for three classes of land use: arable land, pasture and forest. In North Africa, Asia, Latin America and the Caribbean land use for agriculture, both for arable and pasture, is expanding. The expansion of agriculture is fastest in Latin America and sub-Saharan Africa, mostly at the expense of forest cover (Wassenaar *et al.*, 2006). In Asia (mostly Southeast Asia) agriculture is expanding, and showing even a slight acceleration. In contrast, North Africa has seen crop, pasture and forestry expanding at only modest rates, with low shares of total land area covered by arable land. Oceania and sub-Saharan Africa have limited arable land (less than 7 percent of total land) and vast pasture land (35 to 50 percent of total land). Expansion of arable land has been substantial in Oceania and is accelerating in sub-Saharan Africa. There is a net reduction of forest land in both regions. Local studies have also found replacement of pasture by cropland. In sub-Saharan Africa, where cropping and grazing are often practised by different ethnic groups, the advance of crops into pasture land often results in conflict, as shown by major disturbances in the Senegal river basin between Mauritania and Senegal, and in North Eastern Kenya, between the Boran and the Somalis (Nori, Switzer and Crawford, 2005).

BLM_0079764

---

> **Box 2.1  Recent trends in forestry expansion**
>
> The Global Forest Resources Assessment 2005 suggests that forest still covers less than 4 billion hectares, or 30 percent of the total land surface area. This area has been in continuous decrease, although at a slowing pace. The net loss in forest area is estimated at 7.3 million hectares per year over the period 2000 to 2005, compared to 8.9 million hectares per year over the period 1990 to 2000. Plantation forests are generally increasing but still account for less than 4 percent of total forest area (FAO, 2005e). On average, 2.8 million hectares of forest were planted each year over the period 2000 to 2005.
>
> These global figures mask differences among regions and forest types. Africa, North, Central and South America and Oceania showed net forest cover losses over the period 2000 to 2005 (FAO, 2005e), with the two latter bearing the largest losses. In contrast, forest cover increased in Asia over the same period, owing to large-scale refor-estation in China, and continued to increase in Europe, although at a slowing pace. Primary forest area in Europe and Japan is expanding, thanks to strong protection measures.
>
> Forest cover embraces a range of land usages. Wood production continues to be a major function in many forests. Trends are diverging though: Africa showed a steady increase in wood removal over the period 1990 to 2005, while production is decreasing in Asia. Forests are increasingly designated for the conservation of biodiversity. This kind of forest (mainly in protected areas) increased by an estimated 96 million hectares over the 1990 to 2005 period, and by 2005 accounted for 11 percent of all forests. Soil and water conservation is seen as a dominant function for 9 percent of the world's forests.
>
> *Source:* FAO (2005e).

Western Europe, Eastern Europe and North America show a net decrease in agricultural land use over the last four decades, coupled with stabilization or increase in forest land. These trends occur in the context of a high share of land dedicated to crops: 37.7 percent, 21 percent and 11.8 percent in Eastern Europe, Western Europe and North America, respectively. The Baltic States and Commonwealth of Independent States (CIS) states show an entirely different pattern, with decreasing land dedicated to crops and increasing land dedicated to pasture. This trend is explained by economic regression causing the abandonment of cropland, and by structural and ownership changes that occurred during transition in the 1990s. Map 1 (Annex 1) further shows the uneven geographical distribution of cropland, with vast areas remaining mostly uncropped on all continents. The main patches of highly intensive cropping are found in North America, Europe, India and East Asia.

The massive expansion of arable and pasture land over the last four decades has started to slow (Table 2.1). At the same time, human populations grew more than six times faster, with annual growth rate estimated at 1.9 percent and 1.4 percent over the 1961–1991 and 1991–2001 periods respectively.

*Extensification gives way to intensification*

Most of the increase in food demand has been met by intensification of agricultural land use rather than by an expansion of the production area. The total supply of cereals increased by 46 percent over the last 24 years (1980 to 2004), while the area dedicated to cereal production shrank by 5.2 percent (see Figure 2.2). In developing countries as a whole, the expansion of harvested land accounted for only 29 percent of the growth in crop production over the period 1961–99, with the rest stemming from higher yields and cropping intensities. Sub-Saharan Africa,

25

Livestock's long shadow

Table 2.1

**Regional trends in land use for arable land, pasture and forest from 1961 to 2001**

| | Arable land | | | Pasture | | | Forest | | |
|---|---|---|---|---|---|---|---|---|---|
| | Annual growth rate (%) | | Share of total land in 2001 (%) | Annual growth rate (%) | | Share of total land in 2001 (%) | Annual growth rate (%) | | Share of total land in 2002[2] (%) |
| | 1961–1991 | 1991–2001 | | 1961–1991 | 1991–2001 | | 1961–1991 | 1990–2000[2] | |
| Developing Asia[1] | 0.4 | 0.5 | 17.8 | 0.8 | 0.1 | 25.4 | -0.3 | -0.1 | 20.5 |
| Oceania | 1.3 | 0.8 | 6.2 | -0.1 | -0.3 | 49.4 | 0.0 | -0.1 | 24.5 |
| Baltic states and CIS | -0.2 | -0.8 | 9.4 | 0.3 | 0.1 | 15.0 | n.d. | 0.0 | 38.3 |
| Eastern Europe | -0.3 | -0.4 | 37.7 | 0.1 | -0.5 | 17.1 | 0.2 | 0.1 | 30.7 |
| Western Europe | -0.4 | -0.4 | 21.0 | -0.5 | -0.2 | 16.6 | 0.4 | 0.4 | 36.0 |
| North Africa | 0.4 | 0.3 | 4.1 | 0.0 | 0.2 | 12.3 | 0.6 | 1.7 | 1.8 |
| Sub-Saharan Africa | 0.6 | 0.9 | 6.7 | 0.0 | -0.1 | 34.7 | -0.1 | -0.5 | 27.0 |
| North America | 0.1 | -0.5 | 11.8 | -0.3 | -0.2 | 13.3 | 0.0 | 0.0 | 32.6 |
| Latin America and the Caribbean | 1.1 | 0.9 | 7.4 | 0.6 | 0.3 | 30.5 | -0.1 | -0.3 | 47.0 |
| Developed countries | 0.0 | -0.5 | 11.2 | -0.1 | 0.1 | 21.8 | 0.1 | n.d. | n.d. |
| Developing countries | 0.5 | 0.6 | 10.4 | 0.5 | 0.3 | 30.1 | -0.1 | n.d. | n.d. |
| World | 0.3 | 0.1 | 10.8 | 0.3 | 0.2 | 26.6 | 0.0 | -0.1 | 30.5 |

[1] Data on pasture excludes Saudi Arabia.
[2] Data for 2000 obtained from FAO, 2005e.
*Note:* n.d. - no data.
*Source:* FAO (2005e; 2006b).

where area expansion accounted for two-thirds of growth in production, was an exception.

The intensification process has been driven by a range of factors (Pingali and Heisey, 1999). In Asia, where extraordinary growth in cereal productivity has been achieved, rising land values owing to increasing land scarcity have been the dominant factor. Cereal yields have also substantially increased in some Latin American and African countries. With lower population densities than in Asia, the forces influencing intensification have been the level of investments in market and transport infrastructure and the extent to which countries engaged in export-oriented trade. In contrast, productivity gains were low in sub-Saharan Africa, despite population growth. Relative land abundance (in comparison to Asia), poor market infrastructure and lack of capital contributed to the modest performance.

Technically, increased productivity can be achieved by increased cropping intensity (i.e. multiple cropping and shorter fallow periods) by higher yields, or by a combination of the two. Higher yields are the result of technological advances and higher input use in crop production – notably irrigation, modern high-yielding plant varieties, fertilizers and mechanization. Use of tractors, mineral fertilizers and irrigation increased strongly between 1961 and 1991, and much more slowly afterwards (see Table 1, Annex 2). In comparison, use of mineral fertilizers has substantially decreased since 1991 in developed countries, as a result of more efficient resource use and environmental regulations aimed at reducing nutrient loading.

While scope for productivity increases still exists, Pingali and Heisey (1999) show that the productivity of wheat and rice in lowland Asia has lately been growing at a dwindling pace. Key factors explaining this slowing trend are land degradation, declining research and infrastructure investment, and increasing opportunity cost

BLM_0079766



Figure 2.2  **Total harvested area and total production for cereals and soybeans**

Cereal harvest area  —  Cereal production  —  Soybean harvest area  —  Soybean production

*Source:* FAO (2006b).

of labour, although new technological develop-ments (i.e. hybrid rice) might enable new growth. Arable land expansion will likely continue to be a contributing factor in increasing agricultural production. In particular, this will be the case for developing countries, where arable land expan-sion, increases in cropping intensity and yield increases accounted for 23, 6 and 71 percent, respectively, of crop production growth over the 1961 to 1999 period, and they are expected to account for 21, 12, and 67 percent, respectively over the 1997/99 to 2030 period (FAO, 2003a). In developed countries, in contrast, the increase in production is expected to be reached with a con-stant or locally declining arable area. The fore-seen shift to biofuels, and the increased demand for biomass that will result may, however, lead to a new area of crop expansion, especially in Western Europe and North America.

## 2.1.2 Globalization drives national land-use changes

Changes in agricultural land use are driven by a wide range of factors. Ecological conditions, human population density and level of economic

development provide the broad context of land use, along with more localized factors spe-cific to each area. Individual and social decisions leading to land changes are also increasingly influenced by changing economic conditions and institutional frameworks (Lambin *et al.*, 2001).

Two concepts are central in explaining agri-cultural land-use changes: profit per unit of land and opportunity cost. Profit per unit of land[3] describes the potential interest for an operator to engage in a particular use of the land. Profit generally depends on the biophysical charac-teristics of the land, on its price, and factors including accessibility to markets, inputs and services. On the other hand, the opportunity cost[4] compares the economic and social costs of two or more ways of using the same piece of land. Opportunity cost includes not only the private costs of production, but also direct and indirect costs borne by society, such as losses

---

[3] The surplus of revenue generated over expenses incurred for a particular period of time.

[4] Opportunity cost can be defined as the cost of doing an activ-ity instead of doing something else.

BLM_0079767

of ecosystem services. For example, part of the opportunity cost of cropping an area would be loss of the possibility of using it for recreational purposes.

In a context where non-marketable ecosystem services are not priced, decisions on land use are predominantly driven by calculation of private profit per unit of land, usually based on tradable goods and services. As a result, the non-marketed benefits are often lost, or external costs are imposed on society. However, the environmental and social services provided by ecosystems are receiving increasing recognition.

A case in point is the growing recognition of the wide range of services provided by forest, a type of land use generally antagonistic to agricultural use, although modern agroforestry technologies do produce some synergies. Forests are increasingly used for conservation of biodiversity (see Box 2.1). This is a global trend, although the pace is significantly slower in Oceania and Africa.

Soil and water conservation is also seen as a dominant function for 9 percent of the world's forests. Recreation and education activities are another use of forest that is on the increase and represent the primary management objective for 2.4 percent of the forest in Europe, while 72 percent of the total forest area was acknowledged to provide social services (MEA, 2005a).

Roundwood removal, on which the calculation of profit per unit of forest land is usually based, was estimated at US$64 billion worldwide in 2005. This has been decreasing in real terms over the last 15 years (FAO, 2005e). In a case study of the economic value of forest in eight Mediterranean countries, non-wood forest products, recreation, hunting, watershed protection, carbon sequestration and passive use accounted for 25 to 96 percent of the total economic value of the forests. Non-marketed economic values (e.g. watershed protection, carbon sequestration, recreation, non-timber forest products) were estimated higher than commonly measured economic values (e.g. grazing, timber and fuelwood) in three countries (Italy, Portugal and

the Syria Arab Republic), though they were lower in five (Algeria, Croatia, Morocco, Tunisia and Turkey) (MEA, 2005a).

As economies continue to liberalize, local agricultural goods compete with equivalent goods produced farther away. Increasingly, therefore, agricultural land-use opportunities are competing across continents. Both profit per unit of land and opportunity costs of agricultural land use vary immensely around the globe, depending on agro-ecological conditions, access to markets, availability of production inputs (including services), existence of competitive land usage and valuation of ecosystem services. Agricultural production relocates accordingly, resulting in changes in use of agricultural land and also of forests and other natural areas. For example, New Zealand lamb competes with local produce in Mediterranean markets. New Zealand lamb is produced at a relatively low cost because of much lower opportunity cost of land (mainly owing to a much lower recreational demand) and higher productivity of pasture. As a result, the marginal pastures traditionally used for sheep production in the EU Mediterranean basin are progressively being abandoned to natural vegetation and other recreational usages.

The process through which former agricultural land reverts to forest has been called the "forest transition". Mainly, the term has been applied to developed countries in Europe and North America (Mather, 1990; Walker, 1993; Rudel, 1998).

During the early period of colonization and economic growth, settlers and farmers cleared land rapidly to provide agricultural goods required by local populations. Later, as urban development came to dominate and trade expanded, rural populations moved to cities, and agricultural markets traded with increasingly distant locations of demand and supply. There were huge gains in agricultural productivity in areas with high agricultural potential.

This resulted in substantial land-use shifts: farming moved into the remaining unused fertile

BLM_0079768

lands, and marginal locations were abandoned, especially in remote areas with poor soil characteristics. More productive land with good accessibility remained in production. As abandoned land reverted to natural vegetation cover, this led to net reforestation in parts of Europe and North America, from the end of the nineteenth century on (Rudel, 1998). Forest transition is an ongoing trend in Europe and North Africa and has shown similar patterns in Asia, although national policies may have fostered the process in the latter (Rudel, Bakes and Machinguiashi, 2002). Map 2 (Annex 1) shows areas of net forest area gain in the USA, Southern Brazil, Europe and Japan.

### 2.1.3 Land degradation: a vast and costly loss

Land degradation is widely recognized as a global problem having implications for agronomic productivity and the environment as well as effects on food security and quality of life (Eswaran, Lal and Reich, 2001). Although the magnitude of the problem is broadly shared, there are a number of definitions for land degradation, interpreted in different ways among various disciplinary groups. We here refer to the definition of the United Nations Environment Programme (UNEP) where "Land degradation implies a reduction of resources potential by one or a combination of processes acting on the land, such as: (i) soil erosion by wind and/or water, (ii) deterioration of the physical, chemical and biological or economic properties of soil; and (iii) long-term loss of natural vegetation" (UNEP, 2002).

Agricultural land degradation is of particular concern on several grounds, as it reduces productivity, which in turn leads to further expansion of agricultural land into natural habitats. It also requires additional natural resources to restore the land (e.g. lime to neutralize acidity, water to flush out salinity), and can generate pollution with off-site impacts (Gretton and Salma, 1996). Intensification and extensive land use can both result in environmental impacts, though in different ways. Intensification has both positive

and negative effects. Increased yields in agricultural systems help to reduce the pressure to convert natural ecosystems into cropland, and can even allow for re-conversion of agricultural land back to natural areas, as observed in OECD countries.

However, the increased inputs of fertilizers, biocides and energy that intensification involves have also increased pressure on inland-water ecosystems, generally reduced biodiversity within agricultural landscapes and generated more gaseous emissions from higher energy and mineral fertilizers inputs (MEA, 2005a). On the other hand, extensive use of land for pasture or cropping has also often led to the deterioration of vegetative cover and soil characteristics.

Environmental implications of land degradation are multiple. Among the most critical issues are the erosion of biodiversity (through habitat destruction or pollution of aquifers), climate change (through deforestation and the loss of soil organic matter releasing carbon to the atmosphere) and depletion of water resources (through alteration of the soil texture or removal of vegetation cover affecting water cycles). These mechanisms and their significance will be described in detail in the following chapters.

The differences in definitions and terminology for land degradation are responsible for the variations between results from studies that have attempted to evaluate the extent and rate of this process. Oldeman (1994) produced one of the generally accepted estimates of the extent of global land degradation. It estimates that about 19.6 million $km^2$ are degraded, mostly because of water erosion (Table 2.2). This figure does not, however, include loss of natural vegetation and, based on the above UNEP definition, is therefore more an estimate of soil degradation rather than of land degradation. Still, according to Oldeman (1994), about one-third of the land used as forests and woodlands appears to be degraded in Asia (ca 3.5 million $km^2$), against 15 to 20 percent in Latin America and Africa. Land degradation of pasture is mainly an issue in Africa

29

BLM_0079769

Livestock's long shadow

(2.4 million km²), although Asia, and to a lesser extent Latin America are also affected (2.0 and 1.1 million km² respectively). Finally, about one-third of the agricultural land is degraded in Asia (2.0 million km²), against half in Latin America, and two-thirds in Africa.

Desertification is a form of land degradation, taking place in arid, semi-arid and dry subhumid areas and resulting from various factors, including climatic variations and human activities (UNEP, 2002). Dregne and Chou (1994) estimated that degraded lands in dry areas of the world amount to 3.6 billion hectares or 70 percent of the 5.2 billion hectares of the total land areas considered in these regions (Table 2.3). These figures include loss of vegetal cover and are not directly comparable with the previous ones. Reich *et al.* (1999) further estimate that in Africa, about 6.1 million km² of land are under low to moderate degradation risk and 7.5 million km² are under high and very high risk. Cumulatively, desertification is estimated to affect about 500 million Africans, seriously undermining agricultural productivity despite good soil resources.

Yield reduction is one of the most evident economic impacts related to land degradation. In Africa, it is estimated that past soil erosion may have depressed yields by 2 to 40 percent, with a mean loss of 8.2 percent for the continent (Lal, 1995). In South Asia, water erosion

Table 2.2

**Estimates of the global extent of land degradation**

| Type | Light | Moderate | Strong + Extreme | Total |
|---|---|---|---|---|
| | [................... million km² ...................] | | | |
| Water erosion | 3.43 | 5.27 | 2.24 | 10.94 |
| Wind erosion | 2.69 | 2.54 | 0.26 | 5.49 |
| Chemical degradation | 0.93 | 1.03 | 0.43 | 2.39 |
| Physical degradation | 0.44 | 0.27 | 0.12 | 0.83 |
| **Total** | **7.49** | **9.11** | **3.05** | **19.65** |

*Source:* Oldeman (1994).

Table 2.3

**Estimates of all degraded lands in dry areas**

| Continent | Total area | Degraded area[1] | Percentage degraded |
|---|---|---|---|
| | [million km²] | [million km²] | |
| Africa | 14.326 | 10.458 | 73 |
| Asia | 18.814 | 13.417 | 71 |
| Australia and the Pacific | 7.012 | 3.759 | 54 |
| Europe | 1.456 | 0.943 | 65 |
| North America | 5.782 | 4.286 | 74 |
| South America | 4.207 | 3.058 | 73 |
| **Total** | **51.597** | **35.922** | **70** |

[1] Comprises land and vegetation.
*Source:* Dregne and Chou (1994).

is estimated to reduce harvests by 36 million tonnes of cereal equivalent every year, valued at US$5 400 million, while water erosion would cause losses estimated at US$1 800 million (FAO/UNDP/UNEP, 1994). Worldwide, it is estimated that 75 billion tonnes of soil are lost every year, costing approximately US$400 billion per year, or about US$70 per person per year (Lal, 1998). Analysis conducted at the International Food Policy Research Institute (IFPRI) (Scherr and Yadav, 1996) suggest that a slight increase in land degradation relative to current trends could result in 17–30 percent higher world prices for key food commodities in 2020, and increased child malnutrition. Besides diminishing food production and food security, land degradation hampers agricultural income and thereby economic growth, as shown by analysis supported by country models in Nicaragua and Ghana (Scherr and Yadav, 1996). Land degradation can ultimately result in emigration and depopulation of degraded areas (Requier-Desjardins and Bied-Charreton, 2006).

Long-term effects of land degradation and, in particular, the reversibility of land degradation processes and the resilience of ecosystems are subject to debate. Soil compaction, for example, is a problem in vast areas of cropland world-wide. It is estimated to be responsible for yield

BLM_0079770

reductions of 25 to 50 percent in parts of the EU and North America, with on-farm losses estimated at US$1.2 billion per year in the United States. Compaction is also an issue in Western Africa and Asia (Eswaran, Lal and Reich, 2001). Soil compaction is, however, relatively easily reversed by adapting ploughing depth. Water and wind erosion, in contrast, have irreversible consequences, for example mobile sand dunes (Dregne, 2002). Reversal of the land degradation process often requires substantial investments, which may fall beyond investment capacity or do not grant satisfactory returns under current economic conditions. Rehabilitation costs of degraded land were estimated on average at US$40/ha/year for pastures, US$400/ha/year for rainfed cropland and US$4 000/ha/year for irrigated cropland in sub-Saharan Africa, with average investment periods of three years (Requier-Desjardins and Bied-Charreton, 2006).

## 2.1.4 Livestock and land use: the "geographical transition"

Historically, people raised livestock as a means to produce food, directly as meat and dairy products and indirectly as draught power and manure for crop production. Since conservation technology and transport facilities were poor, goods and services from livestock were used locally. Livestock were kept geographically close to human settlements, in most cases while pastoralists grazed animals on their migrations.

Distribution trends have varied according to the type of species. Monogastric species (e.g. pigs and poultry) have predominantly been closely associated with human populations, in household backyards. The reason is that monogastric species depend on humans for feed (e.g. household waste, crop by-products) and for protection from predators. The distribution of human populations and monogastric species is still closely correlated in countries with traditional production systems (FAO, 2006c; Gerber *et al.*, 2005). In the distribution of ruminant species (e.g. cattle, buffaloes, sheep, goats) feed and especially fod-

der resources have played an important role. The land area used for ruminant production is generally substantial. Ruminants have been herded where there are pasture resources, and only in exceptional cases have they been fed with harvested feed (e.g. draught animals or seasonally in cold areas). Herding ruminants involves daily or seasonal movements, over distances varying from hundreds of metres up to hundreds of kilometres in the case of large-scale transhumance or nomadism. Some or all of the humans relying on the herd are involved in the movement, sometimes keeping a geographical anchor area (e.g. village, *boma, territoire d'attache*).

In modern times, livestock production has developed from a resource-driven activity into one led mainly by demand. Traditional livestock production was based on the availability of local feed resources, in areas where disease constraints allowed this.

Modern livestock production is essentially driven by demand for livestock products (Delgado *et al.*, 1999), drawing on additional feed resources as required. As a result, the location of livestock production is undergoing important shifts. With the emergence of large economies such as China and India as new centres of demand and production (Steinfeld and Chilonda, 2006) these geographic shifts have accelerated globally over the last decades. The geography of livestock production and its changes are the keys to understanding livestock-environment interactions. For example, livestock waste does not pose an environmental problem in areas of sparse livestock density; on the contrary, it is a valuable input to crop activities and helps to maintain soil fertility. In contrast, in areas of high livestock density, the capacity of surrounding land or waters to absorb the waste is often exceeded and environmental damage ensues.

Access to markets, feed resources, infrastructure, prices for land, labour and transport and disease status affect the location of livestock production. In this chapter we will analyse the trends in livestock geography and the underlying

31

determinants, to help understand and inter-pret the environmental consequences. We will examine first the overall extent of land devoted directly or indirectly to livestock production, and then the geographical distribution of the main stages and types of livestock production.

*Land use intensification in the feed sector*
The first main feature is livestock's demand for pasture and cropland, and the very substantial changes in area that have occurred in the past and continue to occur. Grazing land has expand-ed by a factor of six since 1800, and now covers roughly 35 million $km^2$, including large areas of continents where previously there had been little or no livestock grazing (North America, South America, Australia). In many areas, grazing has expanded to occupy virtually all the land that can be grazed and for which there is no other demand (Asner *et al.*, 2004). South America, Southeast Asia and Central Africa are the only parts of the world where there are still significant areas of forest that could be turned into grazing, but in the latter major investments in disease control would be needed. As described in Section 2.5, the expansion of pasture into forest ecosystems has dramatic environmental consequences.

More recent is the advent of grain-feeding to livestock, starting in the 1950s in North America, extending into Europe, the former Soviet Union and Japan in the 1960s and 1970s, now common-place in much of East Asia, Latin America and West Asia. Grain-feeding is not widespread yet in most of sub-Saharan Africa and South Asia, but is rapidly increasing from a low base. This demand for feedgrains and other feed materials has greatly increased the arable land require-ments of livestock production, from a very small area to about 34 percent of the total arable land today (see Section 2.3).

Both the long-term expansion of grazing land and the more recent expansion of arable land for feed will probably reach a maximum, followed by a future decrease. World population is expected on the UN's medium projection to grow to just over 9 billion in 2050, about 40 percent more than today, and to begin decreasing shortly thereafter (UN, 2005). Population growth will combine with changes in incomes and urbanization rates to determine global trends in demand for animal-derived food, though the details are, of course, uncertain. In some developed countries, demand growth is already slowing or declining. In emerg-ing economies, the ongoing livestock revolution is also poised for a slow down, as the tremendous increases in per capita livestock consumption of the past two decades have already occurred, and population growth continues to slow.

In fact, growth rates of livestock production for all developing countries peaked in the 1990s at 5 percent per year, falling to an average of 3.5 percent for the 2001–2005 period. In Asia and the Pacific, where China drove the livestock revolution, average annual growth rates peaked in the 1980s at 6.4 percent, and have decreased since then to 6.1 percent in the 1990s and 4.1 percent over the 2001 to 2005 period. Production followed a similar pattern in West Asia and North Africa. Some regions may, however, not yet have reached their peak in production growth. Growth rates patterns are less clear in Latin America and may well further increase, pulled by export-oriented production in countries such as Argen-tina or Brazil. Consumption and production are still very low in Africa and will increase as eco-nomic growth allows. Finally, production growth is expected to be strong in transition countries, recovering to previous levels. Despite these areas of expansion, it is probable that the bulk of global growth in livestock production has already occurred and that further growth will take place at diminishing rates.

At the same time, intensification and the continued shift from ruminants to monogastrics (especially poultry) are continuously improving land-use efficiency, helping to reduce the land area used per unit of output. This is reinforced by the effect of increased feedcrop produc-tion efficiency, demonstrated by the continuing yield increases in all major feedcrops described

BLM_0079772

above. By reducing post-harvest losses, advances in processing and distribution technology and practices also reduce the land required per unit of consumed products. The combined effect, in many developed countries, has been a decrease in the extent of grazing land, amounting to, for example, 20 percent since 1950 in the United States.

Two antagonist trends are thus at play: on the one hand production growth will further increase land demand by the sector, though at diminishing growth rates. On the other, continuous intensification will reduce the area of land used per unit of output. The relative strength of these two trends will determine the trend in total area used by livestock. It is suggested here that the global land requirements of the livestock sector will soon reach a maximum and then decrease. Grazing areas will start to decline first, followed by a reduction in land required for feed production. This overall trend is proposed as a model for understanding livestock geography dynamics.

### Locations shift in relation to markets and feed sources

The second major feature in livestock geography is livestock's changing spatial distribution: the geographical association with the feed base on the one hand, and with people and their needs for animal products on the other. At pre-industrial levels of development, monogastrics and ruminants follow different patterns of distribution. The distribution of monogastrics follows that of human settlements. When humans live predominantly in rural areas, so do monogastrics. In the early phases of industrialization, occurring today in many developing countries, humans rapidly urbanize, and so do monogastrics, usually in a peri-urban belt around consumption centres. This rural to peri-urban shift creates significant environmental problems and public health hazards. In a third phase, these problems are corrected by the gradual relocation of farms farther away from cities, once living standards, envi-

ronmental awareness and institutional capacity permit. The same pattern applies for ruminants, but is less pronounced because their higher daily fibre requirements entail bulk movement of fodder, and the cost of this acts as a brake to the urbanization of livestock. Ruminant production, both meat and milk, tends to be much more rural-based throughout the different phases of development, even though important exceptions exist (for example, peri-urban milk production, such as observed in India, Pakistan and around most sub-Saharan cities).

The rapid urbanization of livestock, in particular monogastrics, and the subsequent gradual de-urbanization is a second distinct pattern taking place alongside the land-use intensification of the sector. Both patterns have immense implications for livestock's impact on the environment, and constitute the basic theme of this and the following chapters. We will use the expression "*livestock transition*" as a short form for these two patterns.

## 2.2 Geography of demand

On a global scale, the geographical distribution of the demand for animal-derived foods broadly follows that of human populations (Map 3, Annex 1). However, people have quite different demand patterns, depending on income and preferences. The rationale on which people select their food is complex, based on a number of objectives, and decisions are influenced by individual and societal capacity and preferences, as well as availability. Food preferences are undergoing rapid changes. While growing incomes in developing countries are increasing the intake of proteins and fats, some higher income segments in developed countries are cutting down on these components, for a number of reasons including health, ethics and an altered trust in the sector. On average, per capita consumption of animal-derived foods is highest among high-income groups, and growing fastest among lower- and middle-income groups in countries experiencing strong economic growth. The first group is

BLM_0079773

Table 2.4

Livestock and total dietary protein supply in 1980 and 2002

| | Total protein supply from livestock | | Total protein supply | |
|---|---|---|---|---|
| | 1980 | 2002 | 1980 | 2002 |
| | [............... g/person ...............] | | | |
| Sub-Saharan Africa | 10.4 | 9.3 | 53.9 | 55.1 |
| Near East | 18.2 | 18.1 | 76.3 | 80.5 |
| Latin America and the Caribbean | 27.5 | 34.1 | 69.8 | 77.0 |
| Asia developing | 7.0 | 16.2 | 53.4 | 68.9 |
| Industrialized countries | 50.8 | 56.1 | 95.8 | 106.4 |
| World | 20.0 | 24.3 | 66.9 | 75.3 |

*Source:* FAO (2006b).

mostly concentrated in OECD countries, while the latter is mostly located in rapidly growing economies, such as Southeast Asia, the coastal provinces of Brazil, China and parts of India. The two groups coincide geographically in urban centres in rapidly growing economies.

Table 2.4 provides an overview of the important changes that have occurred in the average protein intake of people in various world regions. People in industrialized countries currently derive more than 40 percent of their dietary protein intake from food of livestock origin (the figures do not include fish and other seafood), and little change has occurred between 1980 and 2002. Changes have been most dramatic in developing Asia, where total protein supply from livestock for human diets increased by 140 percent, followed by Latin America where per capita animal protein intake rose by 32 percent. In contrast, there has been a decline in consumption in sub-Saharan Africa, reflecting economic stagnation and a decline in incomes. Detailed consumption patterns are shown in Table 2, Annex 2. The increasing share of livestock products in the human diet in many developing countries is part of a dietary transition that has also included a higher intake of fats, fish, vegetables and fruit,

at the expense of staple foods, such as cereals and tubers.

Two major features emerge from these trends. First, there is the creation of new growth poles in emerging economies, with Brazil, China and India now being global players. Meat production in the developing countries overtook that of developed countries around 1996. Their share of production is projected to rise to about two-thirds by the year 2030 (FAO, 2003a). In contrast, in developed countries both production and consumption are stagnating and in some places declining. Second is the development of demand hotspots – urban centres - with high consumption per capita, fast aggregate demand growth, and a shift towards more processed animal-derived foods. A certain homogenization of consumed products (e.g. chicken meat) is also observed, although local cultures still have strong influence.

## 2.3 Geography of livestock resources

Different livestock species have the capacity to utilize a wide variety of vegetative material. Usually, feedstuff is differentiated into roughage, such as grass from pastures and crop residues, and feed concentrates, such as grains or oilseeds. Household waste and agro-industrial by-products can also represent a large share of feed resources.

### 2.3.1 Pastures and fodder
*Variations in conversion, management and productivity*

Grasslands currently occupy around 40 percent of the total land area of the world (FAO, 2005a; White, Murray and Rohweder, 2000). Map 4 (Annex 1) shows the wide distribution of pastures. Except in bare areas (dry or cold deserts) and dense forest, pastures are present to some extent in all regions. They are dominant in Oceania (58 percent of the total area – 63 percent in Australia), whereas their spread is relatively limited in West Asia and North Africa (14 percent) and South Asia (15 percent). In terms of area, four regions have 7 million $km^2$ of grassland

BLM_0079774

or more: North America, sub-Saharan Africa, Latin America and the Caribbean and the Commonwealth of Independent States (see Table 3, Annex 2).

As Table 2.5 shows, grasslands are increasingly fragmented and encroached upon by cropland and urban areas (White *et al.,* 2000). Agriculture expansion, urbanization, industrial development, overgrazing and wildfires are the main factors leading to the reduction and degradation of grasslands that traditionally hosted extensive livestock production. The ecological effects of this conversion, on ecosystems, soil structure and water resources, can be substantial. There are, however, signs of an increasing appreciation of grassland ecosystems and the services they provide, such as biodiversity conservation, climate change mitigation, desertification prevention and recreation.

Permanent pastures are a type of human land use of grasslands, and are estimated to cover about 34.8 million km², or 26 percent of the total land area (FAO, 2006b). Management of pasture and harvested biomass for livestock varies greatly. On balance, although accurate estimates are difficult to make, biomass productivity of pastures is generally much lower than that of cultivated areas. A number of factors contribute to this trend. First, large pastures mainly occur in areas with marginal conditions for crop production (either temperature limited or moisture limited), which explain their low productivity in comparison to cropland. Second, in the arid and semi-arid rangelands, which form the majority of the world's grassland, intensification of the areas used as pasture is often technically and socio-economically difficult and unprofitable. Most of these areas already produce at their maximum potential. In addition, in much of Africa and Asia, pastures are traditionally common property areas that, as internal group discipline in the management of these areas eroded, became open access areas (see Box 2.2). Under such conditions any individual investor cannot capture the investments made and total investments levels will remain below the social optimum. Lack of infrastructure in these remote areas further contributes to the difficulty of successfully improving productivity through individual investments. In extensive systems, natural grasslands are thus only moderately managed.

However, where individual ownership prevails or traditional management and access rules are operative, their use is often carefully planned, adjusting grazing pressure seasonally, and mixing different livestock classes (e.g. breeding stock, young stock, milking stock, fattening stock) so as to reduce the risks of climate variability. In addition, techniques such as controlled burning and bush removal are practices that can

Table 2.5

**Estimated remaining and converted grasslands**

| Continent and region | Percentage of | | | | |
| --- | --- | --- | --- | --- | --- |
| | Remaining in grasslands | Converted to croplands | Converted to urban areas | Converted to other (e.g. forest) | Total converted |
| North America tallgrass prairies in the United States | 9.4 | 71.2 | 18.7 | 0.7 | 90.6 |
| South America cerrado woodland and savanna in Brazil, Paraguat and Bolivia | 21.0 | 71.0 | 5.0 | 3.0 | 79.0 |
| Asia Daurian Steppe in Mongolia, Russia and China | 71.7 | 19.9 | 1.5 | 6.9 | 28.3 |
| Africa Central and Eastern Mopane and Miombo in United Republic of Tanzania, Rwanda, Burundi, Dem. Rep. Congo, Zambia, Botswana, Zimbabwe and Mozambique. | 73.3 | 19.1 | 0.4 | 7.2 | 26.7 |
| Oceania Southwest Australian shrub lands and woodlands | 56.7 | 37.2 | 1.8 | 4.4 | 43.4 |

*Source:* White, Murray and Rohweder (2000).

35

Livestock's long shadow

---

Box 2.2  **The complex and weakening control of access to pastureland**

Pastureland falls under a variety of property and access rights. Three types of land tenure are generally recognized, namely, private (an individual or a company), communal (a local community) and public (the state). Access rights can overlap with property rights, sometime resulting in a complex set of rules controlling the use of resources. Such discrepancies between access rules and the multiplicity of institutions responsible for their application often lead to conflicts among stakeholders claiming access to pastureland. In this regard, the Rural Code of Niger is an exemplar attempt to secure pastoralists' access to rangelands while maintaining such areas under a common property regime. The table below provides an overview of these rules and of the relative level of security they provide for the livestock keeper accessing the land resource. Access to water often adds another layer of access rights: in the dry lands, water plays a critical role as location of water resources are determinant to the use of pastures. Consequently, water rights are key to the actual access to arid and semi-arid pastureland. Holding no formal rights over land, pastoralists often do not get rights over water thereby suffering from a double disadvantage (Hodgson, 2004).

Table 2.6

**Land ownership and access rights on pastoral land: possible combinations and resulting level of access security for the livestock keeper**

| | No overlapping access right | Lease | Customary access rights[1] | Illegal intrusion or uncontrolled access |
|---|---|---|---|---|
| Private | +++ | | 0 to ++ | 0 to + |
| | | | Issues may arise | Conflict |
| | Freehold | | from the conflicting | |
| | | from ++ to +++ | overlap between customary | |
| | | Depends on the duration | access right and | |
| | | of the leasing contract | recent land titling policies. | |
| | | and the strength of the | | |
| Communal | +++ | institution that guarantees | + to +++ | + to ++ |
| | Case of | the leasing contract. | Customary access rights | Depends on the relative |
| | commonly/nationally | | tend to loose strength and | strength of local |
| | owned herds | | stability because of migrations | communities/public |
| | | | and overlap with exogenous | administration and |
| | | | property and access right. | livestock keepers |

*Note:* Level of stability in the access to the resource, from very high (+++) to very low (0)
[1] Customary access rights can take numerous forms. A common trait is their indentification of first and latecomers. They are thus quite vulnerable to strong migration fluxes, in which context they may exacerbate ethnic quarrels
*Source:* Chauveau, 2000; Médard 1998; Klopp, 2002.

---

improve pasture productivity, although they may also increase soil erosion and reduce tree and shrub cover. The low management level of extensive pasture is a major reason why such grasslands can provide a high level of environmental services such as biodiversity conservation.

For the purpose of this assessment, grasslands are grouped into three categories: extensive grasslands in marginal areas, extensive grasslands in high potential areas, and intensive pastures.

BLM_0079776

Box 2.2 (cont.)

Stability and security in accessing the pastoral resource are of utmost importance, as they are determinant to the management strategy the user will adopt. In particular, investments in practices and infrastructures improving pasture productivity may only be implemented if there is a sufficiently high probability to realize economic returns on the mid to long term. More recently, the existence of clear usage rights has shown to be indispensable to the attribution and remuneration of environmental services.

While detailed statistics are lacking, it is probably safe to say that most pasture land is private property, not common property and government land. Pasture are predominantly established on communal and public land in Africa (e.g. freehold land covers only about 5 percent of the land area in Botswana), South Asia (e.g. Commons, dominantly under pasture, account for around 20 percent of India's total land area), West Asia, China as well as Central Asia and Andean highlands. Furthermore, in Australia, most of the Crown Land - representing about 50 percent of the countries' area - is grazed under leases. In contrast, the majority of pasture land is titled under private ownership in Latin America and in the United States. Indeed, a survey on the United States shows that 63 percent of pastures are privately owned, while 25 percent belong to the Federal State and the rest to states and local communities (see Table 2.7). Finally, in Europe, pasture located in fertile low lands are generally privately owned, while marginal areas such as mountain rangelands and wetlands are usually public or communal, with traditional access rights.

Table 2.7

**Land use and land ownership in the United States**

| Acre | Cropland | Pasture | Forest | Other | Total |
|------|----------|---------|--------|-------|-------|
| Federal | 0 | 146 | 249 | 256 | 651 |
| State and local | 3 | 41 | 78 | 73 | 195 |
| Indian | 2 | 33 | 13 | 5 | 53 |
| Private | 455 | 371 | 397 | 141 | 1 364 |
| Total | 460 | 591 | 737 | 475 | 2 263 |
| **Relative percentages** | | | | | |
| Federal | 0 | 25 | 34 | 54 | 29 |
| State and local | 1 | 7 | 11 | 15 | 9 |
| Indian | 0 | 6 | 2 | 1 | 2 |
| Private | 99 | 63 | 54 | 30 | 60 |

*Source:* Anderson and Magleby (1997).

**Extensive pasture in marginal areas** are defined here as having a net primary productivity of less than 1 200 grams of carbon per m$^2$/yr (Map 4, Annex 1; Table 4, Annex 2). This is the largest category by area (60 percent of all pastures), and is located mostly in dry lands and cold lands. This category is particularly dominant in developed countries, where it represents almost 80 percent of grasslands, while in developing countries it accounts for just under 50 percent of pastures. The contrast can be explained by differences in the opportunity cost of land: in developed countries, areas with good agro-ecological

potential are generally used in more intensive forms than pasture. Grasslands in marginal areas are used extensively, either by mobile production systems (Africa, the CIS, South Asia and East Asia), or in large ranches (Oceania, North America). Using actual evapotranspiration (AET) as an indicator of vegetation climatic stress, Asner *et al.* (2004) show that in dry land biomes grazing systems tend to occupy the driest and climatologically most unstable regions, and in temperate biomes the most humid and/or cold parts. In terms of soils, the authors also show that grazing systems generally occupy the least

37

BLM_0079777

fertile soils in the dry lands and the unfrozen soils of the boreal areas, along with both least fertile and moderately fertile soils in the tropical biomes. They conclude that the land frontier for further pasture expansion into marginal areas is exhausted.

**Extensive pasture in high potential areas** is defined as those with a net primary productivity of more than 1 200 g of carbon per m$^2$/y (Map 4, Annex 1; Table 4, Annex 2). Pastures in this category are predominantly found in tropical humid and subhumid climates, as well as in parts of Western Europe and the United States. Because biomass production is steady or seasonal, such pastures are predominantly fenced in and grazed throughout the year.

**Intensive cultivated pasture production** is found where climatic, economic and institutional conditions are favourable, and land is scarce. Such conditions are typically found in the EU, North America, Japan and the Republic of Korea. In the EU, meat and dairy production units rely to a large extent on temporary pastures (leys), and on the cultivation of forage crops for fresh and conserved feed. The most intensive pastures are found in southern England, Belgium, the Netherlands and parts of France and Germany. Forage systems are high-yield oriented, with regular use of high levels of mineral fertilizers combined with regular manure applications and mechanization. These intensively used pastures are a main source of nutrient loading and nitrate pollution in those countries. Cultivated grasslands are usually species-poor and are typically dominated by *Lolium* species (European Commission, 2004). Intensive forage production in some cases supplies processing industries, such as alfalfa dehydration and hay compaction. These industries (mostly in Canada and the United States) are highly export-oriented.

### 2.3.2 Feedcrops and crop residues
The feed use of primary food crop products such as cereals and pulses has increased rapidly over recent decades, responding to the growing demand for feed and the inability of traditional feed resources to supply the quantities and qualities required. The growing demand for food and feed has been met without an increase in prices. On the contrary, it was driven by a decrease in cereal prices. In real terms (at constant US$) international prices for grains have halved since 1961 (FAO, 2006b). Expanding supply at declining prices has been brought about mainly by intensification of the existing cropped area.

### Cereals
*Expansion of feed use slows as feed conversion improves*
Some 670 million tonnes of cereals were fed to livestock in 2002, representing a cropped area of around 211 million hectares. A variety of cereals are used as feed, mostly for monogastric species including pigs and poultry. For ruminants, cereals are usually used as a feed supplement. However, in the case of intensive production, such as feedlot or dairy production, they can represent the bulk of the feed basket.

Worldwide, the use of cereal as feed grew faster than total meat production until the mid-1980s. This trend was related to the intensification of the livestock sector in OECD countries, and the related increase in cereal-based animal feeding. During this period, the increasing share of cereals in the feed basket raised the meat production. After this period, meat production has grown faster than cereal use as feed. This can be explained by increasing feed conversion ratios achieved by a shift towards monogastric species, the intensification of livestock production based on high-yielding breeds and improved management practices. In addition, the reduction of subsidies to cereal production under the EU Common Agricultural Policy and economic regression in the ex-socialist countries of Central Europe have reduced the demand for feed grains.

In developing countries, increased meat production has been coupled with increasing use of cereals for feed over the whole period (Figure 2.3). Recently, though, demand for cereal

BLM_0079778



Figure 2.3  Comparative growth rates for production of selected animal products and feed grain use in developing countries

*Source:* FAO (2006b).



Figure 2.4  Regional trends in the use of feed grains

*Source:* FAO (2006b).

as feed has tended to stabilize, while total meat production has continued to grow, probably driven by highly intensive and monogastric-dominated developing countries, such as Brazil, China and Thailand.

Overall, since the late 1980s, feed demand for cereal has been relatively stable. Such stability, observed at an aggregated level, hides a marked geographical shift in demand, which occurred in the mid-1990s. Demand in the transition countries fell sharply, offset by increases in demand from Asian developing countries (Figure 2.4). At the same time, but more progressively, feed demand dwindled in industrialized countries and strengthened in the developing world.

Expressed as a share of total cereal production, volumes of cereal used as feed increased substantially in the 1960s, but remained fairly stable thereafter and even declined in the late 1990s.

Among the cereals, maize and barley are used mainly as feed – more than 60 percent of their total production over the 1961 to 2001 period. However, feed demand for cereals varies greatly across regions. Maize is the predominant feed cereal in Brazil and the United States, while wheat and barley are dominant in Canada and Europe. Southeast Asia relied on similar proportions of wheat until the early 1990s, since then,

BLM_0079779

Livestock's long shadow



Figure 2.5  **Feed demand for maize and wheat in selected regions and countries from 1961 to 2002**

*Source:* FAO (2006b).

has progressively shifted to maize. These trends reflect the suitability for production of particular crops in these regions – wheat and barley being more adapted to temperate or cold climates than maize (Map 5, Map 6 and Map 7, Annex 1).

Different comparative advantages for producing feedgrains, along with trade conditions, translate into different feed rations at the livestock production level. There is a remarkable homogeneity in the total cereal component in feed rations across analysed countries (cereals represent for example about 60 percent of the weight of chicken feed – Figure 2.6). However, countries differ noticeably in the mix of various

40



**Figure 2.6** Relative composition of chicken feed ration in selected countries (by weight)

*Note:* A large amount of rice is included in the "other" class for Thailand.
*Source:* Own calculations.

cereals. Maize dominates in chicken feed in Brazil, China and the United States and wheat in the EU. Similar trends are observed for pigs, with a more variable cereal content (60 to 80 percent) for the analysed countries (Figure 2.7).

**Crop residues**
*A valuable but increasingly neglected resource*
Crop residues are a by-product of crop agriculture. They are typically high in fibre content but low in other components and indigestibility. The role of crop residues is, therefore, usually one of supplementing basic caloric and fibre requirements, mostly in the diet of ruminants. The use of crop residues such as straw and stover as feed is still fundamental to farming systems that produce both crops and livestock. In these systems, livestock (particularly ruminants) convert resi-

dues into valuable food and non-food goods and services. Crop residues represent a large share in the feed basket, especially in tropical semi-arid and subhumid environments where most of the world's poor farmers live (Lenné, Fernandez-Rivera and Bümmel, 2003). Crop residues – as well as agro-industrial by-products – often play a critical role during periods when pastures are in low supply (Rihani, 2005). Devendra and Sevilla (2002) estimated that 672 million tonnes of cereal straws and 67 million tonnes of other crop residues are potentially available as feed in Asia. The actual use of rice straw as feed varies greatly, from over 70 percent of the available total in Bangladesh and Thailand to only 15 percent in South Korea. In other countries of Southeast Asia and in China, the share is estimated at between 25 and 30 percent.

41

BLM_0079781

Livestock's long shadow



Figure 2.7  **Relative composition of pig feed basket in selected countries (by weight)**

Legend:
- Maize
- Wheat
- Barley
- Sorghum
- Rice
- Rye
- Soymeal
- Rapeseed meal
- Peas
- Fish meal
- Other

*Note:* A large amount of oats is included in the "other" class for Italy.
*Source:* Own calculations.

Despite its local importance in smallholder mixed farming systems, the use of crop residues as feed is in decline. A number of factors drive this trend, all are related to agricultural intensification. First, less crop residues are available per unit of crop produced, because of genetic selection aimed at reducing residues (e.g. dwarf cereals) and because of more effective harvesting machinery. Second, genetic selection, based on performance traits relating to the main food product, tends to reduce the quality of crop residues (Lenné, Fernandez-Rivera and Bümmel, 2003). Third, intensive livestock production requires feed of high quality, which typically cannot be provided by crop residues. In addition, crop residues have gained increasing importance as a source of energy and in furniture production.

**Other feedcrops**

After cereals, the second main category of feedcrop is roots and vegetables. About 45 million tonnes were fed to livestock in 2001 - mostly cassava, potatoes, sweet potatoes, cabbage and plantain. In addition, about 17 million tonnes of pulses (mainly peas and beans) were fed to livestock, representing an important share of protein intake in some places, e.g. France, Italy and the Netherlands. Pulse, root and vegetable feedcrops are estimated to span a total area of over 22 million hectares. Oil seeds can also directly be fed to livestock, although the large majority is processed and only by-products are used as feed. In 2001, feed demand for oil seeds totalled about 14 million tonnes, equivalent to a cropped area of 6.4 million hectares. The main oil seeds used as feed include soybeans, cottonseed, rapeseed and sunflower seed.

BLM_0079782

### 2.3.3 Agro-industrial by-products

As humans develop ever more sophisticated food chains, agro-industries are growing and so is the availability of associated by-products as sources of animal feed. An increasing share of human food is being processed, the number of stages of processing is growing, and processing plants are scaling up. All these factors raise the available amounts of by-products of reliable quality, so that gathering and processing them as feed becomes economically profitable.

**Soybean**

*Feed demand drives a production boom*

Soymeal, a by-product of the soybean oil industry, is a case in point. In oil extraction, soybeans yield 18 to 19 percent oil and 73 to 74 percent meal (Schnittker, 1997); the rest is waste. Only a small portion of the harvested beans is directly fed to animals (about 3 percent globally). However, more than 97 percent of the soymeal produced globally is fed to livestock. Soymeal is used primarily in the diet of monogastric species, particularly chickens and to a lesser extent pigs. Figure 2.8 shows the high fraction of soybeans processed by the oil industry, and the stable ratio between processed beans and resulting cakes over the last four decades. Worldwide, the feed demand for soymeal has skyrocketed over the past four decades, reaching 130 million tonnes in 2002 – see Figure 2.8. This far outstrips the second largest oilcake, made of rape and mustard seed, with 20.4 million tonnes of production in 2002.

Growth of soymeal feed production took off in the mid-1970s and accelerated in the early 1990s, propelled by rapidly growing demand in developing countries. However, soymeal use per person is much higher in developed countries (50 kg per capita as opposed to 9 kg in developing countries). Over the past four decades, demand for soymeal has increased faster than total meat production, implying a net increase in the use of soymeal per unit of meat produced. This is true for ruminant as well as monogastric

species. Part of this increase in use of soymeal by livestock is a consequence of the increasing demand for fishmeal in the fast expanding aquaculture sector, which, with a rather inflexible supply of fishmeal, forced the livestock sector to search for other protein substitutes in livestock feed. Aquaculture is more dependent on fishmeal (and fish oil) than terrestrial animals, and the share of fishmeal used by aquaculture grew from 8 percent in 1988 to about 35 percent in 2000 (Delgado *et al.*, 2003) and 45 percent in 2005 (World Bank, 2005a) despite efforts to reduce the proportion of such products in the fish feed ration. Another factor is the prohibition of using animal offal in animal feed to reduce the risk of mad-cow disease, which put more pressure on the production of vegetable protein for animal feed (see 2.3.4).

World soybean production tripled over the 1984 to 2004 period, half of this increase occurring in the last five years. Production is highly concentrated geographically. Eight countries provide 97 percent of world production; the top three countries (Argentina, Brazil and the United States), account for 39 percent, 26 percent and 17 percent respectively. These three countries also achieved the highest absolute growth in production over the past four decades.

Map 9 (Annex 1) provides an overview of areas where soybean is cropped for oil and meal production. The strong geographical concentration is clearly visible. Soybean processing and marketing have a high level of geographical concentration, specialization, vertical integration and economies of scale. Small producers – especially in developing countries – find it very difficult to compete, especially when faced with the requirements of rapidly expanding and highly efficient international trade. Recently, however, new countries started producing soybeans for export, achieving substantial production growth over the 1999 to 2004 period. These countries are in Latin American (e.g. Bolivia, Ecuador, Uruguay), the former Soviet bloc countries (e.g. Czech Republic, Kyrgyzstan, the Russian Federa-

43

tion and Ukraine) and Africa (e.g. Uganda). Of the largest soybean producers, the United States has the highest average yields: 2.6 tonnes per hectare.

Some of the smaller producers also achieve good results. Argentina and Brazil produce on average about 2.4 tonnes/ha, while China's yields are only 1.65 tonnes/ha. India is far behind with average yields of only 0.90 tonnes/ha (Schnittker, 1997). Over the past decade, the yield increase has been substantial, although most of the extraordinary growth in supply was the result of expansion of soybean harvested area – see Figure 2.2. Although the soy oil industry was initially the main driver of soybean production, feed demand is currently driving the expansion. Indeed, soymeal accounted for about two-thirds of the value of soybeans in recent years, with oil about one-third. This situation has developed over the past 30 to 40 years, as the demand for protein for terrestrial and aquatic animal feed increased rapidly and as the production of other oil-rich seeds such as palm oil, canola and sunflower weakened the demand for soy oil (Schnittker, 1997). This is confirmed by the anal-ysis of feed baskets (Figures 2.6 and 2.7), which shows that soymeal is a major source of protein in all countries analysed. The contribution of other locally produced vegetable protein sources such as peas and other oil cakes is generally limited. The increasing demand for oilseeds for biofuels might change these trends (see 2.3.4).

## Other agro-industrial by-products

Other agro-industrial by-products are less widely commercialized and their use is confined to their regions of origin. They are often used during droughts or other periods of scarce feed supply to supplement pasture and crop residues (Rihani, 2005). In North Africa, their contribution to feed resources for small ruminants rises from 10 percent in favourable years to 23 percent in years with drought, when pasture and crop residues are short (Rihani, 2005). In this region, agro-industrial byproducts used for feed include brewery residues, citrus, tomato and date pulp, olive cakes, and sugarbeet molasses and pulp. In Japan, 30 percent of agro-industrial byproducts are recycled as feed after being dehydrated (Kawashima, 2006).

In contrast, food wastes from marketing and retailing are much less recycled as feed (5 to 9 percent, depending on the source), because their content and quality vary greatly and their geographical spread increases collection costs. The safety of food wastes is also questionable.

## Household waste

The use of household waste as feed remains predominant among rural households in developing countries; though in OECD countries it is only sporadic. Food wastes are often collected from food processors in urban centres. Food wastes from individual households have been an important traditional feed resource, in particular for smallholder monogastric and dairy production. Indeed, the recycling of household wastes, as feed for monogastric species, explains the close spatial correlation between human populations and those of pigs and poultry prior to and during



Figure 2.8 **Global trends in demand for soybean and soybean cake from 1961 to 2002**

Million tonnes

— Soybean cake feed demand
— Soybean processed for oil/cakes
— Total soybean demand

*Source:* FAO (2006b).

BLM_0079784

Table 2.8

**Supply and recycling of food by-products in Japan**

| | Supply of by-products per year | Share recycle as feed | Share recycle in other forms |
|---|---|---|---|
| | (thousand tonnes) | (%) | (%) |
| Food manufacturing industry | 4 870 | 30 | 48 |
| Food wholesaler/retailer | 3 360 | 9 | 26 |
| Food service industry | 3 120 | 5 | 14 |
| Total | 11 350 | 17 | 32 |

*Source:* Kawashima (2006).

the early stages of industrialization. However, rising environmental and human health requirements usually bring an end to backyard production in urban and peri-urban areas, once rural areas are connected to urban centres adequately enough to provide sufficient and reliable supplies.

## 2.3.4 Future trends
*Increasing feed demand*
Today, feed production is estimated to use approximately 30 percent of the emerged land. Statistics on pasture add up to 34.8 million km² globally (26 percent of emerged land) while we estimate that about 4.7 million km² of cropland are currently dedicated to feed production (4 percent of emerged land or 33 percent of all cropland). The latter does not include crop residues but includes most agro-industrial by-products (see methodological note in Annex 3). In comparison, the shares of total meat output from grazing, mixed and intensive landless, are estimated at 8 percent, 46 percent and 45 percent respectively (see Section 2.4). The juxtaposition of these figures gives a sense of the strong intensity gradient along which livestock use land.

Livestock production is projected to increase and with it the demand for animal feed. FAO (2003a) estimates that feed demand for grain will increase by nearly one billion tonnes over

the 1997/99 to 2030 period (at growth rates of 1.9 percent a year between 1997/99 and 2015, and 1.6 percent per annum thereafter). Most of this growth will be driven by developing countries, where the use of concentrate feeds is projected to grow faster than meat production. Feed use is expected to remain the most dynamic element driving the world cereal economy, accounting for a growing share of aggregate demand. Use of maize as feed is projected to rise from 625 to 964 million tonnes over the 2002 to 2030 period, with most of the growth occurring in developing countries (265 million tonnes), especially in Southeast Asia (133 million tonnes), Latin America (56 million tonnes) and to a lesser extent in sub-Saharan Africa (33 million tonnes). Projected feedcrop growth rates are higher than over the last 15 years. The projected increasing feed demand for cereals is the result of interacting trends.

First, the current recovery of economic decline in transition economies is expected to be sustained, and with it the growing demand for livestock products. Such demand will fuel production and thus feed demand to levels at least equal to those observed in the early 1990s. Feed demand for cereals is also expected to rise in the EU, boosted by decreasing prices induced by the common agricultural policy (CAP) reform process. The reforms proposed in 1992, and implemented in 1994 (Ray MacSharry reform), brought a 30 percent cut in the cereal intervention price, phased in over three years. These were followed by a further reduction in support prices for cereals, which were agreed to in March 1999 in the framework of Agenda 2000. In parallel, factors reducing demand are expected to weaken. Especially, the gain in feed efficiency is expected to dwindle.

In the past decades, the shift towards monogastric species, especially poultry, which has a higher feed conversion ratio than ruminants (typically 2 to 4 versus 7 kg of grain per kilogram of meat) (Rosegrant, Leach and Gerpucio, 1999); further gains in feed efficiency, from advanced

BLM_0079785

feeding methods (multiple-stage feeding) and breeding, have allowed a substantial increase in feed efficiency, which has contributed to the counterbalancing of the soaring demand for feed. However, it is estimated that the shift towards monogastric species will be slower than over the last 20 years (FAO, 2003a) and room for feeding and breeding improvement also seems limited.

The role aquaculture will play in this process is uncertain. Products from fish fed on similar feed as livestock (e.g. tilapia) may be increasingly substituted for livestock products. Because of their substantially better feed conversion ratio than livestock[5] (typically 1.6 to 1.8 for tilapia), aquaculture may play the role poultry played in the past, depressing feed demand for cereals.

---

[5] Fish are cold-blooded, use less energy to perform vital functions and do not require the heavy bone structure and energy to move on land. Fish catabolism and reproduction is also more efficient.

Although possible, a significant shift to fish products would, however, require both the organization of supply chains and changes in consumers' preference and would thus probably only occur over a long period.

Although at a slower pace, the number of grazing animals will also increase, requiring more fodder. Tilman *et al.* (2001) estimate a net increase of 2 million km$^2$ of pasture by 2020 and of 5.4 million km$^2$ by 2050. While recognizing that pasture expansion will probably occur in Latin America and, to a lesser extent, sub-Saharan Africa, the authors of the current study consider that these figures may be overestimated.

The potential and actual production of vegetative feed resources varies substantially across the globe along with different ecological, economic, technical and policy contexts. The question of how feed supply can meet the demand of a burgeoning livestock sector is of relevance beyond its boundaries. Some aspects of this question are assessed below.



© FAO/5748/? VAUGHAN-WHITE/ICAD

*Mixed cattle at pasture on a ranch in Obala – Cameroon 1969*

BLM_0079786

## Pastures: backs against the wall

Exploring options for pasture expansion, Asner *et al.* (2004) suggest that the expansion of grazing systems into marginal areas has already more or less reached the limits imposed by climate and soil factors. Any significant increase of grassland could, therefore, only take place in areas with high agro-ecological potential.

To see what land-use changes might result from pasture expansion, the current dominant land use in areas with high suitability for pasture but no current use as pasture are identified (see Map 10, Annex 1). Globally, forestry is the predominant current use of this land (nearly 70 percent) and in most of the continents, especially in sub-Saharan Africa (88 percent) and Latin America (87 percent). Cropland is the leading current use in West Asia and North Africa, Eastern Europe and South Asia. Urbanization is of local relevance only, except in Western Europe, where urban areas occupy 11 percent of the land suitable for pasture.

These results suggest that any significant increase of grassland into areas with high agro-ecological potential can, therefore, only occur at the expenses of cropland (which is highly improbable) or through the conversion of forests to pasture, as is currently happening in the humid tropics.

In reality, pasture will most probably keep on losing ground to cropland. This trend is already occurring in a number of places, and in particular in Asia and sub-Saharan Africa, fuelled by an increasing demand for grain. Urbanized areas will also encroach into pasture land, especially in areas with booming populations such as sub-Saharan Africa and Latin America. Encroachment by urban and cropland areas is particularly harmful to pasture-based systems, as it usually takes away the most productive land. This compromises the access to biomass during the dry season, when the less productive land cannot sustain the herd. This often results in overgrazing, increased losses during drought and conflicts between pastoralists and agriculturalists.

Pastures are on the increase in Africa and in Latin America where the land colonization process is still ongoing. The pace of pasture expansion into forests will depend mainly on macro- and microlevel policies in concerned areas. In OECD countries, the total pasture area will be stable or declining, as rangelands are converted to cropland, urban areas and natural ecosystems/recreational areas. Since the prospect of expansion on pastureland is limited, the intensification of pasture production on the most suitable land, and loss of marginal pastures, is likely to continue (Asner *et al.*, 2004). It is indeed estimated that there is significant scope for increased grassland production, through improved pastures and enhanced management. In the subhumid areas of Africa, and especially in West Africa, Sumberg (2003) suggests that, on fertile soils with good accessibility, crops and livestock will be integrated, while the most remote areas will be progressively marginalized or even abandoned.

Climate change is also likely to alter grassland-based systems. The impact on natural grasslands will be greater than on cropland, where growing conditions can be more easily manipulated (e.g. by irrigation or wind protection). On dry lands, the impact is projected to be dramatic. Results from a case study in Mali by Butt *et al.* (2004) indicate that climate change could reduce forage yields by as much as 16 to 25 percent by 2030, while crop yields would be less affected, with a maximum of 9 to 17 percent reduction for sorghum. In contrast, pastures located in cold areas are expected to benefit from rising temperatures (FAO, 2006c). An opportunity for pasture expansion exists in transition countries, where extensive areas of abandoned grassland would be available for re-colonization at relatively limited environmental cost.

BLM_0079787

### Croplands

*Prospects for yield and land expansion jeopardized by degradation and climate change*

Producing more feed will require increasing productivity, increasing production area, or a combination of both. There is a wide consensus that the potential to further raise the yield frontier in cereals and oilseeds is generally large; although yields may have peaked in some areas (e.g. the Ganges basin) (Pingali and Heisey, 1999; FAO, 2003a). In the case of major cereals, the yield frontier of maize would be easiest to shift, through technology transfer from industrialized nations. Pingali and Heisey (1999) estimate that this transfer is most likely to occur in China or other parts of Asia, where rapidly expanding demand for feed maize will make the crop increasingly profitable and where the private sector should be able to make the necessary investments. In contrast, growth in soybean yields may be slower (Purdue University, 2006). There is also remaining potential for expansion of cropland. Currently, arable land plus land under permanent crops is estimated to represent slightly over one-third of the land that is suitable for crop production (FAO, 2003a). It is, therefore, estimated that land expansion will continue to contribute to the growth of primary agricultural output.

The prospects vary considerably by region. The possibility of expanding cropland under grains and soybean is limited in South and Southeast Asia (Pingali and Heisey, 1999). It is more promising in most other continents, especially in Africa and Latin America. The contribution of arable land expansion to crop production over the 1997/99 to 2030 period is projected to be 33 percent in Latin America and the Caribbean, 27 percent in sub-Saharan Africa, 6 percent in South Asia and 5 percent in East Asia (FAO, 2003a). These figures reflect the extent of areas with high potential for cereal production (Map 11, Annex 1), and soybean production (Map 12, Annex 1).

Two major issues jeopardize this overall positive picture. First is the land degradation associated with intensifying and expanding crop production, and its consequences in terms of ecological damage and decreased productivity. Declining productivity trends observed lately in South Asia can be directly linked to the ecological consequences of intensive cropping, including the build-up of salinity, waterlogging, declining soil fertility, increased soil toxicity and increased pest populations (Pingali and Heisey, 1999). Expanding arable land into natural ecosystems also has dramatic ecological implications, including loss of biodiversity and of ecosystem services such as water regulation and erosion control. Issues of land degradation associated with intensive agriculture are further investigated in Section 2.5 below.

Second, although there seems to be enough production potential for the world taken as a whole, there are considerable local variations. Because of land scarcity and poor land suitability for cropping, local level land shortages are likely to arise (FAO, 2003a). The impact of climate change will also vary considerably by region. Climate change will affect the yields of vegetative resources for livestock production, mainly through changes in temperature, rainfall, $CO_2$ concentration, ultraviolet radiation and pest distribution. Indirect effects may also occur through the alteration of soil biology and chemistry. Some of these changes will be damaging, such as reduced yields in many areas; some may be beneficial, such as the "fertilizing effect" of increased $CO_2$ concentrations. The literature tends to agree that there may be a net reduction of yields aggregated at global level. However, North America, South America, Western Europe and Oceania are often listed among the regions for which climate change may bring increasing yields (Parry *et al.*, 2004).

*Competitions and complementarities in the quest for feed biomass*

Animals are not the sole users of crops, crop wastes and by-products. The foodcrop, aquaculture, forestry and energy sectors are competing users, thus indirectly competing with livestock

BLM_0079788

for land resources. Direct competition between feed and food demand for cereal is estimated to be low on average. The elasticity of the livestock demand for cereals and oilseeds is much higher than elasticity of the human demand. Thus, when crop prices rise, the demand for meat, milk and eggs tends to decrease rapidly, releasing more of the cereal supply to human consumption. It can, therefore, be argued that the use of cereals by livestock represents a buffer, acting to protect food demand from fluctuations in production (Speedy, 2003). This buffering effect occurs also on a smaller scale, for example with sheep fattening in the Sahel. In a good year, the surplus grain crop is used for the household fattening of sheep, whereas in a bad year, it is exclusively used for human food. But the availability of using grain for animal feed in good years induces farmers to grow more than strictly needed, thus improving food security in a poor year.

FAO projections suggest that, despite regionally contrasted trends, the share of cereals globally used as feed is likely to increase by 2030, driving cereal production growth from 1.8 to 2.6 billion tonnes between 1999/01 and 2030. An increasing share of this feed use will be taken by the aquaculture industry, which is expected to grow at 4 to 6 percent per year to 2015, and 2 to 4 percent per year over the following 15 years (FAO, 1997).

Indeed, with feed conversion ratios better than those for livestock, aquaculture will become a significant competitor to monogastric species in regions such as Southeast Asia and sub-Saharan Africa.

The energy sector is another competitor. With the approaching depletion of fossil fuel resources and increasing efforts to mitigate climate change, green energies based on vegetal biomass are taking off. Today, ethanol produced from sugar cane accounts for 40 percent of the fuel sold in Brazil. Worldwide, fuel ethanol production increased from 20 billion litres in 2000 to 40 billion litres in 2005, and is expected to reach 65 billion litres in 2010 (Berg, 2004,) In 2005, the total area used for biofuel crop production in the EU was around 1.8 million hectares (EU, 2006). The average ethanol yield ranges between 3 000 litres/ha (based on maize) and 7 000 litres/ha (beet) (Berg, 2004). In the medium to long term, this land use may well compete with feed production. It is, however, foreseen that the "second generation" of bio-fuels will rely on a different biomass resource, shifting to the fermentation of lingo-cellulosic materials. If such prospects materialize, the biofuel sector may well become a strong competitor of the grass-based livestock production for the access to biomass.

Complementarities also exist. The potential complementarities between food and feed production at the level of crop residues and agro-industrial by-products are well known and to some extent achieved (e.g. oilseed meal). The further expansion of agro-industrial by-products and non-conventional feed resources may represent a major potential for increasing feed resources from primary crop production.

In contrast, food wastes are seldom recycled as feed. With a very low self-sufficiency for feed (24 percent), Japan is exploring ways of increasing recycling of food waste for feed. In addition to reducing feedstuff imports, the aim is to reduce environmental impacts currently associated with incineration or dumping in landfills. Kawashima (2006) proposes technical options for the sanitation and homogenization of food wastes, based on dehydration, heat treatment and silage.

In various contexts, food wastes and agro industrial by-products could contribute substantially to the feed supply, and by the same token release pressure on land. Their better recycling can help to improve self-sufficiency for feed and to improve animal productivity by supplementing diets. There is also an ecological interest in recycling the nutrients and energy embodied in food wastes and by-products, instead of disposing of them in environmentally damaging ways. However, food safety and ethical concerns do limit the potential for this practice, and must be adequately addressed.

49

BLM_0079789

*Food safety and consumer preferences also shift feed requirements*

The bovine spongiform encephalopathy (BSE) scare has shown the dramatic consequences of an ill-considered recycling of agro-industrial by-products (in this case meat and bone meal) as animal feed. The incident and its media coverage have also brought new livestock feeding practices to general public attention. This and similar events such as dioxin contamination of broiler meat in some EU countries have created widespread consumer distrust in the industrial livestock sector. Following the precautionary principle (UN, 1992), the EU set a ban on feeding meat-and-bone meal to all farm animals starting on 1 January 2001.

While the adoption of the precautionary principle should guarantee safer animal-derived foods, it may have a significant impact on feed requirements. The EU meat-and-bone meal ban is a dramatic example. Before the ban the amount of meat and bone meal consumed in the EU was about 2.5 million tonnes annually. Based on protein equivalency, this equates to 2.9 million tonnes of soymeal or to 3.7 million tonnes of soybeans (USDA/FAS, 2000). Largely because of the ban, EU soymeal imports increased by almost 3 million tonnes between 2001 and 2003, about 50 percent more than over the previous period of the same length. Soybean expansion and shipment creates environmental impacts in terms of biodiversity erosion, pollution and greenhouse gas emissions (see Chapter 3). Although soymeal is the main beneficiary of the meat-and-bone meal ban, corn gluten, field peas, rapeseed meal and sunflower seed meal are other potential substitutes. This example casts a dramatic light on the conflicting objectives associated with livestock production.

The need to address such tradeoffs is likely to become increasingly acute, and policy decisions in this area will be critical to the environmental and social sustainability of the sector. Another factor affecting the feed sector, and in particular the soybean market is consumer concern about genetically modified organisms (GMOs). Responding to consumer concerns, the EU has required that products containing GMOs be labelled so that consumers can identify them. In addition, the EU is pushing for GMO soybeans to be separated from other varieties, so that those purchasing them for feed or as ingredients can make a choice. This trend, if maintained, will impact producers' relative competitiveness as well as production practices. More generally, the use or banning of GMOs in animal feeds will have an impact on the crop species used, production practices, competitiveness of smallholders, yields and the future geographical distribution of their production areas.

## 2.4 Production systems: location economics at play

Production and processing systems are shaped by the requirements of linking demand with resources (feed, labour, water, etc.), given the available technology and capital. This has resulted in the diverse geographical trends of livestock and production systems that we currently observe. The pattern has changed over time, following human population dynamics (e.g. growth, movements), technical changes (e.g. domestication, cropping, transport) and cultural preferences.

These geographical shifts are still continuing, perhaps even accelerating, as a result of the rapid evolution driven by demand, resource scarcity, technology and global trade (see Chapter 1). The major changes in demand for animal products were reviewed in Section 2.2. They have resulted in a geographical redistribution of demand, with urban centres in rapidly growing economies emerging as consumption centres.

Resource availability influences livestock production costs, especially land and water resources. Previous sections have shown that in several regions of the world there is increasing competition for land and limited options for expanding the feed base, while in other regions there is still potential for expansion. In this section, we will

BLM_0079790

first review the current geographical distribution of livestock and their production systems, in the light of the sector's history. We will then explore current spatial trends of landless and land-based production systems.

## 2.4.1 Historical trends and distribution patterns

Historically, transport and communication infrastructures were more limited than today. Products were not easily transported and technologies were not propagated rapidly. As a result, demand and resources had to be linked locally, mostly relying on locally available capital and technology mixes. Traditionally, livestock production was based on locally available feed resources, particularly those of limited or no alternative value, such as natural pasture and crop residues. In a context of less developed communication than nowadays, cultures and religions were less widespread and more specific to limited areas. They, therefore, influenced consumer preferences and production options in more diversified ways.

**Livestock production systems**

Production environments, intensities and goals vary greatly within and across countries. Animal agriculture systems correspond to agro-ecological opportunities and demand for livestock commodities. In general, the systems are adjusted to the prevailing biophysical and socio-cultural environment and, traditionally, since there were no external inputs they have been, for the most part, in sustainable equilibrium with such environments.

In many of these systems, the livestock element is interwoven with crop production, as in the rice/buffalo or cereal/cattle systems of Asia. Animal manure is often essential in maintaining soil fertility, and the role of animals in nutrient cycling is often an important motivation for keeping animals, particularly where this involves a transfer of nutrients from common property resources to private land. In other cases, mobile

forms of livestock production have been developed to harness resources from semi-arid or mountainous, seasonally shifting or temporarily available pastures. Although many of these systems result from a long historical evolution, they are currently under pressure to adjust to rapidly evolving socio-economic conditions. Over recent decades, large intensive livestock production units, in particular for pig and poultry production have emerged in many developing regions in response to rapidly growing demand for livestock products.

For clarity of analysis, it helps to classify the vast variety of individual situations into a limited number of distinct livestock production systems. Ideally the following criteria should be considered:

- degree of integration with crops;
- relation to land;
- agro-ecological zone;
- intensity of production;
- irrigation or rainfed; and
- type of product.

FAO (1996) has proposed a classification of eleven categories of livestock production systems (LPSs) based on different types of farming systems, relationship to land and agro-ecological zone (see Figure 2.9). They identify two main groups of LPSs:

- those solely based on animal production, where more than 90 percent of dry matter fed to animals comes from rangelands, pastures, annual forages and purchased feeds, and less than 10 percent of the total value of production comes from non-livestock farming activities; and
- those where cropping and livestock rearing are associated in mixed farming systems, where more than 10 percent of the dry matter fed to animals comes from crop by-products or stubble, or more than 10 percent of the total value of production comes from non-livestock farming activities.

BLM_0079791



Figure 2.9  **Classification of livestock production systems**

LIVESTOCK PRODUCTION SYSTEMS

Solely Livestock Production Systems  [L]

Mixed Farming Systems [M]

Landless LPS [LL]

Grassland-based LPS [LG]

Rainfed LPS [MR]

Irrigated LPS [MI]

Monogastric meat and eggs [LLM]

Ruminant meat (beef) [LLR]

Temperate zones and tropical highland [LGT]

Humid/subhumid tropics and subtropics [LGH]

Arid/semi-arid tropics and subtropics [LGA]

Temperate zones and tropical highland [LGT]

Humid/subhumid tropics and subtropics [MRH]

Arid/semi-arid tropics and subtropics [MRA]

Temperate zones and tropical highland [MIT]

Humid/subhumid tropics and subtropics natural irr. [MIH]

Arid/semi-arid tropics and subtropics natural irr. [MIA]

*Source:* FAO (1996).

Below the division between livestock-only and mixed farming groupings can be distinguished. Map 13 (Annex 1) shows the relative predominance of these four broad groups of livestock production systems around the world (Steinfeld, Wassenaar and Jutzi, 2006), while Tables 2.9 and 2.10 show their relative prevalence in livestock numbers and production data. Two of these broad groupings are among the livestock-only systems: landless LPSs, and grassland-based LPSs.

***Landless LPSs*** are mostly intensive systems that buy in their feed from other enterprises. They are found mostly in Eastern North America, Europe, Southeast and East Asia. These are defined as systems in which less than 10 percent of the dry matter fed to animals is farm-produced, and in which annual average stocking rates are above ten livestock units per km$^2$ (on average at the census unit level). The landless category defined by FAO (1996) is split into landless ruminant and landless monogastric systems. The presence of landless or "industrial" LPSs is connected to both demand factors and supply determinants. They are prevalent in areas with high population density and purchasing power, in particular coastal areas in East Asia, Europe and North America, that are also connected to ocean ports for feed imports. In contrast, there are areas with ample feed supply such as the mid-western United States and interior parts of Argentina and Brazil, where industrial systems have been developed primarily using local surpluses of feed supplies. East and Southeast Asia strongly dominate industrial monogastric production in the developing regions. Southern Brazil is another industrial production hotspot of global importance. Regionally important centres of industrial production are found, for example, in Chile, Colombia, Mexico and Venezuela, as well as for chicken in the Near East, Nigeria and South Africa.

The other three major categories are land-based, with each category split into three

BLM_0079792

Table 2.9

**Global livestock population and production in different production systems**

| Parameter | Livestock production system | | | |
|---|---|---|---|---|
| | Grazing | Rainfed mixed | Irrigated mixed | Landless/industrial |
| **Population (million head)** | | | | |
| Cattle and buffaloes | 406.0 | 641.0 | 450.0 | 29.0 |
| Sheep and goats | 590.0 | 632.0 | 546.0 | 9.0 |
| **Production (million tonnes)** | | | | |
| Beef | 14.6 | 29.3 | 12.9 | 3.9 |
| Mutton | 3.8 | 4.0 | 4.0 | 0.1 |
| Pork | 0.8 | 12.5 | 29.1 | 52.8 |
| Poultry meat | 1.2 | 8.0 | 11.7 | 52.8 |
| Milk | 71.5 | 319.2 | 203.7 | – |
| Eggs | 0.5 | 5.6 | 17.1 | 35.7 |

*Note:* Global averages 2001 to 2003.
*Source:* Own calculations.

depending on the agro-ecological zone: temperate and tropical highland; humid/subhumid tropics and subtropics; and arid/semi-arid tropics and subtropics

***Grassland-based (or grazing)*** systems are livestock-only LPSs, often based on grazing of animals on seasonal, shifting or upland pastures, primarily found in the more marginal areas that are unfit for cropping because of low temperature, low rainfall or topography, and predominant in semi-arid and arid areas. They are defined as systems in which more than 10 percent of the dry matter fed to animals is farm-produced and in which annual average stocking rates are less than ten livestock units per hectare of agricultural land. These systems cover the largest land area and are currently estimated to occupy some 26 percent of the earth's ice-free land surface. This figure includes a large variety of agro-ecological contexts with very different levels of biomass productivity.

The other two types of land-based system practise mixed crop and livestock farming. Mixed systems are prevalent in bio-climatically more favoured ecosystems.

***Rainfed mixed farming systems*** are mixed systems in which more than 90 percent of the value of non-livestock farm production comes from rainfed land use. Most mixed farming systems are rain-fed and are particularly present in semi-arid and subhumid areas of the tropics and in temperate zones.

***Irrigated mixed farming systems*** are found throughout the world, but have generally limited spatial extent. Exceptions are eastern China, northern India and Pakistan, where mixed irrigated systems extend over large areas. They are defined as mixed systems in which more than 10 percent of the value of non-livestock farm production comes from irrigated land use.

Tables 2.9 and 2.10 show the distribution of production (ruminants and monogastrics) and of animal numbers (ruminants only) over the production system groups, both globally and for the developing regions. The 1.5 billion head of cattle and buffaloes, and the 1.7 billion sheep and goats, are fairly evenly distributed across the land-based systems. However, their average densities increase steeply from grazing systems to mixed irrigated systems, since the latter have far greater livestock-supporting capacities per unit area.

BLM_0079793

Livestock's long shadow

Table 2.10

**Livestock population and production in different production systems in developing countries**

| Parameter | Livestock production system | | | |
| --- | --- | --- | --- | --- |
| | Grazing | Rainfed mixed | Irrigated mixed | Landless/industrial |
| **Population (million head)** | | | | |
| Cattle and buffaloes | 342.0 | 444.0 | 416.0 | 1.0 |
| Sheep and goat | 405.0 | 500.0 | 474.0 | 9.0 |
| **Production (million tonnes)** | | | | |
| Beef | 9.8 | 11.5 | 9.4 | 0.2 |
| Mutton | 2.3 | 2.7 | 3.4 | 0.1 |
| Pork | 0.6 | 3.2 | 26.6 | 26.6 |
| Poultry meat | 0.8 | 3.6 | 9.7 | 25.2 |
| Milk | 43.8 | 69.2 | 130.8 | 0.0 |
| Eggs | 0.4 | 2.4 | 15.6 | 21.6 |

*Source:* Own calculations.

*Monogastrics shift towards landless industrial systems, ruminants remain land-based*

As yet, only a small fraction of the world's **ruminant** population is found in industrial feedlots, partly owing to the fact that even in intensive production environments feedlots are usually used only in the final stage of the animal's life cycle. The vast majority of large and small ruminant populations are found in the developing regions. Ruminant productivity varies considerably within each system, but overall productivity in developing countries' grazing and mixed systems is lower than in developed countries: globally, beef production per animal in grazing systems is 36 kg/head and year while the average for developing countries is 29 kg/head and year. By far the largest variation in intensity of production is found within the mixed rainfed system, the largest producer of ruminant products. Despite the fact that the developing regions house the vast majority of animals in this category, they account for less than half of the category's production globally. In fact, beef productivity in these regions averages 26 kg/head, as opposed to 46 kg/head at world level, and their milk production is only 22 percent of the world total. Across all four categories, developing regions account for half of the world's beef production,

some 70 percent of mutton production and about 40 percent of milk production.

A sharply contrasting situation is found in the **monogastrics** sector. Currently more than half of the world's pork production originates from industrial systems and for poultry meat this share amounts to over 70 percent. About half of the industrial production originates from developing countries and, though reliable population figures are not available, variation in productivity between regions is probably much lower than for ruminants. However, huge differences in total production are found between the developing regions. The majority of the world's pork, poultry and egg production from irrigated mixed systems takes place in developing regions. Although substantial, production in Latin America is less than one-tenth of that in Asia, whereas production is almost absent in Africa and West Asia. The developed countries and Asia together account for over 95 percent of the world's industrial pork production .

**Geographical distribution of main livestock species**

The distribution of species can also be examined by agro-ecological zone (Table 2.11). Recent strong industrial growth in production of mono-

BLM_0079794

Table 2.11

Livestock population and production in different agro-ecological zones

| Parameter | Agro-ecological zones | | |
|---|---|---|---|
| | Arid and semi-arid tropics and sub-tropics | Humid and sub-humid tropics and sub-tropics | Temperate and tropical highlands |
| **Population (million head)** | | | |
| Cattle and buffaloes | 515 | 603 | 381 |
| Sheep and goat | 810 | 405 | 552 |
| **Production (million tonnes)** | | | |
| Beef | 11.7 | 18.1 | 27.1 |
| Mutton | 4.5 | 2.3 | 5.1 |
| Pork | 4.7 | 19.4 | 18.4 |
| Poultry meat | 4.2 | 8.1 | 8.6 |
| Milk | 177.2 | 73.6 | 343.5 |
| Eggs | 4.65 | 10.2 | 8.3 |

*Note:* Global averages 2001 to 2003.
*Source:* Own calculations.

gastrics in the tropics and subtropics has led to production levels that are similar to that of temperate regions. The situation is very different for ruminant production, partly because of its land-based nature; production and productivity are much higher in the cooler climates. Small ruminant production in the (semi)arid (sub)tropics is a notable exception, explained by the large population and the relatively high productivity, the latter being the result of the species' fitness under harsh and marginal conditions. The relatively low productivity for milk in the more humid tropics relates to the strong dominance of mixed systems in these regions, where use of animals for draught power and other uses such as transport is still substantial.

Of all livestock species, poultry has the closest distribution pattern to human populations (see Map 16, Annex 1). This may seem surprising, as poultry is predominantly raised in intensive systems, but the reason is that intensive systems are widely spread. On a global average, three birds are found per hectare of agriculture land, with the highest concentrations found in Western Europe (7.5 birds/ha), East and Southeast Asia (4.4) and North America (4.3). China

counts 6.9 birds per hectare of agriculture land. When related to human population, the highest poultry/person ratios are found in North America (6.7 birds per person), followed by Latin America at only 4.5 birds per person. This is consistent with high poultry exports from these two regions (see Table 14, Annex 2).

Historically, the distribution of pig populations was closely related to that of humans. The high concentration of the pig industry in specialized regions has lead to strong subnational concentrations (see Map 17, Annex 1). The tendency for pigs to be more concentrated than poultry in areas with high animal densities is also illustrated in Figure 2.10. This trend may result from the high environmental impact of pig production. The other striking feature of pig distribution is their relative absence from three regions (West Asia and North Africa, sub-Saharan Africa and South Asia) for cultural reasons – see Table 7, Annex 2. On the other hand, the highest pig densities in relation to agricultural land and human population are recorded in Europe and Southeast Asia.

Major **cattle** densities are found in India (with an average of more than one head of cattle per

BLM_0079795



Figure 2.10   Comparative distribution of pig and poultry

Grid cells (Percentage)

Poutry   Pig

*Source:* Calculation based on Maps 16 and 17 (Annex 1).

hectare of agriculture land), northeastern China (mostly dairy), Northern Europe, Southern Brazil and the East African Highlands (see Map 18, Annex 1 and Table 8, Annex 2). Smaller concentrations are also found in the United States, Central America and Southern China. Although large concentrations are not recorded in Oceania, the region has more cattle than inhabitants, especially in Australia where the cattle population is about 50 percent greater than the human population. Average stock per agricultural land here is, however, among the lowest, in line with the extensive nature of cattle production.

**Small ruminants** are uncommon in the Americas, except for Uruguay and, to a lesser extent, Mexico and Northern Brazil (see Map 19, Annex 1 and Table 9, Annex 2). In contrast, high densities are found in South Asia and Western Europe (1.3 and 0.8 head per hectare of agricultural land respectively), and there are local concentrations in Australia, China, Northern Africa and African dry lands. As in the case of cattle, sub-Saharan Africa shows higher animal to human population ratios than the world average, which is explained by the heavy reliance on ruminants and the low productivity of animals.

Map 20 (Annex 1) shows global geographical trends of aggregated livestock distribution, expressed in terms of livestock units. We observe six major areas of livestock concentration: Central and Eastern United States, Central America, South Brazil and North Argentina, Western and Central Europe, India and China. Four areas have densely concentrated areas of a lesser extent: Eastern Africa, South Africa, Australia and New Zealand.

**Recent distribution trends**

*Monogastrics expand faster than ruminants*

The comparisons between two quantifications of the world livestock productions systems study by FAO, (1996) (averages for 1991–93 and for 2001–03) show that significant changes in resource endowments have brought about changes in the nature and extent of production systems. Cattle stocks are slightly up on the world level (5 percent), with a considerable increase in stock numbers for sub-Saharan Africa, Asia and Latin America. A strong drop in animal numbers (almost 50 percent) occurred in the Eastern European and CIS countries following geopolitical changes and the collapse of the Soviet Union.

World output rose by about 10 percent in the period of observation, with very strong differences at regional level. Cattle meat output almost doubled in Asia. In sub-Saharan Africa it increased by 30 percent, in Latin America by 40 percent, and in West Asia and North Africa by about 20 percent, albeit from a lower absolute level. The strongest cattle output increases occurred in mixed systems in the humid zones. At lower overall production levels (see Table 2.9 and 2.10) total meat production from small ruminants increased by about 10 percent, although the overall stock numbers for small ruminants remained fairly constant for the two reference periods. There were inter-regional shifts in distribution. Stock numbers increased considerably in sub-Saharan Africa and Asia, and strongly declined in Latin America, the OECD, and in

BLM_0079796

particular in Eastern Europe and the CIS. The increases occurred mainly in mixed humid systems. The changes in monogastric animal production are more striking. Total pig meat output (the highest meat output per species in 2002) rose by 30 percent at world level, an increase accounted for almost entirely by Asia. Most regions showed increases in pig meat production, although for Eastern Europe and the CIS there was a drop of about 30 percent. Industrial pig meat production grew at about 3 percent per year. Strong increases also occurred in the humid and temperate mixed irrigated systems.

The total production of poultry meat grew by about 75 percent, the strongest expansion of all livestock products. Regional differences were pronounced, with an extremely strong expansion in Asia (about 150 percent increase, with a yearly growth rate of over 9 percent). The growth rates were generally positive, between 2 and 10 percent across regions, most of this resulting from expansion of industrial systems. Global production of table eggs grew by about 40 percent. Asia more than doubled its egg production in the period, to reach a share of about 50 percent of world production. The landless livestock production system grew by about 4 percent per year.

### 2.4.2 Geographical concentration
The industrialization of livestock production occurs where economic growth is taking place (see Chapter 1). Thus, new farming systems are dominant in industrialized countries and countries with rapid economic growth. A characteristic of such production systems is the segmentation of production stages (feed production, animal raising, slaughtering and processing) and the location of each segment where operating costs are minimized. In this process, animal farms tend to concentrate geographically into clusters.

The trend of landless production systems towards clustering is ongoing in developed as well as developing economies. The analysis of the pig and poultry populations at municipal level in Brazil shows a more accentuated geo-



**Figure 2.11   Changes in geographical concentration of hens in Brazil from 1992 to 2001**

*Source:* Own calculations.



**Figure 2.12   Changes in geographical concentration of pigs in Brazil from 1992 to 2001**

*Source:* Own calculations.

graphical concentration for hens than for pigs, and an increasing concentration for both species over the 1992 to 2001 period (see Figures 2.11 and 2.12). In 1992, 5 percent of the total country's area hosted 78 percent of the hen population, rising to 85 percent of the population

57

BLM_0079797

Livestock's long shadow



Figure 2.13  **Changes in geographical concentration of pigs in France from 1989 to 2001**

*Source:* Own calculations.

in 2001. The corresponding figures for pigs over the same period are 45 percent and 56 percent respectively. A similar analysis conducted for France and Thailand (see Figures 2.13 and 2.14) showed concurring results.

**Landless production systems**

*A two-step move: rural to urban, urban to sources of feed*

As developing countries industrialize, livestock production generally relocates in two stages (Gerber and Steinfeld, 2006). As soon as urbanization and economic growth translate rising population into "bulk" demand for animal food products, large-scale operators emerge. At the initial stage, these are located close to towns and cities. This occurs because livestock products



Map 2.1  **Location of industrial pig sector in southern Viet Nam (Dong Nai, Binh Duong, Ho Chi Minh city and Long An province)**

*Source:* Tran Thi Dan *et al.*, (2003).

58

BLM_0079798