are among the most perishable products, and their conservation/transport without chilling and processing poses serious problems. Therefore, as long as transport infrastructures remain inadequate, livestock-derived foods have to be produced in the vicinity of demand. Map 2.1 illustrates how the intensive pig sector has located at the periphery of Ho Chi Minh City in Viet Nam. Most feed mills, pig farms and slaughterhouses are found within 40 km of the city centre.

In a second phase, transport infrastructure and technology develop sufficiently to make it technically and financially possible to keep livestock further away from demand centres. Livestock production then shifts away from urban areas, driven by a series of factors such as lower land and labour prices, access to feed, lower environmental standards, tax incentives and fewer disease problems. Following a similar trend, the poultry density in areas less than 100 km from Bangkok decreased between 1992 and 2000, with the largest decrease (40 percent) in the areas close to the city (less than 50 km). Poultry density increased in all areas further than 100 km away (see Figure 2.14). In this particular case, the geographical shift was further accelerated by tax incentives.

When pushed out of peri-urban areas, landless production systems tend to move closer to feed resources so as to minimize transport costs on the input side, since the feed used per head is bulkier than the livestock produced. The shift occurs either towards feed production areas (e.g. the United States corn belt, Mato Grosso in Brazil, Mexican El Bajio), or towards feed importing and processing areas (e.g. Chachoengsao Province of Thailand, Jeddah in Saudi Arabia).

In OECD countries, where industrialization of the livestock sector began from 1950 on, clusters formed in rural areas with surplus cereal supply. Here, livestock were initially produced as a means of diversification and value addition. In Europe, pig and poultry production clusters of this type include Brittany, the Po valley in Italy, Western Denmark and Flanders. The geography



Figure 2.14  **Changes in the peri-urban concentration of poultry from 1992 to 2000 in Thailand**

*Source:* Own calculations.

of these clusters was affected by the increasing use of imported feed. Those with good connection to ports strengthened (e.g. Brittany, western Denmark, Flanders) and new production areas appeared in the vicinity of major ports (Lower Saxony, Netherlands, Catalonia). Finally, a more recent type of feed-related production cluster is observed close to newly created feed processing plants establishing comprehensive animal production chains. Concentration close to feed processing plants is observed in Brazil by analysis of pig numbers and feedcrop production at *Municipio* level in Brazil. From 1992 to 2001, part of the pig population moved away from traditional feed production areas and concentrated around major feed mills in Mato Grosso.

Disease control strategies may, however, scatter production clusters. To limit the spread of diseases, large farms tend to scatter away from other large farms and small-scale units. A distance of a few kilometres is sufficient to prevent disease propagation. It is therefore probable that this trend will prevent the concentration of small- and large-scale farms, especially in peri-urban settings, but will most probably not alter the trend towards specialized areas, equipped with feed mills, slaughterhouses and animal health services.

59

BLM_0079799

Livestock's long shadow

*Land-based systems: towards intensified systems*
Fodder is bulky and its transportation expensive. Livestock raised in land-based systems are, therefore, bound to feed resource production areas. Previous sections have, however, shown that pasture expansion is likely to be limited, blocked on one side by lack of suitable land and on the other by competition from land uses with lower opportunity costs (e.g. agriculture, forestry, conservation).

As a result, pushed by an increasing demand for beef and milk, part of the production shifts from land based towards intensified systems, such as feedlots and dairy plants (see Chapter 1), following the same geographical trend as intensive monogastric production.

Land-based systems also tend to expand into the remaining areas with good potential for pasture or where there are no strong land use competitors. These are predominantly found in Oceania and South America. Over 1983 to 2003, beef and milk production grew by 136 percent and 196 percent respectively in Oceania, and by 163 percent and 184 percent respectively in South



*Transporting chickens to poultry plant near Magee – United States*

America. For comparison, world production as a whole increased by 124 percent for the two products over the same period (FAO, 2006b).

These overall trends are confirmed by local analysis. Cattle numbers per *Municipio* in Brazil in land-based livestock systems show a more even geographical spread of cattle (see Figure 2.15) than was observed for stock in landless, intensive systems. The expansion of pasture into the Amazon is further described in land degradation hotspots (Section 2.5 below).

### 2.4.3 Increasing reliance on transport
*Trade and transport improvements increase transport of livestock products*
The transport of livestock sector commodities has become increasingly economically affordable and technically possible. Technical changes in transport, such as the development of infrastructure, large-scale shipments of primary crop production or consolidation of long-distance cold chains, have played a determinant role in shaping change in the livestock sector.

Developments in transport have made it possible to bridge the geographical gap between urban demand for animal products and the land resources for their production. Increased trade and transport of animal products and feedstuff are also fundamental factors in the industrialization of the livestock sector. Because they operate



**Figure 2.15** **Changes in geographical concentration of cattle in Brazil from 1992 to 2001**

*Source:* Own calculations (2005).

BLM_0079800

on a large scale, with considerable volumes of inputs and outputs, landless industrial systems intrinsically rely on transport for supply of inputs (especially feed) and delivery of outputs. Furthermore, the low private costs of transport (which rarely factor in social and environmental costs) have strongly influenced the location economics of the various segments of the livestock commodity chain, from feed production and feed mill, to animal production, slaughtering and processing. Since the transport cost of connecting each segment is limited, other production costs play a greater role in determining location. Such parameters include cost of land, labour, services, health control, tax regimes and strictness of environmental policy. Although to a lesser extent than landless industrial systems, land-based production systems increasingly rely on transport, as they shift closer to available land resources and further away from consumption centres.

Worldwide, most livestock are produced for national consumption. However, animal products are increasingly traded, and a larger share of the global production enters trade nowadays than in the 1980s. The trend was particularly dynamic for poultry meat, where the internationally traded share rose from 6.5 percent in 1981–83 to 13.1 percent in 2001–03. In 2001–03, more than 12 percent of bovine meat, poultry

meat, and milk produced worldwide were traded, and 8.2 percent of pig meat. All of these shares were significantly up on the 1981–83 average. Among feeds, trade in soymeal represented a higher share of production (24–25 percent) over the same periods, though showing little increase (see Table 2.12). For feedgrains the traded share of total production has also remained fairly constant. Trade increases were fostered by a number of policy measures and agreements aimed at easing international trade, including regional trade agreements, harmonization of standards and the inclusion of agriculture in the World Trade Organization (WTO) mandate.

### Feed trade: Americas dominate exports, China and EU dominate imports

As livestock production grows and intensifies, it depends less on locally available feed resources and more on feed concentrates that are traded domestically and internationally. Map 21 and 22 (Annex 1) display estimated spatial trends in feed surplus/deficit for pig and poultry, providing evidence of the sector's high reliance on trade. Feed trade and the related transfers of virtual water, nutrients and energy is a determinant factor of the sector's environmental impacts. Statistics on feedgrains are generally not separate from overall grain trade flows. However, major trends can be inferred from regional level trade flows, as shown in Table 10 of Annex 2 for maize. North and South America are the two regions with significant interregional exports. The maize that they export to Africa is predominantly used for food, while a large share of exports to Asia, EU and America supplies feed demand (Ke, 2004). Asian maize demand, driven by the feed sector, is predominantly supplied by North America, although imports from South America increased dramatically over the period. North America also exported large volumes of maize to South and Central America (2.8 and 9.2 million tonnes respectively (2001 to 2003 average). Both flows have increased strongly over the past 15 years. On the other hand South America dominates

**Table 2.12**

**Trade as a share of total production for selected products**

| Product | 1981–1983 average | 2001–2003 average |
|---|---|---|
| | [....................... % .......................] | |
| Bovine meat | 9.4 | 13.0 |
| Pig meat | 5.2 | 8.2 |
| Poultry meat | 6.5 | 13.1 |
| Milk equivalent | 8.9 | 12.3 |
| Soymeals[1] | 24.3 | 25.4 |

[1] Soymeal trade over soybean production.
*Source:* FAO (2006b).

BLM_0079801

the EU market. Contrasted country profiles and strategies explain these trends. Exports from North and South America are driven by countries (e.g. Argentina, Canada, United States) with ample land resources and strong grain export policies. On the other hand, China, which is a major driver of Asian imports, compensates for its land shortage with imports.

The comparison of grain resources and grain requirements at the local level allow estimating domestic trade (see Map 21, Annex 1), although imports from international markets would most probably supply part of the demand in deficit areas.

About one-third of global soybean, soy oil and soymeal production is traded (29.3, 34.4 and 37.4 percent respectively). This proportion is significantly above that recorded for other agricultural commodities. Soymeal and soybeans account for 35 and 50 percent of the total value of soy-based trade, respectively (FAO, 2004a). The widespread consumption of soybeans is supplied by a few major exporting countries to a large number of importing countries (see Table 11 and Table 12, Annex 2 and Map 22, Annex 1). The United States is the largest soybean exporter (29 million tonnes), followed by Brazil (17 million tonnes). Among the top seven producers, China is the only one with decreasing exports over the period (see Table 11, Annex 2). Indeed, over the past 10 to 20 years China has gone from being a soybean exporter to being the world's largest importer of whole soybeans and a large importer of soymeal – with one-third of its soymeal consumption supplied by imports.

Countries import soybeans either raw, or processed into soy oil and/or soymeal, depending on domestic demand, which is also determined by the structure of the local processing industry. The United States exports about 35 percent of its raw soybeans, before processing. In contrast, Argentina and Brazil add value to most of their crop, process about 80 to 85 percent of their soybeans before export (Schnittker, 1997). For soymeal, South America dominates interregion-

al trade, with the EU as first client and Asia as second (18.9 and 6.3 million tonnes respectively in 2002). The United States has a lesser role in soymeal interregional trade. In recent years, a number of importing countries, especially in the EU have shifted from the importation of soymeal to purchases of beans, which reflects efforts to promote processing at the local level. As a result, about six million tonnes of soymeal produced in the EU enter trade, mostly intraregional, but also towards Eastern Europe. There is also international trade in other fodder products, such as processed alfalfa and compressed hay bales. Exporting countries are predominantly Canada and the United States. Japan is by far the largest importer, followed by the Republic of Korea, and Taiwan Province of China.

### Animal and derived products trade increases globally

Live animals and animal-derived products are traded in smaller volumes than feed, because of smaller demand volumes and greater private costs of transport per unit. Nevertheless, the growth of trade in animal products is outpacing the growth of feed trade and of animal production. This rapid growth is facilitated by weakening tariff barriers within the context of GATT, and by the preparation of codes and standards to regulate global trade. In parallel, the trend towards increased demand for processed products by households and catering further expanded the transport of animal products.

Trade in poultry meat has overtaken trade in beef over the past 15 years, with volume soaring from about 2 million tonnes in 1987 to 9 million tonnes in 2002, compared to beef's rise from 4.8 to 7.5 million tonnes over the same period. Except for Eastern Europe, all analysed regions became increasingly involved in trade (see Table 14, Annex 2). North America supplies about half of the interregional market (2.8 million tonnes per year on average, between 2001 and 2003), followed by South America (1.7 million tonnes) and the EU (900 000 tonnes). Brazil is the top

BLM_0079802

exporting country. With relatively low feedgrain and labour costs and increasingly larger economies of scale, Brazil's production costs for whole eviscerated chicken are estimated to be the lowest of any major supplier (USDA-FAS, 2004). On the importer side, the picture is more diversified than for beef, with several regions playing important roles. Asia ranks number one, followed by the Baltic states and CIS, the EU, sub-Saharan Africa and Central America. Important and rapidly increasing regional level trade is taking place in Asia and the EU, both regions yielding local competitive advantages.

To assess transport of meat further, we calculated balances between primary production and demand for animal products at the local level. The results for poultry meat are shown on Map 23 (Annex 1). Production is similar to consumption on a majority of grid cells. A balanced situation (set as +/- 100 kg of meat per km$^2$) is generally found in land-based systems (compare with Map 13, Annex 1). Areas of highly positive balances (surplus) are associated with landless industrial systems (Map 14, Annex 1), whereas negative balances (deficit) usually coincide with high population densities and urban areas. The poultry exporting position of North and South America shows up here as a dominance of red (surplus) pixels in these two regions. The same analysis conducted for pig meat (Map 24, Annex 1) shows a similar coincidence of positive balances with industrial production areas. However, poultry and pig meat differ in the geographical spread of areas with negative and positive balances. Production areas are generally more scattered among consumption areas for poultry than for pigs. The three maps also show important domestic trade.

Beef is predominantly exported from Oceania and South America, taking advantage of their land-based cattle production systems (Table 13, Annex 2). North America is the main market for Oceania (903 thousand tonnes per year on average, between 2001 and 2003), but Asian imports from Oceania have dramatically increased in recent years (686 thousand tonnes per year on average, between 2001 and 2003, a 173 percent increase in 15 years). South American exports go mainly to the EU (390 thousand tonnes per year on average, between 2001 and 2003) and Asia (270 thousand tonnes), both volumes having roughly doubled over the past 15 years. The EU and North America also make large contributions to global bovine meat supply, based on more intensive production systems, especially in the United States. Most of the EU's trade is within the EU region, although the EU also supplied the Baltic states and CIS countries in 2002. North America predominantly supplies Asia, which is by far the biggest beef importer of all ten analysed regions, importing about 1.8 million tonnes of beef per year on average, between 2001 and 2003 (see Table 13, Annex 2). Asian imports, driven by China, are also the most dynamic, with a 114 percent increase over the 1987 to 2002 period. Asia responds to its soaring demand through interregional trade, but also by drawing upon a booming intraregional beef meat market. Interregional trade is also building up in Sub-Saharan Africa. Finally, Table 13 (Annex 2) illustrates the collapse of Eastern Europe over the period, with imports from North America, sub-Saharan Africa and the Baltic States and CIS that are close to zero. The estimated beef balances (Map 25, Annex 1) display the need for both domestic trade and international trade.

## 2.5 Hotspots of land degradation

As a major land user, the livestock sector has a substantial influence on land degradation mechanisms in a context of increasing pressure on land (see Box 2.3). With regard to land-based systems, two areas pose the most serious problems. There is the ongoing process of degradation of pastures, particularly in the arid and semi-arid environments of Africa and Asia, but also in subhumid zones of Latin America. There is also the issue of pasture expansion, and the conversion of forest land into pastures, particularly in Latin America.

63

BLM_0079803

Landless industrial systems are disconnected from the supporting land base. The separation of production from resources often creates pollution and soil degradation problems, both at feed production and animal operation levels. In parallel, feedcrop expansion into natural ecosystems creates land degradation.

In the following sections, we will review four major mechanisms of land degradation related to the livestock sector:

- expansion into natural ecosystems;
- rangeland degradation;
- contamination in peri-urban environments;
- pollution, soil degradation and productivity losses in feedcrop production areas.

We will assess the geographical extent of these problems, as well as their underlying biophysical process. Impacts on the global environment will simply be listed here. Implications on climate change, water depletion and biodiversity erosion will be further developed in later chapters.

### 2.5.1 Pastures and feedcrops still expanding into natural ecosystems

Crop and pasture expansion into natural ecosystems has contributed to livestock production growth, and will probably do so in the future under the "business as usual" scenario. Whatever the purpose, the destruction of natural habitats to establish agricultural land use means direct and significant biodiversity losses. The Millennium Ecosystem Assessment (MEA) lists land-use change as the leading cause of biodiversity loss (MEA, 2005a). The destruction of vegetative cover also leads to carbon release, fuelling climate change. In addition, deforestation affects water cycles, reducing infiltration and storage and increasing runoff by the removal of canopies and leaf litter, and through the reduced infiltration capacity of the soil as a result of reduced humus content (Ward and Robinson, 2000).

In OECD countries, the decision to plant soybeans or grain does not usually mean clearing natural habitat. Producers merely make a choice



© GREENPEACE/ALBERTO CÉSAR

*Illegal deforestation for soybean production in Novo Progresso, State of Pará – Brazil 2004*

BLM_0079804

### Box 2.3  Ecological footprint

To measure humanity's pressure on land and increasing competition for scarce resource, the Global Footprint Network defined an indicator called the ecological footprint. The ecological footprint measures how much land and water area a particular human population requires to produce the resources it consumes and to absorb its wastes, taking into account prevailing technology (Global Footprint Network). This indicator allows us to compare the use of resources with their availability. The Global Footprint Network estimates that global demand for land overtook global supply by the end of the 1980s. It is further estimated that humanity's ecological footprint is currently 20 percent larger than the entire planet can sustain. In other words, it would take one year and two months for the earth to regenerate the resources used by humanity in a single year.

Livestock-related activities contribute significantly to the ecological footprint, directly through land use for pasture and cropping, and also indirectly through the area needed to absorb $CO_2$ emissions (from fossil fuel use in livestock production) and ocean fisheries (related to fishmeal production for feed).

Figure 2.16  **Ecological footprint per person, by component**



*Source:* Global Footprint network (available at http://www.footprintnetwork.org).

BLM_0079805

Livestock's long shadow

between a number of crops, within an agricultural area that remains roughly stable. In many tropical countries, however, the cultivation of crops is often driving the process of converting extended areas of natural habitat to agriculture. This is the case in much of tropical Latin America, sub-Saharan Africa and Southeast Asia. Soybeans in particular are a driving force. Between 1994 and 2004, land area devoted to growing soybeans in Latin America more than doubled to 39 million ha, making it the largest area for a single crop, far above maize, which ranks second at 28 million hectares (FAO, 2006b). In 1996, there were only 1 800 hectares of soybeans in Rondônia in the western Amazon, but the area planted increased to 14 000 hectares in 1999. In the eastern Amazon in the state of Maranhão the area planted with soybeans increased from 89 100 to 140 000 hectares between 1996 and 1999 (Fearnside, 2001). The demand for feed, combined with other factors, has triggered increased production and exports of feed from countries like Brazil where land is relatively abundant.

The land area used for extensive grazing in the neotropics has increased continuously over the past decades and most of this has been at the expense of forests. Ranching-induced deforestation is one of the main causes of loss of unique plant and animal species in the tropical rainforests of Central America and South America as well as of carbon release into the atmosphere. Livestock production is projected to be the main land use replacing forest in the neotropics after clearing. Indeed, Wassenaar and colleagues (Wassenaar *et al.*, 2006) estimate that the expansion of pasture into forest is greater than that of cropland. For South America, Map 33B (Annex 1) indicates deforestation hotspots and areas with a more diffuse deforestation pattern. The full ecological and environmental consequences of such deforestation processes are not yet fully understood and deserve greater attention from the scientific community. This is a particularly acute issue, since the major potential for pasture expansion exists predominantly in areas currently under humid and subhumid forest. There is little evidence of the livestock sector being a major factor in deforestation in tropical Africa. Timber harvesting and fire seem to be the two main processes leading to deforestation. Cases of farming replacing forest are predominantly due to small-scale cropping, or to using secondary forest and scrub land for wood harvesting.

**Main global environment concerns** associated with feedcrop and pasture expansion into natural ecosystems include climate change, through biomass oxidation and carbon release into the atmosphere; water resources depletion through disruption of water cycles and; biodiversity erosion through habitat destruction. These issues will be reviewed in Chapter 3, 4 and 5, respectively.

### 2.5.2 Rangeland degradation: desertification and vegetation changes

Pasture degradation related to overgrazing by livestock is a frequent and well studied issue. Pasture degradation can potentially take place under all climates and farming systems, and is generally related to a mismatch between livestock density and the capacity of the pasture to be grazed and trampled. Mismanagement is common. Ideally the land/livestock ratio should be continuously adjusted to the conditions of the pasture, especially in dry climates where biomass production is erratic, yet such adjustment is rarely practiced. This is particularly the case in the arid and semi-arid communal grazing areas of the Sahel and Central Asia. In these areas, increasing population and encroachment of arable farming on grazing lands, have severely restricted the mobility and flexibility of the herds, which enabled this adjustment. Pasture degradation results in a series of environment problems, including soil erosion, degradation of vegetation, carbon release from organic matter decomposition, loss of biodiversity owing to habitat changes and impaired water cycles.

BLM_0079806

Concentrated "hoof action" by livestock – in areas such as stream banks, trails, watering points, salting and feeding sites – causes compaction of wet soils (whether vegetated or exposed) and mechanically disrupts dry and exposed soils. The effects of trampling depend on soil texture – soils with greater fractions of silt and clay are more easily compacted than sandy soils. Compacted and/or impermeable soils can have decreased infiltration rates, and therefore increased volume and velocity of runoff. Soils loosened by livestock during the dry season are a source of sediments at the beginning of the new rainy season. In riparian areas the destabilization of streambanks by livestock activities contributes locally to a high discharge of eroded material. Furthermore, livestock can overgraze vegetation, disrupting its role of trapping and stabilizing soil, and aggravating erosion and pollution. Ruminant species have distinct grazing habits and thus different aptitude to cause overgrazing. For instance, goats being able to graze residual biomass and ligneous species have also the greatest capacity to sap grasslands' resilience. (Mwendera and Mohamed Saleem, 1997; Sundquist, 2003; Redmon, 1999; Engels, 2001; Folliott, 2001; Bellows, 2001; Mosley et al., 1997; Clark Conservation District, 2004).

Asner et al. (2004) suggest three types of ecosystem degradation syndromes related to grazing:

- desertification (in arid climates);
- increased woody plant cover in semi-arid, subtropical rangelands; and
- deforestation (in humid climates).

The role of livestock in the deforestation process has been reviewed in Section 2.1 above. Asner and colleagues describe three major elements of desertification: increased bare soil surface area; decreased cover of herbaceous species; and increased cover of woody shrubs and shrub clusters.

The overarching pattern is one of increased spatial heterogeneity of vegetation cover and of soil conditions (e.g. organic matter, nutrients, soil moisture).

Woody encroachment has been well documented in semi-arid, subtropical rangelands of the world. There are hotspots in North and South America, Africa, Australia and elsewhere, where woody vegetation cover has increased significantly during the past few decades. Among the causes are overgrazing of herbaceous species, suppression of fires, atmospheric $CO_2$ enrichment and nitrogen deposition (Asner et al., 2004; van Auken, 2000; Archer, Schimel and Holland, 1995).

The extent of grassland degradation in arid and semi-arid climates is a serious source of concern and debate, as its quantification is complex. There is a lack of reliable and easily measurable land quality indicators, ecosystems also fluctuate, and the annual vegetation of these arid areas has shown to be highly resilient. For example, after a decade of desertification in the Sahel, there is now evidence of increasing seasonal greenness over large areas for the period 1982 to 2003. While rainfall emerges as the dominant causative factor for the increase in vegetation greenness, there is evidence of another causative factor, hypothetically a human-induced change superimposed on the climate trend. The notion of human induced irreversible degradation of the Sahelian rangelands is thus challenged (Herrmann, Anyamba and Tucker, 2005). On the other hand, desert is rapidly gaining on pasture in northwestern China (Yang et al., 2005). Diverse estimates exist for the extent of desertification. According to the Global Assessment of Human and Induced Soil Degradation methodology, the land area affected by desertification is 1.1 billion ha, which is similar to UNEP estimates (UNEP, 1997). According to UNEP (1991), when rangelands with degraded vegetation are added (2.6 billion ha), the share of dry lands that are degraded is 69.5 percent. According to Oldeman and Van Lynden (1998), the degraded areas for light, moderate and severe degradation are 4.9, 5.0 and 1.4 billion hectares, respectively. How-

BLM_0079807



*Soil erosion in the Solo River basin – Indonesia 1971*

ever, these studies do not take into account of vegetation degradation. Map 27 (Annex 1) shows the location of grasslands established on weak soils in harsh climates, which face significant risks of degradation if ill-managed.

In addition, there is the risk of pasture degradation in humid to temperate climates. When stocking rates are too high, the removal of nutrients (especially nitrogen and phosphorus) via livestock products and via soil degradation processes may be higher than the inputs, and soils are "mined". In the long run, this results in pasture degradation, evidenced by productivity decline (Bouman, Plant and Nieuwenhuyse, 1999). With decreasing soil fertility, weeds and undesired grass species compete more strongly for light and nutrients. More herbicides and manual labour are needed to control them, which has a negative impact on biodiversity and on farmers' income (Myers and Robbins, 1991). Pasture degradation is a widespread issue: half of the 9 million hectares of pasture in Central America is estimated to be degraded (Szott *et al.*, 2000). Pasture degradation can be even more

acute locally. For example Jansen *et al.* (1997) estimated that over 70 percent of the pastures in the Northern Atlantic zone of Costa Rica are in an advanced stage of degradation, with overgrazing and lack of sufficient N input identified as principal causes.

**Main global environment concerns** associated with rangeland degradation include climate change, through soil organic matter oxidation and carbon release into the atmosphere; water resources depletion through reduction of groundwater replenishment and biodiversity erosion, through habitat destruction. These issues will be further assessed in Chapter 3, 4 and 5, respectively.

### 2.5.3 Contamination in peri-urban environments

The ongoing geographical concentration of livestock production systems was described previously, first in peri-urban settings, then close to feed production and processing. In parallel, animal-derived food processing also locates in

BLM_0079808

peri-urban areas, where the costs of transport, water, energy and services are minimized. The geographical concentration of livestock, in areas with little or no agricultural land, leads to high impacts on the environment (water, soil, air and biodiversity), mainly related to manure and waste water mismanagement. Nutrient overloads can result from several forms of mismanagement, including overfertilization of crops, overfeeding of fish ponds and improper waste disposal of agricultural (e.g. livestock) or agro-industrial wastes. Nutrient overloads coming from crop–livestock systems mainly occur when the nutrients present in manure are not properly removed or recycled. The major effects of animal waste mismanagement on the environment have been summarized by Menzi (2001) as follows:

- **Eutrophication of surface water** (deteriorating water quality, algae growth, damage to fish, etc.) owing to input of organic substances and nutrients when excreta or wastewater from livestock production get into streams through discharge, runoff or overflow of lagoons. Surface water pollution threatens aquatic ecosystems and the quality of drinking-water taken from streams. Nitrogen and phosphorus are both nutrients often associated with accelerated eutrophication of surface water (Correll, 1999; Zhang *et al.*, 2003). However, phosphorus is often the limiting factor to the development of blue-green algae, which are able to utilize atmospheric $N_2$. Therefore, phosphorus management is often identified as a key strategy to limit surface water eutrophication from agricultural sources (Mainstone and Parr, 2002; Daniel *et al.*, 1994).
- **Leaching of nitrate and possible transfer of pathogens to groundwater** from manure-storage facilities or from fields on which high doses of manure have been applied. Nitrate leaching and pathogen transfer are particular threats for drinking water quality.
- **Excess accumulation of nutrients in the soil** when high doses of manure are applied. This

can threaten soil fertility owing to unbalanced or even noxious nutrient concentrations.
- **Natural areas such as wetlands and mangrove swamps are directly impacted by water pollution** often leading to biodiversity losses.

Results from LEAD studies show that in most Asian contexts, the recycling of animal manure on crops or in fish ponds (including sanitation costs) is a less expensive option than manure treatment as nutrients are removed using biochemical processes (Livestock waste management in East Asia project – LWMEA) (see Box 2.4). When production or processing units are located in peri-urban settings, far from crops and fishponds (see Figure 2.17), high transport costs make recycling practices financially unprofitable. Production units also often face high land prices and therefore tend to avoid building adequately sized treatment facilities. The result is often a direct discharge of animal manure into urban waterways, with dramatic consequences on their nutrient, drug and hormone residues and organic matter load. Manure products with high value (e.g. chicken litter, cattle dung) are, however, often marketed out of the peri-urban area.

There are also a number of animal diseases that are associated with increasing intensity of production and concentration of animals in a limited space. Many of these zoonotic diseases pose a threat to human health. Industrial and intensive forms of animal production may be a



*Farms in Prune – India, situated in proximity to apartment buildings*

69



Figure 2.17  Spatial distribution of humans, livestock and feed crops around Bangkok, 2001

Legend:
Pigs (head/km²)
Human population (persons/km²/10)
Maize (tonnes/km²)
Chicken (head/km²/10)
Soybean (10 tonnes/km²)
Cassava (tonnes/km²/2)

*Source:* Own calculations.

breeding ground for emerging diseases (Nipah virus, BSE), with public health consequences. Intra- and interspecies contamination risks are especially high in the peri-urban environment where high densities of humans and livestock coincide (see Figure 2.17).

As a result of economies of scale, industrial livestock production generates substantially lower income per unit of output than smallholder farms and benefits go to fewer producers. Furthermore, economic returns and spillover effects occur in the, generally, already better-off urban areas. The shift towards such production has thus, on balance, a largely negative effect on rural development (de Haan *et al.*, 2001).

**Main global environment concerns** associated with contamination in peri-urban environments include climate change through gaseous emissions from animal waste management, water resources depletion through pollution of surface and groundwater, and biodiversity erosion through water and soil pollution. These issues

will be further assessed in Chapter 3, 4 and 5, respectively.

### 2.5.4 Intensive feedcrop agriculture
Crop yield improvement from intensification often has substantial environmental costs (Pingali and Heisey,1999; Tilman *et al.*, 2001). Agricultural intensification can have negative consequences at various levels:
- local: increased erosion, lower soil fertility, and reduced biodiversity;
- regional: pollution of ground water and eutrophication of rivers and lakes; and
- global: impacts on atmospheric constituents, climate and ocean waters.

### Biological consequences at the agro-ecosystem level
A key aspect of intensive agriculture is the high specialization of production, often leading to monoculture with tight control of unwanted "weed" species. The reduced diversity of the plant community affects the pest complex as

BLM_0079810

---

Box 2.4   **Livestock waste management in East Asia**

Nowhere have the rapid growth of livestock production, and its impact on the environment, been more evident than in parts of Asia. During the decade of the 1990s alone, production of pigs and poultry almost doubled in China, Thailand and Viet Nam. By 2001, these three countries alone accounted for more than half the pigs and one-third of the chickens in the entire world.

Not surprisingly, these same countries have also experienced rapid increases in pollution associated with concentrations of intensive livestock production. Pig and poultry operations concentrated in coastal areas of China, Viet Nam and Thailand are emerging as the major source of nutrient pollution of the South China Sea. Along much of the densely populated coast, the pig density exceeds 100 animals per $km^2$ and agricultural lands are overloaded with huge nutrient surpluses (see Map 4.1, Chapter 4). Run-off is severely degrading seawater and sediment quality in one of the world's most biologically diverse shallow-water marine areas, causing "red tides" and threatening fragile coastal, marine habitats including mangroves, coral reefs and sea grasses.

The related booms in production and pollution have kindled plans for one of the most comprehensive efforts to forge an effective policy response – the Livestock Waste Management in East Asia Project (LWMEAP) – which has been prepared with the governments of China, Thailand and Viet Nam by FAO and the inter-institutional Livestock, Environment and Development Initiative (LEAD – www.lead.virtualcentre.org), under a grant from The Global Environment Facility. The project addresses environmental threats by developing policies to balance the location of livestock production operations with land resources and to encourage the use of manure and other nutrients by crop farmers. It will also set up pilot farms to demonstrate good manure management techniques.

Pollutants from all three countries threaten the South China Sea. But the nature of livestock operations differs markedly among the countries. In Thailand, three-quarters of pigs are now produced on large, industrial farms with more than 500 animals. In Viet Nam, on the other hand, very small producers with just three or four pigs account for 95 percent of production. While half of the pigs in Guangdong are still produced in operations with fewer than 100 animals, large-scale industrial operations are growing rapidly. Almost one-quarter of the pigs in Guangdong are produced on farms with more than 3 000 animals.

The LWMEAP project outlines policies at both the national and local levels. At the national level, the project stresses the need for inter-agency cooperation to develop effective and realistic regulations on environmental monitoring and manure management and to undertake spatial planning for the location of future livestock development to create the conditions for better recycling of effluents. As a key tool for shaping and implementing policy at the local level, LWMEAP provides support to the development of codes of practice adapted to the specific contexts.

*Source:* FAO (2004d).

---

well as soil invertebrates and micro-organisms, which in turn affects plant growth and health. The low diversity of monocultural agricultural systems typically results in greater crop losses from insect pests that are less diverse but more abundant (Tonhasca and Byrne, 1994; Matson *et al.*, 1997). The immediate reaction is to increase pesticide applications. As a result, pesticide diffusion along wildlife food chains and pesticide resistance has become an acute problem worldwide.

The effects of monoculture on the soil biotic

BLM_0079811

community are less evident, as is effect of these changes on agro-ecosystems. Studies of key organisms however show that reduction in diversity of soil biota under agricultural practice may substantially alter the decomposition process and nutrient availability in the soil (Matson *et al.*, 1999).

### Changes in natural resources

Organic matter is a critical component of soils. It provides the substrate for nutrient release, and plays a critical role in soil structure, increasing water holding capacity and reducing erosion. For intensive cropland in temperate zone agriculture, soil organic matter losses are most rapid during the first 25 years of cultivation, with typical losses of 50 percent of the original C. In tropical soils, however, such losses may occur within five years after conversion (Matson *et al.*, 1999). In addition to local impacts, the large amounts of $CO_2$ released in decomposition of organic matter greatly contribute to climate change.

Increasing yields also require more water. Irrigated land expanded at the rate of 2 percent per year between 1961 and 1991, and at 1 percent per year during the past decade (FAO, 2006b – see Table 1, Annex 2). This trend has dramatic consequences on the water resources. Over-pumping is a serious concern in many regions, especially where feedcrop species are cultivated outside their suitable agro-ecozone (e.g. maize in most parts of Europe), and the use of non-renewable water resources (fossil water) is frequent. Irrigation often takes place in a context of water scarcity, and this is expected to worsen as competition for withdrawals increases with human population growth, development and climate change.

### Habitat deterioration

Intensification of agricultural production has been accompanied by large increases in global nitrogen (N) and phosphorus (P) fertilization. Chemical fertilizer consumption grew at 4.6 percent per year over the 1961 to 1991 period,

though it stabilized thereafter (FAO, 2006b – see Table 1, Annex 2). The stabilization of fertilizer consumption at the global level results from the balance of consumption, increasing in developing countries and decreasing in developed countries.

The uptake of fertilizer nutrients by crops is limited. A significant share of P is carried away by runoff, while Matson *et al.* (1999) estimate that about 40 to 60 percent of the N that is applied to crops is left in the soil or lost by leaching. The leaching of nitrate from soils to water systems leads to increased concentrations in drinking water and contamination of ground and surface water systems, which threaten human health and natural ecosystems. In particular, eutrophication of waterways and coastal areas kills aquatic organisms and eventually causes biodiversity losses.

N fertilization, both chemical and organic, also leads to increased emissions of gases such as nitrogen oxides ($NO_x$), nitrous oxide ($N_2O$) and ammonia ($NH_3$). Klimont (2001) found that emissions of ammonia in China increased from 9.7 Tg in 1990 to 11.7 Tg in 1995 and are projected to rise to nearly 20 Tg $NH_3$ in 2030. The largest single source of emissions is the use of urea and ammonium bicarbonate - the key fertilizers in China.

Nitrogen oxide and ammonia may be transported and deposited to downwind ecosystems. This deposition can lead to soil acidification, eutrophication of natural ecosystems and shifts in species diversity, with effects on predator and parasite systems (Galloway *et al.*,1995). N deposition, mostly related to agriculture, is expected to increase dramatically over coming decades. The emission of nitrous oxides also impacts global climate, contributing to global warming – indeed the global warming potential of $N_2O$ is 310 times greater than for carbon dioxide.

Finally, intensive agriculture land use impacts wildlife habitats. Monoculture areas offer little food or shelter to wildlife. Wild fauna is thus mostly absent from such intensive cropland.

BLM_0079812

> **Box 2.5   Livestock production systems and erosion in the United States**
>
> Soil erosion is regarded as one of the most important environmental problems in the United States. In the last 200 years, the United States has probably lost at least one-third of its topsoil (Barrow, 1991). Although erosion rates declined between 1991 and 2000, average erosion rates in 2001, at 12.5 tonnes per hectare per year (see Table 2.13), were still above the established sustainable soil loss rate of 11 tonnes per hectare per year (Barrow, 1991).
>
> The rate and severity of erosion is site specific and depends largely on local conditions and soil types. However, the link with livestock production is compelling. About 7 percent of the agricultural land (2001) in the United States is devoted to the production of animal feed. Livestock production can be said to be directly or indirectly responsible for a significant proportion of the soil erosion in the United States. A careful assessment of erosion on crop and pasture lands suggests that livestock are the major contributor to soil erosion on agricultural lands, accounting for 55 percent of the total soil mass eroded every year (Table 2.13). Of this eroded mass, around 40 percent will end up in water resources. The rest will be deposited on other land sites.
>
> Nevertheless considering the major importance of the role of agriculture land in water contamination by sediments in the United States, we can reasonably assume that livestock production systems are the major source of sediment contamination of freshwater resources.
>
> **Table 2.13**
>
> **Contribution of livestock to soil erosion on agricultural lands in the United States**
>
> | | |
> |---|---:|
> | **Erosion on cropped land** | |
> | Total erosion on cropped land *(million tonnes/year)* | 1 620.8 |
> | Average water and wind cumulated erosion rate *(tonnes/ha/year)* | 12.5 |
> | Total arable land for feed production *(million ha)* | 51.6 |
> | **Total erosion associated with feed production on cropped land *(million tonnes/year)*** | **648.3** |
> | As percentage of total erosion on cropped land | 40 |
> | **Erosion on pastureland** | |
> | Average water and wind cumulated erosion rate *(tonnes/ha/year)* | 2 |
> | Total pastureland *(million ha)* | 234 |
> | **Total erosion on pastureland *(million tonnes/year)*** | **524.2** |
> | **Erosion on agricultural land (crop and pasture)** | |
> | Total erosion from Agricultural land *(million tonnes/year)* | 2 145.0 |
> | **Total erosion associated with livestock production *(million tonnes/year)*** | **1 172.5** |
> | **As percentage of total erosion on agricultural land** | **55** |
>
> *Source:* USDA/NASS (2001); FAO (2006b).

Furthermore, intensively cropped parcels often represent a barrier to wildlife movements, leading to ecosystem fragmentation. As a consequence, Pingali and Heisey (1999) suggest that meeting the long-term demand requirements for food, and in particular cereals will require more than a shift in the yield frontier. It will also require fundamental changes in the way fertilizers and pesticides are used and soil is managed. To sustain cereal productivity growth while conserving the resource base demands that production increases should be achieved with less than proportionate increases in chemical inputs. Recent advances in fertilizer and pesticide formulae, as well as in technology and techniques for their efficient use, may help in meeting these objectives (Pingali and Heisey, 1999).

73

### Soil erosion

Erosion rates greatly vary depending on local conditions and it is often difficult to compare local data. Erosion rates are influenced by several factors including soil structure, landscape morphology, vegetation cover, rainfall and wind levels, land use and land management including method, timing and frequency of cultivation (Stoate *et al.*, 2001) (see Box 2.5). As the worst erosion is usually caused by runoff water, erosion tends to increase as infiltration decreases. Any activity that modifies significantly the infiltration process has an impact on the erosion process.

Croplands, especially under intensive agriculture, are generally more prone to erosion than other land uses. Major factors that contribute to increased erosion rates within croplands include:

- removal of the natural vegetation that binds the soil, protects it from the wind and improves infiltration;
- inappropriate cultivation practices;
- the mechanical impact of heavy agricultural machines; and
- depletion of the natural soil fertility.

Barrow (1991) reviewed the magnitude of erosion from cropland in various countries. As the methodologies used for assessing the erosion process are not standardized it is difficult to compare the different measures. He noted that erosion levels can be extremely severe in some cases resulting in the loss of more than 500 tonnes of soil per hectare per year (observed in Ecuador and Côte d'Ivoire). As a reference, a loss of 50 tonnes per hectare per year amounts to a loss of depth of about 3 mm/yr off a soil profile. This is enough to affect agriculture in quite a short time if the top soil is shallow. There is little agreement in the literature on permissible rates of erosion but erosion levels of 0.1 to 0.2 mm per year are often considered as acceptable (Barrow, 1991).

**Main global environment concerns** associated with intensive feedcrop agriculture include climate change, through gaseous emissions from fertilizer applications and the decomposition of organic matter in the soil, depletion of water resources through pollution and withdrawals, and erosion of biodiversity through habitat destruction and water and soil pollution. These issues will be reviewed in Chapter 3, 4 and 5, respectively.

## 2.6 Conclusions

Today, the livestock sector is a major land user, spanning more than 3.9 billion hectares, representing about 30 percent of the world's surface land area. The intensity with which the sector uses land is however extremely variable. Of the 3.9 billion hectares, 0.5 are crops, generally intensively managed (Section 2.3); 1.4 are pasture with relatively high productivity and; the remaining 2.0 billion hectares are extensive pastures with relatively low productivity (Table 4, Annex 2). The sector is the first agricultural land user, accounting for about 78 percent of agricultural land and as much as 33 percent of the cropland. Despite the fact that intensive, "landless" systems have been responsible for most of the sector's growth, the influence the sector has on the cropland is still substantial, and environmental issues associated to livestock production could not be comprehensively apprehended without including the crop sector in our analysis.

As the livestock sector develops, however, its land-size requirements grow and the sector undergoes a geographical transition involving changes in land-use intensity and geographical distribution patterns.

*Intensification slows the spread of livestock-related land use*

The first aspect of this transition is land-use intensification. It relates to feed supply, the main purpose for which the sector uses land (either directly as pasture or indirectly as feedcrops).

BLM_0079814

Feedcrops and cultivated pastures intensify in areas with developed transport infrastructure, strong institutions and high agro-ecological suitability. Figure 2.18 shows the marked difference in growth rates between the global areas dedicated to pasture and feed production, compared to the meat and milk outputs of the sector. This increasing productivity is the consequence of strong intensification of the sector on a global scale. The shift from ruminant species to monogastric species fed on improved diets plays a critical role in this process.

The growth in demand for livestock products will probably still play a dominant role over the next decades and lead to a net increase in the area dedicated to livestock, despite the intensification trend. Extensive pastures and feedcrop production will expand into natural habitats with low opportunity cost. It is, however, likely that the bulk of pasture and feedcrop spread has already occurred, and that the intensification process will soon overcome the trend for area expansion, leading to an eventual net decrease in the area under pasture and feedcrops.

There are regional variations to these global trends. In the EU (Figure 2.19) and more generally in OECD countries, the growth of meat and milk production happened at the same time as a reduction in the area dedicated to pasture and feedcrops. This was predominantly achieved through improved feed-conversion ratios, but part of the reduction in local feedcrop area was also compensated by feed imports, in particular from South America. Indeed, the comparable trends in South America (Figure 2.20) show a relatively stronger growth of feedcrop areas. Rapid development of a regional intensive livestock sector fuelled the feed production industry but exports were responsible for extra growth. Feedcrops grew especially rapidly in the 1970s and late 1990s, when first developed countries and then developing countries engaged in livestock industrialization and started importing protein feed.

This is for example currently under way in East and Southeast Asia (Figure 2.21), where production has grown dramatically faster than the area under feedcrops and pasture (which has remained stable). This difference in growth rates has been achieved by importing feed resources,



**Figure 2.18**  **Global trends in land-use area for livestock production and total production of meat and milk**

*Source:* FAO (2006b).



**Figure 2.19**  **Trends in land-use area for livestock production and local supply of meat and milk – EU-15**

*Source:* FAO (2006b).

75



Figure 2.20  **Trends in land-use area for livestock production and local supply of meat and milk – South America**

Index: 1961=100

*Source:* FAO (2006b).

Pasture — Milk production — Arable land for feed crops — Meat production



Figure 2.21  **Trends in land-use area for livestock production and local supply of meat and milk – East and Southeast Asia (excluding China)**

Index: 1961=100

*Source:* FAO (2006b).

Pasture — Meat production — Arable land for feed crops — Milk - excluding butter

and also through a rapid intensification of the livestock industry involving breed improvement, improved animal husbandry and a shift to poultry (the methodology developed to estimate land use by livestock, as well as complementary results are presented in Annex 3.1).

*Production shifts to areas of feed resources or lower costs*

The second feature of livestock's geographical transition lies in the changing spatial distribution of production. Production and consumption no longer coincide, as most consumption is located in urban centres, far from the feed resources. The livestock sector has adapted to this new configuration by splitting up the commodity chain and locating each specialized production or processing segment where production costs are minimized. With the development of transport infrastructure, shipment of animal products is becoming relatively cheap in comparison with other production costs. The trend towards more processed foods further contributes to reducing transport costs. Livestock production, therefore, moves closer to feed resources, or to places where the policy context (tax regime, labour standards, environmental standards), as well as access to services or disease conditions, minimize production costs. In essence, livestock are thus moving from a "default land user" strategy (i.e. as the only way to harness biomass from marginal lands, residues and interstitial areas) to an "active land user" strategy (i.e. competing with other sectors for the establishment of feed-crops, intensive pasture and production units).

*Paying the environmental price*

This process leads to efficiency gains in the use of resources. However, it usually develops within a context of environmental and social externalities that are mostly not addressed, and inadequate pricing of resources on the basis of private rather than social costs. As a consequence, changes in livestock geography are associated with substantial environmental impacts. For example, the private costs of transport are distortedly low and do not reflect social costs. The expansion and intensification of crop agriculture is associated with profound land degradation problems. The continuous expansion of agriculture into natural ecosystems causes climate change and biodiversity loss. The disconnection of livestock

production from its feed base creates inadequate conditions for good waste management practices, which often cause soil and water pollution as well as greenhouse gas emissions.

On current trends, the ecological footprint of the livestock sector will increase because of expansion of land use and land degradation. Confronting the global environmental challenges of land use will require assessing and managing the inherent trade-offs between meeting the current demand for animal-derived foods, and maintaining the capacity of ecosystems to provide goods and services in the future (Foley *et al.*, 2005). Ultimately, reaching a sustainable balance will require adequate pricing of natural resources, the internalization of externalities and the preservation of key ecosystems.

77

BLM_0079817



BLM_0079818



Livestock's role in climate change and air pollution

### 3.1 Issues and trends

The atmosphere is fundamental to life on earth. Besides providing the air we breathe it regulates temperature, distributes water, it is a part of key processes such as the carbon, nitrogen and oxygen cycles, and it protects life from harmful radiation. These functions are orchestrated, in a fragile dynamic equilibrium, by a complex physics and chemistry. There is increasing evidence that human activity is altering the mechanisms of the atmosphere.

In the following sections, we will focus on the anthropogenic processes of climate change and air pollution and the role of livestock in those processes (excluding the ozone hole). The con-

tribution of the livestock sector as a whole to these processes is not well known. At virtually each step of the livestock production process substances contributing to climate change or air pollution, are emitted into the atmosphere, or their sequestration in other reservoirs is hampered. Such changes are either the direct effect of livestock rearing, or indirect contributions from other steps on the long road that ends with the marketed animal product. We will analyse the most important processes in their order in the food chain, concluding with an assessment of their cumulative effect. Subsequently a number of options are presented for mitigating the impacts.

BLM_0079819

### Climate change: trends and prospects

Anthropogenic climate change has recently become a well established fact and the resulting impact on the environment is already being observed. The greenhouse effect is a key mechanism of temperature regulation. Without it, the average temperature of the earth's surface would not be 15ºC but –6ºC. The earth returns energy received from the sun back to space by reflection of light and by emission of heat. A part of the heat flow is absorbed by so-called greenhouse gases, trapping it in the atmosphere. The principal greenhouse gases involved in this process include carbon dioxide ($CO_2$), methane ($CH_4$) nitrous oxide ($N_2O$) and chlorofluorocarbons. Since the beginning of the industrial period anthropogenic emissions have led to an increase in concentrations of these gases in the atmosphere, resulting in global warming. The average temperature of the earth's surface has risen by 0.6 degrees Celsius since the late 1800s.

Recent projections suggest that average temperature could increase by another 1.4 to 5.8 °C by 2100 (UNFCCC, 2005). Even under the most optimistic scenario, the increase in average temperatures will be larger than any century-long trend in the last 10 000 years of the present-day interglacial period. Ice-core-based climate records allow comparison of the current situation with that of preceding interglacial periods. The Antarctic Vostok ice core, encapsulating the last 420 000 years of Earth history, shows an overall remarkable correlation between greenhouse gases and climate over the four glacial-interglacial cycles (naturally recurring at intervals of approximately 100 000 years). These findings were recently confirmed by the Antarctic Dome C ice core, the deepest ever drilled, representing some 740 000 years – the longest, continuous, annual climate record extracted from the ice (EPICA, 2004). This confirms that periods of $CO_2$ build-up have most likely contributed to the major global warming transitions at the earth's surface. The results also show that human activities have resulted in



*Cracked clay soil – Tunisia 1970*

present-day concentrations of $CO_2$ and $CH_4$ that are unprecedented over the last 650 000 years of earth history (Siegenthaler *et al.*, 2005).

Global warming is expected to result in changes in weather patterns, including an increase in global precipitation and changes in the severity or frequency of extreme events such as severe storms, floods and droughts.

Climate change is likely to have a significant impact on the environment. In general, the faster the changes, the greater will be the risk of damage exceeding our ability to cope with the consequences. Mean sea level is expected to rise by 9–88 cm by 2100, causing flooding of low-lying areas and other damage. Climatic zones could shift poleward and uphill, disrupting forests, deserts, rangelands and other unmanaged ecosystems. As a result, many ecosystems will decline or become fragmented and individual species could become extinct (IPCC, 2001a).

The levels and impacts of these changes will vary considerably by region. Societies will face new risks and pressures. Food security is unlikely to be threatened at the global level, but some regions are likely to suffer yield declines of major crops and some may experience food shortages and hunger. Water resources will be affected as precipitation and evaporation patterns change around the world. Physical infrastructure will be damaged, particularly by the rise in sea-level and extreme weather events. Economic activi-

BLM_0079820

---

Box 3.1  **The Kyoto Protocol**

In 1995 the UNFCCC member countries began negotiations on a protocol – an international agreement linked to the existing treaty. The text of the so-called Kyoto Protocol was adopted unanimously in 1997; it entered into force on 16 February 2005.

The Protocol's major feature is that it has mandatory targets on greenhouse-gas emissions for those of the world's leading economies that have accepted it. These targets range from 8 percent below to 10 percent above the countries' individual 1990 emissions levels "with a view to reducing their overall emissions of such gases by at least 5 percent below existing 1990 levels in the commitment period 2008 to 2012". In almost all cases – even those set at 10 percent above 1990 levels – the limits call for significant reductions in currently projected emissions.

To compensate for the sting of these binding targets, the agreement offers flexibility in how countries may meet their targets. For example, they may partially compensate for their industrial, energy and other emissions by increasing "sinks" such as forests, which remove carbon dioxide from the atmosphere, either on their own territories or in other countries.

Or they may pay for foreign projects that result in greenhouse-gas cuts. Several mechanisms have been established for the purpose of emissions trading. The Protocol allows countries that have unused emissions units to sell their excess capacity to countries that are over their targets. This so-called "carbon market" is both flexible and realistic. Countries not meeting their commitments will be able to "buy" compliance but the price may be steep. Trades and sales will deal not only with direct greenhouse gas emissions. Countries will get credit for reducing greenhouse gas totals by planting or expanding forests ("removal units") and for carrying out "joint implementation projects" with other developed countries – paying for projects that reduce emissions in other industrialized countries. Credits earned this way may be bought and sold in the emissions market or "banked" for future use.

The Protocol also makes provision for a "clean development mechanism," which allows industrialized countries to pay for projects in poorer nations to cut or avoid emissions. They are then awarded credits that can be applied to meeting their own emissions targets. The recipient countries benefit from free infusions of advanced technology that for example allow their factories or electrical generating plants to operate more efficiently – and hence at lower costs and higher profits. The atmosphere benefits because future emissions are lower than they would have been otherwise.

*Source:* UNFCCC (2005).

---

ties, human settlements, and human health will experience many direct and indirect effects. The poor and disadvantaged, and more generally the less advanced countries are the most vulnerable to the negative consequences of climate change because of their weak capacity to develop coping mechanisms.

Global agriculture will face many challenges over the coming decades and climate change will complicate these. A warming of more than 2.5°C could reduce global food supplies and contribute to higher food prices. The impact on crop yields and productivity will vary considerably. Some agricultural regions, especially in the tropics and subtropics, will be threatened by climate change, while others, mainly in temperate or higher latitudes, may benefit.

The livestock sector will also be affected. Livestock products would become costlier if agricultural disruption leads to higher grain prices. In

BLM_0079821

general, intensively managed livestock systems will be easier to adapt to climate change than will crop systems. Pastoral systems may not adapt so readily. Pastoral communities tend to adopt new methods and technologies more slowly, and livestock depend on the productivity and quality of rangelands, some of which may be adversely affected by climate change. In addition, extensive livestock systems are more susceptible to changes in the severity and distribution of livestock diseases and parasites, which may result from global warming.

As the human origin of the greenhouse effect became clear, and the gas emitting factors were identified, international mechanisms were created to help understand and address the issue. The United Nations Framework Convention on Climate Change (UNFCCC) started a process of international negotiations in 1992 to specifically address the greenhouse effect. Its objective is to stabilize greenhouse gas concentrations in the atmosphere within an ecologically and economically acceptable timeframe. It also encourages research and monitoring of other possible environmental impacts, and of atmospheric chemistry. Through its legally binding Kyoto Protocol, the UNFCCC focuses on the direct warming impact of the main anthropogenic emissions (see Box 3.1). This chapter concentrates on describing the contribution of livestock production to these emissions. Concurrently it provides a critical assessment of mitigation strategies such as emissions reduction measures related to changes in livestock farming practices.

The direct warming impact is highest for carbon dioxide simply because its concentration and the emitted quantities are much higher than that of the other gases. Methane is the second most important greenhouse gas. Once emitted, methane remains in the atmosphere for approximately 9–15 years. Methane is about 21 times more effective in trapping heat in the atmosphere than carbon dioxide over a 100-year period. Atmospheric concentrations of $CH_4$ have increased by about 150 percent since pre-industrial times (Table 3.1), although the rate of increase has been declining recently. It is emitted from a variety of natural and human-influenced sources. The latter include landfills, natural gas and petroleum systems, agricultural activities, coal mining, stationary and mobile combustion, wastewater treatment and certain industrial process (US-EPA, 2005). The IPCC has estimated that slightly more than half of the current $CH_4$ flux to the atmosphere is anthropogenic (IPCC, 2001b). Total global anthropogenic $CH_4$ is estimated to be 320 million tonnes $CH_4$/yr, i.e. 240 million tonnes of carbon per year (van Aardenne et al., 2001). This total is comparable to the total from natural sources (Olivier et al., 2002).

Nitrous oxide, a third greenhouse gas with important direct warming potential, is present in the atmosphere in extremely small amounts. However, it is 296 times more effective than carbon dioxide in trapping heat and has a very long atmospheric lifetime (114 years).

Livestock activities emit considerable amounts of these three gases. Direct emissions from livestock come from the respiratory process of all animals in the form of carbon dioxide. Ruminants, and to a minor extent also monogastrics,

Table 3.1

**Past and current concentration of important greenhouse gases**

| Gas | Pre-industrial concentration (1 750) | Current tropospheric concentration | Global warming potential* |
|---|---|---|---|
| Carbon dioxide ($CO_2$) | 277 ppm | 382 ppm | 1 |
| Methane ($CH_4$) | 600 ppb | 1 728 ppb | 23 |
| Nitrous oxide ($N_2O$) | 270–290 ppb | 318 ppb | 296 |

*Note:* ppm = parts per million; ppb = parts per billion; ppt = parts per trillion; *Direct global warming potential (GWP) relative to $CO_2$ for a 100 year time horizon. GWPs are a simple way to compare the potency of various greenhouse gases. The GWP of a gas depends not only on the capacity to absorb and reemit radiation but also on how long the effect lasts. Gas molecules gradually dissociate or react with other atmospheric compounds to form new molecules with different radiative properties.
*Source:* WRI (2005); 2005 $CO_2$: NOAA (2006); GWPs: IPCC (2001b).

BLM_0079822

emit methane as part of their digestive process, which involves microbial fermentation of fibrous feeds. Animal manure also emits gases such as methane, nitrous oxides, ammonia and carbon dioxide, depending on the way they are produced (solid, liquid) and managed (collection, storage, spreading).

Livestock also affect the carbon balance of land used for pasture or feedcrops, and thus indirectly contribute to releasing large amounts of carbon into the atmosphere. The same happens when forest is cleared for pastures. In addition, greenhouse gases are emitted from fossil fuel used in the production process, from feed production to processing and marketing of livestock products. Some of the indirect effects are difficult to estimate, as land use related emissions vary widely, depending on biophysical factors as soil, vegetation and climate as well as on human practices.

### Air pollution: acidification and nitrogen deposition

Industrial and agricultural activities lead to the emission of many other substances into the atmosphere, many of which degrade the quality of the air for all terrestrial life.[1] Important examples of air pollutants are carbon monoxide, chlorofluorocarbons, ammonia, nitrogen oxides, sulphur dioxide and volatile organic compounds.

In the presence of atmospheric moisture and oxidants, sulphur dioxide and oxides of nitrogen are converted to sulphuric and nitric acids. These airborne acids are noxious to respiratory systems and attack some materials. These air pollutants return to earth in the form of acid rain and snow, and as dry deposited gases and particles, which may damage crops and forests and make lakes and streams unsuitable for fish and other plant and animal life. Though usually more limited in its reach than climate change,

air pollutants carried by winds can affect places far (hundreds of kilometres if not further) from the points where they are released.

The stinging smell that sometimes stretches over entire landscapes around livestock facilities is partly due to ammonia emission.[2] Ammonia volatilization (nitrified in the soil after deposition) is among the most important causes of acidifying wet and dry atmospheric deposition, and a large part of it originates from livestock excreta. Nitrogen (N) deposition is higher in northern Europe than elsewhere (Vitousek *et al.*, 1997). Low-level increases in nitrogen deposition associated with air pollution have been implicated in forest productivity increases over large regions. Temperate and boreal forests, which historically have been nitrogen-limited, appear to be most affected. In areas that become nitrogen-saturated, other nutrients are leached from the soil, resulting eventually in forest dieback – counteracting, or even overwhelming, any growth-enhancing effects of $CO_2$ enrichment. Research shows that in 7–18 percent of the global area of (semi-) natural ecosystems, N deposition substantially exceeds the critical load, presenting a risk of eutrophication and increased leaching (Bouwman and van Vuuren, 1999) and although knowledge of the impacts of N deposition at the global level is still limited, many biologically valuable areas may be affected (Phoenix *et al.*, 2006). The risk is particularly high in Western Europe, in large parts of which over 90 percent of the vulnerable ecosystems receive more than the critical load of nitrogen. Eastern Europe and North America are subject to medium risk levels. The results suggest that even a number of regions with low population densities, such as Africa and South America, remote regions of Canada and the Russian Federation, may become affected by N eutrophication.

---

[1] The addition of substances to the atmosphere that result in direct damage to the environment, human health and quality of life is termed air pollution.

[2] Other important odour-producing livestock emissions are volatile organic compounds and hydrogen sulphide. In fact, well over a hundred gases pass into the surroundings of livestock operations (Burton and Turner, 2003; NRC, 2003).

BLM_0079823

## 3.2 Livestock in the carbon cycle

The element carbon (C) is the basis for all life. It is stored in the major sinks shown in Figure 3.1 which also shows the relative importance of the main fluxes. The global carbon cycle can be divided into two categories: the geological, which operates over large time scales (millions of years), and the biological/physical, which operates at shorter time scales (days to thousands of years).



Figure 3.1  **The present carbon cycle**

*Note:* Volumes and exchanges in billion tonnes of carbon. The figures present annual averages over the period 1980 to 1989. The component cycles are simplified. Evidence is accumulating that many of the fluxes can significantly change from year to year. Although this figure conveys a static view, in the real world the carbon system is dynamic and coupled to the climate system on seasonal, interannual and decadal timescales.
*Source:* Adapted from UNEP-GRID Vital Climate Graphics (available at www.grida.no/climate/vital/13.htm).

BLM_0079824

Ecosystems gain most of their carbon dioxide from the atmosphere. A number of autotrophic organisms[3] such as plants have specialized mechanisms that allow for absorption of this gas into their cells. Some of the carbon in organic matter produced in plants is passed to the heterotrophic animals that eat them, which then exhale it into the atmosphere in the form of carbon dioxide. The $CO_2$ passes from there into the ocean by simple diffusion.

Carbon is released from ecosystems as carbon dioxide and methane by the process of respiration that takes place in both plants and animals. Together, respiration and decomposition (respiration mostly by bacteria and fungi that consumes organic matter) return the biologically fixed carbon back to the atmosphere. The amount of carbon taken up by photosynthesis and released back to the atmosphere by respiration each year is 1 000 times greater than the amount of carbon that moves through the geological cycle on an annual basis.

Photosynthesis and respiration also play an important role in the long-term geological cycling of carbon. The presence of land vegetation enhances the weathering of rock, leading to the long-term—but slow—uptake of carbon dioxide from the atmosphere. In the oceans, some of the carbon taken up by phytoplankton settles to the bottom to form sediments. During geological periods when photosynthesis exceeded respiration, organic matter slowly built up over millions of years to form coal and oil deposits. The amounts of carbon that move from the atmosphere, through photosynthesis and respiration, back to the atmosphere are large and produce oscillations in atmospheric carbon dioxide concentrations. Over the course of a year, these biological fluxes of carbon are over ten times

greater than the amount of carbon released to the atmosphere by fossil fuel burning. But the anthropogenic flows are one-way only, and this characteristic is what leads to imbalance in the global carbon budget. Such emissions are either net additions to the biological cycle, or they result from modifications of fluxes within the cycle.

## Livestock's contribution to the net release of carbon

Table 3.2 gives an overview of the various carbon sources and sinks. Human populations, economic growth, technology and primary energy requirements are the main driving forces of anthropogenic carbon dioxide emissions (IPCC – special report on emission scenarios).

The net additions of carbon to the atmosphere are estimated at between 4.5 and 6.5 billion tonnes per year. Mostly, the burning of fossil fuel and land-use changes, which destroy organic carbon in the soil, are responsible.

The respiration of livestock makes up only a very small part of the net release of carbon that

Table 3.2

**Atmospheric carbon sources and sinks**

| Factor | Carbon flux (billion tonnes C per year) | |
| --- | --- | --- |
| | Into the atmosphere | Out of the atmosphere |
| Fossil fuel burning | 4–5 | |
| Soil organic matter oxidation/erosion | 61–62 | |
| Respiration from organisms in biosphere | 50 | |
| Deforestation | 2 | |
| Incorporation into biosphere through photosynthesis | | 110 |
| Diffusion into oceans | | 2.5 |
| Net | 117–119 | 112.5 |
| Overall annual net increase in atmospheric carbon | +4.5–6.5 | |

*Source:* available at www.oznet.ksu.edu/ctec/Outreach/science_ed2.htm

---

[3] Autotrophic organisms are auto-sufficient in energy supply, as distinguished from parasitic and saprophytic; heterotrophic organisms require an external supply of energy contained in complex organic compounds to maintain their existence.

BLM_0079825

can be attributed to the livestock sector. Much more is released indirectly by other channels including:

- burning fossil fuel to produce mineral fertilizers used in feed production;
- methane release from the breakdown of fertilizers and from animal manure;
- land-use changes for feed production and for grazing;
- land degradation;
- fossil fuel use during feed and animal production; and
- fossil fuel use in production and transport of processed and refrigerated animal products.

In the sections that follow we shall look at these various channels, looking at the various stages of livestock production.

### 3.2.1 Carbon emissions from feed production

*Fossil fuel use in manufacturing fertilizer may emit 41 million tonnes of $CO_2$ per year*

Nitrogen is essential to plant and animal life. Only a limited number of processes, such as lightning or fixation by rhizobia, can convert it into reactive form for direct use by plants and animals. This shortage of fixed nitrogen has historically posed natural limits to food production and hence to human populations.

However, since the third decade of the twentieth century, the Haber-Bosch process has provided a solution. Using extremely high pressures, plus a catalyst composed mostly of iron and other critical chemicals, it became the primary procedure responsible for the production of chemical fertilizer. Today, the process is used to produce about 100 million tonnes of artificial nitrogenous fertilizer per year. Roughly 1 percent of the world's energy is used for it (Smith, 2002).

As discussed in Chapter 2, a large share of the world's crop production is fed to animals, either directly or as agro-industrial by-products. Mineral N fertilizer is applied to much of the corresponding cropland, especially in the case of high-energy crops such as maize, used in the production of concentrate feed. The gaseous emissions caused by fertilizer manufacturing should, therefore, be considered among the emissions for which the animal food chain is responsible.

About 97 percent of nitrogen fertilizers are derived from synthetically produced ammonia via the Haber-Bosch process. For economic and environmental reasons, natural gas is the fuel of choice in this manufacturing process today. Natural gas is expected to account for about one-third of global energy use in 2020, compared with only one-fifth in the mid-1990s (IFA, 2002). The ammonia industry used about 5 percent of natural gas consumption in the mid-1990s. However, ammonia production can use a wide range of energy sources. When oil and gas supplies eventually dwindle, coal can be used, and coal reserves are sufficient for well over 200 years at current production levels. In fact 60 percent of China's nitrogen fertilizer production is currently based on coal (IFA, 2002). China is an atypical case: not only is its N fertilizer production based on coal, but it is mostly produced in small and medium-sized, relatively energy-inefficient, plants. Here energy consumption per unit of N can run 20 to 25 percent higher than in plants of more recent design. One study conducted by the Chinese government estimated that energy consumption per unit of output for small plants was more than 76 percent higher than for large plants (Price *et al.*, 2000).

Before estimating the $CO_2$ emissions related to this energy consumption, we should try to quantify the use of fertilizer in the animal food chain. Combining fertilizer use by crop for the year 1997 (FAO, 2002) with the fraction of these crops used for feed in major N fertilizer consuming countries (FAO, 2003) shows that animal production accounts for a very substantial share of this consumption. Table 3.3 gives examples for selected countries.[4]

BLM_0079826

Table 3.3

Chemical fertilizer N used for feed and pastures in selected countries

| Country | Share of total N consumption | Absolute amount |
|---|---|---|
| | (percentage) | (1 000 tonnes/year) |
| USA | 51 | 4 697 |
| China | 16 | 2 998 |
| France* | 52 | 1 317 |
| Germany* | 62 | 1 247 |
| Canada | 55 | 897 |
| UK* | 70 | 887 |
| Brazil | 40 | 678 |
| Spain | 42 | 491 |
| Mexico | 20 | 263 |
| Turkey | 17 | 262 |
| Argentina | 29 | 126 |

\* Countries with a considerable amount of N fertilized grassland.
*Source:* Based on FAO (2002; 2003).

Except for the Western European countries, production and consumption of chemical fertilizer is increasing in these countries. This high proportion of N fertilizer going to animal feed is largely owing to maize, which covers large areas in temperate and tropical climates and demands high doses of nitrogen fertilizer. More than half of total maize production is used as feed. Very large amounts of N fertilizer are used for maize and other animal feed, especially in nitrogen deficit areas such as North America, Southeast Asia and Western Europe. In fact maize is the

---

[4] The estimates are based on the assumption of a uniform share of fertilized area in both food and feed production. This may lead to a conservative estimate, considering the large-scale, intensive production of feedcrops in these countries compared to the significant contribution of small-scale, low input production to food supply. In addition, it should be noted that these estimates do not consider the significant use of by-products other than oil cakes (brans, starch rich products, molasses, etc.). These products add to the economic value of the primary commodity, which is why some of the fertilizer applied to the original crop should be attributed to them.

crop highest in nitrogen fertilizer consumption in 18 of the 66 maize producing countries analysed (FAO, 2002). In 41 of these 66 countries maize is among the first three crops in terms of nitrogen fertilizer consumption. The projected production of maize in these countries show that its area generally expands at a rate inferior to that of production, suggesting an enhanced yield, brought about by an increase in fertilizer consumption (FAO, 2003).

Other feedcrops are also important consumers of chemical N fertilizer. Grains like barley and sorghum receive large amounts of nitrogen fertilizer. Despite the fact that some oil crops are associated with N fixing organisms themselves (see Section 3.3.1), their intensive production often makes use of nitrogen fertilizer. Such crops predominantly used as animal feed, including rapeseed, soybean and sunflower, garner considerable amounts of N-fertilizer: 20 percent of Argentina's total N fertilizer consumption is applied to production of such crops, 110 000 tonnes of N-fertilizer (for soybean alone) in Brazil and over 1.3 million tonnes in China. In addition, in a number of countries even grasslands receive a considerable amount of N fertilizer.

The countries of Table 3.3 together represent the vast majority of the world's nitrogen fertilizer use for feed production, adding a total of about 14 million tonnes of nitrogen fertilizer per year into the animal food chain. When the Commonwealth of Independent States and Oceania are added, the total rounds to around 20 percent of the annual 80 million tonnes of N fertilizer consumed worldwide. Adding in the fertilizer use that can be attributed to by-products other than oilcakes, in particular brans, may well take the total up to some 25 percent.

On the basis of these figures, the corresponding emission of carbon dioxide can be estimated. Energy requirement in modern natural gas-based systems varies between 33 and 44 gigajoules (GJ) per tonne of ammonia. Taking into consideration additional energy use in

BLM_0079827

Table 3.4

$CO_2$ emissions from the burning of fossil fuel to produce nitrogen fertilizer for feedcrops in selected countries

| Country | Absolute amount of chemical N fertilizer | Energy use per tonnes fertilizer | Emission factor | Emitted $CO_2$ |
|---|---|---|---|---|
| | (1 000 tonnes N fertilizer) | (GJ/tonnes N fertilizer) | (tonnes C/TJ) | (1 000 tonnes/year) |
| Argentina | 126 | 40 | 17 | 314 |
| Brazil | 678 | 40 | 17 | 1 690 |
| Mexico | 263 | 40 | 17 | 656 |
| Turkey | 262 | 40 | 17 | 653 |
| China | 2 998 | 50 | 26 | 14 290 |
| Spain | 491 | 40 | 17 | 1 224 |
| UK* | 887 | 40 | 17 | 2 212 |
| France* | 1 317 | 40 | 17 | 3 284 |
| Germany* | 1 247 | 40 | 17 | 3 109 |
| Canada | 897 | 40 | 17 | 2 237 |
| USA | 4 697 | 40 | 17 | 11 711 |
| Total | 14 million tonnes | | | 41 million tonnes |

*Includes a considerable amount of N fertilized grassland.
*Source:* FAO (2002; 2003); IPCC (1997).

packaging, transport and application of fertilizer (estimated to represent an additional cost of at least 10 percent; Helsel, 1992), an upper limit of 40 GJ per tonne has been applied here. As mentioned before, energy use in the case of China is considered to be some 25 percent higher, i.e. 50 GJ per tonne of ammonia. Taking the IPCC emission factors for coal in China (26 tonnes of carbon per terajoule) and for natural gas elsewhere (17 tonnes C/TJ), estimating carbon 100 percent oxidized (officially estimated to vary between 98 and 99 percent) and applying the $CO_2$/C molecular weight ratio, this results in **an estimated annual emission of $CO_2$ of more than 40 million tonnes** (Table 3.4) at this initial stage of the animal food chain.

*On-farm fossil fuel use may emit 90 million tonnes $CO_2$ per year*

The share of energy consumption accounted for by the different stages of livestock production varies widely, depending on the intensity of livestock production (Sainz, 2003). In modern production systems the bulk of the energy is spent on production of feed, whether forage for ruminants or concentrate feed for poultry or pigs. As well as the energy used for fertilizer, important amounts of energy are also spent on seed, herbicides/pesticides, diesel for machinery (for land preparation, harvesting, transport) and electricity (irrigation pumps, drying, heating, etc.). On-farm use of fossil fuel by intensive systems produces $CO_2$ emissions probably even larger than those from chemical N fertilizer for feed. Sainz (2003) estimated that, during the 1980s, a typical farm in the United States spent some 35 megajoules (MJ) of energy per kilogram of carcass for chicken, 46 MJ for pigs and 51 MJ for beef, of which amounts 80 to 87 percent was spent for production.[5] A large share of this is in the form of electricity, producing much lower emissions on an energy equivalent basis than the direct use of fossil sources for energy. The share of electricity is larger for intensive monogastrics production (mainly for heating, cooling and ven-

---

[5] As opposed to post-harvest processing, transportation, storage and preparation. Production includes energy use for feed production and transport.

BLM_0079828

Table 3.5

On-farm energy use for agriculture in Minnesota, United States

| Commodity | Minnesota ranking within USA | Crop area ($10^3$ km$^2$) head ($10^6$) tonnes ($10^6$) | Diesel (1 000 m$^3$ ~ 2.65·$10^3$ tonnes $CO_2$) | LPG (1 000 m$^3$ ~ 2.30·$10^3$ tonnes $CO_2$) | Electricity ($10^6$ kWh ~ 288 tonnes $CO_2$) | Directly emitted $CO_2$ ($10^3$ tonnes) |
|---|---|---|---|---|---|---|
| Corn | 4 | 27.1 | 238 | 242 | 235 | 1 255 |
| Soybeans | 3 | 23.5 | 166 | 16 | 160 | 523 |
| Wheat | 3 | 9.1 | 62 | 6.8 | 67 | 199 |
| Dairy (tonnes) | 5 | 4.3 * | 47 | 38 | 367 | 318 |
| Swine | 3 | 4.85 | 59 | 23 | 230 | 275 |
| Beef | 12 | 0.95 | 17 | 6 | 46 | 72 |
| Turkeys (tonnes) | 2 | 40 | 14 | 76 | 50 | 226 |
| Sugar beets | 1 | 1.7 | 46 | 6 | 45 | 149 |
| Sweet corn/peas | 1 | 0.9 | 9 | – | 5 | 25 |

*Note:* Reported nine commodities dominate Minnesota's agricultural output and, by extension, the state's agricultural energy use. Related $CO_2$ emissions based on efficiency and emission factors from the United States' Common Reporting Format report submitted to the UNFCCC in 2005.
*Source:* Ryan and Tiffany (1998).

tilation), which though also uses larger amounts of fossil fuel in feed transportation. However, more than half the energy expenditure during livestock production is for feed production (nearly all in the case of intensive beef operations). We have already considered the contribution of fertilizer production to the energy input for feed: in intensive systems, the combined energy-use for seed and herbicide/pesticide production and fossil fuel for machinery generally exceeds that for fertilizer production.

There are some cases where feed production does not account for the biggest share of fossil energy use. Dairy farms are an important example, as illustrated by the case of Minnesota dairy operators. Electricity is their main form of energy use. In contrast, for major staple crop farmers in the state, diesel is the dominant form of on-farm energy use, resulting in much higher $CO_2$ emissions (Ryan and Tiffany, 1998, presenting data for 1995). On this basis, we can suggest that the bulk of Minnesota's on-farm $CO_2$ emissions from energy use are also related to feed production, and exceed the emissions associated with N fertilizer use. The average

maize fertilizer application (150 kg N per hectare for maize in the United States) results in emissions for Minnesota maize of about one million tonnes of $CO_2$, compared with 1.26 million tonnes of $CO_2$ from on-farm energy use for corn production (see Table 3.5). At least half the $CO_2$ emissions of the two dominant commodities and $CO_2$ sources in Minnesota (maize and soybean) can be attributed to the (intensive) livestock sector. Taken together, feed production and pig and dairy operations make the livestock sector by far the largest source of agricultural $CO_2$ emissions in Minnesota.

In the absence of similar estimates representative of other world regions it remains impossible to provide a reliable quantification of the global $CO_2$ emissions that can be attributed to on farm fossil fuel-use by the livestock sector. The energy intensity of production as well as the source of this energy vary widely. A rough indication of the fossil fuel use related emissions from intensive systems can, nevertheless, be obtained by supposing that the expected lower energy need for feed production at lower latitudes (lower energy need for corn drying for example) and the

BLM_0079829

elsewhere, often lower level of mechanization, are overall compensated by a lower energy use efficiency and a lower share of relatively low $CO_2$ emitting sources (natural gas and electricity). Minnesota figures can then be combined with global feed production and livestock populations in intensive systems. The resulting estimate for maize only is of a magnitude similar to the emissions from manufacturing N fertilizer for use on feedcrops. As a conservative estimate, we may suggest that $CO_2$ emissions induced by on-farm fossil fuel use for feed production may be 50 percent higher than that from feed-dedicated N fertilizer production, i.e. some 60 million tonnes $CO_2$ globally. To this we must add farm emissions related directly to livestock rearing, which we may estimate at roughly 30 million tonnes of $CO_2$ (this figure is derived by applying Minnesota's figures to the global total of intensively-managed livestock populations, assuming that lower energy use for heating at lower latitudes is counterbalanced by lower energy efficiency and higher ventilation requirements).

On-farm fossil fuel use induced emissions in extensive systems sourcing their feed mainly from natural grasslands or crop residues can be expected to be low or even negligible in comparison to the above estimate. This is confirmed by the fact that there are large areas in developing countries, particularly in Africa and Asia, where animals are an important source of draught power, which could be considered as a $CO_2$ emission avoiding practice. It has been estimated that animal traction covered about half the total area cultivated in the developing countries in 1992 (Delgado *et al.*, 1999). There are no more recent estimates and it can be assumed that this share is decreasing quickly in areas with rapid mechanization, such as China or parts of India. However, draught animal power remains an important form of energy, substituting for fossil fuel combustion in many parts of the world, and in some areas, notably in West Africa, is on the increase.



*Example of deforestation and shifting cultivation on steep hillside. Destruction of forests causes disastrous soil erosion in a few years – Thailand 1979*

### Livestock-related land use changes may emit 2.4 billion tonnes of $CO_2$ per year

Land use in the various parts of the world is continually changing, usually in response to competitive demand between users. Changes in land use have an impact in carbon fluxes, and many of the land-use changes involve livestock, either occupying land (as pasture or arable land for feedcrops) or releasing land for other purposes, when for example, marginal pasture land is converted to forest.

A forest contains more carbon than does a field of annual crops or pasture, and so when forests are harvested, or worse, burned, large amounts of carbon are released from the vegetation and soil to the atmosphere. The net reduction in carbon stocks is not simply equal to the net $CO_2$ flux from the cleared area. Reality is more complex: forest clearing can produce a complex pattern of net fluxes that change direction over time (IPCC guidelines). The calculation of carbon fluxes owing to forest conversion is, in many ways, the most complex of the emissions inventory components. Estimates of emissions from forest clearing vary because of multiple uncertainties: annual forest clearing rates, the fate of the cleared land, the amounts of carbon contained in different ecosystems, the modes by which $CO_2$ is released (e.g., burning or decay),

BLM_0079830

and the amounts of carbon released from soils when they are disturbed.

Responses of biological systems vary over different time-scales. For example, biomass burning occurs within less than one year, while the decomposition of wood may take a decade, and loss of soil carbon may continue for several decades or even centuries. The IPCC (2001b) estimated the average annual flux owing to tropical deforestation for the decade 1980 to 1989 at $1.6\pm1.0$ billion tonnes C as $CO_2$ ($CO_2$-C). Only about 50–60 percent of the carbon released from forest conversion in any one year was a result of the conversion and subsequent biomass burning in that year. The remainder were delayed emissions resulting from oxidation of biomass harvested in previous years (Houghton, 1991).

Clearly, estimating $CO_2$ emissions from land use and land-use change is far less straightforward than those related to fossil fuel combustion. It is even more difficult to attribute these emissions to a particular production sector such as livestock. However, livestock's role in deforestation is of proven importance in Latin America, the continent suffering the largest net loss of forests and resulting carbon fluxes. In Chapter 2 Latin America was identified as the region where expansion of pasture and arable land for feedcrops is strongest, mostly at the expense of forest area. The LEAD study by Wassenaar *et al.*, (2006) and Chapter 2 showed that most of the cleared area ends up as pasture and identified large areas where livestock ranching is probably a primary motive for clearing. Even if these final land uses were only one reason among many others that led to the forest clearing, animal production is certainly one of the driving forces of deforestation. The conversion of forest into pasture releases considerable amounts of carbon into the atmosphere, particularly when the area is not logged but simply burned. Cleared patches may go through several changes of land-use type. Over the 2000–2010 period, the pasture areas in Latin America are projected to expand

into forest by an annual average of 2.4 million hectares – equivalent to some 65 percent of expected deforestation. If we also assume that at least half the cropland expansion into forest in Bolivia and Brazil can be attributed to providing feed for the livestock sector, this results in an additional annual deforestation for livestock of over 0.5 million hectares – giving a total for pastures plus feedcrop land, of some 3 million hectares per year.

In view of this, and of worldwide trends in extensive livestock production and in cropland for feed production (Chapter 2), we can realistically estimate that "livestock induced" emissions from deforestation amount to roughly 2.4 billion tonnes of $CO_2$ per year. This is based on the somewhat simplified assumption that forests are completely converted into climatically equivalent grasslands and croplands (IPCC 2001b, p. 192), combining changes in carbon density of both vegetation and soil[6] in the year of change. Though physically incorrect (it takes well over a year to reach this new status because of the "inherited", i.e. delayed emissions) the resulting emission estimate is correct provided the change process is continuous.

Other possibly important, but un-quantified, livestock-related deforestation as reported from for example Argentina (see Box 5.5 in Section 5.3.3) is excluded from this estimate.

In addition to producing $CO_2$ emissions, the land conversion may also negatively affect other emissions. Mosier *et al.* (2004) for example noted that upon conversion of forest to grazing land, $CH_4$ oxidation by soil micro-organisms is typically greatly reduced and grazing lands may even become net sources in situations where soil compaction from cattle traffic limits gas diffusion.

---

[6] The most recent estimates provided by this source are 194 and 122 tonnes of carbon per hectare in tropical forest, respectively for plants and soil, as opposed to 29 and 90 for tropical grassland and 3 and 122 for cropland.

BLM_0079831

*Livestock-related releases from cultivated soils may total 28 million tonnes $CO_2$ per year*

Soils are the largest carbon reservoir of the terrestrial carbon cycle. The estimated total amount of carbon stored in soils is about 1 100 to 1 600 billion tonnes (Sundquist, 1993), more than twice the carbon in living vegetation (560 billion tonnes) or in the atmosphere (750 billion tonnes). Hence even relatively small changes in carbon stored in the soil could make a significant impact on the global carbon balance (Rice, 1999).

Carbon stored in soils is the balance between the input of dead plant material and losses due to decomposition and mineralization processes. Under aerobic conditions, most of the carbon entering the soil is unstable and therefore quickly respired back to the atmosphere. Generally, less than 1 percent of the 55 billion tonnes of C entering the soil each year accumulates in more stable fractions with long mean residence times.

Human disturbance can speed up decomposition and mineralization. On the North American Great Plains, it has been estimated that approximately 50 percent of the soil organic carbon has been lost over the past 50 to 100 years of cultivation, through burning, volatilization, erosion, harvest or grazing (SCOPE 21, 1982). Similar losses have taken place in less than ten years after deforestation in tropical areas (Nye and Greenland, 1964). Most of these losses occur at the original conversion of natural cover into managed land.

Further soil carbon losses can be induced by management practices. Under appropriate management practices (such as zero tillage) agricultural soils can serve as a carbon sink and may increasingly do so in future (see Section 3.5.1). Currently, however, their role as carbon sinks is globally insignificant. As described in Chapter 2, a very large share of the production of coarse grains and oil crops in temperate regions is destined for feed use.

The vast majority of the corresponding area is under large-scale intensive management, dominated by conventional tillage practices that gradually lower the soil organic carbon content and produce significant $CO_2$ emissions. Given the complexity of emissions from land use and land-use changes, it is not possible to make a global estimation at an acceptable level of precision. Order-of-magnitude indications can be made by using an average loss rate from soil in a rather temperate climate with moderate to low organic matter content that is somewhere between the loss rate reported for zero and conventional tillage: Assuming an annual loss rate of 100 kg $CO_2$ per hectare per year (Sauvé *et al.*, 2000: covering temperate brown soil $CO_2$ loss, and excluding emissions originating from crop residues), the approximately 1.8 million km$^2$ of arable land cultivated with maize, wheat and soybean for feed would add an annual $CO_2$ flux of some 18 million tonnes to the livestock balance.

Tropical soils have lower average carbon content (IPCC 2001b, p. 192), and therefore lower emissions. On the other hand, the considerable expansion of large-scale feedcropping, not only into uncultivated areas, but also into previous pastureland or subsistence cropping, may increase $CO_2$ emission. In addition, practices such as soil liming contribute to emissions. Soil liming is a common practice in more intensively cultivated tropical areas because of soil acidity. Brazil[7] for example estimated its $CO_2$ emissions owing to soil liming at 8.99 million tonnes in 1994, and these have most probably increased since than. To the extent that these emissions concern cropland for feed production they should be attributed to the livestock sector. Often only crop residues and by-products are used for feeding, in which case a share of emissions corresponding to the value fraction of the commodity[8] (Chapagain and Hoekstra, 2004) should be attributed to livestock. Comparing

---

[7] Brazil's first national communication to the UNFCCC, 2004.

[8] The value fraction of a product is the ratio of the market value of the product to the aggregated market value of all the products obtained from the primary crop.

BLM_0079832

reported emissions from liming from national communications of various tropical countries to the UNFCCC with the importance of feed production in those countries shows that the global share of liming related emissions attributable to livestock is in the order of magnitude of Brazil's emission (0.01 billion tonnes $CO_2$).

Another way livestock contributes to gas emissions from cropland is through methane emissions from rice cultivation, globally recognized as an important source of methane. Much of the methane emissions from rice fields are of animal origin, because the soil bacteria are to a large extent "fed" with animal manure, an important fertilizer source (Verburg, Hugo and van der Gon, 2001). Together with the type of flooding management, the type of fertilization is the most important factor controlling methane emissions from rice cultivated areas. Organic fertilizers lead to higher emissions than mineral fertilizers. Khalil and Shearer (2005) argue that over the last two decades China achieved a substantial reduction of annual methane emissions from rice cultivation – from some 30 million tonnes per year to perhaps less than 10 million tonnes per year – mainly by replacing organic fertilizer with nitrogen-based fertilizers. However, this change can affect other gaseous emissions in the opposite way. As nitrous oxide emissions from rice fields increase, when artificial N fertilizers are used, as do carbon dioxide emissions from China's flourishing charcoal-based nitrogen fertilizer industry (see preceding section). Given that it is impossible to provide even a rough estimate of livestock's contribution to methane emissions from rice cultivation, this is not further considered in the global quantification.

*Releases from livestock-induced desertification of pastures may total 100 million tonnes $CO_2$ per year*
Livestock also play a role in desertification (see Chapters 2 and 4). Where desertification is occurring, degradation often results in reduced productivity or reduced vegetation cover, which produce a change in the carbon and nutrient stocks and cycling of the system. This seems to result in a small reduction in aboveground C stocks and a slight decline in C fixation. Despite the small, sometimes undetectable changes in aboveground biomass, total soil carbon usually declines. A recent study by Asner, Borghi and Ojeda, (2003) in Argentina also found that desertification resulted in little change in woody cover, but there was a 25 to 80 percent decline in soil organic carbon in areas with long-term grazing. Soil erosion accounts for part of this loss, but the majority stems from the non-renewal of decaying organic matter stocks, i.e. there is a significant net emission of $CO_2$.

Lal (2001) estimated the carbon loss as a result of desertification. Assuming a loss of 8-12 tonnes of soil carbon per hectare (Swift *et al.*, 1994) on a desertified land area of 1 billion hectares (UNEP, 1991), the total historic loss would amount to 8–12 billion tonnes of soil carbon. Similarly, degradation of aboveground vegetation has led to an estimated carbon loss of 10–16 tonnes per hectare – a historic total of 10–16 billion tonnes. Thus, the total C loss as a consequence of desertification may be 18–28 billion tonnes of carbon (FAO, 2004b). Livestock's contribution to this total is difficult to estimate, but it is undoubtedly high: livestock occupies about two-thirds of the global dry land area, and the rate of desertification has been estimated to be higher under pasture than under other land uses (3.2 million hectares per year against 2.5 million hectares per year for cropland, UNEP, 1991). Considering only soil carbon loss (i.e. about 10 tonnes of carbon per hectare), pasture desertification-induced oxidation of carbon would result in $CO_2$ emissions in the order of 100 million tonnes of $CO_2$ per year.

Another, largely unknown, influence on the fate of soil carbon is the feedback effect of climate change. In higher latitude cropland zones, global warming is expected to increase yields by virtue of longer growing seasons and $CO_2$ fertilization (Cantagallo, Chimenti and Hall, 1997; Travasso *et al.*, 1999). At the same time, however, global

BLM_0079833

---

**Box 3.2  The many climatic faces of the burning of tropical savannah**

Burning is common in establishing and managing of pastures, tropical rain forests and savannah regions and grasslands worldwide (Crutzen and Andreae, 1990; Reich *et al.*, 2001). Fire removes ungrazed grass, straw and litter, stimulates fresh growth, and can control the density of woody plants (trees and shrubs). As many grass species are more fire-tolerant than tree species (especially seedlings and saplings), burning can determine the balance between grass cover and ligneous vegetation. Fires stimulate the growth of perennial grasses in savannahs and provide nutritious re-growth for livestock. Controlled burning prevents uncontrolled, and possibly, more destructive fires and consumes the combustible lower layer at an appropriate humidity stage. Burning involves little or no cost. It is also used at a small scale to maintain biodiversity (wild-life habitats) in protected areas.

The environmental consequences of rangeland and grassland fires depend on the environmental context and conditions of application. Controlled burning in tropical savannah areas has significant environmental impact, because of the large area concerned and the relatively low level of control. Large areas of savannah in the humid and subhumid tropics are burned every year for rangeland management. In 2000, burning affected some 4 million km$^2$. More than two-thirds of this occurred in the tropics and sub-tropics (Tansey *et al.*, 2004). Globally about three quarters of this burning took place outside forests. Savannah



*Hunter set fire to forest areas to drive out a species of rodent that will be killed for food. Herdsmen and hunters together benefit from the results.*

burning represented some 85 percent of the area burned in Latin American fires 2000, 60 percent in Africa, nearly 80 percent in Australia.

Usually, savannah burning is not considered to result in net $CO_2$ emissions, since emitted amounts of carbon dioxide released in burning are re-captured in grass re-growth. As well as $CO_2$, biomass burning releases important amounts of other globally relevant trace gases ($NO_x$, CO, and $CH_4$) and aerosols (Crutzen and Andreae, 1990; Scholes and Andreae, 2000). Climate effects include the formation of photochemical smog, hydrocarbons, and $NO_x$. Many of the emitted elements lead to the production of tropospheric ozone (Vet, 1995; Crutzen and Goldammer, 1993), which is another important greenhouse gas influencing the atmosphere's oxidizing capacity, while bromine, released in significant amounts from savannah fires, decreases stratospheric ozone (Vet, 1995; ADB, 2001).

Smoke plumes may be redistributed locally, transported throughout the lower troposphere, or entrained in large-scale circulation patterns in the mid and upper troposphere. Often fires in convection areas take the elements high into the atmosphere, creating increased potential for climate change. Satellite observations have found large areas with high $O_3$ and CO levels over Africa, South America and the tropical Atlantic and Indian Oceans (Thompson *et al.*, 2001).

Aerosols produced by the burning of pasture biomass dominate the atmospheric concentration of aerosols over the Amazon basin and Africa (Scholes and Andreae, 2000; Artaxo *et al.*, 2002). Concentrations of aerosol particles are highly seasonal. An obvious peak in the dry (burning) season, which contributes to cooling both through increasing atmospheric scattering of incoming light and the supply of cloud condensation nuclei. High concentrations of cloud condensation nuclei from the burning of biomass stimulate rainfall production and affect large-scale climate dynamics (Andreae and Crutzen, 1997).

BLM_0079834

warming may also accelerate decomposition of carbon already stored in soils (Jenkinson,1991; MacDonald, Randlett and Zalc, 1999; Niklinska, Maryanski and Laskowski, 1999; Scholes *et al.*, 1999). Although much work remains to be done in quantifying the $CO_2$ fertilization effect in cropland, van Ginkel, Whitmore and Gorissen, (1999) estimate the magnitude of this effect (at current rates of increase of $CO_2$ in the atmosphere) at a net absorption of 0.036 tonnes of carbon per hectare per year in temperate grassland, even after the effect of rising temperature on decomposition is deducted. Recent research indicates that the magnitude of the temperature rise on the acceleration of decay may be stronger, with already very significant net losses over the last decades in temperate regions (Bellamy *et al.*, 2005; Schulze and Freibauer, 2005). Both scenarios may prove true, resulting in a shift of carbon from soils to vegetation – i.e. a shift towards more fragile ecosystems, as found currently in more tropical regions.

### 3.2.2 Carbon emissions from livestock rearing

*Respiration by livestock is not a net source of $CO_2$*
Humans and livestock now account for about a quarter of the total terrestrial animal biomass.[9] Based on animal numbers and liveweights, the total livestock biomass amounts to some 0.7 billion tonnes (Table 3.6; FAO, 2005b).

How much do these animals contribute to greenhouse gas emissions? According to the function established by Muller and Schneider (1985, cited by Ni *et al.*, 1999), applied to standing stocks per country and species (with country specific liveweight), the carbon dioxide from the respiratory process of livestock amount to some 3 billion tonnes of $CO_2$ (see Table 3.6) or 0.8 billion tonnes of carbon. In general, because of lower offtake rates and therefore higher inventories, ruminants have higher emissions relative to their output. Cattle alone account for more than half of the total carbon dioxide emissions from respiration.

However, emissions from livestock respiration are part of a rapidly cycling biological system, where the plant matter consumed was itself created through the conversion of atmospheric $CO_2$ into organic compounds. Since the emitted and absorbed quantities are considered to be equivalent, livestock respiration is not considered to be a net source under the Kyoto Protocol. Indeed, since part of the carbon consumed is stored in the live tissue of the growing animal, a growing global herd could even be considered a carbon sink. The standing stock livestock biomass increased significantly over the last decades (from about 428 million tonnes in 1961 to around 699 million tonnes in 2002). This continuing growth (see Chapter 1) could be considered as a carbon sequestration process (roughly estimated at 1 or 2 million tonnes carbon per year). However, this is more than offset by methane emissions which have increased correspondingly.

The equilibrium of the biological cycle is, however, disrupted in the case of overgrazing or bad management of feedcrops. The resulting land degradation is a sign of *decreasing* re-absorption of atmospheric $CO_2$ by vegetation re-growth. In certain regions the related net $CO_2$ loss may be significant.

*Methane released from enteric fermentation may total 86 million tonnes per year*
Globally, livestock are the most important source of anthropogenic methane emissions. Among domesticated livestock, ruminant animals (cattle, buffaloes, sheep, goats and camels) produce significant amounts of methane as part of their normal digestive processes. In the rumen, or large fore-stomach, of these animals, microbial fermentation converts fibrous feed into products that can be digested and utilized by the animal. This microbial fermentation process, referred to

---

[9] Based on SCOPE 13 (Bolin *et al.*, 1979), with human population updated to today's total of some 6.5 billion.

BLM_0079835

Table 3.6

**Livestock numbers (2002) and estimated carbon dioxide emissions from respiration**

| Species | World total | Biomass | Carbon dioxide emissions |
|---|---|---|---|
| | *(million head)* | *(million tonnes liveweight)* | *(million tonnes CO$_2$)* |
| Cattle and buffaloes | 1 496 | 501 | 1 906 |
| Small ruminants | 1 784 | 47.3 | 514 |
| Camels | 19 | 5.3 | 18 |
| Horses | 55 | 18.6 | 71 |
| Pigs | 933 | 92.8 | 590 |
| Poultry[1] | 17 437 | 33.0 | 61 |
| Total[2] | | 699 | 3 161 |

[1] Chicken, ducks, turkey and geese.
[2] Includes also rabbits.
*Source:* FAO (2006b); own calculations.

as enteric fermentation, produces methane as a by-product, which is exhaled by the animal. Methane is also produced in smaller quantities by the digestive processes of other animals, including humans (US-EPA, 2005).

There are significant spatial variations in methane emissions from enteric fermentation. In Brazil, methane emission from enteric fermentation totalled 9.4 million tonnes in 1994 - 93 percent of agricultural emissions and 72 percent of the country's total emissions of methane. Over 80 percent of this originated from beef cattle (Ministério da Ciência e Tecnologia - EMBRAPA report, 2002). In the United States methane from

enteric fermentation totalled 5.5 million tonnes in 2002, again overwhelmingly originating from beef and dairy cattle. This was 71 percent of all agricultural emissions and 19 percent of the country's total emissions (US-EPA, 2004).

This variation reflects the fact that levels of methane emission are determined by the production system and regional characteristics. They are affected by energy intake and several other animal and diet factors (quantity and quality of feed, animal body weight, age and amount of exercise). It varies among animal species and among individuals of the same species. Therefore, assessing methane emission from enteric fermentation in any particular country requires a detailed description of the livestock population (species, age and productivity categories), combined with information on the daily feed intake and the feed's methane conversion rate (IPCC revised guidelines). As many countries do not possess such detailed information, an approach based on standard emission factors is generally used in emission reporting.

Methane emissions from enteric fermentation will change as production systems change and move towards higher feed use and increased productivity. We have attempted a global estimate of total methane emissions from enteric fermentation in the livestock sector. Annex 3.2 details the findings of our assessment, compar-



© FAO/15228/A. CONTI

*Dairy cattle feeding on fodder in open stable. La Loma, Lerdo, Durango – Mexico 1990*

Table 3.7

**Global methane emissions from enteric fermentation in 2004**

| Region/country | Emissions (million tonnes $CH_4$ per year by source) | | | | | |
|---|---|---|---|---|---|---|
| | Dairy cattle | Other cattle | Buffaloes | Sheep and goats | Pigs | Total |
| Sub-Saharan Africa | 2.30 | 7.47 | 0.00 | 1.82 | 0.02 | **11.61** |
| Asia * | 0.84 | 3.83 | 2.40 | 0.88 | 0.07 | **8.02** |
| India | 1.70 | 3.94 | 5.25 | 0.91 | 0.01 | **11.82** |
| China | 0.49 | 5.12 | 1.25 | 1.51 | 0.48 | **8.85** |
| Central and South America | 3.36 | 17.09 | 0.06 | 0.58 | 0.08 | **21.17** |
| West Asia and North Africa | 0.98 | 1.16 | 0.24 | 1.20 | 0.00 | **3.58** |
| North America | 1.02 | 3.85 | 0.00 | 0.06 | 0.11 | **5.05** |
| Western Europe | 2.19 | 2.31 | 0.01 | 0.98 | 0.20 | **5.70** |
| Oceania and Japan | 0.71 | 1.80 | 0.00 | 0.73 | 0.02 | **3.26** |
| Eastern Europe and CIS | 1.99 | 2.96 | 0.02 | 0.59 | 0.10 | **5.66** |
| Other developed | 0.11 | 0.62 | 0.00 | 0.18 | 0.00 | **0.91** |
| **Total** | **15.69** | **50.16** | **9.23** | **9.44** | **1.11** | **85.63** |
| **Livestock Production System** | | | | | | |
| Grazing | 4.73 | 21.89 | 0.00 | 2.95 | 0.00 | **29.58** |
| Mixed | 10.96 | 27.53 | 9.23 | 6.50 | 0.80 | **55.02** |
| Industrial | 0.00 | 0.73 | 0.00 | 0.00 | 0.30 | **1.04** |

* Excludes China and India.
*Source:* see Annex 3.2, own calculations.

ing IPCC Tier 1 default emission factors with region-specific emission factors. Applying these emission factors to the livestock numbers in each production system gives an estimate for total global emissions of methane from enteric fermentation 86 million tonnes $CH_4$ annually. This is not far from the global estimate from the United States Environmental Protection Agency (US-EPA, 2005), of about 80 million tonnes of methane annually. The regional distribution of such methane emission is illustrated by Map 33 (Annex 1). This is an updated and more precise estimate than previous such attempts (Bowman *et al.*, 2000; Methane emission map published by UNEP-GRID, Lerner, Matthews and Fung, 1988) and also provides production-system specific estimates. Table 3.7 summarizes these results. The relative global importance of mixed systems compared to grazing systems reflects the fact that about two-thirds of all ruminants are held in mixed systems.

*Methane released from animal manure may total 18 million tonnes per year*

The anaerobic decomposition of organic material in livestock manure also releases methane. This occurs mostly when manure is managed in liquid form, such as in lagoons or holding tanks. Lagoon systems are typical for most large-scale pig operations over most of the world (except in Europe). These systems are also used in large dairy operations in North America and in some developing countries, for example Brazil. Manure deposited on fields and pastures, or otherwise handled in a dry form, does not produce significant amounts of methane.

Methane emissions from livestock manure are influenced by a number of factors that affect the growth of the bacteria responsible for methane formation, including ambient temperature, moisture and storage time. The amount of methane produced also depends on the energy content of manure, which is determined to a

BLM_0079837



*State of the art lagoon waste management system for a 900 head hog farm. The facility is completely automated and temperature controlled – United States 2002*

large extent by livestock diet. Not only do greater amounts of manure lead to more $CH_4$ being emitted, but higher energy feed also produces manure with more volatile solids, increasing the substrate from which $CH_4$ is produced. However, this impact is somewhat offset by the possibility of achieving higher digestibility in feeds, and thus less wasted energy (USDA, 2004).

Globally, methane emissions from anaerobic decomposition of manure have been estimated to total just over 10 million tonnes, or some 4 percent of global anthropogenic methane emissions (US-EPA, 2005). Although of much lesser magnitude than emissions from enteric fermentation, emissions from manure are much higher than those originating from burning residues and similar to the lower estimate of the badly known emissions originating from rice cultivation. The United States has the highest emission from manure (close to 1.9 million tonnes, United States inventory 2004), followed by the EU. As a species, pig production contributes the largest share, followed by dairy. Developing countries such as China and India would not be

very far behind, the latter in particular exhibiting a strong increase. The default emission factors currently used in country reporting to the UNFCCC do not reflect such strong changes in the global livestock sector. For example, Brazil's country report to the UNFCCC (Ministry of Science and Technology, 2004) mentions a significant emission from manure of 0.38 million tonnes in 1994, which would originate mainly from dairy and beef cattle. However, Brazil also has a very strong industrial pig production sector, where some 95 percent of manure is held in open tanks for several months before application (EMBRAPA, personal communication).

Hence, a new assessment of emission factors similar to the one presented in the preceding section was essential and is presented in Annex 3.3. Applying these new emission factors to the animal population figures specific to each production system, we arrive at a total annual global emission of methane from manure decomposition of 17.5 million tonnes of $CH_4$. This is substantially higher than existing estimates.

Table 3.8 summarizes the results by species,

© PHOTO COURTESY OF USDA NRCS/JEFF VANUGA

Table 3.8

**Global methane emissions from manure management in 2004**

| Region/country | Emissions (million tonnes CH$_4$ per year by source) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dairy cattle | Other cattle | Buffalo | Sheep and goats | Pigs | Poultry | Total |
| Sub-Saharan Africa | 0.10 | 0.32 | 0.00 | 0.08 | 0.03 | 0.04 | **0.57** |
| Asia * | 0.31 | 0.08 | 0.09 | 0.03 | 0.50 | 0.13 | **1.14** |
| India | 0.20 | 0.34 | 0.19 | 0.04 | 0.17 | 0.01 | **0.95** |
| China | 0.08 | 0.11 | 0.05 | 0.05 | 3.43 | 0.14 | **3.84** |
| Central and South America | 0.10 | 0.36 | 0.00 | 0.02 | 0.74 | 0.19 | **1.41** |
| West Asia and North Africa | 0.06 | 0.09 | 0.01 | 0.05 | 0.00 | 0.11 | **0.32** |
| North America | 0.52 | 1.05 | 0.00 | 0.00 | 1.65 | 0.16 | **3.39** |
| Western Europe | 1.16 | 1.29 | 0.00 | 0.02 | 1.52 | 0.09 | **4.08** |
| Oceania and Japan | 0.08 | 0.11 | 0.00 | 0.03 | 0.10 | 0.03 | **0.35** |
| Eastern Europe and CIS | 0.46 | 0.65 | 0.00 | 0.01 | 0.19 | 0.06 | **1.38** |
| Other developed | 0.01 | 0.03 | 0.00 | 0.01 | 0.04 | 0.02 | **0.11** |
| Global Total | **3.08** | **4.41** | **0.34** | **0.34** | **8.38** | **0.97** | **17.52** |
| **Livestock Production System** | | | | | | | |
| Grazing | 0.15 | 0.50 | 0.00 | 0.12 | 0.00 | 0.00 | **0.77** |
| Mixed | 2.93 | 3.89 | 0.34 | 0.23 | 4.58 | 0.31 | **12.27** |
| Industrial | 0.00 | 0.02 | 0.00 | 0.00 | 3.80 | 0.67 | **4.48** |

* Excludes China and India.
*Source:* see Annex 3.3, own calculations.

by region and by farming system. The distribution by species and production system is also illustrated in Maps 16, 17, 18 and 19 (Annex 1). China has the largest country-level methane emission from manure in the world, mainly from pigs. At a global level, emissions from pig manure represent almost half of total livestock manure emissions. Just over a quarter of the total methane emission from managed manure originates from industrial systems.

## 3.2.3 Carbon emissions from livestock processing and refrigerated transport

A number of studies have been conducted to quantify the energy costs of processing animals for meat and other products, and to identify potential areas for energy savings (Sainz, 2003). The variability among enterprises is very wide, so it is difficult to generalize. For example, Ward, Knox and Hobson, (1977) reported energy costs of beef processing in Colorado ranging from 0.84

to 5.02 million joules per kilogram of live weight. Sainz (2003) produced indicative values for the energy costs of processing, given in Table 3.9.

*CO$_2$ emissions from livestock processing may total several tens of million tonnes per year*

To obtain a global estimate of emissions from processing, these indicative energy use factors could be combined with estimates of the world's livestock production from market-oriented intensive systems (Chapter 2). However, besides their questionable global validity, it is highly uncertain what the source of this energy is and how this varies throughout the world. Since mostly products from intensive systems are being processed, the above case of Minnesota (Section 3.2.1 on *on-farm fossil fuel use* and Table 3.5) constitutes an interesting example of energy use for processing, as well as a breakdown into energy sources (Table 3.13). Diesel use here is mainly for transport of products

BLM_0079839

Livestock's long shadow

Table 3.9

**Indicative energy costs for processing**

| Product | Fossil energy cost | Units | Source |
|---|---|---|---|
| Poultry meat | 2.59 | MJ-kg$^{-1}$ live wt | Whitehead and Shupe, 1979 |
| Eggs | 6.12 | MJ-dozen$^{-1}$ | OECD, 1982 |
| Pork-fresh | 3.76 | MJ-kg$^{-1}$ carcass | Singh, 1986 |
| Pork-processed meats | 6.30 | MJ-kg$^{-1}$ meat | Singh, 1986 |
| Sheep meat | 10.4 | MJ-kg$^{-1}$ carcass | McChesney et al., 1982 |
| Sheep meat-frozen | 0.432 | MJ-kg$^{-1}$ meat | Unklesbay and Unklesbay, 1982 |
| Beef | 4.37 | MJ-kg$^{-1}$ carcass | Poulsen, 1986 |
| Beef-frozen | 0.432 | MJ-kg$^{-1}$ meat | Unklesbay and Unklesbay, 1982 |
| Milk | 1.12 | MJ-kg$^{-1}$ | Miller, 1986 |
| Cheese, butter, whey powder | 1.49 | MJ-kg$^{-1}$ | Miller, 1986 |
| Milk powder, butter | 2.62 | MJ-kg$^{-1}$ | Miller, 1986 |

Source: Sainz (2003).

to the processing facilities. Transport-related emissions for milk are high, owing to large volumes and low utilization of transport capacity. In addition, large amounts of energy are used to pasteurize milk and transform it into cheese and dried milk, making the dairy sector responsible for the second highest $CO_2$ emissions from food processing in Minnesota. The largest emissions result from soybean processing and are a result of physical and chemical methods to separate the crude soy oil and soybean meal from the raw beans. Considering the value fractions of these two commodities (see Chapagain and Hoekstra, 2004) some two-thirds of these soy-processing emissions can be attributed to the livestock sector. Thus, the majority of $CO_2$ emissions related to energy consumption from processing Minnesota's agricultural production can be ascribed to the livestock sector.

Minnesota can be considered a "hotspot" because of its $CO_2$ emissions from livestock processing and cannot, in light of the above remarks on the variability of energy efficiency and sources, be used as a basis for deriving a global estimate. Still, considering also Table 3.10, it indicates that the total animal product and feed processing related emission of the United States would be in the order of a

few million tonnes $CO_2$. Therefore, the probable order of magnitude for the emission level related to global animal-product processing would be several tens of million tonnes $CO_2$.

*$CO_2$ emissions from transport of livestock products may exceed 0.8 million tonnes per year*
The last element of the food chain to be considered in this review of the carbon cycle is the one that links the elements of the production chain and delivers the product to retailers and consumers, i.e. transport. In many instances transport is over short distances, as in the case of milk collection cited above. Increasingly the steps in the chain are separated over long distances (see Chapter 2), which makes transport a significant source of greenhouse gas emissions.

Transport occurs mainly at two key stages: delivery of (processed) feed to animal production sites and delivery of animal products to consumer markets. Large amounts of bulky raw ingredients for concentrate feed are shipped around the world (Chapter 2). These long-distance flows add significant $CO_2$ emissions to the livestock balance. One of the most notable long-distance feed trade flows is for soybean, which is also the largest traded volume among feed

BLM_0079840

Table 3.10

**Energy use for processing agricultural products in Minnesota, in United States in 1995**

| Commodity | Production[1] | Diesel | Natural gas | Electricity | Emitted $CO_2$ |
|---|---|---|---|---|---|
| | $[10^6$ tonnes] | $[1000\ m^3]$ | $[10^6\ m^3]$ | $[10^6\ kWh]$ | $[10^3\ tonnes]$ |
| Corn | 22.2 | 41 | 54 | 48 | 226 |
| Soybeans | 6.4 | 23 | 278 | 196 | 648 |
| Wheat | 2.7 | 19 | – | 125 | 86 |
| Dairy | 4.3 | 36 | 207 | 162 | 537 |
| Swine | 0.9 | 7 | 21 | 75 | 80 |
| Beef | 0.7 | 2.5 | 15 | 55 | 51 |
| Turkeys | 0.4 | 1.8 | 10 | 36 | 34 |
| Sugar beets[2] | 7.4 | 19 | 125 | 68 | 309 |
| Sweet corn/peas | 1.0 | 6 | 8 | 29 | 40 |

[1] Commodities: unshelled corn ears, milk, live animal weight. 51 percent of milk is made into cheese, 35 percent is dried, and 14 percent is used as liquid for bottling.
[2] Beet processing required an additional 440 thousand tonnes of coal.
$1\ 000\ m^3$ diesel ~ $2.65 \cdot 10^3$ tonnes $CO_2$; $10^6\ m^2$ natural gas ~ $1.91 \cdot 10^3$ tonnes $CO_2$; $10^6$ kWh ~ 288 tonnes $CO_2$
*Source:* Ryan and Tiffany (1998). See also table 3.5. Related $CO_2$ emissions based on efficiency and emission factors from the United States' Common Reporting Format report submitted to the UNFCCC in 2005.

ingredients, as well as the one with the strongest increase. Among soybean (cake) trade flows the one from Brazil to Europe is of a particularly important volume. Cederberg and Flysjö (2004) studied the energy cost of shipping soybean cake from the Mato Grosso to Swedish dairy farms: shipping one tonne requires some 2 900 MJ, of which 70 percent results from ocean transport. Applying this energy need to the annual soybean cake shipped from Brazil to Europe, combined with the IPCC emission factor for ocean vessel engines, results in an annual emission of some 32 thousand tonnes of $CO_2$.

While there are a large number of trade flows, we can take pig, poultry and bovine meat to represent the emissions induced by fossil energy use for shipping animal products around the world. The figures presented in Table 15, Annex 2 are the result of combining traded volumes (FAO, accessed December 2005) with respective distances, vessel capacities and speeds, fuel use of main engine and auxiliary power generators for refrigeration, and their respective emission factors (IPCC, 1997).

These flows represent some 60 percent of international meat trade. Annually they produce some 500 thousand tonnes of $CO_2$. This represents more than 60 percent of total $CO_2$ emissions induced by meat-related sea transport, because the trade flow selection is biased towards the long distance exchange. On the other hand, surface transport to and from the harbour has not been considered. Assuming, for simplicity, that the latter two effects compensate each other, the total annual meat transport-induced $CO_2$ emission would be in the order of 800–850 thousand tonnes of $CO_2$.

## 3.3 Livestock in the nitrogen cycle

Nitrogen is an essential element for life and plays a central role in the organization and functioning of the world's ecosystems. In many terrestrial and aquatic ecosystems, the availability of nitrogen is a key factor determining the nature and diversity of plant life, the population dynamics of both grazing animals and their predators, and vital ecological processes such as plant productivity and the cycling of carbon and soil minerals (Vitousek *et al.*, 1997).

The natural carbon cycle is characterized by

101

BLM_0079841

**Figure 3.2  The nitrogen cycle**



*Source:* Porter and Botkin (1999).

large fossil terrestrial and aquatic pools, and an atmospheric form that is easily assimilated by plants. The nitrogen cycle is quite different: diatomic nitrogen ($N_2$) in the atmosphere is the sole stable (and very large) pool, making up some 78 percent of the atmosphere (see Figure 3.2).

Although nitrogen is required by all organisms to survive and grow, this pool is largely unavailable to them under natural conditions.

For most organisms this nutrient is supplied via the tissues of living and dead organisms, which is why many ecosystems of the world are limited by nitrogen.

The few organisms able to assimilate atmospheric $N_2$ are the basis of the natural N cycle of modest intensity (relative to that of the C cycle), resulting in the creation of dynamic pools in organic matter and aquatic resources. Generally put, nitrogen is removed from the atmosphere

BLM_0079842

by soil micro-organisms, such as the nitrogen-fixing bacteria that colonize the roots of leguminous plants. These bacteria convert it into forms (so-called reactive nitrogen, Nr, in essence all N compounds other than $N_2$) such as ammonia ($NH_3$), which can then be used by the plants. This process is called nitrogen fixation. Meanwhile, other micro-organisms remove nitrogen from the soil and put it back into the atmosphere. This process, called denitrification, returns N to the atmosphere in various forms, primarily $N_2$. In addition, denitrification produces the greenhouse gas nitrous oxide.

### The human impact on the nitrogen cycle

The modest capability of natural ecosystems to drive the N cycle constituted a major hurdle in satisfying the food needs of growing populations (Galloway *et al.*, 2004). The historical increases of legume, rice and soybean cultivation increased N fixation, but the needs of large populations could only be met after the invention of the Haber-Bosch process in the first decade of the twentieth century, to transform $N_2$ into mineral fertilizers (see section on feed sourcing).

In view of the modest natural cycling intensity, additions of chemical N fertilizers had dramatic effects. It has been estimated that humans have already doubled the natural rate of nitrogen entering the land-based nitrogen cycle and this rate is continuing to grow (Vitousek *et al.*, 1997). Synthetic fertilizers now provide about 40 percent of all the nitrogen taken up by crops (Smil, 2001). Unfortunately crop, and especially animal, production uses this additional resource at a rather low efficiency of about 50 percent. The rest is estimated to enter the so-called *nitrogen cascade* (Galloway *et al.*, 2003) and is transported downstream or downwind where the nitrogen can have a sequence of effects on ecosystems and people. Excessive nitrogen additions can pollute ecosystems and alter both their ecological functioning and the living communities they support.

What poses a problem to the atmosphere is that human intervention in the nitrogen cycle has changed the balance of N species in the atmosphere and other reservoirs. Non-reactive molecular nitrogen is neither a greenhouse gas nor an air polluter. However, human activities return much of it in the form of reactive nitrogen species which either is a greenhouse gas or an air polluter. Nitrous oxide is very persistent in the atmosphere where it may last for up to 150 years. In addition to its role in global warming, $N_2O$ is also involved in the depletion of the ozone layer, which protects the biosphere from the harmful effects of solar ultraviolet radiation (Bolin *et al.*, 1981). Doubling the concentration of $N_2O$ in the atmosphere would result in an estimated 10 percent decrease in the ozone layer, which in turn would increase the ultraviolet radiation reaching the earth by 20 percent.

The atmospheric concentration of nitrous oxide has steadily increased since the beginning of the industrial era and is now 16 percent (46 ppb) larger than in 1750 (IPCC, 2001b). Natural sources of $N_2O$ are estimated to emit approximately 10 million tonnes N/yr, with soils contributing about 65 percent and oceans about 30 percent. According to recent estimates, $N_2O$ emissions from anthropogenic sources (agriculture, biomass burning, industrial activities and livestock management) amount to approximately 7–8 million tonnes N/yr (van Aardenne *et al.*, 2001; Mosier *et al.*, 2004). According to these estimates, 70 percent of this results from agriculture, both crop and livestock production. Anthropogenic NO emissions also increased substantially. Although it is not a greenhouse gas (and, therefore, is not further considered in this section), NO is involved in the formation process of ozone, which is a greenhouse gas.

Though quickly re-deposited (hours to days), annual atmospheric emissions of air-polluting ammonia ($NH_3$) increased from some 18.8 million tonnes N at the end of the 19th century to about 56.7 million tonnes in the early 1990s. They are projected to rise to 116 million tonnes N/yr by 2050, giving rise to considerable air pol-

BLM_0079843

lution in a number of world regions (Galloway *et al.*, 2004). This would be almost entirely caused by food production and particularly by animal manure.

Besides increased fertilizer use and agricultural nitrogen fixation, the enhanced $N_2O$ emissions from agricultural and natural ecosystems are also caused by increasing N deposition (mainly of ammonia). Whereas terrestrial ecosystems in the northern hemisphere are limited by nitrogen, tropical ecosystems, currently an important source of $N_2O$ (and NO), are often limited by phosphorus. Nitrogen fertilizer inputs into these phosphorus-limited ecosystems generate NO and $N_2O$ fluxes that are 10 to 100 times greater than the same fertilizer addition to N-limited ecosystems (Hall and Matson, 1999).

Soil $N_2O$ emissions are also regulated by temperature and soil moisture and so are likely to respond to climate changes (Frolking *et al.*, 1998). In fact, chemical processes involving nitrous oxides are extremely complex (Mosier *et al.*, 2004). Nitrification – the oxidation of ammonia to nitrite and then nitrate – occurs in essentially all terrestrial, aquatic and sedimentary ecosystems and is accomplished by specialized bacteria. Denitrification, the microbial reduction of nitrate or nitrite to gaseous nitrogen with NO and $N_2O$ as intermediate reduction compounds, is performed by a diverse and also widely distributed group of aerobic, heterotrophic bacteria.

The main use of ammonia today is in fertilizers, produced from non-reactive molecular nitrogen, part of which directly volatilizes. The largest atmospheric ammonia emission overall comes from the decay of organic matter in soils. The quantity of ammonia that actually escapes from soils into the atmosphere is uncertain; but is estimated at around 50 million tonnes per year (Chameides and Perdue, 1997). As much as 23 million tonnes N of ammonia are produced each year by domesticated animals, while wild animals contribute roughly 3 million tonnes N/yr and human waste adds 2 million tonnes N/yr.

Ammonia dissolves easily in water, and is very reactive with acid compounds. Therefore, once in the atmosphere, ammonia is absorbed by water and reacts with acids to form salts. These salts are deposited again on the soil within hours to days (Galloway *et al.*, 2003) and they in turn can have an impact on ecosystems.

### 3.3.1 Nitrogen emissions from feed-related fertilizer

The estimated global $NH_3$ volatilization loss from synthetic N fertilizer use in the mid-1990s totalled about 11 million tonnes N per year. Of this 0.27 million tonnes emanated from fertilized grasslands, 8.7 million tonnes from rainfed crops and 2.3 million tonnes from wetland rice (FAO/IFA, 2001), estimating emissions in 1995). Most of this occurs in the developing countries (8.6 million tonnes N), nearly half of which in China. Average N losses as ammonia from synthetic fertilizer use is more than twice as high (18 percent) in developing countries than in developed and transition countries (7 percent). Most of this difference in loss rates is resulting from higher temperatures and the dominant use of urea and ammonium bicarbonate in the developing world.

In developing countries about 50 percent of the nitrogen fertilizer used is in the form of urea (FAO/IFA, 2001). Bouwman *et al.* (1997) estimate that $NH_3$ emission losses from urea may be 25 percent in tropical regions and 15 percent in temperate climates. In addition, $NH_3$ emissions may be higher in wetland rice cultivation than in dryland fields. In China, 40–50 percent of the nitrogen fertilizer used is in the form of ammonium bicarbonate, which is highly volatile. The $NH_3$ loss from ammonium bicarbonate may be 30 percent on average in the tropics and 20 percent in temperate zones. By contrast, the $NH_3$ loss from injected anhydrous ammonia, widely used in the United States, is only 4 percent (Bouwman *et al.*, 1997).

What share of direct emissions from fertilizer

BLM_0079844

can we attribute to livestock? As we have seen, a large share of the world's crop production is fed to animals and mineral fertilizer is applied to much of the corresponding cropland. Intensively managed grasslands also receive a significant portion of mineral fertilizer. In Section 3.2.1 we estimated that 20 to 25 percent of mineral fertilizer use (about 20 million tonnes N) can be ascribed to feed production for the livestock sector. Assuming that the low loss rates of an important "fertilizer for feed" user such as the United States is compensated by high loss rates in South and East Asia, the average mineral fertilizer $NH_3$ volatilization loss rate of 14 percent (FAO/IFA, 2001) can be applied. On this basis, livestock production can be considered responsible for a global $NH_3$ volatilization from mineral fertilizer of 3.1 million tonnes $NH_3$-N (tonnes of nitrogen in ammonia form) per year.

Turning now to $N_2O$, the level of emissions from mineral N fertilizer application depends on the mode and timing of fertilizer application. $N_2O$ emissions for major world regions can be estimated using the FAO/IFA (2001) model. Nitrous oxide emissions amount to $1.25 \pm 1$ percent of the nitrogen applied. This estimate is the average for all fertilizer types, as proposed by Bouwman (1995) and adopted by IPCC (1997). Emission rates also vary from one fertilizer type to another. The FAO/IFA (2001) calculations result in a mineral fertilizer $N_2O$-N loss rate of 1 percent. Under the same assumptions as for $NH_3$ above, livestock production can be considered responsible for a global $N_2O$ emission from mineral fertilizer of 0.2 million tonne $N_2O$-N per year.

There is also $N_2O$ emission from leguminous feedcrops, even though they do not generally receive N fertilizer because the rhizobia in their root nodules fix nitrogen that can be used by the plant. Studies have demonstrated that such crops show $N_2O$ emissions of the same level as those of fertilized non-leguminous crops. Considering the world area of soybean and pulses,

and the share of production used for feed, gives a total of some 75 million hectares in 2002 (FAO, 2006b). This would amount to another 0.2 million tonnes of $N_2O$-N per year. Adding alfalfa and clovers would probably about double this figure, although there are no global estimates of their cultivated areas. Russelle and Birr (2004) for example show that soybean and alfalfa together harvest some 2.9 million tonne of fixed N in the Mississippi River Basin, with the $N_2$ fixation rate of alfalfa being nearly twice as high as that of soybean (see also a review in Smil, 1999). It seems therefore probable that livestock production can be considered responsible for a total $N_2O$-N emission from soils under leguminous crops exceeding 0.5 million tonnes per year and a total emission from feedcropping exceeding 0.7 million tonne $N_2O$-N.

### 3.3.2 Emissions from aquatic sources following chemical fertilizer use

The above direct cropland emissions represent some 10 to 15 percent of the anthropogenic, added reactive N (mineral fertilizer and cultivation-induced biological nitrogen fixation – BNF). Unfortunately, a very large share of the remaining N is not incorporated in the harvested plant tissue nor stored in the soil. Net changes in the organically bound nitrogen pool of the world's agricultural soils are very small and may be positive or negative (plus or minus 4 million tonnes N, see Smil, 1999). Soils in some regions have significant gains whereas poorly managed soils in other regions suffer large losses.

As Von Liebig noted back in 1840 (cited in Smil, 2002) one of agriculture's main objectives is to produce digestible N, so cropping aims to accumulate as much N as possible in the harvested product. But even modern agriculture involves substantial losses – N efficiency in global crop production is estimated to be only 50 or 60 percent (Smil, 1999; van der Hoek, 1998). Reworking these estimates to express efficiency as the amount of N harvested from the world's cropland

BLM_0079845

with respect to the annual N input,[10] results in an even lower efficiency of some 40 percent.

This result is affected by animal manure, which has a relatively high loss rate as compared to mineral fertilizer (see following section). Mineral fertilizer is more completely absorbed, depending on the fertilizer application rate and the type of mineral fertilizer. The most efficient combination reported absorbed nearly 70 percent. Mineral fertilizer absorption is typically somewhat above 50 percent in Europe, while the rates for Asian rice are 30 to 35 percent (Smil, 1999).

The rest of the N is lost. Most of the N losses are not directly emitted to the atmosphere, but enter the N cascade through water. The share of losses originating from fertilized cropland is not easily identified. Smil (1999) attempted to derive a global estimate of N losses from fertilized cropland. He estimates that globally, in the mid-1990, some 37 million tonnes N were exported from cropland through nitrate leaching (17 million tonnes N) and soil erosion (20 tonnes N). In addition, a fraction of the volatilized ammonia from mineral fertilizer N (11 million tonnes N yr$^{-1}$) finally also reaches the surface waters after deposition (some 3 million tonnes N yr$^{-1}$).

This N is gradually denitrified in subsequent reservoirs of the nitrogen cascade (Galloway *et al.*, 2003). The resulting enrichment of aquatic

ecosystems with reactive N results in emissions not only of $N_2$, but also nitrous oxide. Galloway *et al.* (2004) estimate the total anthropogenic $N_2O$ emission from aquatic reservoirs to equal some 1.5 million tonnes N, originating from a total of some 59 million tonnes N transported to inland waters and coastal areas. Feed and forage production induces a loss of N to aquatic sources of some 8 to 10 million tonnes yr$^{-1}$ if one assumes such losses to be in line with N-fertilization shares of feed and forage production (some 20-25 percent of the world total, see carbon section). Applying the overall rate of anthropogenic aquatic $N_2O$ emissions (1.5/59) to the livestock induced mineral fertilizer N loss to aquatic reservoirs results in a livestock induced emissions from aquatic sources of around 0.2 million tonnes N $N_2O$.

### 3.3.3 Wasting of nitrogen in the livestock production chain

The efficiency of N assimilation by crops leaves much to be desired. To a large extent this low efficiency is owing to management factors, such as the often excessive quantity of fertilizers applied, as well as the form and timing of applications. Optimizing these parameters can result in an efficiency level as high as 70 percent. The remaining 30 percent can be viewed as inherent (unavoidable) loss.

The efficiency of N assimilation by livestock is even lower. There are two essential differences between N in animal production and N in crop N use the:

- overall assimilation efficiency is much lower; and
- wasting induced by non-optimal inputs is generally lower.

As a result the inherent N assimilation efficiency of animal products is low leading to high N wasting under all circumstances.

N enters livestock through feed. Animal feeds contain 10 to 40 grams of N per kilogram of dry matter. Various estimates show livestock's low

---

[10] Crop production, as defined by van der Hoek, includes pastures and grass. Reducing inputs and outputs of the N balance to reflect only the cropland balance (animal manure N down to 20 million tonnes N as in FAO/IFA, 2001; Smil, 1999, and removing the consumed grass N output) results in a crop product assimilation efficiency of 38 percent. Smil's definition of cropland N recovery rates is less broad, but it does include forage crops. Forage crops contain many leguminous species and, therefore, improve the overall efficiency. Removing them from the balance appears to have only a minor effect. Though, Smil expresses recovery as the N contained in the entire plant tissue. A substantial part of this is not harvested (he estimates crop residues to contain 25 million tonnes N); some of this is lost upon decomposition after crop harvest and some (14 million tonnes N) re-enters the following cropping cycle. Removing crop residues from the balance gives a harvested crop N recovery efficiency of 60/155 million tonnes N= 38 percent.

BLM_0079846

efficiency in assimilating N from feed. Aggregating all livestock species, Smil (1999) estimated that in the mid-1990s livestock excreted some 75 million tonnes N. Van der Hoek (1998) estimates that globally livestock products contained some 12 million tonnes N in 1994. These figures suggest an underlying assimilation efficiency of only 14 percent. Considering only crop-fed animal production, Smil (2002) calculated a similar average efficiency of 15 percent (33 million tonnes N from feed, forage and residues producing 5 million tonnes of animal food N). NRC (2003) estimated the United States livestock sector's N assimilation efficiency also at 15 percent (0.9 over 5.9 million tonne N). According to the IPCC (1997), the retention of nitrogen in animal products, i.e., milk, meat, wool and eggs, generally ranges from about 5 to 20 percent of the total nitrogen intake. This apparent homogeneity of estimations may well hide different causes such as low feed quality in semi-arid grazing systems and excessively N-rich diets in intensive systems.

Efficiency varies considerably between different animal species and products. According to estimates by Van der Hoek (1998) global N efficiency is around 20 percent for pigs and 34 percent for poultry. For the United States, Smil (2002) calculated the protein conversion efficiency of dairy products at 40 percent, while that of beef cattle is only 5 percent. The low N efficiency of cattle on a global scale is partly inherent, given they are large animals with long gestation periods and a high basal metabolic rate. But the global cattle herd also comprises a large draught animal population whose task is to provide energy, not protein. For example, a decade ago cattle and horses still accounted for 25 percent of China's agricultural energy consumption (Mengjie and Yi, 1996). In addition, in many areas of the world, grazing animals are fed at bare maintenance level, consuming without producing much.

As a result, a huge amount of N is returned to the environment through animal excretions. However, not all this excreted N is wasted. When used as organic fertilizer, or directly deposited on grassland or crop fields, some of the reactive N re-enters the crop production cycle. This is particularly the case for ruminants, therefore, their contribution to overall N loss to the environment is less than their contribution to N in animal waste. Smil (2002) also noted that "this (ruminant assimilation: ed.) inefficiency is irrelevant in broader N terms as long as the animals (ruminants: ed.) are totally grass-fed, or raised primarily on crop and food processing residues (ranging from straw to bran and from oilseed cakes to grapefruit rinds) that are indigestible or unpalatable for non-ruminant species. Such cattle feeding calls for no, or minimal – because some pastures are fertilized – additional inputs of fertilizer-N. Any society that would put a premium on reducing N losses in agro-ecosystems would thus produce only those two kinds of beef. In contrast, beef production has the greatest impact on overall N use when the animals are fed only concentrates, which are typically mixtures of cereal grains (mostly corn) and soybeans".

Significant emissions of greenhouse gases to the atmosphere do arise from losses of N from animal waste that contain large amounts of N and have a chemical composition which induces very high loss rates. For sheep and cattle, faecal excretion is usually about 8 grams of N per kilogram of dry matter consumed, regardless of the nitrogen content of the feed (Barrow and Lambourne, 1962). The remainder of the nitrogen is excreted in the urine, and as the nitrogen content of the diet increases, so does the proportion of nitrogen in the urine. In animal production systems where the animal intake of nitrogen is high, more than half of the nitrogen is excreted as urine.

Losses from manure occur at different stages: during storage; shortly after application or direct deposition to land and losses at later stages.

### 3.3.4 Nitrogen emissions from stored manure

During storage (including the preceding excretion in animal houses) the organically bound

BLM_0079847

Livestock's long shadow

nitrogen in faeces and urine starts to mineralize to $NH_3/NH_4^+$, providing the substrate for nitrifiers and denitrifiers (and hence, eventual production of $N_2O$). For the most part, these excreted N compounds mineralize rapidly. In urine, typically over 70 percent of the nitrogen is present as urea (IPCC, 1997). Uric acid is the dominant nitrogen compound in poultry excretions. The hydrolysis of both urea and uric acid to $NH_3/NH_4^+$ is very rapid in urine patches.

Considering first $N_2O$ emissions, generally only a very small portion of the total nitrogen excreted is converted to $N_2O$ during handling and storage of managed waste. As stated above, the waste composition determines its potential mineralization rate, while the actual magnitude of $N_2O$ emissions depend on environmental conditions. For $N_2O$ emissions to occur, the waste must first be handled aerobically, allowing ammonia or organic nitrogen to be converted to nitrates and nitrites (nitrification). It must then be handled anaerobically, allowing the nitrates and nitrites to be reduced to $N_2$, with intermediate production of $N_2O$ and nitric oxide (NO) (denitrification). These emissions are most likely to occur in dry waste-handling systems, which have aerobic conditions, and contain pockets of anaerobic conditions owing to saturation. For example, waste in dry lots is deposited on soil, where it is oxidized to nitrite and nitrate, and has the potential to encounter saturated conditions. There is an antagonism between emission risks of methane versus nitrous oxide for the different waste storage pathways – trying to reduce methane emissions may well increase those of $N_2O$.

The amount of $N_2O$ released during storage and treatment of animal wastes depends on the system and duration of waste management and the temperature. Unfortunately, there is not enough quantitative data to establish a relationship between the degree of aeration and $N_2O$ emission from slurry during storage and treatment. Moreover, there is a wide range of estimates for the losses. When expressed in $N_2O$ N/kg nitrogen in the waste (i.e. the share of N

in waste emitted to the atmosphere as nitrous oxide), losses from animal waste during storage range from less than 0.0001 kg $N_2O$ N/kg N for slurries to more than 0.15 kg $N_2O$ N/kg nitrogen in the pig waste of deep-litter stables. Any estimation of global manure emission needs to consider these uncertainties. Expert judgement, based on existing manure management in different systems and world regions, combined with default IPCC emission factors (Box 3.3),[11] suggests $N_2O$ emissions from stored manure equivalent to 0.7 million tonnes N yr$^{-1}$.

Turning to ammonia, rapid degradation of urea and uric acid to ammonium leads to very significant N losses through volatilization during storage and treatment of manure. While actual emissions are subject to many factors, particularly the manure management system and ambient temperature, most of the $NH_3$ N volatilizes during storage (typically about one-third of initially voided N), and before application or discharge. Smil (1999) (Galloway et al., 2003 used Smil's paper for estimate) estimate that globally about 10 million tonnes of $NH_3$ N were lost to the atmosphere from confined animal feeding operations in the mid 1990s. Although, only a part of all collected manure originates from industrial systems.

On the basis of the animal population in industrial systems (Chapter 2), and their estimated manure production (IPCC, 1997), the current amount of N in the corresponding animal waste can be estimated at 10 million tonnes, and the corresponding $NH_3$ volatilization from stored manure at 2 million tonnes N.

Thus, volatilization losses during animal waste

---

[11]See also Annex 3.3. Regional livestock experts provided information on the relative importance of different waste management systems in each of the region's production systems through a questionnaire. On the basis of this information, waste management and gaseous emission experts from the Recycling of Agricultural, Municipal and Industrial Residues in Agriculture Network (RAMIRAN; available at www.ramiran.net) estimated region and system specific emissions.

BLM_0079848

management are not far from those from current synthetic N fertilizer use. On the one hand, this nitrogen loss reduces emissions from manure once applied to fields; on the other, it gives rise to nitrous oxide emissions further down the "nitrogen cascade."

### 3.3.5 Nitrogen emissions from applied or deposited manure

Excreta freshly deposited on land (either applied by mechanical spreading or direct deposition by the livestock) have high nitrogen loss rates, resulting in substantial ammonia volatilization. Wide variations in the quality of forages consumed by ruminants and in environmental conditions make N emissions from manure on pastures difficult to quantify. FAO/IFA (2001) estimate the N loss via $NH_3$ volatilization from animal manure, after application, to be 23 percent worldwide. Smil (1999) estimates this loss to be at least 15–20 percent.

The IPCC proposes a standard N loss fraction from ammonia volatilization of 20 percent, without differentiating between applied and directly deposited manure. Considering the substantial N loss from volatilization during storage (see preceding section) the total ammonia volatilization following excretion can be estimated at around 40 percent. It seems reasonable to apply this rate to directly deposited manure (maximum of 60 percent or even 70 percent have been recorded), supposing that the lower share of N in urine in tropical land-based systems is compensated by the higher temperature. We estimate that in the mid-1990s around 30 million tonnes of N was directly deposited on land by animals in the more extensive systems, producing an $NH_3$ volatilization loss of some 12 million tonnes N.[12]

----

[12] From the estimated total of 75 million tonnes N excreted by livestock we deduce that 33 million tonnes were applied to intensively used grassland, upland crops and wetland rice (FAO/IFA, 2001) and there were 10 million tonnes of ammonia losses during storage. Use of animal manure as fuel is ignored.

Added to this, according to FAO/IFA (2001) the post application loss of managed animal manure was about 8 million tonnes N, resulting in a total ammonia volatilization N loss from animal manure on land of around 20 million tonnes N.

These figures have increased over the past decade. Even following the very conservative IPCC ammonia volatilization loss fraction of 20 percent and subtracting manure used as for fuel results in an estimated $NH_3$ volatilization loss following manure application/deposition of some 25 million tonnes N in 2004.

Turning now to $N_2O$, the soil emissions originating from the remaining external nitrogen input (after subtraction of ammonia volatilization) depend on a variety of factors, particularly soil water filled pore space, organic carbon availability, pH, soil temperature, plant/crop uptake rate and rainfall characteristics (Mosier et al., 2004). However, because of the complex interaction and the highly uncertain resulting $N_2O$ flux, the revised IPCC guidelines are based on N inputs only, and do not consider soil characteristics. Despite this uncertainty, manure-induced soil emissions are clearly the largest livestock source of $N_2O$ worldwide. Emission fluxes from animal grazing (unmanaged waste, direct emission) and from the use of animal waste as fertilizer on cropland are of a comparable magnitude. The grazing-derived $N_2O$ emissions are in the range of 0.002–0.098 kg $N_2O$–N/kg nitrogen excreted, whereas the default emission factor used for fertilizer use is set at 0.0125 kg $N_2O$–N/kg nitrogen. Nearly all data pertain to temperate areas and to intensively managed grasslands. Here, the nitrogen content of dung, and especially urine, are higher than from less intensively managed grasslands in the tropics or subtropics. It is not known to what extent this compensates for the enhanced emissions in the more phosphorus-limited tropical ecosystems.

Emissions from applied manure must be calculated separately from emissions from waste excreted by animals. The FAO/IFA study (2001) estimates the $N_2O$ loss rate from applied manure

BLM_0079849

---

**Box 3.3** **A new assessment of nitrous oxide emissions from manure by production system, species and region**

The global figures we have cited demonstrate the importance of nitrous oxide emissions from animal production. However, to set priorities in addressing the problem, we need a more detailed understanding of the origin of these emissions, by evaluating the contribution of different production systems, species and world regions to the global totals.

Our assessment, detailed below, is based on current livestock data and results in a much higher estimate than most recent literature, which is based on data from the mid-1990s. The livestock sector has evolved substantially over the last decade. We estimate a global N excretion of some 135 million tonnes per year, whereas recent literature (e.g. Galloway *et al.*, 2003) still cites an estimate of 75 million tonnes $yr^{-1}$ derived from mid-1990s data.

Our estimates of $N_2O$ emissions from manure and soils are the result of combining current livestock production and population data (Groenewold, 2005) with the IPCC methodology (IPCC, 1997). Deriving $N_2O$ emissions from manure management requires a knowledge of:

- N excretion by livestock type,
- the fraction of manure handled in each of the different manure management systems, and
- an emission factor (per kg N excreted) for each of the manure management systems.

The results are summed for each livestock species within a world region/production system (see Chapter 2) and multiplied by N excretion for that livestock type to derive the emission factor for $N_2O$ per head.

Table 3.11

**Estimated total $N_2O$ emission from animal excreta in 2004**

| Region/country | $N_2O$ emissions from manure management, after application/deposition on soil and direct emissions | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dairy cattle | Other cattle | Buffalo | Sheep and goats | Pigs | Poultry | Total |
| | *(.................................................... million tonnes per year ................................................)* | | | | | | |
| Sub-Saharan Africa | 0.06 | 0.21 | 0.00 | 0.13 | 0.01 | 0.02 | **0.43** |
| Asia excluding China and India | 0.02 | 0.14 | 0.06 | 0.05 | 0.03 | 0.05 | **0.36** |
| India | 0.03 | 0.15 | 0.06 | 0.05 | 0.01 | 0.01 | **0.32** |
| China | 0.01 | 0.14 | 0.03 | 0.10 | 0.19 | 0.10 | **0.58** |
| Central and South America | 0.08 | 0.41 | 0.00 | 0.04 | 0.04 | 0.05 | **0.61** |
| West Asia and North Africa | 0.02 | 0.03 | 0.00 | 0.09 | 0.00 | 0.03 | **0.17** |
| North America | 0.03 | 0.20 | 0.00 | 0.00 | 0.04 | 0.04 | **0.30** |
| Western Europe | 0.06 | 0.14 | 0.00 | 0.07 | 0.07 | 0.03 | **0.36** |
| Oceania and Japan | 0.02 | 0.08 | 0.00 | 0.09 | 0.01 | 0.01 | **0.21** |
| Eastern Europe and CIS | 0.08 | 0.10 | 0.00 | 0.03 | 0.04 | 0.02 | **0.28** |
| Other developed | 0.00 | 0.03 | 0.00 | 0.02 | 0.00 | 0.00 | **0.06** |
| **Total** | **0.41** | **1.64** | **0.17** | **0.68** | **0.44** | **0.36** | 3.69 |
| **Livestock Production System** | | | | | | | |
| Grazing | 0.11 | 0.54 | 0.00 | 0.25 | 0.00 | 0.00 | **0.90** |
| Mixed | 0.30 | 1.02 | 0.17 | 0.43 | 0.33 | 0.27 | **2.52** |
| Industrial | 0.00 | 0.08 | 0.00 | 0.00 | 0.11 | 0.09 | **0.27** |

*Source:* Own calculations.

BLM_0079850

Box 3.3 (cont.)

Direct emissions resulting from manure applications (and grazing deposits) to soils were derived using the default emission factor for N applied to land (0.0125 kg $N_2O$-N/kg N). To estimate the amount of N applied to land, N excretion per livestock type was reduced allowing for the estimated fraction lost as ammonia and/or nitrogen oxides during housing and storage, the fraction deposited directly by grazing livestock, and the fraction used as fuel.

The results of these calculations (Table 3.11) show that emissions originating from animal manure are much higher than any other $N_2O$ emissions caused by the livestock sector. In both exten-

sive and intensive systems emissions from manure are dominated by soil emissions. Among soil emissions, emissions from manure management are more important. The influence of the characteristics of different production systems is rather limited. The strong domination of $N_2O$ emissions by mixed livestock production systems is related in a rather linear way to the relative numbers of the corresponding animals. Large ruminants are responsible for about half the total $N_2O$ emissions from manure.

Map 33 (Annex 1) presents the distribution among the world regions of the $N_2O$ emissions of the different production systems.

at 0.6 percent,[13] i.e. lower than most mineral N fertilizers, resulting in an animal manure soil $N_2O$ loss in the mid 1990s of 0.2 million tonnes N. Following the IPCC methodology would increase this to 0.3 million tonnes N.

Regarding animal waste excreted in pastures, dung containing approximately 30 million tonnes N was deposited on land in the more extensive systems in the mid-1990s. Applying the IPCC "overall reasonable average emission factor" (0.02 kg $N_2O$–N/kg of nitrogen excreted) to this total results in an animal manure soil $N_2O$ loss of 0.6 million tonne N, making a total $N_2O$ emission of about 0.9 million tonnes N in the mid-1990s.

Applying the IPCC methodology to the *current* estimate of livestock production system and animal numbers results in an overall "direct" animal manure soil $N_2O$ loss totalling 1.7 million tonnes N per year. Of this, 0.6 million tonnes derive from grazing systems, 1.0 million tonnes

from mixed and 0.1 million tonnes from industrial production systems (see Box 3.3).

### 3.3.6 Emissions following manure nitrogen losses after application and direct deposition

In the mid-1990s, after losses to the atmosphere during storage and following application and direct deposition, some 25 million tonnes of nitrogen from animal manure remained available per year for plant uptake in the world's croplands and intensively used grasslands. Uptake depends on the ground cover: legume/grass mixtures can take up large amount of added N, whereas loss from row crops[14] is generally substantial, and losses from bare/ploughed soil are much higher still.

If we suppose that N losses in grassland, through leaching and erosion, are negligible, and apply the crop N use efficiency of 40 percent to the remainder of animal manure N applied

---

[13] Expressed as a share of the initially applied amount, without deduction of the on-site ammonia volatilization, which may explain why the IPCC default is higher.

[14] Agricultural crops, such as corn and soybeans, that are grown in rows.

BLM_0079851

to cropland,[15] then we are left with some 9 or 10 million tonnes N that mostly entered the N cascade through water in the mid-1990s. Applying the $N_2O$ loss rate for subsequent $N_2O$ emission (Section 3.3.2) gives us an estimate of an additional emission of some 0.2 million tonne N $N_2O$ from this channel. $N_2O$ emissions of similar size can be expected to have resulted from the re-deposited fraction of the volatilized $NH_3$ from manure that reached the aquatic reservoirs in the mid-1990s.[16] Total $N_2O$ emissions following N losses would, therefore, have been in the order of 0.30.4 million tonnes N $N_2O$ per year in that period.

We have updated these figures for the current livestock production system estimates, using the IPCC methodology for indirect emissions. The current overall "indirect" animal manure $N_2O$ emission following volatilization and leaching would then total around 1.3 million tonnes N per year. However, this methodology is beset with high uncertainties, and may lead to an overestimation because manure during grazing is considered. The majority of $N_2O$ emissions, or about 0.9 million tonnes N, would still originate from mixed systems.

## 3.4 Summary of livestock's impact

Overall, livestock activities contribute an estimated 18 percent to total anthropogenic greenhouse gas emissions from the five major sectors for greenhouse gas reporting: energy, industry, waste, land use, land use change and forestry (LULUCF) and agriculture.

Considering the last two sectors only, livestock's share is over 50 percent. For the agriculture sector alone, livestock constitute nearly 80 percent of all emissions. Table 3.12 summarizes livestock's

---

[15] FAO/IFA (2001) data on animal manure application to cropland, diminished by the FAO/IFA N volatilization and emission estimates.

[16] Applying the same $N_2O$ loss rate for subsequent emission to the roughly 6 million tonnes N reaching the aquatic reservoirs out of the total of 22 million tonnes manure N volatilized as $NH_3$ in the mid-1990s according to the literature.

overall impact on climate change by: major gas, source and type of production system.

Here we will summarize the impact for the three major greenhouse gases.

### Carbon dioxide

*Livestock account for 9 percent of global anthropogenic emissions*

When deforestation for pasture and feedcrop land, and pasture degradation are taken into account, livestock-related emissions of carbon dioxide are an important component of the global total (some 9 percent). However, as can be seen from the many assumptions made in preceding sections, these totals have a considerable degree of uncertainty. LULUCF sector emissions in particular are extremely difficult to quantify and the values reported to the UNFCCC for this sector are known to be of low reliability. This sector is therefore often omitted in emissions reporting, although its share is thought to be important.

Although small by comparison to LULUCF, the livestock food chain is becoming more fossil fuel intensive, which will increase carbon dioxide emissions from livestock production. As ruminant production (based on traditional local feed resources) shifts to intensive monogastrics (based on food transported over long distances), there is a corresponding shift away from solar energy harnessed by photosynthesis, to fossil fuels.

### Methane

*Livestock account for 35–40 percent of global anthropogenic emissions*

The leading role of livestock, in methane emissions, has long been a well-established fact. Together, enteric fermentation and manure represent some 80 percent of agricultural methane emissions and about 35–40 percent of the total anthropogenic methane emissions.

With the decline of ruminant livestock in relative terms, and the overall trend towards higher productivity in ruminant production, it is unlikely

BLM_0079852

Table 3.12

**Role of livestock in carbon dioxide, methane and nitrous oxide emissions**

| Gas | Source | Mainly related to extensive systems ($10^9$ tonnes $CO_2$ eq.) | Mainly related to intensive systems ($10^9$ tonnes $CO_2$ eq.) | Percentage contribution to total animal food GHG emissions |
|---|---|---|---|---|
| $CO_2$ | Total anthropogenic $CO_2$ emissions | 24 (~31) | | |
| | Total from livestock activities | ~0.16 (~2.7) | | |
| | N fertilizer production | | 0.04 | 0.6 |
| | on farm fossil fuel, feed | | ~0.06 | 0.8 |
| | on farm fossil fuel, livestock-related | | ~0.03 | 0.4 |
| | deforestation | (~1.7) | (~0.7) | 34 |
| | cultivated soils, tillage | | (~0.02) | 0.3 |
| | cultivated soils, liming | | (~0.01) | 0.1 |
| | desertification of pasture | (~0.1) | | 1.4 |
| | processing | | 0.01 – 0.05 | 0.4 |
| | transport | | ~0.001 | |
| $CH_4$ | Total anthropogenic $CH_4$ emissions | 5.9 | | |
| | Total from livestock activities | 2.2 | | |
| | enteric fermentation | 1.6 | 0.20 | 25 |
| | manure management | 0.17 | 0.20 | 5.2 |
| $N_2O$ | Total anthropogenic $N_2O$ emissions | 3.4 | | |
| | Total from livestock activities | 2.2 | | |
| | N fertilizer application | | ~0.1 | 1.4 |
| | indirect fertilizer emission | | ~0.1 | 1.4 |
| | leguminous feed cropping | | ~0.2 | 2.8 |
| | manure management | 0.24 | 0.09 | 4.6 |
| | manure application/deposition | 0.67 | 0.17 | 12 |
| | indirect manure emission | ~0.48 | ~0.14 | 8.7 |
| | Grand total of anthropogenic emissions | 33 (~40) | | |
| | Total emissions from livestock activities | ~4.6 (~7.1) | | |
| | Total extensive vs. intensive livestock system emissions | 3.2 (~5.0) | 1.4 (~2.1) | |
| | Percentage of total anthropogenic emissions | 10 (~13%) | 4 (~5%) | |

*Note:* All values are expressed in billion tonnes of $CO_2$ equivalent; values between brackets are or include emission from the land use, land-use change and forestry category; relatively imprecise estimates are preceded by a tilde.
Global totals from CAIT, WRI, accessed 02/06. Only $CO_2$, $CH_4$ and $N_2O$ emissions are considered in the total greenhouse gas emission.
Based on the analyses in this chapter, livestock emissions are attributed to the sides of the production system continuum (from extensive to intensive/industrial) from which they originate.

BLM_0079853

that the importance of enteric fermentation will increase further. However, methane emissions from animal manure, although much lower in absolute terms, are considerable and growing rapidly.

### Nitrous oxide

*Livestock account for 65 percent of global anthropogenic emissions*

Livestock activities contribute substantially to the emission of nitrous oxide, the most potent of the three major greenhouse gases. They contribute almost two-thirds of all anthropogenic $N_2O$ emissions, and 75–80 percent of agricultural emissions. Current trends suggest that this level will substantially increase over the coming decades.

### Ammonia

*Livestock account for 64 percent of global anthropogenic emissions*

Global anthropogenic atmospheric emission of ammonia has recently been estimated at some 47 million tonnes N (Galloway *et al.*, 2004). Some 94 percent of this is produced by the agricultural sector. The livestock sector contributes about 68 percent of the agriculture share, mainly from deposited and applied manure.

The resulting air and environmental pollution (mainly eutrophication, also odour) is more a local or regional environmental problem than a global one. Indeed, similar levels of N depositions can have substantially different environmental effects depending on the type of ecosystem they affect. The modelled distribution of atmospheric N deposition levels (Figure 3.3) are a better indication of the environmental impact than the global figures. The distribution shows a strong and clear co-incidence with intensive livestock production areas (compare with Map 13).

The figures presented are estimates for the overall global-level greenhouse gas emissions. However, they do not describe the entire issue of livestock-induced change. To assist decision-making, the level and nature of emissions need

to be understood in a local context. In Brazil, for example, carbon dioxide emissions from land-use change (forest conversion and soil organic matter loss) are reported to be much higher than emissions from the energy sector. At the same time, methane emissions from enteric fermentation strongly dominate the country's total methane emission, owing to the extensive beef cattle population. For this same reason pasture soils produce the highest nitrous oxide emissions in Brazil, with an increasing contribution from manure. If livestock's role in land-use change is included, the contribution of the livestock sector to the total greenhouse gas emission of this very large country can be estimated to be as high as 60 percent, i.e. much higher than the 18 percent at world level (Table 3.12).

## 3.5 Mitigation options

Just as the livestock sector makes large and multiple contributions to climate change and air pollution, so there are multiple and effective options for mitigation. Much can be done, but to get beyond a "business as usual" scenario will require a strong involvement of public policy. Most of the options are not cost neutral – simply enhancing awareness will not lead to widespread adoption. Moreover, by far the largest share of emissions come from more extensive systems, where poor livestock holders often extract marginal livelihoods from dwindling resources and lack the funds to invest in change. Change is a matter of priority and vision, of making short-term expenses (for compensation or creation of alternatives) for long-term benefits.

We will examine the policy aspects in Chapter 6. Here we explore the main technical options, including those for substantially reducing the major current emissions and those that will create or expand substantial sinks.

Globally climate change is strongly associated with carbon dioxide emissions, which represent roughly three quarters of the total anthropogenic emissions. Because the energy sector accounts for about three-quarters of anthropogenic $CO_2$,

BLM_0079854



Figure 3.3  Spatial pattern of total inorganic nitrogen deposition in the early 1990s

*Note:* Units – mg N per square metre per year.
*Source:* Galloway *et al.*, (2004).

limited attention has been paid to reducing emissions of other gases from other sectors. In a development context, particularly, this is not justified. While developing countries account for only 36 percent of $CO_2$ emissions, they produce more than half of $N_2O$ and nearly two-thirds of $CH_4$. It is therefore surprising to see that even in the case of a large country such as Brazil, most mitigation efforts focus on the energy sector.

### 3.5.1 Sequestering carbon and mitigating $CO_2$ emissions

Compared to the amounts of carbon released from changes in land use and land-degradation, emissions from the food chain are small. So for $CO_2$ the environmental focus needs to be on

addressing issues of land-use change and land degradation. Here the livestock sector offers a significant potential for carbon sequestration, particularly in the form of improved pastures.

**Reducing deforestation by agricultural intensification**

When it comes to land-use change, the challenge lies in slowing and eventually halting and reversing deforestation. The still largely uncontrolled process urgently needs to be consciously planned, on the basis of trade-offs between benefits and costs at different spatial and temporal scales. Amazon deforestation, related to agricultural expansion for livestock, has been demonstrated to contribute substantially to global

BLM_0079855

anthropogenic carbon dioxide emissions. The forecast increase in emissions could be curtailed if development strategies were implemented to control frontier expansion and create economic alternatives (Carvalho *et al.*, 2004).

Creating incentives for forest conservation and decreased deforestation, in Amazonia and other tropical areas, can offer a unique opportunity for climate change mitigation, especially given the ancillary benefits (see Chapter 6 on policies) and relative low costs. Any programme that aims to set aside land for the purpose of sequestering carbon must do so without threatening food security in the region. Vlek *et al.* (2004) consider that the only available option to free up the land necessary for carbon sequestration would be intensification of agricultural production on some of the better lands, for example by increased fertilizer inputs. They demonstrate that the increased carbon dioxide emissions related to the extra fertilizer production would be far outweighed by the sequestered or avoided emissions of organic carbon related to deforestation. Increased fertilizer use though constitutes just one of many options for intensification. Others include higher-yielding, better adapted varieties and improved land and water management. Although rationally attractive, the "sequestration through intensification" paradigm may not be effective in all socio-political contexts and imposes strong conditions on the regulatory framework and its enforcement. Where deforestation occurs, and where it is accepted, care should be taken to quickly transform the area into a sustainable agricultural area, for example by implementing practices like silvo-pastoral systems (see Box 6.2, Chapter 6) and conservation agriculture, thus preventing irreversible damage.

**Restoring soil organic carbon to cultivated soils**
The relatively low carbon dioxide emissions from arable land leave little scope for significant mitigation. But there is a huge potential for net sequestration of carbon in cultivated soils. The carbon sink capacity of the world's agricultural and degraded soils is 50 to 66 percent of the historic carbon loss from soils of 42 to 78 gigatons of carbon (Lal, 2004a). In addition, carbon sequestration has the potential to enhance food security and to offset fossil fuel emissions.

Soil processes, with respect to carbon, are characterized by the dynamic equilibrium of input (photosynthesis) and output (respiration). Under conventional cultivation practices, the conversion of natural systems to cultivated agriculture results in losses of soil organic carbon (SOC) on the order of 20 to 50 percent of the precultivation stocks in the top one metre (Paustian *et al.*, 1997; Lal and Bruce, 1999).

Changing environmental conditions and land management may induce a change in the equilibrium to a new level that is considered stable. There are now proven new practices that can improve soil quality and raise soil organic carbon levels. The full potential for terrestrial soil carbon sequestration is uncertain, because of insufficient data and understanding of SOC dynamics at all levels, including molecular, landscape, regional and global scales (Metting *et al.*, 1999). According to the IPCC (2000) improved practices typically allow soil carbon to increase at a rate of about 0.3 tonnes of carbon per hectare per year. If these practices were adopted on 60 percent of the available arable land worldwide, they would result in a capture of about 270 million tonnes C per year over the next few decades (Lal, 1997). It is unclear if this rate is sustainable: research shows a relatively rapid increase in carbon sequestration for a period of about 25 years and a gradual levelling thereafter (Lal *et al.*, 1998).

Non-conventional practices can be grouped into three classes: agricultural intensification, conservation tillage, and erosion reduction. Examples of intensifying practices are improved cultivars, irrigation, organic and inorganic fertilization, management of soil acidity, integrated pest management, double-cropping, and crop

BLM_0079856

rotations including green manure and cover crops. Increasing crop yields result in more carbon accumulated in crop biomass or in an alteration of the harvest index. The higher crop residues, sometimes associated with higher yields, favour enhanced soil carbon storage (Paustian *et al.*, 1997).

IPCC (2000) provides an indication of the "carbon gain rate" that can be obtained for some practices.

Conservation tillage is any tillage and planting system in which 30 percent, or more, of the crop residue remains on the soil surface after planting. Generally it also comprises reduced mechanical intervention during the cropping season. Conservation tillage can include specific tillage types such as no-till, ridge-till, mulch-till, zone-till, and strip-till systems, chosen by farmers to address soil type, crop grown, machinery available, and local practice. Although these systems were originally developed to address problems of water quality, soil erosion and agricultural sustainability, they also lead to higher soil organic carbon and increased fuel efficiency (owing to reduced use of machinery for soil cultivation). Hence, at the same time, they increase carbon sinks and reduce carbon emissions.

Conservation tillage is achieving widespread adoption around the world. In 2001, a study conducted by the American Soybean Association (ASA) showed that a majority of the 500 000 soybean farmers in the United States had adopted conservation tillage practices following the introduction of herbicide-resistant soybeans (Nill, 2005). The resulting topsoil carbon increase also enables the land to absorb increasing amounts of rainfall, with a corresponding reduction in runoff and much better drought resistance compared to conventionally tilled soybeans.

The IPCC (2000) estimates that conservation tillage can sequester 0.1–1.3 tonnes C ha$^{-1}$ y$^{-1}$ globally, and could feasibly be adopted on up to 60 percent of arable lands. These benefits accrue only if conservation tillage continues: a return

to intensive tillage or mould-board ploughing can negate or offset any gains and restore the sequestered carbon to the atmosphere. Soil carbon sequestration can be even further increased when cover crops are used in combination with conservation tillage.

Similar results have been reported from organic farming,[17] which has evolved since the early years of the twentieth century. Organic farming increases soil organic carbon content. Additional benefits are reported such as reversing of land degradation, increasing soil fertility and health. Trials of maize and soybean reported in Vasilikiotis (2001) demonstrated that organic systems can achieve yields comparable to conventional intensive systems, while also improving long-term soil fertility and drought resistance.

These improved agriculture practices are also the major components of sustainable agriculture and rural development as outlined in the UNCED Agenda 21 (Chapter 14). Although farmers' adoption of these practices also create on-farm benefits such as increased crop yields, the adoption of such practices on a wider scale largely depends on the extent that farmers are faced with the environmental consequences of their current practices. Farmers may also need additional knowledge and resources before they will invest in such practices. Farmers will make their own choices, depending on expected net returns, in the context of existing agriculture and environmental policies.

---

[17] Organic farming is the outcome of theory and practice since the early years of the twentieth century, involving a variety of alternative methods of agricultural production mainly in northern Europe. There have been three important movements: biodynamic agriculture, which appeared in Germany; organic farming, which originated in England; and biological agriculture, which was developed in Switzerland. Despite some differences of emphasis, the common feature of all these movements is to stress the essential link between farming and nature, and to promote respect for natural equilibria. They distance themselves from the conventional approach to farming, which maximizes yields through the use of various kinds of synthetic products.

BLM_0079857

Table 3.13

**Global terrestrial carbon sequestration potential from improved management**

| Carbon sink | Potential sequestration (billion tonnes C per year) |
| --- | --- |
| Arable lands | 0.85 – 0.90 |
| Biomass crops for biofuel | 0.5 – 0.8 |
| Grassland and rangelands | 1.7 |
| Forests | 1–2 |

*Source:* adapted from Rice (1999).

## Reversing soil organic carbon losses from degraded pastures

Up to 71 percent of the world's grasslands were reported to be degraded to some extent in 1991 (Dregne *et al.* 1991) as a result of overgrazing, salinization, alkalinization, acidification, and other processes.

Improved grassland management is another major area where soil carbon losses can be reversed leading to net sequestration, by the use of trees, improved species, fertilization and other measures. Since pasture is the largest anthropogenic land use, improved pasture management could potentially sequester more carbon than any other practice (Table 4-1, IPCC, 2000). There would also be additional benefits, particularly preserving or restoring biodiversity. It can yield these benefits in many ecosystems.

In the humid tropics silvo-pastoral systems (discussed in Chapter 6, Box 6.2) are one approach to carbon sequestration and pasture improvement.

In dryland pastures soils are prone to degradation and desertification, which have lead to dramatic reductions in the SOC pool (see Section 3.2.1 on *livestock-related emissions from cultivated soils*) (Dregne, 2002). However, some aspects of dryland soils may help in carbon sequestration. Dry soils are less likely to lose carbon than wet soils, as lack of water limits soil mineralization and therefore the flux of carbon to the atmosphere. Consequently, the residence time of carbon in dryland soils is sometimes even longer than in forest soils. Although the rate at which carbon can be sequestered in these regions is low, it may be cost-effective, particularly taking into account all the side-benefits for soil improvement and restoration (FAO, 2004b). Soil-quality improvement as a consequence of increased soil carbon will have an important social and economic impact on the livelihood of people living in these areas. Moreover, there is a great potential for carbon sequestration in dry lands because of their large extent and because substantial historic carbon losses mean that dryland soils are now far from saturation.

Some 18–28 billion tonnes of carbon have been lost as a result of desertification (see section on feed sourcing). Assuming that two-thirds of this can be re-sequestered through soil and vegetation restoration (IPCC, 1996), the potential of C sequestration through desertification control and restoration of soils is 12–18 billion tonnes C over a 50 year period (Lal, 2001, 2004b). Lal (2004b) estimates that the "eco-technological" (maximum achievable) scope for soil carbon sequestration in the dryland ecosystems may be about 1 billion tonnes C yr$^{-1}$, though he suggests that realization of this potential would require a "vigorous and a coordinated effort at a global scale towards desertification control, restoration of degraded ecosystems, conversion to appropriate land uses, and adoption of recommended management practices on cropland and grazing land." Taking just the grasslands in Africa, if the gains in soil carbon stocks, technologically achievable with improved management, were actually achieved on only 10 percent of the area concerned, this would result in a SOC gain rate of 1 328 million tonnes C per year for some 25 years (Batjes, 2004). For Australian rangelands, which occupy 70 percent of the country's land mass, the potential sequestration rate through better management has been evaluated at 70 million tonnes C per year (Baker *et al.*, 2000).

Overgrazing is the greatest cause of degradation of grasslands and the overriding human-influenced factor in determining their soil carbon

BLM_0079858

levels. Consequently, in many systems, improved grazing management, such as optimizing stock numbers and rotational grazing, will result in substantial increases in carbon pools (Table 4–6, IPCC, 2000).

Many other technical options exist, including fire management, protection of land, set-asides and grassland production enhancement (e.g., fertilization, introduction of deep-rooted and legume species). Models exist to provide an indication of the respective effects of these practices in a particular situation. More severely degraded land requires landscape rehabilitation and erosion control. This is more difficult and costly, but Australian research reports considerable success in rehabilitating landscape function by promoting the rebuilding of patches (Baker *et al.*, 2000).

Because dryland conditions offer few economic incentives to invest in land rehabilitation for agricultural production purposes, compensation schemes for carbon sequestration may be necessary to tip the balance in some situations. A number of mechanisms stimulated by the UNFCCC are now operational (see Chapter 6). Their potential may be high in pastoral dry lands, where each household ranges livestock over large areas. Typical population densities in pastoral areas are 10 people per km$^2$ or 1 person per 10 ha. If carbon is valued at US$10 per tonne and modest improvements in management can gain 0.5 tonnes C/ha/yr, individuals might earn US$50 a year for sequestering carbon. About half of the pastoralists in Africa earn less than US$1 per day or about US$360 per year. Thus, modest changes in management could augment individual incomes by 15 percent, a substantial improvement (Reid *et al.*, 2004). Carbon improvements might also be associated with increases in production, creating a double benefit.

**Carbon sequestration through agroforestry**

In many situations agroforestry practices also offer excellent, and economically viable, potential for rehabilitation of degraded lands and for carbon sequestration (IPCC, 2000; FAO, 2000).

Despite the higher carbon gains that might come from agroforestry, Reid *et al.* (2004) estimate that the returns per person are likely to be lower in these systems because they principally occur in higher-potential pastoral lands, where human population densities are 3–10 times higher than in drier pastoral lands. Payment schemes for carbon sequestration through silvo-pastoral systems have already proven their viability in Latin American countries (see Box 6.2, Chapter 6).

Unlocking the potential of mechanisms like carbon credit schemes is still a remote goal, not only requiring vigorous and coordinated effort on a global scale, but also the overcoming of a number of local obstacles. As illustrated by Reid *et al.* (2004), carbon credit schemes will require communication between groups often distant from one another, yet pastoral areas usually have less infrastructure and much lower population density than higher potential areas. Cultural values may pose constraints but sometimes offer opportunities in pastoral lands. Finally the strength and ability of government institutions required to implement such schemes is often insufficient in the countries and areas where they are most needed.

### 3.5.2 Reducing CH$_4$ emissions from enteric fermentation through improved efficiency and diets

Methane emissions by ruminants are not only an environmental hazard but also a loss of productivity, since methane represents a loss of carbon from the rumen and therefore an unproductive use of dietary energy (US-EPA, 2005). Emissions per animal and per unit of product are higher when the diet is poor.

The most promising approach for reducing methane emissions from livestock is by improving the productivity and efficiency of livestock production, through better nutrition and genetics. Greater efficiency means that a larger portion of the energy in the animals' feed is directed toward the creation of useful products (milk, meat, draught power), so that methane emis-

BLM_0079859

sions per unit product are reduced. The trend towards high performing animals and towards monogastrics and poultry in particular, are valuable in this context as they reduce methane per unit of product. The increase in production efficiency also leads to a reduction in the size of the herd required to produce a given level of product. Because many developing countries are striving to increase production from ruminant animals (primarily milk and meat), improvements in production efficiency are urgently needed for these goals to be realized without increasing herd sizes and corresponding methane emissions.

A number of technologies exist to reduce methane release from enteric fermentation. The basic principle is to increase the digestibility of feedstuff, either by modifying feed or by manipulating the digestive process. Most ruminants in developing countries, particularly in Africa and South Asia, live on a very fibrous diet. Technically, the improvement of these diets is relatively easy to achieve through the use of feed additives or supplements. However, such techniques are often difficult to adopt for smallholder livestock producers who may lack the necessary capital and knowledge.

In many instances, such improvements may not be economical, for example where there is insufficient demand or infrastructure. Even in a country like Australia, low-cost dairy production focuses on productivity per hectare rather than per cow, so many options for reducing emissions are unattractive – e.g. dietary fat supplementation or increased grain feeding (Eckard *et al.*, 2000). Another technical option is to increase the level of starch or rapidly fermentable carbohydrates in the diet, so as to reduce excess hydrogen and subsequent $CH_4$ formation. Again low-cost extensive systems may not find it viable to adopt such measures. However, national planning strategies in large countries could potentially bring about such changes. For example, as Eckard *et al.* (2000) suggest, concentrating dairy production in the temperate zones of Australia could potentially decrease methane emis-

sions, because temperate pastures are likely to be higher in soluble carbohydrates and easily digestible cell wall components.

For the United States, US-EPA (2005) reports that greater efficiency of livestock production has already led to an increase in milk production while methane emissions decreased over the last several decades. The potential for efficiency gains (and therefore for methane reductions) is even larger for beef and other ruminant meat production, which is typically based on poorer management, including inferior diets. US-EPA (2005) lists a series of management measures that could improve a livestock operation's production efficiency and reduce greenhouse gas emissions, including:

- improving grazing management;
- soil testing, followed by addition of proper amendments and fertilizers;
- supplementing cattle diets with needed nutrients;
- developing a preventive herd health programme;
- providing appropriate water sources and protecting water quality; and
- improving genetics and reproductive efficiency.

When evaluating techniques for emission reduction it is important to recognize that feed and feed supplements used to enhance productivity may well involve considerable greenhouse gas emissions to produce them, which will affect the balance negatively. If production of such feed stuffs is to increase substantially, options to reduce emissions at feed production level will also need to be considered.

More advanced technologies are also being studied, though they are not yet operational. These include:

- reduction of hydrogen production by stimulating acetogenic bacteria;
- defaunation (eliminating certain protozoa from the rumen); and
- vaccination (to reduce methanogens).

BLM_0079860

These options would have the advantage of being applicable to free-ranging ruminants as well, although the latter option may encounter resistance from consumers (Monteny *et al.*, 2006). Defaunation has been proven to lead to a 20 percent reduction in methane emissions on average (Hegarty, 1998), but regular dosing with the defaunating agent remains a challenge.

### 3.5.3 Mitigating $CH_4$ emissions through improved manure management and biogas

Methane emissions from anaerobic manure management can be readily reduced with existing technologies. Such emissions originate from intensive mixed and industrial systems; these commercially oriented holdings usually have the capacity to invest in such technologies.

The potential for emission abatement from manure management is considerable and multiple options exist. A first obvious option to consider is balanced feeding, as it also influences other emissions. Lower carbon to nitrogen ratios in feed lead to increased methane emissions, in an exponential fashion. Manure with high nitrogen content will emit greater levels of methane than manure with lower N contents. Hence increasing the C to N ratio in feeds can reduce emissions.

The temperature at which manure is stored can significantly affect methane production. In farming systems where manure is stored in the stabling (e.g. in pig farms where effluents are stored in a pit in the cellar of a stable) emissions can be higher than when manure is stored outside at lower ambient temperatures. Frequent and complete removal of the manure from the indoor storage pits reduces methane emissions effectively in temperate climates, but only where there is sufficient outdoor storage capacity (and additional measures to prevent $CH_4$ emissions outdoors). Reduction of gas production can also be achieved through deep cooling of manure (to below 10°C), though this requires higher investment and also energy consumption with a risk of increased carbon dioxide emissions. Cooling of pig slurry can reduce in-house $CH_4$ (and $N_2O$)

emissions by 21 percent relative to not cooling (Sommer *et al.*, 2004).

Additional measures include anaerobic digestion (producing biogas as an extra benefit), flaring/burning (chemical oxidation; burning), special biofilters (biological oxidation) (Monteny *et al.*, 2006; Melse and van der Werf, 2005), composting and aerobic treatment. Biogas is produced by controlled anaerobic digestion – the bacterial fermentation of organic material under controlled conditions in a closed vessel. Biogas is typically made up of 65 percent methane and 35 percent carbon dioxide. This gas can be burned directly for heating or light, or in modified gas boilers to run internal combustion engines or generators.

It is assumed that biogas can achieve a 50 percent reduction in emissions in cool climates for manures which would otherwise be stored as liquid slurry (and hence have relatively high methane emissions). For warmer climates, where methane emissions from liquid slurry manure storage systems are estimated to be over three times higher (IPCC, 1997), a reduction potential of 75 percent is possible (Martinez, personal communication).

Various systems exist to exploit this huge potential, such as covered lagoons, pits, tanks and other liquid storage structures. These would be suitable for large or small-scale biogas sys-



*Anaerobic digestor for biogas production in a commercial pig farm – Central Thailand 2005*

© LEAD/PIERRE GERBER

121

BLM_0079861

tems, with a wide range of technological options and different degrees of sophistication. Additionally, covered lagoons and biogas systems produce a slurry that can be applied to rice fields instead of untreated dung, leading to reduced methane emissions (Mendis and Openshaw, 2004). These systems are common practice in much of Asia, particularly in China. In Vietnam, Thailand and the Philippines biogas is also widely used. A new opportunity in hot climate is the use of biogas to fuel modern cooling systems (e.g. EVAP system) and thereby achieve substantial savings on energy costs.

However, in most of these countries biogas has been helped to spread by subsidy schemes or other forms of promotion. Current uptake of biogas technologies is limited in many countries because of insufficient regulatory frameworks and absence of appropriate financial incentives. The wider use of biogas systems (for use on-farm or for delivering electricity to the public net) depends on the relative price of other energy sources. Usually biogas systems are not competitive in the absence of subsidies, other than in remote locations where electricity and other forms of energy are unavailable or unreliable. Biogas feasibility also depends on the degree to which there are options to co-digest waste products so as to increase gas production (see Nielsen and Hjort-Gregersen, 2005).

The further development and promotion of controlled anaerobic digestion will have substantial additional positive effects related to other environmental problems caused by animal wastes, and/or the promotion of renewable energy sources. For example, anaerobic digestion offers benefits in terms of reduced odour and pathogens.

Although more time consuming for the farmer, possible solutions to reduce methane emissions also lie in shifting towards solid manure management. Aerobic treatments can also be used to reduce methane emissions and odour. In practice they are applied to liquid manures through aeration and to solid manures by com-

posting and often have a positive side-effect on pathogen content.

### 3.5.4 Technical options for mitigating $N_2O$ emissions and $NH_3$ volatilization

The best way to manage the continuing human interference in the nitrogen cycle is to maximize the efficiencies of human uses of N (Smil, 1999).

Reducing the nitrogen content of manures as suggested above may also lead to lower $N_2O$ emissions from stables, during storage, and after application to soil.

An important mitigation pathway lies in raising the low animal nitrogen assimilation efficiency (14 percent, against some 50 percent for crops – see Sections 3.3.2 and 3.3.3) through more balanced feeding (i.e. by optimizing proteins or amino acids to match the exact requirements of individual animals or animal groups). Improved feeding practices also include grouping animals by gender and phase of production, and improving the feed conversion ratio by tailoring feed to physiological requirements. However, even when good management practices are used to minimize nitrogen excretion, large quantities still remain in the manure.

Another possible intervention point is immediately after reactive nitrogen is used as a resource (e.g. digestion of feed), but before it is distributed to the environment. In intensive production, substantial N losses can occur during storage primarily through volatilization of ammonia. The use of an enclosed tank can nearly eliminate this loss. Maintaining a natural crust on the manure surface in an open tank is almost as effective and more economical. However, the first option offers an important potential synergy with respect to mitigating methane emissions.

$N_2O$ emissions from slurry applications to grassland were reduced when slurry was stored for 6 months or passed through an anaerobic digester prior to spreading (Amon *et al.*, 2002). It can be inferred that during storage and anaerobic digestion readily available C (which

would otherwise fuel denitrification and increase gaseous N loss) is incorporated into microbial biomass or lost as $CO_2$ or $CH_4$. Hence there is less available C in the slurry to fuel denitrification when the slurry is applied to land. It follows that anaerobic digestion, e.g. for biogas production, can substantially mitigate nitrous oxide and methane emissions (provided the biogas is used and not discharged). In addition, electricity can be generated and $N_2O$ emissions from the spread of (digested) slurry would also be reduced.

The identification and choice of other $N_2O$ emission mitigation options during storage are complex, and the choice is also limited by farm and environmental constraints and costs. Important trade-offs exist between methane and nitrous oxide emissions: technologies with potential to reduce nitrous oxide emissions often increase those of methane and vice versa. A management change from straw- to slurry-based systems for example may result in lower $N_2O$ emission, but increased $CH_4$ emission. Also, compaction of solid manure heaps to reduce oxygen entering the heap and maintaining anaerobic conditions has had mixed success in reducing $N_2O$ emissions (Monteny et al., 2006), and may increase $CH_4$ emissions.

Much of the challenge of reducing emissions of $NH_3$ and $N_2O$ falls upon crop farmers. Rapid incorporation and shallow injection methods for manure reduce N loss to the atmosphere by at least 50 percent, while deep injection into the soil essentially eliminates this loss (Rotz, 2004) (losses via leaching may increase though). Use of a crop rotation that can efficiently recycle nutrients, and applying N near the time it is needed by crops reduces the potential for further losses. In more generic terms, the key to reducing nitrous oxide emissions is the fine-tuning of waste application to land with regard to environmental conditions, including timing, amounts and form of application in response to crop physiology and climate.

Another technological option for reducing emissions during the application/deposition phase is the use of nitrification inhibitors (NIs) that can be added to urea or ammonium compounds. Monteny et al. (2006) cite examples of substantially reduced emissions. Some of these substances can potentially be used on pastures where they act upon urinary N, an approach being adopted in New Zealand (Di and Cameron, 2003). Costs of NIs may be offset by increased crop/pasture N uptake efficiency. The degree of adoption of NIs may depend on public perception of introducing yet another chemical into the environment (Monteny et al., 2006).

Options to reduce emissions from grazing systems are particularly important as they constitute the bulk of nitrous oxide emissions. For grazing animals, excessive losses from manure can be avoided by not overstocking pastures and avoiding late fall and winter grazing.

Finally, land drainage is another option to reduce nitrous oxide emissions before N enters the next phase of the nitrogen cascade. Improvement of soil physical conditions to reduce soil wetness in the more humid environments, and especially in grassland systems, may significantly reduce $N_2O$ emissions. Soil compaction by traffic, tillage and grazing livestock can increase the anaerobicity of the soil and enhance conditions for denitrification.

This section covered the technical options that have the largest mitigation potential and are of global interest. Many other options could be presented and their potential analyzed,[18] but mostly the latter would be far less significant and their applicability to different systems and regions not as wide. Among the selection of options presented, those that contribute to the mitigation of several gases at a time (anaerobic digestion of manure), as well as those that provide other environmental benefits in parallel (e.g. pasture management) deserve special attention.

---

[18] Mitigation options that more specifically focus on limiting nitrate losses to water, though also relevant here, are presented in the following chapter.

BLM_0079863



BLM_0079864



**Livestock's role in water depletion and pollution**

## 4.1 Issues and trends

Water represents at least 50 percent of most living organisms and plays a key role in the functioning of the ecosystem. It is also a critical natural resource mobilized by most human activities.

It is replenished through the natural water cycle. The evaporation process, mainly from the oceans, is the primary mechanism supporting the surface-to-atmosphere portion of the cycle. Evaporation returns to ocean and water bodies as precipitation (US Geological Survey, 2005a; Xercavins and Valls, 1999).

Freshwater resources provide a wide range of goods such as drinking water, irrigation water, or water for industrial purposes, and services such as power for hydroelectricity generation and support of recreational activities to a highly diverse set of user groups. Freshwater resources are the pillar sustaining development and maintaining food security, livelihoods, industrial growth, and environmental sustainability throughout the world (Turner *et al.*, 2004).

Nevertheless, freshwater resources are scarce. Only 2.5 percent of all water resources are fresh water. The oceans account for 96.5 percent, brackish water for around 1 percent. Furthermore, 70 percent of all freshwater resources are locked up in glaciers, and permanent snow (polar caps for example) and the atmosphere (Dompka, Krchnak and Thorne, 2002; UNESCO, 2005). 110 000 km$^3$ of freshwater fall on

earth in the form of precipitation annually, of which 70 000 km$^3$ evaporate immediately into the atmosphere. Out of the remaining 40 000 km$^3$ only 12 500 km$^3$ is accessible for human use (Postel, 1996).

Freshwater resources are unequally distributed at the global level. More than 2.3 billion people in 21 countries live in water-stressed basins (having between 1 000 and 1 700 m$^3$ per person per year). Some 1.7 billion people live in basins under scarcity conditions (with less than 1 000 m$^3$ per person per year) see Map 28, Annex 1 (Rosegrant, Cai and Cline, 2002; Kinje, 2001; Bernstein, 2002; Brown, 2002). More than one billion people do not have sufficient access to clean water. Much of the world's human population growth and agricultural expansion is taking place in water stressed regions.

The availability of water has always been a limiting factor to human activities, in particular agriculture, and the increasing level of demand for water is a growing concern. Excessive withdrawals, and poor water management, have resulted in lowered groundwater tables, damaged soils and reduced water quality worldwide. As a direct consequence of a lack of appropriate water resources management, a number of countries and regions are faced with ongoing depletion of water resources (Rosegrant, Cai and Cline, 2002).

Withdrawal of freshwater diverted from rivers and pumped from aquifers has been estimated at 3 906 km$^3$ for 1995 (Rosegrant, Cai and Cline, 2002). Part of this water returns to the ecosystem, though pollution of water resources is accelerated by the increasing discharge of wastewater into water courses. Indeed, in developing countries, 90–95 percent of public wastewater and 70 percent of industrial wastes are discharged into surface water without treatment (Bernstein, 2002).

The agricultural sector is the largest user of freshwater resources. In 2000, agriculture accounted for 70 percent of water use and 93 percent of water depletion worldwide (see Table 4.1) (Turner *et al.*, 2004). The irrigated area has multiplied nearly five times over the last century and in 2003 amounted to 277 million hectares (FAO, 2006b). Nevertheless, in recent decades, growth in the use of water resources for domestic and industrial purposes has been faster than for agriculture. Indeed, between 1950 and 1995, withdrawals for domestic and industrial uses quadrupled, while they only doubled for agricultural purposes (Rosegrant, Cai and Cline, 2002). Today people consume 30–300 litres per person a day for domestic purposes, while 3 000 litres per day are needed to grow their daily food (Turner *et al.*, 2004).

One of the major challenges in agricultural development today is to maintain food security and alleviate poverty without further depleting water resources and damaging ecosystems (Rosegrant, Cai and Cline, 2002).

*The threat of increasing scarcity*
Projections suggest that the situation will worsen in the next decades, possibly leading to increasing conflicts among usages and users. Under a "Business as usual scenario" (Rosegrant *et al.*, 2002), global water withdrawal is projected to increase by 22 percent to 4 772 km$^3$ in 2025. This increase will be driven mainly by domestic, industrial and livestock uses; the latter showing a growth of more than 50 percent. Water consumption for non-agricultural uses is projected to increase by 62 percent between 1995

Table 4.1

**Water use and depletion by sector**

| Sector | Water use | Water depletion |
|---|---|---|
| | *(.......... Percentages of total ..........)* | |
| Agriculture | 70 | 93 |
| Domestic | 10 | 3 |
| Industrial | 20 | 4 |

*Source:* Brown (2002); FAO-AQUASTAT (2004).

BLM_0079866

and 2025. The use of irrigation water, however, will rise by only 4 percent over that period. The highest increase in demand for irrigation water is expected for sub-Saharan Africa and Latin America with 27 and 21 percent, respectively; both regions have only limited use of irrigation today (Rosegrant, Cai and Cline, 2002).

As a direct consequence of the expected increase in demand for water, Rosegrant, Cai and Cline (2002) projected that by 2025, 64 percent of the world's population will live in water-stressed basins (against 38 percent today). A recent International Water Management Institute (IWMI) assessment projects that by 2023, 33 percent of the world's population (1.8 billion people) will live in areas of absolute water scarcity including Pakistan, South Africa, and large parts of India and China (IWMI, 2000).

Increasing water scarcity is likely to compromise food production, as water will have to be diverted from agricultural use to environmental, industrial and domestic purposes (IWMI, 2000). Under the "business as usual scenario" mentioned above, water scarcity may cause a loss of potential production of 350 million tonnes of food, almost equal to the current total United States grain crop production (364 million tonnes in 2005) (Rosegrant, Cai and Cline, 2002; FAO, 2006b). The countries under absolute water scarcity will have to import a substantial proportion of their cereal consumption, while those unable to finance these imports will be threatened by famine and malnutrition (IWMI, 2000).

Even countries with sufficient water resources will have to expand their water supplies to make up for the increasing demand. There is widespread concern that many countries, especially in sub-Saharan Africa, will not have the required financial and technical capacity (IWMI, 2000).

Water resources are threatened in other ways. Inappropriate land use can reduce water supplies by reducing infiltration, increasing run-off and limiting the natural replenishment of groundwater resources and the maintenance of adequate stream flows, especially during dry seasons. Improper land use can severely constrain future access to water resources and may threaten the proper functioning of ecosystems. Water cycles are further affected by deforestation, an ongoing process at the pace of 9.4 million hectares per year according to FAO's latest assessment (FAO, 2005a).

Water also plays a key role in ecosystem functioning, acting as a medium and/or reactant of biochemical processes. Depletion will affect ecosystems by reducing water availability to plant and animal species, inducing a shift toward dryer ecosystems. Pollution will also harm ecosystems, as water is a vehicle for numerous pollution agents. As a result, pollutants have an impact not only locally but on various ecosystems along the water cycle, sometimes far from the initial sources.

Among the various ecosystems affected by trends in water depletion, wetlands ecosystems are especially at risk. Wetlands ecosystems are the most species-diverse habitats on earth and include lakes, floodplains, marshes and deltas. Ecosystems provide a wide range of environmental services and goods, valued globally at US$33 trillion of which US$14.9 trillion are provided by wetlands (Ramsar, 2005). These include flood control, groundwater replenishment, shoreline stabilization and storm protection, sediment and nutrient regulation, climate change mitigation, water purification, biodiversity conservation, recreation, tourism and cultural opportunities. Nevertheless, wetlands ecosystems are under great threat and are suffering from over-extraction, pollution and diversion of water resources. An estimated 50 percent of world wetlands have disappeared over the last century (IUCN, 2005; Ramsar, 2005).

The impacts of the livestock sector on water resources are often not well understood by decision-makers. The primary focus is usually the most obvious segment of the livestock commodity chain: production at farm level. But

BLM_0079867

the overall water use[1] directly or indirectly by the livestock sector is often ignored. Similarly, the contribution of the livestock sector to water depletion[2] focuses mainly on water contamination by manure and waste.

This chapter attempts to provide a comprehensive overview of the livestock sector's role in the water resources depletion issue. More specifically, we will provide quantitative estimates of water use and pollution associated with the main segments of the animal food commodity chain.

We will successively also analyse livestock's contribution to the water pollution and evapotranspiration phenomenon and its impact on the water resource replenishment process through improper land use. The final section proposes technical options for reversing these trends of water depletion.

## 4.2 Water use

Livestock's use of water and contribution to water depletion trends are high and growing. An increasing amount of water is needed to meet growing water requirements in the livestock production process, from feed production to product supply.

### 4.2.1 Drinking and servicing

Water-use for drinking and servicing animals is the most obvious demand for water resources related to livestock production. Water repre-



*A worker gives water to pigs raised near chicken cage on farm at Long An province – Viet Nam 2005*

sents 60 to 70 percent of the body weight and is essential for animals in maintaining their vital physiological functions. Livestock meet their water requirements through drinking water, the water contained in feedstuffs and metabolic water produced by oxidation of nutrients. Water is lost from the body through respiration (lungs), evaporation (skin), defecation (intestines) and urination (kidneys). Water losses increase with high temperature and low humidity (Pallas, 1986; National Research Council, 1994, National Research Council, 1981). Reduction of water intake results in lower meat, milk and egg production. Deprivation of water quickly results in a loss of appetite and weight loss, with death occurring after a few days when the animal has lost between 15 to 30 percent of its weight.

In extensive grazing systems, the water contained in forages contributes significantly to meeting water requirements. In dry climates, the water content of forages decreases from 90 percent during the growing season to about 10 to 15 percent during the dry season (Pallas, 1986). Air-dried feed, grains and concentrate usually distributed within industrialized production systems contain far less water: around 5 to 12 percent of feed weight (National Research Council, 2000, 1981). Metabolic water can provide up to 15 percent of water requirements.

A wide range of interrelated factors influence water needs, including: the animal species; the physiological condition of the animal; the level of

---

[1] "Water use" (also referred as "water withdrawals" in the literature) refers to the water removed from a source and used for human needs, some of which may be returned to the original source and reused downstream with changes in water quantity and quality. The "water demand", refers to a potential water use (adapted from Gleick, 2000).

[2] "Water depletion" (also referred as "water consumption" in the literature) refers to the use or removal of water from a water basin that renders it unavailable for other uses. It includes four generic processes: evapo-transpiration; flows to sinks; pollution; and incorporation within agricultural or industrial products (adapted from Roost et al., 2003, Gleick, 2000). We deliberately chose to single out pollution in the title of this chapter, although it's covered by the notion of depletion, in order to highlight the importance of this mechanism to the reader.

Table 4.2

**Drinking water requirements for livestock**

| Species | Physiological condition | Average Weight | Air temperature °C | | |
|---|---|---|---|---|---|
| | | | 15 | 25 | 35 |
| | | | Water requirements | | |
| | | *(kg)* | *(.......... litres/animal/day ..........)* | | |
| Cattle | African pastoral system-lactating – 2 litres milk/day | 200 | 21.8 | 25 | 28.7 |
| | Large breed – Dry cows – 279 days pregnancy | 680 | 44.1 | 73.2 | 102.3 |
| | Large breed – Mid-lactation – 35 litres milk/day | 680 | 102.8 | 114.8 | 126.8 |
| Goat | Lactating – 0.2 litres milk/day | 27 | 7.6 | 9.6 | 11.9 |
| Sheep | Lactating – 0.4 litres milk/day | 36 | 8.7 | 12.9 | 20.1 |
| Camel | Mid-lactation – 4.5 litres milk/day | 350 | 31.5 | 41.8 | 52.2 |
| Chicken | Adult broilers (100 animals) | | 17.7 | 33.1 | 62 |
| | Laying eggs (100 animals) | | 13.2 | 25.8 | 50.5 |
| Swine | Lactating – daily weight gain of pigs 200g | 175 | 17.2 | 28.3 | 46.7 |

*Sources:* Luke (2003); National Research Council (1985; 1987; 1994; 1998; 2000); Pallas (1986); Ranjhan (1998).

dry matter intake; the physical form of the diet; water availability and quality; temperature of the water offered; the ambient temperature and the production system (National Research Council, 1981; Luke, 1987). Water requirements per animal can be high, especially for highly productive animals under warm and dry conditions (see Table 4.2).

Livestock production, especially in industrialized farms, also requires service water – to clean production units, to wash animals, for cooling the facilities, the animals and their products (milk) and for waste disposal (Hutson *et al.*, 2004; Chapagain and Hoekstra, 2003). In particular, pigs require a lot of water when kept in "flushing systems [3]";in this case service water requirements can be seven times higher than drinking water needs. While data are scarce, Table 4.3 gives some indication of these water requirements. The estimates do not take into account the cooling requirements, which can be significant.

Production systems usually differ in their water use per animal and in how these requirements are met. In extensive systems, the effort expended by animals in search of feed and water increases the need for water considerably, compared to industrialized systems where animals do not move around much. By contrast, intensive production has additional service water requirements for cooling and cleaning facilities. It is also important to notice that water sourcing differs widely between industrialized and extensive production systems. In extensive livestock systems, 25 percent of the water requirements (including water services) come from feed, against only 10 percent in intensive livestock production systems (National Research Council, 1981).

In some places the importance of livestock water use for drinking and servicing compared to other sectors can be striking. For example in Botswana water use by livestock accounts for 23 percent of the total water use in the country and is the second principal user of water resources. As groundwater resources replenish only slowly, the water table in the Kalahari has substantially decreased since the nineteenth century. Other sectors will pose additional water demands in future; and water scarcity may become dramatic

---

[3] In a flushing system, a large volume of water carries manure down a gutter, usually sloped toward storage, such as an earthen lagoon or basin (Field *et al.*, 2001).

BLM_0079869

**Table 4.3**

**Service water requirements for different livestock types**

| Animal | Age group | Service water (litres/animal/day) | |
| --- | --- | --- | --- |
| | | Industrial | Grazing |
| Beef cattle | Young calves | 2 | 0 |
| | Adult | 11 | 5 |
| Dairy cattle | Calves | 0 | 0 |
| | Heifers | 11 | 4 |
| | Milking cows | 22 | 5 |
| Swine | Piglet | 5 | 0 |
| | Adult | 50 | 25 |
| | Lactating | 125 | 25 |
| Sheep | Lamb | 2 | 0 |
| | Adult | 5 | 5 |
| Goats | Kid | 0 | 0 |
| | Adult | 5 | 5 |
| Broiler chicken | Chick*100 | 1 | 1 |
| | Adult*100 | 9 | 9 |
| Laying hens | Chick*100 | 1 | 1 |
| | Laying eggs*100 | 15 | 15 |
| Horses | Foal | 0 | 5 |
| | Mature horses | 5 | 5 |

*Source:* Chapagain and Hoekstra (2003).

(see Box 4.1; Els and Rowntree, 2003; Thomas, 2002). However in most countries water use for drinking and servicing remains small compared to other sectors. In the United States for example, although locally important in some states, livestock drinking and service water use was less than 1 percent of total freshwater use in 2000 (Hutson *et al.*, 2004).

Based on metabolic requirements, estimates concerning the extent of production systems and their water use, we can estimate global water use to meet livestock drinking requirements at 16.2 km$^3$, and service water requirements at 6.5 km$^3$ (not including service water requirements for small ruminants) (see Table 4.4 and 4.5). At the regional level the highest demand for servicing and drinking water is seen in South America (totalling 5.3 km$^3$/yr), South Asia (4.1 km$^3$/yr) and sub-Saharan Africa (3.1 km$^3$/yr). These areas represent 55 percent of global water requirements of the livestock sector.

Globally, the water requirements for livestock drinking and servicing represent only 0.6 percent of all freshwater use (see Tables 4.4 and 4.5). This direct use figure is the only one that most decision-makers take into consideration. As a result, the livestock sector is not usually considered one of the principal drivers for the depletion of freshwater resources. However, this figure is a considerable underestimate, as it does not take into account other water requirements the livestock sector entails both directly and indirectly. We will now examine the water implications of the entire production process.

### 4.2.2 Product processing

The livestock sector provides a wide range of commodities, from milk and meat to high value-added products such as leather or pre-cooked dishes. Going through the whole chain and identifying the share of the water use imputable to the livestock sector is a complex exercise. We focus here on the primary steps of the product processing chain, which includes slaughtering, meat and milk processing and tanning activities.

**Slaughterhouses and the agro-food industry**

Primary animal products such as live animals or milk, are usually processed into different meat and dairy products before consumption. Processing of meat includes a range of activities, from slaughtering to complex value-adding activities. Figure 4.1 depicts the generic process for meat, although the steps can vary depending on species. In addition to these generic processes, meat processing operations may also incorporate offal processing and rendering. Rendering converts by-products into value-added products such as tallow, meat and blood meals.

Like many other food processing activities, hygiene and quality requirements in meat processing result in high water usage and consequently high wastewater generation. Water is a major input at each processing step, except for final packaging and storage (see Figure 4.1).

BLM_0079870

Livestock's role in water depletion and pollution

---

**Box 4.1 Livestock water use in Botswana**

Predominantly a dryland country, Botswana is already experiencing 'water stress' – that is, freshwater availability ranges between 1 000 and 1 700m$^3$ per person per year. Livestock are a major user of freshwater resources in Botswana. In 1997, livestock accounted for 23 percent of the total water use of the country and was the second principal user of water resources (irrigation and forestry only represent 15 percent of the demand).

Groundwater resources account for 65 percent of the total water available in Botswana, but they are limited. The recharge of aquifers ranges from over 40 mm/yr in the extreme north to virtually zero in the central and western parts of the country. The rechargeable volume of groundwater for Botswana is less than 0.4 percent of Botswana's total renewable resources.

Groundwater is supplied through boreholes for domestic and livestock uses. It is estimated that there are 15 000 boreholes scattered throughout Botswana. In 1990, total water abstraction from boreholes was 76 million m$^3$, which was 760 percent more than the recharge rate.

Many ranches in the Kalahari have installed more boreholes than permitted in order to provide water to the increasing number of grazing animals. The increased use of boreholes has caused groundwater levels to decrease, and has probably diminished flows in natural permanent water features. As a direct consequence, the water table in the Kalahari has fallen substantially since the nineteenth century.

Under current rates of abstraction, the lifetime of surface and groundwater resources in Botswana is limited to a few decades. As water use by households is predicted to increase rapidly from approximately 29 percent (1990) to approximately 52 percent of total demand in 2020. The pressure on water resources will increase and present levels of livestock production may no longer be sustained.

*Sources:* Els and Rowntree (2003); Thomas (2002).

---

Table 4.4

**Water use for drinking-water requirements**

| Regions | Total yearly water intake (km$^3$) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Cattle | Buffaloes | Goats | Sheep | Pigs | Poultry (100) | Total |
| North America | 1.077 | 0.000 | 0.002 | 0.006 | 0.127 | 0.136 | 1.350 |
| Latin America | 3.524 | 0.014 | 0.037 | 0.077 | 0.124 | 0.184 | 3.960 |
| Western Europe | 0.903 | 0.002 | 0.013 | 0.087 | 0.174 | 0.055 | 1.230 |
| Eastern Europe | 0.182 | 0.000 | 0.003 | 0.028 | 0.055 | 0.013 | 0.280 |
| Commonwealth of Independent States | 0.589 | 0.003 | 0.009 | 0.036 | 0.040 | 0.029 | 0.710 |
| West Asia and North Africa | 0.732 | 0.073 | 0.140 | 0.365 | 0.000 | 0.118 | 1.430 |
| Sub-Saharan Africa | 1.760 | 0.000 | 0.251 | 0.281 | 0.035 | 0.104 | 2.430 |
| South Asia | 1.836 | 1.165 | 0.279 | 0.102 | 0.017 | 0.096 | 3.490 |
| East and Southeast Asia | 0.404 | 0.106 | 0.037 | 0.023 | 0.112 | 0.180 | 0.860 |
| Oceania | 0.390 | 0.000 | 0.001 | 0.107 | 0.010 | 0.009 | 0.520 |
| **Total** | **11.400** | **1.360** | **0.770** | **1.110** | **0.690** | **0.930** | **16.260** |

*Sources:* FAO (2006b); Luke(2003); National Research Council (1985; 1987; 1994; 1998; 2000a); Pallas (1986); Ranjhan (1998).

BLM_0079871

Table 4.5

**Water use for service water requirements**

| Region | Service water (km³) | | | |
|---|---|---|---|---|
| | Cattle | Pigs | Poultry (100) | Total |
| North America | 0.202 | 0.682 | 0.008 | 0.892 |
| Latin America | 0.695 | 0.647 | 0.009 | 1.351 |
| Western Europe | 0.149 | 1.139 | 0.004 | 1.292 |
| Eastern Europe | 0.028 | 0.365 | 0.001 | 0.394 |
| Commonwealth of Independent States | 0.101 | 0.255 | 0.002 | 0.359 |
| West Asia and North Africa | 0.145 | 0.005 | 0.006 | 0.156 |
| Sub-Saharan Africa | 0.415 | 0.208 | 0.003 | 0.626 |
| South Asia | 0.445 | 0.139 | 0.003 | 0.586 |
| East and Southeast Asia | 0.083 | 0.673 | 0.009 | 0.765 |
| Oceania | 0.070 | 0.051 | 0.000 | 0.121 |
| Total | 2.333 | 4.163 | 0.046 | 6.542 |

*Note:* Calculation based on Chapagain and Hoekstra (2003).

At red meat (beef and buffalo) abattoirs, water is used primarily for washing carcasses at various stages and for cleaning. Of total water use for processing, between 44 and 60 percent is consumed in the slaughter, evisceration and boning areas (MRC, 1995). Water usage rates range from 6 to 15 litres per kilo of carcass. Given that the world production of beef and buffalo meat was 63 million tonnes in 2005 a conservative estimate of the water use for these stages would lie between 0.4 and 0.95 km³, i.e. between 0.010 percent and 0.024 percent of global water use (FAO, 2005f).

In poultry processing plants, water is used to wash carcasses and cleaning; hot water scalding of birds prior to defeathering; in water flumes for transporting feathers, heads, feet and viscera and for chilling birds. Poultry processing tends to be more water-intensive per weight unit than red meat processing (Wardrop Engineering, 1998). Water use is in the range 1 590 litres per bird processed (Hrudey, 1984). In 2005, a total of 48 billion birds were slaughtered globally. A conservative estimate of global water use would be around 1.9 km³, representing 0.05 percent of the water use.

Dairy products also require significant amounts of water. Best practice water use in commercial milk processes is reported to be 0.8 to 1 litre water/kg of milk (UNEP, 1997a). These conservative estimates result in a global water use for milk processing over 0.6 km³ (0.015 percent of the global water use), not considering water used for derived products, especially cheese.

**Tanneries**

Between 1994 and 1996 approximately 5.5 million tonnes of raw hides were processed each year to produce 0.46 million tonnes of heavy leather and about 940 million m² of light leather. A further 0.62 million tonnes of raw skins on a dry basis were converted into almost 385 million m² of sheep and goat leather.

The tanning process includes four main operational steps: storage and beam house; tanyard; post tanning; and finishing. Depending on the type of technology applied, the water requirements for processing skins vary greatly, from 37 to 59 m³ per tonne of raw hides when using conventional technologies to 14 m³ when using advanced technologies (see Table 4.6). This amounts to a world total of 0.2 to 0.3 km³ per year (0.008 percent of global water use).

The water use requirements for processing



**Figure 4.1  Flow diagram for meat processing operations**

| Major Input | Process step | Major waste streams |
|---|---|---|
| Water | Delivery and holding of livestock | Manure mortalities |
| Water | Stunning and slaughter | Blood wastewater |
| Water | Hide removal dehairing/defeathering | Hides, feathers, hooves, heads, etc. wastewater |
| Water | Evisceration | Offal/viscera paunch manure wastewater |
| Water | Trimming and carcass washing | Fat and meat trimmings wastewater |
| Water | Boning | Wastewater |
| Water | Chilling | Wastewater |
| Packaging materials | Packaging | |
| | Cold storage | |

*Source:* UNEP (2004a).

**Table 4.6**

**Water use and depletion in tanning operations**

| Operation | Discharge (m³/tonne raw hide) | |
|---|---|---|
| | Conventional technology | Advanced technology |
| Soaking | 7–9 | 2 |
| Liming | 9–15 | 4.5 |
| Deliming, bating | 7–11 | 2 |
| Tanning | 3–5 | 0.5 |
| Post-Tanning | 7–13 | 3 |
| Finishing | 1–3 | 0 |
| **Total** | **34–56** | **12** |

*Source:* Gate information services – GTZ (2002)

resources. When water, evapotranspired by feed cropland, is attributed to the production of live-stock, the amounts involved are so large that the other water uses described above pale by comparison. Zimmer and Renault (2003) for example show in a rough accounting effort that the livestock sector may account for some 45 percent of the global budget of water used in food production. However, a large share of this water use is not environmentally significant. Evapotranspiration by grasslands and non-cultivated fodder land used for grazing represents a large share. This water generally has little to no opportunity cost, and indeed the amount of water lost in the absence of grazing might not

animal products can have a significant environ-mental impact in some locations. However, the main environmental threat lies in the volume of pollutants discharged locally by the processing units.

### 4.2.3 Feed production

As previously described, the livestock sector is the world's largest anthropogenic land user. The vast majority of this land, and much of the water it contains and receives are destined for feed production.

Evapotranspiration is the main mechanism by which crop and grassland deplete water



*Handline sprinkler irrigation system – United States 2000*

© PHOTO COURTESY OF USDA NRCS/CHARMA COMER

BLM_0079873

be any lower. More intensively managed grazing lands often have agricultural potential, but are mostly located in water abundant areas, i.e. here it is more the land that has the opportunity cost rather than water.

Water used for feed production in extensive land-based livestock production systems is not expected to substantially increase. As stated previously, grazing systems are in relative decline in most parts of the world. One important reason is that most grazing is in arid or semi-arid zones where water is scarce, limiting the expansion or intensification of livestock production. Production from mixed systems is still expanding rapidly, and water is not a limiting factor in most situations. Here, productivity gains are expected from an increased level of integration between livestock and crop production, with animals consuming considerable amounts of crop residues.

In contrast, more intensively managed mixed systems and industrial livestock systems are characterized by a high level of external inputs, i.e. concentrate feed and additives, often transported over long distances. The demand for these products, and thereby demand for the corresponding raw materials (i.e. cereal and oil crops), is increasing rapidly[4]. In addition, cereal and oil crops occupy arable land, where water generally has a considerable opportunity cost. Substantial amounts are produced by irrigation in relatively water short areas[5]. In such areas the livestock sector may be directly responsible for severe environmental degradation through water depletion, depending on the source of the irrigation water. Although, in rainfed areas, even the increasing appropriation of arable land by

the sector may, more indirectly, lead to depletion of available water because it reduces the water available for other uses, particularly food crops.

In view of the increase of "costly" water use by the livestock sector, it is important to assess its current significance. Annex 3.4 presents a methodology for quantifying this type of livestock water use and assessing its significance. This assessment is based on spatially detailed water-balance calculations and information available for the four most important feedcrops: barley, maize, wheat and soybean (hereafter referred to as BMWS). The results presented in Table 4.7, therefore, do not represent the entire feed crop water use. These four crops account for roughly three-quarters of the total feed used in the intensive production of monogastrics. For other significant users of these external inputs, i.e. the intensive dairy sector, this share is in the same order of magnitude.

Annex 3.4 describes two different approaches that are designed to deal with uncertainty in estimating water use by feed crops, related to lack of knowledge of the locations of feed-dedicated cropping. As Table 4.7 shows, these two

---

[4] An increasing share of the increment in the production of cereals, mainly coarse grains, will be used in livestock feed. As a result, maize production in the developing countries is projected to grow at 2.2 percent p.a. against «only» 1.3 percent for wheat and 1.0 percent for rice (FAO, 2003a). Such contrasts are particularly marked in China where wheat and rice production is expected to grow only marginally over the projection period of aforementioned report, while maize production is expected to nearly double.

[5] FAO (2003a) estimates that about 80 percent of the projected growth in crop production in developing countries will come from intensification in the form of yield increases (67 percent) and higher cropping intensities (12 percent). The share due to intensification will go up to 90 percent and higher in the land-scarce regions of the West Asia/North Africa and South Asia. It is estimated that in the developing countries at present, irrigated agriculture, with about a fifth of all arable land, accounts for 40 percent of all crop production and almost 60 percent of cereal production. The area equipped for irrigation in developing countries is projected to expand by 40 million hectares (20 percent) over the projection period. This underlines the importance of the livestock sector's responsibility for irrigation water use: feed production may intensify in many locations, but particularly production hot spots like central China, the mid west of the United States, and the Latin American area covered by Eastern Paraguay, Southern Brazil and Northern Argentina may develop into increasingly important global centres of supply that will both expand and intensify, which may turn currently sufficient water supply levels into a limiting production factor.

BLM_0079874

approaches yield very similar results. This suggests that despite a certain number of unverified assumptions, the resulting aggregate quantities may provide fairly accurate estimates.

Globally, BMWS feed accounts for some 9 percent of all irrigation water evapotranspired globally. When we include evapotranspiration of water received from precipitation in irrigated areas, this share rises to some 10 percent of total water evapotranspired in irrigated areas. Considering that BMWS unprocessed feed material represents only some three-quarters of the feed given to intensively managed livestock, nearly 15 percent of water evapotranspired in irrigated areas can probably be attributed to livestock.

There are pronounced regional differences. In sub-Saharan Africa and in Oceania, very little irrigation is dedicated to BMWS feed, either in absolute or in relative terms. In South Asia/India, the amount of irrigation water evapotranspired by BMWS feed, although considerable, represents only a small share of total water evapotranspired through irrigation. Similar absolute amounts in the more water short West Asia and North Africa region represent some 15 percent of total water evapotranspired in irrigated areas. By far the highest share of water evapotranspired through irrigation is found in Western Europe (over 25 percent), followed by eastern Europe (some 20 percent). Irrigation is not very widespread in Europe, which is generally not short of water, and indeed the corresponding BMWS feed irrigation water use is less in absolute terms than for WANA. But the southern part of Western Europe regularly suffers summer droughts. In southwestern France for example irrigated maize (for feed) has repeatedly been held responsible for severe drops in the flow of major rivers, as well as damage to coastal aquaculture during such summer droughts, and unproductive pastures for the ruminant sector (Le Monde, 31-07-05). The highest absolute quantities of BMWS feed irrigation water evapotranspired are found in the United States and in East and Southeast Asia (ESEA), in both cases also representing a high share of the total (about 15 percent). A considerable portion of the irrigation water in the United States originates from fossil groundwater resources (US Geological Survey, 2005). In ESEA, in view of the changes under way in the livestock sector, water depletion and conflicts over its use may become serious problems over the coming decades.

Despite its environmental relevance, irrigation water represents only a small part of total BMWS feed water evapotranspired (6 percent globally). With respect to other crops, BMWS feed in North and Latin America is preferentially located in rainfed areas: its share in rainfed evapotranspiration is much larger than that in the evapotranspiration of irrigation water. In Europe on the contrary BMWS feed is preferentially irrigated, while even in a critically watershort region such as WANA, the BMWS feed share of evapotranspiration from irrigated land exceeds that of rainfed arable land. It is clear that feed production consumes large amounts of critically important water resources and competes with other usages and users.

## 4.3 Water pollution

Most of the water used by livestock returns to the environment. Part of it may be re-usable in the same basin, while another may be polluted[6] or evapotranspired and, thereby, depleted. Water polluted by livestock production, feed production and product processing detracts from the water supply and adds to depletion.

Pollution mechanisms can be separated into point source and non–point source. Point-source pollution is an observable, specific and confined discharge of pollutants into a water body. Applied to livestock production systems, point-

---

[6] Water pollution is an alteration of the water quality by waste to a degree that affects its potential use and results in modified physico-chemical and microbiological properties (Melvin, 1995).

BLM_0079875