Livestock's long shadow

Table 4.7

Evapotranspiration of water for production of barley, maize, wheat and soybeanbean (BMWS) for feed

| Region/Country | Irrigated BMWS feed | | | Rainfed BMWS feed | | BMWS feed irrigation water ET as percentage of total BMWS feed water ET |
| --- | --- | --- | --- | --- | --- | --- |
| | Evapotranspired irrigation water km³ | Percentage of total irrigation water evapotranspired | Percentage of total water evapotranspired in irrigated areas[1] | Water evapotranspired km³ | Percentage of total water evapotranspired in rainfed cropland | |
| North America | 14.1 – 20.0 | 9 – 13 | 11 – 15 | 321 – 336 | 21 – 22 | 4 – 6 |
| Latin America and the Caribbean | 3.0 – 3.8 | 6 – 8 | 7 – 9 | 220 – 282 | 12 – 15 | 1 |
| Western Europe | 8.5 – 9.5 | 25 – 28 | 25 – 29 | 65 – 99 | 14 – 22 | 7 – 10 |
| Eastern Europe | 1.8 – 2.4 | 17 – 22 | 19 – 23 | 30 – 46 | 12 – 18 | 4 – 5 |
| Commonwealth of Independent States | 2.3 – 6.0 | 3 – 7 | 3 – 7 | 19 – 77 | 2 – 8 | 7 – 9 |
| West Asia and North Africa | 11.2 – 13.1 | 9 – 10 | 13 – 14 | 30 – 36 | 9 – 11 | 17 – 19 |
| Sub-Saharan Africa | 0.2 | 1 | 1 | 20 – 27 | 1 – 2 | 1 |
| South Asia | 9.1 – 11.7 | 2 – 3 | 2 – 3 | 36 – 39 | 3 | 16 – 18 |
| East and Southeast Asia | 20.3 – 30.1 | 14 – 20 | 13 – 18 | 226 – 332 | 11 – 16 | 6 – 7 |
| Oceania | 0.3 – 0.6 | 3 – 5 | 3 – 5 | 1.7 – 12 | 1 – 4 | 5 – 12 |
| Australia | 0.3 – 0.6 | 3 – 5 | 4 – 6 | 1.4 – 11 | 1 – 5 | 5 – 14 |
| China | 15.3 – 19.3 | 14 – 18 | 15 – 16 | 141 – 166 | 14 – 16 | 7 – 8 |
| India | 7.3 – 10.0 | 3 | 2 – 3 | 30 – 36 | 3 | 17 – 18 |
| Brazil | 0.2 – 0.4 | 6 – 10 | 9 – 14 | 123 – 148 | 14 – 16 | 0 |
| World | 81 – 87 | 8 – 9 | 10 | 1 103 – 1 150 | 10 – 11 | 6 |

*Note:* Figures in bold represent results of the Spatial Concentration approach. Other figures are based on the area wide integration approach (see Annex 3.4 for details on the methodology). All figures are actual evapotranspiration (ET) estimates, based on total irrigation and natural ET data provided by J. Hoogeveen, FAO (estimated according to the methodology described in FAO, 2003a).
[1] Evapotranspiration from irrigated areas is the sum of evapotranspiration from irrigation water and evapotranspiration from precipitation in irrigated areas.
*Source:* Own calculations.

source pollution refers to feedlots, food processing plants, and agrichemical processing plants. Non-point source pollution is characterized by a diffuse discharge of pollutants, generally over large areas such as pastures.

### 4.3.1 Livestock waste

Most of the water used for livestock drinking and servicing returns to the environment in the form of manure and wastewater. Livestock excreta contain a considerable amount of nutrients (nitrogen, phosphorous, potassium), drug residues, heavy metals and pathogens. If these get into the water or accumulate in the soil, they can pose serious threats to the environment (Gerber and Menzi, 2005). Different mechanisms can be involved in the contamination of freshwater resources by manure and wastewater. Water contamination can be direct through the loss via runoff from farm buildings, losses from failure of storage facilities, deposition of faecal material into freshwater sources and deep percolation and transport through soil layers via drainage waters at farm level. It can also be indirect through non-point source pollution from surface runoff and overland flow from grazing areas and croplands.

BLM_0079876

Table 4.8

**Nutrient intake and excretions by different animals**

| Animal | Intake (kg/year) | | Retention (kg/year) | | Excretion (kg/year) | | Percentage of N excreted in mineral form[1] |
|---|---|---|---|---|---|---|---|
| | N | P | N | P | N | P | |
| Dairy cow[2] | 163.7 | 22.6 | 34.1 | 5.9 | 129.6 | 16.7 | 69 |
| Dairy cow[3] | 39.1 | 6.7 | 3.2 | 0.6 | 35.8 | 6.1 | 50 |
| Sow[2] | 46.0 | 11.0 | 14.0 | 3.0 | 32.0 | 8.0 | 73 |
| Sow[3] | 18.3 | 5.4 | 3.2 | 0.7 | 15.1 | 4.7 | 64 |
| Growing pig[2] | 20.0 | 3.9 | 6.0 | 1.3 | 14.0 | 2.5 | 78 |
| Growing pig[3] | 9.8 | 2.9 | 2.7 | 0.6 | 7.1 | 2.3 | 59 |
| Layer hen[2] | 1.2 | 0.3 | 0.4 | 0.0 | 0.9 | 0.2 | 82 |
| Layer hen[3] | 0.6 | 0.2 | 0.1 | 0.0 | 0.5 | 0.1 | 70 |
| Broiler[2] | 1.1 | 0.2 | 0.5 | 0.1 | 0.6 | 0.1 | 83 |
| Broiler[3] | 0.4 | 0.1 | 0.1 | 0.0 | 0.3 | 0.1 | 60 |

[1] Assumed equivalent to urine N excretion. As mineral N is susceptible to volatilization, this percentage is often lower in manure applied on the land.
[2] Highly productive situations.
[3] Less productive situations.
*Note:* Owing to the variation in intake and nutrient content of the feeds, these values represent examples, not averages, for highly and less productive situations.
*Source:* de Wit *et al.*, (1997).

## The main pollutants

*Nutrient surpluses stimulate eutrophication and may represent a health hazard*

Nutrient intake by animals can be extremely high (see Table 4.8). For example a productive dairy cow ingests up to 163.7 kg of N and 22.6 kg of P per year. Some of the nutrients ingested are sequestered in the animal, but most of it return to the environment and may represent a threat to water quality. Annual nutrient excretions by different animals are presented in Table 4.8. In the case of a productive dairy cow 129.6 kg of N (79 percent of the total ingested) and 16.7 kg of P (73 percent) is excreted every year (de Wit *et al.*, 1997). The phosphorus load excreted by one cow is equivalent to that of 18–20 humans (Novotny *et al.*, 1989). Nitrogen concentration is highest in hog manure (76.2 g/N/kg dry weight), followed by turkeys (59.6 g/kg), poultry layers (49.0), sheep (44.4), poultry broilers (40.0), dairy cattle (39.6) and beef cattle (32.5). Phosphorus content is highest in poultry layers (20.8 g/P/kg dry weight), followed by hogs (17.6), turkeys

(16.5), poultry broilers (16.9), sheep (10.3), beef (9.6) and dairy cattle (6.7) (Sharpley *et al.*, 1998 in Miller, 2001). In intensive production areas, these figures result in high nutrient surpluses that can overwhelm the absorption capacities of local ecosystems and degrade surface and groundwater quality (Hooda *et al.*, 2000).

According to our assessment, at the global level, livestock excreta in 2004 were estimated to contain 135 million tonnes of N and 58 million tonnes of P. In 2004, cattle were the largest contributors for the excretion of nutrients with 58 percent of N; pigs accounted for 12 percent and poultry for 7 percent.

The major contributors of nutrients are the mixed production systems that represent 70.5 percent of N and P excretion, followed by grazing systems with 22.5 percent of the annual N and P excretion. Geographically the biggest single contributor is Asia, which represents 35.5 percent of the global annual excretion of N and P.

High concentrations of nutrients in water resources can lead to over-stimulation of aquatic

BLM_0079877

plant and algae growth leading to eutrophication, undesirable water flavour and odour, and excessive bacterial growth in distribution systems. They can protect micro-organisms from the effect of salinity and temperature, and may pose a public health hazard. Eutrophication is a natural process in the ageing of lakes and some estuaries, but livestock and other agriculture-related activities can greatly accelerate eutrophication by increasing the rate at which nutrients and organic substances enter aquatic ecosystems from their surrounding watersheds (Carney *et al.*, 1975; Nelson *et al.*, 1996). Globally, the deposition of nutrients (especially N) exceeds the critical loads for eutrophication for 7–18 percent of the area of natural and semi-natural ecosystems (Bouwman and van Vuuren, 1999).

If the plant growth resulting from eutrophication is moderate, it may provide a food base for the aquatic community. If it is excessive, algal blooms and microbial activity may overuse dissolved oxygen resources, which can damage the proper functioning of ecosystems. Other adverse effects of eutrophication include:

- shifts in habitat characteristics owing to change in the mix of aquatic plants;
- replacement of desirable fish by less desirable species, and the associated economic losses;
- production of toxins by certain algae;
- increased operating expenses of public water supplies;
- infilling and clogging of irrigation canals with aquatic weeds;
- loss of recreational use opportunities; and
- impediments to navigation due to dense weed growth.

These impacts occur both in freshwater and marine ecosytems, where algal blooms are reported to cause widespread problems by releasing toxins and causing anoxia ("dead zones"), with severe negative impacts on aquaculture and fisheries (Environmental Protection Agency, 2005; Belsky, Matze and Uselman, 1999; Ongley, 1996; Carpenter *et al.*, 1998).

Phosphorus is often considered as the key limiting nutrient in most aquatic ecosystems. In proper functioning ecosystems the ability of wetlands and streams to retain P is then crucial for downstream water quality. But an increasing number of studies have identified N as the key limiting nutrient. In general terms, P tends to be more of a problem with surface water quality, whereas N tends to pose more of a threat to groundwater quality by nitrate leaching through soil layers (Mosley *et al.*, 1997; Melvin, 1995; Reddy *et al.*, 1999; Miller, 2001; Carney, Carty and Colwell, 1975; Nelson, Cotsaris and Oades, 1996).

***Nitrogen:*** Nitrogen is present in the environment in different forms. Some forms are harmless, while others are extremely harmful. Depending on its form, N can be stored and immobilized within the soil, or it can leach to groundwater resources, or it can be volatized. Inorganic N is very mobile through the soil layers compared to organic N.

Nitrogen is excreted by livestock both in organic and inorganic compounds. The inorganic fraction is equivalent to the N emitted in urine and is usually greater than the organic one. Direct losses of N from excreta and manure take four main forms: ammonia ($NH_3$), dinitrogen ($N_2$), nitrous oxide ($N_2O$) or nitrate ($NO_3$-) (Milchunas and Lauenroth, 1993; Whitmore, 2000). Part of the inorganic N is volatized and emitted as ammonia in animal houses, during deposition and manure storage, after manure application and on pastures.

Storage and application conditions of manure greatly influence the biological transformation of the N compounds, and the resulting compounds pose different threats to the environment. Under anaerobic conditions, nitrate is transformed into harmless $N_2$ (denitrification). However, if organic carbon is deficient, relative to nitrate, the production of the harmful by-product $N_2O$ increases. This suboptimal nitrification occurs when ammonia is washed directly from the soil into

BLM_0079878

the water resources (Whitmore, 2000; Carpenter *et al.*, 1998).

Leaching is another mechanism whereby N is lost to water resources. In its nitrate ($NO_3$) form (inorganic N), nitrogen is very mobile in soil solution, and can easily be leached below the rooting zone to the groundwater, or enter the subsurface flow. Nitrogen (especially its organic forms) can also be carried into water systems through run-off. The high levels of nitrate observed in water courses close to grazing areas are mainly the result of groundwater discharges and subsurface flow. When manure is used, as an organic fertilizer, much of the nitrogen losses after application are associated with mineralization of soil organic matter at a time when there is no crop cover (Gerber and Menzi, 2005; Stoate *et al.*, 2001; Hooda *et al.*, 2000).

High levels of nitrate within water resources may represent a health hazard. Excessive levels in drinking water may cause methemoglobinemia ("blue baby syndrome") and can poison human infants. Among adults, nitrate toxicity may also cause abortion and stomach cancers. The WHO guide value for nitrate concentration in drinking water is 45 mg/litre (10 mg/litre for $NO_3$-N) (Osterberg and Wallinga, 2004; Bellows, 2001; Hooda *et al.*, 2000). Nitrite ($NO_2$-) is just as susceptible to leaching as nitrate, and is far more toxic.

The serious water pollution threat represented by industrialized livestock production systems has been widely described. In the United States, for example, Ritter and Chirnside (1987) analysed $NO_3$-N concentration in 200 groundwater wells in Delaware (cited in Hooda *et al.*, 2000). Their results demonstrated the high local risk presented by industrial livestock production systems: in poultry production areas, the mean concentration rate was 21.9 mg/litres compared to 6.2 for corn production areas and 0.58 for forested areas. In another study in Southwest Wales (United Kingdom), Schofield, Seager and Merriman, (1990) show that a river draining exclusively from livestock farming areas was heavily polluted with background levels of 3-5 mg/litres of $NH_3$-N and peaks as high as 20 mg/litres. The high peaks may be after rains, because of waste washing from farm backyards and manured fields (Hooda *et al.*, 2000).

Similarly, in Southeast Asia the LEAD initiative analysed the land-based sources of pollution to the South China Sea, with particular emphasis on the contribution of the growing swine industry in China, Thailand, Viet Nam and China's Guangdong province. Pig waste was estimated to be a greater contributor to pollution than human domestic sources in the three countries. The share of nutrient emissions in water systems attributable to pig waste ranges from 14 per-

Table 4.9

**Estimated relative contribution of pig waste, domestic wastewater and non-point sources to nitrogen and phosphorus emissions in water systems**

| Country/Province | Nutrient | Potential load *(tonnes)* | Percentage contribution to nutrient emissions in water systems | | |
|---|---|---|---|---|---|
| | | | Pig waste | Domestic wastewater | Non-point source |
| China-Guangdong | N | 530 434 | 72 | 9 | 19 |
| | P | 219 824 | 94 | 1 | 5 |
| Thailand | N | 491 262 | 14 | 9 | 77 |
| | P | 52 795 | 61 | 16 | 23 |
| Viet Nam | N | 442 022 | 38 | 12 | 50 |
| | P | 212 120 | 92 | 5 | 3 |

*Source:* FAO (2004d).

BLM_0079879

cent for N and 61 percent for P in Thailand to 72 percent for N and 94 percent for P in the China's Guangdong province (see Table 4.9) (Gerber and Menzi, 2005).

**Phosphorus:** Phosphorus in water is not considered to be directly toxic to humans and animals and, therefore, no drinking-water standards have been established for P. Phosphorus contaminates water resources when manure is directly deposited or discharged into the stream or when excessive levels of phosphorus are applied to the soil. Unlike nitrogen, phosphorus is held by soil particles and is less subject to leaching unless concentration levels are excessive. Erosion is in fact the main source of phosphate loss and phosphorus is transported in surface runoff in soluble or particulate forms. In areas with high livestock densities phosphorus levels may build up in soils and reach water courses through runoff. In grazing systems cattle treading on soil affects the infiltration rate and macroporosity, and causes loss of sediment and phosphorus via overland flow from pasture and cultivated soil (Carpenter *et al.*, 1998; Bellows, 2001; Stoate *et al.*, 2001; McDowell *et al.*, 2003).

*Total organic carbon reduces oxygen levels in water*

Organic waste generally contains a large proportion of solids with organic compounds that can threaten water quality. Organic contamination may stimulate proliferation of algae, which increases their demand for oxygen and reduces available oxygen for other species. The biological oxygen demand (BOD) is the indicator usually used to reflect water contamination by organic materials. A literature review by Khaleel and Shearer, (1998) found a strong correlation between high BOD and high livestock numbers or the direct discharge of farm effluents. Rain plays a major role in the variation of BOD levels in streams draining livestock areas, unless farm effluents are directly discharged into the stream (Hooda *et al.*, 2000).

Table 4.10

**Ranges of BOD concentration for various wastes and animal products**

| Source | BOD (mg/litre) |
|---|---|
| Milk | 140 000 |
| Silage effluents | 30 000–80 000 |
| Pig slurry | 20 000–30 000 |
| Cattle slurry | 10 000–20 000 |
| Liquid effluents draining from slurry stores | 1 000–12 000 |
| Dilute dairy parlour and yard washing (dirty water) | 1 000–5 000 |
| Untreated domestic sewage | 300 |
| Treated domestic sewage | 20–60 |
| Clean river water | 5 |

*Source:* MAFF–UK (1998).

Table 4.10 presents the BOD levels for various wastes in England. Livestock-related wastes are among those with the highest BOD. The impacts of total organic carbon and associated levels of BOD on water quality and on the ecosystems have been assessed at the local level but lack of data make extrapolation at higher scales impossible.

*Biological contamination represents a public health hazard*

Livestock excrete many zoonotic micro-organisms and multi-cellular parasites of relevance to human health (Muirhead *et al.*, 2004). Pathogenic micro-organisms can be water-borne or food-borne, especially if the food crops are watered with contaminated water (Atwill, 1995). High quantities of pathogens have usually to be directly discharged for an effective transmission process to occur. Several biological contaminants can survive for days and sometimes weeks in the faeces applied on land and may later contaminate water resources via runoff.

The most important water-borne **bacterial and viral pathogens** that are of primary importance to public health and veterinary public health are:

BLM_0079880

**Campylobacter spp.:** Various species of *campylobacter* have an important role in human gastrointestinal infection. Worldwide, campylobacteriosis is responsible for approximately 5-14 percent of all cases of diarrhea (Institute for International Cooperation in Animal Biologics, Center for Food Security and Public Health, 2005). Several cases of human clinical illness attributable to water contaminated by livestock have been documented (Lind, 1996; Atwill, 1995).

**Escherichia Coli O157: H7:** *E. Coli O 157:H7* is a human pathogen that can cause colitis and in some cases hemolytic uremia syndrome. Cattle have been implicated as a main source of contamination in water-borne and food-borne *E.coli O157-H7* outbreaks and sporadic infections. Complications and deaths are more frequent in young children, the elderly and those with debilitating illnesses. In the United States, approximately 73 000 infections are reported to occur yearly (Institute for International Cooperation in Animal Biologics, Center for Food Security and Public Health, 2004; Renter *et al.*, 2003; Shere *et al.*, 2002; Shere, Bartless and Kasper, 1998).

**Salmonella spp.:** Livestock are an important source for several *Salmonella spp.* infectious to humans. *Salmonella dublin* is one of the more frequently isolated serotypes from cattle and a serious food-borne pathogen for humans. Surface water contaminated with bovine *S. dublin* or foods rinsed in contaminated water may serve as vehicles of human infection. *Salmonella spp.* have been isolated from 41 percent of turkeys tested in California (United States) and 50 percent of chickens examined in Massachusetts (United States) (Institute for International Cooperation in Animal Biologics, Center for Food Security and Public Health, 2005; Atwill, 1995).

**Clostridium botulinum:** *C. botulinum* (the organism that causes botulism) produces potent neurotoxins. Its spores are heat-resistant and can survive in foods that are incorrectly or minimally processed. Among the seven serotypes, types A, B, E and F cause human botulism, while types C

and D cause most cases of botulism in animals. *C. botulinum* can be transported through runoff from fields (Carney, Carty and Colwell, 1975; Notermans, Dufreme and Oosterom, 1981).

**Viral diseases:** Several viral diseases can also be of veterinary importance and may be associated with drinking water such as Picornavirus infections (Foot-and-mouth disease, Teschen/Talfan disease, Avian encephalomyelitis, Swine vesicular disease, Encephalomyocarditis); Parvovirus infections; Adenovirus infections; Rinderpest virus; or Swine fever.

**Livestock parasitic diseases** are transmitted either by ingesting environmentally robust transmissive stages (spores, cysts, oocysts, ova, larval and encysted stages) or via use of contaminated water in food processing or preparation, or via direct contact with infective parasitic stages. Cattle act as a source of parasites for human beings and many wildlife species (Olson *et al.*, 2004; Slifko, Smith and Rose, 2000). Excretion of transmissible stages can be high, and the threat to veterinary public health may extend far beyond the contamination areas (Slifko, Smith and Rose, 2000; Atwill, 1995). Among the parasites the most important water-related public health hazards are *Giardia spp., Cryptosporidia spp., Microsporidia spp.* and *Fasciola spp.*

**Giardia lamblia and Cryptosporidium parvum:** Both are protozoan microbes that can cause gastrointestinal illness in humans (Buret *et al.*, 1990; Ong, 1996). *G. lamblia* and *C. parvum* have become significant water-borne pathogens as they are indigenous infections in many animal species. Their oocysts are small enough to contaminate groundwater, and *C. parvum* oocysts cannot be successfully removed by common water treatment (Slifko, Smith and Rose, 2000; East Bay Municipal Utility District, 2001; Olson *et al.*, 2004). Worldwide, the prevalence in human population is 1 to 4.5 percent in developed countries and 3 to 20 percent in developing countries (Institute for International Cooperation in Animal Biologics, Center for Food Security and Public Health, 2004).

141

***Microsporidia spp:*** *Microsporidia spp* are intracellular spore-forming protozoa. Fourteen species are identified as opportunistic or emerging pathogens for human beings. In developing countries, *Microsporidia* species represent an even greater public health hazard, as infections were found predominantly in immuno-compromised individuals. The disease is usually borne, but it is also a potential emerging meat-borne zoonosis, which may also be acquired from raw or lightly cooked fish or crustaceans. The presence of human pathogenic *Microsporidia* in livestock or companion animals has been widely reported. *Enterocytozoon bieneusi* (the most frequently diagnosed species in humans) was reported in pigs, cattle, cats, dogs, llama and chickens (Slifko, Smith and Rose, 2000; Fayer *et al.*, 2002).

***Fasciola spp.:*** Fasciolosis (*Fasciola hepatica* and *Fasciola gigantica*) is an important parasitic infection of herbivores and a food-borne zoonosis. The most common transmission route is the ingestion of contaminated water. Food (such as salads) contaminated with metacercariae-contaminated irrigation water may also be a possible transmission route (Slifko, Smith and Rose, 2000; Conceição *et al.*, 2004; Velusamy, Singh and Raina, 2004).

*Drug residues contaminate aquatic environments*
Pharmaceuticals are used in large quantities in the livestock sector, mainly antimicrobials and hormones. Antimicrobials have a variety of use. They are given for therapeutic purposes to animals but are also given prophylactically to entire groups of healthy animals, typically during stressing events with high risk of infections, such as after weaning or during transport. They are also given to animals routinely in feed or water over longer periods of time to improve growth rates and feed efficiency. When antimicrobials are added to feed or water at lower-than-therapeutic rates some scientists refer to them as "subtherapeutic" or "nontherapeutic" uses (Morse and Jackson, 2003; Wallinga, 2002).

Hormones are used to increase feed conversion efficiency, particularly in the beef and pig sector. Their use is not permitted in a series of countries, particularly in Europe (FAO, 2003a).

In developed countries, drug use for animal production represents a high share of total use. About half of the 22.7 million kg of antibiotics produced in the United States annually is used on animals (Harrison and Lederberg, 1998). The Institute of Medicine (IOM) estimates that about 80 percent of the antibiotics administered to livestock in the United States are used for non-therapeutic reasons, i.e. for disease prophylaxis and growth promotion (Wallinga, 2002). In Europe, the amount of antibiotics used decreased after 1997, as a result of prohibition of some of the substances and public discussion on their use. In 1997, 5 093 tonnes were used, including 1 599 tonnes as growth promoters (mostly polyether antibiotics). In 1999, in EU-15 (plus Switzerland) 4 688 tonnes of antibiotics were used in livestock production systems. Of these 3 902 tonnes (83 percent) were used for therapeutic reasons (tetracyclines were the most common group) while only 786 tonnes were used as growth promoters. The four feed additives substances left in the EU (monensin, avilamycin, flavomycin and salinomycin) will be prohibited in the EU by 2006 (Thorsten *et al.*, 2003). The World Health Organization (WHO) has recently called for a ban on the practice of giving healthy animals antibiotics to improve their productivity (FAO, 2003a).

No data are available on the amounts of hormones used in the different countries. Endocrine disruptors interfere with the normal function of body hormones in controlling growth, metabolism and body functions. They are used in feedlots as ear implants or as feed additives (Miller, 2001). The natural hormones commonly used are: estradiol (estrogen), progesterone, and testosterone. The synthetic ones are: zeranol, melengestrol acetate, and trenbolone acetate. Around 34 countries have approved hormones for use in beef production. Among them are the, Australia, Canada, Chile, Japan, Mexico, New

BLM_0079882

Zealand, South Africa and the United States. When hormones are used cattle experience an 8 to 25 percent increase in daily weight gain with up to a 15 percent gain in feed efficiency (Canadian Animal Health Institute, 2004). No negative direct impacts on human health as a result of their correct application have been scientifically proven. However, the EU, partly in response to consumer pressure, has taken a strict stand on the use of hormones in livestock production (FAO, 2003a).

However, a substantial portion of the drugs used is not degraded in the animal's body and ends up in the environment. Drug residues including antibiotics and hormones have been identified in various aquatic environments including groundwater, surface water, and tap water (Morse and Jackson, 2003). The US Geological Survey found antimicrobial residues in 48 percent of 139 streams surveyed nationwide and animals were considered possible contributors, especially where manure is spread over agricultural land (Wallinga, 2002). For hormones, Estergreen *et al.* (1977) reported that 50 percent of progesterone administrated to cattle was excreted in the faeces and 2 percent in the urine. Shore *et al.* (1993) found that testosterone was readily leached from soil, but estradiol and estrone were not.

Since even low concentrations of antimicrobials exert a selective pressure in freshwater, bacteria are developing resistance to antibiotics. Resistance can be transmitted through the exchange of genetic material between microorganisms, and from non-pathogenic to pathogenic organisms. Because they can confer an evolutionary advantage, such genes spread readily in the bacterial ecosystem: bacteria that acquire resistance genes can out-compete and propagate faster than non-resistant bacteria (FAO, 2003a; Harrison and Lederberg, 1998; Wallinga, 2002). Beside the potential spread of antibiotic resistances, this represents a source of considerable environmental concern.

With hormones, the environmental concern relates to their potential effects on crops and possible endocrine disruption in humans and wildlife (Miller, 2001). Trenbolone acetate can remain in manure piles for more than 270 days, suggesting that water can be contaminated by hormonally active agents through runoff for example. The links between livestock use of hormones and associated environmental impacts is not easily demonstrated. Nevertheless, it would explain wildlife showing developmental, neurologic, and endocrine alterations, even after the ban of known estrogenic pesticides. This supposition is supported by the increasing number of reported cases of feminization or masculinization of fish and the increased incidence of breast and testicular cancers and alterations of male genital tracts among mammals (Soto *et al.*, 2004).

Antimicrobials and hormones are not the only drugs of concern. For example, high quantities of detergents and disinfectants are used in dairy production. Detergents represent the biggest portion of chemicals used in dairy operations. High levels of antiparasitics are also used in livestock production system (Miller, 2002; Tremblay and Wratten, 2002).

### Heavy metals use in feed return to the environment

Heavy metals are fed to livestock, at low concentrations, for health reasons or as growth promoters. Metals that are added to livestock rations may include copper, zinc, selenium, cobalt, arsenic, iron and manganese. In the pig industry, copper (Cu) is used to enhance performance as it acts as an antibacterial agent in the gut. Zinc (Zn) is used in weaner-pig diets for the control of post-weaning diarrhoea. In the poultry industry Zn and Cu are required as they are enzyme co-factors. Cadmium and selenium are also used and have been found to promote growth in low doses. Other potential sources of heavy metals in the livestock diet include drinking water, some limestone and the corrosion of metal used in livestock housing (Nicholson, 2003; Miller, 2001; Sustainable Table, 2005).

BLM_0079883

Animals can absorb only 5 to 15 percent of the metals they ingest. Most of the heavy metals they ingest are, therefore, excreted and return to the environment. Water resources can also be contaminated when foot baths containing Cu and Zn are used as hoof disinfectants for sheep and cattle (Nicholson, 2003; Schultheiß *et al.*, 2003; Sustainable Table, 2005).

Heavy metal loads deriving from livestock have been analysed locally. In Switzerland, in 1995, it was found that the total heavy metal load in manures amounted to 94 tonnes of copper, 453 tonnes of zinc, 0.375 tonnes of cadmium and 7.43 tonnes of lead from a herd of 1.64 million cattle and 1.49 million pigs (FAO, 2006b). Of this load 64 percent (of the zinc) to 87 percent (of the lead) were in cattle manure (Menzi and Kessler, 1998). Nevertheless, the highest concentration of copper and zinc was found in pig manure.

### Pollution pathways
### 1. Point-source pollution from intensive production systems
As presented in Chapter 1, the major structural changes occurring in the livestock sector today are associated with the development of industrial and intensive livestock production systems. These systems often involve large numbers of animals concentrated in relatively small areas and in relatively few operations. In the United States for example, 4 percent of the cattle feedlots represent 84 percent of cattle production. Such concentrations of animals creates enormous volumes of waste that have to be managed in order to avoid water contamination (Carpenter *et al.*, 1998). The way the waste is managed varies widely and the associated impacts on water resources vary accordingly.

In developed countries regulatory frameworks exist, but rules are often circumvented or violated. For example in the State of Iowa (United States) 6 percent of 307 major manure spills were from deliberate actions such as pumping manure onto the ground or deliberate breaches of storage lagoons, while 24 percent were caused by failure or overflow of a manure storage structure (Osterberg and Wallinga, 2004). In the United Kingdom, the number of reported pollution incidents related to farm wastes increased in Scotland from 310 in 1984 to 539 in 1993, and in England and Northern Ireland from 2 367 in 1981 to 4 141 in 1988. Runoff, from intensive livestock production units, is also one of the major sources of pollution in countries where the livestock sector is intensified.

In developing countries, and in particular in Asia, structural change in the sector, and subsequent changes in manure management practices, have caused similar negative environmental impacts. The growth in scale and geographical concentration in the vicinity of urban areas are causing gross land/livestock imbalances that hamper manure recycling options such as use as fertilizer on cropland. In such conditions, the costs of transporting manure to the field are often prohibitive. In addition, peri-urban land is too expensive for affordable treatment systems such as lagooning. As a result, most of the liquid manure from such operations is directly discharged into waterways. This pollution takes place amid high human population densities, increasing the potential impact on human welfare. Treatment is only practised on a minority of farms and is largely insufficient to reach acceptable discharge standards. Although related regulations are in place in developing



*Animal waste lagoon in a pig farm – Central Thailand 2000*

© LEAD/HARALD MENZI

countries, they are rarely enforced. Even when waste is collected (such as in a lagoon) a considerable part is often lost by leaching or by overflow during the rainy season, contaminating surface water and groundwater resources (Gerber and Menzi, 2005).

Since most pollution goes unrecorded, there is a lack of data, and so a comprehensive evaluation of the level of livestock-related point-source pollution at the global level is not possible. Looking at the global distribution of intensive livestock production systems (see Map 14 and 15, Annex 1) and based on local studies highlighting the existence of direct water contamination by intensive livestock activities, it is clear that much of the pollution is focussed in areas with high density of intensive livestock activities. These areas are mainly located in the United States (Western and Eastern coasts), in Europe (Western France, Western Spain, England, Germany, Belgium, the Netherlands, Northern Italy, and Ireland), in Japan, China and Southeast Asia (Indonesia, Malaysia, the Philippines, Taiwan Province of China, Thailand, Viet Nam), in Brazil, Ecuador, Mexico, Venezuela and in Saudi Arabia.

## 2. Non-point source pollution from pastures and arable land

The livestock sector can be linked to three main non-point source mechanisms.

First, part of livestock wastes and, in particular, manure are applied on land as fertilizer for food and feed production.

Second, in extensive livestock production systems surface water contamination by waste may come from direct deposition of faecal material into waterways, or by runoff and subsurface flow when deposited on the soil.

Third, livestock production systems have a high demand for feed and forage resources that often require additional inputs such as pesticides or mineral fertilizers that may contaminate water resources after being applied on land (this aspect will be further described in Section 4.3.4).



*Manure is spread onto a field in Wisconsin – United States*

Polluting agents deposited on rangelands and agricultural lands may contaminate ground and surface water resources. Nutrients, drug residues, heavy metals or biological contaminants applied on land can leach through the soil layers or can be washed away via run off. The extent to which this happens depends on soil and weather characteristics, the intensity, frequency and period of grazing and the rate at which manure is applied. In dry conditions, overland flow events may not be frequent, so most faecal contamination is the result of an animal defecating directly into a waterway (Melvin, 1995; East Bay Municipal Utility District, 2001; Collins and Rutherford, 2004; Miner, Buckhouse and Moore, 1995; Larsen, 1995; Milchunas and Lauenroth, 1993; Bellows, 2001; Whitmore, 2000; Hooda *et al.*, 2000; Sheldrick *et al.*, 2003; Carpenter *et al.*, 1998).

The degree of land degradation has an effect on the mechanisms and amounts of pollution. As plant cover is reduced, and as soil detachment and subsequent erosion are increased, runoff also increases, and so does the transport of nutrients, biological contaminants, sediments and other contaminants to water courses. The livestock sector has a complex impact, as it represents an indirect and direct source of pollution, and also influences directly (via land degradation) the natural mechanisms that control and mitigate pollution loads.

BLM_0079885

The application of manure on agricultural lands is motivated by two compatible objectives. First (from an environmental and/or economic viewpoint) it is an effective organic fertilizer and reduces the need for purchased chemical inputs. Second, it usually is a cheaper option than treating manure to meet discharge standards.

Nutrients recovered as manure and applied on agricultural lands were estimated globally at 34 million tonnes of N and 8.8 million tonnes of P in 1996 (Sheldrick, Syers and Lingard, 2003). The contribution of manure to total fertilizers has been declining. Between 1961 and 1995, the relative percentages decreased for N from 60 percent to 30 percent, and for P from 50 percent to 38 percent (Sheldrick, Syers and Lingard, 2003). Nevertheless, for many developing countries manure remains the main nutrient input to agricultural lands (see Table 4.11). The biggest contribution rates of manure to fertilization are observed in Eastern Europe and the CIS (56 percent) and sub-Saharan Africa (49 percent) These high rates, especially in sub-Saharan Africa, reflect abundance of land and the high economic value of manure as fertilizer, compared to mineral fertilizer, which may be unaffordable or not available at all in some places

The use of manure as fertilizer should not be considered as a potential threat to water pollution but more as a means to reduce it. When appropriately used, recycling of livestock manure reduces the need for mineral fertilizer. In countries where the recycling rate and the relative contribution from manure to total N application are low there is obviously a need for better manure management.

Using manure as a source of organic fertilizer presents other advantages regarding water pollution by nutrients. Since a high share of the N contained in manure is present in organic form, it becomes available for crops only gradually. Furthermore, the organic matter contained in the manure improves soil structure, and increases water retention and cation exchange capacity (de Wit *et al.*, 1997). Nevertheless, the organic N is also mineralized at times with low N uptake of crops. At such times the N released is most vulnerable to leaching. In Europe a large part of water contamination by nitrate is the result of the mineralization of organic N in autumn and spring.

When the primary function sought from manure application is as a cost-effective organic fertilizer, its use has traditionally been based on N rather than P uptake by crops. However, as the intake rates of N and P by crops are different from the N/P ratio in livestock excreta, this situation has often resulted in an increased level of P in manured soils over time. As the soil is not an infinite sink for P, this situation resulted in an increasing leaching process for P (Miller, 2001). Furthermore, when manure is used as a soil conditioner the dose of P applied on the land often exceeds the agronomic demand and P levels build up in soils (Bellows, 2001; Gerber and Menzi, 2005).

When the primary function sought from manure application is as a cost-effective waste-management practice, crop farmers tend to apply manure at rates that are excessive in intensity and frequency and may also be mistimed and exceeding the vegetation demand. Over-application is mainly driven by high transport and labour costs, which often limit the use of manure as an organic fertilizer to the direct vicinity of industrialized livestock production systems. As a result, manure is applied in excess, leading to accumulation in the soil and water contamination through runoff or leaching.

Nutrient accumulation in soils is reported worldwide. For example, since in the United States and Europe only 30 percent of the P input in fertilizer is taken up in agricultural produce, it is estimated that there is an average accumulation rate of 22 kg of P/ha/yr (Carpenter *et al.*, 1998). The impact of livestock intensification on nutrient balance was analysed in Asia by Gerber *et al.* (2005), see Box 4.2.

P losses to watercourses are typically estimated to be in the range of 3 to 20 percent of

BLM_0079886

Table 4.11

**Global N and P application on crops and pasture from mineral fertilizer and animal manure**

| Region/country | Crops | | | | Pasture | | | | Contribution of manure to N fertilization |
|---|---|---|---|---|---|---|---|---|---|
| | Area | Mineral fertilizer N | Manure N | Manure P | Area | Mineral fertilizer N | Manure N | Manure P | |
| | million ha | [.......... thousand tonnes ..........] | | | million ha | [.......... thousand tonnes ..........] | | | Percentage |
| North America | | | | | | | | | |
| Canada | 46.0 | 1 576.0 | 207.0 | 115.3 | 20.0 | 0.0 | 207.0 | 115.3 | 22 |
| United States | 190.0 | 11 150.0 | 1 583.0 | 881.7 | 84.0 | 0.0 | 1 583.0 | 881.7 | |
| Central America | 40.0 | 1 424.0 | 351.0 | 192.4 | 22.0 | 25.0 | 351.0 | 192.4 | 43 |
| South America | 111.0 | 2 283.0 | 1 052.0 | 576.8 | 59.0 | 12.0 | 1 051.0 | 576.2 | |
| North Africa | 22.0 | 1 203.0 | 36.0 | 18.5 | 10.0 | 0.0 | 34.0 | 17.4 | 10 |
| West Asia | 58.0 | 2 376.0 | 180.0 | 92.3 | 48.0 | 0.0 | 137.0 | 70.2 | |
| Western Africa | 75.0 | 156.0 | 140.0 | 71.9 | 26.0 | 0.0 | 148.0 | 76.0 | |
| Eastern Africa | 41.0 | 109.0 | 148.0 | 76.0 | 24.0 | 31.0 | 78.0 | 40.0 | 49 |
| Southern Africa | 42.0 | 480.0 | 79.0 | 40.6 | 50.0 | 3 074.0 | 3 085.0 | 1 583.8 | |
| OECD Europe | 90.0 | 6 416.0 | 3 408.0 | 1 896.7 | 18.0 | 210.0 | 737.0 | 410.2 | 38 |
| Eastern Europe | 48.0 | 1 834.0 | 757.0 | 413.4 | 177.0 | 760.0 | 2 389.0 | 1 304.5 | 56 |
| Former Soviet Union | 230.0 | 1 870.0 | 2 392.0 | 1 306.2 | 13.0 | 17.0 | 167.0 | 91.2 | |
| South Asia | 206.0 | 12 941.0 | 3 816.0 | 1 920.9 | 10.0 | 0.0 | 425.0 | 213.9 | |
| East Asia | 95.0 | 24 345.0 | 5 150.0 | 3 358.3 | 29.0 | 0.0 | 1 404.0 | 915.5 | 10 |
| Southeast Asia | 87.0 | 4 216.0 | 941.0 | 512.0 | 15.0 | 0.0 | 477.0 | 259.5 | |
| Oceania | 49.0 | 651.0 | 63.0 | 38.9 | 20.0 | 175.0 | 52.0 | 32.1 | 29 |
| Japan | 4.0 | 436.0 | 361.0 | 223.0 | 0.0 | 27.0 | 59.0 | 36.4 | |
| **World** | **1 436.0** | **73 467.0** | **20 664.0** | **11 734.7** | **625.0** | **4 331.0** | **12 384.0** | **6 816.6** | **30** |

*Note:* Data refers to 1995.
*Source:* FAO/IFA (2001).

the P applied (Carpenter *et al.*, 1998; Hooda *et al.*, 1998). N losses in runoff are usually under 5 percent of the applied rate in the case of fertilizer (see Table 4.12). However, this figure does not reflect the true contamination level, as it does not include infiltration and leaching. In fact, overall N export from agricultural ecosystems to water, as a percentage of fertilizer input, ranges from 10 percent to 40 percent from loam and clay soils to 25 to 80 percent for sandy soils (Carpenter *et al.*, 1998). These estimates are consistent with figures provided by Galloway *et al.* (2004) who estimate that 25 percent of the N applied escapes to contaminate water resources.

Nutrient losses from manured lands and their potential environmental impacts are significant. Based on the above figures, we can estimate that every year 8.3 million tonnes of N and 1.5 million tonnes of P coming from manure end up contaminating freshwater resources. The biggest contributor is Asia with 2 million tonnes of N and 0.7 million tonnes of P (24 percent and 47 percent respectively of global losses from manured lands).

Livestock manure can also contribute significantly to heavy metal loads on crop fields. In England and Wales, Nicholson *et al.* (2003) estimated that approximately 1 900 tonnes of

147

BLM_0079887

Table 4.12
Estimated N and P losses to freshwater ecosystems from manured agricultural lands

| Region | N from animal manure | | N losses to freshwater courses | P from animal manure | | P losses to freshwater courses |
| --- | --- | --- | --- | --- | --- | --- |
| | Crops | Pasture | | Crops | Pasture | |
| | *(............................................... thousand tonnes ...............................................)* | | | | | |
| North America | | | | | | |
| Canada | 207.0 | 207.0 | 104.0 | 115.3 | 20.0 | 16.2 |
| United States | 1 583.0 | 1 583.0 | 792.0 | 881.7 | 84.0 | 115.9 |
| Central America | 351.0 | 351.0 | 176.0 | 192.4 | 22.0 | 25.7 |
| South America | 1 052.0 | 1 051.0 | 526.0 | 576.8 | 59.0 | 76.3 |
| North Africa | 36.0 | 34.0 | 18.0 | 18.5 | 10.0 | 3.4 |
| West Asia | 180.0 | 137.0 | 79.0 | 92.3 | 48.0 | 16.8 |
| Western Africa | 140.0 | 148.0 | 72.0 | 71.9 | 26.0 | 11.7 |
| Eastern Africa | 148.0 | 78.0 | 57.0 | 76.0 | 24.0 | 12.0 |
| Southern Africa | 79.0 | 3 085.0 | 791.0 | 40.6 | 50.0 | 10.9 |
| OECD Europe | 3 408.0 | 737.0 | 1 036.0 | 1 896.7 | 18.0 | 229.8 |
| Eastern Europe | 757.0 | 2 389.0 | 787.0 | 413.4 | 177.0 | 70.8 |
| Former Soviet Union | 2 392.0 | 167.0 | 640.0 | 1 306.2 | 13.0 | 158.3 |
| South Asia | 3 816.0 | 425.0 | 1 060.0 | 1 920.9 | 10.0 | 231.7 |
| East Asia | 5 150.0 | 1 404.0 | 1 639.0 | 3 358.3 | 29.0 | 406.5 |
| Southeast Asia | 941.0 | 477.0 | 355.0 | 512.0 | 15.0 | 63.2 |
| Oceania | 63.0 | 52.0 | 29.0 | 38.9 | 20.0 | 7.1 |
| Japan | 361.0 | 59.0 | 105.0 | 223.0 | 0.0 | 26.8 |
| **World** | **20 664.0** | **12 384.0** | **8 262.0** | **11 734.7** | **625.0** | **1 483.2** |

*Source:* FAO and IFA (2001); Carpenter *et al.* (1998); Hooda *et al.* (1998); Galloway *et al.* (2004).

zinc (Zn) and 650 tonnes of copper (Cu) were applied to agricultural land in the form of livestock manure in 2000, representing 38 percent of annual Zn input (see Table 4.13). In England and Wales, cattle manure is the biggest contributor to heavy metal deposition by manure, mainly because of the large quantities produced rather than to elevated metal contents (Nicholson *et al.*, 2003). In Switzerland manure is responsible for about two-thirds of the Cu and Zn load in fertilizers and for about 20 percent of the Cd and Pb load (Menzi and Kessler, 1998).

There is growing awareness that the heavy metal content in the soil is increasing in many locations and that critical levels could be reached within the foreseeable future (Menzi and Kessler, 1998; Miller, 2001; Schultheiß *et al.*, 2003).

Within pastures, livestock are an additional source of P and N input to the soil in the form of urine and dung patches. Animals generally do not graze uniformly across a landscape. Nutrient impacts concentrate most where animals congregate, and they vary depending on grazing, watering, travelling and resting behaviours. When not taken up by plants or volatized into the atmosphere, these nutrients may contaminate water resources. Plant capacity to mobilize nutrients is overwhelmed most of the time by the high instantaneous local application rate of nutrients. Indeed, in improved cattle grazing systems, the daily urine excretion per urination of a grazing cow is of the order of 2 litres applied to an area of about 0.4 m². This represents an instantaneous application of 400–1 200 kg N per

BLM_0079888

Table 4.13

**Heavy metal inputs to agricultural land in England and Wales in 2000**

| Source | | Inputs per year (tonnes) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Zn | Cu | Ni | Pb | Cd | Cr | As | Hg |
| Atmospheric deposition | | 2 457 | 631 | 178 | 604 | 21 | 863 | 35 | 11 |
| Livestock manure | | 1 858 | 643 | 53 | 48 | 4.2 | 36 | 16 | 0.3 |
| Sewage sludge | | 385 | 271 | 28 | 106 | 1.6 | 78 | 2.9 | 1.1 |
| Industrial waste | | 45 | 13 | 3 | 3 | 0.9 | 3.9 | n.d. | 0.1 |
| Inorganic fertilizer | Nitrogen | 19 | 13 | 2 | 6 | 1.2 | 4 | 1.2 | <0.1 |
| | Phosphate | 213 | 30 | 21 | 3 | 10 | 104 | 7.2 | <0.1 |
| | Potash | 3 | 2 | <1 | 1 | 0.2 | 1 | 0.2 | <0.1 |
| | Lime | 32 | 7 | 15 | 6 | 0.9 | 17 | n.d. | n.d. |
| | Total | 266 | 53 | 37 | 16 | 12 | 126 | 8.5 | 0.1 |
| Agrochemicals | | 21 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| Irrigation Water | | 5 | 2 | <1 | <1 | <0.1 | <1 | 0.1 | n.d. |
| Composts | | <1 | <1 | <1 | <1 | <0.1 | <1 | n.d. | <0.1 |
| **Total** | | **5 038** | **1 621** | **299** | **778** | **40** | **327** | **62** | **13** |

*Note:* n.d. – no data.
*Source:* Nicholson *et al.* (2003).

hectare which exceeds annual grass mobilization capacity of 400 kg N ha$^{-1}$ in temperate climates. These patterns often lead to a redistribution of nutrients across the landscape, generating local point sources of pollution. Furthermore, this high instantaneous application of nutrients may burn the vegetation (high plant root toxicity), impairing the natural recycling process for months (Milchunas, and Lauenroth; Whitmore, 2000; Hooda *et al.*, 2000).

At the global level, 30.4 million tonnes of N and 12 millions tonnes of P are deposited annually by livestock in grazing systems. The direct deposition of manure on pastures is extremely important in Central and South America, which represent 33 percent of the global direct deposition for N and P. Nevertheless, this is greatly underestimated as it only includes pure grazing systems. Mixed systems also contribute to the direct deposition of N and P on grazed fields. This adds to the organic or mineral fertilizers applied on grasslands and poses an additional threat to water quality.

Within pastures the effects of grazing intensity on surface water are varied. Moderate grazing intensity does not usually increase P and N losses in runoff from pasture and, therefore, does not affect water resources significantly (Mosley *et al.*, 1997). However, intensive grazing activities do generally increase P and N losses in runoff from pasture and increase N leaching to groundwater resources (Schepers, Hackes and Francis, 1982; Nelson, Cotsaris and Oades, 1996; Scrimgeour and Kendall, 2002; Hooda *et al.*, 2000).

## 4.3.2 Wastes from livestock processing

Slaughterhouses, meat-processing plants, dairies and tanneries have a high polluting potential locally. The two polluting mechanisms of concern are the direct discharge of wastewater into freshwater courses, and surface runoff originating from processing areas. Wastewater usually contains high levels of total organic carbon (TOC) resulting in high biological oxygen demand (BOD), which leads to a reduction of oxygen levels in water and suppression of many aquatic species. Polluting compounds also include N, P and chemicals from tanneries including toxic

BLM_0079889

---

**Box 4.2** Impact of livestock intensification on nutrient balance in Asia

Livestock distributions in Asia have two major patterns. In South Asia and western China, ruminants dominate. In these areas production systems are mixed or extensive, mostly traditional, and livestock densities follow agro-ecological land and climate patterns. In India, ruminants account for more than 94 percent of the excretion of $P_2O_5$. This preponderance of the contribution of ruminants to $P_2O_5$ excretion is also noted in Bangladesh, Bhutan, Cambodia, Laos, Myanmar and Nepal, where ruminants contribute to more than 75 percent of the excreted $P_2O_5$.

On the other hand, East and Southeast Asia are dominated by pigs and poultry. Monogastrics (pigs and poultry) account for more than 75 percent of the excreted phosphorus ($P_2O_5$) in large parts of

China, Indonesia, Malaysia and Viet Nam around urban centres.

There is a strong heterogeneity across the study area regarding the $P_2O_5$ balance, from areas estimated to have a negative balance (mass balance lower than 10 kg/ha) to areas with high surpluses (mass balance higher than 10 kg/ha). For the whole study area, 39.1 percent of agricultural land is estimated to be in a balanced situation with regard to $P_2O_5$ (MASS BALANCE - 10 to +10 kg $P_2O_5$), while 23.6 percent is classified as overloaded - mainly in eastern China, the Ganges basin and around urban centres such as Bangkok, Ho Chi Minh City and Manila, with especially high surpluses at the periphery of urban centres.

On average, livestock manure is estimated to

---

compounds such as chromium (de Haan, Steinfeld and Blackburn, 1997).

### Slaughterhouses
*A high potential to pollute locally*
In developing countries the lack of refrigerated systems often leads to the siting of abattoirs in residential areas to allow delivery of fresh meat. A wide variety of slaughter sites and levels of technology exist. In principle, large scale industrial processing facilitates a higher utilization of by-products such as blood and facilitates the implementation of wastewater treatment systems and the enforcement of environmental regulations (Schiere and van der Hoek, 2000; LEAD, 1999). However, in practice large-scale abattoirs often import their technology from developed countries without the corresponding rendering and waste treatment facilities. When proper wastewater-management systems are not in place, local abattoirs may represent a high threat to water quality locally.

Direct discharges of wastewater from slaughter houses are commonly reported in developing

countries. Wastewater from abattoirs is contaminated with organic compounds including blood, fat, rumen contents and solid waste such as intestines, hair and horns (Schiere and van der Hoek, 2000). Typically 100 kg of paunch manure and 6 kg of fat are produced as waste per tonne of product. The primary pollutant of concern is blood, which has a high BOD (150 000 to 200 000 mg/litre). Polluting characteristics per tonne of liveweight killed are presented in Table 4.14 and are relatively similar between red meat and poultry slaughterhouses (de Haan, Steinfeld and Blackburn, 1997).

Looking at the European target values for urban waste discharge (e.g. 25 mg BOD, 1 015 mg N and 12 mg P per litre), wastewater from slaughterhouses has a high potential for water pollution even when discharged at low levels. Indeed, if directly discharged into a water course, the wastewater originating from the processing of 1 tonne of read meat contains 5 kg of BOD, which would need to be diluted into 200 000 litres of water in order to comply with EU standards (de Haan, Steinfeld and Blackburn, 1997).

BLM_0079890

**Box 4.2** cont.

account for 39.4 percent of the agricultural $P_2O_5$ supply. Livestock are the dominant agricultural source of $P_2O_5$ around urban centres and in livestock-specialized areas (southern and northeastern China), while mineral fertilizers are dominant in crop (rice) intensive areas. Mineral fertilizers represent the bulk of the $P_2O_5$ load in lowlands where rice is the dominant crop: Ganges basin, eastern and southern Thailand, Mekong delta, and eastern China (Jiangsu, Anhui and Henan provinces). On the other hand, manure represents more than half of the phosphate surplus in north-eastern China, southeastern China, Taiwan Province of China, and at the periphery of urban centres such as Hanoi, Ho Chi Minh, Bangkok and Manila.

These observations suggest that there is high potential for better integration of crop and livestock activities. In overloaded areas, part of the mineral fertilizers could, in fact, be substituted by manure, thus substantially decreasing the environmental impacts on land and water. If the potential substitution seems obvious, its implementation on the ground raises a series of issues and constraints (Gerber *et al.*, 2005).

**Map 4.1** Estimated contribution of livestock to total $P_2O_5$ supply on agricultural land, in an area presenting a $P_2O_5$ mass balance of more than 10 kg per hectare. Selected Asian countries – 1998 to 2000.



Percentage
- No overload
- 0 to 20
- 20 to 40
- 40 to 60
- 60 to 80
- 80 to 100

700   0   700 km

*Source:* Gerber *et al.* (2005).

BLM_0079891

Livestock's long shadow

Table 4.14

**Typical waste water characteristics from animal processing industries**

| Operation | BOD | SS | Nkj-N | P |
|---|---|---|---|---|
| | *l.................................................. kg ................................................l)* | | | |
| Red meat slaughterhouse (per ton LWK) | 5 | 5.6 | 0.68 | 0.05 |
| Red meat packinghouses (per ton LWK) | 11 | 9.6 | 0.84 | 0.33 |
| Poultry slaughterhouse (per ton LWK) | 6.8 | 3.5 | | |
| Dairies (per ton of milk) | 4.2 | 0.5 | <0.1 | 0.02 |

*Note:* LWK – Liveweight killed; SS – Suspended solids; NKj – the Kjeldahl nitrogen is the sum total of organic and ammonia-nitrogen
*Source:* de Haan, Steinfeld and Blackburn (1997).

**Tanneries**

*Source of wide range of organic and chemical pollutants*

The tanning process is a potential source of high local pollution, as tanning operations may produce effluents contaminated with organic and chemical compounds. The individual loads discharged in effluents from individual processing operations are summarized in Table 4.15. Pretanning activities (including cleaning and conditioning hides and skins) produce the biggest share of the effluent load. Water is contaminated with dirt, manure, blood, chemical preservatives and chemicals used to dissolve hairs and epidermis. Acid ammonium salts, enzymes, fungicides, bactericides and organic solvents are widely used to prepare the skins for the tanning process.

Some 80 to 90 percent of the world's tanneries now use chromium (Cr III) salts in their tanning processes. Under conventional modern technologies, 3 to 7 kg of Cr, 137 to 202 kg of Cl⁻, 4 to 9 kg of $S_2$– and 52 to 100 kg of $SO_4{}^{2-}$ are used per tonne of raw hide. This represents locally a high environmental threat to water resources if adapted wastewater treatments are not in place – as is often the case in developing countries. Indeed in most developing countries tannery effluent is disposed of by sewer, discharged to inland surface water and/or irrigated to land (Gate information services - GTZ, 2002; de Haan, Steinfeld and Blackburn, 1997).

Wastewater from tanneries, with its high concentrations of chromium and hydrogen sulfides, greatly affects local water quality and ecosystems, including fish and other aquatic life. Cr (III) and Cr (VI) salts are known to be carcinogenic compounds (the latter being much more toxic). According to WHO standards, the maximum allowed concentration of chromium for safe drinking water is 0.05mg/l. In areas of high tannery activity the level of chromium in freshwater resources can far exceed this level. When mineral tannery wastewater is applied on agricultural land, soil productivity can be adversely affected, and the chemical compounds used during the tanning process can leach and contaminate groundwater resources (Gate information services GTZ, 2002; de Haan, Steinfeld and Blackburn, 1997; Schiere and van der Hoek, 2000).

Traditional tanning structures (the remaining 10 to 20 percent) use vegetable tanning barks and nuts throughout the entire tanning process. Even if vegetable tannins are biodegradable, they still represent a threat to water quality when used in large quantities. Suspended organic matter (including hair, flesh, and blood residues) originating from the treated skins and vegetable tanning can make water turbid and poses a serious threat to water quality.

Advanced technologies can greatly reduce the pollution loads, especially of chromium, sulphur and ammonia nitrogen (see Table 4.15)

BLM_0079892

Table 4.15

**Pollution loads discharged in effluents from individual tanning operations**

| Operation | Technology | Pollution load (kg/tonnes raw hide) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SS | COD | BOD | Cr | $S_2^-$ | $NH_3$-N | TKN | $Cl^-$ | $SO_4^{2-}$ |
| Soaking | Conventional | 11–17 | 22–33 | 7–11 | – | – | 0.1–0.2 | 1–2 | 85–113 | 1–2 |
| | Advanced | 11–17 | 20–25 | 7–9 | – | – | 0.1–0.2 | 0.1–0.2 | 5–10 | 1–2 |
| Liming | Conventional | 53–97 | 79–122 | 28–45 | – | 3.9–8.7 | 0.1–0.2 | 6–8 | 5–15 | 1–2 |
| | Advanced | 14–26 | 46–65 | 16–24 | – | 0.4–0.7 | 0.1–0.2 | 3–4 | 1–2 | 1–2 |
| Deliming, | Conventional | 8–12 | 13–20 | 5–9 | – | 0.1–0.3 | 2.6–3.9 | 3–5 | 2–4 | 10–26 |
| Bating | Advanced | 8–12 | 13–20 | 5–9 | – | 0–0.1 | 0.2–0.4 | 0.6–1.5 | 1–2 | 1–2 |
| Tanning | Conventional | 5–10 | 7–11 | 2–4 | 2–5 | – | 0.6–0.9 | 0.6–0.9 | 40–60 | 30–55 |
| | Advanced | 1–2 | 7–11 | 2–4 | 0.05–0.1 | – | 0.1–0.2 | 0.1–0.2 | 20–35 | 10–22 |
| Post-Tanning | Conventional | 6–11 | 24–40 | 8–15 | 1–2 | – | 0.3–0.5 | 1–2 | 5–10 | 10–25 |
| | Advanced | 1–2 | 10–12 | 3–5 | 0.1–0.4 | – | 0.1–0.2 | 0.2–0.5 | 3–6 | 4–9 |
| Finishing | Conventional | 0–2 | 0–5 | 2 | – | – | – | – | – | – |
| | Advanced | 0–2 | 0 | 0 | – | – | – | – | – | – |
| Total | Conventional | 83–149 | 145–231 | 50–86 | 3–7 | 4–9 | 4–6 | 12–18 | 137–202 | 52–110 |
| | Advanced | 35–61 | 96–133 | 33–51 | 0.15–0.5 | 0.4–0.8 | 0.6–0.12 | 5–8 | 30–55 | 17–37 |

*Note:* COD – chemical oxygen demand; BOD – biological oxygen demand (in five days); SS – suspended solids; TKN – total Kjeldahl nitrogen.
*Source:* Gate information services – GTZ (2002).

## 4.3.3 Pollution from feed and fodder production

Over the two last centuries, the increased pressure on agricultural land, associated with poor land management practices, has resulted in increased erosion rates and decreased soil fertility over wide areas. As shown in Chapter 2, the livestock sector has contributed extensively to this process.

Feed production is estimated to account for 33 percent of agricultural crop land (Chapter 2). The increasing demand for food and feed products, combined with declining natural fertility of agricultural lands resulting from increased erosion, led to an increased use of chemical and organic inputs (including fertilizers and pesticides) to maintain high agricultural yields. This increase, in turn, contributed to the widespread pollution of freshwater resources. As we shall see in this section, in most geographical areas the livestock sector should be considered as the major driver for the trend of increasing water pollution.

## 1. Nutrients

We have already seen (in Section 4.3.1) that manure applied to crops (including feedcrops) can be associated with water pollution. In this section we focus on the fertilization of feedcrops with mineral fertilizers. While the two practices are complementary and are often combined, we have separated them here for clarity of the analysis. Their integration, and the concept of nutrient management plans, will be discussed in the mitigation option section.

The use of mineral fertilizer for feed and food production has increased significantly since the 1950s. Between 1961 and 1980 nitrogenous fertilizer consumption was multiplied by 2.8 (from 3.5 to 9.9 million tonnes per year) and 3.5 (from 3.0 to 10.8 million tonnes per year) in Europe (15) and the United States respectively. Identically the consumption of phosphate fertilizers was multiplied by 1.5 (from 3.8 to 5.7 million tonnes per year) and 1.9 (from 2.5 to 4.9 million tonnes per year) in these regions. Currently, humans release as much N and P to terrestrial ecosys-

153

BLM_0079893

tems annually as all natural sources combined. Between 1980 and 2000, global N consumption increased by 33 percent and P consumption by 38 percent. Tilman *et al.* (2001) projected that if past trends in N and P fertilization and irrigation, and their correlation with increasing population and GDP continue, the global N fertilization level would be 1.6 times greater than in 2000 by 2020 and 2.7 times greater than in 2000 by 2050, while P fertilization would be 1.4 times greater by 2020 and 2.4 times greater by 2050.

Changes, at the regional level, show considerable diversity over the last two decades (Table 4.16). Between 1980 and 2000, the increases in the use of mineral fertilizer has been particularly strong in Asia (+117 percent for N and +154 percent for P), Latin America (+80 percent for N and +334 percent for P), and Oceania (+337 percent for N and +38 percent for P). In developed countries there is currently a stagnation (+2 percent for N use in North America) or an actual decline in the use of mineral fertilizer (-8 percent for N and 46 percent for P use in Europe, -20 percent for P use in Northern America). These trends can be explained by the fact that market prices of arable crops have fallen, creating economic pressure for a more accurate matching of fertilizer application rates to crop needs. Furthermore in some areas (Europe for example), owing to

environmental concerns, standards and policies have been developed to control application rates, methods and timing. However as most modern crop varieties require relatively high rates of fertilizer application, fertilizer use remains high (Tilman *et al.*, 2001; Stoate *et al.*, 2001).

Asia is the leading user of mineral fertilizer with 57 percent and 54.5 percent of the global consumption for N and P respectively. In contrast, the consumption of fertilizer in sub-Saharan Africa is still insignificant representing 0.8 percent and 1.2 percent of the global consumption for N and P respectively.

The increased consumption of fertilizer over the past 50 years has made agriculture an ever-increasing source of water pollution (Ongley, 1996; Carpenter, 1998).

The livestock sector is a major cause of this increase. Table 4.17 describes the livestock contribution to N and P consumption in 12 major countries, covering both livestock and feed production. In five of them, livestock are directly or indirectly responsible for more than 50 percent of the mineral N and P applied on agricultural land (i.e. Canada, France, Germany, the United Kingdom and the United States). The extreme case is the United Kingdom, where livestock contributes to 70 percent and 58 percent respectively of the amount of N and P applied on agricultural

Table 4.16

**Mineral fertilizer consumption in different world regions between 1980 and 2000**

| Regions | Nitrogenous fertilizers consumption (tonnes) | | Percentage change | Phosphate fertilizers consumption (tonnes) | | Percentage change |
|---|---|---|---|---|---|---|
| | 1980 | 2000 | 1980–2000 | 1980 | 2000 | 1980–2000 |
| Asia | 21 540 789 | 46 723 317 | 117 | 6 971 541 | 17 703 104 | 154 |
| Commonwealth of Independent States | | 2 404 253 | | | 544 600 | |
| Africa South of Sahara | 528 785 | 629 588 | 19 | 260 942 | 389 966 | 49 |
| European Union (15) | 9 993 725 | 9 164 633 | -8 | 5 679 528 | 3 042 459 | -46 |
| Latin America and the Caribbean | 2 864 376 | 5 166 758 | 80 | 2 777 048 | 3 701 328 | 33 |
| Central America | 1 102 608 | 1 751 190 | 59 | 325 176 | 443 138 | 36 |
| North America | 11 754 950 | 12 028 513 | 2 | 5 565 165 | 4 432 567 | -20 |
| Oceania | 273 253 | 1 192 868 | 337 | 1 139 807 | 1 571 016 | 38 |
| **World** | **60 775 733** | **80 948 730** | **33** | **31 699 556** | **32 471 855** | **2** |

*Source:* FAO (2006b).

BLM_0079894

lands. In the four European countries we can also note the high fertilizer rates for pastures. In the United Kingdom for example pasture represents 45.8 percent of N and 31.2 percent of P consumption for agriculture. In these countries we can reasonably surmise that the livestock sector is the leading contributor to water pollution deriving from mineral fertilizers on agricultural lands. In the other countries studied this contribution is also extremely important. In Brazil and Spain, the livestock contribution to agricultural N and P use is over 40 percent. Livestock's contribution is relatively less important in Asia with 16 percent for N use in China and 3 percent for P and N use in India. Nevertheless, even if low in relative value, the volume of N and P used by the livestock sector is extremely high in absolute terms as Asia represents almost 60 percent of the global consumption of N and P mineral fertilizer.

When applied on agricultural lands, nitrogen and phosphate reach watercourses during leaching, surface runoff, subsurface flow and

soil erosion (Stoate *et al.*, 2001). The transport of N and P depends on the time and rate of fertilizer application together with land-use management and site characteristics (soil texture and profile, slope, vegetation cover) and climate (rainfall characteristics). The latter particularly influences the leaching process (especially for N) and the contamination of groundwater resources (Singh and Sekhon, 1979; Hooda *et al.*, 2000).

In Europe, $NO_3$ concentration exceeded the international standards ($NO_3$:45 mg/litre; $NO_3$-N:10 mg/litre) in the groundwater below 22 percent of the cultivated land (Jalali, 2005; Laegreid *et al.*, 1999). In the United States an estimated 4.5 million people drink water from wells containing nitrates above the standards (Osterberg and Wallinga, 2004; Bellows, 2001; Hooda *et al.*, 2000). In developing countries numerous assessments have shown the link between high fertilization rates, irrigation, and groundwater pollution by nitrates (Costa *et al.*, 2002; Jalali, 2005; Zhang *et al.*, 1996).

Table 4.17

Contribution of livestock production to agricultural N and P consumption in the form of mineral fertilizer in selected countries

| Countries | N (mineral fertilizer) Consumption (thousand tonnes) | | | | | $P_2O_5$ (mineral fertilizer) Consumption (thousand tonnes) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total use for agriculture | Use for feed production | Use for pastures and fodder | Total use | Livestock contribution (%) | Total use for agriculture | Use for feed production | Use for pastures and fodder | Total use | Livestock contribution (%) |
| Argentina | 436.1 | 126.5 | Negligible | 126.5 | 29 | 336.3 | 133.7 | Negligible | 133.7 | 40 |
| Brazil | 1 689.2 | 678.1 | Negligible | 678.1 | 40 | 1 923.8 | 876.4 | Negligible | 876.4 | 46 |
| China | 18 804.7 | 2 998.6 | Negligible | 2 998.6 | 16 | 8 146.6 | 1 033.8 | Negligible | 1 033.8 | 13 |
| India | 10 901.9 | 286.0 | Negligible | 286.0 | 3 | 3 913.6 | 112.9 | Negligible | 112.9 | 3 |
| Mexico | 1 341.0 | 261.1 | 1.6 | 262.7 | 20 | 418.9 | 73.8 | 0.6 | 74.4 | 18 |
| Turkey | 1 495.6 | 243.1 | 18.6 | 261.7 | 17 | 637.9 | 108.2 | 8.0 | 116.2 | 18 |
| USA | 9 231.3 | 4 696.9 | Negligible | 4 696.9 | 51 | 4 088.1 | 2 107.5 | Negligible | 2 107.5 | 52 |
| Canada | 1 642.7 | 894.4 | 3.0 | 897.4 | 55 | 619.1 | 317.6 | 1.0 | 318.6 | 51 |
| France | 2 544.0 | 923.2 | 393.9 | 1 317.1 | 52 | 963.0 | 354.5 | 145.4 | 499.9 | 52 |
| Germany | 1 999.0 | 690.2 | 557.0 | 1 247.2 | 62 | 417.0 | 159.7 | 51.0 | 210.7 | 51 |
| Spain | 1 161.0 | 463.3 | 28.0 | 491.3 | 42 | 611.0 | 255.0 | 30.0 | 285.0 | 47 |
| United Kingdom | 1 261.0 | 309.2 | 578.0 | 887.2 | 70 | 317.0 | 84.3 | 99.0 | 183.3 | 58 |

*Note:* Based on 2001 consumption data.
*Source:* FAO (2006b).

BLM_0079895

Table 4.18

**Estimated N and P losses to freshwater ecosystems from mineral fertilizers consumed for feed and forage production**

| | N (mineral fertilizer) consumption for feed and forage production | N losses to freshwater ecosystems | P (mineral fertilizer) consumption for feed and forage production | P losses to freshwater ecosystems |
|---|---|---|---|---|
| | (................................................... thousand tonnes ...................................................) | | | |
| Argentina | 126.5 | 32 | 133.7 | 17 |
| Brazil | 678.1 | 170 | 876.4 | 105 |
| China | 2998.6 | 750 | 1033.8 | 124 |
| India | 286 | 72 | 112.9 | 13 |
| Mexico | 262.7 | 66 | 74.4 | 9 |
| Turkey | 261.7 | 65 | 116.2 | 14 |
| USA | 4696.9 | 1174 | 2107.5 | 253 |
| Canada | 897.4 | 224 | 318.6 | 38 |
| France | 1317.1 | 329 | 499.9 | 60 |
| Germany | 1247.2 | 312 | 210.7 | 25 |
| Spain | 491.3 | 123 | 285 | 34 |
| United Kingdom | 887.2 | 222 | 183.3 | 22 |

*Note:* Based on 2001 consumption data.
*Source:* FAO (2006b); Carpenter *et al.* (1998); Hooda *et al.* (1998) and Galloway *et al.* (2004).

N and P loss rates estimated by Carpenter *et al.* (1998) and Galloway *et al.* (2004) (see Section 4.3.1), were used to estimate N and P losses to freshwater ecosystems from mineral fertilizers consumed for feed and forage production (see Table 4.18). High losses occur especially in the United States (with 1 174 000 tonnes for N and 253 000 tonnes for P), China (750 000 tonnes for N and 124 000 tonnes for P) and Europe.

Accurate estimation of the relative contribution of the livestock sector to N and P water pollution at global level is not possible because of lack of data. However, this relative contribution can be investigated in the United States based on the work presented by Carpenter *et al.*, 1998 (see Table 4.19). Livestock's contribution, including N and P losses from cropland used for feed, pastures and rangelands, represent one-third of total discharge to surface water for both N and P.

We can assume that the livestock sector is probably the leading contributor to water pollution by N and P in the United States.

These impacts represent a cost to society

which may (depending on the opportunity value of the resources affected) be enormous. The livestock sector is the first contributor to these costs in several countries. For the United Kingdom, the cost of removing nitrates from drinking-water costs is estimated at US$10 per kg, totalling US$29.8 million per year (Pretty *et al.*, 2000). The costs associated with erosion and P pollution were even higher and were estimated at US$96.8 million. These figures are probably underestimates, as they do not include the costs associated with the impacts on ecosystems.

## 2. Pesticides used for feed production

Modern agriculture relies on the use of pesticides[7] to maintain high yields. Pesticide use has declined in many OECD countries but is still

---

[7] Pesticide is a generic term to describe a chemical substance used to kill, control, repel, or mitigate any disease or pest. It includes herbicides, insecticides, fungicides, nematocides and rodenticides (Margni *et al.*, 2002; Ongley, 1996).

BLM_0079896

Table 4.19

**Livestock contribution to nitrogen and phosphorus discharges to surface waters from non-point source and point source pollution in the United States**

| Source | Total | | Livestock contribution | |
|---|---|---|---|---|
| | N | P | N losses | P losses |
| | *(......... Thousand tonnes per year .........)* | | | |
| Croplands | 3 204 | 615 | 1 634 | 320 |
| Pastures | 292 | 95 | 292 | 95 |
| Rangelands | 778 | 242 | 778 | 242 |
| Forests | 1 035 | 495 | | |
| Other rural lands | 659 | 170 | | |
| Other non-point sources | 695 | 68 | | |
| Other point sources | 1 495 | 330 | | |
| Total | 158 | 2015 | | |
| **Livestock contribution** | | | 2 704 | 657 |
| Percentage of the total | | | 33.1 | 32.6 |

*Source:* Based on Carpenter *et al.* (1998).



*Spraying pesticide on crops – United States*

© USDA/DOUG WILSON

on the increase in most developing countries (Stoate *et al.*, 2001; Margni *et al.*, 2002; Ongley 1996). Pesticides applied on agricultural land can contaminate the environment (soil, water and air) and affect non-target living organisms and micro-organism, thus damaging the proper functioning of ecosystems. They also constitute a risk to human health through residues in water and in food (Margni *et al.*, 2002; Ongley, 1996).

Several hundred different pesticides are currently used for agricultural purposes around the world. The two most important classes are organochlorine and organophosphorous compounds (Golfinopoulos *et al.*, 2003). Pesticide contamination of surface water resources is reported worldwide. While it is difficult to separate the role of pesticides from that of industrial compounds that are released into the environment, there is evidence that agricultural use of pesticides represents a major threat to water quality (Ongley, 1996). In the United States for example the Environmental Protection Agency's National Pesticide Survey found that 10.4 percent of community wells and 4.2 percent of rural wells contained detectable levels of one or several pesticides (Ongley, 1996).

The main form of loss of pesticides from treated crops is volatilization, but runoff, drainage and leaching may lead to indirect contamination of surface and groundwaters. Direct contamination of water resources may arise during the application of pesticides as they can partly move by air to non-target areas downwind, where they can affect fauna, flora and humans (Siebers, Binner and Wittich, 2003; Cerejeira *et al.*, 2003; Ongley, 1996).

The persistence of pesticides in soils also varies depending on runoff, volatilization and leaching processes and the degradation processes, which vary depending on the chemical stability of the compounds (Dalla Villa *et al.*, 2006). Many pesticides (in particular organophosphorous pesticides) dissipate rapidly in soils as a result of mineralization. But others (organochlorine pesticides) are very resistant and remain active longer in the ecosystem. As they resist biodegradation, they can be recycled through food chains and reach higher concentrations at the top levels of the food chain (Golfinopoulos *et al.*, 2003; Ongley, 1996; Dalla Villa *et al.*, 2006).

Surface water contamination may have ecotoxicological effects on aquatic flora and fauna, and for human health if the water is used for public consumption. The impacts are the outcome of two distinct mechanisms: bioconcentra-

157

BLM_0079897

---

**Box 4.3  Pesticide use for feed production in the United States**

Agriculture is a major user of pesticides in the United States, accounting for 70 to 80 percent of total pesticide use (United States Geological Survey – USGA, 2003). Herbicides constitute the largest pesticide category in the US agriculture while insecticides are generally applied more selectively and at lower rates.

Soybean and corn are the two most extensively grown field crops, totaling about 62 million hectares in 2005 (FAO, 2006). Corn is the largest herbicide user (USDA-ERA, 2002 ). In 2001, about 98 percent of the 28 million hectares of corn planted in the major producing states were treated with a total of about 70 000 tonnes of herbicides. However, only 30 percent of the planted corn acreage was treated with insecticides, amounting to about 4 000 tonnes. Soybean production in the US also utilizes significant amounts of herbicides. An estimated 22 000 tonnes of herbicides were applied to 21 million hectares of soybean in 2001 (USDA/NASS, 2001).

Overall pesticide use intensity (defined as the average amount of chemical applied per hectare of planted area) in corn and soy production has declined over the years a decline that can be attributed to technological improvements, the introduction of genetically modified crops, and the increase of pesticide toxicity (reduced application rate) (Ackerman *et al.*, 2003). Nevertheless, owing to the increased toxicity of the compounds used the ecological impacts may not have declined.

In 2001, feed production in the United States

---

tion and biomagnification (Ongley, 1996). Bioconcentration refers to the mechanisms by which pesticides concentrate in fat tissue over the life of an individual. Biomagnification refers to the mechanisms by which pesticide concentrations increase through the food chain, resulting in high concentration in top predators and humans. Pesticides impact the health of wild animals (including fishes, shellfishes, birds and mammalians) and plants. They can cause cancers, tumours and lesions, disruption of immune and endocrine systems, modification of reproductive behaviours and birth defects (Ongley, 1996; Cerejeira *et al.*, 2003). As a result, of these impacts the whole food chain may be affected.

The contribution of the livestock sector to pesticide use is illustrated in Box 4.3. In 2001, the volume of herbicide used for US corn and soybean amounted to 74 600 tonnes, 70 percent of the total herbicide use in agriculture. For insecticides the relative contribution of corn and soybean production for feed to total agricultural use declined from 26.3 percent to 7.3 percent between 1991 and 2001, as a result of technological improvements, the introduction

of genetically modified crops and the improved toxicity of pesticides (Ackerman *et al.*, 2003). Although the relative contribution of feed production (in the form of soybean and corn) toward pesticide use is declining in the United States (from 47 percent in 1991 to 37 percent in 2001), livestock production systems remain a major contributor to their use.

We can assume that the role of livestock production systems in pesticide use is equally important in other main feed producing countries, including Argentina, Brazil, China, India and Paraguay.

## 3. Sediments and increased turbidity levels from livestock-induced erosion

Soil erosion is the result of biotic factors, such as livestock or human activity and abiotic, such as wind and water (Jayasuriya, 2003). Soil erosion is a natural process and is not a problem where soil regeneration equals or exceeds soil loss. However, in most parts of the world this is not the case. Soil erosion has increased dramatically because of human activities. Large parts of the world including Europe, India, East and South

158

Box 4.3 cont.

was constituted by corn (43.6 percent), soybean (33.8 percent), wheat (8.6 percent), and sorghum (5.5 percent), the rest being comprised of other oilseeds and grains. In 2001 60 percent of US corn production and 40 percent of soybean production was used utilized for feed (FAO, 2006b). Total quantities of herbicide use for corn and soybean, use intensities, and the herbicide usage by the livestock sector are shown in the table below. Livestock sector usage declined by 20 percent between 1991 and 2001. In 2001, 70 percent of the volume of herbicides used in agriculture can be attributed to animal feed production in the form of soybean and corn. The use of insecticide in corn production for feed declined more strongly over this same period, from 8 200 tonnes (26 percent of

total insecticide use in agriculture) to 3,400 tonnes (7 percent). Although the relative contribution of feed (soybean and corn) toward pesticide use is declining in the United States (from 47 percent in 1991 to 37 percent in 2001), livestock production systems still remain a major contributor to their use. Although it may not be possible isolate these impacts on water resources or to draw conclusions on their magnitude, the use of pesticides for feed grain and oilseed production in the United States undoubtedly has major environmental impacts on water quality as well as on water-related ecosystems.

Table 4.20
**Pesticide use for feed production in the United States**

| | 1991 | 1996 | 2001 |
|---|---|---|---|
| Total agricultural herbicide use *(tonnes)* | 139 939 | 130 847 | 106 765 |
| Total agricultural insecticide use *(tonnes)* | 32 185 | 16 280 | 51 038 |
| **Herbicide use for corn - 100% of the planted area is treated** | | | |
| Herbicide application rate *(kg/ha)* | 3.1 | 3 | 2.5 |
| Total herbicide used for feed production *(tonnes)* | 70 431 | 71 299 | 55 699 |
| Herbicides use in feed production as % of total agricultural herbicide use *(%)* | 50.3 | 54.5 | 52.2 |
| **Insecticide use for corn - 30% of the planted area is treated** | | | |
| Insecticide application rate *(kg/ha)* | 1.2 | 0.8 | 0.5 |
| Total insecticides used for feed production *(tonnes)* | 8 253 | 5 781 | 3 380 |
| Insecticide use in feed production as % of total agricultural insecticide use *(%)* | 26 | 36 | 7 |
| **Herbicide use for soybean - 100 % of the planted area is treated** | | | |
| Herbicide application rate *(kg/ha)* | 1.3 | 1.3 | 1.1 |
| Total herbicide used for feed production *(tonnes)* | 18 591 | 19 496 | 18 882 |
| Herbicide use in feed production (soybean) as a % of total agricultural herbicide use *(%)* | 13.3 | 14.9 | 17.7 |
| **Insecticide use for soybean - 2% of the planted area is treated** | | | |
| Insecticide application rate *(kg/ha)* | 0.4 | 0.3 | 0.3 |
| Total insecticides used for feed production *(tonnes)* | 108 | 88 | 91 |
| Insecticide use in feed production as % of total agricultural insecticide use *(%)* | 0.3 | 0.5 | 0.3 |
| Total agricultural pesticide use *(tonnes)* | 207 382 | 199 991 | 211 148 |
| Total Pesticide used for feed production (soybean and corn) as a % of total agricultural pesticide use *(%)* | 47 | 48 | 37 |

*Source:* FAO (2006b); USDA/NASS (2001); USDA-ERA (2002).

BLM_0079899

China, Southeast Asia, the eastern United States and Sahelian Africa are particularly at risk from human-induced water erosion (see Map 4.2).

Apart from loss of soil and soil fertility, erosion also results in sediments being transported to waterways. Sediments are considered as the principal non-point source water pollutant related to agricultural practices (Jayasuriya, 2003). As a result of erosion processes, 25 billion tonnes of sediments are transported through rivers every year. With the worldwide increased demand for feed and food products the environmental and economic costs of erosion are increasing dramatically.

As presented in Chapter 2, the livestock sector is one of the major contributors to the soil erosion process. Livestock production contributes to soil erosion and, therefore, sediment pollution of waterways in two different ways:

• indirectly, at feed production level when cropland is inappropriately managed or as result of land conversion; and

• directly, through livestock hoof and grazing impacts on pastures.

Croplands, especially under intensive agriculture, are generally more prone to erosion than other land uses. Major factors that contribute to increased erosion rates within croplands are developed in Chapter 2. The European Union Environmental Directorate estimates that the mean annual soil loss across northern Europe is higher than 8 tonnes/ha. In Southern Europe 30 to 40 tonnes/ha$^{-1}$ can be lost in a single storm (De la Rosa *et al.*, 2000 cited by Stoate *et al.*, 2001). In the United States about 90 percent of cropland is currently losing soil, above the sustainable rate, and agriculture is identified as the leading cause of impairment of water resources by sediments (Uri and Lewis, 1998). Soil erosion rates in Asia, Africa and South America are estimated to be about twice as high as in the United States (National Park Service, 2004). Not all the eroded top soil goes on to contaminate water resources. Some 60 percent or more of the eroded soil settles out of the runoff before

it reaches a water body, and may enhance soil fertility locally, downhill from the areas that are losing soil (Jayasuriya, 2003).

On the other hand, concentrated "hoof action" by livestock in areas such as stream banks, trails, watering points, salting and feeding sites causes compaction of wet soils (whether vegetated or exposed), and mechanically disrupts dry and exposed soils. Compacted and/or impermeable soils can have decreased infiltration rates, and therefore increased volume and velocity of runoff. Soils loosened by livestock during the dry season are a source of sediments at the beginning of the new rainy season. In riparian areas the destabilization of streambanks by livestock activities contributes locally to a high discharge of eroded material. Furthermore, livestock can overgraze vegetation, disrupting its role of trapping and stabilizing soil and aggravating erosion and pollution (Mwendera and Saleem, 1997; Sundquist, 2003; Redmon, 1999; Engels, 2001; Folliott, 2001; Bellows, 2001; Mosley *et al.*, 1997; Clark Conservation District, 2004; East Bay Municipal Utility District, 2001).

The erosion process decreases the on-site water-holding capacity of the soil. The off-site impacts relate to the impairment of water resources and include:



*River bank soils loosened by water buffaloes in Naning, China causing sedimentation and turbidity*

© FAO/19301/J. SPAULL

Map 4.2   **Risk of human–induced water erosion**



Source: USDA-NRCS (1999).

161

BLM_0079901

- Increased sedimentation in reservoirs, rivers and channels resulting in the obstruction of waterways, clogging of drainage and irrigation systems.
- Destruction of aquatic ecosystem habitats. Streambeds and coral reefs are blanketed with fine sediments, which cover food sources and nesting sites. Increased water turbidity reduces the amount of light available in the water column for plant and algae growth, raises surface temperature, affects respiration and digestion among aquatic organisms and covers.
- Disruption of the hydraulic characteristics of the channel, resulting in higher peak flow leading to loss of infrastructure and lives during flooding and reduced water availability during the dry season.
- Transport of adsorbed agricultural nutrients and pollutants, especially phosphorus, chlorinated pesticides and most metals, to reservoirs and watercourses resulting in an accelerated pollution process. The adsorption of sediment is influenced by the size of the particles and the amount of particulate organic carbon associated with the sediment.
- Influence on micro-organisms. Sediments promote growth of micro-organisms and protect them from disinfection processes.
- Eutrophication. The decreased oxygen levels (as a final result of the impairment of eco-systems functioning) may also enhance the development of anaerobic microflora (Ongley, 1996; Jayasuriya, 2003; Uri and Lewis, 1998).

The role of livestock production systems in erosion and increased turbidity levels is illustrated by a United States case study (see Box 2.4, Chapter 2), which identified livestock production systems as the major contributor to soil erosion and its associated water pollution, accounting for 55 percent of the total soil mass eroded from agricultural lands every year. At the global level, we can assume that the livestock production system plays a major role regarding water contamination by sediments in countries with important feed production or with large areas dedicated to pasture.

Increased erosion has economic costs both on-site and off-site. On-site, the loss of top soil represents an economic loss to agriculture through loss of productive land, top soil, nutrients and organic matter. Farmers have to maintain field productivity by using fertilizers that represent a considerable cost and may further pollute water resources. However, many small-scale farmers in developing countries cannot afford to buy these inputs and, therefore, suffer declining yields (Ongley, 1996; Jayasuriya, 2003; UNEP, 2003). Off-site, suspended solids impose costs on water treatment facilities for their removal. Mud removal from stream channels constitutes a considerable cost to local populations. The cost of erosion in the United States in 1997 has been estimated at US$29.7 billion, representing 0.4 percent of GDP (Uri and Lewis, 1998). The costs associated to the increased frequency of flooding events are also massive.

## 4.4 Livestock land-use impacts on the water cycle

The livestock sector not only contributes to the use and pollution of freshwater resources but also impacts directly the water replenishment process. Livestock's land-use affects the water cycle by influencing water infiltration and retention. This impact depends on the type of land use, and therefore varies with land-use changes.

### 4.4.1 Extensive grazing alters water flows

Globally 69.5 percent of the rangelands (5.2 billion ha) in dry lands are considered as degraded. Rangeland degradation is widely reported in southern and Central Europe, Central Asia, sub-Saharan Africa, South America, the United States and Australia (see Chapter 2). Half of the 9 million hectares of pasture in Central America are estimated to be degraded, while over 70 percent of the pastures in the northern Atlantic zone of Costa Rica are in an advanced stage of degradation.

BLM_0079902

Land degradation by livestock has an impact on the replenishment of water resources. Overgrazing and soil trampling can severely compromise the water cycle functions of grasslands and riparian areas by affecting water infiltration and retention, and stream morphology.

Uplands, as the headwaters of major drainage systems that extend to lowlands and riparian areas,[8] make up the largest part of watersheds and play a key role in water quantity and water delivery. In a properly functioning watershed, most precipitation is absorbed by soil in the uplands, and is then redistributed throughout the watershed by underground movement and controlled surface runoff. Any activities that affect the hydrology of the uplands, therefore, have significant impacts on water resources of lowlands and riparian areas (Mwendera and Saleem, 1997; British Columbia Ministry of Forests, 1997; Grazing and Pasture Technology Program, 1997).

Riparian ecosystems increase water storage and groundwater recharge. Soils in riparian areas differ from upland areas, as they are rich in nutrients and organic matter, which allow the soil to retain large amounts of moisture. The presence of vegetation slows down the rain and allows water to soak into the soil, facilitating infiltration and percolation and recharging groundwater. Water moves downhill through the subsoil and seeps into the channel throughout the year, helping to transform what would otherwise be intermittent streams into perennial flows, and extending water availability during the dry season (Schultz, Isenhart and Colletti, 1994; Patten et al., 1995; English, Wilson and Pinkerton,1999; Belsky, Matzke and Uselman, 1999). The vegetation filters out sediment and builds

up and reinforces the stability of stream banks. It also reduces the sedimentation of waterways and reservoirs, thereby also increasing water availability (McKergow et al., 2003).

Infiltration separates water into two major hydrologic components: surface runoff and subsurface recharge. The infiltration process influences the source, timing, volume and peak rate of runoff. When precipitation is able to enter the soil surface at appropriate rates, the soil is protected against accelerated erosion and soil fertility can be maintained. When it cannot infiltrate, it runs off as surface flow. Overland flow may travel down slope to be infiltrated on another portion of the hill slope, or it may continue on and enter a stream channel. Any mechanism that affects the infiltration process in the uplands, therefore, has consequences far beyond the local area (Bureau of Land Management, 2005; Pidwirny M., 1999; Diamond and Shanley, 1998; Ward, 2004; Tate, 1995; Harris et al., 2005).

The direct impact of livestock on the infiltration process varies, depending on the intensity, frequency and duration of grazing. In grassland ecosystems, infiltration capacity is mainly influenced by soil structure and vegetation density and composition. When vegetation cover declines, soil organic matter content and aggregate soil stability decrease, reducing the soil's infiltration capacity. Vegetation further influences the infiltration process by protecting the ground from raindrops, while its roots improve soil stability and porosity. When soil layers are compacted by trampling, porosity is reduced and the level of infiltration is reduced dramatically. Thus, when not appropriately managed, grazing activities modify the physical and hydraulic properties of soils and ecosystems, resulting in increased runoff, increased erosion, increased frequency of peak flow events, increased water velocity, reduced late season flow and lowered water tables (Belsky, Matzke and Uselman, 1999; Mwendera and Saleem, 1997).

Generally, grazing intensity is recognized as the most critical factor. Moderate or light graz-

---

[8] Riparian ecosystems are wetlands adjacent to rivers and lakes, where soils and vegetation are influenced by elevated water tables. In headwater or ephemeral streams, riparian zones are often narrow strips of adjacent land. In large rivers they can be well-developed floodplains. Riparian areas usually result in a combination of high biodiversity, high density of species and high productivity (Carlyle and Hill, 2001; Mosley et al., 1997; McKergow et al., 2003).

163

BLM_0079903

ing reduces infiltration capacity to about three-quarters of the un-grazed condition, while heavy grazing reduces infiltration capacity to about half (Gifford and Hawkins, 1978 cited by Trimble and Mendel, 1995). Indeed, livestock grazing influences vegetation composition and productivity. Under heavy grazing pressure, plants may not be able to compensate sufficiently for the phytomass removed by grazing animals. With decreased soil organic matter content, soil fertility and soil aggregate stability, the natural infiltration level is impacted (Douglas and Crawford, 1998; Engels, 2001). Grazing pressure increases the amounts of less desirable vegetation (brush, weedy trees) that may extract water from the deeper soil profile. The changed plant species composition may not be as effective in intercepting raindrops and retarding runoff (Trimble and Mendel, 1995; Tadesse and Peden, 2003; Integrated Resource Management, 2004; Redmon, 1999; Harper, George and Tate, 1996). The period of grazing is also important as when soils are wet they can more easily be compacted and the stream banks can easily be destabilized and destroyed.

Grazing animals are also important agents of geomorphological change as their hooves physically reshape the land. In the case of cattle, the force is usually calculated as the mass of the cow (500 kg approx.) divided by the basal hoof area (10 cm$^2$). However, this approach may lead to underestimates, as moving animals may have one or more feet off the ground and the mass is often concentrated on the down slope rear leg. On point locations, cattle, sheep and goats can easily exert as much downward pressure on soil as a tractor (Trimble and Mendel, 1995; Sharrow, 2003).

The formation of compacted layers within the soil decreases infiltration and causes soil saturation (Engels, 2001). Compaction occurs particularly in areas where animals concentrate, such as water points, gates or pathways. Trails can become conduits for surface runoff and can generate new transient streams (Clark Conservation District, 2004; Belsky, Matzke and

Uselman, 1999). Increased runoff from uplands results in higher peak flow and increased water velocity. The resulting intensified erosive force increases the level of suspended sediment and deepens the channel. As the channel bed is lowered water drains from the flood plain into the channel, lowering the water table locally. Furthermore, the biogeochemical cycling and the natural ecosystem functions of sediment, nutrient, and biological contaminants can be greatly impaired by excessive water velocity (Rutherford and Nguyen, 2004; Wilcock et al., 2004; Harvey, Conklin and Koelsch, 2003, Belsky, Matzke and Uselman, 1999; Nagle and Clifton, 2003).

In fragile ecosystems such as riparian areas, these impacts can be dramatic. Livestock avoid hot, dry environments and prefer riparian zones because of the availability of water, shade, thermal cover, and the quality and variety of lush verdant forage. A study conducted in the United States (Oregon) showed that riparian areas represent only 1.9 percent of the grazing surface but produced 21 percent of the available forage and contributed 81 percent of forage consumed by cattle (Mosley et al., 1997; Patten et al., 1995; Belsky et al., 1999; Nagle and Clifton, 2003). Cattle, therefore, tend to overgraze these areas and to mechanically destabilize stream banks lowering water availability locally.

Thus we see a whole chain of changes in the riparian environment (see Figure 4.2): riparian hydrology changes – such as lowering groundwater tables, reducing frequencies of over-bank flow and drying out of the riparian zone – are often followed by changes in vegetation and in microbiological activities (Micheli and Kirchner, 2002). A lower water table results in a higher stream bank. As a consequence, the roots of riparian plants are left suspended in drier soils, and the vegetation changes toward xeric species, which do not have the same capacity to protect stream bank and stream water quality (Florinsky et al., 2004). As gravity causes the banks to collapse, the channel begins to fill with sediments. A newly developed low-flow chan-

BLM_0079904

Figure 4.2  **Process of stream degradation caused by grazing**



*Source:* after English, Wilson and Pinkerton (1999).

nel begins to form at a lower elevation. The old floodplain becomes a dry terrace, thus lowering water availability throughout the area (see Figure 4.2) (Melvin, 1995; National Public Lands Grazing Campaign, 2004; Micheli and Kirchner, 2002; Belsky *et al.*, 1999; Bull, 1997; Melvin *et al.*, 2004; English, Wilson and Pinkerton,1999; Waters, 1995).

Looking at the potential impact of grazing livestock on the water cycle, particular attention will have to be paid within regions and countries that have developed extensive livestock production systems such as in southern and Central Europe, Central Asia, sub-Saharan Africa, South America, the United States and Australia.

### 4.4.2 Land-use conversion

As presented in Chapter 2, the livestock sector is an important agent of land conversion. Large areas of original pasture land have been converted into land producing feedcrops. Similarly the conversion of forest to cropland was massive over the last centuries and is still occurring at a fast pace in South America and Central Africa.

A change of land use often leads to changes in the water balance in watersheds, affecting the streamflow,[9] the frequency and level of peak flows, and the level of groundwater recharge. Factors that play a key role in determining the hydrological changes that occur after land use and/or vegetation change include: climate (mostly rainfall); vegetation management; surface infiltration; evapo-transpiration rates of new vegetation and catchment properties (Brown *et al.*, 2005).

Forests play an important role in managing the natural water cycle. The canopy softens the fall of raindrops, leaf litter improves soil infiltration capacity and enhances groundwater recharge. Furthermore, forests and, especially rainforests, make a net demand on streamflow that helped

---

[9] The stream flow is composed of storm flow (mainly surface runoff) and baseflow (groundwater discharge into the stream) (Zhang and Shilling, 2005).

165

BLM_0079905

moderate storm peak flow events over the year (Quinlan Consulting, 2005; Ward and Robinson, 2000 in Quinlan Consulting, 2005). As a result, when forest biomass is removed, total annual water yield usually increases correspondingly.

As long as surface disturbance remains limited, the bulk of the annual increase remains as baseflow. Often, however – especially when grasslands or forests are converted into croplands – rainfall infiltration opportunities are reduced, the intensity and frequency of storm peak flow events are increased, ground water reserves are not adequately replenished during the rainy season, and there are strong declines in dry season flows (Bruijnzeel, 2004). Substantial changes to catchments' runoff are reported after treatments such as the conversion of forest to pasture or the afforestation of grassed catchment (Siriwardena *et al.*, 2006; Brown *et al.*, 2005).

The effects of vegetation composition change on seasonal water yield are highly dependent on local conditions. Brown *et al.* (2005) summarize the expected seasonal response in water yield depending on the types of climate (see Table 4.21). In tropical catchments two types

of response are observed: a uniform proportional change over the year, or greater seasonal change during the dry season. In winter-dominant rainfall areas there is a pronounced reduction of summer flows compared to winter flows. This is mainly owing to the fact that rainfall and evapo-transpiration are out of phase: the highest demand for water by vegetation occurs in summer, when water availability is low (Brown *et al.*, 2005).

The case of the Mississippi River Basin perfectly illustrates how land-use conversion related to livestock production affects the seasonal water availability at basin level. In the Mississippi Basin, endogenous cool season plants come out of dormancy in the spring after the soil thaws, go dormant in the heat of the summer and become active again in the fall if not harvested. In contrast, exogenous warm season crops such as corn and soybeans (mainly used as feed) have a growing season that extends over the middle portion of the year. For the latter the peak water demand is reached during mid-summer. The vegetation change in the Mississippi River Basin led to a discrepancy between peak precipitations that occur in spring and early summer and the

Table 4.21

**Seasonal effects of vegetation composition change on water yield, by climate type**

| Climate | Absolute response | Proportional response |
|---|---|---|
| Tropical/summer-dominant rainfall | Larger changes in summer months, when rainfall is greater then monthly average | Two patterns of responses observed: (1) Similar changes in all months (2) Larger changes in winter months, when rainfall is below monthly average |
| Snow-affected catchments | Largest changes in months of of snow melt | Larger change in summer growing season |
| Winter-dominant rainfall | Largest changes in winter months, when rainfall is above monthly average | Larger change in summer months when rainfall is below monthly average |
| Uniform rainfall | Uniform change across all seasons | With deciduous vegetation there is a larger change during the spring months. Evergreen vegetation shows uniform change across all seasons |

*Note:* Absolute response: total volume change over a year.
Proportional response: change with respect to the seasons.
*Source:* Brown *et al.* (2005).

166

BLM_0079906

seasonal water demand of annual crops which peaks in summer. Such human-generated seasonal inadequacy between water supply and demand by the vegetation has greatly influenced the baseflow over the year in this region (Zhang and Schilling, 2005).

## 4.5 Summary of the impact of livestock on water

Overall, summing up the impacts of all the different segments of the production chain, the livestock sector has an enormous impact on water use, water quality, hydrology and aquatic ecosystems.

The water used by the sector exceeds 8 percent of the global human water use. The major part of this is water used for feed production, representing 7 percent of the global water use. Although it may be of local importance, for example in Botswana or in India, the water used to process products, for drinking and servicing remains insignificant at the global level (below 0.1 percent of the global water use and less than 12.5 percent of water used by the livestock sector) (see Table 4.22).

Evaluating the role of the livestock sector on water depletion is a far more complex process. The volume of water depleted is only assessable for water evapotranspired by feed crops during feed production. This represents a significant share of 15 percent of the water depleted every year.

The volume of water depleted by pollution is not quantifiable, but the strong contribution of the livestock sector to the pollution process has become clear from country-level analysis. In the United States sediments and nutrients are considered to be the main water-polluting agents. The livestock sector is responsible for an estimated 55 percent of erosion and 32 percent and 33 percent, respectively, of the N and P load into freshwater resources. The livestock sector also makes a strong contribution to water pollution by pesticides (37 percent of the pesticides applied in the United States), antibiotics (50 per-

cent of the volume of antibiotics consumed in the United States), and heavy metals (37 percent of the Zn applied on agricultural lands in England and Wales).

Livestock land use and management appear to be the main mechanism through which livestock contribute to the water depletion process. Feed and forage production, manure application on crops, and land occupation by extensive systems are among the main drivers for unsustainable nutrient, pesticide and sediment loads in water resources worldwide. The pollution process is often diffuse and gradual and the resulting impacts on ecosystems are often not noticeable until they become severe. Further, because it is so diffuse, the pollution process is often extremely hard to control, especially when it is taking place in areas of widespread poverty.

The pollution resulting from industrial livestock production (consisting mainly of high nutrients loads, increased BOD and biological contamination) is more acute and more noticeable than from other livestock production systems, especially when it takes place near urban areas. As it impacts human well-being directly, and is easier to control, mitigating the impact of industrial livestock production usually receives more attention from policy-makers.

### National and international transfers of virtual water and environmental costs

Livestock production has diverse and complex regional impacts on water use and depletion. These impacts can be assessed through the concept of "virtual water" defined as the volume of water required to produce a given commodity or service (Allan, 2001). For example, on average 990 litres of water are required to produce one litre of milk (Chapagain and Hoekstra, 2004). "Virtual water" is of course not the same as the actual water content of the commodity: only a very small proportion of the virtual water used is actually embodied in the product (e.g. 1 out of 990 litres in the milk example). Virtual water used in various segments of the produc-

BLM_0079907

Livestock's long shadow

Table 4.22

**Estimated contribution of the livestock sector to water use and depletion processes**

| WATER USE | | | |
|---|---|---|---|
| Dinking and servicing water | | Global | 0.6% of water use |
| | | United States | 1% of water use |
| | | Botswana | 23% of water use |
| Meat and milk processing, tanning | | Global | 0.1% of water use |
| Irrigated feed production (excluding forage) | | Global | 7% of water use |
| WATER DEPLETION | | | |
| Water evapotranspired by feed crops (excluding grassland and forage) | | Global | 15% of water evapotranspired in agriculture |
| Nutrient contamination | N | Thailand (pig waste) | 14% of N load |
| | | Viet Nam (pig waste) | 38% of N load |
| | | China-Guangdong (pig waste) | 72% of N load |
| | | United States | 33% of N load |
| | P | Thailand (pig waste) | 61% of P load |
| | | Viet Nam (pig waste) | 92% of P load |
| | | China-Guangdong (pig waste) | 94% of P load |
| | | United States | 32% of P load |
| Biological contamination | | N.A. | |
| Antibiotics consumption | | United States | 50% of antibiotics consumed |
| Pesticide (for corn and soybean as feed) applied | | United States | 37% of pesticides applied |
| Erosion from agricultural land | | United States | 55% of erosion process |
| Heavy metal applied | Zn | England and Wales | 37% of Zn applied |
| | Cu | England and Wales | 40% of Cu applied |

tion chain can be attributed to specific regions. Virtual water for feed production, destined for intensive livestock production, may be used in a different region or country than water used directly in animal production.

Differences in virtual water used for different segments of livestock production may be related to differences in actual water availability. This partly helps to explain recent trends in the livestock sector (Naylor *et al.*, 2005; Costales, Gerber and Steinfeld, 2006) where there has been an increased spatial segmentation at various scales of the animal food chain, especially the separation of animal and feed production. The latter is already clearly discernable at the national as well as the subnational level when

the map of main global feed production areas (Maps 5, 6, 7 and 8, Annex 1) is compared to the distribution of monogastric animal populations (Maps 16 and 17, Annex 1). At the same time, international trade of the final animal products has increased strongly. Both changes lead to increased transport and strongly enhanced global connectivity.

These changes can be considered in the light of the uneven global distribution of water resources. In developing regions, renewable water resources vary from 18 percent of precipitation and incoming flows in the most arid areas (West Asia/North Africa) where precipitation is a mere 180 mm per year, to about 50 percent in humid East Asia, which has a high precipitation

BLM_0079908

of about 1 250 mm per year. Renewable water resources are most abundant in Latin America. National level estimates conceal very wide variations at sub-national level – where environmental impacts actually occur. China, for instance, faces severe water shortages in the north while the south still has abundant water resources. Even a water-abundant country such as Brazil faces shortages in some areas.

Regional specialization and increased trade can be beneficial to water availability in one place, while in another it may be detrimental.

Spatial transfer of commodities (instead of water) theoretically provides a partial solution to water scarcity by releasing pressure on scarcely available water resources at the receiver end. The importance of such flows was first evaluated for the case of the Middle East, i.e. the most water-challenged region in the world, with little freshwater and negligible soil water (Allen, 2003). The livestock sector clearly alleviates this water shortage, via the high virtual water content of the increasing flows of imports of animal products (Chapagain and Hoekstra, 2004; Molden and de Fraiture, 2004). Another strategy for saving local water by using "virtual water" from elsewhere is to import feed for domestic animal production, as in the case of Egypt which imports increasing quantities of maize for feed (Wichelns, 2003). In the future, these virtual flows may significantly increase the impact of the livestock sector on water resources. This is because a great deal of the rapidly increasing demand for animal products is met by intensive production of monogastrics, which relies heavily on the use of water-costly feed.

However, the global flows of virtual water also have an environmental downside. They may even lead to harmful environmental dumping if the environmental externalities are not internalized by the distant producer: in water-scarce regions such as the Middle East the availability of virtual water from other regions has probably slowed the pace of reforms that could improve local water efficiency.

Environmental impacts are becoming less visible to the widening range of stakeholders who share responsibility for them. At the same time, there is the increased difficulty of identifying stakeholders, which complicates the solving of individual environmental issues. For example, Galloway *et al.* (2006) demonstrate that the growing of feed in other countries makes up more than 90 percent of water used for the production of animal products consumed in Japan (3.3 km$^3$ on a total of 3.6 km$^3$). Retracing these flows shows that they mainly originate from not particularly water-abundant feed-cropping regions in countries such as Australia, China, Mexico and the United States. Following a similar approach for nitrogen, the authors show that Japanese meat consumers may also be responsible for water pollution in distant countries.

## 4.6 Mitigation options

Multiple and effective options for mitigation exist in the livestock sector that would allow reversal of current water depletion trends and a move away from the "business as usual" scenario described by Rosegrant, Cai and Cline (2002) of ever increasing water withdrawals and growing water stress and scarcity.

Mitigation options usually rely on three main principles: reduced water use, reduced depletion process and improved replenishment of the water resources. We will examine these in the rest of this chapter in relation to various technical options. The conducive policy environment to support effective implementation of these options will be further developed in Chapter 6.

### 4.6.1 Improved water-use efficiency

As demonstrated, water use is strongly dominated by the more intensive livestock sector through the production of feed crops, mainly coarse grains and protein-rich oil crops. The options here are similar to those proposed by more generic water and agriculture literature. Though, given the large and increasing share of feed crops in the global consumption of water

BLM_0079909

with substantial opportunity costs, they deserve to be reiterated.

The two main areas with room for improvement are irrigation efficiency[10] and water productivity.

### Improving irrigation efficiency

Based on the analysis of 93 developing countries, FAO (2003a) estimated that, on average, irrigation efficiency was around 38 percent in 1997/99, varying from 25 percent in areas of abundant water resources (Latin America) to 40 percent in the West Asia/North Africa region and 44 percent in South Asia where water scarcity calls for higher efficiencies.

In many basins, much of the water thought to be wasted goes to recharge groundwater, or flows back into the river system, so it can be used via wells, if by people and ecosystems downstream. However, even in these situations, improving irrigation efficiency can provide other environmental benefits. In some cases, it can save water — for example if irrigation drainage is flowing into saline aquifers where it can not be reused. It can help prevent agrochemicals from polluting rivers and groundwater; and it can reduce waterlogging and salinization. Many of the actions associated with improving irrigation efficiency can have other advantages. For example:

- canal lining gives irrigation managers more control over water supply;
- water pricing provides cost recovery and accountability; and
- precision irrigation can increase yields and improve water productivity (Molden and de Fraiture, 2004).

In many basins, especially those that are already experiencing water stress, there is little or no irrigation water being wasted, because water recycling and re-use are already widespread. The Nile in Egypt (Molden et al., 1998; Keller et al., 1996), the Gediz in Turkey (GDRS, 2000), the Chao Phraya in Thailand (Molle, 2003), the Bakhra in India (Molden et al., 2001) and the Imperial Valley in California (Keller and Keller 1995), are all documented examples (Molden and de Fraiture, 2004).

### Boosting water productivity

Improving water productivity is critical to freeing up water for the natural environment and other users. In its broadest sense, improving water productivity means obtaining more value from each drop of water - whether it is used for agriculture, industry or the environment. Improving irrigated or rainfed agricultural water productivity generally refers to increasing crop yield or economic value per unit of water delivered or depleted. But it can also be extended to include non-crop foods such as fish or livestock. There is a substantial water productivity gain to be obtained from better integration of crop and livestock in mixed systems, particularly by feeding crop residues to livestock, which provide organic fertilizer in return. The potential of this was substantiated for West Africa by Jagtap and Amissah-Arthur (1999). The principle could also be applied to industrialized production systems. While producing corn for often distant monogastrics production sites, large-scale maize-dominated feedcrop areas could easily supply maize residue to local ruminant farms.

Although farms producing feed for industrialized livestock systems generally already operate at relatively high water productivity levels, there may be scope for improvement by for example: selecting appropriate crops and cultivars; better planting methods (e.g. on raised beds); minimum tillage; timely irrigation to synchronize water application with the most sensitive growing periods; nutrient management; drip irrigation and improved drainage for water table control. In

---

[10] Irrigation efficiency is defined as the ratio between the estimated consumptive water use in irrigation and irrigation water withdrawal (FAO, 2003a).

BLM_0079910

dry areas, deficit irrigation – applying a limited amount of water but at a critical time – can boost productivity of scarce irrigation water by 10 to 20 percent (Oweis and Hachum 2003).

### 4.6.2 Better waste management

One of the primary water-related issues that industrialized livestock production systems must face is waste management and disposal. A series of effective technical options, mainly elaborated within developed countries, are already available but they need to be more widely applied and adapted to local conditions within developing countries.

Waste management can be divided into five stages: production, collection, storage, process and utilization. Each stage should be specifically addressed by adequate technological options in order to reduce the livestock sector's current impact on water.

**Production stage: a better balanced feed**

The production stage refers to the amount and characteristics of faeces and urine generated at the farm level. These vary considerably depending on the composition of the diet, feed management practices, species characteristics and animal growth stages.

Feeding management has improved continuously over the last decades and has resulted in improved production levels. The challenge for producers and nutritionists is to formulate rations that continue to improve production levels while simultaneously minimizing environmental impacts associated with excreta. This can be achieved by optimizing nutrient availability and by better adjusting and synchronizing nutrients and mineral inputs to the animals requirements (e.g. balanced rations and phased feeding), which reduce the quantity of manure excreted per unit of feed and per unit of product. Better feed conversion ratio can also be achieved through animal genetic improvement (Sutton *et al.*, 2001; FAO, 1999c; LPES, 2005).

Dietary strategies to improve feed efficiency rely on four main principles:

- meeting nutrient requirements without exceeding them;
- selecting feed ingredients with readily absorbable nutrients;
- supplementing diets with additives/enzymes/ vitamins that improve P availability and guarantee an optimal amino acid supply at reduced crude protein level and retention; and
- reducing stress (LPES, 2005).

Adjusting the diets to the effective requirements has a significant impact on faecal nutrient excretion locally, especially when large animal production units are involved. For example, the level of P in the cattle diet in industrialized systems, generally, exceeds the required level by 25 to 40 percent. The common practice of supplementing cattle diets with P is therefore, in most cases, unnecessary. An adapted diet with adequate P content is, therefore, the simplest way to lower the amount of P excreted by cattle production and has been shown to reduce P excretion in beef production by 40 to 50 percent. Nevertheless, in practice, producers feed cattle with low cost by-products that usually contain high levels of P. Identically, in the United States the usual P content in poultry feed of 450 mg can be lowered to 250 mg per hen per day (National Research Council recommendation) without any production loss and with valuable feed savings (LPES, 2005; Sutton *et al.*, 2001).

Similarly the content of heavy metals in manure can be reduced if an appropriate diet is provided. Successful examples have proved the efficiency of this measure. In Switzerland the mean (median) content of Cu and Zn in pig manures decreased considerably between 1990 and 1995 (by 28 percent for Cu, 17 percent for Zn) demonstrating the effectiveness of limiting heavy metals in animal feed to required levels (Menzi and Kessler, 1998).

Modifying the balance of feed components and the origin of the nutrients can significantly

BLM_0079911

influence nutrient excretion levels. For cattle, a proper balance in feed between degradable and non-degradable proteins improves nutrient absorption and has been shown to reduce N excretion by 15 to 30 percent without affecting production levels. Nevertheless, this is usually linked to an increase in the proportion of concentrate in the ration, which on grassland farms means a decreased use of own roughage resulting in extra costs and nutrient balance surplus. Similarly, adequate levels of carbohydrate complexes, oligosaccharides and other non-starch polysaccharides (NSP) in the diet can influence the form of N excreted. They generally favour the production of bacterial protein that is less harmful to the environment and has a higher recycling potential. For pigs a lower amount of crude protein supplemented with synthetic amino acids lowers N excretion up to 30 percent, depending on the initial composition of the diet. Similarly, in pig production systems, the quality of feed plays an important role. Removing fibre and germ from corn is reported to reduce the level of dry matter excreted by 56 percent and the level of N contained in urine and the faeces by 39 percent. Using organic forms of Cu, Fe, Mn and Zn in swine diets reduces the level of heavy metals added to the ration and significantly reduces excretion levels without depressing growth or feed efficiency (LPES, 2005; Sutton *et al.*, 2001).

In order to improve feed efficiency new sources of highly digestible feedstuff are being developed through classical breeding techniques or genetic modification. The two main examples reported are the development of low-phytate corn, which reduces P excretion, and of low stachyose soybeans. P availability in classical feed (corn and soybean) is low for pigs and poultry as P is usually bound in a phytate molecule (90 percent of the P in corn is present in phytate form, and 75 percent in soybean meal). This low P availability is because phytase, which can degrade the phytate molecule and make P available, is lacking in the digestive systems of pigs and poul-

try. The use of low phytate P genotypes reduces the levels of mineral P to be supplemented in the diet and reduces P excretion by 25 to 35 percent (FAO, 1999c; LPES, 2005; Sutton *et al.*, 2001).

Phytase, xylanase and betaglucanase (which are also not naturally excreted by pigs) could be added to feed in order to favour degradation of non-starch polysaccharides available in cereals. These non-starch polysaccharides are usually associated with protein and minerals. The absence of such enzymes results in lower feed efficiency and increases mineral excretion. The use of phytase has been shown to improve P digestibility in pig diet by 30 to 50 percent. Boling *et al.* (2000) achieved a 50 percent reduction in faecal P content from laying hens by providing a low P diet supplemented with phytase, together with the maintenance of an optimal egg production level. Similarly, addition of 1.25 dihydroxy vitamin D3 to broiler feed reduced phytate P excretion by 35 percent (LPES, 2005; Sutton *et al.*, 2001).

Other technological improvements include particle reduction, pelleting and expanding. Particle size of 700 microns is recommended for better digestibility. Pelleting improves feed efficiency by 8.5 percent.

Finally, improving animal genetics and minimizing animal stress (adapted brooding, ventilation and animal health measures) improves weight gain and, therefore, feed efficiency (FAO, 1999c; LPES, 2005).

**Improving manure collection process**
The collection stage refers to the initial capture and gathering of the manure at the point of origin (see Figure 4.3). The type of manure produced and its characteristics are greatly affected by collection methods used and the amount of water added to the manure.

Animal housing has to be designed to reduce losses of manure and nutrients through runoff. The type of surface on which animals are grown is one of the key elements that influence the collection process. A slatted floor can greatly facili-

BLM_0079912

tate immediate manure collection, but it implies that all the excreta are collected in liquid form.

Contaminated runoff from production areas should be redirected into manure storage facilities for processing. The amount of water used in the animal house and originating from rainfall (especially in warm and humid areas) entering in contact with manure should be reduced to its minimum to limit the dilution process which, otherwise, increases the volume of waste (LPES, 2005).

### Improved manure storage

The storage stage refers to the temporary containment of manure. The storage facility of a manure management system gives the manager control over the scheduling and timing of the system functions. For example it allows timely application on the field in accordance with the nutrient requirements of the crops.

Improved manure storage aims to reduce and ultimately prevent leakage of nutrients and minerals from animal housing and manure storage into groundwater and surface water (FAO, 1999c). Appropriate storage capacity is of prime importance to prevent losses through overflow, especially during the rainy season in tropical climates.

### Improved manure processing

Technical options for manure processing exist that can reduce the potential for pollution, reduce local manure surpluses and convert surplus manure in products of higher value and/or products that are easier to transport (including biogas, fertilizer and feed for cattle and fish). Most of the technologies aim at concentrating the nutrients derived from separated solids, biomass or sludge (LPES, 2005; FAO, 1999c).

Manure processing includes different technologies that can be combined. These technologies include physical, biological and chemical treatment and are presented in Figure 4.3.

Transport of unprocessed litter, or manure, over long distances is impractical because of the weight, cost and the unstable properties of the product. The initial step in manure processing usually consists of separation of solids and liquids. Basins can be used to allow the sedimentation process and facilitate removals of solids from feedlot runoff, or before lagooning. Smaller solids can be removed in a tank where water velocity is greatly reduced. However, sedimentation tanks are not used often for animal manure, as they are costly. Other technologies for removal of solids include incline screens, self-cleaning screens, presses, centrifuge-type processes and rapid sand filters. These processes can reduce significantly the loads of C, N and P in subsequent water flows (LPES, 2005).

The choice of the initial step is of prime importance as it greatly influences the value of the final product. Solid wastes have low handling costs, lower environmental impact potential and a higher market value as nutrients are concentrated. In contrast, liquid wastes have lower market value as they have high handling and storage costs, and their nutrient value is poor and unreliable (LPES, 2005). Furthermore, liquid waste has a much higher potential to impact the environment if storing structures are not impermeable or do not have a sufficient storage capacity.

As presented in Figure 4.3 the separation phase can be followed by a wide range of optional processes that influence the nature of the final product.

Classical technical options already in widespread use include:

***Aeration:*** This treatment removes organic material and reduces the biological and chemical oxygen demand. 50 percent of the C is converted into sludge or biomass which is collected by sedimentation. P is also reduced by biological uptake but to a lesser extent. Different types of aerobic treatment can be used, such as activated sludge[11] (where the biomass returns to the inflow

---

[11]The activated sludge process uses the organic matter of wastewater to produce a mixed population of microorganisms, in an aerobic environment.

BLM_0079913

**Figure 4.3   Technical options in manure management**



*Source:* FAO (2003b).

portion of the basin) or trickling filters in which the biomass grows on a rock filter. Depending on the depth of the lagoon, aeration can be applied to the entire volume of lagooning systems or to a limited to a portion of it to benefit from aerobic and anaerobic digestion processes simultaneously (LPES, 2005).

**Anaerobic digestion:** The major benefits of an anaerobic digestion process and the reduction of chemical oxygen demand (COD), biological oxygen demand (BOD) and solids, and the pro-

duction of methane gas. Nevertheless it does not reduce N and P contents (LPES, 2005).

***Sedimentation of biosolids:*** The generated biomass is treated biologically in sedimentation tanks or clarifiers, in which water flow velocity is slow enough to allow solids above a certain size or weight to be deposited (LPES, 2005).

***Flocculation:*** The addition of chemicals can improve the removal of solids and dissolved elements. The most common chemicals include lime, alum and polymers. When lime is used, the

BLM_0079914

resulting sludge can have enhanced agronomic value (LPES, 2005)

**Composting:** Composting is a natural aerobic process that allows the return of nutrients to the soil for future use. Composting usually requires the addition of a substrate rich in fibre and carbon to animal excreta. In some systems inocula and enzymes are added to aid the composting process. Engineered systems that convert manure into a value-added marketable product have become increasingly popular. The benefits of composting are numerous: available organic matter is stabilized and no longer decomposable, odours are reduced to acceptable levels for land application, volume is reduced by 25 to 50 percent and germs and seeds are destroyed by the heat generated by the aerobic formation phase (around 60°C). If the original C:N ratio is above 30, most of the N is conserved during this process (LPES, 2005).

**Drying of solid manure** is also an option to reduce the volume of manure to be transported and to increase the nutrient concentration. In hot climates, natural drying is possible with at minimal costs outside of the rainy period.

Different processes can be integrated within a single structure. In **lagooning systems** the manure is highly diluted, which favours natural biological activity and hence reduces pollution. Effluents can be removed through irrigation to crops which recycle the excess nutrients. Anaerobic lagoon designs work better in warm climates, where bacteriological activity is maintained throughout the year. Anaerobic digesters, with controlled temperature, can be used to produce biogas and reduce pathogens, though they require high capital investments and high management capacity. Nevertheless, most lagooning systems have poor efficiency regarding P and N recovery. Up to 80 percent of all N entering into the system is not recovered but most of the atmospheric release of nitrogen may be in the form of harmless $N_2$ gas. Most of the P will be recovered only after 10 to 20 years, when the sludge has to be removed. As a result

N and P recovery are not synchronized. Lagoon effluent should, therefore, be used primarily as nitrogen fertilizer. The management of the effluent also requires expensive irrigation equipment for what is actually a low-quality fertilizer. The size of the lagoon should be proportional to farm size, which also limits the adoption of the technology as it require large areas for implementation (Hamilton *et al.*, 2001; Lorimor *et al.*, 2001).

Alternative technologies need further research and development to improve their efficiencies and effectiveness: they include chemical amendments, wetland treatment or digestion by worms (Lorimor *et al.*, 2001). Wetland systems are based on the natural nutrient recycling capacities occurring in wetland ecosystems or riparian areas, and have a high potential for removing high levels of N. Vermicomposting is a process by which manure is transformed by earthworms and micro-organisms into a nutrient-rich humus called vermicompost in which nutrients are stabilized (LPES, 2005).

In order to be economically and technologically viable, most processes require large quantities of manure and are generally not technically suitable for implementation on most farms. The feasibility of large- and medium-scale manure processing also depends on local conditions (local legislation, fertilizer prices) and processing costs. Some of the end-products have to be produced in very large quantities and must be of a very reliable quality before being accepted by the industry (FAO, 1999c).

### Improved utilization of manure
Utilization refers to the recycling of reusable waste products, or the reintroduction of non-reusable waste products into the environment.

Most often manure is used in the form of fertilizer for agricultural lands. Other uses include feed production (for fish in aquaculture), energy (methane gas), or algal growth fertilizer. Ultimately the nutrients lost could be recycled and reused as feed additives. For example, it has

BLM_0079915

been shown experimentally that layer manure settled in lagoons can serve after processing as a source of calcium and phosphorus, and be re-fed to hens or poultry without impacting production levels (LPES, 2005).

From an environmental point of view, application of manure to cropland or pastures reduces the requirements of mineral fertilizer. Manure also increases soil organic matter, improves soil structure, fertility and stability, reduces soil vulnerability to erosion, improves water infiltration and the water-holding capacity of the soil (LPES, 2005; FAO, 1999c).

Nevertheless, some aspects have to be carefully monitored during the application of organic fertilizers, in particular the level of runoff, which might contaminate freshwater resources, or the build up of excessive nutrient levels in soils. Furthermore, organic N can also be mineralized at times with low N uptake of crops and then be prone to leaching. Environmental risks are reduced if lands are manured with the right method, at adequate application rates, during the right period, and at the right frequency and if spatial characteristics are taken into account.

Practices that limit soil erosion and runoff or leaching or which limit the build-up of nutrients levels in soil include:

- Dosing of fertilizers and manure in agreement with crop requirements.
- Avoiding soil compaction and other damages through soil tillage which might impede the water absorbing capacity of the soil.
- Phytoremediation: selected plant species bio-accumulate the nutrients and heavy metal added to the soil. Bioaccumulation is improved when crops have deep roots to recover sub-surface nitrates. The growing of high biomass plants can remove large amounts of nutrients and reduce nutrients levels in soils. The bioconcentration capacity for nutrients and heavy metals varies depending on plant species and varieties.
- Soil amendment with chemicals or municipal by-products, to immobilize P and heavy met-

als. Soil amendment has already proved to be very effective, and can reduce the discharge of P via runoff water by 70 percent. Soil amendment with polymeric sediment flocculants (such as polyacrylamide polymers) is a promising technology for reducing the transport of sediment and particulate nutrients.
- Deep tillage to dilute nutrient concentration in the near-surface zone.
- Development of strip cropping, terraces, vegetated water ways, narrow grass hedges and vegetative buffer strips, to limit run off and increase the filtration levels of nutrients, sediments and heavy metals (Risse *et al.*, 2001; Zhang *et al.*, 2001).

Despite the advantage of organic fertilizers (e.g. maintenance of soil organic matters), farmers often prefer mineral fertilizers, which guarantee nutrient availability and are easier to handle. In organic fertilizers, nutrient availability varies with climate, farming practices, animal diets and waste management practices. Furthermore where animal production is geographically concentrated, the affordably accessible land for manure application at an adequate rate is usually insufficient. The cost related to manure storage, transport, handling and processing limits the economic viability of using this recycling process further afield by exporting manure from surplus to deficit areas. The processing and transport of manure is viable from an economic viewpoint on the larger scale. Technologies such as separation, screening, dewatering and condensing that reduce the costs associated with the recycling process (mainly storage and transport) should be improved and the right incentives should be developed to favour their adoption (Risse *et al.*, 2001).

### 4.6.3 Land management

The impacts of extensive livestock production systems on watersheds depend strongly on how grazing activities are managed. Farmers' decisions influence many parameters that affect vegetation change, such as grazing pressure

BLM_0079916

(stocking rate and intensity) and the grazing system (which influences the distribution of animals). The proper control of grazing season, intensity, frequency and distribution can improve vegetation cover, reduce erosion and as a result, can maintain or improve water quality and availability (FAO, 1999c; Harper *et al.*, 1996; Mosley *et al.*, 1997).

### Adapted grazing systems, range improvement and identification of critical grazing period

Rotational grazing systems can mitigate impacts to riparian areas by reducing the length of time the area is occupied by cattle (Mosley *et al.*, 1997). Research results on the effect of rotational cattle grazing efficiency on riparian conditions are controversial. Nevertheless, streambank stability has been shown to improve when a rest rotation grazing system replaced heavy, season-long grazing (Mosley *et al.*, 1997; Myers and Swanson, 1995).

The resilience of different ecosystems to cattle impacts differs, depending on soil moisture, plant species composition and animal behaviour patterns. The identification of the critical period is of prime importance in order to design adapted grazing plans (Mosley *et al.*, 1997). For example, stream banks are more easily broken during the rainy season, when soils are wet and susceptible to trampling and sloughing or when excessive browsing may damage vegetation. These impacts can often be reduced if the natural foraging behaviour of cattle is considered. Cattle avoid grazing excessively cold or wet sites and may prefer upland forage when it is more palatable than forage in riparian areas (Mosley *et al.*, 1997).

Trails can be constructed to ease the access to farms, ranches and field. Livestock trails also improve livestock distribution (Harper, George and Tate, 1996). Improved access reduces soil trampling and the formation of gullies that accelerate erosion. With a little training, well-designed hardened crossings often turn into a preferred access point for livestock. This can

reduce impact along most of a stream by reducing bank sloughing and sediment inputs (Salmon Nation, 2004). Grade stabilization practices can be used to stabilize the soil, control the erosion process and limit the formation of artificial channels and gullies. Well-located basins can collect and store debris and sediments from water which is passed downstream (Harper, George and Tate, 1996).

### Improving livestock distribution: exclusion and other methods

Exclusion of livestock is the key method for recovery and protection of an ecosystem. Animals congregating near surface water increase water depletion, mainly through direct discharge of waste and sediment into water, but also indirectly by reducing infiltration and increasing erosion. Any practise that reduces the amount of time cattle spend in a stream or near other water points, and hence reduces trampling and manure loading, decreases the potential for adverse effects of water pollution from grazing livestock (Larsen, 1996). This strategy can be associated with livestock parasite control programmes to reduce the potential for biological contamination.

Several management practices have been designed in order to control or influence livestock distribution and to prevent cattle from congregating near surface waters. These methods include exclusionary methods such as fencing and the development of buffer strips near surface water, as well as more passive methods that influence cattle distribution such as:

- development of off-stream watering;
- strategically distributed points for supplemental feeds and minerals;
- fertilizer and reseeding activities;
- predator and parasite controls that may hinder the use of some part of the land;
- prescribed burning; and
- trail building.

However, few of these have been widely tested in the field (Mosley *et al.*, 1997).

BLM_0079917

The time spent by livestock in or very near water has a direct influence on both the deposition and re-suspension of microbes, nutrients and sediment and thus on the occurrence and extent of downstream pollution of water. When livestock are excluded from areas surrounding water resources, direct deposition of livestock waste into water is limited (California trout, 2004; Tripp *et al.*, 2001).

Fencing is the simplest way to exclude livestock from sensitive areas. Fencing activities allow farmers to designate separate pastures that can be managed for recovery, or where limited grazing can occur. Extended periods of rest or deferment from grazing may be needed to enable badly degraded sites to recover (California trout, 2004; Mosley *et al.*, 1997). Fences can be used in order to prevent direct deposition of faeces into water. Fences should be adapted, in terms of size and materials, so as not to impede wildlife activity. For example, the top wire on both riparian pastures and riparian enclosures should not be barbed because riparian areas provide big-game habitat and water for surrounding uplands (Salmon Nation, 2004; Chamberlain and Doverspike, 2001; Harper, George and Tate, 1996).

Recent efforts to improve the health of riparian areas have focussed on the establishment of conservation buffers, to exclude livestock from areas surrounding surface water resources (Chapman and Ribic, 2002). Conservation buffers are strips of land along freshwater courses under permanent, relatively undisturbed vegetation. They are designed to slow water runoff, remove pollutants (sediments, nutrients, biological contaminants and pesticides), improve infiltration and to stabilize riparian areas (Barrios, 2002; National Conservation Buffer Team, 2003; Tripp *et al.*, 2001; Mosley *et al.*, 1997).

When strategically distributed over the agricultural landscape (which may include some parts of the catchment areas), buffers can filter and remove pollutants before they reach streams and lakes or leach to deep ground water resources. The filtering process is mainly the result of an increased frictional process and decreased water velocity of surface runoff. Buffers enhance infiltration, deposition of suspended solids, adsorption to plant and soil surfaces, absorption of soluble material by plants, and microbial activity. Buffers also stabilize stream banks and soil surfaces, reduce wind and water velocity, reduce erosion, reduce downstream flooding and increase vegetation cover. This leads to improved stream habitats for both fish and invertebrates (Barrios, 2002; National Conservation Buffer Team, 2003; Tripp *et al.*, 2001; Mosley *et al.*, 1997; Vought *et al.*, 1995).

Conservation buffers are generally less expensive to install than practices requiring extensive engineering and costly construction methods (National Conservation Buffer Team, 2003). Nevertheless, farmers have often considered them impractical (Chapman and Ribic, 2002) as they restrain access to luxuriant areas that farmers consider crucial for animal production and health especially in dryland areas.

When there is a large stream-to-land-area ratio, preventing faecal deposition into streams by fencing out livestock can become very costly. Providing alternative drinking sources may reduce the time animals spend in the stream and, therefore, the in-stream faecal deposition. This cost effective technical option also improves cattle distribution and reduces the pressure on riparian areas. An off-stream water source has been shown to reduce the amount of time a group of hay-fed animals spent in the stream by more that 90 percent (Miner *et al.*, 1996). Furthermore, even when the source of feed was placed at equal distance between the water tank and the stream, the water tank was still effective in reducing the amount of time cattle spent in the stream (Tripp *et al.*, 2001; Godwin and Miner, 1996; Larsen, 1996; Miner *et al.*, 1996).

The development of water dams, boreholes and watering points should be carefully planned to limit the impact of local concentrations of animals. To avoid degradation by animals, mea-

BLM_0079918

sures for protection of water storage are useful. The reduction of water loss by infiltration can be done by using impermeable materials. Other measures (such as anti-evaporation covers: plastic film, neutral oil) should be implemented to reduce loss through evaporation which is very substantial in hot countries. Nevertheless, the technical options available to limit evaporation are usually expensive and difficult to maintain (FAO, 1999c).

Fertilization can be used as a method of controlling livestock grazing distribution. On foothill rangeland in central California (United States), fertilizing adjacent slopes with sulphur (S) led to significant decreases in the amount of time cattle spent grazing in moist depressions during the dry season (Green *et al.*, 1958 in Mosley *et al.*, 1997).

Providing supplemental feed may also attract livestock away from surface waters. Ares (1953) found that cottonseed meal mixed with salt successfully distributed cattle away from water sources on desert grassland in south central New Mexico. Nevertheless it seems that salt placement is generally incapable of overriding the attraction of water, shade and palatable forage found in riparian zones (Vallentine, 1990). Bryant (1982) and Gillen *et al.* (1984) reported that salting alone was largely ineffective in reducing cattle use of riparian zones. (Mosley *et al.*, 1997)

During dry and hot season livestock tend to spend more time in riparian areas. One technical option is to provide alternative sources of shade away from fragile areas and freshwater resources (Salmon Nation, 2004).

As presented in this section, a large number of technical options are available to minimize the impacts of the livestock sector on water resources, limiting water depletion trends and improving water use efficiency. Nevertheless, these technical options are not widely applied because: a) practices having an impact on water resources are usually more "costs effective" in the short term; b) there is a clear lack of techni-

cal knowledge and information dissemination; c) there is a lack of environmental standards and policies and/or their implementation is deficient. In most cases the adoption of adapted technical options reducing water depletion trends will only be achieved through the design and implementation of an appropriate policy framework as presented in Chapter 6.

BLM_0079919



BLM_0079920



Livestock's impact on biodiversity

## 5.1 Issues and trends

*An unprecedented crisis*

Biodiversity refers to the variety of genes, species and ecosystems that can be found in the environment. Short for biological diversity, the term encompasses the entire expression for life on the planet and is generally categorized in three dimensions:

- genetic diversity or the total of genetic information contained in the genes of individual plants, animals and micro organisms;
- species diversity or the variety of living organisms on earth; and
- ecosystem diversity or the variety of habitats and ecological processes in the biosphere.

Biodiversity contributes to many constituents of human well-being, including security, basic materials for a good life, health, good social relations and freedom of choice and action (MEA, 2005b). It does so directly (through provisioning, regulating and cultural ecosystem services) and indirectly (through supporting ecosystem services). Biodiverse ecosystems tend to be more resilient and can therefore better cope with an increasingly unpredictable world (CBD, 2006). For centuries, human beings have benefited from the exploitation of biodiversity, at the same time as they were often reducing it by conversion of natural ecosystems for human uses. Agriculture, livestock, fisheries and forestry have placed significant pressures on biodiversity while pro-

viding the basic building blocks for development and economic growth.

The world's biodiversity is facing a crisis without precedence since the end of the last ice age, affecting all its three dimensions. Genetic diversity is at risk, as wild population sizes shrink drastically and with them the gene pool. Species diversity is confronted with rates of extinction that far exceed the "background rate" found in the typical fossil record. The full range of ecosystems diversity is being threatened by transformation through human activities.

The millennium ecosystem assessment (MEA) examined the state of 24 ecosystem services that make a direct contribution to human well-being. It concluded that 15 out of 24 are in decline. And as the Global Biodiversity Outlook of the Convention on Biological Diversity points out, there are important additional reasons to care about the loss of biodiversity, quite apart from nature's immediate usefulness to humankind. Future generations have a right to inherit a planet thriving with life, and which continues to afford opportunities to reap the economic, cultural and spiritual benefits of nature (CBD, 2006). Many would argue that every life form has an intrinsic right to exist. Species alive today are millions of years old and have each traveled unique evolutionary paths, never to be repeated, in order to reach their present form.

Concern over the loss of biodiversity, and the recognition of its crucial role in supporting human life, led to the creation, in 1992, of the Convention on Biological Diversity (CBD) a legally binding global treaty having the objective of the conservation of biodiversity and the sustainable use of its components. As important tools, the CBD includes the development of national biodiversity strategies and action plans. Although almost every country developed such strategies, progress remains very limited towards essential goals such as the improvement of capacity for implementation and national-level planning, as well as actual implementation (CBD, 2006). The

greatest conservation efforts are pursued over endangered species and their habitats, while ecosystems services receive less consideration.

According to the MEA Report (2005b), the most important direct drivers of biodiversity loss and ecosystem service changes are:

- habitat change (such as land use changes, physical modification of rivers or water withdrawal from rivers, loss of coral reefs, and damage to sea floors resulting from trawling);
- climate change;
- invasive alien species;
- overexploitation; and
- pollution.

Livestock play an important role in the current biodiversity crisis, as they contribute directly or indirectly to all these drivers of biodiversity loss, at the local and global level. Typically, biodiversity loss is caused by a combination of various processes of environmental degradation. This makes it hard to single out the contribution of the livestock sector, and this is further complicated by the many steps in the animal food product chain at which environmental impact occurs.

Livestock-related land use and land-use change modify or destroy ecosystems that are the habitats for given species (see Chapter 2). Livestock contribute to climate change, which in turn has a modifying impact on ecosystems and species (see Chapter 3). Terrestrial and aquatic ecosystems are affected by emissions into the environment (nutrient and pathogen discharge in marine and freshwater ecosystems, ammonia emissions, acid rain). The sector also directly affects invasive alien species (the livestock themselves and diseases for which they may be vectors) and overexploitation, for example through overgrazing of pasture plants. This complex picture is further complicated by the fact that livestock first started to affect biodiversity millennia ago when they

BLM_0079922

were domesticated and provided humans with a way to exploit new resources and territories that were previously unavailable. These historic changes continue to affect biodiversity, while the effect of current degradation processes (many of which are described in the preceding chapters) is superimposed.

This chapter first provides an overview of the status of global biodiversity. Then livestock's contribution to biodiversity loss is assessed, along the various steps of the animal product food chain. As a consequence of the complexity described above, this assessment is sometimes necessarily fragmentary and anecdotal, but it still provides an indication not only of the significance of the livestock sector's impact but also of the challenges of – and opportunities for – slowing, halting or reversing the degradation process. A number of technical options exist to reduce the negative impact of a number of some current practices and change processes. These options are presented in a last section.

## 5.2 Dimensions of biodiversity

Biodiversity is characterized by multiple dimensions. At the level of living organisms intra- and inter-species diversity mostly refers to the genetic and phenotypic side of biodiversity. At higher scales biodiversity through ecosystem richness refers to how species are assembled into diverse biotic communities within a wide range of biotopes.[1]

### Inter-species diversity

Inter-species biodiversity refers to the total number of species (animals, plants and microbes) on earth. The total number of species is still unknown. Around 1.8 million species have been described to date, but many more are believed to exist – estimates range from 5 to nearly 100 mil-

---

[1] A biotope is an area that is uniform in environmental conditions and in its distribution of animal and plant life.

Table 5.1

**Estimated numbers of described species, and possible global total**

| Kingdoms | Described species | Estimated total species |
|---|---:|---:|
| Bacteria | 4 000 | 1 000 000 |
| Protoctists (algae, protozoa, etc.) | 80 000 | 600 000 |
| Animals | 1 320 000 | 10 600 000 |
| Fungi | 70 000 | 1 500 000 |
| Plants | 270 000 | 300 000 |
| Total | 1 744 000 | 14 000 000 |

*Source:* UNEP-WCMC (2000).

lion. 14 million has been proposed as a reasonable working estimate (see Table 5.1). Based on the latter figure, only 12 percent of the estimated total number of species have been classified so far.

Existing species are not evenly distributed on the globe. Some areas are much richer in species than others and many species are endemic to a specific region. In general diversity declines towards the poles. Humid tropical regions are particularly rich in species and contain numerous endemic ones. The environments richest in biodiversity are moist tropical forests that extend over some 8 percent of the world's land surface, yet they hold more than 50 percent of the world's species. Tropical regions support two-thirds of the estimated 250 000 plant species, and 30 percent of the bird species. Similarly, inland waters represent a vanishing small proportion of the earth's total water but they contain 40 percent of all aquatic species that are often endemic (Harvey, 2001).

### Intra-species diversity

Intra-species diversity refers to richness of genes within a given species. It encompasses the genetic variation among individuals within the same population and among populations. Genetic diversity represents a mechanism for populations and species to adapt to changing

BLM_0079923

environments. Intra-species diversity is crucial to the resilience of populations and ecosystems against unpredictable and random events. The greater the variation, the higher the chances that a species will have some individuals with genes adapted for a new environment that can be passed on to the next generation. Reduced intra-species diversity not only reduces resilience, but also increases the probability of inbreeding, often leading to an increase in genetic diseases that may in the long run threaten the species itself.

The best known example of intra-species diversity is in agricultural biodiversity. Agricultural biodiversity is a creation of humankind and includes domesticated plants and animals, as well as non-harvested species that support food provision within agro-ecosystems. In the case of livestock, the initial natural selection that gave birth to the wild progenitor was followed by thousands of years of domestication and selective breeding by humans. Farmers and breeders have selected animals for a variety of traits and production environments, resulting in the development of more than 7 600 breeds of livestock (FAO, 2006c). From just nine of the 14 most important species (cattle, horse, ass, pig, sheep, buffalo, goat, chicken and duck) as many as 4 000 breeds have been developed and used worldwide.

In the wild, intra-species genetic diversity is becoming a central preoccupation for wildlife management and conservation. When populations become too isolated, inbreeding phenomena may result if the size of the population is not large enough. Therefore, allowing isolated wildlife populations to interbreed can help exchange of genes and improve the genetic pool of wildlife populations.

**Ecosystem diversity**
An ecosystem is an assemblage of living species within a biotope that through the interaction with its physical environment functions as a unit. Most classification systems for ecosystems use

biological, geological and climate characteristics, including topography, vegetation cover or structure, even cultural or anthropogenic factors. Ecosystems can be of any scale, from a small pond to the entire biosphere, and interact with each other.

Attempts have been made to characterize ecosystems and their diversity over wide areas. WWF (2005) defines an ecoregion as a large area of land or water that contains a geographically distinct assemblage of natural communities that (a) share a large majority of their species and ecological dynamics; (b) share similar environmental conditions, and; (c) interact ecologically in ways that are critical for their long-term persistence. Using this approach, WWF has identified 825 terrestrial ecoregions globally (a set of approximately 500 freshwater ecoregions is under development) and assessed the status of ecosystem diversity in each of these regions. On a still broader scale the World Resources Institute (2000) distinguishes five major and critical biomes shaped by the interaction of physical environment, biological conditions and human intervention: agro-ecosystems, coastal and marine ecosystems, forest ecosystems, freshwater systems and, grassland ecosystems. Forests, which harbour about two-thirds of the known terrestrial species, have the highest species diversity and local endemism of any biome.

Ecosystems are central to the functioning of the planet as they provide services that regulate the main natural cycles (water, carbon, nitrogen, etc.). These services include: maintenance of watershed functions (infiltration, flow and storm control, soil protection); pollution removal from air and water (including the recycling and sequestration of carbon, nutrients and chemical pollutants); and provision of habitat for wildlife. For humans, ecosystems provide a wide range of goods and services including food, energy, materials and water, but also aesthetic, cultural and recreational values. The level of goods and services provided vary greatly between the different ecosystems.

BLM_0079924

## Biodiversity under threat[2]

The three dimensions of biodiversity (genes, species and ecosystems) are all interconnected, and all are eroding at a fast pace worldwide. Any phenomenon impacting one dimension will inevitably impact the others: reduction of genetic diversity can lead, at the extreme, to local or total extinction of a species. The disappearance of one species can break the balance between the different wildlife population species, which may in turn affect ecosystem functioning: predators have been shown to be critical to diversity and stability. For example, the hunting of carnivores has often resulted in increased herbivore populations leading to changes in vegetation affecting many species. Similarly, habitat destruction, change and fragmentation threaten intra- and inter-species genetic diversity. This occurs first because the total area and carrying capacity of the wildlife habitat is reduced by the conversion process, and second because fragmented habitats isolate populations from another, narrowing the genetic pool of each population and making them more vulnerable to disappearance.

The principal threats by ecosystem are presented in Table 5.2. Forested ecosystems, and in particular primary forest ecosystems, are under great threat at the global level. Global forest cover has been reduced by 20 and 50 percent since pre-agricultural times (Matthews *et al.*, 2000). As much as 30 percent of the potential area of temperate, subtropical and tropical forests has been converted to agriculture. Since 1980 forest area has increased slightly in industrial countries, but has declined by almost 10 percent in developing countries (WRI, 2000). The great majority of forests in industrial countries, except Canada and the Russian Federation, are reported to be secondary forest (having regrown after being logged over at least once) or converted to plantations. These areas are poor in biodiversity, compared to the original primary forest,

and the loss of many species during the land-use transition is often final. Tropical deforestation affecting primary forest probably exceeds 130 000 km$^2$ a year (WRI, 2000).

The world's freshwater systems are so degraded that their ability to support human, plant and animal life is greatly imperiled. Half the world's wetlands are estimated to have been lost in the twentieth century, converted to agriculture and urban areas, or filled and drained to combat diseases such as malaria. As a result, many freshwater species are facing rapid population decline or extinction and freshwater resources for human use are increasingly scarce.

The conversion of coastal ecosystems to agriculture and aquaculture, along with other pressures such as erosion and pollution, are reducing mangroves, coastal wetlands, sea grass areas and coral reefs at an alarming rate. Coastal ecosystems have already lost much of their capacity to produce fish because of over-fishing, destructive fishing techniques and destruction of nursery habitats.

Temperate grasslands, savannahs, and shrublands have experienced heavy conversion to agriculture, more so than other grassland types including tropical and subtropical grasslands, savannahs and woodlands. In many places the introduction of non-native species has negatively affected grassland ecosystems leading to a decrease in biodiversity.

Agro-ecosystems are also under great threat. Over the last 50 years, about 85 percent of the world's agricultural land has been affected to some degree by degradation processes including erosion, salinization, compaction, nutrient depletion, biological degradation and pollution. About 34 percent of all agricultural land contains areas only lightly degraded, 43 percent contains moderately degraded areas and nine percent contains strongly or extremely degraded areas (WRI, 2000). Agricultural intensification often diminishes biodiversity in agricultural areas, for example through the excessive application of fertilizer and pesticides, by reducing the

---

[2] Drawn from UNDP, UNEP, WB and WRI (2000); and Baillie, Hilton-Taylor and Stuart, 2004.

BLM_0079925

Table 5.2
**Major ecosystems and threats**

| Categories | Major ecosystems | Major threats |
|---|---|---|
| Marine and coastal | Mangroves, coral reefs, sea grasses, algae, pelagic communities, deep sea communities | Chemical pollution and eutrophication, overfishing, global climate change, alterations of physical habitat, invasion of exotic species. |
| Inland water | Rivers, lakes, wetlands (bogs, fens, marshes, swamps) | Physical alteration and destruction of habitat through water extraction, drainage, canalization, flood control systems, dams and reservoirs, sedimentation, introduced species, pollution (eutrophication, acid deposition, salinization, heavy metals). |
| Forest | Boreal and temperate cornifers, temperate broadleaf and mixed, tropical moist, tropical dry, sparse trees and parkland | Physical alteration and destruction of habitat, fragmentation, changes of fire regimes, invasive alien species, unsustainable logging, extraction of non-timber forest products, fuelwood extraction, hunting, unsustainable shifting cultivation, climate change, pollutants including acid rain. |
| Drylands | Mediterranean, grasslands, savannahs | Physical alteration and destruction of habitat, changes of fire regimes, introduced herbivores (particularly livestock), non-native plants, depletion of water resources, harvest of fuelwood, over-harvest of wild species, chemical pollution, climate change. |
| Agricultural | Arable land (annual crops), permanent crops, permanent pasture | Soil degradation, excessive use of fertilizer, nutrient depletion, loss of genetic diversity, loss of natural pollinators. |

*Source:* UNDP, UNEP, WB and WRI (2000).

space allotted to hedgerows, copses, or wildlife corridors, or by displacing traditional varieties of crops with modern high-yield but uniform crops.

Ecosystem change and destruction can reduce both intra- and inter-species biodiversity. Furthermore, the increasing pressure on species through over-harvesting and hunting (of predators, for bush meat or for leisure) and the side effects of pollution processes further erode intra- and inter-species biodiversity.

The IUCN Red List published in 2006 reports that more than 16 000 species are threatened with extinction, of which 1 528 are critically endangered. Some groups of organisms are more threatened than others: the highest proportions of species threatened were for amphibians and gymnosperms (31 percent), mammals (20 percent) and birds (12 percent), while for fish and reptiles the proportion was 4 percent (IUCN, 2006).

Africa south of the Sahara, tropical South and Southeast Asia and Latin America, i.e. the regions that are home to the majority of species in the world, have a greater number of threatened species. Though alarming, the Red List figures do not represent the real scale of the problem because it was only possible to evaluate 2.5 percent of all described species (which in turn are only a small proportion of the total number of species). The difficulty of quantifying diversity of species makes the evaluation of the impacts of human activities even more difficult.

Extinction of species is a natural process, and throughout the fossil record – except for periods of mass extinction there has been a natural

BLM_0079926

"background rate" of extinction. Recent extinction rates far exceed the background rates found in the fossil record. The known rate of extinctions of birds, mammals and amphibians over the past 100 years indicate that current rates are 50 to 500 times higher than background rates found in the fossil record. If "possibly extinct" species are included this increases to 100 to 1 000 times the natural extinction rates (Baillie, Hilton-Taylor and Stuart, 2004). This may be a conservative estimate, as it does not account for undocumented extinctions. Although the estimates vary greatly, current extinction rates suggest that the earth may be on the threshold of a new mass extinction event generated by human activities.

Similarly, agricultural genetic diversity is declining globally as specialization in plant and animal breeding and the harmonizing effects of globalization advance. Although 5 000 different species of plants have been used as food by humans, the majority of the world's population is now fed by less than 20 staple plant species (FAO, 2004c). And only 14 domesticated mammalian and bird species now provide 90 percent of human food supply from animals (Hoffmann and Scherf, 2006).

Forests currently host the highest number of threatened species. Many forest-dwelling large mammals, half the large primates, and nearly 9 percent of all known tree species are at some risk of extinction (WRI, 2000). The biodiversity of freshwater ecosystems is even more threatened than that of terrestrial ecosystems. Twenty percent of the world's freshwater species have become extinct, threatened, or endangered in recent decades. In the United States, which has the most comprehensive data on freshwater species, 37 percent of freshwater fish species, 67 percent of mussels, 51 percent of crayfish and 40 percent of amphibians are threatened or have become extinct (WRI, 2000). Marine biodiversity is also under great threat. Commercial species such as Atlantic cod, five species of tuna, and haddock are threatened globally, along with several species of whales, seals, and sea turtles, while invasive species are frequently reported in enclosed seas (WRI, 2000).

## 5.3 Livestock's role in biodiversity loss

As we have seen, the most important drivers of biodiversity loss and ecosystem service changes are habitat change, climate change, invasive alien species, overexploitation and pollution. These drivers are not independent. The impact of climate change and much of the impact of pollution on biodiversity for example is indirect, through the modification of habitats, while the latter often goes hand in hand with the introduction of invasive species.

### 5.3.1 Habitat change

Habitat destruction, fragmentation and degradation are considered the major category of threat to global biodiversity. They are the major threat faced by birds, amphibians and mammals, affecting over 85 percent of threatened species in all three animal classes (Baillie, Hilton-Taylor and Stuart, 2004). It has been possible to examine some of the key drivers of habitat destruction using data on birds. Large-scale agricultural activities (including crop farming, livestock ranching and perennial crops such as coffee and oil palm) are reported to impact nearly half of the globally threatened birds affected by habitat destruction. A similar proportion would be affected by smallholder or subsistence farming. Selective logging or tree-cutting and general deforestation is said to affect some 30 percent of threatened bird species, firewood collection and the harvesting of non-woody vegetation would affect 15 percent and conversion to tree plantations some 10 percent. Overall, over 70 percent of globally threatened birds are said to be impacted by agricultural activities and 60 percent by forestry activities (Baillie, Hilton-Taylor and Stuart, 2004).

Livestock are one of the major drivers of habitat change (deforestation, destruction of riparian forests, drainage of wetlands), be it for livestock production itself or for feed produc-

BLM_0079927

tion. Livestock also directly contribute to habitat change as overgrazing and overstocking accelerate desertification.

### Deforestation and forest fragmentation

Habitat change by and for livestock started from the beginning of domestication of animals, between 10 000 and 8000 BC. Around the Mediterranean Basin, clearing by fire, pastoralism and primitive agriculture were the primary impacts (Pons *et al.*, 1989). Most of the natural vegetation in the basin has since been modified by human activities. In northern temperate regions such as Europe, native vegetation has also been largely destroyed or modified by deforestation, agriculture and grazing (Heywood, 1989). In more recent times, much of the temperate forest in Australia has been converted to grassland (Mack, 1989).

Livestock production plays an important role in **habitat destruction**. At present, the link between deforestation and livestock production is strongest in Latin America, where extensive cattle grazing is expanding mostly at the expense of forest cover. By the year 2010 cattle are projected to be grazing on some 24 million hectares of Neotropical land that was forest in 2000 (Wassenaar *et al.*, 2006; see also Chapter 2). This



The endangered Peruvian Plantcutter Phytotoma raimondii *is endemic to the dry forest of north Peru. Conversion of forests for farming and firewood threatened the last stronghold of for the species - 2006*

means that about two-thirds of the deforested land is expected to be converted to pasture, with a large negative effect on biodiversity.

In addition to pasture, a substantial and increasing share of this region's cropland, and more particularly of cropland expansion into forest, is dedicated to intensive large-scale production of soybeans and other feedcrops destined for livestock production. Between 1994 and 2004, the land area devoted to growing soybeans in Latin America more than doubled to 39 million ha, making it the largest area for a single crop, far above maize which ranks second at 28 million hectares (FAO, 2006b). The demand for feed, combined with other factors, has triggered increased production and exports of feed from countries such as Brazil where land is relatively abundant. Wassenaar *et al.* (2006) project large hotspots of deforestation in the Brazilian Amazon forest related to the expansion of cropland, mainly for soybean (see Box 5.1). Similar processes are reported to be taking place south of the Neotropics, particularly in Argentina (Viollat, Le Monde Diplomatique, April 2006).

Besides forests, this expansion of livestock-related land use has fragmented other valuable landscapes. In Brazil's ecologically very sensitive tropical savannah region, the Cerrado (recently described as the "forgotten" ecosystem – Marris, 2005), the rapid settlement and the accompanying pollution and erosion severely impact biodiversity (see Box 5.2).

It is not just the sheer area of conversion involved. The pattern that pasture expansion is taking poses a threat of **habitat degradation** through loss of neotropical biodiversity. Some 60 percent of pasture expansion into forest is projected to occur in a rather diffuse manner, in already fragmented forest landscapes (Wassenaar *et al.*, 2006). More concentrated "hotspots" of pasture expansion into forest are predominantly projected in lowland ecosystems. The tropical Andes mountain region though is the most biologically diverse of the hotspots identified by Myers *et al.* (2000), containing some

© JEREMY FLANAGAN

6 percent of total plant and vertebrate species world-wide. Biodiversity in the northwestern Andean moist forest and Magdaleña Valley dry and montane forest ecoregions is reported to be under severe pressure (UNEP-WCMC, 2002). These areas are projected to be affected by both pasture- and cropland-dominated diffuse deforestation.

Habitat degradation threatens many other ecoregions. Most are projected to be affected by diffuse deforestation: important examples are cropland expansion into Central American pine-oak forest and pasture expansion into the Brazilian Cerrado or the Atlantic forests of eastern Brazil which are among the most endangered habitats on earth (Myers *et al.*, 2000; UNEP, 2002). In fact almost all the diffuse deforestation areas are located in WWF's "Global 200" priority ecoregions (Olson and Dinerstein, 1998). In addition the North and Central Andes, as well as eastern coastal Brazil have extremely high densities of important bird areas (BirdLife International, 2004).

**Habitat fragmentation** occurs when patches of native habitat become isolated in a landscape increasingly dominated by human activities.

Under the species-area relationship it has long been recognized that large islands have more species of a given group than do small islands. For example Darlington evaluated that the reduction of an area by a factor of ten in the West Indies divides the number of species of Carabidae (beetle) by two (Darlington, 1943). Researchers are today increasingly applying this relationship to fragmented habitats and, in particular, to rain forest fragmentation stating that forest patches are hosting less biodiversity than continuous ones. In the context of forest fragmentation the decreased biodiversity would result from: a decrease in variety of habitats in the fragmented section, new opportunities for invasive alien species to intrude and compete with native ones, a decreased size of wild population easing inbreeding and eroding intra specific biodiversity, a disruption of natural equilibrium between species and in particular between prey and predators.

As a direct result, the real impacts of habitat change on biodiversity is greater when the habitat is fragmented as the actual biodiversity carrying capacity of fragmented habitats is much smaller than the overall area loss would suggest.

The effect of fragmentation on biodiversity in pasture-dominated landscapes is often aggravated by changes of fire regime. As described in Chapter 3 (Box 3.3), burning is a common practice for the establishment and management of pastures. It is practised in many grassland regions of Africa, Australia, Brazil and the United States.

Burning usually has a negative impact in large agricultural regions with fragmented natural habitat. One of the reasons is that the remaining forest fragments in these regions appear unusually vulnerable to fire, because their dryer, fire-prone edges lie adjacent to frequently burned pastures. Under the generally low prevailing level of control of burning this frequently leads to considerable penetration of fire into forest interiors (Cochrane and Laurance, 2002). Another reason is the indirect impact that fire has on biodiversity, by facilitating invasions of alien species. In a review, d'Antonio (2000) concluded that fire most often increases such invasions, even when used to control an invasive species. In addition some invasive species can also directly alter the fire regime. They can increase fire intensity in fire-prone systems or introduce fire into systems where it was previously uncommon.

### Intensification of agricultural land use

In his historical perspective of biological invasions, Di Castri (1989) defines the Old World as the zone where the instruments for cultivation were the spade and particularly the plough. Deep turning of soil by ploughing has far-reaching effects on biological processes in soil, including germination. Such practices and their subsequent spread to other regions represent an

BLM_0079929

Livestock's long shadow

---

Box 5.1  **The case of the protected areas**

The destruction and modification of habitats in the world continues at a steady pace. According to FAO some 29.6 percent of the total land area of the world is currently under forest cover. This area is being deforested at a rate of 0.2 percent points per year (FAO, 2004).

Major efforts at the global and national levels have aimed to protect areas to safeguard key habitats and species. In 2005, 6.1 percent of the total land area of the world was under protection (WRI, 2005). This includes strict nature reserves, wilderness areas, national parks, national monuments, habitat/species management areas, and protected landscapes.

Despite the efforts to increase the number of protected areas in the world, the extinction of species and habitat losses continue. Many protected areas face significant threats including poaching, encroachment and fragmentation, logging, agriculture and grazing, alien invasive species and mining. Among those related to livestock, park managers have identified:

- incursion by nomadic groups and subsequent conflict with wild animal populations;
- establishment of ranches spreading into protected areas, and
- agricultural pollution, affecting protected areas through eutrophication and pollution by pesticides and heavy metals (Mulongoy and Chape, 2004).

Livestock pose a particular threat to protected areas.

An analysis for this report comparing global bovine density with protected areas in the top three IUCN[1] categories shows that 60 percent of the world's protected areas in these top categories

have livestock (cattle and buffaloes) within a 20 km radius from the centre. Bovine density in protected areas is generally still low, but some 4 percent have an average density of four or more animals per square kilometer, representing a significant menace.

Projected land use changes in the neotropics for the year 2010 (see Maps 33A and 33B, Annex 1) show that protected areas are under further threat of livestock-linked deforestation. In Central America, for example, significant pasture expansion is expected into forest in the Maya Biosphere reserve in Guatemala's northern Petén region, mainly in the Laguna del Tigre national park. In South America, a few parks appear to be severely threatened; the Formaciones de Tepuyes natural monument in eastern Venezuelan Amazon, the Colombian national park Sierra de la Macarena and the Cuyabeno reserve in northeastern Ecuador.

Although deforestation in protected areas represents a limited portion of total deforestation, it may have a considerable ecological significance. The Macarena national park, for example, is the only remaining significant corridor between the Andes and the Amazon lowlands. Small spots of deforestation, which could be only the beginning, are also noted at the high end of the Carrasco Ichilo national park on the Andes slopes between the Bolivian highlands and the lowlands towards Santa Cruz. In all cases, the majority of the deforested area would be occupied by pasture.

---

[1] Category Ia or strict nature reserve: protected area managed mainly for science; Category Ib or wilderness area: protected area managed mainly for wilderness protection; and Category II or National park: protected area managed mainly for ecosystem protection and recreation.

*Source:* Wassenaar *et al.* (2006).

BLM_0079930

early form of intensification leading to habitat change. However, the effect on biodiversity loss has surely been far less than that resulting from intensification of agriculture through mechanization and agro-chemical use, following the industrial revolution.

In Europe today, traditional grazing is seen as having positively affected biodiversity in pastures, by creating and maintaining sward structural heterogeneity, particularly as a result of dietary choice (Rook *et al.*, 2004). Other important heterogeneity-creating mechanisms are treading, which opens up regeneration niches for gap-colonizing species (although some of these may be invasive) and nutrient cycling – concentrating nutrients in patches thereby altering the competitive advantage between species. Grazing animals also have a role in propagule[3] dispersal.

However, when established traditional pastures become more intensively managed, much of the remaining diversity is lost. Today's sown pastures have lost almost all the sward canopy structure, and this effect on plant communities has led to secondary effects on invertebrate diversity, both by changing the abundance of food plants and by changing breeding sites (Rook *et al.*, 2004). The direct effects of invertebrate diversity then feed through to vertebrate diversity (Vickery *et al.*, 2001).

Similar effects may occur in other relatively intensive systems such as the "cut and carry" system, affecting grasslands of the more densely populated areas in developing regions, although cut and carry has considerable environmental and productivity advantages. Another aspect of more intensively managed pastures is that productivity is often hard to maintain: the export of nutrients through products and soil degradation leads to a decrease in soil fertility. This often results in increased competition among weeds

and undesired grass species. The subsequent increased use of herbicides for control may constitute another threat to biodiversity (Myers and Robins, 1991).

Clearly, the recent trend towards intensive production of feedcrops, in line with the overall intensification of crop agriculture, leads to profound micro- and macro-habitat change, although the extent of the area concerned is less than for extensive pastures. Advanced technology now fosters high land-use intensity, and allows agriculture to expand into previously unused land, often in biologically valuable regions (see Box 5.2). Under such use virtually no above- or below-ground habitat remains unaffected: even within a generally very diverse soil microbial population few species may be able to adapt to the modified environment.

## Desertification and woody encroachment

Another area where livestock have fuelled habitat degradation is in rangelands. Rangeland degradation results from a mismatch between livestock density and the capacity of the pasture to support grazing and trampling. Such mismanagement occurs more frequently in the less resilient arid and semi-arid regions, characterized by a relatively erratic biomass production. Section 2.5.2 describes the process in more detail. Excessive pressure on dryland ecosystems leads to fragmentation of herbaceous cover and an increase in bare soil (i.e. desertification). In semi-arid, subtropical rangelands often, though not always woody plant cover increases (Asner *et al.*, 2004). Woody encroachment results when overgrazing of herbaceous cover, reduced fire frequency, helped along by atmospheric $CO_2$ and nitrogen enrichment, modify the equilibrium in favour of woody species.

The spread of rangeland degradation in the arid and semi-arid climates is a serious source of concern for biodiversity; although quantifying the extent is a complex exercise. Land quality indicators used to assess conditions are inadequate. There are also natural long-term

---

[3] Any of various, usually vegetative, portions of a plant, such as a bud or other offshoot, which also seeds, thus facilitating dispersal of the species and from which a new individual may develop.

BLM_0079931

---

Box 5.2  **Changes in the Cerrado, Brazil's tropical savannah**

The Cerrado region of woodland-savannah makes up 21 percent of Brazil's area. Large mammals such as the giant anteater, giant armadillo, jaguar and maned wolf still survive here. Biodiversity in this fragile and valuable ecosystem is endangered by a combination of fragmentation, intensification, invasions and pollution.

Like the Amazon basin, the Cerrado is a great source of biodiversity. It supports a unique array of drought- and fire- adapted plant species and surprising numbers of endemic bird species. Its 137 threatened species include the maned wolf (*Chrysocyon brachyurus*), a striking, long-legged beast that resembles a fox on stilts. The sparse, scrubby vegetation features more than 4 000 species that grow only here.

However, over the past 35 years, more than half of the Cerrado's original expanse of two million km$^2$ has been taken for agriculture. It is now among the world's top regions for the production of beef and soy. At the current rate of loss, the ecosystem could be gone by 2030, according to estimates by Conservation International.

Agriculture in the Cerrado started in the 1930s with extensive cattle ranching, which severely impacted the ecosystem's functioning and biodiversity. Besides altering the local vegetation by trampling and grazing, much of the impact was through damage to the neighbouring fragile natural ecosystems through fires set on pastures. The change in fire regime proved to be disastrous: the oily molasses grass (*Melinis minutiflora*), widely planted for pasture, has invaded the fringes of the wild Cerrado, causing fires to rage at such intensity that they burn through even the tough fire-adapted bark of native woody plants.

Still, the Cerrado's inaccessibility and poor soil spared large areas from large-scale exploitation. As Brazil embraced the Green Revolution in the 1970s, the availability of new soy varieties and fertilizers turned the region into a viable agricultural prospect. Soybean cultivation has since invaded the Cerrado where national production increased by 85 percent between 1993 and 2002. Soybean production in the Cerrado is characterized by high intensity land management, known as the "Patronal" model, based on advanced technology, full mechanization and extensive use of agro-chemicals. Production units are generally well over 1 000 ha. This intensive system allows for high productivity: soy is harvested twice a year sometimes with an intermittent maize crop.

The replacement of originally rich habitats by an intensive monoculture landscape strongly affects biodiversity. Habitats have been lost on a large scale and pesticides and fertilizers, sprayed in large quantities to control pests and diseases and to maintain fertility, pollute the water and the soil. Though the use of herbicides against weeds is on the increase, weeds were previously dealt with using mechanical methods that have favoured erosion; WWF (2003) estimates that a soy field in the Cerrado loses approximately 8 tonnes of soil per hectare every year.

There is a growing realization among conservationists that their strategies must accommodate economic development (Odling-Smee, 2005). To this end, ecologists working in the Cerrado are now stressing the ecosystem services it provides — many of which have a tangible economic value. Some are investigating the role of the native landscape as a carbon sink, as a centre of genetic diversity for the crop cassava, or as a protector of Brazil's soil and water.

*Source:* Marris (2005).

BLM_0079932



*Le Bheyr lake is of vital importance to the microclimate of the zone. Apart from providing grazing along its shores, it is a fishing and crossing point for migratory birds in December and January. The photo shows striking images of environmental degradation and drought – Mauritania 1996*

oscillations in ecosystem changes that are difficult to disentangle from anthropogenic changes. However, many grazing systems are undergoing desertification. Africa, Australia and the southwestern United States have experienced a severe reduction in plant populations, with a corresponding loss of biodiversity. Often they are dominated by one or a few woody species, with little herbaceous canopy remaining (see review by Asner *et al.*, 2004). Biodiversity erosion creates a negative feedback: it reduces the system's resilience and thereby indirectly reinforces desertification. This acknowledged inter-linkage has led to the development of a joint work programme between the United Nations Convention to Combat Desertification (UNCCD) and the Convention on Biological Diversity (CBD).

Vegetation-grazing interactions associated with woody encroachment strongly depend on grazing intensity. Grazing probably facilitates bush encroachment, and thus system structure, by reducing risk of fire for woody seedlings. Grazing also encourages erosion on some landscapes, which affects the herbaceous cover more than the deeper-rooted vegetation. Reduction of herbaceous cover through grazing can

also advantage woody vegetation in the competition for access to limited resources such as water. Changes are more pronounced in cases of long-term, heavy grazing (see the example of Texas in Box 5.3). Woody encroachment sometimes results from concentration of grazing pressure that has occurred because of declines in the mobility of pastoral people and their herds. Under heavy grazing, herbaceous cover is often replaced by woody vegetation while perennial grasses replace annual ones.

Effects of woody species on the herbaceous community vary according to the type of woody species and site. Effects can be positive, neutral or negative. The change from grassland to woodland through the process of woody encroachment affects several key ecosystem functions, including decomposition and nutrient cycling, biomass production and soil and water conservation. The dynamics of rainfall interception, overland flow and water penetration into the soil in overgrazed areas often is such that water from rainfall events is quickly lost to drainage systems with a concomitant increase in soil erosion. Pristine grassland may intercept water more efficiently and, therefore, prevent loss of the soil resources that form the basis of the entire ecological and agricultural production system. In arid environments, effects are eventually mostly negative both for animal production and biodiversity. Habitat diversity may also be affected. Savannah-like openings in wooded landscapes for example may gradually vanish as a result of woody encroachment.

### Forest transition and the conservation of pastoral landscapes

Forest transition, i.e. the process of previous agricultural land being turned back into forest - was presented in Section 2.1.2. This increasingly widespread land use change process is characterized by the abandonment of agricultural land in remote areas with poor soil. These are predominantly pastures, which when abandoned, can regenerate back into forest.

BLM_0079933

Box 5.3  **Woody encroachment in southern Texas**

The woody plants that invade areas during woody encroachment are typically species that were present somewhere in the landscape before the introduction of grazing. For example, in a southern Texas rangeland containing a diverse array of trees, shrubs, and subshrubs, heavy grazing caused increases in the cover of the nitrogen-fixing tree *Prosopis glandulosa var. glandulosa* (mesquite). Long-term records and aerial photographs indicate that mesquite encroachment then facilitated the establishment of other woody plants in its understory, which subsequently out-competed mesquite for light and other resources. Mesquite remnants are commonly found among well-developed patches of woody vegetation known not to have existed a century ago.

*Source:* Extract from Asner *et al.* (2004).

Some abandoned pastures turn into fallow/shrubland with little biological diversity. In temperate regions such as Europe, natural and semi-natural grasslands have become an important biodiversity and landscape resource worth preserving in their own right. These plant communities, and the landscapes of which they form a part, are now highly valued and the subject of numerous agro-environmental and nature conservation schemes. These habitats are under threat from two contrasting directions: on the one hand, the ongoing intensification of land use, and on the other, an increasing number of former meadows and pastures lying fallow owing to changing economic conditions and "set-aside" subsidies.

As early as 1992, Annex 1 of the European Council Habitat Directive (EU, 1992, cited in Rook *et al.*, 2004) listed habitats that are considered of European importance for their biodiversity value. It has been estimated that this list includes 65 types of pasture habitat that are under threat

from intensification of grazing and 26 that are under threat from abandonment (Ostermann, 1998). In some cases, there is not only a loss of biodiversity value but also other environmental problems. For example, in the hills and mountains of Mediterranean countries there are now large areas of former grazing covered by shrub vegetation of very low biodiversity. This accumulation of woody biomass may increase risks such as fire and erosion, resulting in extensive environmental and economic losses (Osoro *et al.*, 1999).

One of the main objectives of nature conservation in Europe is, therefore, to protect semi-open landscapes. In several countries the establishment of larger "pasture landscapes" with a mixed character of open grassland combined with shrubs and forests has been recognized as one solution (Redecker *et al.*, 2002).

Within grassland communities spatial heterogeneity is the key to maintaining critical biodiversity. The role of the grazing animal in fostering this has already briefly been mentioned under "Intensification of agricultural land use," above.

Woodland pastures (Pott, 1998; Vera, 2000) harbour higher biodiversity as they contain both grassland and forest species. A different mix of grazers and browsers may be needed to manage such landscapes (Rook *et al.*, 2004). In premodern times, woodland pastures were used for communal grazing: today the challenge is to develop analogous grazing systems that achieve similar biodiversity but are socio-economically viable. Vera (2000) argues that long-term preservation of biodiversity requires the development of wilderness areas with wild herbivores in addition to the existing semi-natural landscapes.

**Examples of species extinction at least partly resulting from livestock induced habitat change**
A few positive roles of livestock have been mentioned with respect to habitat change, concerning either its role in habitat regeneration or in maintaining a relatively slow pace or low level of change (see also Sections 5.3.4 and 5.5).

194

BLM_0079934

Still, it is clear that while not all indirect effects have been analysed, other aspects of livestock production have affected many habitats badly at enormous scales. The table on livestock's contribution to species extinction via habitat loss or habitat degradation (Table 16, Annex 2) gives specific examples of how these various mechanisms have led to the loss of particular species. It shows clearly that habitat degradation by and for the livestock sector has contributed to the extinction of many plants and animals. Nevertheless, it is unknown what the status of the affected habitats would have been in the absence of livestock.

### 5.3.2 Climate change

The impact of climate change on biodiversity is recent, and only now starting to be recognized, observed on the ground and understood. Climate change affects biodiversity in three main ways: by changes in the mean climate, changes in the incidence or severity of extreme climate events and changes in climate variability.

According to Thomas *et al.* (2004) between 15 and 37 percent of all species could be threatened with extinction as a result of climate change.

The projected impacts on biodiversity owing to climate change include the following (Secretariat of the Convention of Biological Diversity, Technical Series No. 10, 2003):

- As a result of global warming, the climate range of many species will move poleward or upward in elevation from their current locations. Species will be affected differently by climate change: some will migrate through fragmented landscapes whilst others, less mobile, may not be able to do so.
- Many, already vulnerable species are likely to become extinct, especially species with limited climate ranges and/or with limited geographical opportunities (e.g., mountain top species, species on islands, peninsulas). Species with restricted habitat requirements, very large ranges, slow breeding rates or small populations are typically the most vulnerable.

- Changes in the frequency, intensity, extent and locations of climatically- (and non-climatically-) induced disturbances will affect how existing ecosystems will be replaced by new plant and animal assemblages. Species are unlikely to migrate at the same rates; long-lived species will persist longer in their original habitats leading to new plant and animal assemblages. Many ecosystems will become dominated by opportunistic, 'weedy' species, well adapted to dispersal and rapid establishment, especially if the frequency and intensity of disturbance is high.
- Some ecosystems are particularly vulnerable to climate change, such as coral reefs, mangroves, high mountain ecosystems, remnant native grasslands and ecosystems overlying permafrost. Some ecosystems may be slow to show evidence of change, whilst others, e.g. coral reefs, are already showing a rapid response. The net primary productivity (NPP) of many plant species (including some but not all crop species) increase due to the "fertilizer effect" of rising concentrations of atmospheric carbon dioxide. However, when temperature, nutrient limitation and rainfall changes are also considered there may be losses in net ecosystem and biome productivity in some regions. The differential changes in NPP will result in changes in the composition and functioning of ecosystems. Losses in net ecosystem and biome productivity can occur, for example, in some forests, at least when significant ecosystem disruption occurs (e.g. loss of a dominant species or a high proportion of species owing to changes in incidence of disturbances such as wildfires, pest and disease outbreaks).

Many studies suggest that climate change (including its effects on habitats) will surpass other, more direct, forms of human-induced habitat change as the main threat to biodiversity loss. In any case, the combined impact of continued habitat loss and climate change will pose

BLM_0079935

a major and potentially catastrophic threat to biodiversity in the future. The changes to current pristine areas resulting from climate change will force species to move to and through already degraded and fragmented habitats, worsening their opportunities of dispersal and their chances of survival.

The IPCC (2002) has reviewed the extent to which biodiversity has already begun to be affected by climate change. Higher regional temperatures have affected the timing of reproduction in animals and plants and/or migration of animals, the length of the growing season, species distributions and population sizes, and the frequency of pest and disease outbreaks.

The IPCC modelled the impact of four different climate change scenarios on biodiversity, producing impact scenarios for different world regions. Climate change is projected to affect individual organisms, populations, species distribution and ecosystem function and composition both directly through heat, drought, and indirectly through changes in the intensity and frequency of disturbances such as wildfires. The IPCC observes that a realistic projection of the future state of the earth's ecosystems would need to take into account human land- and water-use patterns, which will greatly affect the ability of organisms to respond to climate change. Many other information needs and assessment gaps persist, partly because of the extreme complexity of the issue.

What is livestock's contribution to the loss of biodiversity induced by climate change? Since climate change is a global process, livestock's contribution to the resulting erosion of biodiversity is in line with its contribution to climate change (see Chapter 3 for a detailed assessment). As a major driver behind landscape and habitat changes, the livestock sector may also aggravate the impact of climate change on biodiversity, by making it more difficult for climatically-challenged organisms and species to migrate across fragmented and disturbed habitats and human agricultural and urban environments. However,

a shift to well-managed industrial intensive livestock production systems, by reducing the area taken up by livestock production, may work to reduce this effect.

### 5.3.3 Invasive alien species

Before modern times, natural ecosystems evolved in isolation on the various continents and large islands, constrained by biogeographic barriers such as oceans. Today, almost all these ecosystems have become functionally connected by the human capacity to transport biological material long distances in a short amount of time. Humans have transported animals and plants from one part of the world to another for thousands of years, sometimes deliberately (for example livestock released by sailors onto islands as a source of food) and sometimes accidentally (e.g. rats escaping from boats). Many of the world's major crops were deliberately transplanted from one continent to another – for example, maize, potatoes, tomatoes, cocoa and rubber from the Americas to the rest of the world. Following human-assisted introduction, many alien species became invasive, i.e. their establishment and propagation led to ecological and/or economic harm.

Invasive species can affect native species directly by eating them competing with them, and introducing pathogens or parasites that sicken or kill them or, indirectly, by destroying or degrading their habitat. Invasive alien species have altered evolutionary trajectories and disrupted many community and ecosystem processes. In addition, they can cause substantial economic losses and threaten human health and welfare. Today invasive species constitute a major threat affecting 30 percent of globally threatened birds, 11 percent of threatened amphibians and 8 percent of the 760 threatened mammals for which data are available (Baillie, Hilton-Taylor and Stuart, 2004).

The contribution of the livestock sector to detrimental invasions in ecosystems goes well beyond the impact of escaped feral animals.

BLM_0079936

Because of the many forms this contribution takes, the overall impact in this category of threat is perhaps even too complex for accurate assessment. One such other dimension is livestock's role as an important driver behind habitat change leading to invasions. Animal production has also sometimes driven intentional plant invasions (for example, to improve pastures). On a different scale grazing animals themselves directly produce habitat change facilitating invasions. Movement of animals and animal products also makes them important vectors of invasive species. Livestock have also been a victim of alien plant species invasions in degrading pasture land, which may in turn have driven pasture expansion into new territories. We will examine these different dimensions in the rest of this section.

## Livestock as an invasive species

According to IUCN (2000) an invasive alien species is one that becomes established in natural or semi-natural ecosystems or habitats and threatens native biological diversity. Under this definition livestock can be considered as alien species that are invasive, particularly when little attempt is made to minimize the impact on their new environment, leading to competition with wildlife for water and grazing, the introduction of animal diseases and feeding on seedlings of local vegetation (feral animals are among the main threats to biodiversity on islands). The IUCN/SSC Invasive Species Specialist Group (ISSG) classifies feral cattle, goats, sheep, pig, rabbits and donkeys as invasive alien species (among a total of 22 invasive mammalian species)[4]. Indeed, feral pigs, goats and rabbits are classified among the top 100 world's worst invasive alien species.

One of the best documented effects of invasive-species is the dramatic impact of mammalian herbivores, especially feral goats and pigs, on

the vegetation of small islands, causing extinction of native species and pronounced changes in dominance and physiognomy and directly affecting many other organisms (Brown, 1989). As invasive alien species, feral animals also contribute to biodiversity loss at the continental level. Nearly all livestock species of economic importance are not native to the Americas, but were introduced by European colonists to the Americas in the sixteenth century. Many harmful feral populations resulted from these introductions and the often very extensive patterns of management.

Despite the negative impact of some introduced species, exotic vertebrates continue to be imported. Government agencies are gradually becoming more cautious, but they continue deliberately to introduce species for fishing, hunting and biological control. The pet trade is perhaps the single largest source of current introductions (Brown, 1989). The contribution of the livestock sector to current vertebrate introductions is currently minimal.

Other direct livestock contributions remain important. Seed dispersal by vertebrates is responsible for the success of many invaders in disturbed as well as undisturbed habitats. In Australia, more than 50 percent of naturalized plant species are dispersed by vertebrates (Rejmánek et al., 2005). Grazing livestock have undoubtedly contributed substantially to seed dispersal and continue to do so. However, seed dispersal by vertebrates is a complicated process; when and where vertebrates promote plant invasions requires substantially more research (Rejmánek et al., 2005).

Dispersal by trade in animal products is also poorly documented. An interesting exception is the detailed analysis of the impact of the increased demand for wool in the early twentieth century. The monograph of Thellung (1912) on the adventive flora of Montpellier was largely inspired by the expansion of alien species resulting from the import, hanging out and drying of wool at Port-Juvénal (near Montpellier). It is not

[4] http://issg.appfa.auckland.ac.nz/database/welcome/

BLM_0079937

Livestock's long shadow

---

Box 5.4   Wild birds and highly pathogenic avian influenza

There is a possible and plausible link between wild birds and poultry in the transmission of highly pathogenic avian influenza (HPAI) that has recently affected the poultry sector worldwide and raised concern over human health. Since 2003, there has been a series of outbreaks of this new disease. By July 2006, the disease had affected the poultry industries in 55 countries; 209 million birds were killed by the disease or had to be culled. HPAI is a zoonotic disease, which is potentially fatal to human beings. By July 2006, disease had been caused in 231 breeds, killing 133 people. The disease has now become endemic in several countries in Asia and Africa.

The widespread simultaneous occurrence of the disease poses a substantial risk of a potential disruption to the global poultry sector (McLeod *et al.*, 2005). The emergence of the specific strain of HPAI involved in these recent outbreaks, called H5N1, raises concerns regarding the potential role of wild birds as one possible transmission mechanism (Hagemeijer and Mundkur, 2006).

Before the Asian H5N1 epidemic in 2003, HPAI was considered a disease of domestic birds. Wild aquatic birds of the world were only known as natural reservoirs of low pathogenic influenza A. The series of initial outbreaks, particularly in Asia has pointed to possible interactions between domesticated and wild bird populations in HPAI virus transmission (Cattoli and Capua, 2006; Webster *et al.*, 2006).

Bird migratory patterns annually connecting land masses from the northern and southern hemispheres (including the African-Eurasian, Central Asian, East Asian- Australasian and American flyways) may contribute to the introduction and to

Map 5.1   Major flyways of migratory birds (Shore birds)



*Source:* Flyways – Wetlands International.

BLM_0079938

---

**Box 5.4** cont.

the spread of the infection to AI-free areas. Recent outbreaks of HPAI in Africa, Central Asia, Europe and the Russian Federation suggest that A/H5N1 may have been carried by wild birds during their autumn and spring migrations (Cattoli and Capua, 2006; Hagemeijer and Mundkur, 2006). In particular, migratory wild birds were found positive in many European countries with no associated outbreaks in poultry (Brown *et al.*, 2006).

On the other hand wild bird populations could possibly be contaminated and impacted by infected poultry units. According to Brown *et al.* (2006) further infection of wild birds through exposure to infected 'backyard' poultry in Eastern Europe appears probable.

---

known whether today's much stricter sanitary regulations impede the sharply increasing global trade in animal products from having similar impacts.

Historically, livestock played an important role in the transmission of disease organisms to populations that had no immunity. The introduction of rinderpest into Africa at the end of the nineteenth century devastated not only cattle but also native ungulates. This transmission remains an issue in today's world. The introduction of avian pox and malaria into Hawaii from Asia has contributed to the demise of lowland native bird species (Simberloff, 1996).

Even if there is no sound evidence as yet of cross-contamination between wild and domesticated bird populations, this mechanism possibly plays a role in today's spread of highly pathogenic avian influenza (see Box 5.4).

### Livestock-related plant invasions

The natural temperate grasslands of Australia, South America and western North America offer some of the most extreme examples of what has been called "the great historical convulsions" of the earth's biota – massive changes in the species composition of once vast communities through the transoceanic transport of alien organisms and their subsequent incursion into new ranges (Mack, 1989). In less than 300 years (and mostly only some 100 years) much of the temperate grassland outside Eurasia has been irrevocably transformed by human settlement and the concomitant introduction of alien plants.

Clearly, livestock production was only one among many other activities driving the largely unintentional trans-Atlantic movement of alien species. However, large ruminants are considered to have largely enhanced the invasive potential of these species. According to Mack (1989), the two quintessential characteristics that make temperate grasslands in the New World vulnerable to plant invasions are the lack of large, hooved, congregating mammals[5] in the Holocene or earlier, and the dominance by caespitose grasses (which grow in tussocks). The morphology and phenology of such grasses make them vulnerable to livestock-facilitated plant invasions: the apical meristem becomes elevated when growth is resumed and is placed in jeopardy throughout its growing season to removal by grazers, while these grasses persist on site exclusively through sexual reproduction. In caespitose grasslands trampling can alter plant community composition by destroying the

---

[5] The only exception are enormous herds of bison that were supported on the Great Plains of North America, yet these large congregating animals occurred only in small, isolated areas in the intermountain west. The phenology of caespitose grasses may account for this paucity of bison (Mack, 1989). In both vulnerable grasslands in western North America the native grasses on zonal soils are all vegetatively dormant by early summer when lactating bison need maximum green forage.

BLM_0079939

matrix of small plants between the tussocks.

Once European settlers arrived, alien plants began to colonize these new and renewable sites of disturbance. Whether through grazing or trampling, or both, the common consequence of the introduction of livestock in the three vulnerable grasslands were the destruction of the native caespitose grasses, dispersal of alien plants in fur or faeces, and continual preparation of a seed bed for alien plants. Even today, New World temperate grasslands are probably not yet in a steady state, but are certain to experience further consequences from existing and new plant invasions (Mack, 1989).

Besides the natural grasslands, the world's managed pastures owe their origin and history to human action. Livestock-related land-use changes continue, as do their impacts on biodiversity through habitat destruction and fragmentation. These areas are often rich in alien invaders, some of them deliberately introduced. Planned invasions have taken place in vast areas of tropical savannah, often assisted by fire. Such invasions have a long history in Australia as reviewed by Mott (1986). With the exception of some savannahs of edaphic origin, the grassland ecosystems in Africa usually result from the destruction of forest or woodland. They are often maintained through the use of fire regimes and are frequently invaded by alien species (Heywood, 1989). Likewise, in South America, the region of the great savannahs, including the cerrados and campos of Brazil, and the llanos of Colombia and Brazil have become increasingly exploited leading to invasion by weedy and pioneer species. Many of the ranch lands of South America were established on previous forest land after the European-led colonization. Similarly, in Madagascar vast areas of the natural vegetation have been burned since Palaeo-Indonesians invaded the island, to provide pasture land for zebu cattle, and are burned annually. These pastures are now largely devoid of trees and shrubs and low in biodiversity and characterized by weedy species (Heywood, 1989).

**Invasive species threats to pasture**

Some invasive alien species alter grazing lands in a detrimental way. These include many thistle species found on most continents (see the case of Argentina in Box 5.5). In California, Star Thistle was introduced during the gold rush as a contaminant of alfalfa. By 1960 it had spread to half a million hectares, to 3 million hectares by 1985, and nearly 6 million by 1999 (Mooney, 2005). It alters the ecological balance, particularly through depletion of water, and degrades pasture value. According to Gerlach (2004) it causes soil moisture losses that represent 15 to 25 percent of mean annual precipitation, representing a value of lost water ranging between US$16 and 75 million per year in the Sacramento River watershed alone. Together with other invasive weeds such as Black Mustard it causes more than US$2 billion of damage annually (Di Tomaso, 2000). A grass that is widespread and used for permanent pastures in various parts of the tropics is *Axonopus affinis*. It invades degenerated pastures of *Paspalum dilatatum*, *Trifolium repens* and *Pennisetum clandestinum*, leading to a decline in animal production (UNESCO, 1979). Major problems are caused by other introductions such as *Lantana camara*, one of the world's ten worst weeds (GISD, 2006), which has invaded many natural and agricultural ecosystems of the Palaeotropics. The replacement of native pastures by Lantana is threatening the habitat of the sable antelope in Kenya and Lantana can greatly alter fire regimes in natural systems. It is toxic to livestock (in some countries, it is therefore planted as a hedge to contain or keep out livestock). At the same time it benefits from the destructive foraging activities of introduced vertebrates such as pigs, cattle, goats, horses and sheep creating micro habitats for germination. It has been the focus of biological control attempts for a century, yet still poses major problems in many regions.

BLM_0079940

## Box 5.5  From pampas to cardoon, to alfalfa, to soy

The Pampas, the humid grasslands of northern Argentina dominated by caespitose species, were the site of one of the earliest documented and dramatic transformations of a landscape by alien plants. In the Origin of Species (1872) Darwin remarked that the European cardoon (*Cynara cardunculus*) and a tall thistle (*Silybum marianum*) "are now the commonest [plants] over the whole plains of La Plata, clothing square leagues of surface almost to the exclusion of every other plant." Even in Southern Uruguay he found "very many square miles covered by one mass of these prickly plants, impenetrable by man or beast. Over the undulating plains, where these great beds occur, nothing else can now live." These scenes had probably arisen in less than 75 years.

Von Tschudi (1868) assumed that the cardoon arrived in Argentina in the hide of a donkey. Many early plant immigrants probably arrived with livestock, and for 250 years these flat plains were grazed but not extensively ploughed (Mack, 1989). Cardoon and thistle were eventually controlled only with the extensive ploughing of the pampas at the end of the nineteenth century.

However, this was far from the end of livestock-related plant invasions. The transformation of the pampas from pasture to farmland was driven by immigrant farmers, who were encouraged to raise alfalfa as a means of raising even more livestock. This transformation greatly expanded the opportunity for alien plant entry and establishment. Towards the end of the nineteenth century over 100 vascular plants were listed as adventive near Buenos Aires and in Patagonia, many of which are common contaminants of seed lots. More recent "immigrant" species pose further threats in the pampas and Patagonia. Marzocca (1984) lists several dozen aliens officially considered as "plagues of agriculture" in Argentina.

While the massive transformation of Argentinean vegetation continues, the globalizing livestock sector recently drove yet another revolution of the pampas. In just a few years, soybean has become the country's major crop. In 1996 a genetically modified soybean variety entered the Argentinean market with a gene that allowed it to resist herbicides. Other important factors contributed to the success of what is now called "green gold". The extensive erosion of the Pampa soils (the GM soybean is cultivated without tillage, which reduces erosion), the sharp increase in demand since the European mad cow crisis and the devaluation of the Argentinean peso. Upon arrival of the GM variety in 1996, soybean covered six million hectares, while today it covers 15.2 million hectares, i.e. more than half Argentina's arable land. Rates of deforestation now exceed the effect of previous waves of agricultural expansion (the so-called cotton and sugarcane "fevers") (Viollat, 2006). At the same time the intensive cropping of soybean results in a severe mining of soil fertility. Altieri and Pengue (2006) estimated that in 2003 soybean cropping extracted a million tonnes of nitrogen and some 227 000 tonnes of phosphorus, losses that would cost some US$910 million if replaced by mineral fertilizers.



© WIKIPEDIA/PIXELTOO

*Cardoon (Cynara cardunculus) in Shoreline Park, Mountain View, California – United States 2003*

*Sources:* Mack (1989) and Viollat (2006).

201

### Feed-crop related threats to biodiversity

Even the biodiversity of the world's cultivated crops is under threat because the narrowing genetic base of many of the world's crops put them at risk. This concern is reflected in the International Treaty on Plant Genetic Resources for Food and Agriculture, adopted by the member states of FAO in 2001. Important feedcrops like sorghum and maize are among the priority crops. Much of the genetic erosion of such staple crops occurred as a consequence of the Green Revolution, while currently there is substantial controversy around the effects to be expected from modern genetic engineering. Evidence is insufficient, but there exists strong societal concern about the possible contamination of conventional varieties by genetically modified ones, a mechanism that could be considered as "invasion". A much cited case is the contamination of local maize varieties in Mexico, the world's original centre of maize diversity, by commercial trans-genetic varieties cultivated for feed in the United States (Quist and Chapela, 2001), although this has been challenged (Marris, 2005). Similar concern exists for soybean, mainly cultivated for feed, because in countries such as the United States and Argentina (Box 5.5) genetically modified varieties tend to largely substitute conventional varieties.

### 5.3.4 Overexploitation and competition

Overexploitation refers to the unsustainable use of species for food, medicine, fuel, material use (especially timber), and for cultural, scientific and leisure activities. Over-exploitation has been identified as a major threat affecting 30 percent of globally threatened birds, 6 percent of amphibians, and 33 percent of evaluated mammals. It is believed that when mammals are fully evaluated for threats, overexploitation will prove to affect an even higher percentage of species (Baillie, Hilton-Taylor and Stuart, 2004). Among mammals threatened by over-exploitation, larger mammals, especially ungulates and carnivores, are particularly at risk. Mammals are used extensively in the wild meat trade, notably in tropical Africa and in Southeast Asia. Some mammal species are also harvested for medicinal use, especially in eastern Asia. Overexploitation is seen as the leading threat to the world's marine fishes.

The livestock sector affects overexploitation of biodiversity mainly through three distinct processes. Competition with wildlife is the oldest and renown problem, which often leads to reduction of wildlife populations. More recent processes include overexploitation of living resources (mainly fish) for use in animal feed; and erosion of livestock diversity itself through intensification and focus on fewer, more profitable breeds.

### Competition with wildlife
*Herder-wildlife conflicts*
Conflicts between herders and wildlife have existed since the origins of livestock domestication. The competition arises from two aspects: direct interactions between wild and domesticated animal populations and competition over feed and water resources.

During the origins of the domestication process the main threat perceived by herders was predation by large carnivores. This led to large carnivore eradication campaigns in several regions of the world. In Europe, this led to the local extinction of several species including



*Wild elephants and cattle competing for natural resources – Sri Lanka 1994*

© FAO/17043/G. BIZZARRI

BLM_0079942

wolves and bears. In Africa, these tensions have led to a constant pressure on lion, cheetah, leopard and African wild dog populations.

Conflicts between herders and predators still persist in regions where extensive production systems are predominant and where carnivore populations still exist or have been reintroduced. This is the case even in developed countries, even though the predation pressure is lower and herders are usually compensated for their losses. In France, for example, the reintroduction of the wolf and the bear in the Alps and Pyrenees has led to intense conflicts between pastoral communities, environmental lobbies and the government.

In developing countries the conflicts can be acute. In sub-Saharan Africa, especially in East and Southern Africa, production losses from predation can be an economic burden to local communities. In Kenya these losses can represent up to 3 percent of the annual economic value of the herd: it is estimated that a single lion costs the herder community between US$290 and US$360 per year in production losses. Annual losses amount to US$15 for an African wild dog, US$211 for a leopard, US$110 for a cheetah, and US$35 for a hyena (Frank, Woodroffe and Ogada, in press; Patterson et al., 2004; Woodroffe et al., 2005). These losses compare to gross domestic product per capita of US$320 per year in Kenya. Even if the national economic impact remains negligible, the local and individual impact can be dramatic, particularly for poor people (Binot, Castel and Canon, 2006).

Predation pressure, and negative attitudes to predators among local populations, is worsening in the surroundings of the National Parks in developing countries, especially in East Africa. On the one hand, many of the protected areas are too small to host viable populations of large carnivores, as these populations often need vast hunting territories and so are forced to range outside of the parks. For example, the African wild dog in Africa has a hunting territory that extends over 3 500 km$^2$ (Woodroffe et al., 2005). On the

other hand, as land pressure mounts and traditional rangelands are progressively encroached by cropping, herders are often forced to graze their animals in the direct vicinity of the national parks. During dry seasons the surroundings of the national parks which are rich in water and palatable fodder, are often very attractive to the herders. There are, therefore, close contacts between wild predators and livestock.

Another source of intensifying conflict is that, as populations of wild ungulates are shrinking, wild predators are forced to look for other prey. Livestock do not represent a food of preference for the large carnivores, but they are easily accessible and large carnivores can get used to them. Conflicts between wild predators and livestock are, therefore, becoming frequent and acute (Frank, Woodroffe and Ogada, 2006; Patterson et al., 2004; Binot, Castel and Caron, 2006).

The perception that wildlife is a threat to livestock has evolved considerably during the twentieth century. With a better understanding of the dynamics of infectious disease, herbivores, omnivores and bird populations came to be seen as disease reservoirs (buffaloes for cattle, boar for pig), as disease vectors, or as intermediary hosts (arthropod vectors such as tsetse fly for trypanosomiasis, molluscs such as Lymnaea spp. for the liver fluke Fasciola hepatica). Measures to limit the transmission of pathogens and parasites included the massive eradication of the vectors, and the limitation of contacts between the wild and domesticated animal population. In some cases, the eradication of wild mammalian species has been considered where they are disease reservoirs (the badger in Great Britain is considered a potential reservoir of tuberculosis for cattle) (Black, 2006). This threat has been exacerbated by the fact that it applies to both extensive and intensive production systems, where the introduction of new pathogens can have a dramatic impact (as suspected for avian influenza).

This wildlife-livestock interface is of acute importance to the livestock sector. It used to be

BLM_0079943



*Herd of cattle entering reserve where forage is guaranteed for the animals – Mauritania 1996*

an issue of local or regional dimensions (rinderpest in Africa). It has now become a global threat as demonstrated by the current avian influenza pandemic where wild bird populations may have a role in disease transmission.

*Protected areas at risk of encroachment*
Besides the direct interactions between wildlife and livestock resulting from predation and disease transmission, extensive livestock systems are increasingly competing with wildlife for access to land and natural resources in the African rangelands. Extensive production systems and wildlife have intermingled together for millennia in the dry lands of Africa, making simultaneous use of common resources. The actors' two forms of land use were compatible as pastoralism used natural resources with minimal impact in connection to land management and transformation. Furthermore, because of the high mobility of extensive production systems in Africa, their impact on resources was negligible and competition over access to common resources was low (Bourgeot and Guillaume, 1986; Binot, Castel and Canon, 2006).

Another form of competition for land between livestock and wildlife is the spread of protected areas. In the twentieth century most of the protected areas were created at a time when land was abundant and opportunity cost for the local communities was low. Nevertheless, with

the extension of National Parks, and the spread of crop farming, extensive production systems were progressively deprived of an important part of their potential resources increasing the risk of potential conflicts. Today, protected and hunting areas represent almost 13 percent of the land in sub-Saharan Africa (Roulet, 2004). Under current population and land-use trends, the opportunity costs associated with protected areas are increasing, and are especially high in times of drought or conflict. The surroundings of these areas are under great pressure as they are often rich in water and fodder resources compared to the other, often degraded lands available. The interactions between wild fauna and livestock production systems is often localized on the peripheries of these conservation areas (Ballan, 2003; Rodary and Castellanet, 2003; Benoît, 1998; Convers, 2002).

Mobile herders often have great difficulties understanding the logic behind conservationist activities, especially when their cattle are threatened by thirst and famine while resources remain plentiful for the wild animals. To save their herds, or to minimize the conflicts with the croppers, herders are often tempted to graze their animals in the national parks. These actions have usually led to dramatic repression in the past, and herds grazing within protected areas have sometimes been slaughtered. Intense repression around parks has worsened the conflicts between conservation objectives and local communities (Toutain, 2001; Barraud, Salen and Mamis, 2001).

This situation was also worsened by policies that ignored the importance of mobility in extensive production systems in dry lands with their highly variable and shifting local rainfall, and the potential complementarities between conservation and pastoralist needs in terms of mobility. In Africa, policies encouraging settlement or sedentarization of pastoral nomads often included fencing to demarcate newly-created ranches. Nevertheless, as has been observed around Nairobi National Park, as soon as the first drought

BLM_0079944

depleted ranch resources, herders decided to leave the ranches in search of water and green pasture. Often the land was sold to newcomers for cropping activities and fragmented into smaller plots. As more land is fenced, migratory routes for wildlife and nomads are blocked and both systems are impacted, increasing the risk of further conflicts (Binot, Castel and Caron, 2006).

One approach to reducing the conflicts between wildlife and livestock in the rangelands consists of working on the land-use complementarities between the two actors. This approach is, nevertheless, often opposed by conservation and livestock development programmes, as it may favour the transmission of diseases and may increase poaching pressure if regulatory mechanisms fail (Binot, Castel and Caron, 2006).

## Overfishing
*The role of fishmeal as a livestock feed*
An important contribution of livestock to overexploitation consists in the production of fishmeal for livestock feed.

The world's ocean fish face serious threats to their biodiversity. The principle source of pressure is overexploitation by fisheries, which have affected the size and viability of fish populations, the genetics of target species, and the food chains and ecosystems of which they are part. FAO (2005b) estimates that 52 percent of the world stocks are fully exploited, and are therefore producing catches that are already at or very close to their maximum sustainable production limit, with no room for further expansion, and even some risk of decline if not properly managed. Approximately 17 percent are overexploited and 7 percent depleted.

The stocks of seven of the top ten species, accounting for 30 percent of the world total marine capture fisheries production, are either fully exploited or overexploited and, therefore, no sustainable increases in catches can be expected from these species. These include two stocks of Peruvian anchoveta (*Engraulis ringens*, an industrial "feed-grade" fish, which accord-

ing to the International Fishmeal and Fish Oil Organization) are overexploited in the southeast Pacific after recovering from a recent decline; Alaska Pollock (*Theragra chalcogramma*), fully exploited in the North Pacific; Japanese anchovy (*Engraulis japonicus*), fully exploited in the northwest Pacific; blue whiting (*Micromesistius poutassou*), overexploited in the northeast Atlantic; capelin (*Mallotus villosus*) fully exploited in the North Atlantic; and Atlantic herring (*Clupea harengus*) with several stocks in the North Atlantic, most of them fully exploited. The latter three are largely used to produce fishmeal (Shepherd *et al.*, 2005). The Chilean jack mackerel, another important fishmeal species, is assessed as fully or overexploited and yielded 1.7 million tonnes in 2002, having declined continuously from a peak production of 5 million tonnes in 1994.

Christensen *et al.* (2003) show that the biomass of top predator fishes in the North Atlantic has decreased by two-thirds in approximately 50 years. Similar declines were noted for other important species such as perch, anchovies, and flatfish as a result of overfishing between 1900 to 1999. However, the impact of overfishing goes beyond the impact on the populations of targeted species. One effect of overfishing is the progressive decrease of the trophic level of the catch. Overexploitation of the top of the food chain, leading to the targeting of more abundant species lower in the food chain, is called "fishing down the food chain" (Pauly and Watson, 2003). Overfishing has shortened the food chain and sometimes removed one or more of the links. This has increased the system's vulnerability to natural and human-induced stresses, as well as reducing the supply of fish for human consumption. In many cases restrictions on taking of smaller fish of each species has resulted in rapid evolution so that fish mature and reproduce at smaller sizes.

Livestock play an important role in the overall pressure of demand for fish. It is estimated than in 2004, 24.2 percent of world fishery production was used for fishmeal and fish oil for feed (Van-

BLM_0079945

nuccini, 2004). Approximately 17 percent of the fishmeal produced in the world is manufactured from trimmings from food fish processing and so has little independent impact on fish stocks. However, the remaining 83 percent comes from direct marine capture fisheries (Fishmeal Information Network, 2004). Fishmeal's importance as a feed component started in the 1950s in the United States industrial poultry production. It is now used as a feed ingredient in modern poultry and pig production, in developed and developing countries alike.

Fishmeal production increased until the mid-1980s and has been relatively constant at 67 million tonnes since then. As it takes 45 kilograms of wet fish to produce 1 kilogram of fish oil and dry fishmeal, this requires an annual ocean catch of 20–25 million tonnes of feed-grade fish, plus 4 million tonnes of trimmings from food fish (IFFO, 2006). To date, more than 80 percent of world fishmeal production originates in ten

countries, of which the two largest producers are Peru (31 percent of the total) and Chile (15 percent). China, Thailand and the United States rank respectively third, fourth and fifth for production. At the same time, three Scandinavian countries (Denmark, Iceland and Norway), Japan and Spain rank respectively sixth to tenth. With more than 1 million tonnes per year, China is the largest world importer of fishmeal, followed by Germany, Japan and Taiwan (FAO, 2006b).

Currently, around 53 percent of global fishmeal production is used by the livestock sector (Fishmeal Information Network, 2004), 29 percent for pig production and 24 percent for poultry. Aquaculture is also a heavy user, and has expanded rapidly; it is now the fastest growing food producing industry in the world. Markets have reallocated the use of a fishmeal whose supply is limited. Between 1988 and 2000 the share of fishmeal consumed by the aquaculture sector more than trebled (from 10 percent to 35



*About 400 tonnes of jack mackerel (Trachurus murphyi) are caught by a Chilean purse seiner – Peru 1997*

© NOAA/C. ORTIZ ROJAS

percent), while the poultry sector's share more than halved (from 60 percent to 24 percent) (Tveteras and Tveteras, 2004). The reduced reliance on fishmeal in the poultry sector came as a result of nutrition research.

The shift towards aquaculture is presented by the fishmeal industry as "environmentally friendly" since fish are more efficient feed converters than terrestrial livestock (Shepherd *et al.*, 2005; Tidwell and Allan, 2001). But while the demand from the aquaculture sector will surely continue to rise (despite the fact that research effort is placed on reducing the share of this protein source in fish feed), there is little prospect for a further decrease in demand by the poultry sector. The strongly industrialized sector remains the fastest expanding livestock production segment, and already uses up-to-date nutrition know-how. In the meantime, demand for fishmeal from the pig production sector continues to increase (from 20 percent of global fishmeal supply in 1988 to 29 percent in 2000) (Tveteras and Tveteras, 2004). Fishmeal constitutes only a few percent of concentrate feed for monogastrics and this is unlikely to decrease further as it constitutes a highly valued protein input in the feed of these animals, particularly during the early stages (e.g. early weaned pigs).

The fishmeal industry claims that the recent stability of official fishmeal production figures is a result of fishery controls governing production, especially quotas, and that therefore there will be no increase in the future (Shepherd *et al.*, 2005). In view of the expected rise in demand, the enforcement of such regulations will need to be very strong. It may not be a coincidence that illegal, unregulated and unreported fishing has increased in many areas (UNEP, 2003). Fishing fleets are venturing farther from their home ports, off the continental shelves and into deeper waters to meet the global demand for fish (Pauly and Watson, 2003).

In the period 1990–1997, fish consumption increased by 31 percent while the supply from marine capture fisheries increased by only 9 per-

cent (FAO, 1999). Some people suggest that this has intensified pressure on fishermen, which has translated into increased pressure on, and overfishing of, many commercial fisheries. Others say that pressure has been too high for a much longer period and that despite an increase in the reach and intensity of commercial fishing operations, the total quantity of fish catches is estimated (contrary to some official data – see GEO Indicators section, UNEP, 2003) to have been declining by about 700 000 tonnes a year since the late 1980s (Watson and Pauly, 2001). The initiatives to manage catches for specific fisheries have been ineffective in halting this downward trend. Alder and Lugten (2002) demonstrate for the North Atlantic that there has been a decline in landings, despite a plethora of agreements that focus on the management of stocks.

Whether global catches and global livestock fishmeal consumption increase or decrease, the latter clearly represents a substantial part of the former and hence the livestock sectors also bears considerable responsibility for the overexploitation of marine resources and the effect on marine biodiversity.

### Erosion of livestock genetic diversity
The genetic resources embodied in domesticated animals have been strengthened by the breeding and selection efforts of farmers over thousands of years, in environments ranging from frozen tundra to hot semi-desert. Several thousand domestic animal breed[6] populations have been developed in the 12 000 years or so since the first livestock were domesticated, each adapted

---

[6] Breed is often accepted as a cultural rather than a biological or technical term. Genetic diversity measured at the molecular level does not always correspond to phenotypic breed diversity, because a long history of exchange, upgrading and crossbreeding has sometimes created similar genotypes with different phenotypes, or different genotypes within similar phenotypes. About half of genetic variability may be found between breeds but the share of within- and between-breed diversity varies among species and traits.

207

BLM_0079947

to specific environmental and farming conditions and each representing unique combinations of genes (Hoffmann and Scherf, 2006). Altogether more than 6 300 breeds of domesticated livestock have been identified.

This livestock genetic diversity is threatened. In 2000, over 1 300 of the breeds are now extinct or considered to be in danger of extinction. Many others have not been formally identified and may disappear before they are described. Europe records the highest percentage of breeds that are extinct or at risk (55 percent for mammalian and 69 percent for avian livestock breeds). Asia and Africa record only 14 percent and 18 percent respectively - however the data for developing countries in the World Watch List for Domestic Animal Diversity (Scherf, 2000) are much less complete than those for developed countries. Out of the 7 616 breeds recorded in the Global Databank for Farm Animal Genetic Resources, 20 percent is classified at risk (FAO, 2006b). When breeds without recorded population data are included, the number at risk may be as high as 2 255. These figures represent a 13 percent increase since 1993 (FAO, 2000).

This erosion of biodiversity is the result of what can be seen as competition among breeds, as the large number of specialized traditional breeds adapted to specific environments and cultures lose out to a greatly reduced number of modern commercial breeds. During the twentieth century, research and development in the commercial livestock sector has concentrated on a very small number of exotic breeds, with which rapid increases in meat, milk or egg production were achieved. This has been possible, because the environment in which these breeds perform has been drastically transformed and globally homogenized, removing or controlling the adverse climate, nutritional and disease effects that vary so much from one area to another. Only 14 of the approximately 30 domesticated mammalian and bird species now provide 90 percent of human food supply from animals (Hoffmann and Scherf, 2006).

This reduction in dominant breeds has gone to extraordinary lengths. Examples of specialized stocks are Leghorn chickens, which are superior for egg production, and Holstein-Friesian cattle, which dominate other dairy cattle breeds because of higher milk production (National Research Council, 1993). Over 90 percent of America's milk supply comes from Holstein-Friesian cows, while nine out of ten eggs come from White Leghorn hens. This focus is dictated by economies of scale, allowing for increased productivity gains by increasing the homogeneity of production and products through mass production.

Meanwhile, the genetic base of specialized traditional and regional stocks is narrowing because of a reduction in the effective population sizes as increasing numbers of producers shift to commercial breeds and the size of operations increases.

The arguments in favour of management and conservation of livestock genetic resources are the same as for other types of biodiversity: to maintain use and non-use values to humans,[7] to preserve important components of cultural heritage or typical landscapes, or to preserve traits that may be of value in the future. From the production point of view, the genetic pool is a source of material to confer disease resistance, productivity, or other properties sought after by consumer preferences (length and quality of wool, for example). The gene pool is also the basis for intensification; using conventional breeding techniques (other than genetic modification) it is quicker and more economic, to develop livestock by importing genes from outside a breed than by selecting within a breed. So breed diversity

---

[7] Use values indicate the direct value derived from food or fibre or other products or services, as well as the indirect value of contributing to landscapes or ecosystems. Another use value is the option value, which is the flexibility to cope with unexpected future events (e.g. climate or ecosystem change) or demands (e.g. disease resistance or product quality). Non-use value (existence value) is the satisfaction of individuals or societies stemming from the existence of the diversity.

BLM_0079948

allows more rapid genetic progress. Given that unpredictable challenges may emerge in future, from climate change to emerging diseases, a diverse gene pool will be essential for adapting to any change that may occur.

From the environmental viewpoint, however, conservation and further development of diversity may not always be exclusively beneficial. The pool of genetic resources potentially allows livestock to adapt to more demanding, currently too marginal, production environments, enabling them to adapt to a greater variety of habitats and increasing their environmental damage. It remains to be seen if livestock genetic, in balance, contributes to environmental resilience or degradation. Much depends on the management of the genetic resources.

### 5.3.5 Pollution

Over the past four decades, pollution has emerged as one of the most important drivers of ecosystem change in terrestrial, freshwater and coastal ecosystems. Like climate change, its impact is increasing very rapidly, leading to declining biodiversity across biomes (MEA, 2005b). Overall, pollution affects some 12 percent of globally threatened bird species (187 species), 29 percent of threatened amphibian species (529 species) and 4 percent (28 species) of the 760 threatened mammals for which data are available. The much higher percentage of threatened amphibians impacted by pollution than birds or mammals is probably a reflection of the larger number of species that are dependent on aquatic ecosystems where pollution is more pervasive. Pollution directly affects species through mortality, as well as through sublethal effects such as reduced fertility. Pollution can also have strong indirect effects by degrading habitats or reducing food supplies for animals.

The flow of nutrients (particularly nitrogen and phosphorous) from land-based activities into waterways and oceans is increasing globally. The predominant anthropogenic sources of nutrients are agricultural and industrial activities (fertil-izer residues, wastes from animal husbandry, sewage, industrial effluents and atmospheric emissions).

The excess nutrient loads have led to eutrophication of lakes, rivers and coastal waters. Eutrophication involves the increased growth of phytoplankton and can favour the growth of toxic, or otherwise harmful, species. The decay of excessive plankton biomass increases the consumption of dissolved oxygen and occasionally causes periodic or permanent oxygen depletion, leading to mass mortality of fish and other organisms.

Pollution is potentially among the most damaging of all human influences on the oceans, in terms of both scale and consequences. Excessive nutrient inputs can turn marine areas into "dead zones" almost devoid of higher animal life. Nutrients discharged in large quantities into coastal waters promote blooms of planktonic and benthic algae. Phytoplankton blooms contribute to increased water turbidity, reducing light penetration and adversely affecting pelagic and benthic biological communities (GESAMP, 2001). Algal blooms involving toxin-producing species can cause the accumulation of algal toxins in shellfish to levels that can be lethal to other marine species and humans. The organisms affected by algal toxins are shellfish and finfish as well as other wildlife such as seabirds, sea otters, sea turtles, sea lions, manatees, dolphins and whales (Anderson *et al.*, 1993). Other adverse affects on ecosystem functioning were presented in Section 4.3.1.

Coral reefs and seagrass beds are particularly vulnerable to damage from eutrophication and nutrient loading. Eutrophication can also change the dynamics of these marine ecosystems and cause loss of biodiversity, including changes in the ecological structure of both planktonic and benthic communities, some of which may be harmful to fisheries (National Research Council, 2000).

Acid rain has been shown to decrease species diversity in lakes and streams. It has not yet

209

BLM_0079949

been shown to be a significant issue in tropical freshwaters, where a large proportion of global freshwater diversity is found (World Conservation Monitoring Centre, 1998) - perhaps because industry is currently less developed in the tropics. However, depending on where the precipitation occurs, acidification of freshwaters can affect biodiversity at the species and subspecies level. The effects on freshwater fauna can be catastrophic. In Sweden alone, more than 6 000 lakes have been limed to preserve fish populations (Harvey, 2001).

As with the impact of climate change, the contribution of the livestock sector to global biodiversity loss from pollution is estimated to be proportional to its contribution to water pollution as presented in Chapter 4, which demonstrated that livestock have a major role in the pollution process through erosion and loading with pesticides, antibiotics, heavy metals and biological contaminants. The effect of soil pollution on soil biodiversity is not included in the following discussion because there is insufficient knowledge concerning the extent of soil pollution, soil biodiversity and the loss of soil biodiversity. It is safe to assume, however, that livestock-induced soil pollution is substantial in many locations, and soil is one of the most diverse habitats on earth. It contains some of the most diverse assemblages of living organisms. Nowhere in nature are species so densely packed as in soil communities: a single gram of soil may contain millions of individuals and several thousand species of bacteria.[8]

### Direct toxicity from livestock–related residues and wastes

Pollution can act directly on organisms - basically by poisoning them - or indirectly by damaging their habitats. Pollution from livestock-related activities is no exception.

According to IUCN, perhaps the most dramatic recent example of the potentially devastating effects of direct toxicity of livestock-related pollution on wild species relates to vultures. In South Asia, vultures in the genus Gyps have declined by more than 95 percent in recent years owing to the toxic effects of the veterinary drug, Diclofenac, which is consumed when the birds feed on carcasses of livestock treated with the drug. Diclofenac is widely used in human medicine globally, but was introduced to the veterinary market on the Indian subcontinent during the early 1990s (Baillie, Hilton-Taylor and Stuart, 2004).

Residues of drugs used in livestock production, including antibiotics and hormones, have also been identified in various aquatic environments (Section 4.3.1). Low concentrations of antimicrobials exert a selective pressure in freshwater, allowing bacteria to develop resistance to antibiotics. Because this confers an evolutionary advantage, the related genes spread readily in bacterial ecosystems.

In the case of hormones, the environmental concern relates to their potential effects on crops and possible endocrine disruption in humans and wildlife (Miller, 2002). Use of hormones, for example, the steroid trenbolone acetate can remain in manure piles for more than 270 days, suggesting that water can be contaminated by hormonally active agents through runoff. The links between the use of hormones on livestock and their associated environmental impact is not easily demonstrated. Nevertheless, it would explain wildlife showing developmental, neurologic, and endocrine alterations, even after the ban of known estrogenic pesticides. This supposition is supported by the increasing number of reported cases of gender shifts in fish and the increased incidences of mammalian breast and testicular cancers and alterations of male genital tracts (Soto *et al.*, 2004).

Other livestock-related pollutants presented in Section 4.3 directly affect biodiversity as well. Water-borne bacterial and viral pathogens that

---

[8] See the FAO Soil Biodiversity Portal at http://www.fao.org/ag/AGL/agll/soilbiod/fao.stm for references.

BLM_0079950