affect wildlife species, and even livestock para-sitic diseases, are transmitted, via water, to wildlife species. Chemicals such as chromium and sulphides from tanneries affect aquatic life locally, while pesticides have ecotoxicological effects for aquatic flora and fauna on a much larger scale. Although many pesticides dissi-pate rapidly through mineralization, some are very resistant and impact the health of wild animals and plants, causing cancers, tumours and lesions, disrupting immune and endocrine systems, modifying reproductive behaviours and producing teratogenic effects (i.e. causing mal-formations of an embryo or fetus).[9] With regard to pesticide use, Relyea (2004) tested the impact of four globally common pesticides on the biodi-versity of aquatic communities: numerous spe-cies were eliminated and the ecological balance severely disrupted.

### Pollution of habitats by livestock-related activities

Manure and mineral fertilizers used in feed production cause nutrient overloads in soils, as well as point and non-point source pollution of freshwater. Indirect eutrophication through volatilized ammonia is also important. Beyond consequences on local freshwater and soil habi-tats, the effects may reach as far as coral reefs. Emissions of sulphur and nitrogen oxides ($SO_2$, $NO_x$) from industrial livestock operations may also contribute to acid rain.

It is difficult to assess the effects of these forms of pollution on biodiversity. First, point-source pollution will be affected by the location of industrial livestock operations. Most industrial livestock operations (pigs, poultry and milk) are currently situated in peri-urban areas or loca-tions with good feed supply, where biodiversity is generally low compared with wild areas. Second, as regards non-point sources, discharges and runoffs from pastures and livestock production

units into main streams are mixed with other non-point sources. Therefore, their effects on biodiversity cannot often be dissociated from other forms of pollution and sediments.

Eutrophication of surface water damages wet-lands and fragile coastal ecosystems, and fuels algae "blooms" that use up oxygen in the water, killing fish and other aquatic life (see Section 4.3.1 for other adverse effects). The contribution of the livestock sector to the rapidly increasing impact of eutrophication on biodiversity (MEA, 2005b) varies greatly around the world, but the importance of fertilizer use for feed produc-tion (Section 3.2.1) and the local importance of industrial livestock production units (Section 2.4) may well constitute good indicators for the regional importance of the sector's contribution. Based on the case of the United States analysed in Section 4.3.3, it may for example well be that the livestock sector as a driver of feed produc-tion has prime responsibility for the worsening of hypoxia (very low oxygen levels) in the northern Gulf of Mexico (see Box 5.6).

### Threatened coastal habitats of East and Southeast Asia

Nowhere have the rapid growth of livestock production, and its impact on the environment, been more evident than in East and Southeast Asia. Over the decade of the 1990s alone, pro-duction of pigs and poultry almost doubled in China, Thailand and Viet Nam. By the year 2001, these three countries alone accounted for more than half the pigs and one-third of the chickens in the entire world. Not surprisingly, these same countries have also experienced rapid increases in pollution associated with concentrations of intensive livestock production. Pig and poul-try operations concentrated in coastal areas of China, Viet Nam and Thailand are emerging as a major source of nutrient pollution of the South China Sea (FAO, 2004e). Along much of the densely populated coast, the pig density exceeds 100 animals per $km^2$ and agricultural lands are overloaded with huge nutrient surpluses.

---

[9] See also Chapter 4.

BLM_0079951

---

**Box 5.6  Gulf of Mexico hypoxia[1]**

The Mississippi River and northern Gulf of Mexico system is a prime example of the worldwide trend of increasing river-borne nutrients and the resulting diminution in the quality of coastal water.

The Mississippi River system drains 41 percent of the contiguous United States into the Gulf of Mexico. It ranks among the world's top ten in length, freshwater discharge and sediment delivery (see Map 5.2).

The summer bottom-water hypoxic zone in the Gulf of Mexico has gradually grown to its present

[1] Hypoxia: a reduced concentration of dissolved oxygen in a water body leading to stress and death in aquatic organisms.

size, second in area only to the hypoxic zone of the Baltic basins (approximately 70 000 km$^2$). In mid-summer 2001, the bottom-water area of the Gulf covered by hypoxia reached 20 700 km$^2$ (Rabalais, Turner and Scavia, 2002). Over this area, the level of oxygen fell to less than 2 mg/litre a level at which shrimp and demersal fish are not found. Hypoxia occurs usually only at the bottom near the sediments but can reach well up into the water column. Depending on the depth of the water and the location of the pycnocline (zone of rapid vertical density change), hypoxia typically affects 20 to 50 percent of the water column.

According to Rabalais *et al.* (2002) hypoxia might have existed at some level before the 1940–1950

---

**Map 5.2  Feed production in the Mississippi River drainage basin and general location of the 1999 midsummer hypoxic zone**



less than 5% arable land
less than 20% of cropped land dedicated to feed
20–50% of cropped land dedicated to feed
more than 50% of cropped land dedicated to feed

0   250   500   1 000 Kilometres

*Note:* see Annex 3.4.
*Source:* adapted from Rabalais, Turner and Scavia, (2002).

BLM_0079952

---

**Box 5.6** cont.

period; clearly it has intensified since then. For example *Quinqueloculina sp.* (a hypoxia-intolerant foraminiferan) was a conspicuous member of the fauna from 1700 to 1900, indicating that oxygen stress was not a problem at that time. Sediment core analyses also document increased eutrophication and organic matter sedimentation in bottom waters since the 1950s.

When polluted waters reach the ocean, much of the nitrogen will have denitrified by this point in the nitrogen "cascade." However, Rabalais and colleagues present compelling evidence for the close coupling of the levels of river-borne nutrients (nitrogen) and those of ocean primary production, net production, vertical carbon flux and hypoxia.

The analysis in Section 4.3.3 suggested that the livestock sector is the leading contributor to water pollution by nitrogen in the United States. In addi-

tion the Mississippi drainage basin contains almost all the United States feed production and industrial livestock production.

In light of these facts, the livestock sector may well bear the prime responsibility for worsening hypoxia in the northern Gulf of Mexico. This is confirmed by Donner (2006) who shows that a dietary shift away from grain-fed beef to vegetarianism in the United States could reduce total land and fertilizer demands of Mississippi Basin crops by over 50 percent, with no change in total production of human food protein. The change would return nitrate-nitrogen export by the Mississippi River to levels at which the Gulf of Mexico "dead zone" was small or non-existent.

*Source:* Rabalais *et al.* (2002).

---

Land-based nutrient pollution has caused algae blooms in the South China Sea, including one in 1998 that killed more than 80 percent of the fish in 100 km$^2$ along the coast of Hong Kong and southern China. These changes affect the habitats of many life forms, since the South China Sea supports substantial populations of fish, invertebrates, marine mammals and seabirds. The consequences for regional biodiversity may be far-reaching. As an example, since 2002 increasing masses of giant jellyfish reach the Japanese coast year round and severely hamper fishing campaigns. These species originate in the East China Sea, where they are proliferating because of an increasing availability of zooplankton resulting from land-based pollution induced eutrophication and decreasing fish stocks.

The impact of the decline in the quality of coastal seawater and sediment, in one of the world's most biologically diverse shallow water marine areas, the East Asian Seas, goes well beyond algal blooms and the related effects

upon the food chain. Fragile coastal marine habitats are threatened, including coral reefs and sea grasses, which are irreplaceable reservoirs of biodiversity; the last refuge of many endangered species. Threatened coastal areas of the South China Sea, for example, have provided the habitat for 45 of the world's 51 mangrove species, almost all of the known coral species and 20 of 50 known sea grasses. In addition, the area is the world's centre for diversity of hermatypic corals, with more than 80 recorded genera, of which four appear to be endemic to the region; there are record high numbers of molluscs and shrimp species. It also contains a high diversity of lobsters, with the second highest endemism count (World Conservation Monitoring Centre, 1998). Southeast Asia contains one-quarter of the world's mapped reefs of which over 80 percent are at risk, and over half (56 percent) are at high risk. The most significant threats are overfishing, destructive fishing practices, sedimentation, and pollution associated with coastal

BLM_0079953

development (Bryant *et al.*, 1998). Land-based pollution (industrialization, urbanization, sewage and agriculture) constitutes an increasing pressure on the coral reef ecosystems.

Pollution also drives habitat change in freshwater systems. Though eutrophication dramatically impacts locally, sediments from soil erosion, a non-point source pollutant caused by the livestock sector as well as by agriculture at large, are considered a larger threat. Section 4.3.3 discussed the numerous ways through which soil erosion impacts offsite habitats. Increased rates of sediment input into estuarine and coastal habitats have been observed (East Bay Municipal Utility District, 2001). Field studies have looked at the consequences of terrestrial sediment deposition, water-borne sediment and long-term changes in habitats. They indicate that (similar to the impact in freshwater ecosystems) increasing rates of sediment loading adversely affect the biodiversity and ecological value of estuarine and coastal ecosystems.

## 5.4 Summary of livestock impacts on biodiversity

We have attempted to present the full range of the more important and widespread impacts of livestock on biodiversity. Clearly livestock's shadow is very long: not only does it erode biodiversity through a wide range of distinct processes, but also its contribution to each of these processes takes multiple forms (e.g. Section 5.3.3). The shadow appears even larger if we consider that important ecosystem losses date back several centuries, with impacts still occurring today.

It is currently difficult to be precise when quantifying livestock-induced biodiversity loss. Losses are the result of a complex web of changes, occurring at different levels, each of which is affected by multiple agents. This complexity is further compounded by the consideration of the time dimension. In Europe, for example, practices such as extensive grazing that were responsible for much of the continent's his-

toric habitat fragmentation are now seen as a means for conservation of today's much valued landscape (and sward) heterogeneity. Similarly in Africa, although pastoralists are responsible for past loss of wildlife through persecution of predators, pastoralism is often seen as a means to conserve the much needed mobility of remaining wildlife.

Nevertheless, we have attempted in this chapter to give an idea of the share of responsibility that livestock may carry for various types of loss and threat. Usually, this is based on our calculations in earlier chapters, for example on shares of greenhouse gas emissions, soil erosion or water pollution loads.

The processes can also be ranked in a more qualitative manner, according to their relative extent and severity. Table 5.3 presents such a ranking based on LEAD expert knowledge and the broad review of research results presented in this report. The large differences in impact between the losses related to extensive grazing and those to intensive livestock are reflected. The overall cumulative loss from extensive systems to date is much higher than that induced by the more intensive systems. This legacy is partly explained by the incomparably higher land requirements of extensive systems, and partly by the fact that intensive systems appeared only a few decades ago. The differences between the future trends (arrows in Table 5.3) show that for a number of processes, losses induced by intensive systems are increasing rapidly and may well surpass those that are more extensive. Some processes are related only to extensive systems (e.g. desertification), others to intensive systems (e.g. overfishing). In the past, the most dramatic losses were caused by extensive grazing, in the forms of forest fragmentation/deforestation and alien plant invasions, and by intensive systems in the form of habitat pollution.

Conversion of forest to pasture continuous to be an important process of biodiversity loss in Latin America, but this situation is rather atypical. At the global level, as described in Section

BLM_0079954

2.1.3, the land requirements of the livestock sector may soon reach a maximum and then decrease. More marginal land will revert back into (semi) natural habitat, and from there, under some circumstances, it may lead to the recovery of biodiversity.

### Indications of the global impact of animal production and its distribution

International conservation organizations have collected vast amounts of data on the global status of biodiversity over the past decades. Data from organizations such as the WWF, the IUCN contain information on the nature of current threats to biodiversity (eg. Baillie, Hilton-Taylor and Stuart, 2004). These data collections, even though they do not cover the entire range of livestock related processes, provide clear evidence that the livestock sector's role in biodiversity erosion is very substantial.

An analysis for this report of the 825 terrestrial ecoregions identified by WWF shows that 306 of them reported livestock as one of the current threats – even though pollution from livestock is not considered, and important segments of the animal product food chain are ignored. The ecoregions threatened by livestock are found across all biomes and all eight biogeographical realms (see Map 29 in Annex 1).

The effect of livestock on biodiversity hotspots may indicate where livestock production is having the greatest impact on biodiversity. Conservation International has identified 35 global hotspots, which are characterized both by exceptional levels of plant endemism and by serious levels of habitat loss.[10] 23 of the 35 biodiversity hotspots are reported to be affected by livestock production (see Map 30 in Annex 1). The

reported causes are related to habitat change and associated with the mechanisms of climate change, overexploitation and invasive alien species. Major reported threats are: conversion of natural land to pastures (including deforestation), planting of soybean for animal feed, introduction of exotic fodder plants, use of fire for pasture management, overgrazing, persecution of livestock predators and feral livestock. The role of the livestock sector in aquatic impacts (pollution and over-fishing) is not singled out.

An analysis for this report of the IUCN Red List of Threatened Species, the world's most authoritative source of information on extinction risk, indicates that the 10 percent of the world's species which face some degree of threat are suffering habitat loss from livestock production. Livestock production appears to have more impacts on terrestrial than on freshwater and marine species, as the important effects of habitat loss and habitat degradation are most significant on land.

## 5.5 Mitigation options for conservation of biodiversity

Classical approaches to conservation – such as attempting to preserve pristine habitats within national parks and other protected areas and to develop corridors between them – will always be necessary and will help to reduce the pressures on biodiversity. But in view of the severity and variety of current threats to biodiversity, efforts are also needed to reduce the many other pressures on wildlife. The livestock sector is a very significant source of many of these pressures, with a wide variety of impacts, many if not most of which occur in already disturbed environments.

Earlier chapters have described technical options for some of the specific threats which have an impact on biodiversity. In relation to wildlife, the focus should be on reducing those threats that currently have the largest impact or that are expected to become more important in the near future. Table 5.3 in the preceding

---

[10] The hotspot approach aims to identify the places where the most threatened biodiversity needs to receive the most urgent action. To qualify as a hotspot, a region must meet two strict criteria: it must contain at least 1 500 species of vascular plants (more than 0.5 percent of the world's total) as endemics and it must have lost at least 70 percent of its original habitat.

BLM_0079955

Livestock's long shadow

Table 5.3

**Expert ranking of livestock- related threats to biodiversity resulting from the different mechanisms and types of production system**

| Mechanism of livestock sector induced biodiversity loss | Type of livestock production system | | Affected level of biodiversity | | |
| --- | --- | --- | --- | --- | --- |
| | Extensive production | Intensive production | Intra-species | Inter-species | Eco-system |
| Forest fragmentation | ↗ | ↑ | ● | ● | ● |
| Land use intensification | ↗ | ↑ | | ● | |
| Desertification | → | | | ● | |
| Forest transition (reversion of former pastures) | ↗ | | | ● | ● |
| Climate change | ↗ | ↑ | ● | ● | ● |
| Invasive livestock | ↘ | | | ● | |
| Plant invasions | ↘ | → | | ● | ● |
| Competition with wildlife | ↘ | ↑ | | ● | |
| Overfishing | | ↗ | ● | | |
| Livestock diversity erosion | | ↑ | ● | | |
| Toxicity | | ↑ | ● | | |
| Habitat pollution | → | ↑ | | ● | ● |

**Legend:** Relative level and type of threat to biodiversity resulting from the different mechanisms. "Extensive" and "Intensive" refer to the importance of the contributions from both sides of the continuum of livestock production systems.
Red shading indicates the level of past impact
■ very strong
■ strong
■ moderate
■ weak
*white:* no effect
*Arrows* indicate the direction of current trends
↘ decreasing
→ stable
↗ increasing
↑ rapidly increasing

section provides an idea of which processes and production systems may require most attention. Examples that stand out as important are the impact of land use intensification and habitat pollution induced by the intensive production environments; desertification in extensive grazing areas; and forest fragmentation related to both the extensive and intensive sectors.

In essence, mitigating the impact will consist partly in reducing the pressures, partly in bet-

ter management of the interaction with natural resources, be it fisheries, wildlife, vegetation, land or water. The improvement of that management is more an issue of policy and regulation than of technical capacity building and research. Consolidating a network of well protected areas is an obvious start. This policy component of biodiversity conservation is dealt with in Chapter 6. Still for a number of threats technical options are available, which are presented here without

BLM_0079956

discussion of the policy conditions required for their successful adoption.

To a large extent, biodiversity loss occurs as a consequence of environmental degradation processes analysed in the preceding chapters. Numerous options, highlighted in earlier chapter sections on mitigation, therefore also apply here for example on deforestation (also an issue of mitigating $CO_2$ emissions, Section 3.5.1), climate change (Section 3.5), desertification (rehabilitation of cultivated soils and pastures, Section 3.5.1; management of water, herds and grazing systems in 4.6), pollution (waste management and air pollution, Sections 3.5.3; 3.5.4 and 4.6.2).

A number of technical options could lessen the impact of intensive livestock production. Concerning feed cropping and intensive pasture management, integrated agriculture[11] provides a technology response by reducing pesticide and fertilizer losses. Conservation agriculture (see also Section 3.5.1) could restore important soil habitats and reduce degradation. Combining such local improvements with restoration or conservation of an ecological infrastructure at the landscape level (Sanderson *et al.*, 2003; Tabarelli and Gascon, 2005) and the adoption of good agricultural practices (sanitary measures, proper handling of seed lots avoiding contaminants, etc.) may offer a good way of reconciling the conservation of the functioning of ecosystems and the expansion of agricultural production.

Improvements in extensive livestock production systems can make a contribution to biodiversity conservation. Successfully tested options exist (see Sections 3.5.1 and 4.6.3) to restore some of the habitat lost by expansion of badly managed grazing land. In some contexts (e.g. Europe) extensive grazing may provide a tool to maintain a threatened but ecologically valuable level of landscape heterogeneity. Such options are commonly grouped under the denominator "silvopastoral systems" (including pasture management). Mosquera-Losada and colleagues (2004) present a wide range of such options and assess their effect on biodiversity.

These categories of options are all of great importance as they apply to wide-spread threats. Many others exist, often addressing threats of a more regional nature. Box 5.7 presents an example of a situation where the development of intensive farming of game species might contribute to the conservation of remaining wildlife.

It is important also to consider a more general principle. Land use intensification has been presented so far in this section as a threat to biodiversity because it is often synonymous with an uncontrolled profit-driven process with insufficient consideration for externalities (leading to loss of agro-ecosystem diversity). However, given the growth of the global livestock sector, intensification is also an important technological pathway, because it allows a reduction of the pressure on natural land and habitat, also reducing the risk of plant invasions.

---

[11] Integrated agriculture is a system of agricultural techniques developed in France in 1993 by Forum de l'Agriculture Raisonnée Respecteuse l'Environnement (FARRE). It is an attempt to reconcile agricultural methods with the principles of sustainable development, by balancing, in the words of FARRE, "food production, profitability, safety, animal welfare, social responsibility and environmental care."

BLM_0079957

Livestock's long shadow

---

Box 5.7   **Livestock production to safeguard wildlife**

Bushmeat was and remains an important inexpensive source of protein in African society. Hunting pressure on wild fauna has considerably increased over recent decades because of:

- population growth around forest and national parks has increased local demand for cheap and readily available meat;
- the development of the timber industry has opened many forested areas to settlers in areas where other sources of food supply may be less accessible. Settlers and timber industry workers may locally exert a significant level of hunting pressure on wildlife populations;
- hunting techniques improved massively during the twentieth century, with widespread diffusion of firearms and use of poisons; and
- the growth of urban centres creates an ever-increasing demand for meat supply as living standards improve.

The latter considerably modified the driving forces behind wildlife hunting and poaching. Urban demand evolves quickly, beginning with a demand for cheap protein to sustain food security, then adding on a demand for rare meats by the wealthy classes, who pay high prices. The bushmeat sector, though originally driven by subsistence needs from local actors, is increasingly driven by this economic rationale (Fargeot, 2004; Castel, 2004; Binot, Castel and Canon, 2006).

With the recent zoonosis crisis (Ebola, SARS), local consumers have changed their perception of bushmeat. Recent studies show that bush meat is no longer the food of preference for several local communities and temporary communities on the forest fringe (work forces hired by logging companies). Nevertheless, owing to the generally poor development of transport and marketing in the livestock sector in tropical Africa, availability of conventional meats is often too low – especially in areas where wildlife is at risk.

In this context, the livestock sector could help to lower the hunting pressure on wildlife by developing sufficient meat production and marketing capacity to guarantee food security and safety locally in areas where bushmeat consumption threatens wildlife. The development of an industrial livestock sector could supply the populations with meat at a cheaper price, but this is constrained by the lack of infrastructure. Carefully planned infrastructure development (transportation network, cold chain, etc.), to transport the products to the consumer or to transport production inputs (vaccines) required by livestock production units, might enable the livestock sector to contribute to wildlife conservation.

Non-traditional livestock production systems of selected wildlife species also offer alternatives to reduce hunting pressure on wildlife. The on-farm production of, the Greater Cane Rat (*Thryonomys swinderianus*) can be intensified, and can supply the urban centres with bushmeat. In rural areas "Game ranching" can provide regular bushmeat supply to the communities, regulating the market price of bushmeat and de facto reducing the poaching pressure on wildlife.

*Sources:* Houben, Edderai and Nzego (2004); Le Bel *et al.* (2004).



*Adult greater cane rat (Thryonomys swinderianu) – Gabon 2003*



BLM_0079959



# Policy challenges and options

This chapter deals with the policy challenges and implications arising from livestock's growing and changing impact on the environment. First, the peculiarities of livestock-environment issues and the surrounding policy context are discussed and specific challenges identified. General policy requirements are identified for the livestock sector to address the basic environmental dimensions considered by this assessment: land degradation, climate change, water and biodiversity. Finally, specific policy options and practical applications will be presented that promise to alleviate some of livestock's environmental burden, viewed through the prism of the livestock-environment hotspots identified in Chapter 2.

The preceding chapters have established the body of evidence of livestock's large and growing impact on the environment. It has become clear that, for a large part, technical solutions already exist that could drastically reduce that impact. Why are so many of those solutions not widely applied?

## Obstacles to effective livestock-environment policy making

It appears that two things are missing. First, there is a lack of understanding about the nature and extent of livestock's impact on the environment, among producers, consumers and policy-makers alike. Livestock-environment interactions are not easily understood. They are broad and

BLM_0079960

complex, and many of the impacts are indirect and not obvious, so it is easy to underestimate livestock's impact on land and land use, climate change, water and biodiversity. Second – and partially as a result of the lack of understanding – a policy framework conducive to more environmentally benign practices simply does not exist in many cases, or is rudimentary at best. Often existing frameworks address multiple objectives and lack coherence. Worse still, existing policies often exacerbate livestock's impact on the environment.

Neglect may be sometimes conscious and deliberate. In many poor and middle income countries, food supply and food security, in their narrow definitions, are given priority over environmental concerns. There is solid evidence that relates environmental concern and the willingness to act for environmental protection to levels of income. The inverted U-shaped relationship between income and environmental degradation - rising at first as incomes rise, then as incomes rise further, starting to decline – has come to be known as the "environmental Kuznets curve" (see, for example, Dinda, 2005; or Andreoni and Chapman, 2001).

Neglect of environmental impact may sometimes be motivated by belief in the low chance of success of possible remedies. The hundreds of millions of poor livestock producers who, in the view of many, cannot possibly be expected to change their way of operating in the absence of alternative livelihoods, are probably the most striking example. The remoteness of livestock production in many of the world's marginal areas, and the difficulties in physically and institutionally accessing these areas, create practical problems even to establish the rule of law and the reach of regulation. Obvious examples of "lawlessness" in remote areas are squatters in the Amazon basin, or pastoralists in the "tribal" areas of Pakistan.

Neglect may also stem from the strong lobbying influence that livestock producers wield in many countries, particularly developed ones

(Leonard, 2006). This affects the political economy of public policy making in the livestock sector in the EU, the USA, Argentina and elsewhere. It is often argued that in the past, livestock lobbies have been able to exert an over-proportional influence on public policies, to protect their interests. An indication of this lobbying power is the persistence of agricultural subsidies, amounting to an average of 32 percent of total farm income in OECD countries, with livestock products (dairy and beef, in particular) regularly figuring among the most heavily subsidized products.

Whatever the motivation, for the most part, livestock's impact on the environment does not receive an appropriate policy response even though the technical means to do so exist. At the low end of the intensity spectrum, in grazing areas in dry or otherwise marginal areas, in developing and developed countries alike, pastoralists and farmers are considered by policy-makers to be unable to afford to make or to maintain investments that could benefit the environment. At the high end of the spectrum, well-connected large-scale commercial producers often escape environmental regulations.

This neglect is in stark contrast with the magnitude of livestock's impact on the environment and underlines the importance and urgency of developing appropriate institutional and policy frameworks. Such frameworks should consist of economy-wide policies, sector policies for agriculture or livestock, and environmental policies.

## 6.1 Towards a conducive policy framework

### 6.1.1 General principles

A series of guiding principles need to be taken into account in designing and implementing policies to address livestock's impact on the environment. First we need to be aware of the principle sources of mistaken or misguided policy actions, including market failures, information failures and failures due to differences in political influence.

BLM_0079961

### Rationale for government intervention

Public policies need to protect and enhance public goods, including the environment. The rationale for public policy intervention is based on the concept of market failures. These arise because many local and global ecosystems are public goods or "commons," and the negative environmental impacts that livestock have on them are "externalities" that arise because individual economic decisions usually consider only private individual costs and benefits. There are also consumption externalities through the negative health impact of excessive consumption of certain livestock products, particularly animal fats and red meat – however, these are beyond the scope of this study. Information failures also exist, for instance the inadequate understanding of highly complex phenomena such as biodiversity or climate change. As a consequence of externalities and information failures, the market fails to deliver a socially desirable level of environmental impact. Not only are there market and information failures, there are also policy failures, such as, for example, subsidies that sometimes constitute perverse incentives, promoting inefficient resource use or activities that damage the environment.

### Market failures

With regard to livestock and the environment, most market failures occur in the form of externalities. These are impacts borne by third parties as a consequence of decisions by individuals or organizations, and for which no compensation is paid or received. Both negative and positive externalities exist. The presence of nitrates in water drawn from farmland, and the damage they cause or the cost of removing them from drinking water borne by a utility company, would be an example of a negative externality. The presence of wild birds in silvopastoral systems, the carbon sequestered on improved pasture, or reduced runoff and downstream sedimentation resulting from improved grazing management are examples of positive externality, through which a benefit is provided to society at large but for which usually no compensation is received.

Externalities give rise to economic inefficiencies, in that the perpetrator has little incentive to minimize the negative externalities, or to maximize the positive, because the consequences are borne (or enjoyed) by the society, not the individual or company responsible. Therefore, it is necessary for these external costs (or benefits) to be "internalized", that is, to create a feed-back mechanism for external impact to be accounted for by the perpetrator (or providers). The attempt to correct for externalities is represented by the "polluter pays, provider gets" principle.

The problem with applying this principle is that many environmental goods and services are not traded and, while they are obviously valued by society, they do not have a market price. In the absence of a market, valuing the environment in an appropriate way presents formidable challenges, (compare Hanley *et al.*, 2001; Tietenberg, 2003); and a host of methods have been developed. They are often distinguished into cost-based methods which try to assess the damage, the abatement costs or the costs of substitution of an environmental good or service; and demand-based methods which attempt to estimate the willingness to pay or other expressions of preference for environmental goods or services. Problems with valuation also become problems of policy design and implementation.

### Policy Failures

Apart from market failures, another kind of inefficiency arises from the failure of government intervention, referred to as policy failure. As opposed to market failure, a policy failure represents a distortionary effect of active government intervention. Governments intervene in markets to achieve certain objectives. Policy failures may have adverse consequences, either by directly harming the environment or by distorting price signals and causing a misallocation of resources (FAO, 1999). Government interventions may fail to correct market failures, or they may make

BLM_0079962

Livestock's long shadow

existing distortions worse, or sometimes create new distortions of their own. Policy failures can arise from sectoral subsidies, inappropriate pricing, taxation policies, price controls, regulations and other policy measures.

Next we need to consider some positive principles.

### The precautionary principle

A principle frequently used to link environmental concerns to decision-making is the "precautionary principle", which calls for action to reduce environmental impact even before conclusive evidence of the exact nature and extent of such damage exists. The precautionary principle stresses that corrective action should not be postponed if there is a serious risk of irreversible damage, even though full scientific evidence may still be lacking. However, there is considerable debate about the usefulness of this principle among policy-makers, a common understanding is still missing (Immordino, 2003).

### Policy level: subsidiarity principle

Environmental policies have local, national and global dimensions. Global issues such as climate change and loss of biodiversity have an international reach and are the subject of intergovernmental treaties. In view of the local nature of many livestock-environment interactions, the literature on environmental policy stresses the subsidiarity principle, i.e. that decisions should be taken at the lowest relevant organizational level and be as decentralized as possible.

The broader policy framework is usually set at the national level. Even international treaties on, for example, trade tariffs and emission targets usually need to go through a ratification process at the national level before becoming law. Regulations for emission control, taxation, agricultural and environmental subsidies are usually part of national policies. Local resource access management, zoning and enforcement usually fall upon local government authorities.



© FAO/18008/J. BALDERI

*International decision-making – FAO, Italy*

BLM_0079963

## Policy process: inclusivity and participation

For policies to be successful, they need to be inclusive. At the local and national level, they need to involve, and possibly be designed by, all involved stakeholders. Their involvement enhances the chances that policies will be effective. The active participation of communities and citizens is required for local policies and projects, such as watershed protection, or the organization of farmer groups for technical assistance. However, in practice, participatory approaches seldom go beyond local activities. Usually participation does not extend into the design of sector-wide policy packages and development strategies (Norton, 2003).

## Policy objectives and trade-offs: assessing costs and benefits

Livestock sector policies need to address a host of economic, social, environmental and health objectives. In most cases, it will be impossible to design policies that will address all at once and at reasonable costs to government and the people affected. Though important trade-offs exist and compromises need to be made. For example, land access restrictions and grazing controls on communal land often entail lower returns for grazers in the short run. Similarly, higher waste emission standards for intensive producers raise production costs and may affect the competitiveness of one country compared to others with no or lower standards.

Therefore, it is essential to carefully assess the costs and benefits of livestock sector policy interventions, and to prioritize different objectives. These will depend crucially on factors such as level of income and economic development, level of smallholder involvement in the livestock sector, prospects for livestock exports, extent of livestock-induced environmental degradation, level of market development and so on.

## The four phases of development of policy priorities

Four different phases can be distinguished, depending on the level of economic development of a country.

Countries with low levels of income and economic development, and large involvement of smallholders in the livestock sector, often try to pursue social policies through the livestock sector, driven by concerns for the large masses of rural poor; other objectives are of second order. Most of sub-Saharan Africa and South Asia fall into this category. Typically, at this stage, policies include technology development and promotion, often in the area of animal production and health together with interventions in market development. The overriding objective is to maintain, and possibly further develop, the livestock sector as a source of income and employment for marginally productive rural people, as other sectors do not yet offer sufficient economic opportunities. Such strategies frequently fail to address, degradation and overexploitation of grazing resources, often under common property, in the form of overgrazing and other forms of unsustainable land management. Both governments and farmers lack the funds and ability to address widespread degradation. Regulatory frameworks may exist but are usually not enforced. Serious public and animal health issues relating to livestock are not vigorously addressed, either.

Moving up the ladder of economic development and income, into the early phases of industrialization, more attention tends to be given to environmental and public health objectives, but social objectives still maintain their predominance. Policy-makers are also concerned with the need to increase food supplies to growing cities. Allowing commercial meat, dairy and egg production in peri-urban areas provides a relatively quick fix. The smallholder livestock sector is still of overwhelming importance; although where livestock industrialization begins the smallholder sector tends to diminish in rela-

BLM_0079964



**Figure 6.1** **Shift in livestock policy objectives in relation to economic development**

food safety

food supply

environment

social/poverty concerns

—— low development, large number of smallholders
—— beginning industrialization
—— rapid industrialisation
—— post industrial

*Source:* Authors.

tive importance. The first attempts to address environmental objectives in the livestock sector are now being made. For example, by establishing institutions to deal with the degradation of common property resources, the establishment of protected areas, etc. Similarly, legal frameworks for food safety are being established and enforcement starts, usually with formal markets, and urban consumers begin to attract the attention of policy-makers. Currently Viet Nam may be a good example for this group and some wealthier African countries.

The picture changes more rapidly at the stage when developing countries fully industrialize. Governments no longer pursue social objectives in the livestock sector, as ample employment opportunities in secondary and tertiary sectors reduces the importance of the livestock sector as a social "reservoir", or "waiting room for development". On the contrary, a number of countries, such as Malaysia, actively encourage the demise of smallholder agriculture to mobilize additional labour for industrial development, and to rationalize the agro-food industry. Food safety standards are established to satisfy rapidly growing

cities' increasingly sophisticated bulk demand for meat, milk and eggs. The ensuing consolidation of the food industry quickly reduces the number of producers and other market agents.

At this stage, the livestock industry becomes a profitable business and consolidates. The sector is increasingly expected to meet basic environmental standards, as the public begins to perceive the elevated environmental costs of rapid industrial development. However, agricultural and livestock lobbies sometimes maintain their influence and achieve protection, as a legacy of the sector's past importance, or because of the importance assigned to self-sufficiency in food products, or because of the cultural values embodied in livestock. Many East Asian countries such as China and Thailand, and Latin American countries such as Brazil and Mexico, are examples of this stage, even though these countries are highly diverse and heterogenous.

At full industrialization, environmental and public health objectives take predominance. The livestock sector is much reduced in its relative social and economic importance. However, in most OECD countries the agricultural and livestock sector is still more important in terms of employment than in it is in terms of contribution to GDP, and the agricultural sector regains some importance for services other than the provision of food and other primary products. The level of protection for livestock commodities indicates, for most developed countries, that related lobbies still wield widespread influence over policy-making.

Taking these observations into the future, it is not difficult to imagine the next step in fact, it is already taking shape. The demands for environmental services against the background of increased food supply, driven by heightened, and ever more sophisticated, consumer expectations will establish environmental and food safety requirements as the only motives in public policy-making. Protection will wane and implicit rights gradually disappear.

The stylized pattern of the four stages and

BLM_0079965

their changing priorities is depicted in Figure 6.1. While no attempt is made to provide statistical evidence for these observations in the context of this study, such considerations are explicit in multi-criteria and hierarchical decision-support tools, such as in Gerber *et al.* (2005). The implicit trade-offs indicate that it may not be realistic to expect – as many in the livestock research and development community do – that the livestock sector can deliver on economic, social, health, and environmental objectives all at once and in a balanced form. Tools like hierarchical or multi-criteria decision-making can help addressing these trade-offs, but the conflicted and distorted policy framework, within which the livestock sector operates, is not easily disentangled.

The important subsidies that most developed countries have provided to the livestock sector underline the fact that the sector is assigned importance beyond its mere economic contribution. It can be stated, therefore, that the livestock sector continues to receive the attention of policy-makers for social, economic and food safety reasons, and the trade-offs that exist between these three and the environmental objectives often work to the detriment of the latter. The reasons for this vary, depending on the stage of development, but the overall tendency seems to be very widespread.

There may be a causal link between government subsidies and natural resource degradation. Chapters 3 to 5 give a description of what we might call "nature's subsidies" to the livestock sector – the provision of natural resources and waste sinks and their gradual degradation or exhaustion, without restoration or remediation. Eliminating a large part of these subsidies is a requirement for better resource use and limiting livestock's impact on the environment.

However, there will be a price to be paid:

- Consumer prices for livestock products are likely to go up as a result of correcting input prices for water and land, especially prices of beef and other types of red meat. Nature's subsidies are particularly high for ruminant products (in addition to high government subsidies in OECD countries).

- Livestock farming in many marginal areas, under common and private property alike, will often become unprofitable if current price distortions are removed and externalities are factored in. Many producers will need to find alternative livelihoods. If it is accepted that this is a desired long-term outcome, policies need to change direction now.

- The drive towards higher efficiencies, which will also generate savings in use of natural resources and reduce emissions, will make livestock production increasingly knowledge- and capital intensive. As a result, small family-based livestock producers will find it increasingly difficult to stay in the market, unless effective organizational arrangements, such as contract farming or cooperatives, can be designed and used (Delgado and Narrod, 2002). Again, the loss of competitiveness requires policy interventions, not necessarily to maintain smallholder involvement in agriculture, but to provide opportunities for finding livelihoods outside the agricultural sector and to enable an orderly transition.

## Broad policy approaches: regulatory and economic instruments

Usually, policies do not consist of a single measure but of a series of measures. The key to successful policy design and implementation often lies in ensuring the right mix and sequencing of different policy measures.

Generally, the literature distinguishes between two broad approaches for implementing environmental policies: regulatory approaches and economic instruments. The choice between these approaches is not merely ideological, it also depends on the capacity of governments to enforce regulations; and wide differences exist between countries.

- Regulatory approaches (often termed "command and control") are often applied to emissions into the air, water and soil (mostly in

BLM_0079966

cases of point-source pollution) and generally, for access to and use of resources. Such approaches rely on sometimes onerous monitoring and enforcement, and depend on the related institutional capacity, which limits their use in many developing countries. Historically, environmental policies in most countries have started off with "command and control".

- Economic instruments rely on the role of monetary incentives to modify the behaviour of individuals or companies. They can be positive (in the form of subsidies or revenues from the sale of environmental services) or negative (in the form of levies or taxes). Many instruments rely on economic efficiency as the basic objective. Monitoring costs for economic instruments tend to be lower as there is greater scope for self-regulation, rewarded by financial incentives.

Commonly, both these approaches are used in combination. Other policy instruments include technology support and related capacity building, institutional development and infrastructure development.

### Policies can drive changes in technology and management

Policies define rights and obligations. They also have the potential to determine input and output prices, and thus drive the delivery of public goods towards what society considers to be the optimal level. The concept of "induced innovation" widely published by Hayami and Ruttan has proved useful in the context of livestock–environment interactions (de Haan, Steinfeld and Blackburn, 1997). Ruttan (2001) links this concept to an earlier observation by Hicks (1932, pp. 123-25):

> "A change in the relative prices of the factors of production is itself a spur to invention and to inventions of a particular kind – directed at economizing the use of a factor which has become relatively expensive."

The induced innovation concept has since been further developed to include institutional change;

for example Coase and Williamson (McCann, 2004) suggest that forms of economic organization, such as vertical integration, are the result of minimizing transaction costs. Without going into further detail of the economic models underlying these concepts, it is useful to view policies as potentially powerful drivers of technological change through their effect upon prices and their regulation of access to resources. By restricting access to grazing land, for example, land and related feed resources become relatively scarce, so technical change will move towards making more efficient use of these resources. Likewise, better pricing will encourage more efficient use of water, and drive water use towards optimal allocation among different competing uses (livestock, crops and other). The same applies to all other natural resources that feed into the livestock production process, such as water or nutrients. Likewise, new costs associated with the internalization of externalities from livestock production, such as emissions of ammonia or other forms of waste, will lead to increased efforts towards their avoidance. These effects are likely to be all the more important the higher current differences are between actual costs or prices and those reflecting an "optimal" level of environmental protection.

Today's decision-making on the livestock–environment–people nexus is characterized by the severe under-pricing of virtually all natural processes that go into the livestock production process, by the neglect of major down-stream externalities generated by the livestock sector without it being held accountable; and by a number of distortions, creating (broadly speaking) subsidized livestock sectors in developed countries and taxed ones in developing countries. Decision-making is further complicated by unrealistic expectations about pursuing social objectives through the livestock sector.

To summarise, the canvas upon which new policies will be designed is not blank, as it is already marked with broad brush strokes resulting from ignorance, neglect, conjectures and

228

BLM_0079967

fallacies. This should not give rise to despair - rather it should inspire hope that relatively minor changes, in a sector that has often been considered environmentally unimportant, could have a major impact.

### 6.1.2 Specific policy instruments
**Limiting livestock's land requirements**
One important key to limiting livestock's environmental impact is to limit livestock's land requirements by pitching policies within the context of the geographic transition that the livestock sector is undergoing. As we have seen in Chapter 2, this transition has two facets.

First, there is the expansion of land used by or for, livestock. Until the mid-twentieth century, this was mainly in the form of grazing land. This expansion is still continuing in sub-Saharan Africa and especially in Latin America, where pasture is the main follower of deforestation. However, in most parts of the world, this expansion has either come to a halt (Asia, the Near East) or gone into reverse, with pasture reverting back to woodland or forest (industrialized countries).

At the same time, the use of concentrate feed has expanded significantly over the last 50 years greatly increasing livestock's demand for arable land. As of 2001, an estimated 33 percent of total arable land is devoted to producing feed, either as primary commodities (grains, oilcrops, tubers) or their by-products (brans, cakes). Again, this area expansion, although still ongoing in most developing countries, is poised to slow down and eventually reverse. This is happening already in industrialized countries where stagnant or modestly increasing demand for livestock products is accompanied by continuous gains in livestock productivity and crop productivity, resulting in lower overall land requirements for livestock.

If overall land requirements can be further reduced, which seems possible, this will benefit the environment by freeing land for environmental purposes. It would need to be accompanied by careful intensification of existing grazing



*An example of urban animal husbandry showing goats grazing on the citadel in the centre of Amman. Jordan - 1999*

and arable land, where the potential for yield increases exists.

Second, there is the growing concentration of livestock activities in certain favoured locations. This applies to the industrialized parts of the livestock sector, notably intensive poultry and pig production and, to a certain extent, dairy and beef. As we have seen, this concentration is driven by the newly gained independence of industrial livestock from the specific natural endowments of given locations, which have previously determined the location of livestock production (as they still do for most of crop agriculture).

Geographic concentration, or what could be called the "urbanization of livestock," is in many ways a response to the rapid urbanization of human populations. Peri-urban livestock provides a quick fix for countries in rapid economic development with fast-growing urban centres. This geographic concentration is largely responsible for the problems related to disposing of livestock wastes by recycling on surrounding land.

However, developed countries have been relocating their livestock production away from cities, and have established infrastructures and regulations to do so. The same is happening in emerging economies, first as a response to the nuisance factors of livestock (odour and flies) and then to the issues of nutrient loading of waterways and public health. Policies are needed in emerging economies to facilitate rural-based livestock industries, and to avoid

229

BLM_0079968

the "urbanization of livestock" where it has not yet occurred.

In the following sections, basic policy instruments, currently applied and possible responses to livestock's role in environmental degradation, are described along with their requirements and potential impact. The choice of policy instruments needs to be based on their efficiency; that is the level pollution control resources are extracted at which the difference between social benefits and social costs is maximized (Hahn, Olmstead and Stavins, 2003). Increasingly, however, the efficiency criterion alone is being complemented by effectiveness considerations. These begin with an environmental objective (such as the level of nitrates in drinking-water) and then the attempt to achieve the target at minimum aggregate cost, often including market-based instruments so as to bring about an allocation of at least the cost of pollution reduction. Another criterion to be used in the choice of policy instruments is that of equity, since the distribution of pollution control costs and environmental benefits is often unequal (Hahn, Olmstead and Stavins, 2003).

### Correcting distorted prices

Many of the inefficient, degrading, wasteful or otherwise damaging aspects of livestock production result from distorted price signals that discourage efficient resource use and foster misallocation and uncontrolled degradation of resources. This relates in particular to under-priced natural resources and sinks, either as a result of an overt subsidy (as for example in the case of water) or because of a disregard for externalities.

Largely, market failures and policy distortions mean that current prices for inputs and outputs of livestock production do not reflect true scarcities. As we have seen in Chapter 3, the livestock sector is highly dependent on natural resources such as land, water, energy and nutrients. Yet these resources are almost universally under-priced because of policy distortions or because externalities are unaccounted.

Land is the most important factor of agricultural and livestock production. Land taxes are seen as an instrument to encourage more productive or intensive use of land. Particularly, land taxes may counteract speculation in situations where owners hold land, not for productive purposes, but as an asset to hedge against inflation, which is common in some Latin American countries (Brazil, Costa Rica) (Margulis, 2004). Further, land taxes may induce more efficient utilization of land and encourage its redistribution, since smallholdings tend to be more land-intensive and achieve higher yields (Rao, 1989).

### Strengthening land titles

Without clearly defined rights of access to land, incentives are weakened for livestock and crop production to be carried out in a way that maintain the land's long-term productivity. Land and land-tenure policies are usually considered in light of goals concerning economic efficiency and the objectives of equity and poverty alleviation; although environmental issues are of increasing importance. Given the increasing scarcity of suitable agricultural land in most parts of the world, and the growing concerns about deforestation and land degradation, increases in land productivity will have to continue to provide the bulk of increased food supplies.

While most of the area cropped for feed is under private ownership, a large part of ruminant livestock production still takes place on communal lands (such as most of sub-Saharan Africa) or state lands (such as in India, Western Australia and Western United States). There seems to be a wide consensus that land titling and secure access to land, such as the long-term land leases practiced in China, are a prerequisite for agricultural intensification, gradual transition to full titling is occurring in response to population pressure. Norton (2003) states that "in regions of the world where customary rights already had been weakened or superseded, and where the State is not the sole owner of agricultural land, the case for accelerated implementa-

BLM_0079969

tion of titling systems is strong." Land titling is seen as a prerequisite to private investment in land, including those that protect and enhance its long-term productivity and those that benefit the wider environment.

### Pricing water realistically

With regard to water Pearce (2002) estimates that between 1994 and 1998 annual water subsidies in developing countries amounted to US$45 billion per year. Water in agriculture is severely under-priced. Water has been identified as a major resource for livestock production, whether in the form of "blue water" (for irrigating fodder or feedcrops, for drinking, for waste management or for product processing), or in the form of "green water" - water on rainfed pastures that translates into vegetative growth for livestock grazing. The latter's importance is further enhanced by the essential function of many grassland areas in harvesting water and regulating its movement - both of which are crucial in providing reliable freshwater supplies for growing urban, industrial or agricultural needs.

The push towards efficiency, equity and sustainability in agricultural water management needs to be put into a broader context. As Norton (2003) puts it "achieving greater efficiency in irrigation in the broader sense may mean giving up water to other sectors where it has higher-value uses, even if sometimes that implies reducing the value of agricultural output." What holds true for irrigation is certainly true for all agricultural uses. Except for where irrigation water is used for forage crops, as in some OECD countries, livestock's use of freshwater does not often create a high level of agricultural output per unit of water, particularly when most of this water is used to keep animals alive rather than for producing output.

The fact that water is so widely and severely under-priced entails that water use is less efficient than would otherwise be the case. If prices were higher, water would be allocated differently as between agricultural uses and other uses.

In stark contrast to current practices, Bromley (2000) calls for water pricing to be seen as part of a regime in which farmers are induced to contribute to a public good for several important goals to:
- stimulate conservation of water;
- encourage allocation to its highest value use (including non-agricultural uses);
- minimize the environmental problems arising from inefficient irrigation;
- generate enough revenues to cover operating and maintenance costs; and
- to recover the original investment.

Various methods are used for pricing water (Tsur and Dinar, 1997) including: volumetric, output, input and area (see Section 6.1.4). Formal markets for water rights currently exist in only a few places (such as the Australia, Brazil, Mexico and the western United States). In recent years, general interest has been excited because of their potential to foster efficient use of an increasingly scarce resource (Norton, 2003). Water markets work on the basis of legally recognized and registered water use rights. These rights are separate from land titles, and individuals and groups can trade water rights within the scheme. While there are a series of conceptual and location-specific practical issues, water markets have the potential to provide incentives for conserving water and to allocate it to higher-value uses. Through water pricing governments can monitor operations, more easily enforce regulations and prevent the abuse of monopoly power (Thobani, 1996).

There are similar price distortions where livestock are used for other than productive use. As described in Chapter 2, livestock are used to acquire land titles, leading to or contributing to deforestation. Likewise, livestock are used as an asset or as a store of wealth in many grazing areas under common property regimes, leading to or contributing to overgrazing. Both are cases where non-productive uses of livestock have taken predominance, and the ensuing resource degradation is a reflection of market imperfections and institutional failures. Removing price

231

BLM_0079970

Livestock's long shadow

distortions and pricing natural resources at their actual cost will generally increase production costs and may thereby reduce overall consumption levels for animal products and livestock related services.

### Removing subsidies can reduce environmental damage

In the livestock sector of most developed and some developing countries, subsidies strongly distort prices at the input and product level. In all OECD countries, in 2004, subsidies to agricultural producers amounted to more than US$225 billion a year, equivalent to 31 percent of farm income. There is increasing evidence that subsidies are not neutral in terms of environmental impact and, indeed, that certain forms of subsidies generate negative environmental effects (Mayrand *et al.*, 2003).

For some countries, the removal of subsidies has been shown to have a strong potential to correct some of the environmental damage caused by livestock production. For example, New Zealand (see Box 6.1) made sweeping subsidy reforms in the 1980s, and now reports that the removal of subsidies resulted in significant reductions of environmental damage caused by agriculture in general, in the form of increasing forest land, less erosion, and less nutrient runoff. In the livestock sector in particular, it led to reduced grazing pressure in the hill country of the Northern Island (MAF-NZ, 2005).

Mayrand *et al.* (2003) and UNEP (2001) have used the OECD methodology (developed for assessing the environmental impacts of trade liberalization OECD, 2001) to asses the environmental impacts of agricultural subsidies. The authors found that subsidies had a significant impact on the environment, through their impact on scales of production, the structure of agriculture, input and output mixes, the technology of production and the regulatory framework. Particular forms of impact include:

- Market price supports affect the scale of production. They translate into higher and more

---

Box 6.1  **New Zealand – environmental impact of major agricultural policy reforms**

In 1984, the New Zealand Government changed the agricultural policy almost overnight from one of heavy protection and subsidy (for example, in 1984, the assistance payment to farmers for lamb was 67 percent of the farm-gate price) to one of the most open, market-oriented agricultural sectors in the world. Export subsidies were eliminated and import tariffs phased out. Output price assistance for agricultural products and subsequently, fertilizer and other input subsidies were abolished. In addition, tax concessions to farmers were withdrawn. Free government services for farmers were eliminated.

While the first years were particularly stressful for the rural sector, very few farmers were forced by the reforms to leave the land. The rural collapse predicted by some never happened. New Zealand's rural population rose slightly between the 1981 census and the 1991 census despite the removal of subsidies. Since the removal of agricultural subsidies in the mid-1980s, there has been a gradual but steady change of land use from pastoral agriculture to forestry. Total area in various forms of pasture has declined from 14.1 million hectares in 1983 to 13.5 million hectares in 1995 and to 12.3 million in 2004. Meanwhile, the area of planted forest has increased from 1.0 million to over 1.5 million hectares, a 50 percent increase, over the same period, and to 2.1 million in 2004. Fertilizer use declined in the first decade after the reforms, and, there is some evidence of reduction in leaching of phosphates from hill country pasture catchments, where phosphate is the dominant nutrient applied. Soil erosion has also declined leading to improved water quality. However, the increased use of nitrogen fertilizer, following the move to dairy production, is a more worrisome trend.

*Sources:* MAF websites and Harris and Rae (2006).

BLM_0079971

intensive production levels. This affects the environment through input use (water withdrawal, fertilizer applications, etc.) and area expansion (for crop agriculture) or expansion of livestock numbers. The OECD (2004, p. 19) found that "in general, the more a policy measure provides an incentive to increase production of specific agricultural commodities, the greater is the incentive towards monoculture, intensification, or bringing marginal (environmentally sensitive) land into production, and the higher is the pressure on the environment".

- Support to agriculture can distort the allocation of resources because it is often unequal across commodities. In the livestock sector this can be exemplified by the high support to dairy as opposed to the small subsidies for poultry. As a result, farmers concentrate on the production of the most subsidized commodities, leading to reduced cropping flexibility and increased specialization. This in turn tends to decrease agricultural and environmental diversity and to increase the vulnerability of agro-ecosystems. An example is provided by the imposition of milk quotas in many OECD countries for price stabilization, which led to a geographic concentration of milk production (OECD, 2004, p. 20). Together with higher milk prices, farmers attempted to maintain profit levels by cutting production costs, reducing the number of cows while increasing their yield. This resulted in higher input use (feed concentrates) and reduced grazing, thereby increasing the intensity of dairy production and aggravating environmental pressures in specific locations.
- Subsides can prevent technological change by supporting specific inputs or technologies - thereby creating a technology "lock-in" effect (Pieters, 2002). For example, in the EU high price supports for cereals drove livestock feeding towards the use of cheaper cassava in the 1980s and 1990s thereby preventing advances in cereal feeding that would other-

wise have occurred, and causing a massive transfer of nutrients (de Haan, Steinfeld and Blackburn, 1997). On the other hand, removal of such subsidies could induce technological change with more positive environmental outcomes. Also, shifting from subsidies for production towards payments to farmers for environmental services can lead to enhanced environmental benefits.

- It is generally accepted that agricultural subsidies affect the structure of agriculture, the number and size of production units and the organization of the value chain (e.g. vertical integration). However, both subsidies and trade liberalization are said to work towards large-scale industrial agriculture.
- Subsidies also have a distributive impact. A recent study by the OECD (2006) found that a large share of farm subsidies end up supporting land owners and input suppliers. When they are based on production totals, they tend to benefit larger farms and impoverish smaller ones and drive them out of business.
- Trade reforms may have a regulatory effect, i.e. they may have an impact on environmental regulations and standards. This may work both ways: on the positive side, agreements on trade liberalization may include measures to improve environmental standards. On the negative side, particular provisions of trade reforms may limit a country's ability to observe environmental protection standards (UNEP, 2001).

Mayrand *et al.* (2003) also found that market price support (which accounts for two-thirds of total subsidies in the OECD) is among the type of subsidy most likely to generate perverse environmental impacts. Market price support is included in the "amber box" of the Doha round of trade negotiations (the amber box includes support that should be reduced or removed, including all domestic support measures "considered to distort production and trade"). There is increasing evidence that the reduction of amber box subsi-

BLM_0079972

dies can constitute both a trade liberalization and a benefit for the environment. Also, other types of subsidies (payments based on inputs, for example) tend to have a more neutral and sometimes positive impact on the environment. The OECD (2004) came to the same conclusion, in a review of policies and their impact on agriculture and the environment. Despite some reforms, agricultural support linked to production remains the predominant form of support in OECD countries. The OECD work shows that this provides incentives to adopt environmentally harmful practices and to expand production into environmentally sensitive land. The OECD also deplores the lack of policy coherence, with agro-environmental measures and commodity production-linked support policies pulling in opposite directions.

## Trade liberalization and its environmental impacts

Rae and Strutt (2003) came to a similar conclusion when attempting to assess environmental pollution from livestock as affected by trade liberalization in OECD countries. They used the OECD nitrogen balance database in conjunction with a global computable general equilibrium model. Using three different scenarios of increased trade liberalization, their computations all resulted in improved environmental outcomes, with a reduction in the surplus nitrogen that can cause damage to soil, air and water. Rae and Strutt found that "total OECD nitrogen balances are expected to fall more, the more ambitious the reform modelled" (Rae and Strutt, 2003; p.12). In contrast, Porter (2003) argued in the case of the maize/beef sector that the production effect (the expansion of a commodity sector in response to positive price signals) as a result of trade liberalization is rather limited. He found that the environmental impact, stemming from expansion, is mediated or even nullified by technology advance. In addition, reactions to price signals are severely conditioned by the long "cattle cycle", i.e. the time lag between herd management decisions and bringing cattle

to the market. However, this observation may be limited to the beef sector.

While trade liberalization seems to offer opportunities for reducing the environmental impact of livestock, there are various trade-offs, and complementary measures may be needed. First, trade liberalization will result in increased trade and hence movement of goods, which has its own environmental costs. These can sometimes offset any gains resulting from better resource use at the production level. Second, trade liberalization will likely be accompanied by locational shifts of livestock production to less densely populated areas, hence to accompany the shift, environmental polices are needed in areas where livestock production is growing. For example, Saunders *et al.* (2004) investigated environmental impacts of dairy trade liberalization through the application of a multi-commodity, partial equilibrium model for OECD countries. Their results "support the notion that production and environmental heterogeneity both between and within trading partners will lead to spatially differential changes in pattern of resource usage and environmental impacts (Saunders, Cagatay and Moxey, 2004, p.15).

More generally, trade-related policies and other macro-economic policies such as devaluation, commodity price stabilization, preferential trading arrangements all tend to have a significant impact on the environment (UNEP, 2001, p. 17). Environmental policies can be seen as second order policies, which are brought in after the gross macro-economic and trade policy distortions have been corrected.

What are the alternatives to commodity production-linked support? Various policy measures are being applied and studied, mostly in OECD countries:

- In some countries, land set-aside schemes are being applied that provide farmers with an incentive to set aside their poorest, economically marginal land. Here, the environmental impact crucially depends on quality of the natural resources associated with the land

BLM_0079973

set aside. The more valuable the land in environmental terms, and the lower its value in productive terms, the more successful these schemes have been.

- Increasingly, production-linked support measures are linked to a requirement to meet certain environmental targets, known as cross-compliance. A recent OECD publication (2004) states that cross-compliance allows for a better harmonization of agricultural and environmental policies. It also may increase public acceptance of support to agriculture. However, any change in the level of support will change the effectiveness of cross-compliance, which carries the risk of losing environmental leverage when production-linked support is reduced. Adherence with cross-compliance requirements is also difficult to measure.

- Part of "getting the prices right" is the need to compensate livestock farmers for the environmental benefits they provide. The most frequent example is managing grazing pressure in water catchment areas to improve water infiltration and reduce siltation of waterways. A LEAD-initiated project in Central America experiments with payment for environmental services generated by improved pasture and silvo-pastoral systems, particularly improved biodiversity and carbon sequestration (see Box 6.2).

- In the case of environmental issues related to pesticide use, water quality, ammonia and greenhouse gas emissions, agro-environmental measures continue to focus on setting standards and targets.

- Pollution issues, such as manure storage and application, are subject to regulations governing related practices (mode and time of application, for example), and are supported by fines and charges for non-compliance.

Compared with other sectors, the agricultural sector is characterized by a relative absence of environmental taxes and charges and the dominance of incentive payments. This suggests that farmers have strong political clout and have

succeeded in creating political acceptance of their implicit or "presumptive" rights in the use of natural resources. Therefore, there is still a wide scope for better cost internalization to correct for environmental damage and encourage pollution treatment.

**Regulations**

Regulations typically specify technologies or uniform emission limits. Regulations are the policy instrument of choice at the early stages of addressing environmental objectives. However, their implementation requires institutions for monitoring and enforcement. This is particularly difficult in remote and poor areas, and when dealing with non-point source pollution. In contrast, where pollution is highly localized and where livestock production is commercial, the prospect of enforcing regulations is improved.

In extensive livestock production, regulations are frequently established to limit grazing pressure or to protect environmentally sensitive areas. While grazing restrictions operate successfully in many cases in developed countries, success has been rather limited in developing countries unless there are strong local organizations.

Regulations concerning water are often used to set emission standards for the control of pollution from livestock activities. These are discussed in more detail in Section 6.1.3. Environmental regulations affect the spatial distribution of livestock; for example in the United States, Isik (2004) shows that areas with more stringent environmental regulations suffered declines in livestock numbers to counties and states with less stringent regulation (called "pollution havens").

A number of countries have started to address air-pollution related to the issues of nitrous oxide emissions and ammonia volatilization by means of regulations.

At the international level, the United Nations Economic Commission for Europe's Protocol to Abate Acidification, Eutrophication and Ground-

BLM_0079974

level Ozone (also known as the Gothenburg Protocol) was signed in 1999, under the 1979 Geneva Convention on Long-range Transboundary Air Pollution. It entered into force in May 2005. The main signatories are the European Community, the individual European countries, the USA, and the Russian Federation (which has not yet ratified the protocol). The protocol fixes national annual emissions targets to be reached by 2010 for different gases: $SO_2$, $NO_X$, $NH_3$ and volatile organic compounds. It also imposes different practical measures, for the control of ammonia emissions from agricultural sources, to be taken by parties (with some qualifications related to technical and economical feasibility). These include an advisory code of good agricultural practice; solid manure incorporation within 24 hours of spreading; low-emission slurry application techniques; low-emission housing and slurry storage systems for large pig and poultry farms;[1] and prohibition of ammonium carbonate fertilizers and limits on ammonia emissions from urea.

The European Union adopted its own regulation on atmospheric pollutants: the 2001 National Emission Ceilings (NEC) Directive (directive 2001/81/EC of the European Parliament and of the Council). The NEC directive fixes national emission ceilings for the same gases, at the same level (except for Portugal) as the Gothenburg Protocol. The NEC directive is currently in the process of implementation. Member states had to build national programmes by October 2002, to be updated and revised as necessary in 2006, for the progressive reduction of their annual emissions.

**Supporting intensification and promoting research and extension of cutting edge technology**

If the projected future demand for livestock products is to be met, it is hard to see an alternative to intensification of livestock production.

Indeed, the process of intensification must be accelerated if the use of additional land, water and other resources is to be avoided.

The principle means of limiting livestock's impact on the environment must be to reduce land requirements for livestock production, including the implicit water, nutrients and other resources represented by land. This involves the intensification of the most productive arable and grassland used to produce feed or pasture; and the retirement of marginally used land where this is socially acceptable and where other uses of such land, such as for environmental purposes, are in demand. The goal becomes more important where land for livestock production is marginal and its natural resource value is higher.

Intensification will lead to gradual reductions of resource use and waste emissions across the board. For example, precision feeding and use of improved genetics can greatly reduce emissions of gases (carbon dioxide, methane, etc.) and of nutrients per unit of output. Intensification in the form of a relative expansion of concentrate-based production systems, in particular chicken and other poultry, at the expense of ruminant production, in particular feed lots can reduce the overall impact of the livestock sector on climate change.

Intensification also needs to occur in the production of feedcrops, thereby limiting the use of land assigned to livestock production, either directly as pasture or indirectly for feedcrops. This will alleviate the pressure on habitats and associated biodiversity. While conventional intensification may increase the environmental burden on the areas involved, use of conservation agriculture (minimum tillage, precision use of water, fertilizers and pesticides, etc.) may mitigate this risk. Pasture intensification and improved feed cropping can sequester carbon, or at least reduce emissions of greenhouse gases.

Intensification needs to brought about by price signals, corrected for current distortions

---

[1] More than 2 000 fattening pigs or 750 sows or 40 000 poultry.

BLM_0079975

and neglect of externalities, and will lead to a better utilization of natural resources used in the livestock production process, notably water.

As well as correcting input and output prices, public policies can play a facilitative role in intensification, by stimulating technology research and development. However, public technology research and development has considerably slowed down in the past decade (Byerlee *et al.*, 2003). While continued research into productivity increases for commercial and industrial livestock and related feed production and use can be largely left to the private sector, public research needs to play a stronger role in natural resource management and in poverty reduction where accessible technologies offer such potential.

Purcell and Anderson (1997) analyse the role of research and extension and the role public policies can play in promoting these. They stress the importance of a conducive environment, including macro-economic and sectoral policies, favourable market opportunities, access to resources, input and credit. It is still widely considered that the amount of private research will always be less than socially optimal, and public stimulation of research must step in to fill the gap. In particular, this may apply to livestock-environment issues as public research and development needs to anticipate future scarcities. However, supporting public sector involvement in technology development will remain ineffective if the gross price distortions are not corrected.

### Institutional development

While the livestock sector undergoes rapid transformation, institutions have lagged in responding to the environmental challenges that have arisen, for reasons discussed at the beginning of Chapter 4. Many resource degradation issues related to livestock are characterized by an absence of policies and institutions to address them.

Institutions are required to monitor environmental externalities, both negative and positive, and to ensure that these are accounted for and fed back into private decision-making. Institutions are also required to negotiate and sometimes implement these measures. Institutions are needed to develop standards and regulations and to enforce their implementation.

Institutional change is required to correct the policy distortions that currently create perverse incentives and encourage inefficient resource use and misallocation of resources. Very often, inappropriate price signals stem from lack of institutional capacity, such as, for example, in situations where traditional authorities have lost their grip over common property resources. Environmental stewardship needs to be established at the appropriate level: at communal watershed level in the case of common property grazing resources and water-harvesting schemes; at the national level for the protection of natural areas, for environmental policies and their implementation; at international level for the protection of the atmosphere and global issues related to biodiversity.

### Awareness building, education and information

There is a pressing need to bring information about environmental concerns, and specifically awareness of the role of livestock in the degradation of natural resources, to the attention of the general public, of consumers, of pupils and students, of technical staff and extension workers, and of policy-makers and decision-takers in private business and public office. Communication among all stakeholders is important because most environmental issues related to livestock can only be successfully addressed in a concerted and negotiated way.

## 6.1.3 Policy issues in climate change

Having discussed general policy frameworks and approaches, we will look at their application in particular sectors beginning with climate change.

Agriculture (including livestock production) represents an important share of greenhouse gas emissions of many developing countries.

BLM_0079976



*Project manager speaking with nomad shepherds in the north – Afghanistan 1969*

However, it is apparent from the country emission reports submitted to the UNFCCC (National Reports, UNFCCC) that mitigation still tends to focus on other sectors. This is probably because of the technical difficulties related to assessing and certifying agricultural and land use, land-use change and forestry (LULUCF) sectors. However, progress is being made, and the potential contribution is huge.

*Using the clean development mechanism*
Currently the Kyoto Protocol's main mechanism for creating "certified emissions reductions" (CERs) that can subsequently be traded on the carbon market is the clean development mechanism (CDM). The CDM is a facility by which developed countries can reduce net carbon emissions by promoting renewable energy, energy efficiency or carbon sequestration projects in developing countries, receiving CERs in return. The purpose of the CDM is to help developed countries meet their obligations under the Kyoto

Protocol while promoting sustainable development in developing countries.

The critical element for the success of the CDM is the participation of a broad cross-section of buyers (ultimately from developed countries) and sellers (from developing countries) of CERs. Three broad categories of projects qualify for the CDM:

- renewable energy projects that will be alternatives to fossil fuel projects;
- sequestration projects that offset greenhouse gas emissions (these are mostly in the LULUCF area); and
- energy efficient projects that will decrease the emissions of greenhouse gases.

For LULUCF projects, only afforestation or reforestation initiatives are recognized as being permissible during the Kyoto Protocol's first commitment period (2008–2012).

A critical factor concerning CDM transactions is an active international market for CERs which requires partnerships between several agents,

238

namely project developers, investors, independent auditors, national authorities in host and recipient countries, and the international agencies that are responsible for implementation of the Kyoto Protocol (Mendis and Openshaw, 2004).

Since the protocol's ratification in February 2005, a considerable number of projects have been registered.[2] These projects are mostly based on predefined methodologies. Established methodologies in the livestock sector concern only emissions from the industrial production sector: the recovery of methane (as a renewable energy source); and greenhouse gas mitigation from improved animal waste management systems in confined animal feeding operations.[3] Scope exists for other types of projects aiming at mitigation of livestock emissions through intensification of production. For example, improving rumen fermentation efficiency through the use of better quality feed could substantially reduce emissions from the huge Indian dairy sector (Sirohi and Michaelowa, 2004). For this, credit (through e.g. micro-finance institutions), effective marketing, the use of incentives and promotional campaigns are required for broad acceptance of related technologies (Sirohi and Michaelowa, 2004).

Further problems relate to the fact that current CDM projects cannot be used to effectively alter a country's emission profile (Salter, 2004). A number of renewable energy projects would have major shortcomings, especially in terms of failure to demonstrate "additionality" and deliver added environmental and social benefits (Additionality refers to the situation where a project results in emission reductions over and above those that would have taken place - in the absence of the project). Defining what



Seedlings being planted in an arid area for dune fixation. These activities form part of the rural forestry development project in the fight against desertification – Senegal 1999

constitutes a baseline (the existing or projected greenhouse gas emissions in the absence of the project) is also problematic.

Afforestation or reforestation (A/R) initiatives are the only land-use change projects that are currently eligible. However, they offer great potential for mitigating livestock's footprint on climate change by returning marginal, or degraded pastures, back to forest. Other potential methods that could significantly reduce emissions, but do not yet qualify for eligibility include: forms of pasture improvement, such as silvo-pastoral land use, reduced grazing pasture and technical improvements.

### Promoting soil carbon sequestration

The effects of "leakage" may substantially raise the costs of carbon sequestration (Richards, 2004). "Leakage" occurs when the effects of a programme or project lead to a countervailing response beyond the boundary of the programme or project. This problem arises from two basic facts. First, land can be shifted back and forth between various forestry and agriculture uses. Second, the overall balance of activities on land will depend on the relative prices in the agriculture and forestry sectors. This is because individual projects and programmes do little to change prices or the resulting demand for land. For example, if forest land is preserved

---

[2] A list of registered projects and be found at http://cdm.unfccc.int/Projects/registered.html

[3] Methane recovery: http://cdm.unfccc.int/methodologies/DB/C3E6PSPYME3LMKPM6QS6611K7OA08F/view.html
Waste management: http://cdm.unfccc.int/methodologies/DB/3CQ19TPGO0FCG2XTO8CP18P446L8SB/view.html

BLM_0079978

from harvest and conversion in one location, the unchanged demand for agricultural land and forest products could lead to increased forest clearing and conversion in another region. Thus, the effects of the preservation may be partially or entirely undone by the leakage. Similarly, if agricultural land is converted to forest stands, the underlying demand for agricultural land may simply cause other forested land to be converted back to agriculture.

Carbon sequestration programmes require different policy instruments than for carbon emissions control programmes (Richards, 2004). If carbon sequestration is either subsidized or used as an offset against carbon taxes or tradable allowances, then it will have quite a different effect on the system of public finance than an emissions control mechanism. In general, those instruments that require revenue-raising, such as subsidies and contracts, have a higher social cost than those that raise revenue, such as tradable allowances and emissions taxes.

Carbon sequestration activities require careful evaluation of the role to be played by government, to assess whether a pure market approach may be preferable to options under which the government retains more control over the type and manner of projects undertaken. One issue is the measurability and uncertainty of project outcomes. Another important point is the government's ability to credibly commit to maintaining incentives over long periods. Moreover, a carbon sequestration programme is likely to pursue multiple goals that may include erosion control, habitat provision, timber supply, and recreational enhancement. Thus, the goals of a sequestration programme are likely both to be difficult to measure and to shift over time. Similarly, Teixeira *et al.* (2006) suggest that a successful development of A/R projects in Brazil may require national policy involvement and regulatory action in addition to purely market oriented tools.

The potential for incremental accumulation of organic carbon in soils is huge and adapting extensive livestock systems is the key to unlock-ing this potential. Technical options to revert pasture degradation and sequester carbon, particularly in the soil by building up organic matter in the ground, exist and current pastures are probably the largest potential carbon sink available (see Chapter 3).

However, the same issues described above for A/R activities also apply here, e.g. "leakage", the pursuing of multiple goals, sustained government commitment, etc. The benefits accrue over a period of decades, in many cases peak carbon uptake rates occur only after 20-40 years. Landowners who make these investments will no doubt want to know whether the government will still be rewarding carbon sequestration long into the future when their activities come to fruition. Government needs to be able to make credible commitments to provide stable incentives over long periods.

While currently not eligible under the CDM, a most serious effort needs to be made to allow for certified emissions reductions from rehabilitation of degraded land and sustainable management of existing forest, be it under the CDM or in a different framework.

The potential benefits of improved soil carbon management are considerable and increase with scale. They include the:

- global level, climate change mitigation and enhanced biodiversity;
- national level, increased possibilities for tourism and enhanced agricultural sustainability and food supply; and
- local level, enhanced resource base for future generations and increased crop, timber and livestock yields (FAO, 2004b).

In the context of poorer developing countries, smallholders are a key group both in achieving the necessary scale, and in achieving developmental as well as environmental goals. In the absence of policy interventions and external financial support, smallholders use improved management practices at individually optimal levels but at socially suboptimal levels. On the basis of case studies, FAO (2004b) concludes that

BLM_0079979

substantial funds from development organizations or carbon investors will be needed if soil carbon sequestration projects in dryland small-scale farming systems are to become a reality. The expected benefits are probably insufficient, without outside funding, to compensate farmers for costs occurring at the local level.

In addition to these purely economic calculations, there is an ethical concern. Expecting local smallholders to adopt management practices, at socially and globally optimal levels, implies that they subsidize the rest of society in their respective countries as well as global society. If sustainable agriculture, environmental restoration, and poverty alleviation are to be targeted simultaneously on a large-scale and over a longer period, then a more flexible and adaptive management and policy approach is needed. It should generate possibilities to strengthen farmers' own strategies for dealing with uncertainty while providing the necessary incentives.

Participatory approaches should be used. A long-term and large-scale carbon sequestration programme that might include several thousand individual smallholders is unlikely to succeed if all programme decisions are taken following an interventionist, top-down approach. This is likely to disillusion local farmers and increase the risk they will opt out of agreements. A first important step towards institutional integration is to identify already existing local and/or regional institutions that might be best suited to function as a vehicle for an anticipated carbon sequestration programme. In addition to being trusted by the majority of smallholders, such institutions should be able and willing to participate in the design of a local/regional programme; ensure the necessary participation of a large body of smallholders; guarantee a fair distribution of costs; coordinate monitoring and verification and channel eventual benefits in desirable and equitable ways (Tschakert and Tappan, 2004).

Soil carbon sequestration activities were not included as part of CDM in the first commitment period because of their complexity. However, they have great potential and they are among the goals of all major global environmental conventions - not only the Framework Convention on Climate Change, but also the Convention on Combating Desertification and the Convention on Biodiversity. There are a number of important alternative funding opportunities that could potentially be used to help implement carbon sequestration programmes: the BioCarbon Fund, the Global Environment Facility, the Adaptation Fund and the Prototype Carbon Fund (FAO, 2004b).

Substantial funds will be needed for soil carbon sequestration activities and the booming carbon or CER market may be a potential source. CER is one of the world's fastest-growing markets - some analysts project that it may be worth as much as US$40 billion dollars annually by the end of this decade . In 2004, the global volume of trade in $CO_2$ was only 94 million tonnes. In 2005, it rose to 800 million tonnes. In January 2006 alone, just among European players, the figure was more than 262 million tonnes for spot trading. When the Kyoto Protocol entered into force, a tonne of $CO_2$ sold for US$8-9 on the spot market. One year later, a tonne was changing hands at more than US$31.

### 6.1.4 Policy issues in water

Improving water efficiency is a critical objective as water resources become more scarce. From a technical viewpoint, improving the efficiency of water use refers to a reduction in losses. From an economic viewpoint it means increasing net returns to users while taking into account the externalities. Increasing water efficiency may mean some sectors give up water to other sectors where it has higher value uses. In some areas, this will lead to the preferential development of certain types of agricultural activities (Norton, 2003) and may reduce the output of the livestock sector.

Policies endeavoring to improve the efficiency of water use should focus on the adoption of appropriate water-efficient technologies, together with the management of water demand, in

241

BLM_0079980

order to facilitate the use of water resources by the most water productive activities. This allocative efficiency can be achieved through the development of appropriate institutions governing water allocation, water rights, and water quality (Rosegrant, Cai and Cline, 2002). It is essential to include equity objectives in these policies, to distribute water equitably among the different actors so that no one will be deprived of access to this vital resource. Even if this objective is usually clearly mentioned in most policy frameworks, in reality it is often neglected (Norton, 2003).

Multiple policy instruments need to be included in water conservation policies. The appropriate mix of water policy instruments, water management reform and institutional arrangements have to be adapted to national and local conditions. Instruments will vary depending on the level of development, the agro-climatic conditions, the level of water scarcity, agricultural intensification and competition over access to water resources.

Voluntary participation should be the preferred strategy used; though coercion should be an available option (Napier, 2000). The implementation of adapted policy and technical options takes time, demands political commitment and finances (Rosegrant, Cai and Cline, 2002; Kallis and Butler, 2001).

*Getting water pricing right*

The fundamental role of prices is to help allocate resources among competing uses, users and time periods (Ward and Michelsen, 2002) and to encourage efficient use by users.

In practice, water for agriculture is, in many cases, provided free (representing a 100 percent subsidy) and even in countries where pricing systems have been instituted, water remains greatly under-priced (Norton, 2003). In many cases the introduction of water pricing, or attempts at reforming water prices, have stemmed from financial crisis, or pressure on government budgets, low recovery of costs, deteriorating infra-

structure and increasing water demand (Bosworth *et al.*, 2002).

The general principles for water pricing have been set out by the Global Water Partnership (Rogers, Bhatia and Huber, 1998). In setting water prices, effluent charges, and incentives for pollution control, it is important to estimate the full cost of water used in a particular sector. This involves considering the following components (see Figure 6.2):

a) full supply cost (operation and maintenance and capital investment);
b) full economic cost (full supply costs plus the opportunity costs and economic externalities); and
c) full costs (full economic cost plus environmental externalities).

Prices should signal the true scarcity to users of water and the cost of providing the service; they should provide incentives for more efficient water use and provide service providers and investors with information on the real demand for any needed extension of water services. (Johansson, 2000; Bosworth *et al.*, 2002; Small and Carruthers, 1991).

Through measures, such as pollution charges and water pricing to encourage conservation and improved efficiency, pricing can serve as a means to ensure that actors internalize the environmental externalities that may arise from agricultural activities (Johansson, 2000; Bosworth *et al.*, 2002; Small and Carruthers, 1991). Adequate pricing can significantly reduce water withdrawals and consumption by agriculture, industry and households. Increasing water prices from the low levels prevailing in most countries can generate substantial water savings because of the high amount of water used in irrigation (Rosegrant, Cai and Cline, 2002).

*Methods of water pricing*

Water pricing methods include volumetric, non-volumetric, and market-based methods (Bosworth *et al.*, 2002; Johansson, 2000, Perry *et al.*, 1997; Small and Carruthers, 1991).

BLM_0079981



Figure 6.2  **General principles for pricing water**

*Source:* Rogers, Bhatia and Huber (1998).

Volumetric water pricing methods charge for water per unit of volume consumed. Volumetric water pricing is appropriate where the objective is to reduce water demand in the agricultural sector as well as reallocate water to other sectors. Volumetric methods depend on objective measurement of water abstraction and are often difficult to implement in practice. Several proxy methods or quasi-volumetric-pricing systems have been developed based on time of delivery, abstraction licences and block-rate/tiered volumetric methods.

Non-volumetric methods in agriculture can be based on agricultural outputs or area irrigated (Bosworth *et al.*, 2002; Johansson, 2000). These methods are usually used where the objective is cost recovery. Area-based pricing, where farmers pay a fixed price per unit of irrigated area, is the most common method of irrigation water pricing (Bosworth *et al.*, 2002).

In developing countries, the objective of water pricing is mainly to recover costs, more specifically operation and maintenance costs. In China for example, individuals are only charged for the pumping of irrigation water. However, the result is that only 28 percent of costs are recovered, providing little incentive to adopt water saving technologies (Jin and Young, 2003). In contrast, in developed countries the objectives are diverse and integrate demand management as well as the internalization of environmental externalities.

Water prices may consist of two components: a fixed charge and a variable charge. The fixed charge is intended to give the service provider a reliable stream of revenue, while the variable charge provides the user with the incentive to use water efficiently. The fixed component may be based on various denominators such as crop, unit area, duration of delivery, irrigation method

BLM_0079982

or water velocity. The variable price component is based on the volume of water actually consumed (World Bank, 1997).

Not surprisingly, water prices tend to be higher in regions where water scarcity is an issue (Bosworth *et al.*, 2002). In countries such as Argentina, Bangladesh, India, Italy, Japan, Mexico, Pakistan, Spain, the Syrian Arab Republic, Sudan, Turkey, New Zealand agriculture is charged a flat rate based on the above denominators, whereas in Australia, France, Tunisia, the United Kingdom, the United States and Yemen users pay a varying tariff based on the amount of agricultural water consumed. At the other end of the spectrum, in Israel, farmers are given a water allocation for which they are charged on an increasing block tariff, according to the percentage of the allocation used. For the first 50 percent farmers are charged US$0.18/m³, for the next 30 percent US$0.22/m³ and for the last 20 percent US$0.29/m³ (Bosworth *et al.*, 2002).

A flat rate per hectare, based on the area irrigated or crop type - irrespective of the volume of water used - is unlikely to create any incentives for change. In a study on the effectiveness of pricing-based water policies in major irrigation districts in northern China (where water is charged at a flat rate on the basis of land area), Yang *et al.*, (2003) found that despite an increase in water charges, farmers' water-use did not change. Likewise, farmers in India and Pakistan and many other countries that pay area-based fees for water find their marginal cost of acquiring additional water to be zero - and therefore they have no incentive to economize on its use (Ahmed, 2000). Even where progressive block rates are being used, for example in Jordan, the progression of the prices and their levels are often too low to induce any change (Chohin-Koper, Rieu and Montginoul, 2003).

*Handling difficulties in water pricing*
Although volumetric methods represent an ideal approach to pricing of water, practical difficulties make them difficult to implement, especially



*Water pump for irrigation – India 1997*

in developing countries where farms are often small and scattered (Rosegrant, Cai and Cline, 2002). Problems include the objective measurement of water consumed plus transaction costs associated with monitoring and enforcement. As a consequence, proxies for volume of water are being used, such as length of delivery, the number of times a crop is irrigated and the share of a variable water supply to which a farmer is entitled.

The difficulty with volumetric pricing, at the level of the individual user, is sometimes overcome by a wholesale approach, whereby water is delivered and sold in bulk to organized groups of farmers at points where measurement of volume is feasible. Such water user associations consist either of farmers in smaller organization units that are common in Asia, or are specialized formal irrigation organizations such as those in Mexico and the United States (Hearne, 1999). Volumetric allocations are also common in Australia, Brazil, France, Madagascar and Spain (Bosworth *et al.*, 2002; World Bank, 1999; Ahmed, 2000; Asad *et al.*, 1999).

The fact that operation and maintenance costs are not, or not fully recovered, amounts to a subsidy for the crop and livestock sectors. Countries' experiences with cost recovery have been mixed. In a comparative study of 22 countries (World Bank, 1997), irrigation operation and maintenance cost recovery in developing

BLM_0079983

countries has been found to range from a low of 20-30 percent in India and Pakistan (where the state remains heavily involved in the operation of irrigation systems) to a high of about 75 percent in Madagascar (where the role of the government is much reduced in favour of water users' associations who have been given responsibility for managing the irrigation systems). In OECD countries, the recovery of costs is much higher with the majority of countries obtaining full cost recovery for operation and maintenance cost. Countries like Australia, France, Japan, Spain, and the Netherlands also recover full supply costs from users (OECD, 1999). In the United States, state laws limit the charges that irrigation districts can impose on farmers to no more than their cost. Consequently, water prices are set to cover only costs of delivery and maintenance (Wahl, 1997).

The widespread under-pricing of water is a form of subsidy. These subsidies take several forms, including the public provision of water for agriculture at no or low prices, the subsidization of irrigation equipment or of energy for pumping groundwater. The removal of these subsidies is of prime importance in order to encourage efficient water use.

Agriculture generally enjoys subsidized water and is charged lower prices than industrial and domestic users. China, in pursuit of its objective of grain self-sufficiency, is stimulating grain production through the use of lower water charges for grain crops relative to other crops (Von Dörte Ehrensperger, 2004). In the United States, it was found that farmers pay as little as 1-5 cents per cubic metre while households pay 30-80 cents (Pimentel *et al.*, 2004). In Gujarat, India, electricity charges for groundwater pumping are subsidized - the charges paid by farmers for electricity are based on the capacity and not for the power used (Kumar and Singh, 2001). This amounts to a subsidy for water use and has contributed to water depletion and decline of the water table. Similarly, in France irrigation farming is on the increase, in part attributed to programmes that offer subsidies to farmers who invest in new irrigation equipment (OECD, 1999).

Subsidized development of boreholes in sub-Saharan Africa (mainly by development projects) has resulted in some places in the depletion of groundwater resources. In Namibia, for example, the provision of free water for livestock has resulted in water depletion, desertification and land degradation (Byers, 1997). Borehole development, the extensive use of groundwater coupled with the provision of water from canals and pipelines have been major contributing factors.

In many countries water pricing is a politically sensitive issue, especially where the economy is dependent on irrigation, as for example in China, Egypt or Sudan (Ahmed, 2000; Yang *et al.*, 2003; Von Dörte Ehrensperger, 2004). Moreover, an increase of water prices to a level that can influence behaviour may conflict with other policy objectives, including smallholder competitiveness, poverty reduction or food self-sufficiency. Furthermore holders of water rights may perceive the imposition or increase of water prices as an expropriation of those rights, thus reducing the value of their land (Rosegrant and Binswanger, 1994).

### Creating the regulatory framework for water management

Regulations are often used to control pollution resulting from livestock activities or depletion of groundwater.

With water pollution, the establishment of water quality standards and control measures are central. While the use of uniform standards may simplify enforcement, smaller farms or enterprises may be unable to afford the costs of meeting the regulatory requirements or the waste treatment and relocation costs (FAO, 1999c). Hence standards can be defined locally or regionally, taking into account environmental and economic viewpoints as the marginal costs for technical adjustments may vary.

Regulatory mechanisms to control pollution can take a variety of forms:

245

BLM_0079984

- definition of minimum standards in order to reduce emissions and effluents to acceptable levels;
- specification of equipment to be used (effluent treatment) to meet the minimum standards;
- issuance of permits for the discharge of pollutants, which can also be traded. Tradable permits rely on payment-per-unit of pollution or the use of credits for reducing pollution. In that case market mechanisms are used to allocate pollution rights, once an acceptable overall level of pollution has been established; and
- specification of maximum industrial activity. For example, in livestock production systems limits may be placed on the number of livestock per hectare (FAO, 1999c).

These measures can be built into the codes that authorize access to water and regulate the water rights market (Norton, 2003). The establishment of penalties has to be done in a way that prevent their arbitrary removal by political edict. They should be of sufficient magnitude to act as effective disincentives to potential violators (Napier, 2000).

A set of criteria is used to monitor the impacts of livestock production systems on water quality and to set water quality standards for specific waterbodies. Parameters to be monitored to evaluate the impacts of livestock production systems include: sediment level; presence of nutrients (nitrogen, phosphorus and organic carbons); water temperature; dissolved oxygen level; pH level; pesticide levels; presence of heavy metals and drug residues; and levels of biological contaminants. The close monitoring of these parameters is a key element in evaluating compliance of production systems with defined standards and codes of practices. The European Commission proposes EU-wide emission controls and environmental quality standards for the substances and measures, its objective being the ultimate cessation, within 20 years, of emission of substances identified as hazardous (Kallis and Butler, 2001). Monitoring is costly and may rep-

resent a financial burden, especially in countries with limited monitoring capacities. Monitoring costs associated with the EU water framework directive was estimated at 350 million Euro for 1993 (Kallis and Butler, 2001).

Practices that pollute water resources are taxed in some places. For example in Belgium, wastewater from livestock production is either assimilated into domestic wastewater and taxed as such, or spread over agricultural land where it is subject to a special industrial tax (OECD, 1999). The EU water policy framework now includes a principle of "no direct discharge" to groundwater (Kallis and Butler, 2001).

Non-point source pollution is less easy to regulate. Codes of environmental practices and their enforcement are key elements in ensuring that agricultural activities that generate non-point source pollution would need prior authorization or registration based on binding rules (Kallis and Butler, 2001).

Extraction levels of groundwater resources are often regulated, especially in developed countries. Abstraction charges, especially within OECD countries, aim to control over-exploitation of groundwater resources. Countries where such charges are applied include Belgium, Bulgaria, Hungary, the Netherlands (Roth, 2001) and Jordan (Chohin-Koper *et al.*, 2003).

The extent to which groundwater protection policies have been effective is uncertain. Examples of policy failures are numerous, and users often have the opportunity to bypass environmental regulations. For example in the Netherlands, although farmers are subject to a groundwater extraction tax for water supplied for livestock production, they can extract the groundwater themselves without being taxed. In Belgium, while most livestock farmers pay wastewater tax, exemptions are given for about half of the water they consume (OECD, 1999).

### Developing water rights and water markets

The lack of well-defined property rights in water often leads to unsustainable and inefficient

BLM_0079985

resource use. In several countries, water rights are not defined and usually groundwater belongs to those who own the overlying piece of land. Hence, there is no restriction on the amount of water pumped by an individual land owner. In other countries, such as China, ownership of water is with the state, a fact that limits private incentives to conserve or use resources efficiently.

The proper functioning of water markets requires that water rights are formally and legally defined. In developing countries, such as Egypt, Pakistan and Sudan, water rights are insecure and poorly implemented with tail-end farmers often having insufficient water while farmers at the head take too much. Informal water markets, based on customary rights, are found for example in India, Mexico, and Pakistan. They usually consist of farmers selling surplus water to neighbouring farms or towns (Johansson, 2000). For example in Gujarat, India, rich landowners have invested in diesel pumps and pipe distribution networks to sell water to other farmers with no such equipment (Kumar and Singh, 2001). The development of a specific institution that manages the distribution and allocation of the rights may be required for conflict resolution mechanisms, for prevention of monopoly power and for the general enforcement of rules (Norton, 2003; Tsur and Dinar, 2002).

The organization of formal water markets is relatively new (Norton, 2003). The development of a water market will allow farmers to make decisions on whether to continue farming or to sell their water rights to the highest bidder and then improve water use efficiency. Australia, Chile, Mexico and the western United States are commonly cited examples of countries where formal markets and tradable water rights are being used to manage water allocation. Communal irrigation systems with tradable water rights are found for example in Nepal (Small and Carruthers, 1991).

Water markets show some pecularities compared to other markets. Usually transactions occur within the same watershed and even within the same irrigation system. Therefore, buyers and sellers are limited in number and the initial condition for a healthy market is generally not fulfilled. In northern Gujarat, India, informal groundwater markets are widely developed; although demand is lacking. Farmers are able to sell their excess of water to neighbouring farmers. However, efficient water allocation through these informal markets has not been achieved, because of the large number of sellers as opposed to buyers and the lack of opportunity to transfer water to other sectors.

Different types of water rights can be defined to fit with the market that will be established. Water rights should include a number of characteristics such as: the types of rights granted (total diversion rights, consumptive use rights or non-consumptive use), their duration, the system of sharing among users (ranked by level of priority among the users - appropriation system - or proportional rights among users) and the kind of users (rights can be delegated to individuals, private companies or communities) (Norton, 2003).

It is often hard to establish the initial water rights required by the system, because of the high costs related to water holding and capturing, and because the supply may be subject to unexpected changes (Ward and Michelsen, 2002). The allocation of free initial water rights, based on the existing use or right over access to water, can prevent conflicts associated with raising water prices and setting non-uniform charges. Furthermore, it can endow poor households with a valuable asset (Thobani, 1997 in Norton 2003, Rosegrant, *et al.*, 2002). Rosegrant *et al.* (2002) suggest that one solution to prevent conflict over the water price/water rights policy would be to apply a fixed base charge to an initial water rights baseline. For demand greater than the baseline an efficiency price equal to the value of water in alternative uses would be charged. On the other hand, for consumption below the base right, the water user would be paid back by the

BLM_0079986

institution or the association (Rosegrant, Cai and Cline, 2002).

### Paying for environmental services

Practices that lead to the provision of environmental services, such as improved water quantity and quality, can be encouraged through payments to the providers. Schemes of payment for environmental services (PES) rely on the development of a market for environmental services that have previously not been priced.

In a watershed context, upstream actors can be considered service providers if their actions result in improved water quality or quantity, for which they are compensated by downstream users. PES schemes require a market where the beneficiaries of these services (downstream water users) buy them from upstream providers. Obviously, this needs to be based on established cause-effect relations between the upstream land use and the downstream water resource conditions (FAO, 2004d).

PES schemes related to water services are usually of local importance at watershed level, with users and providers geographically close to each other. This facilitates the implementation of water-related PES schemes because of reduced transaction costs and easy information flow among the economic agents (FAO, 2004d), when compared to other types of environmental services with more remote or abstract linkages (carbon sequestration, biodiversity protection).

PES schemes are a promising mechanism for improving the condition of water resources in watersheds. They can sensitize the local population to the value of natural resources, and improve the efficiency of the use and allocation of these resources. PES schemes can also be used to resolve conflicts and can economically reward vulnerable sectors which offer environmental services (FAO, 2004d).

Nevertheless, the development of PES schemes is still at an early stage and implementation faces formidable difficulties. First, it is difficult to establish the relationship between land use and water-related services, as often the providers and users are not well identified. Usually, PES schemes rely on external financial resources; however, the long-term sustainability of the mechanisms is often uncertain. Furthermore, the level of payment is often politically imposed and does not correspond to effective demand for services (FAO, 2004d).

A few countries have specific legal frameworks for PES at the national or regional levels. Most of the existing PES schemes, however, operate without a specific legal framework. Some service providers take advantage of this legal gap to establish property rights for land and natural resources (FAO, 2004d).

The construction of large dams is usually associated with arrangements to reduce or eliminate grazing in water catchment areas that are susceptible to erosion and sedimentation. An example is the western China development strategy, attempting to reduce soil and water erosion and siltation into the Yellow and Yangtze rivers, which restricts or bans grazing in affected catchment areas, and in most cases provides compensation (Filson, 2001).

### Coordinating institutional frameworks and participatory management

Implementation of better policies requires an adequate institutional framework. Typically, water resources are managed by several government ministries and departments (agriculture, energy, environment), which results in a fragmented decision-making process and lack of coordination among the different institutions (Norton, 2003). Water is a simple resource but its use is highly complex: different uses, by different users, controlled by different institutions in one part of the water cycle, may affect uses by other users in another part of the cycle. Both a strong coordination and an integrated approach involving all institutions are essential. Full cooperation between the different governmental bodies is a prerequisite to strategic planning and water policy implementation.

BLM_0079987

The development of specialized institutions is a key element in achieving the goals of a water agenda (Napier, 2000). The need to develop flexible and efficient institutions to maximize benefits from water use is obviously a pressing issue for economic development in dry places (Ward and Michelsen, 2002). The three main institutional approaches related to water policies are administrative allocation (public management), user-based allocation systems, and water markets.

Decentralization of the management of water resources and the involvement of user associations is another key aspect in the reform of existing institutional frameworks. The EU water framework directive is now following this approach. The implementation of its different policy measures will be coordinated at a "river-basin district" level. EU member states have designated river basin authorities within their own territories, and in coordination with other states for international waters (Kallis and Butler, 2001).

Institutional reliance on water user associations has proved to be effective. It improves local accountability, provides a mechanism for conflict resolution, and facilitates flexibility in water allocation. Furthermore, the costs related to information management for improved water resources allocation are significantly reduced (Rosegrant, Cai and Cline, 2002). In addition, recovery of operation and maintenance costs is improved. For example, in Mexico, a 30 to 80 percent increase in recovery rates. In Madagascar (where water users' associations manage irrigation systems) recovery rates are at the relatively high level of 75 percent (World Bank, 1997), because the responsibility of managing the irrigation systems has been transferred to the water users' associations. In contrast, where government continues to exert control over irrigation systems, as in China, India and Pakistan cost recovery is usually very low.

However, the transfer of responsibility for irrigation management to users will not necessarily ensure full cost recovery. Despite a definite increase in the levels of cost recovery, revenues are often still insufficient to cover full supply costs because water tariffs are generally set too low. The success of the transfer of irrigation management to water user associations is also dependent on the existence of a legal and institutional framework such as establishment of water rights.

Participatory watershed management is a key element in improving performance in water resources. Many watershed development projects have failed, or have performed poorly, because they did not sufficiently integrate and understand the local constraints and needs of local people (Johnson *et al.*, 2002). They suggested technology options that were ecologically and economically incompatible with local farming systems. Moreover, the new techniques imposed were exacerbating erosion as the new structures were not managed properly. Participatory watershed management programmes help local people define the issues, set priorities, select appropriate technologies and policy options adapted to their local context, and help sensitize them for monitoring and evaluation requirements (Johnson *et al.*, 20002).

### 6.1.5 Policy issues in biodiversity

While biodiversity loss is accelerating, the societal response to the problem has been slow and inadequate. This is caused by a general lack of awareness of the role of biodiversity, the failure of markets to reflect its value and its character as a public good (Loreau and Oteng-Yeboah, 2006). It has been suggested that an intergovernmental mechanism akin to the IPCC should be established, to link the scientific community to policy making, since the Convention on Biological Diversity is not in a position to mobilize scientific expertise to inform governments (Loreau and Oteng-Yeboah, 2006).

The area of biodiversity is intrinsically more complex than other environmental concerns and it is probably here that the gap between science and policy is largest. However, the scientific

BLM_0079988

understanding of biodiversity and its functions has greatly improved in recent years, which is reflected in shifting attention from the side of policy makers. The scope of biodiversity conservation has been broadened to include protected areas and increased protection outside the designated areas based on the fact that whole ecosystems and their services often cannot be conserved by focusing on protected areas alone. New ways of financing biodiversity conservation are being explored to find alternative sources of funding. These include grants or payments from the private sector, conservation trust funds, resource extraction fees, user fees and debt-for-nature swaps at the governmental level.

A novel mechanism for conservation of biodiversity is the payment for environmental services approach, introduced in Section 6.1.4. Payments for environmental services are based on the principle that biodiversity provides a number of economically significant services. Payments need to be made to those who protect biodiversity to ensure the continued provision of these services. The environmental services that have received most attention are watershed protection and carbon sequestration. Other services, such as maintenance of biodiversity and landscape beauty, are also receiving increased attention (Le Quesne and McNally, 2004). Access charges and entrance fees to protected areas are also a form of payment for environmental services, in this case, conservation of biodiversity. They are not new, but recent schemes allow revenues to be used outside the protected areas and also be returned to local communities to provide incentives for biodiversity conservation (Le Quesne and McNally, 2004).

### Recruiting land owners as protectors of biodiversity

A major challenge for new conservation approaches lies in the fact that in most countries endangered species are considered a public good, while their habitats are often on private land. As a private commodity, land can be transformed and traded. Biodiversity conservation can take place on private land but this relies on the owner's willingness and the land's opportunity cost. The opportunity cost of biodiversity conservation is difficult to estimate since the value of biodiversity depends on biological resources and ecosystem services.

The biological resources are not fully identified (the total number of species on earth is still unknown) and information on population numbers and risk status is still missing. However, some progress has been made in the valuation of ecosystem services. According to Boyd *et al.* (1999) the cost of conserving habitat should be valued at the difference between the value of land in its highest and best private use, and its value when employed in ways compatible with conservation.

To deal with the issue of ownership, new approaches have been tried, with relatively good success (Boyd, Caballero and Simpson, 1999). Most of these innovative approaches have been tried in forestry and at the community level, they can also be applied to livestock production.

- The purchase of full property interests involves the transfer of land from an owner who might develop the land to a conservator who will not. In order to purchase the property, the conservator must at least be able to pay the property owner the value of the land in private ownership. This value is the net present value of the land in whatever future use may be made of it, which is its opportunity cost. One of the distinguishing characteristics of full property interest acquisitions is that the conservator must compensate the landowner for the lost value of current financially productive land uses, as well as for the foregone opportunity of future conversion to more profitable use.

- Conservation easements are a contractual agreement between a landowner and a conservator. In exchange for payment (or as a donation that can be tax deductible) a land-

BLM_0079989

owner agrees to extinguish their rights to future land development. This agreement is monitored and enforced by the conservator, which may be a private conservation organization or governmental entity. Easements are often referred to as "partial interests" in land because they do not transfer the property itself to the conservator, merely the right to enforce prohibitions against future development.

- Another way to keep land out of development is for the government to give tax credits or other subsidies equal to the difference in value between developed and un-developed uses. For instance, if developed land earns US$100 more per acre than it does in low-intensity farming, a tax credit of US$100 per acre compensates the property owner for not developing the land. The subsidy is a cost borne by taxpayers.

- Tradable development rights imply a restriction on the amount of land that can be developed in a given area. Suppose, for instance, that the government seeks to restrict development by 50 percent in an area. It can do so by awarding each landowner the right to develop only 50 percent of their acreage. These development rights can then be traded. Tradable development rights impose costs on the landowners who have their development rights restricted. The aggregate opportunity cost is, as always, the value of development that is foregone in order to achieve the conservation goal. Though rights will be traded, the initial restriction of development opportunities imposes a cost on landowners. A tradable rights system has one particular advantage. Because property owners can, in effect, choose amongst themselves where development will ultimately be restricted, it leads to the least-cost development restrictions. In other words, development will be most restricted on those properties where the expected value of development is least.

### Managing livestock and landscape for biodiversity conservation

Urban development causes major damage, stress and disturbance to ecosystems. McDonnell *et al.* (1997) studied ecosystem processes along an urban to rural gradient and found a cause and effect relationship, between the physical and chemical environment along the gradient and changes in forest community structure and ecosystem processes.

Livestock production is often structured along the urban to rural gradient, with industrial production systems in the peri-urban areas, feed-crops and mixed farming in rural areas, and extensive systems in the interface with wild habitats. This distribution, common in most countries, often places ruminant production in direct confrontation with wildlife and habitats.

In developed countries this interface is characterized mostly by wealthy or resource-rich farmers, operating under legislation for environmental protection, which is mostly enforced. In developing countries the interface is characterized by wide range stretching from resource-rich farmers to subsistence livestock holdings and herders. Even where legislation for environmental protection exists, it is often poorly enforced, or not at all. It is not surprising then that the major impact of livestock production is on habitat change. Land-use changes modify habitats extensively and are an important driver of biodiversity losses.

Prevention of perturbations is often the major goal of ecosystem management; however, disturbance is a natural component of ecosystems, and promotes biodiversity and renewal (Sheffer *et al.*, 2001). Ecosystems are subject to gradual and unpredictable natural events and respond by returning to their previous stable state or by shifting to an alternative stable state. Studies on ecosystem shifting (Sheffer *et al.*, 2001) suggest that strategies for sustainable management of ecosystems should focus on maintaining resilience enabling an ecosystem to absorb natural

BLM_0079990

disturbances without crossing a threshold to a different structure or function.

The current state of thinking prefers land-scape-focused conservation over site-focused conservation, particularly as an option to retain biodiversity in human dominated landscapes (Tabarelli and Gascon, 2005). Based on biodiversity conservation in corridors, the fundamental nature of landscape-focused conservation is to engage both conservation needs and economic development, by finding mutually beneficial interventions that might not necessarily occur within the buffer zones of protected areas. This may include new protected areas to protect watersheds, landscape management adding value to tourism, and the use of tradable development rights and easements to promote development compatible with the movement of species between protected areas (Sanderson *et al.*, 2003).

Conservation efforts then should go beyond the protected areas and buffer zones to include a wide mosaic of land uses with a variety of production goals and socio-economic conditions of land users at the landscape level.

The integration of livestock production into landscape management poses many challenges for all policy and decision-makers and requires a truly holistic approach. The major challenges from the conservation point of view would be:

- to maintain the resilience of the ecosystem by predicting, monitoring and managing gradually changing variables affecting resilience such as land use, nutrient stocks, soil properties and biomass of long-term persistent species (including livestock); rather than merely to control fluctuations (Sheffer *et al.*, 2001);
- to sustain the functionality of the ecosystem its capacity to sustain the processes required for maintaining itself, developing, and responding dynamically to constant occurring environmental changes (Ibisch, Jennings and Kreft, 2005). This includes the capacity of the ecosystem to provide environmental services; and

- to foster conservation efforts for taxa or species outside the protected areas, and to include forms of livestock development (land use and management practices) that are compatible with the requirements of such taxa or species.

To fully integrate livestock into landscape management it is necessary to recognize the multiple functions of livestock at landscape level. Apart from production objectives, livestock production can have environmental objectives (carbon sequestration, watershed protection), and social and cultural objectives (recreation, aesthetics and natural heritage) that should also be recognized, in order to achieve sustainable production. Livestock production has been proposed as a landscape management tool mostly for natural pasture habitats (Bernués *et al.*, 2005; Gibon, 2005; Hadjigeorgiou *et al.*, 2005) as it can constitute a cost-effective instrument to modulate the dynamics of vegetation to maintain landscapes in protected areas and to prevent forest fires (Bernués *et al.*, 2005).

For an effective integration of livestock production into landscape management, radical changes should take place in management practices and land uses at the farm level. Recent research is focusing on new practices in managing grasslands, to address the relationships between grassland production and non-production functions. Among the research topics are:

- how management affects short- and long-term changes in grassland species composition and production - aiming to discover the impact of reduced fertilizer application on animal nutrition and N balance and/or the possibility of sustaining species-rich vegetation;
- the role of pasture vegetation, management practices and grazing behaviour on natural vegetation and faunal diversity, in both marginal and intensive livestock production areas, in relation to biodiversity conservation; and

BLM_0079991

- the spatial organization and dynamics of plant–animal grazing interactions at a variety of scales - with a view to optimizing the management of grazed landscapes so as to balance diversity, heterogeneity and agricultural performance; and
- The production and feeding value of species-rich grasslands - with a view to their integration in livestock production (Gibon, 2005).

However, the most important topic in relation to biodiversity conservation will be the issue of intensification because of its affect upon habitat change.

Agricultural intensification and land abandonment have considerable effects on biodiversity. In the EU, the decline of over 200 threatened plant species has been attributed to abandonment. Of the 195 bird species of European conservation concern, 40 are threatened by agricultural intensification and over 80 by agricultural abandonment (Hadjigeorgiou et al., 2005). In grasslands it has been well documented that changes in vegetation patterns and structure that cause losses of biodiversity can result both from intensification of livestock production with increased use of organic and mineral fertilizers, and from intense grazing pressure without fertilization. Abandoned or low-grazed pastures, by contrast, result in encroachment of shrubby vegetation, causing losses of biodiversity and an increased risk of fires.

The issues of intensification and extensification will need to be managed at the landscape level according to socio-economic and environmental conditions. The optimal approach will probably be a mixture of intensification on land area, extensive grazing and setting aside land for conservation structured along the gradient: farm - communal area - buffer zone - protected area.

The driving factors that should be addressed at the landscape level are degradation and shrinkage of common land, high livestock densities, lack of common property management and inequity in the distribution of watershed benefits. Intensification of livestock production can contribute to biodiversity conservation at the watershed level. This would include pasture development, multipurpose trees for fodder, fuel or timber and improvement of the genetic capacity of local breeds. It would be accompanied by payments for environmental services (biodiversity protection, carbon sequestration and water quality) and a rationing system for common property resources (e.g. grazing fees).

From the point of view of biodiversity conservation, perhaps the major challenge in incorporating livestock into landscape management is to integrate livestock producers into conservation efforts at the landscape level. From the land users' perspective, biodiversity conservation is often considered as an externality, as are the improvement of water quality and availability and carbon sequestration benefits. As such, land users do not take them into consideration in making their land-use decisions, thus reducing the likelihood that they will adopt practices that generate such benefits.

Biodiversity conservation also implies the preservation of species that may hinder livestock production. In Latin America for example, poisonous snakes and vampire bats are considered agricultural pests for cattle rearing - they are considered as biodiversity instead of biodiversity. Under landscape management, farmers should incorporate conservation goals into livestock production. This will entail diversification of production; adoption of good management practices such as reduction of fire, pesticides and mineral fertilizers; and maintenance of the functional connectivity between livestock and the wildlife uses through different land uses at the farm and landscape level. There are many technical possibilities for maintaining functional connectivity on farms. They include live fences, biological corridors, land set aside for conservation, protected areas inside farms and fencing of riparian forests. At the landscape level functional connectivity can be enhanced by wildlife corridors to connect protected areas and isolated patches of forests.

Policies are needed to guide the current

BLM_0079992

opportunistic development process of livestock development at the landscape level for preservation of biodiversity. One of the main issues for the formulation of policies is that at landscape level, property boundaries do not correspond with ecological boundaries. The number of land owners and the mixed set of ownership types (public and private) ensure that individual owners' decisions have an affect upon the decisions of neighbouring land owners (Perrings and Touza-Montero, 2004). Enforcement, auditing and monitoring mechanisms and decision support tools should be embedded into the policy framework.

*Regional policy trends and options for management of livestock/biodiversity interactions*

In the **European Union** the current trend in grasslands is towards more extensive use of pastures, particularly in valuable ecosystems. Driven, among other things, by the need to reduce agricultural surpluses, by pressures from social concerns about animal welfare and by consumer preferences for organic farming, the EU Agri-environmental Regulation, in place since 1992, sets limits on application of fertilizers to grasslands and offers incentives for extensive use of sensitive areas and the maintenance of biodiversity and landscapes (Gibon, 2005).

In **Latin America**, where the deforestation of biodiversity-rich habitats is linked to extensive livestock production, intensification of land use should be a priority, through the use of pasture-legume mixtures or silvopastoral systems, combined with incentives for setting aside land for conservation, delineation of sensitive areas, payments for environmental services such as carbon sequestration and biodiversity conservation.

**Africa** is a mosaic ranging from well-developed landscapes to relatively unchanged habitats, with a wide diversity of land uses and interactions with biodiversity. A major impact of the changing landscape has been increasing competition for the finite resources among growing human populations, many of them desperately poor. As a consequence, the wildlife/livestock interface has become more conflicted in certain areas of Africa, although in others it is no longer an issue (Kock, 2005). In arid and semi-arid lands where wildlife, livestock and people interactions are intense, arable agriculture has expanded into marginal lands and open communal grazing lands (Mizutani *et al.*, 2005).

There is growing evidence that both cattle ranching and pastoralism can have positive impacts on biodiversity. Ranching can do so by intensification and consequent reduction of herd size, along with sustainable exploitation of wildlife resources. Pastoralism can do so by adjusting grazing patterns so as to provide dispersal zones for wildlife outside the protected areas (Kock, 2005). The challenge, at the landscape level, is to match land use with ecological processes, so as to exploit the temporal and spatial variation of key resources to allow wildlife and livestock production (Cumming, 2005). African grasslands in humid and subhumid zones are subject to strong economic incentives to develop intensive ranching and agriculture, mostly at the expense of wildlife. The reason is the large difference in profits and revenues between traditional livestock management and using the land to its full agricultural potential. From the viewpoint of biodiversity, extensification will bring the best opportunities for conservation; however this needs the right mix of regulations and incentives to find acceptance. Tradable development rights and conservation easement schemes may be required to compensate landowners for not developing their land (Norton-Griffiths, 1995).

In the grasslands of the **Commonwealth of Independent States**, problems have arisen of intensification close to villages in pastoral areas and of land abandonment in remote pastures. These linked problems derive from widespread poverty along with several trends in the livestock sector:

- concentration of animals in peri-urban environments;
- disruption of transhumance herding by official sedentarization policies and other factors;

- lack of infrastructure and access to markets in remote pastures;
- lack of appropriate technology for pasture management; and
- fragmentation and change in composition of livestock holdings.

Land leasing is currently too cheap and this does not encourage the livestock farmers to take care of the land and to move to more distant pastures. On the other hand, livestock keepers in remote pastures do not have access to services, and are not compensated for the environmental services they provide.

A key strategy to encourage pastoralists to move away from pastures near villages, back to remote pastures, may be the creation of a pasture fund based on revenues from land leasing, with additional support from payments for environmental services, especially carbon sequestration. The pasture fund could have differential leasing prices – higher near villages and lower in remote pastures. It could also reward livestock farmers who make sustainable use of the land and introduce good management practices, by reducing the leasing prices, while fining farmers who do the opposite, by increasing their leasing prices. The pasture fund would also support transhumance by providing livestock services along the migration routes. A small increase in taxes on water would generate additional revenues to support the pasture fund, given that livestock farmers help to sustain water services especially in hilly and mountainous areas (Rosales and Livinets, 2005).

In the semi-arid and arid-lands of **India**, livestock production plays a crucial role in the management and utilization of fragile ecosystems. Under these conditions, animal husbandry is the traditional and major source of livelihoods, while arable farming plays more of a complementary role. However, growing human and livestock populations, and the adoption of non-sustainable practices, have lead to a rapid depletion of natural resources (especially of common property), which is affecting the functions of entire water-

shed ecosystems. Reduced availability of natural resources has already seriously affected the poor, marginalized and landless people, especially women, who depend on these resources for maintenance of their livestock and their own livelihood.

### Integrating protected areas and livestock management

Since 1950, areas designated as protected by national legislations have been growing at a fast pace all over the world (see Chapter 5). Despite this, the number of species at risk of extinction and the destruction of habitats have also risen. At the same time, livestock numbers have increased at a steady rate along with the growth of human populations. There is an urgent need to change livestock production and conservation approaches to lessen the impacts on biodiversity.

Current conservation efforts have been criticized for focusing on single species rather than on ecosystem functionality (Ibisch, Jennings and Kreft, 2005). Protected areas can be effective for pure conservation purposes. Although, their effectiveness in providing and maintaining a full range of ecosystem services is often very limited, since many protected areas are too small and spatially isolated (Pagiola, von Ritter and Bishop, 2004). Protected areas also suffer from inadequate legislation and management, lack of resources and insufficient stakeholder involvement (MEA, 2005b).

Where the primary objective of protected areas is to maximize conservation, the primary objective of livestock production is to maximize productivity and earnings. Experience shows that these two objectives are often mutually exclusive. Most of the conflict could be alleviated if the goals of livestock production were broadened to include ecosystem conservation, services and management, rather than only to produce food. Conflict would also be alleviated if biodiversity conservation goals were broadened to include preservation outside the protected areas while

BLM_0079994

maintaining the functionality of natural ecosystems in an integrated mosaic with food production at the landscape level.

### Service oriented grazing

Livestock production is an important source of foreign currency, providing over half of the value of global agricultural output and one-third in developing countries. It is also a key element in the fight against poverty as approximately one-quarter of the global poor (of whom 2.8 billion live on less than US$2 per day) are livestock keepers.

PES offer a way of combating poverty and simultaneously addressing many other critical socio-economic and environmental goals by:

- integrating livestock production, particularly of ruminants, with conservation goals;
- using livestock as a tool for landscape management; and
- recognizing the benefits of biodiversity conservation and carbon sequestration.

PES have been discussed in the preceding sections. In the case of biodiversity such schemes are more difficult because of difficulties in measuring and valuing biodiversity. However, the MEA (2005) shows that protected areas function best when benefits from biodiversity preservation can be captured by local people.

## 6.2 Policy options for addressing environmental pressure points

### 6.2.1 Controlling expansion into natural ecosystems

The expansion of pasture areas into natural ecosystems has essentially come to an end in most parts of the world, except for Latin America (in particular the central part of South America) and central Africa. In Latin America, many currently forested areas are attractive for cattle ranching. Indeed, currently 70 percent of previously forested land in the Amazon is occupied by pastures. This has important consequences for humid tropical ecosystems. In contrast, the presence of trypanosomiasis in the humid and subhumid parts of Africa continues to constrain a similar expansion. Here, arable land (such as shifting cultivation or fallow cultivation) is the predominant land use following deforestation. Only when the habitat has become unsuitable for the vector of trypanosomiasis, the tse-tse fly (*Glossina spp.*), as a result of human population increase and expansion of cropping, can grazing animals move into the cleared areas.

The main policy issue, with regard to pasture expansion and related deforestation, lies with land titling and land markets, and with the weaknesses in establishing and enforcing regulations in remote areas such as the Amazon. Here, livestock are often used as a tool to occupy land for speculative purposes. At the initial, speculative phase of deforestation, forests are cut down or burned and occupied with cattle, on the expectation that land titling will be granted at a later point on the basis of such occupancy. In these situations the incentive for efficient land use and good land management is weaker, and livestock-induced degradation is more likely to occur. Land titling, and related institutional capacity, need to be quickly expanded and upgraded to stem the loss of valuable resources.

However, deforestation for cattle ranching has proven to be profitable in itself, from a micro-

Table 6.1

**Comparison of key technical parameters in the beef industry in the Amazon area of Brazil (1985-2003)**

|  | 1985 | 2003 |
|---|---|---|
| Carrying capacity (AU/ha) | 0.2–1 | 0.91 |
| Fertility rate % | 50–60 | 88 |
| Calf Mortality % | 15–20 | 3 |
| Daily weight gain kg | 0.30 | 0.45 |

*Note:* AU=Animal Unit is a standard to aggregate different classes of livestock, with adult bulls at 1 AU, cows at 0.7 AU, yearlings at 0.5 AU and calves at 0.2 AU.

*Source:* Margulis, 2004. Data from the entire North West Brazil in World Bank 1991 Brazil: Key Policy Issues in the Livestock Sector-Towards a Framework for Efficient and Sustainable Growth" Agricultural Operations Division, Report no 8570-BR Washington DC

BLM_0079995

economic perspective, in areas where titling is consolidated (Margulis, 2004). This, in large part, is the result of major improvements in the technology used in cattle ranching that have occurred in past years as shown by Table 6.1.

Land speculation also plays a role. The fact that land is still, in some parts of the world, unreasonably cheap, encourages horizontal expansion and extensive use of such land, in particular in the humid tropics of Latin America. Driving up the cost of holding land, by making squatting more difficult, and by taxing land ownership (perhaps with a tax-free minimum) will encourage productivity increases and enhance environmental sustainability. Land taxes have shown considerable potential to drive land use towards higher productivity, thereby limiting its use for speculative purposes. The introduction of deforestation taxes also appears to be a suitable instrument if they can be imposed (Margulis, 2004).

Zoning can be an effective instrument if there are functioning institutional frameworks to assign and police land uses. In the case of valuable natural resources associated with land, creation of protected areas may often be the preferred strategy. Zoning may also include limits on the number and size of livestock permitted, based on the vulnerability of the land to soil degradation and erosion (FAO, 2006). However, because of weak institutions in most areas concerned, usually remote areas in developing countries, there are problems with enforcement of zoning and encroachment on protected areas. To improve compliance, land policies and rules need to be developed in harmony with the interests and needs of pastoralists and other livestock owners. However, as Margulis (2004) indicates, in view of its enhanced commercial attractiveness it will be difficult to stop the expansion of ranching altogether, but it could be directed towards less valuable ecosystems, thereby saving those that are of most value.

Infrastructure policies also play a role. As the presence of infrastructure, and the expectation of future infrastructure development, has been identified as a powerful determinant for land use (including conversion of forests into pastures), infrastructure development planning needs to take this into account. Caution should be exercised so as to open areas only when there are functioning authorities to control access, land titling, area protection and law enforcement.

Public research and extension can help in driving land use towards more productive and sustainable forms, by developing technical packages focusing on intensification, including improved pasture, intensified dairy or beef production and the inclusion of forests and silvo-pastoral land use on farms. Research (Murgueitio, 2004; Olea, Lopez-Bellido and Poblaciones, 2004) has shown that such forms of land use are profitable, particularly for small farms with a relative abundance of labour, and can generate significant environmental benefits.

An associated issue is the degradation of pasture in previously forested areas. A large part of tropical pastures (estimates range up to 50 percent) are seriously degraded, caused by unsuitable terrain (slopes), and high rainfall. Deforestation and the spontaneous establishment of pastures without any protective measures or improvements, leaves the soil exposed and subject to erosion. The ensuing degradation can be addressed by forms of silvo-pastoral land use that mimic the original vegetation to a certain extent (see Box 6.2).

PES schemes have the potential to provide incentives for land-use change; the problem is to make such schemes sustainable so that change becomes permanent. The most immediate option lies in payment for water services, as benefits in improved water flows and quality would directly benefit local communities downstream. Silvo-pastoral systems, in combination with other measures of water protection, considerably reduce runoff and sedimentation of reservoirs. Payments for carbon sequestration are another option, which will depend on the development of effective carbon markets (see

257

BLM_0079996

Livestock's long shadow

---

Box 6.2  **Payment for environmental services in Central America**

The Global Environmental Facility (GEF) and the World Bank support a regional project in Central America, which uses payment for environmental services, as a tool to promote the conversion of degraded pastures towards more complex vegetations, which increase carbon sequestration and enhance bio-diversity. The adopted methodology was designed to reduce transaction costs[1].

- Different vegetation units were ranked by an expert panel, on their contribution to carbon sequestration and bio-diversity;
- Using satellite technology, an inventory of the main vegetation units was made of each farm. On the basis of this inventory a baseline was established;
- Each year, changes in the different vegetation types were measured, and used as a proxy for the payment. The level of payment was based on the equivalent of US$5 per tonne of carbon. In the absence of a functioning market for bio-diversity, about the same level was, rather arbitrarily, set for this aspect; and
- The project design features supported the simplicity: Payment was on the basis of performance (ex-post), the farmers had to obtain their own sources of funding, thus avoiding complex rural credit schemes, all funding was channeled through NGOs.

About 200 farmers in six watersheds in three countries (Colombia, Costa Rica and Nicaragua) participate in this scheme. The results, after three years of operation are promising:

- The relationship between vegetation types and carbon sequestration and biodiversity enhancement was strong, showing that vegetation types can be used as a proxy for the measurement of environmental services;

- Ranchers reacted very positively to the incentives provided. A total of about 2 000 hectares were established with improved, deeper-rooting pastures and more trees, more than 850 km of living fence were established, which significantly improved the connectivity of the different habitats, and about 100 hectares in slopes were left in fallow to regenerate to secondary forest. The average payment per farm was about US$38/ha in the second year of operation; the average monitoring costs about US$4/ha;
- Poorer farmers found the resources for the required investments. A survey found that the poorer farmers received higher payments per hectares than the larger ranches; and
- The reaction of the public institutions was quite favourable. In Costa Rica, the government decided to include agroforestry (and this scheme) in its forest environmental service payment scheme, which is funded through fuel taxes and water charges. In Colombia the National Livestock Federation is negotiating international and national funding sources to up-scale this pilot operation.

The biggest challenge will be to further simplify the methodology and find the international funding sources, linked to carbon trading, which will enable the application of such payment schemes for areas such as the Amazon, to tip the balance from continuing expansion to intensification of production.

---

[1] See also FAO (2006) (available at www.fao.org/AG/AGAINFO/resources/documents/pol-briefs/03/EN/AGA04_EN_05.pdf).

*Source:* Pagiola, von Ritter and Bishop (2004).

BLM_0079997

Section 6.1.3). In some cases, new opportunities for payment schemes are arising, such as for Costa Rica, where part of the fuel tax is used for such purposes. Payments for biodiversity protection are, at present, mainly in the form of tourism revenues.

## 6.2.2 Limiting rangeland degradation

The expansion of pastures into natural habitats over the last two centuries has been driven by the quest for additional food and other resources for growing populations. As described in Chapter 2, when introducing the concept of the livestock transition, pasture expansion has reached its peak in most parts of the world, occupying areas that are, at best, marginally productive, which are, in many ways, unsuitable for sustained production. Growing demands for environmental services are starting to compete with traditional forms of low-output livestock production, leading to progressive abandonment of marginal pastures.

Degradation of rangeland, on both communal and private lands, is a pressing issue in many countries, including developed countries. Degradation of rangeland has important negative consequences for water resources and biodiversity and is an important source of greenhouse gases. These problems are particularly pronounced in areas where the livelihoods of many poor people depend on livestock, and on the common pasture that sustains them, and where alternative livelihood options (such as urban employment) are absent. These conditions are widespread in arid and semi-arid zones of sub-Saharan Africa, and parts of the Near East, South Asia and Central Asia (see Map 26, Annex 1).

Under common property regimes, overgrazing of common property resources is often caused by mobility restrictions. These arise from the expansion of rainfed cropping in key dry-season grazing areas for mobile systems, land privatization, fencing and establishment of irrigation schemes. Pastoralists require improved access management to pasture resources, including



*Spontaneous regeneration of mountain vegetation after a four year ban on grazing and cutting down trees – 1996*

© FAO/19428/R. FAIDUTTI

regulations controlling grazing and stocking rates. A key characteristic of the dry areas is the extreme variability of the rainfall, and hence bio-mass production. Fixing livestock numbers under such extreme variability is, therefore, counterproductive. What is needed are strong institutions and infrastructure, in particular for livestock marketing, which can adapt livestock numbers to the prevailing climatic conditions and standing biomass. Therefore, grazing management becomes risk management.

However, to counter the degradation of common property resources, in particular grazing land, overall grazing pressure needs to be lowered. However, this is difficult to implement under common property regimes in the absence of a strong local, traditional or modern, authority. Because of the increasing fragility of traditional institutions in developing countries frequently a mix of traditional and modern authorities is needed to achieve the type of collective action required.

In many cases, compensation schemes are needed, or payment-for-services schemes where herders receive payments for improved water management, which benefits water supply or reduces siltation of dams. Similar forms of payment schemes, including benefit sharing, have been developed to facilitate the harmoni-

259

BLM_0079998

Livestock's long shadow

---

> **Box 6.3  Wildlife management areas and land-use planning in the United Republic of Tanzania**
>
> Pastoralism is the dominant land use and livelihood strategy in northern Tanzania, one of the world's richest remaining refuges for wildlife. If properly managed, nomadic pastoral livestock production is potentially the most environmentally compatible agricultural activity in this ecosystem.
>
> One of the main threats to biodiversity in pastoral ecosystems is the breakdown of traditional adaptive and flexible management strategies developed by pastoral communities to optimize the use of temporally and spatially variable natural resources. The spontaneous spread of agriculture throughout this semi-arid ecosystem, by both settled pastoralists and external agents, has resulted in habitat change and truncation of important ecosystems.
>
> If returns from wildlife could be shared with pastoral households this could stem the expansion of crop cultivation. Currently, pastoralists bear most of the costs of wildlife in the form of predation and competition for grazing and water, but do not gain any of the potential substantial benefits. What is required is the integration of sound wildlife management with wildlife-compatible land use by pastoralists.
>
> The Government of the United Republic of Tanzania has established a series of policies to improve the distribution of the benefits generated by wildlife to affected communities and to carefully plan the use of the common resources to protect the interest of the three main stakeholders i.e.: wildlife, croppers and herders. In this regard, the wildlife policy established in Tanzania in 1998 called for the creation of wildlife management areas (WMAs). WMAs give local communities some control over wildlife resources on their lands and enable them to benefit directly from these resources. When WMA are established, communities may lease trophy hunting or game viewing concessions to tourism operators or engage themselves in hunting. At the same time, the WMA policy, the National Land Policy and Land Act (1999) and Village Land Act (1999) promote village land-use plans to ensure the appropriate management of communal land.
>
> The LEAD-GEF project entitled "Novel forms of livestock and wildlife integration adjacent to protected areas in Africa" is supporting the evolution of community-based natural resource management in Tanzania. This project implemented in six villages in the Simanjiro and Monduli districts includes the development and implementation of participatory land-use planning and WMAs; the design and the implementation of benefit sharing mechanisms to increase returns from integrated wildlife and livestock production systems including the development of conservation business ventures with private partners; and the development of decision support tools in order to strengthen sustainable resource access and management.
>
> *Source:* FAO (2003c).

---

ous co-existence of wildlife and livestock in sub-Saharan Africa, some of which have been pioneered by the LEAD-Initiative (see Box 6.3).

Maintaining animals on communal land is economically attractive even if returns are low as long as costs are minimal; this results in overstocking. If priced appropriately, grazing fees and other forms of costs related to the number or units of animal grazed on communal grazing land will encourage herders to limit grazing pressure, by taking out unproductive animals and by de-stocking early. For example, such a grazing fee is common practice in Morocco. Such grazing fees could also be progressive, with higher fees paid for larger herds. Similarly, making grazing rights tradable could establish market mechanisms for resource use, which is particularly important when pastures are under temporary (drought) or permanent pressure. While these are potentially viable options, con-

BLM_0079999

trol and enforcement is a common problem.

Mobility is a key management requirement in many arid areas with highly variable rainfall, and limitations of mobility have been identified as a key determinant in resource degradation (Behnke, 1997), because they concentrate grazing pressure over-proportionally in certain areas. Where such limitations exist, institutional arrangements must be found for passage agreements to allow pastoralists to balance out grazing resources. This is becoming increasingly difficult as both rainfed and irrigated agriculture encroach into previous pastoralists' areas. Public institutions have a role to play in helping herders de-stock early in the case of drought, if necessary also in the form of market interventions. Early destocking can reduce environmental damage and vegetation recovers more quickly when the drought is over. Subsidies that would enable early destocking have been used in some places, such as in Morocco.

In high-income countries, and where there is widespread degradation of state-owned land leased out to individual farmers, such as in western Australia or in the western United States, there is a strong pressure to convert these marginal lands back to their original state. In the light of the small contribution that these areas make to overall livestock supply, and the growing demands for other uses such as recreation or environmental services for these areas, this is a real possibility in the long term.

While important to the livelihoods of millions of pastoralists and ranchers, extensive grazing areas occupy immense lands with sometimes devastating environmental consequences, but contribute little to overall food supply. With growing resource pressure and demand for environmental services, there will be increasing pressure to take these areas out of production. It will fall upon public policies to develop a way out for the people concerned, and to find alternative income and employment outside the extensive livestock sector. For those who remain, practices need to change in line with the growing and dif-ferentiating demand for these land resources hitherto considered of little value. The potential of dry lands to provide environmental services such as water protection, biodiversity conservation and carbon sequestration will easily offset the values currently generated through livestock production, if effective markets can operate.

Water is a critical resource in extensive livestock production, and is often supplied through public infrastructure and without charge, under policies that are driven mainly by social considerations. Yet often the infrastructure cannot be maintained. Cost recovery for water provision and forms of more appropriate water pricing will allow maintenance and improvement of infrastructure, and will also lead to more efficient water use, and better allocation of water among competing agricultural and non-agricultural uses. Full cost recovery needs to be applied, both for grazing under common property regimes and for private ownership.

Resource costs, price distortions and externalities vary among livestock products. Beef has been identified as carrying the largest costs in terms of land and water requirements for its production, as well as in terms of contribution to climate change. It can, therefore, be argued that relative to other forms of animal protein, beef carries the largest externalities and benefits most from price distortions. Since immediate changes in land and water prices for its production may be difficult to implement, governments may consider the option of taxing beef. Demand for beef would then decline relative to other meats, and the pressure on both extensive grazing resources and feedgrain areas would be reduced.

## 6.2.3 Reducing nutrient loading in livestock concentration areas

Another facet of the livestock transition is the ongoing concentration of livestock in specific favoured locations, such as those offering easy access to urban markets, or close to feed supplies. The separation of livestock production and the growing of feed crops is a defining character-

BLM_0080000

istic of the industrialization of livestock produc-tion (Naylor *et al.*, 2005).

Nutrient loading is caused by high animal den-sities, particularly on the periphery of cities, and by inadequate animal waste treatment. Issues of nutrient loading are present in developed countries, but they are particularly pronounced in emerging economies with rapid industrial-ization of the livestock sector, such as Brazil, China, Mexico, the Philippines and Thailand. Map 4.1 (Chapter 4) gives a regional overview of areas facing such nutrient loading for Asia. Other affected areas mainly include coastal areas in Europe, Latin America and North America; also some inland areas such as parts of Brazil and the midwest of the United States.

Major forms of pollution, associated with manure management in intensive livestock pro-duction, were described in Chapter 4. They include (FAO, 2005e):

- eutrophication of surface water, killing fish and other aquatic life;
- leaching of nitrates and pathogens into groundwater, threatening drinking-water supplies;
- build up of excess nutrients and heavy metals in the soil, damaging soil fertility;
- contamination of soil and water resources with pathogens; and
- release of ammonia, methane and other gases into the air.

Policies to address the issue of nutrient load-ing include instruments to influence the spatial distribution of livestock, so as to avoid excess concentration, reduce waste per unit of output, by increasing production efficiency and regula-tion of waste management (FAO, 2005e).

The LEAD-Initiative has conducted a variety of studies and programmes (Tran Thi Dan, 2003) targeted at better geographic distribution, in what has been called area-wide integration of specialized crop and livestock activities. These efforts aim to re-connect nutrient flows from crop and livestock activities in a watershed context, for example by recycling manure on cropland, as these activities become increasingly disconnected with specialization and economies of scale. This takes into account that, where economic pressure makes family-based mixed farming unviable, one should still seek placing specialized livestock in a rural cropping context, to avoid nutrient loading (in livestock producing areas) and nutrient depletion (in crop produc-ing areas) that would occur otherwise. Better geographic distribution can be achieved by a variety of policy tools that can, and often need to, be combined. In developing countries, there will often be a need for investment in rural infra-structure (roads, electricity, slaughterhouses) to make rural areas attractive to large-scale livestock producers.

Zoning regulations and taxes can be used, for example, to discourage large concentrations of intensive production close to cities and far from cropland where nutrients could be recycled. In Thailand, high taxes were levied on poultry and pig production within a 100 kilometre radius of Bangkok, while areas further away enjoyed tax free status. This led to many new production units being established away from the major consumption centre. Improving the spatial distri-bution creates opportunities for waste recycling on land, which can simultaneously increase farm profits and reduce pollution (Gerber and Stein-feld, 2006). In the Netherlands, tradable manure quotas have been practiced until recently, so as to keep a ceiling on overall livestock density while providing a market mechanism to encour-age efficiency.

Decision-support tools exist to assist policy-makers in designating zoning policies, taking into account environmental objectives and social and animal health considerations, while keep-ing in mind producers' requirements to operate profitably (Gerber *et al.*, 2006). This allows inten-sive production to be kept away from protected areas, human settlements, and surface water, and to be directed where there is arable land with a demand for nutrients, or where waste management is less of an environmental bur-

BLM_0080001

den. Likewise, given that industrial livestock is a dynamic industry, which has become footloose with industrialization (Naylor *et al*, 2005) and moves where returns are most profitable. "Preferred zones" can, therefore, be designated so as to provide a growth stimulus to areas where this is lacking. Zoning is a particularly suitable instrument for the establishment of new operations, i.e. in areas with livestock sector growth; resettlement of already established farms has shown to be quite cumbersome. There is usually a need to combine zoning policies with licensing or certification schemes, so as to oblige operators to comply with environmental and other regulations before starting operations. Environmental licensing relies on nutrient management plans as an essential ingredient, which can be supported by appropriate models (for example LEAD, 2002).

Zoning is quite demanding in terms of institutional enforcement. It is usually combined with regulatory frameworks that include emissions standards for nutrients, biological oxygen demand, and pathogens; regulation of waste application (time, method, quantities); and regulations for feeding (use of antibiotics, copper, heavy metals, other feed quality). Regulations may vary by zone, and they may be more lenient where environmental problems are less pronounced. They may also be accompanied by training and extension programmes to acquaint farmers with the required knowledge and technologies.

A wide variety of management options exist to address pollution at various stages. Public policies need to encourage options that have been demonstrated to reduce nutrient loads and their environmental impact. These technical options were examined on Chapter 4 and include:

- manure separation and storage;
- lining of effluent ponds;
- provision of extra capacity to avoid overflows;
- optimizing land application of manure;
- close monitoring of nutrient flows;
- minimization of cleaning and cooling water;

- reduction of metal, antibiotic and hormone additives in feeds;
- optimal balancing of nutrients and improving feed conversion with enzymes and synthetic amino-acids; and
- biogas generation (which also reduces greenhouse gas emissions).

Such practices can be compiled into codes of conduct, as part of voluntary programmes, certification schemes or regulatory frameworks (see Box 6.4). Their application can also be facilitated through subsidy schemes, particularly for early adopters or when the adoption of these technologies requires investments, as is the case in many countries for biogas digesters. To capture the economies of scale in waste management, local authorities may encourage producers to form waste management groups and provide them with access to extension and training. Close monitoring of nutrient flows is crucial to nutrient management and enforcement of regulations.

The enforcement of environmental regulations to encourage or require adoption of advanced waste management technologies will affect production costs and competitiveness of farms to varying extents. Gerber (2006), modelling the costs of complying with environmental regulations for intensive livestock production in Thailand, found that profit reductions were limited (up to 5 percent) for farms with adequate access to land for waste application and advanced manure management technology. For those with no access to such land, profit reductions were higher, typically greater than 15 percent. This implies that differences in costs of compliance are likely to have an impact on where farms are located and, hence, on the geographical distribution of livestock.

### 6.2.4 Lessening the environmental impact of intensive feedcrop production

With 33 percent of all arable land dedicated to the production of feedcrops, livestock have an important environmental impact associated with

263

BLM_0080002

Livestock's long shadow

---

Box 6.4 Examples of successful management of livestock waste production from intensive agriculture

BELGIUM: LIVESTOCK WASTE MANAGEMENT STARTS AT THE FRONT AND NOT AT THE BACK OF THE ANIMAL

The government of the Flemish part of Belgium introduced a three-track strategy to reduce the excess of 36 million kg phosphate and 66 million kg nitrogen discharged in its soil and water. It consisted of (a) reducing livestock numbers and reducing nutrient intake by providing low-protein and phosphate feeds. The latter was introduced on the basis of a voluntary agreement between the government and the feed miller association, (b) manure processing and export, and (c) improving manure management. It was expected that the first two would reduce the phosphate surplus each by 25 percent, and that improved manure management by half. However, by 2003, when the $P_2O_5$ surplus was reduced to 6 million kg, measure (a) had contributed with 21 million kg (of which 13 million kg from improved feed technology, whereas (b) and (c) together had contributed only 7.5 million kg. The total reduction of 41 million kg, of nitrogen, 11 million was the result of low protein diets, demonstrating the potential optimal rationing of N and P in reducing nutrient loading.

*Source:* Mestbank (2004).

THE NETHERLANDS: LINKING ENVIRONMENT AND COMMERCE – INTRODUCING A MANURE QUOTA SYSTEM

A system of manure production quotas was established in the Netherlands in 1986. The quota was based on historical standard manure production amounts per animal. Farmers were allocated a manure production quota, expressed in kg $P_2O_5$. The manure production rights were made tradable in 1994, and supported by a mineral accounting system, and strict regulations on application techniques. Despite its significant administrative burden, and high cost to intensive livestock farms, the results are impressive, as the loading of the soil with N and P decreased substantially over time. Reduced application of mineral fertilizer also contributed to that. Between 1998 and 2002, the net loading of the soil decreased by 169 million kg per year for N and by 18 million kg per year for P. The net loading of the soil decreased by about 0.2 kg P and 0.8 kg N per euro spent (RIVM, 2004). The cost of removal of N and P from surface waters are much higher.

*Source* World Bank (2005).

---

intensive agriculture, and with the expansion of arable land into areas not previously cropped, in particular forests. The large-scale production of crops for feed is currently concentrated mostly in Europe, North America, parts of Latin America and Oceania. Expansion of cropland for feed is strongest in Brazil, in particular for soybeans, but it is also occurring in many developing countries, mostly in Asia and Latin America. The bulk of global feedcrops is produced under commercial and mechanized conditions. Smallholders play only a local role in supplying grains and other crops for feed.

The key to reducing the pollution and other environmental impacts associated with intensive agriculture for feed production lies in increasing efficiency that is, increasing production while reducing inputs that have environmental impacts, including fertilizer, pesticides and fossil fuel. Advanced technology has shown remarkable progress in some areas. For example, fertilizer and pesticide use has declined substantially in many developed countries at the same time as yields have continued to grow.

Research and regulatory frameworks have been instrumental in bringing down fertilizer

BLM_0080003

application rates and in limiting pollution from fertilizer in most developing countries, by developing and disseminating slow release and other less polluting formulations, tightening emission and discharge standards for fertilizer factories, higher fines, placing physical limits on the use of manure and mineral fertilizers and by application of the nutrient budget approach (FAO, 2003). Since the early 1990s developed countries have also started to introduce economic measures in the form of pollution taxes on mineral fertilizers. A number of developing countries still subsidize mineral fertilizer production or sales, either directly or indirectly (as energy subsidies to nitrogen fertilizer producers). The use of low-efficiency fertilizers such as ammonium carbonate needs to be discouraged.

Pesticide use is rapidly increasing in many emerging economies, whereas it is declining from high levels in most developed countries. Policies to address excessive pesticide use include testing and licensing procedures for pesticides before they are allowed on the market (FAO, 2003). Environmental problems that arise from the accumulation of pesticide residues in soils and in water need to be monitored, preferably by independent institutions. The imposition of pollution taxes on pesticides creates economic incentives to reduce their use.

For areas that are experiencing expansion of arable land for feed production, into areas not previously cropped, there is a need to facilitate the land-use transition. The most suitable and productive areas need to be intensified and marginal areas retired into stable pastures or forest land. This process can be assisted by land titling and zoning policies, by targeted research and extension work, and by selected infrastructure development.

Targeted research and extension can also help in promoting more environmentally benign cultivation methods, including conservation agriculture or no-tillage systems and forms of organic farming. Precision agriculture, which uses advanced information and satellite technology to tailor the amount and timing of inputs to specific small areas, has been shown to have substantial potential for further productivity increases, while limiting and optimizing input use.

Since a large part of the feed-producing area is irrigated, particularly for dairy production where there is a need for fresh fodder, water is an important input that is greatly affected by livestock feed demand. Pricing, establishing water markets and building appropriate institutional frameworks, as discussed previously, are indispensable policy instruments for achieving higher water use efficiencies and for addressing depletion.

A different pathway to addressing the environmental impact of feedcrop production is to reduce demand. As has already been discussed in earlier chapters, this can be achieved by creating policy conditions to promote the use of advanced technologies to improve feed efficiency, such as phased feeding, the use of enzymes such as phytase and phosphatase, use of synthetic amino-acids and other feed ingredients. These inputs are sometimes subject to tariffs. A reduction, or elimination, of such trade barriers may facilitate the uptake of related technologies.

265

BLM_0080004



BLM_0080005



# Summary and conclusions

As we have seen, the livestock sector is a major stressor on many ecosystems and on the planet as whole. Globally it is one of the largest sources of greenhouse gases and one of the leading causal factors in the loss of biodiversity, while in developed and emerging countries it is perhaps the leading source of water pollution.

The livestock sector is also a primary player in the agricultural economy, a major provider of livelihoods for the poor and a major determinant of human diet and health. Hence its environmental role needs to be seen in the context of its many different functions, in many diverse natural and economic environments, subject to diverse policy objectives.

Previous chapters have described the state of knowledge about livestock–environment interactions at local, regional and global scales. This chapter puts forward possible future scenarios for the sector. What are societies' expectations of the livestock sector? What are the differences between countries and how are these expectations changing over time?

The necessary steps towards shrinking livestock's long shadow are outlined. Mastering the political will to implement these steps obviously hinges on the question: what relative value should we assign to the environment, compared to other objectives such as the provision of livelihoods or the cheap supply of animal products?

And, if we do rate environmental considerations as important, how can public attention be moved beyond the more obvious, but less serious "nuisance" of flies and odour, to the more important pressures of land degradation, water pollution, biodiversity erosion and global climate change?

## 7.1 Livestock and environment in context

Chapter 6 presented the conflicting policy objectives schematically. Policy decisions will be based largely on the economic, social, health and food security considerations as summarized below.

### Economic importance
*Heading for over half of agricultural GDP*
As an economic activity, the livestock sector generates about 1.4 percent of the world's GDP (2005). The sector's growth rate of 2.2 percent for the last ten years (1995 to 2005) is roughly in line with overall economic growth (FAO, 2006b). It is growing faster than the GDP of agriculture, which is declining in terms relative to overall GDP. Currently, the livestock sector's GDP accounts for a global average of 40 percent of agricultural GDP, and shows a strong tendency to increase towards the 50 to 60 percent range that is typical for most industrialized countries. The livestock sector provides primary inputs (raw milk, live animals, etc.) to the agricultural and food industry, where value-adding activities multiply the value of these raw materials.

### Social importance
*Livelihoods for one billion poor*
In terms of livelihood support, income and employment, the livestock sector is much more important than its modest contribution to the overall economy would suggest. Livestock provide livelihood support to an estimated 987 million poor people in rural areas (Livestock In Development, 1999), equivalent to 36 percent of the total number of poor, currently estimated at 2 735 million (i.e. people living on less than

US$2 per day) (World Bank, 2006). As livestock rearing does not require formal education or large amounts of capital, and often no land ownership, it is often the only economic activity accessible to poor people in developing countries. In many marginal areas of developing countries, livestock production is an expression of the poverty of people who have no other options, and do not have the means to counteract environmental degradation either. The huge number of people involved in livestock for lack of an alternative, particularly in Africa and Asia, is a major consideration for policy-makers, and any attempts to address livestock-associated environmental degradation must take these livelihood concerns into account. In contrast, in the developed countries decades of continuous structural change have reduced the number of people engaged in livestock production, which is more in line with the sector's modest economic contribution.

Decision-making in the livestock sector is often complicated by the important socio-cultural roles that livestock continue to play in many societies. These take different forms and include livestock as an expression of wealth and prestige, as a method of payment (bride price and dispute settlement) and risk diversion for mixed crop-livestock farmers, etc. Food preferences and taboos relate in a particular way to products of animal origin.



*Milk offers a good way of providing a protein-rich diet for the mass of Indian people, a great number of whom are vegetarians – India 1977*

© UNDP / 6831 / T. FINCHER

BLM_0080007



*A headman looks over his cattle – Swaziland 1971*

### Nutrition and health

*A major determinant*

In terms of nutrition, livestock food products globally contributed an average of 17 percent of energy and 33 percent of protein to dietary intakes in 2003 (FAO, 2006b). There are stark differences between countries and country groups, with meat consumption ranging in 2003 from only 5 kg per person and year in India to 123 kg in the United States (FAO, 2006b). Because developing countries still have low intakes of animal food the share of livestock products in the "global average diet" is expected to continue to rise to reach the OECD country averages of about 30 percent of dietary energy and 50 percent of protein intake. In terms of health and nutrition, therefore, livestock products are a welcome addition to the diets of many poor and under- or malnourished people who frequently suffer from protein and vitamin deficiencies as well as from lack of important trace minerals. Children in particular have shown to benefit greatly in terms of physical and mental health when modest amounts of milk, meat or eggs are added to their diets, as shown by long-term research carried out in Kenya (Neumann, 2003). In contrast, a large number of non-communicable diseases among the more wealthy segments of the world's population are associated with high intakes of animal source foods, in particular animal fats and red meat: cardio-vascular disease, diabetes and certain types of cancer. While not being addressed by this assessment, it may well be argued that environmental damage by livestock may be significantly reduced by lowering excessive consumption of livestock products among wealthy people. International and national public institutions (e.g. WHO and Tufts University, 1998 ) have consistently recommended lower intakes of animal fat and red meat in most developed countries.

In terms of health and food safety, livestock products as a category are more susceptible to pathogens than other food products. They have the capacity to transmit diseases from animals

269

BLM_0080008

to humans (zoonoses). The World Organization for Animal Health (OIE) estimates that no less than 60 percent of human pathogens and 75 percent of recent emerging diseases are zoonotic. A series of human diseases have their known origins in animals (such as common influenza, small pox). Tuberculosis, brucellosis and many internal parasitic diseases, such as those caused by tapeworm, threadworm and so on, are transmitted through the consumption of animal products. Recent emerging diseases, such as avian flu, Nipah virus or the variant Creutzfeldt-Jakob disease demonstrate the potential of the human- livestock interface to develop and transmit novel diseases. Therefore, sanitary concerns are of paramount importance in the livestock industry, particularly when the requirements of long and sophisticated food chains govern the retail sector as is the case in OECD countries and increasingly in developing countries. Human and animal health concerns are a major driving force for structural change in the livestock sector. In the case of animal health, control of major disease is greatly facilitated by, and sometimes impossible without, confinement of animals and animal movement control.

**Food security**
Livestock compete for crops but provide a buffer against grain shortages. In simple numeric terms, livestock actually detract more from total food supply than they provide. Livestock now consume more human edible protein than they produce. In fact, livestock consume 77 million tonnes of protein contained in feedstuff that could potentially be used for human nutrition, whereas only 58 million tonnes of protein are contained in food products that livestock supply. In terms of dietary energy, the relative loss is much higher. This is a result of the recent trend towards more concentrate-based diets for pigs and poultry, with nutritional requirements more similar to humans than ruminants.

This simple comparison obscures the fact that proteins contained in animal products have higher nutritive values than those in the feed provided to animals. Moreover, it does not capture the fact that livestock and their feed also make a contribution to food security objectives by providing a buffer in national and international food supplies that can be drawn upon in case of food shortages. However, as the livestock sector moves away from using feed and other resources that have no or little alternative value, towards using crops and other high value inputs, it enters into competition with food and other uses of commodities and land. While it is probably true that livestock do not detract food from those who currently go hungry, it raises overall demand and prices for crops and agricultural inputs.

These various aspects of livestock's importance feed into national decision-making for the sector. The different policy objectives of food supply, poverty reduction, food safety and environmental sustainability take on different levels of importance depending on factors such as stage of development, per capita income and general policy orientation of a country. In least developed countries with large smallholder sectors, concerns of small producers weigh heavily, along with those of providing cheap supplies to urban consumers. In higher income countries, consumer concerns for food and environmental safety usually override producer interests, even though governments continue to support and protect domestic production for a variety of reasons (see Chapter 6).

There is a stark contrast between the rather modest economic contribution of the livestock sector and its important social, environmental and health dimensions. It is against this background that livestock-environment interactions need be seen. These are the facts that emerge:

**Land and land-use change**
*Humanity's largest land use*
Livestock's land use includes grazing land and cropland dedicated to the production of feedcrops and fodder. In fact livestock represent the largest of all anthropogenic land uses. The total

BLM_0080009

Summary and conclusions

Table 7.1

**Global facts about livestock**

| Dimension | Parameter | Value | Remarks |
|---|---|---|---|
| Economic importance[a] | Contribution to total GDP (2005) | 1.4 percent | |
| | Contribution to agricultural GDP (2005) | 40 percent | |
| | Growth rate (1995 to 2005) | 2.2 percent p.a. | |
| | Contribution to agricultural export earnings (2004) | 17 percent | |
| Social importance[b] | Number of poor engaged in livestock activities | 987 million | Full time or partially |
| | Total number of people engaged in livestock production | 1 300 million or 20 percent of world population of 6.5 billion | Full time or partially |
| Food security[c] | Human edible protein supplied to livestock[1] | 77 million tonnes | |
| | Human edible protein supplied by livestock[1] | 58 million tonnes | |
| Health[c] | Contribution to total dietary intake of energy[d] | 477 kcal per person/day or 17 percent of average daily intake | |
| | Contribution to total dietary intake of protein[d] | 25 g per person/day or 33 percent of average daily intake | |
| | People suffering from under or malnourishment[2] | 864 million | Livestock products are a possible remedy |
| | Number of overweight persons[3] | 1 000 million | Livestock products are one of the major causes |
| | People suffering from obesity[3] | 300 million | Livestock products are one of the major causes |
| Environment: land[e] | Total land for grazing | 3 433 million ha or 26 percent of terrestrial surface | |
| | Grazing land considered degraded | 20 to 70 percent | |
| | Total land for feed crop cultivation[4] | 471 million ha or 33 percent of arable land | |
| Environment: air and climate[5] | Livestock's contribution to climate change in $CO_2$ equivalent | 18 percent | Incl. pasture degradation and land use change |
| | Livestock's share in carbon dioxide emissions | 9 percent | Not considering respiration |
| | Livestock's share in methane emissions | 37 percent | |
| | Livestock's share in nitrous oxide emissions | 65 percent | Including feed crops |
| Water[6] | Share of livestock in total use of freshwater | 8 percent | Drinking, servicing, processing and irrigation of feed crops |
| | Share of livestock in water evapotranspirated in agriculture | 15 percent | Evapotranspiration for feedcrops production only; other factors siginifcant but not quantifiable |

[1] Protein content derived by applying the appropriate protein nutritive factors to respective input and output commodities.
[2] Three-year average 2002-04.
[3] Data refers to adult population.
[4] See Chapter 2 and Annex 3.1.
[5] See Chapter 3.
[6] See Chapter 4.
Sources: [a] World Bank (2006) and FAO (2006b); [b] Livestock In Development (1999); [c] FAO (2006b); [d] Data on livestock contribution to protein and energy dietary intake: FAO (2006b); data on malnourishment: Food Security – FAO (2006b); data on obesity and overweight: World Health Organization, 2006. [e] FAO (2006b).

271

areas involved are vast, amounting to 70 percent of all agricultural land and 30 percent of the ice-free terrestrial surface of the planet.

The total land area occupied by livestock grazing is 3 433 million hectares equivalent to 26 percent of the ice-free terrestrial surface of the planet. A large part of these areas are too dry or too cold for crop use, and only sparsely inhabited. While the total grazing area is not increasing, in tropical Latin America there is rapid expansion of pastures into some of the most vulnerable and valuable ecosystems, with 0.3 to 0.4 percent of forest lost to pastures annually. In the Amazon, cattle ranching is now the primary reason for deforestation. In contrast, in developed countries, forest areas are growing as marginal pastures are afforested, but the biodiversity and climate change value of these forest areas gained in developed countries are much inferior to those lost in tropical areas.

About 20 percent of the world's pastures and rangeland have been degraded to some extent, but 73 percent of rangeland in the dry areas (UNEP, 2004b). The Millennium Ecosystem Assessment has estimated that 10 to 20 percent of all grassland is degraded. Some of the dryland grazing ecosystems have proved to be quite resilient and degradation has shown to be reversible in parts.

The total area dedicated to feedcrop production amounts to 471 million hectares, equivalent to 33 percent of the total arable land. Most of this total is located in OECD countries, but some developing countries are rapidly expanding their feedcrop production, notably maize and soybean in South America, in particular in Brazil. A considerable part of this expansion is taking place at the expense of tropical forests. It is expected that future growth rates of livestock output will be based on similar growth rates for feed concentrate use (FAO, 2006a). Intensive feed production is often associated with various forms of land degradation, including soil erosion and water pollution.

## Gaseous emissions and climate change
### More impact than road transport
Here too livestock's contribution is enormous. It currently amounts to about 18 percent of the global warming effect – an even larger contribution than the transportation sector worldwide. Livestock contribute about 9 percent of total carbon dioxide emissions, but 37 percent of methane and 65 percent of nitrous oxide.

Greenhouse gases are emitted from rumen fermentation and livestock waste. Carbon dioxide is released when previously forested areas are converted into grazing land or arable land for feed. Therefore, expansion of pasture and cropland at the expense of forests releases significant amounts of carbon dioxide into the atmosphere. As does the process of pasture and arable land degradation, which results in a net loss of organic matter. Carbon dioxide releases resulting from fossil fuel consumption used for the production of feed grains (tractors, fertilizer production, drying, milling and transporting) and feed oil crops must also be attributed to livestock. The same applies with the processing and transport of animal products. Yet another category is constituted by nitrous oxide emissions from leguminous feedcrops and from chemical fertilizer applied to other feedcrops.

In terms of polluting gaseous emissions not linked to climate change, livestock waste emits a total of 30 million tonnes of ammonia. This is focused in areas of high animal concentrations, where ammonia is a factor in the occurrence of acid rain, which affects biodiversity. Livestock contribute 68 percent to total ammonia emissions.

## Water
### A major driver of use and pollution
The livestock sector is a key player in increasing water use and water depletion. The water used by the livestock sector is over 8 percent of global human water use. The major part of this water is in fact used for irrigation of feed crops, representing 7 percent of the global water use. The

BLM_0080011

water used for product processing and drinking and servicing is insignificant at global level (less than 1 percent of the global water), but it may be of local importance in dry areas (livestock drinking requirements represent 23 percent of total water use in Botswana).

Apart from livestock's use of water for drinking, water is used for irrigating pastures and cropland for feed production. Considerable amounts of water are used in processing of meat and milk in particular. Through the compacting effect of grazing and hoof action on the soil, livestock also have a determining, and often negative, impact on water infiltration and the speed of water movement across the landscape. Livestock play an important role in water quality through the release of nutrients, pathogens and other substances into waterways, mainly from intensive livestock operations.

The contribution of the livestock sector to water depletion is not easily quantified with our current knowledge but there is strong evidence that the sector is a major driver. The volume of water evapotranspired by feedcrops represents a significant share (at 15 percent) of the water depleted every year.

Water pollution figures from the United States, the world's largest economy and fourth largest land area, may give some indication of the livestock sector's importance. In the United States, livestock are responsible for an estimated 55 percent of erosion, 37 percent of the pesticides applied, 50 percent of the volume of antibiotics consumed and for 32 percent of the nitrogen load and 33 percent of the phosphorus load into freshwater resources. Although the effective load into freshwater resources is not assessed for sediments, pesticides, antibiotics, heavy metals or biological contaminants, livestock are likely to have a major role in these pollution processes.

Livestock land use and management (especially of animal wastes) appear to be the main mechanism through which livestock contribute to the water depletion process.

## Biodiversity

### Livestock are a key factor in loss of species

Livestock affect biodiversity in many direct and indirect ways, most of which are difficult to quantify. Livestock and wildlife interact in grazing areas, often negatively, sometimes positively. Livestock help to maintain some of the open grassland ecosystems in their traditional state, but health concerns pose new threats to wildlife.

Pasture expansion, often at the expense of forest, has vast negative consequences on some of the most valuable ecosystems in Latin America, while rangeland degradation affects biodiversity on all continents. Crop area expansion and intensification for livestock feed undoubtedly affect biodiversity negatively, sometimes with dramatic consequences (soybean expansion into tropical forests). Water pollution and ammonia emissions, mainly from industrial livestock production, compromise biodiversity, often drastically in the case of aquatic life. Livestock's important contribution to climate change will clearly have repercussions on biodiversity, while the historic role of livestock as a driver and facilitator of invasions by alien species continues.

Livestock now account for about 20 percent of the total terrestrial animal biomass, and occupies a vast area that was once habitat for wildlife. Further, livestock determine, to a significant extent, the nitrogen and phosphorus flows. The fact that the livestock sector is industrializing, in a number of concentrated locations, separates the sector from its land base and interrupts the nutrient flows between land and livestock, creating problems of depletion at the sources (land vegetation and soil) and problems of pollution at the sinks (animal wastes, increasingly disposed of into waterways instead of back on the land). Pollution, as well as overfishing for feed, leads to an increasingly strong impact of livestock on the biodiversity of marine ecosystems.

BLM_0080012

## Differences between species, products and production systems

There are huge differences in environmental impact between the different forms of livestock production, and even the species.

Cattle provide a multitude of products and services, including beef, milk, and traction. In mixed farming systems, cattle are usually well integrated in nutrient flows and can have a positive environmental impact. In developing countries, cattle and buffaloes still provide animal draught for field operations, and in some areas, animal traction is on the increase (parts of sub-Saharan Africa) so that animals substitute for potential fossil fuel use. Livestock also use crop-residues some of which would otherwise be burned, thus making net contributions to environmental objectives. However, cattle in extensive livestock production in developing countries are often only of marginal productivity. As a result, the vast majority of feed is spent on the animal's maintenance, leading to resource inefficiencies and high levels of environmental damage per unit of output.

The dairy sector is much better connected to land than is the case for other forms of market-oriented production. Most milk operations tend to be close to areas of feed supply because of their daily demand for fibrous feed, and so they are predominantly well integrated with nutrient flows, although excessive use of nitrogen fertilizer on dairy farms is one of the main causes of high nitrate levels in surface water in OECD countries. There is a risk of soil and water contamination by large-scale dairy operations, as witnessed by "dairy colonies" in South Asia, and by industrial-type operations in North America and increasingly also in China. Dairy production is also labour-intensive and less subject to economies of scale. Therefore, dairy is the livestock commodity where small-scale or family-based operations can resist market pressures for longer than is the case for poultry or pork.

Beef is produced in a wide range of intensities and scales. At both ends of the intensity spectrum there is considerable environmental damage. On the extensive side, cattle are instrumental in degradation of vast grassland areas and are a contributing factor to deforestation (pasture conversion), and the resulting carbon emissions, biodiversity losses and negative impacts on water flows and quality. On the intensive side, feedlots are often vastly beyond the capacity of surrounding land to absorb nutrients. While in the feedlot stage the conversion of concentrate feed into beef is far less efficient than into poultry or pork, and therefore beef has significantly higher resource requirements per unit than pork or poultry. However, taking the total life cycle into account, including the grazing phase, concentrate feed per kilogram of growth is lower for beef than for non-ruminant systems (CAST, 1999).

The production of sheep and goats is usually extensive. Except for small pockets with feed lots in Near East and North America, intensive production based on feed concentrate barely exists. The capacity of small ruminants, in particular goats – to grow and reproduce under conditions otherwise unsuitable for any form of agricultural production – makes them useful and very often essential to poor farmers pushed into these environments for lack of alternative livelihoods. Because of their adaptive grazing, sheep and goats have extended their reach further into arid, steep and otherwise marginal territory than cattle. The browsing of goats affects land cover and the potential for forest re-growth. Under overstocked conditions, they are particularly damaging to the environment, through degradation of vegetative cover and soil. However, the low economic value of sheep and goat production means that it does not usually lead directly to mechanized large scale deforestation, as is the case for cattle ranching in Brazil.

Extensive pig production, based on use of household waste and agro-industrial by-products, performs a number of useful environmental functions by turning biomass of no commercial value – and that otherwise would be waste - into

274

high-value animal protein. However, extensive systems are incapable of meeting the surging urban demand in many developing countries, not only in terms of volume but also in sanitary and other quality standards. The ensuing shift towards larger-scale grain-based industrial systems has been associated with geographic concentration, to such extents that land/livestock balances have become very unfavourable, leading to nutrient overload of soils and water pollution. China is a prime example of these trends. Furthermore, most industrial pig production in the tropics and sub-tropics uses waste-flushing systems involving large amounts of water. This becomes the main polluting agent, exacerbating negative environmental impact.

Poultry production has been the species most subject to structural change. In OECD countries, production is almost entirely industrial, while in developing countries it is already predominantly industrial. Although industrial poultry production is entirely based on feed grains and other high value feed material, it is the most efficient form of production of food of animal origin (with the exception of some forms of aquaculture), and has the lowest land requirements per unit of output. Poultry manure is of high nutrient content, relatively easy to manage and widely used as fertilizer and sometimes as feed. Other than for feedcrop production, the environmental damage, though perhaps locally important, is of a much lower scale than for the other species.

In conclusion, livestock-environment interactions are often diffuse and indirect; and damage occurs at both the high and low end of the intensity spectrum, but is probably highest for beef and lowest for poultry.

## 7.2 What needs to be done?

The future of the livestock-environment interface will be shaped by how we resolve the balance of two competing demands: for animal food products on the one hand and for environmental services on the other. Both demands are driven by the same factors: increasing populations

and increasing incomes and urbanization. The natural resource base within which they must be accommodated is finite. Therefore, the considerable expansion of the livestock sector required by expanding demand must be accomplished while substantially reducing livestock's environmental impact. In this section we put forward perspectives as to how this can be achieved, compared to a backdrop of "business as usual."

The growth in demand for animal products over the coming decades will be significant. Although the annual growth rate will be somewhat slower than in recent decades, the growth in absolute volume will be vast. Global production of meat is projected to more than double from 229 million tonnes in 1999/2001 to 465 million tonnes in 2050, and that of milk to increase from 580 to 1 043 million tonnes (FAO, 2006a). The bulk of the growth in meat and in milk production will occur in developing countries (FAO, 2006a). Among the meat products, poultry will be the commodity of choice for reasons of acceptance across cultures and technical efficiency in relation to feed concentrates.

### *Business as usual leads to mounting problems*

In the absence of major corrective measures, the environmental impact of livestock production will worsen dramatically. Viewed very simply, if production doubles, without any reduction in environmental measures per unit of production, then environmental damage will double.

Taking into account likely changes in the structure of the industry, while there has been no attempt to quantify the environmental impacts of livestock, it is probably safe to state that under a "business as usual" scenario:

- The spatial and commercial concentration of livestock production will continue to grow, leading to large areas with high nitrogen and phosphorus surpluses, concentrated discharge of toxic materials, polluting and contaminating land and ground and surface water, and destroying terrestrial and aquatic biodiversity. Continued geographic concentra-

275

BLM_0080014

tion, with large-scale commercial production growing but with less intensive, widely scattered smallholder production still existing alongside, will exacerbate the risk of emerging and traditional zoonotic diseases.

- Demand for feedcrops will grow, causing a further conversion of natural habitats into cropland in some places, notably Latin America. The factors that slowed use of feedgrain in the period 1985 to 2005, including EU agricultural policy reform, drastic structural changes in the previous socialist countries of Eastern Europe and CIS, and the global shift to poultry as efficient converters of feed crops, are likely to wane (FAO, 2006a); therefore feedgrain use is projected to expand more in line with output growth in livestock products. The pressure on crop agriculture to expand and intensify will remain high; and so the associated environmental impacts, in terms of water depletion, climate change and biodiversity loss, will grow.
- Livestock's contribution to anthropogenic greenhouse gas emissions will increase, in particular of the more aggressive nitrous oxide, raising the sector's already significant contribution to global climate change; and
- Livestock-induced degradation of the world's arid and semi-arid lands will continue, in particular in Africa and South and Central Asia, again contributing significantly to climate change, water depletion and biodiversity losses, and sometimes leading to irreversible loss of productivity. The poor who derive a living from livestock will continue to extract the little they can from dwindling common property resources while facing growing marginalization.

### Consumers may drive change towards a sustainable livestock sector

These "business as usual" trends lead to disaster and need to be diverted into more beneficial paths. Growing economies and populations combined with increasing scarcity of environmental resources and rising environmental problems are already translating into a growing demand for environmental services. Increasingly, this demand will broaden from immediate factors of concern, such as reducing the nuisance factors of flies and odours, to the intermediate demands of clean air and water, to the broader, longer-term environmental concerns, including climate change, biodiversity, etc. At the local level, markets will undoubtedly develop for the provision of such services; this is already the case for water in many places. At the global level, this is more uncertain although promising models already exist, for example carbon trading or debt-for-nature swaps.

There are reasons for optimism that the conflicting demands for animal products and environmental services can be reconciled. Both demands are exerted by the same group of people, the relatively affluent, middle to high level income class, which is no longer confined to industrialized countries. It has already firmly established itself in a number of developing countries, and is poised to grow substantially in most developing countries over the coming decades. This group of consumers is probably ready to use its growing voice to exert pressure for change and may be willing to absorb the inevitable price increases. The development of markets for organic products and other forms of eco-labelling are precursors of this trend, as are the tendency towards vegetarianism within developed countries and the trend towards healthier diets.

### Encouraging efficiency through adequate market prices

Resource-use efficiency is the key to shrinking livestock's long shadow. A host of tested and successful technical options are available to mitigate environmental impacts, which can be used in resource management, in crop and livestock production, and in post harvest reduction of losses. They have been summarized in the various chapters of this assessment. However,

BLM_0080015

for them to be widely adopted and applied will require adequate price signals, more closely reflecting the true scarcities of production factors, and correcting the distortions that currently provide insufficient incentives for efficient resource use.

Prices of land, water and feed resources used for livestock production do not reflect true scarcities. This leads to an overuse of these resources by the livestock sector and to major inefficiencies in the production process. Any future policy to protect the environment will, therefore, have to introduce adequate market pricing for the main inputs.

In particular, water is grossly under-priced in most countries. The development of water markets and different types of cost recovery have been identified as suitable mechanisms to correct the situation. In the case of land, suggested instruments include the introduction and adjustment of grazing fees and lease rates, and improved institutional arrangements for controlled and equitable access. Further, the removal of price support at product level (i.e. the production subsidies for livestock products in the majority of industrialized countries) is likely to improve technical efficiency. This is shown, for example, in New Zealand where in the early eighties radically cut agricultural subsidies, resulting in what has become one of the most efficient and environmentally benign ruminant livestock industries.

### Correcting for environmental externalities

Although the removal of price distortions at input and product level will go a long way to enhancing the technical efficiency of natural resource use in the livestock production process, this may often not be sufficient. Environmental externalities, both negative and positive, need to be explicitly factored into the policy framework, through the application of the "provider gets - polluter pays" principle.

Correcting for externalities, both positive and negative, will lead livestock producers into management choices that are less costly to the environment. Livestock holders who provide environmental services need to be compensated, either by the immediate beneficiary (such as with improved water quantity and quality for downstream users) or by the general public. Examples of actions that could be rewarded include land management and use forms and vegetative covers that maintain or restore biodiversity; or the sequestration of carbon in stable organic matter in the soil through pasture management. Managing grasslands in order to reduce runoff and increase infiltration can greatly reduce sedimentation of water reservoirs: compensation schemes need to be developed between water and electricity providers and grazers.

Likewise, livestock holders who emit waste into waterways or release ammonia into the environment must be held accountable and pay for the damage, to encourage them to move to less polluting practices. Applying the polluter pays principle should not present insurmountable problems in situations like these, given that burgeoning demand for livestock products provides the potential for adequate profits, and that there is an increasing demand for milk and meat produced in a sustainable way. It will be difficult to apply this principle to methane emissions from single cows owned on an Indian mixed farm of half a hectare. However, for most waste emissions in intensive production units, a combination of disincentives and regulation seems to be the most appropriate approach.

It is expected that the taxation of environmental damage and incentives for environmental benefits will be much more rigorously applied in future, tackling local externalities first but increasingly also trans-boundary impacts, through the application of international treaties, underlying regulatory frameworks and market mechanisms. Government policies may be required to provide incentives for institutional innovation in this regard.

BLM_0080016

## Accelerating technological change

In industrial, and mixed production systems, the gap between current levels of productivity and levels that are technically attainable indicates that important efficiency gains can be realized by adopting intensifying technologies. With extensive grazing, this is more difficult, sometimes even impossible – particularly under marginal conditions with severe resource constraints (such as in the Sahel), where current low productivity may be the maximum that can be achieved (Breman and de Wit, 1983). Intensification would be possible only on a limited area, estimated at about 10 percent of the total pasture area (Pretty *et al.*, 2000).

Correcting for distortions and externalities will bring us a step closer to prices for both inputs and outputs that reflect the true scarcities of production factors and natural resources used. These changed prices will induce technological change that will make better use of resources, and limit pollution and waste. Producers have shown their ability to respond quickly and decisively when such price signals are sent consistently.

For now there does not appear to be a problem of lack of improved production technologies. Given the large market, and policy failures, under which the livestock sector operates, there is still a huge amount of progress that can be achieved from wide adoption of existing tried and tested technologies. However, there is a continuing need for research and development of new technologies suited to more conducive policy frameworks.

Technological change needs to be driven towards making optimal use of land and water as the most important production factors for livestock, including feed production. Research and development for feed crop production need to further increase yields and factor efficiency. However, this is beyond the scope of this study.

In the livestock sector, the quest for increasing efficiencies mainly falls on feeding, breeding and animal health. The application of modern feeding techniques, in production systems that are already industrial but technologically not very advanced, can help reduce feed grain consumption significantly – perhaps by as much as 120 million tonnes, or 20 percent of total feed grain use (assuming that half of the yield gap between top feed performers and world averages can be closed). Such improvements would include the use of optimized rations, enzymes and artificial amino acids. Further savings in the grain bill could come from the use of advanced animal genotypes. While research into technological advances for commercial and industrial livestock production have been largely left to the private sector, the public sector needs to assume a proactive role in research and technology development with regard to natural resource management, and in reducing market barriers for small producers.

## Reducing the environmental and social impacts of intensive production

As described in Chapter 1, an estimated 80 percent of total livestock sector growth comes from industrial production systems. The environmental problems created by industrial systems do not derive from their large scale or their production intensity, but from their geographical location and concentration. In extreme cases, size may be a problem: sometimes units are so large (a few hundred thousand pigs, for example) that waste disposal will always be a problem, no matter where these units are put.

Industrial systems are often located in a way that prevents sustainable waste management. Crop production and livestock activities are being increasingly separated, so that sufficient land to safely dispose of waste is not available nearby. So far, environmental concerns have not often been a factor shaping the regional distribution of livestock production. Easy access to input and product markets, and relative costs of land and labour have so far been the major deter-

BLM_0080017

mining factors. For developing countries, the concentration of industrial units in peri-urban environments is typical because of infrastructure constraints. In developed countries, there is certainly a move towards rural environments but this often seems to be motivated by an attempt to hide these places away, rather than addressing the fundamental environmental concerns. However, limitations on livestock densities (as introduced by the EU) have been a strong factor in arriving at a better balance between livestock and the surrounding ecosystem.

What is required therefore is to bring waste generated into line with capacity of accessible land to absorb that waste. Industrial livestock must be located as much as possible where cropland within economic reach can be used to dispose of the waste, without creating problems of nutrient loading – rather than geographically concentrating production units in areas favoured by market access, or feed availability. Suitable policy options include zoning and licensing, mandatory nutrient management plans, and facilitation of contractual agreements between livestock producers and crop farmers.

Only a spatially decentralized livestock sector will create sufficient opportunities and incentives for recycling livestock waste on land. For the medium-term future, the preferred option is the reintegration of crop and livestock activities. Policies need to drive the decentralization of industrial and intensive livestock away from consumption centres and ports, towards rural areas with nutrient demand. Such policies must comprise regulatory and incentive frameworks. Regulations are needed to deal with heavy metal and drug residue issues at the feed and waste levels, and with other public health aspects such as food-borne pathogens.

Spatially decentralized livestock activities can also offer substantial social benefits for rural development, particularly in areas with limited alternative employment and growth opportunities. Incentives need to accompany these regula-

tions, such as lower taxes for establishment of commercial production units in nutrient deficit areas, eventually subsidies for relocation of large scale enterprises.

Where decentralization cannot be achieved, industrial systems need to have systems of zero-emission in place, such as in industrial parks with full waste treatment, including biogas digestion and processing of manure for use as fertilizer. With current technology these systems will be costly and energy-intensive, but bio-gas, where technology is improving fast, might be an attractive option.

In parallel, there is a need to address the environmental impacts associated with production of grain, oil and protein feed. Feed is usually produced in intensive agriculture, and the principles and instruments that have been developed to control environmental issues there need to be widely applied. They include integrated pest management, and soil management and fertilization plans. In parallel, to reduce pressure on marine capture fisheries, the sector needs to develop alternatives to the use of fishmeal as feed, for example by using synthetic amino acids.

The shift to intensive production systems is accompanied by increasing size of operation, driven by economies of scale. Despite an overall growth of the sector, this is only achieved at the cost of pushing numerous small- and middle-scale producers and other agents out of business. The trend is observed in all countries following the path of intensification: in the EU and North America from as early as the 1960s, and in emerging economies since the 1980s and 1990s. This trend raises social issues of rural emigration and wealth concentration. Diversification within and outside the agricultural sector and social safety nets are some of the policies developed to address these issues.

BLM_0080018

## Reorienting extensive grazing towards provision of environmental services

Grazing systems need to intensify, in those areas where the agro-ecological potential so permits, in particular for dairy production, and where nutrient balances are still negative.

In many OECD countries, excess nutrient loading is a major issue in grass-based dairy farming. Reductions in the number of livestock have been imposed, sometimes with quite positive results.

However, the vast majority of extensive grazing lands are of low productivity. Grazing occupies 26 percent of the terrestrial surface but the contribution that extensive grazing systems make to total meat production is very small with less than 9 percent of total meat supply. In areas with little potential for intensification, extensive grazing systems currently provide little in terms of productive output and have high costs in terms of environmental damage (water flows, soil losses, carbon, biodiversity).

In a world with more than 9 billion people by 2050, most of whom will be more affluent and therefore will demand environmental services, it is doubtful that these little productive extensive systems will survive, unless they include the provision of environmental services as an important, and perhaps predominant, purpose. These systems need to be re-oriented towards adding environmental service provision, rather than mere production or subsistence. This can be facilitated by payments for environmental services or other incentives to enable livestock producers to make the transition.

The central argument here is that the value of marginal land is changing and that this change will accelerate. In the past, livestock occupied vast territories because there was no possible alternative use, i.e. the land had no opportunity costs; this made marginally productive activities, such as extensive grazing, profitable.

Water-related services will likely be the first to grow significantly in importance in future, with local service provision schemes the first to be widely applied. With suitable incentives, grazers will agree to reduce and more carefully manage grazing pressure, and in certain sensitive areas to abandon grazing activities altogether.

Biodiversity-related services (e.g. species and landscape conservation) are more complex to manage, because of major methodological issues in the valuation of biodiversity, but they could find a ready uptake where they can be financed through tourism revenues. This will not be confined to rich countries. Recent examples of sharing of benefits from wildlife in Africa and elsewhere demonstrate that tourism revenues can be used to help grazers to co-habit with wildlife. Care needs to be taken that such payments for biodiversity extend beyond the "attractive" species -mammals and other species interesting to tourists - and include biodiversity at large.

Carbon sequestration services, through adjustments in grazing management or abandonment of pastures, will also be difficult, but given the potential of the world's vast grazing lands to sequester large amounts of carbon and to reduce emissions, mechanisms must be developed and deployed to use this potentially cost-effective avenue to address climate change. International agreements will require adaptation so they include carbon sequestration through Land Use, Land Use Change and Forestry (LULUCF) and the expansion of market mechanisms, which are emerging on an experimental and pilot basis.

As the scarcity of environmental resources increases, so does their value. When functioning market mechanisms can be devised, the demand for environmental services could out-compete livestock production in many diverse locations, in particular in more marginal areas where the stocking rate (and hence the gross revenues) would be only one-third of the global average. This is easier where land is under private property. It is more difficult where it under common property, particularly where large numbers of

BLM_0080019

impoverished herders or smallholders depend on such land. This is not to say that responsible stewardship for natural resources does not exist in extensive grazing; rather, these systems have come under a series of endogenous (population growth) and exogenous (e.g. arable encroachment) pressures, resulting in growing environmental deterioration.

Grazing access will have to be restricted and managed, often in a way that makes livestock production a secondary output, and environmental services primary one. This is already happening in the Alps and other areas in Europe or North America, which are both environmentally vulnerable and precious in environmental terms. Payment for environmental services will have to occur at local, national and international level, depending on the nature of the service - water and soil conservation are local goods whereas biodiversity and carbon are global goods.

The large areas that have become degraded as a result of poor management and grazing pressure can be restored if countries realize the immense damage resulting from "laisser faire" and the equally important potential gains from a process guided more consciously by environmental considerations. The opportunities for this transition depend on the relative value of the productive potential of a given area, compared with its potential for environmental service provision (Lipper, Pingali and Zurek, 2006). The lower the agricultural productivity (e.g. poor soil, steep slope) and the higher the potential for environmental service provision (e.g. watershed protection), the easier the change. Degraded grazing areas fit the bill, particularly in the more humid and hilly or mountainous areas of developing countries, but making the change will still require appropriate institutional arrangement for sellers and buyers of environmental services, at the local, national and global scale. Hence, developing such schemes needs to be given priority.

Suggesting a shift from current "extractive"

grazing practices to environmental service-oriented grazing raises questions of paramount importance: how to share benefits from environmental services and how to deal with the poor who currently derive their livelihoods from extensive livestock? Their numbers are considerable. Livestock provides an important source of livelihood in poor countries. In Mauritania (where it provides 15 percent of GDP), the Central African Republic (21 percent) and Mongolia (25 percent). However, this does not automatically imply that the livestock sector provides an avenue for poverty reduction.

Obviously there is no silver bullet. Alternative employment generation and out-migration and social safety nets are some of the more obvious policy needs. Arguably, the establishment of social safety nets for these populations, can be seen as an international obligation, especially in countries where the economic potential for other sectors is also limited, and where global assets such as biodiversity or climate are concerned. Such measures, combined with payments for environmental services, could facilitate the transition from mining of marginal grazing lands to a more sustainable use of these vast areas.

## 7.3 The challenge ahead

Livestock is a sector of striking contrasts. Though of modest economic importance, it still has overwhelming social importance in many developing countries, and still commands significant political clout in many developed countries. It causes considerable environmental damage in terms of climate change and air pollution, water supply and quality, and biodiversity. This is in stark contrast to the positive effects in waste recycling and conservation of non-renewable resources that characterized most mixed farming following the Agricultural Revolution. At the same time, livestock-dependent livelihoods of people living in, or at the margins of, poverty, are threatened.

A major outcome of this assessment is that, compared to its economic performance, the

BLM_0080020

environmental impacts of the livestock sector are not being adequately addressed, despite the fact that major reductions in impact could be achieved at reasonable cost. The problem therefore lies mainly with institutional and political obstacles, and the lack of mechanisms to provide environmental feed-back, ensure that externalities are accounted for and embed the stewardship of common property resources into the sector.

Why is this so? First, civil society seems to have an inadequate understanding of the scope of the problem. Perhaps even among the majority of environmentalists and environmental policy-makers, the truly enormous impact of the livestock sector on climate, biodiversity and water is not fully appreciated. Hopefully, this assessment will help to remedy that situation.

Second, environmentally motivated action by civil society usually focuses on the functions and protection of specific ecosystems. As we have seen, the mobility of the livestock industry allows its relocation without major problems becoming apparent. However, the pressure on the environment is usually shifted elsewhere, and manifests itself in different forms. For example, intensification may reduce pressure on grazing lands but increase pressure on waterways.

Third, and related to this, is the complexity of livestock-environment interactions, and their many manifestations, make concerted actions more difficult. That is also true of many environmental issues and is a major reason why environmental policy-making lags behind other areas.

Finally, the livestock sector is driven by other policy objectives. Decision-makers find it difficult to address economic, social, health and environmental objectives simultaneously. The fact that so many people depend on livestock for their livelihoods limits the available options to policy-makers, and involves difficult and political sensitive decisions on trade-offs.

Despite these difficulties, the impact of live-stock on the local and global environment is so significant that it needs to be addressed with urgency. Information, communication and education will play critical roles towards the promotion of an enhanced willingness to act.

Consumers, because of their strong and growing influence in determining the characteristics of products, will likely be the main source of commercial and political pressure to push the livestock sector into more sustainable forms. Major progress has been made in the fisheries and forestry sectors in eco-labelling of sustainably harvested fish and forest products. Eco-labels such as those of the Marine and Forest Stewardship Councils have already gained consumers' interest. This has not yet emerged in the meat and milk sector. Institutions are urgently required for the appropriate certification and labelling to guide consumers in discerning between products produced in an environment-friendly way and others. The development and application of environmental standards critically relies on functioning institutions that need to include specific environmental challenges of the livestock sector.

Many of the negative environmental impacts occur in an institutional void, without adequate institutions either to monitor the scale of the problem or to deal with it. Traditional institutions, that used to regulate access to common property resources, have become ineffective or disappeared altogether. These now need to be revived and adapted. Meanwhile, modern institutions, which would regulate the problems, are not emerging fast enough. The surge in industrial production in Asia and Latin America has not been accompanied by a concomitant upgrading of environmental regulations and related enforcement. This has led to much of the unparalleled environmental damage that is currently occurring.

Environmental damage is "traded" in the form of feed and livestock products, without the real costs appearing in the trade balance (Gallo-

BLM_0080021

way *et al.*, 2006). Appropriate institutions are required to establish more appropriate pricing mechanisms that truly signal natural resource shortages and externalities.

Policy-makers are faced with the quandary of achieving the multiple objectives of affordable supply of high value food, food safety, livelihoods and environmental soundness in a sector that, while industrializing, is still dominated by large numbers of small-scale producers in many parts of the world. In fact, concern for family-based farming is prominent in the livestock policies of many countries.

Expecting the livestock sector to deliver on all fronts is ambitious. It will require difficult choices; the policy framework for the livestock sector, as for other areas, is characterized by a large number of trade-offs. For example, a large commercial expansion of the sector, benefiting from economies of scale and with upgraded food safety standards, creates barriers to smallholder producers. Many simply will not have the financial and technical means to compete and will be forced out of business. Likewise, distortions and externalities can be corrected but the costs of higher input prices and environmental controls will have to be passed on to the consumer, in the form of higher prices for meat, milk and eggs. As we have seen, the world's rapidly growing middle class might be willing to pay the higher costs.

Current trends of structural change imply the likely and probably accelerating exit of smallholder livestock producers in developing countries as well as developed. This trend is likely to persist even where suitable institutional mechanisms, such as cooperatives and contract farming, can be used to connect smallholders to the growing and modernizing agri-business. Such mechanisms are important for buffering the social impact of structural change. However, many poor people engage in livestock activities for lack of alternative rather than out of choice, the demise of smallholders may not always be bad. This is already happening in OECD coun-

tries, it is generally not regarded as a problem, and adequate employment possibilities exist outside the sector.

However, it becomes a major social problem if such employment opportunities do not exist in other sectors and social safety nets will then be required. Policies that attempt to stem the trend of structural change, in favour of small-scale or family farming, will be costly. As demonstrated by the EU's agricultural policy, they may only prolong the process and perhaps still fail. The important issue will be to find alternative options for displaced people to gain a living outside the livestock or agricultural sector.

Given the planet's finite natural resources, and the additional demands on the environment from a growing and wealthier world population, it is imperative for the livestock sector to move rapidly towards far-reaching change. The present analysis suggests four lines of action.

First, there is a need for continued efficiency gains in resource use for livestock production, on the basis of much-required price corrections for inputs, and replacing current suboptimal production with advanced production methods – at every step from feed production, through livestock production and processing, to distribution and marketing.

Second, there is a need to accept that the intensification and perhaps industrialization of livestock production is the inevitable long-term outcome of the structural change process that is ongoing for most of the sector. The key to making this process environmentally acceptable is facilitating the right location to enable waste recycling on cropland, and applying the right technology, especially in feeding and waste management. Locating industrial livestock units in suitable rural environments and not in congested peri-urban or otherwise favoured settings allows for the recycling of nutrients.

Third, extensive land-based production will continue to exist. However, grassland-based production will need to turn to the provision of

BLM_0080022

environmental services as a major purpose, and probably as the most important one in vulnerable areas. It must adjust itself to deliver landscape maintenance, biodiversity protection, clean water and eventually carbon sequestration, rather than only production of conventional livestock commodities.

Last, but certainly not least, for the suggested changes to occur, there is an urgent need to develop and implement effective policy frameworks at the local, national and international level. This will need to be established with a strong political commitment, based on a civil society that needs to be more aware of the environmental risks of continuing "business as usual."

The livestock sector is responsible for a significant share of environmental damage. With these changes, undertaken with an appropriate sense of urgency, the sector can make a very significant contribution to reducing and reversing environmental damage.

BLM_0080023

# References

BLM_0080024

# References

**Ackerman, F., Wise T.A., Gallagher, K.P., Ney, L. & Flores, R.** 2003. *Free trade, corn and the environment: Environmental impacts of US–Mexico corn trade under NAFTA.* Global Development and Environment Institute, Working Paper No. 03-06.

**ADB.** 2001. *Fire, smoke, and haze – the ASEAN response strategy.* Edited by S. Tahir Qadri. Asian Development Bank. Manila, Philippines. p. 246

**Ahmed, M.** 2000. Water pricing and markets in the Near East: Policy issues and options. *Water Policy*, 2: 229–242.

**Ajayi, S.S.** 1997. Pour une gestion durable de la faune sauvage: Le cas africain. In Etude FAO forêts , eds. *Ouvrages sur l'Aménagement Durable des Forêts.* Rome, FAO.

**Alder, J. & Lugten, G.** 2002. Frozen fish block: how committed are North Atlantic States to accountability, conservation and management of fisheries? *Marine Policy*, 26: 345–357.

**Allan, J.A.** 2001. Virtual Water – economically invisible and politically silent – a way to solve strategic water problems, *International Water and Irrigation*, 21(4): 39–41.

**Altieri, M. & Pengue, W.** 2006. GM soybean: *Latin America's new coloniser.* Article in *Grain* (Available at http://www.grain.org/front/).

**Amon, B., Moitzi, G., Schimpl, M., Kryvoruchko, V. & Wagner-alt, C.** 2002. *Methane, nitrous oxide and ammonia emissions from management of liquid manures, Final Report 2002.* On behalf of Federal Ministry of Agriculture, Forestry, Environmental and Water Management and the Federal Ministry of Education, Science and Culture Research Project No. 1107, BMLF GZ 24.002/24-IIA1a/98 and Extension GZ 24.002/33-IIA1a/00.

**Anderson, D.M., Galloway, S.B. & Joseph, J.D.** 1993. *Marine biotoxins and harmful algae: a national plan.* Technical Report, Woods Hole, Massachusetts, USA, Woods Hole Oceanographic Institution (WHOI) 93–02. 59 pp.

**Anderson, K. & Martin, W.** 2005. *Agricultural trade reform and the Doha Development Agenda.* World Bank Policy Research Working Paper 3607. World Bank, 21 February 2005.

**Anderson, M. & Magleby, R.** 1997. *Agricultural resources and environmental indicators, 1996–97.* Agricultural Handbook No. 712. July 1997, 356 pp.

**Andreae, M.O. & Crutzen, P.J.** 1997. Atmospheric aerosols: biogeochemical sources and roles in atmospheric chemistry. *Science*, 276: 1052–1057.

**Andreoni, J & D. Capman.** 2001. The simple analysis of the environmental Kuznets curve. *Journal of Public Economics* 80(2): 269–277.

**Animal Info.** 2005. *Information on endangered mammals,* (Available at http://www.animalinfo.org/index. Accessed July, 2005).

**Archer, S., Schimel, D.S. & Holland, E. A.** 1995. Mechanisms of shrubland expansion: land use, climate or CO2? *Climatic Change*, 29: 91–99.

**ARKive.** 2005. *Globally endangered chapter,* (Available http://www.arkive.org/species/GES/. Accessed July, 2005).

**Artaxo, P., Martins, J.V., Yamasoe, M.A., Procópio, A.S., Pauliquevis, T.M., Andreae, M.O., Guyon, P., Gatti, L.V. & Leal, A.M.C.** 2002. Physical and chemical properties of aerosols in the wet and dry seasons in Rondonia, Amazonia. *Journal of Geophysical Research*, 107 (D20): 8081–8095.

**Arthur, J.A. & Albers, G.A.A.** 2003. Industrial perspective on problems and issues associated with poultry breeding. In W.M. Muir, *Poultry genetics, breeding and biotechnology.*

**Asad, M., Azevedo, L.G., Kemper, K.E. & Simpson, L.D.** 1999 *Management of water resources: Bulk water pricing in Brazil.* World Bank Technical Paper No. 432.

**Asner, G.P., Borghi, C.E. & Ojeda, R.A.** 2003. Desertification in central Argentina: Changes in ecosystem carbon and nitrogen from imaging spectroscopy. *Ecological Application*, 13(3): 629–648.

BLM_0080025