**Asner, G.P., Elmore, A.J., Olander, L.P., Martin, R.E. & Harris, A.T.** 2004. Grazing systems, ecosystem responses, and global change. *Annual review of environment and resources*, 29: 261–299.

**Atwill, E.R.** 1995. *Microbial pathogens excreted by livestock and potentially transmitted to humans through water.* Davis, USA, Veterinary Medicine Teaching and Research Center School of Veterinary Medicine, University of California.

**Baillie, J.E.M., Hilton-Taylor, C. & Stuart, S.N.** eds., 2004. 2004 IUCN red list of threatened species. A global species assessment. Gland, Switzerland and Cambridge, UK, IUCN.

**Baker, B., Barnett, G. & Howden, M.** 2000. *Carbon sequestration in Australia's rangelands. Proceedings workshop Management options for carbon sequestration in forest, agricultural and rangeland ecosystems.* CRC for Greenhouse Accounting, Canberra.

**Ballan, E.** 2003. De participation en conflit: la décision partagée à l'épreuve des faits dans la moyenne vallée du Zambèze. In Rodary E., Castellanet C. & Rossi G., eds. *Conservation de la nature et développement, l'intégration possible?* Paris: Karthala & GRET, 225–237.

**Bari, F., Wood, M.K. & Murray, A.L.** 1993. Livestock grazing impacts on infiltration rates in a temperate range of Pakistan. *Journal of Range Management*, 46: 367–372.

**Barraud, V., Saleh, O.M. and Mamis, D.** 2001. *L'élevage transhumant au Tchad Oriental.* Tchad: Vétérinaires Sans Frontières.

**Barrios, A.** 2000. *Urbanization and water quality.* CAE Working Paper Series. WP00-1. American Farmland Trust's Center for Agriculture in the Environment, DeKalb, Ill.

**Barrow, C.J.** 1991. *Land degradation: Development and breakdown of terrestrial environments.* UK, Cambridge University Press. 313 pp.

**Barrow, N.J. & Lambourne, L.J.** 1962. Partition of excreted nitrogen, sulphur, and phosphorus between the faeces and urine of sheep being fed pasture. *Australian Journal of Agricultural Research*, 13(3): 461–471.

**Batjes, N.H.** 2004. Estimation of soil carbon gains upon improved management within croplands and grasslands of Africa. *Environment, Development and Sustainability*, 6:133–143.

**Behnke, R.** 1997. Range and Livestock Management in the Etanga Development Area, Kunene Region. Progress Report for the NOLIDEP Project. Windhoek, Namibia, Ministry of Agriculture, Water and Rural Development.

**Bellamy, P.H., Loveland, P.J., Bradley, R.I, Lark, R.M. & Kirk, G.J.D.** 2005. Carbon losses from all soils across England and Wales 1978–2003. *Nature*, 437: 245–248.

**Bellows, B.** 2001. *Nutrient cycling in pastures-livestock systems guide.* Fayetteville, Arizona, USA, ATTRA – National Sustainable Agriculture Information Service.

**Belsky, A.J., Matzke A. & Uselman S.** 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. *Journal of Soil and Water Conservation*, 54: 419–431.

**Benoît, M.** 1998. *Statut et usages du sol en périphérie du parc national du «W» du Niger.* Paris, Niamey, ORSTOM.

**Berg, C.** 2004. *World fuel ethanol analysis and outlook*, (Available at http://www.distill.com/World-Fuel-Ethanol-A&O-2004.html).

**Bernstein S.** 2002. Freshwater and human population: A global perspective. In Karen Krchnak, ed., *Human population and freshwater resources: US cases and international perspective*, New Haven, USA, Yale University. 177 pp.

**Bernués, J.L. Riedel, M.A. Asensio, M. Blanco, A. Sanz, R.R. & Casasús I.** 2005. An integrated approach to studying the role of grazing livestock systems in the conservation of rangelands in a protected natural park (Sierra de Guara, Spain). *Livestock production science*, 96(1): 75–85.

**Biggs, R., Bohensky, E., Desanker, P. V., Fabricius, C., Lynam, T., Misselhorn, A., Musvoto, C., Mutale, M., Reyers, B., Scholes, R.J., Shikongo, S. & van Jaarsveld, A.S.** 2004. *Nature supporting people: the Southern Africa Millenium Ecosystem Assessment.* Pretoria, Council for Scientific and Industrial Research.

BLM_0080026

**Binot, A., Castel, V. & Caron, A.** 2006. *The wildlife-livestock interface in sub-Saharan Africa.* Sécheresse, June 2006.

**BirdLife International.** 2005. *Species factsheets.* (Downloaded from http://www.birdlife.org. Accessed July 2005).

**Black, R.** 2006. Public says 'no' to badger cull. BBC News, (Available at http://news.bbc.co.uk/2/hi/science/nature/5172360.stm).

**Bolin, B., Degens, E.T., Kempe, S. & Ketner, P.** eds. 1979. SCOPE 13 *The global carbon cycle.* Scientific Committee On Problems of the Environment (SCOPE), (Available at http://www.icsu-scope.org/downloadpubs/scope13/).

**Bolin, B., Crutzen, P.J., Vitousek, P.M., Woodmansee, R.G., Goldberg, E.D. & Cook, R.B.** 1981. *An overview of contributions and discussions at the SCOPE workshop on the interaction of biogeochemical cycles,* Örsundsbro, Sweden, 25–30 May 1981, (Available at www.icsu-scope.org/downloadpubs/scope21/chapter01.html).

**Bosworth, B., Cornish, G., Perry, C. & van Steenbergen, F.** 2002. *Water charging in irrigated agriculture Lessons from the literature.*

**Bouman, B.A.M., Plant, R.A.J. & Nieuwenhuyse, A.** 1999. Quantifying economic and biophysical sustainability trade-offs in tropical pastures. *Ecological Modelling,* 120(1): 31–46.

**Bourgeot, A. and Guillaume, H.** 1986. *Introduction au nomadisme: mobilité et flexibilité?* Bulletin de liaison No. 8. ORSTOM.

**Bouwman, A.F.** 1995. *Compilation of a global inventory of emissions of nitrous oxide.* Ph.D. Thesis, Agricultural University, Wageningen.

**Bouwman, A.F., Lee, D.S., Asman, W.A.H., Dentener, F.J., Van Der Hoek, K.W. & Olivier J.G.J.** 1997. A global high-resolution emission inventory for ammonia, *Global Biogeochemical Cycles,* 11(4): 561–587.

**Bouwman, A.F., & van Vuuren, D.P.** 1999. *Global assessment of acidification and eutrophication of natural ecosystems.* RIVM report 402001012. Bilthoven, the Netherlands National Institute of Public Health and the Environment (RIVM). p. 51.

**Bowman, R.L., Croucher, J.C., Picard, M.T., Habib, G., Basit Ali Shah, Wahidullah, S., Jabbar, G., Ghufranullah, Leng, R.A., Saadullah, M., Safley, L.M., Cassada, M.E., Woodbury, J.W. & Perdok, H.B.** 2000. *Global impact domain: Methane emissions.* Working Document LEAD, Rome, (Available at www.fao.org/WAIRDOCS/LEAD/X6116E/X6116E00.HTM).

**Boyd, J.W., Caballero, K. & Simpson, R.D.** 1999. *The law and economics of habitat conservation: Lessons from an analysis of easement acquisitions.* Discussion Paper 99–32. Resources for the Future, Washington, DC.

**Breman, H. & de Wit, C.T.** 1983. Rangeland productivity and exploitation in the Sahel. *Science,* 221(4618): 1341–1347.

**British Columbia Ministry of Forests.** 1997. *Remedial measures primer.* Forest Practices Branch, Forest Service British Columbia, Canada, (Available at http://www.for.gov.bc.ca/hfd/pubs/Docs/Fpb/RMP-01.htm).

**Bromley, D.W.** 2000. Property regimes and pricing regimes in water resource management. In Ariel Dinar, ed., *The political economy of water pricing reforms.* New York, USA, Oxford University Press. pp. 37–47.

**Brown, A.E., Zhang, L., McMahon, T.A., Western, A.W. & Vertessy, R.A.** 2005. A review of paired catchment studies for determining changes in water yield resulting from alterations in vegetation *Journal of Hydrology,* 310(1-4): 28–61.

**Brown, I.H., Londt, B.Z., Shell, W., Manvell, R.J., Banks, J., Gardner, R., Outtrim, L., Essen, S.C., Sabirovic, M., Slomka, M. & Alexande, D.J.** 2006. *Incursion of H5N1 'Asian lineage virus' into Europe: source of introduction?* FAO/OIE International Scientific Conference on Avian Influenza and Wild Birds.

**Brown, J.H. 1989. Patterns, modes and extents of invasions by vertebrates. In: Drake, J.A., Mooney, H.A., di Castri, F., Groves, R.H., Kruger, F.J., Rejmànek,M., and Williamson M.,** eds., *Biological invasions, a global perspective,* SCOPE 37 – Scientific Committee on Problems of the Environment. Published by John Wiley & Sons Ltd. 506 pp.

BLM_0080027

**Brown, L.R.** 2002. *Water deficits growing in many countries water shortages may cause food shortages.* Earth Policy Institute, 6 August 2002–11, (Available at www.earth-policy.org/Updates/Update15.htm).

**Bruijnzeel, L.A.** 2004. Hydrological functions of tropical forests: not seeing the soil for the trees? *Agriculture, Ecosystems & Environment*, 104(1): 185–228.

**Bryant, D., Burke, L., McManus, J. & Spalding, M.** 1998. *Reefs at risk: A map-based indicator of potential threats to the world's coral reefs.* pp. 56.

**Bull, W.B.** 1997. Discontinuous ephemeral streams. *Geomorphology*, 19(3–4): 227–276.

**Bureau of Land Management.** 2005. Resource Management Plan. Bakersfield Field Office (Available at http://www.ca.blm.gov/bakersfield/bkformp/rmpcontents.html. Last updated:07/20/05).

**Buret, A., deHollander, N., Wallis, P.M., Befus, D. & Olson, M.E.** 1990. Zoonotic potential of giardiasis in domestic ruminants. *The Journal of Infectious Diseases*, 162: 231–237.

**Burton, C.H.** 1997. *Manure management – treatment strategies for sustainable agriculture.* Silsoe Research Institute, Wrest Park, Silsoe, Bedford. UK. p. 196.

**Burton, C.H. & Turner, C.** 2003. Manure management – treatment strategies for sustainable agriculture. 2nd Edition. Wrest Park, Silsoe, Bedford, UK. Silsoe Research Institute, p. 451.

**Butt, T.A., McCarl, B.A., Angerer, J., Dyke, P.R. & Stuth, J.W.** 2004. *Food security implication of climate change in developing countries: findings from a case study in Mali.* USA, Texas A&M University.

**Byerlee, D., Alex, G. & Echeverría, R.G.** 2002. The evolution of public research systems in developing countries: Facing new challenges. In: Byerlee, D. and Echeverria, R.G., eds. *Agricultural research policy in an era of privatization.* CAB International 2002.

**Byers, B.A.** 1997. *Environmental threats and opportunities in Namibia: A comprehensive assessment*, Directorate of Environmental Affairs-Ministry of Environment and Tourism.

**California Trout.** 2004. *Grazing reform overview*, (Available at http://www.caltrout.org/index.html).

**Canadian Animal Health Institute.** 2004. *Hormones: A safe, effective production tool for the Canadian beef industry.* CAHI factsheet, (Available at http://www.cahi-icsa.ca/pdf/Beef-Hormones-Factsheet.pdf).

**Cantagallo, J.E., Chimenti, C.A. & Hall, A.J.** 1997. Number of seeds per unit area in sunflower correlates well with a photothermal quotient. *Crop Science*, 37: 1780–1786.

**Carlyle, G.C. & Hill, A.R.** 2001. Groundwater phosphate dynamics in a river riparian zone: effects of hydrologic flowpaths, lithology and redox chemistry. *Journal of Hydrology*, 247 (3–4): 151–168.

**Carney, J.F., Carty C.E. & Colwell R.R.** 1975. Seasonal occurrence and distribution of microbial indicators and pathogens in the Rhode river of Chesapeake Bay. *Applied and Environmental Microbiology*, 30(5): 771–780.

**Carpenter, S.R., Caraco, N.F., Correll, D.L., Howarth, R.W., Sharpley, A.N. & Smith, V.H.** 1998. Nonpoint pollution of surface waters with phosphorus and nitrogen. *Ecological Applications*, 8(3): 559–568.

**Carvalho, G., Moutinho, P., Nepstad, D., Mattos, L. & Santilli, M.** 2004. An Amazon perspective on the forest–climate connection: Opportunity for climate mitigation, conservation and development? *Environment, Development and Sustainability*, 6(1–2): 163–174.

**CAST.** 1999. *Animal Agriculture and Global Food Supply.* Council for Agricultural Science and Technology (CAST) ISBN 1-887383-17-4, July 1999, 92 pp.

**Castel V.** 2004. *Valeurs et Valorisation des ressources de la biodiversité: Quel Bilan? Quelles perspectives pour les éleveurs?* Introductive document of theme 1 and 2. Electronic conference of the LEAD/FAO francophone platforme: Cohabitation ou compétition entre la faune sauvage et les éleveurs… Où en est-on aujourd'hui? Faut-il changer d'approche? Organized by LEAD and CIRAD.

BLM_0080028

**Castel, V.** 2005. Synthèse des débats du Thème No. 1 «Valeurs et Valorisation des ressources de la biodiversité: Quel Bilan? Quelles perspectives pour les éleveurs?» de la 2ème Conférence électronique de la Plateforme francophone LEAD (FAO): *Cohabitation ou compétition entre la faune sauvage et les éleveurs... Où en est-on aujourd'hui? Faut-il changer d'approche?* Organized by LEAD and CIRAD, 2005.

**Cattoli, G. and Capua, I.** 2006. *A diagnostic approach to wild bird surveillance and environmental sampling.* FAO/OIE International Scientific Conference on Avian Influenza and Wild Birds.

**Cederberg, C. & Flysjö, A.** 2004. *Life cycle inventory of 23 dairy farms in south-western Sweden.* SIK report No. 728. p. 59.

**Cerejeira, M.J., Viana, P., Batista, S., Pereira, T., Silva, E., Valerio, M.J., Silva, A., Ferreira M. & Silva-Fernandes A.M.** 2003. Pesticides in Portuguese surface and groundwaters. *Water Research*, 37(5):1055–1063.

**Chamberlain, D.J. & Doverspike, M.S.** 2001. Water tanks protect streambanks. *Rangelands*, 23(2): 3–5.

**Chameides, W.L. & Perdue, E.M.** 1997. *Biogeochemical cycles: a computer-interactive study of earth system science and global change.* New York, USA, Oxford University Press.

**Chapagain, A.K. & Hoekstra, A.Y.** 2003. *Virtual water flows between nations in relation to trade in livestock and livestock products.* Value of Water Research Report Series No. 13. UNESCO-IHE.

**Chapagain, A.K. & Hoekstra, A.Y.** 2004. *Water footprints of nations.* Volume 1: Main Report. Value of Water Research Report Series No. 16. UNESCO-IHE. p. 76. (Available at http://www.waterfootprint.org).

**Chapman, E.W. & Ribic, C.A.** 2002. The impact of buffer strips and stream-side grazing on small mammals in southwestern Wisconsin. *Agriculture, Ecosystems and Environment*, 88: 49–59.

**Chauveau, J.P.** 2000. Question foncière et construction nationale en Côte d'Ivoire. *Politique Africaine*, 78: 94–125.

**Child, B.** 1988. The economic potential and utilization of wildlife in Zimbabwe. *Rev. Sci. tech.*, 1988.

**Chohin-Kuper, A., Rieu, T. & Montginoul, M.** 2003. *Water policy reform: Pricing water, cost recovery, water demand and impact on agriculture. Lessons from the Mediterranean experience.*

**Christensen, V., Guenette, S., Heymans, J.J., Walters, C.J., Watson, R., Zeller, D. & Pauly, D.** 2003. Hundred-year decline of North Atlantic predatory fishes. *Fish and Fisheries*, 4(1): 1–24.

**Clark Conservation District.** 2004. *Healthy riparian areas,* (Available at http://clark.scc.wa.gov/Page7.htm, accessed in 2004).

**Cochrane, M.A. & Laurance, W.F.** 2002. Fire as a large-scale edge effect in Amazonian forests. *Journal of Tropical Ecology*, 18: 311–325.

**Collins R. & Rutherford K.** 2004. Modelling bacterial water quality in streams draining pastoral land. *Water Research*, 38(3): 700–712.

**Conceição, M.A.P., Durão, R.M.B., Costa, I.M.H., Castro, A., Louzã, A. C. & Costa, J.C.** 2004. Herd-level seroprevalence of fasciolosis in cattle in north central Portugal. *Veterinary Parasitology*, 123 1–2: 93–103.

**Convers, A.** 2002. *Etat des lieux spatialisé et quantitative de la transhumance dans la zone périphérique d'influence du parc national du W (Niger).* Rapport, CIRAD EMVT, 2002.

**Correll, D.L.** 1999. Phosphorus: a rate limiting nutrient in surface waters. *Poultry Science*, 78(5): 675–682.

**Costa, J.L., Massone, H., Martnez, D., Suero, E.E., Vidal, C.M. & Bedmar F.** 2002. Nitrate contamination of a rural aquifer and accumulation in the unsaturated zone. *Agricultural Water Management*, 57(1): 33–47.

**Costales, A., Gerber, P. & Steinfeld, H.** 2006. Underneath the livestock revolution. *Livestock Report*, 2006. Rome, FAO.

**Crutzen, P.J. & Andreae, M.O.** 1990. Biomass burning in the tropics: impact on atmospheric chemistry and biogeochemical cycles. *Science*, 250 (4988): 1669–1678.

**Crutzen, P.J. & Goldammer, J.G.** 1993. *Fire in the environment: The ecological, atmospheric, and climatic importance of vegetation fires.* Dahlem Konferenz 15–20 March 1992, Berlin), ES13, Chichester, UK, Wiley. 400 pp.

BLM_0080029

**Cumming, D. H. M.** 2005. Wildlife, livestock and food security in the South-East Lowveld of Zimbabwe. Pages 4146 in Proceedings of the Southern and East African Experts Panel on Designing Successful Conservation and Development Interventions at the Wildlife/Livestock Interface: Implications for Wildlife, Livestock and Human Health. Gland, Switzerland, IUCN Occasional Paper. International Union for the Conservation of Nature and Natural Resources.

**d'Antonio, C.M.** 2000. Fire, plant invasions and global changes, In: *Invasive Species in a Changing World*, edited by H.A. Mooney and R.J. Hobbs. Washington, DC, Island Press. pp 65–94

**Dalla Villa, R., de Carvalho Dores, E.F., Carbo. L. & Cunha, M.L.** 2006. Dissipation of DDT in a heavily contaminated soil in Mato Grosso, Brazil. *Chemosphere*, 64(4): 549–54.

**Daniel, T.C., Sharpley, A.N., Edwards, D.R., Wedepohl, R. & Lemunyon, J.L.** 1994. Minimizing surface water eutrophication from agriculture by phosphorous management. *Journal of Soil and Water Conservation*, 49(2): 30.

**Darlington, P. J., Jr.** 1943. Carabidae of mountains and islands: data on the evolution of isolated faunas, and on atrophy of wings. *Ecological Monographs* 13, 37–61.

**David, H.M.** 2005. Wildlife, livestock and food security in the South East of Zimbabwe. In *conservation and development interventions at the wildlife/livestock interface implications for wildlife, livestock and human health.* Edited and compiled by Steven A. Osofsky. Proceedings of the Southern and East African Experts Panel on Designing Successful Conservation and Development Interventions at the Wildlife/Livestock Interface: Implications for Wildlife, Livestock and Human Health, AHEAD (Animal Health for the Environment And Development), 14th and 15th September, 2003. Occasional Paper of the IUCN Species Survival Commission No. 30. pp. 41–46.

**de Haan, C.H., Steinfeld, H. & Blackburn, H.** 1997. *Livestock and the environment: Finding a balance.* Suffolk, UK, WRENmedia.

**de Haan, C.H., Schillhorn van Veen, T. W., Brandenburg, B., Gauthier, J., Le Gall, F., Mearns, R. & Siméon, M.** 2001. *Livestock development, implications for rural poverty, the environment, and global food security.* Washington, DC, World Bank.

**De la Rosa, D., Moreno, J. A., Mayol, F. & Bonson, T.** 2000. Assessment of soil erosion vulnerability in western Europe and potential impact on crop productivity due to loss of soil depth using the ImpelERO model. *Agriculture, Ecosystems and Environment*, 1590: 1–12.

**de Wit, J., van Keulen, H., van der Meer, H.G. & Nell, A.J.** 1997. Animal manure: asset or liability? *World Animal Review* 88-1997/1. (Available at www.fao. org/docrep/w5256t/W5256t05.htm).

**Delgado, C. and Narrod, C.** 2002. *Impact of changing market forces and policies on structural change in the livestock industries of selected fast-growing developing countries.* Final research report of phase I – project on livestock industrialization, trade and social-health-environment impacts in developing countries.

**Delgado, C., Narrod, C.A. and Tiongco, M.M.** 2003. *Policy, technical, and environmental determinants and implications of the growing scale of livestock farms in four fast-growing developing countries.* International Food Policy Research Institute Washington, DC.

**Delgado, C., Rosegrant, M., Steinfeld, H., Ehui, S. & Courbois, C.** 1999. Livestock to 2020: *The next food revolution.* Food, Agriculture, and the Environment Discussion Paper 28. Washington, DC, IFPRI/FAO/ ILRI (International Food Policy Research Institute/ FAO/International Livestock Research Institute).

**Delgado, C., Wada, N., Rosegrant, M.W., Meijer, S. & Mahfuzuddin, A.** 2003. *Fish to 2020: supply and demand in changing global markets.* Washington, DC, the International Food Policy Research Institute and the WorldFish Center.

**Delgado, C., Narrod, C.A. & Tiongco, Marites M.** 2006. *Determinants and implications of the growing scale of livestock farms in four fast-growing developing countries.* Washington, DC, International Food Policy Research Institute.

BLM_0080030

**Department of the Environment, Sport & Territories.** 1993. *Biodiversity and its value.* Biodiversity Series, Paper No. 1. Biodiversity Unit, The Department of the Environment, Sport and Territories of the Commonwealth of Australia.

**Devendra, C. & Sevilla, C.C.** 2002. Availability and use of feed resources in crop–animal systems in Asia, *Agricultural Systems*, 71(1): 59–73.

**Devine. R.** 2003. La consommation des produits carnés. *INRA Prod. Anim.*, 16(5): 325–327

**Di Castri, F.** 1989. History of biological invasions with special emphasis on the Old World. In: Drake, J.A., H.A. Mooney, F. di Castri, R.H. Groves, F.J. Kruger, M. Rejmànek, and M. Williamson, eds., *Biological invasions, a global perspective*, SCOPE 37 – Scientific Committee on Problems of the Environment. John Wiley & Sons Ltd. p. 506.

**Di Tomaso, J.M.** 2000. Invasive weeds in rangelands: Species, impacts, and management. *Weed Science*, 48(2): 255–265.

**Di, H.J. & Cameron, K.C.** 2003. Mitigation of nitrous oxide emissions in spray-irrigated grazed grassland by treating the soil with dicyandiamide, a nitrification inhibitor. *Soil use and management*, 19(4), 284–290.

**Diamond, J. and Shanley, T.** 1998. *Infiltration rate assessment of some major soils.* Wexford, UK, Johnstown Castle Research Centre.

**Dinda, S.** 2005. A theoretical basis for the environmental Kuznets curve. *Ecological Economics* 53 (2005) 403–413.

**Dompka, M.V., Krchnak, K.M. & Thorne, N.** 2002. Summary of experts' meeting on human population and freshwater resources. In Karen Krchnak, ed., *Human Population and Freshwater Resources: U.S. Cases and International Perspective*, Yale University, New Haven, USA. 177 pp.

**Donner, S.D.** 2006. Surf or turf: A shift from feed to food cultivation could reduce nutrient flux to the Gulf of Mexico. *Global Environmental Change*, in press.

**Douglas, J.T. & Crawford, C.E.** 1998. Soil compaction effects on utilization of nitrogen from livestock slurry applied to grassland Source. *Grass and Forage Science*, 53(1): 31–34.

**Dregne, H., Kassa, M. & Rzanov, B.** 1991. A new assessment of the world status of desertification. *Desertification Control Bulletin*, 20, 6–18.

**Dregne, H.E.** 2002. Land degradation in dry lands. *Arid land research and management*, 16: 99–132.

**Dregne, H.E. & Chou, N.T.** 1994. Global desertification dimensions and costs. In H.E. Dregne, ed. *Degradation and restoration of arid lands.* Lubbock; USA; Texas Technical University.

**East Bay Municipal Utility District.** 2001. *East Bay watershed range resource and management plan* (RRMP). East Bay Municipal Utility District, Watershed and Recreation Division, (Available at http://www.ebmud.com/water_&_environment/ environmental_protection/east_bay/range_ resource_management_plan/).

**Eckard, R., Dalley, D. & Crawford, M.** 2000. *Impacts of potential management changes on greenhouse gas emissions and sequestration from dairy production systems in Australia.* Proceedings workshop "Management Options for Carbon Sequestration in Forest, Agricultural and Rangeland Ecosystems", CRC for Greenhouse Accounting, Canberra.

**Els, A.J.E. & Rowntree, K.M.** 2003. *Water resources in the savannah regions of Botswana.* EU INCO/UNEP/ SCOPE Southern African Savannas Project.

**Engels, C.L.** 2001. *The effect of grazing intensity on rangeland hydrology.* NDSU Central Grasslands Research Extension Center. Available at www. ag.ndsu.nodak.edu/streeter/2001report/Chad_ engels.htm.

**English, W.R., Wilson, T. & Pinkerton, B.** (No date). *Riparian management handbook for agricultural and forestry lands.* College of Agriculture, Forestry and Life Sciences, Clemson University, Clemson.

**EPICA community members.** 2004. Eight glacial cycles from an Antarctic ice core. *Nature*, 429. 10 June. pp. 623–628.

**Estergreen, V.L., Lin, M.T., Martin, E.L., Moss, G.E., Branen, A.L., Luedecke, L.O. & Shimoda, W.** 1977. Distribution of progesterone and its metabolites in cattle tissues following administration of progesterone-4–14C. *Journal of Animal Science*, 45(3): 642–651.

293

**Eswaran, H., Lal, R. & Reich, P.F.** 2001. Land degradation: an overview. In E.M. Bridges, I.D. Hannam, L.R. Oldeman, F.W.T. Pening de Vries, S.J. Scherr & S. Sompatpanit, eds., *Responses to land degradation.* Proceedings of the second International Conference on Land Degradation and Desertification, Khon Kaen, Thailand. New Delhi, Oxford Press.

**European Commission.** 2004. *European pasture monography and pasture knowledge base* PASK study, (Available at http://agrifish.jrc.it/marsstat/ Pasture_monitoring/PASK/).

**European Union.**1992. Council Directive 92/43/EEC of 21 May 1992 on the conservation of natural habitats and of wild fauna and flora. *Annex I: Natural habitat types of Community interest whose conservation requires the designation of special areas of conservation.* (Available at http://web.uct. ac.za/depts/pbl/jgibson/iczm/legis/ec/hab-an1. html).

**EU.** 2006. *European Union web site* (Available at http://europa.eu/index_en.htm, accessed April 2006).

**Falvey, L. & Chantalakhana, C.** eds., 1999. *Smallholder dairying in the tropics.* International Livestock Research Institute (ILRI), Nairobi, Kenya. 462 pp.

**FAO-AQUASTAT.** 2004. AQUASTAT databases. FAO.

**FAO.** 1996. *World livestock production systems: Current status, issues and trends*, by C. Seré & S. Steinfeld. FAO Animal Production and Health Paper 127, Rome.

**FAO.** 1997. *Review of the state of world aquaculture.* FAO Fisheries Circular, No. 886, Rev.1., Rome.

**FAO.** 1999a. *The state of world fisheries and aquaculture 1998.* Rome.

**FAO.** 1999b. *Trade, environment and sustainable development.* Third WTO ministerial conference, Seattle, 28 November- 3 December 1999, (Available at http://www.fao.org/documents/show_cdr. asp?url_file=/DOCREP/003/X6730E/X6730E01.HTM).

**FAO.** 1999c. *Livestock and environment toolbox*, Livestock, Environment and Development (LEAD) Initiative. Rome. (Available at www.virtualcentre. org/en/dec/toolbox/homepage.htm).

**FAO.** 2000a. *Two essays on climate change and agriculture.* FAO Economic and Social Development Paper 145, (Available at http://www.fao.org/ docrep/003/x8044e/x8044e00.HTM).

**FAO.** 2000b. Agro-ecological Zoning System, (Available at www.fao.org/ag/agl/agll/prtaez.stm).

**FAO.** 2002. *Fertilizer use by crop.* Joint report FAO, IFA, IFDC, IPI, PPI. 5th edition. p. 45, (Available at www. fertilizer.org/ifa/statistics/crops/fubc5ed.pdf).

**FAO.** 2003a. *World agriculture: Towards 2015/30*, An FAO perspective, edited by J. Bruisnsma, FAO. Rome and London, Earthscan.

**FAO.** 2003b. *Presentation from the Area Wide Integration Project* (LEAD), Bangkok Workshop.

**FAO.** 2003c. *Novel forms of livestock and wildlife integration adjacent to protected areas in Africa* – (LEAD) project document.

**FAO.** 2004a. *The role of soybean in fighting world hunger.* Rome, (Available at http://www.fao.org/es/ esc/common/ecg/41167_en_The_role_of_soybeans. pdf).

**FAO.** 2004b. Carbon sequestration in dryland soils. World Soils Resources Reports 102, (Available at www.fao.org/docrep/007/y5738e/y5738e00.htm).

**FAO.** 2004c. Biodiversity for Food Security. World Food Day, October 2004. FAO, (Available at http://www.fao. org/wfd/2004/index_en.asp).

**FAO.** 2004d. *Payment schemes for environmental services in watersheds.* Regional forum, 9–12 June 2003, Arequipa, Peru. Organized by the FAO Regional Office for Latin America and the Caribbean; Santiago, Chile. FAO, Rome 2004.

**FAO.** 2004e. *Livestock waste management in East Asia.* Project Preparation Report, FAO, Rome.

**FAO.** 2005a. Special Event on Impact of Climate Change, Pests and Diseases on Food Security and Poverty Reduction. Background Document, 31st Session of the Committee on World Food Security, 23–26 May 2005. Rome.

**FAO.** 2005b. *State of the world's forests.* FAO, Rome. 153 pp.

**FAO.** 2005c. Review of the state of world marine fishery resources: Global overview – Global production and state of the marine fishery resources. FAO Fisheries Technical Paper 457, (Available at http://www.fao. org/docrep/009/y5852e/Y5852E02.htm).

BLM_0080032

**FAO.** 2005d. *Livestock Sector Brief: China*. Livestock Information, Sector Analysis and Policy Branch. Animal Production and Health Division, FAO. (Available at www.fao.org/ag/againfo/resources/en/publications/sector_briefs/lsb_CHN.pdf).

**FAO.** 2005e. *Pollution from industrialized livestock production*. Livestock Policy Brief No.2 FAO. 2005f. Global forest resources assessment. FAO Forestry Paper No. 147. Rome, (Available at www.fao.org/forestry/site/fra/en).

**FAO.** 2006a. *World agriculture: towards 2030/2050, Interim Report*. Rome.

**FAO.** 2006b. FAO statistical databases. Rome, (Available at http://faostat.fao.org/default.aspx).

**FAO.** 2006c. Second report on the State of the World's Animal Genetic Resources. FAO, Rome, in press.

**FAO.** 2006d. *Agro-ecological zones information portal*. (Available at http://www.fao.org/AG/agl/agll/prtaez.stm), Rome.

**FAO.** 2006e. *Cattle ranching and deforestation*. Livestock Policy Brief No.3 Animal Production and Health Division. Rome.

**FAO.** 2006f. Gridded livestock of the world, (Available at http://www.fao.org/ag/AGAinfo/resources/en/glw/default.html). Rome, in press.

**FAO.** 2006g. Food Insecurity, Poverty and Environment Global GIS Database (FGGD) and Digital Atlas for the Year 2000, Environmental and Natural Resources Working Paper 26. Rome. In press.

**FAO/IFA.** 2001. *Global estimates of gaseous emissions of $NH_3$, NO and $N_2O$ from agricultural land*. Rome. 106 pp.

**Fargeot, C.** 2004. La chasse commerciale et le négoce de la venaison En Afrique centrale forestière. Proceedings de: *La Faune Sauvage: Une Ressource Naturelle*, 6ème symposium international sur l'utilisation de la faune sauvage. Paris, France 6–9 July 2004.

**Fayer, R., Santin, M., Sulaiman, I.M., Trout, J., Xunde, L., Schaefer, F.W., Xiao, L. & Lal, A.A.** 2002. *Animal reservoirs, vectors, and transmission of microsporidia*. Presented at American Society of Tropical Medicine and Hygiene 51st Annual Meeting, Denver, Colorado, USA, 10–14 November 2002.

**Fearnside, P.M.** 2001. Soybean cultivation as a threat to the environment in Brazil. *Environmental Conservation*, 28: 23–38.

**Field, L.Y., Embleton, K.M., Krause, A., Jones, D. & Childress, D.** 2001. *Livestock manure handling on the farm*. University of Wisconsin-Extension, Minnesota Extension Service, and the United States Environmental Protection Agency Region 5. (Available at http://danpatch.ecn.purdue.edu/~epados/farmstead/yards/src/title.htm).

**Filson, G.C.** 2001. *Agroforestry extension and the Western China development strategy*. Canadian Society of Extension.

**Fishmeal Information Network.** 2004. *Fish meal from sustainable stocks*. (Accessed: 14 October 2005).

**Flanigan, V., Shi, H., Nateri, N., Nam, P., Kittiratanapiboon, K., Lee, K. & Kapila, S.** 2002. *A fluidized-bed combustor for treatment of waste from livestock operations*. Conference on the Application of Waste Remediation Technologies to Agricultural Contamination of Water Resources, Great Plains/Rocky Mountain Hazardous Substance Research Center (HSRC), Kansas State University, USA, 30 July–1 August 2002.

**Florinsky, I.V., McMahon, S. & Burton, D.L.** 2004. Topographic control of soil microbial activity: a case study of denitrifiers. *Geoderma*, 119(1-2): 33–53.

**Foley, J.A., DeFries, R., Asner, G.P., Barford, C., Bonan, G., Carpenter, S.R., Chapin, F.S., Coe, M.T., Daily, G.C., Gibbs, H.K., Helkowski, J.H., Holloway, T., Howard, E.A., Kucharik, C.J., Monfreda, C., Patz, J.A., Prentice, I.C., Ramankutty, N. & Snyder, P.K.** 2005. Global consequences of land use. *Science*, 309(5734): 570–574.

**Folliott, P.** 2001. *Managing arid and semi-arid watersheds: Training course in watershed management*. USA, University of Arizona.

**Fouchier, R.A.M., Munster, V.J., Keawcharoen, J., Osterhaus, A.D.M.E. & Kuiken Thijs.** 2006. *Virology of avian influenza in relation to wild birds*. FAO/OIE International Scientific Conference on Avian Influenza and Wild Birds.

BLM_0080033

**Frank, L.G., Woodroffe, R. & Ogada, M.O.** (in press). People and predators in Laikipia District, Kenya. In: Woodroffe R., Thirgood S., Rabinowitz A.R., Eds. *People and wildlife – conflict or coexistence?*

**Frolking, S.E., Mosier, A.R., Ojima, D.S., Li, C., Parton, W.J., Potter, C.S., Priesack, E., Stenger, R., Haberbosch, C., Dorsch, P., Flessa, H. & Smith, K.A.** 1998. Comparison of $N_2O$ emissions from soils at three temperate agricultural sites: Simulations of year-round measurements by four models. *Nutrient Cycling in Agroecosystems*, 52(2–3): 77–105.

**Galloway, J.N., Schlesinger, W.H., Levy, H., II, Michaels, A. & Schnoor, J.L.** 1995. Nitrogen fixation: Anthropogenic enhancement-environmental response. *Global Biogeochemical Cycles*, 9(2): 235–252.

**Galloway, J.N., Aber, J.D., Erisman, J.W., Seitzinger, S.P., Howarth, R.W., Cowling, E.B. & Cosby, B.J.** 2003. The nitrogen cascade. *Bioscience*, 53(4): 341–356.

**Galloway, J.N., Dentener, F.J., Capone, D.G., Boyer, E.W., Howarth, R.W., Seitzinger, S.P., Asner, G.P., Cleveland, C.C., Green, P.A., Holland, E.A., Karl, D.M., Michaels, A.F., Porter, J.H., Townsend, A.R. & Vörösmarty, C.J.** 2004. Nitrogen cycles: past, present, and future. *Biogeochemistry*, 70: 153–226.

**Galloway, J., Burke, M., Bradford, E., Falcon, W., Gaskell, J., McCullough, E., Mooney, H., Naylor, R., Oleson, K., Smil, V., Steinfeld, H. & Wassenaar, T.** 2006. *International trade in Meat: The tip of the pork chop.* In press.

**Gate Information Services – GTZ.** 2002. *Treatment of tannery waste water*, factsheet.

**GDRS.** 2000. *Irrigation in the basin context: The Gediz River basin study, Turkey.* IWMI and GDRS (IWMI and General Directorate of Rural Services). International Water Management Institute, Colombo, Sri Lanka (2000).

**Gerber, P. & Menzi, H.** 2005. *Nitrogen losses from intensive livestock farming systems in Southeast Asia: a review of current trends and mitigation options.*

**Gerber, P., Chilonda, P., Franceschini, G. & Menzi, H.** 2005. Geographical determinants and environmental implications of livestock production intensification in Asia. *Bioresource Technology*, 96: 263–276.

**Gerber, P.** 2006. Putting pigs in their place, environmental policies for intensive livestock production in rapidly growing economies, with reference to pig farming in Central Thailand. Doctoral Thesis in *Agricultural Economics*, Swiss Federal Institute of Technology, Zurich, 130 pp.

**Gerber, P. & Steinfeld, H.** 2006. *Regional planning or pollution control: policy options addressing livestock waste, with reference to industrial pig production in Thailand.* Submitted.

**Gerber, P., Carsjens, G.J., Pak-Uthai, T. & Robinson, T.** 2006. Spatial decision support for livestock policies: addressing the geographical variability of livestock production systems. *Agricultural Systems.* Submitted.

**Gerlach Jr., J.D.** 2004. The impacts of serial land-use changes and biological invasions on soil water resources in California, USA. Journal of Arid Environments, 57: 365–379.

**GESAMP** (IMO/FAO/UNESCO-IOC/WMO/WHO/IAEA/UN/UNEP Joint Group of Experts on the Scientific Aspects of Marine Environmental Protection) and Advisory Committee on Protection of the Sea. 2001. *Protecting the oceans from land-based activities – Land-based sources and activities affecting the quality and uses of the marine, coastal and associated freshwater environment.* Rep. Stud. GESAMP No. 71, 162 pp.

**Gibon, A.** 2005. Managing grassland for production, the environment and the landscape. Challenges at the farm and the landscape level. *Livestock Production Science*, 96(1): 11–31.

**Gilbert, M., Wint, W., Slingenbergh, J.** 2004. Ecological factors in disease emergence from animal reservoir. FAO AGAH, unpublished report. 39 pp.

**GISD.** 2006. *Global Invasive Species Database.* Accessed on line, June 2006, (Available at http://www.issg.org/database/welcome/).

**Gleick, P.H.** 2000. Water futures: A review of global water resources projections. In: Rijsberman, F.R. ed. 2000. *World water scenarios: Analyses.* Earthscan Publications, London, pp. 27–45.

BLM_0080034

**Global Footprint Network.** *The ecological footprint*, (Available at http://www.footprintnetwork.org/gfn_sub.php?content=footprint_overview).

**Global Land Cover.** Global Land cover 2000, (Available at http://www-gvm.jrc.it/glc2000/).

**Godwin, D.C. & Miner, J.R.** 1996. The potential of off-stream livestock watering to reduce water quality impacts. *Bioresource Technology*, 58(3): 285–290.

**Goldewijk, K. & Battjes, J.J.** 1997. *A hundred year database for integrated environmental assessments*. Bilthoven, the Netherlands, National Institute of Public Health and the Environment.

**Golfinopoulos, S.K, Nikolaou, A.D., Kostopoulou, M.N., Xilourgidis, N.K., Vagi, M.C. & Lekkas, D.T.** 2003. Organochlorine pesticides in the surface waters of Northern Greece. *Chemosphere*, 50(4): 507–516.

**Grazing & Pasture Technology Program.** 1997. *Grazing Management of Rangeland: A Watershed Perspective. The Grazing Gazette*; 8(3). Grazing and Pasture Technology Program, Regina Saskatchewan, Canada.

**Gretton, P. & Salma, U.** 1996. *Land degradation and the Australian agricultural industry*. Industry Commission, Australian Government Publishing Service.

**Groenewold, J.** 2005. *Classification and characterization of world livestock production systems* – update of the 1994 livestock production systems datasets with recent data. Unpublished report.

**Hadjigeorgiou, I., Osoro, K., Fragoso de Almeida, J.P. & Molle, G.** 2005. Southern European grazing lands: Production, environmental and landscape management aspects. *Livestock Production Science*, 96(1): 51–59.

**Hagemeijer, W. & Mundkur, T.** 2006. *Migratory flyways in Asia, Eurasia and Africa and the spread of HP H5N1*. FAO/OIE International Scientific Conference on Avian Influenza and Wild Birds.

**Hahn, R.W., Olmstead, S.M. & Stavins, R.N.** 2003. *Environmental regulation during the 1990s: A retrospective analysis*.

**Hall, S.J. & Matson, P.A.** 1999. Nitrogen oxide emissions after nitrogen additions in tropical forests. *Nature*, 400 (6740): 152–155.

**Hamilton, D.W., Fathepure B., Fulhage, C.D., Clarkson, W. & Lalman, J.** 2001. Treatment lagoons for animal agriculture. pp. 547–574. In *animal agriculture and the environment: national center for manure and animal waste management White Papers*. J.M. Rice, D.F. Caldwell, F.J. Humenik, eds., St. Joseph, Michigan, USA, the American Society of Agricultural and Biological Engineers.

**Hanley, N., Shogren, J. & White, B.** 2001. *Introduction to environmental economics*, Oxford University Press.

**Harper, J., George, M. & Tate, K.** 1996. *What is a watershed?* Fact Sheet No. 4: Rangeland Watershed Program; U.C. Cooperative Extension and USDA Natural Resources Conservation Service; California Rangelands Research and Information Center, Agronomy and Range Science, Davis, USA, University of California.

**Harrington, G.** 1994. Consumer demands: major problems facing industry in a consumer-driven society. *Meat Science*, 36: 5–18.

**Harris, B.L., Hoffman, D.W. & Mazac, F.J., Jr.** 2005. *TEX*A*Syst*. Water Sciences Laboratory, Blackland Research Center, Temple, Texas, (Available at http://waterhome.brc.tamus.edu/index.html).

**Harris, D. & Rae, A.** 2006 Agricultural policy reform and adjustment in Australia and New Zealand. In D. Blandford & B. Hill, eds. *Policy reform and adjustment in the agricultural sectors of developed countries*, Oxford, UK, CABI.

**Harrison, P.F. & Lederberg, J.,** eds., 1998. *Antimicrobial resistance: Issues and options* 1998. Forum on Emerging Infections, Institute of Medicine. Washington, DC, National Academy Press.

**Harvey, B.** 2001. *Biodiversity and fisheries. Chapter 1: Synthesis report, A primer for planners.* Proceedings of the international workshop funded by UNEP and IDRC "Blue Millennium: Managing Global Fisheries for Biodiversity" Victoria, BC, 25–27 June 2001.

**Harvey, J.W., Conklin, M.H. & Koelsch, R.S.** 2003. Predicting changes in hydrologic retention in an evolving semi-arid alluvial stream. *Advances in Water Resources*, 26(9): 939–950.

BLM_0080035

**Haynes, R.J. & Williams, P.H.** 1993. "Nutrient cycling and soil fertility in the grazed pasture ecosystem." *Advances in Agronomy*, 49:119–199.

**Hegarty, R.S.** 1998. Reducing methane emissions through elimination of rumen protozoa. *Meeting the Kyoto Target. Implications for the Australian Livestock Industries*. P.J Reyenga. and S.M. Howden, eds. Bureau of Rural Sciences, 55–61.

**Helsel, Z.R.** 1992. Energy and alternatives for fertilizer and pesticide use. In R.C. Fluck, ed. *Energy in farm production*. Vol.6 in Energy in world agriculture. Elsevier, New York. pp.177–201, (Available at www.sarep.ucdavis.edu/NEWSLTR/v5n5/sa-12.htm).

**Herrmann S.M., Anyamba, A. & Tucker, C.J.** 2005. Recent trends in vegetation dynamics in the African Sahel and their relationship to climate. *Global Environmental Change*, 15: 394–404.

**Heywood, V.** 1989. Patterns, extents and modes of invasions by terrestrial plants. In: Drake, J.A., Mooney, H.A., di Castri, F., Groves, R.H., Kruger, F.J., Rejmánek, M. and Williamson, M., 1989. *Biological invasions: A global perspective*, SCOPE 37, J. Wiley & Sons. pp 31–60

**Hobbs, P.T., Reid, J.S., Kotchenruther, R.A., Ferek, R.J. & Weiss, R.** 1997. Direct radiative forcing by smoke from biomass burning, *Science*, 275: 1776–1778.

**Hodgson, S.** 2004. Land and water – the rights interface, Livelihoods Support Programme (LSP), FAO, (Available at www.fao.org/docrep/007/j2601e/j2601e00.htm).

**Hoffmann, I. & Scherf, B.** 2006. Animal genetic resources – time to worry? In *Livestock report 2006*. A. McLeod ed., FAO, Rome. pp 57–74.

**Hooda, P.S., Edwards, A.C., Anderson, H.A. & Miller, A.** 2000. A review of water quality concerns in livestock farming areas. *The Science of the Total Environment*, 250(1–3):143–167.

**Houben, P., Edderai, D. & Nzego, C.** 2004 L'élevage d'aulacodes : présentation des résultats préliminaires de la vulgarisation dans trois pays d'Afrique Centrale. Proceedings de: *La Faune Sauvage : Une Ressource Naturelle*, 6ème symposium international sur l'utilisation de la faune sauvage. Paris, France, 6–9 July 2004.

**Houghten, J.T., Meira Filho, L.G., Lim, B., Treanton, K., Mamaty, I., Bonduki, Y., Griggs, D.J. & Callender, B.A.,** eds. 1997. *Revised IPCC guidelines for national greenhouse gas inventories*. Greenhouse Gas Inventory Reference Manual, Vol. 3. UK Meteorological Office, Bracknell, UK, (Available at http://www.ipcc-nggip.iges.or.jp/public/gl/invs6c.htm).

**Houghton, R. A.** 1991. Tropical deforestation and atmospheric carbon dioxide. *Climatic Change*, 19(1–2): 99–118.

**Hrudey.** 1984. Cited by UNEP Working Group for Cleaner Production in the Food Industry, 2004. Fact Sheet 7: Food Manufacturing Series, (Available at http://www.gpa.uq.edu.au/CleanProd/Res/facts/FACT7.HTM).

**Hu, Dinghuan, Reardon, T.A., Rozelle, S., Timmer, P. & Wang, H.** 2004. The emergence of supermarkets with Chinese characteristics: challenges and opportunities for China's agricultural development. *Development Policy Review*, 22(5): 557–586.

**Hutson, S.S., Barber, N.L., Kenny, J.F., Linsey, K.S., Lumia, D.S. & Maupin, M.A.** 2004. *Estimated use of water in the United States in 2000*. US Geological Survey Circular 1268, p. 46.

**Ibisch, P., Jennings, M.D. & Kreft, S.** 2005. Biodiversity needs the help global change managers not museum-keepers. *Nature*, 438:156.

**IFA.** 2002. *Fertilizer indicators*. Second edition. International Fertilizer Industry Association, Paris. p. 20, (Available at www.fertilizer.org/ifa/statistics/indicators/ind_reserves.asp).

**IFFO.** 2006. International Fishmeal and Fish oil Organisation. *Industry Overview*, (Available at http://www.iffo.net/default.asp?fname=1&url=253).

**Immordino, G.** 2003. Looking for a guide to protect the environment: The development of the precautionary principle. *Journal of Economic Surveys*, 17(5): 629.

**Institute for International Cooperation in Animal Biologics.** 2004. *Cryptosporidiosis: Factsheet*. Center for Food Security and Public Health, College of Veterinary Medicine Iowa State University, (Available at http://www.cfsph.iastate.edu/Factsheets/pdfs/cryptosporidiosis.pdf).

BLM_0080036

**Institute for International Cooperation in Animal Biologics.** 2005. *Campylobacteriosis: Factsheet.* Center for Food Security and Public Health, College of Veterinary Medicine Iowa State University, (Available at www.cfsph.iastate.edu/Factsheets/pdfs/campylobacteriosis.pdf).

**International Water Management Institute.** 2000. *Projected water scarcity in 2025,* (Available at http://www.iwmi.cgiar.org/home/wsmap.htm).

**IPCC.** 1997. *Revised 1996 IPCC guidelines for national greenhouse gas inventories – Reference manual* (Volume 3). (Available at www.ipcc-nggip.iges.or.jp/public/gl/invs6.htm).

**IPCC.** 2000. *Land use, land use change and forestry.* A special report of the IPCC. Cambridge, UK, Cambridge University Press.

**IPCC.** 2001a. *Climate change 2001: Impacts, adaptation and vulnerability.* IPCC Third Assessment Report. UK, Cambridge University Press. 1 032 pp.

**IPCC.** 2001b. *Climate change 2001: The scientific basis.* Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change [J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, K. Maskell & C.A. Johnson, eds.]. Cambridge, UK and New York, Cambridge University Press. 881 pp.

**IPCC.** 2002. Climate change and biodiversity. Edited by H. Gitay, A. Suárez, R. T. Watson & D. J. Dokken. IPCC Technical Paper V.

**Isik, M.** 2004. Environmental regulation and the spatial structure of the US dairy sector. *American Journal of Agricultural Economic,* 86(4): 949.

**IUCN.** 2000. *IUCN Guidelines for the prevention of biodiversity loss caused by alien invasive species.* IUCN, Gland, Switzerland.

**IUCN.** 2004. *The 2004 IUCN red list of threatened species,* (Available at http://www.iucn.org/themes/ssc/red_list_2004/GSAexecsumm_EN.htm. Accessed July 2005).

**IUCN.** 2005. Wetlands and water resources: The ongoing destruction of precious habitat. International Union for Conservation of Nature and Natural Resources, (Available at http://www.iucn.org/themes/wetlands/wetlands.html).

**IUCN.** 2006. *Summary statistics for globally threatened species.* IUCN-World Conservation Union, Geneva.

**Jagtap, S. & Amissah-Arthur, A.** 1999. Stratification and synthesis of crop-livestock production system using GIS. *GeoJournal,* 47(4): 573–582.

**Jalali, M.** 2005. Nitrates leaching from agricultural land in Hamadan, western Iran. *Agriculture, Ecosystems & Environment,* 110 (3–4): 210–218.

**Jansen, H.G.P., Ibrahim, M.A., Nieuwenhuyse, A., 't Mannetje, L., Joenje, M. & Abarca, S.** 1997. The economics of improved pasture and sylvipastoral technologies in the Atlantic Zone of Costa Rica. *Tropical Grasslands,* 31: 588–598.

**Jayasuriya, R.T.** 2003. Measurement of the scarcity of soil in agriculture. *Resources Policy,* 29(3–4): 119–129.

**Jenkinson, D.S.** 1991. The Rothamsted long-term experiments: are they still of use? *Journal of Agronomy,* 83: 2–12.

**Jin, L. and Young, W.** 2001. Water use in agriculture in china: importance, challenges and implications for policy. *Water Policy,* 3: 215–228.

**Johansson, R.C.** 2000. *Pricing irrigation water – a literature survey.* Policy Research Working Paper 2249, Washington, DC, World Bank.

**Johansson, R.C., Tsur, Y., Roe, T.L., Doukkali, R. & Dinar, A.** 2002. Pricing irrigation water: a review of theory and practice. *Water Policy,* 4: 173–199.

**Johnson, N., Ravnborg, H.M., Westermann, O. & Probst, K.** 2002. User participation in watershed management and research. *Water Policy,* 3(6): 507–520.

**Kallis, G. & Butler, F.** 2001. The EU water framework directive: measures and implications. *Water Policy,* 3(2): 125–142.

**Kawashima, T.** 2006. *Use of co-products for animal feeding in Japan.* Paper presented at a workshop "Improving total farm efficiency in swine production" held in Taiwan Province of China by the Food and Fertilizer Technology Centre and by the Taiwan Livestock Research Institute.

**Ke, B.** 2004 *Livestock sector in China: Implications for food security, trade and environment.* Research Center for Rural Development (RCRE).

BLM_0080037

**Khaleel, R, Reddy K.R. & Overcash, M.R.** 1980 Transport of potential pollutants in runoff water from land areas receiving animal wastes: a review. *Water Research*, 14(5): 421–436.

**Khalil, M.A.K. & Shearer, M.J.** 2005. *Decreasing emissions of methane from rice agriculture.* 2nd International Conference on Greenhouse Gases and Animal Agriculture (GGAA 2005) – Working Papers, p. 307–315.

**Kijne, J.W., Barker, R. & Molden, D.** 2003. *Water productivity in agriculture: Limits and opportunities for improvement.* Wallingford, UK, CABI Publishing.

**King, B.S., Tietyen, J.L. & Vickner, S.S.** 2000. Consumer trends and opportunities. Lexington, USA, University of Kentucky.

**Kinje, J.** 2001. *Water for food for sub-Saharan Africa.* A background document for the e-mail conference on "Water for Food in Sub-Saharan Africa" 15 March – 23 April 1999, Rome.

**Klare, M.T.** 2001. *Resource wars: the new landscape of global conflict.* New York, USA, Metropolitan Books/ Henry Holt and Company.

**Klimont, Z.** 2001. *Current and future emissions of ammonia in China.* Proceedings of the 10th International Emission Inventory Conference "One Atmosphere, One Inventory, Many Challenges", Denver, USA, 30 April – 3 May 2001.

**Klopp, J.** 2002. Can moral ethnicity trump political tribalism? The struggle for land and nation in Kenya. *African Studies* 61(2): 269–294.

**Kock, R.A.** 2005. What is this infamous "wildlife/ livestock disease interface?" A Review of Current Knowledge for the African Continent. In: *conservation and development interventions at the wildlife/livestock interface implications for wildlife, livestock and human health.* Edited and compiled by Steven A. Osofsky. Proceedings of the Southern and East African Experts Panel on Designing Successful Conservation and Development Interventions at the Wildlife/Livestock Interface: Implications for Wildlife, Livestock and Human Health, AHEAD (Animal Health for the Environment And Development), 14th and 15th September, 2003. Occasional Paper of the IUCN Species Survival Commission No. 30. 1–13 pp.

**Kossila V.** 1987. The availability of crop residues in developing countries in relation to livestock populations. In J.D Reed, B.S. Capper & P.J.H. Neate eds. 1988. *Plant breeding and the nutritive value of crop residues.* Proceedings of a workshop held at ILCA, Addis Ababa, Ethiopia. International Livestock Centre for Africa, Addis Ababa. (Available at www. ilri.cgiar.org/InfoServ/Webpub/Fulldocs/X5495e/ x5495e03.htm).

**Krapac, I.G., Dey, W.S., Roy, W.R., Smyth, C.A., Storment, E., Sargent, S.L. & Steele J.D.** 2002. Impacts of swine manure pits on groundwater quality. *Environmental Pollution*, 120(2): 475–492.

**Krystallis, A. & Arvanitoyannis, I.S.** 2006. Investigating the concept of meat quality from the consumers perspective: the case of Greece. *Meat Science*, 72: 164–176.

**Kumar, M.D. & Singh, O.P.** 2001 Market instruments for demand management in the face of scarcity and overuse of water in Gujarat, Western India. *Water Policy*, 3: 387–403.

**Lal, R.** 1995. Erosion–crop productivity relationships for soils of Africa. *Soil Science Society of America Journal*, 59: 661–667.

**Lal, R.** 1997. Residue management conservation tillage and soil restoration for mitigating greenhouse effect by CO2-enrichment. *Soil and Tillage Research*, 43: 81–107.

**Lal, R.** 1998. Soil erosion impact on agronomic productivity and environment quality. *Critical Reviews in Plant Sciences*, 17(3): 19–464.

**Lal, R., Kimble, J., Follett, R. & Cole, C.V.** 1998 *Potential of US cropland for carbon sequestration and greenhouse effect mitigation.* Chelsea, Michigan, USA, Sleeping Bear Press. 128 pp.

**Lal, R. & Bruce, J.P.** 1999 The potential of world cropland soils to sequester C and mitigate the greenhouse effect. *Environmental Science and Policy*, 2: 177–185.

**Lal, R.** 2001. The potential of soils of the tropics to sequester carbon and mitigate the greenhouse effect. *Adv. Agron.*, 76: 1–30.

**Lal, R.** 2004a. Soil carbon sequestration impacts on global climate change and food security. *Science*, 304 (5677): 1623–1627.

BLM_0080038

**Lal, R.** 2004b. Carbon sequestration in dryland ecosystems. *Environmental Management* 33(4): 528–544.

**Lambin, E.F., Turner, B.L., Geist, H.J., Agbola, S.B., Angelsen, A., Bruce, J.W., Coomes, O., Dirzo, R., Fischer, G., Folke, C., George, P.S., Homewood, K., Imbernon, J., Leemans, R., Li, X., Moran, E.F., Mortimore, M., Ramkrishnan, P.S., Richards, J.F., Skanes, H., Steffen, W.L., Stone, G.D., Svedin, U., Veldkamp, T.A., Vogel, C. & Zu, J.** 2001. The causes of land use and land-cover change: moving beyond the myths. *Global Environmental Change*, 11: 261–269.

**LandScan Project.** Oak Ridge National Laboratory, (Available at http://www.ornl.gov/sci/landscan).

**Larsen, R.E.** 1995. Manure loading into streams from direct fecal deposits - Fact Sheet No. 25. Rangeland Watershed Program; UC Cooperative Extension and USDA Natural Resources Conservation Service; California Rangelands Research and Information Center, Agronomy and Range Science, Davis, USA, University of California.

**Le Bel, S., Gaidet, N., Snoden, M., Le Doze, S. & Tendayi, N.** 2004. *Communal game ranching in the mid-Zambezi valley: Challenges of local empowerment and sustainable game meat production for rural communities.* Proceedings de: La Faune Sauvage: Une Ressource Naturelle, 6ème symposium international sur l'utilisation de la faune sauvage. Paris France from 6–9 July 2004.

**Le Quesne, T. & McNally, R.** 2004. *The green buck: Using economic tools to deliver conservation goals.* WWF field guide. The WWF Sustainable Economics Network, WWF. pp. 69.

**LEAD.** 2002. *AWI Nutrient balance*, (Available at http://www.virtualcentre.org/en/dec/nutrientb/default.htm).

**Lenné, J.M., Fernandez-Rivera, S. & Bümmel, M.** 2003. Approaches to improve the utilization of food-feed crops – synthesis, *Field Crops Research*, 84(1-2): 213–222.

**Leonard, D.K.** 2006. *The political economy of international development and pro-poor livestock policies.* PPLPI Working Paper No. 35. FAO, Rome.

**Lerner, J., Matthews, E. & Fung, I.** 1988. Methane emissions from animals: a global high resolution database. *Global Biogeochemical Cycles*, 2, p. 139–156.

**Leslie, R.** (ed.), 1999. Coral reefs: Assessing the threat. In *World resources: a guide to the global environment 1998–99*, American Association for the Advancement of Science, p 193.

**Lind, L., Sjögren, E., Melby, K. & Kaijser, B.** 1996. DNA fingerprinting and serotyping of campylobacter jejuni isolates from epidemic outbreaks. *Journal of Clinical Microbiology*, 34(4): 892–896.

**Lipper, L., Pingali, P.L. & Zurek, M.** 2006. *Less-favoured areas: Looking beyond agriculture towards ecosystem services.* Agricultural and Development Economics Division (ESA) Working Paper, forthcoming. Rome, FAO.

**Livestock In Development.** 1999. *Livestock in poverty focused development.* Crewkerne: Livestock in development.

**Loreau, M. & Oteng-Yeboah, A.** 2006. Diversity without representation. *Nature*, 442: 245–246.

**Lorimor, J., Fulhage, C., Zhang, R., Funk, T., Sheffield, R., Sheppard, D.C. & Newton, G.L.** 2001. *Manure management strategies/technologies.* White paper summaries, National center for manure and waste management.

**LPES.** 2005. *Livestock and Poultry Environmental Stewardship Curriculum: A national educational program.* (Available at http://www.lpes.org/Lessons/Lesson01/1_Environmental_Stewardship.html).

**Luke, G.J.** 1987. *Consumption of water by livestock.* Resource Management Technical Report No. 60, Department of Agriculture Western Australia.

**MacDonald, N.W., Randlett, D.L. & Zak, D.R.** 1999. Soil warming and carbon loss from a Lake States Spodosol. *Soil Science Society of America Journal*, 63(1): 211–218.

**Mack, R.N.** 1989. Temperate grasslands vulnerable to plant invasions: Characteristics and consequences. Pages 155–179. In: Drake, J.A., H.A. Mooney, F. di Castri, R.H. Groves, F.J. Kruger, M. Rejmanek, and M. Williamson, eds., *Biological invasions: A global perspective.* John Wiley & Sons Ltd.

BLM_0080039

**MAF–NZ.** 2005. *Environmental consequences of removing agricultural subsidies.* New Zealand, Ministry of Agriculture and Forestry. (Available at http://www.maf.govt.nz/mafnet/rural-nz/sustainable-resource-use/resource-management/environmental-effects-of-removing-subsidies/agref004.htm, accessed on 22 July 2005).

**MAFF-UK.** 1998. *Ministry of Agriculture Fisheries and Food Code of agricultural practices for the protection of water.* London MAFF publication.

**MAFF-UK.** 1999. *Agricultural land sales and prices in England.* Ministry of Agriculture, Fisheries and Food, UK, (Available at http://statistics.defra.gov.uk/esg/pdf/alp9906.pdf).

**Mainstone, C.P. & Parr, W.** 2002. Phosphorus in rivers—ecology and management. *Science of the Total Environment*, 282: 25–47.

**Margni, M., Jolliet, O., Rossier, D. & Crettaz, P.** 2002. Life cycle impact assessment of pesticides on human health and ecosystems Agriculture. *Ecosystems & Environment*, 93(1–3): 379–392.

**Marris, E.** 2005. Conservation in Brazil: The forgotten ecosystem. *Nature*, 437: 944–945.

**Marzocca, A.** 1984. *Manuel de Malezas*, 3rd Edición. Editorial Hemisferio Sur, Buenos Aires, 580 pp.

**Mather, A.** 1990. *Global forest resources.* Portland, Oregon, USA. Timber Press.

**Matson, P.A., Parton, W.J., Power, A.G. & Swift M.J.** 1997. Agricultural intensification and ecosystem properties. *Science*, 277(5325): 504–509.

**Matthews, E., Payne, R., Rohweder, M. & Murray, S.** 2000. *Pilot analysis of global ecosystems: Forest ecosystems.* Research Report, World Resources Institute, Washington, DC, 100 pp.

**May, P.H., Boyd, E., Veiga, F., & Chang, M.** 2003. *Local sustainable development effects of forest carbon projects in Brazil and Bolivia: a view from the field.* Shell Foundation and IIED – International Institute for Environment and Development: Rio de Janeiro, October 2003. (Available at http://www.iied.org/).

**Mayrand, K., Dionne S., Paquin, M., Ortega, G.A & Marron, L.F.** 2003. *The economic and environmental impacts of agricultural subsidies: A look at Mexico and other OECD countries.* Montreal, Canada.

**McCann, L.** 2004. Induced institutional innovation and transaction costs: the case of the australian national native title tribunal. Review of Social Economy, Volume 62, No. 1, March 2004, Routledge, part of the Taylor & Francis Group. pp. 67–82(16).

**Mcdonnell, M.J., Pickett, S.T.A., Groffman, P., Bohlen, P., Pouyat, R.V., Zipperer, W.C., Parmelee, R.W., Carreiro, M.M. & Medley, K.** 1997. Ecosystem processes along an urban-to-rural gradient. *Urban Ecosystems*, 1(1): 21–36.

**McDowell, R.W., Drewry, J.J., Paton, R.J., Carey, P.L., Monaghan, R.M. & Condron, L.M.** 2003. Influence of soil treading on sediment and phosphorus losses in overland flow. *Australian Journal of Soil Research*, 41(5): 949–961.

**McKergow, L.A., Weaver, D.M., Prosser, I.P., Grayson, R.B. & Reed A.E.G.** 2003. Before and after riparian management: sediment and nutrient exports from a small agricultural catchment, Western Australia. *Journal of Hydrology*, 270(3–4): 253–272.

**McLeod, A., Morgan, N., Prakash, A. & Hinrichs, J.** 2005. *Economic and social impacts of avian influenza.* Meeting on Avian Influenza – Geneva, 7–9 November 2005, FAO. (Available at http://www.fao.org/ag/againfo/subjects/en/health/diseases-cards/CD/documents/Economic-and-social-impacts-of-avian-influenza-Geneva.pdf).

**Meat Research Corporation** (MRC). 1995. *Identification of nutrient sources, reduction opportunities and treatment options for Australian abattoirs and rendering plants.* Project No. M.445. Prepared by Rust PPK Pty Ltd and Taylor Consulting Pty Ltd.

**Médard, C.** 1998. Dispositifs électoraux et violences ethniques: réflexions sur quelques stratégies territoriales du régime Kényan. *Politique Africaine*, 70: 32–39.

**Melse, R.W. & van der Werf, A.W.** 2005. Biofiltration for mitigation of methane emissions from animal husbandry. *Environmental Science & Technology*, 39(14): 5460–5468.

**Melvin, R.G.** 1995. *Non point Sources of Pollution on Rangeland* – Fact Sheet No. 3. Rangeland Watershed Program; U.C. Cooperative Extension and USDA Natural Resources Conservation Service; California Rangelands Research and Information Center – Agronomy and Range Science – UC Davis.

BLM_0080040

**Melvin, R.G., Larsen, R.E., McDougald, N.K., Tate, K.W., Gerlach, J.D. & Fulgham, K.O.** 2004. Cattle grazing has varying impacts on stream-channel erosion in oak woodlands. *California Agriculture*, 58(3): 138.

**Mendis, M. & Openshaw, K.** 2004. The clean development mechanism: making it operational. *Environment, Development and Sustainability*, 6(1-2): 183–211.

**Mengjie, W. & Yi, D.** 1996. The importance of work animals in rural China. *World Animal Review*, FAO. pp. 65–67.

**Menzi H. & Kessler J.** 1998. *Heavy metal content of manures in Switzerland.* Proceedings of the 8th international Conference on the FAO ESCORENA Network on Recycling of Agricultural, Municipal and Industrial Residues in Agriculture (Formerly Animal Waste Management). Rennes, France, 26–29 May 1998.

**Menzi, H.** 2001. *Needs and implications for good manure and nutrient management in intensive livestock production in developing countries.* Area Wide Integration Workshop, unpublished.

**Mestbank.** 2004. *Voortgang 2004 aangaande het mest beleid in Vlaanderen*, (Available at http://www.vlm.be/Mestbank/FAQ/algemeen/04voortgangsrapport.pdf).

**Metting, F., Smith, J. & Amthor, J.** 1999. Science needs and new technology for soil carbon sequestration. In: N. Rosenberg, R. Izaurralde & E. Malone, eds. Carbon sequestration in soils. Science monitoring and beyond, pp. 1–34. Proc. St. Michaels Workshop. Columbus, USA, Battelle Press.

**Micheli, E.R. & Kirchner, J.W.** 2002. Effects of wet meadow riparian vegetation on streambank erosion. 1. Remote sensing measurements of streambank migration and erodibility. *Earth Surface Processes and Landforms*, 27(6): 627–639.

**Milchunas, D.G. & Lauenroth, W.K.** 1993. A quantitative assessment of the effects of grazing on vegetation and soils over a global range of environments. *Ecological Monographs*, 63(4): 327–366.

**MEA.** 2005a. *Ecosystems and human well-being: synthesis*, Washington, DC, Island Press.

**MEA.** 2005b. *Ecosystems and human well-being: biodiversity synthesis,* Washington, DC, World Resources Institute.

**Miller, J.J.** 2001. *Impact of intensive livestock operations on water quality.* Proceedings of the Western Canadian Dairy Seminar.

**Milne, J.A.** 2005. Societal expectations of livestock farming in relation to environmental effects in Europe. *Livestock Production Science*, 96(1): 3–9.

**Miner, J.R., Buckhouse, J.C. & Moore, J.A.** 1995 Will a Water Trough Reduce the Amount of Time Hay-Fed Livestock Spend in the Stream (and therefore improve water quality)? Fact Sheet No. 20 Rangeland Watershed Program; UC Cooperative Extension and USDA Natural Resources Conservation Service; California Rangelands Research and Information Center, Agronomy and Range Science, Davis, USA, University of California.

**Ministério da Ciência e Tecnologia.** 2002. *Primeiro inventário brasileiro de emissões antrópicas de gases de efeito estufa: Emissões de metano da pecuária.* Empresa Brasileira de Pesquisa Agropecuária (EMBRAPA) – Ministério da Ciência e Tecnologia. (Available at www.ambiente.sp.gov.br/proaong/SiteCarbono/2/Pecuaria.pdf).

**Ministry of Science & Technology.** 2004. *Brazil's initial national communication to the united nations framework convention on climate change.* Ministry of Science and Technology, General Coordination on Global Climate Change. Brasilia, Brazil. p. 271.

**Mittermeier, R.A., Robles-Gil, P., Hoffmann, M., Pilgrim, J.D., Brooks, T.B., Mittermeier, C.G., Lamoreux, J. L. & Fonseca, G.A.B.** 2004. Hotspots Revisited: Earth's Biologically Richest and Most Endangered Ecoregions. Mexico City, CEMEX. 390 pp.

BLM_0080041

**Mizutani, F., Muthiani, E, Kristjanson, P. & Recke, H.** 2005. Impact and value of wildlife in pastoral livestock production systems in Kenya: Possibilities for healthy ecosystem conservation and livestock development for the poor. In *conservation and development interventions at the wildlife/livestock interface implications for wildlife, livestock and human health.* Edited and compiled by Steven A. Osofsky. Proceedings of the Southern and East African Experts Panel on Designing successful conservation and development interventions at the wildlife/livestock interface: implications for wildlife, livestock and human health, AHEAD (Animal Health for the Environment And Development), 14–15 September, 2003. Occasional Paper of the IUCN Species Survival Commission No. 30. pp. 121–132.

**Molden, D. & de Fraiture, C.** 2004. *Investing in water for food, ecosystems and livelihoods.* Comprehensive Assessment of Water Management in Agriculture, International Water Management Institute (IWMI).

**Monteny, G.J., Bannink, A. & Chadwick, D.** 2006. Greenhouse gas abatement strategies for animal husbandry. *Agriculture, Ecosystems and Environment*, 112:163–170.

**Mooney, H.A.** 2005. *Invasive alien species: the nature of the problem.* In: *Invasive alien species: a new synthesis*, p. 1–15, Mooney, H.A., Mack, R.N., McNeely, J.A., Neville, L.E., Schei, P.J. and Waage, J.K. eds. SCOPE 63, Washington, DC, Island Press.

**Morrison, J.A., Balcombe, K., Bailey, A., Klonaris, S. & Rapsomanikis, G.** 2003. Expenditure on different categories of meat in Greece: the influence of changing tastes. *Agricultural Economics*, 28: 139–150.

**Morse and Jackson.** 2003. Fate of a representative pharmaceutical in the environment. Final report submitted to Texas Water Resources Institute. Texas Tech University.

**Mosier, A., Wassmann, R., Verchot, L., King, J. & Palm, C.** 2004. Methane and nitrogen oxide fluxes in tropical agricultural soils: sources, sinks and mechanisms. *Environment, Development and Sustainability,* 6(1–2): 11–49

**Mosley, J.C., Cook, P.S., Griffis, A.J. & O'Laughlin, J.** 1997. *Guidelines for managing cattle grazing in riparian areas to protect water quality: Review of research and best management practices policy.* Report No. 15, Policy Analysis Group (PAG) Report Series. Idaho Forest, Wildlife and Range Policy Analysis Group.

**Mosquera-Losada, M.R., Rigueiro-Rodríguez, A. & McAdam, J.,** eds. 2004. *Proceedings of an International Congress on Silvopastoralsim and sustainable management.* Lugo, Spain, April 2004. Walingford, UK, CABI Publishing.

**Mott, J.J.** 1986. Planned invasions of Australian tropical sanannas. In: Groves, R.H. and Burdon, J.J., eds., *Ecology of biological invasions*, pp. 89–96., Cambridge, UK, Cambridge University Press.

**Muirhead, R.W., Davies-Colley, R.J., Donnison, A.M. & Nagels, J.W.** 2004. Faecal bacteria yields in artificial flood events: quantifying in-stream stores. *Water Research*, 38(5): 1215–1224.

**Muller, W. & Schneider, B.** 1985. *Heat, water vapour and CO2 production in dairy cattle and pig housing.* Part 1. Provisional planning data for the use of heat exchangers and heat pumps in livestock housing. (IN GERMAN) Tieraztliche Umschau 40, 274–280.

**Mulongoy, K.J. & Chape, S.P.,** eds. 2004. *Protected areas and biodiversity: An overview of key issues.* UNEP-WCMC Biodiversity Series 21. The Secretariat of the Convention on Biological Diversity(CBD) and the UNEP World Conservation Monitoring Centre (UNEP-WCMC), Cambridge, UK.

**Murgueitio, E.** 2004. *Silvopastoral systems in the Neotropics.* Proceedings of an international congress on Silvopastoralism and Sustainable Management, Lugo, Spain, April 2004.

**Mwendera, E.J. & Mohamed Saleem, M.A.** 1997. Hydrologic response to cattle grazing in the Ethiopian highlands. *Agriculture, Ecosystems & Environment*, 64(1): 33–41.

**Myers, N., Mittermeier, R.A., Mittermeier, C.G., de Fonseca, G.A.B. & Kent, J.** 2000. Biodiversity hotspots for conservation priorities. *Nature*, 403: 853–858.

BLM_0080042

**Myers, R.J.K. & Robbins, G.B.** 1991. Sustaining productive pastures in the tropics 5: maintaining productive sown grass pastures. *Tropical Grasslands*, 25: 104–110.

**Myers, T.J. & Swanson, S.** 1995. Long-term aquatic habitat restoration: Mahogany Creek, Nevada, as a case study. *Water Resources Bulletin*, 32(2): 241–252.

**Nagle, G.N. & Clifton, C.F.** 2003. Channel changes over 12 years on grazed and ungrazed reaches of Wickiup Creek in eastern Oregon. *Physical Geography*, 24(1): 77–95.

**Napier, T.** 2000. Soil and water conservation policy approaches in North America, Europe, and Australia. *Water Policy*, 1(6): 551–565.

**NASA.** 2005. *Global temperature trends: 2005 summation*, (Available at http://data.giss.nasa.gov/gistemp/2005/).

**National Conservation Buffer Team.** 2003. Leaflet.

**National Park Service.** 2004. US Department of the Interior. *Geologic resource monitoring parameters: Soil and sediment erosion.* (Available at http://www2.nature.nps.gov/geology/monitoring/soil_erosion.pdf).

**National Public Lands Grazing Campaign.** 2004. *Livestock and water.* (Available at http://www.publiclandsranching.org/htmlres/fs_cows_v_water.htm Consulted in 2004.

**National Research Council.** 1981. *Effects of environment on nutrient requirements of domestic animals.* Subcommittee on Environmental Stress, Committee on Animal Nutrition, National Research Council, Washington DC, National Academy Press. pp. 168.

**National Research Council.** 1985. *Nutrient requirements of sheep* – Sixth Revised Edition, Subcommittee on Sheep Nutrition, Committee on Animal Nutrition, National Research Council. Washington, DC, National Academy Press. 112 pp.

**National Research Council.** 1987. *Predicting feed intake of food-producing animals.* Subcommittee on Feed Intake, Committee on Animal Nutrition National Research Council, Washington, DC, National Academy Press. 248 pp.

**National Research Council.** 1993. *Managing global genetic resources: Livestock.* Committee on Managing Global Genetic Resources: Agricultural Imperatives. Washington, DC, National Academy Press.

**National Research Council.** 1994. *Nutrient requirements of poultry* – Ninth Revised Edition. Subcommittee on Poultry Nutrition, Committee on Animal Nutrition, National Research Council, Washington, DC, National Academy Press. 176 pp.

**National Research Council.** 1998. *Nutrient requirements of swine* – 10th Revised Edition. Subcommittee on Swine Nutrition, Committee on Animal Nutrition, National Research Council, Washington, DC, National Academy Press. 210 pp.

**National Research Council.** 2000a. *Nutrient requirements of beef cattle* – Seventh Revised Edition. Subcommittee on Beef Cattle Nutrition, National Research Council, Washington, DC, National Academy Press. 248 pp.

**National Research Council.** 2000b. *Clean coastal waters: Understanding and reducing the effects of nutrient pollution.* Washington, DC, National Academy Press.

**National Research Council.** 2003. *Air emissions from animal feeding operations: current knowledge, future needs.* Ad Hoc Committee on Air Emissions from Animal Feeding Operations, Committee on Animal Nutrition, National Research Council, Washington, DC, National Academy Press. 263 pp.

**NatureServe.** 2005. *NatureServe Explorer: An online encyclopedia of life* [web application]. Version 4.5. NatureServe, Arlington, Virginia.(Available at www.natureserve.org/explorer. Accessed July 2005).

**Naylor, R., Steinfeld, H., Falcon, W., Galloway, J., Smil, V., Bradford, E., Alder, J. & Mooney, H.** 2005 Losing the links between livestock and land. *Science*, 310: 1621–1622.

**Nelson, P.N., Cotsaris, E. and Oades, J.M.** 1996. Nitrogen, phosphorus,and organic carbon in streams draining two grazed catchments. *Journal of Environmental Quality*, 25 (6:1221–1229.

BLM_0080043

**Neumann, C.G., Bwibo, N.O., Murphy, S.P., Sigman, M., Whaley, S., Allen, L.H., Guthrie, D., Weiss, R.E. & Demment, M.W.** 2003. Animal Source Foods Improve Dietary Quality, Micronutrient Status, Growth and Cognitive Function in Kenyan School Children: Background, Study Design and Baseline Findings. The American Society for Nutritional Sciences J. Nutr. 133:3941S–3949S.

**Ni, J-Q., Hendriks, J., Coenegrachts, J. & Vinckier, C.** 1999. Production of carbon dioxide in a fattening pig house under field conditions. 1. Exhalation by pigs. *Atmospheric Environment*, 33: 3691–3696.

**Nicholson, F.A., Smith, S.R., Alloway, B.J., Carlton-Smith, C. & Chambers B.J.** 2003. An inventory of heavy metals inputs to agricultural soils in England and Wales. *The Science of the Total Environment*, 311: 205–219.

**Nielsen, L.H. & Hjort-Gregersen, K.** 2005. Greenhouse gas emission reduction via centralized biogas co-digestion plants in Denmark. *Agric. Ecosys. Environ.* 112.

**Niklinska, M., Maryanski, M. & Laskowski, R.** 1999. Effect of temperature on humus respiration rate and nitrogen mineralization: Implications for global climate change. *Biogeochemistry*, 44: 239–257.

**Nill, K.** 2005. *US soybean production is more sustainable than ever before*. Press Release, September 2005. American Soybean Association.

**NOAA.** 2006. *Trends in atmospheric carbon dioxide*. NOAA/Earth System Research Laboratory, Global Monitoring Division.

**Nori, M., Switzer, J. & Crawford, A.** 2005. *Herding on the brink: Towards a global survey of pastoral communities and conflict*. International Institute for Sustainable Development.

**Norton, R.D.** 2003. Agricultural development policy: Concepts and experiences. Food and Agriculture Organization of the United Nations. UK, John Wiley & Sons Ltd.

**Norton-Griffiths, M.** 1995. Economic incentives to develop the rangelands of the Serengeti: Implications for wildlife conservation. In *Serengeti II: research, management and conservation of an ecosystem*. A.R.E. Sinclair and P. Arcese, eds., Chicago, USA, University of Chicago Press. 14 pp.

**Notermans, S., Dufrenne, J. & Oosterom, J.** 1981. Persistence of Clostridium Botulinum type B on a cattle farm after an outbreak of Botulism. *Applied and Environmental Microbiology*, 41(1): 179–183.

**Novotny, V., Imhoff, K.R., Olthof, M. & Krenkel, P.A.** 1989. *Handbook of urban drainage and wastewater*. New York, USA, Wiley & Sons Publishers.

**Nye, P.H. & Greenland, D.J.** 1964. Changes in the soil after clearing tropical forest, *Plant and Soil*, 21(1): 101–112.

**Odling-Smee, L.** 2005. Dollars and sense. *Nature*, 437: 614–616.

**OECD.** 1999. *Agricultural water pricing in OECD Countries*. Paris, Organization for Economic Cooperation and Development. 1999.

**OECD.** 2001. *Towards more liberal agricultural trade*. Policy Brief. Paris: Organization for Economic Co-operation and Development.

**OECD.** 2002. *Farm household income issues in OECD countries: A synthesis report.* Paris. Organization for Economic Co-operation and Development.

**OECD.** 2004. *Agriculture and the environment: lessons learned from a decade of OECD work*. Paris. June 2004.

**OECD.** 2006. *Agricultural policies in OECD countries – at a glance*. Paris. 2006.

**Oldeman, L.R.** 1994. The global extent of land degradation. In Greenland, D.J. & I. Szabolcs, eds., *Land resilience and sustainable land use*, 99–118. Wallingford, UK, CABI Publishers.

**Oldeman, L.R. & Van Lynden, G.W.J.** 1998. Revisiting the GLASOD methodology. In R. Lal, W.H. Blum, C. Valentine & B.A. Stewart, eds. *Methods for assessment of soil degradation,* pp. 423–440. Boca Raton, USA, CRC/Lewis Publishers.

**Olea, L., Lopez-Bellido, R.J. & Poblaciones, M.J.** 2004. *European types of silvopastoral systems in the Mediterranean area: dehesa*. Proceedings of an international congress on Silvopastoralism and Sustainable Management, Lugo, Spain, April 2004.

**Olivier, J.G.J., Brandes, L.J., Peters, J.A.H.W. & Coenen, P.W.H.G.** 2002. Greenhouse gas emissions in the Netherlands 1990–2000. National Inventory Report 2002. Rijksinstituut voor Volkagezondheld en Milieu. RIVM Rapport 773201006. pp. 150.

BLM_0080044

**Olson, D.M. & Dinerstein, E.** 1998. The Global 200: A representation approach to conserving the earth's most biologically valuable ecoregions. *Conservation Biology*, 12: 502–515.

**Olson, D. M., Dinerstein, E.** 2002. The Global 200: Priority ecoregions for global conservation. Annals of the Missouri Botanical Garden 89 : 125–126.

**Olson, M.E., O'Handley, R.M., Ralston, B.J., McAllister, T.A. & Thompson, R.C.A.** 2004. Update on Cryptosporidium and Giardia infections in cattle. *Trends in Parasitology*, 20(4): 185–191.

**Ong, C., Moorehead, W., Ross, A. & Isaac-Renton, J.** 1996. Studies of Giardia spp. and Cryptosporidium spp. in two adjacent watersheds. *Applied and Environmental Microbiology*, 62(8): 2798–2805.

**Ongley, E.D.** 1996. *Control of water pollution from agriculture*. FAO Irrigation and Drainage Paper No. 55, FAO, Rome.

**Orr, J.C., Fabry, V.J., Aumont, O., Bopp, L., Doney, S.C., Feely, R.A., Gnanadesikan, A., Gruber, N., Ishida, A., Joos, F., Key, R.M., Lindsay, K., Maier-Reimer, E., Matear, R., Monfray, P., Mouchet, A., Najjar, R.G., Gian-Kasper Plattner, Rodgers, K.B., Sabine, C.L., Sarmiento, J.L., Schlitzer, R., Slater, R.D., Totterdell, I.J., Weirig, Marie-France, Yamanaka, Y. & Yoo, A.** 2005. Anthropogenic ocean acidification over the twentyfirst century and its impact on calcifying organisms. *Nature*, 437: 681–686.

**Osoro, K., Celaya, R., Martinez, A. & Vasallo, J.M.** 1999. Development of sustainable systems in marginal heathland regions. LSIRD Network Newsletter Issue 6. European Network for Livestock Systems and Integrated Rural Development.

**Osterberg, D. & Wallinga, D.** 2004. *Determinants of rural health*. American Journal of Public Health 94(10).

**Ostermann, O.P.** 1998. The need for management of nature conservation sites designated under Natura 2000. *Journal of Applied Ecology*, 35(6), 968–973.

**Oweis, T.Y. & Hachum, A.Y.** 2003. Improving water productivity in the dry areas of West Asia and North Africa. Chapter 11, pp 179–198, In J.W. Kijne, R. Barker, & D. Molden. 2003. *Water productivity in agriculture: Limits and opportunities for improvement*. Wallingford, UK, CABI Publishing.

**Pagiola, S., Agostini, P., Gobbi, J., de Haan, C., Ibrahim, M., Murgueitio, E., Ramirez, E., Rosales, M. & Pablo Ruiz, J.** 2004. *Paying for biodiversity conservation services in agricultural landscapes*. Environment Department Paper No.96. Washington, DC, World Bank Environment Department, World Bank.

**Pagiola, S., von Ritter, K. & Bishop, J.** 2004. *Assessing the economic value of ecosystem conservation*. Environment Department Paper No.101. Washington, DC, World Bank Environment Department, World Bank.

**Pallas, Ph.** 1986. *Water for animals*. Land and Water Development Division, FAO. (Available at www.fao.org/docrep/R7488E/R7488E00.htm).

**Parris, K.** 2002. *Environmental impacts in the agricultural sector: using indicators as a tool for policy purposes*. Paper presented to the Commission for Environmental Cooperation Meeting: *Assessing the Environmental Effects of Trade*, Montreal, Canada, 17–18 January 2002.

**Parry, M.L., Rosenzweig, C., Iglesias, A., Livermore, M. & Fischer, G.** 2004. Effects of climate change on global food production under SRES emissions and socio-economic scenarios. *Global Environmental Change*, 14: 53–67.

**Patten, D.T., Ohmart, R.D., Meyerhoff, R., Ricci, E. Shirley, D. Minckley W.L. & Kubly D.M.** 1995. The Arizona Comparative Environmental Risk Project: Ecosystems – *Riparian ecosystems*, Section 2, Chapter 1. The Arizona Comparative Environmental Risk Project (ACERP) Report. Arizona EarthVision.

**Patterson, B., Kasiki, S., Selempo, E. & Kays, R.** 2004. Livestock predation by lions (*Panthera leo*) and other carnivores on ranches neighboring Tsavo National Parks, Kenya. *Biological Conservation*, 119: 507–516.

**Pauly, D. & Watson, R.** 2003. Counting the last fish. *Scientific American Magazine*, 289(1): 34–39.

**Pauly, D., Alder, J., Bennett, E., Christensen, V., Tyedmers, P. & Watson, R.** 2003. The Futures for Fisheries. *Science*, 302(5649):1359–1361.

**Paustian, K., Andren, O., Janzen, H.H., Lal, R., Smith, P., Tian, G., Tiessen, H., Van Noordwijk, M. & Woomer P.L.** 1997. Agricultural soils as a sink to mitigate carbon dioxide emissions. *Soil Use and Management*, 13(4): 230–244.

BLM_0080045

**Pearce, D.** 2002. Environmentally Harmful Subsidies: Barriers to Sustainable Development, Paper presented at the OECD workshop on environmentally harmful subsidies, Paris, 7–8 November 2002.

**Perrings, C. & Touza-Montero, J.** 2004. *Spatial interactions and forests management: policy issues. In proceedings of the Conference on Policy Instruments for Safeguarding Forest Biodiversity – Legal and Economic Viewpoints.* The Fifth International BIOECON Conference 15th–16th January 2004, House of Estates, Helsinki. (Available at http://www.metla.fi/julkaisut/workingpapers/2004/mwp001-03.pdf).

**Perry, C.J., Rock, M. & Seckler, D.** 1997. *Water as an economic good: a solution or a problem?* In: *water: economics, management and demand,* eds. M. Kay, T. Franks, L.E. Smith & F.N. Spon, pp. 3–10.

**Phoenix, G.K., Hicks, W.K., Cinderby, S., Kuylenstierna, J.C.I., Stock, W.D., Dentener, F.J., Giller, K.E., Austin, A.T., Lefroy, R.D.B., Gimeno, B.S., Ashmore, M.R. & Ineson, P.** 2006. Atmospheric nitrogen deposition in world biodiversity hotspots: The need for a greater global perspective in assessing N deposition impacts. *Global Change Biology,* 12(3): 470–476.

**Pidwirny, M.** 1999. *Fundamentals of physical geography: introduction to the hydrosphere* (Chapter 8). Department of Geography, Okanagan University College.

**Pierre, C.** 1983. US agriculture and the environment. *Food Policy,* 8(2): 99–110.

**Pieters, J.** 2002. *When removing subsidies benefits the environment: Developing a checklist based on the conditionality of subsidies.* Paper presented at the OECD workshop on environmentally harmful subsidies, 7–8 November, Paris, France.

**Pimentel, D., Berger, B., Filiberto, D., Newton, M., Wolfe, B., Karabinakis, E., Clark, S., Poon, E., Abbett, E. & Nandagopal, S.** 2004. *Water resources, agriculture and the environment.*

**Pingali, P.L. & Heisey P.W.** 1999. *Cereal crop productivity in developing countries: past trends and future prospects.* CIMMYT Working Paper 99–03. International Maize and Wheat Improvement Centre (CIMMYT), (Available at www.cimmyt.org/Research/Economics/map/research_results/working_papers/pdf/EWP 2099_03.pdf).

**Pons, A., Couteau, M., de Beaulieu, J.L. & Reille, M.** 1989. The plant invasions in Southern Europe from the paleoecological point of view. In di Castri, F., Hansen, A.J., Debussche, M. (Eds.), *Biological invasions in Europe and the Mediterranean Basin,* Kluwer Academic Publications, Dordrecht.

**Popkins, B., Horton, S. & Kim, S.** 2001. The nutrition transition and prevention of diet-related chronic diseases in Asia and the Pacific. *Food and Nutrition Bulletin,* 22 (4: Suppl.). Tokyo, United Nations University Press.

**Porter, G.** 2003. *Agricultural trade liberalisation and the environment in North America: Analysing the "production effect".* Prepared for "the second North American Symposium on Assessing the Environmental Effects of Trade". Commission for Environmental Cooperation.

**Postel, S.** 1996. *Dividing the waters: Food security, ecosystem health, and the new politics of scarcity.* Worldwatch Paper 132, September 1996. 76 pp.

**Pott, R.** 1998. Effects of human interference on the landscape with special reference to the role of livestock. In M.F. WallisDeVries, J.P. Bakker, & S.E. Van Wieren, eds., *Grazing and conservation management.* Kluwer, Dordrecht, pp. 107–134.

**Pretty, J.N., Brett, C., Gee, D., Hine, R.E., Mason, C.F., Morison, J.I.L., Raven, H., Rayment, M.D. & van der Bijl, G.** 2000. An assessment of the total external costs of UK agriculture. *Agricultural Systems,* 65(2): 113–136.

**Price, L., Worrell, E., Martin, N., Lehman, B. & Sinton, J.** 2000. *China's industrial sector in an international context.* Environmental Energy Technologies Division. Lawrence Berkeley National Laboratory. Report LBNL 46273. p. 17. (Available at http://eetd.lbl.gov/ea/IES/iespubs/46273.pdf).

**Prince, S. D. & S. N. Goward.** 1995. Global primary production: a remote sensing approach. Journal of Biogeography 22: 815–835.

BLM_0080046

**Purcell, D.L. & Anderson, J.R.** 1997. *Agricultural Research and Extension: Achievements and problems in national systems*; World Bank Operations Evaluation Study, Washington DC, World Bank.

**Purdue University.** 2006. *Department of Agronomy: Crop, Soil and Environmental Sciences.* (accessed April 2006. Available at http://www.agry.purdue.edu/index.asp).

**Quinlan Consulting.** 2005. *The effects of deforestation on the Hydrological Regime.* (Available at: http://www.headwaterstreams.com/hydrology.html, accessed April 2006).

**Quist, & Chapela, I.** 2001. Transgenic DNA introgressed into traditional landraces in Oaxaca, Mexico. *Nature*, 414(6863): 541–543.

**Rabalais, N.N., Turner, R.& Scavia, D.** 2002. Beyond science into policy: Gulf of Mexico hypoxia and the Mississippi river. *BioScience*, 52(2), 129–142.

**Rae, A.** 1998. The effects of expenditure growth and urbanisation on food consumption in East Asia: a note on animal products, *Agricultural Economics*, 18(3): 291–299.

**Rae, A. & Strutt, A.** 2003. Agricultural trade reform and environmental pollution from livestock in OECD countries; Paper presented to the sixth Annual Conference on Global Economic Analysis, The Hague, 12–14 June 2003.

**RAMSAR.** 2005. The Ramsar Convention on wetlands: Background papers on wetland values and functions, (Available at http://www.ramsar.org/info/values_intro_e.htm).

**Ranjhan, S.K.** 1998. *Nutrient Requirements of livestock and Poultry.* New Delhi, Indian council of Agricultural Research, India.

**Rao, J.M.** 1989. Taxing agriculture: instruments and incidence; *World Development,* 17(6), 1989: 813.

**Reddy, K.R., Kadlec, R.H., Flaig, E. & Gale, P.M.** 1999. Phosphorus retention in streams and wetlands: a review. *Critical Reviews in Environmental Science and Technology*, 29(1): 83–146.

**Redecker, B., Hardtle, W., Finck, P., Riecken, U. & Schroder, E.,** eds. 2002. Pasture, landscape and nature conservation. Springer. 435 pp.

**Redmon, L.A.** 1999. *Conservation of soil resources on lands used for grazing.* Proceedings of the third Workshop, conservation and use of natural resources and marketing of beef cattle, 27–29 January 1999. Monterrey, Mexico.

**Reich, P.B., Peterson, D.A., Wrage, K. & Wedin, D.** 2001. Fire and vegetation effects on productivity and nitrogen cycling across a forest-grassland continuum. *Ecology*, 82: 1703–1719.

**Reich, P.F., Numbem, S.T., Almaraz, R.A. & Eswaran, H.** 1999. Land resource stresses and desertification in Africa. In E.M. Bridges, I.D. Hannam, L.R. Oldeman, F.W.T. Pening de Vries, S.J. Scherr & S. Sompatpanit, eds., *Responses to land degradation. Proceedings of the second international conference on land degradation and desertification*, Khon Kaen, Thailand. New Delhi, Oxford Press.

**Reid, R., Thornton, P.K., Mccrabb, G., Kruska, R., Atieno, F. & Jones, P.** 2004. Is it possible to mitigate greenhouse gas emissions in pastoral ecosystems of the tropics? *Environment, Development and Sustainability*, 6: 91–109.

**Rejmánek, M., Richardson, D.M., Higgins, S.I., Pitcairn, M.J. & Grotkopp, E.** 2005. Ecology of invasive plants: State of the art. In: *Invasive alien species, a new synthesis*, ed. H.A. Mooney, *et al.*, SCOPE 63, Island Press. 368 pp.

**Relyea, R.A.** 2004. The growth and survival of five amphibian species exposed to combinations of pesticides. Environmental Toxicology and Chemistry, 23:1737–1742

**Renner, M.** 2002. The anatomy of resource wars. Worldwatch Paper No. 162. Worldwatch Institute.

**Renter, D.G., Sargeant, J.M., Oberst, R.D. & Samadpour, M.** 2003. Diversity, frequency, and persistence of Escherichia coli O157 strains from range cattle environments. *Applied Environmental Microbiology*, 69(1): 542–547.

**Requier-Desjardins, M. & Bied-Charreton, M.** 2006. *Evaluation des coûts économiques et sociaux de la dégradation des terres et de la désertification en Afrique.* Centre d'économie et d'éthique pour l'environnement et le développement; Versailles, France, Université de Versailles Saint Quentin-en-Yvelines.

309

**Rice, C.W.** 1999. *Subcommittee on production and price competitiveness hearing on carbon cycle research and agriculture's role in reducing climate change.*

**Richards, K.** 2004. A brief overview of carbon sequestration economics and policy. *Environmental Management* 33(4): 545–558.

**Ricketts, T.H., Dinerstein, E., Boucher. T., Brooks, T.M., Butchart, S. H. M., Hoffmann, M., Lamoreux, J.F., Morrison, J., Parr, M., Pilgrim, J.D., Rodrigues, A. S. L., Sechrest, W., Wallace, G. E, Berlin, K., Bielby, J., Burgess, N.D., Church, D.R., Cox, N., Knox, D., Loucks, C., Luck, G.W., Master, L.L, Moore, R., Naidoo, R., Ridgely, R., Schatz, G.E., Shire, G., Strand, H., Wettengel, W. & Wikramanayake, E.** 2005. Pinpointing and preventing imminent extinctions. *Proceedings of the National Academy of Sciences* (PNAS), 102(51): 18497–18501.

**Rihani, N.** 2005. Cours supérieur de production animale. Instituto Agronómico Mediterráneo de Zaragoza, Spain.

**Risse, L.M., Cabrera, M.L., Franzluebbers, A.J., Gaskin, J.W., Gilley, J.E., Killorn, R., Radcliffe, D.E., Tollner, W.E. & Zhang, H.** 2001. Land application of manure for beneficial reuse. pp. 283–316. In: *Animal agriculture and the environment: national center for manure and animal waste management white papers.* J.M. Rice, D.F. Caldwell, F.J. Humenik, eds. St. Joseph, Michigan, USA, published by the American Society of Agricultural and Biological Engineers.

**Ritter, W.F. & Chirnside, A.E.M.** 1987. Influence of agricultural practices on nitrates in the water table aquifer. *Biological Wastes*, 19(3): 165–178.

**Rodary, E. & Castellanet C.** 2003. Les trois temps de la conservation. In E. Rodary, C. Castellanet & G. Rossi, eds. *Conservation de la nature et développement, l'intégration possible?* Paris. Karthala and GRET, 225–237.

**Rogers, P., Bhatia, R. & Huber, A.** 1998. *Water as a social and economic good: How to put the principle into practice.* Global Water Partnership/Swedish International Development Cooperation Agency.

**Rook, A.J., Dumont, B., Osoro, K., WallisDeFries, M.F., Parente, G. & Mills, J.** 2004. Matching type of livestock to desired biodiversity outcomes in pastures – a review. Biological Conservation, 119:137–150.

**Roost, N., Molden, D., Zhu, Z. & Loeve, R.** 2003. *Identifying water saving opportunities: examples from three irrigation districts in China's Yellow River and Yangtze Basins.* Paper presented at the 1st International Yellow River Forum on River Basin Management Held in Zhengzhou, China, 12–15 May 2003

**Rosales, M. & Livinets, S.** 2005. Grazing and land degradation in CIS countries and Mongolia. In: Proceedings of the electronic conference "Grazing and land degradation in CIS countries and Mongolia". 10 June – 30 July 2005. (Available at http://www.lead.virtualcentre.org/ru/ele/econf_01_grazing/download/intro_en.pdf).

**Rosegrant, M.W. & Binswanger, H.** 1994. Markets in tradable water rights: Potential for efficiency gains in developing country irrigation. *World Development*, 22: 1613–1625.

**Rosegrant, M.W., Leach, N. & Gerpacio, R.V.** 1999. Meat or wheat for the next millennium? Alternative futures for world cereal and meat consumption. *Proceedings of the Nutrition Society*, 58: 219–234.

**Rosegrant, M.W., Cai, X. & Cline, S.A.** 2002. *Global water outlook to 2025, Averting an impending crisis. A 2020 vision for food, agriculture, and the environment initiative.* International food policy research institute (IFPRI) and International water management institute (IWMI).

**Roth, E.** 2001. *Water pricing in the EU: A review.* The European Environmental Bureau (EEB).

**Rotz, C.A.** 2004. Management to Reduce Nitrogen Losses in Animal Production. *Journal of Animal Science*, 82 (e. SUPPL.):E119–E137.

**Roulet, P.A.** 2004. Chasseur blanc, cœur noir? La chasse sportive en Afrique centrale. Une analyse de son rôle dans la conservation de la faune sauvage et le développement rural au travers des programmes de gestion de la chasse communautaire. Thèse de doctorat de Géographie. Laboratoire ERMES/IRD. Université d'Orléans, 2004.

BLM_0080048

**Rudel, T.K.** 1998. Is there a forest transition? Deforestation, reforestation and development. *Rural Sociology*, 64(4): 533–551.

**Rudel, T.K., Bates, D. & Machinguiashi, R.** 2002. A tropical forest transition? Agricultural changes, out-migration and secondary forests in the Ecuadorian Amazon. *Annals of the Association of American Geographers*, 92: 87–102.

**Russelle, M.P. & Birr, A.S.** 2004. Large-scale assessment of symbiotic dinitrogen fixation by crops: Soybean and alfalfa in the Mississippi river basin. *Agronomy Journal*, 96: 1754–1760.

**Rutherford, J.C. & Nguyen, M.L.** 2004. Nitrate removal in riparian wetlands: interactions between surface flow and soils. *Journal of Environmental Quality*, 33(3):1133-11–43.

**Ruttan, V.W.** 2001. *Technology, growth, and development: An induced innovation perspective.* New York, New York, USA: Oxford University Press.

**Ryan, B. & Tiffany, D.G.** 1998. Energy use in Minnesota agriculture. *Minnesota Agricultural Economist* No. 693 Fall 1998, Minnesota Extension Service, University of Minnesota. (Available at www.extension.umn.edu/newsletters/ageconomist/components/ag237-693b.html).

**Sainz, R.** 2003. *Framework for calculating fossil fuel use in livestock systems.* Livestock, Environment and Development initiative report. (Available at ftp://ftp.fao.org/docrep/nonfao/LEAD/X6100E/X6100E00.PDF).

**Salmon Nation.** 2004. *Ten ways ranchers can help restore clean water and salmon.* (Available at http://www.4sos.org/howhelp/ranchers2.html).

**Salter, L.** 2004. *A clean energy future? The role of the CDM in promoting renewable energy in developing countries.* WWF International. pp. 11. (Available at http://www.panda.org/downloads/climate_change/liamsalterfullpapercorrected.pdf).

**Sanderson, J., Alger, K., da Fonseca, G., Galindo-Leal, C., Inchausty, V.H. & Morrison, K.** 2003. Biodiversity conservation corridors: Planning, implementing, and monitoring sustainable landscapes. Center for Applied Biodiversity Science- Conservation International. pp.43.

**Saunders, C.S., Cagatay, S. & Moxey, A.P.** 2004. *Trade and the environment: economic and environmental impacts of global dairy trade liberalisation.* Agribusiness and Economics Research Unit (AERU), Research report No. 267, February 2004.

**Sauvé Jilene L., Goddard, T.W. & Cannon, K.R.** 2000. *A preliminary assessment of carbon dioxide emissions from agricultural soils.* Paper presented at the Alberta Soil Science Workshop, February 22–24 2000, Medicine Hat, Alberta. (Available at http://www1.agric.gov.ab.ca/$department/deptdocs.nsf/all/aesa8419?opendocument).

**Schepers, J.S., Hackes, B.L. & Francis, D.D.** 1982. Chemical water quality of runoff from grazing land in Nebraska: II contributing factors. *Journal of Environmental Quality*, 11(3): 355–359.

**Scherf, B.** ed. 2000. World watch list for domestic animal diversity, third edition. Rome. FAO/UNDP.

**Scherr, S.J. & Yadav, S.** 1996. *Land degradation in the developing world issues and policy options for 2020.* Washington, DC, IFPRI.

**Schiere, H. & van der Hoek, R.** 2000. *Livestock keeping in urban areas a review of traditional technologies.* FAO report.

**Schmidhuber, J. & Shetty, P.** 2005. The nutrition transition to 2030. Why developing countries are likely to bear the major burden. *Acta Agriculturae Scandinavica*, Section C Economy, 2(3–4): 150–166.

**Schnittker, J.** 1997. *The history, trade, and environmental consequences of soybean production in the United States.* Report to the World Wide Fund for Nature. 110 pp.

**Schofield, K., Seager, J. & Merriman, R.P.** 1990. The impact of intensive dairy farming activities on river quality: The eastern Cleddau catchment study. *Journal of the Institution of Water and Environmental Management*, 4(2): 176–186.

**Scholes, M. & Andreae, M.O.** 2000. Biogenic and pyrogenic emissions from Africa and their impact on the global atmosphere. *Ambio*, 29: 23–29.

BLM_0080049

Scholes, R.J., Schulze, E.D., Pitelka, L.F. & Hall, D.O. 1999. Biogeochemistry of terrestrial ecosystems. In: *The Terrestrial Biosphere and Global Change: Implications for Natural and Managed Ecosystems*. B. Walker, W. Steffen, J. Canadell & J. Ingram, eds., Cambridge, UK, University Press Cambridge, 271–303.

Schultheiß, U., Döhler H., Eckel, H, Früchtenicht, K., Goldbach, H., Kühnen, V., Roth, U., Steffens, G., Uihlein, A. & Wilcke, W. 2003. *Heavy metal balances in livestock farming.* Proceeding form the workshop: AROMIS - Assessment and reduction of heavy metal inputs into agro-ecosystems. 24–25 November 2003, Kloster Banz, Germany.

Schultz, R.C., Isenhart, T.M. & Colletti, J.P. 1994. *Riparian buffer systems in crop and rangelands.* Agroforestry and Sustainable Systems: Symposium Proceedings, August 1994.

Schulze, D.E. & Freibauer, A. 2005. Carbon unlocked from soils. *Nature*, 437: 205–206.

Schwartz, P. & Randall, D. 2003. *An abrupt climate change scenario and its implications for United States national security*, (Available at http://www.greenpeace.org/raw/content/international/press/reports/an-abrupt-climate-change-scena.pdf).

SCOPE 21. 1982. *The major biogeochemical cycles and their interactions.* Scientific Committee On Problems of the Environment (SCOPE). (Available at http://www.icsu-scope.org/downloadpubs/scope21/).

Scrimgeour, G.J. & S. Kendall. 2002. Consequences of livestock grazing on water quality and benthic algal biomass in a Canadian natural grassland plateau. *Environmental Management*, 29(6): 824–844.

Secretariat of the Convention on Biological Diversity. 2003. *Interlinkages between biological diversity and climate change*. Advice on the integration of biodiversity considerations into the implementation of the United Nations Framework Convention on Climate Change and its Kyoto protocol. Montreal, SCBD, 154 p. (CBD Technical Series No. 10).

Sharpley, A., Meisinger, J.J. Breeuwsma, A., Sims, J.T., Daniel, T.C. & Schepers, J.S. 1998. Impacts of animal manure management on ground and surface water quality. Pages 173–242 In J.L. Hatfield, & B.A. Stewart, eds., *Animal waste utilization: effective use of manure as a soil resource*. Chelsea, Michigan, USA, Ann Arbor Press.

Sharrow, S.H. 2003. Soil compaction during forest grazing. *The Grazier*, 317:2 Oregon State University.

Sheffer, M., Carpenter, S., Foley, J.A., Folke, C. & Walker, B. 2001. Catastrophic shifts in ecosystems. *Nature*, 413: 591–596.

Sheldrick, W., Syers, J.K. & Lingard, J. 2003. Contribution of livestock excreta to nutrient balances. *Nutrient Cycling in Agroecosystems*, 66(2): 119–131.

Shepherd, C.J., Pike, I.H. & Barlow, S.M. 2005. Sustainable feed resources of marine origin. European Aquaculture Society Special Publication 35: 59–66.

Shere, J.A., Bartlett, K.J. & Kaspar, W. 1998. Longitudinal study of Escherichia coli O157:H7 dissemination on four dairy farms in Wisconsin. *Applied and Environmental Microbiology*, 64(4): 1390–1399.

Shere, J.A., Kaspar, C.W., Bartlett, K.J., Linden, S.E., Norell, B., Francey, S. & Schaefer, D.M. 2002. Shedding of *Escherichia coli* O157:H7 in dairy cattle housed in a confined environment following waterborne inoculation. *Applied and Environmental Microbiology*, 68(4): 1947–1954.

Siebers, J., Binner, R. & Wittich, K.P. 2003. Investigation on downwind short-range transport of pesticides after application in agricultural crops. *Chemosphere*, 51(5): 397–407.

Siebert, S. Döll, P. & Hoogeveen, J. 2001, Global map of irrigated areas version 2.0, Center for Environmental Systems Research, Univerity of Kassel, Germany/ Food and Agriculture Organization of the United Nations, Rome.

Siegenthaler, U., Stocker, T.F., Monnin, E., Lüthi, D., Schwander, J., Stauffer, B., Raynaud, D., Barnola, J., Fischer, H., Masson-Delmotte, V. & Jouzel, J. 2005. Stable carbon cycle–climate relationship during the late pleistocene. *Science*, 310(5752): 1313–1317.

BLM_0080050

Simberloff, D. 1996. Impacts of introduced species in the United States. *Consequences*, 2(2):13–22.

Singh, B. & Sekhon, G.S. 1976 Nitrate pollution of groundwater from nitrogen fertilizers and animal wastes in the Punjab, India. *Agriculture and Environment*, 3(1): 57–67.

Siriwardena, L., Finlayson, B.L. & McMahon T.A. 2006. The impact of land use change on catchment hydrology in large catchments: The Comet River, Central Queensland, *Australia Journal of Hydrology*, 326(14): 199–214.

Sirohi, S. & Michaelowa, A. 2004. *CDM potential of dairy sector in India*. HWWA discussion paper 273. Hamburgisches Welt-Wirtschafts-Archiv (HWWA). Hamburg Institute of International Economics. 73 pp.

Skinner, B.J., Porter, S.C. & Botkin, D.B. 1999. *The blue planet: An introduction to earth system science*, Second Edition. 576 pp.

Slifko, T.R., Smith, H.V. & Rose, J.B. 2000. Emerging parasite zoonoses associated with water and food. *International Journal for Parasitology*, 30(12–13): 1379–1393.

Small, L. & Carruthers, I. 1991. *Farmer financed irrigation – allocating a scarce resource: Water-use Efficiency* (Chapter 5 pp 77–95), Cambridge University Press.

Smil, V. 1999. Nitrogen in crop production: an account of global flows. *Global Biogeochemical Cycles*, 13(2): 647–662.

Smil, V. 2001. *Enriching the earth: Fritz Haber, Carl Bosch, and the transformation of world food production*. USA, MIT Press. p. 411.

Smil, V. 2002. Nitrogen and food production: proteins for human diets. *Ambio*, 31(2): 126–131.

Smith, B.E. 2002. Nitrogenase reveals its inner secrets. *Science*, 297(5587): 1654–1655.

Sommer, S.G., Petersen, S.O. & Møller, H.B. 2004. Algorithms for calculating methane and nitrous oxide emissions from manure management. *Nutrient Cycling in Agroecosystems*, 69: 143–154.

Soto, A., Calabro, J.M., Prechtl, N.V., Yau, A.Y., Orlando, E.F., Daxenberger, A., Kolok, A.S., Guillette, L.J., Jr., le Bizec, B., Lange, I.G. & Sonnenschein, C. 2004. Androgenic and estrogenic activity in water bodies receiving cattle feedlot effluent in eastern Nebraska, USA . *Environmental Health Perspectives*, 112(3).

Spahni, R., Chappellaz, J., Stocker, T.F., Loulergue, L., Hausammann, G., Kawamura, K., Flückiger, J., Schwander, J., Raynaud, D., Masson-Delmotte, V. & Jouzel, J. 2005. Atmospheric methane and nitrous oxide of the late Pleistocene from Antarctic ice cores. *Science*, 310(5752): 1317–1321.

Speedy, A.W. 2003. Global production and consumption of animal source foods. *Journal of Nutrition*, 133: 4048S–4053S.

Stallknecht, D.E. & Justin D. 2006 *Brown wild birds and the epidemiology of Avian Influenza*. FAO/OIE International Scientific Conference on Avian Influenza and Wild Birds.

Steinfeld, H., de Haan, C.H., & Blackburn, H. 1997. *Livestock and the environment Interactions: Issues and Options*. Suffolk, UK, WRENmedia.

Steinfeld, H. & Chilonda, P. 2006. Old players, new players. *Livestock Report 2006*. Rome, FAO.

Steinfeld, H., Costales, A. & Gerber, P. 2005. Underneath the livestock revolution: Structural change. In: McLeod, A., ed. 2006. *Livestock Report 2006*. Rome, FAO.

Steinfeld, H., Wassenaar, T. & Jutzi, S. 2006. Livestock production systems in developing countries: Status, drivers, trends. *Rev. Sci. Rech. Off. Int. Epiz.*, 25(2). In press.

Stoate, C., Boatman, N.D., Borralho, R.J., Carvalho, C.R., Snoo, G.R.D. & Eden, P. 2001. Ecological impacts of arable intensification in Europe. *Journal of Environmental Management*, 63(4): 337–365.

Sumberg, J. 2003. Toward a dis-aggregated view of crop–livestock integration in Western Africa. *Land Use Policy*, 20(3) 253–264.

Sundermeier, A., Reeder, R. & Lal, R. 2005. *Soil carbon sequestration – Fundamentals*. Ohio State University Extension Fact Sheet AEX-510-05. (Available at ohioline.osu.edu/aex-fact/0510.html).

Sundquist, B. 2003. *Grazing lands degradation: A global perspective*, Edition 4.

**Sundquist, E.T.** 1993. The global carbon dioxide budget. Science, 259: 934–941.

**Sustainable Table.** 2005. *The issues, Environment.* (Available at http://www.sustainabletable.org/issues/environment/).

**Sutton, A., Applegate, T., Hankins, S., Hill, B., Sholly, D., Allee, G., Greene, W., Kohn, R., Meyer, D., Powers, W. & van Kempen, T.** 2001 Manipulation of animal diets to affect manure production, composition and odours: state of the science. pp 377–408. In *animal agriculture and the environment: National Center For Manure And Animal Waste Management White Papers.* J.M. Rice, D.F. Caldwell & F.J. Humenik, eds. St. Joseph, Michigan, USA. Published by the American Society of Agricultural and Biological Engineers.

**Swanson, S.** 1996. *Riparian pastures,* Fact sheet No. 19. Rangeland Watershed Program; UC Cooperative Extension and USDA Natural Resources Conservation Service; California Rangelands Research and Information Center, Agronomy and Range Science. Davis, USA, University of California.

**Swift, M.J., Seward, P.D., Frost, P.G.H., Qureshi, J.N. & Muchena, F.N.** 1994. Long-term experiments in Africa: developing a database for sustainable land use under global change. In R.A. Leigh, & A.E. Johnston, eds. *Long-term experiments in agricultural and ecological sciences,* pp. 229–251. Wallingford, UK, CABI Publishers.

**Syvitski, J.P.M., Peckham, S.D., Hilberman, R. & Mulder, T.** 2003. Predicting the terrestrial flux of sediment to the global ocean: a planetary perspective. *Sedimentary Geology,* 162: 5–24.

**Szott, L., Ibrahim, M. & Beer, J.** 2000. *The hamburger connection hangover: cattle pasture land degradation and alternative land use in Central America.* Turrialba, Costa Rica, CATIE.

**Tabarelli, M. & Gascon, C.** 2005. Lessons from fragmentation research: Improving management and policy guidelines for biodiversity conservation. *Conservation Biology,* 19(3): 734–739.

**Tadesse, G. & Peden, D.** 2003. Livestock grazing impact on vegetation, soil and hydrology in a tropical highland watershed. In: McCornick, P.G., Kamara, A.B., and Tadesse, G., eds. *Integrated water and land management research and capacity building priorities for Ethiopia.* Proceedings of a MoWR/EARO/IWMI/ILRI international workshop held at ILRI, Addis Ababa, Ethiopia 2–4 December 2002, pp. 87–97.

**Tansey, Grégoire, J., Stroppiana, D., Sousa, A., Silva, J., Pereira, J.M.C., Boschetti, L., Maggi, M., Brivio, P.A., Fraser, R., Flasse, S., Ershov, D., Binaghi, E., Graetz, D. & Peduzzi, P.** 2004. Vegetation burning in the year 2000: Global burned area estimates from SPOT VEGETATION data. *Journal of Geophysical Research Atmospheres,* VOL. 109, D14S03.

**Tate, K.W.** 1995. *Infiltration and overland flow.* Fact Sheet No. 37. Rangeland Watershed Program, U.C. Cooperative Extension and USDA Natural Resources Conservation Service; California Rangelands Research and Information Center, Agronomy and Range Science, Davis, USA, University of California.

**Thellung A.** 1912. La flore adventice de Montpellier. *Memoires de la Société Nationale des Sciences Naturelles et Mathématiques,* 38: 57–728.

**The State of Queensland.** 2004. *The Desert Uplands.* NRM facts, Land series. The State of Queensland, Department of Natural Resources and Mines.

**Thobani, M.** 1997. Formal water markets: why, when and how to introduce tradable water rights. *The World Bank Research Observer,* 12(2), August 1997: 163–165.

**Thomas, C.D., Cameron, A., Green, R.E., Bakkenes, M., Beaumont, L.J., Collingham, Y.C., Erasmus, B.F.N., Ferreira de Siqueira, M., Grainger, A., Lee Hannah, Hughes, L., Huntley, B., van Jaarsveld, A.S., Midgley, G.F., Miles, L., Ortega-Huerta, M.A., Peterson, A.T., Phillips, O.L. & Williams, S.E.** 2004. Extinction risk from climate change. *Nature,* 427:145–148.

**Thomas, D.S.** 2002. Sand, grass, thorns, and cattle: The modern Kalahari. In: Deborah Sporton and David S. G. Thomas, eds., *Sustainable livelihoods in Kalahari environments: Contributions to global debates.* New York, Oxford University Press, Inc. pp 21–38.

BLM_0080052

**Thompson, A.M., Witte, J.C., Hudson, R.D., Guo, H, Herman, J.R. & Fujiwara, M.** 2001. Tropical tropospheric ozone and biomass burning. *Science*, 291: 2128–2132.

**Thorsten, C., Schneider, R.J., Färber, H.A., Skutlarek, D. & Goldbach, H.E.** 2003. Determination of antibiotic residues in manure, soil, and surface waters. *Acta hydrochimica et hydrobiologica*, 31(1): 36–44.

**Tidwell, J.H. & Allan, G.L.** 2001. *Fish as food: aquaculture's contribution.* European Molecular Biology Organization (EMBO) reports 2(11): 958–963.

**Tietenberg, T.** 2003. *Environmental and natural resource economics*, sixth edition, Addison Wesley.

**Tilman, D., Fargione, J., Wolff, B., D'Antonio, C., Dobson, A., Howarth, R., Schindler, D., Schlesinger, W.H., Simberloff, D. & Swackhamer, D.** 2001. Forecasting agriculturally driven global environmental change. *Science*, 292(5515): 281–284.

**Tonhasca, A. & Byrne, D.N.** 1994. The effects of crop diversification on herbivorous insects: a meta-analysis approach. *Ecological Entomology*, 19: 239–244.

**Toutain, B.** 2001. *Mission d'appui scientifique sur le thème de la transhumance.* Programme régional parc du W - ECOPAS. Rapport CIRAD – EMVT No.01-43, July 2001.

**Tran Thi Dan, Thai Anh Hoa, Le Quang Hung, Bui Minh Tri, Ho Thi Kim Hoa, Le Thanh Hien & Nguyen Ngoc Tri.** 2003. *LEAD pilot project on the Area-wide integration (AWI) of specialized crop and livestock activities in Vietnam.* C. Narrod & P. Gerber, eds.

**Travasso, M.I., Magrin, G.O., Rodríguez, G.R. & Boullón, D.R.** 1999. Climate Change assessment in Argentina: II. Adaptation strategies for agriculture. Accepted in *Food and Forestry: Global Change and Global Challenge.* GCTE Focus 3 Conference. Reading, United Kingdom, September 1999.

**Tremblay, L.A. & Wratten, S.D.** 2002. Effects of Ivermectin in dairy discharges on terrestrial and aquatic invertebrates. *DOC Science Internal Series 67.* Department of Conservation, Wellington. 13 pp.

**Trimble, S.W. & Mendel, A.C.** 1995. The cow as a geomorphic agent—a critical review. *Geomorphology*, 13: 233–253.

**Tschakert, P. & Tappan, G.** 2004. The social context of carbon sequestration: considerations from a multi-scale environmental history of the Old Peanut Basin of Senegal. *Journal of Arid Environments*, 59(3): 535–564.

**Tsur, Y. & Dinar, A.** 1997. The relative efficiency and implementation costs of alternative methods of pricing irrigation water. *The World Bank Economic Review*, 11(2), May 1997: 243–262.

**Turner, K., Georgiou, S., Clark, R., Brouwer, R. & Burke, J.** 2004. Economic Valuation of water resources in agriculture, From the sectoral to a functional perspective of natural resource management. FAO paper reports No. 27, Rome, FAO.

**Tveteras, S. & Tveteras, R.** 2004. *The global competition for wild fish resources between livestock and aquaculture.* 13th Annual Conference of the European Association of Environmental and Resource Economics. 25–28 June 2004, Budapest, Hungary.

**UN.** 1992. *Rio Declaration on Environment and Development*, New York, USA, United Nations Conference on Environment and Development (UNCED) 1992.

**UN.** 2003. *World population prospects: The 2002 revision*, United Nations, New York, USA.

**UN.** 2005. *World Population Prospects.* The 2004 Revision. UN Department of Economic and Social Affairs. New York, USA, (Available at http://www.un.org/esa/population/publications/sixbillion/sixbilpart1.pdf).

**UNDP/UNEP/WB/WRI.** 2000. *A guide to world resources 2000–2001: People and ecosystems – The fraying web of life.* United Nations Development Programme, United Nations Environment Programme, World Bank, World Resources Institute. Washington, DC, World Resources Institute.

**UNEP.** 1991. *Status of desertification and implementation of the United Nations Plan of Action to combat desertification.* United Nations Environment Programme, Nairobi. 79 pp.

**UNEP.** 1994. Land degradation in South Asia: Its severity, causes and effects upon the people. World Soil Resources Report 78. INDP/UNEP/FAO. Rome, FAO.

BLM_0080053

**UNEP.** 1997. *World atlas of desertification.* United Nations Environment Programme, Second Edition. Nairobi. 182 pp.

**UNEP.** 2001. *Economic reforms, trade liberalization and the environment: A Synthesis of UNEP Country Projects.* Geneva, Switzerland. 5 November 2001.

**UNEP.** 2002. *Protecting the environment from land degradation* UNEP's action in the framework of the Global Environment Facility.

**UNEP.** 2003. *Global Environmental Outlook 3.* UNEP GEO Team, Division of Environmental Information, Assessment and Early Warning (DEIA&EW), United Nations Environment Programme.

**UNEP.** 2004a. *GEO Yearbook 2003.* Earthprint, 76 p. (Available at www.unep.org/geo/yearbook/yb2003/).

**UNEP.** (2004b). *Land degradation in drylands (LADA): GEF grant request.* Nairobi, Kenya: UNEP.

**UNEP.** 2005a. *Global Environment Outlook Year Book 2004/05,* (Available at http://www.unep.org/geo/yearbook/yb2004/).

**UNEP.** 2005b. Environmental strategies and policies for cleaner production, (Available at www.uneptie.org/pc/cp/understanding_cp/cp_policies.htm; Accessed November 2005).

**UNEP-WCMC.** 1994. *Biodiversity data sourcebook.* B. Groombridge, ed. WCMC Biodiversity Series No. 1. World Conservation Monitoring Centre, United Nations Environment Programme, Cambridge, UK, World Conservation Press. 155 pp.

**UNEP-WCMC.** 1996. *The diversity of the seas: a regional approach.* WCMC Biodiversity Series No. 4. Edited by B. Groombridge and M.D. Jenkins. World Conservation Monitoring Centre, United Nations Environment Programme. Cambridge, UK, World Conservation Press.

**UNEP-WCMC.** 2000. *Chapter 1 of the Global Biodiversity Outlook: Global Biodiversity: Earth's living resources in the twentifirst century.* B. Groombridge & M.D. Jenkins, Cambridge, UK, World Conservation Press.

**UNEP-WCMC.** 2002. *Mountain watch: environmental change and sustainable development in mountains.* UNEP-WCMC Biodiversity Series No. 12 World Conservation Monitoring Centre, United Nations Environment Programme, Cambridge, UK, World Conservation Press.

**UNESCO.** 1979. *Tropical grassland ecosystems.* UNESCO, Paris.

**UNESCO.** 2005. Water portal. (Available at http://www.unesco.org/water/).

**UNFCCC.** 2005. *Feeling the heat.* Electronic background document - United Nations Framework Convention on Climate Change, (Available at http://unfccc.int/essential_background/feeling_the_heat/items/2918.php).

**Uri, N.D. & Lewis, J.A.** 1998. The dynamics of soil erosion in US agriculture. *The Science of the Total Environment,* 218(1): 45–58.

**USDA.** 2004. *US agriculture and forestry greenhouse gas inventory: 1990–2001.* U.S. Department of Agriculture, Global Climate Change Program, Technical Bulletin No. 1907. (Available at www.usda.gov/oce/global_change/gg_inventory.htm).

**USDA/ERA.** 2002. *Adoption and pesticide use. In: Adoption of Bioengineered Crops.* Agricultural Economic Report No. (AER810) 67 pp.

**USDA/FAS.** 2004. *World Broiler Trade Overview.* Foreign Agricultural Service, United States Department of Agriculture.

**USDA/FAS.** 2000. *Meat and bone meal ban may induce South American soybean planting.* United States Department of Agriculture: Foreign Agricultural Service, (Available at www.fas.usda.gov/pecad2/highlights/2000/12/EU_mbm_ban.htm).

**USDA/NASS.** 2001. *Agricultural chemical use.* National Agricultural Statistics Service, USDA Economics and Statistics System.

**USDA/NRCS.** 1998. *Soil quality indicators: Infiltration.* Soil Quality Information Sheet. Soil Quality Institute, Natural Resources Conservation Service (NRCS), US Department of Agriculture (USDA).

**USDA-NRCS.** 1999. *Risk of human induced water erosion map.,* Soil Survey Division, World Soil Resources. Washington, DC, USDA-NRCS.

**US-EPA.** 2004. *US emissions inventory 2004: Inventory of u.s. greenhouse gas emissions and sinks: 1990–2002* (April 2004). US Environmental Protection Agency.

**US-EPA.** 2005a. Mid-Atlantic Integrated Assessment (MAIA), (Available at http://www.epa.gov/maia/html/about.html).

BLM_0080054

**US–EPA.** 2005b. *Global warming – Methane*. US Environmental Protection Agency, (Available at http://www.epa.gov/methane/).

**US–EPA.** 2006. *EPA livestock analysis model*, (Available at http://www.epa.gov/methane/rlep/library/lam/lam.html).

**US–Geological Survey.** 2005a. *The water cycle*. United States Geological Survey (USGS). (Available at http://ga.water.usgs.gov/edu/watercycle.html).

**US–Geological Survey.** 2005b. *Estimated use of water in the United States in 1990: Livestock water use*. United States Geological Survey (USGS), (Available at http://water.er.usgs.gov/watuse/wulv.html).

**Van Aardenne, J.A., Dentener, F.J., Olivier, J.G.J., Klein Goldewijk, C.G.M. & J. Lelieveld.** 2001. A high resolution dataset of historical anthropogenic trace gas emissions for the period 1890–1990. *Global Biogeochemical Cycles*, 15(4): 909–928.

**van Auken, W.O.** 2000. Shrub invasions of North American semi-arid grasslands. *Annual Review Of Ecology and Systematics*, 31:197–216.

**Van der Hoek, K.W.** 1998. Nitrogen efficiency in global animal production. *Environmental Pollution*, 102: 127–132.

**van Ginkel, J.H., Whitmore, A.P. & Gorissen, A.** 1999. Lolium perene grasslands may function as a sink for atmospheric carbon dioxide. *Journal of Environmental Quality*, 28: 1580–1584.

**Van Vuuren, A.M. & Meijs, J.A.C.** 1987, In: *Animal manure on grassland and fodder crops: fertiliser or waste?* H.G.Van der Meer, R.J. Unwin, T.A. van Dijk & G.C. Ennik, eds., Nijhoff, Dortrecht, the Netherlands. pp 27–45.

**Vannuccini, S.** 2004. Overview of fish production, utilization, consumption and trade. Fishery Information, Data And Statistics Unit, FAO. 20 pp.

**Vasilikiotis, C.** 2001. *Can Organic Farming "Feed the World"?* University of California, Berkeley. Energy Bulletin, published 1 February 2001. (Available at http://www.energybulletin.net/1469.html).

**Velusamy, R., Singh, B.P. & Raina, O.K.** 2004. Detection of *Fasciola gigantica* infection in snails by polymerase chain reaction. *Veterinary Parasitology*, 120(1-2): 85–90.

**Vera, F.W.M.** 2000. *Grazing ecology and forest history*. Wallingford, UK, CABI Publishing.

**Verburg, P.H., Chen, Y.Q. & Veldkamp, A.** 2000. Spatial explorations of land-use change and grain production in China. Agriculture, Ecosystems and Environment, 82: 333–354.

**Verburg, P.H. and Hugo, A.C. & Van Der Gon, D.** 2001. Spatial and temporal dynamics of methane emissions from agricultural sources in China. *Global Change Biology*, 7(1): 31–47.

**Vet, R.** 1995. *GCOS observation programme for atmospheric constituents: Background, status and action plan*. Global Climate Observing System Report No. 20. World Meteorological Organization, (Available at http://www.wmo.ch/web/gcos/Publications/gcos-20.pdf).

**Vickery, J. A., Tallowin, J.R.B., Feber, R.E., Asteraki, E.J., Atkinson, P.W., Fuller, R.J. & Brown, V.K.** 2001. The management of lowland neutral grasslands in Britain: effects of agricultural practices on birds and their food resources. *Journal of Applied Ecology*, 38: 647–664.

**Viollat, P.L.** 2006. *Argentine, un cas d'école*. Le Monde Diplomatique, April 2006.

**Vitousek, P.M., Aber, J.D., Howarth, R.W., Likens, G.E., Matson, P.A., Schindler, D.W., Schlesinger, W.H. & Tilman, D.G.** 1997 Human alteration of the global nitrogen cycle: sources and consequences. *Ecological Applications*, 7(3): 737–750.

**Vlek, P.L.G., Rodríguez-Kuhl G. & Sommer R.** 2004. Energy use and $CO_2$ production in tropical agriculture and means and strategies for reduction or mitigation. *Environment, Development and Sustainability*, 6(1-2): 213–233.

**von Dörte, E.** 2004. *Water management in rural China: The role of irrigation water charges*.

**von Tschudi, J.J.** 1868. *Reisen durch Sudamerika*, Vol. 4. Leipzig: Verlag 1 Brockhaus. Stuttgrt: Omnitypie-Gesellshaft Nachf. Leopold Zechnall rep. 1971. 320 pp.

**Vought, L.B.M., Pinay, G., Fuglsang, A. & Ruffinoni, C.** 1995. Structure and function of buffer strips from a water quality perspective in agricultural landscapes. *Landscape and Urban Planning*, 31(1–3): 323–331.

BLM_0080055

**Wahl, R.W.** 1997. *Water pricing experiences: An international perspective – United States.* World Bank Technical Paper No. 386, pp 144–148.

**Walker, R.** 1993. Deforestation and economic development. *Canadian Journal of Regional Science*, 16(3): 481–497.

**Wallinga, D.** 2002. Antimicrobial use in animal feed: An ecological and public health problem. *Minnesota Medical Association*, Volume 85, October 2002.

**Ward, A.D.** 2004. ACSM 370 Teaching Materials: Principles of Hydrology, Lecture 2: *Infiltration.* Department of Food, Agricultural and Biological Engineering; USA, Ohio State University.

**Ward, F. & Michelsen, A.** 2002. The economic value of water in agriculture: concepts and policy applications. *Water Policy*, 4(5): 423–446.

**Ward, G.M., Knox, P. L. & Hobson, B.W.** 1977. Beef production options and requirements for fossil fuel. *Science*, 198: 265–271.

**Ward, R.C. & Robinson, M.** 2000. *Principles of hydrology* (4th ed.). McGraw-Hill Publishing Company, London, 450 pp.

**Wardrop Engineering.** 1998. Cited by UNEP Working Group for Cleaner Production in the Food Industry, 2004. Fact Sheet 7: Food Manufacturing Series. (Available at http://www.gpa.uq.edu.au/CleanProd/Res/facts/FACT7.HTM).

**Wassenaar, T., Gerber, P., Verburg, P.H., Rosales, M., Ibrahim, M. & Steinfeld, H.** 2006. Projecting land use changes in the Neotropics The geography of pasture expansion into forest. *Global Environmental Change*, In press.

**Waters, T.F.** 1995. *Sediment in streams: sources, biological effects, and control.* American Fisheries Society Monograph 7. American Fisheries Society, Bethesda, Maryland. pp. 251.

**Watson, R. & Pauly, D.** 2001. Systematic distortions in world fisheries catch trends. *Nature*, 414: 534 536.

**Webster, R.G., Naeve, C.W. & Krauss, S.** 2006. *The evolution of influenza viruses in wild birds.* FAO/OIE International Scientific Conference on Avian Influenza and Wild Birds.

**Westing, A.H., Fox, W. & Renner, M.** 2001. *Environmental degradation as both consequence and cause of armed conflict.* Working Paper prepared for Nobel Peace Laureate Forum participants by PREPCOM subcommittee on Environmental Degradation.

**White, R.P., Murray, S. & Rohweder, M.** 2000. *Pilot analysis of global ecosystems: grassland ecosystems.* Washington, DC, World Resources Institute.

**Whitmore, A.P.** 2000. *Impact of livestock on soil.* Sustainable Animal Production, (Available at http://www.agriculture.de/acms1/conf6/ws4lives.htm).

**WHO.** and Tufts University. 1998. Keeping fit for life: Meeting the nutritional needs of older persons.

**WHO.** 2003. Obesity and overweight. Fact sheet, Geneva, World Health Organization

**Wichelns, D.** 2003. The role of public policies in motivating virtual water trade, with an example from Egypt (I. Delft, Trans.). In A.Y. Hoekstra, ed., 2003. *Virtual water trade: Proceedings of the international expert meeting on virtual water trade.*

**Wilcock, R.J., Scarsbrook. M.R., Cooke, J.G., Costley, K.J. & Nagels, J.W.** 2004. Shade and flow effects on ammonia retention in macrophyte-rich streams: implications for water quality. *Environmental Pollution*, 132(1): 95–100.

**Woodroffe, R., Linsey, P., Romanach, S., Stein, A. & Ranah, S. M.K.** 2005. Livestock predation by endangered African wild dogs (*Lycaon pictus*) in northern Kenya. *Biological Conservation*, 124: 225–234.

**World Bank.** 1997. *Water pricing experiences An international perspective.* World Bank Technical Paper No. 386, Washington, DC, World Bank.

**World Bank.** 2005a. Managing the livestock revolution: Policy and technology to address the negative impacts of a fast-growing sector. Washington, DC, World Bank Agriculture and Rural Development Department.

**World Bank.** 2005b. *World development indicators: poverty estimates.*

**World Bank.** 2006. *World development indicators.* Washington, DC.

BLM_0080056

**World Conservation Monitoring Centre.** 1998. *Freshwater biodiversity: a preliminary global assessment.* By Brian Groombridge and Martin Jenkins. WCMC Cambridge, UK, World Conservation Press.

**World Resources Institute.** 2000. Freshwater biodiversity in crisis.

**World Resources Institute.** 2003. *The watersheds of the world CD.* Published by IUCN – The World Conservation Union, the International Water Management Institute (IWMI), the Ramsar Convention Bureau, and the World Resources Institute (WRI).

**World Resources Institute.** 2005. *EarthTrends: The Environmental Information Portal.* (Available at http://earthtrends.wri.org. Accessed 10/12/2005).

**WWF.** 2003. Soy expansion losing forests to the fields. Forest Conversion INFO – Soy. WWF Forest Conversion Initiative (Available at http://assets.panda.org/downloads/wwfsoyexpansion.pdf#search=%22WWF%202003%20-%20CERRADO%22).

**WWF.** 2005. *Wild Places Ecoregions.* (Available at http://www.worldwildlife.org/ecoregions/. Accessed August 2005).

**Xercavins Valls, J.** 1999. *Carrying capacity in east sub-Saharan Africa: A multilevel integrated assessment and a sustainable development approach.* Doctoral thesis. Universita Politècnica de Catalunya.

**Yang, H., Zhang, X. & Zehnder, A.J.B.** 2003. Water scarcity, pricing mechanism and institutional reform in Northern China irrigated agriculture. *Agricultural Water Management*, 61: 143–161.

**Yang, X., Zhang, K., Jia, B. & Ci, L.** 2005. Desertification assessment in China: an overview. *Journal of Arid Environments*, 63(2): 517–531.

**You, L., Wood, S. & Wood-Sichra, U.** 2006. Generating global crop distribution maps: from census to grid. Contributed paper prepared for presentation at the International Association of Agricultural Economists Conference, Gold Coast, Australia, 11–18 August 2006.

**Zhang, H., Dao, Thanh H., Wallace, H.A., Basta, N.T., Dayton, E.A. & Daniel T.C.** 2001. *Remediation techniques for manure nutrient loaded soils.* White paper summaries, National center for manure and waste management.

**Zhang, H.C., Cao, Z.H., Shen, Q.R. & Wong, M.H.** 2003. Effect of phosphate fertilizer application on phosphorus (P) losses from paddy soils in Taihu Lake Region I. Effect of phosphate fertilizer rate on P losses from paddy soil. *Chemosphere*, 50(6): 695–701.

**Zhang, Y.K. & Schilling, K.E.** 2005. Increasing streamflow and baseflow in Mississippi River since the 1940s: Effect of land use change. *Journal of Hydrology*, In Press, Corrected Proof, Available online 2 December 2005.

**Zhou, Z.Y., Wu, Y.R. & Tian, W.M.** 2003. Food consumption in rural China: preliminary results from household survey data. Proceedings of the 15th Annual Conference of the Association from Chinese Economics Studies, Australia.

**Zimmer, D. & Renault, D.** 2003. *Virtual water in food production and global trade: review of methodological issues and preliminary results.* Proceedings of the expert meeting held 12–13 December 2002, Delft, the Netherlands. Editor Arjen Hoekstra, Delft, the Netherlands, 2003, UNESCO-IHE.

BLM_0080057



Annex 1
# Global maps

BLM_0080058

Annex 1
# Global maps

| Map 1 | Extent of cropland in 2000 | 325 |
|-------|----------------------------|-----|
| Map 2 | Forest transition and land degradation in dry lands | 326 |
| Map 3 | Estimated distribution of human population | 327 |
| Map 4 | Estimated net primary productivity in areas dominated by pasture | 328 |
| Map 5 | Estimated maize production for animal feed | 329 |
| Map 6 | Estimated barley production for animal feed | 330 |
| Map 7 | Estimated wheat production for animal feed | 331 |
| Map 8 | Estimated cumulated maize, wheat and barley production for animal feed | 332 |
| Map 9 | Estimated soybean bean production for animal feed | 333 |
| Map 10 | Current dominant land-use in areas with high suitability for pasture and not currently used as pasture | 334 |
| Map 11 | Estimated suitability for rainfed cereal production – high level of input | 335 |
| Map 12 | Estimated suitability for soybean production – maximising technology | 336 |
| Map 13 | Estimated distribution of livestock production systems | 337 |
| Map 14 | Estimated distribution of industrially produced poultry populations | 338 |
| Map 15 | Estimated distribution of industrially produced pig populations | 339 |
| Map 16 | Estimated distribution of poultry | 340 |
| Map 17 | Estimated distribution of pigs | 341 |
| Map 18 | Estimated distribution of cattle | 342 |
| Map 19 | Estimated distribution of small ruminants | 343 |
| Map 20 | Estimated aggregated distribution of pigs, poultry, cattle and small ruminants | 344 |
| Map 21 | Estimated feed surplus/deficit - cereals (pig and poultry) | 345 |
| Map 22 | Estimated feed surplus/deficit - soymeal (pig and poultry) | 346 |
| Map 23 | Estimated poultry meat surplus/deficit | 347 |
| Map 24 | Estimated pig meat surplus/deficit | 348 |
| Map 25 | Estimated beef surplus/deficit | 349 |
| Map 26 | Pasture degradation risk in the dry and cold lands | 350 |
| Map 27 | Human infringement on environmental water demand (water withdrawal as a proportion of water available for human use) | 351 |
| Map 28 | Ecoregions affected by livestock | 352 |

BLM_0080059

livestock's long shadow

Map 29    Livestock as an important cause behind global biodiversity hotspots          353

Map 30    Total greenhouse gas emissions from enteric fermentation and manure
          per species and main production system                                        354

Map 31    Total methane emissions from enteric fermentation and manure
          per species and main production system                                        355

Map 32    Total nitrous oxide emissions from manure per species and
          main production system                                                        356

Map 33A   Projected expansion of cropland and pasture into Neotropical forest
          from 2000 to 2010                                                             357

Map 33B   Projected expansion of cropland and pasture into Neotropical forest
          from 2000 to 2010                                                             358

324

BLM_0080060



Map 1 Extent of cropland in 2000

Percentage of cropland

0 - 10   10 - 25   25 - 50   50 - 75   75 - 100   National boundaries

Source: FAO, 2006f

325

BLM_0080061

livestock's long shadow



Map 2 Forest transition and land degradation in dry lands

Land degradation in drylands
Net loss of forest
Current forest cover
Net gain of forest
National boundaries

Source: NFA, 2005a

BLM_0080062

BLM 0080063



Map 3 Estimated distribution of human population

Persons per square km

0 – 50

50 – 100

100 – 500

500 – 1 000

1 000 – 10 000

> 50 000

National boundaries

Source: LandScan, 2005

327



**Map 4** Estimated net primary productivity in areas dominated by pasture

**Grams of carbon per square meter per year**

| | | | |
|---|---|---|---|
| 2 000 – 5 000 | 1 200 – 1 600 | 400 – 800 | Other dominant land use type |
| 1 600 – 2 000 | 800 – 1 200 | 0 – 400 | National boundaries |

*Source:* Estimated net primary productivity [Prince and Goward, 1995] is displayed in cells for which at least one-third of the area is used as pasture [FAO,2006f].

BLM_0080064




Map 5 Estimated maize production for animal feed

**Tonnes per square km**

- 0
- 0 – 1
- 1 – 10
- 10 – 100
- > 100
- No data available
- National Boundaries

Source: FAO. The fraction of total production dedicated to feed was estimated at national level (FAO, 2006b) and the ratios applied to the crop production map (You, *et al.*, 2006).

Annex1 – Global maps

BLM_0080065



**Map 6** Estimated barley production for animal feed

Tonnes per square km

- 0
- 0 – 1
- 1 – 10
- 10 – 100
- > 100
- No data available
- National Boundaries

*Source:* FAO. The fraction of total production dedicated to feed was estimated at national level (FAO, 2006b) and the ratios applied to the crop production map (You, *et al.*, 2006).

BLM_0080066





Map 7 Estimated wheat production for animal feed

Tonnes per square km

- 0
- 0 – 1
- 1 – 10
- 10 – 100
- > 100
- No data available

∧∨ National Boundaries

*Source:* FAO. The fraction of total production dedicated to feed was estimated at national level (FAO, 2006b) and the ratios applied to the crop production map (You, *et al.*, 2006).

Annex1 – Global maps

331



Map 8 Estimated cumulated maize, wheat and barley production for animal feed

Tonnes per square km

| | |
|---|---|
| 0 | 1 – 10 |
| 0 – 1 | 10 – 100 |

> 100

No data available

National Boundaries

*Source:* FAO. The fraction of total production dedicated to feed was estimated at national level (FAO, 2006b) and the ratios applied to the crop production map (You, *et al.*, 2006).

BLM_0080068





Map 9 Estimated soybean production for animal feed

Tonnes per square km

0
0 – 1
1 – 10
10 – 100
> 100
No data available
National Boundaries

*Source:* FAO. The fraction of total production dedicated to feed was estimated at national level (FAO, 2006b) and the ratios applied to the crop production map (You, *et al.*, 2006).

Annex1 – Global maps

BLM_0080069



**Map 10** Current dominant land-use in areas with high suitability for pasture but no current use as pasture

**Land use class**
- Cropland
- Forest
- Urban areas | > 2000 people per square km|
- National boundaries

*Source:* LEAD. Current dominant land-use is displayed for cells with estimated high suitability for pasture (FAO, 2006f) and less than one-third of the area dedicated to pasture (FAO, 2006f).

BLM_0080070



Map 11 Estimated suitability for rainfed cereal production – high level of input

Suitability Index (SI)

- SI > 85: Very high
- SI > 70: High
- SI > 55: Good
- SI > 40: Medium
- SI > 25: Moderate
- SI > 5: Marginal
- SI > 0: Very marginal
- Unsuitable
- National boundaries

Source: FAO, 2000b.

Annex 1 – Global maps

335



Map 12 Estimated suitability for soybean production – maximising technology

**Suitability Index (SI)**

- SI > 85: Very high
- SI > 70: High
- SI > 55: Good
- SI > 40: Medium
- SI > 25: Moderate
- SI > 5: Marginal
- SI > 0: Very marginal
- Unsuitable
- National boundaries

*Source:* FAO, 2000b.

BLM_0080072



**Map 13** Estimated distribution of livestock production systems

**Livestock production systems**

- ■ Mixed, irrigated
- ■ Mixed, rainfed
- ■ Grazing
- ■ Other type
- ■ Areas dominated by landless production
- ■ Boreal and arctic climates
- ⋀⋁ National boundaries

Land Cover 2000, available at www-gvm.jrc.it/glc2000/) and irrigated areas (Global Map of Irrigated Areas. Version 2.1, Siebert *et al.*, 2001). Industrial (landless) production dominated areas refers exclusively to monogastric production. Land-based system held pig and poultry populations are estimated locally according to the approach of Gilbert *et al.* (2004), using total local animal population data (see Maps 16 and 17), national level land-based production estimates (Groenewold, 2004), national human agricultural populations (FAO, 2006b) and a global rural population density grid (LandScan, 2003). Areas dominated by industrial production systems are sub-national administrative areas in which the aggregated land based system populations produce less than half of the areas total production, accounting for the higher productivity of industrial systems.



Map 14 Estimated distribution of industrially produced poultry populations

Head
· 1 000 000
○ 10 000 000
◯ 100 000 000

⋀⋁ National boundaries

*Source:* LEAD. The industrial poultry populations result from the difference between the local total population and the locally estimated land-based system held population (see Map 13). Only the sub-national areas where industrial production is dominant are considered (see Map 13). The corresponding industrial poultry populations have been aggregated within each cell of a global grid of 250 x 250 km cell size (cylindrical equal area projection, here re-projected to Robinson). Only industrial populations per cell of over 1 million heads are represented.

BLM_0080074





Map 15 Estimated distribution of industrially produced pig populations

Head

• 100 000

● 1 000 000

⬤ 10 000 000

⋀ National boundaries

*Source:* LEAD. The industrial poultry populations result from the difference between the local total population and the locally estimated land-based system held population (see Map 13). Only the sub-national areas where industrial production is dominant are considered (see Map 13). The corresponding industrial poultry populations have been aggregated within each cell of a global grid of 250 x 250 km cell size (cylindrical equal area projection, here re-projected to Robinson). Only industrial populations per cell of over 1 million heads are represented.

Annex 1 – Global maps

BLM_0080075

livestock's long shadow



Map 16 Estimated distribution of poultry

Head per square km

< 5

5 – 25

25 – 50

50 – 100

100 – 500

> 500

∨ National boundaries

Source: FAO, 2006g

BLM_0080076



Map 17 **Estimated distribution of pigs**

Source: FAO, 2006g

341

BLM_0080077



Map 18 Estimated distribution of cattle

BLM_0080078

**From:** Jonathan B. Ratner
**To:** uformp@blm.gov
**Subject:** Scoping Part 5a
**Date:** Sunday, February 07, 2010 5:08:02 PM
**Attachments:** Carter_WyomingBLMRangeRecommendations.pdf
Effects of Grazing on Native and Alien Plants.pdf
EmilyGrazSoilsReview.doc.rtf
Grazing Effects - Water Bib.pdf
Herbivory Review grazing.doc
GrazingWeedReport.pdf
Impacts of Grazing on Soils.pdf
iivestock grazing-Painter.doc
RiparianGrazingBelsky.pdf
RootMassetc Exclosure.pdf
AUM 3 - 2008.pdf
Grazing Capacity Info_Proposed Outline.pdf

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

Roberson, E.B. 1998. Impacts of Livestock Grazing on Soils and Recommendations for Management. California Native Plant Society, Sacramento, CA.

**Impacts of Livestock Grazing on Soils
and
Recommendations for Management**

Impacts of Grazing on Soils ......................................................................2
    Soil structure: infiltration and compaction ..........................................2
    Erosion ...............................................................................................4
        Bare soil .......................................................................................5
    Riparian and meadow soils ..................................................................5
    Soil fertility and nutrient cycles...........................................................7
        Total soil nutrients .........................................................................7
        Spatial distribution.........................................................................8
        Nutrient availability........................................................................8
        Ecosystem impacts ........................................................................9
    Soil organic matter and litter ...............................................................9
    Conclusion .........................................................................................9
Analysis of Impacts ................................................................................10
Evaluation of Significance .......................................................................13
    Desired Condition..............................................................................16
    Subjective vs. objective rangeland health evaluations ......................16
Mitigation..............................................................................................17
    Adaptive management .......................................................................18
        Adaptive management model .............................................................18
Monitoring and Enforcement....................................................................19
    Monitoring schedules .........................................................................19
    Quantitative vs. qualitative monitoring ...............................................19
Conclusions and Recommendations .........................................................20
References.............................................................................................22

BLM_0080080

"The most important and most basic physical resource on rangelands is the soil. If excessive soil is lost, the potential of the site is changed."  "Avoidance of accelerated erosion due to land management should be the underlying goal."

Society for Range Management, 1995.

"There is very little of the western range where, because of depletion of the plant cover by overgrazing, accelerated erosion has not destroyed a portion of the soil mantle and thus reduced the productivity of the site."

Ellison, 1960

**Impacts of Grazing on Soils**

Livestock grazing profoundly affects soils, as it affects other components of ecosystems. The impacts of livestock on soils have been studied throughout the West since the turn of the century. Livestock have been found to significantly alter almost every aspect of soil structure and function, including soil porosity, chemistry, microbiology, nutrient cycles, productivity, and erosion rates. Most studies have shown that livestock grazing increases soil compaction, erosion, and short-term nutrient availability, while it tends to reduce long-term soil nutrient and organic matter levels.

<u>Soil structure:  infiltration and compaction</u>

Soil structure is basic to soil health and productivity. Soil structure is the arrangement of particles within the soil (Brady, 1984). Soil structure is an integrated description which includes soil porosity and the size and strength of soil aggregates. Soil structure controls the movement of air, water, roots and soil organisms into and through the soil. Structure is also the soil attribute most immediately affected by grazing. Grazing changes soil structure primarily by compaction. Compaction reduces water and air infiltration into the soil and restricts plant root growth both physically, by reducing the space available for root exploration (Tisdale et al., 1985), and biologically.  In California, for example, studies have shown that low oxygen availability associated with soil compaction inhibits oak root growth, makes oaks more vulnerable to attack by fungal and other pathogens, and reduces oak survival (Costello  et al., 1991). Similar responses have been observed for many other plant species in compacted soils (Tisdale et al., 1985). Finally, more water runs off and less water is absorbed when soils are compacted. This reduces water availability to plants throughout the growing season.

Cattle weigh 500 kg (1,100 lb) or more (Holecheck et al., 1995). The pressure on soil from moving cattle has been estimated by various researchers at between 1.7 and 4.2 kg/cm$^2$ (23.9 - 59.05 lb/in$^2$). By contrast a 68 kg (159lb) human exerts a static pressure of 0.4 kg/cm$^2$ (6.2 lb/in$^2$) (Abdel-Magid et al., 1987b; Ratliff, 1985). This intense and continual pressure from moving livestock easily compacts soil, particularly when the soil is wet and most vulnerable to compaction (Brady, 1984; Warren, 1987).

Studies on grazing and soil compaction generally find that exposure to livestock grazing compacts soil and that soil compaction increases with grazing intensity. This pattern is reflected in reviews of the scientific

2

BLM_0080081

literature on the subject (Fleischner, 1994; Lauenroth et al., 1994; Kauffman and Krueger, 1984; Warren, 1987; Belsky and Blumenthal, 1995). Compaction is directly related to soil productivity because it reduces water and air movement into and through the soil and therefore reduces water and air availability to plant roots. Soil compaction also directly restricts root growth because compacted soils have fewer large pores and so there is little space for roots to enter (Tisdale et al., 1985).

Infiltration rate is the rate at which water enters the soil, as opposed to puddling or running off. Infiltration rate is often used as a measure of soil compaction. Heavy grazing has been shown to decrease infiltration in a number of soil types and geographic areas throughout the west, including northeastern Colorado (Rauzi and Smith, 1973), Wyoming (Abdel-Magid et al., 1987a,b), Texas (Pluhar et al., 1987; Warren et al., 1986), and Oregon (Bohn and Buckhouse, 1985). Abdel-Magid and coworkers (1987b), for example, found a 40% decrease in infiltration rate under simulated trampling, and this effect was observed whether the trampling was of short or long duration.

Soil bulk density is a more direct measure of soil compaction. A few studies have found no relationship between livestock stocking rate and bulk density (Warren et al., 1986c). Most studies, however, have found significant increases in bulk density (soil compaction) with grazing, particularly in finer textured soils and in surface soil layers (Abdel-Magid et al., 1987b; Orr, 1960; Bauer et al., 1987; Warren et al., 1986b; Firestone, 1995; Ellison, 1960). This effect is most pronounced with heavy grazing, but is also observed with moderate intensity grazing. Firestone (1995) observed a 13% increase in bulk density of grazed soils under oaks in California. Orr (1960) measured up to a 20% increase in bulk density in the top 4 inches of grazed South Dakota streambottom soils when compared with exclosures.

Erosion

Surface soil erosion has profound effects on soil productivity and ecosystem function. Nutrients, organic matter, microorganisms, soil fauna, and roots are all concentrated in the surface soil or soil A horizon (Brady, 1984). With mismanagement, an A horizon that took thousands of years to develop can be lost in a few years or decades. With loss of the A horizon, soils loose most of their productivity because they loose the nutrients, organic matter and associated water holding capacity that were concentrated there (Batie, 1984).

In addition, accelerated surface soil erosion causes serious water quality problems by adding sediment to creeks, lakes, and reservoirs (Batie, 1984). Researchers have frequently observed that all or part of public investment in reservoirs may be wasted due to accelerated sedimentation associated with grazing and other land management practices (Bari et al., 1995; Ellison, 1960).

Reviews of the scientific literature consistently report that soil erosion increases with livestock grazing (Belsky and Blumenthal, 1995; Fleischner, 1995; Bari et al., 1995). Studies that have compared grazed areas with ungrazed exclosures have found greater sediment production rates under grazing in many plant community types (Bohn and Buckhouse, 1985; Ellison, 1960; Pluhar et al., 1987; Wood and Blackburn, 1981). As with compaction, sediment production is generally found to increase with grazing intensity (Beeskow et al., 1995; Bari et al., 1995; Thurow et al, 1986; Warren et al., 1986a; Warren et al., 1986b); although some researchers been unable to detect a relationship between grazing intensity and erosion (e.g. Warren et al., 1986c).

One study (Thurow et al., 1986) compared sediment production under heavy continuous grazing, moderate grazing, and livestock exclosures in several plant communities in Texas. They found increases in sediment production of between 460% to 2400%, depending on plant community type, under heavy grazing compared to exclosures. However, moderate grazing did not increase sediment production in this study.

Some researchers have correlated increased surface erosion with grazing-related changes in plant communities. Ellison (1960) cited a study of succession from undisturbed plant communities to weed fields following intensive grazing in the subalpine zone in Oregon's Blue Mountains. Erosion losses from

3

BLM_0080082

undisturbed or lightly disturbed soils were estimated at about 2 ton/acre. As grazing damage increased to a transitional mixed grass and weed stage, erosion increased to between 212 and 606 ton/acre. In the most disturbed annual weed-dominated sites, sediment production rates were approximately 927 ton/acre. Beeskow and coworkers (1995) found similar trends. They described a sequence in which grasslands with very low erosion rates were transformed into shrub steppes with much higher erosion rates by intensive sheep grazing.

*Bare soil*

One site characteristic that is often used as an indicator of compaction and accelerated surface erosion, as well as ecological condition generally, is the amount of bare soil present on the site (Pluhar et al., 1987; Warren et al., 1986c; Menke et al., 1996; National Research Council, 1994). Vegetation protects the soil surface from the erosive forces of trampling, raindrop impact, overland flow, and wind. Vegetation and litter also buffer the soil from compaction. This is why the National Research Council (1994) has recommended that grazed areas cannot be classified as healthy if bare ground is apparent.

Several studies have found that the percentage of bare ground on a site increases with grazing, particularly at higher stocking densities (Schulz and Leninger, 1990; Warren et al., 1986c). One study (Naeth et al., 1991) found increases of between 270% and 470% bare ground in a grazed area compared to an ungrazed exclosure.

Riparian and meadow soils

Riparian and wetland soils are unique and very important components of California ecosystems. Riparian soils and vegetation provide irreplaceable habitat for aquatic plants and animals (Kauffman and Krueger, 1984; Naiman et al., 1993).  Healthy riparian soils and vegetation also play important roles in maintaining water quality because both below- and aboveground vegetation act as filters for sediment and biological pollutants such as nutrients and microorganisms (Kauffman and Krueger, 1984; Kleinfelder, 1992; Clary et al., 1996). Many riparian soils are formed by the deposition of sediment during floods and the accumulation of undecomposed or partially decomposed organic materials under anaerobic conditions. Root densities of riparian species, such as *Carex nebrascensis* , in riparian soils are extremely high and these roots tend to make healthy riparian soils exceptionally resistant to compaction and other damage (Kauffman and Krueger, 1984; Kleinfelder et al., 1992; Manning et al., 1989).

Riparian areas, wetlands, and meadows are heavily impacted by livestock grazing. Livestock, like wildlife, are attracted by water and by the shade provided by riparian vegetation. Meadows, for example, make up only about 10% of the land area in the Sierra Nevada, but they make up a much larger proportion of the forage base (Ratliff, 1985). In the later parts of the grazing season, when upland vegetation is dry, livestock concentration in riparian zones increases because riparian zones contain forage that is still lush and palatable.

Because of the intense livestock use of riparian areas, meadows and wetlands, these areas absorb a disproportionate share of grazing damage, often with undesirable consequences. Both woody and herbaceous riparian vegetation is often overused by livestock. Trampling of streambanks damages root systems, weakens plant communities, and adds sediment to streams and other waters. As riparian soils and vegetation are damaged by grazing, their ability to trap sediment and build riparian soils is decreased. In addition, as the plant communities' ability to absorb the erosive force of water is reduced, channel downcutting or gullying may occur, lowering the water table, changing soil chemistry, and eroding soils (Hagberg, 1995; Chaney et al., 1993). Throughout California and the west, grazing-related gullying and stream downcutting have cut through organic soils that were laid down over centuries in meadows and wetlands. The process creates less productive dry meadows and weed fields (Hagberg, 1995; Cottam and Stewart, 1940; Odion et al., 1988). All of these impacts compromise the ability of the riparian areas to produce clean water and to provide habitat for native vegetation, fish and wildlife. (Kauffman and Krueger, 1984; Fleishner, 1995; Ohmart, 1996; General Accounting Office, 1988)

BLM_0080083

The connection between trampling and grazing livestock, stream channel erosion, and water table lowering has been known for decades (Sumner and Leonard, 1947; Cottam and Stewart, 1940). By the 1920s, domestic livestock numbers in Sierran meadows were already being reduced and efforts commenced to try to repair grazing-damaged meadow systems (Allen-Diaz, 1991). Discussion of this problem has intensified in recent years (National Research Council, 1994; Menke et al., 1996; Kattelmann and Embury, 1996; General Accounting Office, 1988). Overgrazing has been cited as second only to damming and other direct stream channel manipulation in causing degradation of riparian areas in the Sierra Nevada foothills (Kattelmann and Embury, 1996).

Streambank erosion rates and resistance to compaction is often directly related to the species composition of the streambank vegetation. Carex *nebrascensis* dominated riparian communities, for example, have been found to be unusually resistant to compaction (Kleinfelder et al., 1992). In another study, streambanks dominated by Carex *nebrascensis* and *Juncus balticus* were resistant to erosion while streambanks dominated by non-native and upland species such as *Poa pratensis* showed higher erosion rates (Dunaway et al., 1994). Other researchers identify woody species, such as willows, as critical components of bank armoring vegetation (Chaney et al., 1993).

The structure of streambank vegetation is also important in capturing sediment and reducing streambank erosion. A recent study (Clary et al.,1996) examined the relationship between the height of vegetation with the ability of the vegetation to capture and retain sediment in simulated streams. They found that, in a single sediment deposition and flushing event, shorter vegetation stubble heights (0.5 inches) were most effective in capturing sediment. However, longer vegetation stubble heights were more effective in retaining sediment. In addition, with repeated cycles of sediment deposition and flushing, the amount of sediment retained in the longest stubble heights (8 to 12 inches) continued to increase while the amount retained in shorter vegetation (up to 3 inches) leveled off.

Soil fertility and nutrient cycles

Grazing profoundly affects both soil fertility and soil chemistry. Grazing animals, through herbivory, digestion, and excretion, dramatically increase the decomposition rate and directly alter the amounts of nutrients stored in the soil, the spatial distribution of those nutrients, and the availability of those nutrients to plants. Grazing indirectly affects soil nutrients through its effects of plant species composition and soil structure. Grazing also appears to affect soil pH. Generally pH is significantly lower in grazed areas than in ungrazed areas (Ratliff, 1985; Firestone, 1995).

*Total soil nutrients*

There is some variability in the scientific literature regarding the nature of the impact of livestock grazing on the total amounts of various nutrients in the soil. The effects of grazing vary depending on the nutrient studied, the location of the study and the grazing management system. However, there is little disagreement among researchers that grazing significantly changes soil nutrient status (Pieper, 1994; Laurenroth et al., 1994).

There is no disagreement, however, that livestock remove many nutrients from the soil and ecosystem. Nutrients are removed as livestock consume plants and convert them into livestock biomass which is transported off site. Nutrients are also lost through increased erosion of nutrient rich surface soil, through accelerated decomposition of litter and organic matter, and through leaching. Some nutrients are returned to the ecosystem in feces and urine. Tiedemann and coworkers (1986) calculated a net loss of 3.2 kg nitrogen per acre under moderate grazing compared to ungrazed areas in the Pacific Northwest (cited in Pieper, 1994). Of that total, 0.9 kg nitrogen was estimated to be lost to volatilization during digestion, 2 kg was lost in livestock biomass, 0.7 kg was lost through increased erosion, and 0.22 kg was lost through increased leaching. Another study (Pieper, 1977; cited in Ratliff, 1985) estimated that 10.3% of nitrogen and 38.1% of phosphorous may be lost to the ecosystem under moderate grazing. Bauer and coworkers (1987)

BLM_0080084

calculated that each 500 kg cow removes about 25 kg carbon and 4 kg nitrogen per hectare from grazed ecosystems.

Direct comparisons of grazed and ungrazed soils generally find that grazing reduces total soil nutrient levels. Comparing an 80 year old exclosure with heavily and moderately grazed pastures, researchers found significantly more total soil nitrogen in the exclosure than in the grazed areas. This nitrogen loss was observed down to 106.7 cm depth (Frank et al., 1995).  Another study reports that soil nitrogen was reduced from 0.20% to 0.14% and soil carbon was reduced from 2.1% to 1.5% in heavily grazed soils compared with a 47 year old exclosure (Laurenroth et al., 1994). On the other hand, a study that examined 12 grazed and 12 ungrazed grasslands in North Dakota, found about 17% more total soil nitrogen in grazed areas. Carbon, however, showed the opposite trend, with grazed grasslands consistently showing lower total carbon levels than grazed areas (Bauer et al., 1987).

*Spatial distribution*

The spatial distribution of nutrients, particularly their horizontal distribution, is substantially altered by livestock use. Grazing animals remove plant biomass from certain areas, digest it, and redeposit it in other areas as concentrated urine and feces. Studies have found that grazing facilitates the development of a patchy distribution of soil nutrients in what would normally be more homogeneous surface soils and plant communities (Pieper, 1994). Mathews and coworkers (1994) found that because grazing cows spend much of the hot daylight hours under shade and around waterers, these areas experience substantially increased deposition of feces and urine. In that study, nitrogen, phosphorous, and potassium all accumulated in the third of the pastures closest to shade, water and supplemental feed. Each deposit of cow dung or urine acts as an island of nutrients in a pasture or meadow. Cow dung has been estimated to affect an area of about 2.6 sq. ft. (Ratliff, 1985).

*Nutrient availability*

Although nutrient availability is more important to ecosystem function than total soil nutrient levels, the effects of livestock grazing on soil nutrient availability has not been as well studied. The presence of a nutrient in the soil does not mean that that nutrient is available to plants. Vast amounts of nitrogen, phosphorous, carbon and other nutrients are stored in relatively unavailable forms in vegetation, litter, and in soil organic matter. It is only when vegetation and soil organic matter are broken down by decomposition that nutrients are released into the soil solution and become available to plants and other organisms.

Livestock grazing increases the rate at which vegetation and soil organic matter are decomposed (Laurenroth et al., 1994). Vegetation grazed by livestock is rapidly decomposed during digestion and many nutrients are returned to the soil in readily available forms in feces and urine. Therefore grazing generally increases short-term soil nutrient availability. Afzal and Adams (1992) treated soil with cattle dung and simulated cattle urine. They found that the available nitrogen concentration in the soil was increased significantly under both types of excreta. A study in a California oak woodland  (Dahlgren and Singer, 1991) found higher levels of highly available and mobile nitrate-nitrogen under oak canopies in grazed areas as opposed to ungrazed areas, although the difference was not statistically significant. Another California oak woodland study similarly found significantly greater levels of available nitrogen (ammonium and nitrate) under oaks in a grazed grassland than in an adjacent exclosure (Firestone, 1995).

*Ecosystem impacts*

Nutrient availability controls many aspects of ecosystem function. Obviously it affects the productivity of the system, at least in the short term, since soil nutrients, particularly nitrogen are often limiting for plant growth. However, increased nutrient availability also often facilitates invasion of plant communities by weedy plant species (Burke and Grime, 1996; Vinton and Burke, 1995). In addition, when nutrients, particularly nitrate, are free in the soil solution they are much more liable to be leached from the system in ground or surface water or lost through volatilization or other processes (Barber, 1984). The combination of nutrient losses

6

through increased nutrient availability, and nutrient losses in livestock biomass described above, is likely to compromise the long term productivity of grazed ecosystems.

<u>Soil organic matter and litter</u>

Organic matter improves soil structure, water holding capacity, and infiltration (Brady, 1984). Soil organic matter and litter are important repositories for soil nutrients (Tisdale et al., 1985). They also help the soil to absorb and water and so increase water availability to plants throughout the growing season (Roberson, et al., 1991). Litter and soil organic matter also help soils to resist erosion, compaction and deformation (Batie, 1984; Ellison, 1960; Ratliff, 1985; Tisdale et al., 1985). Thus for hydrologic benefit managing for litter (and soil organic matter) accumulation may be as important as management for increasing live plant cover (Naeth et al., 1991).

Grazed areas tend to have lower litter levels, and consequently lower soil organic matter levels, than ungrazed exclosures. This is to be expected because of the large amount of plant biomass removed by livestock. In Colorado, 30 year old exclosures had two times the litter of grazed areas, as well as more bare soil (Schulz and Lenninger, 1990). Another study compared an 80 year old exclosure with heavily and moderately grazed treatments. They found half the mass of decomposed litter in the grazed treatments (Frank et al., 1995). Other studies have found similar effects of grazing on both litter and soil organic matter (Naeth et al., 1991; Williams and Quinton, 1995).

<u>Conclusion</u>

This brief review shows that grazing significantly affects the structure, composition, fertility, chemistry, and functioning of soils, frequently in ways that compromise both short- and long-term productivity. It is essential that any management plan or environmental analysis for livestock grazing management include strong, effective, and specific measures to prevent these effects or to repair soil damage where it has already occurred. Soils must be thoroughly evaluated for grazing damage in order to develop grazing management programs that will promote soil health. The next section will discuss some approaches to making this evaluation.

**Analysis of Impacts**

In NEPA documents or any other land management analyses, measurable ecological indicators must be used to analyze the impacts of past and proposed management to soils and other resources. These indicators should also be used to disclose the results of environmental analyses to the public and to decisionmakers. Quantitative or objective ecological indicators provide an objective, consistent measure of resource condition. They also provide a clear and understandable basis for evaluation of the impacts of alternative management proposals by the public and decisionmakers. Ecological indicators should be used to report the current state of the resources in the planning area, and to quantitatively summarize predictions for the future state of resources under various planning alternatives.

Many indicators are available to evaluate soil quality and the impacts of management (Doran et al., 1994). Discussions of the most sensitive and useful indicators are available in the scientific literature and in land management agency guidebooks (e.g. National Research Council, 1994; USDA Forest Service 1994; Doran et al., 1994). There is remarkable consistency among these sources regarding the most useful potential indicators of soil health.

The review of scientific literature above suggests several specific soil quality indicators which are both relatively easy to measure and have been demonstrated to be sensitive to grazing impacts. These include indicators of soil structure changes such as bare soil, bulk density and infiltration rate which appear to be sensitive to grazing intensity across a wide range of soil and plant community types (Rauzi and Smith, 1973; Abdel-Magid et al., 1987; Warren et al., 1986; Warren, 1987, Kauffman and Krueger, 1984); indicators of changes in soil nutrient status such as changes in pH, or available nitrogen or oxygen (Ratliff,

7

BLM_0080086

1985; Tiedemann et al., 1986; Costello et al., 1991); indicators of accelerated erosion such as pedestals, rills, and bare soil (Batie, 1984; National Research Council, 1994), and indicators of damage to riparian soils such as bare or damaged streambanks (Sumner and Leonard, 1947; Cottam and Stewart, 1940; Kauffman and Krueger, 1984) and replacement of bank armoring hydrophilic vegetation with upland species (Kleinfelder et al, 1992; Chaney et al., 1993).

A recent Soil Science Society of America publication brought together the observations of many experts regarding soil quality indicators (Doran et al., 1994). Their recommendations for useful indicators included many of these same parameters: soil bulk density, infiltration rate, organic matter, as well as soil aggregate stability, rooting depth, and the type and number of soil microorganisms and soil fauna.

The land management agencies also have produced proposals for soil quality indicators. The 1993 Region 5 Forest Service Draft Soil Quality Standards (USDA Forest Service, 1993), for example, recommend bulk density, surface organic matter, soil organic matter, and soil hydrologic function (infiltration and surface runoff) as suitable measures of soil health. The Rocky Mountain Region Forest Service Rangeland Analysis Guidebook (USDA Forest Service, 1994) presents a "Rangeland Health Evaluation Matrix" (Table 1, below) based on the recommendations of the National Research Council (1994). This matrix suggests that indicators of healthy rangeland soils should include the presence or absence of an unfragmented A horizon, pedestals, rills or gullies, scouring or sheet erosion, litter distribution, and rooting depth.

A consensus also exists regarding soil health indicators for riparian soils. Most researchers concur that soil cover, particularly cover by plant species producing large amounts of strong roots, such as some *Carex* and *Salix* species, is essential for protecting soil health (Kauffman and Krueger, 1984; Kleinfelder, 1992; Chaney et al., 1993). The height of riparian vegetation also plays a role in controlling streambank erosion and sediment capture (Clary et al., 1996). The land and resource management agencies provide ample direction for measuring riparian impacts (Bureau of Land Management, 1995; California Rivers Assessment, 1996; USDA Forest Service, 1992; Environmental Protection Agency, 1993). These sources all recommend percent vegetation cover, bank stability, and overhanging streambanks be among the indicators of streambank soil health and stability.

To summarize the recommendations of the sources reviewed above, the indicators of soil health that appear to be most useful include:

Erosion indicators:
• Presence of rills, gullies and pedestals
• % cover by bare soil

Compaction indicators
• Comparisons of infiltration rates between grazed and ungrazed reference areas.
• Comparisons of soil bulk density between grazed and ungrazed areas.
• Comparisons of rooting depth between grazed and ungrazed areas.

Indicators of soil nutrient status
• Comparisons of *available* nutrients, particularly nitrogen, between grazed and ungrazed areas.
• Comparisons of soil litter and organic matter levels between grazed and ungrazed areas.

Indicators of riparian soil integrity
• % cover by native, hydrophilic, bank armoring vegetation, such as *Carex nebracensis* and *Salix* sp., on streambanks. This should be compared with ungrazed reference sites.
• % cover by bare soil on streambanks
• % cover by livestock trampling damage on streambanks
• the height of vegetation on streambanks at the end of the grazing season
• presence of gullies
• comparisons of the percentage of overhanging banks between grazed and ungrazed areas.

BLM_0080087

- Depth to water table

Methods for measuring these parameters are available in the literature cited above, from the Natural Resources Conservation Service, in land management agency guidebooks (Bureau of Land Management, 1995; California Rivers Assessment, 1996; USDA Forest Service, 1992; Environmental Protection Agency, 1993), and in Soil Science Society of America publications (e.g. Klute, 1986).

These indicators are well established in the scientific literature and in land management agency procedures. Any NEPA analysis or other resource analysis should include, at minimum, the current measurements of these indicators and should forecast the probable range of values for these indicators under each alternative.

<u>Reference areas</u>

In order to provide a frame of reference for measurements of soil health in grazed areas, it is critical that NEPA documents provide information on the undisturbed or pre-European values of ecological indicators. This information can be obtained from undisturbed reference sites in similar ecosystems, such as National Parks, or from records of historical conditions. This comparison provides the public and decisionmakers with a basis for assess the current and future health of the ecosystem under different management schemes.

Representative ungrazed vegetation reference plots should be placed or identified in appropriate areas to demonstrate the potential ungrazed soil and vegetation conditions such as soil bulk density, cover by litter and vegetation, and rooting depth. The use of reference areas has been recommended by a variety of land management agency directives, including Region 5 range specialists (Stokke et al., 1994), the Region 5 Ecosystem Management Handbook (Manley et al., 1994), as well as ecologists (Bock et al., 1993).

These indicators should also be used to develop quantitative Desired Condition definitions and ecological standards that will trigger changes in management (see below) (Manley et al., 1995; Doran and Parkin, 1994; Interagency Ecosystem Management Task Force, 1995; Ecological Society of America, 1995; Williams and Marcot, 1991).

**Evaluation of Significance**

After soil health indicators have been identified and measured, and after a forecast is made regarding the probable future values of these indicators under each alternative, NEPA documents must also evaluate which of the probable future environmental impacts of each alternative are environmentally significant. In order to do this, standards, or acceptable values, must be defined for each envionrmental indicator.

Standards are "acceptable" values of ecological indicators. Failure to meet standards should induce immediate changes in management to improve ecosystem health. The selection of standards should be based on ecological thresholds and on desired condition. Ecological thresholds represent risk to the integrity of the ecosystem. Once a threshold, such as loss of the A horizon, has been crossed, it becomes much more difficult, even impossible, to restore the ecosystem to its previous state. Standards should be values of ecological indicators which suggest that a threshold is being approached. Failure to meet a standard, therefore, should trigger immediate management changes. It is not adequate to wait until a threshold is reached or crossed to alter management, because by then restoration may be impossible (Milton et al., 1994; Friedel, 1991). Standards must trigger management changes while the ecosystem is still well on the healthy side of the threshold. For example, in the Rangeland Health Evaluation Matrix (Table 1), appropriate standards would be the "healthy" levels of each indicator.

An interdisciplinary team including a soil scientist, botanist, plant ecologist, range management specialist, hydrologist, and other specialists should determine the standards for each indicator based on the best scientific information for each ecosystem. One criterion for identifying a suitable standard should be that if

9

BLM_0080088

that standard is met or exceeded, ecosystem health should improve over time. For example, a standard of 10% maximum streambank trampling would not be suitable if other indicators of ecosystem health, such as water quality, native vegetation cover, or water table depth, remain at unacceptable levels while that standard is being maintained. If maintenance of a standard for a particular ecological indicator fails to improve ecosystem health, as measured by improvement in other indicators, the standard for the indicator should be adjusted. Standards should be based on the best available information in the scientific literature. The Rangeland Health Evaluation Matrix (Table 1) (National Research Council, 1994) provides one example that has already been adopted by at least one region of the Forest Service (USDA Forest Service, 1994).

Table 1. Rangeland Health Evaluation Matrix (National Research Council, 1994)

| Indicator | Healthy | At Risk | Unhealthy |
|---|---|---|---|
| Soil stability and watershed function | | | |
| Soil A horizon | Present and unfragmented | Present but fragmented distribution developing | Absent or present only in association with prominent plants or other obstructions. |
| Pedestalling | None | Pedestals present, but on mature plants only; no roots exposed | Most plants and rocks pedestaled, roots exposed |
| Rills and gullies | Absent or with blunted or muted features | Small, embryonic, and not connected into a dendritic pattern | Well defined, actively expanding, dendritic pattern established |
| Scouring or sheet erosion | None visible | Patches of bare soil or scours developing | Bare areas and scours well developed and contiguous |
| Sedimentation or dunes | No visible soil deposition | Soil accumulating around plants or small obstructions | Soil accumulating in large barren deposits or dunes or behind large obstructions |
| Distribution of nutrient cycling and energy flow | | | |
| Distribution of plants | Plants well distributed across site | Plant distribution becoming fragmented | Plants clumped, often in association with prominent individuals, large bare areas between clumps. |
| Litter distribution and incorporation | Uniform across site | Becoming associated with prominent plants or other obstructions | Litter largely absent |

10

BLM_0080089

| Root distribution | Community structure results in rooting throughout available soil profile | Roots are absent from portions of the available soil profile | Roots only present in one portion of the available soil profile |
|---|---|---|---|
| Distribution of photosynthesis | Photosynthetic activity occurs throughout the period suitable for plant growth | Most photosynthetic activity occurs during one portion of plant growth period | Little or no photosynthetic activity on location during most of the period suitable for plant growth |

Recovery mechanisms

| Age-class distribution | Distribution reflects all species and age classes | Seedlings and young plants missing | Primarily old or deteriorating plants present |
|---|---|---|---|
| Plant Vigor | Plants display normal growth form | Plants developing abnormal growth form | Most plants in abnormal growth form |
| Germination | Microsites suitable for germination present and well distributed | Developing crusts, soil movement, or other factors degrading microsites; crusts are fragile | Soil movement of crusting sufficient to inhibit most germination and seedling establishment |

The Region 5 Forest Service Draft Soil Management Handbook (USDA Forest Service, 1993) also presents some critical values or standards for soil health evaluation. However, these may not be appropriate for grazing. The Draft Soil Quality Standards appear to have been developed primarily to protect soils from logging damage. Logging is a one-time activity and soils have an opportunity to recover for years or sometimes decades afterward. This is  very different from a continuous activity such as grazing where there is little or no opportunity for soil recovery. This is no doubt one reason that the Draft Standards are still be reviewed for adequacy by the Forest Service (Rob Griffiths, Soil Scientist, USFS Pacific Southwest Region, San Francisco, pers. commun.). Moreover, the Soil Management Handbook, does not provide the scientific basis for the values chosen as Soil Quality Standards. The Rangeland Health Evaluation Matrix, on the other hand, was designed by a National Research Council panel of range scientists and references the scientific studies upon which it is based.

Most of the standards and indicators in Table 1 are subjective or qualitative measures. The literature review above suggests several quantitative indicators that should also be considered for NEPA analyses. We suggest some appropriate standards for these indicators.

- Indicator:  stability of soil surface aggregates compared to ungrazed or undisturbed site (Warren, 1987; Warren et al., 1986b; Wood and Blackburn, 1981).
  Standard:  Soil surface aggregate stability should be equivalent to similar ungrazed sites.

- Indicator:  % cover by bare soil
  Standard: bare soil should cover less than 5% of soil surface

- Indicator: Rooting Depth
  Standard:  Depth to common roots. This is the depth at which root density is found to meet the definition of "common" of the Natural Resources Conservation Service (personal commun., Desi  Zamudio, Soil

BLM_0080090

Scientist, Toiyabe NF Sparks, NV). This depth should be equivalent for grazed sites and reference areas.

- Indicator:  Soil compaction
  Standard:  Soil bulk density should be equivalent (+/- 5%) between grazed sites and reference areas.

- Indicator:  Streambank trampling
  Standard:  Streambank trampling should be equivalent between grazed sites and reference areas.

<u>Desired Condition</u>

It is also important to identify values for the Desired Condition (DC) for each indicator so that progress towards complete ecological recovery and sustainability can be measured. Values of indicators at DC should be defined as the values those indicators would have on a similar ungrazed or undisturbed site. Information on potential ungrazed ecological structure and species composition may be gathered by investigating reference areas, similar plant communities in National Parks or other protected areas, by consulting key researchers, and by inspecting historical records from the last century (Ellison, 1960; Manley, 1995; Stokke et al., 1994, Bock et al., 1993). Information on the qualitative and quantitative values of ecological indicators at DC should be included in the NEPA document.

<u>Subjective vs. objective rangeland health evaluations</u>

Wherever subjective or qualitative measures are used to evaluate soil health, they should be verified and calibrated with objective, quantitative measures of some subsample of the planning area. The Rangeland Health Evaluation Matrix (Table 1) contains many examples of subjective or qualitative indicators of soil health. For example if a subjective evaluation is made that only patches of bare soil are present, then some transects or other quantitative methods should be used to demonstrate objectively what percentage of the planning area is in fact bare soil. The quantitative measures do not have to be performed throughout the planning area. Rather they should be performed on a random subsample of the planning area in order to ensure that the subjective evaluations are being done correctly. The information from both quantitative and qualitative measures should be included in NEPA documents so that public and decisionmakers will be able to properly evaluate the quality of the data used in NEPA documents.

In addition, annual photographs should be used to document progress towards standards. Photographs should be carefully standardized following an accepted published protocol (e.g. EPA, 1993; Kinney and Clary, 1994). Where available, photographs showing current range condition should be included in NEPA documents.

**Mitigation**

The NEPA document should clearly identify what actions will be taken to improve ecosystem health when standards are not being met. The preceding literature review suggests several appropriate measures to take when soil and ecosystem health is compromised by poor livestock grazing management. The major point that emerges is that increasing grazing intensity leads to increasing soil compaction and erosion, and reduced infiltration rates. It therefore follows that decreases in grazing intensity will reduce or reverse these impacts when they occur.

Many researchers suggest complete rest as the most effective and rapid method to repair grazing damage to soils and other resources, particularly in damaged riparian areas (Fleishner, 1995; Ratliff,1985; Clary and Webster, 1989; Sumner and Leonard, 1947; Chaney et al., 1993). Elmore and Kauffman (1994) note that livestock exclusion has consistently resulted in the most dramatic and rapid rates of riparian ecosystem recovery. These authors also note, however, that "simply excluding the riparian area into a riparian exclosure does not address the needs of the upland vegetation or the overall condition of the watershed". Unless a landscape-level approach is taken, important ecological linkages between uplands and riparian

12

BLM_0080091

cannot be restored and riparian recovery will likely be limited. This may mean that livestock exclusion must be extended to an entire watershed.

For soils outside of riparian areas, the literature review above shows that ungrazed exclosures consistently display improved soil health over grazed areas. However, it also shows that in some cases, light or moderate intensity grazing may also be able successfully maintain soil health.

Some authors suggest that conservative grazing use and other changes in management can be very effective in protecting soil health, while maintaining some grazing use. Kauffman and Krueger (1984) have stated that herding on a somewhat daily basis has been successful in limiting number of livestock in riparian areas and improving upland utilization. Ratliff (1985) suggests several measures to deal with trampling damage in Sierran meadows including: (1) adjusting use, particularly of high elevation meadows and soft meadow edges, to periods when the soil is firm. (2) locating salt grounds well away from meadows (3) routing trails to keep livestock and people off meadows, and (4) closing (fencing) sensitive sites to livestock grazing and people. For riparian systems, Clary and Webster (1989) recommend 4-6 inch minimum stubble height remain at the end of the grazing season to protect soils in most <u>healthy</u> riparian areas. They also recommended setting minimum stubble heights greater than six inches for critical fisheries, easily eroded streambanks, or unhealthy riparian areas (such as those not meeting standards, or those "functioning at risk"). However, Elmore and Kauffman (1994) report 3 major short-comings of grazing strategies that fail: (1) cookbook approach, no recognition of complexities or heterogeneity of riparian zones (2) many strategies do not consider woody vegetation, streambank integrity, or riparian function (3) many strategies were developed to maximize livestock production rather than to protect other resources. Any mitigation or recovery plan must have resource condition as its first priority, rather than the continuation of historical grazing use.

<u>Adaptive management</u>

Certainly, changes in grazing management, particularly rest, have been shown to be very effective in controlling soil compaction, infiltration and erosion. The most effective approach to soil or ecosystem protection, therefore, is to link grazing management directly to soil or ecosystem health through monitoring and adaptive management. Below, we propose an adaptive management system for adjusting grazing management to protect soil and ecosystem health when soil health standards are not being met. Adaptive management has been repeatedly recommended as a cornerstone of ecosystem management and of sustainable management generally by the agencies (e.g. Interagency Ecosystem Management Task Force, 1995; Manley et al., 1995; Chaney et al., 1993) and by the scientific community (Ecological Society of America, 1995; Grumbine, 1994).

A framework for adaptive management is displayed below. This framework presents

1.  a clear description of specific actions that will be taken,
2.  a specific timeline showing when such actions will be taken, and
3.  specific criteria for taking action (i.e. failure to meet standards).

This type of clear statement of what, when, and why management actions will be taken has been long requested both by the ranching community as well as by the environmental community (Dan Macon, California Cattlemen, pers. commun.; also see letter to Bertha Gillam from California Cattlemen, CNPS, California Mule Deer, and California Trout, enclosed).

*Adaptive management model*

1.  Monitoring for ecosystem health indicators should be performed and reported every one to three years.

BLM_0080092

2.     If monitoring data indicates that the condition any resource is not meeting ecological standards (see examples in section on Evaluation of Significance above), and if there is evidence that grazing impacts are causing or contributing to this unsatisfactory condition, then grazing management will be adjusted before the following grazing season.

Adjustments shall be determined by an interdisciplinary team including specialists with relevant expertise. Adjustments shall be designed to show rapid, substantive and measurable progress towards desired conditions.

Adjustments should include but need not be limited to:

a.     reductions in season of use by a minimum of 20% in the affected area. Season of use changes should be designed to improve ecological condition, OR
b.     reductions in allowed utilization by a minimum of 20% in the affected area, OR
c.     a combination of changes in season of use and utilization.

3.     If after two years of altered management, resource condition still does not meet standards, and if there is evidence that the problem continues to be related to grazing impacts, then management will be further adjusted as in (2) above.

We recommend that the Forest Service include in NEPA documents, at both the Forest and the Allotment level, this kind of clear and specific statement of how management will be adjusted to ensure the health of the resource.

## Monitoring and Enforcement

The NEPA document should also describe comprehensive monitoring plans, with timelines, to ensure that ecological indicators, compliance with standards, and progress towards DC, are measured and reported regularly and accurately.

### Monitoring schedules

Monitoring for compliance with utilization, trampling and season of use standards should be performed and reported annually. Monitoring for ecological condition should be performed and reported at a minimum of every three years because this is the interval over which many management-induced changes in range condition can be detected (Sierra Nevada Ecosystem Project, 1996). Some ecological indicators, such as streambank vegetation cover and cover by bare soil, should be monitored annually because they are easy to monitor and respond rapidly to management.

### Quantitative vs. qualitative monitoring

As discussed above, NEPA documents should disclose specific indicators of soil health and general ecological condition and should discuss the scientific literature that forms the basis for the selection of each indicator. Ecological indicators may be qualitative (subjective), but should be quantitative (objective) where possible. Qualitative measures should be used for routine annual monitoring of ecological condition only if quantitative measure is demonstrated to be unfeasible. If a qualitative ecological indicator, such as the BLM's definition of "proper functioning condition" for riparian areas (California Rivers Assessment, 1996; BLM, 1995), is used for routine annual monitoring, it should be supplemented by quantitative standards which will be measured periodically (minimum of every three years) to verify and calibrate monitoring results for the indicator. Quantitative indicators should also be used for more detailed site examinations if qualitative measurements show that a problem exists. We present some suitable examples of both qualitative and quantitative indicators, above.

14

BLM_0080093

Annual photographs should also be used to document progress towards standards. Photographs should be carefully standardized following an accepted published protocol (e.g. EPA, 1993; Kinney and Clary, 1994).

As noted above, information from both quantitative and qualitative monitoring and analyses should be included in NEPA documents so that public and decisionmakers will be able to properly evaluate the quality of the data in NEPA documents.

**Conclusions and Recommendations**

Several points emerge from the scientific literature on grazing and soil health and from the literature on ecosystem management.

1. All NEPA analyses should include objective or quantitative information on current soil health and its relationship to past livestock grazing management. Aspects of soil health that must be addressed include soil compaction, erosion, nutrient levels, organic matter, and litter.

2. Information in NEPA documents should include quantitative and qualitative measurements of the soil health indicators, such as those presented in the Analysis of Impacts sections above.

3. All NEPA analyses should also include predictions of future soil health under each management alternative. These predictions should also include an estimate of the probable range of values for soil health indicators under each alternative.

4. Ungrazed reference areas should be identified in National Parks or other suitable areas or established within allotments. These should be used for comparisons of ecosystem health indicators between grazed and ungrazed areas.

5. NEPA analyses should disclose information on the values of soil health indicators in ungrazed ecosystems. This information may come from reference areas or from the scientific literature.

6. Standards or acceptable values should be set by an interdisciplinary team for each soil health indicator. The NEPA document should include information from the scientific literature showing the basis for each standard and soil health indicator.

7. Desired condition should also be set for each soil health indicator based on the value of that indicator in an ungrazed or undisturbed system.

8. Monitoring protocols, with monitoring schedules, for each indicator should be included in the NEPA document. Monitoring for ecological condition should be performed and reported at minimum every three years.

9. Monitoring methods should include both qualitative techniques, for some routine monitoring, and quantitative techniques, for periodic verification and calibration of qualitative results and for in depth investigations of site conditions.

10. Whenever monitoring shows that standards are not being met, management should be adjusted immediately, before the following grazing season, to protect resources.

BLM_0080094

**References**

Abdel-Magid, A.H., G.E. Schuman,  and R.H. Hart. 1987a. Soil bulk density and water infiltration rates as affected by three grazing systems. J. Range Management 40 (4): 307-10.

Abdel-Magid, A.H., M.J. Trlica, and R.H. Hart. 1987b. Soil and vegetation responses to simulated trampling. J. Range Management 40 (4): 303-6.

Afzal, M. and W.A. Adams. 1992. Heterogeneity of soil mineral nitrogen in pasture grazed by cattle. Soil Sci. Soc. Am. J. 56:  1160-66.

Allen, B. 1989. Ten years of change in Sierran stringer meadows: an evaluation of range condition models. Gen. Tech. Rep. PSW-110. USDA Forest Service Pacific Southwest Research Station, Albany, CA.

Allen-Diaz, B. 1991. Water table and plant species relationships in Sierra Nevada Meadows. Amer. Midl. Naturalist 126(1): 30-42.

Andre, J.M. 1990. Population biology and conservation of *Abronia alpina* in the southern Sierra Nevada, California. M.S. Thesis. Humboldt State University, Arcata, CA.

Barber, S.A. 1984. <u>Soil Nutrient Bioavailability: a Mechanistic Approach</u>. John Wiley and Sons, New York, NY.

Bari, F., M.K. Wood, and L. Murray. 1995. Livestock grazing impacts on interill erosion in Pakistan. J. Range Management 48(3): 251-7.

Batie, S.S. 1984. <u>Soil Erosion: crisis in America's croplands?</u>  The Conservation Foundation, Washington, DC.

Bauer, A., C.V. Cole, and A.L. Black. 1987. Soil property comparisons in virgin grasslands between grazed and nongrazed management systems. Soil Sci. Soc. Am. J. 51(1): 176-82.

Beeskow, A.M., N.O. Elissalde, and C.M. Rostagno. 1995. Ecosystem changes associated with grazing intensity on the Punta Ninfas rangelands of Patagonia, Argentina. J. Range Management 48(6): 517 22.

Belsky, A. J. and D. M. Blumenthal. 1995. Effects of livestock grazing on upland forests, stand dynamics, and soils of the interior West: livestock and the "forest health" crisis. Conservation Biology. in press.

Bock, C.E., Bock, J.H. and H.M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology 7(3): 731-3.

Bohn, C.C. and J.C. Buckhouse. 1985. some responses of riparian soils to grazing management in northeastern Oregon. J. Range Management 38(4): 378-381.

Brady, N.C. 1984. <u>The Nature and Properties of Soils.</u> 9th Edition. MacMillan Co. New York, NY.

Bureau of Land Management. 1995. Riparian area management. Process for assessing proper functioning condition. TR 1737-9 1993. USDI Bureau of Land Management, Denver, CO.

Burke, M.J.W. and J.P. Grime. 1996. An experimental study of plant community invasibility. Ecology 77(3): 776-90.

BLM_0080095

California Rivers Assessment. 1996. Professional Judgment Assessment of Riparian Condition. Information Center for the Environment, University of California, Davis, CA.

Chaney, E.; W. Elmore and W.S. Platts. 1993. Managing change; livestock grazing on western riparian areas. U.S. Environmental Protection Agency, Denver, CO. Northwest Resource Information Center, Eagle, ID.

Clary, W.P., C. I. Thornton, and S.R. Abt. 1996. Riparian stubble height and recovery of degraded streambanks. Rangelands 18(4): 137-40.

Clary, W.P. and B.F. Webster. 1989. Managing grazing of riparian areas in the intermountain region. Gen. Tech. Rpt. INT-263. USDA Forest Service Intermountain Region, Ogden, UT.

Costello, L.R., J.D. MacDonald, and K.A. Jacobs. 1991. Soil aeration and tree health:  correlating soil oxygen measurements with the decline of established oaks. In: Symp. on oak woodlands and hardwood rangeland management. Gen. Tech. Rpt. PSW-126. USDA Forest Service, Pacific Southwest Research Station, Albany, CA.

Cottam, W.P. and G. Stewart. 1940. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. J. Forestry 38:  613-26.

Dahlgren, R. and M.J. Singer.1 991. Nutrient cycling in managed and unmanaged oak woodland grass ecosystems. Symposium on Oak Woodlands and Hardwood Rangeland Management. Gen. Tech. Rpt. PSW-126. USDA Forest Service Pacific Southwest Research Station, Albany, CA.

Doran J.W., D.C. Coleman, D.F. Bezdicek, and B.A. Stewart eds. Defining Soil Quality for a Sustainable Environment. Special publication No. 35. Soil Science Society of America, Madison, WI.

Dunaway, D., S.R. Swanson, J. Wendel, and W. Clary. 1994. The effect of herbaceous plant communities and soils textures on particle erosion of alluvial streambanks. Geomorphology 9:  47-56.

Ecological Society of America. 1995. The scientific basis for ecosystem management. Ecological Society of America, Washington, DC.

Ellison, L. 1960. Influence of grazing on plant succession of rangelands. Bot. Review 26(1): 1-78.

Elmore, W. and B. Kauffman. 1994. Riparian and watershed systems:  degradation and restoration. In:  M. Vavra, W.A. Laycock, and R.D. Pieper Eds. Ecological Implications of Livestock herbivory in the West. Society for Range Management, Denver, CO.

Environmental Protection Agency. 1993. Monitoring protocols to evaluate water quality effects of grazing management on western rangeland streams. EPA 910/R-93-017. U.S. Environmental Protection Agency, Seattle, WA.

Firestone, M.K. 1995. Nutrient cycling in a managed oak woodland-grass ecosystem. Final Report to the Integrated Hardwood Range Management Program, University of California.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8(3): 629-44.

Frank, A.B., D.L. Tanaka, L. Hofmann, and R.F. Follett. 1995. Soil carbon and nitrogen of northern Great Plains grasslands as influenced by long-term grazing. J. Range Management 48(5):  470-4.

17

BLM_0080096

Friedel, M.H. 1991. Range condition assessment and the concept of thresholds: a viewpoint. J. Range Management 44(5): 422-6.

General Accounting Office. 1988. Public rangelands: some riparian areas restored but widespread improvement will be slow. GAO/RCED-88-105. U.S. General Accounting Office, Washington, DC.

Green, D.M. and J.B. Kauffman. 1995. Succession and livestock grazing in a northeastern Oregon riparian ecosystem. J. Range Management 48(4): 307-13.

Grumbine, R.E. 1994. What is Ecosystem Management? Conservation Biology 8(1): 27-38.

Hagberg, T.D. 1995. Relationships between hydrology, vegetation and gullies in montane meadows of the Sierra Nevada. M.S. Thesis. Humboldt State University, Arcata, CA .

Interagency Ecosystem Management Task Force. 1995. The ecosystem approach: healthy ecosystems and sustainable economies. Vol. I. Council on Environmental Quality, Washington, DC.

Kattelmann, R. and M. Embury. 1996. Riparian areas and wetlands. In: Sierra Nevada Ecosystem Project: Final report to Congress, Vo.. III. Centers for Water and Wildland Resources, University of California, Davis.

Kauffman, J.B. and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications: a review. J. Range Management 37(5): 430-7.

Kinney , J.W. and W.P. Clary. 1994. A photographic utilization guide for key riparian graminoids. Gen. Tech. Rpt. INT-GTR-308. USDA Forest Service. Intermountain Research Station, Ogden, UT.

Kleinfelder, D., S. Swanson, G. Norris and W. Clary. 1992. Unconfined compressive strength of some streambank soils with herbaceous roots. Soil Sci. Soc. Am. J. 56(6): 1920-5.

Klute, A. 1986. Methods of Soil Analysis. Agronomy Monograph 9. Soil Science Society of America, Madison, WI.

Lauenroth, W.K., D.G. Milchunas, J.L. Dodd, R.H. Hart, R.K. Heitschmidt, and L.R. Rittenhouse. 1994. Effects of grazing on ecosystems of the Great Plains. In: M. Vavra, W.A. Laycock, and R.D. Pieper Eds. Ecological Implications of Livestock herbivory in the West. Society for Range Management, Denver, CO.

Laycock, W.A., H. Buchanan, and W.C. Krueger. 1972. Three methods of determining diet, utilization, and trampling damage on sheep ranges. J. Range Management 25: 352-6.

Manley, P.N. and others. 1995. Sustaining ecosystems: a conceptual framework. Version 1.0. USDA Forest Service Pacific Southwest Region, San Francisco, CA.

Manning, M.E., S.R. Swanson, R. Svejcar, and J. Trent. 1989. Rooting characteristics of four intermountain meadow community types. J. Range Management 42(4): 309-12.

Mathews, B.W., L.E. Sollenberger, V.D. Nair and C.R. Staples. 1994. Impact of grazing management on soil nitrogen, phosphorus, potassium and sulfur distribution. J. Environ. Qual. 23: 1006-13.

Menke, J.W., C. Davis, and P. Beesley. 1996. Rangeland Assessment. In: Sierra Nevada Ecosystem Project: Final report to Congress, Vo.. III. Centers for Water and Wildland Resources, University of California, Davis.

BLM_0080097

Milton, S.J., W.R.J. Dean, M.A. du Plessis, and W.R. Siegfried. 1994. A conceptual model of arid rangeland degradation. BioScience 44(2): 70-75.

Naeth, M.A., A.W. Bailey, D.J. Pluth, D.S. Chanasyk, and R.T. Hardin. 1991. Grazing impacts on litter and soil organic matter in mixed prairie and fescue grassland ecosystems of Alberta. J. Range Management 44(1): 7-12.

Naiman, R.J., H. Decamps, M. Pollock. 1993. The role of riparian corridors in maintaining regional biodiversity. Ecological Applications 3(2): 209-12.

National Research Council, 1994. Rangeland health: new methods to classify, inventory, and monitor rangelands. National Academy Press, Washington, DC.

Odion, D.C., T.L. Dudley and C.M. D'Antonio. 1988. Cattle grazing in southeastern Sierran meadows: ecosystem change and prospects for recovery. In: C.A. Hall and V. Doyle-Jones, Eds. Plant Biology of Eastern California - Natural History of the Inyo-White Range symposium. Vol. 2.

Ohmart, R.D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. In: P.R. Krausman, Ed. Rangeland Wildlife. Society for Range Management, Denver, CO.

Orr, H.K. 1960. Soil porosity and bulk density on grazed and protected Kentucky bluegrass range in the Black Hills. J. Range Management 13: 80-86.

Pieper, R.D. 1994. Ecological implications of livestock grazing. In: M. Vavra, W.A. Laycock, and R.D. Pieper Eds. Ecological Implications of Livestock herbivory in the West. Society for Range Management, Denver, CO.

Pluhar, J.J., R.W. Knight, and R.K. Heitschmidt. 1987. Infiltration rates and sediment production as influenced by grazing systems in the Texas rolling plains. J. Range Management 40(3): 240-3.

Ratliff, R.D. 1985. Meadows in the Sierra Nevada of California: state of knowledge. Gen. Tech. Rep. PSW-84. USDA Forest Service Pacific Southwest Forest and Range Experiment Station, Albany, CA.

Rauzi, F. and F.M. Smith. 1973. Infiltration rates: three soils with three grazing levels in northeastern Colorado. J. Range Management 26(2): 126-129.

Roath, L.R. and W.C. Krueger. 1982. Cattle grazing influence on a mountain riparian zone. J. Range Management 35(1): 100-3.

Roberson, E.B., S. Sarig, and M.K. Firestone. 1991. Cover crop management of polysaccharide-mediated aggregation in an orchard soil. Soil Science Society of America Journal. 55(3): 734-9.

Schulz, T.T. and W.C. Lenninger. Differences in riparian vegetation structure between grazed areas and exclosures. J. Range Management 43(4): 295-9.

Sierra Nevada Ecosystem Project. 1996. Status of the Sierra Nevada. Final Report to Congress. Preprint June 7, 1996. Centers for Water and Wildland Resources, University of California, Davis, CA.

Society for Range Management. 1995. Evaluating Rangeland Sustainability: the evolving technology. SRM Task Group on Unity in Concepts and Terms. Rangelands 17(3): 85-92.

Stokke, S., K. Foster, R. Giffen, G. Bell, L. Atencio, J. Menke, and B. Kinney. 1994. Sequoia National Forest Range Management Program Review. Memo to Sandra Key, Forest Supervisor, October 21, 1994.

BLM_0080098

Sumner, L. and R.M. Leonard. 1947. Protecting mountain meadows. Sierra Club Bulletin 32(5):  53-70.

Thurow, T.L., W.H. Blackburn, C.A. Taylor, Jr. 1986. Hydrologic characteristics of vegetation types as affected by livestock grazing systems, Edwards Plateau, Texas. J. Range Management 39(6): 505 - 8.

Tiedemann, A.R., H.R. Sanderson, and N.J. Cimon, 1986. Future site productivity considerations of short-duration, high intensity grazing. In:  J.A. Tiedemann Ed. Short Duration Grazing. Washington State Univ., Pullman, WA.

Tisdale, S.L., W.L. Nelson, J.D. Beaton. 1985. Soil Fertility and Fertilizers 4th edition. Macmillan Publishing, New York, NY.

USDA Forest Service. 1994. Region 2 Rangeland Analysis and Management Training Guide. USDA Forest Service Rocky Mountain Region, Denver, CO.

USDA Forest Service. 1993. Draft Soil Management Handbook. Region 5 Supplement No. 1. FSH 2509.18. USDA Forest Service, Pacific Southwest Region, San Francisco, CA.

USDA Forest Service. 1992. Integrated riparian evaluation guide. USDA Forest Service Intermountain Region, Ogden, UT.

van der Valk, A.G. and R.L. Pederson. 1989. Seed banks and the management and restoration of natural vegetation. In: M.A. Leck, V.T. Parker, R.L. Simpson, Eds. Ecology of Soil Seed Banks. Academic Press, New York, NY.

Vinton, M.A. and I.C. Burke. 1995. Interactions between individual plant species and soil nutrient status in shortgrass steppe. Ecology 76(4):  1116-1133.

Warren, S.D. 1987. Soil hydrologic response to intensive rotation grazing: a state of knowledge. In:  Y.S. Fok Ed. Infiltration Development and Application. Pre-conference proceedings of the International Conference on Infiltration Development and Application. Water Resources Research Center, University of Hawaii at Manoa, Honolulu.

Warren, S.D., T.L. Thurow, W.H. Blackburn, and N.E. Garza. 1986a. The influence of livestock trampling under intensive rotation grazing on soil hydrologic characteristics. J. Range Man. 39(6): 491-5.

Warren, S.D., M.B. Nevill, W.H. Blackburn, and N.E. Garza. 1986b. Soil response to trampling under intensive rotation grazing. Soil Sci. Soc. Am. J. 50(5): 1336-41.

Warren, S.D., W.H. Blackburn, and C.A. Taylor, Jr. 1986c. Soil hydrologic response to number of pastures and stocking density under intensive rotation grazing. J. Range Management 39(6): 500-4.

Williams, B.L. and B.G. Marcot. 1991. Use of biodiversity indicators for analyzing and managing forest landscapes. Trans. North American Wildlife and Natural Resources Conf. 56:  613-27.

Williams, W.D. and D.A. Quinton. 1995. Grazing effects on germinable seeds on the fescue prairie. J. Range Management 48(5): 423-30.

Winkel, V.K. and B.A. Roundy. 1991. Effects of cattle trampling and mechanical seedbed preparation on grass seedling emergence. J. Range Management 44(2):  176-180.

Wood, M.K. and W.H. Blackburn. 1981. Sediment production as influenced by livestock grazing in the Texas rolling plains. J. Range Management 34(3): 228-31.

BLM_0080099

# Differing Effects of Cattle Grazing on Native and Alien Plants

SARAH KIMBALL* AND PAULA M. SCHIFFMAN

Department of Biology and Center for the Study of Biodiversity, California State University, Northridge, CA 91330–8303, U.S.A.

**Abstract:** *Habitat managers use cattle grazing to reduce alien plant cover and promote native species in California grasslands and elsewhere in the western United States. We tested the effectiveness of grazing as a restoration method by examining the effects of herbivory on native and alien plants. At Carrizo Plain National Monument, California, we surveyed native and alien species cover in adjacent grazed and ungrazed areas. We also established experimental plots in which plants were clipped or mulch (dead biomass) was removed. In addition, we clipped plants grown in pots and plants in the field that grew with and without competitors. Native species were negatively affected by clipping in 1999, 2000, and 2001, whereas alien species were unaffected. In the experimental field plots, the European annual forb* Erodium cicutarium *compensated in growth and reproduction following simulated herbivory. In contrast, growth and reproduction of the native perennial bunchgrass* Poa secunda *were reduced 1 year after clipping. In pots,* E. cicutarium *overcompensated and grasses undercompensated. In the field, European grasses were unaffected by the removal of competitors. It is unclear by what mechanism* E. cicutarium *was able to compensate, but the ability may be related to its basal rosette growth form and indeterminately growing inflorescences. The native California grassland community assembled in the absence of grazing herds, whereas invasive European species have been exposed to grazing for centuries. It may be that these invaders have adaptations that better enable them to recover from grazing. In the grassland we studied, the strategy of livestock grazing for restoration is counterproductive. It harms native species and promotes alien plant growth.*

**Key Words:** California grassland, Carrizo Plain National Monument, *Erodium cicutarium*, invasive alien plants, native plant diversity, overcompensation

Diferentes Efectos del Pastoreo de Ganado sobre Plantas Nativas y Exóticas

**Resumen:** *El pastoreo de ganado es utilizado por las personas a cargo del manejo del hábitat para disminuir la cobertura de plantas exóticas en pastizales de California y otras áreas del occidente de Estados Unidos. Probamos la efectividad del pastoreo como un método de restauración examinando los efectos de la herbivoría sobre plantas nativas y exóticas. Muestreamos la cobertura de especies nativas y exóticas en áreas adyacentes con y sin pastoreo en el Monumento Nacional Carrizo Plain, California. También establecimos parcelas experimentales en las que las plantas fueron cortadas o la biomasa muerta fue removida. Adicionalmente, cortamos plantas cultivadas en macetas y plantas silvestres que crecieron con y sin competidores. Las especies nativas fueron afectadas negativamente por los cortes en 1999, 2000 y 2001, mientras que las especies exóticas no fueron afectadas. En las parcelas experimentales de campo, la hierba anual europea* Erodium cicutarium *compensó en crecimiento y reproducción después de la herbivoría simulada. En contraste, el crecimiento y reproducción del gramíneas perenne nativo* Poa secunda *disminuyeron 1 año después del corte. En macetas,* E. cicutarium *sobrecompensó y los pastos descompensaron. En el campo, los pastos europeos no fueron afectados por la remoción de competidores. No está claro el mecanismo mediante el cual* E. cicutarium *fue capaz de compensar, pero la habilidad puede estar relacionada con su forma de crecimiento de roseta basal e inflorescencias con crecimiento indeterminado. La comunidad de pastos nativos se configuró en ausencia del pastoreo de rebaños, mientras que las especies europeas invasoras han estado expuestas al*

---

*Current address: Department of Ecology and Evolutionary Biology, University of California, Irvine, CA 92697, U.S.A.*
*Paper submitted May 16, 2002; revised manuscript accepted March 14, 2003.*

BLM_0080100

*pastoreo por siglos. Puede ser que los invasores tengan adaptaciones que les permiten recuperarse mejor del pastoreo. En el pastizal que estudiamos, la estrategia de pastoreo para la restauración es contraproducente. Perjudica a especies nativas y promueve el crecimiento de plantas exóticas.*

**Palabras Clave:** diversidad de plantas nativas, Erodium cicutarium, Monumento Nacional Carrizo Plain, pastizales de California, plantas exóticas invasoras, sobrecompensación

## Introduction

Massive invasions by alien plants have occurred throughout the western United States. In California's valley grasslands, a few annual species from the Mediterranean region, such as *Erodium cicutarium* and *Bromus madritensis* (botanical nomenclature follows Hickman 1993), have become the most abundant species (Wester 1981; Heady 1988; Menke 1990; Schiffman 2000), apparently outcompeting native annual wildflowers and perennial bunchgrasses (Schiffman 1994; Meyer 1997). In some of these grasslands, management plans employ cattle grazing to reduce the competitive advantage of alien species and to encourage native species (U.S. Bureau of Land Management 1996, 1998; Germano et al. 2001). To date, however, no long-term studies have addressed the effectiveness of cattle grazing as a restoration tool (Belsky & Gelband 2000). Here, we present data contrary to this management strategy and discuss the abilities of a few alien and native annual species to compensate for herbivory.

Large herbivores existed in California during the Pleistocene (Edwards 1990; Blumler 1992), but later the climate changed and a new flora assembled without the influence of grazing herds (Raven & Axelrod 1978). Native plant species extant in modern grasslands that also existed during the Pleistocene were exposed to grazing pressures by bison (*Bison*), horses (*Equus*), and mammoths (*Mammuthus*) that were similar to the pressures of modern cattle (*Bos*) grazing (Edwards 1990; Stock & Harris 1992). These species may have developed strategies to avoid or tolerate herbivory. Following the extinction of Pleistocene herbivores in California, however, grazing avoidance and tolerance were no longer advantageous (Blumler 1992).

Most studies of grazing effects in California focus on the native bunchgrass *Nassella pulchra* (Dennis 1989; Menke 1990; Huntsinger et al. 1996; Dyer & Rice 1997). These studies yielded conflicting results, either demonstrating that clipping reduces fitness (Dennis 1989; Huntsinger et al. 1996) or demonstrating increased fitness due to reduction of European grass cover (Nelson & Allen 1993; Dyer & Rice 1997; Gerlach et al. 1998). Plants exhibit diverse responses to herbivory, and these responses determine the effectiveness of grazing for restoration. Therefore, in addition to studying the effects of grazing on bunchgrasses, it is crucial to study the effects on native annuals because

annuals likely dominated southern California's historical (preinvasion) grasslands and still account for the majority of native species (Wester 1981; Hamilton 1997; Schiffman 2000).

When loss of live foliage has no net effect, it is because the plants compensate for tissue losses. In other cases, plants are negatively affected; in other words, they "undercompensate." Overcompensation, or an increase in productivity or fitness as a result of grazing (Owen & Wiegert 1981), has also been demonstrated in a few species (Paige & Whitham 1987; Hjalten et al. 1993; Lennartsson et al. 1997, 1998). In these cases, the probable compensatory mechanism was an increase in lateral growth following removal of the apical meristem (Paige & Whitham 1987; Hjalten et al. 1993; Lennartsson et al. 1997, 1998). Thus, the location of the apical meristem may be important in determining tolerance. Other traits that enable a plant to tolerate herbivory may also be reflected in the growth architecture of the plant (Strauss & Agrawal 1999).

After the Pleistocene extinctions of large herbivores in California, plants with the ability to overcompensate were probably negatively affected by the fitness costs of tolerance and were unable to reap the benefits of grazing-induced overcompensation. Such species probably became less important. In contrast, European species, particularly those originating in the Mediterranean region, experienced livestock grazing for thousands of years. Tolerance of intense herbivory may be an adaptive trait that is under selection in populations with prolonged exposure to large grazing herds (Lennartsson et al. 1997; Strauss & Agrawal 1999).

Native elk (*Cervus elaphus*), pronghorn antelope (*Antilocapra americana*), rodents, rabbits, and insects were, and still are, important herbivores in post-Pleistocene California grasslands, but they exert a different type of pressure on vegetation from that of domestic livestock (Painter 1995). Elk and pronghorn antelope are the most similar to cattle and the Pleistocene megafauna, but both species range much more widely than cattle, so their grazing effects are diffuse (Painter 1995). Likewise, small mammals and herbivorous insects produce a very different form of damage (Joern 1989). California's native grassland herbivores do not provide the predictable, severe defoliation that is necessary for tolerance to be adaptive (Lennartsson et al. 1997). Invasive European plant species arrived in California at the same time as the herds of

BLM_0080101

cattle (Heady 1988; Wagner 1989). Cattle were probably responsible for the dispersal of European seeds as they moved across California (Malo & Suarez 1995; Huntsinger et al. 1996). Thus, European plants, already adapted to grazing, were introduced into the native grassland community (Heady et al. 1992) at the same time intensive grazing commenced.

The effects of cattle grazing may include defoliation, removal of dead biomass, trampling, soil erosion, seed dispersal, and addition of manure and saliva. The removal of live foliage and dead biomass are the factors that have been said to aid native plants (U.S. Bureau of Land Management 1996, 1998). Most plants in this ecosystem grow during the winter rainy season and produce seed by early summer (Heady 1988; Heady et al. 1992). After reproduction, annual plants die and herbaceous perennials die back to their roots, or, in the case of bunchgrasses, their crown. The majority of biomass grows from the ground the following winter. Aboveground, mulch (thatch, litter, standing dead biomass) usually persists from the previous year. Most of this mulch is from alien grasses, and it may inhibit the germination and growth of native plants (Evans & Young 1989; Foster & Gross 1998; Reynolds et al. 2001). Cattle eat mulch along with living plants, so grazing is said to be beneficial in part due to mulch removal (Heady 1956). Thus, mulch removal as well as consumption of live foliage could shift the competitive hierarchy in favor of or against natives.

We focused on two important grazing effects, loss of living tissues and removal of mulch. We examined the consequences of these effects on native and alien species in a California valley grassland at Carrizo Plain National Monument. Our goals were to (1) determine whether native and alien species respond differently to grazing and, specifically, how cover and diversity are affected; (2) examine how simulated grazing affects growth and reproduction in the native perennial bunchgrass *Poa secunda*; and (3) determine whether simulated grazing induces compensatory growth in native and alien plants reared in pots without competition and under more natural field conditions with and without competition from neighboring plants.

## Methods

### Field Census

Carrizo Plain National Monument includes the largest remnant of the once vast California valley grassland. We selected a study site there that supported a large proportion of native species, including the bunchgrass *Poa secunda*. It also had a lower cover of European grasses than the rest of the area (Kneitel 1997; Meyer & Schiffman 1999). An examination of a series of aerial photographs (1936–2000) indicated that it was never cultivated.

In February 1990, grazing within a portion of the study area was halted because of the presence of two endangered plants, *Caulanthus californicus* and *Lembertia congdonii*. Grazing continued in the surrounding grassland. In April 2001 we recorded all plants intercepting 1000 random points on each side of the grazing fence. The points were located at least 200 m away from the fence. Cattle were not present on the grazed side of the fence during the year of sampling, although the area had been grazed in the spring of 2000 and in most previous years. We estimated the percent cover for each species from these data.

### Field-Clipping and Mulch-Removal Experiment

In the fall of 1999, we established 50 plots of 1 × 1 m inside the grazing exclosure. We positioned the plots in a rough grid, avoiding rodent-caused soil disturbances (Schiffman 1994). There were 10 blocks of five treatments: controls (unclipped with mulch left intact), clipped once (late February), clipped twice (late February and early March), clipped three times (late February, early March, and early April), and mulch removed (late February, no clipping of live plants). We applied the treatments in the spring of 1999, 2000, and 2001, and clipping was done 1 cm above ground level (Orodho et al. 1998; Kotanen & Bergelson 2000).

Each year, a few weeks following treatment, we gathered data from a centrally located 0.25-$m^2$ (0.5 × 0.5 m) quadrat within each plot. We recorded all species found in the quadrat and estimated their covers by placing a wire grid over the quadrat and recording the species that intercepted each of 36 crossing points. We gave species present without intercepting a crossing point a cover value of 1%. We also determined relative percent cover of native species and total species evenness (Pielou 1969). Prior to treatment in March 2001, we determined the number of *P. secunda* inflorescences per individual and the height of the five tallest individuals in each plot.

We used a complete block design with two planned tests for this experiment. For parametric dependent variables—number of native species, total cover of native species, and relative cover of native species—we assessed clipping intensity with two-way mixed-model analysis of variance (ANOVA) with 27 df for error, 9 df for block, and 3 df for treatment. We analyzed the mulch-removal data similarly, with 9 df for error, 9 df for block, and 1 df for treatment (equivalent to a paired *t* test). For dependent variables that did not meet the assumptions of ANOVA, we analyzed clipping level with a Friedman's block test and mulch removal with a Wilcoxon signed-rank test.

We described the growth form and inflorescence architecture of each dominant species and assessed the potential for apical meristem damage. The slope of the relative cover for all control and clipped plots were averaged over 3 years to generate an index of the degree of compensation. The relative cover of each species was calculated by

BLM_0080102

dividing its cover by the average cover in all control and clipped plots.

### Compensation-in-Pots Experiment

We germinated seeds of *Vulpia microstachys* (native annual grass), *Uropappus lindleyi* (native annual forb), *B. madritensis* (European annual grass), and *E. cicutarium* (European annual forb) on moist filter paper and planted individual seedlings in soil-filled PVC tubes (height 130 cm, diameter 5 cm) in January of 2001. Treatments included unclipped controls, plants clipped 1 month following planting, and plants clipped both 1 and 2 months following planting. The plants were different sizes before the first clipping, so before assigning them to treatments we blocked them into similar-size triplets (Maschinski & Whitham 1989). We randomly assigned treatments within each triplet.

We recorded the numbers of flowers or fruits in May, 1 month following the last clipping. We dried and weighed all the clipped material and, at the end of the experiment, we clipped them to ground level. We summed total aboveground productivity across all clippings, including final harvest, at the end of the pots experiment. We determined the effect of treatment on total productivity and unclipped reproduction with a two-way, mixed-model ANOVA, with block (size) as a random factor.

### Field-Compensation Experiment

We selected individual seedlings of *B. madritensis*, *Vulpia myuros* (alien annual grass), *E. cicutarium*, and *Tripidocarpum gracile* (native annual forb) at random in the same grazing exclosure used for the field-clipping and mulch-removal experiment. We randomly assigned each seedling to one of four treatments in a 2 × 2 factorial design. The factors were unclipped or clipped and unweeded or weeded. We applied each treatment within a radius of 5 cm around each focal plant and removed all potential competitors (including conspecifics) from the weeded plants with forceps. At the end of the growing season we determined the number of developing fruits and the aboveground dry weight of each focal plant. We log($Y+1$)-transformed and analyzed the data with two-way fixed-factor ANOVAs.

## Results

### Field Census

The census on the ungrazed side of the fence yielded 5 alien and 24 native species (Fig. 1). The total native cover was 49%, and the total alien cover was 57%. The alien forb *E. cicutarium* was the most abundant species, followed by the native perennial bunchgrass *P. secunda*. The grazed side of the fence had 1 additional alien species and only half as many native species as the ungrazed area. The total

native cover in the grazed area was 46%, and the total alien cover was 79%. *Erodium cicutarium* was also the dominant species in this area, but it was followed closely by *Pectocarya penicillata*. No bunchgrasses occurred in the grazed area (Fig. 1).

### Field-Clipping and Mulch-Removal Experiment

In each of the 3 years of the experiment, clipping one to three times significantly decreased the percent cover of native species. In contrast, the cover of alien species was unaffected in 2000 and 2001 and only decreased slightly after being clipped two or three times in 1999 (Fig. 2). The decrease in native species cover was highly significant in 1999 ($p < 0.00001$), 2000 ($p < 0.00001$), and 2001 ($p < 0.00001$). The relative cover of native species was also affected negatively by clipping (Fig. 2). This effect was significant in 1999 ($p = 0.00076$), 2000 ($p = 0.00004$), and 2001 ($p = 0.00001$). These clipping effects increased with the number of clippings (Fig. 2).

Native species richness was affected negatively by clipping, and this effect was significant in 1999 ($p = 0.00191$), 2000 ($p < 0.00001$), and 2001 ($p = 0.00176$). Native species richness continued to decrease with additional clipping (Fig. 2). Alien species richness was unaffected by clipping. Native species evenness changed significantly with clipping in all 3 years (Fig. 2). Specifically, clipping once or twice increased evenness in 1999 ($p = 0.06566$) and in 2000 ($p = 0.00690$). In 2001 all clipping treatments increased evenness ($p = 0.00003$).

The negative effects of clipping on native species were particularly evident in some of the more abundant species (Table 1). For example, *P. secunda* was affected negatively by clipping. The percent cover of this dominant native decreased with clipping in all 3 years of the study (Table 1). There were also residual effects of clipping on both the height and number of inflorescences per *P. secunda* individual prior to treatment in 2001 (Fig. 3).

Native forbs such as *Dichelostemma capitatum* and *Lepidium nitidum* suffered decreases in cover after clipping, as did the native grass *V. microstachys* (Table 1). In fact, the cover of all native species decreased following clipping. In contrast, the abundant alien species were generally unaffected by this treatment. Mean percent cover of *E. cicutarium* was greater, though not significantly, after several of the clipping treatments in 1999, 2000, and 2001 (Table 1). *Bromus madritensis* was unaffected by clipping (Table 1). The amount of bare ground increased significantly with clipping in all 3 years ($p < 0.0001$).

Growth architecture determined each species' response to clipping. Native forbs growing close to the ground and with indeterminate inflorescences were less affected by clipping than more upright species (Table 2). For example, *E. cicutarium* and *T. gracile* both have apical meristems at the soil surface, and they were both unaffected by clipping. *Lotus humistratus* and *P. penicillata* have prostrate growth forms and indeterminate

BLM_0080103



*Figure 1. Dominance and diversity distributions for non-native and native plant species in an area protected from grazing since February 1990 (ungrazed) and an area grazed up to the previous year (grazed).*

inflorescences of many branching stalks. They were not as negatively affected by clipping as the more upright-growing *Lasthenia californica* and *Castilleja exserta* (Table 2).

The response to mulch removal was inconsistent across years (Fig. 2). Native species cover decreased significantly in 1999 ($p = 0.00653$) and 2000 ($p = 0.01532$) but was unaffected in 2001 ($p = 0.75889$). Non-native cover was unaffected by mulch removal in all 3 years. The relative cover of native species decreased significantly with mulch removal in 1999 ($p = 0.00943$), decreased marginally in 2000 ($p = 0.07654$), and was unaffected in 2001 ($p = 0.85915$). Native species richness was not significantly

affected by mulch removal in 1999 ($p = 0.34344$), 2000 ($p = 0.48256$), or 2001 ($p = 0.25755$). Nor was there a significant effect on native evenness (Fig. 2) in 1999 ($p = 0.71068$), 2000 ($p = 0.93383$), or 2001 ($p = 0.50116$). The cover of *Poa secunda* and *E. cicutarium* was not significantly affected by mulch removal (Table 1). However, *V. microstachys* was negatively affected. *Bromus madritensis* was not affected by mulch removal in 1999 or 2000 but was negatively affected in 2001 (Table 1).

**Compensation Experiments**

*Erodium cicutarium* compensated for simulated herbivory when grown in pots. At final harvest, the number

BLM_0080104



*Figure 2. Native cover, non-native cover, relative native cover, native species richness, and native species evenness for the field experiment on the effects of clipping and mulch removal in 1999, 2000, and 2001. Different years are indicated with differently shaded bars. Significance tests show two planned comparisons: control versus mulch removal and control versus three levels of clipping (control, 1×, 2×, and 3×). Values are means ± SE (n = 10; ns, p > 0.1, †, 0.1 > p > 0.05, *p < 0.05).*

of flowers and fruits produced by clipped plants was not different from that of the control plants ($p = 0.6873$; Fig. 4). In terms of total productivity, *E. cicutarium* overcompensated ($p = 0.0001$). The number of individual flowers was not counted for the native composite *Uropappus lindleyi*, but the number of inflorescences produced by clipped plants was not significantly lower than the number produced by control plants ($p = 0.1082$; Fig. 4). The total productivity of *U. lindleyi* was not significantly affected by clipping ($p = 0.1182$). In contrast, grass species were unable to fully compensate following clipping (Fig. 4). *Bromus madritensis* decreased in flower production ($p = 0.0016$) and total productivity ($p = 0.0005$) following clipping. Clipped *V. microstachys* plants also had significantly fewer flowers ($p = 0.0041$) and lower total productivity than the controls ($p = 0.02497$).

In the field, *E. cicutarium* was negatively affected by clipping and positively affected by weeding (weight: clipping $p = 0.0087$, weeding $p = 0.0002$; fruits: clipping $p = 0.0283$, weeding $p = 0.0022$, Fig. 5). For *T. gracile*, there were no significant effects (weight: clipping $p = 0.2380$, weeding $p = 0.7553$; fruits: clipping $p = 0.2284$, weeding $p = 0.8658$). Productivity of the alien grasses *V. myuros* and *B. madritensis* was negatively affected by clipping, whereas weeding had no effect (Fig. 5). Fruit production of *V. myuros* was significantly less with clipping and unaffected by weeding. There was a marginally significant interaction between clipping and weeding for the number of *B. madritensis* fruits, so that interaction was not pooled (for *V. myuros* weight: clipping $p < 0.00001$, weeding $p = 0.7504$; fruits: clipping $p = 0.0016$, weeding $p = 0.2131$; for *B. madritensis* clipping × weeding interaction: $p = 0.0499$). *Bromus madritensis* was more affected by clipping when grown without competitors (Fig. 5). In all other cases, interactions were not significant and were dropped from the ANOVAs.

BLM_0080105

**Table 1.  Native and alien plant species, in order of abundance, found in 20 or more of the 50 clipping and mulch-removal experimental plots in 1999, 2000, and 2001.**

| Year and species | Control vs. mulch removal (p)[a] | Mulch removed[b] | Control[b] | Clipped[b] 1x | Clipped[b] 2x | Clipped[b] 3x | Control vs. clipping (p)[c] |
|---|---|---|---|---|---|---|---|
| **1999** | | | | | | | |
| alien | | | | | | | |
| *Erodium cicutarium* | 0.234 | 49.06 | 40.63 | 41.88 | 30.94 | 30.31 | 0.098 |
| *Bromus madritensis* | 0.285 | 4.89 | 2.70 | 3.23 | 1.24 | 1.66 | 0.528 |
| *Herniaria hirsuta* | 0.623 | 3.01 | 1.96 | 3.43 | 0.93 | 1.45 | 0.804 |
| native | | | | | | | |
| *Poa secunda* | 0.959 | 21.88 | 21.25 | 10.00 | 7.29 | 4.69 | 0.020 |
| *Vulpia microstachys* | 0.007 | 6.98 | 25.94 | 10.63 | 1.45 | 4.48 | 0.005 |
| *Chorizanthe uniaristata* | 0.160 | 4.68 | 2.28 | 2.59 | 2.70 | 3.31 | 0.993 |
| *Dichelostemma capitatum* | 0.066 | 2.80 | 3.74 | 3.64 | 1.24 | 0.00 | 0.019 |
| *Lasthenia californica* | 0.994 | 4.05 | 4.79 | 0.94 | 0.40 | 0.10 | 0.290 |
| *Plantago erecta* | 0.497 | 1.03 | 2.08 | 2.18 | 2.50 | 1.03 | 0.703 |
| *Lepidium nitidum* | 0.916 | 1.04 | 1.86 | 0.51 | 1.56 | 0.10 | 0.682 |
| **2000** | | | | | | | |
| alien | | | | | | | |
| *Erodium cicutarium* | 0.726 | 42.22 | 40.28 | 41.39 | 49.17 | 45.83 | 0.204 |
| *Bromus madritensis* | 0.732 | 1.11 | 2.14 | 1.59 | 3.26 | 0.38 | 0.085 |
| native | | | | | | | |
| *Poa secunda* | 0.813 | 23.61 | 23.06 | 15.56 | 6.11 | 9.37 | 0.036 |
| *Vulpia microstachys* | 0.009 | 1.97 | 19.82 | 6.11 | 0.86 | 3.91 | 0.021 |
| *Dichelostemma capitatum* | 0.634 | 2.70 | 2.90 | 2.70 | 3.89 | 0.00 | 0.037 |
| *Uropappus lindleyi* | 0.115 | 1.11 | 3.81 | 1.77 | 2.32 | 0.00 | 0.082 |
| *Crassula connata* | 0.051 | 0.76 | 2.98 | 2.32 | 1.77 | 0.00 | 0.035 |
| *Calandrinia ciliata* | 0.777 | 1.69 | 1.51 | 2.80 | 1.41 | 0.28 | 0.040 |
| *Lepidium nitidum* | 1.000 | 1.08 | 1.33 | 2.44 | 1.79 | 0.28 | 0.025 |
| *Trifolium gracilentum* | 0.066 | 1.23 | 0.58 | 1.87 | 1.79 | 0.58 | 0.090 |
| *Lotus humistratus* | 0.783 | 1.53 | 1.43 | 1.51 | 0.40 | 0.78 | 0.171 |
| *Chorizanthe uniaristata* | 0.257 | 0.58 | 0.30 | 1.13 | 0.50 | 1.18 | 0.102 |
| **2001** | | | | | | | |
| alien | | | | | | | |
| *Erodium cicutarium* | 0.953 | 48.61 | 50.00 | 57.78 | 55.83 | 44.72 | 0.703 |
| *Bromus madritensis* | 0.018 | 0.48 | 2.70 | 0.78 | 0.68 | 0.20 | 0.119 |
| *Herniaria hirsuta* | 0.916 | 1.03 | 1.13 | 1.06 | 0.66 | 0.20 | 0.226 |
| native | | | | | | | |
| *Poa secunda* | 0.444 | 48.61 | 44.27 | 7.78 | 3.46 | 4.64 | 0.002 |
| *Lotus humistratus* | 1.000 | 8.48 | 8.61 | 3.81 | 4.01 | 4.44 | 0.052 |
| *Trifolium gracilentum* | 0.932 | 2.07 | 3.26 | 2.04 | 1.97 | 1.69 | 0.999 |
| *Lasthenia californica* | 0.723 | 3.71 | 4.29 | 1.69 | 0.40 | 0.38 | 0.577 |
| *Allium hyalinum* | 0.122 | 2.14 | 4.54 | 1.87 | 0.96 | 0.00 | 0.005 |
| *Calandrinia ciliata* | 0.606 | 2.52 | 0.96 | 2.42 | 2.42 | 0.86 | 0.165 |
| *Pectocarya penicillata* | 0.395 | 1.49 | 0.86 | 3.53 | 0.96 | 1.97 | 0.477 |
| *Uropappus lindleyi* | 0.203 | 0.78 | 2.70 | 2.44 | 1.51 | 0.96 | 0.283 |
| *Chorizanthe uniaristata* | 0.048 | 0.60 | 2.60 | 1.71 | 1.71 | 1.16 | 0.910 |
| *Lepidium nitidum* | 0.279 | 1.69 | 0.86 | 1.33 | 1.97 | 0.58 | 0.430 |
| *Dichelostemma capitatum* | 0.677 | 1.69 | 1.51 | 1.03 | 0.48 | 0.00 | 0.043 |

[a] *Control and mulch-removal treatments were compared using Wilcoxon signed-rank test.*
[b] *Mean percent cover (n = 10) for each experimental treatment.*
[c] *Control and clipping treatments were compared using Friedman's block test.*

## Discussion

### Effects of Grazing on Community Composition

In the field-clipping experiment, the negative effect of grazing on native plant diversity was evident after just one clipping, suggesting that the presence or absence of herbivores rather than the intensity of herbivory determined community composition. The field census on both sides of the grazing fence was unreplicated, but the results corroborated the results of the clipping experiment, adding strength to the finding that grazing causes a decrease in native plant diversity in this grassland (Fig. 2). Many of the species most negatively affected by clipping were absent from the grazed side of the fence in the field census. For example, *P. secunda*, *L. californica*,



*Figure 3. Mean height of the five tallest* Poa secunda *individuals in each field plot and the number of inflorescences per individual following 2 years of treatment and prior to treatment in February 2001. The control and mulch-removal treatments were compared using Wilcoxon signed-ranks test. The control and clipping treatments were compared using Friedman's block test. Values are medians (n = 10; ns, p > 0.1, †, 0.1 > p > 0.05, *p < 0.05).*

and *C. exerta*, all negatively affected by clipping in the field-plot experiment, were also abundant on the ungrazed side of the fence but undetected on the grazed side of the fence in the field census. Other native species whose cover decreased with clipping included the annual grass *V. microstachys* and the wildflowers *D. capitatum* and *Platago erecta*.

The increase in species evenness with clipping reflected a grazing-caused loss of localized, rare native species (Fig. 2). Other studies have demonstrated that abiotic factors including soil moisture levels interact with grazing pressures to influence community composition (Proulx & Mazumder 1998; Stohlgren et al. 1999; Safford & Harrison 2001). Carrizo Plain National Monument is a dry environment with precipitation totaling only 17.7, 13.1, and 14.6 cm in 1999, 2000, and 2001, respectively (National Oceanic and Atmospheric Administration 1999, 2000, 2001). Olff and Ritchie (1998) suggest that grazing in arid grasslands could increase extinction rates. In addition, areas with inherently low productivity, like the Carrizo Plain, would be expected to favor drought-tolerant plants that do not experience the grazing-induced release from competition observed in more mesic ecosystems (Olff & Ritchie 1998; Proulx & Mazumder 1998).

The effect of grazing may be understood by examining the role of the native perennial bunchgrass *P. secunda*

in the ecosystem as a whole. Although the historical importance of bunchgrasses in the California grasslands of pre-European settlement has been a subject of debate (Wester 1981; Heady 1988; Hamilton 1997; Schiffman 2000), the negative effects of simulated grazing on *P. secunda* suggest this species was more abundant in California's arid grasslands prior to the initiation of cattle grazing. Other native bunchgrasses, such as *Nassella pulchra* and *Achnatherum hymenoides* (*Oryzopsis hymenoides*), are sometimes negatively affected by grazing (Huntsinger et al. 1996; Orodho et al. 1998) and compete poorly with European grasses (Nelson & Allen 1993; Dyer & Rice 1997; Gerlach et al. 1998). Native forbs are also often excluded by invasive European grasses, partially because the European species reduce soil moisture levels (Welker & Menke 1990). In contrast, native bunchgrasses do not competitively exclude native forbs because of their growth form, which allows open space for forb growth (Carlsen et al. 2000).

*Nassella pulchra* seedlings have greater survival rates in grazed areas as a result of release from European grass competition (Dyer & Rice 1997). However, more mature *N. pulchra* plants are negatively affected by grazing, and no life stage can withstand heavy grazing (Dyer et al. 1996). The bunchgrass we examined, *P. secunda*, has an earlier growth and reproductive phenology than *N. pulchra*. In *P. secunda*, vegetative growth is initiated with the first winter rains and flowering occurs in early spring, sometimes even before that of *E. cicutarium* (Sampson & Chase 1927). This explains why our spring simulated-grazing treatments affected *P. secunda* growth and reproduction so negatively.

*Erodium cicutarium* was by far the most abundant species at our field site, on both the grazed side of the fence and in the area protected from grazing (Table 1; Fig. 1). It was not affected by clipping in the field plots, and when grown in pots its growth overcompensated following clipping (Fig. 4). These results are illustrative of the difficult problem this alien species poses. It is a fierce competitor, producing many seeds that germinate early, developing a deep tap root quickly, depleting soil water, and preventing sunlight from reaching seedlings of other species that germinate later (Bartolome 1979; Heady et al. 1992). It may prevent establishment of perennial grasses by blocking access to light (Menke 1990).

Contrary to expectations, mulch removal, another aspect of cattle grazing, had a negative effect on the cover of native species in 1999 and 2000 (Fig. 2). It simply may have been that the removal of mulch by hand represented a type of disturbance that harms native plants. Compared with other California grassland sites (Meyer & Schiffman 1999), however, the European grasses responsible for mulch (Heady 1956; Robles & Chapin 1995) were not too abundant at our field site. The relatively small amount of accumulated mulch may have actually been close to pre-invasion level and may have

BLM_0080107

Table 2.  Growth characteristics and clipping responses of dominant plant species in experimentally clipped field plots at Carrizo Plain National Monument.

| Species | Plant form and longevity | Potential for meristem damage | Vegetative growth form | Reproductive architecture | Response to clipping[*] |
|---|---|---|---|---|---|
| **Alien** | | | | | |
| *Erodium cicutarium* | annual forb with taproot | low | basal rosette | many branching stalks with indeterminate axillary umbels | −0.03 |
| *Bromus madritensis* | annual grass | low | intercalary meristems | dense determinate panicle | −0.37 |
| **Native** | | | | | |
| *Poa secunda* | perennial bunchgrass | low | intercalary meristems | many panicles, each of ± fixed size | −0.56 |
| *Vulpia microstachys* | annual grass | low | intercalary meristems | few racemes, each of ± fixed size | −0.84 |
| *Dichelostemma capitatum* | perennial geophyte | low | underground intercalary meristem | few determinate inflorescences | −0.54 |
| *Tropidocarpum gracile* | annual forb with taproot | low | basal rosette | many branching stalks with indeterminate axillary flowers | −0.21 |
| *Lotus humistratus* | annual forb with taproot | high | prostrate spreading, mostly cauline leaves | many branching stalks with indeterminate axillary flowers | −0.11 |
| *Calandrinia ciliata* | annual forb with taproot | high | basal rosette | several inflorescences with axillary flowers | −0.18 |
| *Pectocarya penicillata* | annual forb with taproot | high | prostrate spreading, mostly cauline leaves | many branching stalks with indeterminate axillary flowers | −0.28 |
| *Uropappus lindleyi* | annual forb with taproot | moderate | basal rosette, upright leaves | one to few determinate composite heads | −0.33 |
| *Plantago erecta* | annual forb with taproot | moderate | basal rosette, upright leaves | few determinate inflorescences | −0.28 |
| *Lepidium nitidum* | annual forb with taproot | high | upright, mostly cauline leaves | few ± determinate inflorescences | −0.23 |
| *Castilleja exserta* | annual forb with fine roots | high | upright, unbrancheed, mostly cauline leaves | one to few determinate inflorescences | −0.42 |
| *Lasthenia californica* | annual forb with fine roots | high | upright, unbranched, mostly cauline leaves | one to few determinate composite heads | −0.92 |

[*]*Response to clipping is an index of the degree of compensation. A value of 0 indicates equal compensation, negative numbers indicate undercompensation, and positive numbers indicate overcompensation. The index is the slope of the relative cover for all control and clipped plots averaged over 3 years. Relative cover for each plot type was calculated by dividing the cover for that species by the average cover in all control and clipped plots.*

benefited native plants by shading and preventing loss of soil moisture (Evans & Young 1989; Reynolds et al. 2001).

Cattle grazing may temporarily reduce mulch and the cover of European species such as *B. madritensis*, but it also reduces native cover and increases the amount of bare ground. This bare ground provides open space for the regeneration of alien plants such as *E. cicutarium* and for highly competitive annual grasses. Herbivory on a large scale ultimately selects for species more tolerant of grazing (Olff & Ritchie 1998). In the case of many grasslands in the western United States, these tolerant species are aliens.

## Growth Architecture

Specific growth characteristics may be most closely tied to the ability of plants to tolerate herbivory and compensate for tissue losses (Crawley 1983; Strauss & Agrawal 1999). Comparisons of plant growth forms (Table 2) may explain the degree of compensation while demonstrating which morphological characteristics allow plants to tolerate herbivory (Strauss & Agrawal 1999). In grazed areas, species-sorting should favor species with such morphological attributes. For example, the compensatory ability we observed in *E. cicutarium* may be due to its basal rosette of leaves and gradual modular production of seeds.

BLM_0080108









*Figure 4.  Reproduction and productivity at the end of the experiment on the effects of clipping on four different species grown in pots. Reproduction values are medians, and reproduction probability values are from Friedman's block tests. Productivity is summed across all clippings. Productivity values are means ± SE, and productivity probability values refer to the treatment effect from a two-way, mixed-model analysis of variance. Sample sizes are indicated above the bars.*

Its principal apical meristem is located at the soil surface and is not damaged by clipping. Furthermore, its inflorescences grow constantly and indeterminately in axillary umbels, and when they are removed other inflorescences quickly replace them and rapidly resume seed production (Table 2). The native *T. gracile* has the growth form most similar to that of *E. cicutarium*. It was not as negatively affected by clipping as most other native forbs in the field

















— Weeded
— Unweeded

*Figure 5.  Effects of clipping and weeding on four different plant species' growth and reproductive compensation in the field. Probability values refer to two-way analysis of variance. Values are means ± SE, and sample sizes are indicated above the bars.*

BLM_0080109

plots (Tables 1 & 2), and it was able to compensate in the field, both with and without competition (Fig. 5). As with *E. cicutarium*, the principle meristem in *T. gracile* is located at the soil surface, escaping grazing damage, so its modular indeterminant inflorescences recover rapidly.

Native forbs growing close to the ground and with indeterminate inflorescences were less affected by clipping than the more upright species. For example, *Lotus humistratus* and *Pectocarya penicillata* were not as negatively affected by clipping as *Lasthenia californica* and *Castilleja exerta*, which grow upright and have only a few determinate inflorescences (Table 2). Neither upright species was able to recover from this damage. *Uropappus lindleyi*, which has a basal rosette and apical meristem close to the soil surface, was able to compensate for herbivory when grown in pots, but its cover was negatively affected by clipping in the field plots. Its architecture may allow it to recover from clipping under ideal conditions (Tables 1 & 2; Fig. 4). *Lotus humistratus* and *P. penicillata* occurred in the grazed area of the field census, another indication that their growth form enables them to tolerate herbivory (Table 2; Fig. 1).

Morphological differences were also found between plants inside and outside a grazing exclosure in South Dakota (Painter et al. 1989) and on either side of a grazing fence in South Africa (Todd & Hoffman 1999). Likewise, in an Australian grassland, prostrate plants with meristems located at or below ground level were more common in a grazed area, and species with upright growth were more common in an ungrazed area, suggesting that certain morphological characteristics enable plants to tolerate herbivory and that other attributes help plants be superior competitors (Tremont 1994).

### Physiological Contingency of Compensation

The degree of tolerance to herbivory is influenced by environmental conditions, competition, and the time of defoliation (Maschinski & Whitham 1989; Bergelson & Crawley 1992). Compensation is most likely to occur under favorable growth conditions. In our pot-compensation experiment, plants were not limited by competition, water, or resources. Under these conditions, the plants were more likely to compensate for herbivory. *Erodium cicutarium* compensated for herbivory in terms of the number of flowers and overcompensated in terms of total aboveground productivity (Fig. 4). In the field-compensation experiment, where conditions were harsher, *E. cicutarium* was negatively affected by clipping (Fig. 5). In *U. lindleyi*, inflorescence number decreased after two clippings, but this reduction was not significant (Fig. 4). Like *E. cicutarium*, *U. lindleyi* responded negatively to clipping in the field plots. Its ability to compensate in pots may also have been due to the favorable growing conditions (Table 1; Fig. 4). Both alien *B. madritensis* and native *V. microstachys* were nega-

tively affected by clipping in the pot experiment (Fig. 4). However, the seedlings of these two grasses seemed somewhat harmed when planted in pots at the beginning of the experiment. Therefore, their responses to clipping in pots may not reflect ideal growing conditions.

Some plant species are less likely to compensate for herbivory when they are grown with competition (Maschinski & Whitham 1989; Hjalten et al. 1993). However, the alien grasses *B. madritensis* and *V. myuros* were both unaffected by weeding, indicating their superior competitive abilities. Individuals of these two grasses were unable to compensate for herbivory, but the cover of these plants was unaffected by clipping in the field plots and was similar on both sides of the grazing-exclusion fence (Table 1; Figs 1, 2, 4, & 5). Presumably the cover of the alien grasses was unaffected by real or simulated grazing because of their strength as competitors. Interestingly, almost all the individual competitors removed in the weeding treatment of the field-compensation experiment were *Erodium cicutarium*, and it grew best without intraspecific competition. The ability to compete with *E. cicutarium* is probably an important reason that European grasses are dominant in California grasslands.

Timing of herbivory also influences plant response to herbivory (Crawley 1983; Maschinski & Whitham 1989; Strauss & Agrawal 1999). This should be particularly true for annual plants with short life spans, such as those in arid California valley grasslands. Crawley (1983) and Lennartsson et al. (1998) suggest that the early limit of the inductive period is fixed according to the amount of resources stored over winter in roots or seeds that are available for use early in the season, whereas the late limit is fixed by the degree to which meristems have not differentiated into reproductive material and can still be vegetative. *E. cicutarium* germinates and flowers early and continues to flower throughout the growing season, giving it a longer inductive time period than many later-maturing annual species (Bartolome 1979). Thus, the inductive time period for compensation and competitive abilities, along with the growth architecture, combine to determine the compensatory abilities and relative success of species in the California grassland community.

### Conclusion

The removal of biomass through cattle grazing can create profound changes in grassland communities. Careful studies are necessary to document the responses of individual species and the entire community to grazing prior to the initiation of restoration attempts. At Carrizo Plain National Monument, cattle grazing harms many native plants, allowing non-natives and other strong competitors to proliferate. Investigation of the degree to which plants compensate following herbivory may be more

BLM_0080110

important than determining whether species exhibit under- or overcompensation. Alien species like *Erodium cicutarium* that only slightly undercompensate reproductively can still come to dominate a grazed community if native species are much more severely affected.

## Acknowledgments

We thank J. Matos, E. McIntire, and P. Wilson for their comments and assistance with this project. We thank R. Sanchez, L. Malessa, A. Roberts, D. Andres, R. Francis, M. Danielczyk, J. Kimball, V. Kimball, and the 2001 Field Ecology class for helping with clipping and data collection. C. Montgomery assisted in the field and with the design of the figures. The U.S. Bureau of Land Management, The Nature Conservancy, and the California Department of Fish and Game granted us permission to conduct research at Carrizo Plain National Monument.

## Literature Cited

Bartolome, J. W. 1979. Germination and seedling establishment in California annual grassland. Journal of Ecology **67**:273–281.

Belsky, A. J., and J. L. Gelband. 2000. Livestock grazing and weed invasion in the arid west. Oregon Natural Desert Association, Portland.

Bergelson, J., and M. J. Crawley. 1992. Herbivory and *Ipomopsis aggregata*: the disadvantages of being eaten. The American Naturalist **139**:870–882.

Blumler, M. A. 1992. Some myths about California grasslands and grazers. Fremontia **20**:22–27.

Carlsen, T. M., J. W. Menke, and B. M. Pavlik. 2000. Reducing competitive suppression of a rare annual forb by restoring native California perennial grasslands. Restoration Ecology **8**:18–29.

Crawley, M. J. 1983. Herbivory: the dynamics of animal-plant interactions. University of California Press, Berkeley.

Dennis, A. 1989. Effects of defoliation on three native perennial grasses in the California annual grassland. Ph.D. dissertation. University of California, Berkeley.

Dyer, A. R., and K. J. Rice. 1997. Intraspecific and diffuse competition: the response of *Nassella pulchra* in a California grassland. Ecological Applications **7**:484–492.

Dyer, A. R., H. C. Fossum, and J. W. Menke. 1996. Emergence and survival of *Nassella pulchra* in a California grassland. Madroño **43**:316–333.

Edwards, S. W. 1990. Observations on the prehistory and ecology of grazing in California. Fremontia **20**:3–11.

Evans, R. A., and J. A. Young. 1989. Characterization and analysis of abiotic factors and vegetation. Pages 13–27 in L. F. Huenneke and H. A. Mooney, editors. Grassland structure and function. Kluwer Academic Publishers, Boston.

Foster, B. L., and K. L. Gross. 1998. Species richness in a successional grassland: effects of nitrogen enrichment and plant litter. Ecology **79**:2593–2602.

Gerlach, J., A. Dyer, and K. Rice. 1998. Grassland and foothill woodland ecosystems of the Central Valley. Fremontia **26**:39–43.

Germano, D. J., G. B. Rathbun, and L. R. Saslaw. 2001. Managing exotic grasses and conserving declining species. Wildlife Society Bulletin **29**:551–559.

Hamilton, J. G. 1997. Changing perceptions of Pre-European grasslands in California. Madroño **44**:311–333.

Heady, H. F. 1956. Changes in a California annual plant community induced by manipulation of natural mulch. Ecology **37**:798–812.

Heady, H. F. 1988. Valley grassland. Pages 491–519 in M. G. Barbour and J. Major, editors. Terrestrial vegetation of California. Wiley, New York.

Heady, H. F., J. W. Bartolome, M. D. Pitt, G. D. Savelle, and M. C. Stroud. 1992. California prairie. Pages 313–335 in R. T. Coupland, editor. Natural grasslands. Elsevier Science, Amsterdam.

Hickman, J. C. 1993. The Jepson manual: higher plants of California. University of California Press, Berkeley.

Hjalten, J., D. Danell, and L. Ericson. 1993. Effects of simulated herbivory and intraspecific competition on the compensatory ability of birches. Ecology **74**:1136–1142.

Huntsinger, L., M. P. McClaran, A. Dennis, and J. W. Bartolome. 1996. Defoliation response and growth of *Nassella pulchra* (A. Hitchc.) Barkworth from serpentine and non-serpentine populations. Madroño **43**:46–57.

Joern, A. 1989. Insect herbivory in the transition to California annual grasslands: did grasshoppers deliver the coup de grass? Pages 117–134 in L. F. Huenneke and H. A. Mooney, editors. Grassland structure and function: California annual grassland. Kluwer Academic Publishers, Boston.

Kotanen, P. M., and J. Bergelson. 2000. Effects of simulated grazing on different genotypes of *Bouteloua gracilis*: how important is morphology? Oecologia **123**:66–74.

Kneitel, J. M. 1997. The effects of fire and pocket gopher (*Thomomys bottae*) disturbances in a California valley grassland. M.S. thesis. California State University, Northridge.

Kotanen, P. M., and J. Bergelson. 2000. Effects of simulated grazing on different genotypes of *Bouteloua gracilis*: how important is morphology? Oecologia **123**:66–74.

Lennartsson, T., J. Tuomi, and P. Nilsson. 1997. Evidence for an evolutionary history of overcompensation in the grassland biennial *Gentianella campestris* (Gentianaceae). The American Naturalist **149**:1147–1155.

Lennartsson, T., P. Nilsson, and J. Tuomi. 1998. Induction of overcompensation in the field gentian, *Gentianella campestris*. Ecology **79**:1061–1072.

Malo, E., and T. Suarez. 1995. Herbivorous mammals as seed dispersers in a Mediterranean dehesa. Oecologia **104**:246–255.

Maschinski, J., and T. G. Whitham. 1989. The continuum of plant responses to herbivory: the influence of plant association, nutrient availability, and timing. The American Naturalist **134**:1–19.

Menke, J. W. 1990. Grazing and fire management for native perennial grass restoration in California grasslands. Fremontia **20**:22–25.

Meyer, M. D. 1997. The effects of fire season and mulch removal on a California grassland: a comparison of restoration strategies. M.S. thesis. California State University, Northridge.

Meyer, M. D., and P. M. Schiffman. 1999. Fire season and mulch reduction in a California grassland: a comparison of restoration strategies. Madroño **46**:25–37.

National Oceanic and Atmospheric Administration (NOAA). 1999–2001. Climatological data summary: California. NOAA, Washington, D.C.

Nelson, L. L., and E. B. Allen. 1993. Restoration of *Stipa pulchra* grasslands: effects of mycorrhizae and competition from *Avena barbata*. Restoration Ecology **1**:40–50.

Olff, H., and M. E. Ritchie. 1998. Effects of herbivores on grassland plant diversity. Trends in Ecology & Evolution **13**:261–265.

Orodho, A. B., R. L. Cuany, and M. J. Trilica. 1998. Previous grazing or clipping affects seed of Indian ricegrass. Journal of Range Management **51**:37–41.

Owen, D. F., and R. G. Wiegert. 1981. Mutualism between grasses and grazers: an evolutionary hypothesis. Oikos **36**:376–378.

Paige, K. N., and T. J. Whitham. 1987. Overcompensation in response to mammalian herbivory: the advantage of being eaten. The American Naturalist **129**:407–416.

Painter, E. L. 1995. Threats to the California flora: ungulate grazers and browsers. Madroño **42**:180–188.

BLM_0080111

Painter, E. L., J. K. Detling, and D. A. Steingraeber. 1989. Grazing history, defoliation, and frequency-dependent competition: effects on two North American grasses. American Journal of Botany **76:**1368–1379.

Pielou, E. C. 1969. An introduction to mathematical ecology. Wiley, New York.

Proulx, M., and A. Mazumder. 1998. Reversal of grazing impact on plant species richness in nutrient-poor vs. nutrient-rich ecosystems. Ecology **79:**2581–2592.

Raven, P. H., and D. I. Axelrod. 1978. Origin and relationships of the California flora. University of California Press, Berkeley.

Reynolds, S. A., J. D. Corbin, and C. M. D'Antonio. 2001. The effects of litter and temperature on the germination of native and exotic grasses in a coastal California grassland. Madroño **48:**230–235.

Robles, M., and F. S. Chapin. 1995. Comparison of the influence of two exotic communities on ecosystem processes in the Berkeley Hills. Madroño **42:**349–357.

Safford, H. D., and S. P. Harrison. 2001. Grazing and substrate interact to affect native vs. exotic diversity in roadside grasslands. Ecological Applications **11:**1112–1122.

Sampson, A. W., and A. Chase. 1927. Range grasses of California. California Agricultural Experiment Station bulletin 430. University of California, Berkeley.

Schiffman, P. M. 1994. Promotion of exotic weed establishment by endangered giant kangaroo rats (*Dipodomys ingens*) in a California grassland. Biodiversity and Conservation **3:**524–537.

Schiffman, P. M. 2000. Mammal burrowing, erratic rainfall and the annual lifestyle in the California prairie: is it time for a paradigm shift? Pages 153–160 in J. E. Keeley, M. Baer-Keeley, and C. J. Fotheringham, editors. 2nd interface between ecology and land development in California. Open-file report 00–62. U.S. Geological Survey, Denver.

Stock, C., and J. M. Harris. 1992. Rancho La Brea: a record of Pleistocene life in California. Natural History Museum of Los Angeles County, California.

Stohlgren, T. J., L. D. Schell, and B. V. Heuvel. 1999. How grazing and soil quality affect native and exotic plant diversity in Rocky Mountain grasslands. Ecological Applications **9:**45–64.

Strauss, S. Y., and A. Agrawal. 1999. The ecology and evolution of plant tolerance to herbivory. Trends in Ecology & Evolution **14:**179–185.

Todd, S. W., and M. T. Hoffman. 1999. A fence-line contrast reveals effects of heavy grazing on plant diversity and community composition in Namaqualand, South Africa. Plant Ecology **142:**169–178.

Tremont, R. M. 1994. Life-history attributes of plants in grazed and ungrazed grasslands on the northern tablelands of New South Wales. Australian Journal of Botany **42:**511–530.

U.S. Bureau of Land Management (BLM). 1996. Carrizo Plain Natural Area management plan. BLM, Bakersfield, California.

U.S. Bureau of Land Management (BLM). 1998. Rangeland health standards and guidelines for California and northwestern Nevada. Final environmental impact statement. BLM, Sacramento.

Wagner, F. H. 1989. Grazers, past and present. Pages 151–162 in L. E Huenneke and H. A. Mooney, editors. Grassland structure and function: California annual grassland. Kluwer Academic Publishers, Boston.

Welker, J. M., and J. W. Menke. 1990. The influence of simulated browsing on tissue water relations, growth and survival of *Quercus douglasii* seedlings under slow and rapid rates of drought. Functional Ecology **4:**807–817.

Wester, L. 1981. Composition of native grasslands in the San Joaquin Valley, California. Madroño **28:**231–241.



BLM_0080112



**Western Watersheds Project, Inc.**
P.O. Box 280
Mendon, Utah 84325
435-881-1232 • utah@westernwatersheds.org

**Western Watersheds Project**

June 4, 2004

Mr. Bob Bennett, Director
BLM Wyoming State Office
5353 Yellowstone
P.O. Box 1828
Cheyenne, Wyoming 82003

Western Watersheds Project (WWP) is a 501c3 non-profit membership conservation organization. WWP, on behalf of all its members, has been working for over a decade to beneficially influence the management of BLM administered lands in the western United States. WWP has a long history of close involvement as an interested public on numerous grazing allotments administered by the BLM in Idaho, Nevada, Utah, Wyoming, eastern Oregon and southwest Montana.

WWP is submitting these comments and analysis for incorporation into the BLM's analysis of Range (Livestock Grazing) issues in its current and future planning and for inclusion in grazing permit renewal, vegetation treatments and range improvement project analyses.  Copies of these comments and analyses are being submitted simultaneously by email to the State Office and all Wyoming Field Offices for incorporation into these efforts.  We support sustainable multiple use without loss of the potential productivity and diversity of these lands and also support the restoration of these lands to their full biological potential.  In accordance with BLM's multiple use mandate, you must include consideration of the intrinsic values of the native biodiversity of these lands and protect those values for the long-term benefit of the American people as described in 43 CFR 1601.0-5(f).

WWP is knowledgeable of literally hundreds of grazing allotments which are failing the most minimal of environmental health criteria because of livestock grazing on BLM administered lands.  The evidence we provide in these comments makes the case that these lands continue to be <u>severely overstocked with livestock</u>.  BLM's own data and current management shows this to be the case.  The best quantitative and peer-reviewed range science shows that continued emphasis on structural facilities erroneously called "range improvements" is a flawed strategy.  BLM typically proposes these projects rather than making the difficult decision to adjust livestock numbers and seasons to be within the current capacity of the land.  Without addressing this issue, the productivity and diversity of the land will continue to fall with the result that the land, the public interest and livestock producers will suffer over the long term.  Many irreplaceable resources, for example, springs, their associated wetlands and wildlife have been lost and many more will be lost or irreversibly damaged if management continues to ignore the limitations of the land and the scientific knowledge regarding livestock grazing.

As part of these comments, we refer to voluminous scientific literature and reports that BLM must consider in its analyses.  Your review and analysis of these documents and inclusion of them in planning and grazing-related projects is necessary to provide

1

BLM_0080113

a "balanced" approach to the issues.  Their inclusion is also essential for BLM to comply with NEPA's mandate to take a "hard look" at science and do a thorough and integrated analysis of all disciplines.  WWP can provide copies of most of these publications to you for our costs of reproduction and postage, should you request them.

Our comments are organized by sections including:

1. Introduction
2. What Does Range Science Tell Us?
3. Management Recommendations for Uplands
4. Management Recommendations for Riparian Areas
5. References

## 1.0 Introduction

WWP is concerned that, in the past, BLM has not included consideration of the best available science in its environmental analyses.  BLM does not follow the well known and science-based principles of range management in managing livestock grazing. The three pertinent federal statutes (FLPMA, PRIA and the Taylor Grazing Act) require that BLM administer these lands in the long-term interests of the American people and not a handful of stockmen, who are permittees, on the public lands.

Livestock permittees are a small minority of livestock producers in the eleven western states and are insignificant in their numbers or their economic contribution to the States, their local and regional economies.  Their numbers and contribution pale in comparison to the natural values of our public lands.  Dr. Thomas Power, Chairman of the University of Montana's Economics Department, in Wuerthner and Matteson (2002) points out the minimal economic contribution of federal public lands livestock grazing to local, state and regional economies in the West, including Utah.  That reference can be found on-line at:

http://www.publiclandsranching.org/htmlres/PDF/wr_TAKING_STOCK.pdf

Dr. Power also points out that the majority of public lands livestock producers depend on non-agricultural sectors of these local, state and regional economies for employment, not livestock production.  It is not in the public's interest to blindly continue livestock grazing at unsustainable stocking levels in order to provide a short-term benefit to this small minority, while ignoring the values displaced by livestock grazing.

In its environmental analysis and subsequent land use plan, BLM must include detailed consideration of the information and data provided in several recent publications and the references cited herein before making its decision.  The following three books provide volumes of meaningful assessments of the unfortunate current condition of public lands and the failing economic and social realities of public lands ranching. These are:

2

- *Welfare Ranching, The Subsidized Destruction of the American West* (Wuerthner and Matteson 2002)
- *The Western Range Revisited: Removing Livestock from Public Lands to Conserve Native Biodiversity* (Donahue 1999)
- *Waste of the West* (Jacobs 1991)

In addition, BLM must consider in detail the publications referenced in these comments and also National Research Council (2002), *Riparian Areas: Functions and Strategies for Management*. All of these publications are clear in describing the flaws in current methods of livestock management on public lands and should form a core of its analysis.

In addition, the BLM's *Rangeland Reform '94 DEIS* and *Executive Summary* (RRDEIS, BLM 1995) reported that riparian areas *"have continued to decline and are considered to be in their worst condition in history"*; livestock grazing is identified as the chief cause. Indeed, some riparian areas have literally been destroyed; that is, they no longer exist or have any potential for restoration.

In its recent DEIS to revise its grazing regulations, BLM bypassed consideration of best available science. It pretended that current grazing management is fine if interested publics and environmental organizations would just quit holding up BLM and Permittee proposals by creating an administrative paperwork burden (BLM 2003). BLM asserted that greater cooperation with stockmen would somehow result in improvement by merely "tweaking" stocking rates, but then went on to state that this seldom happens, that changes in grazing really only amount to changes in season or location of use and that *"Changes in active grazing use in excess of 10% are infrequent."*

In its RRDEIS, BLM provided definitions describing the status of upland plant communities. These were:

- Potential Natural Community (PNC) = existing vegetation is between 75 – 100% of the sites potential natural plant community.
- Late Seral Community = existing vegetation is between 50 – 74% of the sites' potential natural plant community
- Mid Seral Community = existing vegetation is between 25 – 49% of the sites' potential natural community
- Early Seral Community = existing vegetation is between 0 – 24% of the sites' potential natural community.

Table 1 indicates that management of uplands since the passage of the last Rangeland Reform regulation in 1995 has not resulted in improvement of upland condition. In fact, by BLM's own definitions, condition has declined. It also shows that productivity of those lands is greatly below potential with 63% of its lands below 49% of potential. The data also show that BLM's management has failed in the intervening 10 years to take meaningful actions to improve conditions.

In spite of the evidence of widespread loss of plant productivity and ground cover, accelerated erosion and BLM's own documentation of rapid declines in species such as

3

sage grouse, BLM routinely chooses not to address livestock impacts in any scientific or sustainable fashion.  Instead, BLM proposes more water developments and grazing systems.  This ignores that in the 1960's, BLM began a massive program of developing water, putting streams and springs into pipelines, seeding with crested wheatgrass, building fences, engaging in rotation grazing, and spending millions of dollars to "even out livestock distribution".

**Table 1.  Comparison in BLM Upland Condition Between RRDEIS (1995) and Current Condition (BLM 2003)**

| Community Status | RRDEIS | Current DEIS | Change '94 to date |
|---|---|---|---|
| PNC | 4% | 6% | +2% |
| Late Seral | 34% | 31% | -3% |
| Mid Seral | 40% | 34% | -6% |
| Early Seral | 15% | 12% | -3% |
| Unclassified | 7% | 17% | +10% |

An early example of this, among others, was in BLM's Vale District, where millions of dollars were spent on crested wheatgrass seedings and structural range improvements.  Today, across BLM lands in the west, many of these systems have fallen into disrepair, the land has failed to recover and we are faced with more and more proposals to install grazing systems, water developments, treat and seed – not reduce livestock numbers. This is in spite of the fact that long-term studies, including those from the Vale District have shown that stocking rate is the critical variable, not grazing systems. These are cited in a later section.

This is all in the context of BLM's failure to scientifically and accurately determine those lands which are capable and suitable for livestock grazing.  We must add to this the further failure of BLM to accurately and quantitatively determine how much forage (i.e. forage capacity) is currently available.  On top of this, there is the failure of BLM to properly allocate that forage to watershed and stream protection, wildlife habitat and food, then to livestock if available.  Then there is the failure to provide for long-term rest to facilitate recovery. Finally, we must add the unwillingness of permittees to use peer-reviewed range science principles for management, instead they rely on "snake-oil" solutions such as time-controlled grazing and maintain strong opposition to the most minimal standards of performance. These failures by BLM and livestock permittees have prevented the recovery of damaged ecosystems in order that they might sustain use as envisioned in the Taylor Grazing Act and FLPMA.

Instead, BLM continues to use the take "half/leave half" principle for livestock use.  In its planning, permits and analyses, BLM typically includes livestock use levels of 50% of forage as proper.  They do this without providing any scientific foundation for this claim, nor do they adequately monitor this use and use it to manage livestock.  The following paragraphs provide a summary of the relevant range science regarding utilization levels, plant growth and productivity, effects of precipitation regime, capability and suitability, capacity determinations, range improvements, stocking rates and range economics.  These principles are well founded in the range science literature.

4

BLM_0080116

## 2.0  What Does Range Science Tell Us?

**2.1 Plant Growth and Precipitation.**  In order to understand the implications of grazing livestock at these heavy forage utilization levels in arid regions, it is important to understand the precipitation regime and its relationship to forage production. Holechek et al (2001) point out what we all understand at the most basic level.  That is, precipitation is the single most important factor determining the type and amount of vegetation in a particular area.  In the 11 Western States, 80% of the area receives less than 500 mm (19.6 inches) of annual average precipitation.  Further, this precipitation is subject to great year-to-year variation.

Four locations representative of precipitation patterns for Wyoming BLM lands are used for illustration.  Long-term precipitation records were analyzed for stations at Kemmerer, Rock Springs, LaBarge and Worland.  The effects of annual variations in precipitation on plant community production are important to understand in establishing livestock stocking rates and management.  Table 2 provides a summary of annual precipitation statistics for these locations.  Data was obtained from the Western Regional Climate Center database which can be found on line at http://www.wrcc.dri.edu/index.html .   Figure 1 provides plots of annual precipitation and occurrence of below average and drought years for these locations.

The analysis uses the Standard Precipitation Index (SPI) developed by McKee et al (1993) which considers drought, or extremely dry conditions, as years with 2" less than average precipitation.

**Table 2.  Summary of Precipitation Statistics for Four Wyoming Locations**

| Description | Kemmerer | LaBarge | Rock Springs | Worland |
|---|---|---|---|---|
| Period of Record | 1949 – 2003 | 1958 – 2003 | 1949 – 2003 | 1960 - 2003 |
| Years of Record | 43 | 28 | 50 | 43 |
| Average, inches | 10.26 | 7.94 | 8.7 | 7.63 |
| Range, inches | 5.06 – 23.72 | 3.44 – 17.82 | 4.53 – 14.54 | 3.75 – 11.27 |
| Year below average | 25 | 16 | 27 | 21 |
| Percent years below average | 58.1 | 57.1 | 54 | 48.8 |
| No drought years based on SPI | 14 | 5 | 13 | 6 |
| Percent drought years based on SPI | 30.2 | 17.8 | 26 | 13.9 |

Figure 2 shows the monthly distribution of precipitation at these locations. The differences in overall precipitation amounts are reflected in the relative magnitudes of monthly precipitation at each of the locations, with Worland being the driest.  All locations have increased precipitation during spring and late summer.  Winters are generally characterized by consistent, but lower precipitation from month to month.

BLM_0080117

These periods of precipitation vary in their effects on the plant communities. Increased precipitation during the spring-summer-fall months may not be effective due to the higher temperatures occurring then.  Typically, the fall-winter period is the period of greatest increase in soil moisture due to lower temperatures and lower evapo-transpiration.  Precipitation effectiveness during the warmer spring – fall periods varies with the storm intensity and soil condition.  Storms must be of high enough intensity to promote recharge of the soil profile into the root zone to be effective for plant growth.  Generally, this is greater than 0.6 inches in desert shrub types, although very high intensity storms may not be effective due to rainfall rates in excess of infiltration that result in overland runoff and flash events.

Spring plant growth in these arid areas depends on the amount of moisture received and retained during the fall-winter period.  Relatively dry summers may allow little regrowth and by the time fall comes, temperatures may be low and growth limited.  Trampled and compacted soils exacerbate this effect (Blaisdale and Holmgren 1984).  Some desert shrubs such as Artemisia sp. with both shallow and deep root systems can take advantage of both shallow and deep soil moisture (West 1983).

Annual production of available forage at the Desert Experimental Range in western Utah was highly correlated with total annual precipitation, showing an 800% variation in forage production between the driest and wettest years (Hutchings and Stewart, 1953).  Scientists developing quantitative ecosystem relationships for the Prototype Oil Shale Program managed by BLM in Utah's Uinta Basin found that annual sagebrush stem leader growth used as an index of production had a high correlation with winter precipitation (October – March) and that spring annual plant biomass was correlated with spring precipitation (ERI 1984; WRSOC 1984).  These studies were carried out under the supervision of BLM's Vernal Field Office.

Analysis of twenty years of data for perennial grass production and annual precipitation for a study area at the Chihuahuan Desert Rangeland Research Center in New Mexico showed a high correlation (Holechek et al, 2001).  A graph of this data is shown in Figure 3.  Annual perennial grass production varied between 6 and 750 lbs per acre, corresponding to the second-lowest and highest precipitation years.  The linear regression plot of the same data is provided in Figure 4.  Results of long term studies of crested wheatgrass production from experimental plots on BLM land at Malta, Idaho showed that crested wheatgrass production was most closely related to May-June precipitation (Sharp et al, 1992).  They found that annual production of crested wheatgrass during 35 years averaged about 500 pounds/acre and ranged between 130 and 1090 pounds/acre depending on precipitation (Figure 5).  These relationships demonstrate that this is a predictable phenomenon that should be taken into account in setting livestock grazing seasons, stocking rates and management on an annual basis as well as over the longer term.  A typical NRCS soil survey (USDA 1980) for these arid areas shows that total production of potential plant communities varies by about 300% between favorable and unfavorable years.  This wide range in production between dry and wet years is typical in the arid regions of the West and should be reflected in related levels of livestock use.

6






Figure 1.  Annual precipitation patterns in Kemmerer, LaBarge, Rock Springs and Worland, Wyoming

7

BLM_0080119









**Figure 2.  Monthly precipitation patterns in Kemmerer, LaBarge, Rock Springs and Worland, Wyoming.**

8







9

BLM_0080121

**2.2  Grazing Intensity and Effects on Productivity.**  Much of the current research and analysis of livestock grazing management, plant productivity and economics has come out of the Department of Animal and Range Sciences at New Mexico State University.  This work has been presented in a series of textbooks and papers in the range science literature.  These references provide analyses of the interactions of livestock stocking rates, plant productivity and economics based on a set of long term grazing management studies from native rangeland types.  They provide recommendations for determining livestock grazing intensity to maintain vegetative productivity and economic stability, while taking into account the effects of inherent variation in precipitation in desert ecosystems.

The effects of different livestock grazing intensities on forage plant production was studied in a ponderosa pine type in Colorado as early as the 1940's (Schwan et al, 1949).  This study showed that forage consumption at a rate of 57% produced an average of twice as much forage as a rate of 71%.  An area left ungrazed by livestock for 7 years produced three times as much forage as the 71% use area.  The authors concluded that, as grazing use increased, forage production decreased.  During that same period, Dyksterhuis (1949), in a classic paper on the use of quantitative ecology in range management, presented examples of how stocking rates must be adjusted based on precipitation and range condition, which included a rating based on departure from the potential plant community.  NRCS (USDA, 1982) considers proper grazing management as that management that sustains the potential plant community.

The effects of conservative (30 – 35%) use vs. heavy (60 – 65%) grazing use on grasses and forbs by cattle was determined in a New Mexico study (Galt et al, 1999).  Both of these pastures had experienced conservative use for over 10 years.  In 1997, one pasture was changed to heavy use.  Quantitative measurements at key locations in both pastures in the following year, while being rested, provided the results shown in Table 3.

**Table 3. Standing Crop of Grasses and Forbs from Galt et al (1999)**

| Location/Forage Component | Spur Pasture Heavy Stocking Rate Pounds/acre | Deep Lake Pasture Conservative Stocking Rate Pounds/acre |
|---|---|---|
| Perennial Grasses | 352 | 824 |
| Forbs | 256 | 436 |
| Total Forage | 608 | 1260 |

This study showed that heavy stocking rates, even for a single year, resulted in serious declines in productivity in the succeeding year.  Perennial grass production was reduced by 57% and forbs by 41% in the heavily grazed pasture compared to the conservatively grazed pasture.  The authors cited a number of other studies in arid environments that showed heavy stocking rates were accompanied by decreases in forage production when compared to conservative use.  After drought, the ability of forage plants to recover was directly related to the standing crop levels maintained during the dry period.  The studies cited showed that grazing during different seasons was less important than grazing intensity.

10

Five long-term stocking rate studies from three different locations in Arizona, New Mexico and Utah documented similar patterns (Holechek et al 1999a).  In the Desert Experimental Range in Utah, a 13-year study with moderate (35%) and heavy (60%) use by sheep resulted in annual forage production of 198 lbs/acre and 72 lbs/acre.  The authors recommended 25 – 30% use of all forage species.  A 10-year study at the Santa Rita Range in Arizona demonstrated that perennial grass cover and yield showed an inverse relationship to grazing intensity, while burroweed, an undesirable species, increased with increasing forage use.  The authors recommended a 40% use level.  A 37-year study at the Jornada Experimental range in New Mexico involving conservative (33%) and moderate (45%) use showed that the lower grazing intensity resulted in greater black grama (perennial grass) cover.  Lowland areas with high clay content and periodic flooding grazed at moderate intensity had higher cover of Tobosa, a perennial grass, than heavily grazed areas.  They recommended 30% be used as a stocking intensity with no more than 40% removed in any year.  A 10-year study at the Chihuihuan Desert Rangeland Research Center looked at four grazing intensities of 25%, 35%, 50% and 60%.  Light (25%) and moderate (35%) use produced 70% more forage than 50% use and more than double that achieved at 60% use.  Here, the author recommended conservative stocking at 30 – 35%.

Hutchings and Stewart (1953), suggested that 25 – 30 % use of all forage species by livestock was proper.  They recommended this level because routinely stocking at capacity will result in overgrazing in half the years and necessitate heavy use of supplemental feed.  Even with this system, they recognized that complete destocking would be needed in 2 or 3 out of ten years.  Holechek et al (1999a) concluded that the research is remarkably consistent in showing that conservative grazing at 30 – 35% use of forage will give higher livestock productivity and financial returns than stocking at grazing capacity.  They also recognized that consumption by rodents and other wildlife must be taken into account as part of this utilization.  Otherwise, rangeland productivity would suffer even at these levels of use.  Galt et al (2000) recommended levels of 25% utilization for livestock and 25% for wildlife with 50% remaining for watershed protection.  In none of these cases have the scientists recommended 50% utilization by livestock and they are clear that even at the lower use levels recommended, wildlife use is included.

BLM has never even looked into the issue of the relationship between its typical riparian greenline stubble height standard of 3 – 4", usually applied to Nebraska sedge and other sedge species, and the effects of applying this standard on adjacent riparian plant community productivity.  Carter (1998) showed that before greenline N. sedge had been reduced in height to the standard of 6", riparian grasses had been reduced to 2" stubble height and 89% of stream banks had been trampled, compacted or were actively eroding into the stream.  Monitoring data from the Wasatch-Cache National Forest (USDA 1993) included the observation that a Nebraska sedge stubble height of 7.6" corresponded to an estimated 70% use of riparian grasses.  Lile et al (2003), compared clipping of N. sedge to stubble heights of 2" and 4" during early season, late season and multiple clippings to both heights.  Late season use or 2" stubble height did not allow recovery.  Only the 4" early season use achieved the 4" criteria, but did not regrow to meet the 6" criteria by the end of the growing season.  This shows that season-long or late season use does not allow sufficient time for re-growth and that 3-4" stubble heights are not effective in protecting riparian vegetation.

11

Schulz and Leininger (1990) studied long-term riparian exclosures compared to areas that continued to be grazed. They found that, after 30 years, willow canopy cover was 8.5 times greater in livestock exclosures than in adjacent grazed riparian areas. Grasses were 4 to 6 times greater in cover within the exclosure than outside. Mean peak standing crop of grasses within the exclosure was 2,410 Kg/Ha, while outside in caged plots, mean peak standing crop was 1,217 Kg/Ha.

Often cited, Franklin Crider's study on root growth stoppage from plant top removal provided quantitative measurements of plant re-growth under different amounts of removal (Crider 1955). Three mid-west perennial grasses were grown from seed in pots under ideal conditions of watering and fertilization. After sixty days of growth, these potted grasses were clipped once at intervals from 10% to 90% of the above ground biomass. Repeat clippings of the potted grasses were made every two days to return the plants to the same height as the original clipped percent. The experiment lasted thirty three days at which time root growth of controls became inhibited by the size of the pot. Crider concluded that under these ideal growing conditions, if these species of grasses had 40% or less of their aboveground biomass clipped either once or many times, then the net root mass was the same or more at the end of the experiment. This was used to make the assumption that grazing during the entire growing season at 40% or less would sustain plants from one season to the next. This same study has been used to justify the 50% or "take half/leave half" proposition that range managers have used for decades. Clearly, the long-term range studies cited here show that under actual field conditions, these use levels are excessive and light grazing (25%) is most equitable to BLM's mandate for sustainable use.

**2.3 Forage Needs Other Than Livestock.** Let's assume for the moment that Crider's finding (40% removal in a growing season) applies to the very arid lands found on Wyoming BLM lands. If Crider's results apply, then the 40% removed needs to be shared with all the animals that require forage. Some is needed for wild grazers (insects, nematodes, mammals), some for the generation of litter and nutrient cycling. A certain amount of the plant needs to remain to ensure regeneration of the plant and to ensure plant community structure is sufficient for wildlife habitat needs and soil erosion protection. A certain proportion of plants must remain ungrazed to allow for seed and flower production to ensure propagation of the species and provide food for pollinators and granivores, an often overlooked requirement.

Existing research helps answer the question of how much of the annual plant growth is required for wild grazers. For a detailed review of this research we recommend that you download Catlin et al (2003) from:

http://rangenet.org/directory/jonesa/sulrprec/index.html

Based on a number of studies of mammal consumption of forage, some annual forage consumption needs for mammals where mammal populations are at or near their potential are provided in Table 4.

12

**Table 4.  Forage Needs of Mammals**

| Mammal | Forage Needs kg/hectare |
|--------|-------------------------|
| Deer | 12.7 |
| Rabbits | 72.7 |
| Rodents | 142.3 |
| Total | 227.6 |

Less is understood regarding the typical vegetation needs for insects.  What is known is that insects play a significant role.  For example, harvester ants are granivores with individual colony populations of tens of thousands of individuals.  Even in the driest and hottest parts of North America, the total biomass of one species of harvester ant, *Messor (Veromessor) pergandei* has approximately the same total biomass as the total rodent population in the same area.  One of many ecological roles harvester ants fulfill is dispersing plants as a result of accidental abandoning of seeds near the nest.  The analysis here focuses on the typical forage needs of insects.

A number of studies have reported the percent of plant growth consumed by insects.  In grassland and savannah, insect consumption of a single species varied from less than 1% to 19% with a mean of 3.5% (Wiegert and Peterson, 1983).  Rangeland grasshoppers consume between 1- 3% in typical years (Mispagel 1978) and up to 99% in periods of super abundance (Nerny and Hamilton 1969).  Hewitt and Onsager (1983) suggest that between 21-23% of available range forage is consumed by all grasshopper species in the western U.S. each year.  This production is transferred to birds and mammals such as sage grouse and rodents as a food source, to the soil for nutrient cycling and to higher trophic levels such as raptors and other carnivores.  It is important for ecosystem function and cannot be dismissed.

Nematodes provide critical soil nutrient cycling and structure functions.  This complex array of species normally has a higher diversity and biomass than other rangeland flora and fauna combined. Some nematodes consume plants and should be considered as a component in the consumption of rangeland plants.  Ingham and Detling (1984) estimated that nematodes consumed between 6 and 13 % of below ground net productivity in the mixed grass prairie.  Other studies by Scott et al (1979) and Anderson (1987) found that root feeding arthropods and nematodes consume between 7-26% of the net productivity in normal years.  For the full citations to these studies please visit the paper at the web site shown above.

Holechek et al (2001) provide equivalents in forage consumption between livestock and wildlife.  They are summarized in Table 5.  Studies in the Vernal resource area during the 1970's and 1980's generated many years of quantitative data describing the abundance of many species of animal, bird and insect in the different vegetation types occurring there.  This information is available in the Vernal Field Office for review and analysis.  Some of it is provided in the (ERI 1984; WRSOC 1984) reports referenced.  Final determinations of livestock stocking rates and utilization criteria for livestock must take this information into account, using the current vegetation production for the area under consideration.

13

**Table 4.  Animal Equivalents from Holechek et al (2001)**

| Animal | Animal Unit Equivalents |
|---|---|
| Mature cow | 1.0 |
| Yearling cow | 0.75 |
| Domestic sheep | 0.15 |
| Horse | 1.8 |
| Bison | 1.8 |
| Elk | 0.7 |
| Moose | 1.2 |
| Bighorn sheep | 0.18 |
| Mule deer | 0.15 |
| Pronghorn | 0.12 |

**2.4  What is an AUM?**  Various estimates have been used in the past to define the amount of forage consumed by livestock (AUM).  BLM often uses the value of 800 lbs/AUM.  This section discusses some of that variability and proposes a standard forage amount for livestock consumption.  A check of USDA market statistics at:

   http://www.ams.usda.gov/mnreports/lm_ct166.txt

shows that during 2003, auction weights of mature steers averaged 1268 lbs and mature heifers averaged 1157 pounds.  Recent auction weights for mature cows have seen ranges up to 1400 pounds.  Ray et al (2004) give a weaning weight of 480 pounds for calves. Holechek et al (2001) state that daily dry matter consumption averages  2% of body weight per day.  They then calculate that a 1000 pound cow will consume 20.0 lbs dry forage/day and a 750 pound yearling will consume 15 lbs dry forage/day, for a total of 35 lbs/day.  The 1969 AMP for the North Rich Allotment in Rich County and Cache Counties (Wasatch-Cache NF) used 30 lbs/day for a cow calf pair.  In its FEIS for the Land and Resource Management Plan for the Curlew National Grassland (USDA 2002), the Caribou-Targhee National Forest used 34 pounds per day for a cow/calf pair. There is little doubt that cattle weights have increased over time and a value that is accurate under current conditions must be applied.  In fact, Anderson et al (ca 2000) calculated a 35% increase in dressed weights per animal between 1975 and 1995.  Their analysis can be found at:

   http://agecon.uwyo.edu/RiskMgt/marketrisk/TheCattleCycle.pdf

Using the average auction weight for heifers (1157 lbs), the weaning weight for calves (480 lbs) and the 2% consumption rate from Holechek et al (2001) results in forage dry weight consumption of:

   (1157 + 480) x 0.02 x 30 days   =   982 lbs/month, or 32.7 lb/day

Even this will likely be an underestimate since calves graze all summer and are probably closer to the yearling weight given in Holechek et al (2001) and mature cows can be a good deal larger than the heifer weight used here.  BLM must also count

14

BLM_0080126

calves in its AUM for permitting purposes.  FLPMA requires that an AUM be the forage consumed by a mature cow or its equivalent each month.  Therefore, calves must be counted in the AUM allocation for permitting purposes.  We propose that BLM establish a forage consumption allocation for a cow/calf pair of 1,000 lbs/month = 1 AUM.

**2.5 <u>Grazing Systems</u>.**  In a review paper that considered grazing systems, grazing intensity and season of use, Holechek et al (1998) determined that, *"financial returns from livestock production, trend in ecological condition, forage production, watershed status and soil stability are all closely associated with grazing intensity."*  They found that <u>grazing systems such as rest-rotation had limited or no benefit in arid systems</u>.  Citing long-term studies in Arizona, they documented that after 12 years of rest-rotation management compared to continuous grazing, neither forage plant densities nor forage plant production differed between the treatments.  Grazing intensity employed was 30 – 35% use with occasional high use of 50% or more.  *"Rest and deferment were not sufficient to overcome the effects of periodic heavy use on primary forage plants when rest-rotation grazing was applied on big sagebrush range in northern Nevada."*  In an Arizona study comparing winter-spring grazing with summer-fall rest to continuous grazing, the rotation scheme was inferior to the year-long system from the standpoint of perennial grass density and production.  Perennial grass production was closely associated with the degree of use and was highest where grazing use was lowest.  In a Vale, Oregon study, lasting over 20 years at moderate grazing intensity, rotational grazing showed no advantage over season-long grazing in improving range condition or forage production.  *"The key factor in range improvement appeared to be the reductions in grazing intensities that were applied when the project was initiated.."*.

A review of the "classic" range studies, which are the long-term stocking rate and grazing system studies that provide the scientific foundation for modern range management again showed that light use is closer to sustainable use, while heavy use is not (Holechek et al 1999a).  Definitions of "heavy", "moderate" and "light" grazing developed in 1961 were cited.  Heavy grazing was defined as the degree of forage utilization that does not allow desirable forage species to maintain themselves.  Moderate grazing was defined as the level at which palatable species can maintain themselves. Light grazing was defined as the degree of utilization at which palatable species are able to maximize their herbage producing ability.  <u>However, it is clear that using even "moderate" grazing in depleted areas will not allow them to recover.</u>

When averaged across all the long-term studies for all regions, heavy grazing was 57% use of primary forage species, moderate use was 43% and light use was 32%.  <u>In arid regions, the research showed that moderate grazing use was 35 – 45%</u>.  When the average forage production change over time was compared with use, heavy stocking resulted in a 20% decline in production, moderate use experienced no change and light use resulted in an 8% increase.  During drought, moderately stocked pastures produced 20% more forage than heavily stocked pastures, light grazing produced 49% more forage than heavy and 24% more than moderate stocking levels.  Heavy stocking resulted in a downward trend and light stocking an upward trend in ecological condition.  Moderate stocking showed a slight, but not significant increase in condition, resulting in depleted ranges being maintained in depleted condition.

15

Table 6 provides summary statistics from that paper.  It must be remembered that these comparisons are to prior heavy use, not to ungrazed lands.  It is apparent from these studies that "moderate" use levels will not allow significant recovery of severely depleted range.  In fact, in studies of long-term rest at Idaho National Engineering Laboratory, the recovery rate of grasses in sagebrush communities was slow, progressing from 0.28% to 5.8% over 25 years (Anderson and Holte, 1981 and Anderson and Inouye, 2001).  It is clear from these examples that native plant communities in heavily depleted sites will require decades to recover in the absence of livestock, while their ability to recover in the presence of livestock at any level of use has not been demonstrated.

Relying on additional water developments, fences and grazing systems will not alleviate the problem.  The use of range improvements and rotation systems is not sufficient to correct over-stocking.  Results from 18 western grazing system studies by Van Poollen et al (1979) found that adjustment of livestock numbers, or stocking intensity was more important than implementing grazing systems to improve herbage production.  Holechek et al (1999a) recognized that *various rotation grazing systems cannot overcome the rangeland deterioration associated with chronic overstocking.* Holechek et al (2000) also showed that the various claims made by advocates of short-duration or time-controlled grazing were false.

A comprehensive discussion of rest-rotation is found in Clary and Webster's General Technical Report titled *"Managing Grazing of Riparian Areas in the Intermountain Region."* (Clary and Webster 1989).  They summarized a dozen studies showing significant increases in forage production occurred with decreased intensities of grazing.  The article described the improvements found in reducing grazing from heavy, to moderate and then to light grazing. Grazing with utilization above 50% was described as heavy, moderate was 30 - 50% and <25-30% was called light grazing in most of these studies.

**Table 5.  Summary of Data from 25 Classic Grazing Studies (Holechek et al 1999a)**

| Description | Heavy | Moderate | Light |
|---|---|---|---|
| Average Forage Use % | 57 | 43 | 32 |
| Average Forage Production lb/acre | 1,175 | 1,473 | 1,597 |
| Drought Years Production lb/acre | 820 | 986 | 1,219 |
| Average Calf Crop % | 72 | 79 | 82 |
| Average Lamb Crop % | 78 | 82 | 87 |
| Calf Weaning Weight lbs | 381 | 415 | 431 |
| Lamb Weaning Weight lbs | 57 | 63 | -- |
| Gain per Steer lbs | 158 | 203 | 227 |
| Steer/calf Gain per Day lbs | 1.83 | 2.15 | 2.3 |
| Steer/calf Gain per Acre lbs | 40.0 | 33.8 | 22.4 |
| Lamb Gain per Acre lbs | 26.0 | 20.4 | 13.8 |
| Net Returns per Animal $ | 38.06 | 51.57 | 58.89 |
| Net Returns per Acre $ | 1.29 | 2.61 | 2.37 |

16

BLM_0080128

Clary and Webster's study concluded that *"managers should place more emphasis on proper stocking intensity and less on grazing system implementation. The concentrated use of grazing pastures is not compensated for during rest years if grazing use is heavy. In summary, although grazing systems have great intuitive appeal, they are apparently of less consequence than once thought. In fact as long as good management is practiced so that there is control of livestock distribution and grazing intensity, the specific grazing system employed may not be significant."*

Holechek et al (2001) have indicated that, depending on topography, areas of severe degradation, or *"sacrifice areas"* occur around water sources including water developments. These can extend from 1 mile to several miles from these sources and out further if stocking rates are too high. Based on this, a single water development can result in an area of soil compaction, erosion and severe loss of ground cover and vegetation for thousands of acres. They also indicate that installing water developments in locations that have had limited access to livestock in the past may increase ecological damage to areas that are important refuges for relict plant communities and wildlife that have not been displaced by livestock.

Catlin et al (2003) provides a review of grazing systems. It summarizes more than 40 studies concerning rest rotation and related issues. Short term rest (one year) as typically applied does not lead to significant improvements of deteriorated ranges. Clearly, the long-term range studies we have cited show that it is stocking rate, not water developments, or grazing systems that are most important in maintaining or improving rangeland productivity. It is critical that BLM take this information into account in determining livestock stocking intensities and evaluating the efficacy of added water developments or grazing systems.

**2.6 Economic Considerations.** The studies we have cited show that light stocking results in greater forage production and improvement in range condition when compared to both heavy and moderate use. Moderate and light use also provided greater financial returns than those obtained with heavy use. Because these financial figures included data from humid areas, a separate analysis taking into account the necessity for destocking during drought in arid regions showed that conservative stocking (35% use) would provide the highest long-term financial returns on semi-desert rangelands in Arizona.

Economic analyses in (Holechek et al, 1999b) show that conservative stocking rates yield better returns. For example, in the sheep experiment at the Desert Experimental Range in Utah, the lower stocking rate (35% use) yielded a financial return of $0.39/acre compared to $0.14/acre for the higher stocking rate (60% use). A modeling study that evaluated 29 years of financial returns for a cow-calf operation revealed that a relatively constant stocking rate of 35% use was considered the best approach.

Winder et al (2000) reported on comparisons of stocking rates and financial returns using 30 or 40% of current years perennial grass growth. The 30% use level provided greater vegetation productivity and financial returns. After drought in 1994 through 1996, forage production on the pastures with the lower stocking rate (30% use) increased 71% compared to 35% increase on those with the moderate stocking rate (40%). Economic returns were $0.52/acre for the conservative use level and

17

$0.31/acre for the moderate use level. <u>A combination of stubble heights, clippings and ocular measures were used to set annual stocking rates, termination of the grazing season, sale of cattle to balance numbers with capacity and destocking during drought.</u> Under these criteria, all pastures were destocked in the summer of 1994 and the moderately stocked pasture was destocked in May, 1999. After livestock were removed due to drought, pastures were rested for two years, then afterwards stocked in late fall according to current year's forage production.

Results of seven years' research in New Mexico's Chihuahuan Desert to evaluate the relationship between range condition and financial returns showed similar relationships (Holechek et al 1996a). Condition was evaluated using the Dyksterhuis (1949) definitions based on departure from climax. This study showed a relationship between forage production and range condition. Higher condition range, or that nearer climax community plant composition, had higher production of forage and more preferred forage species than lower condition range. <u>Excellent range condition provided over four times the financial return of fair condition range and 65% greater return than good condition range.</u>

The reasons for this were the high costs of management and the energy lost by livestock in seeking forage in lower condition range. In a companion paper, livestock returns were compared to conventional investments such as bonds or stocks (Holechek et al, 1996b). This analysis showed that over-capitalization in infrastructure, coupled with over-stocking lead ranchers into a boom and bust cycle as climatic conditions change. In wet years, they added livestock, generally when prices were high then sold off their herds during dry, or bust periods when prices and productivity are low. <u>The final analysis concluded that conservative stocking, minimal investment in range improvements and greater spacing of watering points reduced fixed costs and insulated the operation from the vagaries of precipitation and market forces.</u>

In addition to the economics of livestock production, BLM is required to analyze other economic values and determine the values foregone by its proposed action. NEPA (40CFR1508.8) recognizes that the analysis of effects must include ecological, aesthetic, historic, cultural, economic, social, or health issues. BLM typically has clouded the distinction between "cultural" as applied to historical features such as buildings, artifacts, or paleo-resources with societal lifestyle issues. In particular, in its recent DEIS to revise the grazing regulations, BLM used the abstraction called "lifeways" . <u>This distinction needs to be clearly drawn.</u> It appears BLM is trying to draw in "lifestyle" or "lifeways" as some sort of cultural feature that is given protection by the cultural preservation laws and SHPOs. This is not the intent of these laws or NEPA. If it were, would not "lifestyles" or "lifeways" other than livestock production also deserve protection, consideration and analysis?

NEPA, at 40 CFR 1501.2 (b) states that federal agencies must *"Identify environmental effects and values in adequate detail so they can be compared to economic and technical analysis."* 43 CFR 1601.0-5(f) defines Multiple Use as: *"Multiple use means the management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people; making the most judicious use of the lands for some or all of these*

18

*resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to conform to changing needs and conditions; the use of some lands for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long term needs of future generations for renewable and non-renewable resources, including, but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the lands and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output."*

FLPMA requires BLM to manage the public lands for multiple use.  This means that the agency must make *"the most judicious use of the land for some or all of [the various] resource values . . . [and to] use . . . some land for less than all of the resources . . . ."* 43 U.S.C. § 1702(c).  This requires BLM to undertake a decision process *"to balance competing resource values to ensure that the public lands are managed in a manner 'that will best meet the present and future needs of the American people.'"*  43 U.S.C. § 1702(c); Comb Wash at 101.  BLM's balancing of values must be reasoned and well-informed.  Therefore, the agency must accumulate sufficient data and consider relevant rigorous science to determine what uses are appropriate in any given area.

Applied to the management of livestock grazing, the analysis must, on a site-specific level, weigh the benefits and harms of grazing to determine if BLM should allow this use in any given area.  Moreover, should the agency conclude that livestock grazing is an appropriate use, BLM must consider multiple-use values in determining how that area should be grazed.  National Wildlife Fed'n v. BLM, No. UT-06-91-1 (DOI, Office of Hearings and Appeals, Hearings Div.) (Dec. 20, 1993) at 25, *aff'd* Comb Wash (*citing* 43 U.S.C. §§ 1701(a)(8), 1702(c)).  Therefore, in establishing grazing thresholds such as stocking rates and utilization levels, BLM is required to abide by *"FLPMA's mandate [that it] protect the full spectrum of environmental, ecological, cultural, and recreational values."* Id.

Other than asserting in various ways that continued livestock grazing at current levels provides for preservation of rural values and lifestyles, BLM generally does not provide any economic analysis of the costs and benefits of public lands livestock grazing and its contribution to local and regional economies.  It does not analyze the values of uses foregone in favor of livestock grazing and its infrastructure.  See the detailed and quantitative analysis by Dr. Power in (Wuerthner and Matteson 2002) that is referenced above.

Dr. Power shows that *"Livestock grazing on federal lands is generally unimportant to local economies and even less so to state and regional economies.  In terms of income and numbers of jobs provided, the contribution of federal lands grazing is less than 0.1% across the West.  Farm and ranch operations are increasingly reliant on nonfarm income sources to be financially feasible, while livestock grazing competes with other uses of public lands – such as clean water, recreation, wildlife habitat – that contribute to the ongoing vitality of western economies."*

In his analysis of the economies of  individual rural counties, Dr. Power showed that federal lands grazing does not contribute significantly to those economies across the

BLM_0080131

west.  In fact, given the high percentage of ranching families that have jobs, either full or part time outside the ranch (60 – 70%), it is ranchers that depend on the other economic sectors for their ability to persist, not federal grazing.  Dr. Power states, *"It is not that towns depend on agriculture, but that agriculture increasingly depends on the vitality of urban and nonagricultural rural economies to provide the nonfarm income that keeps farm operations alive."*

Dr. Power states that claims about the relative importance of federal grazing to the economies of western states can be analyzed by answering these questions:

1. "What portion of the value produced by cattle and sheep operations is associated with feed used?

2. What portion of the feed for those cattle and sheep operations comes from grazing on federal lands?

3. What portion of the total agricultural activity involves raising cattle and sheep?

4. What part of the total economy is represented by agriculture."

Souder (1997) analyzed the economics of livestock grazing in the Central Winter Ecosystem Management Area on the Kaibab Plateau using readily available economic data.  His analysis showed the values of various activities in the study area generated values that are tabulated in Table 7.

**Table 7.  Summary of Values Received Annually in the Central Winter EMA**

| Resource | Local Benefits |
|---|---|
| Dispersed Recreation | $6,400,000 (Locally and Regionally) |
| Hunting Mule Deer and Turkey | $719,392 (Mule Deer = $470,528) |
| Livestock Grazing | $43,283 |
| Fuelwood Gathering | $45,492 |

BLM should include consideration and analysis of these sources in its planning and grazing-related project proposals and also provide more analysis of the economic benefits of wildlife through hunting, fishing and wildlife-watching associated recreation.  These benefits are summarized in the Fish and Wildlife Service *2001 National Survey of Fishing, Hunting and Wildlife-Watching Associated Recreation* (DOI 2002).  That survey showed that in Wyoming alone, expenditures for hunting, fishing and wildlife-associated recreation were $634,049,000.00 in 2001

**2.6 Grazing Capability and Suitability Determinations**.  Current range science recommendations include adjusting the stocking rate for livestock in order to account for distance from water and steepness of slope (Holechek et al, 2001).  The Natural Resources Conservation Service has adopted these guidelines for slope adjustments (Galt et al, 2000).  Their suggested reductions in grazing capacity for cattle with distance to water and increasing slope are provided in Table 8.

They note that on cold desert ranges of the U.S., snow reduces water availability problems in winter.  Also, sheep do not require water every day and can use areas further than 2 miles from water.  Sheep on New Mexico winter ranges used slopes of less than 45% with no adjustment necessary for slope, whereas slopes greater than 45% were hardly used.  Regional criteria for the Intermountain Region of the Forest

BLM_0080132

Service designate lands with greater than 30% slope as not capable for cattle and greater than 45% slope as not capable for sheep.  Other factors used by the Intermountain Region of the Forest Service for determining lands that are not capable include:  current vegetation production less than 200 lb/acre, forested areas and areas with highly erodible soils (Blackwell 2001; USDA 2001).

**Table 7.  Adjustments for Distance to Water and Slope for Cattle (Galt et al, 2000)**

| Distance from Water miles | Percent Reduction in Grazing Capacity |
|---|---|
| 0 – 1 | 0 |
| 1 – 2 | 50 |
| >2 | 100 |
| *Slope %* | |
| 0 – 10 | 0 |
| 11 – 30 | 30 |
| 31 – 60 | 60 |
| >60 | 100 |

Suitability determinations should be performed on those lands that are found capable for livestock to determine whether or not livestock grazing should be allowed.  For example, important or critical fish and wildlife habitat, recreation areas, locations of sensitive populations, natural research areas, watershed protection areas among others should not be considered suitable and should be closed to livestock.  These capability and suitability determinations are critical components in meeting the definitions and mandates of FLPMA, PRIA and NEPA regarding sustainability and multiple use.  See also the discussion in the previous section regarding balancing of resource uses and values.

## 3.0  Management Recommendations for Uplands

It is critical for BLM to incorporate the science we have cited in its analysis for planning and grazing-related project documents to ensure that best available science is applied on the ground.  In this way, it may be possible to sustain livestock grazing on those lands that are capable and suitable.  The following steps should be implemented in each of these efforts.

**3.1  Literature Review.**   Review the literature on the effects of grazing livestock in arid environments.  This review should address the effects of different levels of grazing intensity (stocking rate), grazing systems, range improvements and livestock exclusion on upland habitats.  It should include an evaluation of their effects on maintenance, productivity and recovery rates of native plants and soil communities.  It should also review the use of various standards, indicators and monitoring methods used to manage grazing and their ability to accurately and timely assess and be representative of plant and soil community characteristics.

BLM_0080133

**3.2  Determine Soil and Plant Community Status.**  Using GIS, map all vegetation, range site types and soil types on BLM lands in the affected areas.  Design and carry out a science-based review of existing information and a field survey to accurately assess current conditions in the plant and soil community.  This survey should determine the distribution of plant species, their ground cover and production.  It should do this by allotment, pasture and range site (soil) type.  Survey locations should be selected to incorporate distance to the nearest source of water so effects due to proximity to water can be determined.  The survey should also include considerations of slope in order to assess the interaction of susceptibility to erosion based on slope and proximity to water sources.  Results should be analyzed in the context of past grazing management including type of livestock, seasons of use and grazing intensity.  Summarize historical actual use records and grazing systems for each allotment to provide a basis for evaluating proposed actions.

**3.3  Determine Capable and Suitable Acres for Livestock Grazing.**  Based on the science we have provided and criteria we have discussed (slope, distance to water, forage production, hazard of erosion, etc), establish a protocol for determining capable and suitable lands for livestock grazing.  This protocol should include a recovery prescription for lands that are severely depleted of their native herbaceous plant communities or have bare ground exceeding thresholds that lead to accelerated erosion.

**3.3  Determine a Sustainable Livestock Stocking Rate.**  Establish the percent of diets of domestic sheep, cattle, deer, elk, pronghorn and sage grouse that are grasses, forbs and shrubs and their seasonal variation in selection of these foods.  We suggest information from Holechek et al (2001) as a starting point.  Using this information and the population management goals for wildlife, calculate wildlife needs.  This should include the stubble height and other criteria established in Braun et al (1977) and Connelly et al (2000).  Based on the information we provided in section **2.0** above, and the limitations on use of perennial grasses established by the scientific review, calculate the available AUMs of palatable native forage grasses, forbs and shrubs that can be utilized by livestock without impairment of plant productivity.  Use this analysis to determine livestock stocking rates for each allotment and pasture for normal and dry precipitation years.  Livestock numbers should not be increased during above normal precipitation years to allow for improvement of plant and soil conditions.

**3.4  Develop a Systematic Monitoring Protocol.**  Based on the science we have referenced here, develop a systematic monitoring protocol for assessing livestock use (forage amount) in a timely manner to avoid over use of any pasture.  The timing of measurement must be established relative to the permitted grazing season of use.  It is critical that during the early years of application, these must be assessed frequently in order to ascertain the length of time livestock may remain in each pasture before excessive use occurs.  This information will lead to establishment of realistic grazing schedules that lower the risk of excessive livestock grazing and damage. If indicators such as stubble height are proposed, they must also have a demonstrated relationship to actual percent use on grasses, forbs and shrubs by field testing.

BLM_0080134

**3.5  Determine Recovery Prescriptions for Lands Below Potential.**  Analyze peer-reviewed science and government publications we have referenced as well as others that have specifically evaluated different grazing scenarios and their ability to recover native components of damaged arid lands to their potential.  Use this information to develop recovery prescriptions for allotments and pastures that are not at potential (based on their departure from potential species distribution, ground cover and productivity).  Prescriptions that should be evaluated should include options such as (a) long-term rest, (b) reduced stocking rates, (c) grazing systems, (d) reseeding with native species, (e) vegetation treatments and others.  The time required for recovery of potential should be evaluated for each method.

**3.6  Determine Impacts of Water Developments.**  Water developments have been used for decades on the promise that they would result in better livestock distribution and improvement in conditions on the ground.  BLM has never quantitatively assessed these claims.  It is critical that BLM provide this analysis based on evidence from the literature and its own survey of conditions in Wyoming.  The analysis described in sections  **3.1** and **3.2** above should include an element that locates and maps all water developments in the area of interest.  Based on field surveys combined with historical range data and satellite imagery, determine the impacts and/or benefits of these past water developments on upland plant communities and soils.  The effects of these water developments on their source waters (spring, stream or seep) and associated wetland habitats should be assessed, documented and reported in each project analysis.

## 4.0  Management Recommendations for Riparian Areas

BLM must provide assured protection of springs, streams, riparian areas and wetlands as these areas are highest in wildlife values, yet occupy only a small land area.  While continuing to propose additional water developments and grazing systems as means of protecting riparian areas, BLM does not provide scientific evidence that the values of these areas are actually protected by these methods.  The evidence in the government and scientific literature is that excluding livestock from riparian areas is the only effective method of protection and recovery.  According to FLPMA, BLM is to "accelerate" recovery through its management options.

Don Duff (1977) published results of studies that showed greater fish and vegetation production and stream bank recovery occurred within exclosures on Big Creek, Utah than outside in grazed areas.  In fact, he stated that conditions outside the exclosures continued to decline.  He concluded that 6 to >8 years of rest were necessary to restore aquatic and riparian habitat.  Even after 30 years of excluding livestock, sediment from uplands and riparian areas outside the exclosures continues to impair salmonid spawning, rearing and feeding substrates.  The literature is consistent in showing that exclusion of livestock from riparian areas is the most effective method of restoring their ecological integrity.  There is little evidence that continued livestock grazing of degraded streams under various management schemes or at any level leads to recovery of habitat attributes required for native fish and wildlife.  BLM must objectively evaluate its alternatives to livestock exclosures in the literature review proposed in paragraphs (4.1) and (4.7) below and include those evaluations and the science upon which they are based in its project analysis.

23

We are concerned over the lack of quantitative monitoring of streams, springs and riparian areas. Some of the limitations of the current BLM PFC assessment technique are discussed in Stevens et al (2002). BLM has not provided any systematic protocol for this monitoring and in general does not assess spring or wetland conditions. We are concerned that reliance will be placed on stubble heights without providing any evidence that, in arid ecosystems, use of this standard promotes recovery of critical habitat elements in damaged stream or wetland systems, or for that matter, prevents degradation of those attributes.

If stubble height is used, it must be correlated with percent riparian vegetation use and a stubble height standard set so that livestock use is kept within constraints that do not lead to lowered production of riparian vegetation in future years. In addition, it must be shown to be protective of stream bank integrity through comparison to percent bank trampling, bank erosion and bank stability. The literature review we propose in section **4.1** should address these issues, establish and justify riparian utilization standards and bank trampling standards that are protective of stream banks and riparian vegetation. This analysis of this and other issues presented below must be incorporated into each project analysis.

**4.1 Literature Review.** Review the literature on the effects of livestock grazing, grazing systems, range improvements and livestock exclusion on stream, spring and riparian habitats, their maintenance and recovery as well as water quality. Carter (2001) reviews the effects of livestock grazing on riparian areas and water quality. This report is available on line at:

http://www.westernwatersheds.org/reports/grazeWQ_JCarter/WQWWP.doc

Review the use of various indicators such as riparian stubble height and bank trampling measures, their application and relation to stream bank stability, riparian vegetation productivity, in-stream aquatic habitat and restoration rates. This review will incorporate analysis of the literature we have referenced in addition to any sources BLM and its consultant may provide.

**4.2 Assessment of Current Condition of Springs, Seeps and Wetlands.** Locate and map all springs and wetlands not associated with perennial streams on BLM lands in the project area. Photograph and describe each, document whether and how they have been modified for water developments and if so, whether the development is still functioning. Assess their current condition, wetland extent (area) and flow using photographs and DOI (1994). These habitats should be surveyed to establish a current baseline. The surveys should also be repeated during each permit mid-term and one year prior to permit renewal. Conduct the baseline mapping, analysis and photographs for each project.

**4.3 Develop a Monitoring Protocol for Springs, Seeps and Wetlands.** Based on the science reviewed in section **4.1**, develop a systematic monitoring protocol for livestock use of riparian/wetland herbaceous vegetation at springs, streams and wetlands. This assessment protocol will:

   a  Establish stubble height and livestock trampling standards and assess these effects at each spring and wetland area and at multiple locations on each

24

flowing stream within each pasture. A defined protocol should specify the number of measurements to be taken at each location, the length of stream reach to assess and a method to evaluate trampling damage to springs and wetlands.

b   Measure percent use of riparian grasses, not sedges. These measurements will be taken in the riparian zone outside the stream channel, not along the greenline.

c   Monitor water quality for conformance to standards

d   Establish a schedule for each allotment/pasture that measures these parameters no later than 3 weeks after livestock enter a particular pasture or allotment subdivision. It is important to measure these use levels early in the grazing period so stocking rates and management can be adjusted in a timely manner to prevent exceeding the standards. Accelerated measurements during the first year, in particular, are necessary to refine the grazing schedule and stocking rate for future years.

e   Record the data, also including allotment, pasture, location designation, turn-in date, monitoring date, riparian species measured, percent bank trampling, eroding banks, percent area trampled (springs and wetlands) and stubble heights. Record raw data on prepared forms so that means and standard deviations can be calculated. Enter this information into an electronic database that can be regularly updated following each monitoring event and is accessible to interested parties either on-line or by request.

**4.4  Assessment of Current Condition of Streams.** Based on best available science, describe a methodology and schedule for performing stream habitat and water quality surveys. This should include analysis of existing data and collection of baseline habitat and water quality data, maps and photographs that will be included in each project analysis.

**4.5  Develop Stream and Water Quality Monitoring Protocol.** In addition to the baseline survey, the project analysis should develop a monitoring protocol that provides for assessment of stream habitat and water quality during succeeding permit terms near the permit or lease mid-term and the year prior to renewal. This monitoring protocol should continue to include PFC assessments using DOI (1993) as modified by Stevens et al (2002). Winward (2000) also provides insight into stream and riparian monitoring technology. Any of these protocols must be supplemented by collecting additional data that quantitatively documents certain critical stream habitat conditions. We suggest the Rosgen method, USDA (1992, 1997) or other acceptable fish habitat survey protocols. Regardless of method, certain critical pieces of information must be collected to supplement PFC assessments. The literature should be reviewed and analyzed and details of methodologies, data management, reporting and public access explained. This critical supplemental data includes:

a.   Establishing permanent, marked stream cross-section survey points for determining channel profile, width and depth similar to those used by Duff (1977). Priority locations are in Rosgen Type "C" channels, if available and should encompass a complete meander with multiple cross-sections (minimum 3 at each reach). These channel surveys and the following data must be collected for a minimum of two reaches of each perennial stream in each pasture.

25

b. Bank condition surveys including measurement of the following parameters over a minimum 100' stream reach or full meander on both sides of the stream (Winward, 2000, recommends 363 feet). Bank condition parameters (i – iv_ will be assessed from the water line to the top of the bank, not at the greenline:
   i. the linear feet of stream banks that are vegetated/stable
   ii. the linear feet of stream banks that are vegetated/unstable
   iii. the linear feet of stream banks that are unvegetated/stable
   iv. the linear feet of stream banks that are unvegetated/unstable
   v. the linear feet of stream banks that are undercut
   vi. the linear feet of stream bank with overhanging vegetation.

c. During the baseline survey, and during succeeding permit terms, at permit mid-term and last permit year, collect triplicate MacNeil Core Sediment samples of salmonid spawning gravels (<2") near the downstream extent of each stream in each pasture. Based on the literature, establish criteria for sediment fines (<6.35 mm) as a percent of substrate that allows successful salmonid reproduction. Generally, levels of sediment fines above 30% result in significant mortality of eggs and larvae.

d. Data collected will be systematic and quantitative in order that statistical analysis can be employed. All data will be entered into an electronic database for access by interested parties.

Describe the monitoring protocols. This description will include: the actual methodologies, data entry forms, schedules and locations; provide maps of all locations for monitoring; and incorporate an electronic database with links to maps that is accessible to the interested public. Include the baseline data in each project analysis. BLM must show it has the capability, either with its own staff or outside contractors, to do the necessary monitoring to ensure recovery and prevention of future degradation.

**4.6 <u>Develop Stream, Spring and Wetland Recovery Prescriptions</u>.** For streams, springs and wetlands that are not functioning properly and/or have impaired water quality, analyze available methods for their recovery. Include an anticipated time frame for recovery to take place based on the scientific literature. Discuss and evaluate these options for recovery, including their costs and benefits and review the scientific literature provided. Methods for recovery should include consideration of: (a) closing pastures; (b) exclosure fencing; (c) removal of water developments; (d) restoration/replanting of riparian areas; (e) active herding to minimize livestock use; (f) removal of livestock when utilization standards are reached, and any other methods discovered in the literature. Propose and adopt methods that will best recover these degraded streams during the first permit term. In the on-going permitting, management and monitoring of livestock grazing, the land use plan and permit documents should require documentation of condition and recovery rates by implementation of the described monitoring program. These will be analyzed to demonstrate the changes resulting from application of the particular prescription or combinations of methods adopted.

26

Yours truly,

*John G. Carter*

John Carter
Utah Director

## 5.0  References

All references listed are incorporated into our comments and should be used by BLM in its planning and livestock-related project analyses.

Anderson, David C., Kimball T. Harper and Ralph C. Holmgren.  1982.  Factors influencing development of cryptogammic soil crusts in Utah deserts.  Journal of Range Management 35(2):180-185.

Anderson, Jay  E. and Karl L. Holte.  1981.  Vegetation development over 25 years without grazing on sagebrush-dominated rangelands in southeastern Idaho.  Journal of Range Management 34(1):25-29

Anderson, Jay E. and Richard S. Inouye.  2001.  Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years.  Ecological Monographs 71(4):531-556.

Armour,  C.L., D.A. Duff and W. Elmore.  1991.  The effects of livestock grazing on riparian and stream ecosystems.  Fisheries 16(1): 7 – 11.

Austin, Miriam.  2003a.  Water developments and wildlife.  Violating the public trust. Red Willow Research.

Austin, Miriam.  2003b. BLM Pleasantview allotment wildlife deaths, 2003.  Red Willow Research.

Bartos, Dale L. and Robert B. Campbell, Jr. 1998a.  Water depletion and other ecosystem values forfeited when conifer forests displace aspen communities. Rangeland Management and Water Resources of American Water Works Association. May 1998: 427-433.

Bartos, Dale L. and Robert B. Campbell, Jr.  1998b.  Decline of Quaking Aspen in the Interior West – Examples from Utah.  Rangelands 20(1):17-24.

Beck, Jeffrey, L. and Dean L. Mitchell.  2000.  Influences of livestock grazing on sage grouse habitat.  Wildlife Society Bulletin 28(4):993-1002.

Belnap, Jayne.  1995.  Surface disturbances:  their role in accelerating desertification. Environmental Monitoring and Assessment 37:39-57.

BLM_0080139

Belnap, Jayne.  1996.  Soil surface disturbances in cold deserts:  effects on nitrogenase activity in cyanobacterial-lichen soil crusts.  Biology and Fertility of Soils 23:362-367.

Belnap, Jayne and D. A. Gillette.  1997.  Disturbance of biological soil crusts:  impacts on potential wind erodibility of sandy desert soils in southeastern Utah.  Land Degradation and Development 8:355-362.

Belnap, Jayne, Roger Rosentreter, Steve Leonard, Julie H. Kaltnecker, John Williams and David Eldridge.  2001.  Biological soil crusts:  ecology and management.  U.S. D.O.I.  Bureau of Land Management Technical Reference 1730-2.

Belsky, A.J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States.  Journal of Soil and Water Conservation 54(1): 419-431.

Belsky, A. Joy and Dana M. Blumenthal.  1997.  Effects of livestock grazing on stand dynamics and soils in upland forests of the Interior West.  Conservation Biology 11(2):315-327.

Belsky, A. Joy, and Jonathan L. Gelbard.  2000.  Livestock Grazing and Weed Invasions in the Arid West.  A Scientific Report Published by the Oregon Natural Desert Association.  Portland, Oregon.

Beymer, Renee J. and Jeffrey M. Klopatek.  1992. Effects of grazing on cryptogamic crusts in pinyon-juniper woodlands in Grand Canyon National Park.  American Midland Naturalist 127:139-148.

Blaisdell, James P. and Ralph C. Holmgren.  1984.  Managing Intermountain Rangelands – Salt-Desert Shrub Ranges.  USDA Forest Service, Intermountain Forest and Range Experiment Station, Ogden, Utah.  General Technical Report INT-163. 52p.

Blackwell, Jack.  2001.  Letter on capability and suitability.  Regional Forester, Intermountain Region.

BLM.  1994.  Rangeland Reform '94 Draft Environmental Impact Statement.

BLM.  2003.  Proposed Revisions to Grazing Regulations for the Public Lands, Draft Environmental Impact Statement DES 03-62.

Bock, Carl E., Jane H. Bock, William R. Kenney and Vernon M. Hawthorne.  1984. Responses of birds, rodents and vegetation to livestock exclosure in a semidesert grassland site.  Journal of Range Management 37(3):239-242.

Brotherson, Jack D., Samuel R. Rushforth, and Jeffrey R. Johansen.  1983.  Effects of long term grazing on cryptogam crust cover in Navajo National Monument, Ariz. Journal of Range Management 36(5):579-581.

BLM_0080140

Braun, Clait E.  1977.  Guidelines for maintenance of sage grouse habitat.  Wildlife Society Bulletin 5(3):99-105.

Brotherson, Jack D., Samuel R. Rushforth and Jeffrey R. Johansen.  1983.  Effects of long-term grazing on cryptogam crust cover in Navajo National Monument, Ariz.  Journal of Range Management 36(5):579-581.

Bryant, H.T., R.E. Blaser, and J.R. Peterson.  1972.  Effect of trampling by cattle on bluegrass yield and soil compaction of a Meadowville loam.  Agronomy Journal.  64:331-334.

Carlson, Cathy and John Horning.  1992.  Big profits at a big price – Public Land ranchers profit at the expense of the range.  Publication No. 79950, National Wildlife Federation, 1400 Sixteenth St. N.W. Washington, D.C. 64p.

Carter, John. 1998.  Investigation of Spawn Creek, Utah Coliform Contamination and Stream Bank Stability in Relation to Cattle Grazing.  Willow Creek Ecology report.

Carter, John G.  2001.  Livestock and water quality.  Western Watersheds Project Report.

Catlin, James, Joro Walker, Allison Jone, John Carter and Joe Feller.  2003.  Multiple use grazing management in the Grand Staircase National Monument.  A tool provided to the Monument range staff by the Southern Utah Land Restoration Project.

Clary Warren and Bert Webster. 1989. Managing grazing of riparian areas in the Intermountain Region. Intermountain Research Station, Forest Service. General Technical Report INT-263

Cummins, K.W. and George L. Spengler.  1977. Stream ecosystems.  Water Spectrum.  10:1-9.

Cummins, K. W. 1974.  Stream ecosystem structure and function.  Bioscience 24:631-641.

Connelly, John W., Michael A. Schroeder, Alan R. Sands and Clait E. Braun.  2000.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28(4):967-985.

Cottam, Walter P.  1947.  Is Utah Sahara bound?  Bulletin of the University of Utah 37(11):1-41.

Crider, Franklin J.  1955.  Root-growth stoppage resulting from defoliation of grass.  Technical Bulleting No. 1102.  USDA Soil Conservation Service.  23p

D'Antonio, C. M. and P. M. Vitousek.  1992.  Biological invasions by exotic grasses, the grass/fire cycle, and global change.  Annual Review of Ecology and Systematics 23:63-87.

BLM_0080141

Danvir, Rick.  Ca2003 (undated).  Sage grouse ecology and management in northern Utah sagebrush-steppe.  Deseret Land and Livestock, Woodruff, Utah.

Dodge, Marvin.  1972.  Forest fuel accumulation – a growing problem.  Science 177:139-142.

DOI.  1993.  Riparian Area Management:  Process for Assessing Proper Functioning Condition.  Department of Interior, BLM TR 1737-9.

DOI.  1994.  Riparian Area Management:  Process for Assessing Proper Functioning Condition for Lentic Riparian-Wetland Areas.  Department of Interior,  BLM TR 1737-11.

Donahue, Debra L.  1999.  The western range revisited – removing livestock from public lands to conserve native biodiversity.  University of Oklahoma Press, Norman.

Duff, D. A.  1977.  Livestock grazing impacts on aquatic habitat in Big Creek, Utah.  In:  Proceedings of the Workshop on Livestock and Wildlife-Fisheries Relationships in the Great Basin.  University of California Agric. Station, Sci. Spec. Publication 3301.  Berkeley, California.

Duff, Donald A. 1979.  Riparian habitat recovery on Big Creek, Rich County, Utah.  In Proceedings: Forum – Grazing and Riparian/Stream Ecosystems.  Trout Unlimited, Inc. 91 p.

Dyksterhuis, E. J.  1949.  Condition and management of range land based on quantitative ecology.  Journal of Range Management 2:104-115.

Ecosystem Research Institute.  1984.  1983 Annual Report Ecosystem Analysis.  Report to White River Shale Oil Corporation, Salt Lake City, Utah.  106p. Report available thru Western Watersheds Project Utah Office at P.O. Box 280, Mendon, Utah 84325.

EPA. 1998b. The quality of our Nation's water: 1996 – Executive Summary of the National Water Quality Inventory: 1996 Report to Congress.  EPA841-S-97-001 Office of Water, U.S. Environmental Protection Agency, Washington, D.C.

EPA. 1976.  Quality criteria for water, July 1976.  Fecal coliform bacteria.  U.S. Environmental Protection Agency, Washigton, D.C.: 42-50

Evanko, Anthony B. and Roald A. Peterson. 1955.  Comparisons of protected and grazed mountain rangelands in southwestern Arizona.  Ecology 36(1):71-82.

Fleischner, Thomas L.  1994.  Ecological costs of livestock grazing in western North America.  Conservation Biology 8(3):629-644.

GAO.  1988. Rangeland management:  more emphasis needed on declining and overstocked grazing allotments.  U.S. General Accounting Office, GAO/RCED-88-80, Washington, D.C.

BLM_0080142

GAO. 1991. Public land management: attention to wildlife is limited. GAO/RCED-91-64

GAO. 1995. Animal waste managment and water quality issues. Publication no. GAO/RCED-95-200BR. 97pp. General Accounting Office, Washington, D.C.

Galt, Dee, Greg Mendez, Jerry Holechek and Jamus Joseph. 1999. Heavy winter grazing reduces forage production: an observation. Rangelands 21(4):18-21

Galt, Dee, Francisco Molinar, Joe Navarro, Jamus Joseph and Jerry Holechek. 2000. Grazing capacity and stocking rate. Rangelands 22(6):7-11.

Green, D. M. and J. B. Kauffman. 1995. Succession and livestock grazing in a northeastern Oregon riparian ecosystem. Journal of Range Management 48:307-313.

Gregory, Stanley V., Frederick J. Swanson, W. Arthur McKee and Kenneth W. Cummins. 1991. An ecosystem perspective of riparian zones. Bioscience 41(8): 540-550.

Hanley, T. H. and J. L. Page. 1981. Differential effects of livestock use on habitat structure and rodent populations. California Fish and Game 68:160-173.

Harper, K. T., R. Van Buren, and S. Kitchen. 1996. Invasion of alien annuals and ecological consequences in salt desert shrublands of western Utah. Pages 58 -65 in J. R. Barrow, E. Durant, R.E. Sosebee and R. J. Tausch, editors. Proceedings: Shrubland ecosystem dynamics in a changing environment. General Technical Report-338. U.S. Forest Service Intermountain Research Station, Ogden, Utah.

Hild, A.L., M.G. Karl, M.R. Heferkamp and R.K. Heitschmidt. 2001. Drought and grazing III: root dynamics and germinable seed bank. Journal of Range Management 54(3):292-298.

Hobbs, R. J. and L. F. Huenneke. 1992. Disturbance, diversity, and invasion: implications for conservation. Conservation Biology 6:324-337.

Hockett, Glenn A. 2002. Livestock impacts on the herbaceous components of sage grouse habitat: a review. Intermountain Journal of Sciences Vol 8(2):105-114.

Hoffman, L., and R.E. Ries. 1991. Relationship of soil and plant characteristics to erosion and runoff on pasture and range. Journal of Soil and Water Conservation, p. 143-147.

Holechek, Jerry L. 1996a. Financial returns and range condition on southern New Mexico ranches. Rangelands 18(2):52-56

Holechek, Jerry L. 1996b. Drought and low cattle prices: hardship for New Mexico ranchers. Rangelands 18(1):11-13.

Holechek, Jerry L. and Karl Hess, Jr. 1996c. Grazing lands: prices, value, and the future. Rangelands 18(3):102-105

31

Holechek, Jerry L., Hilton de Souza Gomes, Francisco Molinar and Dee Galt. 1998. Grazing intensity: critique and approach. Rangelands 20(5):15-18

Holechek, Jerry L., Hilton Gomez, Francisco Molinar and Dee Galt. 1999a. Grazing studies: what we've learned. Rangelands 21(2):12-16

Holechek, Jerry L., Milton Thomas, Francisco Molinar and Dee Galt. 1999b. Stocking desert rangelands: what we've learned. Rangelands 21(6):8-12

Holechek, Jerry L., Hilton Gomez, Francisco Molinar, Dee Galt and Raul Valdez. 2000. Short-duration grazing: The facts in 1999. Rangelands 22(1):18-22.

Holechek, Jerry L., Rex D. Pieper and Carlton H. Herbel. 2001.Range Management: Principles and Practices, Fourth Edition. Prentice-Hall, New Jersey. 587p

Howard, Gary L., Steven R. Johnson and Stanley L. Ponce. 1983. Cattle grazing impact on surface water quality in a Colorado front range stream. J. Soil and Water Conservation. March-April 1983:124-128.

Hubbard, R.K., D.L. Thomas, R.A. Leonard and J.L. Butler. 1987. Surface runoff and shallow ground water quality as affected by center pivot applied dairy cattle wastes. Trans. ASAE 30(2):430-437.

Hutchings, S.S. and G. Stewart. 1953. Increasing forage yields and sheep production on Intermountain winter ranges. U.S. Department of Agriculture Circular 925. 63p.

Jacobs, Lynn. 1991. Waste of the West.

Johansen, Jeffrey R. 1993. Cryptogamic crusts of semiarid and arid lands of North America. Journal of Phycology 29:140-147.

Jones, Allison. 2000. Effects of cattle grazing on North American arid ecosystems: a quantitative review. Western North American Naturalist 60(2):155-163.

Jones, Allison L and William S. Longland. 1999. Effects of cattle grazing on salt desert rodent communities. The American Midland Naturalist. 141(1):1-11.

Julander, Odell. 1962. Range management in relation to mule deer habitat and herd productivity in Utah. Journal of Range Management 15(5):278-281.

Kauffman, J. Boone and W.C. Kreuger. 1984. Livestock impacts on riparian ecosystems and streamside management implications – a review. Journal of Range Managment 37(5): 430 – 437.

Kay, Charles E. and Dale L. Bartos. 2000. Ungulate herbivory on Utah aspen: assessment of long-term exclosures. Journal of Range Management 53(2):145-153.

BLM_0080144

Kay, Charles E.  2001.  The condition and trend of aspen communities on BLM administered lands in central Nevada – with recommendations for management.  Final Report to Battle Mountain Field Office, Bureau of Land Management.

Kie, John G.  1996.  The effects of cattle grazing on optimal foraging in mule deer (Odocoileus hemionus).  Forest Ecology and Management 88:131-138.

Kleiner, Edgar F. and K. T. Harper.  1972.  Environment and community organization in grasslands of Canyonlands National Park.  Ecology 53(2):299-309.

Knick, Steven T., David S. Dobkin, John T. Rotenberry, Michael A. Shroeder, W. Matthew Vander Haegen and Charles Van Riper III.  2003.  Teetering on the edge or too late?  Conservation and research issues for avifauna of sagebrush habitats.  The Condor 105:611-634.

Knopf, Fritz L., James A. Sedgwick and Richard W. Cannon.  1988.  Guild structure of a riparian avifauna relative to seasonal cattle grazing.  Journal of Wildlife Management 52(2):280-290.

Kreuger, William C. and A. H. Winward.  1974.  Influence of cattle and big-game grazing on understory structure of a Douglas-fir Ponderosa Pine- Kentucky bluegrass community.  Journal of Range Management 27(6):450-453.

Kreuper, David, Jonathan Bart and Terrell D. Rich.  2003.  Response of vegetation and breeding birds to the removal of cattle on the San Pedro River, Arizona (USA).  Conservation Biology 17(2):607-615.

Lacey, J. R. 1987.  The influence of livestock grazing on weed establishment and spread.  Proceedings: Montana Academy of Science 47:131-146.

Lile, David F., Kenneth W. Tate, Donald L. Lancaster and Betsy M. Karle.  2003.  Stubble height standards for Sierra Nevada meadows can be difficult to meet.  California Agriculture, 57(2):60-64.

Loft, Eric R., John W. Menke and John G. Kie.  1991.  Habitat shifts by mule deer: the influence of cattle grazing.  Journal of Wildlife Management.  55(1):16-26.

Loope, Walter L., and Neil E. West.  1979.  Vegetation in relation to environments of Canyonlands National Park.  In:  R. M. Linn (ed.) Proceedings of he First Conference on Scientific Research in the National Parks.  Vol. 1. U.S. Dept. of Interior, NPS Trans. And Proc. Series No. 5.

Lusby, Gregg C.  1979.  Effects of grazing on runoff and sediment yield from desert rangeland at Badger Wash in western Colorado, 1953-73.  U.S. Geological Survey Water Supply Paper 1532-1.

Lusby, Gregg C.  1970.  Hydrologic and biologic effects of grazing vs. non-grazing near Grand Junction, Colorado.  Journal of Range Management 23(4):256-260.

BLM_0080145

Mack, R. N. 1981.  Invasion of Bromus tectorum L.  into western North America:  An ecological chronicle.  Agro-ecosystems 7:145-165.

Mack, R. N. and J. N. Thompson.  1982.  Evolution in steppe with few large, hooved mammals.  American Naturalist 119:757-773.

Madany, Michael H. and Neil E. West.  1983.  Livestock grazing – fire regime interactions within montane forests of Zion National Park, Utah.  Ecology 64(4):661-667.

Marble, James R. and Kimball T. Harper.  1989.  Effect of timing of grazing on soil surface cryptogamic communities in a great basin low shrub desert:  a preliminary report.  Great Basin Naturalist 49(1):104-107.

Marcuson, Patrick E. 1977. Overgrazed streambanks depress fishery production in Rock Creek, Montana.  Fish and Game Federation Aid Program. F-20-R-21-11a.

Martin, John H. Jr. 1997. The Clean Water Act and animal agriculture.  J. Environmental Quality 26:1198-1203.

McKee, T.B., N.J. Doesken, and J. Kleist, 1993.  The relationship of drought frequency and duration ot time scales.  Eighth Conference on Applied Climatology, American Meteorological Society, Jan 17-23, 1993, Anaheim CA, pp. 179-186.

McLean, A. and E.W. Tisdale.  1972.  Recovery rate of depleted range sites under protection from grazing.  Journal of Range Management 25:178-184.

Medin, D. E., and W. P. Clary.  1990.  Small mammal populations in a grazed and ungrazed riparian habitat in Nevada.  Research Paper INT-413.  U.S. Forest Service, Intermountain Research Station, Ogden, Utah.

Moore, Elbert, Eric Janes, Floyd Kinsinger, Kenneth Pitney and John Sainsbury.  1979.  Livestock grazing management and water quality protection.  U.S. Environmental Protection Agency and the Bureau of Land Management.

National Research Council.  2002.  Riparian Areas: Functions and Strategies for Management,  National Research Council, Committee on Riparian Zone Functioning and Strategies for Management, Water Science and Technology Board, Board on Environmental Studies and Toxicology (National Academy Press, 2002).

NWF.  1997.  Comb Wash decision, National Wildlife Federation v. Bureau of Land Management, 140 IBLA 85 (Aug. 21, 1997)

Orr, Howard K.  1975.  Recovery from soil compaction on bluegrass range in the Black Hills.  Transactions of the ASAE 1076-1081.

Owens, L.B., W.M. Edwards and R.W. Van Keuren.  1996.  Sediment losses from a pastured watershed before and after stream fencing.  Journal of Soil and Water Conservation 51(1):90-94.

BLM_0080146

Packer, Paul. 1998.  Requirements for watershed protection on western mountain rangelands.  Unpublished manuscript.  Dr. Packer is retired from the USDA Intermountain Forest and Range Experiment Station, Logan, Utah.

Paige, Christine and Sharon A. Ritter.  1999.  Managing sagebrush habitats for bird communities.  Partners in Flight, Western Working Group, Boise, Idaho.

Pearce, Richard.  1988.  Where deer and cattle roam.  USDA Forest Service Pacific Southwest Research Station.

Pell, Alice N. 1997.  Manure and microbes:  public and animal health problem?  J. Dairy Sci. 80:2673-2681.

Peterjohn, W.T. and D. L. Correll.  1984.   Nutrient dynamics in an agricultural watershed:  observations of a riparian forest.  Ecology 65: 1466-1475

Platts, W. S. 1991.  Livestock Grazing.  *In:  Influence of Forest and Rangeland Management on Salmonid Fishes and Their Habitats.*  American Fisheries Society Special Publication 19:389-423.

Ratliff, Joe and Charles Keeports.  2000.  Surface water analysis and management recommendations for the Carico Lake Allotment.  U.S. Dept. of Interior Bureau of Land Management, Battle Mountain Field Office, Nevada.

Ray, D.E., A.M. Lane, C.B. Roubicek, and R.W. Rice.  2004.  Range beef herd growth statistics.  In: Arizona Rancher's Management Guide.  Arizona Cooperative Extension, College of Agriculture, University of Arizona.

Rosenzweig, M. L. and J. Winakur.  1969.  Population ecology of desert rodent communities:  habitats and environmental complexity.  Ecology 50:558-572.

Rummell, Robert S.  1951.  Some effects of livestock grazing on Ponderosa pine forest and range in central Washington.  Ecology 32(4):594-607.

Saxon, Keith E., Lloyd F. Elliott, Robert I. Papendick, Michael D. Jawson and David H. Fortier. 1983. Effect of animal grazing on water qualiyt of non-point runoff in the Pacific Northwest.  Project Summary, Robert S. Kerr Environmental Research Laboratory, Ada, Oklahoma.  EPA-600/S2-83-071. 7p.

Schepers, J.S., B.L. Hackes and D.D. Francis. 1982. Chemical water quality of runoff from grazing land in Nebraska:  II. contributing factors.  J.Environ. Qual., Vol 11(3):355-359.

Schulz, Terri T and Wayne C. Leininger.  1990.  Differences in riparian vegetation structure between grazed areas and exclosures.  Journal of Range Management 43(4):295-299.

Sharp, Lee A., Ken Sanders and Neil Rimbey.  1992.  Variability of crested wheatgrass production over 35 years.  Rangelands 14(3):153-168

BLM_0080147

Schwan, H.E., Donald J. Hodges and Clayton N. Weaver.  1949.  Influence of grazing and mulch on forage growth. Journal of Range Management 2(3):142-148.

Stevens, Lawrence E., Peter Stacey, Don Duff, Chad Gourley and James C. Catlin.  2002.  Riparian ecosystem evaluation:  a review and test of BLM's proper functioning condition assessment guidelines.

Stewart, Kelley M., R. Terry Bowyer, John G. Kie, Norman J. Cimon, and Bruce K. Johnson.  2002.  Temprospatial distributions of elk, mule deer, and cattle:  resource partitioning and competitive displacement.  Journal of Mammalogy.  83(1):229-244.

Souder, Jon A.  ca1997.  How Does Livestock Grazing Fit Into the Larger Societal Uses of Wildlands?  Methods for Determining Benefits and Their Application to the Kaibab Plateau.  College of Ecosystem Science and Management, Northern Arizona University.

Taylor, Daniel M.  1986.  Effects of cattle grazing on passerine birds nesting in riparian habitat.  Journal of Range Management 39(3):254-258.

Thelin, Richard and Gerald F. Gifford.  1983.  Fecal coliform release patterns from fecal material of cattle.  Journal of Environmenatl Quality 12(1):57-63.

Tiedemeann, A.R., D.A. Higgins, T.M. Quigley, H.R. Sanderson and D.B. Marx.  Responses of fecal coliform in streamwater to four grazing strategies.  Journal of Range Management 40(4):322-329.

Trimble, Stanley W. and Alexandra C. Mendel.  1995.  The cow as a geomorphic agent – a critical review.  Geomorphology 13:233-253.

USDA. 1981. America's soil and water:  condition and trends.  U.S. Department of Agriculture Soil Conservation Service, Washington, D.C. 33p.

USDA.  1982.  Soil Survey of Rich County Utah.  USDA Soil Conservation Service, Forest Service and Bureau of Land Management.

USDA. 1992.  Integrated riparian evaluation guide.  U.S. Department of Agriculture, Region IV Forest Service, Ogden, Utah.

USDA.  1993.  Monitoring data from the North Rich allotment, Logan Ranger District, Wasatch-Cache National Forest.

USDA.  1996.  Intermountain Regional Assessment: Properly Functioning Condition.  USDA Forest Service, Region IV, Ogden, Utah.

USDA.  1997.  R1/R4 (Northern/Intermountain Regions) Fish and Fish Habitat Standard Inventory Procedures Handbook.  USDA Forest Service General Technical Report INT-GTR-346.

UDWR.  1997.  Conservation Agreement and Strategy for Bonneville Cutthroat Trout in Utah.  Utah Division of Wildlife Resources Publication 97-19.

BLM_0080148

USDA.  1998.  Draft Sub-regional Assessment of Properly Functioning Condition for Areas Encompassing the National Forests of Northern Utah.  USDA Forest Service, Region IV, Ogden, Utah.

USDA.  2001. Process Paper I: rangeland capability and suitability for sheep and cattle ranges.  Caribou National Forest.

USDA.  2002.  Final Environmental Impact Statement for the Curlew National Grassland.  Caribou National Forest.

U.S. Department of Interior, U.S. Fish and Wildlife Service, U.S. Department of Commerce and U. S. Census Bureau. 2002.  2001 National Survey of Fishing, Hunting and Wildlife-Watching Associated Recreation.  170 p.

VanHaveren, Bruce P., Eric B. Janes and William L. Jackson.  1985.  Nonpoint pollution control on public lands.  Journal of Soil and Water Conservation p.92-94.

Van Poollen, H.W. and  J. R. Lacey.  1979.  Herbage response to grazing systems and stocking intensities.  Journal of Range Management 32:250-253.

Walker, Larry.  2002.  Impact of grazing on 153 species of southwestern birds.  http://rangenet.org/directory/walker/swbirds.html .

Wambolt, C.L., K.S. Walhof and M.R. Frisina.  2001.  Recovery of big sagebrush communities after burning in south-western Montana.  Journal of Environmental Management 61:243-252.

Welch, Bruce L.   2002 (in editing).  Big sagebrush:  A sea fragmented into lakes, puddles, and ponds.  Gen. Tech. Rep. RMRS-GTR-___.  Fort Collins, CO:  U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station:  ___p. Data on file at the Shrub Sciences Laboratory, 735 N  500 E, Provo, Utah 84606.

Welch, Bruce L.  and Craig Criddle.  2003.  Countering misinformation concerning big sagebrush. Forest Service Rocky Mountain Research Station Research Paper RMRS-RP-40.

West, Neil E.  1981.  Nutrient cycling in desert ecosystems.  In:  Arid Land Ecosystems:  Structure, Functioning and Management, Volume 2.  Cambridge University Press.

West, Neil E.  1983.  Western Intermountain Sagebrush Steppe.  In Temperate Deserts and Semi-deserts, edited by N. E. West.  Elsevier Scientific Publishing, Amsterdam. p351-373.

White, Clifford A., Charles E. Olmstead and Charles E. Kay.  1998.  Aspen, elk and fire in the Rocky Mountain national parks of North America.  Wildlife Society Bulletin 26(3):449-462.

White, Richard K., Robert W. VanKeuren, Lloyd B. Owens, William M. Edwards and Roberty H. Miller. 1983. Effects of livestock pasturing on non-point surface runoff.

BLM_0080149

Project Summary, Robert S. Kerr Environmental Research Laboratory, Ada, Oklahoma.  EPA-600/S2-83-011. 6p.

White River Shale Oil Corporation.  1984.  Progress Report Environmental Programs 1983.  White River Shale Oil Corporation, Salt Lake City, Utah.  785p.  Report available thru Western Watersheds Project Utah Office at P.O. Box 280, Mendon, Utah 84325

Winward, Alma.  2000.  Monitoring the Vegetation Resources in Riparian Areas.  USDA Forest Service General Technical Report RMRS-GTR-47

Winder, J.A., C.C. Bailey, M.G. Thomas and J.L. Holechek.  2000.  Breed and stocking rate effects on Chihuahuan Desert cattle production.   Journal of Range Management 53(1):32-38.

Wuerthner, George and Mollie Matteson. 2002. Welfare ranching: the subsidized destruction of the west.  Island Press.

Zimmerman, G. Thomas and L.F. Neuenschwander.  1984.  Livestock grazing influences on community structure, fire intensity, and fire frequency within the Douglas-fir/ninebark habitat type.  Journal of Range Management 37)2):104-110.

BLM_0080150

# Literature Cited in Reference List

- Armour, C., D. Duff, and W. Elmore. 1994. The effects of livestock grazing on western riparian and stream ecosystem. Fisheries 19(9):9-12.
- Arnqvist, G., and D. Wooster. 1995. Meta-analysis: synthesizing research findings in ecology and evolution. Trends in Ecol. and Evol. 10:236-240.
- Atwill, E.R. 1996. Assessing the link between rangeland cattle and water-borne Cryptosporidium parvum infection in humans. Rangelands 18:48-51.
- Belsky, A.J., and D.M. Blumenthal. (1996). Effects of livestock grazing on stand dynamics and soils in upland forests of the interior West. Conservation Biology (in press).
- Blackburn, W.H. 1984. Impact of grazing intensity and specialized grazing systems on watershed characteristics and responses. p. 927-983. In: Developing strategies for range management. Westview Press, Boulder, CO.
- Bock, C.E., V.A. Saab, T.D. Rich, and D.S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. p. 296-309. In: D.M. Finch, P. W. Stangel (eds.), Status and management of neotropical migratory birds. USDA Forest Serv. Gen. Tech. Rep. RM-229.
- Boggs, K., and T. Weaver. 1992. Response of riparian shrubs to declining water availability. p. 48-51. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.
- Bohn, C.C., and J.C. Buckhouse. 1985a. Some responses of riparian soils to grazing management in northeastern Oregon. J. Range Manage. 38:378-381.
- Bohn, C.C., and J.C. Buckhouse. 1985b. Coliforms as an indicator of water quality in wildland streams. J. Soil and Water Cons. 40:95-97.
- Bryan, K. 1925. Date of channel trenching in the arid Southwest. Science 62:338-344.
- Buckhouse, J.C., and G.F. Gifford. 1976. Water quality implications of cattle grazing on a semiarid watershed in southeastern Utah. J. Range Manage. 29:109-113.
- Burton, T.A., and S.J. Kozel. 1996. Livestock grazing relationships with fisheries. p. 140-145. In: W.D. Edge, S.L. Olson-Edge (eds.), Sustaining rangeland ecosystems. Oregon State Univ. Extension Service, Special Rep. 953, Corvallis, OR.
- Carothers, S.W. 1977. Importance, preservation, and management of riparian habitats: an overview. p. 2-4, In: R.R. Johnson, D.A. Jones, (tech. coords.), Importance, preservation and management of riparian habitat: A symposium. USDA Forest Serv. Gen. Tech. Rep. RM-43.
- Chaney, E., W. Elmore, and W.S. Platts. 1990. Livestock grazing on western riparian areas. Northwest Resource Information Center, Inc. Eagle, Idaho.
- Chaney, E., W. Elmore, and W.S. Platts. 1993. Managing Change: livestock grazing on western riparian areas. Northwest Resource Information Center, Inc. Eagle, Idaho.

BLM_0080151

- Claire, E.W., and R.L. Storch. 1977. Streamside management and livestock grazing in the Blue Mountains of Oregon: a case study. p. 111-128, In: Proc. of the workshop on livestock and wildlife-fisheries relationships in the Great Basin. Univ. California, Agric. Station, Sci. Spec. Publ. 3301, Berkeley, CA.
- Clary, W.P. 1995. Vegetation and soil responses to grazing simulation on riparian meadows. J. Range Manage. 48:18-25.
- Clary, W.P., E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers). 1992. Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.
- Clary, W.P., and D.E. Medin. 1990. Differences in vegetation biomass and structure due to cattle grazing in a northern Nevada riparian ecosystem. USDA Forest Serv. Re. Pap. INT-427.
- Clary, W.P., and D.E. Medin. 1992. Vegetation, breeding bird, and small mammal biomass in two high-elevation sagebrush riparian habitats. p. 100-110. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.
- Clary, W.P., and B.F. Webster. 1989. Managing grazing of riparian areas in the intermountain region. USDA Forest Serv. Gen. Tech. Rep. INT-263.
- Davis, L., M. Brittingham, L. Garber, and D. Rourke. 1991. Stream bank fencing. Penn State College of Ag. Sci., Extension Circular 397. University Park, PA.
- Dudley, T., and M. Embury. 1995. Non-indigenous species in wilderness areas: the status and impacts of livestock and game species in designated wilderness in California. Pacific Insti. for SIDES, Oakland, CA.
- Dudley, T.L., D.C. Odion, R.K. Knapp, and others. (in prep). Livestock grazing impacts and the potential for riparian meadow and recovery in the Golden Troup Wilderness Area, California.
- Duff, D.A. 1977. Livestock grazing impacts on aquatic habitat in Big Creek, Utah. p. 129-142. In: Proc. of the workshop on wildlife-fisheries relationships in the Great Basin. Univ. California, Agric. Station, Sci. Spec. Publ. 3301, Berkeley, CA.
- Duce, J.T. 1918. The effect of cattle on the erosion of canyon bottoms. Science 47:450-452.
- Dunaway, D., S. Swanson, J. Wendel, and W. Clary. 1994. The effect of herbaceous vegetation and soil texture on particle erosion of alluvial streambanks. Geomorphology 9:47-57.
- Elmore, W. 1992. Riparian responses to grazing practices. p. 442-457. In: R.J. Naiman (ed.). Watershed management: balancing sustainability and environmental change. Springer Verlag, New York, NY.
- Elmore, W. 1996. Riparian areas: perceptions in management. USDA Forest Serv., Pacific Northwest Research Station, Natural Resource News 6(3):9.
- Elmore, W., and R.L. Beschta. 1987. Riparian areas: perceptions in management. Rangelands 9:260-265.
- Elmore, W., and B. Kauffman. 1994. Riparian and watershed systems: degradation and

BLM_0080152

restoration. p. 212-231. In: M. Vavra, W.A. Laycock, and R.D. Pieper (eds.), Ecological implications of livestock herbivory in the West. Soc. Range Management, Denver, CO.

- Flather, C.H., L.A. Joyce, and C.A. Bloomgarden. 1994. Species endangerment patterns in the United States. USDA Forest Serv. Gen. Tech. Rep. RM-241.
- Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Cons. Biol. 8:629-644.
- George, M.R. 1996. Creating awareness of clean water issues among private landowners. p. 96-100. In: W.D. Edge, S.L. Olson-Edge (eds.), Sustaining rangeland ecosystems. Oregon State Univ. Extension Service, Special Rep. 953, Corvallis, OR.
- Green, D.M., and J.B. Kauffman. 1995. Succession and livestock grazing in a northeast Oregon riparian ecosystem. J. Range Manage. 48:307-313.
- Gresswell, R.E., B.A. Barton, J.L. Kershner (eds.). 1989. Practical approaches to riparian resource management. U.S. Bureau of Land Management, P.O. Box 36800, Billings, Montana.
- Gunderson, D.R. 1968. Floodplain use related to stream morphology and fish populations. J. Wildl. Manage. 32:507-514.
- Haveren, B.P., E.B. Janes, and W.L. Jackson. 1985. Nonpoint pollution control on public lands. J. Soil and Water Cons. 40(1):92-94.
- Hofmann and R.E. Ries. 1991. Relationship of soil and plant characteristics to erosion and runoff on pasture and range. J. Soil and Water Cons. 46(2):143-147.
- Horning, J. 1994. Grazing to extinction: endangered, threatened and candidate species imperiled by livestock grazing on western public lands. National Wildlife Federation, Washington, D.C.
- Hubbard, J.P. 1977. Importance of riparian ecosystems: biotic considerations. p. 14-18. In: R.R. Johnson, D.A. Jones, (tech. coords.), Importance, preservation and management of riparian habitat: A symposium. USDA Forest Serv. Gen. Tech. Rep. RM-43.
- Hubert, W.A., R.P. Lanka, T.A. Wesche, and F. Stabler. 1985. Grazing management influences on two brook trout streams in Wyoming. p. 290-293. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.
- Hupp, C.R., and A. Simon. 1991. Bank accretion and the development of vegetated depositional surfaces along modified alluvial channels. Geomorphology 4:1-14.
- Johnson, R.R., C.D. Ziebell, D.R. Patton, and others (tech. coords.). 1985. Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.
- Johnson, S.R., H.L. Gary, and S.L. Ponce. 1978. Range cattle impacts on stream water quality in the Colorado Front Range. USDA Forest. Serv. Research Note, RM-359.
- Jones, K.B. 1981. Effects of grazing on lizard abundance and diversity in western Arizona. Southw. Naturalist 26:107-115.
- Kauffman, J.B., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications...a review. J. Range Manage. 37:430-437.
- Kauffman, J.B., W.C. Krueger, and M. Vavra. 1983a. Effects of late season cattle grazing

BLM_0080153

on riparian plant communities. J. Range Manage. 36:685-691.

- Kauffman, J.B., W.C. Krueger, and M. Vavra. 1983b. Impacts of cattle on streambanks in northeastern Oregon. J. Range Manage. 36:683-685.
- Kleinfelder, D., S. Swanson, G. Norris, and W. Clary. 1992. Unconfined compressive strength of some streambank soils with herbaceous roots. Soil Science Soc. of America Journal 56:1920-1925.
- Knight, A.W., and R.L. Bottorff. 1984. The importance of riparian vegetation to stream ecosystems. p. 160-167. In: R.E. Warner, K.M. Hendrix (eds), California riparian systems, ecology, conservation, and productive management. Univ. of California Press, Berkeley, CA.
- Knopf, F.L., J.A. Sedgwick, and R.W. Cannon. 1988. Guild structure of a riparian avifauna relative to seasonal cattle grazing. J. Wildl. Manage. 52:280-290.
- Kondolf, G.M. 1993. Lag in stream channel adjustment to livestock exclosure, White Mountains, California. Restoration Ecology Dec:226-230.
- Kovalchik, B.L., and W. Elmore. 1992. Effects of cattle grazing systems on willow-dominated plant associations in central Oregon. p. 111-119. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.
- Krueper, D.J. 1993. Effects of land use practices on western riparian ecosystems. p. 321-329. In. D.M. Finch, P.W. Stangel (eds.), Status and management of neotropical migratory birds. USDA Forest Serv. Gen. Tech. Rep. RM-229.
- Lee, L.C., T.A. Muir, and R.R. Johnson. 1989. Riparian ecosystems as essential habitat for raptors in the American West. p. 15-26. In:, B.G. Pendleton (ed.), Western raptor management symposium and workshop. Nat. Wildl. Fed., Washington D.C.
- Leopold, A. 1946. Erosion as a menace to the social and economic future of the Southwest. Journal of Forestry 44:627-633.
- Loft, E.R., J.W. Menke, and J.G. Kie. 1991. Habitat shifts by mule deer: the influence of cattle grazing. J. Wildl. Manage. 55:16-26.
- Mack, R.N., and J.N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-772.
- Marcuson, P.E. 1977. Overgrazed streambanks depress fishery production in Rock Creek, Montana. p. 143-156. In: Proc. of the workshop on livestock and wildlife-fisheries relationships in the Great Basin. Univ. California, Agric. Station, Sci. Spec. Publ. 3301, Berkeley, CA.
- Marlow, C.B., and T.M. Pogacnik. 1985. Time of grazing and cattle-induced damage to streambanks. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.
- McInnis, M.L. 1996. Principles of successful livestock grazing in riparian ecosystems. USDA Forest Serv., Pacific Northwest Research Station, Natural Resource News 6(3):1.
- Medin, D.E., and W.P. Clary. 1989. Small mammal populations in a grazed and ungrazed riparian habitat in Nevada. USDA Forest Serv. Res. Pap. INT-413.

BLM_0080154

Oregon Clean Stream Media

- Meehan, W.R. (ed.). 1991. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publ. 19, Bethesda, Maryland.
- Meehan, W.R., and W.S. Platts. 1978. Livestock grazing and the aquatic environment. J. Soil and Water Cons. 33:274-278.
- Meehan, W.R., R.J. Swanson, and J.R. Sedell. 1977. Influences of riparian vegetation on aquatic ecosystems with particular reference to salmonid fishes and their food supply. p. 137-145. In: R.R. Johnson, D.A. Jones, (tech. coords.), Importance, preservation and management of riparian habitat: A symposium. USDA Forest Serv. Gen. Tech. Rep. RM-43.
- Myers, T.J., and S. Swanson. 1991. Aquatic habitat condition index, stream type, and livestock bank damage in northern Nevada. Water Resources Bulletin 27:667-677.
- Myers, T.J., and S. Swanson. 1992. Variation of stream stability with stream type and livestock bank damage in northern Nevada. Water Resources Bulletin 28:743-754.
- Myers, T.J., and S. Swanson. 1994. Grazing effects on pool forming features in central Nevada. p. 235-244. In: R.A. Marston and V.R. Hasfurther (eds), Effects of human-induced changes on hydrologic systems. Proceedings, Annual Summer Symposium of the American Water Resources Association, Jackson Hole, Wyoming.
- Myers, T.J., and S. Swanson. 1995. Impact of deferred rotation grazing on stream characteristics in Central Nevada: a case study. North American Journal of Fisheries Management 15:428-439.
- Myers, T.J., and S. Swanson. 1996a. Long-term aquatic habitat restoration: Mahogany Creek, Nevada, as a case study. Journal of the American Water Resources Association 32:241-252.
- Myers, T.J., and S. Swanson. 1996b. Temporal and geomorphic variations of stream stability and morphology: Mahogany Creek, Nevada. Journal of the American Water Resources Association 32:253-265.
- Ohmart, R.D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. p. 245-279. In: P.R. Krausman (ed.), Rangeland wildlife. Soc. for Range Manage., Denver CO.
- Ongerth, J.E., and H.H. Stibbs. 1987. Identification of Cryptosporidium oocysts in river water. Appl. and Environ. Microb. 53:672-676.
- ODEQ. 1995a. Temperature, 1992-1994 Water Quality Standards Review. Oregon Department of Environmental Quality, 811 Sixth Avenue, Portland OR.
- ODEQ. 1995b. Dissolved Oxygen, 1992-1994 Water Quality Standards Review. Oregon Department of Environmental Quality, 811 Sixth Avenue, Portland OR.
- Orr, H.K. 1975. Recovery from soil compaction on bluegrass range in the Black Hills. Transactions of the ASAE: 1076-1081.
- Owens, L.B., W.M. Edwards, and R.W. Van Keuren. 1989. Sediment and nutrient losses from an unimproved, all-year grazed watershed. J. Environ. Qual. 18:232-238.
- Owens, L.B., W.M. Edwards, and R.W. Van Keuren. 1996. Sediment losses from a pastured watershed before and after stream fencing. J. Soil and Water Cons. 51:90-94.
- Platts, W.S. 1981a. Sheep and streams. Rangelands 3:158-160.

BLM_0080155

- Platts, W.S. 1981b. Influence of forest and rangeland management on anadromous fish habitat in western North America: 7. Effects of livestock grazing. USDA Forest Serv. Gen. Tech. Rep. PNW-124.
- Platts, W.S. 1982. Livestock and riparian-fishery interactions: what are the facts? Trans. North Amer. Wildl. and Nat. Res. Conf. 47:507-515.
- Platts, W.S. 1989. Compatibility of livestock grazing strategies with fisheries. p. 103-110. In: R.E. Gresswell, B.A. Barton, J.L. Kershner (eds.), Practical approaches to riparian resource management. U.S. Bureau of Land Management, P.O. Box 36800, Billings, Montana.
- Platts, W.S. 1991. Livestock grazing. p. 389-424. In: W.R. Meehan (ed.), Influences of forest and rangeland management on salmonid fishes and their habitats. Amer. Fisheries Soc. Sp. Publ 19:389-423.
- Popolizio, C.A., H. Goetz, and P.L. Chapman. 1994. Short-term response of riparian vegetation to 4 grazing treatments. J. Range Manage. 47:48-53.
- Rees, E. 1996. Threatened, endangered, and sensitive species affected by livestock production. p. 154, In: W.D. Edge, S.L. Olson-Edge (eds.), Sustaining rangeland ecosystems. Oregon State Univ. Extension Service, Special Rep. 953, Corvallis, OR.
- Reiser, D.W., and T.C. Bjornn. 1979. Influence of forest and rangeland management on anadromous fish habitat in the western United States and Canada, 1. Habitat requirements of anadromous salmonids. USDA Forest Serv. Gen. Tech. Rep. PNW-96.
- Rinne, J.N. 1985. Livestock grazing effects on southwestern streams: a complex research problem. p. 295-300. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.
- Rinne, J.N. 1988. Effects of livestock grazing exclosure on aquatic macroinvertebrates in a montane stream, New Mexico. Great Basin Nat. 48:146-153.
- Roath, L.R., and W.C. Krueger. 1982. Cattle grazing and influence on a forested range. Journal of Range Management 35:332-338.
- Rostagno, C.M. 1989. Infiltration and sediment production as affected by soil surface conditions in a shrubland of Patagonia, Argentina. J. Range Manage. 42:382-385.
- Schepers, J.S., and D.D. Francis. 1982. Chemical water quality of runoff from grazing land in Nebraska: I. Influence of grazing livestock. J. Environ. Qual. 11:351-354.
- Schepers, J.S., B.L. Hackes, and D.D. Francis. 1982. Chemical water quality of runoff from grazing land in Nebraska: II. Contributing factors. J. Environ. Qual., 11:355-359.
- Schulz, T.T., and W.C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. J. Range Manage. 43:295-299.
- Schulz, T.T., and W.C. Leininger. 1991. Nongame wildlife communities in grazed and ungrazed riparian sites. Great Basin Natur. 51:286-292.
- Sedgwick, J.A., and F.L. Knopf. 1987. Breeding bird response to cattle grazing of a cottonwood bottomland. J. Wildl. Manage. 51:230-237.
- Sedgwick, J.A., and F.L. Knopf. 1991. Prescribed grazing as a secondary impact in a western riparian floodplain. J. Range Manage. 44:369-373.
- Shaw, N.L. 1992. Recruitment and growth of Pacific willow and sandbar willow seedlings

BLM_0080156

Oregon Clean Stream Media

in response to season and intensity of cattle grazing. p. 130-137, In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

- Skovlin, J.M. 1984. Impacts of grazing on wetlands and riparian habitat: a review of our knowledge. p. 1001-1103. In: Developing strategies for range management. Westview Press, Boulder, CO.

- Smith, D.G. 1976. Effect of vegetation on lateral migration of anastomosed channel of a glacier meltwater river. Geological Society of America Bulletin 87:857-860.

- Stacey, P.B. 1995. Diversity of rangeland bird populations. p.33-41. In: N.E. West (ed.), Biodiversity on rangelands. College of Natural Resources, Utah State University, Logan, UT.

- Stephenson, G.R., and R.C. Rychert. 1982. Bottom sediment: a reservoir of Escherichia coli in rangeland streams. J. Range Manage. 35:119-123.

- Stephenson, G.R., and L.V. Street. 1978. Bacterial variations in streams from a southwest Idaho rangeland watershed. J. Environ. Qual. 7:150-157.

- Stevens, R., E.D. McArthur, and J.N. Davis. 1992. Reevaluation of vegetative cover changes, erosion, and sedimentation on two watersheds--1912-1983. p. 123-128. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

- Stoddart, L.A., and A. Smith. 1955. Range management, 2nd edition. McGraw-Hill, New York, NY.

- Stuber, R.J. 1985. Trout habitat, abundance, and fishing opportunities in fenced vs. unfenced riparian habitat along sheep creek, Colorado. p. 310-314. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

- Szaro, R.C. 1989. Riparian forest and scrubland community types of Arizona and New Mexico. Desert Plants 9(3-4):72-138.

- Szaro, R.C., S.C. Belfit, J.K. Aitkin, and J.N. Rinne. 1985. Impacts of grazing on a riparian garter snake. p. 359-363. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

- Taylor, D.M. 1986. Effects of cattle grazing on passerine birds nesting in riparian habitat. J. Range Manage. 39:254-258.

- Taylor, F.R., L.A. Gillman, and J.W. Pedretti. 1989. Impact of cattle on two isolated fish populations in Pahranagat Valley, Nevada. Great Basin Nat. 49:491-495.

- Thurow, T.L. 1991. Hydrology and erosion. p.141-159. In: R.K. Heitschmidt, and J.W. Stuth (eds.), Grazing management: an ecological perspective. Timber Press, Portland OR.

- Thomas, J.W., C. Maser, and J.E. Rodiek. 1979. Wildlife habitats in managed rangelands--The Great Basin of southeastern Oregon: riparian zones. USDA Forest Serv. Gen. Tech. Rep. PNW-80.

BLM_0080157

- Tiedemann, A.R., and D.A. Higgins. 1989. Effects of management strategies on water resources. p.56-91. In.: T.M. Quigley, H.R. Sanderson, and A.R. Tiedemann, Managing interior Northwest rangelands: The Oregon Range Evaluation Project. USDA Forest Serv. Gen. Tech. Rep. PNW-GTR-238.
- Tiedemann, A.R., D.A. Higgins, T.M. Quigley, H.R. Sanderson, and D.B. Marx. 1987. Responses of fecal coliform in streamwater to four grazing strategies. J. Range Manage. 40:322-329.
- Trimble, S.W., and A.C. Mendel. 1995. The cow as a geomorphic agent -- a critical review. Geomorphology 13:233-253.
- U.S. Department of Interior. 1993. Riparian area management, process for assessing proper functioning condition. TR 1737-9 1993, Bureau of Land Management, Box 25047, Denver, CO.
- U.S. Department of Interior. 1994a. Rangeland reform '94, Draft environmental impact statement. Bureau of Land Management, Washington, D.C.
- U.S. Department of Interior. 1994b. Western riparian wetlands (Chapter 12). p. 213-238. In: The impact of federal programs on wetlands, Vol. II, A report to Congress by the Secretary of the Interior, Washington D.C., U.S. Fish and Wildlife Service, Arlington, VA.
- U.S. Environmental Protection Agency. 1995. National Water Quality Inventory, 1994 Report to Congress Executive Summary. Office of Water, Washington DC 20460.
- U.S. General Accounting Office. 1988. Public rangelands: some riparian areas restored by widespread improvement will be slow. GAO/RCED-88-105.
- Warner, R.E., and K.M. Hendrix (eds). 1984. California riparian systems, ecology, conservation, and productive management. Univ. of California Press, Berkeley, CA.
- Weller, M.W. 1996. Birds of rangeland wetlands. p. 71-82. In: P.R. Krausman (ed.), Rangeland wildlife. The Society of Range Management, Denver CO.
- Winegar, H.H. 1977. Camp Creek channel fencing -- plant, wildlife, soil, and water response. Rangeman's J. 4:10-12.
- Zimmerman, R.C., J.C. Goodlett, and G.H. Comer. 1967. The influence of vegetation on channel form of small streams. International Assoc. of Sci. Hydrology, Symposium of River Morphology, 75:255-275.
- Zonge, K.L., S. Swanson, and T. Myers. 1996. Drought year changes in streambank profiles on incised streams in the Sierra Nevada mountains. Geomorphology 15:47-56.

Back to Clean Water & Grazing Issues

BLM_0080158

# Livestock Grazing and Weed Invasions

# in the Arid West

by

**A. Joy Belsky  Ph.D.**
**and**
**Jonathan L. Gelbard**

**April 2000**

## A SCIENTIFIC REPORT PUBLISHED BY THE

## OREGON NATURAL DESERT ASSOCIATION



Oregon Natural Desert Association
BEND OFFICE
16 NW Kansas, Bend, OR  97701
VOICE: 541-330-2638 • FAX: 541-385-3370
E-MAIL: onda@onda.org
WEBSITE: www.onda.org

PORTLAND OFFICE
732 SW 3rd Ave., #407, Portland, OR  97204
VOICE: 503-525-0193 • FAX: 503-228-9720

E-MAIL: jbelsky@onda.org


Preparation and publication of this report were supported by
True North Foundation, Northwest Fund for the Environment, and Rogue Wave Foundation

BLM_0080159

PUBLISHED BY THE

# Oregon Natural Desert Association

BEND OFFICE
16 NW Kansas, Bend, OR 97701
VOICE: 541-330-2638 • FAX: 541-385-3370
E-MAIL: onda@onda.org
WEBSITE: www.onda.org

PORTLAND OFFICE
732 SW 3rd Ave., #407, Portland, OR 97204
VOICE: 503-525-0193 • FAX: 503-228-9720

AUTHORS:

A. Joy Belsky, Ph.D.
Oregon Natural Desert Association
732 SW 3rd, Suite 407
Portland, Oregon 97204
503-228-9720
jbelsky@onda.org

Jonathan L. Gelbard
Department of Environmental Science and Policy
2132 Wickson Hall
University of California
Davis, California 95616
jlgelbard@ucdavis.edu

The authors wish to thank the Washington State University Cooperative Extension Service for permission to reproduce drawings of weed species originally published in Range Plants: Their Identification, Usefulness, and Management, by Ben Roché. Illustrations for that publication were drawn by Kappy Brun, Cindy Talbott, and Janet Zehm.

PREPARATION AND PUBLICATION OF THIS REPORT WERE SUPPORTED BY:
True North Foundation
Northwest Fund for the Environment
Rogue Wave Foundation

Printed on recycled paper.

BLM_0080160

# Executive Summary

Nonindigenous plants (also referred to as alien, exotic, or introduced weeds) are invading arid and semi-arid grasslands, shrublands, and woodlands of the American West at an exponential rate. Management efforts intended to control their spread have been largely ineffective. This may be due to a lack of attention to domestic livestock grazing, the dominant land use of the region.

The contribution of livestock grazing to weed invasions has generally been downplayed while the effects of drought, historic overgrazing, fire, and seed introductions associated with outdoor recreation, roads, and wildlife have been emphasized. In this paper, we review the scientific literature relating livestock grazing to the invasion of nonindigenous plant species in the arid and semiarid lands west of the Rocky Mountains.

At the landscape and regional scales, livestock grazing is one of several factors causing and enhancing the invasion of alien weeds into grassland, shrubland, and woodland communities; but at the community scale, livestock may be the major factor causing these invasions. Most studies find that plant communities grazed by domestic livestock contain a greater density, frequency, or cover of nonindigenous plants than ungrazed communities. A few studies document positive, but only temporary, reductions of weed numbers by sheep and goats, but most weedy species are avoided by cattle.

Livestock contribute to alien weed invasions by:

(1) transporting weed seeds into uninfested sites on their coats and feet and in their guts,

(2) preferentially grazing native plant species over weed species,

(3) creating patches of bare, disturbed soils that act as weed seedbeds,

(4) destroying microbiotic crusts that stabilize soils and inhibit weed seed germination,

(5) creating patches of nitrogen-rich soils, which favor nitrogen-loving weed species,

(6) reducing concentrations of soil mycorrhizae required by most western native species, and

(7) accelerating soil erosion that buries weed seeds and facilitates their germination.

This review suggests that nonindigenous weeds will continue to spread through arid and semi-arid grass-lands, shrublands, and woodlands in the western United States unless selective grazing, nutrient redistribution, and soil disturbances by livestock are greatly reduced or eliminated.

> At the community scale, livestock may be the major factor causing weed invasions.

BLM_0080161

# Introduction

Invasive, nonindigenous plants, also referred to as alien, exotic, or introduced weeds (i.e. species that have been moved beyond their natural range by humans (178)), are spreading through public and private grasslands, shrublands, and woodlands of the arid and semi-arid West at a rapid, and in some areas exponential, rate (65, 155). As a result, the region's native plant communities are being severely degraded.

Alien annual grasses such as cheatgrass (Bromus tectorum) and medusahead (Taeniatherum caput-medusae) and forbs such as the starthistles and knapweeds (Centaurea spp.) and leafy spurge (Euphorbia esula) have invaded over 40 million ha of western grasslands, shrublands, and woodlands (30, 104, 122, 173). Large, low-elevation areas of California are currently dominated by introduced annual grasses (14), and arid and semi-arid portions of the Pacific Northwest have been invaded by over 860 exotic plant species (65), representing over 20% of the estimated 3,700 alien plant species currently recorded in the United States (178). Of these, 115 have been legally declared "noxious weeds" by one or more states (65). In spite of federal, state, and local activities to combat spread of these weeds, weed invasions into western plant communities continue at epidemic rates (155).

These findings are of serious concern because nonindigenous

**Cheatgrass (Bromus tectorum)**

species are suspected of being the second main cause, following loss of habitat, for the listing of all threatened and endangered species in the United States (57, 177). According to a recent survey by Wilcove et al. (177), alien species have contributed to the endangerment or extinction of 33% of at-risk

> **Nonindigenous species are suspected of being the main cause following loss of habitat for the listing of all threatened and endangered species in the United States.**

plant species. Additionally, invasions that alter the biological landscape constitute a significant component of global environmental change (168). Introduced weeds alter western ecosystems by increasing fire frequency (30, 36, 173), reducing biodiversity (126, 137, 178), reducing wildlife habitat (18, 90), disrupting nutrient cycling and hydrology (167), increasing topsoil loss (94), and altering soil microclimate (53). Long-term monitoring suggests that some weed-altered arid and semi-arid communities may never recover, even with the cessation of all anthropogenic disturbance (30, 31, 180).

The rapid spread of nonindigenous plants in the West, estimated at 2,200 ha (5000 ac) per day on western federal lands (155) or 14% annually (158), indicates that weed management strategies currently used by federal land-management agencies have been largely ineffective (65, 155).

BLM_0080162

While most weed scientists and federal agencies conclude that the most effective and least expensive way of managing introduced plant species is to prevent new infestations (e.g. 79a, 140, 155, 163, 178), recent weed management plans and agency publications (e.g., 12, 65, 154, 155, 156, 157, 158, 162, 163, see also 141) have given little attention to prevention. Instead, these publications emphasize weed control and eradication using herbicides, biological control, mechanical weed removal, fire prevention, and plowing. Prevention is often limited to exhorting hikers to clean their boots, asking drivers to wash off their vehicle undercarriages, and recommending that owners of pack animals use weed-free feed (e.g., 141, 154, 155, 156, 163).

## The Missing Component

Missing from these federal management plans is a thorough analysis of the relationship between livestock grazing and weed invasions. Not only has grazing long been the dominant land use of most western grasslands and shrublands (58), but livestock grazing has also been a major use of western woodlands (23) and low- and mid-elevation forests (24). The 100->200-year history of livestock grazing in the American West is known to have degraded stream and riparian ecosystems, stripped uplands of native grasses, severely depleted herbaceous plants in all plant communities, increased erosion, and endangered native species (8, 9, 25, 58, 116, 121, 183). Evans and Young (53) noted that significant portions of the sagebrush-grasslands in the Great Basin have been degraded to the point that they produce less than 50% of their biological potential.

Numerous scientific papers have listed the influence of past and current livestock grazing on the spread and ever-increasing dominance of introduced weeds (e.g., 14, 18, 38, 45, 78, 91, 113, 183, 185, among others). In Washington State, for example, 84% of yellow starthistle (Centaurea solstitialis) and 80% of diffuse knapweed (Centaurea diffusa) populations are found on lands predominantly used for livestock grazing (135). However, these conclusions about the causal relationship between livestock and weed invasions have not been translated into effective weed control policies, nor even discussed in most agency educational materials.

> **Management plans for federal lands lack thorough analysis of the relationship between livestock grazing and weed invasions.**

Livestock are not the only factors contributing to weed invasions in the West. Anthropogenic causes of soil disturbance such as outdoor recreationalists, off-road vehicles (ORVs), trucks, road construction, and logging; and natural causes such as wildfire, burrowing animals, wind, floods, and natural erosion enhance the vulnerability of communities to invasion. Resource availability (60, 77, 80, 146), distance to seed source (60, 146), drought (113, 148), and above-normal precipitation (50, 155) contribute to invasions at multiple spatial scales, while wildlife (48, 188), fire (173, 187), soil chemistry, texture, and depth (80, 134, 182), and surface microclimate and microtopography (53) contribute to invasions at local scales. Rising levels of carbon dioxide in the atmosphere may also increase the growth rates of weedy annuals (44, 125).

BLM_0080163

The admitted lack of effectiveness of current federal weed prevention programs (65) can be traced to several causes. First, limited funds have been concentrated on weed control rather than on prevention (79a, 98). Second, unorthodox definitions of weed prevention, such as "early detection", "education, training, and inventory" (11) and "spot control" (162) have often been applied to weed management programs, rather than the more usual definitions of reducing the influx of weed seeds or reducing community vulnerability to invasion. Third, efforts have concentrated more on preventing the introduction and spread of weed seeds along roads and trails than on preventing activities that disturb soil surfaces and open plant communities to invasion. This is not to say that preventing invasions along roadsides is unimportant, since roads act as corridors for the movement of weeds into new regions and support high densities of nonindigenous plants. However, roadside disturbances are only part of the problem.

Finally, the ineffectiveness of current weed prevention programs in the arid and semi-arid West may result from insufficient attention being given to the multiple impacts of livestock grazing. Recent BLM and US Forest Service reports and management plans to combat introduced weeds (e.g., 157, 158, 162, 163) recommended neither significant changes in livestock management nor reductions in livestock numbers. In some cases, they even consider increasing livestock grazing in weed-dominated areas (157, 158, 163). Where changes in livestock management are considered, emphasis is on altering season of use by livestock or changing the grazing system, but little evidence is provided showing that these changes are effective. Surprisingly, some of the recommended grazing systems such as rest-rotation and time-controlled grazing have been found to favor weed growth (117, 183). In addition, changes in livestock management are usually recommended only after weed eradication programs are implemented, not before weeds have entered the community (e.g., 141, 163).

In this paper, we review the multiple influences of livestock grazing on invasions of nonindigenous plants in grasslands, shrublands, and woodlands of the American West. We include arid and semi-arid lands west of the Rocky Mountains, including California, but exclude the Sonoran, Mojave, and Chihuahuan Deserts of the American Southwest. Most of the studies discussed in this paper are from the described region, but papers from other regions are included if they describe general ecological factors not likely to differ among regions.

> **Recent BLM and US Forest Service plans to combat introduced weeds recommended neither significant changes in livestock management nor reductions in livestock numbers.**

BLM_0080164

# Weed Introductions at Different Ecological Scales

Inattention to the impacts of livestock grazing may be due, in part, to a confounding of ecological scale (7) by land managers. In this report, ecological scale refers to different levels of biological organization ranging from large, i.e. the continental or regional scale, to small, i.e. the local or community scale. Most federal land management plans concentrate on roadside invasions, thereby looking primarily at the landscape scale, not the full range of scales.

The invasion process begins with a regional-scale introduction of weed seeds and plant parts from overseas or distant geographic areas (Figure 1). Ships, trains, and trucks carry agricultural seed and animal feed contaminated with weed seeds over long distances, and weed seeds hitchhike in ship ballast, packing materials, and mud adhering to vehicles. Escape of introduced ornamental plants such as leafy spurge, Dalmation toadflax (Linaria dalmatica), and St. Johnswort (Hypericum perforatum) from gardens and parks and intentional introductions of alien species such as Johnsongrass (Sorghum halepense) have also led to widespread introductions (15, 105, 143, 175, 178). The introduction of cheatgrass into the western U.S. from southwestern Asia occurred both accidentally (in contaminated wheat seed) and deliberately (following a study to identify new grass species to reseed overgrazed rangelands in eastern Washington) (103).

Introductions of alien species at the regional scale create localized points of infestation, usually around sea ports, train stations, and industrial sites frequented by commercial trucks, as well as in and surrounding agricultural fields and along major highways.

The second or landscape-scale introductions (Figure 1) occur when seeds of nonindigenous species are transported to roadsides and fields throughout a region. Cheatgrass, for example, is thought to have spread from its original points of introduction to roadsides and agricultural lands throughout the Intermountain West in contaminated alfalfa and wheat seed, fleece and dung of itinerant shepherds' flocks, dung and hair of cattle transported on railroads, and in cattle bedding-straw discarded along railroad tracks (103). Additional landscape-level dispersal is by motor vehicles with weed seeds in their radiators and adhering mud, road improvement operations that disperse contaminated roadfill, movement of unclean industrial, logging, and agricultural equipment (155), and



St. John's Wort  (*Hypericum perforatum*)

BLM_0080165



**FIGURE 1:**
**WEED INTRODUCTIONS AT DIFFERENT ECOLOGICAL SCALES**

**REGIONAL SCALE INTRODUCTIONS**

**LANDSCAPE SCALE INTRODUCTIONS**

**COMMUNITY SCALE INTRODUCTIONS**

Introductions of nonindigenous plants at different geographic scales into arid and semi-arid shrublands, grasslands, and woodlands of the American West.

livestock trucks transporting animals from infested into uninfested areas (135). Flowing water, wind, and far-ranging birds also transport weed seeds through-out regions (133, 135). Landscape-level introductions typically result in infesta-tions along secondary roads, throughout agricultural lands, and along the banks of streams and irrigation ditches (135).

At the third and smallest level, local- or community-scale introductions (Figure 1) occur where weed seeds are

BLM_0080166

transported from travel corridors, agricultural areas, and stream banks onto adjacent plant communities. Natural vectors such as wind, flowing water, and native wildlife, and anthropogenic vectors such as livestock, hikers, ORVs , and agricultural equipment move seeds into and throughout native communities (133, 135, 138).

## LIVESTOCK AS VECTORS OF NONINDIGENOUS PLANTS

Although weed seeds may be introduced into communities by natural vectors or recreationalists (133), the more than 20 million cattle and sheep grazing western grasslands, shrublands, and woodlands of the American West (160) may be the most pervasive factor moving seeds into and throughout plant communities. Unlike large wildlife species, which are sparse in the arid West (106), and outdoor recreationalists, who for the most part are restricted to trails, roads, and campgrounds, cattle and sheep are far-ranging; they reach all but the steepest slopes and areas farthest from water (38). While in some areas, Off Road Vehicles, mountain bikes, or hikers may be the dominant source of weed introductions, livestock are more likely the cause of weed introductions into non-recreational or remote areas away from roads or trails.

The effectiveness of livestock as weed seed vectors is illustrated by their ability to transport viable seeds in their hair and digestive tracks, and in mud on their feet (91, Table 1). One study found that in one grazing season, a single cow in a pasture in Alberta, Canada, redistributed over 900,000 viable seeds (42). Dore and Raymond (42) also reported that a single cow deposited an average of 37,000 viable seeds of late-season annuals in dung per day in the fall. The authors concluded that cattle were the most important dispersers of seeds of pasture species. In other studies, individual sheep were found to transport up to 17 viable leafy spurge seeds per day in their dung (119) and 14 viable halogeton (Halogeton glomeratus) seeds per 500

| **TABLE 1.** LIVESTOCK AS VECTORS OF SEEDS OF NONINDIGENOUS PLANT SPECIES. | | | |
|---|---|---|---|
| **ANIMAL VECTOR** | **WEED SPECIES** | **VIABLE SEEDS TRANSPORTED** | **CITATION REFERENCE #** |
| Cattle | Many | A maximum of 37,000 viable seeds/cow/day in dung | 42 |
| Cattle | Houndstongue | 65% of burrs per stalk attach to cattle | 40 |
| Sheep | Halogeton | 14 seeds/500g dung | 91 |
| Sheep | Knapweed species | Up to 17 seeds/sheep/day in dung; up to 39 seeds in fleece | 119 |
| Sheep | Squarrose knapweed | 4.5 achenes per 10 grams wool from head | 136 |
| Sheep | 13 non-indigenous species | In dung | 74 |

BLM_0080167

> **Non-native weeds are most likely to invade sites that experience disturbances that differ in type or frequency from their natural disturbance regimes.**

grams of dung (91). Sheep also carried an average of 39 leafy spurge seeds in their fleece (119). Cattle dispersed seeds of houndstongue (Cynoglossum officinale) on their heads, chests, and undersides, brushing them off on shrubs, poles and other animals (40).

By dispersing seeds into and throughout communities, livestock facilitate invasion of entire landscapes. In Australia, Brown and Carter (33) found the invasion of an alien shrub into a grassland to have been caused by a shift to cattle as the dominant livestock species. In addition, range developments such as water tanks and ponds, and the roads constructed to access them, act as loci for weed spread. These disturbed sites are highly invasible (129, 149) and act as conduits for invasion into surrounding communities. Given that livestock graze 70% of the land area of the West (164), including 94% of BLM's 165 million acres, and carry viable seeds for as long as ten days (91), they are undoubtedly major vectors of nonindigenous plant seeds.

## LIVESTOCK GRAZING AND THE INVASIBILITY OF ARID AND SEMI-ARID COMMUNITIES

For nonindigenous species to become important constituents of plant communities, not only must their seeds enter the communities, but the communities must be open to invasion. In other words, the communities must be invasible (127). The primary determinants of plant community invasibility are the number of safe sites for seed germination in the community (53, 68), the amount of plant cover or biomass (127), and perhaps resource availability (146). Community invasibility is enhanced by increases in soil disturbance (178), which aids seed establishment by creating safe sites for seeds and temporarily increasing soil nitrogen. Invasibility is also enhanced by reductions in plant cover, which reduce competition for limited resources (77, 78, 127). Crawley (34) and Rejmanek (127) found that the most invasible communities were those with low average levels of plant cover and frequent disturbance (see 17 for additional examples). Schiffman (139) concluded that nonindigenous plant species are most likely to invade sites that experience disturbances that differ in type or frequency from their natural disturbance regimes.

The rapid invasion of nonindigenous plants recorded throughout the West suggests not only that weed

Yellow starthistle
(*Centaurea solstitialis*)

BLM_0080168

seeds are being transported into native grasslands, shrublands, and woodlands at high rates, but that these communities are highly invasible (30, 104, 106, 184). This invasibility can best be explained by low plant cover, which is common in arid and semi-arid regions; an absence of co-evolved predators, competitors, and parasites in the new environments; climates similar to those in the invasive species's area of origin; and exotic forms of disturbance.

## Evolutionary Vulnerability

Grasslands, shrublands, and woodlands west of the Rocky Mountains may be more vulnerable to disturbances by domestic livestock and to weed invasions than other regions. For thousands of years prior to the arrival of livestock, large grazers were sparse in the Intermountain West and California (14, 79b, 106, 109, 112, 121, 169). Native herbivores such as deer, elk, and pronghorn are not thought to have been abundant enough to have exerted strong selective pressures on native grasses and broadleaved herbaceous species (38, 104, 113). Thus, the introduction of domestic livestock in the 1800s added a new type of perturbation to western ecosystems, e.g. heavy grazing and trampling (79b, 106, 139). In the classic discussion of this topic, Mack and Thompson (106) concluded that unlike grasses of the Great Plains, which evolved under thousands of years of intense grazing by American bison, bunchgrasses west of the Rocky Mountains were only lightly grazed. Consequently, these species evolved little tolerance of intense grazing and trampling, causing them to be highly sensitive to the actions of introduced cattle and sheep. As a result, within 20-40 years of the beginning of livestock production west of the Rockies, many western grasslands and shrublands were reported to be severely damaged (73, 103,189).

> **Unlike grasses of the Great Plains, bunchgrasses west of the Rocky Mountains evolved with little tolerance for intense grazing and trampling, causing them to be highly sensitive to introduced cattle and sheep.**

BLM_0080169

# Livestock Disturbances

Livestock increase the invasibility of plant communities by disturbing vegetation and soils (138) and by altering ecosystem processes such as fire frequency and nutrient cycling (10, 79a). These impacts act together to increase community invasibility.

## 1) Selective Grazing

A major cause of increased community invasibility is selective grazing by livestock (14, 45, 91, 117b, 183). Livestock, especially cattle, preferentially graze native plant species while avoiding most weeds, which are poor forage and have low palatability due to toxins, spines, and distasteful compounds (17, 34, 91, 117, 166, 181). As a result, the size, density, and competitive vigor of native plants are reduced while weedy species are released from competition (18, 91, 101, 117, 142). With continued livestock grazing, native species decline in density and cover, leaving bare patches that are readily colonized by weedy annuals (48, 72, 129).

> **Most studies suggest that livestock grazing leads to reductions of native species while pastures become increasingly dominated by alien species.**

Examples of declines in vigor by native species and increases in density of nonindigenous species are numerous (Table 2). In Utah, individual plants of cheatgrass, halogeton, and Russian thistle (Salsola pestifer) were larger, sometimes by an order of magnitude, in heavily grazed communities than in ungrazed communities (71); and three years of repeated sheep grazing in Montana significantly reduced shoot and root biomass of the native bunchgrass, Idaho fescue (Festuca idahoensis), but had no effect on spotted knapweed (Centaurea maculosa) (118). Clipping studies (which duplicate grazing studies but without the trampling) of two bunchgrasses and two sod-forming grasses in eastern Washington resulted in significantly higher numbers of yellow starthistle in clipped than unclipped plots (134); while a single clipping of Idaho fescue (30% or 90% of shoot removed) increased spotted knapweed biomass and numbers (81). In a follow-up study, Jacobs and Sheley (82) found that clipping bunchgrasses more than once on a grass-dominated site reduced cover and density of the grasses but increased the cover of knapweed. Although not all species and habitats have been rigorously tested, most grazing and clipping studies (Table 2) suggest that livestock grazing leads to reductions of native species while pastures become increasingly dominated by alien species.

## 2) Trampling

Trampling also increases plant community invasibility (78, 104, 129). Through hoof action, livestock damage biological soil crusts, create safe sites for weed seeds, increase soil nitrogen levels, and create competition-free patches of bare ground that are open to invasion (48, 77, 78, 129, 137, 138). Trampling can also injure the shoots of native plants (171), reducing their competitive and reproductive capacities. The most severe effect of trampling may be compaction of soils, which damages plant roots (171) and causes roots to

BLM_0080170

### TABLE 2. Impacts of Livestock Grazing on Invasive, Nonindigenous Plant Species.

| Location | Grazer | Effect of grazing | Reference # |
|---|---|---|---|
| California | Cattle | Medusahead was abundant on grazed but not ungrazed stands that were high in clay | 147 |
| Nevada | Cattle, sheep, horses | Cheatgrass, peppergrass, and halogeton increased "to an extreme degree" during 50 years of grazing | 131 |
| Oregon | Cattle, sheep | Cheatgrass cover and density were extremely low on a relict site but had up to 11% cover and 254 plants/m$^2$ on grazed sites | 62 |
| Washington | Cattle, sheep | In undisturbed vegetation, cheatgrass was sparse and the plants dwarfed | 38 |
| Washington | Cattle | After three years light grazing, cheatgrass and tumblemustard invaded areas where cattle congregated | 129 |
| Montana | Livestock | Ungrazed rough fescue and bluebunch wheatgrass communities were "fairly resistant" to invasion by diffuse knapweed | 93 |
| British Columbia | Cattle | Knapweed cover on a site sprayed with herbicide was higher in grazed than ungrazed plots | 107 |

become more concentrated near the soil surface (43). These changes may prevent native plants from acquiring sufficient resources for vigorous growth

Soil compaction by large grazing mammals also locally reduces populations of soil decomposers and lowers soil hydrologic conductivity, aeration, and redox potential (20, 43, 174), changes that appear to favor weedy species over native bunchgrasses (41, 20). Rickard (129) recorded the effects of livestock trampling in Washington State, where he found that cheatgrass and tumble mustard (Sisymbrium altissimum) invaded a trampled grassland, but not nearby untrampled grasslands. In another study, the cover of introduced species in a site trampled by humans in Utah was significantly greater than in undisturbed sites (20).

Where livestock reduce vegetative cover and disturb soil surfaces, they also increase wind and water erosion (21, 43, 48, 102, 174). Soil movement resulting from erosion often buries weed seeds with loose soil particles, increasing the probability of their germination (51). Evans and Young (51) found that cheatgrass emergence was 30 times greater, tumblemustard emergence 20 times greater, and medusahead emergence eight times greater when their seeds were buried 1 cm deep than when

BLM_0080171

their seeds were broadcast on a smooth soil surface. Fall grazing is especially conducive to cheatgrass invasion since livestock are more likely to bury cheatgrass seed in the soil profile when soil surfaces are dry (R. Rosentreter, pers. comm.). Thus, disturbances that loosen surface soils may increase nonindigenous plant invasions.

Native wildlife species such as gophers, ground squirrels, and deer also disturb soils and create bare patches. Although sometimes implicated in the spread of invasive species into intact communities (e.g. 153), native species do not appear to be major causes of community invasibility (139). Grasslands and shrublands that have long been protected from livestock disturbance, such as the US Department of Energy's Hanford Site in eastern Washington and a semi-isolated plateau known as The Island in central Oregon, still posses their native wildlife species but, except along roads, are relatively free of nonindigenous plant species (62, A.J. Belsky, personal observation). This difference between wildlife and livestock impacts may be, as Schiffman (139) discusses, due to native wildlife species creating disturbance types that are "evolutionarily and ecologically usual" while livestock create disturbances that differ in type, frequency, and intensity from the normal disturbance regimes. Holland and Keil (79b) and Archer and Smeins (10) similarly concluded that native herbivores such as elk, pronghorn antelope, and deer differ from livestock in their impacts on the vegetation by having different grazing patterns. They noted that native wildlife graze an area and then move on, allowing the vegetation to recover, while domestic livestock graze the same area repeatedly. In addition, livestock, but not native grazers, graze bunchgrasses down to their bases, damaging their growing buds.

> Native wildlife create disturbance types that are "evolutionarily and ecologically usual" while livestock create disturbances that differ in type, frequency, and intensity from normal disturbance regimes.

## 3) Impacts on Soil Crusts

Microbiotic crusts (also referred to as biological, cryptobiotic, cryptogamic, or microphytic crusts) are living mats of lichens, mosses, algae, and cyanobacteria that blanket exposed soils in deserts, dry grasslands, and shrublands around the world. These crusts are important components of arid and semi-arid ecosystems in that they increase soil stability (21) and fix atmospheric nitrogen (N) (55). Cyanobacteria in these crusts may be the main source of N input into arid and semi-arid ecosystems (54, 55). In the western United States, microbiotic crusts have also been found to enhance soil fertility, increase elemental content of plant tissues, increase water infiltration and holding capacity, and contribute to mycorrhizal colonization (reviewed in 69, 70, 96).

By trampling these fragile crusts, livestock disturb, and in some cases completely destroy, this important component of arid ecosystems. Disturbance of these fragile crusts by cattle and sheep hooves (29, 83), which is widespread over the American West, most likely reduces the establishment and vigor of native plants (22,70), thus indirectly increasing community invasibility (20,46, 55, 137).

There is also evidence that intact microbiotic crusts reduce weed invasions directly by preventing the germi-

BLM_0080172

nation and establishment of annual weed seeds (46, 64a, 104, 137, 138), even when abundant seed sources are nearby. Crusts appear to have less effect on germination and establishment of native perennials (84). Two mechanisms have been proposed. The first is that crusts act as physical barriers to weed establishment by preventing seeds or their roots from contacting mineral soil (104). Some native species overcome this barrier by having special structures such as geniculate awns, which drill seeds through the crust into the soil (84).

A second mechanism is that crusts may prevent burial and germination of weed seeds by stabilizing soils (J. Belnap, personal communication). This idea is supported by Evans and Young (51), who found that emergence and growth of cheatgrass, medusahead, and tumble mustard were substantially enhanced by seed burial. Whatever the causal mechanism, sites with intact microbiotic crusts seem to be significantly more resistant to invasion than sites with disturbed crusts (84, 104). For example, Gelbard (unpublished data) found in a multivariate analysis of data from over 650 sites in southern Utah and eastern Nevada that in sites lacking microbiotic crusts, 20% of the plant species were aliens, while in sites with intact crusts, only 9% of species were aliens. In addition, Gelbard (1999) found that cheatgrass cover was four times higher on sites lacking microbiotic crusts than sites with crusts (16% vs. 4%). Approximately 64% of these sites had been disturbed by livestock, 25% by wildlife, 12% by outdoor recreationalists, and 2% by fire. Destruction of microbiotic crusts may therefore be one of the major ways that livestock predispose communities to weed invasions.

Nonindigenous plants are sometimes found in high numbers in areas with undisturbed microbiotic crusts, especially under conditions of high soil nitrogen or above-average rainfall. In a year of unusually frequent rainfall, for example, cheatgrass appeared at high density in an undisturbed community having well developed microbiotic crusts in Canyonlands National Park, Utah (49). Before this, the community had resisted cheatgrass invasion for 60 years, even though it was surrounded by communities with high cheatgrass densities (J. Belnap, personal communication). In another case, cheatgrass increased substantially after an unusually heavy spring rain in a kipuka, i.e., an island of soil and vegetation protected from grazing animals by old lava flows (87). However, a nearby kipuka supporting a similar shrub-steppe community was not invaded.

## 4) Impacts on Mycorrhizae

Besides damaging microbiotic crusts, grazing disturbances may enhance community invasibility by reducing colonization of grasses by vesicular-arbuscular mycorrhizae (VAM) (1, 27, 28, 176). VAM fungi form symbiotic relationships with plant roots, improving transport of essential nutrients and water from the soil into the roots of the colonized (mycorrhizal) plants (4). Allen et al. (5) suggested that VAM fungi reduce community invasibility by increasing native plant vigor. When VAM numbers are reduced due to disturbance or fire, plant species that require VAM fungi for vigorous growth,

> **Livestock disturb and sometimes destroy microbiotic soil crusts, which reduce weed invasions directly by preventing the germination and establishment of annual weed seeds.**

BLM_0080173

which include most native species in arid and semi-arid communities of the West (6, 176), are less vigorous and are put at a competitive disadvantage relative to weeds that do not require VAM fungi (5, 41, 61).

In a few cases, but not all (e.g., 6), livestock grazing has been found to reduce mycorrhizae numbers in the soil as well as to reduce their ability to form symbioses with host plants. Bethlenfalvay and Dakessian (27) explored the effects of livestock grazing on mycorrhizal colonization in a sagebrush (Artemesia tridentata) community and found VAM colonization of five native perennial grasses in a grazed community to be 28-60% lower than in an adjacent ungrazed community. Broadleaved plants were not affected. A follow-up study by Bethlenfalvay et al. (28) found that VAM colonization of Fairway crested wheatgrass (Agropyron desertorum), an introduced perennial forage grass, was 50% lower in a grazed than ungrazed sagebrush community. Similarly, Harper and Pendleton (70) found lower mycorrhizal infection in plants in uncrusted than crusted soils. In a study using mycorrhizal native grasses and mechanical disturbances of the soil, Doerr et al. (41) found that mycorrhizal infections declined with increasing soil disturbance. They concluded that the effects of mycorrhizae on plant community succession are so substantial that if perennial grasses are desired, then disturbances should be minimized.

While mycorrhizal species are benefited by VAM colonization,

> **Livestock grazing has been found to reduce mycorrhizae numbers in the soil as well as to reduce their ability to form symbioses with host plants.**

nonmycorrhizal weeds such as Russian thistle and halogeton may not be. VAM fungi can parasitically extract carbohydrates from nonmycorrhizal plants and kill their roots or root segments (2, 3, 5). Allen and Allen (3) found that in one site in Wyoming, inoculation of soils with mycorrhizal fungi reduced the cover and density of Russian thistle by 30% and 40%, respectively. Similarly, Allen et al. (5) found that the cover of early seral nonmycorrhizal species, including halogeton and black mustard (Brassica nigra), could be reduced by as much as 40% with the addition of mycorrhizal fungi. Thus, VAM inoculation of soil may be a tool to control some nonindigenous plant species.

## 5) Impacts on Soil Nitrogen

Livestock also increase the invasibility of grass-, shrub-, and woodland communities by redistributing soil nitrogen (N), creating locally enriched areas. High soil N content favors the establishment of weeds that prefer high N concentrations (55, 77). Such N "hot spots" occur in areas where animals deposit N in urine and dung or where disturbances increase N mineralization rates in the soil. Nitrogen hot spots are concentrated where livestock congregate near streams, fences, water tanks, and salt licks (10, 115, 149).

High soil N increases invasion by nitrophilous weeds such as cheatgrass and medusahead by stimulating germination of their seeds and enhancing their growth over that of native species (17, 52, 144, 150, 184). A study of competition between cheatgrass and the native perennial bluebunch wheatgrass (Pseudoregnaria spicata) found that application of nitrogen fertilizer quadrupled the number of cheatgrass plants but depressed wheatgrass yields by 50% (179). In a study examining the effects

of both fertilization and grazing on competition between cheatgrass and intermediate wheatgrass (Elytrigia intermedia), Kay and Evans (85) found that applied nitrogen favored cheatgrass at the expense of the perennial grass. They also found that a combination of grazing and fertilization favored cheatgrass over wheatgrass more than fertilization alone. Hobbs and Atkins (76) working in Australia concluded that introduced annuals respond more

> **Application of nitrogen fertilizer quadrupled the number of cheatgrass plants but depressed native bluebunch wheatgrass yields by 50%.**

favorably than native plants to a combination of soil disturbance and fertilization. Disturbance significantly increased the establishment of introduced annuals while fertilization significantly increased their biomass. Native annuals, however, showed little response to soil disturbance. Such combinations of disturbance and fertilization, in the form of trampling and dung, are common in grazed communities.

### 6) Impacts on Fire Regimes

Finally, dominance by alien species in arid and semi-arid communities is increased by the shorter fire-return intervals that often occur when annual weed cover is high. Once a grazed area is invaded by cheatgrass, which is denser than native bunchgrasses and dries out earlier in the growing season, fires become more frequent (30, 123, 173, 187). Frequent, early-season fire is lethal to many species of native bunchgrasses and shrubs, opening up communities to fire-tolerant alien species (30, 36, 187). One of the long-term consequences of nonindigenous plant invasions in the Intermountain West may be the absence of community recovery once flammable weeds have produced a permanently shortened fire-return cycle (30, 173, 187).

## Can Ungrazed Communities Resist Invasions of Nonindigenous Species?

In most cases, established perennial grasses and healthy grasslands are able to retard, if not completely prevent, invasions by nonindigenous species (169, 184). Nonindigenous plants are generally absent or sparse in undisturbed grasslands and shrublands (39, 62, Tables 2), or their invasions are considerably slowed (93). Pickford (123) found that cheatgrass was rare (<1% cover) in communities protected from livestock grazing; and, as noted above, a site in Canyonlands National Park resisted invasion by cheatgrass for 60 years. Likewise, Daubenmire (38, 39), Goodwin et al. (62), and Belnap (20) observed few cheatgrass plants growing in undisturbed bunchgrass and blackbrush communities. Even where introduced annual species had established, their populations were small and the plants dwarfed (38).

Ungrazed and lightly grazed but still healthy stands of perennial grasses have been found to deter invasion by other nonindigenous weedy species as well. Yellow starthistle (134), medusahead (35, 181, 186), bull



**Russian Knapweed (*Centaurea repens*)**

---

BLM_0080175

thistle (59), diffuse knapweed (26), halogeton (32, 128), dyer's woad (Isatis tinctoria) (108); musk thistle (56), and Russian thistle, tumble mustard, alfalfa (Medicago sativa), sweetclover (Melilotus officinalis), horseweed (Conyza canadensis), and storksbill (Erodium cicutarium) (39) were all found to be less frequent in ungrazed or lightly grazed communities than in more disturbed ones. These reports provide strong evidence of the effectiveness of healthy native plant communities in deterring weed invasions.

Some weed species have been found to invade undisturbed grasslands and shrublands (e.g., 49, 73, 87, 89, 91, 93). Spotted knapweed, for example, invaded fescue (Festuca spp.) communities adjacent to roadsides in Glacier National Park (153), and leafy spurge invaded the remote Danaher Creek area of the Bob Marshall Wilderness (18). In spite of these and other reports, serious weed infestations in ungrazed, undisturbed grasslands and shrublands appear to be limited.

## Can Range Communities Recover when Livestock are Removed?

The elimination of livestock grazing from grasslands and shrublands has often, but not always, been found to result in a reduction in weed numbers (Table 3). In eastern Oregon, the frequency of the alien grass Bromus hordeaceus declined in wet meadows that had been protected from grazing for 15 years, but increased 2-48% where grazing continued (63). In the same community the frequency of the introduced grass timothy (Phleum pratense) declined from 33% to 3% where protected and the frequency of tall buttercup (Ranunculus acris) declined from

55% to 12%. Similarly, after 20 to 40 years of protection from livestock grazing in British Columbia, cheatgrass cover was 1% (versus 3% on a grazed site), and its frequency was 4 % (versus 12% on a grazed site.) (111). In addition, seedlings of native perennial bluebunch wheatgrass were able to invade cheatgrass stands after ten years of protection in western Montana (72). Finally, Monsen (114) reported that protection from grazing for 58 years in southcentral Idaho allowed native species to increase in density and cover on north exposures, although not on south and west exposures.

Little research has focused on the environmental conditions necessary for weed-dominated arid and semi-arid communities to recover through natural successional pathways, or for native species to recolonize weed-dominated stands (114). Since several important weedy species, e.g., cheatgrass, medusahead, leafy spurge, and knapweeds, outcompete native species for water (72, 188), reestablishment of native perennials is most likely to result from the elimination of livestock in high rainfall areas (114) or in habitats characterized by high soil moisture availability (38). However, Monsen (114) also noted that during a recent drought, cheatgrass disappeared from extensive sagebrush communities in Nevada, Idaho, and Utah and was replaced in some areas by perennial bunchgrasses.

A number of studies have not found a decline of nonindigenous weeds when disturbances, including livestock grazing, were eliminated (e.g. 31, 39, 128, 130, 172). However, some of these results are not clear-cut. Robertson (130), for example, found that cheatgrass increased 38% during 30 years of protection from livestock grazing in an eroded

**TABLE 3. EFFECTS OF PROTECTING PREVIOUSLY GRAZED COMMUNITIES FROM LIVESTOCK GRAZING.**

| LOCATION | GRAZER | YEARS OF PROTECTION | EFFECT ON PLANT COMMUNITY | CITATION REFERENCE # |
|---|---|---|---|---|
| California | Cattle, sheep | 4 years | Cheatgrass cover was three times higher in grazed vs. protected pastures | 85 |
| California | Cattle | 6 years | Cover of native species was significantly higher and the cover of introduced species was significantly lower in protected than grazed coastal prairies | 47 |
| California | Cattle, sheep | 10-15 years | Scattered plants and small stands of perennial grasses appeared in annual grassland | 16 |
| California, Channel Islands | Cattle, sheep | Variable | Native vegetation recovered while alien species declined in cover | 64b |
| Colorado | Cattle, sheep | 10 years | Cheatgrass, pepperweed, and other annual weeds were less frequent in protected than grazed plots | 152 |
| Utah | Cattle | 5-40 year | Perennial grass cover averaged 23% and 10% on protected and grazed plots, respectively. Cheatgrass cover averaged 1.3% and 2.3% on protected and grazed plots, respectively | 123 |
| Utah | Cattle, sheep | 6-15 years | Reduced occurrence of halogeton in exclosures | 128 |
| Oregon | Cattle | 10 years | *Phleum pratens* frequency declined from 33% to 3% and tall buttercup frequency decreased from 55% to 12% in protected stands while remaining stable in grazed stands | 63 |
| Idaho | Cattle, sheep | 16-23 years | No exotics recorded in ten community types | 67 |
| British Columbia | Cattle | 30-40 years | Perennial grass cover was 3-10 times higher in protected pastures while cheatgrass cover was 3 times higher in grazed pastures | 111 |

BLM_0080177

sagebrush-grass community in Nevada. However, the cover of native perennial grasses, forbs, and shrubs also increased during this period.

Studies of grassland restoration suggest that livestock grazing inhibits community recovery. Young and Evans (186), for example, found that application of the herbicide 2,4-D to remove low sagebrush in California resulted in an increase of native grasses in ungrazed plots, but to a severe invasion of medusahead on grazed plots. Another study suggested that weed-dominated communities in Idaho can be restored to communities more closely resembling native communities by reseeding with native or other perennial grasses in conjunction with removal of livestock (84).



Although often attributed to weeds having established a new climax or steady state in western grassland and shrubland communities (100), the absence of community recovery following elimination of livestock grazing may sometimes be due to the short time allowed for recovery. McLean and Tisdale (111) found that cheatgrass began to decline only after 30 years of livestock exclusion. In other cases, lack of recovery may be due to severe environmental degradation, such as losses of topsoil, microbiotic crusts, and mycorrhizae, following decades of heavy grazing. These components are important for ecosystem recovery (e.g. 30, 41, 174). Such environmental damage may require hundreds of years before reversal (19) or require active restoration by land managers.

**Medusahead (*Taeniatherum caput-medusae*)**

The loss of native seed sources following heavy livestock grazing also prevents recovery. For example, when livestock were removed from California grasslands that no longer contained native plant species, introduced species continued to dominate (16). However, in California's coastal prairies where native bunchgrasses still occurred, less than 10 years of protection from livestock grazing led to increases in native perennial grasses and reductions in introduced species (16).

Alien weeds may also maintain their dominance in western communities by having traits such as rapid growth rates, high seed production, and tolerance of grazing and fire (e.g. 30, 72, 130, 132). In addition, native species may be unable to recolonize weedy sites due to difficult-to-detect microsite changes, such as changes in microbial concentrations in the soil (e.g. 41, 71). Whatever the explanation, the failure of many communities to recover after disturbance is eliminated underscores the importance of preventing the disturbances and seed introductions that encourage weed invasions in the first place.

## Can Livestock Be Used to Control Nonindigenous Plants?

Range scientists and land managers have suggested that livestock be used to control invasive plant species (e.g., 117, 163) since, theoretically, grazing would reduce the vigor, seed production, and seedbanks of palatable nonindigenous species and reduce the probability of destructive wildfires. Evidence to support the long-term effectiveness of this form of weed control is scant, although short-term reductions in weed cover are not uncommon (e.g. 97).

BLM_0080178

Goats and sheep are more successful at controlling alien weeds than cattle (reviewed in 117), although control by any of these species is seldom complete (92, 97, 117). Not only are many weedy species unpalatable even to goats and sheep (e.g. 108), but livestock commonly select native or introduced forage species over weeds. For example, in a feeding trial in Idaho, goats avoided the noxious weed leafy spurge when also offered the introduced perennial grass, crested wheatgrass (Agropyron cristatum), but preferred leafy spurge over the native forb arrowleaf balsamroot (Balsamorhiza sagittata) (170). In this same study, sheep avoided leafy spurge when paired with either balsamroot or crested wheatgrass. In another study, sheep reduced the density of spotted knapweed; but one year after grazing had ceased, grazed areas had twice as much knapweed as ungrazed areas (120). In this study sheep disturbances also increased the area of bare ground and the frequency of another introduced weed, Kentucky bluegrass (Poa pratensis). Finally, sheep in a mixed meadow of spotted knapweed and Idaho fescue reduced the root and shoot biomass of the fescue, but had no effect on the weed (118). The authors concluded that sheep grazing reduced the ability of the native bunchgrass to compete successfully with spotted knapweed.

Cattle have not been found to reduce leafy spurge, knapweed, or other broadlef species (88, 91, 95). They do, however, reduce the biomass of cheatgrass, which is palatable in the winter and spring. Such grazing is counterproductive since cattle grazing on grasslands in the spring also weakens native perennial grasses and disturbs wet soils (113, 184). These activities increase weed growth and enhance the probability of future invasions.

Vallentine and Stevens (165) concluded that the use of cattle to reduce cheatgrass and enhance establishment and growth of perennial grasses would require a high degree of grazing control, which may be a major limitation under practical management situations. The absence of studies showing the long-term effectiveness of weed control by cattle supports their conclusion.

Other studies also confirm this conclusion. Cattle in a study in Nebraska selectively grazed some weed species, but not others (99). The cattle, therefore, did not provide effective weed control. Finally, in a clipping study of different combinations of spotted knapweed and bluebunch wheatgrass, the grass was found to be less tolerant of defoliation than the weed (86). These authors concluded that the feasibility of controlling knapweed with livestock was doubtful.

> **Many weedy species are unpalatable, even to goats and sheep, and livestock commonly select native or introduced forage species over weeds.**

Other range scientists appear to agree. Not only did Young (183) report that tumblemustard and Russian thistle take over cheatgrass sites that have been heavily grazed by cattle, but both Lacey (91) and Tucker (151) concluded that the use of livestock to control range weeds was limited. Finally, Vallentine and Stevens (165) concluded that with a few possible exceptions, grazing is not an effective general tool for cheatgrass control. By disseminating weed seeds in dung and fur, disturbing soil surfaces, creating nutrient hot-spots, and grazing preferentially on native species, livestock are more likely to create and maintain weedy communities than to control them.

BLM_0080179

# Conclusion

The spread of nonindigenous plants through grasslands, shrublands, and woodlands of the American West has been described as one of the greatest environmental threats facing native species and ecosystems of the region (30, 104, 177). Although invasion by

> **The spread of exotic weeds throughout grasslands, shrublands, and woodlands in the West has been described as one of the greatest threats facing the region's native species and ecosystems.**

nonindigenous species is usually ranked as a threat separate from livestock grazing (e.g., 57, 177), we suggest that in many areas of the West, current extensive invasions by nonindigenous plants should be classified as a subset of livestock grazing, not an independent threat. Without disturbance to native plants, microbiotic crusts, and soils resulting from livestock grazing and trampling, and corresponding increases in light, water, and nutrients for the remaining weeds, it is doubtful that alien plants would have spread so far or become so dense. At least they would not be invading as rapidly, and certainly not over the vast area of western grasslands, shrublands, and woodlands as they now are. Neither would these weeds achieve the same degree of community dominance.

Recent research showing that livestock significantly increase invasions by nonindigenous plants in the western U.S. is persuasive. Similar results were found in all western states and for nearly every introduced species that has been studied. Although many of these studies would have benefited from both better replication and more recent research techniques, the pattern of evidence is overwhelming.

By ignoring the relationship between livestock grazing and nonindigenous plant invasions, rangeland managers have been unsuccessful at stopping or even slowing these invasions. A new draft management plan for 73 million acres of public lands in the Columbia River Basin (163) and another for 6 million acres of BLM lands in southeastern Oregon (157) call for restoration of weed-dominated communities. However, they propose neither reducing livestock numbers nor significantly altering livestock management.

> **Recent research showing that livestock significantly increase invasions by nonindigenous plants in the western U.S. is persuasive.**

Another proposal for restoring weed-dominated communities in the Great Basin (158) also avoids implicating livestock grazing more recent than the 1800s. All such plans are doomed to failure.

BLM_0080180

Most of the current recommendations in management plans for stopping nonindigenous plant invasions on public lands in the West focus on preventing landscape-level introductions of weed seeds by washing vehicles and using

> Not until plant communities and soils are allowed to recover their natural defenses (such as healthy, deep-rooted native plants and intact microbiotic crusts) will the spread and dominance of exotic weeds in the American West be reduced or reversed.

weed-free livestock feed. Although useful, these strategies are similar to rearranging deck chairs on the Titanic. Similarly, recent calls to use livestock to control weed infestations appear unlikely to succeed. Preferential grazing of native plant species over non-indigenous species by livestock, combined with livestock's disturbances of soils, microbiotic crusts, mycorrhizae, nutrients, and fire cycles, will likely keep these communities open to invasion and prevent community recovery. Not until plant communities and soils are allowed to recover their natural defenses such as healthy, deep-rooted native plants and intact microbiotic crusts will the spread and dominance of nonindigenous weeds in the American West be reduced or reversed.

BLM_0080181

# Literature Cited

1. Allen, E.B. 1995. Mycorrhizal limits to rangeland restoration: soil phosphorus and fungal species composition. Pages 57-61 in Rangelands in a Sustainable Biosphere. Proceedings of the Fifth International Rangeland Congress, Volume II, Salt Lake City, Utah.

2. Allen, E.B. and M.F. Allen. 1984. Competition between plants of different successional stages: mycorrhizae as regulators. Canadian Journal of Botany **62**:2625-2629.

3. Allen, E.B., and M.F. Allen. 1988. Facilitation of succession by the nonmycotrophic colonizer *Salsola kali* on a harsh site: effects on mycorrhizal fungi. American Journal of Botany **75**:257-266.

4. Allen, M.F. 1991. The ecology of mycorrhizae. Cambridge University Press, Cambridge.

5. Allen, M.F., S.D. Clouse, B.S. Weinbaum, S.L. Jenkins, C.F. Friese, and E.B. Allen. 1992. Mycorrhizae and the integration of scales: From molecules to ecosystems. Pages 488-515 in M.F. Allen, editor. Mycorrhizal functioning: an integrative plant-fungal process. Chapman Hall, New York.

6. Allen, M.F., J.H. Richards, and C.A. Busso. 1989. Influence of clipping and soil water status on vesicular-arbuscular mycorrhizae of two semi-arid tussock grasses. Biology and Fertility of Soils **8**:285-289.

7. Allen, T.F.H.., and T.B. Starr. 1982. Hierarchy perspectives for ecological complexity. University of Chicago Press, Chicago, Illinois.

8. Archer, S. 1994. Woody plant encroachment into southwestern grasslands and savannas: rates, patterns and proximate causes. Pages 13-68 in M.Vavra, W.A. Laylock, and R.D. Pieper, editors. Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, Colorado.

9. Archer, S., D.S. Schimel, and E.A. Holland. 1995. Mechanisms of shrubland expansion: land use, climate or CO2. Climatic Change **29**: 91-99.

10. Archer, S., and D.E. Smeins. 1991. Ecosystem level processes. Pages 1099-139 in R.K. Heitschmidt and J.W. Stuth., editors. Grazing management: an ecological perspective. Timber Press, Portland, Oregon.

11. Asher, J. 1995. Explosion in slow motion. Natural Resource News, Blue Mountains Natural Resources Institute, Special Edition, October, US Service, Pacific Northwest Region, La Grande, Oregon.

12. Asher, J., and C. Spurrier. 1997. Impacts of invasions of non-native plants on western wildlands. The Grazier, Oregon State University Extension Service No. **293**:2-5, Corvallis, Oregon.

13. Baker, H.G. 1974. The evolution of weeds. Annual Review of Ecology and Systematics **5**:1-24.

14. Baker, H.G. 1978. Invasion and replacement in Californian and neotropical grasslands. Pages 368-384 in J.R. Wilson, editor. Plant relations in pastures. CSIRO, East Melbourne, Australia.

15. Baker J.G. 1986. Patterns of plant invasions in North America. Pages 44-57 in H.A Mooney and J.A. Drake, editors. Ecology of biological invasions of North America and Hawaii. Springer Verlag, New York.

16. Baker, H.G. 1989. Sources of the naturalized grasses and herbs in California grasslands. Pages 29-38 in L.F. Huenneke and H. Mooney, editors. Grassland structure and function: California annual grassland. Kluwer Academic Publishers, Dordrect, The Netherlands.

17. Beck, K.G. 1999. Biennial thistles. Pages 145-161 in R.L. Sheley and J.K. Petroff, editors. Biology and management of noxious rangeland weeds. Oregon State University Press, Corvallis, Oregon.

18. Bedunah, D.J. 1992. The complex ecology of weeds, grazing, and wildlife. Western Wildlands, Summer 1992:6-11.

19. Belnap, J. 1994. Potential role of cryptobiotic soil crusts in semiarid rangelands. Pages 179-185 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Inter-mountain Research Station, Ogden Utah.

20. Belnap, J. 1995. Surface disturbances: their role in accelerating desertification. Environmental Monitoring and Assessment **37**:39-57.

BLM_0080182

21. Belnap, J., and D.A. Gillette. 1998. Vulnerability of desert biological soil crusts to wind erosion: the influences of crust development, soil texture, and disturbance. Journal of Arid Environments 39:133-142.

22. Belnap, J., and K.T. Harper. 1995. Influence of cryptobiotic soil crusts on elemental content of tissue of two desert plants. Arid Soil Research and Rehabilitation 9:107-115.

23. Belsky, A.J. 1996. Viewpoint: western juniper expansion: is it a threat to arid northwestern ecosystems? Journal of Range Management 49:53-59.

24. Belsky, A.J., and D.M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the Interior West. Conservation Biology 11:315-327.

25. Belsky, A.J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation 54:419-431.

26. Berube, D.W., and J.H. Myers. 1982. Suppression of knapweed invasion by crested wheatgrass in the dry interior of British Columbia. Journal of Range Management 35:459-461.

27. Bethlenfalvay, G.J., and S. Dakessian. 1984. Grazing effects on mycorrhizal colonization and floristic composition of the vegetation on a semiarid range in northern Nevada. Journal of Range Management 37:312-316.

28. Bethlenfalvay, G.J., R.A. Evans, and A.L. Lesperance. 1985. Mycorrhizal colonization of crested wheatgrass as influenced by grazing. Agronomy Journal 77:233-236.

29. Beymer, R.J., and J.M. Klopatek. 1992. Effects of grazing on cryptogamic crusts in pinyon-juniper woodlands in Grand Canyon National Park. American Midland Naturalist 127:139-148.

30. Billings, W.D. 1990. *Bromus tectorum*, a biotic cause of ecosystem impoverishment in the Great Basin. in G.M. Woodwell, editor. The Earth in transition: patterns and processes of biotic impoverishment. Cambridge University Press, New York.

31. Brandt, C.A,. and W.H. Rickard 1994. Alien taxa in the North American shrub-steppe four decades after cessation of livestock grazing and cultivation agriculture. Biological Conservation 68:95-105.

32. Branson, F.A. 1985. Vegetation changes on western rangelands. Range Monograph 2, Society for Range Management, Denver, Colorado.

33. Brown, J.R., and J. Carter. 1998. Spatial and temporal patterns of exotic shrub invasion in an Australian tropical grassland. Landscape Ecology 13:93-102.

34. Crawley, M.J. 1983. Herbivory: the dynamics of animal-plant interactions. University of California Press, Berkeley.

35. Dahl, B.E., and E.W. Tisdale. 1975. Environmental factors related to medusahead introduction. Journal of Range Management 28:463-468.

36. D'Antonio, C.M., and P.M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23: 63-87.

37. Daubenmire, R.F. 1942. An ecological study of the vegetation of southeastern Washington and adjacent Washington. Ecological Monographs 12:53-79.

38. Daubenmire, R.F. 1970. Steppe vegetation of Washington. Washington Agricultural Experiment Station Technical Bulletin 62.

39. Daubenmire, R.F. 1975. Plant succession on abandoned fields, and fire influences, in a steppe area in southeastern Washington. Northwest Science 49:36-48.

40. De Clerck-Floate, R. 1997. Cattle as dispersers of hound's-tongue on rangeland in southeastern British Columbia. Journal of Range Management 50:239-243.

41. Doerr, T.B., E.F. Redente, and F.B. Reeves. 1984. Effects of soil disturbance on plant succession and levels of mycorrhizal fungi in a sagebrush-grassland community. Journal of Range Management 37:135-139.

42. Dore, W.G., and L.C. Raymond. 1942. Viable seeds in pasture soil and manure. Scientific Agriculture 23:69-76.

43. Dormaar, J.F,. and W.D. Willms. 1998. Effect of forty-four years of grazing on fescue grassland soils. Journal of Range Management 51: 122-126.

44. Dukes, J.S., and H.A. Mooney. 1999. Does global change increase the success of biological invaders? Trends in Ecology and Evolution 14:135-139.

45. Dwire, K.A., B.A. McIntosh, and J.B. Kauffman. 1999. Ecological influences of the introduction of livestock on Pacific Northwest Ecosystems. In D. Gobel, editor. Environmental history of the Pacific Northwest. Washington State University Press, Pullman, Washington.

BLM_0080183

46. Eckert, R.E., Jr., F.F. Peterson, M.S. Meurrise, and J.L. Stevens. 1986. Effects of soil-surface morphology on emergence and survival of seedlings in big sagebrush communities. Journal of Range Management **39**: 414-420.

47. Elliott, H.W. III, and J.D. Wehausen. 1974. Vegetational succession on coastal rangeland of Point Reyes Peninsula. Madrono **22**:231-238.

48. Ellison, L. 1960. Influence of grazing on plant succession of rangelands. Botanical Review **26**: 1-78.

49. Enserink, M. 1999. Biological invaders sweep in. Science **285**:1834-1836.

50. Evans, R.A., H.R. Holbo, R.E. Eckert Jr., and J.A.Young. 1970. Functional environment of downy brome communities in relation to weed control and revegetation. Weed Science. **18**:154-161.

51. Evans, R.A., and J.A. Young. 1972. Microsite requirements for establishment of annual rangeland weeds. Weed Science **20**:350-356.

52. Evans, R.A., and J.A. Young. 1975. Enhancing germination of dormant seeds of downy brome. Weed Science **23**:354-357.

53. Evans, R.A., and J.A. Young 1984. Microsite requirements for downy brome infestation and control on sagebrush rangelands. Weed Science **32**, Supplement 1:13-17.

54. Evans, R. D., and J. Belnap. 1999. Long-term consequences of disturbance on nitrogen dynamics in an arid ecosystem. Ecology **80**:150-160.

55. Evans. R.D., and J.R. Ehleringer. 1993. A break in the nitrogen cycle in aridlands? Evidence from N15 isotope of soils. Oecologia **94**:314-317.

56. Feldman, I., M.K. McCarty, and C.J. Scifres. 1968. Ecological and control studies of musk thistle. Weed Science **16**:1-4.

57. Flather, C.H., L.A. Joyce, and C.A. Bloomgarden. 1994. Species endangerment patterns in the United States. General technical report RM-241. U.S. Forest Service, Ft. Collins, Colorado.

58. Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology **8**:629-644.

59. Forcella, F., and H.Wood 1986. Demography and control of *Cirsium vulgare* (savi.) Ten. in relation to grazing. Weed Research. **26**:199-206.

60. Gelbard, J.L. 1999. Multiple scale causes of exotic plant invasions in the Colorado Plateau and Great Basin, USA. Master's Project, Nicholas School of the Environment, Duke University, Durham, North Carolina.

61. Goodwin, J. 1992. The role of mycorrhizal fungi in competitive interactions among native bunchgrasses and alien weeds: a review and synthesis. Northwest Science **66**: 251-260.

62. Goodwin, J.R., P.S. Doescher, L.E. Eddleman, and D.B. Zobel. 1999. Persistence of Idaho fescue on degraded sagebrush steppe. Journal of Range Management **52**:187-198.

63. Green , D.M., and J.B. Kauffman. 1995. Succession and livestock grazing in a northeastern Oregon riparian ecosystem. Journal of Range Management **48**: 307-313.

64a. Hacker, R.B. 1987. Species responses to grazing and environmental factors in an arid halophytic shrubland community. Australian Journal of Botany **45**:135-150.

64b. Halvorson, W.L. 1992. Alien plants at Channel Islands National Park. Pages 64-96 in C.P. Stone, C.W. Smith, and J.T. Tunison, editors. Alien plant invasions in native ecosystems of Hawai'i: management and research. University of Hawaii Cooperative National Park Resources Studies Unit, Honolulu, Hawaii.

65. Hann, W.J., J.L. Jones, M.G. Karl, P. F. Hessburg. R.E. Keane, D.G. Long, J.P. Menakis, C.H. McNicoll, S.G. Leonard, R.A. Gravenmier, and B.G. Smith. 1997. Landscape Dynamics of the Basin. Volume 2 in Quigley, T. and S. Arbelbide, editors. An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins. General technical report PNW-GTR-405. U.S. Forest Service. Pacific Northwest Research Station, Portland, Oregon.

66. Hanson, W.R., and L.A. Stoddart. 1940. Effects of grazing upon bunch wheat grass. Journal of the American Society of Agronomy **32**:278-289.

67. Harniss, R.O., and N.E. West. 1973. Vegetation patterns of the National Reactor Testing Station, southeastern Idaho. Northwest Science **47**:30-43.

68. Harper, J.L. 1977. The population biology of plants. Academic Press, London, Great Britain.

69. Harper, K.T., and J.R. Marble 1988. A role for non-vascular plants in management of semiarid rangelands. Pages 135-169 in P.T. Tueller, editor. Vegetation science applications for rangeland analysis and management. Kluwer Academic Publishers, London, United Kingdom.

70. Harper, K.T., and R.L. Pendleton. 1993. Cyanobacteria and cyanolichens: can they enhance availability of essential minerals for higher plants? Great Basin Naturalist **53**: 59-72.

BLM_0080184

71.  Harper, K.T., R.Van Buren, and S. Kitchen. 1996. Invasion of alien annuals and ecological consequences in salt desert shrublands of western Utah. Pages 58-65 in J.R. Barrow, E. Durant, R.E. Sosebee, and R.J. Tausch, editors. Proceedings: Shrubland ecosystem dynamics in a changing environment. General technical report-338. U.S. Forest Service Intermountain Research Station, Ogden, Utah.

72.  Harris, G.A. 1967. Some competitive relationships between *Agropyron spicatum* and *Bromus tectorum*. Ecological Monographs **37**:90-111.

73.  Harris, G.A. 1991. Grazing lands of Washington State. Rangelands **13**:222-227.

74.  Heady, H.F. 1954. Viable seed recovered from fecal pellets of sheep and deer. Journal of Range Management **7**: 259-261.

75.  Heady, H.F. 1977. Valley grassland. Pages 491-514 in M.G. Barbour and J. Major, editors. Terrestrial vegetation of California. J. Wiley, New York.

76.  Hobbs, R.J., and L. Atkins. 1991. Fire-related dynamics of a *Banksia* woodland in south-west Western Australia. Australian Journal of Botany **38**: 97-110.

77.  Hobbs, R.J. 1989. The nature and effects of disturbance relative to invasions. Pages 389-405 in J.A. Drake, H.A. Mooney, F. Di Castri, R.H. Groves, F.J. Kruger, M. Rejmanek, and M. Williamson. 1989. Biological invasions: A global perspective. John Wiley and Sons, Chinchester, Great Britain.

78.  Hobbs, R.J., and L.F. Huenneke. 1992. Disturbance, diversity, and invasion: implications for conservation. Conservation Biology **6**: 324-337.

79a. Hobbs, R.J., and S.E. Humphries. 1995. An integrated approach to the ecology and management of plant invasions. Conservation Biology **9**: 761-770.

79b. Holland, V.L., and D.J. Keil. 1995. California vegetation. Kendall/Hunt Publishing Company, Dubuque, Iowa.

80.  Hulbert, L.C. 1955. Ecological studies of *Bromus tectorum* and other annual bromegrasses. Ecological Monographs **25**:181-213.

81.  Jacobs, J.S., and R.L. Sheley. 1997. Relationships among Idaho fescue defoliation, soil water, and spotted knapweed emergence and growth. Journal of Range Management **50**:258-262.

82.  Jacobs, J.S., and R.L. Sheley. 1999. Grass defoliation, intensity, frequency, and seasonal effects on spotted knapweed invasion. Journal of Rangeland Management **52**:626-632.

83.  Jeffries, D.L., and J.M. Klopatek. 1987. Effects of grazing on the vegetation of the blackbrush association. Journal of Range Management **40**: 390-392.

84.  Kaltenecker, J.H., M.C. Wicklow-Howard, and M. Pellant. 1999. Biological soil crusts: natural barriers to *Bromus tectorum* L. establishment in the northern Great Basin, USA. Pages 109-111 in D. Eldridge and D. Freudenberger, editors. People and rangelands building the future. VIth International Rangeland Congress Proceedings, Townsville, Queensland, Australia.

85.  Kay, B.L., and R.A. Evans. 1965. Effects of fertilization on a mixed stand of cheatgrass and intermediate wheatgrass. Journal of Range Management **18**: 7-11.

86.  Kennet, G.A., J.R. Lacey, C.A. Butt, K.M. Olson-Rutz, and R. Haferkamp. 1992. Effects of defoliation, shading, and competition on spotted knapweed and bluebunch wheatgrass. Journal of Range Management **45**: 363-369.

87.  Kindschy, R.R. 1994. Pristine vegetation of the Jordan Crater kipukas: 1978-91. Pages 85-88 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Intermountain Research Station, Ogden Utah.

88.  Kirby, D., and R. Lym. 1987. Grazing behavior of cattle in a leafy spurge infested pasture. Abstract. Annual Meeting, Society for Range Management. Boise, Idaho.

89.  Kleiner, E.F., and K.T. Harper. 1972. Environment and community organization in grasslands of Canyonlands National Park. Ecology **53**:299-309.

90.  Knick, S.T. and J.T. Rotenberry. 1997. Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho (USA). Landscape Ecology **12**: 287-297.

91.  Lacey, J.R. 1987. The influence of livestock grazing on weed establishment and spread. Proceedings, Montana Academy of Science. **47**: 131-146.

92.  Lacey, C.A., R.W. Kott, and P.K. Fay. 1984. Ranchers control leafy spurge. Rangelands **6**:202-204.

93.  Lacey, J.R., P. Husby, and G. Handl. 1990. Observations on spotted and diffuse knapweed invasion into ungrazed bunchgrass communities in western Montana. Rangelands **12**: 30-32.

94.  Lacey, J.R., C.B. Marlow, and J.R. Lane. 1989. Influence of spotted knapweed on surface runoff and sediment yield. Weed Technology **3**:627-631.

BLM_0080185

95. Lacey, J.R., and R.L. Sheley. 1996. Leafy spurge and grass response to picloram and intensive grazing. Journal of Range Management. **49**: 311-314.

96. Ladyman, A.R., and E. Muldavin. 1996. Terrestrial cryptogams of pinyon-juniper woodlands in the southwestern United States: A Review. General technical report RM-GTR-280. U.S. Forest Service, Rocky Mountain Range and Experiment Station, Ft. Collins, Colorado.

97. Lajeunesse, S. 1999. Dalmatian and yellow toadflax. Pages 202-216 in R.L. Sheley and J.K. Petroff, editors. Biology and management of noxious rangeland weeds. Oregon State University Press, Corvallis, Oregon.

98. Larson, L., M. McInnis, and G. Kiemnek. 1997. Rangeland weed invasion. Rangelands **19**:30-32.

99. Lawrence, B.K., S. S. Waller, L.E. Moser, B.E. Anderson, and L.L. Larson. 1995. Weed suppression with grazing or atrazine during big bluestem establishment. Journal of Range Management **48**:307-313.

100. Laycock, W.A. 1991. Stable states and thresholds of range condition on North American rangelands: A viewpoint. Journal of Range Management **44**:427-433.

101. Louda, S.M., K.H. Keeler, and R.D. Holt. 1990. Herbivore influences on plant performance and competitive interactions. Pages 413-444 in J.B. Grace and D. Tilman, editors. Perspectives on plant competition. Academic Press, San Diego.

102. Lusby, G.C. 1971. Hydrologic and biotic effects of grazing vs. non-grazing near Grand Junction, Co. Journal of Range Management **24**:256-260.

103. Mack, R.N. 1981. Invasion of *Bromus tectorum* L. into western North America: An ecological chronicle. Agro-ecosystems **7**:145-165.

104. Mack, R.N. 1989. Temperate grasslands vulnerable to plant invasions: characteristics and consequences. Pages 155-179 in J.A. Drake, H.A. Mooney, F. Di Castri, R.H. Groves, F.J. Kruger, M. Rejmanek, and M. Williamson, editors. Biological invasions: A global perspective. John Wiley and Sons, Chinchester, Great Britain.

105. Mack, R.M. 1991. The commercial seed trade: an early disperser of weeds in the United States. Economic Botany **45**:257-273.

106. Mack, R.N. and J.N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist **119**:757-773.

107. Maxwell, J.F., R. Drinkwater, D. Clark, and J.W. Hall. 1992. Effect of grazing, spraying, and seeding on knapweed in British Columbia. Journal of Range Management **45**:180-182.

108. McConnell, E.G., J.O. Evans, and S.A. Dewey. 1999. Dyer's woad. Pages 231-237 in R.L. Sheley and J.K. Petroff, editors. Biology and management of noxious rangeland weeds. Oregon State University Press, Corvallis, Oregon.

109. McDonald, J.N. 1981. North American bison: their classification and evolution. University of California Press, Berkeley.

110. McIlvane, S.K. 1942. Grass seedling establishment and productivity - overgrazed and protected range soils. Ecology **23**:228-231.

111. McLean, A., and E.W. Tisdale. 1972. Recovery rate of depleted range sites under protection from grazing. Journal of Range Management **25**: 178-184.

112. Milchunas, D.G., O.E. Sala, and W.K. Lauenroth. 1988. A generalized model of the effects of grazing by large herbivores on grassland community structure. American Naturalist **132**:87-106.

113. Miller, R.F., T.J. Svejcar, and N.E. West. 1994. Implications of livestock grazing in the Intermountain sagebrush regions: Plant composition. Pages 101-146 in M.Vavra, W.A. Laylock, and R.D. Pieper, editors. Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, Colorado.

114. Monsen, S.B. 1994. The competitive influences of cheatgrass (*Bromus tectorum*) on site restoration. Pages 43-50 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Intermountain Research Station, Ogden Utah.

115. Nash, M.S., W.G. Whitford, A.G. de Soyza, J.W Van Zee, and K.M. Havstad. 1999. Livestock activity and Chihuahuan Desert annual plant communities: boundary analysis of disturbance gradients. Ecological Applications **9**:814-823.

116. Ohmart. R.D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. Pages 245-279 in P.R. Krausman, editor. Rangeland wildlife. Society for Range Management, Denver, Colorado.

BLM_0080186

117. Olson, B.E. 1999. Grazing and weeds. Pages 85-97 in R.L. Sheley and J.K. Petroff, editors. Biology and management of noxious rangeland weeds. Oregon State University Press, Corvallis, Oregon.

118. Olson, B.E., and R.T. Wallander. 1997. Biomass and carbohydrates of spotted knapweed and Idaho fescue after repeated grazing. Journal of Range Management 50:409-412.

119. Olson, B.E., R.T. Wallander, and R.W. Kott. 1997. Recovery of leafy spurge seed from sheep. Journal of Range Management 50:10-15.

120. Olson, B.E., R.T. Wallander, and J.R. Lacey. 1997. Effects of sheep grazing on a spotted knapweed-infested Idaho fescue community. Journal of Range Management 50:386-390.

121. Painter, E.L. 1995. Threats to the California flora: ungulate grazers and browsers. Madrono 42:180-188.

122. Pellant, M, and C. Hall. 1994. Distribution of two exotic grasses on intermountain rangelands: status in 1992. Pages 109-112 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Inter-mountain Research Station, Ogden Utah.

123. Pickford, G.D. 1932. The influence of continued heavy grazing and of promiscuous burning on spring-fall ranges in Utah. Ecology 13: 159-171.

124. Piemeisel, R.L. 1951. Causes affecting change and rate of change in a vegetation of annuals in Idaho. Ecology 32:53-72.

125. Potvin, C., and L. Vasseur. 1997. Long-term $CO_2$ enrichment of a pasture community: Species richness, dominance, and succession. Ecology 78:666-677.

126. Randall, J.M. 1996. Weed control for the preservation of biological diversity. Weed Technology 10:370-383.

127. Rejmanek M. 1989. Invasibility of plant communities. Pages 369-387 in J.A. Drake, H.A. Mooney, F. Di Castri, R.H. Groves, F.J. Kruger, M. Rejmanek, and M. Williamson, editors. Biological invasions: A global perspective. John Wiley and Sons, Chinchester, Great Britain.

128. Rice, B., and M. Westoby. 1978. Vegetative responses of some Great Basin shrub communities protected against jackrabbits or domestic stock. Journal of Range Management 31: 28-34.

129. Rickard, W.H. 1985. Experimental cattle grazing in a relatively undisturbed shrub-steppe community. Northwest Science 59:66-72.

130. Robertson, J.H. 1971. Changes on a sagebrush-grass range in Nevada ungrazed for 30 years. Journal Range Management 24:397-400.

131. Robertson, J.H. and P.B. Kennedy 1954. Half-century changes on northern Nevada ranges. Journal Range Management 7:117-121.

132. Robertson, J.H., and C.K. Pearse. 1945. Artificial reseeding and the closed community. Northwest Science 19:58-68.

133. Roché, B.F. Jr. 1992. Achene dispersal in yellow starthistle. Northwest Science 66:62-65.

134. Roché, B.F. Jr., C.R. Roché, and R.C. Chapman. 1994. Impacts of grassland habitat on Yellow starthistle (Centaurea solstitialis L.) invasion. Northwest Science 68:86-96.

135. Roché, C.T., and B.F. Roché Jr. 1988. Distribution and amount of four knapweed species in eastern Washington. Northwest Science 62:242-253.

136. Roché, C.T., B.F. Roché Jr., and G.A. Rasmussen. 1992. Dispersal of squarrose knapweed capitula by sheep on rangeland in Juab County, Utah. Great Basin Naturalist 52:185-188.

137. Rosentreter, R. 1994. Displacement of rare plants by exotic grasses. Pages 170-175 in S.B. Monsen and S.G. Kitchen, editors. Proceed-ings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Intermountain Research Station, Ogden Utah.

138. Rosentreter, R. 1999. Restoration of community structure and composition in cheatgrass dominated rangelands. Pages 92-99 in R. Rose and D.L. Haase, editors. Symposium proceedings, native plants propagating and planting. College of Forestry, Oregon State University, Corvallis, Oregon.

139. Schiffman, P.M. 1997. Animal-mediated dispersal and disturbance: driving forces behind alien plant naturalization. Pages 87-94 in J.O. Luken and J.W. Thieret, editors. Assessment and management of plant invasions. Springer-Verlag, New York.

140. Sheley, R.L., J.S. Jacobs, and M.F. Carpinelli. 1998. Distribution, biology, and management of diffuse knapweed (Centaurea diffusa) and spotted knapweed (Centaurea maculosa). 1998. Weed Technology 12:353-362.

141. Sheley, R.L., S. Kedzie-Webb, and B.D. Maxwell. 1999. Integrated weed management on rangeland. Pages 57-68 in R.L. Sheley and J.K. Petroff, editors. Biology and management of noxious rangeland weeds. Oregon State University Press, Corvallis, Oregon.

BLM_0080187

142. Sheley R.L., B.E. Olson, and L.L. Larson. 1997. Effect of weed seed rate and grass defoliation level on diffuse knapweed. Journal of Range Management **50**: 39-43.

143. Sheley, R.L., and J.K. Petroff, editors. 1999. Biology and management of noxious rangeland weeds. Oregon State University Press, Corvallis, Oregon.

144. Smith, S.D., and R.S. Nowak. 1990. Ecophysiology of plants in the Intermountain lowlands. Pages179-241 in C.B. Osmond, L.F. Pitelka, and G.M. Hidy, editors. Plant biology of the Basin and Range. Springer Verlag, Berlin, Germany.

145. Stewart, G., and A.C. Hull, Jr. 1949. Cheatgrass (*Bromus tectorum* L.) - an ecological intruder in southern Idaho. Ecology **30**:58-74.

146. Stohlgren, T.J., D. Binkley, G.W. Chong, et al. 1999. Exotic plant species invade hot spots of native plant diversity. Ecological Monographs **69**:25-46.

147. Stromberg, M.R., and J.R. Griffen. 1996. Long-term patterns in coastal California grasslands in relation to cultivation, gophers, and grazing. Ecological Applications 6:1189-1211.

148. Tisdale, E.W., M. Hironaka, and M.A. Fosberg. 1965. An area of pristine vegetation in Craters of the Moon National Monument, Idaho. Ecology **46**:349-352.

149. Tolsma, D.J., Ernst, W.H.O., and Verwey, R.A. 1987. Nutrients in soil and vegetation around two artificial waterpoints in eastern Botswana. Journal Applied Ecology **24**:991-1000.

150. Trent, J.D., J.A. Young, and R.R. Blank. 1994. Potential role of soil microorganisms in medusahead invasion. Pages 140-143 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Intermountain Research Station, Ogden Utah.

151. Tucker, R. 1990. The myths of knapweed. Knapweed 4 (#1), Cooperative Extension, Washington State University, Pullman, Washington.

152. Turner, G.T. 1971. Soil and grazing influences on a salt-desert shrub range in western Colorado. Journal Range Management **24**:31-37.

153. Tyser, R.W., and C.H. Key. 1988. Spotted knapweed in natural area fescue grasslands: an ecological assessment. Northwest Science **62**:151-160.

154. U.S. Bureau of Land Management. 1994. Noxious weed strategy for Oregon/Washington. BLM/OR/WA-94/36+4220.9. U.S. Bureau of Land Management, Portland, Oregon.

155. U.S. Bureau of Land Management. 1996a. Partners against weeds: An action plan for the Bureau of Land Management. BLM/MT/ST-96/003+1020. U.S. Bureau of Land Management, Billings, Montana.

156. U.S. Bureau of Land Management. 1996b. Lower John Day River Integrated Weed Management. Environmental Assessment OR-053-3-063. U.S. Bureau of Land Management, Prineville, Oregon.

157. U.S. Bureau of Land Management. 1998. Draft Southeast Oregon resource management plan/environmental impact statement. BLM/OR/WA/EA-98/043+1792. U.S. Bureau of Land Management, Vale, Oregon.

158. U.S. Bureau of Land Management. 1999. The Great Basin restoration initiative: out of ashes, an opportunity. National Office of Fire and Aviation, Bureau of Land Management, Boise, Idaho.

159. U.S. Congress Office of Technology Assessment. 1993. Harmful non-indigenous species in the United States. OTA-F-565. US Congress, Washington D.C.

160. U.S. Department of Interior. 1994. Range Reform '94, Draft Environmental Impact Statement. U.S. Bureau of Land Management, Washington, D.C.

161. U.S. Forest Service. 1997. Okanogan National Forest integrated weed management environmental assessment. U. S. Forest Service, Okanogan County, Washington.

162. U.S. Forest Service. 1998. Deschutes National Forest noxious weed control environmental assessment. U.S. Forest Service, Bend, Oregon.

163. U.S. Forest Service and U.S. Bureau of Land Management. 1997. Eastside Draft Environmental Impact Statement. Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washington.

164. U.S. General Accounting Office. 1988. Rangeland management: more emphasis needed on declining and overstocked grazing allotments. GAO/RCED-88-105. U.S. General Accounting Office. Washington D.C.

165. Vallentine, J.F., and A.R. Stevens. 1994. Use of livestock to control cheatgrass - a review. Pages 202-206 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Intermountain Research Station, Ogden Utah.

166. Van Dyne, G.M. and H.F. Heady. 1965. Botanical composition of sheep and cattle diets on a mature annual range. Hilgardia **36**:465-492.

BLM_0080188

167. Vitousek, P.M. 1990. Biological invasions and ecosystem processes: towards an integration of population biology and ecosystem studies. Oikos **57**:7-13.

168. Vitousek, P.M., C.M. D'Antonio, L.I. Loope, and R. Westbrooks. 1996. Biological invasions as global environmental change. American Scientist **84**:468-478.

169. Wagner, F.H.. 1989. Grazers, past and present. Pages 151-162 in L.F. Huenneke and H. Mooney, editors. Grassland structure and function: California annual grassland. Kluwer Academic Publishers, Dordrect, The Netherlands.

170. Walker, J.W., S.L. Kronberg, S. L. Al-Rowaily, and N.E. West. 1994. Comparison of sheep and goat preferences for leafy spurge. Journal Range Management **47**:429-434.

171. Watkins, B.R., and R.J. Clements. 1978. The effects of grazing animals on pastures. Pages 283-289 in J.R. Wilson, editor Plant relations in pastures. CSIRO, East Melbourne, Australia.

172. West, N.E., F.D. Provenza, P.S. Johnson, and M.K. Owens. 1984. Vegetation change after 13 years of livestock grazing exclusion on sagebrush semidesert in west central Utah. Journal Range Management **37**: 262-264.

173. Whisenant, S. 1990. Changing fire frequencies on Idaho's Snake River plains: ecological and management implications. Pages 4-10 in Proceedings from the symposium on cheatgrass invasion, shrub dieoff and other aspects of shrub biology and management. General technical report INT-276, U.S. Forest Service, Ogden, Utah.

174. Whitford, W.G. 1988. Decomposition and nutrient cycling in disturbed arid ecosystems. Pages 136-161 in E.B. Allen, editor. 1988. The reconstruction of disturbed arid lands: an ecological approach. Westview Press, Boulder.

175. Whitson, T.D., editor. 1996. Weeds of the West. Pioneer of Jackson Hole, Jackson, Wyoming.

176. Wicklow-Howard, M.C. 1994. Mycorrhizal ecology of shrub-steppe habitat. Pages 207-210 in S.B. Monsen and S.G. Kitchen, editors. Proceedings-ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Inter-mountain Research Station, Ogden Utah.

177. Wilcove, D.S., D. Rothstein, J. Dubow, A. Phillips, and E.. Losos. 1998. Quantifying threats to imperiled species in the United States. Bioscience **48**:607-615.

178. Williams, J.D., and G.K. Meffe. 1998. Nonindigenous species. Pages 117-128 in M.J. Mac, project director. Status and trends of the Nation's Biological Resources. U.S. Biological Survey, Washington, D.C.

179. Wilson, A.M., G.A. Harris, and D.H. Gates. 1966. Fertilization of mixed cheatgrass-bunchgrass wheatgrass stands. Journal of Range Management **19**:134-137.

180. Yorks, T.P., N.E. West, and K.M. Capels. 1992. Vegetation differences in desert shrublands in western Utah's Pine Valley between 1933 and 1989. Journal of Range Management **45**: 569-578.

181. Young, J.A. 1992a. Ecology and management of medusahead. Great Basin Naturalist **52**:245-252.

182. Young, J.A. 1992b. Population-level processes: Seed and seedbed ecology. Pages 37-46 in J.C. Chambers and G.W. Wade, editors. Evaluating reclamation success: the ecological consider-ations. General technical report NE-164, U.S. Forest Service, Radnor, Pennsylvania.

183. Young, J.A. 1994. Changes in plant communities in the Great Basin induced by domestic livestock grazing. Pages 113-123 in K.T. Harper, L.L. St. Clair, K.H. Thorne, and W.M. Hess, editors. Natural history of the Colorado Plateau and Great Basin. University Press of Colorado, Niwot, Colorado.

184. Young, J.A., and F.L. Allen. 1997. Cheatgrass and range science: 1930-1950. Journal of Range Management **50**:530-535.

185. Young, J.A., and R.A. Evans. 1971a. Invasion of medusahead into the Great Basin. Weed Science **18**:89-97.

186. Young, J.A., and R.A. Evans. 1971b. Medusahead invasion as influenced by herbicides and grazing on low sagebrush sites. Journal of Range Management **24**:451-454.

187. Young, J.A., and R.A. Evans. 1978. Population dynamics after wildfires in sagebrush grasslands. Journal Range Management **31**:283-289.

188. Young, J.A., and W.S. Longland. 1996. Impact of alien plants on Great Basin rangelands. Weed Technology **10**:384-391.

189. Young, J.A., R.A. Evans, and J. Major. 1972. Alien plants in the Great Basin. Journal of Range Management **25**:194-201.

BLM_0080189

Section __: 1

PAINTER, E. L.. 1996. EFFECTS OF HERBIVORY (GRAZING/BROWSING) ON PLANTS AND VEGETATION.
CALIFORNIA NATIVE PLANT SOCIETY, SACRAMENTO CA.

## EFFECTS OF HERBIVORY (GRAZING/BROWSING) ON PLANTS AND VEGETATION

When I walked, more than a hundred flowers touched my feet, at every step closing above them, a if wading in water.  ...But all this beauty of life is fading year by year, — fading like the glow of a sunset, — foundering in the grossness of modern refinement.  ...So always perish the plant peoples of temperate regions, — feeble, unarmed, unconfederate, they are easily overthrown, leaving their lands to man and his few enslavable beasts and grasses."  (John Muir, describing a scene observed on a "ramble" in 1866)

Muir, 1974

"[W]hen a range of...studies have been reported, and the jury returns from its deliberations, my money is on a guilty verdict: herbivory is bad for the plants that get eaten and good for the ones that don't."

Crawley, 1993

"It is easy to make up stories...where the Darwinian fitness of a plant might be increased by herbivory.  ...However a major body of life-history theory is built on the sensible alternative, supported by a wealth of empirical evidence, that herbivory is deleterious to the individual plants that suffer it; it is often highly deleterious, sometimes much less deleterious, but generally harmful nonetheless."

Crawley, 1993

"[P]lant defenses attest the obvious: being eaten is usually a bad thing."

Caughley and Lawlor, 1981

"[N]o convincing evidence supports the theory that herbivory benefits grazed plants."

Belsky, 1986

"In an early review of the effects of grazing on rangeland species and communities, Ellison (160) concluded that there was no evidence to support the claims that grazing benefits plants.  In the last quarter century, there have been more reports claiming the benefits of grazing to plants.  However, other than for plants grown under artificial conditions, no new evidence has been reported that renders Ellison's conclusion any less accurate today."

Belsky, 1986

BLM_0080190

Section __: 2

"One cannot be very greatly impressed, after examining th[e] catalog of presumed contributions of grazing animals to the welfare of range vegetation, by the supporting evidence."

Ellison, 1960

"[T]he evidence of grazed plants' dependence on grazing animals is rather negative: the relation appears to be essentially one of parasitism by the animals."

Ellison, 1960

"Grazing mismanagement has diminished the health of our land and natural heritage; the public trust has been violated. Adding insult to injury, American taxpayers have been financing this degradation."

Joslyn, 1995

"[A]s practiced in the west, livestock grazing has been neither ecologically nor economically sound.  From either perspective the onus should rest squarely on the ranchers to regain the public trust.  It is more than fair (it is generous) to expect ranchers to run less roughshod over our land, give more deference to native biota, and (of course) pay fair market value for those lands they are allowed to lease."

Joslyn, 1995

A. Background ................................................................................................................................................3
B. Use of 'Best Available Science' .................................................................................................................4
C. Terminology ..............................................................................................................................................6
D.  Literature Review .....................................................................................................................................9
E. Analysis of Impacts.................................................................................................................................15
F. Evaluation of Significance.......................................................................................................................19
G. Mitigation................................................................................................................................................23
H. Conclusions.............................................................................................................................................25
1. Notes ......................................................................................................................................................25
J. References...............................................................................................................................................25

## A. Background

Herbivory is a natural part of all terrestrial ecosystems.  However, herbivore species differ greatly in behavior and impacts, and there are no simple substitutions (Painter, 1995).  Terrestrial herbivores can range in size from single cells to elephants (Billings, 1970).  Grasshoppers have different effects than aphids, sheep differ from cattle, and the impacts of deer mice and deer are quite different.

The impact of herbivores on plants is a predator/prey interaction.  Although the prey is often not killed by the first injury, all impacts are cumulative and even a single defoliation can have significant negative impacts.  The impacts of livestock on plants vary, depending on animal species, numbers, and management.  Individual plants can be impacted directly, by defoliation, pull-up, breakage and trampling, etc., or indirectly, by animal-induced changes in habitat (e.g., damage to soil, cryptobiotic crusts, changes in microclimate, nutrient availability), changes in competitive relationships among plants, etc.

BLM_0080191

There are few, if any, types of plant communities in California that are unimpacted by livestock (Painter, 1995). Many of these communities have been severely adversely affected by livestock herbivory. For example, Ohmart (1996) pointed out that almost all riparian areas in the western US "are in unacceptable condition". Personal observations indicate that many of the uplands are as well. For example, since desired condition is defined through a similarity to natural conditions (with native species) and annual grasslands in California are dominated by invasive alien grasses, sites containing these human-altered plant communities cannot ever be considered to be in satisfactory or good condition.

Because there is no compelling evidence that herbivory is beneficial and the ecological costs of livestock grazing in have been clearly elucidated, advocates of public-lands livestock grazing must be able to demonstrate that low-impact management and ecosystem sustainability are possible, on the basis of careful use of the best available science. They must be able to demonstrate how ecological costs can be minimized. Introduction of alien species (including domestic livestock) must be treated as a significant ecological change, and negative impacts on native plants and animals, on soils and soil organisms, and on all other aspects of the ecosystems must be anticipated and minimized. This can only be done if management decisions are made based on knowledge of the impacted flora, fauna, and ecosystems, and a management program firmly grounded in the best available science, not unsubstantiated opinions, misunderstanding, and misinformation.

In his paper in a Forest Service symposium on using vegetation classification in resource management, Schlatterer (1989) pointed out that the same standards will probably be required for all management prescriptions as were applied by the 9th Circuit Court of Appeals to water quality: that it was not good enough that procedures complied with standards for best management practices, but rather that the Forest Service must be able to guarantee, in advance, that predicted conditions can be met. Schlatterer felt that, at some point, all Forest Service management personnel would be required to predict the consequences of all management actions, to prove that long-term productivity will not be impaired, and to provide a measure of how confident personnel are in those predictions. Using Schlatterer's standards, how willing are the Forest Service personnel to 'guarantee' the predicted results?

## B. Use of 'Best Available Science'

Unfortunately, many Environmental Impact Statements (EISs) and Environmental Assessments (EAs) contain inadequate references, use outdated science, and/or rely on scientifically unsubstantiated opinions as science. Because the public has limited confidence in government agencies to manage public lands (Brunson and Steel. 1994), because the public-land livestock industry is perceived as an example harmful taxpayer-subsidized resource extraction (Losos et al., 1995) of limited economic importance (Power, 1995) producing a relatively small proportion of US herds (Torell et al., 1992), and especially because the ecological costs of livestock grazing in arid and semi-arid ecosystems have been clearly elucidated (e.g., Belsky and Blumenthal, 1995; Fleischner, 1994; Mack and Thompson, 1982; Milton et al., 1994; Painter, 1995), it behooves the range managers to use very solid, contemporary science in designing the management plan and assessing its environmental consequences. Also, without the backing of good science, their statements must be treated as personal opinions, and opinions not an acceptable basis for management decisions. Use of scientifically unsubstantiated opinions as a basis for management decisions can leave public-land management agencies and their personnel vulnerable to accusations of 'management by myth'.

The failure to use (or at least include evidence of the use) of best available science should be enough to require revision of the EIS. While no one has time to read all available literature, it is necessary to remain current to be an effective manager. Just as one has a right to expect that other professionals (e.g., physicians, attorneys, etc.) remain current, it would seem reasonable that we have the right to expect public-land managers to be familiar with appropriate current literature and to base their management decisions on the currently best available science. There is an over-dependence on 'gray' literature, especially on government documents and unpublished data not easily accessed by the public. An increased use of peer-reviewed and more readily accessible literature might contribute to greater public trust. This should include a familiarity with pertinent peer-reviewed literature, as well as government documents.

Pertinent botanical and plant-ecological research can be found in a wide range of peer-reviewed basic and applied biological journals, including (but certainly not limited to) *Advances in Ecological Research, American Journal of Botany, American Midland Naturalist, American Naturalist, Annals of Botany, Annals of the Missouri Botanic Garden, Annual Review of Ecology and Systematics, Biological Conservation, BioScience, Botanical Gazette, Botanical Review, Bulletin of the Torrey Botanical Club, Canadian Journal of Botany, Conservation Biology, Ecology, Ecological Applications, Ecological Modeling, Ecological Monographs, Ecology, Evolution, Evolutionary Ecology, Journal of Ecology, Journals of the Linnean Society, Journal of Range Management, Journal of Vegetation Science, Madroño, New Phytologist, Oecologia, Oikos, Taxon, Trends in Research in Ecology and Evolution, Southwestern Naturalist, Vegetatio*.

BLM_0080192

The use of outdated paradigms and inadequate scientific information promotes the possibility of management actions producing significant (possibly irreversible) negative impacts. Information about vegetation dynamics is often presented in terms of successional stage and range condition. It has been found that changes in plant community composition are not always continuous, reversible, or consistent (Westoby et al., 1989; Laycock, 1991; Friedel, 1991; Miller et al., 1994). Therefore, long-held successional and range-condition concepts (*sensu* Dyksterhuis, 1949) are being replaced by more contemporary models (see reviews in Joyce, 1993; Laycock, 1991). The conceptual bases for contemporary models allow for a range of alternative states, discontinuous and irreversible transitions, dynamic communities, and stochastic events playing a large role in determining vegetation composition (Milton et al., 1994; Westoby et al., 1989).

## C. Terminology

One aspect of using best available science is understanding and correctly applying concepts. Incorrect use of terminology is an indication that the concepts behind the terms are not understood. In addition, when terms are not clearly defined, all readers may not interpret them in the same way, creating unnecessary confusion.

Types of herbivory are frequently imprecisely defined. As one scans the 'grazing' literature, one finds *to graze* is used to mean (1) to consume any type of aboveground production (both woody and herbaceous plants), (2) to feed primarily on herbaceous plants, or (3) to feed primarily on grasses or graminoids (Painter, 1995). *To browse* is used to mean to feed primarily on (1) woody plants or (2) non-grasses or non-graminoids. In addition, both terms may be used only for defoliation or may include some or all ancillary impacts (e.g., trampling, excrement, pull-up and breakage). A statement such as "grazing is a natural process on all plant communities" (Box and Malechek, 1987) takes on different meanings, depending on the definition used. In these comments, definition 2 (to feed primarily on herbaceous plants) is used for *grazing* and definition 1 (to feed primarily on woody plants) for *browsing*, and ancillary impacts are included. Strictly speaking, a grass or graminoid specialist is a *graminivore*, a subcategory of *grazer*.

Degrees of utilization are often not clearly defined (Ellison, 1960). The adjectives *light, moderate, severe, heavy, excessive,* etc., are highly subjective. What one person calls *light* grazing might appear to be *moderate* or even *heavy* grazing to another, e.g., Pearson (1950) considered a stubble height of 6 inches moderate, but Talbot (1937) considered 6 inches excessive utilization. The lack of quantitative measurement of utilization limits the value of many publications.

As used in contemporary ecological theory, a *niche* is the set of resources required by a particular species, not the structuring of resources in a habitat (Hutchinson, 1957; Johnstone, 1986; Whittaker, 1970). Therefore, a niche is not *occupied*. The premise behind an *empty* (or *vacant*) *niche* is that there is a ready-made matrix of niches waiting to be filled, which violates the definition. To quote Dr. W. D. Billings, "when a species becomes extinct, so does its niche" (pers. comm.). The phrase *empty* (or *vacant*) *niche* is an oxymoron; there is no niche if there is no species. Since niches are not space, cattle cannot 'occupy' niches of either extinct or extant native herbivores. Cattle exploit resources very differently from bison (including extinct *Bison* spp., which were not strictly grazers -- see McDonald, 1981), elk, deer, and pronghorn (see Painter, 1995). Evidence of modern grazing *Bison bison* has never been found in California (McDonald, 1981; D. Van Vuren, pers. comm.) Extinct native Pleistocene *Equus* spp. were different species (therefore had different niches) than modern alien horses.

Strictly speaking, communities, ecosystems, biomes, etc., *develop* or *form* rather than *evolve*. In and of themselves, they do not possess genes and, in addition to living organisms, ecosystems also include the physical environment (see Billings, 1983). *Natural selection* acts on phenotypes, altering gene and genotype frequencies, and *evolution* occurs at the population or species level (Arnold and Wade, 1984a,b; Cohan, 1984; Fowler and MacMahon, 1982; Lande and Arnold, 1983; Tidwell et al., 1972). Within phylogenies, the term is used with higher taxonomic levels (Stebbins, 1974). Species within a community do not collectively respond to a selection agent; each species in a community responds independently to selective agents depending on amounts of intraspecific genetic diversity, etc.

An *adaptation* is any trait that promotes fitness and was built by selection for its current role, i.e., has direct historic genesis through natural selection (Gould and Vrba, 1982). Environments and ecosystems are not *adapted*, and plant communities do not have *adaptations* (to grazing or anything else). Because of the direct link to natural selection, *adaptation* is limited to organisms, populations, species. *Exaptations* are traits that evolved for other usages (or no function at all) and were later 'co-opted' for their current role (Gould and Vrba, 1982). *Aptation* is sometimes used for traits when historical genesis is unknown (Gould and Vrba). Alien plant species can be at least somewhat *pre-adapted* by selective agents in their original environment to conditions in their new environment (Grant, 1977; Jackson, 1985), but not *adapted*. Successful invasions by alien species do not occur because native species are not 'as well adapted' (by definition the original flora was adapted to the pre-invasion *status quo*), however, depending on the degree to which alien invader species affect the

BLM_0080193

ecosystem once invasion has occurred, the original assemblage may not be adapted to persist in the post-invasion environment (Johnstone, 1986).

*Co-evolution* involves direct interactions of particular species with one another, ie., the effects of association of lineages of interacting species (Herrera, 1985; Pellmyr, 1992), "an evolutionary change in a trait of the individuals in one population in response to a trait of the individuals of a second population, followed by an evolutionary response by the second population to the change in the first" (Janzen, 1980). Both Herrera and Janzen discussed the frequent misuses of *co-evolution* and pointed out that it should not be used as a synonym for non-species specific animal/plant interactions. An assemblage (e.g., community) of plant species does not *co-evolve* with an assemblage of more or less generalist herbivore species, nor do entire regional floras and faunas. *Joint* or *concurrent evolution* is more accurate.

*Ecotype* is term used first by Turesson (1922, 1927, 1929) for a group of one or more local populations within a taxonomic species in which individuals, through environmentally related, stable, genetically based variation, have similar tolerances to similar selective forces (see Heslop-Harrison, 1964; McMillan, 1960, 1969; Painter et al., 1993, and references herein). It has never been used by ecologists as a synonym for plant community types.

For most botanists and plant ecologists, *vegetational* or *vegetation* is the standard adjectival form of *vegetation*. *Vegetative* is reserved for uses dealing with growth and development, as opposed to sexual reproduction (e.g., use in Barbour et al., 1980; Billings, 1970; Gottlieb and Jain, 1988; Stebbins, 1974; Stuessy, 1990). For example, *vegetation cover* is preferable to *vegetative cover*, *plant community stability* to *vegetative stability*, *vegetational succession* to *vegetative succession*, *vegetation condition and trend* to *vegetative condition and trend*, *species composition of riparian communities* to *riparian vegetative* species composition, aboveground net primary production or biomass production to vegetative *production*. *Vegetative species* can be either those that only reproduce asexually or those currently in a nonreproductive state. *Vegetative cover* could mean that cover provided by plants either not currently actively reproductive or not capable of sexual reproduction at any time.

Terms such as *brush, rangeland* and *range*, rangeland and riparian *health* are jargon specific to natural-resource-extraction biology (e.g., range and forest science). Such discipline-specific jargon (e.g., *brush fields* ) should be defined or other terms (e.g., shrub, shrubland, woodland) should be substituted.

Common names for plants are not standardized and the same name may refer to more than one species, and listing of rare, threatened, and endangered species is done by scientific name. In addition to making identification of the specific species discussed difficult, common names also may also imply economic undesirability or aggressive colonizing behavior that is not scientifically supportable, especially those with "weed" as a part of the common name (Holland and Kiel, 1995). Thus, it would be preferable, as a part of using best available science, to preferentially use scientific names. If common names are seen as desirable for those not familiar with scientific names, an appendix table should be included, with the scientific and common names of all plant species mentioned in the document not just sensitive plants, citing a literature source for both. *The Jepson Manual: Higher Plants of California* (Hickman, 1994) is generally used in California as a general source for scientific nomenclature, with the original literature cited for names not in the *Manual*. Nomenclatural conventions (italics, authors, etc.) should be followed. There are no trinomials in botanical names. *Var.* or *subsp.* (*ssp.*) is required before all infraspecific epithets.

## D. Literature Review

Livestock herbivory can lead to alterations in species composition of plant communities, ecosystem function, and ecosystem structure (reviewed in Fleischner, 1994). Altered species composition can include decreased in densities and diversity of native plant species, changing a shrub- or tree-dominated community into a grass-dominated one or vice versa. Livestock can destabilize plant communities by aiding the spread and establishment of alien plant species. Changes in a plant community affect the animal community (e.g., lack of food and/or cover changes the rodent community, which impacts the predators, etc.).

Ecosystem function may be altered through changes in nutrient cycles, water cycles, etc. Livestock grazing always results in a net loss of nutrients, since livestock are exported (Ellison, 1960; Painter, 1995).

Feces, dropped at the rate of 0.97 $m^2$/cow/day (354 $m^2$/cow/year), are slow to decompose in arid and semi-arid climates (Heady and Child, 1994). In California, like much of the West, livestock fecal decomposers are limited or missing, so nutrients in dung are not readily recycled (Anderson et al., 1984; Painter, 1995). Anderson et al. (1984) found that, in the Sierra foothills, feces can require several years to decompose. Insecticides orally administered to livestock can be excreted in feces, negatively impacting dung insects and further inhibiting break down. Because feces can smother plants beneath

them (Anderson et al., 1984; Heady and Child, 1994), feces accumulation can also represent a significant biomass and forage loss to the ecosystem, as well as being aesthetically unpleasant.

Ecosystem structural alterations can include changes in vegetation stratification, loss of living and dead plant cover, loss of cryptobiotic soil crusts, loss of mycorrhizal fungi and other soil organisms, increases in soil compaction, loss of soil stability, increased erosion, etc. (Fleischner, 1994). All of these, in turn, influence ecosystem function and plant community composition and stability.

Mycorrhizal associations are present in most plant species, although ruderal and colonizing species may be facultatively mycorrhizal or nonmycorrhizal (Wicklow-Howard, 1994). In semi-arid grasslands, as much as 95% of the dominant plant species may be mycorrhizal, with as much as 96% of the root length can be colonized. Fungal hyphae extending into the soil serve as extensions of the root systems and are both physiologically and geometrically more effect absorption organs than the roots themselves (Bethlenfalvay, et al., 1984). In oak woodlands, the fungal hyphae can extend outward several times the canopy width (D. DesJardins, pers. comm.). The ecological importance of mycorrhizae in arid and semi-arid habitats appears to be related to acquisition of nutrient resources. There is limited information available about the impacts of livestock grazing on mycorrhizal associations. However, Bethlenfalvay and Dakessian (1984) reported a significant shift in floristic composition and density of mycorrhizal plant species and a decrease in fungal colonization of grazed grasses. In studies of other types of disturbances in arid and semi-arid habitats, it has been observed that these lands are normally invaded by either nonmycorrhizal or facultative mycorrhizal plant species, including many invasive alien species, including many alien annual grasses (Wicklow-Howard, 1994). Success of these species further reduces propagules of mycorrhizal fungi. Thus, soil disturbance and management that removes or diminishes native species and promotes alien species can (and probably will) strongly negatively impact this essential component of the nutrient cycle.

One of the greatest changes in community composition and structure related to livestock grazing in California is the existence of annual grasslands. In fact, for the most part they represent large patches of alien plants that fit Holland and Keil's (1995) definition of "weeds" (pp. 460–461). In fact, 'California annual grasslands" are probably more accurately "Mediterranean annual-type grassland in California" (*sensu* Heady and Child, 1994). These communities, dominated by alien annual grass species (mostly from the Mediterranean Region), probably owe their origin to the presence of livestock (Baker, 1978; Heady, 1990; Jackson, 1985).

Externally imposed disturbance (e.g., livestock herbivory, unnaturally frequent fire) is recognized as a major source of entry for invasive alien species (Billings, 1994; Keeley, 1995; Schierenbeck, 1995). Ecosystems where alien plant species dominate or are important members significantly differ ecologically from pre-settlement ecosystems they have superseded. Ecologists are beginning to understand the biology of some alien plant species and ecological changes that accompany their proliferation (see Johnstone, 1986; Schierenbeck, 1995). Alien plant species have become important components or dominants in many areas of California, particularly the Mediterranean annual-type grasslands. Alien species make up about 18% of the species in the contemporary flora of California (Stuckey and Barkley, 1993). Alien grass species are particularly notable among the alien species. Many of the alien plant species that have successfully invaded or successfully introduced in California originated in areas with similar climates, especially the Mediterranean region, and many have evolved in close proximity to continual human-imposed disturbances related to agriculture, including domestic livestock grazing (Baker, 1989; Jackson, 1985; Stuckey and Barkley, 1993). These together indicate that many alien plant species that have been successful in California were at least somewhat pre-adapted by selective agents in their original environment to conditions in their new environment (Jackson, 1985).

If the Forest Service genuinely intends to manage for potential **natural** vegetation, then a management regime must be devised for Mediterranean annual-type grasslands that will, over some time frame, reduce the importance of the alien species and increase the importance of the native species. Since Mediterranean annual-type grasslands are the result of post-European-settlement disturbance and are dominated by alien species, they cannot be (by biological or ecological standards) in 'satisfactory condition'.

Livestock herbivory does not have equally negative impacts on all native plant species. Some plants apparently can tolerate a certain amount of herbivory, while others have avoidance mechanisms. Although resistance (avoidance/tolerance, *sensu* Briske, 1991) has been interpreted by some as an adaptation to grazing, it is more probable that the resistance is a strategy to reduce the negative impacts of all types of damage, including herbivory, fire, wind, freezing (Belsky et al., 1993). Plants often have similar responses to damage from several different sources; this is not the same as being 'adapted' to ungulate herbivory. Damage resistance is not predictable. It can vary among closely related species, or even populations of the same species (e.g., Painter et al., 1989, 1993). Some native California plant species appear to have limited tolerance of livestock grazing. However, if they are preferred foods, the resulting stress may put them at a competitive disadvantage with

less preferred species and with more tolerant species, leading to a decline in number or be lost from the community.  It is possible that some native species persist primarily through inertia (*sensu* Cole, 1985).  Since there is very little information available about the lifespans of many native California species, it is not known how long inertia will be enough to maintain their presence.

There are few, if any, types of plant communities in California that are unimpacted by livestock (Painter, 1995).   A great deal is said about what may happen if livestock are removed.  However, most of it is speculation.  Nongrazed land is relatively rare, and most areas that are livestock-free are too small for valid comparisons (Bock et al., 1993).  The least studied aspect of effects of livestock herbivory in California is impacts of no livestock.  There are relatively few comparative studies of similar grazed and nongrazed sites (e.g., Burcham, 1951; Callaway and Davis, 1993; McBride, 1978).  To the best of my knowledge, the only long-term comparative study with detailed baseline data from the time livestock are removed, is just beginning at Sedgewick Ranch (US Reserve System).

Although most scientific literature concerning livestock herbivory has focused on open vegetation (e.g., grasslands and savannas), livestock also impact forests.  In reviewing scientific literature from the interior western US (including the Sierra Nevada), Belsky and Blumenthal (1995) found that scientific studies comparing forest that had never been grazed to nearby grazed forests concluded that livestock grazing was the dominant factor (not fire suppression, which appears to be a *contributing* factor) in the conversion of open forests into dense, fire-prone forests.  In every study they found, the ungrazed forests continued to be open and park-like (similar to pre-European-settlement conditions), while the grazed forests developed into dense "dog-hair" thickets with high fuel loads.  Livestock can cause undesirable structural and compositional changes in forests and forest ecosystems, including decreased understory vegetation, decreased plant litter, increased tree density, increased vulnerability of trees to pests and pathogens, increased tree mortality, shifts to shade-tolerant tree species, reduced fire frequency (particularly cool ground fires), increased stand-replacing fires, and increased dependence on human management for regeneration.

Because responses to herbivory can vary between populations within a species, it is important that multiple populations be studied before any species-level generalizations are made.  Broader extrapolations are unwarranted until there is enough data about multiple species to indicate a pattern.   Unfortunately, a single study of a single population (Paige and Whitham, 1987) has been the basis for frequent extrapolations about overcompensation in defoliated plants in general.  Because this was a single-population study[1], Bergelson and Crawley (1992a,b) attempted to repeat their experiment on multiple populations of the same species.  However, they were unable to get similar results in any of the 14 populations they studied.  Maschinski and Whitham (1989) did not observe overcompensation in *Ipomopsis arizonica* plants growing under natural conditions (although overcompensation was found with artificial fertilization).  Thus, it is misleading to cite only Paige and Whitham, and inappropriate to extrapolate from their results to other species of *Ipomopsis*, or even any other populations of *Ipomopsis aggregata*, let alone less closely related species.

Individual plants can partially or (occasionally) fully compensate for lost aboveground biomass (Belsky, 1986; Painter et al., 1989).  However, this is frequently at the expense of belowground tissue (Ellison, 1960; Painter and Belsky, 1993), which can be 65-95% of total standing crop and 70-75% of the total annual net primary production (Sims and Singh, 1978; Sims et al., 1978).  Since nearly all studies of compensatory growth (and 'herbivore optimization') have examined only aboveground biomass changes, the effects of herbivory on the majority of plant biomass has usually been ignored (Painter and Belsky, 1993).

Community aboveground net primary production also generally decreases.  Lacey and Van Poollen (1981) compared total aboveground production in moderately grazed and nongrazed range communities (20 comparisons) and found that protection significantly increased total rangeland productivity by 68% ($\pm$ 46%).

Plant biomass destruction by herbivores depresses reproductive output (Ellison, 1960; Silvertown, 1982).  O'Connor (1991) defined what he called "the extinction-prone perennial grass", palatable obligate seed reproducer (e.g., bunchgrasses) producing low numbers of larger, poorly dispersed fruits, generally found in environments experiencing periodic drought.  Because species of this type are obligate seed reproducers, successful recruitment is a function of seed availability, seed germination, and seedling survival.  Herbivory can greatly reduce or eliminate seed production (a single defoliation can inhibit seed production in some species).  Repeated seedless years can diminish the seed bank.  Seeds of some species apparently require a cryptobiotic soil crust for germination (Belnap, 1994).  Herbivores (through defoliation, pull-up, and trampling) can destroy seedlings.  Competition from aggressive alien species further reduces seedling success.  Long-lived species whose reproduction has been impacted by herbivores may now remain primarily through inertia.  Tiller production is generally (but not always) reduced (Belsky, 1986; Ellison, 1960), so both vegetative and sexual reproduction may be adversely affected.

BLM_0080196

It is often accepted that dormant-season herbivory has few, if any, negative impacts. However, browsing and trampling of dormant woody riparian species is known to negatively affect them (Elmore and Kauffmann, 1994). Wandera et al. (1992) found that severe winter defoliation of a rapidly growing shrub (*Artemisia tridentata*) led to high shoot or whole-plant mortality, but had much less effect on growth of other more slow-growing native shrubs, at least under high resource availability. Removal of standing dead biomass from dormant herbaceous plants can also have impacts. Sauer (1978) found that standing dead material influenced grass productivity; plants that had the dead material removed in January were found to produce less green material and have shorter leaves than plants that entered spring growth with dead material intact.

Although it is sometimes claimed that removal of 'excessive' standing-dead biomass and litter (mulch) is beneficial, this has not been clearly demonstrated in the ecological literature. In fact, the problem is often not having enough cover from mulch and living vegetation to protect the soil from large herbivore impacts (Ellison, 1960). Soil under mulch is moderated and has more moisture than bare soil, and mulch increases rapid water infiltration, reducing runoff and erosion, all of which benefits the native vegetation (Ellison, 1960). Earthworm casts have been found to be more numerous under undisturbed litter (Ellison, 1960). Mature plants (with high amounts of standing dead) are apparently unattractive to native herbivores (e.g., deer), who may utilize the plants only when this natural protective barrier is removed (e.g., fire). Standing dead as an anti-herbivore mechanism has been reported for a number of species (e.g., Ganskopp et al., 1993; Johnson and Nichols, 1982; O'Connor, 1991; Painter, 1987; Sheppard, 1919; Weaver, 1954; Williams, 1897). Under natural conditions, grazing would be occasional pulses (e.g., related to fire frequency). Livestock grazing occurs much more frequently than the original fire frequencies.

There is a growing awareness that dust can have significant negative impacts on plants, including reduced photosynthesis, increased water loss, reduced vegetative growth, increased disease, reduced pollen germination, and reduced seed set (Farmer 1993). Dust is raised not only by livestock, but also by vehicular traffic associated with them. Quantities and constituents of dust must be taken into consideration in management plans.

Changes in competitive relationships, where competitive advantage shifts to less palatable, less conspicuous, and/or more tolerant species, has long been recognized (e.g., Ellison, 1960; Weaver and Clements, 1938). With domestic livestock herbivory in California, this has very frequently lead dominance by alien annual grasses (Baker, 1978; Ellison, 1950; Jackson, 1985; Painter 1995). Many of these alien species transported by the livestock, either externally or internally (Ellison, 1960).

Individual plants are impacted both directly, by defoliation, pull-up, breakage and trampling, etc., or indirectly, by animal-induced changes in habitat, changes in competitive relationships among plants, etc. Even if a species is be frequently eaten, it should not be assumed that herbivory might not be a threat, since unpalatability does not mean that it is unaffected by any other negative impacts of livestock grazing in its habitat. The potential of an improved competitive environment may not be sufficient to compensate for changes in soils, water availability, etc.

E. Analysis of Impacts

An EIS is premature if the resources in the area to be impacted have not been surveyed and inventoried. The first step is in designing an ecosystem management program is knowing what is to be monitored. Ecosystem management requires a monitoring programs based on accepted rigorous statistical sampling designs that pay particular attention to issues of precision and bias in data gathering (Christensen et al., 1996). The design, development, and maintenance of monitoring programs requires both commitment and long-term vision. While in the short term, monitoring programs represent an additional cost, it is also true that monitoring can provide a basis for understanding the real costs of a particular management intervention. Management goals must be specific operational objectives and expectations, expressed in terms of water flows, populations sizes, status of rare and endangered species, etc.

There are three general techniques for measuring impact: residual dry matter, stubble height, and proportion of standing crop removed (level of utilization). Most utilization guidelines are based on vegetation type, as well as season and duration of use, with guidelines for reduction in utilization based on topography, distance from water, availability of shade, etc. Of the three techniques, residual dry matter is the least appropriate and most prone to error. Therefore, RDM is **not** a monitoring tool that I can recommend.

The best monitoring technique would be a combination of stubble height and level of utilization. This would require that non-grazed reference exclosures be established, to allow undamaged plant heights to be determined.

From a biological standpoint, level of utilization, stubble height, and residual dry matter are all important. Sauer (1978) found that standing dead material influenced grass productivity; plants that had the dead material removed in January were found to produce less green material and have shorter leaves than plants that entered spring growth with dead material intact. A number of researchers (e.g., Ganskopp et al., 1993, Johnson and Nichols, 1982; O'Connor, 1991; Sheppard, 1919; Weaver, 1954; Williams, 1897) reported that for many perennial grass species (particularly bunchgrass species) standing dead functioned as a protection from over-utilization.

Any values set on annual production need to be carefully designed, since, according to Biondini et al. (1991), over-estimations of production are common. One monitoring technique based on production is residual dry matter (RDM). Not only is there a very real potential for over-estimating production, but recommended levels can vary widely. According to Vallentine (1990), 500 lb/acre was recommended by Hooper and Heady for Mediterranean annual-type grasslands, while Holechek recommended up to 1100 lb/acre. Frost et al. (1990) recommends a minimum RDM for **annual** grasslands of approximately 400 lb/acre for lower flat slopes, 600 lb/acre for average gentle slopes, and 800 lb/acre for steep upper slopes. Annual grasslands are not a native vegetation type, and these levels may be inappropriate for native vegetation. In fact, exclusively measuring RDM may be inappropriate. Most RDM monitoring regimes are designed to be used in alien-annual-dominated grasslands on privately owned ranches to maximize profit while minimizing impacts on forage production (e.g., Clawson, 1990). RDM monitoring has limited predictive powers (Vallentine, 1990) . RDM is most effective when forage production is very low. The data do not provide information usable to explain why monitoring sites have RDM levels at or below recommended levels in average or above average years. Because RDM is rarely sorted by species, it provided little or no information of differential impacts, and no information concerning desired conditions or potential natural community.

Some authors suggest setting utilization guidelines based on stubble height (Vallentine, 1990). Recommendations can vary greatly: Pearson (1950) recommended a stubble height of 6 inches, but Talbot (1937) felt that a stubble height of 6 inches represented excessive utilization. Plant species have differing tolerance of close grazing (even on the same site), and a suitable minimum stubble height for one species may severely stress another. Therefore, stubble heights must be set for minimizing impacts to the most susceptible species or must vary by species.

Vallentine (1990) recommend that a *proper use factor* (converting standing crop to grazing capacity based on the portion that is usable forage), adjusted for slope and for distance from water and shelter, be used to calculate stocking rates, rather than RDM. Vallentine (1990) suggested 50-60% as a proper use factor for Mediterranean annual-type grasslands, with use of the lower value for areas used during the dormant season for season-long continuous grazing. However, Mediterranean annual-type grasslands are not a natural vegetation type (and therefore are not an appropriate objective for vegetation management). Therefore, public lands should be managed (and utilization set) for the potential *natural* vegetation. Vallentine recommended a proper use factor of 20-30% for alpine tundra, 30-40% for oak woodland and chaparral, and 35-45% in western coniferous forest, mountain grasslands, and mountain shrublands. Holechek et al. (1995) recommended 40% or less utilization of 'key' forage species in coniferous forests and 20-30% in alpine tundra. Ratliff et al. (1987) recommended utilization limits of 20-35% for wet and dry meadows and 35-45% for moist meadows. All of these values depend on ecological condition and management goals. A maximum allowable utilization for 'key' perennial species of 20% of current year's growth was set for the Carrizo Plain Natural Area.

A set of plant indicator ('key') species should be used for monitoring. These should be **native** species and should include several species from each community type. Each community indicator group should include (as applicable) trees, shrubs, forbs, and grasses, and should be selected to include those most sensitive to and/or preferred by livestock, and those only consumed under duress. Important food plants for a large array of wildlife should also be treated as indicator species, as well as plant species that have been found to be good indicators of ecosystem stability and all rare and endemic plant species, as well as species known to be limited by livestock herbivory and species that are indicative of 'endangered habitats', e.g., riparian woodlands and valley grasslands (Bowler, 1990; Pavlik et al., 1991), or are considered rare (Skinner and Pavlik, 1994). A larger number of native species should be on the list for composition of desired community composition than are necessary for utilization monitoring, if the latter are chosen carefully.

If sufficient herbaceous forage is not available, nearly all shrub and tree taxa are utilized by livestock at some time (Merrill, 1972). *Artemisia, Quercus, Rhus,* and *Salix* spp. will be eaten if preferred food sources are unavailable (Dietz, 1972; Merrill, 1972; Stubbendieck et al., 1992). *Quercus* spp. are important indicators because livestock have been implicated in limited success in or the failure of many oak species to successfully regenerate, including *Q. douglasii , Q.. lobata , Q. kelloggii ,*and *Q. wislizeni* (Bosinger, 1988; Duncan and Clawson, 1980; Muick and Bartolome, 1987; Pavlik et al., 1992; Rossi, 1980; Swiecke and Barnhardt, 1991). Livestock also directly impact oaks by eating acorns, leaves, and young shoots. Livestock browsing is thought to suppress or kill many or most seedlings and saplings, as well as sometimes

stressing older trees. *Salix* spp. often suppressed or lost from heavily utilized riparian areas, but may be indicators of recovery (Chaney et al., 1990). Some shrubs and trees appear to be very unpalatable and poor forage. *Pinus* spp. are considered "worthless" as livestock forage, and some species can cause abortion (Stubbendieck et al., 1992). *Arctostaphylos* spp. should be included as indicator species because they are relatively unpalatable and not readily eaten by livestock (Stubbendieck et al., 1992; USDA, 1937; Van Vuren and Coblenz, 1987). The leaves, stems and seeds may contain toxic quantities of hydrocyanic acid of *Prunus virginiana* (Stubbendieck et al., 1992).

According to Andrew (1988), when water is available at only a few scattered points, these become the main foci of animal activities and impacts (e.g., accumulation of livestock feces, density of livestock trails, soil compaction, damage to the cryptobiotic crust, amount of bare soil, degree of herbage defoliation, etc.). Concentric rings of utilization are usually found around watering points, with utilization decreasing as distance from water increases (Vallentine, 1990). Cattle will often excessively utilize less preferred forage close to water rather than travel long distances to better forage.

Stuth (1991) defined optimum foraging area for cattle as an approximate circle with a radius generally not more than 0.8 km (0.5 miles) from water and a maximum outer limit of 1.6 km (1 mile).

Another important factor is steepness of the slopes, particularly those between the preferred riparian areas and other forage. Holechek (1988) recommends the following assumptions be used for calculation of utilization: no reduction for 0–10% slopes, 30% reduction for 11–30% slopes, 50% reduction for 31–60% slopes, and 100% reduction for slopes over 60%. Cattle avoid steep slopes and preferentially use more accessible areas (Ganskoff and Vavra, 1987; Heady and Cook, 1994; Vallentine, 1990), greatly increasing impacts on flatter areas, especially those near water or shelter.

The need by livestock for shelter also needs to be considered. Vallentine (1990) pointed out that cattle consistently seek shade when temperatures exceed 85° F and need protection during inclement weather. Newly burned areas and other areas with limited sources of shelter often will not be used during warmer periods or inclement weather, increasing impact on areas with trees, sheltering banks and cliffs, etc..

### F. Evaluation of Significance

Objective, quantifiable monitoring is essential for effective management (Christensen et al., 1996). Because of the documented ecological costs associated with livestock herbivory, if monitoring is not being done frequently and properly, livestock should be excluded. Therefore it should be in the best interest of the permittees to insist that monitoring be done on schedule by qualified personnel. Evidence of subjective monitoring should carry a penalty, one that would make the permittee insist on better monitoring (e.g., exclusion of livestock or severe reductions in stocking rates to balance possible bias producing under-estimations of utilization). Permittee self-monitoring sounds attractive to the Forest Service, but it only works if there are objective checks in place and there have been no problems with the permittee in the past. Self-monitoring should never be allowed if there have been. Inyo National Forest is apparently planning on permittee self-monitoring in the Golden Trout Wilderness Area. Because there are on-going problems with at least one permittee, CalTrout may hire an independent monitor to provide checks. If a lawsuit results, this may cause more problems and cost the Forest Service more than the money saved by not using qualified Forest Service personnel to do the monitoring.

The *Land and Resource Management Plan Amendment "Grazing Management" Draft Environmental Impact Statement* for Sequoia National Forest contained an inadequate monitoring plan for both utilization and ecological condition, as did the **White River Project Environmental Assessment, Hot Springs and Greenhorn Ranger Districts**.

In order to establish key species, a botanical inventory is necessary. Appended to the EIS there should be the results of the inventory, coded by community type(s) in which each taxon occurs, by whether the taxon is native or alien, and whether it is palatable for livestock and the significant wildlife species. Botanical survey history of the analysis area needs to be included in the EIS, providing information as to who has conducted work in the analysis area, what collections are referenced, and where vouchers have been deposited. Without vouchers and referenced collections deposited in major herbaria, inventories and checklists are of greatly reduced value, since materials from which the catalogues were assembled are not available for verification nor for future study and taxonomic review (Ferren et al., 1995; Palmer et al., 1995; Raven, 1995).

In addition to species-specific utilization monitoring, vegetation monitoring is necessary to assess ecological condition and progress toward desired condition. In addition to a botanical inventory, a plant community inventory is also required, since it is necessary to know not only what is present but also how much. Without baseline data it is not possible to quantify or evaluate changes, thus not possible to make informed management decisions. Desired conditions need to be defined, using not only current vegetation composition but as much historical and paleobotanical information as possible (a partial list

of applicable references is attached). Desired conditions should be established by a plant ecologist and range ecologist. The monitoring protocol should be designed by both.

A set of plant indicator ('key') species should be used for monitoring. These should be **native** species and should include several species from each community type. Each community indicator group should include (as applicable) trees, shrubs, forbs, and grasses, and should be selected to include those most sensitive to and/or preferred by livestock, and those only consumed under duress. Important food plants for a large array of wildlife should also be treated as indicator species, as well as plant species that have been found to be good indicators of ecosystem stability and all rare and endemic plant species. Choice of indicator taxa should be site specific. A larger number of native species should be on the list for composition of desired community composition than are necessary for utilization monitoring, if the latter are chosen carefully. Selection of 'key' species should be done by a plant taxonomist, plant ecologist, and range ecologist, not just the latter.

Woody indicator species should include species known to be limited by livestock herbivory and species that are indicative of 'endangered habitats', e.g., riparian woodlands and valley grasslands (Bowler, 1990; Pavlik et al., 1991), or are considered rare (Skinner and Pavlik, 1994). Woody indicator species might include (but not be limited to) *Arctostaphylos, Artemisia, Ceanothus, Pinus, Populus, Prunus, Quercus, Rhus, Ribes, Salix* spp. Herbaceous indicator species should include palatable and unpalatable species, and should include species known to be limited by livestock herbivory, rare species, species that are indicative of 'endangered habitats', and species considered typical of native vegetation, particularly those that have been impacted by human-induced habitat alteration. Native grasses (e.g., *Achnatherum* spp., *Deschampsia cespitosa, Elymus elymoides, Koeleria macrantha, Poa secunda, Pseudoroegnaria spicata*) should be indicators for all community types. Other herbs should include (but not be limited to) *Carex, Eleocharis, Equisetum, Trifolium* spp.

Because both utilization monitoring and ecological condition (vegetation) monitoring requires identification of plant species, a reference herbarium is needed. It is sometimes useful to have duplicate collections, one set laminated for field work and one set mounted for microscopic work. If quality specimens are available, color photocopies can be made and laminated. The Department of Defense has commissioned both laminated specimens and laminated color photocopies for use on their installations. Because of the large number of rare plant taxa in California, it is often not sufficient identify a plant to species, let alone to make a field identification from memory or 'guess'. 'Close enough' rarely actually is. Being wrong can have significant biological and legal consequences. When there are problems with identification, specimens should be sent to the forest botanist, the regional botanist, or an appropriate taxonomic expert.

Plant scientific nomenclature should follow a currently available source (e.g., *The Jepson Manual*), with any exceptions identified by source (e.g., taxa not described in 1993 or whose taxonomy has been revised since then). Nomenclature should be kept current.

The best monitoring protocol is a combination of stubble height and level of utilization, using key species for both, with level of utilization measured using a combination of height-weight ratio (Cook and Stubbendieck, 1986) and photographic utilization guides (Kinney and Clary, 1994). These both require that non-grazed reference exclosures be established, to allow undamaged plant height and weight to be determined. Height-weight ratios are reliable and statistically quantifiable, but sometimes labor intensive (Cook and Stubbendieck, 1986), but fewer samples would be needed if they are used in conjunction with photographic utilization guides. The latter allows for quick, easy estimation of utilization and requires relatively little formal training, and is related to stubble height (Kinney and Clary, 1994). Because there are visual standards, these should be more accurate than ocular estimations and less observer-specific. However, because estimations are by classes, statistical value is reduced. However, more precise documentation can be done by determining height of local species before livestock are turned out, then measuring stubble heights and calculating percent removed. In addition, some instruction in both theory and field practice may be needed, since inexperienced users may overestimate utilization when grazing is light and underestimate it when grazing is heavy.

Utilization monitoring should include (but not be limited to) level of ungulate herbivory, reproductive status and success, changes in architecture, signs of water or nutrient stress. Minimum stubble height and/or utilization level needs to be established for indicator species. Plant species have differing tolerance of close grazing (even on the same site), and tolerable utilization for one species may severely stress another. Therefore, stubble heights/utilization levels must be set for minimizing impacts to the most susceptible species or must vary by species.

Utilization levels should be set as ranges, with management decisions made as conditions approach the more conservative end of recommended ranges, to allow a buffer and protect plants from the consequences of overestimation of production. Thus levels of 40% or less should be used for plants in most areas, ca. 20% for alpine and subalpine meadows, as well as designated sensitive areas (e.g., non-rare plants in rare plant habitat, riparian areas, etc. Because cattle, sheep, and horses are generally considered to be grazers, preferring herbaceous plants, especially grasses (Vallentine, 1990;

BLM_0080200

Heady and Child, 1994), planned allowable use of woody species should be 0% (with incidental use <5%), and use of woody plants by livestock should be viewed as an indication that there is insufficient herbaceous feed available and livestock should have already been removed.

Distance from water, slope, and availability of shelter must all be considered in setting stocking rates and determining utilization. Areas more than 1 mile from a source of water or with greater than 60% slopes will not be included in stocking rate calculations. Holechek's reductions for utilization of slopes and Stuth's for distance from water will be used in calculation stocking rates. Availability of shelter will also be factored in, and areas without appropriate shelter will not be included in calculations. Uniform utilization should not be assumed in monitoring nor considered an appropriate goal for heterogeneous habitats. Monitoring stations must be in the most heavily impacted parts of an area, since these are where minimum stubble heights/maximum utilization levels will be reached first.

Vegetation monitoring needs to be done annually. Quantitative measurements are needed, not just presence or absence of species. Increases and decreases in importance values (Mueller-Dombois and Ellenberg, 1974) of native species need to be calculated. Diversity indices (both richness and evenness, see Ludwig and Reynolds, 1988) must include only native species.

Flexibility needs to be built into the established levels, so that a greater proportion of biomass is left when plants are more stressed (e.g., drought years, unusually short growing seasons). Since forage production can vary by 500% and plant species respond differently to defoliation under stress, the same proportion of forage used has different impacts in wet and dry years (Vallentine, 1990). Therefore, no single value is appropriate for all years, all vegetation types, and all plant species. These differences need to be incorporated into management plans. The negative consequences of over-stocking and over-utilization can be severe.

'Annual grasslands' are not a natural vegetation type, therefore management for their persistence (in 'satisfactory' condition or otherwise) is not an appropriate objective. All desired conditions standards must include continued reduction in the dominance of alien annual grasses.

## G. Mitigation

The EIS must include evidence that botanical and plant community inventories have been done or are in progress. Without this information any desired condition standards are based on personal opinion rather than science. Justification for selection of 'key' species for both utilization and desired condition monitoring must be included.

The EIS must also be a detailed description of proposed and previous utilization and vegetation monitoring protocols, as well as summary data from previous monitoring, showing how closely the data correlate with the standards set in the protocols. The EIS needs to include how often utilization was exceeded. There must be evidence that utilization sample sizes were (and will be) statistically analyzed for adequacy of numbers (to reduce error, particularly over-estimation of forage, leading to over-utilization).

When stocking rate calculations indicate that an area cannot support livestock stocking rates previously allowed in an area without negative impact, stocking rates must be reduced. If it becomes apparent that some seasons of use are more detrimental than others, there must be a commitment to not allow use during those seasons. The EIS must include evidence of how stocking rates and seasons of use are determined, how (and how often) they are checked, and what the penalties for noncompliance are. A previous record for each of these should be provided (e.g., how many animals have been permitted for how long during what seasons; how often have penalties been assessed when a permittee has exceeded the established stocking rate, turned out at the wrong time, remained too long, etc.?) The EIS must also provide information about how often stocking rates and seasons of use have been increased or decreased in the past, why they were changed, and what impact these changes had on utilization and ecological condition.

Livestock must be removed as soon as it is determined that minimum stubble heights/maximum utilization levels are being approached, regardless of calendar date or length of time on allotment. This requires relatively frequent utilization monitoring, not annual. This has been done on the Modoc National Forest. The Carrizo Plain Natural Area proposes to remove livestock within 7 days after utilization drops below set standards. Any protocol that does not provide for frequent assessment of utilization and rapid adjustments of stocking rates is not designed to protect the resources.

If grazing systems are incorporated into the management plan, they must be compatible with utilization-controlled removal. Evidence that the proposed grazing systems will not increase impacts, either from concentrated utilization by numbers of animals (e.g., high-intensity, short-duration systems) or extended utilization (e.g., continuous season-long grazing). Evidence must be from the scientific literature, not popular publications or scientifically unsubstantiated sources.

Most of the conjectured benefits of Holistic Resource Management (HRM) have not been scientifically substantiated. Until they are, this system is incompatible with management based on best available science and should not be permitted, since the potential for negative impacts is considerable and a number of experimental tests and reviews already refute many HRM assumptions (e.g., Balph and Malecheck, 1985; Bryant et al., 1989; Burleson and Leininger, 1988; Gammon 1984; Gillen et al., 1991; Hart et al., 1993; McCalla et al., 1984; Pieper and Heitschmidt, 1988; Ralphs et al., 1990; Skovlin, 1987; Taylor, 1989; Taylor et al., 1993; Warren et al., 1986; Weltz et al., 1989; Winkel and Roundy, 1991).

When monitoring data indicate that there is an on-going negative change in ecological condition and reductions in stocking rates are not producing required changes, there must be a genuine commitment to exclude livestock for as long as necessary to allow recovery (e.g., riparian areas, see Chaney et al., 1990). Not all areas are suitable for livestock; a set of objective and quantifiable criteria for designating lands unsuitable for livestock grazing, based on soil productivity, forage distibution and abundance, and other factors, need to be developed and implemented (Wildlife Society, 1996).

A portion of each vegetation type needs to have livestock excluded (see Bock et al., 1993), to allow the Forest Service to examine what environmental changes are reversible over what time frame, as well as to allow valid comparisons to those areas with livestock.

## H. Conclusions

Forest Service personnel (including range scientists) are entrusted with protection and conservation of the natural resources (Thomas, 1996). It may not be too late for range managers to become natural-resource managers (even if it is too late for them to "take over all the multiple uses"); it certainly is not too late for them to "become vegetation ecologists rather than meat producers" (Peterson, 1995).

The burden of proof should be shifted to users of public lands to show that they will not spoil it, rather than expecting scientists and natural-resource advocates to 'prove' that current management is detrimental. Advocates of public-lands livestock grazing must be able to demonstrate that low-impact management and ecosystem sustainability are possible, on the basis of careful use of the best available science. They must be able to demonstrate how ecological costs can be minimized. Asking "How can livestock grazing be managed to have the fewest impacts on biodiversity and ecosystem integrity?" should be a question asked by public-land ranchers, not conservation biologists (Joslyn, 1995), nor public-lands managers. Public employees should be advocates for the public's natural resources, rather than for privately owned livestock and their owners. Designing management plans that put protection the natural resourses first might be a large step toward regaining the public's confidence in government agencies to manage public lands.

## 1. Notes

[1]The is a strong probability that some or all of the used in the study were not *Ipomopsis aggregata* since the 'population' at Fern Mountain is a mixture of *I. aggregata* subsp. *formosissima. I. tenuituba,* and hybrids (see Grant and Wilken, 1988).

## J. References

Anderson, J. R., R. W. Merritt, and E. C. Loomis. 1984. The insect-free cattle dropping and its relationship to increased dung fouling of rangeland pastures. Journal of Economic Entomology 77(1):133-141.

Andrew, M. H. 1988. Grazing impacts in relation to livestock watering points. Trends in Research in Ecology and Evolution 3:336–339.

Arnold, S. J. and M. J. Wade. 1984a. On the measurement of natural and sexual selection: theory. Evolution 38: 709-719.

Arnold, S. J. and M. J. Wade. 1984b. On the measurement of natural and sexual selection: applications. Evolution 38: 720-734.

Baker, H. G. 1978. Invasion and replacement in Californian and neotropical grasslands. In: J. R. Wilson (editor), Plant Relations in Pastures. CSIRO, Melbourne, Australia.

Baker, H. G. 1989. Sources of the naturalized grasses and herbs in California. In: L. F. Huenneke and H. Mooney (editors), Grassland Structure and Function in California Annual Grasslands. Kluwer, Dordrecht, Netherlands.

Balph, D. F. and J. C. Malecheck. 1985. Cattle trampling of crested wheatgrass under short-duration grazing. Journal of Range Management 38: 226-227.

Barbour, M. G., J. H. Burk, and W. D. Pitts. 1980. Terrestrial Plant Ecology. Benjamin/Cummings Publ. Co., Menlo Park, CA.

Belnap, J. 1994. Potential role of cryptobiotic soil crusts in semiarid rangelands. In: S. B. Monsen and S. G. Kitchen (compilers), Proceedings — Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service Intermountain Research Station, Ogden, UT.

BLM_0080202

Belsky, A. J. 1986. Does herbivory benefit plants? A review of the evidence. American Naturalist 127: 870-892.

Belsky, A. J. and D. M. Blumenthal. 1995. Effects of livestock grazing on upland forests, stand dynamics, and soils of the interior West: livestock and the "forest health" crisis. Oregon Natural resources Council, 5325 N Greeley, Portland, OR 97217.  [accepted with slight revision for publication in *Conservation Biology*]

Belsky, a. J.., W. P. Carson, C. J. Jensen, and G. A. Fox. 1993. Overcompensation by plants: herbivore optimization or red herring? Evolutionary Ecology 7: 109-121.

Bergelson, J. and M. J. Crawley. 1992a. The effects of grazers on the performance of individuals and populations of scarlet gilia, *Ipomopsis aggregata*. Oecologia 90: 435-444.

Bergelson, J. and M. J. Crawley. 1992b. Herbivory and *Ipomopsis aggregata*: the disadvantages of being eaten. American Naturalist 139: 870-882.

Bethlenfalvay, G. J. and S. Dakessian. 1984. Grazing effects on mycorrhizal colonization and floristic composition of the vegetation on a semiarid range in Northern Nevada. Journal of Range Management 37(4):312-316.

Bethlenfalvay, G. J., S. Dakessian, and R. S. Pacovsky. 1984. Mycorrhizae in a southern California desert: ecological implications. Canadian Journal of Botany 62: 519-524.

Billings, W. D. 1970. Plants, Man, and the Ecosystem. Second edition. Wadsworth Publ. Co., Belmont, CA.

Billings, W. D. 1983. Man's influence on ecosystem structure, operation, and ecophysiological processes. In: O. L. Lange, P. S. Nobel, C. B. Osmond, and H. Ziegler (editors), Physiological Plant Ecology IV, Encyclopedia of Plant Physiology, New Series, Vol. 12D. Springer-Verlag, Berlin.

Billings, W. D. 1994. Ecological impacts of cheatgrass and resultant fire on ecosystems in the western Great Basin. In: S. B. Monsen and S. G. Kitchen (compilers), Proceedings — Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313.  USDA Forest Service Intermountain Research Station, Ogden, UT.

Biondini, M. E., W. K. Lauenroth, and O. E. Sala. 1991. Correcting estimates of net primary production: are we overestimating plant production in rangelands?  Journal of Range Management 44:194–198.

Bock, C. E., J. H. Bock, and H. M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology 7: 731-733..

Bosinger, C. L. 1988. The hardwood of California's timberlands, woodland, and savanna.  Resource Bulletin PNW-RB-148. USDA Forest Service Pacific Northwest Research Station, Portland, OR.

Bowler, P. 1990. Riparian woodland: an endangered habitat in southern California.  In: A. A. Scoenherr (editor), Endangered Plant Communities of Southern California: Proceedings of the 15th Annual Symposium. Southern California Botanists Special Publication No. 3. Rancho Santa Ana Botanic Gardens, Claremont, CA.

Briske, D. D. 1991. Developmental morphology and physiology of grasses. In: R. K. Heitschmidt and J. W. Stuth (editors), Grazing Management: An Ecological Perspective. Timber Press, Portland, OR.

Bryant, F. C., B. E. Dahl, R. D. Pettit, and C. M. Britton. 1989. Does short-duration grazing work in arid and semiarid regions: Journal of Soil and Water Conservation (July-Aug.): 290-296.

Brunson, M. W. and B. S. Steal. 1994. National public attitudes toward federal rangeland management. Rangelands 16(2): 77–81.

Burcham, L. T. 1951. Cattle and range forage in California: 1770-1880. Agricultural History 35: 140-149.

Burleson, W. H. and W. C. Leininger. 1988. Intensive grazing –precautions. Rangelands 19: 186-188.

Callaway, R. M. and F. W. Davis. 1993. Vegetation dynamics, fire, and the physical environment in coastal central California. Ecology 74: 1367-1378.

Caughley, G. and J. H. Lawton. 1981. Plant-herbivore systems. In: R. M. May (editor). Theoretical Ecology: Principles and Applications. Second edition. Blackwell, Oxford.

Chaney, E., W. Elmore, and W. S. Plats. 1990. Livestock grazing on western riparian areas. US Environmental Protection Agency Region 8.

Christensen, N. L., A. M. Bartuska, J. H. Brown, S. Carpenter, C. D'Antonio, R. Francis, J. F. Franklin, J. A. MacMahon, R. F. Noss, D. J. Parsons, C. H. Peterson, M. G. Turner, And R. G. Woodmansee. 1996. The report of the Ecological Society of America committee on the scientific basis for ecosystem management. Ecological Applications 6: 665-691.

Clawson, W. J. (editor) 1990. Monitoring California's Annual Rangeland Vegetation. Leaflet 21486. University of California Cooperative Extension, Division of Agriculture and Natural Resources.

Cohan, F. M. 1984. Can uniform selection retard random genetic divergence between isolated conspecific populations? Evolution 38: 495-504.

Cole, K. L. 1985. Past rates of change, species richness, and a model of vegetational inertia in the Grand Canyon, Arizona. American Naturalist 125: 289-303.

Cook, C. W. and J. Stubbendieck (editors). 1986. Range Research: Basic Problems and Techniques. Society for Range Management, Denver, CO.

BLM_0080203

Crawley, M. J. 1993. On the consequences of herbivory. Evolutionary Ecology 7: 123-125.

Dietz, D. R. 1972. Nutritive value of shrubs. In: C. M. McKell, J. P. Blaisdell, and J. R. Goodin (editors), Wildland Shrubs — Their Biology and Utilization. USDA Forest Service General Technical Report INT-1, Intermountain Forest and Range Experiment Station, Ogden, UT.

Duncan, D. A. and W. J. Clawson. 1980. livestock utilization of California's oak woodlands. in: T. T. Plumb (technical coordinator), Proceedings of Symposium on Ecology, Management, and Utilization of California Oaks. General Technical Report PSW-44. USDA Forest Service Pacific Southwest Forest and Range Experiment Station, Berkeley.

Dyksterhuis, E. J. 1949. Condition and management of rangeland based on quantitative ecology. Journal of Range Management 2: 104–115.

Ellison, L. 1960. Influence of grazing on plant succession of rangelands. Botanical Review 26: 1-78.

Elmore, W. and B. Kauffman. 1994. Riparian and watershed systems: degradation and restoration. In: M. Vavra, W. A. Laycock, and R. D. Pieper (editors), Ecological Implications of Livestock Herbivory in the West, Society for Range Management, Denver, CO.

Farmer, A. M. 1993. The effects of dust on vegetation — a review. Environmental Pollution 79: 63–75.

Ferren, W. R., Jr., D. L. Magney, and T. A. Sholars. 1995. The future of California floristics and systematics: collecting guidelines and documentation techniques. Madroño 42(2):187-210.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8: 629-644.

Fowler, C. W. and J. A. MacMahon. 1982. Selective extinction and speciation: their influence on the structure and functioning of communities and ecosystems. American Naturalist 119: 480-498.

Friedel, M. H. 1991. Range condition assessment and the concept of thresholds: a viewpoint. Journal of Range Management 44: 422–426.

Frost, W. E., N. K. McDougald, and M. R. George. 1990. Herbaceous plant measurements. In: W. J. Clawson (editor), Monitoring California's Annual Rangeland Vegetation. Leaflet 21486. University of California Cooperative Extension, Division of Agriculture and Natural Resources.

Gammon, D. M. 1984. An appraisal of short duration grazing as a method of veld management. Zimbabwe Agriculture Journal 81: 59-64.

Ganskopp, E., R. Angel, and J. Rose. 1993. Wolf plants: how finicky are cattle about old growth in standing forage? Special Report 923, Agricultural Experiment Station, Oregon State University, Corvallis.

Gottlieb, L. D. and S. K. Jain (editors). 1988. Plant Evolutionary Biology. Chapman and Hall, NY.

Gould, S. J. and E. S. Vrba. 1982. Exaptation — a missing term in the science of form. Paleobiology 8: 4-15

Grant, V. 1977. Organismic Evolution. Freeman, San Francisco.

Grant, V. and D. H. Wilken. 1988. Natural hybridization between *Ipomopsis aggregata* and *I. tenuituba* (Polemoniaceae). Botanical Gazette 149: 213-221.

Hart, R. H., J. Bissio, M. J. Samuel, and J. W. Waggoner, Jr. 1993. Grazing systems, pasture size, and cattle grazing behavior, distribution and gains. Journal of Range Management 46: 81-87.

Heady, H. F. 1990. Valley grassland. In: M. G. Barbour and J. Major (editors), Terrestrial Vegetation of California. California Native Plant Society Special Publication No. 9.

Heady, H. F. and R. D. Child. 1994. Rangeland Ecology and Management. Westview Press, Boulder, CO.

Herrera, C. M. 1985. Determinants of plant-animal convolution: the case of mutualistic dispersal of seeds by vertebrates. Oikos 44: 132-141.

Heslop-Harrison, J. 1964. Forty years of genecology Advances in Ecological Research 2:159-247.

Holechek, J. L. 1988. An approach for setting the stocking rate. Rangelands 10: 10–14.

Holland, V. L., and D. J. Keil. 1995. California Vegetation. Kendall/Hunt. Publ, Dubuque, IA.

Hutchinson, G. E. 1973. Concluding remarks. Cold Spring Harbor Symposium in Quantitative Biology 22: 413-427.

Jackson, L. E. 1985. Ecological origins of California's Mediterranean grasses. Journal of Biogeography 12: 349-361.

Janzen, D. H. 1980. When is it coevolution? Evolution 34: 611-612.

Johnson, J. R. and J. T. Nichols. 1982. Plants of South Dakota grassland. South Dakota State University Agricultural Research Station Bulletin No. 566.

Johnstone, I. M. 1986. Plant invasion windows: a time-based classification of invasion potential. Biological Reviews 61: 369-394.

Joslyn, L. 1995. Grazing and advocacy. Conservation Biology 9: 475.

Joyce, L. 1993. The life cycle of the range condition concept. Journal of Range Management 46: 132–138.

Keeley, J. E. 1990. The California valley grassland. In: A. A. Scoenherr (editor), Endangered Plant Communities of Southern California: Proceedings of the 15th Annual Symposium. Southern California Botanists Special Publication No. 3. Rancho Santa Ana Botanic Gardens, Claremont.

Keeley, J. E. 1995. Future of California floristics and systematics: wildfire threats to the California flora. Madroño 42(2):175-179.

Kinney, J. W., and W. P. Clary. 1994. A photographic utilization guide for key riparian graminoids. USDA Forest Service General Technical Report INT-GTR-308. Intermountain Research Station, Ogden, UT.

Lacy, J. R. and H. W. Van Poollen. 1981. Comparison of herbage production on moderately grazed and ungrazed western ranges. Journal of Range Management 34: 210-212.

Lande, R. and S. J. Arnold. 1983. The measurement of selection on correlated characters. Evolution 37: 1210-1226.

Laycock, W. A. 1991. Stable states and thresholds of range condition on North American rangelands: a viewpoint. Journal of Range Management 45(4): 427–433.

Losos, E., J. Hayes, A. Phillips, D. Wilcove, and C. Alkire. 1995. Taxpayer-subsidized resource extraction harms species: double jeopardy. BioScience 45(7): 446-455.

Ludwig, J. A. and J. F. Reynolds. 1988. Statistical Ecology: A Primer on Methods and Computing. John Wiley & Sons, NY.

Mack, R. N., and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119: 757–773.

Maschinski, J. and T. G. Whitham. 1989. The continuum of plant responses to herbivory: the influence of plant association, nutrient availability, and timing. American Naturalist 134: 1-19.

McCalla, G. R., II, W. H. Blackburn, and L. B. Merrill. 1984. Effects of livestock grazing on infiltration rates, Edwards Plateau of Texas. Journal of Range Management 37: 265-269.

McDonald, J. N. 1981. North American Bison: Their Classification and Evolution. University of California Press, Berkeley.

McMillan, C. 1960. Ecotypes and community function. American Naturalist 94:245-255.

McMillan, C. 1969. Ecotypes and ecosystem function. BioScience 19:131-134.

Merrill, L. B. 1972. Selectivity of shrubs by various kinds of animals. In: C. M. McKell, J. P. Blaisdell, and J. R. Goodin (editors), Wildland Shrubs — Their Biology and Utilization. USDA Forest Service General Technical Report INT-1, Intermountain Forest and Range Experiment Station, Ogden, UT.

Milton, S. J., W. R. J. Dean, M. A. du Plessis, and W. R. Siegfried. 1994. A conceptual model of arid rangeland degradation: the escalating cost of declining productivity. BioScience 44: 70-76.

Mueller-Dombois, D. and H. Ellenberg. 1974. Aims and Methods of Vegetation Ecology. John Wiley & Sons, NY.

Muick, P. C. and J. R. Bartolome. 1987. An assessment of natural regeneration oaks in California. Contract 8CA42136 California Department of Forestry and Fire Protection, Forest and Rangeland Resource Assessment Program.

Muir, J. 1974. Rambles of a Botanist among the Plants and Climates of California. Dawson's Book Shop, Los Angeles.

O'Connor, T. G. 1991. Local extinction in perennial grasslands: a life-history approach. American Naturalist 137: 753-773.

Ohmart, R. D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. In: P. R. Krausman (editor), Rangeland Wildlife. Society for Range Management, Denver.

Paige, K. N. and T. G. Whitham. 1987. Overcompensation in response to mammalian herbivory: the advantage of being eaten. American Naturalist 129: 407-416.

Painter, E. L. 1987. Grazing and Intraspecific Variation in Four North American Grass Species. PhD Dissertation, Colorado State University, Fort Collins.

Painter, E. L. 1995. Threats to the California flora: ungulate grazers and browsers. Madroño 42: 180-188.

Painter, E. L. and A. J. Belsky. 1993. Application of herbivore optimization theory to rangelands of the western United States. Ecological Applications 3: 2-9.

Painter, E. L., J. K. Detling, and D. A. Steingraeber. 1989. Effects of grazing history, defoliation, and frequency-dependent competition on two North American grasses. American Journal of Botany 76: 1368-1380.

Painter, E. L., J. K. Detling, and D. A. Steingraeber. 1993. Plant morphology and grazing history: relationships between native grasses and herbivores. Vegetatio 106: 37-62.

Palmer, M. W., G. L. Wade, and P. Neal. 1995. Standards for writing of floras. BioScience 45(5):339-345.

Pavlik, B. M., P. C. Muick, S. G. Johnson, and M. Popper. 1991. Oaks of California. Cachuma Press and the California Oak Foundation, Los Olivos, CA.

Pearson, G. A. 1950. Management of ponderosa pine in the Southwest. U.S. Department of Agriculture, Agricultural Monographs 6.

Pieper, R. D. and R. K. Heitschmidt. 1988. Is short-duration grazing the answer? Journal of Soil and Water Conservation (March-April): 133-137.

Pellmyr, O. 1992. The phylogeny of a mutualism: evolution and coadaptation between *Trollius* and its seed-parasite pollinators. Biological Journal of the Linnean Society 477: 337-365.

Peterson, R. 1995. Reader's write. Rangelands 17: 177-178.

Power, T. M. 1995. The economic importance of federal grazing to the economies of the West. Southern Utah Wilderness Alliance 12(1),

Ralphs, M. H., M. M. Kothmann, and C. A. Taylor. 1990. Vegetation response to increased stocking rates in short-duration grazing. Journal of Range Management 43: 104-108.

Raven, P. H. 1995. The university, the state, and the loss of plant diversity. Madroño 42(2):295-306.

Rossi, R. S. 1980. History of cultural influences on the distribution and reproduction of oaks in California. in: T. T. Plumb (technical coordinator), Proceedings of Symposium on Ecology, Management, and Utilization of California Oaks. General Technical Report PSW-44. USDA Forest Service Pacific Southwest Forest and Range Experiment Station, Berkeley.

Sauer, R. H. 1978. Effect of removal of standing dead material on growth of *Agropyron spicatum*. Journal of Range Management 31: 121-122.

Schlatterer, E. F. 1989. Toward a user-friendly ecosystem: myth or mirth? In: D. E. Ferguson, P. Morgan, and F. D. Johnson (compilers), Proceedings — Land Classifications Based on Vegetation: Applications for Resource Management. General Technical Report INT-GTR-257. USDA Forest Service Intermountain Research Station, Ogden, UT.

Schierenbeck, K. A. 1995. The threat to the California flora from invasive species: problems and possible solutions. Madroño 42(2):168-174.

Sheppard, J. H. 1919. Carrying capacity of native range grasses in North Dakota. Journal of the American Society of Agronomy 2: 129-135.

Sims, P. L. and J. S. Singh. 1978. The structure and function of ten western North American grasslands. III. Net primary production, turnover and efficiencies of energy capture and water use. Journal of Ecology 66: 573-597.

Sims, P. L., J. S. Singh, and W. K. Lauenroth. 1978. The structure and function of ten western North American grasslands. I. Abiotic and vegetational characteristics. Journal of Ecology 66: 251-285.

Skovlin, J. 1987. Southern Africa's experience with intensive short duration grazing. Rangelands 9: 162-167.

Stebbins, G. L. 1974. Flowering Plants, Evolution above the Species Level. Harvard University Press, Cambridge, MA.

Stubbendieck, J., S. L. Hatch, & C. H. Butterfield. 1992. North American Range Plants. University of Nebraska Press, Lincoln.

Stuckey, R. L. and T. M. Barkley. 1993. Weeds. In: Flora of North America Editorial Committee (editors), Flora of North America North of Mexico, Vol. 1. Oxford University Press, New York.

Stuessy, T. F. 1990. Plant Taxonomy: The Systematic Evaluation of Comparative Data. Columbia University Press, NY.

Swiecke, T. J. and E. A. Barnhardt. 1991. Minimum input technique for restoring valley oaks on hardwood rangeland. Contract 9CA84965. California Department of Forestry and Fire Protection, Forest and Rangeland Resource Assessment Program.

Talbot, M. W. 1937. Indicators of southwestern range conditions. U.S. Department of Agriculture, Farm Bulletin 1782.

Taylor, C. A., Jr. 1989. Short-duration grazing: experiences from the Edwards Plateau region in Texas. Journal of Soil and Water Conservation (July-Aug.): 297-302.

Taylor, C. A., Jr., N. E. Garza, Jr., and T. D. Brooks. 1993. Grazing systems on the Edwards Plateau of Texas: are they worth the trouble? I and II. Rangelands 15: 53-60.

Tidwell, W. D., S. R. Rushforth, and D. Simper. 1972. Evolution of floras in the Intermountain Region. In: A. Cronquist, A. H. Holmgren, N. H. Holmgren, and J. L. Reveal, Intermountain Flora: Vascular Plants of the Intermountain West, U.S.A., Vol. 1. New York Botanical Garden and Hafner Publ. Co., New York.

Thomas, J. W. 1996. Forest service perspective on ecosystem management. Ecological Applications 6: 703-705.

Torell, L. A., J. M. Fowler, M. E. Kincaid, and J. M. Hawkes. 1992. The importance of public lands to livestock production in the U.S. Report 32. Range Improvement Task Force, Agricultural Experiment Station Cooperative Extension Service, College of Agriculture and Home Economics, New Mexico State University, Las Cruces.

Turesson, G. 1922. The genotypical response of plant species to the habitat. Hereditas 3:211-350.

Turesson, G. 1927. Contributions to the genecology of glacial relicts. Hereditas 9:81-101.

Turesson, G. 1929. Ecotypical selection in Siberian *Dactylis glomerata* L. Hereditas 12:335-351.

Twisselmann, E. C. 1967. A flora of Kern County, California. Wasmann J. Biol. 25(1 & 2): 1-395. Reprinted with a key to vascular plants species of Kern Count by M. Moe. 1995. California Native Plant Society, Sacramento.

U.S. Department of Agriculture (USDA). 1937. Range Plant Handbook. Government Printing Office, Washington, DC.

Vallentine, J. F. 1990. Grazing Management. Academic Press, Inc., San Diego, CA.

Van Vuren, D. and B. E. Coblentz. 1987. Some ecological effects of feral sheep on Santa Cruz Island, California, USA. Biological Conservation 41:253-268.

Wandera, J. L., J. H. Richards, and R. J. Mueller. 1992. The relationships between relative growth rate, meristematic potential and compensatory growth of semiarid-land shrubs. Oecologia 90: 391–398.

Warren, S. D., T. L. Thurow, W. H. Blackburn, and N. E. Garza. 1986. The influence of livestock trampling under intensive rotation grazing on soil hydrologic characters. Journal of Range Management 39: 491-495.

Weaver, J. E. 1954. North American Prairie. Johnson Publ. Co., Lincoln, NE.

Weaver, J. E. and F. E. Clements. 1938. Plant Ecology. Second edition. McGraw-Hill, New York.

Weltz, M., M. K. Wood, and E. E. Parker. 1989. Flash grazing and trampling: effects on infiltration rates and sediment yield on a selected New Mexico range site. Journal of Arid Environments 16: 95-100.

Wester, L. 1981. Composition of native grasslands in the San Joaquin Valley, California. Madroño 28(4): 231-241.

Westoby, M., B. Walker, and I. Noy-Meir. 1989. Opportunistic management for rangelands not at equilibrium. Journal of Range Management 42: 266–274.

Whittaker, R. H. 1970. Communities and Ecosystems. Macmillan Co., London.

Wicklow-Howard, M. C. 1994. Mycorrhizal ecology of shrub-steppe habitat. In: S. B. Monsen and S. G. Kitchen (compilers), Proceedings — Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service Intermountain Research Station, Ogden, UT.

Wildlife Society, The. 1996. TWS recommends science-based grazing policy. The Wildlifer No. 274 (Jan.-Feb.): 3, 5, 10-13.

Williams, T. A. 1897. Grasses and forage plant of the Dakota. USDA Division of Agristology Bulletin No. 6.

Winkel, V. K. and B. A. Roundy. 1991. Effects of cattle trampling and mechanical seedbed preparation on grass seedling emergence. Journal of Range Management 44: 175-180.

BLM_0080207

**Partial List of References Concerning Origins, Paleobotany, Presettlement, and Recent Vegetation of California (particularly eastern California)**

Akersten, W. A., T. M. Foppe, & G. T. Jefferson. 1988. New source of dietary data for extinct herbivores. Quaternary Research 30: 92-97.

Anderson, R. S. 1990. Holocene forest development and paleoclimates within the central Sierra Nevada, California. Journal of Ecology 78: 470-489.

Anderson, R. S. & S. J. Smith. 1994. Paleoclimatic interpretations of meadow sediment ant pollen stratigraphies from California. Geology 22: 723-726.

Aschmann, H. 1959. The evolution of a wild landscape and its persistence in southern California. Annals of the Association of American Geographers 49 (Supplement No. 3, Part 2): 34-56.

Axelrod, D. I. 1976. History of the coniferous forests, California and Nevada. University California Publications in Botany 70: 1-62.

Axelrod, D. I. 1977. Outline history of California vegetation. In: M. Barbour & J. Major (eds.), Terrestrial Vegetation of California. John Wiley & Sons, NY.

Axelrod, D. I. 1981. Holocene climatic changes in relation to vegetation disjunction and speciation. American Naturalist 117: 847-870.

Baker, H. G. 1978. Invasion and replacement of Californian and neotropical grasslands. In: J. R. Wilson (ed.), Plant Relations in Pastures. CSIRO, Melbourne, Australia.

Bartolome, J. W., S. E. Klukkert, & W. J. Barry. 1986. Opal phytolyths as evidence for displacement of native Californian grassland. Madroño 33: 217-222.

Beha, H. H. 1888. Changes in the fauna and flora of California. In: Proceedings of the California Academy of Sciences, 2nd series, Vol. 1, Feb.

Belsky, A. J. 1996. Viewpoint: western juniper expansion: is it a threat to arid northwestern ecosystems? Journal of Range Management 49: 53–59.

Billings, W. D. 1949. The shadscale zone of Nevada and eastern California in relation to climate and soils. American Midland Naturalist 42: 87-109.

Billings, W. D. 1994. Ecological impacts of cheatgrass and resultant fire on ecosystems in the western Great Basin. In: S. B. Monsen and S. G. Kitchen (compilers), Proceedings — Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service Intermountain Research Station, Ogden, UT.

Blumler, MA. 1992. Some myths about California grasslands and grazers. Fremontia 20(3): 22-27.

Brewer, W. H., S. Watson, & A. Gray 1876. Botany of California. Geological Survey of California I.

Brewer, W. H., S. Watson, & A. Gray. 1888. Botany of California. Geological Survey of California II.

Cole, K. L. & G-W. Liu. 1994. Holocene paleoecology of an estuary on Santa Rosa Island, California. Quaternary Research 41: 326-335.

Dashmann, R. F. 1965. The Destruction of California. MacMillan, Co, NY.

Davis, O. K. & M. J. Moratto. 1988. Evidence for a warm dry early Holocene in the western Sierra Nevada of California: pollen and plant macrofossil analysis of Dinkey and Exchequer meadows. Madroño 35: 132-149.

Fremont, J. C. 1845. Report of the Exploring Expedition to the Rocky Mountains in the Year 1842, and to Oregon and North California in the years 1843-'44. Gales & Seaton, Printers, Wash, DC.

Hamilton, J. G. 1997. Changing perceptions of pre-European grasslands in California. Madroño 44(4). (in press)

Heady, H. F. & M. D. Pitt. 1979. Reactions of northern California grass-woodland to vegetational type conversions. Hilgardia 47: 1-73,

Holland, V. L. & D. J. Keil. 1995. California Vegetation. Kendall/Hunt Publ. Co., Dubuque, IA,

Koehler, P. A. & R. S. Anderson. 1995. Thirty thousand years of vegetation changes in the Alabama Hills, Owens Valley, California. Quaternary Res. 43: 238-248,

Love, R. M. 1967. Grazing lands of California: man's effect on California watersheds. Subcommittee on forest practices and watershed management. California State Legislature, pp 219-256.

Major, J. & W. T. Pyott. 1966. Buried viable seeds in two California bunchgrass sites and their bearing on definition of a flora. Vegetatio 13: 253-282,

Muir, J. 1974. Rambles of a Botanist among the Plants and Climates of California. Dawson's Book Shop, Los Angeles.

Raven, P. H. & D. I. Axelrod. 1978. Origin and relationships of the California flora. University California Publications in Botany 72: 134.

Rejmánek, M. & J. M. Randall. 1994. Invasive alien plants in California: 1993 summary and comparison with other areas in North America. Madroño 41(3): 161-177.

BLM_0080208

Robinson, R. H. 1971. An analysis of ecological factors limiting the distribution of a group of *Stipa pulchra* associations. Korean Journal of Botany 14: 24-28.

Twisselmann, E. C. 1967. A flora of Kern County, California. Wasmann J. Biol. 25(1 & 2): 1-395. Reprinted with a key to vascular plants species of Kern Count by M. Moe. 1995. California Native Plant Society, Sacramento.

Warter, J. K. 1976. Late Pleistocene plant communities — Evidence from the Ranch La Brea tar pits. California Native Plant Society Special Publication 2: 32-39.

Wester, L. 1981. Composition of native grasslands in the San Joaquin Valley, California. Madroño 28(4): 231-241.

Wilken, D. H. 1993. California's changing climates and flora. Pp 55-58, *in* J. C. Hickman (ed.), The Jepson Manual: Higher Plants of California. University California Press, Berkeley.

BLM_0080209