

**Western Watersheds Project, Inc.**
P.O. Box 280
Mendon, Utah 84325
435-881-5404 • wwshed@comcast.net

**Western Watersheds Project**

### UPDATING THE ANIMAL UNIT MONTH
Revised March 17, 2008
John G. Carter, PhD

The animal unit month (AUM) has historically been used as a unit of forage consumption and the basis of permits, stocking rates and fees for grazing public lands.   This report provides a review and update of current livestock weights and forage consumption rates, clarifies the definition of an AUM and proposes means whereby agencies can validate and adjust stocking and billing rates.

It is important to ensure that forage consumption rates by livestock are based on the size of animals present on the allotment so that stocking rates are more closely balanced with available forage.  It is also to ensure that grazing fees accurately represent the forage consumed by livestock so the public trust is not violated by undercharging for the actual weights and forage consumption of livestock being grazed.

The formula used for calculating the grazing fee, established by Congress in the 1978 Public Rangelands Improvement Act, has continued under a presidential executive order issued in 1986. Under that order, the grazing fee cannot fall below $1.35 per AUM, and any increase or decrease cannot exceed 25 percent of the previous year's level. In a recent press release, the Forest Service and BLM defined an AUM as the amount of forage needed to sustain one cow and her calf, one horse, or five sheep or goats for a month[1].

In the 1994 Rangeland Reform Draft Environmental Impact Statement, BLM and the Forest Service defined an animal unit month as:  *"The amount of forage needed to sustain one cow, five sheep, or five goats for a month.  A full AUM's fee is charged for each month by adult animals if the grazing animal (1) is weaned, (2) is 6 months old or older when entering public land, or (3) will become 12 months old during the period of use.  For fee purposes, an AUM is the amount of forage used by five weaned or adult sheep or goats or one cow, bull, steer, heifer, horse, or mule.  The term AUM is commonly used in three ways:  (1) stocking rate as in X acres per AUM, (b) forage allocation as in X AUMs in allotment A, and (3) utilization as in X AUMs consumed from Unit B"[2].*

These definitions avoid dealing with the actual weight and forage consumption of the various animals listed and ignore forage consumption by calves and lambs. Clarification and updating of these values is needed so that livestock producers are charged for the actual forage consumed by all animals grazed and the carrying capacity of the land is not exceeded.  Other requirements in FLPMA stress grazing

---

[1] http://www.blm.gov/ca/st/en/info/newsroom/2006/02/wonews_grazingfees_2006.html for press release announcing 2006 grazing fees.  US Dept of Interior, BLM.
[2] U.S Department of Interior, Bureau of Land Management in Cooperation with the Department of Agriculture Forest Service.  2004.  Rangeland Reform '94 Draft Environmental Impact Statement.

*Carter, John G.  March, 2008.   Updating the Animal Unit Month        Western Watersheds Project*

1

BLM_0080210

within the carrying capacity of forage within the allotment, the variability of forage production and the need for sustainable use [Sec. 4130.3-1(a); 4100.0-5]. In order to achieve the requirements for sustainable use without impairment, it is critical to align available forage with livestock stocking rates. BLM, for example, has typically used 800 lbs/month of forage as the consumption rate for a cow/calf pair[3]. BLM also does not clarify if this is air dry or oven dry weight. The Forest Service defines an AUM as *"The quantity of forage required by one mature cow and her calf (or the equivalent, in sheep or horses) for one month"*[4, 5]. They use a value of 26 pounds of forage per day for a cow calf pair[6] but have been used other values such as 34 pounds per day for a "head month" or cow/calf pair[7]. These inconsistencies need resolution.

NRCS, in its National Range and Pasture Handbook, defines an Animal Unit (AU) as one mature cow of approximately 1,000 pounds and a calf as old as 6 months, or their equivalent, then states, *"An animal unit month (AUM) is the amount of forage required by an animal unit for one month"*.[8] NRCS further defines the actual forage consumption as 26 pounds of oven-dry weight or 30 pounds of air-dry weight per day as *"the standard forage demand for a 1,000 pound cow (one animal unit)"*. This is 2.6% of body weight for oven-dry weight and 3% of body weight for air-dry weight of forage. Note that there is no forage allowance for the calf in this consumption rate yet the definition of an animal unit includes a calf. The same would be true for lambs, when considering sheep grazing.

The Society for Range Management (SRM) in 1974 defined an Animal Unit *"to be one mature (1000 lb.) cow or the equivalent based upon average daily forage consumption of 26 lbs. dry matter per day."*[9]. SRM also defined an Animal Unit Month as *"The amount of feed or forage required by an animal-unit for one month."* In the second edition, SRM revised this definition to include an *Animal-unit (AU) as the* forage consumption on the basis of one standard mature 1,000-pound cow, either dry or with calf up to 6 months old as consuming 26 pounds of air-dry forage per day or 800 pounds per month.[10]

It appears from these definitions that there is confusion over the amount of forage consumed by livestock and whether that is expressed as air-dry or oven-dry forage amounts. The later SRM definition also clouds the distinction between cow and calf

---

[3] U.S. Dept. of Interior. 2006. Draft Pocatello Resource Management Plan and Environmental Impact Statement.

[4] U.S. Forest Service Wasatch Cache National Forest. 1995. Final Environmental Impact Statement Rangeland Health.

[5] U.S. Forest Service Caribou-Targhee National Forest. 2003. Final Environmental Impact Statement for the Caribou National Forest Revised Forest Plan.

[6] U.S. Forest Service Bighorn National Forest. 2004. Battle Park Cattle & Horse, Mistymoon Sheep & Goat Allotment Management Plan Revision EIS

[7] U.S. Department of Agriculture Caribou-Targhee National Forest. 2002. Final Environmental Impact Statement for the Curlew National Grassland.

[8] USDA Natural Resources Conservation Service. 2003. National Range and Pasture Handbook Revision 1, Chapter 6. Grazing Lands Technology Institute.

[9] Society for Range Management. 1974. Glossary of terms used in range management.

[10] Ortmann, John, L. Roy Roath, and E.T. Bartlett. 2000. Glossary of Range Management Terms No. 6. 105. Colorado State University Natural Resource Series.

*Carter, John G. March, 2008. Updating the Animal Unit Month*          *Western Watersheds Project*

BLM_0080271

forage consumption, making it appear as if the forage consumed by the calf is included in the daily or monthly amount for the 1,000 pound cow. A careful reading shows that no forage is included for the calf. A review of some history provides some further insight into animal units and forage consumption.

The University of Nevada Agricultural Experiment Station published a report on cattle production in 1943[11]. That report analyzed 14 years of ranch operation for eleven ranches in northeastern Nevada. At that time, a mature cow was defined as one unit and a branded calf or weaner as ½ cow unit, for a combined total of 1.5 cow units per cow/calf pair. Bulls were considered 1.5 cow units. For the period 1938 – 1940, the average turnoff weight (when they left the range) of mature cows was 959 pounds, calves were 381 pounds and bulls were 1222 pounds. This means that in the 1930's, a cow/calf pair was 1340 pounds. With breeding, supplements and hormones, weights have increased over time. For example, Anderson et al (ca 2000) calculated a 35% increase in dressed weights per animal between 1975 and 1995[12].

The 1964 Forest Service R-4 Range Analysis Handbook[13] provided a detailed summary of forage consumption for cattle and sheep as air-dry amounts. This is reproduced in Table 1.

**Table 1. Air Dry Forage Consumption 1964 R4 Range Analysis Handbook**

| Cattle | Animal Unit Factor | Daily Air Dry Weight Consumption |
|---|---|---|
| 1,000 lb animal | 1.00 | 24 |
| Dry cow | 1.00 | 24 |
| Cow plus 300 lb calf | 1.36 | 33 |
| Cow plus 400 lb calf | 1.46 | 35 |
| Cow plus 500 lb calf | 1.55 | 37 |
| Yearling | 0.74 | 18 |
| | | |
| Sheep | Animal Unit Factor | Daily Air Dry Weight Consumption |
| 125 lb ewe | 1.0 | 4.1 |
| Ewe plus 30 to 40 lb lamb | 1.3 | 5.3 |
| Ewe plus 40 to 50 lb lamb | 1.4 | 5.7 |
| Ewe plus 50 to 60 lb lamb | 1.5 | 6.2 |
| Ewe plus 60 to 70 lb lamb | 1.6 | 6.6 |
| Ewe plus 70 to 80 lb lamb | 1.65 | 6.8 |
| Ewe plus 80 to 90 lb lamb | 1.7 | 7.0 |
| Ewe plus 90 to 100 lb lamb | 1.8 | 7.4 |
| Ewe plus 100 to 110 lb lamb | 1.9 | 7.8 |

---

[11] Brennan, C.A. and Fred B. Harris. 1943. Fourteen Years Cattle Production and Ranch Earning Power in Northeastern Nevada 1928 to 1941. University of Nevada Agricultural Experiment Station, Reno, Nevada.
[12] http://agecon.uwyo.edu/RiskMgt/marketrisk/TheCattleCycle.pdf
[13] USDA Forest Service. 1964. Forest Service Handbook – R4 Range Analysis Handbook.

*Carter, John G. March, 2008. Updating the Animal Unit Month        Western Watersheds Project*

BLM_0080212

Table 2 is taken from the NRCS National Range and Pasture Handbook.  It provides animal unit equivalents for different animals.  Again, there appears to be inconsistency over the animal unit for cows and calves.  Table 2 and their definition define an animal unit as a cow and calf, but their forage allocation does not include the calf.

**Table 2.  NRCS Animal Unit Equivalents**

| Kind of Animal | Animal Unit Equivalent |
|---|---|
| Cow with calf | 1.00 |
| Mature bull | 1.35 |
| Mature Horse | 1.25 |
| Mature sheep | 0.2 |
| Lamb, 1 year old | 0.15 |
| Mature mule deer | 0.2 |
| Mature elk | 0.6 |
| Mature antelope | 0.2 |
| Mature bighorn sheep | 0.2 |

To clarify this situation, USDA market statistics were researched.[14]   These give the average weights of slaughter cattle for the week ending August 14, 2004 as 1251 pounds.  The estimate for the same week in 2005 for slaughter cattle average weight was 1260 pounds.  The USDA National Agricultural Statistics Service data for average live weight of cattle slaughtered in 2004 was 1242 pounds compared to 1072 pounds in 1984, or an increase of 15.8% in those 20 years[15].  The chart of that data is provided in Figure 1.  The Livestock Monitor is a newsletter produced by the North Dakota State University Extension Service Livestock Marketing Information Center in cooperation with USDA State Extension Services[16].  The Livestock Monitor shows for the week ending August 6, 2005, live weights of slaughter cattle averaged 1258 pounds.

The potential weights of mature cows can be even larger than these numbers.  For example, NRCS in its National Range and Pasture Handbook, referenced above, defines body condition scores in a range of 1 to 9.  A body condition score of 6 which is described as *"Good, smooth appearance throughout.  Some fat deposits in brisket and over the tailhead.  Ribs covered and back appears rounded."* This body condition score relates to a pregnancy percentage of 88%, which is important as a goal for cow/calf operations.  This is because dry cows are usually culled and replaced in order to maximize production of calves by the herd and the weight gain of calves is important for income.  Therefore, maximizing Body Condition Score is necessary to maximize calf production.

Mature cow weight varies approximately 7 to 8 percent for each unit change in Body Condition Score (range 1 to 9), and extremes in muscling can cause weight to vary as

---

[14] http://www.ams.usda.gov/mnreports/SJ_LS712.txt
[15] http://www.usda.gov/nass/pubs/agr05/acro05.htm
[16] http://www.ag.ndsu.nodak.edu/aginfo/lsmkt/monitor.htm

*Carter, John G.  March, 2008.   Updating the Animal Unit Month*          *Western Watersheds Project*

BLM_0080213

much as 10 percent.[17]  Frame size (height) scores show that cows at maturity can weigh much more than 1,000 pounds[18].  Table 3 is reproduced from the North Dakota State University publication cited. These figures were for average condition cattle (body condition score of 5).  Actual weights will vary due to differences in muscling, body length, condition and other factors.  These figures were adapted from a 1991 publication, so represent weights from nearly two decades ago.



Figure 1.  USDA Cattle - Avg Live Weight Increase 1984 - 2004

**Table 3.  Cattle Weight as Function of Frame Size for Average Condition Cattle**

| Frame Score | Frame Size | Mature Cow Weight lbs | Steer Slaughter Weight lbs | Heifer Slaughter Weight lbs |
|---|---|---|---|---|
| 2 | Small | 955 | 850 | 700 |
| 3 | | 1030 | 950 | 800 |
| 4 | Medium | 1100 | 1050 | 900 |
| 5 | | 1175 | 1150 | 1000 |
| 6 | Large | 1250 | 1250 | 1100 |
| 7 | | 1320 | 1350 | 1200 |
| 8 | | 1395 | 1450 | 1300 |
| 9 | | 1470 | 1550 | 1400 |

---

[17] Hammack, Stephen P. and Ronald J. Gill.  1997.  Frame Score and Weight of Cattle.  Texas Agriculture Experiment Station, Texas A & M University System.
[18] John Dhuyvetter.  1995.  Beef Cattle Frame Scores.  North Dakota State University Agriculture and University Extension Publication AS-1091 ( http://showsteers.com/Frame%20Score%20Chart.htm ).

*Carter, John G.  March, 2008.  Updating the Animal Unit Month*          *Western Watersheds Project*

5

BLM_0080214

Holechek et al (2001) summarized the weaning weights of calves grazed on various types of rangelands at different stocking rates[19]. The data for the period since 1990 produced an average weaning weight of 430 pounds and a range of 382 – 475 pounds. Ray et al (2004) gave a weaning weight of 480 pounds for calves[20]. Using the current market statistics for slaughter cattle of 1250 pounds and the average weaning weight of 430 pounds provided by Holechek et al (2001) gives an estimate for the average weight of a cow/calf pair during the grazing season of 1,680 pounds.

As pointed out above, the NRCS used 26 lbs/day of oven dry weight for a 1,000 pound cow and stated this was equivalent to 30 pounds per day air-dry weight. The NRCS Range and Pasture Handbook value of 30 pounds air-dry weight would be 3% of body weight for a 1,000 pound cow. Applying this to the current weight of 1,680 pounds for a cow/calf pair, the daily forage consumption would be 50.4 lbs of air-dry forage per day, or for a month (30.4 days), 1532 pounds of forage per AUM.

BLM and the Forest Service should update their 800 lb/month forage consumption rates (26 lb/day) to current forage consumption rates based on this best available information. Based on these figures, BLM and the Forest Service are generally underestimating forage consumption for a cow/calf pair by 732 lb/month, or nearly 50%. To account for this in grazing permits and annual billings, stocking rates must be reduced by a corresponding amount.

The forage needs for domestic sheep must also be determined. Based on current USDA published weights for ewes and lambs at sale, adult domestic sheep weigh from 165 to 440 pounds,[21] and lambs are about 129 pounds.[22] Data downloaded from USDA NASS[23] for Idaho, Utah, Nevada and Wyoming for the period 2000 – 2006, show that the average lamb crop is 1.1 lambs per ewe, ranging up to 1.3. According to the American Sheep Industry Association, selective breeding is able to increase lamb birth rates by about 1 – 2% per year, leading to a possible 20% increase in the number of lambs per ewe over 10 years by increasing the number of ewes having twins. Twin survival rates are 1.63 lambs per set of twins[24].

If the low end weight of a sheep at 165 pounds and a lamb at 100 pounds were used and considering that the average lamb crop is 1.1 lambs per ewe, the weight of sheep for a forage consumption calculation would be 275 pounds for the ewe and lambs. The forage consumption rate for sheep given in the 1964 R4 Range Analysis Handbook was 3.3% of body weight per day consumed as air dry forage weight[25]. Thus, the 275 pounds of sheep would consume 276 pounds of air-dry forage per month. As defined

---

[19] Holechek, Jerry L., Rex D. Pieper and Carlton H. Herbel. 2001.Range Management: Principles and Practices, Fourth Edition. Prentice-Hall, New Jersey. 587p

[20] Ray, D.E., A.M. Lane, C.B. Roubicek, and R.W. Rice. 2004. Range beef herd growth statistics. In: Arizona Rancher's Management Guide. Arizona Cooperative Extension, College of Agriculture, University of Arizona.

[21] http://www.wildlifeprairiestatepark.org/animalpages/domestic_sheep.htm

[22] http://www.usda.gov/nass/pubs/agr04/04_ch7.pdf

[23] http://www.nass.usda.gov/index.asp

[24] Bradford, G. E. 2007. Selection for Reproductive Efficiency. American Sheep Industry Association, Sheep and Goat Research Journal.

[25] USDA Forest Service Intermountain Region. 1964. R-4 Range Analysis Handbook

*Carter, John G.  March, 2008.   Updating the Animal Unit Month        Western Watersheds Project*

BLM_0080215

an AUM consists of 5 sheep, leading to calculated forage consumption by one AUM of sheep to be 1380 pounds of air dry forage per month.  As for cattle, stocking rates must be adjusted to take this into account.

Federal and State Lands Agencies should begin recalculating their stocking rates, permitted numbers and grazing seasons based on this updated research.  Permits, Billing Statements and Annual Operating Plans should be modified to take this update into account.   If permittee sale records are available, those might be used to validate weights and therefore, forage consumption rates.  Frame size and body condition scoring also provide a means of making field determinations of the sizes of cattle and could be used to calculate an allotment specific average animal weight and forage consumption rate.

*Carter, John G.  March, 2008.   Updating the Animal Unit Month        Western Watersheds Project*

BLM_0080216

*Ecological Applications*, 14(6), 2004, pp. 1671–1679
© 2004 by the Ecological Society of America

# LIVESTOCK EXCLUSION AND BELOWGROUND ECOSYSTEM RESPONSES IN RIPARIAN MEADOWS OF EASTERN OREGON

J. Boone Kauffman,[1] Andrea S. Thorpe,[2] and E. N. Jack Brookshire[3]

*Department of Fisheries and Wildlife, Oregon State University, Corvallis, Oregon 97330 USA*

*Abstract.* Ecological restoration of riparian zones that have been degraded by decades of overgrazing by livestock is of paramount importance for the improvement of water quality and fish and wildlife habitats in the western United States. An increasingly common approach to the restoration of habitats of endangered salmon in the Columbia Basin of the Pacific Northwest (USA) is to exclude livestock from streamside communities. Yet, few studies have examined how ending livestock grazing changes ecosystem properties and belowground processes in herbaceous-dominated riparian plant communities (meadows). Along the Middle Fork John Day River, Oregon, we compared ecosystem properties of dry (grass and forb-dominated) and wet (sedge-dominated) meadow communities at three sites that had been managed for sustainable livestock production with three sites where livestock had been excluded for 9–18 years as a means of riparian and stream restoration. Profound differences in the belowground properties of grazed and exclosed communities were measured. In dry meadows, total belowground biomass (TBGB consisting of roots and rhizomes) was ~50% greater in exclosures (1105 and 1652 g/m$^2$ in the grazed and exclosed sites, respectively). In exclosed wet meadows, the TBGB was 62% greater than in the grazed sites (1761 and 2857 g/m$^2$, respectively). Soil bulk density was significantly lower, and soil pore space was higher in exclosed sites of both meadow types. The mean infiltration rate in exclosed dry meadows was ~13-fold greater than in grazed dry meadows (142 vs. 11 cm/h), and in wet meadows the mean infiltration rate in exclosures was 233% greater than in grazed sites (24 vs. 80 cm/h). In exclosed wet meadows, the rate of net potential nitrification was 149-fold greater (0.747 vs. 0.005 µg NO$_3$-N·[g soil]$^{-1}$·d$^{-1}$), and the rate of net potential mineralization was 32-fold greater (0.886 vs. 0.027 µg N·[g soil]$^{-1}$·d$^{-1}$, respectively) when compared to grazed sites, though changes observed in dry meadows were not significant. Livestock removal was found to be an effective approach to ecological restoration, resulting in significant changes in soil, hydrological, and vegetation properties that, at landscape scales, would likely have great effects on stream channel structure, water quality, and the aquatic biota.

*Key words: ecological resilience; ecological restoration; infiltration rates; livestock effects; N dynamics; Oregon (USA) meadow communities, dry and wet; riparian zones; root biomass; soil properties.*

## INTRODUCTION

Throughout the semiarid forest and rangeland landscapes of the western United States, riparian zones are focal points for the maintenance and restoration of biological diversity as well as other ecosystem services such as water quality. Of the wildlife species that occur in Oregon and Washington, ~70% utilize riparian zones as habitat (Kauffman et al. 2001). Considering that riparian zones and wetlands only cover 1–2% of

Manuscript received 20 March 2003; revised 21 January 2004; accepted 26 January 2004; final version received 18 March 2004. Corresponding Editor: G. H. Aplet.
[1] Present address: USDA Forest Service, Institute of Pacific Islands Forestry, 1151 Punchbowl Street, Room 323, Honolulu, Hawaii 96813 USA.
E-mail: boonekauffman@fs.fed.us
[2] Present address: Division of Biological Sciences, University of Montana, Missoula, Montana 59812 USA.
[3] Present address: Department of Biology, Virginia Polytechnic Institute and State University, Blacksburg, Virginia 24061 USA.

western forest and rangeland landscapes, their value associated with biological diversity can not be understated (Kauffman and Krueger 1984). Riparian vegetation also exerts strong influences on stream habitats. Riparian zones are important sources of nutrient and energy inputs, affect channel complexity, and influence water quality and temperature (Gregory et al. 1991, Naiman and Decamps 1997).

Many of the attributes and ecosystem functions of riparian zones that contribute to the high productivity and biodiversity of wildlife species are of great economic value to human society. For example, broad floodplains formed through the millennia are valuable not only for their complex wildlife habitats and linkages to the aquatic biota, but also for their nutrient-rich soils; the most productive lands in terms of agriculture, forage for livestock, and forest growth for wood are riparian zones and wetlands (Kauffman et al. 2001). Livestock grazing is the most widespread land use throughout the interior Pacific Northwest and In-

BLM_0080217

J. BOONE KAUFFMAN ET AL.
Ecological Applications
Vol. 14, No. 6

termountain West, and most of the forests, grasslands, shrub steppes, and riparian zones have been, or currently are, grazed by livestock (Dwire et al. 1999). Livestock grazing has had widespread ecological effects, including loss of native species, changes in species composition, soil deterioration, degradation of fish habitat, and changes in ecosystem structure and function (Kauffman and Krueger 1984, Fleischner 1994, Rhodes et al. 1994, Belsky et al. 1997, Dwire et al. 1999, Kauffman and Pyke 2001).

Few studies have described how livestock affect belowground biomass and soil properties in riparian zones (Bohn and Buckhouse 1985, Wheeler et al. 2002). Livestock have apparent effects on the composition and structure of riparian plant communities dominated by willows (*Salix* spp.), cottonwoods (*Populus* spp.), or other woody species, and they may have subtle effects on the composition and structure of herbaceous-dominated wet and dry meadows (Kauffman et al. 1983, 2002, Schulz and Leininger 1990, Green and Kauffman 1995). However, we hypothesized that soils, belowground processes, and vegetation features in riparian meadows may be influenced in ways that could affect ecosystem function and important linkages to adjacent aquatic ecosystems. Alterations in belowground structure and processes of riparian zones could potentially influence the adjacent stream ecosystems through changes in root mass, soil structure, infiltration rates, and N turnover rates. These are important linkages because riparian–stream ecosystems in the Pacific Northwest are important habitats of many salmonid populations currently listed as threatened or endangered.

How herbivory affects ecosystem properties is related to the type of animal grazing and the season, intensity, and duration of grazing (Briske and Richards 1994). Many studies have shown that herbivores increase N cycling (Holland and Detling 1990, Hobbs 1996, Frank and Groffman 1998). However, many of these studies have largely examined the effects of wild herbivores on ecosystems where levels of defoliation and/or influences on soil physical properties are quite low. Conversely, introductions of large exotic herbivores (cattle) have been shown to negatively affect ecosystem structure and processes (Dwire et al. 1999, Kauffman and Pyke 2001).

Because the structure and composition of many riparian zones have the potential to recover rapidly following cessation of livestock grazing (Brookshire et al. 2002, Kauffman et al. 2002), rest from livestock grazing or corridor fencing is a common stream-improvement practice on degraded western riparian zones. Yet few studies have examined the effects of livestock exclusion on belowground structure and soil features of floodplain communities dominated by grasses or sedges. Information on how the removal of exotic herbivores affects belowground structure and processes of these plant communities would have widespread ap-

plicability for development of restoration and improved management strategies. Our objectives were to investigate potential differences in some belowground ecosystem attributes including infiltration rates, belowground biomass, and soil properties (bulk density, porosity, soil organic matter, potential net N mineralization) in two common herbaceous-dominated riparian plant communities (wet and dry meadows) where grazing had not occurred for 9–18 years and where livestock management had remained constant over the same time period.

## STUDY SITE

The study was conducted in riparian ecosystems along the upper reaches of the Middle Fork John Day River in the Blue Mountains of northeastern Oregon, USA. The Middle Fork Subbasin drains approximately ~2100 km² and travels 120 km before it enters the North Fork John Day River (Oregon Water Resources Department 1986). All study sites were located in floodplain meadows ranging in elevation from 1066 to 1323 m in elevation. Uplands are dominated by mixed-conifer forests of lodgepole pine (*Pinus contorta*) and ponderosa pine (*Pinus ponderosa*) on south slopes, and Douglas-fir (*Pseudotsuga menziesii*), grand fir (*Abies grandis*), western larch (*Larix occidentalis*), and ponderosa pine on north slopes.

Two common herbaceous-dominated plant communities were selected for analysis. The first was the "wet meadow" dominated by the sedge *Carex nebrascensis*. This widely distributed plant community is typically located within active channels, swales, or in low areas within the floodplain (Crowe and Clausnitzer 1997). Other common species in this community type included *Carex utriculata* and *Scirpus microcarpus*. Wet meadows are usually inundated during high flows associated with winter rain-on-snow events or spring runoff. Soils are reduced (anaerobic) for much of the growing season when water tables are near or above the soil surface (Dwire et al. 2000, Dwire 2001). The second plant community type sampled was the "dry meadow" dominated by the exotic grass *Poa pratensis*. This community type is widespread where overgrazing and other major disturbances have degraded the native vegetation (Crowe and Clausnitzer 1997). Other common species in this community type included *Achillea millefolium*, *Carex microptera*, and *Fragaria virginiana*. Dry meadows are typically situated along elevated terraces within the floodplain and are flooded only during infrequent high-flow events. Soils are rarely reduced or anaerobic (Green and Kauffman 1989, Dwire et al. 2000, Dwire 2001). Soils in all sampled areas were Entisols (Cryofluvent subgroup) formed from mixed alluvial sediments derived from basalts and volcanic ash. Surface soil textures were largely silt loams to loams. A gravel-cobble layer occurred at depths of 80–160 cm.

We sampled soil and plant properties in six floodplain meadow complexes along the upper reaches of

the Middle Fork John Day River. Each of the sampled sites contained both dry and wet meadows. The sites were distributed along the upper ~30-km section of the river. Three sites (the enclosed treatment) were not grazed by cattle. The Summit Creek exclosure was a cattle exclosure constructed in 1978. The Boulder Creek and Dunstan homestead sites were grazed until 1990 when the Nature Conservancy purchased the Dunstan ranch and halted cattle grazing. While livestock were excluded, wild herbivores, principally elk (*Cervus elaphus*) and mule deer (*Odocoileus hemionus*) and many small mammals and insects continued to use the sites. As is common in many small exclosures, accidental grazing has occurred in the Summit Creek exclosure on several occasions. The other three sampled sites (the grazed treatment) had been continuously managed for cattle grazing. One site (Grazed Summit Creek, Malheur National Forest) was managed on a deferred grazing system where it is grazed early in the summer months one year and late summer the next. The other two grazed sites (Big Meadow and Salmon Pool) were located on private lands, and were grazed season-long each year (~1 July to 15 September), which is typical of livestock grazing management practices on broad floodplains in the region. The ecological conditions of the grazed riparian meadows and the livestock management of these sites were judged to be typical representations for riparian zones of this region.

The sampled grazed and enclosed communities were selected on the basis of similar geomorph positions, soils, and dominant species. Livestock grazing and hay production had been a dominant land use in floodplain meadows of the Middle Fork John Day since the late 1800s. Because of their proximity to one another, we assumed that all sites had similar land-use histories and that the variables measured in this study were similar in the grazed and enclosed sites at the time when livestock exclosures were built.

### METHODS

All measurements were collected at the end of the growing season, late August to early September, 1996 and 1997. Sampling at this time facilitated measurements of ecosystem conditions after livestock had utilized the areas for the current year. We selected this time frame for sampling because we observed that it is most reflective of conditions that exist throughout most of the year (late summer till spring) and including those times when there is an increased amount of interaction between the river and its adjacent floodplain via high flows and runoff.

#### Biomass

Total belowground plant biomass (TBGB) consisting of live and dead roots and rhizomes was sampled along a randomly established transect in dry- and wet-meadow communities at each site in 1996. Every 5 m along a 20-m transect, a soil core 10 cm in diameter and 40 cm in depth was extracted with a soil augur ($n = 5$ cores per site). Each core was separated into four 10-cm segments based on depth, placed in a paper bag, and transported to the laboratory. In the laboratory, the roots were extracted from the soil core with a Hydropneumatic Elutriation System (Gillison's Variety Fabrication, Benzonia, Michigan, USA). After extraction and oven-drying at 60°C, roots were separated into three categories: fine roots <1-mm diameter, roots >1-mm diameter, and rhizomes.

Total aboveground biomass (TAGB) was collected by clipping all material in ten $25 \times 25$ cm (0.0625 m$^2$) microplots placed every 5 m along a randomly established transect bisecting each sampled plant community in 1997. In the field, TAGB was separated into litter (dead and detached) and standing biomass (current year's growth). The samples were oven-dried at 60°C until a constant weight was achieved for dry-mass determination.

#### Soil properties

Samples for the determination of surface (0–10 cm depth) soil bulk density and soil organic matter were collected along the same transects used for collection of root biomass ($n = 5$ soil samples per sampled community). Adjacent to each point where roots were sampled, soil bulk density was measured via extraction of a core of known volume (184 cm$^3$). These cores were transported to the laboratory and dried at 60°C for 4 d to obtain dry masses.

Soil organic matter (SOM) was calculated by the loss-on-ignition method modified from that given in Nelson and Sommers (1996). Five 20-g samples collected in the same area as the bulk density samples from each site were combusted in a muffle furnace at 430°C for 1 h, then 500°C for 5 h. Samples were then cooled for 4 h in a desiccator and re-weighed to determine organic matter loss.

Soil pore space or porosity (in percentage) is a measure of the amount of water that can be stored per unit volume of soil when saturated (Hillel 1971). Soil pore space was calculated from bulk density and SOM results. To calculate soil pore space, we assumed that mineral components had a particle density of 2.65 g/cm$^3$ and organic matter had a density of 1.35 g/cm$^3$ (Hillel 1971). Soil bulk density divided by sample particle density would yield the percentage of the sample occupied by solid materials. Porosity would equal 1 minus the percentage volume occupied by minerals and soil organic matter.

#### Available nitrogen and potential N mineralization

Mineral forms of N (NO$_3$-N and NH$_4$-N) and potential N mineralization were determined from soil samples collected in August 1997. At 5-m intervals along 20-m transects established within each sampled community, soil samples consisting of a core to a depth of 10 cm were placed in an ice chest and transported to

1674        J. BOONE KAUFFMAN ET AL.       Ecological Applications<br>Vol. 14, No. 6

TABLE 1. Aboveground and belowground (roots and rhizomes) biomass for grazed and exclosed dry and wet meadows measured at the end of the grazing season, Middle Fork John Day River, Oregon, USA.

| Source location of biomass | Dry meadow | | | Wet meadow | | |
|---|---|---|---|---|---|---|
| | Biomass (g/m²) | | | Biomass (g/m²) | | |
| | Grazed | Exclosed | P | Grazed | Exclosed | P |
| Aboveground | | | | | | |
| Standing (green) | 201 ± 90 | 544 ± 123 | 0.05 | 414 ± 87 | 708 ± 106 | 0.12 |
| Litter | 87 ± 44 | 371 ± 29 | 0.05 | 120 ± 58 | 372 ± 201 | 0.27 |
| Total | 288 ± 114 | 915 ± 131 | 0.03 | 534 ± 144 | 1080 ± 265 | 0.13 |
| Belowground | | | | | | |
| 0–10 cm | 780 ± 83 | 1030 ± 169 | 0.20 | 898 ± 133 | 1542 ± 242 | 0.03 |
| 10–20 cm | 160 ± 22 | 271 ± 41 | 0.03 | 461 ± 58 | 679 ± 101 | 0.07 |
| 20–30 cm | 104 ± 12 | 163 ± 22 | 0.03 | 278 ± 42 | 423 ± 105 | 0.22 |
| 30–40 cm | 62 ± 9 | 188 ± 74 | 0.11 | 123 ± 27 | 213 ± 32 | 0.04 |
| Total | 1105 ± 109 | 1652 ± 223 | 0.04 | 1761 ± 183 | 2857 ± 321 | 0.007 |

Note: Data are means ± 1 SE for three sites.

the laboratory for analysis ($n = 5$ cores per sampled community). Soil samples were passed through a 2-mm sieve and a subsample of each was dried to constant weight for moisture determination. In the laboratory, a subsample of each sample was immediately analyzed for mineral forms of N colorimetrically in 2 mol/L KCl soil extract solutions using an Alpkem RFA-300 rapid-flow analyzer (Alpkem Corporation, Clackamas, Oregon, USA). Net potential nitrification and mineralization were determined via laboratory aerobic incubations of 50-g soil samples placed in 100-mL plastic cups with perforated lids (Hart et al. 1994). Samples were maintained at field moisture capacity (by mass) and incubated for 14 days at ~25°C before extraction with KCl. Potential net N mineralization rate was calculated by subtracting the initial mineral N concentrations from the 14-d incubated concentrations. Potential net nitrification was calculated in the same manner, subtracting initial concentrations of $NO_3$-N from the 14-d incubation concentrations.

### Infiltration rates

Soil infiltration rates were measured in 1997 using a constant-head single-ring infiltrometer (Branson et al. 1972). Infiltration rates were collected at five locations within each sampled wet and dry community. The infiltration rings were steel cylinders 7.5 cm in diameter and 20 cm in height. Each ring was inserted 10 cm in the ground. During sampling, a 2-cm constant head was maintained above the ground surface. Sample areas were pre-wet prior to measurement of infiltration rates to eliminate differences in antecedent moisture content. Depending on the infiltration rate, measurements were taken every 30 s to 1 min and until a constant infiltration rate had been achieved for at least 10 min.

Differences between livestock-grazed and exclosed sites for all factors were tested with a Mann-Whitney test of two samples. Sites were the tested replicates. Wet- and dry-meadow sites were analyzed separately.

## RESULTS

### Biomass

Total aboveground biomass (TAGB) in the exclosed dry and wet meadows was 915 and 1080 g/m², respectively (Table 1). At the end of the grazing season, mean TAGB in the grazed dry meadow was 288 g/m² or 31% of that of the exclosed sites. In the grazed wet meadows, mean TAGB was 534 g/m² or 49% of that of the exclosed wet meadow sites. The higher biomass in grazed wet meadows compared to grazed dry meadows is a reflection of both the greater productivity in the wet meadows as well as the greater preference for dry meadows by cattle. In addition to differences in TAGB between grazed and exclosed sites, there were differences in the proportion of the TAGB found in litter and standing biomass. In dry meadows, litter composed 30% of the TAGB in grazed sites and 41% in the exclosed sites. In the wet meadows, litter composed 22 and 34% of the TAGB in the grazed and exclosed sites, respectively.

We found highly significant differences in the biomass of roots and rhizomes (total belowground biomass, TBGB) between the grazed and exclosed sites (Table 1). In dry meadows, mean TBGB was 50% greater in exclosed sites compared to grazed sites: 1105 g/m² in grazed sites and 1652 g/m² in the exclosed sites. The TBGB in exclosed wet meadows was 2857 g/m² compared to 1761 g/m² in grazed wet meadows (a 62% difference in biomass).

Within all communities and sites, the biomass of roots and rhizomes located only in the top 10 cm of soil was greater than the total aboveground biomass (Table 1). For example, the mean biomass of the 0–10 cm soil layer in exclosed wet meadows was 1542 g/m² compared to a TAGB of 1080 g/m². The top 10 cm of soil also contained most of the belowground biomass. The belowground biomass in the 0–10 cm soil layer in dry meadows comprised >62% of the TBGB and in wet meadows comprised >51% of the TBGB. In con-



FIG. 1. The biomass distribution of roots partitioned by size class for grazed and exclosed dry and wet meadows in riparian zones of the Middle Fork John Day River, Oregon, USA. Data are based on the mean and 1 SE of three sites for each community and treatment. Results are reported on an oven-dry mass basis. Mean organic-matter concentrations, necessary to calculate data on an ash-free dry-matter basis (AFDM) are $80.5 \pm 0.6\%$, $89.1 \pm 0.6\%$, and $91.6 \pm 0.3\%$ for wet-meadow fine roots, roots >1 mm, and rhizomes, respectively. Mean organic-matter concentrations are $81.3 \pm 2.1\%$, $91.6 \pm 0.4\%$, and $92.1 \pm 0.4\%$ for dry-meadow fine roots, roots >1 mm, and rhizomes, respectively (J. B. Kauffman, *unpublished data*).

trast, belowground mass of the 30–40 cm depth comprised only 6–11% of the TBGB in dry meadows and ≈7% in wet meadows. Nevertheless, comparing belowground biomass of the 30–40 cm soil depth between grazed and exclosed sites, we found exclosed sites exceeded grazed sites by >126 g/m² in dry meadows and ≈90 g/m² in wet meadows. While the belowground biomass was consistently higher in exclosed sites than grazed sites at all depths, the proportional distribution of root biomass by depth was similar in the grazed and exclosed sites (Table 1).

Fine roots (<1-mm diameter) and rhizomes comprised >80% of the TBGB at all sites (Fig. 1). Fine-root biomass was ~56% greater in exclosed dry mead-

ows compared to grazed dry meadows (748 and 479 g/m², respectively). In wet meadows, fine-root biomass was ~34% greater in exclosed sites compared to grazed sites (1239 and 927 g/m², respectively). Roots >1-mm diameter comprised 8–13% of the TBGB in dry meadows and 12–16% of the TBGB in wet meadows. Comparing grazed to exclosed sites, there were no significant differences in the proportion of the TBGB composed of fine roots, roots >1-mm diameter, or rhizomes.

### Soil properties

Soils were less compacted in the exclosed sites compared to the grazed sites. Soil bulk density was significantly lower in exclosed sites of both dry and wet meadows (Table 2). In dry meadows, the soil bulk density was 16% lower in exclosed sites compared to the grazed sites (0.84 and 1.00 g/cm³, respectively). In wet meadows, soil bulk density was 32% lower in exclosed sites compared to grazed sites (0.67 and 0.99 g/cm³, respectively). In contrast, there were no significant differences in the soil organic matter between grazed and exclosed sites. Soil organic-matter of the surface soils in dry meadows ranged from 11 to 16% for the grazed sites and from 14 to 17% for exclosed sites. Soil organic-matter concentration in the top 10 cm of soil in wet meadows ranged from 12 to 17% for the grazed sites and from 11 to 24% for exclosed sites. Soil pore space, and hence water-storage capacity, was significantly different between the grazed and exclosed sites for both dry and wet meadows (Table 2). In dry meadows, ~6% more of the soil volume was comprised of pore space in exclosed sites compared to grazed sites. In wet meadows, soil pore space occupied ~12% more of the soil volume in exclosed sites (i.e., 60% and 72% in grazed and exclosed sites, respectively). These differences in soil bulk density and soil pore space suggest a greater degree of recovery from livestock compaction in exclosed wet meadows than dry meadows.

Concentrations of mineral forms of N were low at all sites (Table 2). Livestock exclusion did not result in a reduction of the concentration of available N, as there

TABLE 2. Soil properties of grazed and exclosed meadow communities along the Middle Fork John Day River, Oregon, USA.

| Soil properties | Dry meadow | | | Wet meadow | | |
|---|---|---|---|---|---|---|
| | Grazed | Exclosed | P | Grazed | Exclosed | P |
| Soil bulk density (g/cm³) | $1.00 \pm 0.04$ | $0.84 \pm 0.04$ | 0.05 | $0.99 \pm 0.04$ | $0.67 \pm 0.05$ | 0.05 |
| Soil organic matter (%) | $13.4 \pm 1.5$ | $15.5 \pm 1.1$ | 0.51 | $12.4 \pm 0.8$ | $17.2 \pm 3.8$ | 0.42 |
| Soil pore space (%) | $59.6 \pm 1.4$ | $65.7 \pm 1.3$ | 0.05 | $60.1 \pm 1.4$ | $72.2 \pm 1.2$ | 0.05 |
| $NH_4$-N (µg/g soil) | $3.94 \pm 0.76$ | $5.45 \pm 3.17$ | 0.99 | $5.36 \pm 1.01$ | $4.53 \pm 1.97$ | 0.66 |
| $NO_3$-N (µg/g soil) | $0.44 \pm 0.09$ | $1.96 \pm 1.15$ | 0.66 | $1.53 \pm 0.54$ | $3.81 \pm 2.53$ | 0.66 |
| Net potential nitrification (µg $NO_3$-N·(g soil)$^{-1}$·d$^{-1}$) | $0.061 \pm 0.043$ | $0.195 \pm 0.132$ | 0.28 | $0.005 \pm 0.007$ | $0.747 \pm 0.615$ | 0.05 |
| Net potential mineralization (µg $NH_4$-N + $NO_3$-N·(g soil)·d$^{-1}$) | $0.099 \pm 0.048$ | $0.139 \pm 0.018$ | 0.51 | $0.027 \pm 0.019$ | $0.886 \pm 0.534$ | 0.05 |

*Note:* Data are means ± 1 SE.

BLM_0080221

Case No. 1:20-cv-02484-MSK   Document 54-1   filed 04/28/21   USDC Colorado   pg 13 of 157



Fig. 2. Infiltration rates for grazed and exclosed dry meadows along the Middle Fork John Day River, Oregon, USA. Data are based on the mean and 1 SE of three sites for each community and treatment. Differences on infiltration rates between grazed and ungrazed sites are significant at $P = 0.0001$ in dry meadows and $P = 0.0002$ in wet meadows.

were no significant differences in the concentration of soil $NH_4$-N or $NO_3$-N between grazed and exclosed sites (Table 2). Site variation was greater within treatments than between treatments. Rates of net potential nitrification and mineralization were significantly greater in exclosures compared to grazed sites for wet meadows but not for dry meadows. In the sampled wet meadows, the rate of net potential nitrification was 149-fold greater (0.747 vs. 0.005 $\mu$g $NO_3$-N·g soil$^{-1}$·d$^{-1}$), and the rate of net potential mineralization was 32-fold greater (0.886 vs. 0.027 $\mu$g N·g soil$^{-1}$·d$^{-1}$, respectively) in the exclosed compared to grazed sites.

### Infiltration rates

Infiltration rates were consistently greater in the exclosed sites compared to the grazed sites (Fig. 2). In dry meadows, mean infiltration rates were over 11-fold greater in exclosed sites compared to grazed sites ($P < 0.001$). Infiltration rates ranged from 6 to 19 cm/h in grazed sites and from 36 to 283 cm/h in exclosed sites (a mean of 11 cm/h in grazed and 142 cm/h in the exclosed sites). Similarly, in wet meadows mean infiltration rates were over 3-fold greater in exclosed sites compared to grazed sites. Mean infiltration rates in wet meadows were 24 and 81 cm/h in grazed and exclosed sites, respectively ($P = 0.002$). In addition to significant differences between treatments, there were significant interactions between locations and treatments ($P < 0.001$). The lowest infiltration rates in dry meadows were at the Summit Creek site where an exclosure fence separated the grazed and exclosed communities. The exclosed dry meadow had an infiltration rate that was 6-fold greater than in the grazed side of the fence (i.e., 36 cm/h compared to 6 cm/h in the exclosed and grazed sites, respectively).

### DISCUSSION

There were dramatic differences in belowground ecosystem processes and properties between the grazed and exclosed riparian meadows. Total plant biomass (roots + aboveground biomass) was 1593 and 2567 g/m² in grazed and exclosed dry meadows, respectively. The mean total plant biomass in wet meadows was 2295 and 3937 g/m² in grazed and exclosed sites, respectively. Thus, total plant biomass in exclosures was 61% greater in dry meadows and 71% greater in wet meadows.

Our estimates of root biomass are similar to those few studies that have measured root biomass in similar riparian plant communities. Root biomass in the top 10 cm of *Poa pratensis*-dominated dry meadows of Yellowstone National Park was similar (250–1147 g/m²) (Frank and Groffman 1998) to that reported for this study (grazed, 780 g/m² and exclosed, 1030 g/m²). In Northeastern Oregon, Otting (1999) found root biomass at two sites to a 40-cm depth in ungrazed dry meadows (*Poa pratensis* and *Deschampsia cespitosa*-dominated communities) was 1237 and 1632 g/m². This is similar to our estimates of 1105 g/cm² (grazed) to 1652 g/cm² (exclosed) (Table 1). In contrast, Manning et al. (1989) found that a moderately cattle-grazed dry meadow dominated by *Poa nevadensis* in Nevada had a root mass to a depth of 40 cm of only 555 g/m². In the same floodplain meadows, they reported that root mass of *Carex nebrascensis*-dominated communities averaged 3382 g/m², which was greater than our estimates of 1761 g/m² (grazed) to 2857 g/m² (exclosed). In Northeastern Oregon, Otting (1999) reported that root biomass in two ungrazed *Carex*-dominated wet meadows (sites with a high groundwater level) were 2784 and 4375 g/m².

Large herbivores can increase N cycling through mechanisms such as increasing available forms of N via urine and fecal inputs and lowering the C:N ratios of plant materials and soil organic matter, which would reduce microbial immobilization rates (Floate 1981, Risser and Parton 1982). It has been hypothesized that areas frequently and repeatedly grazed will have decreased C inputs from roots resulting in decreased N immobilization, increased N availability, and increased N mineralization rates (Holland and Detling 1990). Therefore, one would expect N availability to decrease within exclosures. However, we found no differences in N availability between grazed and ungrazed riparian meadows and significantly higher rates of net potential N mineralization and nitrification in the exclosed wet meadows (Table 2). Studies reporting increased N mineralization rates due to grazing were often in upland sites that were only grazed by wild herbivores (Holland and Detling 1990, Frank and Groffman 1998), or where domestic cattle grazing was light to moderate (Risser and Parton 1982, Shariff et al. 1994). Hypotheses relating to increases in N cycling

BLM_0080222

due to herbivory fail to consider how large herbivores affect soil physical processes. Based upon our results, we hypothesize that the differences in soil physical properties between grazed and exclosed sites exerted stronger influences on N dynamics than effects of reduced belowground C allocation or fecal and urine inputs. Additional studies are needed to understand how the physical actions of large herbivores such as cattle affect ecological processes in productive ecosystems such as riparian meadows.

The influences of livestock exclusion on soil infiltration rates in this study are consistent with results presented in a review of livestock impacts on infiltration rates of upland soils by Gifford and Hawkins (1978). They concluded that infiltration rates in ungrazed areas were statistically different from those in grazed areas at any grazing intensity. Many studies have found that soil compaction increases linearly with increases in grazing intensity (Kauffman and Krueger 1984). Gifford and Hawkins (1978) reported that light grazing reduced infiltration rates to 75% of rates in ungrazed areas, and heavy grazing reduced infiltration rates to 50% of rates in ungrazed areas. Our study examined whether this loss is reversible. In this study, the mean infiltration rate in exclosed dry meadows was 1190% greater than in grazed dry meadows and the mean rate in exclosed wet meadows was 233% greater than that in grazed sites (Fig. 2). This indicates that recovery of soil properties can be quite dramatic even following over a century of heavy livestock grazing. In a northeastern Oregon riparian zone, Bohn and Buckhouse (1985) also reported that infiltration rates improved in exclosures over a seven-year period, implying that recovery from historically high levels of livestock grazing was occurring.

An important question in the ecological restoration of riparian areas is the temporal scale of recovery following implementation of restoration. Comparing grazed to exclosed sites, the degree of change among the measured ecosystem properties differed. Many studies have reported decreases in root biomass when the aboveground shoots are grazed during the growing season (Richards 1984). In the time frame described in this study, it appears that declines in root biomass were reversed in riparian meadows following cessation of livestock grazing. Soil organic matter was not significantly different between grazed and exclosed communities but may be trending in that direction. Differences in infiltration rates were highly significant between grazed and exclosed sites. However, the time required for recovery of infiltration rates is poorly defined. Gifford and Hawkins (1978) found that infiltration rates in grasslands were still recovering after 13 years of rest from grazing. The dramatic differences in soil belowground properties between the grazed and the exclosed riparian plant communities indicated that livestock elimination is an effective means of ecological restoration.

### Implications for livestock management

We did not measure the quantity of biomass removed by cattle in this study. We sampled aboveground biomass and other ecosystem properties with the objective of describing the conditions at the end of the growing season. We sampled at this time because this is the structure that exists throughout the winter to early spring when overland flows from precipitation or runoff and high flows from overbank flooding interact most strongly with the riparian communities (i.e., the time periods and seasonal events where interactions between riparian communities and the stream are greatest). If we assume that annual aboveground productivity in grazed communities was the same as in the exclosed communities, then the utilization of herbage was 64% in the dry meadows and 42% in the wet meadows. Utilization at these levels is at the high end of levels recommended for sustained riparian conditions on public lands in the western United States (25 to 65% utilization rates; Clary 1995). However, through examination of other ecosystem attributes measured in this study, it is likely that aboveground productivity was lower in grazed than exclosed plant communities. Differences in rates of N transformations are correlated to levels of primary productivity (Vitousek and Howarth 1991, Hart et al. 1994). The greater rates of N transformations in the exclosures may contribute to a greater aboveground productivity. The greater root biomass in the cattle exclosures would also indicate a greater volume of the soil is occupied by roots, thereby increasing nutrient and water uptake. In a simulated grazing and compaction study in riparian zones, Clary (1995) found decreased biomass in sedge-dominated communities following increased soil compaction. Biomass was also decreased in sedge-dominated communities due to defoliation at treatment levels where residual stubble heights were 1–10 cm. Therefore, it is likely that primary production was lower in grazed sites than exclosed sites. As such, the utilization level of the grazed sites was likely lower than our estimates based on differences in TAGB (total aboveground biomass) between the grazed and exclosed sites and within the range recommended for utilization on public lands. If this is true, then utilization levels recommended by federal land-management agencies could result in ecosystem changes similar to what was described in this study (i.e., soil compaction, lower rates of infiltration, and lower root biomass).

### Implications for watershed/stream management

Plants often respond to defoliation through reduced allocation of C to belowground tissues (Jaramillo and Detling 1988, Holland and Detling 1990, Briske and Richards 1994). The effects of greater root mass in the exclosed sites suggest potentially important changes in ecosystem functions. For example, roots form an important source of organic carbon and may be an im-

BLM_0080223

1678                                    J. BOONE KAUFFMAN ET AL.                    Ecological Applications
                                                                                      Vol. 14, No. 6

portant source of dissolved organic carbon to stream ecosystems (Dwire 2001). *C. nebrascensis* reproduces vegetatively via tillers produced from rhizomes. Rhizome mass in exclosures was 1263 g/m$^2$ compared to 556 g/m$^2$ in grazed sites. The greater rhizome mass suggests a greater reproductive potential in exclosures. Roots and rhizomes stabilize streambanks and reduce erosion of stream channels (Smith 1976). Fine-root biomass was ~56% greater in exclosed dry meadows compared to grazed dry meadows (Fig. 1). In wet meadows, fine-root biomass was ~34% greater in exclosed sites compared to grazed sites. The increase in fine-root biomass was particularly apparent at the deeper layers. For example, in wet meadows fine-root biomass at the 30–40 cm depth in exclosures was almost twice that of grazed areas (66 g/m$^2$ and 129 g/m$^2$ in grazed and exclosed sites, respectively). This is important because Manning et al. (1989) reported that roots < 0.9 mm in diameter may account for ~95% of the root length density in riparian zones. Smith (1976) found an inverse relationship between rates of stream channel erosion and root abundance. The significantly higher mass of fine roots in exclosed communities may increase the capacity of streambanks to resist erosion.

Many studies have reported decreased soil bulk density and/or increased soil pore space in sites excluded from cattle grazing (Orr 1960, Aldefer and Robinson 1962, Clary and Medin 1990). Our results are similar to those of Orr (1960) who suggested that soils of *Poa pratensis*-dominated meadows excluded from grazing for 7 to 17 years had experienced a sufficient time for recovery in terms of bulk density and pore space. Increased soil pore space results in a greater volume of soil water present when soils are saturated. The potential differences in soil water storage due to differences in soil pore space are not trivial. Based upon the results of this study we calculated that saturated soils of the surface 10 cm of a single hectare of exclosed dry meadow would contain 61 000 L more water than an equivalent grazed hectare. Under saturated conditions, a hectare of wet meadows with the pore space measured in the exclosed communities of this study would contain 121 000 L more water than those with the pore space of the grazed wet-meadow communities. Based upon a GIS analysis of aerial photos of the 30-km riparian zone sampled in this study, there were 145 ha of dry meadows and 64 ha of wet meadows (C. Heider and J. B. Kauffman, *unpublished data*). Our results suggest that if the entire area was excluded from livestock, the surface 10 cm of soil in the meadows alone (about 60% of the riparian-zone cover) could potentially store 16.6 × 10$^6$ L more of water than if the area were grazed by cattle. And, this estimate does not include the entire soil profile. This increase in soil water likely influences ecosystem productivity, soil temperature, biogeochemistry, and stream flows.

### Acknowledgments

This study was funded by NSF/EPA Collaborative Watersheds Grant: Hydrologic, Geomorphic and Ecological Con-
nectivity in Columbia River Watersheds: Implications for Endangered Salmonids (R82-4774-010 R82-4774-011). We wish to thank the private landowners and the Malheur National Forest for graciously allowing us to sample both their grazed and excluded lands for this study. Particularly, we thank the Oregon Nature Conservancy and the Malheur National Forest for assistance with logistics. Jon Rhodes provided valuable inputs in the design and analysis of soils and hydrological data as well as a helpful review of the manuscript. R. L. Beschta assisted in design of the infiltration study, Lisa Boder assisted with laboratory analyses and Chris Heider assisted in the field. Kathleen Dwire, Hiram Li, Pat McDowell, and two anonymous reviewers provided valuable reviews of this manuscript.

### Literature Cited

Aldefer, R. B., and R. R. Robinson. 1962. Runoff from pastures in relation to grazing intensity and soil compaction. Journal of the American Society of Agronomy **39**:948–958.

Belsky, A. J., A. Matzke, and S. Uselman. 1997. Survey of livestock influences on stream and riparian ecosystems in the western United States. Report. Oregon Natural Desert Association, Portland, Oregon, USA.

Bohn, C. C., and J. C. Buckhouse. 1985. Some responses of riparian soils to grazing/management in Northeastern Oregon. Journal of Range Management **38**:378–381.

Branson, F. A., G. F. Gifford, and J. R. Owen. 1972. Rangeland hydrology. Society of Range Management, Denver, Colorado, USA.

Briske, D. D., and J. H. Richards. 1994. Physiological responses of individual plants to grazing: current status and ecological significance. Pages 147–176 *in* M. Vavra, W. A. Laycock, and R. D. Peiper, editors. Ecological implications of livestock herbivory in the west. Society for Range Management, Denver, Colorado, USA.

Brookshire, E. N. J., J. B. Kauffman, D. Lytjen, and N. Otting. 2002. Cumulative effects of wild ungulate and livestock herbivory on riparian willows. Oecologia **132**:559–566.

Clary, W. P. 1995. Vegetation and soil responses to grazing simulation on riparian meadows. Journal of Range Management **48**:18–25.

Clary, W. P., and D. E. Medin. 1990. Differences in vegetation biomass and structure due to cattle grazing in a northern Nevada riparian ecosystem. USDA Forest Service Research Paper INT-427. USDA Forest Service, Ogden, Utah, USA.

Crowe, E. A., and R. R. Clausnitzer. 1997. Mid-montane wetland plant associations of the Malheur, Umatilla, and Wallowa-Whitman National Forests. R6-NR-ECOL-TP-22-97. USDA Forest Service. Pacific Northwest Region, Portland, Oregon, USA.

Dwire, K. A. 2001. Relations among hydrology, soils, and vegetation in riparian meadows: influence on organic matter distribution and storage. Dissertation. Oregon State University, Corvallis, Oregon, USA.

Dwire, K. A., J. B. Kauffman, and J. Baham. 2000. Relations among redox potentials, water levels, and riparian vegetation. Pages 23–28 *in* P. J. Wiggington and R. L. Beschta, editors. Riparian ecology and management in multi-land use watersheds. TPS-00-2. American Water Resources Association, Middleburg, Virginia, USA.

Dwire, K. A., B. A. McIntosh, and J. B. Kauffman. 1999. Ecological influences of the introduction of livestock on Pacific Northwest ecosystems. Pages 313–335 *in* D. D. Gobel and P. W. Hirt, editors. Northwest lands, Northwest peoples: readings in environmental history. University of Washington Press, Seattle, Washington, USA.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology **8**:629–644.

Floate, M. J. S. 1981. Effects of grazing by large herbivores in agricultural ecosystems. *In* F. E. Clark and T. Rosswall, editors. Terrestrial nitrogen cycles. Ecological Bulletins NFR **33**:585–601.

Frank, D. A., and P. S. Groffman. 1998. Ungulate vs. landscape control of soil C and N processes in grasslands of Yellowstone National Park. Ecology **79**:2229–2241.

Gifford, G. F., and R. H. Hawkins. 1978. Hydrologic impact of grazing on infiltration: a critical review. Water Resources Research **14**:305–313.

Green, D. M., and J. B. Kauffman. 1989. Nutrient cycling at the land–water interface: the importance of the riparian zone. Pages 61–68 *in* R. E. Gresswell, B. A. Barton, and J. L. Kershner, editors. Practical approaches to riparian resource management—an educational workshop. BLM-MT-PT- 89-001-4351. USDI Bureau of Land Management, Billings, Montana, USA.

Green, D. M., and J. B. Kauffman. 1995. Succession and livestock grazing in a northeastern Oregon riparian ecosystem. Journal of Range Management **48**:307–313.

Gregory, S. V., F. J. Swanson, W. A. McKee, and K. W. Cummins. 1991. An ecosystem perspective of riparian zones. BioScience **41**:540–550.

Hart, S. C., J. M. Stark, E. A. Davidson, and M. K. Firestone. 1994. Nitrogen mineralization, immobilization, and nitrification. Pages 985–1018 *in* R. W. Weaver, editor. Methods of soil analysis. Part 2. Microbiological and biochemical properties. Soil Science Society of America Book Series Number 5. Soil Science Society of America, Madison, Wisconsin, USA.

Hillel, D. 1971. Soil and water; physical principles and processes. Academic Press, New York, New York, USA.

Hobbs, N. T. 1996. Modification of ecosystems by ungulates. Journal of Range Management **60**:695–713.

Holland, E. A., and J. K. Detling. 1990. Plant response to herbivory and belowground nitrogen cycling. Ecology **71**: 1040–1049.

Jaramillo, V. J., and J. K. Detling. 1988. Grazing history, defoliation, and competition: effects on shortgrass production and nitrogen accumulation. Ecology **69**:1599–1608.

Kauffman, J. B., P. Bayley, H. Li, P. Mc Dowell, and R. L. Beschta. 2002. Research/evaluate restoration of NE Oregon streams: effects of livestock exclosures (corridor fencing) on riparian vegetation, stream geomorphic features, and fish populations. Project Number 2000-05100. BPA report DOE/BP 00006210-1. U.S. Bonneville Power Administration, Portland, Oregon, USA.

Kauffman, J. B., and W. C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications. A review. Journal of Range Management **37**:430–437.

Kauffman, J. B., W. C. Krueger, and M. Vavra. 1983. Effects of late season cattle grazing on riparian plant communities. Journal of Range Management **36**:685–691.

Kauffman, J. B., M. Mahrt, L. A. Mahrt, and W. D. Edge. 2001. Wildlife of riparian habitats. Pages 361–388 *in* D. A. Johnson, and T. A. O'Neill, editors. Wildlife–habitat

relationships in Oregon and Washington. Oregon State University Press, Corvallis, Oregon, USA.

Kauffman, J. B., and D. A. Pyke. 2001. Range ecology, global livestock influences. Pages 33–52 *in* S. A. Levin, editor. Encyclopedia of biological diversity. Volume 5. Academic Press, San Diego, California, USA.

Manning, M. E., S. R. Swanson, T. Svejcar, and J. Trent. 1989. Rooting characteristics of four intermountain meadow community types. Journal of Range Management **42**: 309–312.

Naiman, R. J., and H. Décamps. 1997. The ecology of interfaces: riparian zones. Annual Review of Ecology and Systematics **28**:621–658.

Nelson, D. W., and L. E. Sommers. 1996. Total carbon, organic carbon and organic matter. Pages 961–1010 *in* D. L. Parks, editor. Methods of soil analysis. Part 3. Chemical methods. Soil Science Society of America Book Series Number 5. Soil Science Society of America, Madison, Wisconsin, USA.

Oregon Water Resource Department. 1986. John Day River Basin report. State of Oregon, Water Resources Department, Salem, Oregon, USA.

Orr, H. K. 1960. Soil porosity and bulk density on grazed and protected Kentucky bluegrass range in the Black Hills. Journal of Range Management **13**:80–86.

Otting, N. J. 1999. Ecological characteristics of montane floodplain plant communities in the upper Grande Ronde Basin, Oregon. Thesis. Oregon State University, Corvallis, Oregon, USA.

Rhodes, J. J., D. A. McCullough, and F. A. Espinosa, Jr. 1994. A coarse screening process for evaluation of the effects of land management activities on salmon spawning and rearing habitat in ESA consultations. Report 94-4. Columbia River Inter-Tribal Fish Commission Technical, Portland, Oregon, USA. Also available at ⟨http://www.critfc.org/text/tech_rep.htm⟩.

Richards, J. H. 1984. Root growth and response to defoliation in two *Agropyron* bunchgrasses: field observations with an improved root periscope. Oecologia **64**:21–25.

Risser, P. G., and W. J. Parton. 1982. Ecosystem analysis of the tallgrass prairie: nitrogen cycle. Ecology **63**:1342–1351.

Schulz, T. T., and W. C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. Journal of Range Management **43**:295–299.

Shariff, A. R., M. E. Biodini, and C. E. Grygiel. 1994. Grazing intensity effects on litter decomposition and nitrogen mineralization. Journal of Range Management **47**:444–449.

Smith, D. G. 1976. Effect of vegetation on lateral migration of anastomosed channels of a glacier meltwater river. Geological Society of American Bulletin **87**:857–860.

Vitousek, P. M., and R. W. Howarth. 1991. Nitrogen limitation on land and in the sea: how can it occur? Biogeochemistry **13**:87–115.

Wheeler, M. A., M. J. Trilica, G. W. Fraser, and J. D. Reeder. 2002. Seasonal grazing affects soil physical properties of a montane riparian community. Journal of Range Management **55**:49–56.

BLM_0080225

## SURVEY OF LIVESTOCK INFLUENCES ON STREAM AND RIPARIAN ECOSYSTEMS IN THE WESTERN UNITED STATES

(Published by *Journal of Soil and Water Conservation,* 1999, Vol. 54, pp. 419-431)

A.J. Belsky*, A. Matzke#, S. Uselman#

*Staff Ecologist, #Research Associates

Oregon Natural Desert Association, 732 SW 3rd Ave., Suite 407, Portland OR 97204,

Telephone/Fax 503-228-9720, email jbelsky@onda.org

**Acknowledgments**: We thank R. Amundson, H. Campbell, D. DeLong, T. Dudley, D. Ferguson, N. Ferguson, S. Fouty, A. Kerr, T. Myers, M. O'Brien, E. Painter, R. Phillips, W. Platts, and J. Rhodes for providing insightful comments on drafts of this paper, as well as Northwest Fund for the Environment and the Bullitt Foundation for financial support.

### Interpretive Summary

Livestock grazing has damaged approximately 80% of stream and riparian ecosystems in the western United States. Although these areas compose only 0.5-1.0% of the overall landscape, a disproportionately large percentage (~70-80%) of all desert, shrub, and grassland plants and animals depend on them. The introduction of livestock into these areas 100-200 years ago caused a disturbance with many ripple effects. Livestock seek out water, succulent forage, and shade in riparian areas, leading to trampling and overgrazing of streambanks, soil erosion, loss of streambank stability, declining water quality, and drier, hotter conditions. These changes have reduced habitat for riparian plant species, cold-water fish, and wildlife, thereby causing many native species to decline in number or go locally extinct. Such modifications can lead to large-scale changes in adjacent and downstream ecosystems.

Despite these disturbances, some people support continued grazing. These advocates argue that most of the damage occurred 50-100 years ago; however, recent studies clearly document that livestock continue to degrade western streams and rivers, and that riparian recovery is contingent upon total rest from grazing.

### *Abstract*

*This paper summarizes the major effects of livestock grazing on stream and riparian ecosystems in the arid West. We focused primarily on results from peer-reviewed, experimental studies, and secondarily on comparative studies of grazed vs. naturally or historically protected areas. Results were summarized in tabular form. Livestock grazing was found to negatively affect water quality and seasonal quantity,*

BLM_0080226

*stream channel morphology, hydrology, riparian zone soils, instream and streambank vegetation, and aquatic and riparian wildlife. No positive environmental impacts were found. Livestock were also found to cause negative impacts at the landscape and regional levels. Although it is sometimes difficult to draw generalizations from the many studies, due in part to differences in methodology and environmental variability among study sites, most recent scientific studies document that livestock grazing continues to be detrimental to stream and riparian ecosystems in the West.*

**Introduction**

Grazing by livestock has damaged 80% of the streams and riparian ecosystems in arid regions of the western United States (U.S. Department of the Interior (USDI) 1994a). A number of symposia (e.g. Warner and Hendrix 1984, Johnson et al. 1985, Gresswell et al. 1989, Meehan 1991, Clary et al. 1992) and reviews (Platts 1981b, 1982, 1991, Kauffman and Krueger 1984, Skovlin 1984, Chaney et al. 1990, 1993, Armour et al. 1994, Fleischner 1994, Rhodes et al. 1994, USDI 1994a, Kattelmann and Embury 1996, Ohmart 1996) describe this degradation. Livestock grazing affects watershed hydrology, stream channel morphology, soils, vegetation, wildlife, fish and other riparian-dependent species, and water quality at both local and landscape scales. Because riparian and stream ecosystems represent only 0.5-1% of the surface area of arid lands of the eleven western United States (U.S. General Accounting Office (US-GAO) 1988, Chaney et al. 1990, Ohmart 1996), they were historically ignored by land managers. In fact, riparian habitats in the West were viewed until the late 1960s as "sacrifice" areas (e.g., Stoddart and Smith 1955), being dedicated primarily to providing food and water for domestic livestock.

Recently, both critics and advocates of arid-land livestock grazing have focused their attention on western streams and their associated riparian zones, especially those in shrublands, grasslands, and deserts of the Southwest, Great Basin, and Pacific Northwest. Critics of grazing emphasize damage to riparian habitats to illustrate the unsuitability of cattle grazing in the arid West, while advocates of grazing argue that most of the damage to land and streams occurred 50-100 years ago, before modern grazing systems were instituted.

The evidence is undeniable that early grazing practices -- before the Taylor Grazing Act in 1934 established some control over livestock grazing in the public domain -- were highly destructive (Duce 1918, Bryan 1925, Leopold 1946). However, recent studies document that livestock grazing remains a key factor in the continued degradation of riparian habitats (US-GAO 1988, Szaro 1989, Platts 1991, Elmore and Kauffman 1994, Fleischner 1994, McIntosh et al., 1994, USDI 1994a, Ohmart 1996). As recently as 1990, Chaney et al. (1990) wrote in a U.S. Environmental Protection Agency (US-EPA) report on livestock grazing that "extensive field observations in the late 1980s suggest that riparian areas throughout much of the West were in their worst condition in history" (p.5). A joint Bureau of Land Management (BLM) and US Forest Service Report (USDI 1994a) also concludes that "riparian areas have continued to decline [since 1934]" (p.25) and

BLM_0080227

estimates that 20% of the riparian areas managed by BLM are "non-functioning" and 46% are "functioning at risk." Altogether, less than 20% of potential riparian habitat in the western United States still exists (USDI 1994a). This continued decline has been attributed, in part, to increased numbers of cattle in western rangelands (Trimble and Mendel 1995); between 1940 and 1990, the number of cattle in the western United States increased from 25,500,000 to 54,400,000.

Recent scrutiny by scientists reflects a growing recognition by the public, land managers, and scientific community of the importance of streams, rivers, and riparian habitats to western ecosystems. One reason for this interest is the high productivity and biodiversity of riparian systems, which is due, in part, to their high soil moisture and fertility levels (Hubbard 1977, Meehan et al. 1977, Thomas et al. 1979, Knight and Bottorff 1984, Fleischner 1994, Ohmart 1996). Riparian areas in arid and semi-arid regions are composed of complex edaphic and vegetation mosaics because of high variability in landforms, soil types, and location of surface and subsurface water (Thomas et al. 1979, Green and Kauffman 1995, Lee et al. 1989, Gregory et al. 1991). These mosaics, plus extensive borders (ecotones) between moist streamsides and arid uplands, result in high species diversity (Thomas et al. 1979, Lee et al. 1989). An estimated 60-70% of western bird species (Ohmart 1996) and as many as 80% of wildlife species in Arizona and New Mexico (Chaney et al. 1990) and in southeastern Oregon (Thomas et al. 1979) are dependent on riparian habitats. Consequently, riparian ecosystems are considered to be important repositories for biodiversity throughout the West.

Riparian zones provide key services for all ecosystems, but are especially important in dry regions, where they provide the main source of moisture for plants and wildlife, and the main source of water for downstream plant, animal, and human communities (Meehan et al. 1977, Thurow 1991, Armour et al. 1994, among others). These services are highly dependent on streambanks and flood plains being in a vegetated and relatively undisturbed state. Rooted streamside plants retard streambank erosion, filter sediments out of the water, build up and stabilize streambanks and streambeds, and provide shade, food, and nutrients for aquatic and riparian species (Winegar 1977, Thomas et al. 1979, Kauffman and Krueger 1984). The ability of undisturbed plant communities to stabilize banks was notable during extensive floods in eastern Oregon in 1996, when shrubby vegetation in ungrazed sections of the Deschutes River "broke the flood's velocity and combed logs and mud from the river" (Meehan 1996).

Healthy riparian areas also act as giant sponges during flood events, raising water tables and maintaining a source of streamwater during dry seasons. The result is a more stable streamflow throughout the year (US-GAO 1988).

Cattle cause more damage to riparian zones than their often small numbers would suggest. Cattle tend to avoid hot, dry environments and congregate in wet areas for water and forage, which is more succulent and abundant than in uplands. They are also attracted to the shade and lower temperatures near streams, most likely because their species evolved in cool, wet meadows of northern Europe and Asia. In fact, cattle spend 5-30 times as much time in these cool, productive zones than would be predicted from surface

BLM_0080228

area alone (Roath and Krueger 1982, Skovlin 1984).  One study found that a riparian zone in eastern Oregon comprised only 1.9% of the grazing allotment by area, but produced 21% of the available forage and 81% of forage consumed by cattle (Roath and Krueger 1982).

Our goal is to summarize along biological and ecological lines the major effects of cattle grazing in stream and riparian ecosystems.  We include only those studies that discuss the direct and indirect effects of livestock activities on stream and riparian habitats. We exclude other aspects of livestock production such as conversion of flood plains to cultivated fields for livestock feed, leaching of fertilizer from these fields into streams, and streamwater diversion for crop or pasture irrigation.  We also do not include the effects of impounding streamwater for stock ponds or other activities that support livestock production, although these activities contribute significantly to stream degradation.

**Methods**

We searched the scientific literature for peer-reviewed empirical papers and reviews of the biological and physical effects of livestock on western rivers, streams, and associated riparian areas.  Because of the extensive literature on the subject, not all papers could be reviewed or cited.  In choosing the papers to be included, we gave highest priority to recent papers in refereed journals presenting experimental manipulations such as paired samples from grazed vs. ungrazed areas or from heavily grazed vs. lightly grazed pastures (when  ungrazed controls were not included in the experimental design).  Many of these studies used sites recently protected from grazing as controls (e.g., Kauffman at al. 1983a, Schulz and Leininger 1990), but a few used previously ungrazed areas to which livestock were newly introduced (e.g., Sedgwick and Knopf 1987, Samson et al. 1988). Secondary priority was given to descriptive or comparative studies of grazed vs. naturally or historically protected areas where similarity of initial conditions could be inferred. Where there was a paucity of data, we also used non-peer-reviewed reports, usually from government documents or symposia.  In no case were our general conclusions drawn from unrefereed reports or from studies showing anomalous results.  Instead, we based our conclusions on what seemed to be the consensus of experts in the field.

We also identified and listed comprehensive review papers on each topic. Environmental impacts were defined as environmental changes that were significant at the P <0.1 level (e.g., Peterman 1990) (discussed below) or those effects deemed significant by the authors.

**Results**

Damage caused by cattle to riparian and stream habitats in the arid and semi-arid West can be separated into two broad categories: impacts that occur at the local level (Table 1) and those that occur at landscape and regional levels (Table 2).  Local impacts can be further segregated by their effects on water quality and seasonal quantity, stream channel morphology, hydrology, riparian-zone soils, instream and streambank vegetation,

BLM_0080229

aquatic biota, and terrestrial wildlife (Table 1). Local impacts have been investigated in a large number of studies, but landscape-level impacts have received less attention.

Our search uncovered no systematic investigations showing positive impacts or ecological benefits that could be attributed to livestock activities when grazed areas were compared to protected areas (see also Bock et al. 1993, Ohmart 1996). Thus, we mostly present negative environmental impacts. In general, there was little debate about the effects of livestock grazing. Most authors tended to agree that livestock damage stream and riparian ecosystems.

## Discussion

In the following, we discuss pertinent topics that have not been addressed in depth in recent reviews. These reviews, which are listed after each major category in Tables 1 and 2, should be consulted for additional discussion of other topics.

**Positive and neutral effects of cattle grazing on riparian zones.** An extensive literature search did not locate peer-reviewed, empirical papers reporting a positive impact of cattle on riparian areas when those areas were compared to ungrazed controls, but some studies reported no statistically significant effects due to riparian grazing (e.g., Buckhouse and Gifford 1976, Samson et al. 1988). The authors of these papers usually explained this absence of statistically significant impacts as being due to stochastic or design problems associated with their research, rather than to grazing having no effect on vegetation, fish, or stream hydrology. They described such problems as (1) high variability among treatment plots, which masked treatment effects (e.g., Tiedemann and Higgins 1989, Shaw 1992), (2) insufficient recovery periods after protection from grazing (e.g., Hubert et al. 1985, Sedgwick and Knopf 1991, Shaw 1992, Sarr et al. 1996), (3) heavy browsing and grazing by native herbivores (or trespassing cattle) on supposedly ungrazed control plots (e.g., Shaw 1992, Clary et al. 1996), (4) unplanned disturbances such as flooding (e.g., Sedgwick and Knopf 1991, Clary et al. 1996, Myers and Swanson 1996a), and (5) the unknown effects of a prior history of heavy grazing, which may have permanently altered stream function and prevented recovery of control plots (e.g., Tiedemann and Higgins 1989).

The absence of significant effects may also be due to investigators setting statistical significance at arbitrarily low levels (i.e., at $P<0.05$). Peterman (1990) argues that many studies, such as those with few treatment replications or high spatial variability, have low power (i.e. poor ability) to detect environmental change. Because of the possibility that already depleted fish stocks could become endangered or important habitats become permanently altered, he argues that higher probability levels (i.e., $P<0.1$) are appropriate to test significance of hypotheses.

Authors have also attributed non-significant results to supplemental feeding of livestock (e.g., Sedgwick and Knopf 1991), which resulted in lower forage consumption levels than originally prescribed, and to high recreational fishing, which obscured the negative effects of grazing on fish populations (e.g., Hubert et al. 1985). Finally, severe

BLM_0080230

environmental damage such as loss of native species or channel downcutting cannot be reversed in just a few years of protection. Streams may recover slowly or only over geological time scales (Sarr et al. 1996). Together, these circumstances have caused some (e.g., Platts 1982) to question the ability of many experimental techniques to adequately assess livestock impacts. Others (e.g. Peterman 1990) also question the statistical power of many experiments to accept or reject hypotheses.

Several recent papers (e.g., Clary and Webster 1989, Elmore and Kauffman 1994, Burton and Kozel 1996, Weller 1996) describe the benefits of reduced cattle stocking rates and newer grazing systems, such as seasonal grazing, rest-rotation, and deferred grazing. The authors also discuss examples of grazed riparian zones regaining their herbaceous and woody cover and water quality. These studies, however, only contrasted newer grazing systems with more traditional and destructive systems, such as year-long grazing and high stocking rates. They did not contrast these systems with no-grazing. The only conclusion that could be fairly drawn from these studies is that newer grazing systems improve streamside conditions relative to other grazing systems, not that cattle grazing truly benefit riparian zones. In fact, Meehan and Platts (1978) and Platts and Wagstaff (1984) found no grazing system that was compatible with healthy aquatic ecosystems.

In mid-western prairies, livestock have been reported to be useful at breaking up dense, rank vegetation near wetlands (Weller 1996). However, in the Intermountain West, where low densities of native grazers provided only light grazing and trampling disturbances during the last 10,000 years, riparian species have inherently lower tolerances for livestock disturbances (Mack and Thompson 1982). It is doubtful that grazing or trampling by cattle in this region would do more good than harm.

**Problems in drawing generalizations from riparian studies.** Although most research has shown grazing in streams and riparian zones to be deleterious, results have been variable (Platts 1982, Trimble and Mendel 1995). This has caused riparian specialists problems in drawing broad generalizations about the effects of cattle grazing. These problems can be attributed to several issues:

1. *Inadequacy of study design.* Most watershed-scale riparian management plans were not designed as experiments with the idea of researchers evaluating them years later.

2. *Inherent variability found between and within watersheds.* Streams are unique, having their own combination of channel morphology, soils, climate, riparian species, geology, and hydrology (Elmore and Beschta 1987, Myers and Swanson 1991, Trimble and Mendel 1995). One management strategy may have a particular effect in one area, but a greater or lesser effect elsewhere.

3. *Insufficient study replication.* Lack of adequate replication of experimental treatments make data interpretation difficult (Matthews 1996).

BLM_0080231

4. *Ambiguities or differences in study design* (Platts 1982, Rinne 1985). In some cases, terms such as "heavy" and "light" grazing to describe grazing treatments are subjective, making comparisons within and between experimental studies difficult (Fleischner 1994, Trimble and Mendel 1995). In other cases, differences in research methodologies make comparisons unreliable (Trimble and Mendel 1995).

5. *Grazing inside exclosures by small mammals and invertebrates.* Small animals often congregate inside exclosures where food and cover are abundant. Increases in grazing inside exclosures by grasshoppers, rabbits, and rodents may reduce differences between treatments, thus masking the effects of cattle grazing outside the exclosure.

6. *Prior grazing history.* Many pastures now protected within exclosures were grazed at some time in the past and thus do not accurately fall within a truly ungrazed (i.e. "pristine") landscape. In fact, many older exclosures were purposely erected in severely overgrazed and eroded areas in order for investigators to monitor recovery and successional processes. Since many of these protected stream segments may have been deeply downcut previously, their recovery may take hundreds to thousands of years. These exclosure studies, therefore, may underestimate the true extent of livestock damage because they fail to take into account the damage that occurred before the exclosures were erected (Fleischner 1994).

7. *Variable time lags.* Recovery of different ecological, hydrological, and geomorphologic processes require different amounts of time, often longer than the average research grant and sometimes longer than the life-span of the researcher. Recovery of herbaceous and woody vegetation along stream sides may begin immediately after grazing is terminated, while the recovery of channel form may take hundreds of years (Kattelmann and Embury 1996, Trimble and Mendel 1995, Clary et al. 1996).

8. *Influences from outside the study area.* Stream channel morphology and aquatic organisms respond not only to factors occurring inside the study area, but to those occurring outside as well (Rinne 1985). Soil compaction and reduced infiltration of rainwater due to cattle trampling on slopes above riparian exclosures may increase the volume of water flowing over soil surfaces and into protected research sites. In addition, grazed streambanks upstream from exclosures may fail, releasing sediments into protected segments. Together, these factors may contribute large amounts of sediment to the stream system, inhibiting stream recovery (Kondolf 1993). Similarly, water flowing out of exclosures may be cleaner, cooler, and produce better spawning habitat downstream than that inside the exclosures (Duff 1977, Rinne 1985). Conditions over the larger landscape, therefore, minimize differences in grazed/ungrazed comparative studies.

In spite of numerous problems in experimental design and difficulties in interpreting earlier studies, Platts (1982) concluded that livestock grazing was the major cause of degraded stream and riparian environments and reduced fish populations throughout the arid West. In an extensive review of the literature, he found that 85% of

BLM_0080232

the studies demonstrated that livestock negatively impacted riparian and stream ecosystems, which he concluded was a sufficiently powerful statistic to override inadequacies in individual experimental design.

**Effects of riparian grazing on channel morphology and water tables**.  Plants on undisturbed uplands and streamsides slow the downhill flow of rainwater, promoting its infiltration into soils.  Water that percolates into the ground moves downhill through the sub-soil and seeps into stream channels throughout the year, creating perennial flows.  But as upland and riparian vegetation is removed by livestock and as hillsides and streambanks are compacted by their hooves, less rainwater enters the soil and more flows overland into streams, creating larger peak flows.  This was illustrated in a simulation by Trimble and Mendel (1995), who estimated that peak storm runoff from a 120 ha basin in Arizona would be 2-3 times greater when "heavily" grazed than when "lightly" grazed.  Moderate and high rainfall events in grazed sites are, therefore, more likely to result in high energy and erosive floods, which deepen and reshape stream channels (Fig. 1, USDI 1994a).

Where streams flow over deep soils or unconsolidated substrates, the erosive energy of floods cause channel downcutting, or incision (Fig. 1).  As the channel deepens, water drains from the flood plain into the channel, causing a lowering (subsidence) of the water table.   The roots of riparian plants are left suspended in drier soils.  Eventually, riparian plants and their associated wildlife species are replaced by upland species such as sagebrush (*Artemesia* spp.) and juniper (*Juniperus* spp.), which can tolerate these drier soils.  Additionally, with less water entering upslope and riparian soils, less is available to provide late-season flows.  Consequently, the high intensity floods of the spring and early summer are often followed by low and no flow in late summer and fall.

**Effects of riparian grazing on biodiversity**.  Most studies comparing grazed and protected riparian areas show that some plant and animal species decrease in abundance or productivity in grazed sites while other species increase.  Plant species that commonly decline with livestock grazing are either damaged by removal of their photosynthetic and reproductive organs, or are unable to tolerate trampling or the drier conditions caused by lowered water tables.  Plant species that commonly increase with livestock grazing are usually weedy exotics that benefit from disturbed conditions, upland species that prefer the drier conditions created by grazing, or sub-dominant species that are released from competition when taller neighbors are grazed down (Kauffman and Krueger 1984, Schulz and Leininger 1991, Stacy 1995, Green and Kauffman 1995, Ohmart 1996, Sarr et al. 1996).

Neotropical migratory birds (Bock et al. 1993, Saab et al. 1995) and prairie waterbirds (Weller 1996) are also variously affected by livestock grazing.  After reviewing a large number of relevant studies, Saab et al. (1995) concluded that livestock grazing in the West led to a decline in abundance of 46% of the 68 neotropical migrant landbirds that utilize riparian habitat, an increase in 29% of the migrants, and no clear response in 25%. Those species that are grounded nesting or forage in riparian areas with heavy shrub or ground cover tended to decrease in abundance with grazing, while species that prefer open habitats, are ground foragers, or are attracted to livestock (i.e., cowbirds (*Molothrus*

BLM_0080233

spp.), tended to increase in abundance in grazed riparian habitats (Bock et al. 1993, Saab et al. 1995). Cavity and canopy nesters were least affected. After a thorough analysis, Bock et al. (1993) concluded that few neotropical bird species actually "benefited from [cattle] grazing in riparian habitats, and that those that do are not restricted to riparian communities" (p.302). In other words, species that benefit from grazing are already widely distributed over the landscape and gain no extra benefit from additional habitat. Conversely, those species that are harmed by grazing are usually restricted to riparian habitats. Riparian grazing, therefore, makes them vulnerable to local extinction.

Fish populations are also differentially affected by livestock grazing. As stream waters become warmer and more sediment-laden due to streamside grazing (Table 1), trout, salmon, and other cold-water species decline in number and biomass. They are often replaced by less valued and more tolerant species. For example, Stuber (1985) found a higher biomass of game fish (predominantly brown trout (*Salmo trutta*)) in protected stream segments in Colorado, but a higher biomass of non-game species (predominantly longnose sucker (*Catostomys catastomus*)) in grazed segments. Similarly, Marcuson (1977) found that trout (*Salmo* spp.) were more abundant in an ungrazed stream segment in the Beartooth Mountains while mountain whitefish (*Prosopium williamsoni*) were more abundant in a grazed segment.

Changes in species composition due to cattle grazing should not be evaluated in conventional species-diversity terms, since even an influx of exotic weeds will increase species richness and diversity. These weeds may increase diversity, but they also alter wildlife habitat and ecosystem processes (i.e. erosion rates, seasonal flows) to which native species are adapted. Of greater importance than species diversity is whether grazing reduces the abundance or diversity of native species and riparian specialists, and whether these species are being replaced by introduced or upland species. In both cases, such changes lead to a reduction in native biological diversity, homogenization of the biotic landscape, and loss of high-value wildlife (i.e. game) species (Stuber 1985, Bock et al. 1993). Reductions in number, size, and productivity of native riparian or aquatic species are nearly always viewed as negative or as representing declining ecosystem health (Ohmart 1996).

Cattle grazing has converted many of the riparian habitats in the arid West into communities dominated by habitat generalists and weedy species such as dandelions (*Taraxacum officionale*), cheatgrass (*Bromus tectorum*), cowbirds, and small-mouth bass (*Micropterus dolomieu*), and by upland or abundant species such as sagebrush, juniper, and speckled dace (*Rhinichthys osculus*). As a result, both habitat quality and native species diversity have been severely reduced (Marcuson 1977, US-GAO 1988, Armour et al. 1994, Popolizia et al. 1994, Green and Kauffman 1995, Sarr et al. 1996). Consequently, a recent Forest Service report found livestock grazing to be the fourth major cause of species endangerment in the United States and the second major cause of endangerment of plant species (Flather et al. 1994). Within certain regions (i.e. Arizona Basin and Colorado/Green River Plateau), livestock grazing was listed as the #1 cause of species being federally listed as threatened or endangered.

BLM_0080234

**Effects of riparian grazing on water quality.**  Bacterial contamination of drinking and surface water by domestic livestock is a significant non-point source of water pollution (George 1996).  Although usually not considered pathogenic (Gary et al. 1983), fecal coliform (e.g., *Escherichia coli*), and enterococci bacteria are regularly monitored in surface waters because they are indicators of fecal contamination that may include pathogenic organisms such as *Cryptosporidium, Giardia, Salmonella, Shigella* and enteric viruses (Bohn and Buckhouse 1985b, George 1996).  Because these organisms are carried by cattle and because fecal bacteria levels tend to increase with increasing grazing pressure (Gary et al. 1983, Owens et al. 1989, George 1996), the probability of disease-causing organisms contaminating swimming areas and entering human water supplies increases with intensity of cattle use.

Another concern is that nutrients found in animal wastes stimulate algal and aquatic plant growth when they are deposited directly or washed into streamwater.  If resulting plant growth is moderate, it may provide a food base for the aquatic community. If excessive, these nutrients stimulate algal blooms.  Subsequent decomposition of the algae leads to low dissolved oxygen concentrations (US-EPA 1995), which endangers aquatic organisms.

**Landscape and regional effects of riparian grazing.**  The impacts of grazing on local riparian and stream environments and on stream morphology may be acute, but they also often extend far beyond their immediate surroundings (Table 2).  Streams connect uplands to lowlands, terrestrial ecosystems to aquatic, and arid ecosystems to moist (Gregory et al. 1991, Knopf and Samson 1994).  They act as corridors for migrating animals, provide moisture for aquatic, riparian, and upland species, and distribute sediments and nutrients downstream (Table 2; Thomas et al. 1979, Lee et al. 1989).  In the case of anadromous fish, nutrients that are consumed in the ocean are brought inland, where they are distributed throughout the landscape as the fish are consumed by predators or decompose along streambanks after spawning.

By degrading water supplies and reducing the area of healthy riparian habitat, livestock fragment these landscape-level connections.  They also damage the connection between natural and human communities, since degraded streams reduce the potential for recreational fishing and swimming, degrade municipal water supplies, provide less water for reservoirs, and damage coastal commercial fishing.

Neither are streams isolated from their adjacent uplands.  Heavy grazing on upland communities impacts riparian areas primarily by increasing runoff and erosion. Blackburn (1984) and  Trimble and Mendel (1995) summarized the negative impacts of heavy grazing on watersheds.  They listed the erosive force of raindrops on denuded surfaces, the shearing force of hooves on slopes, decreased soil organic matter, and increased soil compaction as primary impacts.  Together, these lead to reduced water infiltration and increased runoff, soil bulk density, erosion, and sediment delivery to streams.  In addition, cattle form trails and terracettes (Trimble and Mendel 1995) (also called bovine terraces), which are also subject to erosion (Rostagno 1989).

BLM_0080235

**Other factors contributing to riparian degradation.** Cattle grazing is not the only factor damaging stream and riparian habitats in the arid West. Urban development, mining, damming for hydroelectric power, road construction, local eradication of beaver, logging, agricultural activities, and water diversions for industry, irrigation, and municipal water supplies have also exacted heavy tolls on riparian and aquatic ecosystems (Skovlin 1984, Szaro 1989, USDI 1994b). These factors acting alone and in combination have caused devastating cumulative impacts on western streams (Lee et al. 1989). Despite this, livestock grazing is still considered to be the most pervasive source of upland and riparian habitat degradation in the arid West (Elmore and Kauffman 1994, USDI 1994a, Ohmart 1996, among others).

**Effects of riparian grazing in humid environments.** Most investigations of the effects of livestock grazing on streams, rivers, and riparian zones have been located in arid regions. Although empirical studies from more humid (mesic) regions, such as western Oregon and Washington, the mid-West, and the eastern United States, are not as numerous (Trimble and Mendel 1995), available evidence suggests that environmental impacts of grazing in these regions are similar to those in drier areas. In all environments, cattle consume streamside vegetation, disturb soils, destabilize streambanks, deposit manure and urine, and churn up channel sediments (Trimble 1994, Armour et al. 1994, Trimble and Mendel 1995). Similar to arid areas, cattle were found to reduce overhead cover, herbaceous cover on banks, and woody vegetation in western Washington and Wisconsin (Chapman and Knudsen 1980, White and Brynildson 1967). Livestock also increased concentrations of ammonia, nitrate, soluble phosphate, chemical oxygen demand, and total organic carbon in runoff in Nebraska (Schepers and Francis 1982), increased concentrations of organic nitrogen, organic carbon, and sediment in runoff in Ohio (Owens et al. 1989, 1996), caused streambank erosion in Pennsylvania (Davis et al. 1991) and Tennessee (Trimble 1994), and increased soil loss in North Dakota (Hofmann and Ries 1991).

In some cases grazing may be even more damaging in wetter than in drier environments because moist soils are more vulnerable to compaction and disturbance than dry soils (Marlow and Pogacnik 1985, Trimble and Mendel 1995, McInnis 1996). In other cases, damage to riparian and stream habitats may be less severe in wetter climates because cattle may be less attracted to streamsides in areas where upland grasses are green and palatable for more months of the year.

**Conclusion**

The current debate over the environmental impacts and suitability of livestock grazing in arid western ecosystems has resulted in supporters declaring that livestock sometimes benefit streams (Savory 1988). Nearly all scientific studies, both observational and experimental, refute this claim. Livestock do not benefit stream and riparian communities, water quality, or hydrologic function in any way (Table 1). However, their damage can be reduced by improving grazing methods, herding or fencing cattle away from streams, reducing livestock numbers, or increasing the period of rest from grazing (Armour et al. 1994, Elmore and Kauffman 1994). The conclusion that all grazing

BLM_0080236

practices detrimentally affect riparian areas (Elmore and Kauffman (1994) is to be expected since traditional grazing systems were developed for protecting upland grasses, not for protecting riparian plants and streambanks (Platts 1991, Saab et al. 1995).

With improved livestock management, previously denuded streambanks may revegetate and erosion may decline (Elmore and Kauffman 1994), but recovery will take longer than if grazing were terminated completely (Myers and Swanson 1995, 1996a, Ohmart 1996). Trimble and Mendel (1995) concluded that "although there may have been improvements in grazing management, the increase of cattle in the West [a doubling over the last 50 years] suggest that grazing impacts will continue into the foreseeable future" (p 233).

New studies go even further by suggesting that new grazing systems have only served to slow the rate of degradation, not reverse it. Sarr et al. (1996), for example, found that ten full years of livestock exclusion was necessary to reverse a negative trend and allow stream conditions to begin to improve. Elmore and Kauffman (1994) best summed up available evidence by stating that "livestock exclusion has consistently resulted in the most dramatic and rapid rates of ecosystem recovery " (p. 216).

Although the possibility of streams recovering their plant cover and ecological functions while providing food and water for livestock use is appealing (i.e. a win-win situation), it is largely contradicted by existing evidence (Table 1). Riparian specialist Robert Ohmart of the University of Arizona questions whether weakened and degraded riparian communities throughout the arid West can "hang onto their thread of existence for another 30-50 years" (Ohmart 1996, p. 272) while waiting for grazed systems to recover.

All discussions of improved grazing systems allude to the fact that the best prescription for stream recovery is a long period of rest from livestock grazing. Even those who strongly believe grazing to be compatible with healthy riparian ecosystems point out that 2-15 years of total livestock exclusion is required to initiate the recovery process (Duff 1977, Skovlin 1984, Clary and Webster 1989, Elmore 1996, Clary et al. 1996). Consequently, streams that are permanently protected from grazing have the highest probability of successful recovery (Claire and Storch 1977, Chaney et al. 1990, Bock et al. 1993, Armour et al. 1994, Fleischner 1994, Rhodes et al. 1994, Ohmart 1996, Case and Kauffman 1997).

**Literature cited**

Armour, C., D. Duff, and W. Elmore. 1994. The effects of livestock grazing on western riparian and stream ecosystem. Fisheries 19(9):9-12.

Atwill, E.R. 1996. Assessing the link between rangeland cattle and water-borne Cryptosporidium parvum infection in humans. Rangelands 18:48-51.

BLM_0080237

Belsky, A.J., and D.M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the interior West. Cons. Biol. 11:315-327.

Blackburn, W.H. 1984. Impact of grazing intensity and specialized grazing systems on watershed characteristics and responses. p. 927-983. In: Developing strategies for range management.Westview Press, Boulder, CO.

Bock, C.E., V.A. Saab, T.D. Rich, and D.S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. p. 296-309. In: D.M. Finch,P.W. Stangel (eds.), Status and management of neotropical migratory birds. USDA Forest Serv. Gen. Tech. Rep. RM-229.

Boggs, K., and T. Weaver. 1992. Response of riparian shrubs to declining water availability. p. 48-51. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

Bohn, C.C., and J.C. Buckhouse. 1985a. Some responses of riparian soils to grazing management in northeastern Oregon. J. Range Manage. 38:378-381.

Bohn, C.C., and J.C. Buckhouse. 1985b. Coliforms as an indicator of water quality in wildland streams. J. Soil and Water Cons. 40:95-97.

Bryan, K. 1925. Date of channel trenching in the arid Southwest. Science 62:338-344.

Buckhouse, J.C., and G.F. Gifford. 1976. Water quality implications of cattle grazing on a semiarid watershed in southeastern Utah. J. Range Manage. 29:109-113.

Burton, T.A., and S.J. Kozel. 1996. Livestock grazing relationships with fisheries. p. 140-145. In: W.D. Edge, S.L. Olson-Edge (eds.), Sustaining rangeland ecosystems. Oregon State Univ. Extension Service, Special Rep. 953, Corvallis, OR.

Case, R.L. and J.B. Kauffman. 1997. Wild ungulate influences on the recovery of willows, black cottonwood and thin-leaf alder following cessation of cattle grazing in northeaster Oregon. Northwest Sci. 71:115-126.

Chaney, E., W. Elmore, and W.S. Platts. 1990. Livestock grazing on western riparian areas. Northwest Resource Information Center, Inc. Eagle, Idaho.

Chaney, E., W. Elmore, and W.S. Platts. 1993. Managing Change: livestock grazing on western riparian areas. Northwest Resource Information Center, Inc. Eagle, Idaho.

Chapman, D.W., and E. Knudsen. 1980. Channelization and livestock impacts in salmonid habitat and biomass in western Washington. Trans. Am. Fish. Soc. 109.

Claire, E.W., and R.L. Storch. 1977. Streamside management and livestock grazing in the Blue Mountains of Oregon: a case study. p. 111-128, In: Proc.of the workshop on

BLM_0080238

livestock and wildlife-fisheries relationships in the Great Basin. Univ. California, Agric. Station, Sci. Spec. Publ. 3301, Berkeley, CA.

Clary, W.P. 1995. Vegetation and soil responses to grazing simulation on riparian meadows. J. Range Manage. 48:18-25.

Clary, W.P., E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers). 1992. Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

Clary, W.P., and D.E. Medin. 1990. Differences in vegetation biomass and structure due to cattle grazing in a northern Nevada riparian ecosystem. USDA Forest Serv. Re. Pap. INT-427.

Clary, W.P., and D.E. Medin. 1992. Vegetation, breeding bird, and small mammal biomass in two high-elevation sagebrush riparian habitats. p. 100-110. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

Clary, W.P., N.L. Shaw, J.G. Dudley, V.A. Saab, J.W. Kinney, and L.C. Smithman. 1996. Response of a depleted sagebrush steppe riparian system to grazing control and woody plantings. USDA Forest Serv. Res. Pap. INT-RP-492.

Clary, W.P., and B.F. Webster. 1989. Managing grazing of riparian areas in the intermountain region. USDA Forest Serv. Gen. Tech. Rep. INT-263.

Davis, L., M. Brittingham, L. Garber, and D. Rourke. 1991. Stream bank fencing. Penn State College of Ag. Sci., Extension Circular 397. University Park, PA.

Duce, J.T. 1918. The effect of cattle on the erosion of canyon bottoms. Science 47:450-452.

Dudley, T., and M. Embury. 1995. Non-indigenous species in wilderness areas: the status and impacts of livestock and game species in designated wilderness in California Pacific Institute for SIDES, Oakland, CA.

Duff, D.A. 1977. Livestock grazing impacts on aquatic habitat in Big Creek, Utah. p. 129-142. In: Proc. of the workshop on wildlife-fisheries relationships in the Great Basin. Univ. California, Agric. Station, Sci. Spec. Publ. 3301, Berkeley, CA.

Elmore, W. 1996. Riparian areas: perceptions in management. USDA Forest Serv., Pacific Northwest Research Station, Natural Resource News 6(3):9.

Elmore, W., and R.L. Beschta. 1987. Riparian areas: perceptions in management. Rangelands 9:260-265.

BLM_0080239

Elmore, W., and B. Kauffman. 1994.  Riparian and watershed systems: degradation and restoration. p. 212-231. In: M. Vavra, W.A. Laycock, and R.D. Pieper (eds.), Ecological implications of livestock herbivory in the West. Soc. Range Management, Denver, CO.

Erman, N.A. 1996. Status of aquatic invertebrates. p. 987-1008. In: Sierra Nevada ecosystem project: final report to Congress, Vol. II. Univ. of California, Davis, Centers for Water and Wildlife Resources, Davis, CA.

Flather, C.H., L.A. Joyce, and C.A. Bloomgarden. 1994. Species endangerment patterns in the United States. USDA Forest Serv. Gen. Tech. Rep. RM-241.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Cons. Biol. 8:629-644.

Gary, H.L., S.R. Johnson, and S.L. Ponce. 1983. Cattle grazing impact on surface water quality in a Colorado front Range stream. J. Soil Water Cons. 38:124-128.

George, M.R. 1996. Creating awareness of clean water issues among private landowners. p. 96-100. In: W.D. Edge, S.L. Olson-Edge (eds.), Sustaining rangeland ecosystems. Oregon State Univ. Extension Service, Special Rep. 953, Corvallis, OR.

Gifford, G.F., and R.H. Hawkins. 1978. Hydrologic impact of grazing on infiltration: a critical review. Water Resource Res. 14:305-313.

Green, D.M., and J.B. Kauffman. 1995. Succession and livestock grazing in a northeast Oregon riparian ecosystem. J. Range Manage. 48:307-313.

Gregory, S.V., F.J. Swanson, W.A. McKee, and K.W. Cummins. 1991. An ecosystem perspective of riparian zones. BioScience 41:540-551.

Gresswell, R.E., B.A. Barton, J.L. Kershner (eds.). 1989. Practical approaches to riparian resource management. U.S. Bureau of Land Management, P.O. Box 36800, Billings, Montana.

Gunderson, D.R. 1968. Floodplain use related to stream morphology and fish populations. J. Wildl. Manage. 32:507-514.

Haveren, B.P., E.B. Janes, and W.L. Jackson. 1985. Nonpoint pollution control on public lands. J. Soil and Water Cons. 40(1):92-94.

Hofmann and R.E. Ries. 1991. Relationship of soil and plant characteristics to erosion and runoff on pasture and range. J. Soil and Water Cons. 46(2):143-147.

Horning, J. 1994. Grazing to extinction: endangered, threatened and candidate species imperiled by livestock grazing on western public lands. National Wildlife Federation, Washington, D.C.

BLM_0080240

Hubbard, J.P. 1977. Importance of riparian ecosystems: biotic considerations. p. 14-18. In: R.R. Johnson, D.A. Jones, (tech. coords.), Importance, preservation and management of riparian habitat: A symposium. USDA Forest Serv. Gen. Tech. Rep. RM-43.

Hubert, W.A., R.P. Lanka, T.A. Wesche, and F. Stabler. 1985. Grazing management influences on two brook trout streams in Wyoming. p. 290-293. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

Jennings, M.R. 1996. Status of amphibians. p. 921-944. In: Sierra Nevada ecosystem project: final report to Congress, Vol. II. Univ. of California, Davis, Centers for Water and Wildlife Resources, Davis, CA.

Johnson, R.R., C.D. Ziebell, D.R. Patton, and others (tech. coords.). 1985. Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

Johnson, S.R., H.L. Gary, and S.L. Ponce. 1978. Range cattle impacts on stream water quality in the Colorado Front Range. USDA Forest. Serv. Research Note, RM-359.

Jones, K.B. 1981. Effects of grazing on lizard abundance and diversity in western Arizona. Southw. Nat. 26:107-115.

Kattelmann, R., and M. Embury. 1996. Riparian areas and wetlands. p. 201-269. In: Sierra Nevada ecosystem project: final report to Congress, Vol. III. Univ. of California, Davis, Centers for Water and Wildlife Resources, Davis, CA.

Kauffman, J.B., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications...a review. J. Range Manage. 37:430-437.

Kauffman, J.B., W.C. Krueger, and M. Vavra. 1983a. Effects of late season cattle grazing on riparian plant communities. J. Range Manage. 36:685-691.

Kauffman, J.B., W.C. Krueger, and M. Vavra. 1983b. Impacts of cattle on streambanks in northeastern Oregon. J. Range Manage. 36:683-685.

Kleinfelder, D., S. Swanson, G. Norris, and W. Clary. 1992. Unconfined compressive strength of some streambank soils with herbaceous roots. Soil Sci. Soc. of Amer. Journal 56:1920-1925.

Knapp, R.A., and K.R. Matthews. 1996. Livestock grazing, golden trout, and streams i the Golden Trout Wilderness, California: impacts and management implications. N. Amer. J Fisheries Manage. 16:805-820.

BLM_0080241

Knight, A.W., and R.L. Bottorff. 1984. The importance of riparian vegetation to stream ecosystems. p. 160-167. In: R.E. Warner, K.M. Hendrix (eds), California riparian systems, ecology, conservation, and productive management. Univ. of California Press, Berkeley, CA.

Knopf, F.L., and F.B. Samson. 1994. Scale perspectives on avian diversity in western riparian ecosystems. Cons. Biol. 8:669-676.

Knopf, F.L., J.A. Sedgwick, and R.W. Cannon. 1988. Guild structure of a riparian avifauna relative to seasonal cattle grazing. J. Wildl. Manage. 52:280-290.

Kondolf, G.M. 1993. Lag in stream channel adjustment to livestock exclosure, White Mountains, California. Restoration Ecology, December:226-230.

Kovalchik, B.L., and W. Elmore. 1992. Effects of cattle grazing systems on willow-dominated plant associations in central Oregon. p. 111-119. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

Lee, L.C., T.A. Muir, and R.R. Johnson. 1989. Riparian ecosystems as essential habitat for raptors in the American West. p. 15-26. In: B.G. Pendleton (ed.), Western raptor management symposium and workshop. Nat. Wildl. Fed., Washington D.C.

Leopold, A. 1946. Erosion as a menace to the social and economic future of the Southwest. Journal of Forestry 44:627-633.

Li, H.W., G.A. Lamberti, T.N. Pearsons, C.K. Tait, J.L. Li, and J.C. Buckhouse. 1994. Cumulative effects of riparian disturbances along high desert trout streams of the John Day Basin, Oregon. Trans. Amer. Fish. Soc. 123:627-640.

Loft, E.R., J.W. Menke, and J.G. Kie. 1991. Habitat shifts by mule deer: the influence of cattle grazing. J. Wildl. Manage. 55:16-26.

Lusby, G.C. 1970. Hydrologic and biotic effects of grazing versus nongrazing near Grand Junction, Colorado. USGS Prof. Paper 700-B:B232-B236.

Mack, R.N., and J.N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-772.

Maloney, S.B., A.R. Tiedemann, D.A. Higgins, T.M. Quigley, and D.B. Marx. 1998. Influence of stream characteristics and grazing intensity on stream temperatures in eastern Oregon.USDA, Forest Serv. Res. Pap. PNW-xxx, (in press).

Marcuson, P.E. 1977. Overgrazed streambanks depress fishery production in Rock Creek, Montana. p. 143-156. In: Proc. of the workshop on livestock and wildlife-fisheries

BLM_0080242

relationships in the Great Basin. Univ. California, Agric. Station, Sci. Spec. Publ. 3301, Berkeley, CA.

Marlow, C.B., and T.M. Pogacnik. 1985. Time of grazing and cattle-induced damage to streambanks. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

Matthews, K.R. 1996. Diel movement and habitat use of California golden trout in the Golden Trout Wilderness. Trans. Amer. Fisheries Soc. 125:78-86.

McInnis, M.L. 1996. Principles of successful livestock grazing in riparian ecosystems. USDA Forest Serv., Pacific Northwest Research Station, Nat. Res. News 6(3):1.

McIntosh, B.A., Sedell, J.R, Smith, J.E., Wissmar, R.C., Clarke, S.E., Reeves, G.H., and L.A. Brown. 1994. Historical changes in fish habitat for select river basins of eastern Oregon and Washington. Northwest Sci. 68:36-53.

Medin, D.E., and W.P. Clary. 1989. Small mammal populations in a grazed and ungrazed riparian habitat in Nevada. USDA Forest Serv. Res. Pap. INT-413.

Meehan, B.T. 1996.  Nature's chisel.  The Oregonian, Febrary 26, 1996.

Meehan, W.R. (ed.). 1991. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publ. 19, Bethesda, Maryland.

Meehan, W.R., and W.S. Platts. 1978. Livestock grazing and the aquatic environment. J. Soil and Water Cons. 33:274-278.

Meehan, W.R., R.J. Swanson, and J.R. Sedell. 1977. Influences of riparian vegetation on aquatic ecosystems with particular reference to salmonid fishes and their food supply. p. 137-145. In: R.R. Johnson, D.A. Jones, (tech. coords.), Importance, preservation and management of riparian habitat: A symposium. USDA Forest Serv. Gen. Tech. Rep. RM-43.

Myers, T.J., and S. Swanson. 1991. Aquatic habitat condition index, stream type, and livestock bank damage in northern Nevada. Water Res. Bull. 27:667-677.

Myers, T.J., and S. Swanson. 1992. Variation of stream stability with stream type and livestock bank damage in northern Nevada. Water Res. Bull. 28:743-754.

Myers, T.J., and S. Swanson. 1994.  Grazing effects on pool forming features in central Nevada. p. 235-244. In: R.A. Marston and V.R. Hasfurther (eds), Effects of human-induced changes on hydrologic systems. Proceedings, Annual Summer Symp. of the Amer. Water Res. Ass., Jackson Hole, Wyoming.

BLM_0080243

Myers, T.J., and S. Swanson. 1995. Impact of deferred rotation grazing on stream characteristics in Central Nevada: a case study. North Amer.J. of Fisheries Manage. 15:428-439.

Myers, T.J., and S. Swanson. 1996a. Long-term aquatic habitat restoration: Mahogany Creek, Nevada, as a case study. J. of the Amer. Water Res. Ass. 32:241-252.

Myers, T.J., and S. Swanson. 1996b. Temporal and geomorphic variations of stream stability and morphology: Mahogany Creek, Nevada. J. of the Amer. Water Res. Ass. 32:253-265.

Ohmart, R.D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. p. 245-279. In: P.R. Krausman (ed.), Rangeland wildlife. Soc. for Range Manage., Denver CO.

Ongerth, J.E., and H.H. Stibbs. 1987. Identification of Cryptosporidium oocysts in river water. Appl. and Environ. Microb. 53:672-676.

Oregon Department of Environmental Quality. 1995a. Temperature, 1992-1994 Water Quality Standards Review. Oregon Department of Environmental Quality, 811 Sixth Avenue, Portland OR.

Oregon Department of Environmental Quality. 1995b. Dissolved Oxygen, 1992-1994 Water Quality Standards Review. Oregon Department of Environmental Quality, 811 Sixth Avenue, Portland OR.

Orr, H.K. 1975. Recovery from soil compaction on bluegrass range in the Black Hills. Transactions of the ASAE: 1076-1081.

Overton, C.K., G.L. Chandler, J.A. Pisano. 1994. Northern/Intermoutain regions' fish habitat inventory: grazed, rested, and ungrazed reference stream reaches, Silver King Creek, California. USDA For. Serv. Gen. Tech. Rep. INT-GTR-311.

Owens, L.B., W.M. Edwards, and R.W. Van Keuren. 1989. Sediment and nutrient losses from an unimproved, all-year grazed watershed. J. Environ. Qual. 18:232-238.

Owens, L.B., W.M. Edwards, and R.W. Van Keuren. 1996. Sediment losses from a pastured watershed before and after stream fencing. J. Soil and Water Cons. 51:90-94.

Peterman, R.M. 1990. Statistical power analysis can improve fisheries research and management. Can. J. Fish. Aquat. Sci. 47:2-15.

Platts, W.S. 1981a. Sheep and streams. Rangelands 3:158-160.

BLM_0080244

Platts, W.S. 1981b. Influence of forest and rangeland management on anadromous fish habitat in western North America: 7. Effects of livestock grazing. USDA Forest Serv. Gen. Tech. Rep. PNW-124.

Platts, W.S. 1982. Livestock and riparian-fishery interactions: what are the facts? Trans. North Amer. Wildl. and Nat. Res. Conf. 47:507-515.

Platts, W.S. 1991. Livestock grazing. p. 389-424. In: W.R. Meehan (ed.), Influences of forest and rangeland management on salmonid fishes and their habitats. Amer. Fisheries Soc. Sp. Publ. 19:389-423.

Platts, W.S., and F.J. Wagstaff. 1984. Fencing to control livestock grazing on riparian habitats along streams: is it a viable alternative? N. Amer. J. Fish. Manage. 4:266-272.

Ponce, V.M., and D.S. Lindquist. 1990. Management of baseflow augmentation: a review. Water Res. Bull. 26:256-268.

Popolizio, C.A., H. Goetz, and P.L. Chapman. 1994. Short-term response of riparian vegetation to 4 grazing treatments. J. Range Manage. 47:48-53.

Reiser, D.W., and T.C. Bjornn. 1979. Influence of forest and rangeland management on anadromous fish habitat in the western United States and Canada, 1. Habitat requirements of anadromous salmonids. USDA Forest Serv. Gen. Tech. Rep. PNW-96.

Rhodes, J.J., McCullough, D.A., and F.A. Espinosa, Jr. 1994. A coarse screening process for evaluation of the effects of land management activities on salmon spawning and rearing habitat in ESA consultations. Columbia River Intertribal Fish Comm. Tech. Rept. 94-4, Portland, OR.

Rinne, J.N. 1985. Livestock grazing effects on southwestern streams: a complex research problem. p. 295-300. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

Rinne, J.N. 1988. Effects of livestock grazing exclosure on aquatic macroinvertebrates in a montane stream, New Mexico. Great Basin Nat. 48:146-153.

Roath, L.R., and W.C. Krueger. 1982. Cattle grazing and influence on a forested range. J. of Range Manage. 35:332-338.

Rostagno, C.M. 1989. Infiltration and sediment production as affected by soil surface conditions in a shrubland of Patagonia, Argentina. J. Range Manage. 42:382-385.

Saab, V.A., C.E. Bock, T.D. Rich, and D.S. Dobkin. 1995. Livestock grazing effects in western North America. p. 311-353. In: T.E. Martin, D.M. Finch (eds.), Ecology

BLM_0080245

and management of neotropical migratory birds: a synthesis and review of critical issues. Oxford University Press, London.

Samson, F.B., F.L. Knopf, and L.B. Hass. 1988. Small mammal response to the introduction of cattle into a cottonwood floodplain. p. 432-438. In: R.C. Szaro, K.E. Severson, D.R. Patton, (tech. coords.), Management of amphibians, reptiles, and small mammals in North America.USDA For. Serv. Gen. Tech. Rep. RM-166.

Sarr, D., R.A. Knapp, J. Owens, T. Balser, and T. Dudley. 1996. Ecosystem recovery from livestock grazing in the southern Sierra Nevada. Aldo Leopold Wilderness. Res. Insti., Missoula, MT.

Savory, S. 1988. Holistic Resource Management. Island Press, Covalo, CA.

Schepers, J.S., and D.D. Francis. 1982. Chemical water quality of runoff from grazing land in Nebraska: I. Influence of grazing livestock. J. Environ. Qual. 11:351-354.

Schepers, J.S., B.L. Hackes, and D.D. Francis. 1982. Chemical water quality of runoff from grazing land in Nebraska: II. Contributing factors. J. Environ. Qual., 11:355-359.

Schulz, T.T., and W.C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. J. Range Manage. 43:295-299.

Schulz, T.T., and W.C. Leininger. 1991. Nongame wildlife communities in grazed and ungrazed riparian sites. Great Basin Nat. 51:286-292.

Sedgwick, J.A., and F.L. Knopf. 1987. Breeding bird response to cattle grazing of a cottonwood bottomland. J. Wildl. Manage. 51:230-237.

Sedgwick, J.A., and F.L. Knopf. 1991. Prescribed grazing as a secondary impact in a western riparian floodplain. J. Range Manage. 44:369-373.

Shaw, N.L. 1992. Recruitment and growth of Pacific willow and sandbar willow seedlings in response to season and intensity of cattle grazing. p. 130-137, In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

Skovlin, J.M. 1984. Impacts of grazing on wetlands and riparian habitat: a review of our knowledge. p. 1001-1103. In: Developing strategies for range management. Westview Press, Boulder,CO.

Stacey, P.B. 1995. Diversity of rangeland bird populations. p.33-41. In: N.E. West (ed.), Biodiversity on rangelands. College of Natural Resources, Utah State University, Logan, UT.

BLM_0080246

Stephenson, G.R., and R.C. Rychert. 1982. Bottom sediment: a reservoir of Escherichia coli in rangeland streams. J. Range Manage. 35:119-123.

Stephenson, G.R., and L.V. Street. 1978. Bacterial variations in streams from a southwest Idaho rangeland watershed.  J. Environ. Qual. 7:150-157.

Stevens, R., E.D. McArthur, and J.N. Davis. 1992. Reevaluation of vegetative cover changes, erosion, and sedimentation on two watersheds--1912-1983. p. 123-128. In: W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. USDA Forest Serv. Gen. Tech. Rep. INT-289.

Stoddart, L.A., and A. Smith. 1955. Range management, 2nd edition. McGraw-Hill, New York, NY.

Stuber, R.J. 1985. Trout habitat, abundance, and fishing opportunities in fenced vs. unfenced riparian habitat along sheep creek, Colorado. p. 310-314. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

Szaro, R.C. 1989. Riparian forest and scrubland community types of Arizona and New Mexico. Desert Plants 9(3-4):72-138.

Szaro, R.C., S.C. Belfit, J.K. Aitkin, and J.N. Rinne. 1985. Impacts of grazing on a riparian garter snake. p. 359-363. In: R.R. Johnson, C.D. Ziebell, D.R. Patton, and others (tech. coords.), Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Serv. Gen. Tech. Rep. RM-120.

Tait, C.K., J.L. Li, G.A. Lamberti, T.N. Pearsons, and H.W. Li. 1994. Relationships between riparian cover and community structure of high desert streams. J. N. A. Benthol. Soc. 13:45-56.

Taylor, D.M. 1986. Effects of cattle grazing on passerine birds nesting in riparian habitat. J. Range Manage. 39:254-258.

Taylor, F.R., L.A. Gillman, and J.W. Pedretti. 1989.  Impact of cattle on two isolated fish populations in Pahranagat Valley, Nevada. Great Basin Nat. 49:491-495.

Thurow, T.L. 1991. Hydrology and erosion. p.141-159. In: R.K. Heitschmidt, and J.W. Stuth (eds.), Grazing management: an ecological perspective. Timber Press, Portland OR.

Thomas, J.W., C. Maser, and J.E. Rodiek. 1979. Wildlife habitats in managed rangelands--The Great Basin of southeastern Oregon: riparian zones. USDA Forest Serv. Gen. Tech. Rep. PNW-80.

BLM_0080247

Tiedemann, A.R., and D.A. Higgins. 1989. Effects of management strategies on water resources. p.56-91. In.: T.M. Quigley, H.R. Sanderson, and A.R. Tiedemann, Managing interior Northwest rangelands: The Oregon Range Evaluation Project. USDA Forest Serv. Gen. Tech. Rep. PNW-GTR-238.

Tiedemann, A.R., D.A. Higgins, T.M. Quigley, H.R. Sanderson, and D.B. Marx. 1987. Responses of fecal coliform in streamwater to four grazing strategies. J. Range Manage. 40:322-329.

Trimble, S.W. 1994. Erosional effects of cattle on streambanks in Tennessee, U.S.A. Earth Surface Processes and Landforms 19:451-464.

Trimble, S.W., and A.C. Mendel. 1995. The cow as a geomorphic agent -- a critical review. Geomorphology 13:233-253.

U.S. Department of Interior. 1993. Riparian area management, process for assessing proper functioning condition. TR 1737-9 1993, Bureau of Land Management, Box 25047, Denver, CO.

U.S. Department of Interior. 1994a. Rangeland reform '94, Draft environmental impact statement. Bureau of Land Management, Washington, D.C.

U.S. Department of Interior. 1994b. Western riparian wetlands (Chapter 12). p. 213-238. In: The impact of federal programs on wetlands, Vol. II, A report to Congress by the Secretary of the Interior, Washington D.C., U.S. Fish and Wildlife Service, Arlington,VA.

U.S. Environmental Protection Agency. 1995. National Water Quality Inventory, 1994 Report to Congress Executive Summary. Office of Water, Washington DC 20460.

U.S. General Accounting Office. 1988. Public rangelands: some riparian areas restored by widespread improvement will be slow. GAO/RCED-88-105.

Warner, R.E., and K.M. Hendrix (eds). 1984. California riparian systems, ecology, conservation, and productive management. Univ. of California Press, Berkeley, CA.

Weller, M.W. 1996. Birds of rangeland wetlands. p. 71-82. In: P.R. Krausman (ed.), Rangeland wildlife. The Society of Range Management, Denver CO. White, R.J., and O.M. Brynildson. 1967. Guidelines for management of trout stream habitat in Wisconsin. Dep. Nat. Resour. Tech. Bull. 39:, Madison, WI.

Winegar, H.H. 1977. Camp Creek channel fencing -- plant, wildlife, soil, and water response. Rangeman's J. 4:10-12.

BLM_0080248

BLM_0080249

**Table 1: Effects of livestock grazing and trampling on aquatic and riparian species and habitats in the western United States.**

| Influence on | Response | Causes | Impacts | References |
|---|---|---|---|---|
| **Water quality** | | | | |
| *Nutrient concentrations* | Increase | Runoff from disturbed stream banks; livestock urine and manure deposited into stream; nutrients concentrated in reduced quantity of water | Reduced dissolved oxygen and possible water salinization in isolated pools and downstream lakes; alteration of instream species composition | Schepers et al. 1982<br>Taylor et al. 1989 |
| *Bacteria/ protozoa* | Increase | Direct fecal deposition into water; fecal material in runoff; sediments containing buried microorganisms churned up by hoof action | Higher human and wildlife disease-producing potential from pathogens; human health endangered by swimming and other contact | Johnson et al. 1978<br>Stephenson and Street 1978<br>Stephenson and Rychert 1982<br>Tiedemann and Higgins 1989<br>Tiedemann et al. 1987 |
| *Sediment load and turbidity* | Increase | Instream trampling; disturbance and erosion from denuded banks; reduced sediment trapping by streambank and instream vegetation; loss of bank stability; increased peak flows from compaction | Sediments blanket spawning gravel, entombing or suffocating fish embryos and juveniles; reduced dissolved oxygen levels in substrate; reduced foraging success by aquatic organisms; disruption of fish migration and respiratory systems of invertebrates; pool infilling; alteration of benthic food web; reduction of human reservoir storage capacity more rapidly than projected; increased costs for filtraton of domestic water supplies | Lusby 1970<br>Winegar 1977<br>Johnson et al. 1978<br>Stevens et al. 1992 |

BLM_0080250

| | | | | |
|---|---|---|---|---|
| *Water tempera-<br>ture* | Increases | Increased solar exposure due to reduced shade from streamside vegetation and loss of undercut streambanks, and to widened stream channel that exposes greater water surface to solar radiation; lower summer flow | Increased evaporation and sa-linity; poor to lethal envi-ronment for salmonids and other temperature-sensitive, cold-water species; reduces fish growth due to increased metabolic rate and suppres-sion in appetite; increased competition from warmwater fish; shift from salmonids to non-game fish; increased predation on fish; changes in growth rate and population size of cyanobacteria, algae and other aquatic organisms; increased incidence of lethal water-borne diseases; higher decomposition rates | Duff 1977<br>Tiedemann and Higgens 1989<br>Platts 1991<br>Li, et al. 1994<br>Tait, et al. 1994<br>Maloney et al. 1998 |
| *Dissolved oxy-<br>gen levels* | Possibly decline | Higher water temperatures; high biological oxygen demand of fe-cal material and algal blooms | Insufficient oxygen in spawn-ing gravels; reduced rate of food consumption, growth and survival of salmonids and other aquatic species, espe-cially at their early life stages; reduced prey items for fish; reduced decomposi-tion rates; increased toxic-ity of toxicants | |
| *General reviews<br>of topic* | Meehan and Platts 1978, Reiser and Bjornin 1979, Kauffman and Krueger 1984, Skovlin 1984, Bohn and Buckhouse 1985b, Haveren et al. 1985, Ongerth and Stibbs 1987, Platts 1991, USDI 1993, Rhodes et al. 1994, ODEQ 1995a, b, US-EPA 1995, Atwill 1996, Ohmart 1996 | | | |

BLM_0080251

**Stream channel morphology**

| | | | | |
|---|---|---|---|---|
| *Channel depth* | Increases | Downcutting (incision) due to higher flood energy in high gradient, erosional stream regimes | Lowered groundwater table; narrowing of riparian zone; high flows contained within channel, thus precluding build-up of flood plain; more downstream sedimentation | Winegar 1977<br>Overton et al. 1994<br>Knapp and Matthews 1996 |
| *Channel width* | Increases | Breakdown of streambanks by trampling; increased erosion from greater flood velocity; erosion of stream banks due to reduced resistance from riparian vegetation | Further loss of riparian vegetation; higher water temperatures; decreased water depth | Duff 1977<br>Marcuson 1977<br>Platts 1981a<br>Kauffman et al. 1983b<br>Hubert et al. 1985<br>Stuber 1985<br>Overton et al. 1994<br>Matthews 1996 |
| *Channel stability during floods* | Decreases | Bare streambanks and channel bed easily eroded | Widening of channel; loss of pools and meanders | Marcuson 1977 |
| *Water depth* | Decreases (except during peak flow) | Wider stream bed | Higher water temperatures; reduced habitat for aquatic organisms | Platts 1981a<br>Hubert et al. 1985<br>Stuber 1985<br>Matthews 1996 |
| *Channel bed* | | | | |
| *--Gravel* | Lost in erosional environment | Increased flood velocity and energy; reduction in large woody debris | Reduced spawning habitat and habitat for benthic organisms | Duff 1977 |
| *--Fine sediments* | Increase in depositional environment | Increased streambank erosion | Suffocation of fish eggs and fry due to low intragravel oxygen levels; degraded stream habitat for benthic organisms; filling in of pools | Duff 1977<br>Hubert et al. 1985<br>Owens et al. 1996<br>Myers and Swanson 1996a,b |

BLM_0080252

| | | | | |
|---|---|---|---|---|
| *Streambank stability* | Reduced | Fewer plant roots to anchor soil; less plant cover to protect soil surface from disturbance; shear force of trampling hooves | Increased streambank sloughing; increased erosion and water turbidity; increased channel width | Duff 1977<br>Gunderson 1968<br>Marcuson 1977<br>Platts 1981a<br>Kauffman et al. 1983b<br>Rinne 1985<br>Stuber 1985<br>Myers and Swanson 1991, 1992, 1996a<br>Kleinfelder et al. 1992<br>Overton et al. 1994 |
| *Streambank angle* | Laid back | Streambank sloughing; livestock trampling | Increased channel width; decreased water depth | Platts 1981a<br>Myers and Swanson 1995<br>Knapp and Matthews 1996 |
| *Streambank undercuts* | Reduction in quality and quantity | Streambank breakdown by livestock and loss of stabilizing vegetation | Fewer hiding spaces and pools for fish | Platts 1981a<br>Kauffman et al. 1983b<br>Hubert et al. 1985<br>Overton et al. 1994<br>Myers and Swanson 1995<br>Knapp and Matthews 1996 |
| *Channel form* | Fewer meanders and unvegetated gravel bars | Increased water velocity; removal of stabilizing vegetation; erosion of stream bank | Increased erosion; fewer pools for fish; decreased streambank roughness | Marcuson 1977 |
| *Pools* | Decrease in number and quality | Loss of large woody debris; increased sedimentation | Loss of fish habitat; loss of thermal refugia during temperature extremes, reduced salmonid productivity and survival | Duff 1977<br>Marcuson 1977<br>Hubert et al. 1985<br>Myers and Swanson 1991, 1994, 1996a<br>McIntosh et al. 1994 |
| *General reviews of topic* | Kauffman and Krueger 1984, Skovlin 1984, Armour et al. 1994, Platts 1982, 1991, Chaney et al. 1990, 1993, USDI 1993; Rhodes et al. 1994; Trimble and Mendel 1995; Sarr et al. 1996 | | | |

BLM_0080253

## Hydrology (stream flow patterns)

| | | | | |
|---|---|---|---|---|
| *Overland flow (runoff)* | Increases | Reduced water infiltration into soils due to compaction and loss of streamside vegetation | Increase in sheet and rill erosion; increased flooding; reduced groundwater recharge; lowered water table | Orr 1975<br>Meehan and Platts 1978<br>Stevens et al. 1992 |
| Peak flow | Increases | Larger volume of runoff flowing directly into channel | Increased stream energy for channel erosion, downcutting of channel bed and gully formation | Platts 1991 |
| *Flood water velocity* | Increases | Reduced resistence from stream-bank and instream vegetation and from downed woody debris; increased flood water volume | Increased erosive energy and downcutting; removal of submerged vegetation and woody debris for pool formation; reduced habitat diversity; fish vulnerable to flash floods | Platts 1981a<br>Li et al. 1994 |
| *Summer and late-season flows* | Decrease | Less water stored in soil; lowered water table | Aquatic organisms stressed by reduced water quantity; less aquatic  habitat; higher water temperatures | Ponce and Lindquist 1990<br>Kovalchik and Elmore 1992<br>Li et al. 1994 |
| *Water table* | Lowered | Reduced water infiltration and increased runoff; groundwater drains into incised streambed; deeper channel reduces recharge by stream | Loss of aquatic and riparian species; perennial streams become ephemeral; loss of ephemeral streams | Kovalchik and Elmore 1992<br>Li et al. 1994 |
| *General reviews* | | Platts 1981b, 1991, Thurow 1991, Chaney et al. 1990, 1993, USDI 1993, Fleischner 1994, Rhodes et al. 1994, Trimble and Mendel 1995 | | |

BLM_0080254

**Riparian zone soils**

| | | | | |
|---|---|---|---|---|
| *Bare ground* | Increases | Vegetation consumed and trampled by livestock | Drier soil surfaces; higher erosion and sediment delivery to streams and aquatic habitats | Lusby 1970 Marcuson 1977 Hubert et al. 1985 Schultz and Leininger 1990 Clary and Medin 1990 Stevens et al. 1992 Popolizia et al. 1994 |
| *Erosion (water, ice, and wind)* | Increases | Soil compaction; removal of vegetational cover; trampling disturbance | Increased sediment load to receiving stream; loss of fertile topsoil; suffication of fish eggs; loss of pools and pool volume; reduction of reservoir capacity | Lusby 1970 Bohn and Buckhouse 1985a Kauffman et al. 1983b |
| *Litter layer* | Decreases | Removal of aboveground plant biomass by livestock | Lower infiltration rates; greater runoff and erosion; reduced soil organic matter; warmer, drier soils | Marcuson 1977 Kauffman et al. 1983a Shultz and Leininger 1990 Popolizia et al. 1994 Green and Kauffman 1995 |
| *Compaction* | Increases | Trampling by livestock on wet, heavy soils; reduced litter and soil organic matter | Decreased infiltration rates and more runoff; reduced plant productivity and vegetative cover | Orr 1975 Clary and Medin 1990 Clary 1995 |
| *Infiltration* | Decreases | Increased soil compaction from hoof action; reduced plant cover, litter, and organic matter | Increased overland flow and erosion; reduced soil water content and plant growth; lowered water table | Orr 1975 Gifford and Hawkins 1978 Bohn and Buckhouse 1985a |
| *Fertility* | Declines | Less soil organic matter; loss of top soil; loss of soil strucure due to trampling | Fewer soil organisms; reduced plant growth | Marcuson 1977 |
| *General reviews of topic* | Kauffman and Krueger 1984, Skovlin 1984, Chaney et al. 1990, 1993, Thurow 1991, Fleischner 1994, Rhodes et al. 1994; Trimble and Mendel 1995, Belsky and Blumenthal 1997 | | | |

BLM_0080255

**Instream vegetation**

| | | | | |
|---|---|---|---|---|
| *Algae* | Increase | More sunlight; higher temperatures; higher concentrations of dissolved nutrients | Low levels of dissolved oxygen, especially when algal blooms collapse | Tait et al. 1994<br>Li et al. 1994<br>US-EPA 1995 |
| *Higher plants (submerged and emergent)* | Often decline in abundance | Trampled; buried in deposited sediments; uprooted by strong flows | Reduced trapping of sediments; less food for aquatic organisms; higher water velocity and erosive force | |
| *General reviews* | Knight and Bottorff 1984 | | | |

**Streambank vegetation**

| | | | | |
|---|---|---|---|---|
| *Herbaceous cover, biomass, productivity, and native diversity* | Decline | Grazing and trampling by livestock; selective grazing on palatable species; loss of vulnerable species; lowered water table; drier, warmer, more exposed environment | Less detritus (food inputs) for stream and aquatic organisms; higher water temperatures in summer and cooler temperatures in winter; degraded habitat for fish and wildlife; reduced biodiversity; loss of moisture- and shade-dependent species; replacement of riparian specialists with weedy generalists; loss of ecosystem resiliency; higher water velocities during floods; reduced sediment trapping | Duff 1977<br>Marcuson 1977<br>Winegar 1977<br>Kauffman, et al. 1983a<br>Elmore and Beschta 1987<br>Medin and Clary 1989<br>Schultz and Leininger 1990<br>Clary and Medin 1990<br>Stevens, et al. 1992<br>Popolizia et al. 1994<br>Clary 1995<br>Green and Kauffman 1995<br>Clary et al. 1996<br>Knapp and Matthews 1996 |
| *Overhanging vegetation* | Declines | Grazing and browsing by livestock | Less shade; higher water temperatures; less detritus for stream organisms | Marcuson 1977 |
| *Tree and shrub biomass and cover* | Decline | Browsing by livestock on shrubs and tree saplings when they are most vulnerable | Decline in streambank stability; increased erosion; reduced stream shade and higher water temperatures; reduction in detritus and essential nutrients; loss of complex vegetation structure for wildlife | Marcuson 1977<br>Kauffman et al. 1983a<br>Taylor 1986<br>Schulz and Leininger 1990<br>Sedgwick and Knopf 1991<br>Boggs and Weaver 1992<br>Kovalchik and Elmore 1992<br>Green and Kauffman 1995 |

Page 31, Belsky, Matzke, Uselman

BLM_0080256

| | | | | |
|---|---|---|---|---|
| *Species composition* | Altered | Lowered water table; warmer, drier environment; livestock selection of palatable species; compacted and disturbed soils | Replacement of riparian species by upland species and exotic weeds; reduction in riparian area | Kauffman et al. 1983a<br>Clary and Medin 1990<br>Schulz and Leininger 1990<br>Green and Kauffman 1995 |
| *Structure (vertical and horizontal)* | Simplified | Loss of trees and large shrubs; reduced plant establishment in drier soils | Loss of sensitive bird species; reduction in wildlife habitat | Taylor 1986<br>Knopf et al. 1988<br>Medin and Clary 1989 |
| *Plant age-structure* | Becomes even-aged | Reduced plant establishment and survival due to browsing, grazing, and trampling | Reduced wildlife habitat; loss of riparian-dependent wildlife | Kauffman et al. 1983a |
| *Plant phenology* | Altered | Less shade and soil litter create warmer, drier environments in summer and colder environments in winter | Increased frost damage to plants in fall | Kauffman et al. 1983a |
| *Plant succession* | Impeded | Late-successional species grazed and browsed | Retrogression | Kauffman et al. 1983a<br>Green and Kauffman 1995 |
| *General reviews of topic* | Kauffman and Krueger 1984, Knight and Bartorff 1984, Skovlin 1984, Thomas et al. 1979, Chaney et al. 1990, 1993, Fleischner 1994, Ohmart 1996 | | | |

BLM_0080257

**Aquatic and riparian wildlife**

*Fish*

| | | | | |
|---|---|---|---|---|
| *Species diversity, abundance, and productivity* | Decrease | Higher water temperatures increase salmonid mortality (by breaking down physiological regulation of vital processes such as respiration and circulation), and negatively affect fish spawning, rearing, and passage; greater water turbidity, increased siltation and bacterial counts, lower summer flows, and low dissolved oxygen in the water column and intragravel environment reduce fish survival; damage to spawning beds; less protective plant cover; fewer insects and other food items; streambank damage; decreased hiding cover; reduced resistance to water-bourne diseases | Loss of salmonids and other cold-water species; loss of avian and mammalian predators; replacement of cold-water, riparian species with warm-water species | Duff 1977 Marcuson 1977 Stuber 1985 Li et al. 1994 Tait et al. 1994 Dudley and Embury 1995 Knapp and Matthews 1996 Sarr et al. 1996 |
| *Behavior* | Different use of different habitats | Reduction in preferred habitat types | | Matthews 1996 |
| *General reviews of topic* | Marcuson 1977, Meehan et al. 1977, Reiser and Bjornn 1979, Kauffman and Krueger 1984, Skovlin 1984, Platts 1982, 1991, Fleischner 1994, Rhodes et al. 1994, ODEQ 1995a,b, Ohmart 1996 | | | |

*Invertebrates*

| | | | | |
|---|---|---|---|---|
| *Diversity, abundance, and species composition* | Altered | Higher water temperatures from loss of shade; lower dissolved oxygen levels; increased fine sediments; reduced plant detritus but higher algal biomass for food | Loss of species that require cleaner and colder waters and coarser substrates; increase in algae feeders; fewer palatable species and less food for higher trophic levels; reduced litter breakdown | Rinne 1988 Tait et al. 1994 Erman 1996 |

Page 33, Belsky, Matzke, Uselman

| | | | | |
|---|---|---|---|---|
| *General reviews* | Meehan et al. 1977, Knight and Bottorff 1984, ODEQ 1995a,b, Sarr et al. (1996) | | | |

*Amphibians and reptiles*

| | | | | |
|---|---|---|---|---|
| *Diversity, abundance, and species composition* | Decline | Decline in structural richness of vegetative community; loss of prey base; increased aridity; loss of thermal cover and protection from predators; water temperatures lethal to early life stages | Loss of biodiversity and prey for higher trophic levels; loss of native species | Jones 1981 Szaro et al. 1985 Dudley and Embury 1995 Jennings 1996 |

*Birds*

| | | | | |
|---|---|---|---|---|
| *Diversity, abundance and species composition* | Altered | Reduction in food, water quality and water quantity; loss of perches, nesting sites, and protective plant cover; loss of complex vegetational structure | Reduction in biodiversity; replacement of riparian specialists by upland species and generalists; loss of some neotropical migrants | Taylor 1986 Sedgwick and Knopf 1987 Knopf et al. 1988 Schulz and Leininger 1991 Clary and Medin 1992 Stacey 1995 |
| *General reviews of topic* | Kauffman and Krueger 1984, Skovlin 1984, Bock et al. 1993, Fleischner 1994, ODEQ 1995a,b, Saab et al. 1995, Ohmart 1996, Weller 1996 | | | |

*Mammals (large and small)*

| | | | | |
|---|---|---|---|---|
| *Diversity, abundance, and species composition* | Altered (sometimes but not always) | Loss of riparian habitat and food sources; warmer, drier, more exposed environment; behavioral characteristics such as avoidance of livestock | Habitat-use shifts by wildlife; suboptimal nutrition for females and offspring; changes in predator-prey relations; altered herbivory and other ecosystem processes; lower beaver activity with their creation of wetlands; riparian species replaced by upland species and generalists | Winegar 1977 Samson et al. 1988 Medin and Clary 1989 Loft et al. 1991 Schultz and Leininger 1991 Clary and Medin 1992 Clary et al. 1996 |
| *General reviews* | Thomas et al. 1979, Kauffman and Krueger 1984, Skovlin 1984, Ohmart 1996 | | | |

*Threatened and endangered species*

BLM_0080259

| | | | | |
|---|---|---|---|---|
| *Abundance* | Reduced | Loss of habitat; disturbance; livestock herbivory; competition with livestock; habitat fragmentation | Possible extinction | Dudley and Embury 1995 USDI 1994a |
| *General reviews* | Flather et al. 1994, Horning 1994, Ohmart 1996 | | | |

Page 35, Belsky, Matzke, Uselman

BLM_0080260

BLM_0080261

**Table 2.   Landscape and regional consequences of livestock grazing in streams and riparian ecosystems in the arid West**

Downstream waters have higher temperatures and sediment loads
Downstream flood levels are higher
Quantity of water to downstream ecosystems is lower during low-flow periods
Forested connectors and wildlife migratory routes between high and low elevation ranges are lost
The diversity and abundance of migratory birds and wildlife are reduced
Habitat mosaic is homogenized
Corridors for migration of salmonids and other species are fragmented
Areas set aside for human recreation are reduced in quality
Commercial and recreational fishing opportunities are reduced
Domestic water supplies require more filtration and treatment by water-treatment plants, leading to higher utility rates
More sediment is deposited in lakes and reservoirs, thus reducing reservoir life and hydroelectric capacity
Sediments in water damage hydroelectric turbines
Higher sediment loads increase maintenance costs of irrigation canals

Page 37, Belsky, Matzke, Uselman

Roberson, E.B. 1998. Impacts of Livestock Grazing on Soils and Recommendations for Management. California Native Plant Society, Sacramento, CA.

# Impacts of Livestock Grazing on Soils
## and
## Recommendations for Management

Impacts of Grazing on Soils ........................................................................2
    Soil structure:  infiltration and compaction ..........................................2
    Erosion ....................................................................................4
        Bare soil ..........................................................................5
    Riparian and meadow soils ..............................................................5
    Soil fertility and nutrient cycles .........................................................7
        Total soil nutrients ...............................................................7
        Spatial distribution ..............................................................8
        Nutrient availability ..............................................................8
        Ecosystem impacts ..............................................................9
    Soil organic matter and litter ...........................................................9
    Conclusion...............................................................................9
Analysis of Impacts .................................................................................10
Evaluation of Significance .........................................................................13
    Desired Condition.......................................................................16
    Subjective vs. objective rangeland health evaluations ....................................16
Mitigation ...........................................................................................17
    Adaptive management ..................................................................18
        Adaptive management model ...................................................18
Monitoring and Enforcement .......................................................................19
    Monitoring schedules ...................................................................19
    Quantitative vs. qualitative monitoring...................................................19
Conclusions and Recommendations.................................................................20
References............................................................................................22

BLM_0080263

"The most important and most basic physical resource on rangelands is the soil. If excessive soil is lost, the potential of the site is changed."  "Avoidance of accelerated erosion due to land management should be the underlying goal."

Society for Range Management, 1995.

"There is very little of the western range where, because of depletion of the plant cover by overgrazing, accelerated erosion has not destroyed a portion of the soil mantle and thus reduced the productivity of the site."

Ellison, 1960

## Impacts of Grazing on Soils

Livestock grazing profoundly affects soils, as it affects other components of ecosystems. The impacts of livestock on soils have been studied throughout the West since the turn of the century. Livestock have been found to significantly alter almost every aspect of soil structure and function, including soil porosity, chemistry, microbiology, nutrient cycles, productivity, and erosion rates. Most studies have shown that livestock grazing increases soil compaction, erosion, and short-term nutrient availability, while it tends to reduce long-term soil nutrient and organic matter levels.

Soil structure:  infiltration and compaction

Soil structure is basic to soil health and productivity. Soil structure is the arrangement of particles within the soil (Brady, 1984). Soil structure is an integrated description which includes soil porosity and the size and strength of soil aggregates. Soil structure controls the movement of air, water, roots and soil organisms into and through the soil. Structure is also the soil attribute most immediately affected by grazing. Grazing changes soil structure primarily by compaction. Compaction reduces water and air infiltration into the soil and restricts plant root growth both physically, by reducing the space available for root exploration (Tisdale et al., 1985), and biologically.  In California, for example, studies have shown that low oxygen availability associated with soil compaction inhibits oak root growth, makes oaks more vulnerable to attack by fungal and other pathogens, and reduces oak survival (Costello  et al., 1991). Similar responses have been observed for many other plant species in compacted soils (Tisdale et al., 1985). Finally, more water runs off and less water is absorbed when soils are compacted. This reduces water availability to plants throughout the growing season.

Cattle weigh 500 kg (1,100 lb) or more (Holecheck et al., 1995). The pressure on soil from moving cattle has been estimated by various researchers at between 1.7 and 4.2 kg/cm$^2$ (23.9 - 59.05 lb/in$^2$). By contrast a 68 kg (159lb) human exerts a static pressure of 0.4 kg/cm$^2$ (6.2 lb/in$^2$) (Abdel-Magid et al., 1987b; Ratliff, 1985). This intense and continual pressure from moving livestock easily compacts soil, particularly when the soil is wet and most vulnerable to compaction (Brady, 1984; Warren, 1987).

Studies on grazing and soil compaction generally find that exposure to livestock grazing compacts soil and that soil compaction increases with grazing intensity. This pattern is reflected in reviews of the scientific literature on the subject (Fleischner, 1994; Lauenroth et al., 1994; Kauffman and Krueger, 1984; Warren,

2

BLM_0080264

1987; Belsky and Blumenthal, 1995). Compaction is directly related to soil productivity because it reduces water and air movement into and through the soil and therefore reduces water and air availability to plant roots. Soil compaction also directly restricts root growth because compacted soils have fewer large pores and so there is little space for roots to enter (Tisdale et al., 1985).

Infiltration rate is the rate at which water enters the soil, as opposed to puddling or running off. Infiltration rate is often used as a measure of soil compaction. Heavy grazing has been shown to decrease infiltration in a number of soil types and geographic areas throughout the west, including northeastern Colorado (Rauzi and Smith, 1973), Wyoming (Abdel-Magid et al., 1987a,b), Texas (Pluhar et al., 1987; Warren et al., 1986), and Oregon (Bohn and Buckhouse, 1985). Abdel-Magid and coworkers (1987b), for example, found a 40% decrease in infiltration rate under simulated trampling, and this effect was observed whether the trampling was of short or long duration.

Soil bulk density is a more direct measure of soil compaction. A few studies have found no relationship between livestock stocking rate and bulk density (Warren et al., 1986c). Most studies, however, have found significant increases in bulk density (soil compaction) with grazing, particularly in finer textured soils and in surface soil layers (Abdel-Magid et al., 1987b; Orr, 1960; Bauer et al., 1987; Warren et al., 1986b; Firestone, 1995; Ellison, 1960). This effect is most pronounced with heavy grazing, but is also observed with moderate intensity grazing. Firestone (1995) observed a 13% increase in bulk density of grazed soils under oaks in California. Orr (1960) measured up to a 20% increase in bulk density in the top 4 inches of grazed South Dakota streambottom soils when compared with exclosures.

Erosion

Surface soil erosion has profound effects on soil productivity and ecosystem function. Nutrients, organic matter, microorganisms, soil fauna, and roots are all concentrated in the surface soil or soil A horizon (Brady, 1984). With mismanagement, an A horizon that took thousands of years to develop can be lost in a few years or decades. With loss of the A horizon, soils loose most of their productivity because they loose the nutrients, organic matter and associated water holding capacity that were concentrated there (Batie, 1984).

In addition, accelerated surface soil erosion  causes serious water quality problems by adding sediment to creeks, lakes, and reservoirs (Batie, 1984). Researchers have frequently observed that all or part of public investment in reservoirs may be wasted due to accelerated sedimentation associated with grazing and other land management practices (Bari et al., 1995; Ellison, 1960).

Reviews of the scientific literature consistently report that soil erosion increases with livestock grazing (Belsky and Blumenthal, 1995; Fleischner, 1995; Bari et al., 1995). Studies that have compared grazed areas with ungrazed exclosures have found greater sediment production rates under grazing in many plant community types (Bohn and Buckhouse, 1985; Ellison, 1960; Pluhar et al., 1987; Wood and Blackburn, 1981). As with compaction, sediment production is generally found to increase with grazing intensity (Beeskow et al., 1995; Bari et al., 1995; Thurow et al, 1986; Warren et al., 1986a; Warren et al., 1986b); although some researchers been unable to detect a relationship between grazing intensity and erosion (e.g. Warren et al., 1986c).

One study (Thurow et al., 1986) compared sediment production under heavy continuous grazing, moderate grazing, and livestock exclosures in several plant communities in Texas. They found increases in sediment production of between 460% to 2400%, depending on plant community type, under heavy grazing compared to exclosures. However, moderate grazing did not increase sediment production in this study.

Some researchers have correlated increased surface erosion with grazing-related changes in plant communities. Ellison (1960) cited a study of succession from undisturbed plant communities to weed fields following intensive grazing in the subalpine zone in Oregon's Blue Mountains. Erosion losses from undisturbed or lightly disturbed soils were estimated at about 2 ton/acre. As grazing damage increased to a transitional mixed grass and weed stage, erosion increased to between 212 and 606 ton/acre. In the most

3

BLM_0080265

disturbed annual weed-dominated sites, sediment production rates were approximately 927 ton/acre. Beeskow and coworkers (1995) found similar trends. They described a sequence in which grasslands with very low erosion rates were transformed into shrub steppes with much higher erosion rates by intensive sheep grazing.

*Bare soil*

One site characteristic that is often used as an indicator of compaction and accelerated surface erosion, as well as ecological condition generally, is the amount of bare soil present on the site (Pluhar et al., 1987; Warren et al., 1986c; Menke et al., 1996; National Research Council, 1994). Vegetation protects the soil surface from the erosive forces of trampling, raindrop impact, overland flow, and wind. Vegetation and litter also buffer the soil from compaction. This is why the National Research Council (1994) has recommended that grazed areas cannot be classified as healthy if bare ground is apparent.

Several studies have found that the percentage of bare ground on a site increases with grazing, particularly at higher stocking densities (Schulz and Leninger, 1990; Warren et al., 1986c). One study (Naeth et al., 1991) found increases of between 270% and 470% bare ground in a grazed area compared to an ungrazed exclosure.

Riparian and meadow soils

Riparian and wetland soils are unique and very important components of California ecosystems. Riparian soils and vegetation provide irreplaceable habitat for aquatic plants and animals (Kauffman and Krueger, 1984; Naiman et al., 1993). Healthy riparian soils and vegetation also play important roles in maintaining water quality because both below- and aboveground vegetation act as filters for sediment and biological pollutants such as nutrients and microorganisms (Kauffman and Krueger, 1984; Kleinfelder, 1992; Clary et al., 1996). Many riparian soils are formed by the deposition of sediment during floods and the accumulation of undecomposed or partially decomposed organic materials under anaerobic conditions. Root densities of riparian species, such as *Carex nebrascensis* , in riparian soils are extremely high and these roots tend to make healthy riparian soils exceptionally resistant to compaction and other damage (Kauffman and Krueger, 1984; Kleinfelder et al., 1992; Manning et al., 1989).

Riparian areas, wetlands, and meadows are heavily impacted by livestock grazing. Livestock, like wildlife, are attracted by water and by the shade provided by riparian vegetation. Meadows, for example, make up only about 10% of the land area in the Sierra Nevada, but they make up a much larger proportion of the forage base (Ratliff, 1985). In the later parts of the grazing season, when upland vegetation is dry, livestock concentration in riparian zones increases because riparian zones contain forage that is still lush and palatable.

Because of the intense livestock use of riparian areas, meadows and wetlands, these areas absorb a disproportionate share of grazing damage, often with undesirable consequences. Both woody and herbaceous riparian vegetation is often overused by livestock. Trampling of streambanks damages root systems, weakens plant communities, and adds sediment to streams and other waters. As riparian soils and vegetation are damaged by grazing, their ability to trap sediment and build riparian soils is decreased. In addition, as the plant communities' ability to absorb the erosive force of water is reduced, channel downcutting or gullying may occur, lowering the water table, changing soil chemistry, and eroding soils (Hagberg, 1995; Chaney et al., 1993). Throughout California and the west, grazing-related gullying and stream downcutting have cut through organic soils that were laid down over centuries in meadows and wetlands. The process creates less productive dry meadows and weed fields (Hagberg, 1995; Cottam and Stewart, 1940; Odion et al., 1988). All of these impacts compromise the ability of the riparian areas to produce clean water and to provide habitat for native vegetation, fish and wildlife. (Kauffman and Krueger, 1984; Fleishner, 1995; Ohmart, 1996; General Accounting Office, 1988)

The connection between trampling and grazing livestock, stream channel erosion, and water table lowering has been known for decades (Sumner and Leonard, 1947; Cottam and Stewart, 1940). By the 1920s,

4

BLM_0080266

domestic livestock numbers in Sierran meadows were already being reduced and efforts commenced to try to repair grazing-damaged meadow systems (Allen-Diaz, 1991).  Discussion of this problem has intensified in recent years (National Research Council, 1994; Menke et al., 1996; Kattelmann and Embury, 1996; General Accounting Office, 1988). Overgrazing has been cited as second only to damming and other direct stream channel manipulation in causing degradation of riparian areas in the Sierra Nevada foothills (Kattelmann and Embury, 1996).

Streambank erosion rates and resistance to compaction is often directly related to the species composition of the streambank vegetation. Carex *nebrascensis* dominated riparian communities, for example, have been found to be unusually resistant to compaction (Kleinfelder et al., 1992). In another study, streambanks dominated by Carex *nebrascensis* and *Juncus balticus* were resistant to erosion while streambanks dominated by non-native and upland species such as *Poa pratensis* showed higher erosion rates (Dunaway et al., 1994). Other researchers identify woody species, such as willows, as critical components of bank armoring vegetation (Chaney et al., 1993).

The structure of streambank vegetation is also important in  capturing sediment and reducing streambank erosion. A recent study (Clary et al.,1996) examined the relationship between the height of vegetation with the ability of the vegetation to capture and retain sediment in simulated streams. They found that, in a single sediment deposition and flushing event, shorter vegetation stubble heights (0.5 inches) were most effective in capturing sediment. However, longer vegetation stubble heights were more effective in retaining sediment. In addition, with repeated cycles of sediment deposition and flushing, the amount of sediment retained in the longest stubble heights (8 to 12 inches) continued to increase while the amount retained in shorter vegetation (up to 3 inches) leveled off.

Soil fertility and nutrient cycles

Grazing profoundly affects both soil fertility and soil chemistry. Grazing animals, through herbivory, digestion, and excretion, dramatically increase the decomposition rate and directly alter the amounts of nutrients stored in the soil, the spatial distribution of those nutrients, and the availability of those nutrients to plants. Grazing indirectly affects soil nutrients through its effects of plant species composition and soil structure. Grazing also appears to affect soil pH. Generally pH is significantly lower in grazed areas than in ungrazed areas (Ratliff, 1985; Firestone, 1995).

*Total soil nutrients*

There is some variability in the scientific literature regarding the nature of the impact of livestock grazing on the total amounts of various nutrients in the soil. The effects of grazing vary depending on the nutrient studied, the location of the study and the grazing management system. However, there is little disagreement among researchers that grazing significantly changes soil nutrient status (Pieper, 1994; Laurenroth et al., 1994).

There is no disagreement, however, that livestock remove many nutrients from the soil and ecosystem. Nutrients are removed as livestock consume plants and convert them into livestock biomass which is transported off site. Nutrients are also lost through increased erosion of nutrient rich surface soil, through accelerated decomposition of litter and organic matter, and through leaching. Some nutrients are returned to the ecosystem in feces and urine. Tiedemann and coworkers (1986) calculated a net loss of 3.2 kg nitrogen per acre under moderate grazing compared to ungrazed areas in the Pacific Northwest (cited in Pieper, 1994). Of that total, 0.9 kg nitrogen was estimated to be lost to volatilization during digestion, 2 kg was lost in livestock biomass, 0.7 kg was lost through increased erosion, and 0.22 kg was lost through increased leaching. Another study (Pieper, 1977; cited in Ratliff, 1985) estimated that 10.3% of nitrogen and 38.1% of phosphorous may be lost to the ecosystem under moderate grazing. Bauer and coworkers (1987) calculated that each 500 kg cow removes about 25 kg carbon and 4 kg nitrogen per hectare from grazed ecosystems.

Direct comparisons of grazed and ungrazed soils generally find that grazing reduces total soil nutrient levels. Comparing an 80 year old exclosure with heavily and moderately grazed pastures, researchers found

BLM_0080267

significantly more total soil nitrogen in the exclosure than in the grazed areas. This nitrogen loss was observed down to 106.7 cm depth (Frank et al., 1995).  Another study reports that soil nitrogen was reduced from 0.20% to 0.14% and soil carbon was reduced from 2.1% to 1.5% in heavily grazed soils compared with a 47 year old exclosure (Laurenroth et al., 1994). On the other hand, a study that examined 12 grazed and 12 ungrazed grasslands in North Dakota, found about 17% more total soil nitrogen in grazed areas. Carbon, however, showed the opposite trend, with grazed grasslands consistently showing lower total carbon levels than grazed areas (Bauer et al., 1987).

*Spatial distribution*

The spatial distribution of nutrients, particularly their horizontal distribution, is substantially altered by livestock use. Grazing animals remove plant biomass from certain areas, digest it, and redeposit it in other areas as concentrated urine and feces. Studies have found that grazing facilitates the development of a patchy distribution of soil nutrients in what would normally be more homogeneous surface soils and plant communities (Pieper, 1994). Mathews and coworkers (1994) found that because grazing cows spend much of the hot daylight hours under shade and around waterers, these areas experience substantially increased deposition of feces and urine. In that study, nitrogen, phosphorous, and potassium all accumulated in the third of the pastures closest to shade, water and supplemental feed. Each deposit of cow dung or urine acts as an island of nutrients in a pasture or meadow. Cow dung has been estimated to affect an area of about 2.6 sq. ft. (Ratliff, 1985).

*Nutrient availability*

Although nutrient availability is more important to ecosystem function than total soil nutrient levels, the effects of livestock grazing on soil nutrient availability has not been as well studied. The presence of a nutrient in the soil does not mean that that nutrient is available to plants. Vast amounts of nitrogen, phosphorous, carbon and other nutrients are stored in relatively unavailable forms in vegetation, litter, and in soil organic matter. It is only when vegetation and soil organic matter are broken down by decomposition that nutrients are released into the soil solution and become available to plants and other organisms.

Livestock grazing increases the rate at which vegetation and soil organic matter are decomposed (Laurenroth et al., 1994). Vegetation grazed by livestock is rapidly decomposed during digestion and many nutrients are returned to the soil in readily available forms in feces and urine. Therefore grazing generally increases short-term soil nutrient availability. Afzal and Adams (1992) treated soil with cattle dung and simulated cattle urine. They found that the available nitrogen concentration in the soil was increased significantly under both types of excreta. A study in a California oak woodland  (Dahlgren and Singer, 1991) found higher levels of highly available and mobile nitrate-nitrogen under oak canopies in grazed areas as opposed to ungrazed areas, although the difference was not statistically significant. Another California oak woodland study similarly found significantly greater levels of available nitrogen (ammonium and nitrate) under oaks in a grazed grassland than in an adjacent exclosure (Firestone, 1995).

*Ecosystem impacts*

Nutrient availability controls many aspects of ecosystem function. Obviously it affects the productivity of the system, at least in the short term, since soil nutrients, particularly nitrogen are often limiting for plant growth. However, increased nutrient availability also often facilitates invasion of plant communities by weedy plant species (Burke and Grime, 1996; Vinton and Burke, 1995). In addition, when nutrients, particularly nitrate, are free in the soil solution they are much more liable to be leached from the system in ground or surface water or lost through volatilization or other processes (Barber, 1984). The combination of nutrient losses through increased nutrient availability, and nutrient losses in livestock biomass described above, is likely to compromise the long term productivity of grazed ecosystems.

BLM_0080268

Soil organic matter and litter

Organic matter improves soil structure, water holding capacity, and infiltration (Brady, 1984). Soil organic matter and litter are important repositories for soil nutrients (Tisdale et al., 1985). They also help the soil to absorb and water and so increase water availability to plants throughout the growing season (Roberson, et al., 1991). Litter and soil organic matter also help soils to resist erosion, compaction and deformation (Batie, 1984; Ellison, 1960; Ratliff, 1985; Tisdale et al., 1985). Thus for hydrologic benefit managing for litter (and soil organic matter) accumulation may be as important as management for increasing live plant cover (Naeth et al., 1991).

Grazed areas tend to have lower litter levels, and consequently lower soil organic matter levels, than ungrazed exclosures. This is to be expected because of the large amount of plant biomass removed by livestock. In Colorado, 30 year old exclosures had two times the litter of grazed areas, as well as more bare soil (Schulz and Lenninger, 1990). Another study compared an 80 year old exclosure with heavily and moderately grazed treatments. They found half the mass of decomposed litter in the grazed treatments (Frank et al., 1995). Other studies have found similar effects of grazing on both litter and soil organic matter (Naeth et al., 1991; Williams and Quinton, 1995).

Conclusion

This brief review shows that grazing significantly affects the structure, composition, fertility, chemistry, and functioning of soils, frequently in ways that compromise both short- and long-term productivity. It is essential that any management plan or environmental analysis for livestock grazing management include strong, effective, and specific measures to prevent these effects or to repair soil damage where it has already occurred. Soils must be thoroughly evaluated for grazing damage in order to develop grazing management programs that will promote soil health. The next section will discuss some approaches to making this evaluation.

## Analysis of Impacts

In NEPA documents or any other land management analyses, measurable ecological indicators must be used to analyze the impacts of past and proposed management to soils and other resources. These indicators should also be used to disclose the results of environmental analyses to the public and to decisionmakers. Quantitative or objective ecological indicators provide an objective, consistent measure of resource condition. They also provide a clear and understandable basis for evaluation of the impacts of alternative management proposals by the public and the decisionmakers. Ecological indicators should be used to report the current state of the resources in the planning area, and to quantitatively summarize predictions for the future state of resources under various planning alternatives.

Many indicators are available to evaluate soil quality and the impacts of management (Doran et al., 1994). Discussions of the most sensitive and useful indicators are available in the scientific literature and in land management agency guidebooks (e.g. National Research Council, 1994; USDA Forest Service 1994; Doran et al., 1994). There is remarkable consistency among these sources regarding the most useful potential indicators of soil health.

The review of scientific literature above suggests several specific soil quality indicators which are both relatively easy to measure and have been demonstrated to be sensitive to grazing impacts. These include indicators of soil structure changes such as bare soil, bulk density and infiltration rate which appear to be sensitive to grazing intensity across a wide range of soil and plant community types (Rauzi and Smith, 1973; Abdel-Magid et al., 1987; Warren et al., 1986; Warren, 1987, Kauffman and Krueger, 1984); indicators of changes in soil nutrient status such as changes in pH, or available nitrogen or oxygen (Ratliff, 1985; Tiedemann et al., 1986; Costello et al., 1991); indicators of accelerated erosion such as pedestals, rills, and bare soil (Batie, 1984; National Research Council, 1994), and indicators of damage to riparian soils such as bare or damaged streambanks (Sumner and Leonard, 1947; Cottam and Stewart, 1940; Kauffman and

7

Krueger, 1984) and replacement of bank armoring hydrophilic vegetation with upland species (Kleinfelder et al, 1992; Chaney et al., 1993).

A recent Soil Science Society of America publication brought together the observations of many experts regarding soil quality indicators (Doran et al., 1994). Their recommendations for useful indicators included many of these same parameters: soil bulk density, infiltration rate, organic matter, as well as soil aggregate stability, rooting depth, and the type and number of soil microorganisms and soil fauna.

The land management agencies also have produced proposals for soil quality indicators. The 1993 Region 5 Forest Service Draft Soil Quality Standards (USDA Forest Service, 1993), for example, recommend bulk density, surface organic matter, soil organic matter, and soil hydrologic function (infiltration and surface runoff) as suitable measures of soil health. The Rocky Mountain Region Forest Service Rangeland Analysis Guidebook (USDA Forest Service, 1994) presents a "Rangeland Health Evaluation Matrix" (Table 1, below) based on the recommendations of the National Research Council (1994). This matrix suggests that indicators of healthy rangeland soils should include the presence or absence of an unfragmented A horizon, pedestals, rills or gullies, scouring or sheet erosion, litter distribution, and rooting depth.

A consensus also exists regarding soil health indicators for riparian soils. Most researchers concur that soil cover, particularly cover by plant species producing large amounts of strong roots, such as some *Carex* and *Salix* species, is essential for protecting soil health (Kauffman and Krueger, 1984; Kleinfelder, 1992; Chaney et al., 1993). The height of riparian vegetation also plays a role in controlling streambank erosion and sediment capture (Clary et al., 1996). The land and resource management agencies provide ample direction for measuring riparian impacts (Bureau of Land Management, 1995; California Rivers Assessment, 1996; USDA Forest Service, 1992; Environmental Protection Agency, 1993). These sources all recommend percent vegetation cover, bank stability, and overhanging streambanks be among the indicators of streambank soil health and stability.

To summarize the recommendations of the sources reviewed above, the indicators of soil health that appear to be most useful include:

Erosion indicators:
- Presence of rills, gullies and pedestals
- % cover by bare soil

Compaction indicators
- Comparisons of infiltration rates between grazed and ungrazed reference areas.
- Comparisons of soil bulk density between grazed and ungrazed areas.
- Comparisons of rooting depth between grazed and ungrazed areas.

Indicators of soil nutrient status
- Comparisons of *available* nutrients, particularly nitrogen, between grazed and ungrazed areas.
- Comparisons of soil litter and organic matter levels between grazed and ungrazed areas.

Indicators of riparian soil integrity
- % cover by native, hydrophilic, bank armoring vegetation, such as *Carex nebracensis* and *Salix* sp., on streambanks. This should be compared with ungrazed reference sites.
- % cover by bare soil on streambanks
- % cover by livestock trampling damage on streambanks
- the height of vegetation on streambanks at the end of the grazing season
- presence of gullies
- comparisons of the percentage of overhanging banks between grazed and ungrazed areas.
- Depth to water table

Methods for measuring these parameters are available in the literature cited above, from the Natural Resources Conservation Service, in land management agency guidebooks (Bureau of Land Management,

BLM_0080270

1995; California Rivers Assessment, 1996; USDA Forest Service, 1992; Environmental Protection Agency, 1993), and in Soil Science Society of America publications (e.g. Klute, 1986).

These indicators are well established in the scientific literature and in land management agency procedures. Any NEPA analysis or other resource analysis should include, at minimum, the current measurements of these indicators and should forecast the probable range of values for these indicators under each alternative.

<u>Reference areas</u>

In order to provide a frame of reference for measurements of soil health in grazed areas, it is critical that NEPA documents provide information on the undisturbed or pre-European values of ecological indicators. This information can be obtained from undisturbed reference sites in similar ecosystems, such as National Parks, or from records of historical conditions. This comparison provides the public and decisionmakers with a basis for assess the current and future health of the ecosystem under different management schemes.

Representative ungrazed vegetation reference plots should be placed or identified in appropriate areas to demonstrate the potential ungrazed soil and vegetation conditions such as soil bulk density, cover by litter and vegetation, and rooting depth. The use of reference areas has been recommended by a variety of land management agency directives, including Region 5 range specialists (Stokke et al., 1994), the Region 5 Ecosystem Management Handbook (Manley et al., 1994), as well as ecologists (Bock et al., 1993).

These indicators should also be used to develop quantitative Desired Condition definitions and ecological standards that will trigger changes in management (see below) (Manley et al., 1995; Doran and Parkin, 1994; Interagency Ecosystem Management Task Force, 1995; Ecological Society of America, 1995; Williams and Marcot, 1991).

**Evaluation of Significance**

After soil health indicators have been identified and measured, and after a forecast is made regarding the probable future values of these indicators under each alternative, NEPA documents must also evaluate which of the probable future environmental impacts of each alternative are environmentally significant. In order to do this, standards, or acceptable values, must be defined for each envionrmental indicator.

Standards are "acceptable" values of ecological indicators. Failure to meet standards should induce immediate changes in management to improve ecosystem health. The selection of standards should be based on ecological thresholds and on desired condition. Ecological thresholds represent risk to the integrity of the ecosystem. Once a threshold, such as loss of the A horizon, has been crossed, it becomes much more difficult, even impossible, to restore the ecosystem to its previous state. Standards should be values of ecological indicators which suggest that a threshold is being approached. Failure to meet a standard, therefore, should trigger immediate management changes. It is not adequate to wait until a threshold is reached or crossed to alter management, because by then restoration may be impossible (Milton et al., 1994; Friedel, 1991). Standards must trigger management changes while the ecosystem is still well on the healthy side of the threshold. For example, in the Rangeland Health Evaluation Matrix (Table 1), appropriate standards would be the "healthy" levels of each indicator.

An interdisciplinary team including a soil scientist, botanist, plant ecologist, range management specialist, hydrologist, and other specialists should determine the standards for each indicator based on the best scientific information for each ecosystem. One criterion for identifying a suitable standard should be that if that standard is met or exceeded, ecosystem health should improve over time. For example, a standard of 10% maximum streambank trampling would not be suitable if other indicators of ecosystem health, such as water quality, native vegetation cover, or water table depth, remain at unacceptable levels while that standard is being maintained. If maintenance of a standard for a particular ecological indicator fails to improve ecosystem health, as measured by improvement in other indicators, the standard for the indicator

BLM_0080271

should be adjusted. Standards should be based on the best available information in the scientific literature. The Rangeland Health Evaluation Matrix (Table 1) (National Research Council, 1994) provides one example that has already been adopted by at least one region of the Forest Service (USDA Forest Service, 1994).

Table 1. Rangeland Health Evaluation Matrix (National Research Council, 1994)

| Indicator | Healthy | At Risk | Unhealthy |
|---|---|---|---|
| *Soil stability and watershed function* | | | |
| Soil A horizon | Present and unfragmented | Present but fragmented distribution developing | Absent or present only in association with prominent plants or other obstructions. |
| Pedestalling | None | Pedestals present, but on mature plants only; no roots exposed | Most plants and rocks pedestaled, roots exposed |
| Rills and gullies | Absent or with blunted or muted features | Small, embryonic, and not connected into a dendritic pattern | Well defined, actively expanding, dendritic pattern established |
| Scouring or sheet erosion | None visible | Patches of bare soil or scours developing | Bare areas and scours well developed and contiguous |
| Sedimentation or dunes | No visible soil deposition | Soil accumulating around plants or small obstructions | Soil accumulating in large barren deposits or dunes or behind large obstructions |
| *Distribution of nutrient cycling and energy flow* | | | |
| Distribution of plants | Plants well distributed across site | Plant distribution becoming fragmented | Plants clumped, often in association with prominent individuals, large bare areas between clumps. |
| Litter distribution and incorporation | Uniform across site | Becoming associated with prominent plants or other obstructions | Litter largely absent |
| Root distribution | Community structure results in rooting throughout available soil profile | Roots are absent from portions of the available soil profile | Roots only present in one portion of the available soil profile |

BLM_0080272

| Distribution of photosynthesis | Photosynthetic activity occurs throughout the period suitable for plant growth | Most photosynthetic activity occurs during one portion of plant growth period | Little or no photosynthetic activity on location during most of the period suitable for plant growth |
|---|---|---|---|

Recovery mechanisms

| Age-class distribution | Distribution reflects all species and age classes | Seedlings and young plants missing | Primarily old or deteriorating plants present |
|---|---|---|---|
| Plant Vigor | Plants display normal growth form | Plants developing abnormal growth form | Most plants in abnormal growth form |
| Germination | Microsites suitable for germination present and well distributed | Developing crusts, soil movement, or other factors degrading microsites; crusts are fragile | Soil movement of crusting sufficient to inhibit most germination and seedling establishment |

The Region 5 Forest Service Draft Soil Management Handbook (USDA Forest Service, 1993) also presents some critical values or standards for soil health evaluation. However, these may not be appropriate for grazing. The Draft Soil Quality Standards appear to have been developed primarily to protect soils from logging damage. Logging is a one-time activity and soils have an opportunity to recover for years or sometimes decades afterward. This is very different from a continuous activity such as grazing where there is little or no opportunity for soil recovery. This is no doubt one reason that the Draft Standards are still be reviewed for adequacy by the Forest Service (Rob Griffiths, Soil Scientist, USFS Pacific Southwest Region, San Francisco, pers. commun.). Moreover, the Soil Management Handbook, does not provide the scientific basis for the values chosen as Soil Quality Standards. The Rangeland Health Evaluation Matrix, on the other hand, was designed by a National Research Council panel of range scientists and references the scientific studies upon which it is based.

Most of the standards and indicators in Table 1 are subjective or qualitative measures. The literature review above suggests several quantitative indicators that should also be considered for NEPA analyses. We suggest some appropriate standards for these indicators.

- Indicator: stability of soil surface aggregates compared to ungrazed or undisturbed site (Warren, 1987; Warren et al., 1986b; Wood and Blackburn, 1981).
  Standard: Soil surface aggregate stability should be equivalent to similar ungrazed sites.

- Indicator: % cover by bare soil
  Standard: bare soil should cover less than 5% of soil surface

- Indicator: Rooting Depth
  Standard: Depth to common roots. This is the depth at which root density is found to meet the definition of "common" of the Natural Resources Conservation Service (personal commun., Desi Zamudio, Soil Scientist, Toiyabe NF Sparks, NV). This depth should be equivalent for grazed sites and reference areas.

- Indicator: Soil compaction
  Standard: Soil bulk density should be equivalent (+/- 5%) between grazed sites and reference areas.

11

BLM_0080273

- Indicator:  Streambank trampling
  Standard:  Streambank trampling should be equivalent between grazed sites and reference areas.

Desired Condition

It is also important to identify values for the Desired Condition (DC) for each indicator so that progress towards complete ecological recovery and sustainability can be measured. Values of indicators at DC should be defined as the values those indicators would have on a similar ungrazed or undisturbed site. Information on potential ungrazed ecological structure and species composition may be gathered by investigating reference areas, similar plant communities in National Parks or other protected areas, by consulting key researchers, and by inspecting historical records from the last century (Ellison, 1960; Manley, 1995; Stokke et al., 1994, Bock et al., 1993). Information on the qualitative and quantitative values of ecological indicators at DC should be included in the NEPA document.

Subjective vs. objective rangeland health evaluations

Wherever subjective or qualitative measures are used to evaluate soil health, they should be verified and calibrated with objective, quantitative measures of some subsample of the planning area. The Rangeland Health Evaluation Matrix (Table 1) contains many examples of subjective or qualitative indicators of soil health. For example if a subjective evaluation is made that only patches of bare soil are present, then some transects or other quantitative methods should be used to demonstrate objectively what percentage of the planning area is in fact bare soil. The quantitative measures do not have be performed throughout the planning area. Rather they should be performed on a random subsample of the planning area in order to ensure that the subjective evaluations are being done correctly. The information from both quantitative and qualitative measures should be included in NEPA documents so that public and decisionmakers will be able to properly evaluate the quality of the data used in NEPA documents.

In addition, annual photographs should be used to document progress towards standards. Photographs should be carefully standardized following an accepted published protocol (e.g. EPA, 1993; Kinney and Clary, 1994). Where available, photographs showing current range condition should be included in NEPA documents.

**Mitigation**

The NEPA document should clearly identify what actions will be taken to improve ecosystem health when standards are not being met. The preceding literature review suggests several appropriate measures to take when soil and ecosystem health is compromised by poor livestock grazing management. The major point that emerges is that increasing grazing intensity leads to increasing soil compaction and erosion, and reduced infiltration rates. It therefore follows that decreases in grazing intensity will reduce or reverse these impacts when they occur.

Many researchers suggest complete rest as the most effective and rapid method to repair grazing damage to soils and other resources, particularly in damaged riparian areas (Fleishner, 1995; Ratliff,1985; Clary and Webster, 1989; Sumner and Leonard, 1947; Chaney et al., 1993). Elmore and Kauffman (1994) note that livestock exclusion has consistently resulted in the most dramatic and rapid rates of riparian ecosystem recovery. These authors also note, however, that "simply excluding the riparian area into a riparian exclosure does not address the needs of the upland vegetation or the overall condition of the watershed". Unless a landscape-level approach is taken, important ecological linkages between uplands and riparian cannot be restored and riparian recovery will likely be limited. This may mean that livestock exclusion must be extended to an entire watershed.

For soils outside of riparian areas, the literature review above shows that ungrazed exclosures consistently display improved soil health over grazed areas. However, it also shows that in some cases, light or moderate intensity grazing may also be able successfully maintain soil health.

BLM_0080274

Some authors suggest that conservative grazing use and other changes in management can be very effective in protecting soil health, while maintaining some grazing use. Kauffman and Krueger (1984) have stated that herding on a somewhat daily basis has been successful in limiting number of livestock in riparian areas and improving upland utilization. Ratliff (1985) suggests several measures to deal with trampling damage in Sierran meadows including: (1) adjusting use, particularly of high elevation meadows and soft meadow edges, to periods when the soil is firm. (2) locating salt grounds well away from meadows (3) routing trails to keep livestock and people off meadows, and (4) closing (fencing) sensitive sites to livestock grazing and people. For riparian systems, Clary and Webster (1989) recommend 4-6 inch minimum stubble height remain at the end of the grazing season to protect soils in most <u>healthy</u> riparian areas. They also recommended setting minimum stubble heights greater than six inches for critical fisheries, easily eroded streambanks, or unhealthy riparian areas (such as those not meeting standards, or those "functioning at risk"). However, Elmore and Kauffman (1994) report 3 major short-comings of grazing strategies that fail: (1) cookbook approach, no recognition of complexities or heterogeneity of riparian zones (2) many strategies do not consider woody vegetation, streambank integrity, or riparian function (3) many strategies were developed to maximize livestock production rather than to protect other resources. Any mitigation or recovery plan must have resource condition as its first priority, rather than the continuation of historical grazing use.

<u>Adaptive management</u>

Certainly, changes in grazing management, particularly rest, have been shown to be very effective in controlling soil compaction, infiltration and erosion. The most effective approach to soil or ecosystem protection, therefore, is to link grazing management directly to soil or ecosystem health through monitoring and adaptive management. Below, we propose an adaptive management system for adjusting grazing management to protect soil and ecosystem health when soil health standards are not being met. Adaptive management has been repeatedly recommended as a cornerstone of ecosystem management and of sustainable management generally by the agencies (e.g. Interagency Ecosystem Management Task Force, 1995; Manley et al., 1995; Chaney et al., 1993) and by the scientific community (Ecological Society of America, 1995; Grumbine, 1994).

A framework for adaptive management is displayed below. This framework presents

1.   a clear description of specific actions that will be taken,
2.   a specific timeline showing when such actions will be taken, and
3.   specific criteria for taking action (i.e. failure to meet standards).

This type of clear statement of what, when, and why management actions will be taken has been long requested both by the ranching community as well as by the environmental community (Dan Macon, California Cattlemen, pers. commun.; also see letter to Bertha Gillam from California Cattlemen, CNPS, California Mule Deer, and California Trout, enclosed).

*Adaptive management model*

1.   Monitoring for ecosystem health indicators should be performed and reported every one to three years.

2.   If monitoring data indicates that the condition any resource is not meeting ecological standards (see examples in section on Evaluation of Significance above), and if there is evidence that grazing impacts are causing or contributing to this unsatisfactory condition, then grazing management will be adjusted before the following grazing season.

Adjustments shall be determined by an interdisciplinary team including specialists with relevant expertise. Adjustments shall be designed to show rapid, substantive and measurable progress towards desired conditions.

BLM_0080275

Adjustments should include but need not be limited to:

a.    reductions in season of use by a minimum of 20% in the affected area. Season of use changes should be designed to improve ecological condition, OR

b.    reductions in allowed utilization by a minimum of 20% in the affected area, OR

c.    a combination of changes in season of use and utilization.

3.    If after two years of altered management, resource condition still does not meet standards, and if there is evidence that the problem continues to be related to grazing impacts, then management will be further adjusted as in (2) above.

We recommend that the Forest Service include in NEPA documents, at both the Forest and the Allotment level, this kind of clear and specific statement of how management will be adjusted to ensure the health of the resource.

## Monitoring and Enforcement

The NEPA document should also describe comprehensive monitoring plans, with timelines, to ensure that ecological indicators, compliance with standards, and progress towards DC, are measured and reported regularly and accurately.

Monitoring schedules

Monitoring for compliance with utilization, trampling and season of use standards should be performed and reported annually. Monitoring for ecological condition should be performed and reported at a minimum of every three years because this is the interval over which many management-induced changes in range condition can be detected (Sierra Nevada Ecosystem Project, 1996). Some ecological indicators, such as streambank vegetation cover and cover by bare soil, should be monitored annually because they are easy to monitor and respond rapidly to management.

Quantitative vs. qualitative monitoring

As discussed above, NEPA documents should disclose specific indicators of soil health and general ecological condition and should discuss the scientific literature that forms the basis for the selection of each indicator. Ecological indicators may be qualitative (subjective), but should be quantitative (objective) where possible. Qualitative measures should be used for routine annual monitoring of ecological condition only if quantitative measure is demonstrated to be unfeasible. If a qualitative ecological indicator, such as the BLM's definition of "proper functioning condition" for riparian areas (California Rivers Assessment, 1996; BLM, 1995), is used for routine annual monitoring, it should be supplemented by quantitative standards which will be measured periodically (minimum of every three years) to verify and calibrate monitoring results for the indicator. Quantitative indicators should also be used for more detailed site examinations if qualitative measurements show that a problem exists. We present some suitable examples of both qualitative and quantitative indicators, above.

Annual photographs should also be used to document progress towards standards. Photographs should be carefully standardized following an accepted published protocol (e.g. EPA, 1993; Kinney and Clary, 1994).

As noted above, information from both quantitative and qualitative monitoring and analyses should be included in NEPA documents so that public and decisionmakers will be able to properly evaluate the quality of the data in NEPA documents.

BLM_0080276

**Conclusions and Recommendations**

Several points emerge from the scientific literature on grazing and soil health and from the literature on ecosystem management.

1.  All NEPA analyses should include objective or quantitative information on current soil health and its relationship to past livestock grazing management. Aspects of soil health that must be addressed include soil compaction, erosion, nutrient levels, organic matter, and litter.

2.  Information in NEPA documents should include quantitative and qualitative measurements of the soil health indicators, such as those presented in the Analysis of Impacts sections above.

3.  All NEPA analyses should also include predictions of future soil health under each management alternative. These predictions should also include an estimate of the probable range of values for soil health indicators under each alternative.

4.  Ungrazed reference areas should be identified in National Parks or other suitable areas or established within allotments. These should be used for comparisons of ecosystem health indicators between grazed and ungrazed areas.

5.  NEPA analyses should disclose information on the values of soil health indicators in ungrazed ecosystems. This information may come from reference areas or from the scientific literature.

6.  Standards or acceptable values should be set by an interdisciplinary team for each soil health indicator. The NEPA document should include information from the scientific literature showing the basis for each standard and soil health indicator.

7.  Desired condition should also be set for each soil health indicator based on the value of that indicator in an ungrazed or undisturbed system.

8.  Monitoring protocols, with monitoring schedules, for each indicator should be included in the NEPA document. Monitoring for ecological condition should be performed and reported at minimum every three years.

9.  Monitoring methods should include both qualitative techniques, for some routine monitoring, and quantitative techniques, for periodic verification and calibration of qualitative results and for in depth investigations of site conditions.

10. Whenever monitoring shows that standards are not being met, management should be adjusted immediately, before the following grazing season, to protect resources.

BLM_0080277

# References

Abdel-Magid, A.H., G.E. Schuman, and R.H. Hart. 1987a. Soil bulk density and water infiltration rates as affected by three grazing systems. J. Range Management 40 (4): 307-10.

Abdel-Magid, A.H., M.J. Trlica, and R.H. Hart. 1987b. Soil and vegetation responses to simulated trampling. J. Range Management 40 (4): 303-6.

Afzal, M. and W.A. Adams. 1992. Heterogeneity of soil mineral nitrogen in pasture grazed by cattle. Soil Sci. Soc. Am. J. 56: 1160-66.

Allen, B. 1989. Ten years of change in Sierran stringer meadows: an evaluation of range condition models. Gen. Tech. Rep. PSW-110. USDA Forest Service Pacific Southwest Research Station, Albany, CA.

Allen-Diaz, B. 1991. Water table and plant species relationships in Sierra Nevada Meadows. Amer. Midl. Naturalist 126(1): 30-42.

Andre, J.M. 1990. Population biology and conservation of *Abronia alpina* in the southern Sierra Nevada, California. M.S. Thesis. Humboldt State University, Arcata, CA.

Barber, S.A. 1984. Soil Nutrient Bioavailability: a Mechanistic Approach. John Wiley and Sons, New York, NY.

Bari, F., M.K. Wood, and L. Murray. 1995. Livestock grazing impacts on interill erosion in Pakistan. J. Range Management 48(3): 251-7.

Batie, S.S. 1984. Soil Erosion: crisis in America's croplands?  The Conservation Foundation, Washington, DC.

Bauer, A., C.V. Cole, and A.L. Black. 1987. Soil property comparisons in virgin grasslands between grazed and nongrazed management systems. Soil Sci. Soc. Am. J. 51(1): 176-82.

Beeskow, A.M., N.O. Elissalde, and C.M. Rostagno. 1995. Ecosystem changes associated with grazing intensity on the Punta Ninfas rangelands of Patagonia, Argentina. J. Range Management 48(6): 517 22.

Belsky, A. J. and D. M. Blumenthal. 1995. Effects of livestock grazing on upland forests, stand dynamics, and soils of the interior West: livestock and the "forest health" crisis. Conservation Biology. in press.

Bock, C.E., Bock, J.H. and H.M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology 7(3): 731-3.

Bohn, C.C. and J.C. Buckhouse. 1985. some responses of riparian soils to grazing management in northeastern Oregon. J. Range Management 38(4): 378-381.

Brady, N.C. 1984. The Nature and Properties of Soils. 9th Edition. MacMillan Co. New York, NY.

Bureau of Land Management. 1995. Riparian area management. Process for assessing proper functioning condition. TR 1737-9 1993. USDI Bureau of Land Management, Denver, CO.

Burke, M.J.W. and J.P. Grime. 1996. An experimental study of plant community invasibility. Ecology 77(3): 776-90.

BLM_0080278

California Rivers Assessment. 1996. Professional Judgment Assessment of Riparian Condition. Information Center for the Environment, University of California, Davis, CA.

Chaney, E.; W. Elmore and W.S. Platts. 1993. Managing change; livestock grazing on western riparian areas. U.S. Environmental Protection Agency, Denver, CO. Northwest Resource Information Center, Eagle, ID.

Clary, W.P., C. I. Thornton, and S.R. Abt. 1996. Riparian stubble height and recovery of degraded streambanks. Rangelands 18(4): 137-40.

Clary, W.P. and B.F. Webster. 1989. Managing grazing of riparian areas in the intermountain region. Gen. Tech. Rpt. INT-263. USDA Forest Service Intermountain Region, Ogden, UT.

Costello, L.R., J.D. MacDonald, and K.A. Jacobs. 1991. Soil aeration and tree health:  correlating soil oxygen measurements with the decline of established oaks. In: Symp. on oak woodlands and hardwood rangeland management. Gen. Tech. Rpt. PSW-126. USDA Forest Service, Pacific Southwest Research Station, Albany, CA.

Cottam, W.P. and G. Stewart. 1940. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. J. Forestry 38:  613-26.

Dahlgren, R. and M.J. Singer.1 991. Nutrient cycling in managed and unmanaged oak woodland grass ecosystems. Symposium on Oak Woodlands and Hardwood Rangeland Management. Gen. Tech. Rpt. PSW-126. USDA Forest Service Pacific Southwest Research Station, Albany, CA.

Doran J.W., D.C. Coleman, D.F. Bezdicek, and B.A. Stewart eds. Defining Soil Quality for a Sustainable Environment. Special publication No. 35. Soil Science Society of America, Madison, WI.

Dunaway, D., S.R. Swanson, J. Wendel, and W. Clary. 1994. The effect of herbaceous plant communities and soils textures on particle erosion of alluvial streambanks. Geomorphology 9:  47-56.

Ecological Society of America. 1995. The scientific basis for ecosystem management. Ecological Society of America, Washington, DC.

Ellison, L. 1960. Influence of grazing on plant succession of rangelands. Bot. Review 26(1): 1-78.

Elmore, W. and B. Kauffman. 1994. Riparian and watershed systems:  degradation and restoration. In:  M. Vavra, W.A. Laycock, and R.D. Pieper Eds. Ecological Implications of Livestock herbivory in the West. Society for Range Management, Denver, CO.

Environmental Protection Agency. 1993. Monitoring protocols to evaluate water quality effects of grazing management on western rangeland streams. EPA 910/R-93-017. U.S. Environmental Protection Agency, Seattle, WA.

Firestone, M.K. 1995. Nutrient cycling in a managed oak woodland-grass ecosystem. Final Report to the Integrated Hardwood Range Management Program, University of California.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8(3): 629-44.

Frank, A.B., D.L. Tanaka, L. Hofmann, and R.F. Follett. 1995. Soil carbon and nitrogen of northern Great Plains grasslands as influenced by long-term grazing. J. Range Management 48(5):  470-4.

Friedel, M.H. 1991. Range condition assessment and the concept of thresholds:  a viewpoint. J. Range Management 44(5): 422-6.

BLM_0080279

General Accounting Office. 1988. Public rangelands:  some riparian areas restored but widespread improvement will be slow. GAO/RCED-88-105. U.S. General Accounting Office, Washington, DC.

Green, D.M. and J.B. Kauffman. 1995. Succession and livestock grazing in a northeastern Oregon riparian ecosystem. J. Range Management 48(4): 307-13.

Grumbine, R.E. 1994. What is Ecosystem Management? Conservation Biology 8(1):  27-38.

Hagberg, T.D. 1995. Relationships between hydrology, vegetation and gullies in montane meadows of the Sierra Nevada. M.S. Thesis. Humboldt State University, Arcata, CA .

Interagency Ecosystem Management Task Force. 1995. The ecosystem approach:  healthy ecosystems and sustainable economies. Vol. I. Council on Environmental Quality, Washington, DC.

Kattelmann, R. and M. Embury. 1996. Riparian areas and wetlands. In: Sierra Nevada Ecosystem Project: Final report to Congress, Vo.. III. Centers for Water and Wildland Resources, University of California, Davis.

Kauffman, J.B. and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications:  a review. J. Range Management 37(5):  430-7.

Kinney , J.W. and W.P. Clary. 1994. A photographic utilization guide for key riparian graminoids. Gen. Tech. Rpt. INT-GTR-308. USDA Forest Service. Intermountain Research Station, Ogden, UT.

Kleinfelder, D., S. Swanson, G. Norris and W. Clary. 1992. Unconfined compressive strength of some streambank soils with herbaceous roots. Soil Sci. Soc. Am. J. 56(6): 1920-5.

Klute, A. 1986. Methods of Soil Analysis. Agronomy Monograph 9. Soil Science Society of America, Madison, WI.

Lauenroth, W.K., D.G. Milchunas, J.L. Dodd, R.H. Hart, R.K. Heitschmidt, and L.R. Rittenhouse. 1994. Effects of grazing on ecosystems of the Great Plains. In:  M. Vavra, W.A. Laycock, and R.D. Pieper Eds. Ecological Implications of Livestock herbivory in the West. Society for Range Management, Denver, CO.

Laycock, W.A., H. Buchanan, and W.C. Krueger. 1972.  Three methods of determining diet, utilization, and trampling damage on sheep ranges. J. Range Management 25: 352-6.

Manley, P.N. and others. 1995. Sustaining ecosystems: a conceptual framework. Version 1.0. USDA Forest Service Pacific Southwest Region, San Francisco, CA.

Manning, M.E., S.R. Swanson, R. Svejcar, and J. Trent. 1989. Rooting characteristics of four intermountain meadow community types. J. Range Management 42(4): 309-12.

Mathews, B.W., L.E. Sollenberger, V.D. Nair and C.R. Staples. 1994. Impact of grazing management on soil nitrogen, phosphorus, potassium and sulfur distribution. J. Environ. Qual. 23:  1006-13.

Menke, J.W., C. Davis, and P. Beesley. 1996. Rangeland Assessment. In: Sierra Nevada Ecosystem Project:  Final report to Congress, Vo.. III. Centers for Water and Wildland Resources, University of California, Davis.

Milton, S.J., W.R.J. Dean, M.A. du Plessis, and W.R. Siegfried. 1994. A conceptual model of arid rangeland degradation. BioScience 44(2): 70-75.

BLM_0080280

Naeth, M.A., A.W. Bailey, D.J. Pluth, D.S. Chanasyk, and R.T. Hardin. 1991. Grazing impacts on litter and soil organic matter in mixed prairie and fescue grassland ecosystems of Alberta. J. Range Management 44(1): 7-12.

Naiman, R.J., H. Decamps, M. Pollock. 1993. The role of riparian corridors in maintaining regional biodiversity. Ecological Applications 3(2): 209-12.

National Research Council, 1994. Rangeland health: new methods to classify, inventory, and monitor rangelands. National Academy Press, Washington, DC.

Odion, D.C., T.L. Dudley and C.M. D'Antonio. 1988. Cattle grazing in southeastern Sierran meadows: ecosystem change and prospects for recovery. In: C.A. Hall and V. Doyle-Jones, Eds. Plant Biology of Eastern California - Natural History of the Inyo-White Range symposium. Vol. 2.

Ohmart, R.D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. In: P.R. Krausman, Ed. Rangeland Wildlife. Society for Range Management, Denver, CO.

Orr, H.K. 1960. Soil porosity and bulk density on grazed and protected Kentucky bluegrass range in the Black Hills. J. Range Management 13: 80-86.

Pieper, R.D. 1994. Ecological implications of livestock grazing. In: M. Vavra, W.A. Laycock, and R.D. Pieper Eds. Ecological Implications of Livestock herbivory in the West. Society for Range Management, Denver, CO.

Pluhar, J.J., R.W. Knight, and R.K. Heitschmidt. 1987. Infiltration rates and sediment production as influenced by grazing systems in the Texas rolling plains. J. Range Management 40(3): 240-3.

Ratliff, R.D. 1985. Meadows in the Sierra Nevada of California: state of knowledge. Gen. Tech. Rep. PSW-84. USDA Forest Service Pacific Southwest Forest and Range Experiment Station, Albany, CA.

Rauzi, F. and F.M. Smith. 1973. Infiltration rates: three soils with three grazing levels in northeastern Colorado. J. Range Management 26(2): 126-129.

Roath, L.R. and W.C. Krueger. 1982. Cattle grazing influence on a mountain riparian zone. J. Range Management 35(1): 100-3.

Roberson, E.B., S. Sarig, and M.K. Firestone. 1991. Cover crop management of polysaccharide-mediated aggregation in an orchard soil. Soil Science Society of America Journal. 55(3): 734-9.

Schulz, T.T. and W.C. Lenninger. Differences in riparian vegetation structure between grazed areas and exclosures. J. Range Management 43(4): 295-9.

Sierra Nevada Ecosystem Project. 1996. Status of the Sierra Nevada. Final Report to Congress. Preprint June 7, 1996. Centers for Water and Wildland Resources, University of California, Davis, CA.

Society for Range Management. 1995. Evaluating Rangeland Sustainability: the evolving technology. SRM Task Group on Unity in Concepts and Terms. Rangelands 17(3): 85-92.

Stokke, S., K. Foster, R. Giffen, G. Bell, L. Atencio, J. Menke, and B. Kinney. 1994. Sequoia National Forest Range Management Program Review. Memo to Sandra Key, Forest Supervisor, October 21, 1994.

Sumner, L. and R.M. Leonard. 1947. Protecting mountain meadows. Sierra Club Bulletin 32(5): 53-70.

BLM_0080281

Thurow, T.L., W.H. Blackburn, C.A. Taylor, Jr. 1986. Hydrologic characteristics of vegetation types as affected by livestock grazing systems, Edwards Plateau, Texas. J. Range Management 39(6): 505 - 8.

Tiedemann, A.R., H.R. Sanderson, and N.J. Cimon, 1986. Future site productivity considerations of short-duration, high intensity grazing. In:  J.A. Tiedemann Ed. Short Duration Grazing. Washington State Univ., Pullman, WA.

Tisdale, S.L., W.L. Nelson, J.D. Beaton. 1985. Soil Fertility and Fertilizers 4th edition. Macmillan Publishing, New York, NY.

USDA Forest Service. 1994. Region 2 Rangeland Analysis and Management Training Guide. USDA Forest Service Rocky Mountain Region, Denver, CO.

USDA Forest Service. 1993. Draft Soil Management Handbook. Region 5 Supplement No. 1. FSH 2509.18. USDA Forest Service, Pacific Southwest Region, San Francisco, CA.

USDA Forest Service. 1992. Integrated riparian evaluation guide. USDA Forest Service Intermountain Region, Ogden, UT.

van der Valk, A.G. and R.L. Pederson. 1989. Seed banks and the management and restoration of natural vegetation. In: M.A. Leck, V.T. Parker, R.L. Simpson, Eds. Ecology of Soil Seed Banks. Academic Press, New York, NY.

Vinton, M.A. and I.C. Burke. 1995. Interactions between individual plant species and soil nutrient status in shortgrass steppe. Ecology 76(4):  1116-1133.

Warren, S.D. 1987. Soil hydrologic response to intensive rotation grazing: a state of knowledge. In:  Y.S. Fok Ed. Infiltration Development and Application. Pre-conference proceedings of the International Conference on Infiltration Development and Application. Water Resources Research Center, University of Hawaii at Manoa, Honolulu.

Warren, S.D., T.L. Thurow, W.H. Blackburn, and N.E. Garza. 1986a. The influence of livestock trampling under intensive rotation grazing on soil hydrologic characteristics. J. Range Man. 39(6): 491-5.

Warren, S.D., M.B. Nevill, W.H. Blackburn, and N.E. Garza. 1986b. Soil response to trampling under intensive rotation grazing. Soil Sci. Soc. Am. J. 50(5): 1336-41.

Warren, S.D., W.H. Blackburn, and C.A. Taylor, Jr. 1986c. Soil hydrologic response to number of pastures and stocking density under intensive rotation grazing. J. Range Management 39(6): 500-4.

Williams, B.L. and B.G. Marcot. 1991. Use of biodiversity indicators for analyzing and managing forest landscapes. Trans. North American Wildlife and Natural Resources Conf. 56:  613-27.

Williams, W.D. and D.A. Quinton. 1995. Grazing effects on germinable seeds on the fescue prairie. J. Range Management 48(5): 423-30.

Winkel, V.K. and B.A. Roundy. 1991. Effects of cattle trampling and mechanical seedbed preparation on grass seedling emergence. J. Range Management 44(2):  176-180.

Wood, M.K. and W.H. Blackburn. 1981. Sediment production as influenced by livestock grazing in the Texas rolling plains. J. Range Management 34(3): 228-31.

BLM_0080282

Case No. 1:20-cv-02484-MSK   Document 54-1   filed 04/28/21   USDC Colorado   pg 74 of 157

| **BACK** |

# APPENDIX B: A SCIENCE-BASED TOOL FOR ASSESSING AVAILABLE FORAGE AND GRAZING CAPACITY OF GSENM GRAZING ALLOTMENTS TO MEET RANGELAND HEALTH STANDARDS

**A tool provided to the GSENM range staff, provided by the Southern Utah Land Restoration Project**

**September, 2003**

**Lead Authors:**

**James Catlin,[1] John Carter,[2] and Allison Jones[1]**

BLM_0080283

# CHAPTER 1:  INTRODUCTION

For public lands that support livestock grazing, grazing permits focus on two key variables: the number of allowed livestock measured in animal unit months (AUM), and the season of grazing.   The number of AUMs granted in a permit is contingent on enough forage being available for the quantity of AUMs granted.  The decision regarding the number of AUMs to assign to an allotment requires an assessment of the average forage biomass produced in that allotment and then the assignment of a fraction of the total forage to domestic grazers.  This section of the guidance document develops a model to use in calculating the amount of forage that can be allocated to livestock while still allowing for the ecological needs of the land to be met.

The economic viability of ranching and the continued existence of ranching-dependent communities is tied to the health and productivity of rangelands.  Today we recognize that we need to take a new look at past and current use and management of rangelands.  As the BLM itself has noted, "…the land itself is in jeopardy, and the variety of products and values that this land has produced may not be sustained for future generations unless ecosystems are healthy and productive" (Utah BLM 1997).  In addition to this general recognition by the agency that "the land is in jeopardy," we make a very strong case elsewhere in this guidance document that on a site-specific level (in this case, in GSENM), the rangelands in GSENM are impaired as well.

Part of the reason that BLM lands are "in jeopardy" is likely a result of many BLM grazing permits currently over-allocating existing forage.  Most permitted levels of grazing on BLM lands are the result of forage capacity assessments conducted by the agency long ago.  Unfortunately, these past forage capacity assessment methods are in conflict with BLM's current rangeland health standards.  Originally designed for grazing use for sustained yield, these earlier capacity assessment methods failed to meet ecological needs of the land and, as a result, many allotments today produce less than their potential.  Since the new Utah rangeland health standards were established in 1997, the BLM has developed several analysis tools to implement these standards.  However, BLM still lacks a tool to assess forage capacity consistent with these new rangeland standards.

Based on a wide array of range science, the ecologically-based forage capacity analysis described below is a tool to help BLM determine appropriate stocking levels for livestock in the GSENM.  This forage capacity model uses computer mapping and ecological field data to estimate the amount of grazing that a grazing permit can allow, while still complying with the standards and guidelines.

## 1.1 Past practices used to determine stocking levels.

Levels of livestock use on BLM lands have not always been determined as the result of a range capacity analysis.  Early livestock numbers assigned to grazing allotments were developed over a half-century ago.  In many cases, the number of livestock that were allowed to graze was the result of regional political processes that relied on personal experience and subjective data from field trips as part of a politically negotiated settlement (Grazing Service 1946).

In the 1960's, BLM began estimating the number of livestock that could graze on BLM lands based on a calculated production of forage.  Some allotments have records from this capacity analysis and others do not.  The method involved calculating forage production based on the size of the area and the forage production as assumed on a per acre basis.  The forage needs for one cow/calf pair for a month was used to calculate the number of AUMs that an allotment could support.  The methods and policies behind the capacity model of this earlier era are not remembered by most BLM staff, and have yet to be discovered by the authors.

In the mid- and late 1970s, a number of public land laws generated a change in BLM's approach to range management.  The Federal Land Policy management Act (FLPMA) of 1976 and the Public Rangeland

BLM_0080284

Improvement Act of 1978 required BLM to maintain rangeland inventories. The Soil and Water Resources Conservation Act of 1977 required the Soil Conservation Service to establish a national resources inventory.

As a result of these laws the BLM, under the Carter Administration, developed the Soil-Vegetation Inventory Method (SVIM) in 1979. Originally designed to standardize rangeland sampling for grazing Environmental Impact Statements (CRC 1984), SVIM included calculations of forage capacity on an allotment basis. Field forage was clipped and weighed. Data collected included plant community composition and forage productivity. Areas with common soil and plant communities were the units used in calculating the expected forage production for rangelands. The results were converted into estimated forage production using adjustment factors for phenology, precipitation and proper utilization factors for livestock use (Menke and Miller, 1984). A cow/calf pair (or AUM) was assumed to consume 800 pounds of forage per month (Jensen 1984).

Range capacity often applied the concept of "take half and leave half" (50% utilization). In Appendix A (pg. 8), the origins of the 50% utilization policy now central to many BLM range decisions is explained. BLM commonly recommends stocking levels that assume that livestock will consume 50% of the annual production of grasses and forbs. The assumption made is that this level of consumption by livestock leaves adequate forage for wildlife, while allowing for sustained production of the forage itself. Many have questioned this assumption, especially on arid lands (e.g. Caldwell 1984, Galt et al. 1999, Holechek et al. 2001).

The capacity analysis built into SVIM focused on sustained forage production. As a result, this method did not consider key ecological factors such as plant community composition, excessive grazing use in key habitats such as riparian areas, soil nutrient cycle maintenance, and nongame wildlife needs. Yet in spite of these shortcomings, SVIM was a major step forward in range management.

In the early 1980's, BLM discontinued SVIM. It was replaced with a monitoring program that did not include collection of data on plant community productivity. Klemmendson et al. (1984) reported that the chief reason the BLM discontinued SVIM was political, and driven by the response of the ranching community to SVIM in 1983-84. For the past twenty years, BLM has not used forage capacity analysis in determining stocking levels. Based on the acknowledgement by the BLM that "the land is in jeopardy," as well as the general degraded state of BLM rangelands in southern Utah, we can say with some certainty that the policy of abandoning forage capacity analyses over the past 20 years "is not working."

This must change as BLM implements the new rangeland health standards developed six years ago. The standards call for management of grazing in deference to the health of ecosystems. Ecosystem health is linked to the productivity of the land and its ability to service local communities on a sustained basis (CRC 1994). The loss of biodiversity and ecosystem structure and function has long-term implications for the health of watersheds and the ability of the land to provide abundant forage for a number of uses. BLM needs to undertake forage capacity analyses that will allow the standards to be met, restore and maintain ecosystems, and provide for ecosystem resilience that maintains the productivity of the land over time.

## 1.2 The timeliness of grazing capacity analysis in the upcoming grazing EIS.

BLM's need for forage capacity analysis as part of the upcoming grazing EIS for the GSENM is justified by community needs, agency policy (both current and proposed), rangeland science, and the agency's legal requirements. Such an ecologically-based forage capacity analysis is timely because grazing capacity has not been systematically reviewed for GSENM allotments for at least two or perhaps four decades. BLM is required to periodically adjust management decisions based on ongoing inventories, and this EIS will be renewing permits for most, if not all, grazing allotments in the Monument. Furthermore, range capacity based on ecological needs was raised as a significant issue in the GSENM grazing EIS. BLM has a legal requirement to consider this issue as part of the EIS.

BLM_0080285

The following chapters will develop and illustrate a science-based model for determining appropriate stocking levels for cattle in GSENM grazing allotments. This new formula for calculating forage availability and capacity is based on both the range science literature and updated estimates of actual available forage for particular soil types. We have divided the ecological needs of the land and wildlife into several categories. These are: wild herbivore forage needs; insect and nematode forage needs; and plant community viability, resilience, and regeneration, including soil stability and (lack of) erosion. Based on literature on these topics, we develop an ecological allocation of the plant community to be used in the forage capacity model. We demonstrate the utility of this new model by using an actual example in the Monument: the Upper Hackberry grazing allotment.

The next section (Chapter 2) describes the method used in the new protocol. Then, Chapter 3 features the results of our test run of the new procedure in the Upper Hackberry allotment. This is followed by Chapter 4, which specifically makes the case for using our proposed capacity model for the GSENM Grazing DEIS, chiefly because it will ensure that allotments in the Monument will conform with the Standards and Guidelines in the future.

## CHAPTER 2: METHODS

This chapter outlines the methods used in our proposed science-based formula for determining appropriate stocking levels for cattle in GSENM grazing allotments. This process begins by identifying the areas that are capable and suitable for livestock grazing. For those lands suitable for livestock grazing, the forage produced each year is estimated for each individual soil community based on current field data and existing data collected as part of past BLM, Soil Conservation Service, and National Resources and Conservation Service (NRCS) surveys.

Vegetation requirements for wild herbivores, insects, nematodes, soil stability, nutrient recycling, plant regeneration, and plant resilience lead to an estimate of the amount of forage required to meet ecological needs. Measuring the composition, structure, function and various ecological processes for each specific habitat site in all GSENM allotments is beyond anyone's resources at this time. As a practical necessity, we must resort to the use of indicators to monitor ecosystem health and function. Total annual production of plant biomass and soil litter, for example, can be sampled while energy flows and soil nutrient regeneration are impractical to measure. When assessing the amount of forage that can be removed from an allotment, critical ecological considerations include but are not limited to soil nutrient recycling, soil resilience to erosion, wildlife habitat needs, and plant community productivity and resiliency.

Below, we describe how to use a Geographic Information System (GIS) to take various data inputs and generate a stocking rate that an allotment can support while still meeting rangeland health standards. The work reported here is derived from a study that is ongoing. As we continue to refine this work some changes may be incorporated but they are unlikely to make significant changes to our model and its outcomes.

## 2.1  Initial Adjustments made for Capability[3] of the Pasture to Support Cattle.

We rely on current range science and criteria used by the U.S. Forest Service for the arguments made below. These involve the application of quantitative criteria to adjust for the physical limitations of the land to support livestock grazing. Holechek et al. (2001) provide recommendations for adjusting the stocking rate for cattle in order to account for distance from water and steepness of slope. Galt et al. (2000) have indicated that the NRCS has adopted these guidelines for slope adjustments. Suggested reductions in grazing capacity with distance to water and increasing slope are provided in Table 1.

**Table 1.** Adjustments for distance to water and slope for cattle (Holechek et al. 2001)

| Distance from Water (miles) | Percent Reduction in Grazing |
| --- | --- |

BLM_0080286

| | Capacity |
|---|---|
| 0 – 1 | 0 |
| 1 – 2 | 50 |
| >2 | 100 |
| **Slope (%)** | |
| 0 – 10 | 0 |
| 11 – 30 | 30 |
| 31 – 60 | 60 |
| >60 | 100 |

Holecheck et al. note that snow reduces water availability problems in winter on cold desert ranges of the U.S. Also, sheep do not require water every day and can use areas further than two miles from water. Literature cited shows that sheep on New Mexico winter ranges used slopes of less than 45% with no adjustment necessary for slope, whereas slopes greater than 45% were hardly used.

The Caribou National Forest has produced a detailed process paper for determining rangeland capability and suitability for both cattle and sheep ranges (Caribou NF 2001). It is based on criteria used in Region IV of the Forest Service. 36 CFR 219.20 defines capability as "the potential of an area of land to produce resources, supply goods and services, and allow resource uses under an assumed set of management practices and at a given level of management intensity. Capability depends on current conditions such as climate, slope, landform, soils and geology, as well as the application of management practices, such as silviculture or protection from fire, insects and disease." Range surveys have historically been used to identify the land areas that were capable and then by knowing the average forage production, applying a utilization rate, the estimated grazing capacity of the allotment could be determined. This was then validated through on-ground monitoring, or that was the intent.

The Caribou National Forest lists the following criteria for determining capability:

1. Areas with less than 30% slope for cattle and less than 65% slope for sheep (note that here the Caribou NF differs from Region IV in that Region IV uses 45% slope for sheep)
2. Areas producing more than or having the potential to produce an average of 200 pounds of forage/acre on an air-dry basis over the planning period.
3. Areas with naturally resilient soils that are not unstable or highly erodible.
4. Areas where ground cover (vegetation, rocks, litter) is sufficient to protect the soil from erosion. They specify a minimum of 60% cover unless local data is available for setting more specific ground cover requirements.
5. Areas accessible to livestock (without dense timber, rock or other physical barriers).
6. Areas within one mile of water or where the ability to provide water exists.

Suitability criteria employed by the Caribou NF include consideration of the following as they determine whether livestock grazing is compatible with management goals for the areas descrbed:

1. Developed recreation use sites or special use sites.
2. Special area designations such as Research Natural Areas.
3. Administrative sites, research facilities or study sites.
4. Key wildlife habitat areas.
5. Important habitats for Threatened, Endangered or Sensitive (TES) species.
6. Noxious weed infestations where forage is not used by livestock or use would contribute to an increase of the infestation.
7. Unique habitats such as bogs, fens, jurisdictional wetlands, or rare plant communities.
8. Areas where livestock grazing is impracticable due to economic considerations, either from a permittee or agency standpoint.
9. Transitory range created by timber harvest where the associated mitigation costs to protect timber resource values is excessive.

BLM_0080287

10. Areas where the social consequences and values foregone are not acceptable.
11. Non-functional streams or stream segments where livestock grazing is the primary cause for the less than satisfactory condition.
12. 303D listed streams or stream segments where livestock grazing is the primary cause for the less than satisfactory conditions.
13. Areas with significant amounts of dispersed recreation.

We combine various features of the suitability and capability criteria used by the Caribou National Forest that are representative of criteria used by most National Forests in the Intermountain Region. These, along with other sources (cited below) are used to make our recommendations for adjustments to the land area that is suitable for grazing and capable of providing forage for grazing in the GSENM. These are:

Areas not capable:
1. Areas inaccessible to livestock (because of cliffs, canyons or other physical barriers)
2. Unstable or highly erodible soils (as defined by NRCS)
3. Areas producing less than or having the potential to produce an average of 19kg/ha (17 lb/acre) on an air-dry basis over the planning period (BLM 1981)[4]
4. Areas with greater than 30% slope
5. Areas more than 2 miles (3.2 km) from water (Fusco 1995, Holechek et al. 2001).

Areas not suitable:[5]
1. Key, identified habitats for TES species (i.e. critical habitat identified by USFWS or Utah Division of Wildlife Resources)
2. Unique habitats such as jurisdictional wetlands and springs
3. Rare plant communities
4. Areas that receive high levels of recreation use (i.e. canyon bottoms, like the Gulch)

The capability and suitability factors selected for our capacity model reflect the practical nature of grazing practices in the semiarid lands of southern Utah, ecological and biological considerations that should be of priority in a national monument (i.e. rare plant communities and TES habitat), and current BLM capacity methods. For example, the 19kg/ha (17lb/acre) forage requirement for productivity was borrowed from a 20 year-old grazing EIS for this area (BLM 1981). As noted above, at 200 lb/acre the minimal forage production threshold the Forest Service uses is more current and much higher. In addition, the distance from water factor for forage is appropriate for grazing in arid lands during the warmer time of the year. Most of the allotments in the Monument are spring and summer allotments. While cattle may benefit from snow, standing snow in this region is infrequent and does not remain for long periods of time, and thus cannot be relied on in making grazing management decisions. Even winter grazing, based on our experience in GSENM, relies on surface water sources most of the time. For these reasons, areas greater than 3.2 km from a surface water source are considered unsuitable for livestock grazing in terms of assessing the capacity for livestock grazing of an allotment.

Section 2.4 explains how to use a GIS to determine the amount of the grazing unit(pasture or allotment) that is capable and suitable for supporting livestock.

## 2.2  Determination of Forage Biomass in Allotment

Once the above capability and suitability adjustments to the grazing unit (pasture or allotment) are carried out, the next step is to estimate the kg/ha of annual production of grasses and forbs in the unit. We recommend three options for making this assessment (tiered in order of our opinion of what is most sound and credible, from a scientific standpoint):

BLM_0080288

- The first and most desirable option is for the land manager to perform actual clipping studies in the grazing unit being assessed.  Methods of determining forage production that rely on plot clippings are described in BLM (1996).  Our measurements were made using the beltline transect method (FSM 2209.21) to assess both cover and annual forage production (for all grasses and forbs, not shrubs) for each Range Site Type[6] in the grazing unit.  Earlier BLM monitoring practices used prior to 1996 also used similar sampling methods (DOI 1984a, DOI 1984b, DOI 1985).  At the end of each of five 100 ft. radial transects for each site, clip the standing vegetation within a 1 m$^2$ frame to arrive at estimated production of standing crop of grasses and forbs.   Clippings should not be limited to palatable species only; clip all grasses and forbs.  This could overestimate the available forage for a site.  If time allows, be sure to replicate sampling in multiple patches of each Range Site Type, in which the number of replicate patches sampled is determined by the relative abundance of that Range Site Type in the grazing unit.  Apply the forage production values for each Range Site Type to others of the same type in the grazing unit, using a GIS (as described below and in Section 2.4).

- If time and/or resources are not sufficient to conduct the clipping studies described above, we then recommend that the user obtain the **actual field data from the NRCS** that were recently used to revise NRCS estimations of forage biomass for Range Site Types in southern Utah.[7]  This data, which exists for almost all (if not all) Range Site Types known to occur in the Monument, is an improvement over the traditional NRCS estimates of Range Site Type production (DOI 1984c), as these new clippings were completed for a variety of rangelands including many grazed by livestock.  The values used in the traditional Range Site Type estimates made by the Soil Conservation Service and BLM were chiefly based on relict sites.  Therefore, the raw clipping data recently collected by the NRCS on a variety of Range Site Types is more applicable to GSENM rangelands, most of which are grazed.  Apply the forage production values for each Range Site Type (for all grasses and forbs, not shrubs) to all other Range Site Types of the same type in the grazing unit, using a GIS (as described below and in Section 2.4).

- If the new NRCS raw clipping data are not available for all Range Site Types in the grazing unit being assessed, we then recommend that the user utilize the old NRCS forage production predictions (DOI 1984c), but only for those Range Site Types where the new NRCS clipping data does not exist.  These earlier estimates and soil surveys often have average, low, and highproduction estimates based on precipitation at, below, or above normal precipitation years.  Based on our field clipping survey and a review of these earlier NRCS forage estimates, wesuggest using the below average forage productions if using the old NRCS predictions.  These estimates seem to better reflect forage production on both typical years and drought conditions, which seem to be a common occurrence.  In the absence of more current data (described above), apply the forage production data from these earlier NRCS forage estimates to the relevant Range Site Types as attributes in the GIS coverage for the allotment.  This is described in more detail later in this section.

Using one of the three methods described above, the land manager should add to the GIS coverage production data as attributes to the coverage for soil map units.  This tabular data associated with the coverage will later be exported from the GIS and, in a spreadsheet program, be used to calculate the capacity of the allotment.  Additional discussion on the use of GIS and the spreadsheet program can be found in Section 2.4, below.

### 2.2.1  Do results obtained from first two steps necessitate a "recovery prescription?"  We must stress that we mean for this forage capacity model to only be used to assess the carrying capacity of rangeland that has forage production quantities in the "good" or "excellent" range.  This means that the amount of forage is 50% or greater of the potential production of the site, as defined by NRCS.  If one is using our model to calculate stocking rates we are assuming that the allotment is currently meeting rangeland health standards or is moving toward its potential plant community.

BLM_0080289

Thus, if the range manager does follow our recommendation to clip the forage in the grazing unit and finds that the actual forage (grass and forb biomass) on the grazing unit is less than 50% of the potential plant community predicted for those soil types, then we argue that the allotment should receive a special management prescription that we call "recovery mode." See Chapter 4, Section 4.2.1.2 of the guidance document for further discussion of this prescription.

Little research exists concerning the level of livestock grazing that can occur on "recovering" arid or semi-arid rangelands where productivity is fair or poor.[8] Further, the literature in inconsistent as to exactly "how much rest" is required to recover degraded rangelands in arid or semi-arid environments. Below, we highlight some of the key literature that clearly shows that, in general, the recovery of impaired rangelands appears to require long periods of time – certainly more than a year or two of rest.

The literature confirms that total, long term rest is effective. Potter and Krenetsky (1967) found that grass densities and total ground cover tripled following 25 years of non-grazing. Blydenstein et al. (1957) similarly determined that perennial grass densities and the palatable shrub *Krameria grayi* increased in a Sonoran desert grassland protected from grazing for 50 years, and were most taken by the notable increase in overall plant cover and density. More recently, Anderson and Inouye (2001) found landscape-scale changes in plant species abundance (greater) and biodiversity (greater) of a previously grazed sagebrush steppe over four years of rest, with perennial grasses experiencing a 13-fold increase in cover during that time. Analyzing riparian areas, Platts and Nelson (1985) determined that herbaceous vegetation can recover within several growing seasons and woody vegetation within 5-10 years if grazing stress is removed from a deteriorated riparian area and sufficient residual shrubs are present to allow re-growth and expansion.

At the same time, others have concluded that short term rest from grazing may not sufficiently allow for recovery of ecosystem values. McPherson et al. (1990) compared ungrazed and a formerly grazed (with 5 years of rest) juniper woodlands, finding that the ungrazed plot had more grass, the grazed more forbs. The authors concluded that "[t]he effects of long-term continuous cattle grazing persisted 5 years after removal of livestock" and that the "succession following grazing will proceed slowly or will be unpredictable." In a study of the Kaiparowits Basin, Jeffries and Klopatek (1987) compared heavily grazed sites, a site ten years into recovery from heavy grazing, and a relict, never-before grazed site. The authors found that the relict site had significantly more herbaceous cover (comprised mostly of perennial grasses) than all other sites. There were no significant differences between the heavily grazed site and the recovering site for any of the measured parameters, leading the authors to conclude that recovery from grazing can take a very long time indeed.

An interesting study in Canyonlands National Park offers some insight into the difficulty of range recovery. Kleiner (1968) compared two rangelands sites with the Needles District of the Park: Chestler Park and Virginia Park. Grazing in Chestler Park occurred for one or two months at most in the winter and was dependent on snow as a water source for livestock. Four years before Kleiner collected his data, this grazing impact was removed. Virginia Park has been ungrazed for a very long time and is a popular research area because of this. Kleiner's study compared vegetative cover and diversity between the "recently grazed" (four years rest) and ungrazed study sites (his data is summarized in Table 2).

**Table 2.** Comparison of grazed/ungrazed pastures in the Needles District, Canyonlands NP, 1968. Reprinted from Kleiner (1968).

| Comparison of grazed/ungrazed transects | Virginia Park (ungrazed) | Chestler Park (ungrazed 4 yrs) |
|---|---|---|
| Hectares | 97 | 389 |
| Plant species richness /sample site (average) | 21.5 | 15.4 |
| Cryptobiotic species richness/sample site (average) | 6.1 | 2 |
| Total living cover, % | 54.5 | 21.8 |
| Vascular plant living cover, % | 16.8 | 16.8 |
|  |  |  |

BLM_0080290

| | | |
|---|---|---|
| Litter cover, % | 11.5 | 9.8 |
| Contribution of annuals to the total vegetation (%) | 11.8 | 15.5 |
| Average number of species / sample site | 7.1 | 3.2 |

Records are incomplete on the amount of grazing that occurred over time in Chestler Park. Kleiner reported that, typically, 30-35 horses grazed in Chestler Park for one or two winter months depending on snowfall each year. Rough, "back of the envelope" calculations indicate that this level of livestock grazing was equivalent to about 50 AUMs, at a density of eight acres per AUM. If we make the assumption that this area produces about 600 lb of forage per acre on average (based on the typical Range Site Types that occur in the Park), then Chestler Park would produce on average about 230,000 lb. of forage. Based on these numbers, the grazing use on average amounted to between 15 and 20% of the average forage produced. This is usually considered to be a level that is "lightly grazed."

The importance of this example is that even at this "low" grazing intensity and with four years of rest, the plant diversity, ground cover, cryptobiotic soil cover, and productivity was significantly less at Chestler Park than Virginia Park. Photos taken of Virginia and Chestler Park do not reveal the key differences between these sites, such as forage production and plant community diversity. Photographs that show details of ground conditions, however, do reveal differences, such as a loss of liter and cryptobiotic crusts in Chestler Park. The lesson that Kleiner teaches us is that so-called "light" grazing can lead to a substantial loss of plant community health. Moreover, had Chestler Park been grazed during the growing season, further degradation of the vegetative community would have been the likely result. We conclude that 15-20% winter utilization of forage in southern Utah is still too high to ensure recovery of rangelands to their potential plant community.

So, what level of grazing can occur on degraded rangelands that are only 50% or less of their potential productivity, while still allowing them to recover? As evidenced by the Chestler Park example, we feel the answer is likely to be none, at least for a few years. It is even more likely that complete rest for much longer periods, up to several decades may be necessary to allow even slight progress towards restoration of community diversity and production. Certainly the study by Anderson and Inouye (2001) shows that progress is very slow over a period of nearly 50 years in which the plant community still had not reached potential. How much rest is necessary to bring back the desired productivity of these impaired ranges? We don't have an answer to this question. However, as outlined above, the literature is filled with evidence that prescriptions of short periods of rest (like those used with rest-rotation schedules) are not enough to ensure recovery in semiarid desert lands. Is the answer 5 years, or 10 years, or 25 years? We look to the Monument to heed its own call for strong science within its borders, and establish long-term exclosures to study the effects of long term rest from grazing, to help determine an effective "rest prescription" for those allotments that clearly need to be put into "recovery mode." Further, the Monument must establish quantitative and significant goals against which to measure restoration progress either by comparison to exclosures or as gains toward potential productivity as described by NRCS and towards potential ground cover as the literature cited herein describes.

## 2.3  Forage allocations for ecological needs of the land

Those managers using our new capacity model will have by this point determined forage production for each Range Site Type in the grazing allotment. The next step requires that allocations of that available forage base be made to ensure: 1) needs of native mammals for cover and forage, 2) invertebrate forage needs and 3) viability and resilience of the native plant community, including soils, and in the face of drought. These allocations are based on the ecological literature regarding the specific needs of vegetative communities and native wildlife on lower elevation lands of the Colorado Plateau.

BLM_0080291

*2.3.1  Allocations for mammalian herbivores.*  We recommend that an allocation of about 225 kg/ha (see Table 3) be allocated for mammalian herbivores in the Monument.[9]  In order to calculate this allocation amount, we selected three primary herbivores (or in the case of folivorous/omnivorous rodents, a guild) that fairly adequately represent the mammalian herbivores present in the GSENM (we chose mule deer, jackrabbits, and rodents).  We conducted a thorough search of the scientific literature and located 50 studies that report on both typical densities of these herbivores and their eating habits – reported as biomass of forage (forbs and grasses) consumed.  We strove to primarily include studies that were conducted in lower elevation habitats of the Colorado Plateau, though a few others were located in various locations in the intermountain West and southwest.

To calculate the rough amount of forage consumed by these herbivores a year, we used the kilograms of total forage consumed per individual per day, then calculated the percent of the individual's diet that is herbaceous material, then extrapolated that forage amount to total consumed per year by species/guild by multiplying by days of the year and average herbivore densities (Table 3).

Table 3. Kg/ha/year of forage (grass and forb) biomass necessary to support typical mammal herbivore populations in southern Utah.

| Species | Density | Average total forage per individual | Herbaceous forage in diet | Herbaceous forage per individual | Herb. forage per population per day | Herb forage per population per year |
|---|---|---|---|---|---|---|
| | (individuals per hectare) | (kg./day/individual) | (percent, %) | (kg./day per individual) | (kg/ha/day) | (kg/ha/year) |
| **Deer** | **0.11** | **1.58** | **22.40%** | **0.325** | **0.035** | **12.73** |
| *Deer Lit Citations* | *1\*,34,42,43,45* | *2,9.11,12,27,29,37* | *4,10,14,27,29,29* | | | |
| **Jackrabbits** | **2.01** | **0.13** | **74.70%** | **0.097** | **0.199** | **72.66** |
| *Jackrabbit Lit Citations* | *5,6,8,20,22,29,29,40* | *4,15,15,22,29,32,33,36* | *3,21,23,24,24,32* | | | |
| **Rodents** | **16.3** | **0.056** | **43%** | **0.024** | **0.39** | **142.3** |
| *Rodent Lit Citations* | *16, 17, 18 ,19 ,25 ,26 ,28 ,38,39 ,46,47* | *29,30, 31,31,35* | *38,41,44, 48* | | | |
| | TOTAL HERBACEOUS FORAGE ALLOCATION FOR MAMMALIAN HERBIVORES = | | | | | **227.6 kg/ha/yr** |

*References are as follows: 1.Chapman & Feldhamer 1982, 2.Demaras & Krausman 2000, 3. Fagerstone et al. 1980,    4. Krausman 1996, 5. Daniel et al. 1993, 6. Johnson & Anderson 1984, 7. Kufeld 1973, 8. Anderson and Shumar 1986,    9. Smith 1953, 10. Bueker et al. 1972, 11. Aldredge et al. 1974, 12. Smith 1952, 13. Hobbs et al. 1981, 14. Hansen & Clark 1977, 15. Currie and Goodwin 1966, 16. Fautin 1946, 17. Grant et al. 1982, 18. Nelson & Leege 1982, 19. Grant & Birney 1979, 20. Norris 1950, 21. Fagerstone et al. 1980, 22. Arnold 1942. 23. Alipayo & Daniel 1991, 24. Wansi 1989, 25 WRSOC 1983, 26. Hanley & Page 1981, 27. Umess 1981, 28. Rosenstock 1996, 29. Stoddart et al. 1955, 30. Golley 1960, 31. Koford 1958, 32. Hoffmeister 1986, 33. McAdoo & Young 1990, 34. UDWR 2003, 35.Detling, in prep, 36. Vorhies 1933, 37. Jensen 1984, 38. Goodwin & Hungerford 1979, 39. Shepard 1972, 40. Stoddart 1938, 41.Black & Frischknecht 1971, 42. Horejsi & Smith 1983, 43. Clegg 1994, 44. BLM 1998, 45. AGFD 2003, 46. West 1983a, 47. West 1983b. 48. Alston 2002.

The purpose of this exercise is to roughly estimate, based on the literature, the approximate forage biomass required by mammal herbivores on southern Utah rangelands.  Certainly, more research on this topic is needed.  The estimates presented here represent
the best information we could locate, and more studies are needed to validate theseestimates for the monument.  The proposed allocation we came up with does not include the needs of other mammals (i.e. cottontail rabbits, elk, bighorn sheep, pronghorn), nor do we anywhere in this model account for the forage needs of folivorous birds or reptiles.  As such, we argue that this allocation, which we mean to represent all forage and cover needs for all native wildlife on GSENM allotments, is conservative.

BLM_0080292

*2.3.2. **Allocations for insects and soil invertebrates**.*  Insects and soil invertebrates such as nematodes and mites are a critical part of rangeland systems.  These have important relationships with plant development, soil nutrient recycling, species interactions, and wildlife that is under-appreciated by many.  Loss of invertebrate biomass in rangelands can have a significant effect on the ecosystem.

While we have a fairly complete list of range plants found in Utah's rangelands, knowledge of the invertebrates found on our public lands is less understood.  What we do know is that these occupy a significant niche in the southwest deserts.  For example, harvester ants have colony populations of tens of thousands of individuals.  Even in the driest and hottest parts of North America, the total biomass of one species of harvester ants (*Messor veromesso  pergandei*) has the same approximate total biomass as the rodent population in the same area (Hölldobler and Wilson 1990).  On a side note - one of the many important ecological functions that ants provide in addition to their role in nutrient cycling, is assisting in the dispersal of plant seeds, as the result of accidental abandonment of seed caches near the nest (Moggridge 1973).

Insect populations vary more radically than most other rangeland components.  Super abundances of, for example, the desert locust can consume the equivalent of what 150,000 head of cattle eat (Bullen 1996).  The forage capacity model used here will focus on the typical needs of insect population in southwest deserts.  Where populations of insects over a short period of time reach extraordinary populations, we suggest that those situations be treated with range management actions taken during a time of drought.

A number of studies have reported the percent of plant growth consumed by insects.  For grassland and savannah, insect consumption of a single species varied from less than 1% to 19% with a mean of 3.5% (Wiegert and Peterson, 1983).  Rangeland grasshoppers consume between 1-3% in typical years (Mispagel 1978) and up to 99% in periods of super abundance (Nerny and Hamilton 1969).  Hewitt and Onsager (1983) suggest that between 21-23% of available range forage is consumed by all grasshopper species in the western U.S. each year.

Nematodes and other soil invertebrates perform critical soil nutrient and structural functions.  This complex array of species normally has a higher diversity and biomass than any other rangeland flora and fauna combined.  They should be considered as an important component in the consumption of rangeland plants.  Ingham and Detling (1984) estimated that nematodes consumed between 6 and 13 % of below-ground net productivity in the mixed grass prairie.  Another study by Scott et al. (1979) and Anderson (1987) found that root feeding arthropods and nematodes consume between 7-26% of the net productivity in normal years.

The evidence is clear that a substantial part of the plant community is consumed by invertebrates on a regular basis.  Without this consumption, ecological change may occur that may contribute to the long-term loss of ecological health and productivity.  Many of the studies just cited occur in habitat conditions somewhat different from that found in the Grand Staircase-Escalante National Monument.  But one thing we know for certain is that the soils of this region do support nematodes and insects, which together form a critical component of the southern Utah desert ecosystem.  To understand the consumption needs of insects and nematodes within the Monument, the needs for a long list of currently unknown species would need to be compiled.  Clearly this is not possible at this time.  However, as we continue our research and as more knowledge become available, we hope to refine the number used in this model for invertebrate consumption.

For this analysis, we assume that 10% of the annual forage production is required to support invertebrate populations.  We suspect that additional research will find that this allocation is indeed too low.

*2.3.3  **Allocations for biomass to provide necessary cover to avoid soil erosion, and to ensure resiliency and regeneration of  vegetative community in the face of drought**.*  We focused on published reviews to

BLM_0080293

find information regarding (1) potential ground cover (vegetation, litter, crust) for vegetation types occurring in the Colorado Plateau region, (2) the need for a certain "baseline" of cover to protect these communities from soil erosion, and (3) the principle needs of grasses to regenerate and have resiliency in the face of both livestock grazing and drought. More detailed research of source documents is ongoing. Using these three avenues of research, we propose a percent of the forage biomass to be set aside to meet the needs of the soils and vegetative communities in GSENM. Again, we stress that this third and final ecological allocation in our forage capacity model is still under development.

(1) Predicted ground cover in typical vegetation types in GSENM: Much of the research on plant community characteristics for the Colorado Plateau has been conducted as well as summarized by Dr. Neil West of Utah State University Department of Natural Resources. It is important to know potential ground cover in order to approximate historical (pre-livestock) erosion rates and to establish targets for grazing management or restoration. It should be noted that in many of these plant communities, much of the seed pool has been lost due to nearly continuous removal by livestock over the past century, so recovery in arid areas such as this will be slow as Anderson and Inouye (2001) have so well documented.

Sagebrush Semi-Desert vegetation occurs in the Great Basin and Colorado Plateau at intermediate elevations between 1300 – 1800 m in areas of precipitation ranging from 158 – 419 mm. In the Colorado Plateau, these vegetation types are generally associated with mesa tops, benches or pediments with sandy to gravelly soils. They occur immediately above the salt desert shrub type. A survey of a relict site on Cedar Mesa yielded six species of grass including: *oryzopsis hymenoides, bouteloua gracilis, hilaria jamesii, sporobolus airoides, sporobolus cryptandrus and stipa speciosa*. Sagebrush usually makes up over 70% of the relative cover and 90% of the biomass with absolute cover of higher plants ranging from 10 to 40%. Generally, perennial plants are found associated with shrubs and occur in the mounded portions of soil occupied by shrubs. Beneath the shrubs, the ground is litter-covered, with the interspaces between shrubs occupied by crusts. Annual net production varies between about 500 and 1500 kg/ha, most of which is sagebrush. The original estimated livestock grazing capacity for sagebrush semi-desert vegetation had been reduced from about 0.83 AUM/ha to 0.31 AUM/ha by 1970, mostly due to loss of perennial grasses (West, 1983a).

Salt Desert Shrublands occur in the Great Basin and Colorado Plateau at lower elevations and generally in valley bottoms in alkaline or saline soils where precipitation is generally less than 200 mm. Total cover of higher plants varies from 0 on salt pans to 25% on upland sites. Shrubs generally occur in clusters. Native grasses found in these types include: *bouteloua gracilis, elymus cinereus, hilaria jamesii, oryzopsis hymenoides, sitanion hystrix, sporobolus airoides, sporobolus cryptandrus and distichlis stricta*. Innerspaces between shrubs are generally lacking in vascular plants and the soil is covered with microphytic crust. Biomass of crust has been measured at 200 kg/ha. Forage production measured at the Desert Experimental Range in Utah varied over 800% between wet and dry years. Forage yield on a shadscale-winterfat range at the Desert Experimental Range varied from a minimum of 34 kg/ha in 1943 to a maximum of 190 kg/ha in 1947. (West, 1983b; Blaisdale and Holmgren, 1984; West et al, 2000).

Southeastern Utah Galleta-Threeawn Shrub Steppe (semi-desert grassland) type is found in deep silty and sandy wind-blown deposits derived from sandstone. Precipitation is a mixture of winter snow and late summer convectional storms. The flora consists of bunch and sod-forming grasses including (cover from transects in Canyonlands NP in %): *hilaria jamesii* (5%), *stipa comata* (5%), *oryzopsis hymenoides* (2%), *bouteloua gracilis* (9%), *vulpia octoflora* (1%), *sporobolus cryptandrus* (2%), *aristida fendleriana* (1%), *sporobolus flexuosus* (trace), *sporobolus airoides* (1%)and *sitanion hystrix* 1%). Vascular plant cover ranges from 25 – 60% and microphytic crust occupies nearly all the bare ground in ungrazed relict sites. In ungrazed Virginia Park in Canyonlands, microphytic crust cover was 38%, in adjacent grazed Chesler Park, crust cover was 5%. Productivity potential of forage on these sites averages 900 kg/ha in favorable years (West, 1983c).

Pinyon-Juniper Woodlands are described briefly by West and Young (2002) as having highly

BLM_0080294

variable understory to compared to adjacent grasslands. On the Colorado Plateau, warm season sod grasses dominate. Total vascular plant cover varies from 40 – 80% with shrubs, herbaceous plants and microphytes occurring in the interspaces between trees. Litter accumulates beneath the tree crowns. Grazing by livestock has depleted what once appeared much like a savanna where fires were frequent enough to keep trees restricted to steep, rocky or dissected topography.

Microphytic Crusts are best developed in semi-arid shrublands. Pediceled (pinnacled) crusts are abundant in pinyon-juniper and sagebrush communities typical of the Colorado Plateau, while rough lichenized crusts are more typical in greasewood and shadscale communities (Johansen, 1993). The soil-holding capabilities of crusts are destroyed by trampling and compaction, resulting in increased runoff. "Total crust cover is inversely related to vascular plant cover, as less plant cover results in more surface available for colonization and growth of crustal organisms." (Belnap et al, 2001). This is also documented in the community-specific references cited earlier.

As the literature cited shows, microphytic crust cover potential is high in the Colorado Plateau vegetation types described, which include those in the Upper Hackberry allotment, where we applied the proposed capacity model (Section 3). Personal surveys of relict areas (John Carter, co-author) as recent as spring 2003 in Grand Staircase indicates that ground cover in the sandy soil types described is greater than 90% including large portions of crust, generally covering the soil between plants.

(2) Erosion and Livestock Grazing. White et al. (1983) found sediment yield 20-fold higher in a grazed watershed when compared to an ungrazed watershed. USDA (1981) reported that topsoil erosion rates from grazed forest and rangeland were 4.2 tons/acre-year and 3.1 tons/acre-year compared to less than 1 ton for healthy forest and range. Packer (1998) documented that loss of soil in Utah and Idaho watersheds through erosion and runoff increased as ground cover decreased. A decrease in ground cover from 40% to 16% resulted in 6 times more runoff and 5.4 times more sediment yield. Trimble and Mendel (1995) estimated that peak storm runoff from a 120 ha basin in Arizona would be 2 to 3 times greater when heavily grazed than when lightly grazed. Lusby (1979) studied grazing systems including removal of livestock from control watersheds in Badger Wash, Colorado. He found that during the period 1953 to 1973, complete exclusion of livestock resulted in over a 40% decrease in runoff and a reduction of 63% in sediment yield.

The following figure (Figure 1) was taken from Packer (1998) in order to show how soil erosion varies with slope and ground cover by plants and litter. This figure was derived from 5-minute rainfall simulations. At the lowest gradient of 5%, erosion begins to rapidly accelerate when ground cover drops below 60%. At 35% slope, erosion is accelerating rapidly as ground cover decreases below 100%. The fine-grained sandy soils occurring on the Hackberry allotment are susceptible to both wind and water erosion and will erode rapidly when ground cover declines below potential. Management must be designed to minimize trampling of uplands by livestock in order to allow microphytic crusts to return to potential cover values and impede the rapid erosion observed in GSENM.

While the above literature demonstrating the relationship between livestock grazing and erosion rates is certainly instructive, even more telling are those studies that have measured both vegetative cover and erosion rates on both grazed and ungrazed sites in arid regions. For example, Gamougoun et al. (1984) found that the 3-year average of standing biomass in a grazing exclosure in New Mexico was 1,550 kg/ha, whereas a nearby moderately grazed pasture contained a 3-year average of 637 kg/ha of standing biomass. The same study found that the erosion rate (measured as the mean wet sediment production resulting from simulated rainfall) on the ungrazed site was 38 kg/ha, whereas the erosion rate on the moderately grazed site was 153 kg/ha. In a similar study conducted by Meeuwig (1965) in Utah, it was found that combined grass and forb cover on the ungrazed site was 58.4%, whereas forb/grass cover on the grazed site was 49%. The same study found that the erosion rate (measured as the mean wet sediment production resulting from simulated rainfall) on the ungrazed site was 173 lb/acre, whereas the erosion rate on the moderately grazed site was 840 lb/acre.

BLM_0080295

(3) Ensuring resiliency and regeneration of plant community.   The normal  utilization standard of 50%, developed from research on root-growth stoppage as a result of grazing (Crider 1955) and sometimes known as the "take half and leave half" policy, is inappropriate for the Colorado Plateau.   Crider grew several Mid-western perennial grasses under ideal precipitation and nutrient conditions and monitored root growth changes due to clipping over a period of two months  Crider concluded that root growth at the end of the growing season was not impaired when a single clipping removed 50% or less of the above ground biomass.



**Figure 1**.  Relationship between vegetative cover, slope and soil erosion.  Reprinted from from Packer (1998).

The results of Crider's research do not reflect a number of factors that come into play on BLM lands in the arid West, including the applicability to the broad diversity of rangeland plants, grazing practices commonly found on BLM lands, semiarid or arid conditions, plant regeneration, soil nutrient recycling, litter generation, plant community composition, and wildlife habitat structure.  As a result, range scientists have concluded that there is no scientific basis behind BLM's 50% policy for utilization (Caldwell 1984).  Still, allowable utilization rates of 50% seem to dominate AMPs on BLM lands in the intermountain West, while recent Forest Plans such as the Wasatch-Cache and Caribou are reducing utilization rates well below this figure to 30 – 40% for areas with much greater precipitation than GSENM.  While the range literature does not support even these lower levels, they still represent significant departures from the "take half leave half" philosophy.

Even within Crider's narrow area of research, current grazing utilization policy does not actually follow his recommendations.  Crider was only looking at root growth of perennial grasses under ideal

BLM_0080296

growing conditions. Under those conditions, he concluded that up to 50% of the aboveground biomass could be clipped **once** without root growth being significantly impaired. He further concluded that repeated clipping (which more accurately represents multi-month grazing periods common on BLM allotments) would significantly inhibit plant growth when a total of 50% of the biomass is removed. BLM was incorrect to apply the "take half and leave half" utilization level where grazing leads to numerous clippings, and on arid lands.

This research tells us that, at the very least, 50% of the above-ground biomass needs to remain each season, to ensure that the plant community remains viable, and can regenerate itself and remain resilient, even in the face of drought (which we know we have to assume on the Colorado Plateau). In fact, Jerry Holechek, well known Range Science Professor and textbook author from New Mexico State University, along with others are now recommending allocations of forage in arid areas that provide residuals of 50% for watershed protection aside from wildlife needs and livestock use (Holechek et al (2001).

Our recommended allocation for grass/forb biomass necessary to protect soils from erosion, while ensuring resiliency and regeneration of plant community.   In addition to the suggested forage allocations to mammal herbivores and invertebrates outlined above, we recommend an additional allocation, as do the current leading range scientists such as Holechek, that will ensure the needs of the soils to resist erosion and the vegetation community itself to be able to regenerate and be resilient in the face of both grazing and assumed drought. While our research on this topic is ongoing, the literature featured above clearly shows us that (1) ground cover potential in GSENM is high and most allotments are not currently exhibiting predicted or historic levels of cover, (2) the reduction in ground cover because of livestock grazing definitively increases erosion potential, and (3) no more than 50% of the above ground biomass can be "clipped" (or eaten) by wildlife, invertebrates and livestock each season if the plant community is to remain viable and resilient. Because the nature of the scientific literature is such that it is difficult to exactly say what percentage of annual productivity must remain on the land to resist erosion, for now we are simply recommending, as do Holechek et al (2001), that a 50% allocation of biomass be set aside to ensure the soil and vegetation needs in GSENM.

This allocation does not "overlap" with those we recommend for invertebrates and native mammals, as these allocations represent biomass that will be removed from the vegetative community over the course of a year, and the plant community needs to retain a certain minimum percentage (i.e. 50%) of its biomass to simply remain viable, resilient and regenerate itself. We argue that this 50% allocation is conservative.

***2.3.5. Allocation of remaining forage for cattle.***   Once the above allocations are made, the remaining kg/ha of available forage production can be allocated to cattle. Currently, the BLM divides the available forage by 800 lbs based on the presumed average weight of cattle. For now, we also utilize the 800 lb. (or rather, 364 kg) allocation for our capacity model since this is a standard used by the agency. However, we anticipate revising this number in future iterations of our model. The 800 lb. allocation may not reflect the increased livestock size now seen on many BLM lands. Holechek et al. (2001) uses 1000 lbs. as the average weight of cattle. We recommend that the Monument use the Holechek number for mature cattle (1000 lbs) in order to reflect the larger size of animals today. A check of the USDA market statistics at http://www.ams.usda.gov/mnreports/lm_ct166.txt reveals that these animals are very large today with average weights of mature cattle above 1000 lbs, more like 1200 lbs with calves running several hundred pounds each. It is erring to the low side to consider a cow/calf pair as 1000 pounds.

We anticipate using Holecheck's cattle weight  the same in later versions of our model. But as stated above, we resort for now (in the following Upper Hackberry example) to the cow/calf allocation used by the BLM, thus rendering our model even more conservative.

## 2.4 Using a GIS to assess available forage and make ecological allocations

This section describes how to apply a GIS, incorporating the above recommended capability and

BLM_0080297

suitability adjustments and ecological allocations of forage, to determine the amount of forage that might be available for livestock after these ecological needs are met. Our recommended forage/capacity model utilizes ArcGIS ESRI (Environmental Systems Research Institute, Inc.) software, and a spreadsheet program such as MS Excel or Corel Quattro Pro. The GIS data needed for this analysis includes a digital coverage of the grazing allotment boundaries, a soil coverage delineating NRCS soil map units, and a coverage that identifies areas as incapable and/or unsuitable (see page 7) for livestock grazing. Each soil map unit comes with an associated description of the geology, soil, and plant community.[10]

The steps outlined below explain how values are achieved that are used in our suggested forage/capacity formula. The formula applied to each soil map unit for forage capacity estimation is as follows:

$$S = \frac{F_s (1- E) A D_w}{800 \text{ (or 364 if using metric)}}$$

S = Stocking capacity in terms of animal unit months
$F_s$ = total Seasonal Forage production
E = Ecological forage allocation, here assumed to be 85%
A = Area (in acres or hectares) of the soil map unit
$D_w$ = Distance to water factor (0-1.6km is 1, 1.6 to 3.2km is 0.5 and over 3.2 km is 0)

The first step of the forage analysis and capacity model requires that the user assemble the necessary information for the capability and suitability of the grazing unit (i.e. pasture or allotment). This includes a topographic coverage depicting slopes of the grazing unit and areas inaccessible to livestock (because of cliffs, canyons or other physical barriers), a hydrographic coverage, and coverages showing other important factors that may render portions of an allotment unsuitable for grazing (i.e. important habitats for TES species, rare plant communities, high recreation use areas, etc.). Using the clipping feature of the GIS, those parts of each soil map unit on the allotment that are either incapable or unsuitable for grazing are removed. Calculate the area within the grazing unit that remains within each soil unit. Enter this value in the "Area" entry in the forage/capacity model formula.

Once the incapable and unsuitable portions of the grazing allotment are removed from each soil map unit, the land manager next determines the amount of available forage in the remaining area. The NRCS soil coverage is used for this purpose. A soil map unit may consist of several intermingled plant communities. For example, soil map unit 15 (SWA L151), consists of 75% semidesert sandy loam big sage, 20% semidesert loam, and 5% semi desert shallow loam vegetation communities. In our forage capacity model, only grass and forb production is used when estimating the available forage on the grazing unit. This decision is supported by research on livestock use of forage. Kinuthia et al. (1992) found that for spring and summer diets of cattle in the Wyoming big sagebrush plant community, 96% of the diet for cattle was graminoids. Holechek et al (2001) report that cattle consumption of forage is comprised of 76% grasses and 10% forbs in Utah sagebrush communities. In salt desert shrub communities, more consumption of shrubs will occur. In most areas, the assumption that cattle forage capacity can be accurately represented by only considering grasses and forbs appears valid.

The estimated forage for each of these plant communities[11] is multiplied by the percent of the soil map unit comprised of that community type. Repeat this step for each community type within the soil map unit, and add these values together to determine the total forage available on the soil map unit. Enter this value as the "forage production" entry in the forage capacity model formula.

Next, determine the total percentage of available forage (grass and forb biomass) that is allocated to (1) mammal herbivores, (2) invertebrates, and (3) the needs of the soil and vegetative community. Our model suggests 10% allocation to invertebrates, 50% allocation for the needs of soil and vegetation, and 227

BLM_0080298

kg/ha of forage for native mammals.  To convert this value into a percentage, use the estimated forage biomass that is predicted by the NRCS Range Site Type predictions for each soil unit, and determine what percentage our suggested value (227 kg/ha) is of the estimated kg/ha of forage for that soil unit.[12] Add the percent values of (1), (2), and (3), above, to achieve the total ecological allocation for each soil type.  Multiply this value with the estimated forage for that soil type, and enter this value as the "Ecological Forage allocations" entry in the forage capacity model formula.

There are many assumptions the user is making when using this model.  These are:
1. Grazing use is uniformly distributed across all suitable lands.
2. The forage estimates represent the forage production of a soil map unit.
3. Livestock capacity can be adequately estimated using grass and forb production.
4. Average year precipitation and plant production occurs (during below average years such as occur nearly half the time in GSENM, plant productivity will be significantly reduced and this should be taken into account in setting annual stocking rates).
5. Grazing use is uniform among forage plants in each of the distance-to-water zones.
6. Grazing does not occur in a manner or time that prevents the growth of the predicted forage biomass.  Heavy early spring grazing, for example, could curtail the total forage production for a season and grazing during drought could reduce forage production in following years (Galt et al 1999).

Obviously, there will be many situations where these assumptions are not met.  With a couple exceptions (i.e. number 3 above), the forage capacity of an allotment and the resulting estimated stocking rate should usually be further reduced if these assumptions are not met.

To review, here is the sequence of steps to run the capacity model, most of which have already been discussed above:
1. Assemble spatial data for allotment (i.e. allotment boundary, soil map, and unsuitable and incapable areas, hydrology, etc.)
2. Using a GIS, clip the soil map with the allotment boundary.
3. Remove from each soil map unit those lands found to be incapable and unsuitable for grazing (steep slopes, rock outcrops, productivity of less than 19kg/ha of forage)
4. For each soil map unit, add a factor on the amount of land available to graze based on distance from water (see Table 1).
5. Export the soil map unit attributes to a spreadsheet table.
6. Determine soil map unit productivity of grasses and forbs (see pages 7-8 for our recommendations on how to do this.  Actual, on-site clipping is preferred method).
7. Determine the percent of forage required for ecological needs of vegetation, soils and wildlife (ecological allocations).
8. Insert values into soil map unit spreadsheet.
9. Calculate number of animal unit months (AUMs) of forage available for livestock in each soil unit.

In the following chapter, we present an example of how to use this method of forage analysis and capacity estimation, on the Upper Hackberry allotment in the GSENM.

BLM_0080299

# CHAPTER 3: EXAMPLE AND DISCUSSION OF FORAGE ANALYSIS FOR THE UPPER HACKBERRY ALLOTMENT

We chose the Upper Hackberry allotment to demonstrate how our GIS model can assess capacity. This allotment was chosen in part because BLM has consistently reported that the grazing permit holder has been "doing a good job of managing their allotment" (BLM 1995), and also because this area represents Range Site Types that are generally common in the Monument. This allotment is part of a regional grazing planning effort and, for this reason, more recent digital data are available. Lastly, we chose this allotment because it is of more modest size (20,000 acres). This allowed us to easily conduct clipping studies of forage productivity.

This allotment is located a few miles south of Kodachrome Basin State Park and ten miles east of Bryce Canyon National Park (Figure 2). The area is dominated by sandy soils, pinyon juniper forests, sagebrush plateaus, sandstone escarpments, badland hills, and entrenched perennial streams on the allotment borders. Based on fifty years of precipitation data, the average annual rainfall for this area is 11 inches and drought occurs frequently.



**Figure 2**. Location map for Upper Hackberry allotment, GSENM

Before we conducted our own clipping survey in Upper Hackberry, we looked to the NRCS data for the soils types present to ascertain what the predicted productivity is for this allotment (Figure 3). For example, the upland loam - basin big sagebrush soil map unit (a prevalent soil type in the allotment) is predicted to produce between 300 to 800 lbs (reflecting the range from a dry year to a wet year) of annual plant growth per acre per year. The predicted composition of this potential plant community for this Range Site Type expects that 30 to 60% of the plant production would be from forbs and grasses and the rest from shrubs and trees. As described above in the Methods Section, we did not include shrubs in the forage base for livestock. Using the NRCS data, we determined that the potential production of the upland loam soil map unit for a potential native plant community would be 400 lbs per acre of grasses and forbs in an average

BLM_0080300

year.  Much less would be produced in a dry year.

We conducted our clipping studies of plant productivity in Upper Hackberry during a below average precipitation year (2001) and, for this reason, this analysis produced forage production values that are far less than would occur in an average precipitation year.  Since below average precipitation years occur frequently, capacity analysis based on these clipping surveys is very useful, and appropriately conservative.

Thanks to BLM's recent land use plan and upcoming grazing EIS for this area, BLM was able to supply a number of coverages that aided in this analysis.  The coverages used in this analysis include Site Writeup Area (SWA) maps (which described soil map units,), grazing allotment boundaries, and surface water sources.

While most of the coverages needed already existed, some modifications were needed.  We had to create a map of those lands identified as incapable and unsuitable for grazing.  Also, BLM's soil map did not show soil inventories for state and private lands, some of which are found inside the Upper Hackberry Allotment.  Using geo-referenced aerial photos, we edited the soil map unit coverage to include polygons for adjacent parcels that used to be state lands.

A number of factors were used to determine which parts of the Upper Hackberry Allotment are capable, and incapable, of supporting grazing (shown in Figure 4 and summarized in Table 4, below).  Those parts of the allotment incapable for grazing include those lands where steep slopes and rock outcrops render certain areas inaccessible to cattle.  Many of these incapable areas were also identified by BLM in an earlier capacity assessment for Upper Hackberry (1984).  We also factored in steep slopes, removing those parts of the allotment from consideration that had slopes steeper than 30% (a criteria also used by the BLM in their 1984 assessment).  We also accounted for distance to water in our capability assessment, using the GIS to identify those parts of the allotment that are 0-1.6km from water, 1.6 to 3.2km from water, over 3.2 km from water. Areas over 3.2 km from water were completely removed from the capable area (treatment of the other two classes are described below).   Lastly, we removed those areas with annual forage production of less than 19kg/ha (or 17 lb/acre, BLM 1981) based on our clipping studies on the allotment.  These last two criteria were not considered by the BLM in their 1984 forage assessment, and we stress that more reasonable figures such as the 100 lb/acre suggested by Holechek (1996) be used as minimum criteria by GSENM.

BLM_0080301



**Figure 3.** Soil map units for the Upper Hackberry grazing allotment, GSENM

**Table 4.** Area capable and suitable for livestock grazing in the Upper Hackberry Allotment, defined both by the BLM from their 1984 capacity analysis, and by the authors, utilizing the proposed capacity model.

| Allotment size | 100% | 22,734 Acres |
|---|---|---|
| Capable and suitable for grazing (1984 BLM assessment) | 67% | 14,335 acres |
| Capable and suitable for grazing (based on BLM standards for slope and inaccessibility, plus areas with >19 kg | 26% | 5,819 Acres |

There were a number of capability and suitability

BLM_0080302

Case No. 1:20-cv-02484-MSK   Document 54-1   filed 04/28/21   USDC Colorado   pg 94 of 157

| forage/ha and <3.2 km to water) | | | | criteria |

recommended in our approach (see pages 7-8) that did not apply to the Upper Hackberry test case.  We felt that unstable or highly erodible soils (as defined by NRCS) were a moot point in this case, as our slope factor removed steep, erodible slopes, and in addition, we removed the pinyon-juniper dissected slopes Range Site Type because of its extremely low forage production (as demonstrated by our clipping studies).  These soil types are known to have unstable and erodible soils.  As for our four suitability factors (habitat identified as important for T/E/S species, jurisdictional wetlands and springs, rare plant communities, areas that receive very high levels of recreation use) we found that these components were completely missing or present in near negligible amounts on the Hackberry allotment.

After the parts of the allotment that were incapable of supporting grazing were removed from the analysis, we applied our forage production values (from our clipping studies) to each Range Site Type in each soil map unit the Upper Hackberry GIS coverage.  For each soil map unit, we added forage productivity estimates to the relational table generated by the GIS that we used to calculate the grazing capacity.  Table 5 shows the forage production, in terms of expected annual growth (lb/acre) of grass and forbs, that our clipping studies indicate is available, and what the NRCS's 1984 Site Write-up's indicate for those soil types.[13]

Using GIS, we added for each soil map unit (soil community) a factor that reflected the amount of forage relative to distance of the area from a water source.   For a distance of 0 to 1.6 km from water, all forage is allocated and the factor is 1.  For a distance of 1.6 km to 3.2 km from water, half of the forage is available or a factor of 0.5.  For distances from water of greater than 3.2 km, no forage is assumed available, or a factor of 0.

Next, the GIS estimated the size of each of these soil area units with their related attributes of capability/suitability, distance from water, and plant productivity.  The GIS table with these values was then exported and, using a spreadsheet program, the forage capacity model formula was applied to each individual soil community type.  As described in Section 2, our proposed ecological allocation for the Upper Hackberry allotment was 85%, thus leaving 15% of annual forage productivity for cattle.

BLM_0080303



**Figure 4.** Areas within the Upper Hackberry Allotment that are capable, and incapable, of supporting grazing.

In addition to running the model using our own recommendations for ecological allocations, the model was also run for the traditional "take half and leave half," or 50% allocation to cattle. The results of the capacity model are shown in Table 6. This table also depicts past capacity analyses conducted by the agency, current permitted use, and average livestock grazing use. Based on the Upper Hackberry Allotment file, the part of the allotment that has traditionally been used for grazing matches that area identified by our GIS model as suitable for grazing.

**Table 5.** Upper Hackberry soil community categories and forage production, as indicated by the authors' 2001 clipping studies in the Hackberry allotment, and the NRCS 1984 Site Write-ups.

As evidenced in Table 6 below, both the permitted use and actual use on Upper Hackberry are substantially higher than the level necessary to meet the ecological needs of healthy rangelands. This conclusion

BLM_0080304

is actually an understatement because this capacity analysis is only to be used for rangelands that are at our near their potential productivity, which is not the case in this allotment. Moreover, the 191 AUMs represents a grazing level for plant production found in 1984 during a normal precipitation year. The 93 AUMs represent a level of grazing based on recent plant community productivity clipping surveys during a dry year.

**Table 6.** Forage capacity estimates for the Upper Hackberry Allotment

| 1967 BLM capacity estimate | 1,388 | AUMs |
|---|---|---|
| Permit to graze | 651 | AUMs |
| Reported grazing use, 5 year average | 408 | AUMS |
| Amount of allotment BLM found suitable for grazing in 1984 (15,335 out of 22,734 acres) | 67% | percent |
| Amount of allotment suitable based on our proposed capacity model (5,819 out of 22,734 acres) | 26% | percent |
| Grazing capacity based on 50% forage use of 1984 BLM/SCS forage estimate and calculation of suitability | 638 | AUMs |
| Grazing capacity based on 15% forage use of 1984 BLM/SCS forage estimate and calculation of suitability | 191 | AUMs |
| Grazing capacity based on 15% use of 2001 WUP clipping survey forage data and calculation of suitability | 93 | AUMs |

## 3.2 Discussion of results of forage capacity analysis for Upper Hackberry, in light of range conditions.

In addition to performing the necessary clipping studies to carry out our Upper Hackberry forage analysis described above, we also calculated coverage of vegetation on the allotment. These data are featured in Figure 5.

**Figure 5.** The authors' ground cover estimates (%) for various Range Site Type cover transects in the Upper Hackberry allotment (data collected fall 2001).

BLM_0080305



Our initial results of our forage capacity estimate for the Upper Hackberry allotment indicates these pastures are currently producing forage, and vegetative cover, far below their potential. We argue that it's important to analyze these results in light of past and current trend data, monitoring, and rangeland health assessments collected by and carried out by the BLM, in order to corroborate our findings.

BLM range monitoring and recent rangeland health assessments describe, in part, the range condition and ecological health of this allotment. In 2001, BLM visited two riparian sites and found that these riparian areas were functioning at risk, and without positive trends (Table 7). This indicates that these riparian areas were not meeting the rangeland health standards. Visits to the Rock Springs Bench site by the authors verified that heavy livestock grazing was a regular occurrence at these water sources.

**Table 7.** Riparian properly functioning condition assessments for the Upper Hackberry Allotment*

| OBS_ID | Riparian/ Wetlands Area | RATING | TREND | Notes |
|--------|--------------------------|--------|-------|-------|
| LE0505 | Rock Springs | FAR | DOWNWARD | This area is a small spring in a drainage on an upland slope so it's probably naturally marginal conditions. |
|  | Spring below |  |  | Trailing from recreation & possible livestock. Contact Spring in Kayenta. Headout at mouth that may not be active. Part of wetland cut down to |

BLM_0080306

| | | | | |
|---|---|---|---|---|
| LE1003 | rockfall on Hackberry | FAR | NOT APPARENT | bedrock.  More willow would better hold wetland together… |

\* These data are reproduced from BLM's database created for the upcoming grazing EIS.  The notes are directly taken from BLM's records for these two observation sites.

We believe that BLM's rangeland health assessments for this allotment (Table 8) understate the ecological problems found in this allotment.  Field clipping data on plant community productivity was not collected by BLM when these assessments were made.  Based on our field data for Upper Hackberry, standing forage biomass is believed to be between 10 and 20% of its potential.  According to the BLM's criteria for evaluating rangeland health indicator No. 15 (plant production), this indicator should have received a rating of 2 rather than 3.[14]  Yet another problem with the Monument's rangeland health assessments for this allotment is that no ecological reference site was identified for the Upper Hackberry Allotment.  This would lead one to conclude that no suitable reference sites exist in this allotment, which is an unfortunate commentary on the ecological state of affairs in this area.

**Table 8.**  Rangeland health indicator ratings for the Upper Hackberry Allotment.  These are not ratings for individual indicators, but rather suites of indicators that describe similar categories (soils, hydrology, biotic integrity) are averaged together.

| Observation Site ID | Pasture | SWA soil identification | Soil stability | Hydrologic Function | Biotic Integrity |
|---|---|---|---|---|---|
| E0545 | Rock Springs | S167 | 3 | | 3 |
| E0527 | South Jody | L172 | 3 | 3 | 4 |
| E0528 | South Native | M207 | 4 | 4 | 4 |
| E0546 | South Native | L172 | 5 | 5 | 4 |
| E0530 | South Native | M163 | 4 | 4 | 4 |
| E0531 | South Native | L172 | 4 | 4 | 4 |
| E0532 | Rock Springs | L182 | 4 | 4 | 4 |
| E0538 | Rock Springs | M163 | 4 | 4 | 4 |
| E0539 | Rock Springs | L172 | 4 | 4 | 4 |
| E0535 | South Jody | S149 | 3 | 3 | 3 |
| E0536 | South Jody | L172 | 5 | 5 | 4 |
| E0537 | South Jody | M191 | 5 | 5 | 5 |
| E0529 | South Native | M191 | 5 | 4 | 4 |
| E0533 | North Jody | L182 | 4 | 4 | 4 |
| E0534 | Middle Jody | M141 | 4 | 4 | 4 |
| E0540 | Middle Jody | S149 | 3 | 3 | 3 |

Permanent trend plot sites have been in place in the Upper Hackberry Allotment since 1969.  The data from these trend plots are presented in Table 9, which depicts percent ground cover for key grass species, such as crested wheatgrass (*Agropyron cristatum*, a seeded exotic) and other, native, grasses.  While these native species receive much less monitoring, that which is conducted shows that coverage of these species is much less than that predicted by the NRCS as the potential plant community, confirming the plot clipping results we obtained represent degraded conditions.

In summary, based on BLM's records and the authors clipping studies, the plant community composition and productivity of this allotment are not currently meeting the standards for rangeland health.  The productivity is much lower than it should be.  This capacity model assumes that the allotment under analysis meets rangeland health standards and has productivity of at least half or better of the potential productivity for the site.  This is not the case for the Upper Hackberry Allotment.  Thus, the Upper Hackberry allotment is a likely candidate for the "recovery prescription" described above, and elsewhere in this guidance

BLM_0080307

document.

**Table 9.** Upper Hackberry Allotment monitoring data from permanent trend plots, provided by BLM. Some data is missing.

| Key Species | Plot | Date | Pasture Name | % ground cover |
|---|---|---|---|---|
| | | | | 0 |
| AGCR | 2-50 A | 7/1/1969 | Jody Pt. | 5 |
| AGCR | 2-50 A | 7/1/1976 | Jody Pt. | |
| AGCR | 2-50 A | 7/1/1993 | Jody Pt. | 1 |
| AGCR | 2-50 A | 7/1/1996 | Jody Pt. | 3 |
| AGCR | 2-50 B | 7/1/1969 | Jody Pt. | 6 |
| AGCR | 2-50 B | 7/1/1976 | Jody Pt. | |
| AGCR | 2-50 B | 7/1/1993 | Jody Pt. | 11 |
| AGCR | 2-50 B | 7/1/1996 | Jody Pt. | 11 |
| AGCR | 2-50 B | 9/15/1996 | Jody Pt. | 11 |
| AGCR | 2-51 A | 7/1/1969 | Jody Pt. | 6 |
| AGCR | 2-51 A | 7/1/1976 | Jody Pt. | 8 |
| AGCR | 2-51 A | 7/1/1993 | Jody Pt. | 10 |
| AGCR | 2-51 A | 7/1/1996 | Jody Pt. | 13 |
| AGCR | 2-51 B | 7/1/1969 | Jody Pt. | 6 |
| AGCR | 2-51 B | 7/1/1976 | Jody Pt. | |
| AGCR | 2-51 B | 7/1/1993 | Jody Pt. | 15 |
| AGCR | 2-51 B | 7/1/1996 | Jody Pt. | 15 |
| BOGR | HB-2B | 9/16/1996 | | 1 |
| MUHLY | HB-2B | 9/16/1996 | | 7 |
| ORHY | HB-2A | 7/13/1982 | | 0 |
| ORHY | HB-2B | 7/13/1983 | | 2 |
| ORHY | HB-2B | 9/11/1984 | | 0 |
| ORHY | HB-2B | 9/11/1984 | | 2 |
| ORHY | HB-2B | 5/16/1988 | | 0 |
| ORHY | HB-2C | 7/13/1982 | | 0 |
| ORHY | HB-2C | 9/11/1984 | | 0 |
| ORHY | HB-2C | 8/27/1985 | | 0 |
| ORHY | HB-2C | 8/27/1985 | | 0 |

# CHAPTER 4: CONCLUSIONS AND RECOMMENDATIONS

We offer a new way to assess forage availability and grazing capacity of southern Utah rangelands that uses up-to-date science and technology. The proposed methods provided in this work are all firmly grounded in the latest ecological literature and range science (with numerous allocations borrowed directly from Holechek et al. 2001). Moreover, the widespread adoption of GIS by land managers is aiding many with important management decisions such as setting permitted stocking levels. It is time for the Monument to also use this tool in this important capacity. The grazing capacity analysis described above promises to give permittees and land managers a tool for addressing grazing problems that they have not had before.

One of the key findings outlined in Section 3 (above) is that the forage/grazing capacity of the Hackberry allotment as determined by our proposed model is much less than that currently assumed by BLM. Section 3 also demonstrates many indicators of current overgrazing in the Upper Hackberry Allotment. There are many reasons that the BLM should seriously consider adopting our proposed method (or a variation of this method) to set stocking rates throughout the Monument during this DEIS process. At this time stocking rates established in current grazing permits appear without a systematic analysis of the forage production capacity. We realize that it can be difficult to do forage biomass clippings on every allotment. At the VERY least, the GSENM needs to do GIS analysis to reduce the allotment to truly "useable" sections and then reduce AUMs accordingly.

The chances of actually meeting the Standards and Guidelines are going to be much better if our capacity model (or a form of it) is used in this process. As we point out elsewhere in this guidance document, only about 35% of Monument allotments are so far meeting all four Standards (compared to about an 80% success rating on other Utah BLM lands thus far), and our analysis above indicates these might have been more favorably rated that actual data collection would show. It clearly behooves the Monument to use all available tools at its disposal to strive to do a better job meeting these standards in the future.

Our model reaffirms the need for key plant community data generated from ongoing monitoring. Plant community composition, forage biomass production, litter, and bare ground are a few of the key monitoring data necessary to assess the amount of livestock grazing that is consistent with rangeland health standards. Further, the trend plot data currently collected by the BLM provide inadequate information to analyze the range condition requirements established by the Standards and Guidelines. It is important that the Monument establish a quantitative monitoring protocol to ensure that forage allocations are not exceeded in order to protect ecological health, including plant productivity and wildlife habitat. This protocol must also measure ground cover in order to ensure that this vital component is restored and protected at near potential in order to correct the severe erosion evidenced across the Monument.

In closing, we stress that this is a work in progress. The material presented here will soon be submitted to an academic journal for further peer review. The review and suggestions by Monument DEIS staff is requested and values. We intend to run the model on additional GSENM allotment(s), and this will include new clipping studies. We look forward to working with Monument range staff in these endeavors.

**\*\* Cited Literature is in included in Literature Cited Section of the Guidance Document\*\***

---

[1] Project Director, the Wild Utah Project. 68 South Main Street, Suite 400. Salt Lake City, UT 84101

[2] Staff Scientist for the Utah Office of the Western Watersheds Project. 250 S. Main, Mendon, UT 84325

[3] The capability analysis recommended in this model is compatible with the Capability Analysis presented in Chapter 4, Section 4.1.3.4. The concept of "capability " in both of these models (assessing range capacity and stocking rates here, determining capability in terms of "FLPMA balancing" in Chapter 4) are the same. Here the concept is used to exclude particular areas as incapable of supporting livestock grazing when determining stocking rates with a GIS. In the context of FLPMA balancing,

BLM_0080309

capacity is used to determine appropriateness of grazing in some or part of a pasture, as well as to inform appropriate grazing management decisions such as stocking rates and utilization levels. In other words, capacity analysis is required, whether by FLPMA or when setting stocking rates. This analysis should occur as a threshold matter, to determine if grazing is an appropriate use of an allotment or portion of an allotment, and it should occur again (or the same analysis reexamined), if the agency concludes grazing is appropriate, as a basis for making sound grazing management decisions in the context of BLM's multiple use mandate.

[4] Holechek (1996) stated, "When forage production drops below 100 lbs/acre, financial losses are likely even under high cattle prices and above average precipitation." While the current version of our forage capacity model retains the BLM's production threshold of 17 lb/acre (19kg/ha), we may raise this threshold in updated versions of the model, based on Holechek's recommendation.

[5] This analysis is not to be confused with the analysis mandated by FLPMA's multiple use management mandate and the Comb Wash case, which we explain in Chapter 4 of this guidance document. While some of the factors relevant to the Comb Wash/FLPMA balancing may be similar to those referenced here, the purpose of Comb Wash/FLPMA balancing is to determine if grazing is an appropriate use of particular public lands. A determination that grazing is not an appropriate use would likely necessitate closing some or all of a particular allotment to grazing. Here, in contrast, we maintain that certain attributes and uses of the land mean that the forage there should not be included in the calculation of available forage as explained above. Forage analysis to determine stocking rates is appropriate only where the BLM has already determined that grazing is an appropriate use of a particular area. In other words, Comb Wash/FLPMA balancing should happen first.

[6] As the reader knows, the Natural Resources Conservation Service (NRCS) provides key spatial data for use in this capacity analysis. NRCS soil surveys have developed soil map units which possess common soil characteristics, climate, and composition of the plant community. A grazing allotment usually contains a number of discrete soil map units. The description for a soil map unit includes a certain vegetative community (called "Range Site Type") and the NRCS estimates the annual amount of forage that the Service believes is typically produced for that specific soil unit type. This estimation, broken down into species, is usually based on relict sites and predicts the pounds per acre of annual production one would expect on a healthy and fully productive potential natural plant community for that soil map unit.

[7] The Natural Resources Conservation Service is about to release a new soil survey with updated information. When these data area available, capacity analysis can be run with more current information.

[8] While there are a number of studies that have looked at changes in rangeland plant communities with the removal of livestock, little is known about the continued forage use by wild herbivores during recovery. Any recovery plan must account for the plant consumption needs for wildlife, soil organisms and insects. In many cases, these forage consumers have depleted populations that need to be restored.

[9] In order to convert this to a percent for use in the GIS forage capacity analysis for the Upper Hackberry allotment described in Section 3, we calculated the percentage this numerical value represented of the (grass and forb) forage predicted by the NRCS Range Site Type descriptions for those range site types in the Upper Hackberry Allotment.

[10] In the early 1980s BLM, in coordination with NRCS (then the Soil Conservation Service) conducted range surveys as part of the preparation of a soil survey. These soil map unit descriptions were reported as "Site Write-up Areas" (SWAs). The SWAs recorded the percent weight of the total aboveground plant biomass grown each year for each observed plant species. The total annual plant growth (in lbs/acre) was also recorded. A number of other factors were sometimes recorded including percent bare ground, percent ground cover, and slope.

[11] Be sure to see pages 7-8 where we make recommendations on how forage for each vegetation community type, or Range Site Type is estimated.

[12] In the Upper Hackberry example we feature in the following section, this calculation resulted in a 25% allocation of forage for herbivores across the entire allotment. Combined with the other allocations for invertebrates, and soils and vegetation, this resulted in an 85% allocation for ecological needs on the allotment.

[13] The table and figure on the following section (Figure 5 on pg 29 and Table 7 on pg 30) shows that the transects the authors measured on the Upper Hackberry allotment range between 30 and 90% bare ground. Microphytic crust ranged in cover from 0 to 28% indicating that when trampling is minimal in areas where livestock don't linger, crust potential is high and ground cover potential therefore is also high.

[14] Part of the problem with this indicator is that in rangelands dominated by trees and shrubs, the indicator may not adequately describe loss of forage production in the common situation where forb and grass production is extremely low and shrub and tree production high.

BLM_0080310

## LIVESTOCK GRAZING

### General comments

The impacts and implications of livestock grazing were not adequately addressed in the DEIS or in the individual taxon accounts.  Most of the applicable scientific literature was omitted from the literature cited.

The impact of livestock on rare and legally listed species is not minor.  Searching for "livestock, endangered" in the Federal Register (http://www.epa.gov/fedrgstr) on 30 November 2004, I got 7850 matches.  In California, at least 34% of the state-listed plants are considered to be threatened by livestock (Faber 1997).  The California Native Plant Society 6th Inventory (Tibor 2001), the California Natural Diversity Database, the Natural Heritage Network, *The Jepson Manual* (Hickman 1993), Stephenson and Calcarone (1999), Fiedler (1996), Keil (1996), and the Center for Biological Diversity all include livestock among threats to sensitive taxa occurring in the plan area.

Contrary to the statement in the DEIS (3-38), there is a large body of literature that quantifies the ecological effects of livestock grazing.  Below, I briefly discuss a small portion of this.  I have included citations for more in the references list I have included.  The personal grazing-related reference list I keep runs to 100+ pages.

At least some environmental groups are now pointing out that, ecologically, livestock grazing as 'the annual clearcutting' of grasslands and other ecosystems (e.g., publiclandsranching.org; Consultative Group on Biological Diversity, Southern Utah Wilderness Alliance).  Designing management plans that put protection the natural resources first might be a large step toward regaining this portion of the public's confidence in government agencies to manage public lands.

There is no compelling evidence that livestock herbivory is beneficial and the ecological costs of alien livestock in have been clearly elucidated, therefore, public land managers must be able to demonstrate that low-impact management and natural ecosystem sustainability are possible, on the basis of careful use of the best available science.  They should be able to demonstrate how ecological costs can be minimized.  Public employees should be advocates for the public's natural resources.  They must be able to demonstrate how ecological costs of management decisions can be minimized.

**Grazing**  is not included in the glossary (Appendix J), despite the fact that the term can be problematical (Painter 1995).  **Herbivory** is the act of being an herbivore, the consumption of photosynthetic primary producers.  Types of herbivory are frequently imprecisely defined in the literature.  As one scans the 'grazing' literature, one finds **to graze** is used to mean (1) to consume any type of aboveground production (both woody and herbaceous plants), (2) to feed primarily on herbaceous plants, or (3) to feed primarily on grasses or graminoids (Painter 1995).  **To browse** is used to mean to feed primarily on (1) woody plants or (2) non-grasses or non-graminoids.  In addition, both terms may be used only for defoliation or may include some or all ancillary impacts (e.g., trampling, excrement, pull-up and breakage).  A statement such as "grazing is a natural process on all plant communities" (Box and Malechek 1987) takes on different meanings, depending on the definition used.

Herbivory is a natural part of all terrestrial ecosystems.  However, herbivore species differ greatly in behavior and impacts, and there are no simple substitutions (Painter 1995).  Terrestrial herbivores can range in size from single cells to elephants (Billings 1970).  Grasshoppers have different effects than aphids, sheep differ from cattle, and the impacts of deermice and deer are quite different.

The impact of herbivores on plants is a predator/prey interaction.  Although the prey is often not killed by the first injury, all impacts are cumulative and even a single defoliation can have significant negative impacts.  The impacts of livestock on plants vary, depending on animal species, numbers, and management.

There are few, if any, types of plant communities in the American West that are unimpacted by livestock (e.g., see Painter 1995).  Ohmart (1996) pointed out that almost all riparian areas in the western US "are in unacceptable condition".

Domestic livestock are (and must be treated as) alien taxa.  Introduction of alien taxa (including livestock) must be treated as a significant ecological change, and negative impacts on native plants and animals, on soils and soil organisms, and on all other aspects of the ecosystems must be anticipated and minimized.  This can only be done if management decisions are made based on knowledge of the impacted flora, fauna, and ecosystems, and a management program firmly grounded in the best available science[1].

---

[1]  Pertinent biological and ecological research can be found in a wide range of peer-reviewed journals that publish basic and applied science, including (but certainly not limited to) *Advances in Ecological Research, Agro-Ecosystems, American Journal of Botany, American Journal of Zoology, American Midland Naturalist, American*

BLM_0080311

E. L. Painter
Science Consistency Review
Grazing

There are a number of reviews of the impacts of livestock (e.g., Belsky et al. 1999; Donahue 1999; Fleischner 1994; Painter 1995).

Potential sources of damage that have been reported include direct physical damage to plants from consumption, pull-up, breakage, and trampling, deposition of urine and feces on plants, soil compaction and other soil disturbances.

Grazing and trampling by livestock can cause a reduction in plant and litter cover, can reduce infiltration of water, increase runoff, erosion, and spatial arrangement of nutrients (Milton et al. 1994).

Livestock generally increase in bare ground and soil erosion (e.g., Robertson 1971; Anderson and Holte 1981; Kindschy 1988; Kauffman and Krueger 1984). One of the few studies done by paleoecologists (Cole and Liu 1994) reported that the drainages examined clearly demonstrated two geomorphic regimes (1) sharply incised arroyos recently cut into (2) older fine-grained alluvium built up by thousands of years of deposition, and that incision and sedimentation has left a quantitative record of the shift in geomorphic regimes that occurred post settlement, as large herbivores denuded the landscape. In a marsh below one of these incised arroyos, the rate of sediment accumulation increased by an order of magnitude after settlement (to a rate unlike any existing during the previous 5000 yr), from an average rate of 0.7 mm/yr to one of 13.4 mm (>19 times the pre-settlement rate).

Livestock grazing is among the anthropogenic factors that have altered the role of fire in western North America (DellaSala 2004). Post-fire livestock grazing can delay recovery of burned areas, and should not be permitted in burned areas until vegetation recovery has occurred (Beschta et al. 2004).

Livestock have been found to be instrumental in the introduction and perpetuation of non-native plants (Belsky and Gelbard 2000; Billings 1994; Keeley 1995; Schierenbeck 1995; Schiffman 1997). Many of these alien plant taxa are transported by the livestock, either externally or internally (Ellison 1960). Ecosystems where alien plant taxa dominate or are important members significantly differ ecologically from pre-settlement ecosystems they have superseded. Ecologists are beginning to understand the biology of some alien plant taxa and ecological changes that accompany their proliferation (see Johnstone 1986; Schierenbeck 1995).

Alien-annual-dominated grasslands in California are anthropogenic in origin, the result of disturbance related to European-American settlement, frequently related to livestock (Baker 1972; Biswell 1956; Holland and Keil 1995; Jackson 1985, Minnich 1980; Schoenherr 1992; Sims 1988). These unnatural communities represent large patches of alien plants that fit Baker's (1974) and Holland and Keil's (1995) biological definitions of 'weeds'.

Reports of livestock reducing alien 'weeds', cases reported in the literature involve heavily managed  sheep, goats, etc., used in high numbers for very short periods of time, and can result in significant damage to all vegetation and to soils (G. Beck, personal communication). Although normal commercial livestock management may occasionally reduce alien 'weeds' (rarely, if ever, documented), generally, it has lead to increases rather than decreases in numbers and abundances of alien 'weeds'. In most vegetation dominated by native perennial plant taxa, alien plant taxa usually cannot easily invade unless there is a disturbance (e.g., livestock). Because seeds can take several days to pass through animals, animals transport seeds consumed from one feeding site to another and can become a source for unwanted alien introductions. Livestock-mediated disturbance and seed dispersal are important factors in 'weedy' alien colonization (Schiffman 1997). In addition, unnatural changes in nutrients, competition, soil compaction, etc., may better suit alien plant taxa than natives. And alien plant taxa from the same regions as alien herbivores may be have better herbivore resistance mechanisms to those grazers than native taxa, giving the alien plant taxa

---

*Naturalist, American Zoologist, Annals of Botany, Annals of the Missouri Botanic Garden, Annual Review of Ecology and Systematics, Biological Conservation, Biological Reviews,  BioScience, Botanical Gazette, Botanical Review, Bulletin of the Torrey Botanical Club, Canadian Entomology,  Canadian Journal of Botany, Canadian Journal of Plant Science, Canadian Journal of Zoology,  Conservation Biology, Desert Plants,  Ecology, Condor, Ecological Applications, Ecological Modeling, Ecological Monographs, Ecology, Environmental Entomology, Environmental Management, Evolution, Evolutionary Ecology, Frontiers in Ecology and the Environmenl, Grass and Forage Science, Great Basin Naturalist, Journal of the American Society of Agronomy, Journal of Applied Ecology, Journal of Arid Environments, Journal of Biogeography, Journal of Ecology, Journal of the American Society of Agronomy, Journal of Animal Ecology, Journal of Applied Ecology, Journal of Arid Environments, Journal of Biogeography, Journal of Economic Entomology, Journal of Forestry, Journal of Herpetology, Journal of Mammalogy, Journal of Range Management, Journal of Soil and Water Conservation, Journal of Vegetation Science, Journal of Wildlife Management,  Madroño, National Geographic Society Research Reports,  Nature, New Phytologist, Northwest Science, Oecologia, Oikos, Paleobiology, Plant and Soil,  Prairie Naturalist, Science, Southwestern Naturalist,  Taxon, Trends in Research in Ecology and Evolution, Vegetatio, Weed Science, Wilson Bulletin.*

BLM_0080312

another advantage.  Without study and documentation, it is not logical to assume that effects of livestock on alien plant populations will be desirable ones.  The presence (not absences) of livestock generally has had negative impacts on biodiversity of native taxa in the arid and semi-arid west (Fleischner 1994).

Terracettes (step-like microforms) develop as a response to livestock trampling, especially on steep, fundamentally unstable slopes (Klein 1987).  Terracettes occur commonly on very steep slopes, along side large rotational slips, shallow soil slides, and theater-headed gullies.  On very steep slopes, the step-like terracette forms disintegrate into a jumbled lattice network that lacks continuity across contours.  Terracettes on steep slopes are likely to fail unless they possess sufficient silt and clay to impact cohesion to the coarse sandy soil.

Cattle and sheep are generally considered to be grazers, preferring herbaceous plants, especially grasses (Vallentine 1990; Heady and Child 1994), therefore, use of woody plants by livestock should be viewed as an indication that there is insufficient herbaceous feed available.  Van Dyne and Heady (1965) found that cattle were found to strongly prefer native perennial to alien annual grasses, especially in the dry season.

Cattle feces, dropped at the rate of 0.97 $m^2$/cow/day (354 $m^2$/cow/year), are slow to decompose in arid and semi-arid climates (Heady and Child 1994).  In much of the West (including California), livestock fecal decomposers are limited or missing (Anderson et al. 1984, Mack and Thompson 1982).  Anderson et al. (1984) found that feces can require several years to decompose.  Insecticides orally administered to livestock can be excreted in feces, negatively impacting dung insects and further inhibiting  break down (Anderson et al. 1984).  Feces can smother plants beneath them (Anderson et al. 1984, Heady and Child 1994).

Even when fecal decomposers are present, there is some nutrient loss.  The only way that a significant portion of the nutrients incorporated into the animals would be returned to the ecosystem is if the animals were allowed to die and decompose in place.  Instead all nutrients incorporated into most animals are lost to the system when the animals are removed (generally for slaughter).

There is limited information available about the impacts of livestock on mycorrhizal associations.  However, herbivory generally reduces root biomass (Ellison 1960; Painter and Belsky 1993), changing root/shoot ratios and reducing root colonization (Bethlenfalvy et al. 1985).  The resultant reduced nutrient uptake could influence competition with non- or facultatively mycorrhizal taxa (e.g., weeds).  Bethlenfalvay and Dakessian (1984) reported a significant shift in floristic composition and density of mycorrhizal plant taxa and a decrease in fungal colonization of grazed grasses.  Bethlenfalvy et al. (1985) found that severe herbivory significantly decreased numbers of mycorrhizal fungal spores.  This could reduce or inhibit colonization of seedlings, giving an advantage to non- or facultatively mycorrhizal taxa.  In studies of other types of disturbances in arid and semi-arid habitats, it has been observed that these lands are normally invaded by either nonmycorrhizal or facultative mycorrhizal plant species, including many invasive alien taxa, including many alien annual grasses (Pendleton and Smith 1983, Doerr et al. 1984, Wicklow-Howard 1994).  Success of these species further reduces propagules of mycorrhizal fungi (Wicklow-Howard 1994).  Re-establishment of later successional taxa may be related to propagule density (Allen and Allen 1980).  Thus, soil disturbance and management that removes or diminishes native species and promotes alien species may strongly negatively impact this essential component of the nutrient cycle (Wicklow-Howard 1994), which in turn may influence successful re-establishment of native taxa.  Because mycorrhizal associations are essential for many plant taxa, negative impacts may have severe consequences.  The ecological importance of mycorrhizae in arid and semi-arid habitats appears to be related largely to acquisition of water and nutrient resources (e.g., Allen et al. 1981, Allen and Allen 1986, Dickman et al. 1984, Hetrick et al. 1989, and citations therein).  Soils in shrub-steppe habitat of the Intermountain Region tend to be low in organic matter, low in available P and N, and have limited available water, and the ecological importance of mycorrhizae appears to be related to acquisition of nutrient resources.  Mycorrhizal associations may strongly influence plant competitive abilities, plant species success, community composition, and succession (Miller 1979, Moorman and Reeves 1979, Reeves et al. 1979, Koske and  Halvorson 1981, St. John and Coleman 1983).

Belnap et al. (2001) included livestock among the threats to biological soil crusts.  Trampling, compaction, and other disturbances caused by hooves of domestic livestock have negative impacts on soil crusts, especially during dry periods  (Belnap 1994a, Belnap and Gardner 1993, Beymer and Klopatek 1992,  St. Clair and Johansen 1993).  Both cover and biomass of the biological soil crusts have been found to be reduced on areas grazed by domestic livestock and exposed soil to increase (Beymer and Klopatek 1992, Brotherson et al. 1983).  Damage can not only reduce soil stability, but soil fertility and soil moisture retention (Belnap 1994a).  Impacts need not be direct to be devastating to crusts, and water- or wind-borne sediments from nearby destabilized areas can bury living crusts (Belnap 1994a).  Significant correlations can exist between biological soil crust cover and the composition of vascular plant communities, so that damage can result in an altered vascular flora (Beymer and Klopatek 1992, Brotherson et al. 1983).  Intensive livestock grazing has been used to break up physical soil crusts (Belnap et al. 2001).  However, the result is short-lived.  To effectively address physical soil crusting, management must promote greater soil aggregate

3

BLM_0080313

E. L. Painter
Science Consistency Review
Grazing

stability.  According to Belnap et al. (2001), management that promotes soil surface protection (through plant and biological soil crust cover) and increases soil organic matter is the only lasting solution to physical soil crust reduction.

Any time livestock move across bare dry soil they raise some dust.  When herds are trailed, they can raise quite a bit.  There is a growing awareness that dust can have significant negative impacts on plants, including reduced photosynthesis, increased water loss, reduced vegetative growth, increased disease, reduced pollen germination, and reduced seed set (Farmer 1993).  Therefore, quantities and constituents of dust must be taken into consideration in management plans, especially then there are rare plant taxa involved.

Conceptual frameworks for ecosystem change have suggested that the probability of reversing livestock-grazing-induced change may be inversely related to amount of disturbance involved in the transition (Milton et al. 1994), with the same amount of energy being required to alter species composition of vegetation as is required reverse the process (George et al. 1992, Gordon and Forman 1983).

BLM_0080314

## The purported benefits of being eaten

Although the controversial hypothesis that plants depend on, and may benefit from, being grazed was never directly addressed, there were inferences made.

As the distinguished British ecologist Dr. M. J. Crawley (1987) has pointed out, "some controversies seem destined to run forever", including the hypothesis that herbivory benefits plants.  As Verkaar (1986) pointed out, even after more than a quarter of a century Ellison's (1960) words are still accurate: "One cannot be very greatly impressed after examining this catalog of presumed contributions of grazing animals to the welfare of range vegetation by the supporting evidence".

Ellison (1960) observed that "the evidence of grazed plants' dependence on grazing animals is rather negative: the relation appears to be essentially one of parasitism by the animals."

Westoby (1987) pointed out that the main way in which a plant benefits from herbivory is if its neighbor is grazed while it escapes damage.  While there is little doubt that grazers greatly influence the outcome of competition between different plant species, there is considerable difference between the effects of being eaten and that of reduced competition because one's neighbors are eaten.

Despite protestations to the contrary, in nearly all cases of the alleged benefits are based on blatantly group-selectionist arguments (Crawley 1987, Gordon and Lindsay 1990).  There is no compelling evidence that the act of grazing *per se* increases fitness of grasses or any other plant taxa (Crawley 1993, Vicari and Bazely 1993).  As Crawley (1993) pointed out, "It is easy to make up stories...where the Darwinian fitness of a plant might be increased by herbivory.  ...However a major body of life-history theory is built on the sensible alternative, supported by a wealth of empirical evidence, that herbivory is deleterious to the individual plants that suffer it; it is often highly deleterious, sometimes much less deleterious, but generally harmful nonetheless."

As Verkaar (1986) pointed out, "the scope of most studies...has been limited to aboveground production, expressed as standing crop from an agricultural viewpoint or seen as edible food from the viewpoint of a biologist studying animal intake."  Although it is well established that above- and belowground plant parts are of equal importance (Cody 1986) and that grazing is a whole-plant phenomenon (Holland and Detling 1990), plant/large-herbivore studies usually focus only on the relatively small portion of plant biomass (particularly perennial plant biomass) that is aboveground (Fitter 1989, Painter and Belsky 1993, Verkaar 1986).  Belowground biomass is usually ignored, largely because aboveground phenomena are visible and relatively easy to study (what Fitter (1989) called the "weather forecast syndrome: forecasts always are most detailed for areas nearest the forecaster)".  However, belowground biomass may constitute 65-95 of the total plant standing crop (Painter and Belsky 1993).  As much as 85% of total community biomass may be belowground, and a significant component of this belowground ecosystem can be mycorrhizal associations (Doerr et al. 1984).  Caution is needed in extrapolating from aboveground biomass to total biomass (Painter and Belsky 1993).

*Herbivore optimization* (purported positive effects of grazing on plant productivity, with productivity of plants being greater than non-grazed plants, for at least some grazing intensities) is usually defined in terms of an increase in aboveground net primary production (see discussion in Painter and Belsky 1993).  [For more information concerning *herbivore optimization*  see Belsky (1986), and literature cited therein.]  Although there is evidence that some plants sometimes partially (or even occasionally completely) compensate for lost tissue, there is no compelling evidence for whole-plant overcompensation (i.e., 'optimization') nor for increased plant fitness in grazed plants, except under very specific conditions, rarely seen in nature (Belsky 1985, 1986, Belsky et al. 1993, Crawley 1993, Ellison 1960, Jameson 1963, Painter and Belsky 1993, Verkaar 1986).

The possibility of plant/large-herbivore mutualisms was debated (and, for evolutionary ecologists,  pretty well laid to rest) in a series of papers in *Oikos* (e.g., Bleken and Ugland 1984, Herrera 1982, Inouye 1982, Nur 1984, Owen 1980, Owen and Wiegert 1976, 1981, 1982, Silverton 1982, Stenseth 1978, 1983, 1984a,b, Thompson and Uttley 1982).  In order for a relationship to mutualistic, individuals of both taxa participating must have greater fitness than individuals of the same taxa that are not (Belsky et al. 1993, Herrera 1982).  There is no unequivocal evidence that large-animal herbivory increases plant fitness (i.e., those plants that contribute more genes to the next generation).

Paige and Whitham (1987) is one of the few studies that purport to demonstrate both grazing-related 'mutualism' and whole-plant 'optimization'.  However, in addition questions raised by Crawley (1987), there are other problems with this study.  First, it is a study of a single 'population' (unless results are repeatable, one must always be cautious of extrapolating from a single population to a species, extrapolations beyond that are even less prudent).  When Bergelson and Crawley (1992a,b) attempted to replicate Paige and Whitham's experiment in other populations of *Ipomopsis aggregata* (Push) V. Grant, they could not repeat Paige and Whitham's results.  In addition, the branching pattern following loss of the main shoot (which Paige and Whitham credited with being the mechanism involved and which they associated only with herbivory) has also been observed to occur when the apical meristems of

5

E. L. Painter
Science Consistency Review
Grazing

monocarpic *Ipomopsis* spp. plants are damaged by fungus or freezing (M. Price, N. Wasser, D. Wilken, personal communications), supporting the hypothesis of Belsky et al. (1993) of a more generalized response to damage rather than a specific response to grazing.  In addition and possibly most problematic is the evidence that the 'population' at Fern Mountain that Paige and Whitham studied actually consists of two species [*Ipomopsis aggregata* and *I. tenuituba* (Rydb.) V.Grant], plus intermediates (Grant and Wilken 1988).  Unlike Bergelson and Crawley,  Paige and Whitham did not voucher their herbivory study nor send specimens to an expert for identification, so it cannot be determined if the plants used were all of one taxon, or if the sample was composed of both species, with or without the intermediates. Composition of experimental sample would strongly influence results, particularly if each treatment group had a different mixture.  The results reported by Paige and Whitham (1987) may be related to phylogeny or to a generalized damage response rather than to grazing.

6

BLM_0080316

## Exclosures and livestock grazing

Many advocates for livestock grazing do not seem to think that an exclosure is an appropriate reference point in matters of plant community ecology.  There are times when using exclosures or the plants or vegetation growing within them may be inappropriate (see Painter et al. 1989).  However, in general, exclosures may be among the most under-rated tools available for understanding livestock herbivory in the arid and semi-arid western North America.

While there is an enormous amount of literature on livestock herbivory in western North America, most of it concerns increasing livestock production or increasing forage production to feed livestock, and comparatively little research has been designed to examine what happens when livestock are removed (Painter 1995).  There is a genuine need for more, larger exclosures; nongrazed land is relatively rare, and most livestock-free areas are too small for valid comparisons (Bock et al. 1994).  Crawley (1993) pointed out that, in order to study the role of herbivory in plant fitness, "long-term, selective herbivore exclosure and repeated experimental introductions of excess seed will need to be coupled with the analysis of robust, yet simple models of plant dynamics".

BLM_0080317

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping 5b |
| **Date:** | Sunday, February 07, 2010 5:07:41 PM |
| **Attachments:** | Herbage Response to Grazing Systems and Stocking Intensities JRM.PDF |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

BLM_0080318

# Herbage Response to Grazing Systems and Stocking Intensities

H. WALT VAN POOLLEN AND JOHN R. LACEY

### Abstract

A review of pertinent literature shows that grazing systems and grazing intensities both influence herbage production on Western ranges. Mean annual herbage production increased by 13% when grazing systems were implemented at a moderate stocking intensity. Increases were larger (35% and 27%) when continuous livestock use was reduced from heavy to moderate, and moderate to light, respectively. This suggests that adjustments in livestock numbers have a greater effect on herbage production than do grazing systems.

Grazing systems are being implemented on Western ranges by land management agencies. These agencies use studies by Hormay and Talbot 1961, Hormay and Evanko 1958, Merrill 1954, Reardon and Merrill 1976, Martin 1973, and Hickey and Garcia 1964, among others, to support this action. These grazing system studies report better livestock distribution, greater herbage and livestock production, and improved range condition. However, literature reviews (Hickey 1968; Heady 1961; Herbel 1971; and Shiflet and Heady 1971) also summarize grazing system studies which report nonsignificant forage responses, reductions in livestock production, and cost increases. Some researchers (Heady 1961; Mathis and Kothmann 1968; Cook 1966; and McMeekan 1956) feel that vegetation is affected more by grazing intensity than by grazing systems.

One objective of this paper is to review and analyze data from grazing system and grazing intensity studies. The second objective is to determine whether livestock adjustments have a greater effect on herbage production than do grazing systems.

## Methods

We have compared specialized grazing systems to continuous grazing. Heady (1961) treated rotation, deferred, rest rotation, and deferred rotation systems as specialized systems and considered seasonlong and yearlong grazing to be continuous use. This approach is logical because differences between vegetative types and periods of use and nonuse make it difficult to compare one specialized system to another.

Herbage production data are the most reliable measure of grazing management procedures (Klipple 1964). Consequently, grazing studies were reviewed to find those which compared herbage production under continuous use and specialized grazing systems. Results were used only from studies describing use at a moderate level (40-60%). Herbage production under the respective systems was

tabulated from each of 18 studies and the difference in productiveness between the grazing systems and continuous use was determined. An average difference for all studies was calculated. An average difference was also calculated for the four geographic regions. These means were compared by an analysis of variance. We have used these average differences as a measure of the vegetal response that can be expected when a specialized grazing system is implemented.

Differences in herbage production under light, moderate, and heavy livestock use were also tabulated from 14 studies. Results were used only from studies describing use at a comparable level as follows: heavy, 60-80%; moderate, 40-60%; and light 20-40%. Average differences between production at the three use levels were calculated. An average difference was calculated for two geographic regions. These means were compared by an analysis of variance. We have used these average differences as a measure of the vegetal response which can be expected when livestock use is reduced from heavy to moderate, and from moderate to light, respectively.

## Results and Discussion

### Herbage Response to Grazing Systems

Herbage production averaged 13% higher when livestock use was controlled by a specialized grazing system, rather than being continuous (Table 1). Two of the studies (Hamilton et al.



Fig. 1. *Herbage production response for three geographical areas under different grazing intensities (heavy to moderate, moderate to light and under grazing systems. Nodes represent means and confidence intervals at 95%.*

Both authors were employed by the Bureau of Land Management as range conservationists, in Socorro New Mexico. Van Poollen is now at the Department of Agricultural Economics, Univ. of Hawaii, Honolulu, and Lacey is at the Department of Range Science, Utah State University, Logan.

The authors wish to thank Dr. Robert P. Gibbens and Dr. Pat O. Currie for their helpful reviews.

Manuscript received May 10, 1978.

BLM_0080319

**Table 1. Herbage production (lb/acre) under grazing systems and continuous use, and mean differences in production for 18 studies in 6 geographical areas.**

| Author  Geographic  Area | Production | | |
|---|---|---|---|
| | Grazing System | Continuous Use | Percentage difference |
| **Northern Great Plains** | | | |
| Black et al. 1937 | —No difference— | | 0 |
| Black et al. 1942 | —No difference— | | 0 |
| Campbell 1961 | 1350 | 1163 | 16 |
| Hubbard 1951 | | Higher | −12 |
| Lodge 1970 | −301 | −261 | −13 |
| Smoliak 1960 | 489 | 465 | 5 |
| | | | $\bar{X}=-.7\%, S\approx11, S\bar{x}\approx4*$ |
| **Flint Hills** | | | |
| Herbel et al. 1959 | | | |
| Ordinary upland | 1952 | 1744 | 12 |
| Limestone breaks | 1996 | 1499 | 33 |
| Clay upland | 1346 | 1116 | 21 |
| Owensby et al. 1973 | | | |
| Loamy upland | 4521 | 4218 | 7 |
| Breaks | 3564 | 2898 | 23 |
| Clay upland | 4311 | 3657 | 18 |
| Smith et al., 1978 | 2759 | 2604 | 6 |
| | | | $\bar{X}=17, S=10, S\bar{x}\approx4*$ |
| **Texas** | | | |
| Kothmann et al. 1975 | | | |
| Deep upland | 1532 | 1233 | 24 |
| Deep upland | 1227 | 955 | 28 |
| Rolling hills | 1287 | 723 | 39 |
| Rolling hills | 1054 | 788 | 34 |
| Keng et al. 1960 | Higher | | 25 |
| Reardon et al. 1976 | 1188 | 481 | 147** |
| | | | $\bar{X}=30, S=6, S\bar{x}3*$ |
| **Southwest** | | | |
| Martin 1970 | 220 | 550 | −60 |
| Martin 1973 | 89 | 64 | 39 |
| Martin et al. 1976 | | | |
| Site I | 551 | 394 | 47 |
| Site II | 195 | 175 | 11 |
| Site III | 357 | 387 | −8 |
| | | | $\bar{X}=6, S=61, S\bar{x}=27*$ |
| **Pacific Northwest** | | | |
| Hamilton 1945 | Higher | | 9 |
| Skovlin et al. 1976 | | | |
| Grassland | +51 | +21 | 143** |
| Forest | −108 | −134 | 19** |
| **Colorado** | | | |
| Klipple 1964 | −298 | −35 | −750** |
| **Average for Western Ranges** | | | $\bar{X}=13, S=23, S\bar{x}=5*$ |

Confidence interval of the mean was calculated at a 95% level.
Treated as outliers, and not included in the analysis.

**Table 2. Herbage Production (lb/acre) under two grazing intensities and mean differences in production for 14 studies in 9 geographic areas.**

| Author | Production | | |
|---|---|---|---|
| | Heavy | Moderate | % Change |
| **Northern Great Plains** | | | |
| Hanson et al. 1970 | 1752 | 2092 | 19 |
| Johnson et al. 1951 | 1262 | 1571 | 25 |
| Lewis et al. 1956 | | | |
| Ridges | 1069 | 1009 | −6 |
| South slopes | 1098 | 1300 | 19 |
| North slopes | 1188 | 1343 | 13 |
| Draw | 2509 | 2231 | −11 |
| Rauzi 1963 | 727 | 1574 | 117 |
| Reed et al. 1961 | 314 | 381 | 21 |
| | | | $\bar{X}=25\%, S=40, S\bar{x}14***$ |
| **Flint Hills** | | | |
| Herbel et al. 1959 | | | |
| Ord. upland | 1318 | 1749 | 33 |
| Limestone break | 1528 | 1499 | −2 |
| Clay upland | 505 | 1116 | 121 |
| Launchbaugh 1957 | 1096 | 1245 | 14 |
| | | | $\bar{X}=42\%, S=55, S\bar{x}=28***$ |
| **Colorado Seeded Range** | | | |
| Currie et al. 1970 | | | |
| *Agropyron cristatum* | 1082 | 1270 | 17 |
| *Bromus inermis* | 555 | 755 | 36 |
| Agcr and Brin | 1189 | 1578 | 33 |
| *Agropyron intermedium* | 477 | 894 | 87 |
| | | | $\bar{X}=43\%, S=30, S\bar{x}=15***$ |
| **New Mexico** | | | |
| Valentine 1970 | 49 | 77 | 57 |
| **Oklahoma** | | | |
| Hazell 1967 | 3172 | 3767 | 19 |
| **Colorado** | | | |
| Smith 1967 | −203 | +85 | 142* |
| **Wyoming** | | | |
| Pond 1961 | | | |
| Granitic soil | .48 | .74 | 54** |
| Sedimentary soil | 1.18 | 1.48 | 25** |
| **Utah** | | | |
| Cook 1971 | −45% | −11% | 76 |
| **Pacific Northwest** | | | |
| Skovlin et al., 1976 | | | |
| Grassland | +9 | +57 | 533** |
| Forest | −122 | −128 | −5 |
| **Average for Western Ranges** | | | $\bar{X}=35\%, S=37, S\bar{x}=8***$ |

Treated as outliers, and not included in the analysis.
Measured in grams per plant.
Confidence interval of the mean was calculated at a 95% level.

1975; and Campbell 1961) investigated tame pastures, the remainder native ranges. Reardon and Merrill's (1976) study was omitted from the analysis because the continuous use pasture was grazed at a higher stocking intensity. The study of Skovlin et al. (1976) was omitted because utilization averaged 35% for the five key species. Klipple's (1964) datum was omitted because it was a statistical outlier (Li 1964).

Herbage response to grazing systems differed by geographical area (Table 1, Fig. 1). For example, when herbage response under specialized grazing systems was compared to that under continuous use, mean herbage production decreased 0.7±9%, increased 17±7%, and increased 30±6% in the Northern Great Plains, Flint Hills, and Texas, respectively. The three studies (Martin 1970; Martin 1973; Martin and Ward 1976) from southern Arizona suggest that mean herbage response will increase by 6±41% when grazing systems are implemented in the Southwest. It is unrealistic to predict mean herbage responses in the shortgrass prairie of Colorado or the Pacific

BLM_0080320

Northwest because of the restricted number of studies. The analysis of variance showed the means were not significantly different. However, Table 1 suggests that responses in the Flint Hills and Texas regions are similar, and that these are different from the responses in the Northern Great Plains. The data also suggest that additional research is needed in the Southwest before geographic differences can be fully analyzed.

Variation measured on different range sites at or near the Santa Rita Experimental Range (Martin and Ward 1976); in the Flint Hills region (Herbel and Anderson 1959); and in the Texas region (Kothmann et al. 1975) is similar to the variability between geographical regions. Therefore, the $13 \pm 8\%$ increase is a realistic estimate of mean herbage response to grazing systems on Western ranges.

### Herbage Response to Grazing Intensity

Herbage responses are fairly consistent when livestock numbers are reduced on Western ranges (Tables 2 and 3). Mean herbage production increases 35 and 28% when use is reduced from heavy to moderate, and from moderate to light, respectively. Currie and Smith (1970) studied seeded pastures, the remainder native ranges. Cook's (1971) study was omitted from the analysis because he used a clipping technique to simulate livestock grazing on seven plant species. Data from Smith (1967) and Skovlin et al. (1976) were not analyzed because their utilization levels were lighter than those considered in this analysis.

Only two geographic regions had enough studies to permit comparison on native ranges (Fig. 1, Tables 2 and 3). The analysis of variance showed no significant difference. However, the response from reducing livestock use from heavy to moderate ($42 \pm 65\%$) was higher than it was in the Northern Great Plains ($25 \pm 27\%$). But the response from reducing livestock use from moderate to light was greater in the Northern Great Plains than in the Flint Hills. The differential response may reflect the interplay of short-, mid-, and tall-grass species.

Variation between range sites measured in South Dakota (Lewis et al. 1956) and in the Flint Hills (Herbel and Anderson 1959) is similar to the variability between geographical regions. Therefore, the $35 \pm 14\%$, and the $28 \pm 13\%$ increases are realistic estimates of mean herbage response to livestock adjustments that reduce use from heavy to moderate, and moderate to light, respectively.

### Management Implications

Tables 1, 2, and 3 can be interpreted to predict herbage response to grazing management procedures on Western ranges. Herbage production can be expected to increase an average of $13 \pm 8\%$ when grazing systems are implemented. Federal land management agencies could also use the $13 \pm 8\%$ increase as a basis for associated livestock and socio-economic predictions in their environmental impact statements.

Geographically, herbage response to grazing systems was most variable in the Southwest. This variation ($6 \pm 41\%$) makes it difficult, if not impossible to predict consistent herbage response. Therefore, it appears that livestock adjustments become increasingly important as a management tool in this region. In contrast, herbage response to grazing system implementation is less variable in Texas. Thus, it becomes a more feasible management tool in this region.

It is not possible to evaluate grazing system implementation at a light stocking intensity. Gibbens and Fisser's (1975) study

**Table 3. Herbage production (lb/acre) under two grazing intensities and mean differences in production for 12 studies in 8 geographic areas.**

| | Production | | |
|---|---|---|---|
| Author | Moderate | Light | % Change |
| **Northern Great Plains** | | | |
| Hanson et al. 1970 | 2092 | 3700 | 77 |
| Johnson et al. 1951 | 1571 | 2046 | 30 |
| Lewis et al. 1956 | | | |
| Ridges | 1009 | 1059 | 5 |
| South slopes | 1300 | 1289 | −1 |
| North slopes | 1343 | 1389 | 3 |
| Draw | 2231 | 2885 | 29 |
| Reed et al. 1961 | +381 | +564 | 48 |
| | | | $\bar{X}=27\%, S=28, S\bar{x}=11^{*}$ |
| **Flint Hills** | | | |
| Herbel et al. 1959 | | | |
| Ord. upland | 1749 | 2080 | 19 |
| Limestone break | 1419 | 1916 | 28 |
| Clay upland | 1116 | 968 | −13 |
| Launchbaugh 1957 | 1245 | 1963 | 58 |
| | | | $\bar{X}=23\%, S=29, S\bar{x}=15^{*}$ |
| **Colorado Seeded Range** | | | |
| Currie et al. 1970 | | | |
| *Agropyron cristatum* | 1270 | 1264 | 0 |
| *Bromus inermis* | 755 | 787 | 4 |
| Ager and Brin | 1578 | 1479 | −6 |
| *Agropyron intermedium* | 894 | 907 | 2 |
| *Elymus junceus* | 638 | 885 | 39 |
| | | | $\bar{X}=8\%, S=18, S\bar{x}=8^{***}$ |
| **New Mexico** | | | |
| Valentine 1970 | 77 | 159 | 106 |
| **Colorado** | | | |
| Smith 1967 | +85 | +18 | −79 |
| **Wyoming** | | | |
| Pond 1961 | | | |
| Granitic soil | .74 | .9 | 22** |
| Sedimentary soil | 1.48 | 2.58 | 74** |
| **Utah** | | | |
| Cook 1971 | −11% | +17% | 255* |
| **Pacific Northwest** | | | |
| Skovlin et al. 1976 | | | |
| Grassland | +57 | +43 | −25* |
| Forest | −128 | −108 | 16* |
| **Average for Western Ranges** | | | $\bar{X}=28\%, S=33, S\bar{x}=8^{***}$ |

Treated as outliers, and not included in the analysis
Measured in grams per plant
Confidence interval of the mean was calculated at a 95% level.

on a big sagebrush range is most applicable. They felt that a light stocking rate was the reason vegetal cover did not show differences between rest rotation, deferred, or seasonlong grazing.

It is possible to compare the alternatives of implementing grazing system at moderate use or of reducing livestock numbers to a light level. For example, in the Northern Great Plains, herbage response will increase by $27 \pm 21\%$ when livestock use is reduced from moderate to light. Herbage response to grazing systems averages $-0.7 \pm 9\%$. In this situation, livestock adjustments may be more economically feasible for an individual operator (Klipple and Bement 1961). But land management agencies must consider social, economic, and

BLM_0080321

other factors before they decide to adjust livestock from moderate to light, implement grazing systems, or do a combination of both alternatives.

Land managers are also confronted with the situation of implementing grazing systems and simultaneously reducing livestock use from a heavy to moderate level. Tables 1, 2, and 3 can be used to evaluate the alternatives. For example, livestock adjustments result in a 35% and grazing systems a 13% increase in herbage production. These values can be adjusted proportionately to account for the total herbage response. It is assumed this would be an additive effect, resulting in the total response. Thus, livestock adjustments, from heavy to moderate use, would account for 73%, and grazing systems for 27% of the total herbage response when both are implemented simultaneously.

## Conclusions

Results from a number of controlled grazing studies show that mean herbage production will increase by $13 \pm 8\%$ when grazing systems are implemented, at a moderate use level on Western ranges. This is a smaller response than is obtained when livestock use is reduced from heavy to moderate, or from moderate to light. These livestock adjustments cause herbage production to increase by $35 \pm 14\%$ and $28 \pm 13\%$, respectively. This suggests that land managers should place more emphasis on proper stocking intensity, and less on grazing system implementation.

## Literature Cited

**Black, W.H., A.L. Baker, V.I. Clark, and D.R. Mathews. 1937.** Effect of different methods of grazing on native vegetation and gains of steers in Northern Great Plains. U.S. Dep. Agr., Tech. Bull. 547. 19 p. Extracted from Hickey, Wayne C., Jr. 1969. U.S. Dep. Agr., Forest Serv.

**Black, W.H., and V.I. Clark. 1942.** Yearlong grazing of steers in the Northern Great Plains. U.S. Dep. Agr., Circ. 642. 16 p. Extracted from Hickey, Wayne C., Jr. 1969. U.S. Dep. Agr., Forest Serv.

**Camphell, J.B. 1961.** Continuous versus repeated-seasonal grazing of grass-alfalfa mixtures at Swift Current, Saskatchewan. J. Range Manage. 14:72-77.

**Cook, C.W. 1966.** Carbohydrate reserves in plants. Utah Agr. Exp. Sta. Resources Ser. 31. 47 p.

**Cook, C. Wayne. 1971.** Effects of season and intensity of use on desert vegetation. Utah Agr. Exp. Sta., Bull. 483. 57 p.

**Currie, Pat O., and Dwight R. Smith. 1970.** Response of seeded ranges to different grazing intensities. U.S. Dep. Agr., Prod. Res. Rep. 112. 41 p.

**Gibbens, R.P., and H.G. Fisser, 1975.** Influence of grazing systems on vegetation in the Red Desert region of Wyoming. Wyo. Agr. Exp. Sta. Sci. Monog. 29. 23 p.

**Hamilton, J.G., Grover F. Brown, Harold E. Tower, and Wilkie Collins, Jr. 1945.** Irrigated pastures for forage production and soil conservation. U.S. Dep. Agr., Farmers Bull. 1973. 30 p. Extracted from Hickey, Wayne C., Jr. 1969. U.S. Dep. Agr., Forest Serv.

**Hanson, Clayton L., Armine R. Kuhlman, Carl J. Erickson, and James K. Lewis. 1970.** Grazing effects on runoff and vegetation on western South Dakota rangeland. J. Range Manage. 23:418-420.

**Hazell, Don B. 1967.** Effect of grazing intensity on plant composition, vigor, and production. J. Range Manage. 20:249-252.

**Heady, H.F. 1961.** Continuous vs. specialized grazing systems: a review and application to the California annual type. J. Range Manage. 14:182-193.

**Herbel, C.H. 1971.** A review of research related to development of grazing systems on native ranges of the western United States. Jornada Exp. Range, Rep. 3, New Mex. State Univ. 32 p.

**Herbel, C.H., and K.L. Anderson. 1959.** Response of true prairie vegetation on major Flint Hills range sites to grazing treatment. Ecol. Monogr. 29:171-186.

**Hickey, Wayne C., Jr. 1969.** A discussion of grazing management systems and some pertinent literature (abstracts and excerpts) 1895-1966. U.S. Dep. Agr., Forest Serv. Regional Office, Denver, Colo. 1.1 unnumbered.

**Hickey, Wayne C., Jr., and George Garcia. 1964.** Changes in perennial grass cover following conversion from yearlong to summer-deferred grazing in west central New Mexico. U.S. Dep. Agr., Forest Serv. Res. Note RM-33, Rocky Mountain Forest and Range Exp. Sta., Fort Collins, Colo. 3 p.

**Hormay, A.L., and A.B. Evanko. 1958.** Rest-rotation grazing—a management system for bunchgrass ranges. Calif. Forest and Range Exp. Sta. Misc. Pap. 27. 11 p.

**Hormay, A.L., and M.W. Talbot. 1961.** Rest-rotation grazing—a new management system for perennial bunchgrass ranges. U.S. Dep. Agr., Prod. Res. Rep. 51. 43 p.

**Hubbard, William A. 1951.** Rotational grazing studies in western Canada. J. Range Manage. 4:25-29.

**Johnson, Leslie E., Leslie A. Albee, R.O. Smith, and Alvin L. Moxon. 1951.** Cows, calves and grass. So. Dakota Agr. Exp. Sta. Bull. 412. 39 p.

**Keng, E.B., and L.B. Merrill. 1960.** Deferred rotation grazing does pay dividends. Sheep and Goat Raiser. 40:12-14. Extracted from Hickey, Wayne C., Jr. 1969. U.S. Dep. Agr., Forest Serv.

**Klipple, Graydon E. 1964.** Early- and late-season grazing versus season-long grazing of short-grass vegetation on the Central Great Plains. U.S. Dep. Agr., Forest Serv. Res. Pap. RM-11, Rocky Mountain Forest and Range Exp. Sta., Fort Collins, Colo. 16 p.

**Klipple, G.E., and R.E. Bement. 1961.** Light grazing—is it economically feasible as a range-improvement practice. J. Range Manage. 14:57-62.

**Kothmann, M.M., W.S. Rawlins, and Jim Bluntzer. 1975.** Vegetation and livestock responses to grazing management on the Texas Experimental Ranch. Texas Agr. Exp. Sta., PR-3310. 4 p.

**Launchbaugh, J.L. 1957.** The effect of stocking rate on cattle gains and on native shortgrass vegetation in west-central Kansas. Kans. Agr. Exp. Sta. Bull. 394. 29 p. Extracted from Klipple, G.E., and R.E. Bement. 1961. J. Range Manage. 14:57-62.

**Lewis, James K., George M. Van Dyne, Leslie R. Albee, and Frank W. Whetzal. 1956.** Intensity of grazing—its effect on livestock and forage production. So. Dakota Agr. Exp. Sta. Bull. 459. 44 p.

**Li, Jerome C.R. 1964.** Statistical Inference I. Edwards Brothers, Inc. Ann Arbor, Mich. 658 p.

**Lodge, R.W. 1970.** Complementary grazing systems for the Northern Great Plains. J. Range Manage. 23:268-271.

**Martin, S. Clark. 1973.** Responses of semi-desert grasses to seasonal rest. J. Range Manage. 26:165-170.

**Martin, S. Clark. 1970.** Vegetation changes on semi-desert ranges during 10 years of summer, winter and year-long grazing by cattle. Int. Grassl. Congr. Proc. 11:23-26.

**Martin, S. Clark, and Donald E. Ward. 1976.** Perennial grasses respond inconsistently to alternate year seasonal rest. J. Range Manage. 29:346.

**Mathis, G.W., and M.M. Kothmann. 1968.** Response of native range grasses to systems of grazing and grazing intensity. Progr. Rep. 2626. In: Agronomic Research in the Texas rolling plains. Tex. Agr. Exp. Sta. Consolidated Progr. Rep. 2616-2626. p. 21-23. Extracted from Shiflet, Thomas N., and Harold F. Heady. 1971. U.S. Dep. Agr., Soil Conserv. Serv. SCS-TP-152. 13 p.

**McMeekan, C.P. 1956.** Grazing management and animal production. Proc. 7th Intern. Grassland Congr. 146-156. Extracted from Heady, H.F. 1961. J. Range Manage. 14:182-193.

**Merrill, L.B. 1954.** A variation of deferred-rotation grazing for use under Southwest range conditions. J. Range Manage. 7:152-154.

**Pond, Floyd W. 1961.** Vigor of Idaho fescue in relation to different grazing intensities. J. Range Manage. 14:28-30.

**Rauzi, Frank. 1963.** Water intake and plant composition as affected by differential grazing on rangeland. J. Soil and Water Conserv. 18:35-37.

**Reardon, Patrick O., and Leo B. Merrill. 1976.** Vegetative response under various grazing management systems in the Edwards Plateau of Texas. J. Range Manage. 29:195-198.

**Reed, Merton J., and Roald A. Peterson. 1961.** Vegetation, soil, and cattle responses to grazing on Northern Great Plains Range. U.S. Dep. Agr., Forest Serv. Tech. Bull. 1252. 79 p.

**Shiflet, Thomas N., and Harold F. Heady. 1971.** Specialized grazing systems: their place in range management. U.S. Dep. Agr., Soil Conserv. Serv. SCS-TP-152. 13 p.

**Skovlin, Jon M., Robert W. Harris, Gerald S. Strickler, and George A. Garrison. 1976.** Effects of cattle grazing methods on ponderosa pine-bunchgrass range in the Pacific Northwest. U.S. Dep. Agr., Forest Serv. Tech. Bull. 1531. 40 p.

**Smith, Dwight R. 1967.** Effects of cattle grazing on a ponderosa pine-bunchgrass range in Colorado. U.S. Dep. Agr., Forest Serv. Tech. Bull. 1371. 60 p.

**Smith, Ed F., and Clenton E. Owensby. 1978.** Intensive-early stocking and season-long stocking of Kansas Flint Hills range. J. Range Manage. 31:14-17.

**Smoliak, S. 1960.** Effects of deferred-rotation and continuous grazing on yearling steer gains and shortgrass prairie vegetation of southeastern Alberta. J. Range Manage. 13:239-243.

**Valentine, K.A. 1970.** Influence of grazing intensity on improvement of deteriorated black grama range. New Mexico Agr. Exp. Sta., Bull. 553. 21 p.

   

BLM_0080322

| | |
|---|---|
| **From:** | Kate Wynant |
| **To:** | UFO AR |
| **Subject:** | FW: Scoping 6 |
| **Date:** | Wednesday, February 17, 2010 12:28:08 PM |
| **Attachments:** | Light Moderate Grazing Holechek.pdf |
| | Grazing Studies-What we''ve learned-holechek.pdf |
| | Cattle Use of Riparian Areas.pdf |
| | Bluebunch Wheatgrass - Effects of Removal of standing dead.pdf |
| | Bluebunch Wheatgrass - Spring Defoliation Effects.pdf |
| | AndersonBLM Bluebunch Defoliation Impacts Review.pdf |
| | biological crusts-Painter.doc |
| | birds and grazing.pdf |

**Kate Wynant**

EMPSi  Environmental Management and Planning Solutions, Inc.

3775 Iris Avenue, Suite 1A

Boulder, CO  80301

tel:  303-447-7160     fax:  866-625-0707

www.EMPSi.com     *Bringing clarity to the complex ™*

*GSA Contract GS10F-0412S*     HUBZone-certified

Denver        Reno        San Francisco        Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

**From:** Jonathan B. Ratner [mailto:jonathan@westernwatersheds.org]
**Sent:** Wednesday, February 17, 2010 10:00 AM
**To:** Kate Wynant
**Subject:** FW: Scoping 6

Oh I see you from the outsourcing company, not BLM. So this will probably go through fine to you

**From:** Jonathan Ratner [mailto:ratner@centurytel.net]
**Sent:** Sunday, February 14, 2010 9:49 AM
**To:** 'uformp@blm.gov'
**Subject:** Scoping 6

Jonathan B. Ratner

Director - WWP Wyoming Office

PO Box 1160

Pinedale, WY 82941

Tel: 877-746-3628

Fax: 707-597-4058

*Journal of Applied Ecology* 2005
**42**, 400–408

# Predicting the impact of livestock grazing on birds using foraging height data

TARA G. MARTIN*†‡ and HUGH P. POSSINGHAM*

*The Ecology Centre, School of Life Sciences, University of Queensland, St Lucia, Brisbane, Queensland 4072, Australia; and †CSIRO Sustainable Ecosystems, QBP, 306 Carmody Rd, St Lucia, Queensland 4067, Australia

**Summary**

**1.** Habitat structure is a major determinant of bird species diversity. One process by which habitat structure is altered is livestock grazing, the most extensive land use across most continents. While the impacts of grazing on vegetation have received much attention, the effects on avifauna are less well known.

**2.** Predictions of the impact of grazing on Australian woodland and riparian bird assemblages were formulated. We used available information on the vegetation strata utilized by each species for foraging and the strata most affected by grazing.

**3.** We compared predictions based on foraging height preferences with differences in bird density in grassy eucalypt woodland and riparian habitats subject to three levels of grazing. We found that foraging height preference was a good predictor of species' susceptibility to grazing. Birds exhibited both monotonic and non-monotonic responses to grazing, with the majority of bird species declining with increasing grazing pressure.

**4.** *Synthesis and applications*. Existing information on foraging behaviour can be used to make predictions of the impact of any threat on birds where that threat alters habitat structure. While the approach is simple, it is a point of departure for more complex predictive models, and avoids the circularity of *post hoc* interpretation of impact data. This approach can be used to guide management decisions where landscapes are in a state of transition and species conservation is a priority.

*Key-words*: bird conservation, foraging behaviour, habitat structure, pastoral management, predictive model

*Journal of Applied Ecology* (2005) **42**, 400–408
doi: 10.1111/j.1365-2664.2005.01012.x

## Introduction

For decades ecologists have collected data on where and how birds forage. These data have typically been used to understand patterns in community structure (Hartley 1953; MacArthur 1958; Recher *et al.* 1985; Ford, Noske & Bridges 1986) and interspecific competition (Cody 1974). We have used bird foraging height data in a novel way to predict the impact of habitat alteration.

Grazing by livestock is one process that alters habitat structure. Pioneering work by Dambach & Good (1940), Good & Dambach (1943) and Dambach (1944) demonstrated the deleterious impacts of livestock grazing on understorey vegetation and subsequent breeding

bird populations in the woodlands of Ohio, USA. Despite this early work and the extensive nature of livestock grazing globally, the degree to which changes in vegetation composition and structure caused by livestock grazing influence native faunal assemblages remains largely unknown. Current research on impacts of grazing on woodland and riparian bird fauna uses a classical null hypothesis testing approach, assuming there is no impact, and attempts to reject that hypothesis (Knopf, Sedwick & Cannon 1988; Popotnik & Giuliano 2000; Soderstrom, Part & Linnarsson 2001; Stanley & Knopf 2002; Woinarski & Ash 2002; James 2003; Krueper, Bart & Rich 2003). None of these studies explicitly tests mechanisms underlying bird susceptibility to grazing but rather make *post hoc* inferences regarding possible causes. Other studies predict a priori bird species likely to be most affected by grazing (Sedgwick & Knopf 1987) or changes in forest structure (Haila, Järvinen & Väisänen 1980) but do not test the

‡Correspondence: Tara Martin, CSIRO Sustainable Ecosystems, Queensland Bioscience Precinct, 306 Carmody Road, St Lucia, Queensland 4067, Australia (e-mail Tara.Martin@csiro.au).

© 2005 British Ecological Society

**401**

*Bird foraging height predicts impact of grazing*

underlying reasons that led to the prediction in the first place. Understanding the effects of grazing on Australian woodland and riparian birds has also been hindered by the confounding effect of grazing intensity with changes in tree density, as these are often linked (Abensberg-Traun *et al.* 1996; Arnold & Weeldenburg 1998; Ludwig *et al.* 2000; Jansen & Robertson 2001; Woinarski & Catterall 2004). Nonetheless, grazing has been implicated in the decline of woodland and riparian birds (Dambach 1944; Jansen, Little & Crowe 1999; Recher 1999; Garnett & Crowley 2000; Popotnik & Guiliano 2000; Traill & Duncan 2000) and recent studies lend support to this hypothesis (Martin *et al.* 2005; Woinarski & Ash 2002). However, the mechanisms underlying these declines remain to be tested. Using foraging data we explored one of the mechanisms underlying bird susceptibility to grazing.

Bird species richness has long been linked to habitat characteristics, in particular structural complexity (MacArthur & MacArthur 1961; MacArthur 1964; Cody 1968; Recher 1969; Willson 1974). Generally, habitats with a complex architecture support more species than habitats with a simple architecture because they provide more resources and/or opportunities for microhabitat segregation (Bell, McCoy & Mushinsky 1991; MacArthur, Recher & Cody 1966; Vickery *et al.* 2001). Thus more species may co-occur per unit area, leading to a positive correlation between biological diversity and structural diversity (MacNally *et al.* 2001). A variety of elements contribute to habitat structure (Rice, Anderson & Ohmart 1984; Bell, McCoy & Mushinsky 1991), including vertical and horizontal zonation and patchiness of the vegetation (Willson 1974), floristic elements (Woinarski, Tidemann & Kerin 1988), structural elements of vegetation, such as the distribution and size of trees (MacNally 1990), and provision of resources. Ground cover and litter are also key components of structural diversity (Recher 1991; Abensperg-Traun & Smith 1993; Martin & Green 2002).

Grazing of woodland and riparian habitats alters the vertical and horizontal structure and composition of vegetation through a combination of trampling, grazing, changes in nutrient fluxes and loss or altered recruitment (reviewed by Fensham & Skull 1999; Kauffman & Krueger 1984; McIntyre, Heard & Martin 2002, 2003). Generally, shrubs are removed, establishment of tree seedlings is inhibited, saplings are trampled and browsed, and the grass layer is grazed in a heterogeneous manner or, when grazing pressure is heavy, the grass sward becomes homogeneous (McIntyre, Heard

& Martin 2003). Hence we predicted that species that preferentially forage in the understorey habitat are more likely to be adversely affected by grazing than species using the canopy or foraging on the ground.

Using this simple assumption, we built an impact-of-grazing model whereby foraging height preferences are used to predict the effect of livestock grazing by relating the height at which a bird predominantly forages with its susceptibility to grazing. These predictions were made before any field data were collected. The model was tested with field data collected from landscapes with similar canopy cover, hence the differential response is interpreted as a consequence of changes in the understorey caused by livestock grazing. This approach allowed us to test whether the foraging behaviour of a bird species is a good predictor of its vulnerability to grazing. We tested this model on field data collected from two types of habitat impacted by grazing: riparian vegetation and adjacent grassy eucalypt woodland.

## The model

The changes in vegetation structure and composition brought about by livestock grazing are likely to impact bird foraging differentially in certain strata. We obtained published information on foraging time–budget data for Australian birds in woodlands similar to those in our study area (see the Appendix). Using these data we estimated the proportion of time different bird species spent foraging in various strata. The specification of foraging height categories was based on the literature and our observations of grazing impacts on different vegetation elements (Table 1). Where data from woodlands in eastern Australia were not available, data from structurally similar woodlands in other regions were used (Recher & Davis 1998; Tibbetts & Pruett-Jones 1999).

### MODEL ASSUMPTIONS

In developing the impact-of-grazing model we made the following assumptions based on empirical grazing studies (McIntyre, Heard & Martin 2003; McIvor *et al.* 2005) and personal observations. (i) Grazing reduces the grass/tussock layer and shrub/sapling layer (i.e. understorey). (ii) Grazing increases the amount of bare ground and short grass. (iii) Grazing has a negligible effect on the canopy layer (although in the long term grazing is likely to impact the canopy through changes in tree population dynamics). Given these assumptions, we would expect that species that forage on bare ground

**Table 1.** Description of height categories used in the impact-of-grazing model

| Height (m) | Description | Strata index |
| --- | --- | --- |
| 0 | Ground (either bare or short grass sward or leaf litter) | 1 |
| > 0–1 | Grassy/low shrub understorey | 2 |
| > 1–5 | Shrub/sapling understorey | 3 |
| > 5 | Subcanopy/canopy | 4 |

© 2005 British Ecological Society, *Journal of Applied Ecology*, **42**, 400–408

BLM_0080325

**402**

*T. G. Martin &
H. P. Possingham*

and/or short grass would increase as grazing pressure increases, while species that forage in the grass/tussock and shrub layer would decrease as grazing pressure increases and, in the short term, species that forage in the canopy would be unaffected by increasing grazing pressure.

Our model assumes that the susceptibility of bird species *j* to grazing ($sg_j$) is a function of the proportion of time that species *j* feeds on the ground minus the proportion of time species *j* feeds in the grass/tussock and shrub layers:

$$sg_j = x_{1j} - (x_{2j} + x_{3j}) \qquad \text{eqn 1}$$

where $x_{1j}$ is the proportion of time species *j* forages in strata 1, $x_{2j}$ is the proportion of time species *j* forages in strata 2 and $x_{3j}$ is the proportion of time species *j* forages in strata 3 (Table 1). This measure of susceptibility is a number between 1 and −1 that is positive for species that feed predominantly on the ground (0 m) and negative for species that forage predominantly in the understorey (> 0–5 m). We predict that positive values of this measure indicate a propensity to increase in abundance with increasing grazing pressure, while negative values suggest a tendency to decrease in abundance. An average susceptibility to grazing measure was calculated when more than one relevant study reported foraging height data for a particular species.

## Methods

### STUDY REGION

The study region was located in the south-east Queensland Bioregion, Australia (Sattler & Williams 1999). It is bounded by 26–28°S and 151–153°E and ranges in elevation between 300 and 550 m.a.s.l. The climate is subtropical, with most rain falling in summer and frosts occurring between May and September. Annual rainfall is approximately 960 mm, with a temperature range in

the hottest month (January) averaging 17–28 °C and the coolest month (July) 5–16 °C. Temperatures frequently dropped below freezing across most of the study sites in winter. The dominant soil types are derived from metamorphic, granite, sandstone and alluvium landforms.

The vegetation is grassy eucalypt woodland and forest. In many areas the number and size of trees has been modified during early settlement by ring barking, a process by which trees are killed through the removal of a ring of bark around the stem of the tree. More recently, stem-injection of herbicides into trees has become the major management practice to remove woody overstorey in an effort to maintain grass production. Currently more than one-third of the study region is covered by woodland. The landscape is variegated, with native vegetation comprising the majority of the landscape matrix (60–90%) (McIntyre & Hobbs 1999). The native vegetation has been modified to various degrees by grazing and other disturbances but, overall, intensive land uses such as cropping and sown pasture are limited. The most abundant eucalypts are *Eucalyptus crebra*, *Eucalyptus melanophloia* and, on the lower slopes and within riparian habitats, *Eucalyptus tereticornis* (Martin *et al.* 2000).

### SITE SELECTION AND DESCRIPTION

Sites were chosen based on understorey composition and structure using a combination of aerial photos, topography and soil maps, followed by ground truthing. The probable grazing history of a site was ascertained from discussions with landholders on the historical and current stocking rates of their property, knowledge of patch formation dynamics in subtropical grassy woodlands (McIvor *et al.* 2005), the present structural condition of the grass sward and the plant species composition of the sites (McIntyre & Martin 2001, 2002; McIntyre, Heard & Martin 2002, 2003). Three levels of grazing were defined: no/low, moderate and high (Table 2).

**Table 2.** Description of habitat treatments

| Habitat | Grazing level | Treatment (habitat type and grazing level) |
|---|---|---|
| Grassy eucalypt woodland sites (W) | | |
| W | 1 | Grassy eucalypt woodland intact (exclosures, stock routes): no/low grazed; land use indicative of a history of no, little or infrequent grazing; swards intact; native trees, shrubs, grassland present |
| W | 2 | Woodland modified (in paddock): moderately grazed; large native tussock grass structure as well as short grazed patches, indicating selective grazing; majority of shrub layer absent |
| W | 3 | Woodland modified (in paddock): highly grazed; closely cropped lawn-like understorey structure, dominated by stoloniferous/rhizomatous grasses indicating prolonged non-selective grazing; shrub layer absent |
| Riparian sites (R) | | |
| R | 1 | Riparian vegetation intact (exclosures): no/low grazed (as above W1); tree, shrub and herbaceous layer present; surrounded by vegetation consistent with W1 |
| R | 2 | Riparian vegetation modified (in paddock): moderately grazed (as with W2); surrounded by vegetation, consistent with W2 |
| R | 3 | Riparian vegetation modified (in paddock): highly grazed (as with W3); surrounded by vegetation consistent with W3 |

© 2005 British
Ecological Society,
*Journal of Applied
Ecology*, **42**,
400–408

BLM_0080326

**403**

*Bird foraging height predicts impact of grazing*

Woodland and riparian habitats representing the grazing treatments (Table 2) were surveyed to determine the potential impact of grazing on the abundance of bird species. Eight replicate sites of each grazing treatment in each habitat (three woodland, three riparian) were selected, giving a total of 48 sites. Each grazing treatments had to be a minimum of 20 ha in extent. Riparian sites were situated within woodlands with a grazing level that corresponded to the sampled riparian site.

Woodland and riparian sites with a uniform tree density across all three grazing regimes were chosen to avoid the grazing effect being confounded by differences in tree density. Survey sites were stratified across an area of 1000 km² and the distance between sites was a minimum of 1 km.

### BIRD SAMPLING

Each of the 48 sites contained a 2-ha search area (Barrett *et al.* 2003), where the abundance of all bird species seen or heard was recorded during a 20-min interval on two different days and repeated for each season, giving a total of 192 site visits. With the exception of aerial feeders (swifts, swallows and raptors), all birds flying 20 m or above were excluded.

A single observer completed the surveys. Bird counts were made on fine mornings in summer (November–January 2001–02) between 04.45 and 09.45 h and in winter (June–July 2002) between 06.45 and 11.45 h. Surveys were not conducted during summer, above 35 °C, or during winter when the temperature fell below −2 °C. To avoid possible sampling bias, a restricted random visitation method was used, whereby the entire survey was partitioned into six geographical regions and each region (and subsequent site within each region) was visited randomly (MacNally & Horricks 2002).

### COMPARISON OF FIELD DATA WITH IMPACT-OF-GRAZING MODEL

We calculated the change in species abundance as grazing pressure increases (e.g. from no/low to moderate; no/low to high; and moderate to high grazing), referred to as relative change. Bird species abundance across the eight replicate grazing treatments for each habitat, from summer and winter, were combined in order to calculate the relative change in density for each species in each grazing level transition for the woodland and riparian sites, respectively, and density values were standardized between −1 and 1 (see the Appendix).

Let $y_{jk}$ be the density of species $j$ at grazing level $k$, where $k$ is equal to $l$ for no/low grazed, $m$ for moderate grazed and $h$ for high grazed sites. Therefore the relative change from no/low ($l$) to high ($h$) grazing for species $j$ is:

$$lh_j = \frac{y_{jh} - y_{jl}}{y_{jh} + y_{jl}} \qquad \text{eqn 2}$$

and $lm_j$ is from no/low to moderate grazing and $mh_j$ is from moderate to high grazing. For example, if species $j$ is present under high ($y_{jh} > 0$) grazing but absent under no/low grazing ($y_{jl} = 0$) then $lhj$ is equal to 1, whereas if species $j$ is present under no/low grazing ($y_{jl} > 0$) but absent under high grazing ($y_{jh} = 0$) then $lhj$ is equal to −1. This relative change for each grazing transition is then plotted against the susceptibility to grazing measure.

Spearman's rank correlations were performed to test the strength of the relationship between our predictions from the grazing impacts model and the relative change in density value for each grazing level transition. We were primarily interested in the overall trend rather than an exact fit of the correlation, i.e. do species that are predicted to decline actually decline? If our model is a good predictor of a bird's susceptibility to grazing then we would expect to find most bird species in the upper right quadrant or lower left quadrant shown in Fig. 1. That is, a species predicted to increase is observed to increase, and a species predicted to decline is observed



**Fig. 1.** Plot of susceptibility to grazing based on foraging height preference (FHP) and relative change in abundance from no/low grazing to high grazing for (a) woodland and (b) riparian habitat. Relative change is positive if a species increases in abundance with grazing. If our forage model is a good predictor of a species' response to increased grazing pressure, then we expect the foraging height preference (FHP) plotted against the relative change in abundance to fall in quadrants (−1,−1) and (1,1), whereas species that do not fit the model will be in (1,1) and (−1,1).

© 2005 British Ecological Society, *Journal of Applied Ecology*, **42**, 400–408

BLM_0080327

**404**

*T. G. Martin &*
*H. P. Possingham*

to decline. Species that show an opposite response to that predicted would be in either the upper left or lower right quadrant. All analyses were performed using freeware package R (R Development Core Team 2004).

### SPECIES INCLUDED

Species included in the analyses were limited by the availability of published data on the proportion of time a species spent foraging at different heights (see the Appendix). In addition, prior to analysis, birds of prey, aerial feeders (e.g. swifts and swallow) and aquatic birds (e.g. ducks, grebes and cormorants) were excluded because foraging for these species occurs primarily away from terrestrial vegetation. Finally, a minimum of two field observations was required in a habitat (riparian, woodland) to be included in the analysis. A list of species, studies used and resulting susceptibility to grazing measure and relative change values for one grazing transition (no/low to high grazing) for woodland and riparian habitat is shown in the Appendix. Nomenclature follows Christidis & Boles (1994).

### Results

The susceptibility to grazing measure was a significant predictor of differences in bird density in grazed habitats (Fig. 1 and Tables 3 and 4). In both woodland and

riparian sites, 80% and 78%, respectively, of species' predictions corresponded with the observed change in species' densities from no/low grazing to high grazing (Table 4). While the correlation coefficients were not high they indicated that there was a significant relationship between the predictions from the impact-of-grazing model based on foraging height preference and changes in bird density as grazing intensity increases (Table 3).

Correlations were strongest for both woodland and riparian habitats from no/low to moderate grazing and, the most dramatic change in grazing state, no/low to high grazing. The number of species predicted to decline was three times the number predicted to increase and most woodland birds predicted to decline did, in fact, decline (Fig. 1).

Of the 58 species included in the analyses, 53 were recorded in both woodland and riparian habitats. Four species (azure kingfisher *Alcedo azurea*, eastern whipbird *Psophodes olivaceus*, red-rumped parrot *Psephotus haematonotus*, straw-necked ibis *Threskiornis spinicollis*) were recorded in riparian habitats only and one species (brown quail *Coturnix ypsilophora*) in woodland only.

Thirty-one species were predicted to decline and did decline with increased grazing pressure. These included understorey specialist species (e.g. brown thornbill *Acanthiza pusilla*, variegated fairy-wren *Malurus lamberti* and white-browed scrubwren *Sericornis frontalis*), subcanopy and canopy feeders (e.g. buff-rumped thornbill *Acanthiza reguloides*, fuscous honeyeater *Lichenostomus fuscus*, spotted pardalote *Pardalotus punctatus*, scarlet honeyeater *Myzomela sanguinolenta*, white-throated honeyeater *Melithreptus albogularis* and white-naped honeyeater *Melithreptus lunatus*) and the riparian specialist, azure kingfisher *Alcedo azurea*. Nine species predicted to increase that did increase were ground foragers (e.g. crested pigeon *Ocyphaps lophotes*, masked lapwing *Vanellus miles*, magpie-lark *Grallina cyanoleuca*, straw-necked ibis *Threskiornis spinicollis* and yellow-rumped thornbill *Acanthiza chrysorrhoa*).

Species that did not fit the model well tended to fall close to the edges of quadrants in Fig. 1 rather than at the extremes, and included a group of large-bodied ground foragers (e.g. Australian magpie *Gymnorhina*

**Table 3.** Results of Spearman's rank correlation ($r$) between the foraging height preference and relative change for woodland and riparian habitats, showing $n$ number of pairs and $P$-value

| | Woodland | | | Riparian | | |
|---|---|---|---|---|---|---|
| Grazing transitions | $r$ | $n$ | $P$ | $r$ | $n$ | $P$ |
| No/low to moderate | 0·61 | 50 | < 0·0001 | 0·50 | 49 | 0·0001 |
| Moderate to high | 0·57 | 50 | < 0·0001 | 0·45 | 50 | 0·0006 |
| No/low to high | 0·36 | 47 | 0·009 | 0·39 | 48 | 0·004 |

**Table 4.** Summary of a priori predictions and observed relative change in density from no/low to high grazing for both woodland and riparian habitats

| | | Woodland | | Riparian | |
|---|---|---|---|---|---|
| Prediction | Relative change | No. species | % | No. species | % |
| Decrease | Decrease | 31 | 62 | 29 | 58 |
| Increase | Increase | 9 | 18 | 10 | 20 |
| Decrease | Increase | 5 | 10 | 4 | 8 |
| Increase | Decrease | 3 | 6 | 3 | 6 |
| Decrease | Zero | 1 | 2 | 2 | 4 |
| Zero | Increase | 0 | | 0 | 0 |
| Zero | Decrease | 0 | | 1 | 2 |
| Increase | Zero | 1 | 2 | 1 | 2 |
| Total | | 50 | | 50 | |

© 2005 British Ecological Society, *Journal of Applied Ecology*, **42**, 400–408

BLM_0080328

**405**

*Bird foraging height predicts impact of grazing*

*tibicen*, galah *Cacatua roseicapilla* and torresian crow *Corvus orru*). Notable exceptions were a group of small-bodied ground foragers (e.g. brown quail *Coturnix ypsilophora*, eastern yellow robin *Psophodes olivaceus*, eastern yellow robin *Eopsaltria australis* and speckled warbler *Chthonicola sagittata*; Fig. 1).

## Discussion

Our predictive approach to examining the role of grazing in shaping Australian woodland bird assemblages has demonstrated that foraging height preference is a good predictor of their susceptibility to livestock grazing. There are many reasons why our impact-of-grazing model should fail. First, small sample sizes for some species (e.g. brown thornbill *Acanthiza pusilla* and eastern yellow robin *Eopsaltria australis*) will obscure any prediction. Secondly, there are likely to be many other facets that influence the presence of species other than availability of feeding substrates. Thirdly, grazing affects habitat in more ways than simply altering vegetation structure. However, despite these limitations the impact-of-grazing model successfully predicts changes in bird species abundance.

The strength of the correlation between bird species diversity and habitat structural diversity is tied to the varying availability and exploitation of substrates, food types and other habitat resources (Willson 1974; Karr 1976). At the most simplistic level a species will not be present unless there are appropriate resources for it to use (Ford 1989). Livestock grazing of woodland and riparian habitats alters the vegetation structure by modifying and often removing the understorey vegetation, thereby changing the resources available for birds. Through an understanding of where birds forage in intact, non-grazed vegetation, we successfully predicted whether bird species abundance was likely to increase, decrease or remain unaffected with increasing grazing pressure for the majority of bird species under consideration (Table 4, and see the Appendix).

In this study, loss of understorey vegetation induced by cattle grazing resulted in a decline in abundance of many woodland bird species. At high levels, livestock grazing causes a major structural and plant species shift in the understorey vegetation, where perennial tussock grasses are lost and lawn-forming rhizomatous and stoloniferous grasses predominate (McIvor *et al.* 2005). The bird assemblage also showed a dramatic change, from one dominated by small-bodied woodland species found in no/low grazed woodlands, to an assemblage made up large-bodied 'generalist' species that are increasing nationally (Barrett *et al.* 2003). The patterns under moderate grazing were more complex, with some notable woodland birds (e.g. brown treecreeper *Climacteris picumnus*, speckled warbler *Chthonicola sagittata*, jacky winter *Microeca fascinans* and varied sittella *Daphoenositta chrysoptera*) increasing in abundance or remaining stable. Under moderate levels, large tussock perennial grasses dominated the understorey

and were grazed to varying degrees. This increased structural diversity and may provide new foraging opportunities. Through knowledge of where in the vegetation strata birds forage and the grazing impacts on vegetation structure, we were able to predict correctly changes in abundance of most woodland bird species under consideration. With more than 70% of Australia and significant areas on other continents under livestock grazing, this method could be used widely to help predict which bird species are most at risk from this type of land use.

Our model was designed to detect coarse monotonic trends associated with grazing. However, we know that some species do not respond monotonically (Martin *et al.* 2005). For example, the brown quail was predicted to increase under grazing yet showed an intermediate response, reaching its highest abundance under moderate levels of grazing. In contrast, the dusky woodswallow *Artamus cyanopterus* was predicted to decline with grazing and did decline under high grazing but increased under moderate grazing compared with no/low grazing pressure. Thus, while our model may predict the correct response for one grazing transition, the prediction may be incorrect for another.

Several species that were predicted to increase markedly with increases in grazing, based on their preference for foraging on the ground (e.g. Australian magpie, galah and torresian crow), showed only slight increases in abundance. These species are pervasive throughout grassy woodlands regardless of grazing intensity, therefore the relative change in abundance from one grazing level to another was marginal.

A model that could accommodate the influence of 'substrate type' may have improved predictions for some ground foraging birds (e.g. eastern yellow robin, eastern whipbird and speckled warbler) as these species are known to forage in leaf litter as well as short grass and bare ground (Ford, Noske & Bridges 1986) and grazing is likely to decrease the amount of leaf litter. However, this information is not widely reported; hence it is not clear how it could be accommodated a priori.

Our model could be extended to test the relative importance of seasonality and sex on bird species susceptibility to grazing. Variation in the place and time that resident and migrant insectivores (Recher & Davis 2002) and nectivores (Woinarski, Connors & Franklin 2000) exploit different food resources has been documented for woodland bird fauna. Research has also demonstrated sexual dimorphism in foraging heights (Recher & Holmes 2000).

The method reported here should be useful for informing management decisions relating to landscape restoration, intensification and abandonment. With extensive habitat restoration efforts under way across southern Australia, North America and Europe, pasture abandonment throughout parts of Europe (Blanco, Tella & Torre 1998; Laiolo *et al.* 2004), as well as landscape intensification across many continents, this approach could be used to predict which birds are likely

© 2005 British Ecological Society, *Journal of Applied Ecology*, **42**, 400–408

**406**

*T. G. Martin &*
*H. P. Possingham*

to utilize different habitats under various management regimes (Raman, Rawat & Johnsingh 1998). It is widely presumed that restoration efforts will benefit biodiversity, but there is little general theory to guide restoration efforts (Hobbs & Norton 1996). This modelling approach could be adapted to predict when habitat resources (food and nest sites) for birds or other fauna are likely to become available or, conversely, when they are likely to disappear. Simulating the growth or removal of different vegetation layers and features (e.g. hollows and fruit set) would provide a habitat trajectory over time. Knowledge of foraging height preference or nesting requirements could then be used to predict when an evolving habitat would become suitable for colonization.

### CONCLUSION

Ecologists and resource managers need a sound basis upon which to make management decisions. For conservation biology and ecology to mature as disciplines we must go beyond case-by-case interpretation and be able to predict with confidence the impacts of different land uses in a range of environment (Peters 1991; MacNally & Bennett 1997). In order to achieve this we must pose hypotheses with testable predictions (MacNally & Bennett 1997; MacNally, Bennett & Horricks 2000), as without these we have no way to forecast (Peters 1991). Ecologists must consider the mechanisms underlying change rather than search for patterns to infer change. The ability to forecast which species are most vulnerable to grazing by livestock would facilitate a proactive approach to the management of habitats at the landscape, regional and continental scales. The method reported here has allowed us to demonstrate that most woodland and riparian birds decline with increasing grazing pressure and, most importantly, their preferred foraging height is a significant determinant of their susceptibility to livestock grazing. This approach can be applied to other areas where landscapes are in a state of transition, to provide crucial information on which to make conservation management decisions.

### Acknowledgements

We thank the Copley, Irwin, Kerr, McConnell, McCrae, Parton, Patch, Serensen, Rowlings, Tickle and Wright families for providing access to their properties and for their support of this project. Special thanks to Bob Wright and Susi Serensen for providing accommodation for the duration of this study. This paper has benefited from discussions with Henrik Andrén, Sue McIntyre and Thomas Sisk and members of The Spatial Ecology Laboratory, University of Queensland, and helpful comments from Amy Jansen. Thank you to CSIRO Sustainable Ecosystems Rangeland and Savannas Program for supporting this project logistically and financially. In addition, this project was supported financially by a Birds Queensland Research Award, Birds Australia, Stuart Leslie Research Award, and an Australian Postgraduate Award to T. Martin.

### Supplementary material

The following material is available from http://www.blackwellpublishing.com/products/journals/suppmat/JPE/JPE1012/JPE1012sm.htm.

**Appendix.** Mean abundance and standard deviation for 58 species across the three grazing levels

### References

Abensperg-Traun, M. & Smith, G.T. (1993) Predictable effects of agricultural development on the long-term availability of hollows for animals: observations from the western Australian wheatbelt. *Pacific Conservation Biology*, 1, 78–79.

Abensberg-Traun, M., Smith, G.T., Arnold, G.W. & Steven, D.E. (1996) The effects of habitat fragmentation and livestock-grazing on animal communities in remnants of gimlet *Eucalyptus salubris* woodland in the western Australian wheatbelt. I. Arthropods. *Journal of Applied Ecology*, 33, 1281–1301.

Arnold, G.W. & Weeldenburg, J.R. (1998) The effects of isolation, habitat fragmentation and degradation by livestock grazing on the use by birds of patches of gimlet *Eucalyptus salubris* woodland in the wheatbelt of western Australia. *Pacific Conservation Biology*, 4, 155–163.

Barrett, G., Silcocks, A., Barry, S., Cunningham, R. & Poulter, R. (2003) *The New Atlas of Australian Birds* Royal Australasian Ornithologists' Union, Victoria, Australia.

Bell, H.L. (1985) The social organization and foraging behaviour of three syntopic thornbills *Acanthiza* spp. *Birds of Eucalypt Forests and Woodlands: Ecology. Conservation, Management* (eds A. Keast, H.F. Recher, H. Ford & D. Saunders), pp. 151–163. Royal Australasian Ornithologists' Union and Surrey Beatty & Son, Chipping Norton, Australia.

Bell, S.S., McCoy, E.D. & Mushinsky, H.R. (1991) *Habitat Structure: The Physical Arrangement of Objects in Space*. Chapman & Hall, London, UK.

Blanco, G., Tella, J.L. & Torre, I. (1998) Traditional farming and key foraging habitats for chough *Pyrrhocorax pyrrhocorax* conservation in a Spanish pseudosteppe landscape. *Journal of Applied Ecology*, 35, 232–239.

Brooker, M.G., Braithwaite, R.W. & Estberg, J.A. (1990) Foraging ecology of some insectivorous and nectivorous species of birds in forests and woodlands of the wet–dry tropics of Australia. *Emu*, 90, 215–230.

Chan, K. (1990) Habitat selection in the white-plumed honeyeater and the fuscous honeyeater at an area of sympatry. *Australian Journal of Ecology*, 15, 207–217.

Christidis, L. & Boles, W.E. (1994) *The Taxonomy and Species of Birds of Australia and its Territories*. RAOU, Melbourne, Australia.

Cody, M.L. (1968) On the methods of resource division in grassland bird communities. *American Naturalist*, 102, 107–147.

Cody, M.L. (1974) *Competition and the Structure of Bird Communities*. Princeton University Press, Princeton, NJ.

Dambach, C.A. (1944) A ten-year ecological study of adjoining grazed and ungrazed woodlands in northeastern Ohio. *Ecological Monographs*, 14, 255–270.

Dambach, C.A. & Good, E.E. (1940) The effect of certain land use practices on populations of breeding birds in southwestern Ohio. *Journal of Wildlife Management*, 4, 63–76.

© 2005 British Ecological Society,
*Journal of Applied Ecology*, 42,
400–408

Fensham, R.J. & Skull, S.D. (1999) Before cattle: a comparative floristic study of eucalyptus savanna grazed by macropods and cattle in north Queensland, Australia. *Biotropica*, **31**, 37–47.

Ford, H.A. (1989) *Ecology of Birds: An Australian Perspective*. Surrey Beatty & Sons Pty Ltd, Chipping Norton, Australia.

Ford, H.A. & Paton, D.C. (1976) Resource partitioning and competition in honeyeaters of the genus *Meliphaga*. *Australian Journal of Ecology*, **1**, 281–287.

Ford, H.A., Noske, S. & Bridges, L. (1986) Foraging of birds in eucalypt woodland in north-eastern New South Wales. *Emu*, **86**, 168–179.

Frith, D.W. (1984) Foraging ecology of birds in an upland tropical rainforest in North Queensland. *Australian Wildlife Research*, **11**, 325–347.

Frith, H.J. (1976) *Complete Book of Australian Birds*. Readers Digest Services Pty Ltd, Sydney, Australia.

Garnett, S.T. & Crowley, G.M. (2000) *The Action Plan for Australian Birds 2000*. Environment Australia, Canberra, Australia.

Good, E.E. & Dambach, C.A. (1943) Effect of land use practices on breeding bird populations in Ohio. *Journal of Wildlife Management*, **7**, 291–297.

Haila, Y., Järvinen, O. & Väisänen, R.A. (1980) Effects of changing forest structure on long-term trends in bird populations in SW Finland. *Ornis Scandinavica*, **11**, 12–22.

Hartley, P.H.T. (1953) An ecological study of the feeding habitats of the English titmouse. *Journal of Animal Ecology*, **22**, 261–288.

Higgins, P.J. (1999) *Handbook of Australian, New Zealand and Antarctic Birds. Volume 4. Parrots to Dollarbirds*. Oxford University Press, Melbourne, Australia.

Higgins, P.J. & Davies, S.J.J.F. (1996) *Handbook of Australian, New Zealand and Antarctic Birds. Volume 3. Snipe to Pigeons*. Oxford University Press, Melbourne, Australia.

Higgins, P.J. & Peter, J.M. (2002) *Handbook of Australian, New Zealand and Antarctic Birds. Volume 6. Pardalotes to Shrike-Thrushes*. Oxford University Press, Melbourne, Australia.

Higgins, P.J., Peter, J.M. & Steele, W.K. (2001) *Handbook of Australian, New Zealand and Antarctic Birds. Volume 5. Tyrant-Flycatchers to Chats*. Oxford University Press, Melbourne, Australia.

Hobbs, R.J. & Norton, D.A. (1996) Towards a conceptual framework for restoration ecology. *Restoration Ecology*, **4**, 93–110.

James, C.D. (2003) Responses of vertebrates to fenceline contrasts in grazing intensity in semi-arid woodlands of eastern Australia. *Austral Ecology*, **28**, 137–151.

Jansen, A. & Robertson, A.I. (2001) Relationships between livestock management and the ecological condition of riparian habitats along an Australian floodplain river. *Journal of Applied Ecology*, **38**, 63–75.

Jansen, R., Little, R.M. & Crowe, T.M. (1999) Implications of grazing and burning of grasslands on the sustainable use of francolins (*Francolinus* spp.) and on overall bird conservation in the highlands of Mpumalanga province, South Africa. *Biodiversity and Conservation*, **8**, 587–602.

Karr, J.R. (1976) Seasonality, resource availability, and community diversity in tropical bird communities. *American Naturalist*, **110**, 973–994.

Kauffman, J.B. & Krueger, W.C. (1984) Livestock impacts on riparian ecosystems and streamside management implication. A review. *Journal of Range Management*, **37**, 430–438.

Knopf, F.L., Sedwick, J.A. & Cannon, R.W. (1988) Guild structure of a riparian avifauna relative to seasonal grazing. *Journal of Wildlife Management*, **52**, 280–290.

Krueper, D., Bart, J. & Rich, T.D. (2003) Response of vegetation and breeding birds to the removal of cattle on the San Pedro River, Arizona (USA). *Conservation Biology*, **17**, 607–615.

Laiolo, P., Dondero, F., Ciliento, E. & Rolando, A. (2004) Consequences of pastoral abandonment for the structure and diversity of the alpine avifauna. *Journal of Applied Ecology*, **41**, 294–304.

Ludwig, J.A., Eager, R.W., Liedloff, A.C., McCosker, J.C., Hannah, D., Thurgate, N.Y., Woinarski, J.C.Z. & Catterall, C.P. (2000) Clearing and grazing impacts on vegetation patch structure and fauna counts in eucalypt woodland, Central Queensland. *Pacific Conservation Biology*, **6**, 254–272.

MacArthur, R.H. (1958) Population ecology of some warblers on northeastern coniferous forests. *Ecology*, **39**, 599–619.

MacArthur, R.H. (1964) Environmental factors affecting bird species diversity. *American Naturalist*, **98**, 387–397.

MacArthur, R.H. & MacArthur, J.W. (1961) On bird species diversity. *Ecology*, **42**, 594–598.

MacArthur, R.H., Recher, H.F. & Cody, M. (1966) On the relation between habitat selection and species diversity. *American Naturalist*, **100**, 319–332.

McIntyre, S. & Hobbs, R.J. (1999) A framework for conceptualizing human impacts on landscapes and its relevance to management and research models. *Conservation Biology*, **13**, 1282–1292.

McIntyre, S. & Martin, T.G. (2001) Biophysical and human influences on plant species richness in grasslands: comparing variegated landscapes in subtropical and temperate regions. *Austral Ecology*, **26**, 233–245.

McIntyre, S. & Martin, T.G. (2002) Managing intensive and extensive land uses to conserve grassland plants in subtropical eucalypt woodlands. *Biological Conservation*, **107**, 241–252.

McIntyre, S., Heard, K.M. & Martin, T.G. (2002) How grassland plants are distributed over five human-created habitats typical of eucalypt woodlands in a variegated landscape. *Pacific Conservation Biology*, **7**, 274–289.

McIntyre, S., Heard, K.M. & Martin, T.G. (2003) The relative importance of cattle grazing in sub-topical grasslands: does it reduce or enhance plant biodiversity? *Journal of Applied Ecology*, **40**, 445–457.

McIvor, J.G., McIntyre, S.M., Saeli, I. & Hodgkinson, J.J. (2005) Patch dynamics in grazed sub-tropical native pastures in south-east Queensland. *Austral Ecology*, in press.

MacNally, R.C. (1990) The roles of floristics and physiognomy in avian community composition. *Australian Journal of Ecology*, **15**, 321–327.

MacNally, R. & Bennett, A.F. (1997) Species-specific predictions of the impact of habitat fragmentation: local extinction of birds in the box–ironbox forests of central Victoria, Australia. *Biological Conservation*, **82**, 147–155.

MacNally, R. & Horricks, G. (2002) Relative influences of patch, landscape and historical factors on birds in a fragmented landscape. *Journal of Biogeography*, **29**, 395–410.

MacNally, R., Bennett, A.F. & Horricks, G. (2000) Forecasting the impacts of habitat fragmentation. Evaluation of species-specific predictions of the impact of habitat fragmentation on birds in the box–ironbark forests of central Victoria, Australia. *Biological Conservation*, **95**, 7–29.

MacNally, R., Parkinson, A., Horrocks, G., Conole, L. & Tzaros, C. (2001) Relationships between terrestrial vertebrate diversity abundance and availability of coarse woody debris on south-eastern Australian floodplains. *Biological Conservation*, **99**, 191–205.

Marchant, S. & Higgins, P.J. (1990) *Handbook of Australian, New Zealand and Antarctic Birds. Volume 1. Ratites to Ducks, Part B Australian Pelican to Ducks*. Oxford University Press, Melbourne, Australia.

Marchant, S. & Higgins, P.J. (1993) *Handbook of Australian, New Zealand and Antarctic Birds. Volume 2. Raptors to Lapwings*. Oxford University Press, Melbourne, Australia.

Martin, T.G. & Green, J.G. (2002) Wildlife and core conservation areas. *Managing and Conserving Grassy Woodlands*

BLM_0080331

**408**

*T. G. Martin &*
*H. P. Possingham*

(eds S. McIntyre, J.G. McIvor & K.M. Heard), pp. 111–142. CSIRO Publishing, Melbourne, Australia.

Martin, T.G., Best, K.M., McIntyre, S., McIvor, J.G. & MacLeod, N.D. (2000) *Four Grazing Properties in Southeast Queensland: Pattern of Land Use and Ecological Status.* Technical Memorandum No. 5. CSIRO Tropical Agriculture, Brisbane, Australia.

Martin, T.G., Kuhnert, P.M., Mengersen, K. & Possingham, H.P. (2005) The power of expert opinion in ecological models: a Bayesian approach examining the impact of livestock grazing on birds. *Ecological Applications*, **15**, 266–280.

Peters, R.H. (1991) *A Critique for Ecology.* Cambridge University Press, Cambridge.

Popotnik, G.J. & Guiliano, W.M. (2000) Response of birds to grazing of riparian zones. *Journal of Wildlife Management*, **64**, 976–982.

R Development Core Team (2004) *R: A language and environment for statistical computing.* R Foundation for Statistical Computing.

Recher, H.F. (1969) Bird species diversity and habitat diversity in Australia and North America. *American Naturalist*, **103**, 75–80.

Recher, H.F. (1991) The conservation and management of eucalypt forests birds: resource requirements for nesting and foraging. *Conservation of Australia's Forest Fauna* (ed. D. Lunney), pp. 25–34. Royal Zoological Society of NSW, Mosman, Australia.

Recher, H.F. (1999) The state of Australia's avifauna: a personal opinion and prediction for the new millennium. *Australian Zoologist*, **31**, 11–27.

Recher, H.F. & Davis, W. (1998) The foraging profile of a wandoo woodland avifauna in early spring. *Australian Journal of Ecology*, **23**, 514–527.

Recher, H.F. & Davis, W.E. (2002) Foraging profile of a salmon gum woodland avifauna in western Australia. *Journal of Royal Society of Western Australia*, **85**, 103–111.

Recher, H.F. & Holmes, R.T. (2000) The foraging ecology of birds of eucalypt forest and woodland. I. Differences between males and females. *Emu*, **100**, 205–215.

Recher, H.F., Holmes, R.T., Schultz, M., Shields, J. & Kavanagh, R. (1985) Foraging patterns of breeding birds in eucalypt forest and woodland of southeastern Australia. *Australian Journal of Ecology*, **10**, 399–419.

Rice, J., Anderson, B.W. & Ohmart, R.D. (1984) Comparison of the importance of different habitat attributes to avian community organization. *Journal of Wildlife Management*, **48**, 895–911.

Sattler, P.S. & Williams, R.D.E. (1999) *The Conservation Status of Queensland's Bioregional Ecosystems.* Environmental Protection Agency, Brisbane, Australia.

Sedgwick, J.A. & Knopf, F.L. (1987) Breeding bird response to cattle grazing of a cottonwood bottomland. *Journal of Wildlife Management*, **51**, 230–237.

Shankar Raman, T.R., Rawat, G.S. & Johnsingh, A.J.T. (1998) Recovery of tropical rainforest avifauna in relation to vegetation succession following shifting cultivation in Mizoram, north-east India. *Journal of Applied Ecology*, **35**, 214–231.

Soderstrom, B., Part, T. & Limarsson, E. (2001) Grazing effects on between-year variation of farmland bird communities. *Ecological Applications*, **11**, 1141–1150.

Stanley, T.R. & Knopf, F.L. (2002) Avian responses to late-season grazing in a shrub–willow floodplain. *Conservation Biology*, **16**, 225–231.

Tibbetts, E. & Pruett-Jones, S. (1999) Habitat and nest-site partitioning in splendid and variegated fairy-wrens (Aves: Maluridae). *Australian Journal of Zoology*, **47**, 317–326.

Tidemann, S.C. (1983) *The behavioural ecology of three coexisting fairy-wrens (Maluridae: Malurus).* PhD Thesis. Australian National University, Canberra, Australia.

Traill, B.J. & Duncan, S. (2000) *Status of Birds in the New South Wales Temperate Woodlands Region.* Consultancy Report to the NSW National Parks and Wildlife Service. Australian Woodlands Conservancy, Victoria, Australia.

Vickery, J.A., Tallowin, J.R., Feber, R.E., Asteraki, E.J., Atkinson, P.W., Fuller, R.J. & Brown, V.K. (2001) The management of lowland neutral grasslands in Britain: effects of agricultural practices on birds and their food resources. *Journal of Applied Ecology*, **38**, 647–664.

Willson, M.F. (1974) Avian community organization and habitat structure. *Ecology*, **55**, 1017–1029.

Woinarski, J.C.Z. & Ash, A.J. (2002) Responses of vertebrates to pastoralism, military land use and landscape position in an Australian tropical savanna. *Austral Ecology*, **27**, 311–323.

Woinarski, J.C.Z. & Catterall, C.P. (2004) Historical changes in the bird fauna at Coomooboolaroo, northern Australia, from the early years of pastoral settlement (1873) to 1999. *Biological Conservation*, **116**, 379–401.

Woinarski, J.C.Z., Connors, G. & Franklin, D.C. (2000) Thinking honeyeater: nectar maps for the Northern Territory, Australia. *Pacific Conservation Biology*, **6**, 61–80.

Woinarski, J.C.Z., Tidemann, S.C. & Kerin, S. (1988) Birds in a tropical mosaic: the distribution of bird species in relation to vegetation patterns. *Australian Wildlife Research*, **15**, 171–196.

*Received 30 June 2004; final copy received 20 December 2004*

© 2005 British Ecological Society, *Journal of Applied Ecology*, **42**, 400–408

BLM_0080332

## BIOLOGICAL SOIL CRUSTS

Biological (cryptobiotic, cryptogamic, microflora, microphytic, microbiotic) soil crusts are important elements of arid and semi-arid ecosystems worldwide, representing over 70% of living cover in some of these systems (Belnap et al. 1994, 2001; Beymer and Klopatek 1992; St. Clair and Johansen 1993). In North America, they are found in semiarid regions of the Columbia Basin, Great Basin, and Colorado Plateau, extending into hotter, more arid deserts, as well as the deserts and Mediterranean regions of California. Biological soil crusts can be found on a variety of soils including (but not limited to) those derived from sandstone, gypsum, limestone, and shale parent material, although development may vary among substrates (Belnap and Gardner 1993). The are found in many types of vegetation, including shrub and succulent deserts, open woodlands, steppe formations, chaparral, scrub, Mediterranean-climate forests, alpine vegetation, tundra, grasslands, and prairie (Belnap et al. 2001).

Biological soil crusts consist of eukaryotic algae, lichens, bryophytes, cyanobacteria, and fungi that live on or just below the soil surface (Belnap et al. 2001; Beymer and Klopatek 1992; St. Clair and Johansen 1993).

Biological soil crusts stabilize soils and reduce wind and water erosion, aid in water infiltration, improve seedling establishment, increase soil organic matter and nutrients, and increase survival of some higher plant taxa (Belnap 1994; Belnap and Gardner 1993; Belnap et al. 1994, 2004; Beymer and Klopatek 1992; Brotherson et al. 1983; Harper and Marble 1988; Harper and Pendleton 1993; St. Clair and Johansen 1993).

The presence of biological soil crusts on soils may be especially important in areas with a combination of highly erodible soils, steep slopes, and sparse vegetation may permit large amounts of water runoff and soil loss unless soil surfaces are protected (Belnap 1994a). Biological soil crusts can mitigate these. They are involved in the operation of the system including energy flow, water cycling, and nutrient balance (Billings 1994). Biological soil crusts also reduce wind and water erosion, hold otherwise loose material on steep slopes, increase water-holding capacity of sandy soils, and reduce water runoff,

Cyanobacteria and cyanobacterial components of soil lichens fix atmospheric N, and are sometimes the dominant source for associated seed plants. Levels of N, P, K, Fe, Ca, Mg, Mn have been found to be higher in plants growing on crusted soils. Both free-living and lichenized cyanobacteria fix atmospheric nitrogen in significant amounts (St. Clair and Johansen 1993). Ecosystems west of the Rocky Mountains may be dependent on nitrogen provided by biological soil crusts (Belnap et al. 2001).

Livestock and cultivation have been responsible for loss of crusted soil (Mack 1981). Trampling, compaction, and other disturbances caused by hooves of domesticated livestock have negative impacts on soil crusts, especially during dry periods (Belnap and Gardner 1993; Belnap et al. 2001; Beymer and Klopatek 1992; Mack and Thompson 1982; St. Clair and Johansen 1993). Biological soil crusts are susceptible to impacts from hoofed animals, as well as burial from wind- and water-borne sediment from nearby destabilized areas (Belnap 1994a).

Recovery rates after damage have been found to often be very slow, possibly centuries for some components (e.g., lichens, mosses) may take centuries (Belnap 1994). Both cover and biomass of the biological crust has been found to be reduced on areas grazed by domestic livestock and exposed soil to increase (Beymer and Klopatek 1992; Brotherson et al. 1983).

Significant correlations can exist between biological crust cover and the composition of vascular plant communities, so that damage can result in an altered vascular flora (Beymer and Klopatek 1992; Brotherson et al. 1983).

Biological soil crusts play an important role in micro-structuring of soils, as well as influencing soil nutrient levels and status, and enhancing germination and establishment of vascular plants (Belnap 1994b, St. Clair et al. 1984, Harper and St. Clair 1985).

Intensive grazing has been used to break up physical soil crusts (Belnap et al. 2001). However, the result is short-lived. To effectively address physical soil crusting, management must promote greater soil aggregate stability. According to Belnap et al. (2001), management that promotes soil surface protection (through plant and biological soil crust cover) and increases soil organic matter is the only lasting solution to physical soil crust reduction.

For more information on impacts of disturbances (including livestock grazing and fire), see Belnap et al. (2001).

BLM_0080333

# BLUEBUNCH WHEATGRASS
## DEFOLIATION
### EFFECTS & RECOVERY



## — A Review —

*by*
*Loren D. Anderson*



**BUREAU OF LAND MANAGEMENT**
IDAHO STATE OFFICE
3380 Americana Terrace
Boise, Idaho 83706



**TECHNICAL BULLETIN 91-2**
March 1991

BLM_0080334

# BLUEBUNCH WHEATGRASS

## DEFOLIATION EFFECTS and VIGOR RECOVERY

a

## REVIEW

by

Loren D. Anderson
U.S.D.I., Bureau of Land Management
Salmon, Idaho

February, 1991

BLM_0080335

## ACKNOWLEDGMENTS

I seldom can claim accomplishment without the support and assistance of others. In recognition of that fact, I thank the many range conservationists, wildlife biologists, botanists and others who reviewed and contributed to this epistle.

Special thanks are due to Terry Day of the BLM Library in Denver; Caryl Elzinga, Botanist for the Salmon, Idaho BLM District; Jean Findley, Botanist for the Vale, Oregon BLM District; and to Dr. Richard Miller of the Eastern Oregon Agricultural Research Center.

BLM_0080336

## I.   INTRODUCTION

### A.   General notes

Information contained in this brief literature review may be useful in discussions on range readiness, grazing systems and management of one of the west's most important grass species, bluebunch wheatgrass.  This review is primarily oriented toward defoliation impacts and subsequent recovery therefrom.  Of particular interest is the species' response to grazing during the growing season.  This review reflects a remarkable consistency of growing season defoliation impacts regardless of precipitation or geographic location.  The long-term implications of seemingly minor levels of defoliation during the growing season are also impressive.

Abstract and Management Implications sections of reports tend to be sterile and frequently misleading.  The reader is encouraged to carefully read and consider the literature review. There is a risk in doing so, however.  As this epistle developed, the author was forced to reconsider and even reject some long held assumptions and beliefs regarding such items as range readiness, timing and amount of utilization, time required for plant recovery, seed trampling, grazing system value, etc.  Being a card carrying skeptic, it was not easy!

Most entries in the Literature Review were lifted verbatim from reports and personal communications.  The Introduction, Abstract and Management Considerations sections are this author's attempt to offer some background information helpful in interpreting the review, summarize the review and to coalesce the information fragments into a management framework.

Good sources of additional information include: Response of Bluebunch Wheatgrass to Drought and Climatic Fluctuations: a Review (Ganskopp and Bedell 1979);  The Ecology and Management of Bluebunch Wheatgrass (*Agropyron spicatum*): a Review (Miller et al. 1986) and the Fire Effects Information System (F.E.I.S.).  The F.E.I.S. (a DG data base located at the Boise Interagency Fire Center) contains a wealth of information on taxonomy, distribution, successional status, phenology etc. in addition to the latest on fire effects.

### B.   Additional considerations

1.  Terminology:  From the onset it was apparent that terminology confounds understanding.  Terms such as "heavy", "moderate" and "light" are commonly used to describe utilization levels.  In the absence of further definition, however, they have little definitive meaning other than to the individual using them - they certainly cannot be accurately understood or considered by others.  Even when fully defined, perceptions are extremely varied.  For example, the level of utilization Mueggler (1972) defined as "extreme" would rate no more than "moderate" to some.  The category Ganskopp and Bedell (1981) defined as "moderate" was so broad as to include what many would consider "light" through "extreme".  Phenology descriptions

1

were also somewhat of a problem for this reviewer - no less than 24 different terms were encountered describing various phases within boot, flowering and seed development.

2. Clipping studies: Many of the defoliation studies included in this review were based on clipping in which all of the plant canopy above a specified level was removed. One certainly has reason to question how valid a comparison they provide with grazing. Miller (pers. comm. 1991) noted limitations of clipping studies in that indirect effects of grazing such as trampling, nutrient cycling, and energy flow cannot be addressed. Clipping should, however, be a good reflection of plant response to leaf removal and the mechanisms involved therein. Crider (1955) reported that when a portion of a plant was clipped, only the root growth below that clipping was affected. A rancher commented to this author that a cow commonly wraps its tounge around most - if not all - of the canopy at a given height and draws that material into its mouth. It was his opinion that clipping studies should give a pretty good picture of the effects of grazing defoliation on a particular plant. Strong similarity of effects between clipping and grazing studies are evident throughout this review. It is also worth noting that these clipping studies were conducted on plants the authors believed to be of excellent vigor. Effects of even one-time clipping events are striking.

3. Weather and local conditions: Studies in this review involve seven western states and British Columbia. Precipitation levels varied from McLean and Wikeem's (1985) 9.4" to Pitt's (1986) coastal 40". In spite of a wide range of latitude, longitude, precipitation and presumably soils, defoliation effects follow a remarkably uniform pattern. The consistency of response documented among many studies strongly suggests the response pattern is independent. Above or below normal precipitation appears to either dampen or exacerbate the defoliation effects but not change the pattern. With respect to drought, Holecheck et al. (1989) noted that healthy vigorous perennial grass plants with a good root system can maintain production longer into a drought and recover more quickly. Craddock and Forsling (1938) and Stoddart et al. (1975) reported that the adverse impact of drought on grass plants was proportional to grazing intensity during the growing season. A brief study conducted in the Salmon, Idaho SCS District found that, following 5 years of drought, a bluebunch wheatgrass pasture grazed only in the fall was producing 260#/acre (USDA-SCS, Salmon District 1990). An adjacent BLM spring grazed pasture of the same soils, vegetation and precipitation produced only 110# prior to the drought. Precipitation and temperature do have a large influence on phenology. For example, Pechanec et al. (1937) reported bluebunch wheatgrass phenology was advanced approximately one month during the 1934 drought in Idaho. Sauer and Uresk (1976) found bluebunch wheatgrass to flower later and longer as a result of increased precipitation. Heady (1950) noted in a Montana study that bluebunch wheatgrass growth at low elevations was favored by cooler wetter than normal conditions while at high elevations, the opposite was true.

2

BLM_0080338

**4. Competition:** Few would argue that competitive relationships play a large role in dictating floristic composition of an area, productivity of individual plants or subsequent response to, and recovery from, defoliation. Miller (pers. comm. 1991) noted that, in many studies, it is difficult to tell whether bluebunch wheatgrass response is due to a loss of leaf tissue or to changes in competitive interactions with associated plants. For whatever reason, the mind tends to default to competition being represented by some "less desireable" species. It is important to note that competition is generalized as to species and bluebunch wheatgrass can, and frequently does, compete with itself. Risser (1969) noted that yield per plant decreases with increased plant density and that widely spaced plants produce the most seed. His comments sound familiar to anyone who has done any gardening. It does help to point out, however, that there is some threshold between production for the individual plant and maximum production for the stand. In the course of this literature review, the only definitive study found specifically regarding competition and bluebunch wheatgrass was by Mueggler (1972). His findings (see review), though of significant interest, would appear nearly impossible to replicate with grazing. Replication would require grazers to differentially select all other plants within a 35" (90-cm) radius around a particular bluebunch wheatgrass plant such that they were reduced to ground level while the bluebunch plant was only reduced 50% by weight.

Heavy grazing use under various grazing systems (eg. rest-rotation) is commonly espoused in attempt to decrease selectivity and equalize competitive relationships. Heady (1984), referring to the heavy use theory, stated that he could find no data to support the concept that desirable species will recover faster than undesirable ones. Grazing schemes which encourage heavy growing season use have resulted in the destructive use of primary forages, reduced forage production and negated the benefits from otherwise valid grazing systems (Findley pers. comm. 1990, Holecheck et al. 1989, Cook and Child 1971, Trlica et al. 1977, Van Poolen and Lacey 1979, Eckert and Spencer 1987).

## II. ABSTRACT

Bluebunch wheatgrass is one of the most productive, palatable and widely distributed grasses of the west. Within Idaho's Salmon BLM District, it is dominant on 15 of 32 range sites, common on 8 and exists in trace amounts on 5 others. Active growth begins with a soil temperature near 42 degrees F. with an optimum temperature range of 58-77 degrees F. Seed production is reported as being highly variable and inconsistent between years. Seed germination rates of from 53% to 85% have been obtained in the laboratory. One study reported 16% germination under field conditions. Seedling survival is frequently very poor. Two separate review authors stated they could find no literature supporting the contention that seed trampling by cattle enhances seedling establishment. The canopy of mature bluebunch wheatgrass has been found important in "funnelling" rain to the plant thereby allowing deeper water penetration beneath the plant. Plant material below about 2" (5-cm) is not considered readily accessable to cattle grazing unless the plant is pedestalled or the plant is continually regrazed.

3

BLM_0080339

Bluebunce wheatgrass is considered quite sensitive to grazing during the growing season because of its upright stature, slender shoots, early elevation of apical meristems to grazable height (2" (5-cm), a high ratio of reproductive to vegetative shoots and its slow regrowth potential of new leaves. Effects of growing season defoliation injury are well documented: basal area, stem numbers and both root and forage yields are reduced and mortality can be high. A consensus of authorities indicates that bluebunch wheatgrass is most vulnerable to grazing damage during the boot/early flowering stage. Less, but still significant, damage is possible during the remainder of the growing season. Defoliation to very short stubble heights during the boot stage has been reported to essentially eliminate plants within as few as three years. There was agreement that some grazing could occur prior to boot if livestock were removed before apical meristems were vulnerable. Grazing of apical meristems removes most of the actively growing tissue and greatly retards any further growth. The value of retaining a good complement of green leafy material on grazed plants was stressed by many authorities. Vigor recovery timeframes will be compressed or expanded under the influence of wet/dry climatic cycles. Vigor recovery has been found to require most of a decade, even with complete protection from grazing. Competition, both intra- and interspecific, can exert a strong influence on seedling survival and vigor recovery.

## III. LITERATURE REVIEW

### A. Distribution and value

Bluebunch wheatgrass, considered one of the most important native bunchgrasses of the Palouse Prairie and Intermountain Sagebrush Province, has dominated millions of acres of pristine semiarid grass and sagebrush sites, and produced more herbage than all other associated species combined (Miller et al. 1986).

Bluebunch wheatgrass occurs in 7 Bureau of Land Management pysiographic regions, 9 ecosystems and 22 Kuchler plant associations. It is characteristic of many climax or late successional communities (F.E.I.S. 1990). Bluebunch wheatgrass dominates 15 of 32 range sites in the Salmon, Idaho BLM District, is common on 8 others and shows as a trace on an additional 5.

### B. Soil temperature and growth

Bluebunch wheatgrass begins active growth as soon as soils warm to 5-6 degrees C. (41-43 deg. F.) at 10-cm (4") depths with growth accelerating until the optimum of 20-25 deg. C. (58-77 deg. F.) (DePuit and Caldwell 1975) is reached, providing other environmental factors (e.g. soil moisture) remain favorable (Quinton et al. 1982).

4

BLM_0080340

C. Reproduction and seedling establishment

Daubenmire (1960) noted that rhizomatous individuals may prosper in "less arid" grasslands. He indicated that in eastern Washington and northern Idaho, rhizomatous bluebunch wheatgrass may colonize areas not subject to "intense aridity" during the later stages of succession. On an areal basis, the phytomass of sterile tillers far exceeds that of flowering tillers in rhizomatous populations (Daubenmire 1978). Vegetative reproduction by bluebunch wheatgrass is rarely mentioned in the literature, and thus, it is assumed to have little management implication except perhaps on a localized basis.

Seed production was found to be very poor, especially at upper elevation grassland sites, and to be extremely variable among plants and years with no apparent relationship to tiller numbers or basal areas. No individual plant consistently produced reproductive shoots. Since studies were conducted on protected sites in excellent condition, vigor of the plants should have been good [av. precip. 12"] (Quinton et al. 1982). Daubenmire (1978) studied variability in flowering of bluebunch wheatgrass in Washington and reported similar erratic results. Total number of inflorescences produced by 18 individual plants varied from a high of 784 in 1965, a low of 0 in 1968, 589 in 1969 and 173 in 1974. He indicated observations were made in essentially a climax stand which was completely protected from livestock, starting "long before" his study began.

In a one-year study, Harris (1967) found germination rates of 53% and 16% for bluebunch wheatgrass seeds under laboratory and field conditions respectively [precip. 12"-20"]. Evans and Tisdale (1972) reported 85% germination under laboratory conditions. Hanson and Stoddart (1940) obtained 76% germination using moistened blotting paper as a planting medium in petri dishes.

Young et al. (1981) noted that bluebunch wheatgrass seed is highly germinable at a wide range of temperatures, but limited moisture and excessive competition appear to be the most limiting factors hindering successful seedling establishment.

Viable bluebunch wheatgrass seeds per square meter of ground were 50 times greater (630 seeds versus 12) on a range grazed only in autumn than on an area reflecting heavy grazing. The heavily grazed range was described as being depleted in both numbers and size of climax bunchgrasses (Hanson and Stoddart 1940). These authors did not specify the season of use on the heavily grazed area. Since they specifically noted autumn use on one range and, considering the general durability of bluebunch wheatgrass grazed during quiescence, it is assumed that the heavy use occurred sometime during the growing season.

Late-season grazing following earlier deferment has been recommended for at least 75 years because seed trampling by livestock is thought to enhance production of new seedlings and thus improve the range. However, the literature does not support this (Dwyer et al. 1984). Without taking issue with the emperical observations that seedling establishment can be enhanced by livestock trampling, it must be said that quantitative studies on the subject are not available (Heady 1984).

5

BLM_0080341

Miller (pers. comm. 1991)and Mueggler (pers. comm. 1990) also indicated they knew of no definitive studies showing that trampling of seed by livestock promoted increased seedling establishment.

Blaisdell (1958) reported that, on an area containing as many as 200 seedlings one year, fewer than 5% survived the following growing season.

Interspecific competition in the seedling stage has been shown to retard root growth and eventually eliminate bluebunch wheatgrass seedlings (Harris and Goebel 1976).

D.   Water interception

The bunchgrass structure of bluebunch allows deeper penetration of water beneath individuals due to a "funnelling" effect of the aerial parts, as the plant canopy directs light summer rain into the rooting zone of an individual plant.  The ability of the aerial parts of the wheatgrass to intercept and redistribute the incident moisture may have a bearing on the capability of the species to withstand grazing and interspecies competition.  It is possible that the rapid decline of bluebunch wheatgrass under heavy grazing is related to soil moisture redistribution caused by the removal of its aerial parts (Ndawula-senyimba et al. 1971).

E.   Treatments (fire, spraying, brush-beating etc.)

A minimum of 20 percent cover of A. spicatum or one plant per 10 square feet is recommended for successful release of this species from competition (Plummer et al. 1965).  Young and Evans (1978) suggested a rule-of-thumb that one should be able to step from one bunchgrass plant to another in order to have a reasonable expectation of positive results from fire.  The primary source of A. spicatum production for several years after treatment comes from plants occupying the site before treatment (Blaisdell and Mueggler 1956, Miller et al. 1980).

F.   Grazing susceptibility and regrowth

Hyder and Sneva (1963) considered plant material above 2" (5-cm) to be accessable to grazing.  Stoddart (1946) felt that a 2" (5-cm) stubble height attained by clipping is probably more severe than normal grazing.  Although 2" appears to be a grazable theshold height beyond which any further grazing by cattle rapidly becomes increasingly difficult, pedestalled plants are somewhat more vulnerable to being grazed to a lower height as are plants subjected to frequent and heavy regrazing.  This is demonstrated by data collected within the Salmon, Idaho BLM district.  Thirteen of 34 plants were grazed to a 2" (5-cm) or less stubble height on a bluebunch wheatgrass site receiving 66% utilization.  Average stubble height on the site was 2.7" (6.9-cm).  A site subjected to 81% utilization in the same general area averaged a stubble height of 1.7" (4.6-cm), with 32 of 40 plants having been grazed 2" (5-cm) or less.  Two pedestalled plants had been reduced to 0.5" (1.3-cm).

6

BLM_0080342

Species such as *Poa ampla* and *Bouteloua gracilis* possess primarily culmless vegetative shoots in which the apical meristems (site of actively growing tissue) are not elevated to within reach of the grazing animal. Thus, the potential for rapid regrowth is preserved. On the other hand, species such as *Agropyron spicatum* exhibit culmed growth in the latter part of the growing season in which apical meristems are elevated as internode elongation proceeds. Thus, these critical meristems are very susceptible to removal by grazing. Any further growth must then originate from axillary buds at the base of the plant that first must be activated (Hyder 1972).

The possession of a contingent of active meristems for regrowth of productive foliage following grazing is critically important for efficient use of the carbohydrate buffer. With active meristematic tissues, regrowth following defoliation may depend on the stored carbohydrate energy source for as little as two to four days (Caldwell 1984).

Stoddart (1946) concluded that damage to bluebunch wheatgrass from herbage removal was in inverse proportion to the remaining amount of photosynthetic material exposed to sunlight.

Excepting adverse climate which is beyond man's control, the greatest single factor contributing to range depletion is excessive reduction of plant growth by grazing animals. This is accomplished through too great reduction of photosynthetic area which gradually results in starved plants (Heady 1950).

Apart from labile (available) carbon pools in the plant, recovery from defoliation depends on the quantity of remaining foliage and its photosynthetic capacity as well as the rate of development of new foliage and the photosynthetic capacity of these new leaves (Caldwell 1984).

Miller et al. (1986) also stressed the importance of green leafy material remaining on grazed plants, stating that the amount of green plant material present during various stages of phenological development greatly affects the future health and ability of the plant to compete.

Defoliation not only reduces leaf area and thus capacity to utilize moisture, but also by reducing root system activity, may limit the capacity to compete for moisture and nutrients (DePuit and Caldwell 1975).

Grazing intolerant species such as bluebunch wheatgrass, which does not curtail root growth following severe defoliation, may expend valuable carbohydrates on prolonged root growth instead of directing them to shoot system regrowth (Richards 1984). This eventually leads to substantial root mortality during the winter and growing season following defoliation (Caldwell 1984, Richards 1984).

7

BLM_0080343

G. Sensitivity to grazing: Timing and extent of defoliation

Bluebunch wheatgrass is considered sensitive to heavy grazing during the growing season because of its upright stature, slender shoots, early elevation of apical meristems to grazing height, and a high ratio of reproductive to vegetative shoots (Branson 1956, Harris 1967, Evans and Tisdale 1972).

Effects of defoliation injury on bluebunch wheatgrass are well documented; basal area, stem numbers and both root and forage yields are reduced and mortality can be high  (Hanson and Stoddart 1940, Laycock 1967, Bleak and Keller 1973, Mueggler 1972, Caldwell et al. 1981).

Severe defoliation during the late spring when vegetative growth is proceeding rapidly and the apical meristem is being elevated has been shown to be most detrimental to *Agropyron* (Miller pers. comm. 1991, Stoddart 1946).

McLean and Wikeem (1985) [9" av. precip.] noted a mortality rate of 58% following a  1-year clipping of bluebunch wheatgrass to a 4" (10-cm) stubble on a weekly basis throughout the growing season. Mortality of 24% was recorded with plants clipped to 6" (15-cm) stubble height during the same period when compared to control plants. Mean mortality of control plants was 4%.

Pitt (1986) found an 89% reduction of bluebunch wheatgrass flowering stems following two years of defoliation to a 6" (15-cm) stubble height at boot stage. When that level of defoliation occurred at emergence from boot, flowering stem reduction increased to 96% [40" maritime precip., 210 av. frost free days].

Bluebunch wheatgrass subjected to the combined stress of heavy clipping (removal of approximately 50% of the plant's weight by clipping to a stubble height equal to 28% of  the plant's height just before full emergence of the flower stalks) and full competition produced 43% less herbage and 95% fewer flower stalks the following year than were produced by unclipped plants growing under full competition. Extreme clipping (heavy clipping followed by clipping regrowth to a uniform 3" (8-cm) stubble height when control plants were at seed-in-dough stage) reduced production 72% and flower stalk numbers 97% [15.5" av. precip.] (Mueggler 1972).

Hanson and Stoddart (1940) reported a 32% shallower rooting depth and 6 times less root development for bluebunch wheatgrass plants on a heavily grazed range as compared to protected range. They empirically concluded "heavily grazed" due to climax grasses being "obviously depleted in both numbers and size". The protected range was subjected to grazing "only in the autumn after adjacent cultivated crops in the pasture had been harvested".

8

BLM_0080344

Branson (1956) reported that heavy clipping treatments (plants clipped to 1" (2.54-cm) at two and four-week intervals for 8 weeks) of bluebunch wheatgrass resulted in root production 100 times less than that of controls.

Stoddart (1946) found that defoliation (plants clipped to 1" (2.54-cm) and 2" (5-cm) heights on various plots) during mid to late May (heads just showing in the sheath on June 1) caused greatest mortality within one year of clipping. However, all defoliation dates at other than very early in the spring (prior to mid May) or in the fall resulted in heavy mortality. Plants not clipped after mid May during the growing season suffered no mortality. Plants clipped in the fall (September 15 - November 1) did exhibit a decline in yield the following year of 27% for plots clipped to 2" (5-cm) [16.5" av. precip.].

Sauer (1978) reported that removal of all standing dead material (clipped to crown level) from bluebunch wheatgrass prior to the growing season resulted in a 28% decrease in the weight of new leaves and culms, a 25% decrease in leaf length, but did not significantly change the number of flowering culms per clump, the height of the flowering culms or the head length. He indicated that the decrease in live weight suggests that any increase in photosynthetic rate with increased light intensity is offset by a decreased carbon dioxide rate because of greater air movement andsubsequent increased plant water stress. Miller (pers. comm. 1991) speculated that this may also support the precipitation capture theory of Ndawula-senyimba et al. (1971).

Ganskopp and Bedell (1981) studied the effects of various summer-fall grazing intensities on bluebunch wheatgrass in central and eastern Oregon the year following a severe drought (precip. 49% of norm.). Precipitation was 43% above normal the year of the study. They found that light use (0-25% utitilization by weight) resulted in greater growth, weight, and seed stalk numbers than for control plants. Both moderate (25%-70% utilization) and heavy (70%+ utilization) grazing had no significant effect on the same parameters as compared to control plants.

Daubenmire (1940) indicated that when bluebunch wheatgrass was clipped to ground level at the height of its growing season in late spring, most of the clipped plants succumbed, and the next year the few survivors produced only small tufts of foliage with no inflorescences. He noted, however, that grazing bluebunch wheatgrass bunches to the ground during the summer and late fall appeared to have only a slight detrimental influence on the plants [12.2" av. precip.].

Phenology data for bluebunch wheatgrass recorded at Dubois, Idaho by Blaisdell and Pechanec (1949) showed flower stalks appearing on May 23, flower heads showing June 5, and flowers in bloom on June 25. One time ground-level clipping of separate plots at five different dates starting on May 18 and ending June 28 resulted in an average 78% yield reduction the following year. An 85% reduction was noted for the clippings occurring on June 6 and June 17. Flower stalk production the year following treatments declined 91% compared to controls. Ground-level clipping on October 30 caused no yield reduction and only about a 15% flower stalk reduction the following year [10.8" av. precip.].

9

Caldwell (pers. comm. 1990) indicated that the boot/early flowering stage is the most biologically damaging time to graze bluebunch wheatgrass. He noted it could be grazed prior to boot stage, but livestock must be removed before apical meristems elongate. Caldwell indicated that grazing of the apical meristems will retard further plant growth as the plant will have to activate buds and generate new tillers.

Defoliation of bluebunch wheatgrass appears to suppress tiller development (Branson 1956, Caldwell et al. 1981). Competition may also be an important factor influencing tiller development following defoliation (Mueggler 1970, Caldwell and Richards 1986).

Plants can withstand utilization early in the growing season if conditions allow adequate growth after grazing. This will usually occur if animals are removed before the boot stage and there is adequate soil moisture for regrowth. Retaining only small levels of leaf area during the boot stage has the greatest negative effect on carbohydrate storage and plant vigor (Miller et al. 1986). They further indicated that if only light use occurs from boot to seed maturity, little effect on plant health results. They cautioned, however, that if more than light use was allowed, adjustments in grazing use would be required in following growing seasons to maintain plant vigor.

Miller (pers. comm. 1990) agreed that plants are very vulnerable at boot stage and recommended early grazing with livestock removal about 1.5 to 2 weeks before the boot stage. Apical meristems become vulnerable at about early boot stage on the Oregon ranges he works with. He noted that much of the forage consumed during this early grazing was previous year's growth. Turnout has been as early as February in some years. He also indicated that post growing season grazing could be initiated when plants are starting to cure and still have some green in them.

In a British Columbia study, McLean and Wikeem (1985) found the greatest injury (92% mean mortality and 94% reduction in flowering culms) was incurred under weekly defoliation treatments to a 2" (5-cm) stubble height from mid April to the end of May on a low elevation site or from early May to mid June on a higher elevation site. Treatments occurred from early boot into the flowering stage on both sites. Reduced injury (58%, 24% and 12% mortality respectively) occurred from treatments which left 4" (10-cm), 6" (15-cm) or 8" (20-cm) stubble heights. A 57% reduction in the number of flowering culms was recorded for the 4" (10-cm) stubble height. No statistical difference for flowering culm numbers was found between the 6" (15-cm) and 8" (20-cm) stubble heights and control plants. Reduced injury was also found when defoliation ceased earlier in the season (30% mortality and 57% flowering stem reduction for the period mid April to mid May) [9.4" av. precip.].

Studies in Utah and Idaho, indicated the time of greatest susceptibility to defoliation injury corresponded to the late boot or "heads emerging" stage of bluebunch wheatgrass phenology (Stoddart 1946, Blaisdell and Pechanec 1949). The boot stage (mid May) was also very susceptible to defoliation injury in a Washington study. Less injury occurred

10

when the clipping height was 8" (20-cm) (34% reduction in yield) compared to 4" (10-cm) (58% reduction). The lack of injury difference observed between 0-1" (0-2.5-cm) (69% yield reduction) and 4" (10-cm) stubble height was attributed to the steminess and scarcity of leaves in the first 4" (10-cm) [11" av. precip.](Wilson et al. 1960). 

A south-central Washington bluebunch wheatgrass site (9" precip. Oct.-May), ungrazed for nearly 30 years was grazed to an estimated 50% utilization level two consecutive years during April and May (precise dates and phenology not given). Data obtained in year three, when no grazing was allowed, showed an 18% reduction of leaf length, 15% reduction of flower culm length and a 26% basal area decrease (Rickard et al. 1975).

Mueggler (1972) found that control plants growing in the total absence of competition within a 35" (90-cm) radius produced nearly 5 times as much herbage as control plants under full competition. His discription of full competition noted relatively continuous ground cover with little bare soil and plants competing with bluebunch wheatgrass generally more numerous in quantity and variety than usually found on drier sites.  Extreme clipping (50% herbage weight removal just prior to flower stalk emergence, followed by clipping regrowth to a uniform 3" (8-cm) stubble height when controls were at seed dough stage) resulted in about a 57% decline in production with no competition and a 75% decline with full competition [15.5" av. precip.].

Skovlin (pers. comm. 1990) indicated that they had been unable to maintain bluebunch wheatgrass by grazing it at 30%-40% in early June (boot) under a deferred system in eastern Oregon.

In a Montana study, Heady (1950) concluded that clipping bluebunch wheatgrass once to 6" (15-cm) at the flowering stage was too severe a treatment to permit plants to maintain themselves. His conclusion was based on findings showing an 88% reduction in flower stalk production the year following defoliation to 6" (15-cm) as compared to control plants. He also indicated that fruiting culms were present on some plants at clipping levels below 6" (15-cm) but that they were short, spindly and produced sterile florets.

Wilson et al. (1966) concluded that bluebunch wheatgrass may be essentially eliminated from a site by grazing during the boot stage to a 1" (2.54-cm) stubble or less for three consecutive years [11" av. precip.].

In British Columbia, range readiness traditionally occurs when bluebunch wheatgrass is 6"-7" (15-18cm). This means that grazing will occur during the boot and early flowering stages when the grass is most susceptible to injury (McIlvanie 1942). Since seed production is not sufficient to maintain the grass stands under continual or improper use, grazing management becomes critical. Early spring grazing and the removal of animals  would allow aftermath growth most years and a partial recovery and nutrient storage in the plants. However, data indicate that aftermath growth is variable and cannot be relied on.

11

The alternatives are then to graze lightly as early as possible in the current growing season for the site concerned, or to delay grazing until plants have become dormant at that site [12" av. precip.](Quinton et al. 1982).

H.  Vigor recovery

Basal area, leaf length, flower stalk length, number of flower stalks and yield have all been used as criteria for evaluating bluebunch wheatgrass vigor.  Of these, Mueggler (1975) concluded that flower stalk numbers used in conjunction with maximum flower stalk length was a relatively simple and reliable vigor indicator.  He noted these characteristics are influenced considerably by yearly weather variations and thus, plants of "normal" vigor must be used for comparative determinations of vigor in any given year. To accommodate the natural variability of individual plants, he recommended that means from a sample of approximately 80 to 100 individuals of grazed plants be compared with those from a like sample of ungrazed plants to yield reasonably valid data.  On his study area, that sample size gave a 95% probability of falling within 20% of the mean number of flower stalks.  Mueggler found total herbage production somewhat inferior to flower stalks in reflecting expected trends in vigor.  He noted that foliage length was by far the poorest expression of expected vigor.  Eckert and Spencer (1987) concluded that measuring the basal area of bluebunch wheatgrass could be difficult in some cases. Because of its very open bunchgrass form, the amount of dead basal area could not always be distinguished from the rather large natural openings between tillers in a bunch.  Basal area measurements, however, have frequently been used to successfully monitor grazing influence on bluebunch wheatgrass (Findley pers. comm. 1990, Heady 1950, Rickard et al. 1975, and others).

Mueggler (1972) found that reducing competition by clipping surrounding vegetation to ground level in a 35" (90-cm) radius around individual bluebunch wheatgrass plants, completely offset the adverse effects of heavy clipping (50% removal of herbage weight just before full flower stalk emergence).  In the second year of rest, however, as competing vegetation regained its competitive status, productivity and vigor indicators of bluebunch wheatgrass were quite depressed relative to controls.  This situation persisted through 5 succeeding years of rest.  Caldwell and Richards (1986) questioned whether it is physiological recovery of bluebunch wheatgrass that requires so many years or the slow adjustment of competitive balance that takes much of a decade.

If low vigor bluebunch wheatgrass has any competition, vigor recovery will take a long time, even with deferred spring grazing (Caldwell pers. comm. 1990). 

Plants in a depressed state of vigor following a particular defoliation regime generally require longer periods of rest for recovery.  For example, bluebunch wheatgrass may require six years of nonuse for recovery from a onetime removal of 50% of the shoot  system during the active growing period, even in an environment of over 17 inches precipitation (Mueggler 1975).

12

BLM_0080348

Bluebunch wheatgrass of low vigor may produce only two-thirds as much herbage and numbers of flower stalks as normal plants even after 5 years of protection from grazing; complete recovery can take more than 8 years [17"+ av. precip.](Mueggler 1975). 

Bluebunch wheatgrass appears to be more sensitive to heavy use than Idaho fescue and recovers vigor more slowly [17"+ av. precip.] (Mueggler 1975).

Hyder and Sawyer (1951) noted an apparent change in dominanace from bluebunch wheatgrass to Idaho fescue on areas subjected to heavy grazing ("heavy" was not defined). 

Findley (pers. comm. 1990), working with bluebunch wheatgrass ranges in eastern Oregon, indicated further decline in bluebunch wheatgrass vigor under systems allowing heavy spring use (50%+ utilization at various use periods from early leaf to seed set) one year followed by complete rest the next year.  Vigor decline was documented in terms of decreased basal area and seed stalk production [10" av. precip.].

Basal-area cover of bluebunch wheatgrass, Idaho fescue, and squirreltail did not increase when plants were growing in competition with big sagebrush and when grazed heavily (65%) during the growing season 1 year out of 7.  On an area where sagebrush canopy cover had been reduced to 1%, heavy grazing during the growing season 3 out of 9 years  was implicated as the primary factor restricting the growth and reproduction of understory grasses [10"-14" precip.](Eckert and Spencer 1987).

Skovlin (pers. comm. 1990) stated that by grazing one year at "seed show" and the following year at "seed set" to about 35% utilization, they had been able to maintain and improve vigor of bluebunch wheatgrass over the long term.

Yeo et al. (1990) reported a 42% increase in canopy coverage of bluebunch wheatgrass over an eight year period in a Wyoming big sagebrush/bluebunch wheatgrass type in east-central Idaho.  Increase in canopy cover occurred  following delay of grazing until the seed ripening stage (Yeo, pers. comm. 1990), grazing only once every 3 years and concurrent with a naturally occurring 62% density reduction (.13 stems/sq. ft. to .04 stems/sq. ft.) of sagebrush.  No increase in frequency of bluebunch wheatgrass was noted. Prior to the period of vegetation change, the site was grazed annually during May, the actively growing period for bluebunch wheatgrass [4.2" precip. Oct.-May].

## IV.  MANAGEMENT CONSIDERATIONS

A.  Timing and intensity of use

    1. Growing season:  Bluebunch wheatgrass has been shown to be very sensitive to utilization during the active growing season.  The period of greatest potential for defoliation damage appears to be from just prior to the boot stage through flowering.

13

BLM_0080349

<u>Preserving apical meristems and retaining a good complement of leafage are critical to maintaining continued viability of bluebunch wheatgrass</u>. Utilization levels of 30%-40% under deferred grazing systems have been found too severe as has retaining stubble heights of 6"-8". Onetime growing season utilization levels of 50%+ (as commonly occurs under a number of grazing systems) have been shown to cause <u>very long term</u> (upwards of a decade) significant reductions in vigor and productivity, even if followed by complete protection. 

Early spring grazing is tolerable where the bulk of the forage is previous year's growth and livestock are removed 1.5-2 weeks prior to the boot stage.

2. <u>Non growing season</u>: Grazing may be initiated without adverse effects when plants have begun to cure but still have some green in them. Defoliation to stubble heights of 2" during dormancy is not likely to cause mortality, although a yield reduction of about 25% may be incurred the following year. 

B. <u>Recovery</u>

1. <u>Individual plants</u>: Rate of recovery from defoliation will depend on the plant's total non-structural carbohydrate (TNC) reserves, its photosynthetic capacity during the active growing season, the amount of apical mersitems remaining, the degree of competition and available soil moisture. The argument that utilization levels during the growing season are irrelevant as long as good soil moisture conditions can be expected for regrowth is erroneous. Recovery of full forage production and reproductive capacity for healthy plants subjected to <u>onetime</u> heavy utilization (50%+) during the growing season may be in excess of 8 years under the best of management or protection. The presence or absence of additive stresses associated with site characteristics (eg. marginal soils), drought, competition, and other defoliators such as grasshoppers may strongly influence recovery periods. 

2. <u>Range</u>: Bluebunch wheatgrass range recovery is strongly limited by the poor competitive ability of the plants and their seedlings, erratic production of seed (even from vigorous plants), near nonexistent seed production from low vigor plants, and frequently poor seedling establishment and/or survival. Under the most prudent management, realistic time-frames for meeting objectives to increase range production or improve undesirable ecological range condition will be most of a decade or longer.

C. <u>Monitoring</u>

1. <u>Vigor</u>: Flower stalk numbers in conjunction with maximum flower stalk length is apparently the most sensitive vigor indicator for bluebunch wheatgrass. Comparisons must be made with similar measurements of vigorous plants and sample sizes must be large enough to accommodate inherent variability (see review, Mueggler 1975). Yield and basal area comparisons also have utility for monitoring vigor. Leaf length has not been found a reliable indicator of vigor.

14

BLM_0080350

Although utilization during the growing season may be "light" on average, individual plants will likely sustain excessive use. Recording plants in this latter category will provide an index of future trend by identifying plants vulnerable to declining vigor or mortality.

2. Ecological range condition: Very long time periods (upwards of a decade or more) will likely be required to detect upward trend using studies dependent on plant numbers (e.g. nested plot frequency). Downward trends, however, may be detectable in as few as one or two years, depending on the amount and timing of defoliation and resultant mortality.

C. Grazing management

It is evident that avoiding defoliation during the active growing season is essential if enhancement of vigor (i.e. yield and reproduction) and improvement of condition class are objectives. Although some "light" grazing may be allowed during the active growing season, tolerable utilization levels are so low (see above) and the room for error so great that any grazing would appear impractical, if not risky. Livestock grazing should be based on plant phenology rather than particular calander dates.

The belief that range improvement will occur after one or two years of rest following a single season of more than "light" use during the growing season is erroneous. The long period of protection required for healthy vigorous plants to recover from a single 50% defoliation makes one wonder if any grazing system involving use from the pre-boot stage through flowering can be devised which will allow for range improvement. During the seed development stage there appears to be a little more management flexibility. Any use during this period, however, would require careful monitoring to assure the potential for increased vigor and production was not lost.

Encouraging heavy use (often promoted under rest-rotation and deferred systems) during the growing season in an attempt to reduce effects of competition is self-defeating. Results indicate primary forages are subjected to destructive levels of use and the attendant loss of vigor and yield. No evidence is available to indicate primary forages recover faster than their competitors.

No definitive evidence could be found to support the contention that seed trampling increases seedling establishment.

15

BLM_0080351

## V.  SUMMARY

Bluebunch wheatgrass is extremely sensitive to defoliation during the growing season.  This sensitivity is manifested in long-term reductions in root mass, basal area, seed production and biomass production and in increased mortality.  Loss of vigor and biomass production and greater mortality can easily result from improper grazing.  Recovery of low vigor or otherwise depleted ranges requires an investment of time and adjustment of grazing strategies to avoid growing season use.  Prudent grazing management will result in substantial increases in bluebunch wheatgrass production and general range health.

16

# Bibliography

Blaisdell, J. 1958.  Seasonal development and yield of native plants on the upper Snake River plains and their relation to certain climatic factors.  USDA Tech. Bull. 1190, 68p.

Blaisdell, J. and W. Mueggler. 1956.  Effect of 2,4-D on forbs and shrubs associated with big sagebrush.  J. Range Manage. 9:38-40.

Blaisdell, J. and J. Pechanec. 1949.  Effects of herbage removal at various dates on vigor of bluebunch wheatgrass and arrowleaf balsamroot.  Ecol. 30:298-305.

Bleak, A. and W. Keller. 1973.  Water requirements, yields and tolerance to clipping of some cool-season, semiarid range grasses.  Crop Sci. 13:367-370.

Branson, F. 1956.  Quantitative effects of clipping treatments on five range grasses.  J. Range Manage. 6:86-88.

Caldwell, M. 1990. Pers. comm. Prof. Range Sci. Utah State U., Logan

Caldwell, M. and J. Richards. 1986.  Competitive position of species in respect to grazing tolerance: some perspectives on ecophysiological processes, p.447-449.  IN  P. Joss, P. Lynch, and O. Williams (eds.)   Rangelands: A Resource Under Siege.  Proc. second intrntl. rangeland congress. Australian Acad. of Sci. Canberra.

Caldwell, M. 1984.  Plant requirements for prudent grazing, p.117-152.  IN Developing Strategies for Rangeland Management. Westview Press,  Boulder, Co.

Caldwell, M., J. Richards, D. Johnson, R. Nowak, and R. Dzurec. 1981.  Coping with herbivory: Photosynthetic capacity and resource allocation in two semiarid Agropyron bunchgrasses.  Oecologia 50:14-24.

Cook, C. and R. Child. 1971.  Recovery of desert plants in various states of vigor.  J. Range Manage. 24:339-343.

Craddock, G. and C. Forsling. 1938.  The influence of climate and grazing on spring-fall sheep range in southern Idaho.  USDA, Tech. Bull. 549.

Crider, F. 1955.  Root growth stoppage resulting from defoliation of grass.  USDA Tech. Bull. 1102. 23p.

17

BLM_0080353

Daubenmire, R. 1978.  Annual variation in the flowering of Agropyron spicatum near Clarkston, Washington.  Northwest Sci. 52:153-155.

Daubenmire, R. 1960.  An experimental study of variation in the Agropyron spicatum-Agropyron inerme complex.  Botanical Gaz. 122:104-108.

Daubenmire, R. 1940.  Plant succession due to overgrazing in the Agropyron bunchgrass prairie of southeastern Washington.  Ecol. 21:55-64.

DePuit, E., and M. Caldwell. 1975.  Gas exchange of three cool semi-desert species in relation to temperature and water stress.  J. Ecol. 63:835-858.

Dwyer, D., J. Buckhouse, and W. Huey. 1984.  Impacts of grazing intensity and specialized systems on the use and value of rangeland: summary and recommendations, p.867-884.  IN Developing Strategies for Rangeland Management.  Westview Press, Boulder, Co.

Eckert, R. and J. Spencer. 1987.  Growth and reproduction of grasses heavily grazed under rest-rotation management.  J. Range Manage. 40:156-159.

Evans, G. and E. Tisdale. 1972. Ecological characteristics of Aristida longiseta and Agropyron spicatum in west-central Idaho.  Ecol. 53:137-142.

Findley, J. 1990. Pers. comm. Staff Botanist. Bur. Land Manage. Dist. Office, Vale, OR.

F.E.I.S. (Fire Effects Information System) 1990.  BIFC, Boise.

Ganskopp, D. and T. Bedell. 1981.  An assessment of vigor and production of range grasses following drought.  J. Range Manage. 34:137-141.

Ganskopp, D. and T. Bedell. 1979.  Response of bluebunch wheatgrass to drought and climatic fluctuations: a review.  Circular of Information 680. Ag. Exp. Sta., Oregon State University, Corvallis.

Hanson, W., and L. Stoddart. 1940.  Effects of grazing upon bunch wheatgrass.  J. Amer. Soc. Agron. 32:278-289.

Harris, G. 1967.  Some competitive relationships between Agropyron spicatum and Bromus tectorum.  Ecol. Monogr. 37:89-111.

Harris, C. and C. Goebel. 1976.  Factors of plant competition in seeding Pacific Northwest bunchgrass ranges.  Agr. Res. Center Bull. 820. Washington State University, Pullman. 21p.

18

BLM_0080354

Heady, H. 1984.  Concepts and principles underlying grazing systems, p.885-902.  IN Developing Strategies for Rangeland Management.  Westview Press, Boulder, Co.

Heady, H. 1950.  Studies on bluebunch wheatgrass in Montana and height-weight relationships of certain range grasses.  Ecol. Monog. 20:55-81.

Holecheck, J., R. Pieper, and C. Herbel. 1989.  Range Management Principles and Practices.  Prentice Hall, Englewood Cliffs, New Jersey. 501p.

Hyder, D. 1972.  Defoliation in relation to vegetative growth, pp.304-317.  IN Younger, V. and C. McKell (eds.). Biology and Utilization of Grasses. Academic Press, New York.

Hyder, D. and F. Sneva. 1963.  Studies of six grasses seeded on sagebrush bunchgrass range: yield, palatability, carbohydrate accumulation, and developmental morphology.  Oregon Agr. Exp. Sta. Tech. Bull. 71.

Hyder, D. and W. Sawyer. 1951.  Rotation-deferred grazing as compared to seasonlong grazing on sagebrush-bunchgrass ranges in Oregon.  J. Range Manage. 4:30-34.

Laycock, W. 1967.  How heavy grazing and protection affect sagebrush-grass ranges.  J. Range Manage. 20:206-213.

McIlvanie, S. K. 1942.  Carbohydrate and nitrogen trends in bluebunch wheatgrass, Agropyron spicatum, with special reference to grazing influences.  Plant Physiol. 17:540-557.

McLean, A. and S. Wikeem. 1985.  Influence of season and intensity of defoliation on bluebunch wheatgrass survival and vigor in southern British Columbia.  J. Range Manage. 38:21-26.

Miller, R. 1990.  Pers. comm. Assoc. Prof., E. Oregon Ag. Res. Cent. Oregon State Univ., Corvallis.

Miller, R., J. Seufert, and M. Haferkamp. 1986.  The ecology and management of bluebunch wheatgrass (Agropyron spicatum): a review.  Oregon St. Univ. Ag. Res. Sta. Bull. 669., Corvallis.

Miller, R., R. Findley, and J. Findley. 1980.  Changes in mountain big sagebrush habitat types following spray-release.  J. Range Manage. 33:278-281.

Mueggler, W. 1990.  Pers. comm. Plant Ecologist. Intrmtn. For. and Range Res. Sta., Logan.

19

BLM_0080355

Mueggler, W. 1975.  Rate and pattern of vigor recovery in Idaho fescue and bluebunch wheatgrass.  J. Range Manage. 28:198-204.

Mueggler, W. 1972.  Influence of competition on the response of bluebunch wheatgrass to clipping.  J. Range Manage. 25:88-92.

Ndawula-senyimba, M., V. Brink, and A. McLean. 1971.  Moisture interception as a factor in the competitive ability of bluebunch wheatgrass.  J. Range Manage. 24:198-200.

Pechanec, J., G. Pickford, and G. Stewart. 1937.  Effect of the 1934 drought on native vegetation of the upper Snake River Plains of Idaho.  Ecol. 18:490-505.

Pitt, M. 1986.  Assessment of spring defoliation to improve fall forage quality of bluebunch wheatgrass (Agropyron spicatum).  J. Range Manage. 39:175-181.

Plummer, A., A. Hull, Jr., G. Stewart, and J. Robertson. 1965.  Seeding rangelands in Utah, Nevada and southern Idaho, and western Wyoming.  USDA Handbook 73. 71p.

Quinton, D., A. McClean and D. Stout. 1982.  Vegetative and reproductive growth of bluebunch wheatgrass in interior British Columbia.  J. Range Manage. 35:46-50.

Richards, J. 1984.  Root response to defoliation in two Agropyron bunchgrasses: field observations with an improved root periscope.  Oecol. 64:21-25.

Rickard, W., D. Uresk, and J. Cline. 1975.  Impact of cattle grazing on three perennial grasses in south-central Washington.  J. Range Mangage. 28:108-112.

Risser, P. 1969.  Competitive relationships among herbaceous grassland plants.  Bot. Rev. 35:251-284.

Sauer, R. 1978.  Effect of removal of standing dead material on growth of Agropyron spicatum.  J. Range mange. 31:121-122.

Sauer, R. and D. Uresk. 1976.  Phenology of steppe plants in wet and dry years.  Northwest Sci. 50:133-139.

Skovlin, J. 1990. Pers. comm. Range Scientist (ret.). USFS Range Exp. Sta. LaGrande

BLM_0080356

Stoddart, L., A. Smith, and T. Box. 1975.  Range Management.
McGraw-Hill Co., New York. 532p.

Stoddart, L. 1946.  Some physical and chemical responses of <u>Agropyron</u>
<u>spicatum</u> to herbage removal at various seasons.  Utah Agr. Exp. Sta. Bull. 324. 24pp.

Trlica, M., M. Buwai, and J. Menke. 1977.  Effects of rest following
defoliation on the recovery of several range species.  J. Range Manage. 30:21-27.

Van Poolen, H. and J. Lacey. 1979.  Herbage response to grazing
systems and stocking intensities.  J. Range Manage. 32:250-253.

Wilson, A., G. Harris, and D. Gates. 1966.  Cumulative effects of
clipping on yield of bluebunch wheatgrass.  J. Range Manage. 19:90-91.

Yeo, J. 1990.  Pers. comm. Research Assoc. Dept. Fish and Wildlife
Resources, Univ. of Idaho, Moscow.

Yeo, J., W. Wittinger, and J. Peek. 1990.  Vegetation changes on a
rest-rotation grazing system.  Rangelands 12:220-225.

Young, J., R. Eckert, Jr., and R. Evans. 1981.  Temperature profiles
for germination of bluebunch  and beardless wheatgrasses.  J. Range Manage. 34:84-89.

Young,J., and R. Evans. 1978.  Population dynamics after wildfires in
sagebrush-grasslands.  J. Range Manage. 31:283-289.

21

BLM_0080357



BLM-ID-PT- 91-010-4350

BLM_0080358

# Effect of Removal of Standing Dead Material on Growth of *Agropyron spicatum*

**RONALD H. SAUER**

**Highlight: Standing dead was clipped from clumps of blue-bunch wheatgrass, with no other disturbance. Clumps without dead material, compared to those with, had less green material and shorter leaves but did not differ in height or number of flowering culms or head lengths. Standing dead appears to be beneficial to bluebunch wheatgrass.**

*Agropyron spicatum* (bluebunch wheatgrass), in the un-grazed condition, grows in clumps with a dense accumulation of dead culms and leaves, collectively known as standing dead. Standing dead modifies the environment of young leaves, and to a lesser degree older leaves, by intercepting sunlight and reducing air movement. Reduced light intensity may decrease photosynthetic activity. On the other hand, reduced air move-ment may favor a reduced vapor pressure deficit at the leaf surface and reduced water stress in plant tissues, compensating perhaps for the reduced light intensity. This report describes the effect on bluebunch wheatgrass of the removal of standing dead without the removal of live material. The results of this research are relevant to ecosystems studies focusing on the effect of standing dead on the growth of bluebunch wheatgrass.

Grazing studies have dealt with the effect of removal of both live and dead material from rangeland grasses during the growing season (Rickard et al. 1975; Mueggler 1972, 1975; Wilson et al. 1966; Heady 1950). In contrast, this study addresses the effect of removing dead material early in the season before growth initiation of new leaves.

## Study Area and Methods

The study site is the Arid Lands Ecology Reserve located on the United States Energy Research and Development Administration's Hanford Reservation in southcentral Washington. The site occupies a gently sloping, east-facing slope on the Rattlesnake Hills at an elevation of approximately 390 m (1,300 ft). The vegetation is classified as the *Artemisia tridentata/Agropyron spicatum* association (Daubenmire 1970). The soil is a silt loam with very few rocks in the upper 2 m of profile. Precipitation is approximately 200 mm (8 inches), most of which comes in fall, winter, and early spring. Growth is arrested in summer by drought and in winter by cold. Most species grow in the period between January and June when soil water content and temperatures are simultaneously conducive to growth.

Seventy-three clumps of bluebunch wheatgrass were randomly selected and individually identified in an area approximately 100 m by

Author is research scientist, Terrestrial Ecology, Battelle-Northwest Laboratories, Richland, Washington 99352. Grateful acknowledgment is made to Anna Durham and William Steigers for assistance in collecting field data and Drs. D. Uresk and R. Gilbert for statistical advice.

Work was performed under contract EY-76-C-06-1830 with the United States Energy Research and Development Administration.

Manuscript received June 13, 1977.

20 m. On January 14, 1976, no live leaves were present and 35 clumps were clipped to the crowns with scissors. The material from each clipped clump, all dead, was bagged, dried in a 60°oven, and weighed. By June 15, 1976, growth had stopped and all 73 clumps were clipped. The live and dead material was hand separated and oven dried as before. The weights of the dead material were added for the January and June harvests.

Leaf length, number and height of flowering culms per clump, head length, and basal area were measured in the field before clipping. Leaf length was estimated by measuring the total length of 18 leaves randomly chosen from the periphery and center of each clump. Height of flowering culms and head length were estimated by measuring up to 18 flowering culms and the length of the attached seed head. The total number of flowering culms was recorded for each clump. Leaves and flowering culms were measured from the soil surface to the end of the unbent structure. Basal area (length × width) was estimated by measuring the longest and shortest dimension of each clump.

These data were then analyzed in three steps. First, averages for leaf length, height of flowering culms, and head length were calculated for each clump. Second, the distribution of the data for all parameters (leaf length, height of flowering culms, head length, basal area, number of flowering culms, and live and dead weight) was tested for normality using all clumps because the *t*-test (Snedecor and Cochran 1967) requires the data to have a normal distribution. Basal area, number of flowering culms, leaf length, and live and dead weights were trans-formed to a normal distribution using natural logs. Third, basal area was noticeably different between the treatments for reasons unknown and unrelated to the treatments (clipping height left the growing points undamaged). Accordingly, the effect of basal area on the other parameters was statistically removed from the other parameters as follows: A regression equation using all clumps was calculated for each parameter using that parameter as the dependent variable and basal area as the independent variable. The regression equation was used to calculate estimated values of each parameter, which were subtracted from the observed values to obtain residuals. The residual values were used in the *t*-test to compare treatments within parameters.

## Results and Discussion

The untransformed means and standard errors for all parame-ters are summarized in Table 1. The standard errors are descriptive only and are not to be used to determine significant differences because the untransformed data does not have a normal distribution. Removing standing dead material de-creased the weight of the new generation of leaves and culms by 28%, decreased the loss of standing dead by 21%, decreased leaf length by 25%, but did not significantly change the number of flowering culms per clump, the height of the flowering culms, or the head length.

There are several possible explanations for the measured changes following removal of standing dead. The decrease in live weight suggests that any increase in photosynthetic rate with increased light intensity is offset by a decreased carbon

BLM_0080359

**Table 1. Means and standard errors for the seven parameters measured in the two treatments. Data here are not transformed to a normal distribution and thus standard errors are not to be used to determine significant differences.**

| Parameter | Treatment | |
|---|---|---|
| | Without standing dead N=35 | With standing dead N=38 |
| Live (gm/clump) | 11.2 ± 1.4 | 15.6 ± 1.9* |
| Dead (gm/clump) | 35.4 ± 5.3 | 27.9 ± 3.8* |
| Leaf length (cm) | 19.8 ± .4 | 26.5 ± .6** |
| Number flowering culms | 7.6 ± 1.7 | 15.0 ± 3.5 |
| Height flowering culms (cm) | 23.8 ± 2.8 | 27.1 ± 3.3 |
| Head length (cm) | 4.0 ± .4 | 3.7 ± .4 |
| Basal area (cm²) | 366.4 ± 43.0 | 448.1 ± 67.9 |

*Treatments different at    = .05.
**Treatments different at    = .001.

dioxide absorption rate because of greater air movement and subsequent increased plant water stress. In other words, in intact clumps, the effect of reduced light intensity is more than compensated for by the possible sheltering effect of standing dead in this arid environment.

The greater growth of bluebunch wheatgrass clumps shaded with dead material contrasts with results of studies on wheat (Fischer 1975) and potatoes (Sale 1976) in which shade reduced yield. These results are also in contrast to the increase in bluebunch wheatgrass shoot production, leaf length, length and number of flowering culms, and head length following a wildfire in this same pasture (Uresk et al. 1976). Since fire removes standing dead, it appears that fire may have more of a growth stimulating effect than previously thought because simple removal of standing dead decreases growth. The wildfire mentioned above reduced competition for the bluebunch wheatgrass by removing all *Artemisia tridentata* (big sagebrush) shrubs and some weaker individuals of other perennial species. Reduced competition has been found to increase growth in bluebunch wheatgrass (Mueggler 1972). Ash deposition and associated higher early season soil temperature from the darkened surface may also account for some of the increased growth of bluebunch wheatgrass in the burned area (Kozlowski and Ahlgren 1974).

Decomposition of dead material proceeds most rapidly during the January-to-June growing season (Wildung et al. 1975) and the unclipped clumps were also probably losing dead material during this time. The 21% differences in standing dead between the two treatments is probably close to the percentage of dead material lost through fragmentation and decomposition.

The decrease in leaf length on the clipped clumps may be an effect of higher light intensity acting to constrain cell elongation, or simply a reflection of less leaf weight.

The small differences between treatments for height and number of flowering culms and length of seed heads indicate that reproductive performance was not affected by the removal of standing dead.

These data suggest that standing dead is beneficial to bluebunch wheatgrass and is not a deterrent to growth.

### Literature Cited

**Daubenmire, R.** 1970. Steppe vegetation of Washington. Washington Agr. Exp. Sta. Tech. Bull. 62. 131 p.

**Fischer, R. A.** 1975. Yield potential in a dwarf spring wheat and the effect of shading. Crop Sci. 15:607-613.

**Heady, H. F.** 1950. Studies on bluebunch wheatgrass in Montana and Height-weight relationships of certain range grasses. Ecol. Monogr. 20:55-81.

**Kozlowski, A. T., and C. E. Ahlgren.** 1974. Fire and Ecosystems. Academic Press, New York. xii plus 542 p.

**Mueggler, W. F.** 1972. Influence of competition on the response of bluebunch wheatgrass to clipping. J. Range Manage. 25:88-92.

**Mueggler, W. F.** 1975. Rate and pattern of vigor recovery in Idaho fescue and bluebunch wheatgrass. J. Range Manage. 28:198-204.

**Rickard, W. H., D. W. Uresk, and J. F. Cline.** 1975. Impact of grazing on three perennial grasses in south-central Washington. J. Range Manage. 28:108-112.

**Sale, P. J. M.** 1976. Effect of shading at different times on the growth and yield of the potato. Australian J. Agr. Res. 27:557-566.

**Snedecor, G. W., and W. G. Cochran.** 1967. Statistical Methods. Sixth edition. The Iowa State University Press, Ames.

**Uresk, D. W., J. F. Cline, and W. H. Rickard.** 1976. Impact of wildfire on three perennial grasses in south-central Washington. J. Range Manage. 29:309-310.

**Wildung, R. E., T. R. Garland, and R. C. Bushbom.** 1975. The interdependent effects of soil temperature and water content on soil respiration rate and plant root decomposition in arid grassland soils. Soil Biology and Biochemistry 7:373-378.

**Wilson, A. M., G. A. Harris, and D. H. Gates.** 1966. Cumulative effects of clipping on yield of bluebunch wheatgrass. J. Range Manage. 19:90-91.

### *Impact of Herbivores on Arid and Semiarid Rangeland Ecosystems—*
*Proceedings of the Second Workshop of the US/AUSTRALIA RANGELANDS PANEL—Adelaide, 1972.*

We have received a small number of copies of the above **Proceedings** on consignment from the Australian Rangeland Society, publishers of the Second Workshop. These copies are available from the *Society for Range Management, 2760 West Fifth Avenue, Denver, Colo. 80204,* for approximately $7.50 (US dollars). The publication contains the contributions of the 10 United States and 23 Australian scientists participating in the Second Workshop.

Also available from the SRM Denver headquarters is a limited supply of *Arid Shrublands—Proceedings of the Third Workshop of the US/AUSTRALIA RANGELANDS PANEL, Tucson, Ariz. 1973.* ($3.00 postpaid)

BLM_0080360

# Bluebunch Wheatgrass Response to Spring Defoliation on Foothill Rangeland

Rangeland Ecology & Management Article: pp. 487–497 | Abstract | PDF (283K)

Tracy K. Brewer[1], Jeffrey C. Mosley[2], Daniel E. Lucas[3], and Lisa R. Schmidt[4]

[1]Assistant Research Professor and

[2]Professor, Department of Animal and Range Sciences, Montana State University, Bozeman, MT 59717

[3]County Agent, Montana State University Extension Service, Philipsburg, MT 59858

[4]Research Associate, Department of Animal and Range Sciences, Montana State University, Bozeman, MT 59717

Spring elk grazing may reduce forage availability for wildlife or livestock in summer and may harm forage resources on foothill rangeland. We quantified bluebunch wheatgrass (Pseudoroegneria spicata [Pursh] A. Love) response to spring defoliation on foothill rangeland in southwestern Montana. Two experiments were conducted simultaneously on a foothill grassland site and a foothill sagebrush steppe site. Bluebunch wheatgrass plants (n=800) were selected and excluded from wild and domestic ungulates. Clipping treatments were applied in either early spring (mid- to late April) or late spring (mid- to late May), and plants were clipped to 1 of 3 residual heights (3, 6, or 9 cm) for 1, 2, or 3 successive years. Unclipped plants served as controls. Plant response was measured in late June and late July on both sites. April clipping for 3 successive years did not adversely affect bluebunch wheatgrass in June or July ($P>0.05$) at either site. On foothill grassland, May defoliation to 3 cm for 2 consecutive years reduced leaf height ($P=0.04$) in July. May defoliation for 3 successive years to 3 or 6 cm reduced plant yield ($P<0.05$) and leaf height ($P<0.05$) in June, and May defoliation for 3 successive years to 3 cm reduced leaf height ($P=0.02$) in July. On foothill sagebrush steppe, 3 successive years of May defoliation to 9-cm stubble heights decreased leaf height in June ($P<0.05$). We conclude that foothill rangelands where bluebunch wheatgrass receives moderate or light defoliation (6–9-cm residual stubble heights) in mid- to late May should be limited to no more than 2 successive years of mid- to late May grazing, whereas sites that receive heavy to severe defoliation (3-cm residual stubble heights) in mid- to late May should not be grazed for 2 successive years during mid- to late May.

BLM_0080361



**Society for Range Management**

Cattle Use of Riparian Meadows in the Blue Mountains of Northeastern Oregon
Author(s): R. L. Gillen, W. C. Krueger, R. F. Miller
Source: *Journal of Range Management*, Vol. 38, No. 3 (May, 1985), pp. 205-209
Published by: Allen Press and Society for Range Management
Stable URL: http://www.jstor.org/stable/3898967
Accessed: 26/11/2009 01:37

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=acg.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Allen Press* and *Society for Range Management* are collaborating with JSTOR to digitize, preserve and extend
access to *Journal of Range Management.*

http://www.jstor.org

BLM_0080362

Simanton, J.R., R.M. Dixon, and I. McGowan. 1977. Rangeland Renovation: A literature review. Report for Task Force on Sedimentation Control in the Rio Grande River. Sponsored by International Boundary and Water Commission.

Soiseth, R.J., J.R. Wight, and J.K. Aase. 1974. Improvement of panspot (solonetzic) range sites by contour furrowing. J. Range Manage. 27:107-110.

Steel, R.G.D., and J.H. Torrie. 1960. Principles and Procedures of Statistics. McGraw-Hill Book Co., New York.

Tromble, J.M. 1976. Semiarid rangeland treatment and surface runoff. J. Range Manage. 29:252-255.

Tromble, J.M., K.G. Renard, and A.P. Thatcher. 1974. Infiltration for three rangeland soil-vegetation complexes. J. Range Manage. 27:318-321.

U.S. Department of Agriculture. 1965. Texas Soil Survey, Garza County. U.S. Government Printing Office, Washington, D.C.

Wight, J.R. 1976. Land surface modifications and their effects on range and forage watersheds, p. 165-174. In: Proc. of the Fifth Workshop of the United States/Australia Rangelands Panel: Watershed Management on Range and Forest Lands, Utah State Univ., Logan.

Wight, J.R., and F.H. Siddoway. 1972. Improving precipitation use efficiency on rangelands by surface modifications. J. Soil and Water Conser. 27:170-174.

Williams, G., and G.F. Gifford. 1969. Analysis of hydrologic, edaphic, and vegetative factors affecting infiltration and erosion on certain treated and untreated pinyon-juniper sites. Prog. Rep., Utah Agr. Exp. Sta. Proj. 728.

Williams, G., G.F. Gifford, and G.B. Coltharp. 1969. Infiltrometer studies on treated vs. untreated pinyon-juniper sites in central Utah. J. Range Manage. 22:110-114.

Wood, M.K., and W.H. Blackburn. 1981. Grazing systems: Their influence on infiltration rates in the Rolling Plains of Texas. J. Range Manage. 34:331-335.

Wright, H.A., F.M. Churchill, and W.C. Stevens. 1976. Effect of prescribed burning on sediment, water yield, and water quality from dozed juniper lands in central Texas. J. Range Manage. 29:294-298.

# Cattle Use of Riparian Meadows in the Blue Mountains of Northeastern Oregon

R.L. GILLEN, W.C. KRUEGER, AND R.F. MILLER

### Abstract

The intensity and pattern of cattle use of small riparian meadows were studied by periodically sampling vegetative standing crop and by continuously monitoring meadows with time-lapse photography. Temperature and relative humidity were also measured in riparian and upland plant communities. Herbage standing crop at the end of the grazing season was similar under continuous grazing and the early and late grazing periods of a two pasture deferred-rotation grazing system. Early grazing tended to decrease the total cattle occupation and the frequency of cattle occupation of riparian meadows when compared to continuous grazing. Late grazing tended to increase the frequency of cattle occupation but did not change the total cattle occupation of riparian meadows when compared to continuous grazing. Cattle were present on a given meadow site on about 60% of all days but for only 3-10% of the total daylight period. Cattle occupation of riparian meadows was greater during the afternoon hours. The seasonal pattern of cattle occupation was influenced by the location where cattle entered a pasture hut not by seasonal temperatures. Temperature and the temperature-humidity index did not differ between riparian and upland plant communities between 12:00 noon and 6:00 p.m.

Riparian meadows are narrow, highly productive plant communities occurring along stream courses. These meadows are usually dominated by grasses and grasslike plants but shrubs are often a major vegetative component. Cattle preference for riparian meadows is a major influence on overall grazing distribution on moun---

Authors are assistant professor, Department of Agronomy, Oklahoma State University, Stillwater, and professor and associate professor, Department of Rangeland Resources, Oregon State University, Corvallis, respectively. Miller is located at the Eastern Oregon Agricultural Research Center at Burns, Ore.

This article is submitted as Tech. Paper No. 7064. Oregon Agricultural Experiment Station, Corvallis. This research was supported by funds from the Oregon Range Evaluation Project, USDA-Forest Service, Pacific Northwest Forest and Range Experiment Station.

Manuscript accepted August 20, 1984.

tain rangelands.

When forage utilization on meadows reached 75% on Utah foothill range, forage use on upland slopes averaged only 20% (Cook and Jeffries 1963). Phillips (1965) reported almost identical results from southern Idaho. Johnson (1965) and McEwen and Dietz (1965) found the intensity of utilization 3–5 times higher on riparian meadows versus forested communities although meadow use did not exceed 50% in either study. In northeastern Oregon, Roath and Krueger (1982) estimated that 80% of the forage consumed on a mountain allotment came from the riparian meadows which made up 1.9% of the total area. Long and Irwin (1982) observed 25% of the cattle on the 6% of their study area covered by meadows. Finally, Bryant (1982) made 66% of his cattle observations on riparian meadows or communities directly adjacent to meadows from late July to early September. The meadows and adjacent communities comprised 5.1% of the study pastures. However, in late September, only 12% of the observations were made in the same communities. This shift in habitat use was attributed to complete utilization of forage in the riparian zone; thundershowers, which stimulated new forage growth on the uplands; and a microclimatic shift to more favorable conditions in the uplands (Bryant 1982).

Over the last 2 decades, an increasing amount of attention has been given to the idea that excessive cattle use has reduced the usefulness of the riparian zone for wildlife species, especially fish (Ames 1977, Platts 1979, Thomas et al. 1979). Bowers et al. (1979) summarized 5 studies that indicated an average 200% increase in trout biomass when improper grazing was controlled and streams were managed for optimum trout habitat. Platts (1981) stated streams impacted by cattle overuse are wider, shallower, warmer, have less overhead cover, and have more fine sediment than unimpacted streams. He further stated livestock impacts are usually

BLM_0080363

small cumulative changes that occur over several years (Platts 1982).

Fencing and complete exclusion of grazing from riparian ecosystems is often recommended as a means of controlling livestock impact on riparian meadows (Armour 1979, Behnke and Raleigh 1979, Bowers et al. 1979). While fencing and livestock exclusion would certainly alleviate some aspects of the problem, it does not seem practically feasible on a broad scale and also implies that any level of livestock use would be detrimental. Fencing riparian zones to allow strict control of intensity and season of use seems to be a more reasonable approach. Light to moderate late season grazing has been most often advocated (Bowers et al. 1979, Platts 1981) and has shown good results in practice (Claire and Storch 1977, Kauffman 1982). However, the use of fencing will probably be limited economically to the larger and more important riparian areas (Platts 1979). Small riparian meadows along primary drainages may only range from 5 to 30 m in width but may total several miles in length in a single mountain range pasture. While these meadows are the riparian areas most susceptible to alteration by cattle grazing (May and Davis 1982), they are also the most difficult areas to fence. If cattle grazing patterns on these long, narrow riparian systems need to be changed, some combination of alternative grazing management practices must be employed.

While all of the usual livestock distribution practices have been suggested as at least partial solutions, the implementation of grazing systems has been given the most attention. Continuous season-long or year-long grazing is generally considered to be a detrimental and unacceptable management scheme for riparian meadows (Reid and Pickford 1946; Pond 1961; Platts 1981, 1982), so some type of specialized grazing plan appears necessary. Platts (1981) rated most standard grazing plans as to their ability to maintain quality instream habitat; no system was rated better than fair. He stated none of the present grazing strategies would be satisfactory in this aspect. However, as more data have become available, Platts (1982) has indicated the situation may be better than first thought.

The objectives of this study were to: (a) determine the intensity and pattern of cattle use of small riparian meadows under continuous and deferred rotation grazing management and (b) compare the temperature and relative humidity regimes of riparian and upland plant communities.

## Study Area

The study was conducted on the Upper Middle Fork Grazing Allotment of the Malheur National Forest in north-central Oregon. Elevations range from 1,160 m along the Middle Fork of the John Day River, which flows northwest through the allotment, to over 2,300 m on the watershed boundaries. Topography is mountainous with slope gradients ranging from 0 to 100%.

Average annual precipitation ranges from 500 mm in the valley bottom to 1,010 mm at the highest elevations. Most of the precipitation falls as snow from November through April. Rain showers occur in May and June. Little precipitation falls in July, August, and early September. During the summer grazing season, daytime maximum temperatures reach 20–30°C but frost may occur in any month.

Plant communities on the study area have been described by Hall (1973). About 85% of the allotment supported forest vegetation. The major forest types included ponderosa pine-Douglas-fir *(Pinus ponderosa-Pseudostuga menziesii),* mixed conifer, and grand fir *(Abies grandis).* Riparian meadows were narrow (about 30 m wide) communities located along streams and covered about 1% of the study area. Most of these meadows were classified as dry meadows which had surface soils that were wet in spring but had dried by fall and were not sub-irrigated for the entire growing season. Dry meadows were dominated by Kentucky bluegrass *(Poa pratensis)* with western yarrow *(Achillea millefolium),* northwest cinquefoil *(Potentilla gracilis),* and dandelion *(Taraxacum officinale)* as prominent forbs.

Data were collected in 2 of the 6 pastures of the Upper Middle Fork Grazing Allotment. The Butte Pasture (4,675 ha) was grazed continuously with 85 cow-calf pairs from early June to mid-October except in 1980, when grazing began in early July. The Deerhorn Pasture (5,735 ha) was included in a two pasture deferred-rotation grazing system. The system called for all cattle to graze in 1 pasture from early June to early August, at which time the cattle would be moved to the second pasture until mid-October. The direction of livestock movement was reversed in alternate years. The pastures were stocked with 200 cow-calf pairs. The Deerhorn Pasture was grazed in the early period in 1980 and the late period in 1981.

## Materials and Methods

### Herbage Standing Crop

Total standing crop of vegetation on dry riparian meadows was measured at 8 sites on the study area in 1980 and 1981. Four sampling sites were located in each pasture. Total herbage standing crop was sampled at 2-week intervals while cattle were grazing in each pasture. Total herbage on 15 rectangular 0.1-m² quadrats (30 cm × 33.3 cm) was clipped to ground level on each site on each sampling date. New quadrats were randomly located on each sampling date. Samples of herbage (100–150 gm fresh weight) were dried in a forced-air oven to a constant weight to convert fresh herbage weights to oven-dry weights. Total herbage production without grazing was sampled by clipping 15 quadrats that were protected from grazing by wire cages. Total production sampling was done at the peak of standing crop.

### Cattle Occupation

Cattle use of dry riparian meadows was monitored with time-lapse photography in 1980 and 1981 on 2 meadows in each of the study pastures. Battery-powered Super 8 mm movie cameras were placed on elevated platforms in trees or snags 5–7 m above the ground. The cameras exposed 1 frame of film at 5-minute intervals. Light sensors stopped filming when light levels fell below the minimum required for proper film exposure. Cameras operated continuously while cattle were grazing the study pastures.

Film was analyzed 1 frame at a time using an 8-mm film editor. When cattle appeared in view, the number of animals, their activity, and the time of day was recorded. Time of day was estimated by first counting all frames in a day and calculating the mid-point for that day (solar noon). One-hour intervals were then calculated backwards and forwards from solar noon assuming an average of 12 frame exposures per hour. Only adult cows were counted in the analysis; 95% or more of the cows on the allotment were nursing calves. The initial unit of measurement was the animal unit frame, defined as 1 cow being present in 1 frame of film. Animal unit frames were then totaled over the season and converted to animal unit days (AUD) by dividing the total animal unit frames by the average number of camera frames exposed per day. Finally, occupation was expressed as AUD per hectare by dividing AUD by the size of the camera view area. View area size was calculated from the length and width of the view area as measured with a steel tape. View areas ranged from 0.12 to 0.26 ha and averaged 0.18 ha.

Peak ungrazed herbage standing crop, herbage standing crop at the end of the grazing season, total cattle occupation, and frequency of cattle occupation (percentage of total camera frames and percentage of total days during which at least 1 cow was present) were compared between grazing systems within years using $t$-tests. Regression analysis was used to characterize the relationship between residual meadow herbage, averaged over pasture, and days of grazing. Correlation was used to associate profiles of daily and season cattle occupation with daily and seasonal climatic conditions.

### Microclimate

The temperature and relative humidity in 3 contrasting plant communities were measured in 1980 and 1981 in 2 drainages located 3.2 km apart in 1 of the study pastures. Three monitoring stations were established at random in each drainage, one on a

206

BLM_0080364

small riparian meadow, one on a ponderosa pine-Douglas-fir forest site, and one in a small clearcut (1-2 ha) on a ponderosa pine-Douglas-fir-site. Hygrothermographs were placed in wooden louvered shelters 1-1.2 m above the ground surface at each site. Temperature and relative humidity were recorded continuously from mid-June until late September, irrespective of cattle presence in the pasture.

Three variables, temperature, relative humidity, and the temperature-humidity index (THI) averaged between the hours of 12 noon and 6 p.m. were compared among vegetation types. THI integrates temperature and humidity into a single parameter (Thom, 1958) and was calculated as:

$$THI = 0.99T_a + 0.36T_d + 41.5, \text{ where}$$

THI = temperature-humidity index
$T_a$ = air temperature, °C
$T_d$ = dew point temperature, °C.

Means were compared among vegetative types within years using a repeated measures analysis of variance with drainages as blocks.

## Results

### Herbage Standing Crop

Peak herbage standing crop on the dry meadows was similar in the 2 pastures in both years and averaged 2,440 kg/ha (Table 1).

**Table 1. Peak ungrazed herbage standing crop and residual herbage standing crop at the close of grazing (kg/ha) on riparian meadows.**

| Grazing system | Peak standing crop, kg/ha | | Residual standing crop kg/ha | |
|---|---|---|---|---|
| | 1980 | 1981 | 1980 | 1981 |
| Continuous | 2490[1] | 2250 | 570 | 330 |
| | ±330[2] | ±260 | ±130 | ±45 |
| Deferred-rotation[3] | 2360 | 2650 | 560 | 350 |
| | ±310 | ±330 | ±55 | ±25 |

[1]All pairs of means within columns are statistically equivalent, $P > .10$.
[2]Standard error
[3]Early grazing in 1980, late grazing in 1981.



**Fig. 1.** *Standing crop of total herbage on dry riparian meadows, 1980. Each point represents the mean of 4 sampling sites. Curves were calculated from regression equations in Table 2.*

The standing crop of herbage on grazed plots decreased continuously throughout the grazing season in both years (Fig. 1 and 2). The rate of decline in standing crop was greatest early in the grazing season and decreased as the amount of available herbage decreased. Negative exponential regression models fit the data well with all regression models accounting for a significant ($P < .05$) portion of

the variation in observations (Table 2). Residual herbage standing crop at the end of the grazing season was similar in both pastures in both years, averaging 565 kg/ha in 1980 and 340 kg/ha in 1981 (Table 1). Dividing end-of-season standing crop by peak standing crop gave utilization estimates of 77% in 1980 and 86% in 1981, averaged over both pastures.



**Fig. 2.** *Standing crop of total herbage on dry riparian meadows, 1981. Each point represents the mean of 4 sampling sites. Curves were calculated from regression equations in Table 2.*

**Table 2. Regression equations relating standing crop on riparian meadows and days of grazing in the pasture.**

| Grazing system | Year | Equation[1] | $R^2$ |
|---|---|---|---|
| Continuous | 1980 | $Y = 2026e^{-0.02X}$ | .98**[2] |
| | 1981 | $Y = 1376e^{-0.01X}$ | .97** |
| Deferred-rotation | 1980 | $Y = 1044e^{-0.01X}$ | .84* |
| | 1981 | $Y = 2674e^{-0.04X}$ | .96** |

[1]Y = standing crop, kg/ha; X = days of grazing in pasture.
[2]*significant at $P < .05$; **significant at $P < .01$.

### Cattle Occupation

Total cattle occupation of the dry riparian meadows averaged 78 AUM/ha under continuous grazing but only 33 AUD/ha during the early grazing period of the deferred-rotation system in 1980 ($P = .11$, Table 3). Total cattle occupation averaged 72 AUD/ha in 1981 and did not differ between continuous grazing and late season grazing in the deferred-rotation system.

Early season grazing tended to decrease the percentage of camera frames with at least 1 cow present ($P = .17$) while late season grazing increased the percentage of frames occupied ($P = .13$) when both were compared to continuous grazing (Table 3). The percentage of days when at least 1 cow was present on the meadows was similar across grazing systems and averaged 60% (Table 3).

It seemed likely that the frequency of occupation might be dependent on view area (plot size) because frequency is not an absolute measure. A similar relation is well known from vegetation sampling (Mueller-Dombois and Ellenberg 1974). However, correlation coefficients between view area and frequency were 0.04 on a total frame basis and 0.0002 on a daily basis ($n=8$) indicating no association between frequency of cattle occupation and camera view area.

Daily cattle occupation on individual meadows varied greatly through the grazing season. Cattle were present in large numbers or for several hours for 1 or a few days and then were absent for a similar time period. Occupation patterns for individual meadows were influenced by the cattle turn-in point. In 1 example, 25% of the total cattle occupation on a meadow occurred on the first day

BLM_0080365

**Table 3. Total occupation (AUD/ha), camera frames occupied (%), and days occupied (%) by cattle on riparian meadows.**

| Grazing system | Total Occupation AUD/ha[1] | | Frames occupied, % | | Days occupied % | |
|---|---|---|---|---|---|---|
| | 1980 | 1981 | 1980 | 1981 | 1980 | 1981 |
| Continuous | 78 ±12[2] | 66 ±18 | 5.5 ±0.7 | 5.8 ±0.6 | 61 ±9 | 57 ±2 |
| Deferred-rotation[3] | 33 ±9 | 78 ±33 | 3.9 ±0.1 | 8.6 ±0.9 | 61 ±0.5 | 61 ±11 |
| Probability | .11 | .50 | .17 | .13 | .50 | .50 |

[1]AUD = Animal Unit Days
[2]Standard error
[3]Early grazing in 1980, late grazing in 1981

of grazing because the cattle were turned into the pasture 0.8 km downstream from the observation site. In another example, one monitored meadow was on the east side of the deferred-rotation pasture and the second was on the west side. The cattle turn-in point shifted from the east side to the west side depending on whether the pasture was grazed early or late. Meadows near the turn-in point were grazed immediately while the meadows on the opposite end of the pasture received no utilization for 7 to 14 days. Cattle occupation patterns on individual meadows did not respond to seasonal or to forage utilization. Cattle occupation did not increase during July and August, the hottest months of the year, and did not decrease as herbage standing crop decreased.

Within days, proportion of total cattle occupation was low during the morning hours. Cattle use increased sharply around 11:00 a.m., rose to a peak in late afternoon, and dropped sharply again near dusk. Both grazing systems exhibited this pattern, with the peak of occupation varying between 2:00 and 6:00 p.m. Totaled over grazing system and year, 78% of all cattle occupation of riparian meadows occurred after 12:00 noon.

On the riparian meadows, cattle spent 74% of the time grazing, 13% standing, and 9% lying. Averaged over all plant communities (meadows and uplands), cattle spent 63% of the time grazing, 22% standing, and 10% lying (Gillen 1982). The differences in grazing and standing times between meadows alone and all plant communities were significant ($p < 05$). Increased emphasis on grazing while cattle are on riparian meadows would tend to increase the disproportion between levels of herbage utilization on meadow and upland plant communities.

**Microclimate**

There were few statistically significant differences in afternoon averages of microclimatic parameters between riparian meadows, forests, and clearcuts (Table 4). Cattle are considered to be under heat stress at THI values greater than 70 (Johnson et al. 1962, Cargill and Stewart 1966, Ehrenreich and Bjugstad 1966). Averaged over years, the percentage of days with THI values greater than 70 was 25% for the riparian meadows, 23% for forests, and 25% for clearcuts.

**Table 4. Means of microclimatic variables between 12 noon and 6 p.m. for three vegetation types.**

| Microclimatic variables | Year | Riparian meadow | Forest | Clearcut |
|---|---|---|---|---|
| Temperature (°C) | 1980 | 20.2 | 20.1 | 19.9 |
| | 1981 | 24.6 | 25.8 | 25.0 |
| Relative humidity (%) | 1980 | 39.1[a1] | 35.7[a] | 37.6[ab] |
| | 1981 | 23.8[a] | 22.6[b] | 22.3[b] |
| Temperature-humidity index | 1980 | 63.1 | 62.7 | 62.6 |
| | 1981 | 66.5 | 67.0 | 66.6 |

Means followed by different letters with columns are significantly different, $P < .10$.

**Discussion**

Cattle exerted sufficient grazing pressure to remove as much herbage as possible from the dry riparian meadows under both grazing systems. Herbage standing crop approached similar basal levels below which little additional forage removal occurred. Final stubble heights were seldom greater than 5 cm and were sometimes less than 2.5 cm. Basal levels were reached rapidly in the deferred-rotation pasture in 1980 (early grazing) when low starting herbage levels were combined with higher animal numbers under deferred-rotation grazing.

While forage utilization levels were similar between the 2 grazing systems, the pattern of forage utilization was different. Herbage in the early and continuous grazing periods was grazed early in the growth cycle with no allowance for accumulation of regrowth (no regrowth occurred after July). In the late grazing period, the herbage had completed most of its growth cycle before being grazed. Based on available information, it appears the early and continuous grazing treatments would be most detrimental to the meadow plants (Pond 1961, McLean et al. 1963). However, more research is necessary to determine the effects of various schedules of defoliation on the herbaceous plants of riparian meadows. In addition, shrubs and trees are important components of riparian vegetation and their response to grazing schedule should receive attention.

When the magnitude and frequency of cattle occupation are considered together, there was a trend for early grazing to decrease cattle occupation on the dry meadows compared to continuous grazing. Forage nutrient contents on upland sites would be at their highest point during the early grazing period (Skovlin 1967) and temporary water supplies would still be available in the uplands. These 2 factors would reduce the relative attractiveness of the riparian meadows during the early grazing period although they would still be preferred over the uplands (Gillen et al. 1984).

Cattle occupied any single riparian site fairly often (high daily frequency) but did not stay on that site for long periods of time (low total frequency). Though present for a small proportion of the total time, cattle still had enough time to remove considerable amounts of forage. Martin (1979) also observed a low total frequency of cattle occupation on a riparian zone in central Arizona.

In terms of temperature and relative humidity, the microclimate in the riparian zone was as stressful as the microclimate of the surrounding uplands. The concept of an overall superiority of the riparian microclimate over the upland microclimate in relation to cattle heat stress was not supported in this study. However, 2 other parameters, wind and radiation, must be measured along with temperature and humidity to fully compare the microclimates of the contrasting plant communities.

Major reasons often given for the attractiveness of riparian meadows to cattle, as already discussed, are large amounts of nutritious palatable herbage, moderate slope gradient, reliable water supply and more favorable microclimate. At the onset of grazing, there was definitely more herbage available on the dry meadows (2,440 kg/ha) than on the adjacent uplands (200–500

BLM_0080366