kg/ha). The amount of riparian herbage soon decreased to low levels while adjacent upland forage was utilized an average of only 8–12% (Gillen et al. 1984). Cattle continued to use the riparian meadows even as the herbage levels decreased to the physical limits of grazing. These cattle were almost certainly reducing the rate of forage intake per unit of time spent grazing. Johnstone-Wallace and Kennedy (1944) reported cattle often overconsumed forage or Kentucky bluegrass pastures when it was highly available and then depressed intake severely when the amount of herbage dropped to lower levels. Cattle that continued to use riparian meadows with low levels of available herbage probably depressed animal production and may have preconditioned themselves for later physiological disorders (Roath 1980).

The moderate slope gradients of riparian meadows were an attractant to cattle on this mountain allotment for use as resting areas and travel routes. However, there were also many active and closed roads, railroad grades, topographic benches, and ridgetops that could have served the same purpose and covered much larger areas than the riparian meadows.

The riparian meadows with their attendant streams offered a more reliable water source than upland water developments. Many of these developments on the allotment were small, shallow ponds which became dry by late summer. However, ponds and troughs built near the better flowing springs did hold water for the entire summer. Streams still had an advantage over these developments in the quality of their free-flowing water as compared to water held in an impoundment.

The riparian meadows did not always possess more favorable habitat characteristics that could be found in upland situations, especially after appreciable herbage removal had occurred on the meadows. More likely, it was the unique placement of all of these characteristics in a single community that made the meadows so attractive. At various times through the season, each of these factors acted alone and in combination with the others to maintain the uniform high preference of these sites by cattle.

Finally, some flexibility in managing riparian meadow use is available by changing the cattle turn-in point for a pasture. The start of grazing on a particular meadow may be changed by as much as 2 weeks in these relatively large range pastures depending on where cattle enter the pasture. While the final intensity of use would not differ, the timing of use of a particular meadow could be modified. This suggests the possibility of an internal pasture rotation that could be alternated among years. Also, the length of the actual grazing period for an area of critical concern or special interest could be shortened by turning cattle onto the pasture at a point far removed from the area of interest.

## Literature Cited

Ames, C.R. 1977. Wildlife conflicts in riparian management: Grazing. p. 49-51. In: Johnson and D.A. Jones, ed. Importance, Preservation, and Management of Riparian Habitat: A Symposium. USDA Forest Serv., Gen. Tech. Rep. RM-43.

Armour, C. 1979. Livestock management approaches and the fisheries resource. p. 39. In: O.B. Cope, ed. Proc. of the Forum-Grazing and Riparian/Stream Ecosystems. Trout Unlimited, Inc.

Behnke, R.J., and R.F. Raleigh. 1979. Grazing and the riparian zone. Impact and management perspectives. p. 263-267. In: R.R. Johnson and J.F. McCormick, eds. Strategies for Protection and Management of Floodplain Wetlands and Other Riparian Ecosystems. USDA Forest Serv. Gen. Tech. Rep. WO-12.

Bowers, W., B. Hosford, A. Oakley, and C. Bond. 1979. Wildlife habitats in managed rangelands—the Great Basin of southeastern Oregon. Native Trout. USDA Forest Serv. Gen. Tech. Rep. PNW-84.

Bryant, L.D. 1982. Response of livestock to riparian zone exclusion. J. Range Manage. 35:780-785.

Cargill, B.F., and R.E. Stewart. 1966. Effect of humidity on total heat and total vapor dissipation of Holstein cows. Trans. Amer. Soc. Agr. Engr. 9:702-706.

Claire, E.W., and R.L. Storch. 1983. Streamside management and livestock grazing: An objective look at the situation. In: J.W. Menke, ed. Proc. of the Workshop on Livestock and Wildlife-Fisheries Relationships in the Great Basin. Univ. of Calif.-Berkeley, Div. of Agr. Sci. Spec. Publ. 3301.

Cook, C.W., and N. Jeffries. 1963. Better distribution of cattle on mountain ranges. Utah Farm and Home Sci. 24:31.

Ehrenreich, J.H., and A.J. Bjugstad. 1966. Cattle grazing time is related to temperature and humidity. J. Range Manage. 19:141-142.

Gillen, R.L. 1982. Grazing behavior and distribution of cattle on mountain rangelands. Ph.D. Diss., Oregon State Univ., Corvallis.

Gillen, R.L., W.C. Krueger, and R.F. Miller. 1984. Cattle distribution on mountain rangeland in northeastern Oregon. J. Range Manage. J. Range Manage. 37:549-553.

Hall, F.C. 1973. Plant communities of the Blue Mountains in eastern Oregon and southeastern Washington. USDA Forest Serv., Pac. NW Region, R6 Area Guide 3-1.

Johnson, H.D., A.C. Ragsdale, J.L. Berry, and M.D. Shanklin. 1962. Effect of various temperature-humidity combinations on milk production of Holstein cattle. Mo. Agr. Exp. Sta. Res. Bull. 791.

Johnson, W.M. 1965. Rotation, rest-rotation, and season-long grazing on mountain range in Wyoming. USDA Forest Serv. Res. Pap. RM-14.

Johnstone-Wallace, D.B., and K. Kennedy. 1944. Grazing management practices and their relationship to the behavior and grazing habits of cattle. J. Agr. Res. 34:190-197.

Kauffman, J.B. 1982. Synecological effects of cattle grazing riparian ecosystems. MS Thesis, Oregon State Univ., Corvallis.

Long, A.J., and L.L. Irwin. 1982. Elk-cattle interactions in the Bighorn Mountains, Wyoming. p. 553-563. In: J.M. Peek and P.D. Dalke, ed. Wildlife-Livestock Relations Symposium: Proc. 10. Univ. Idaho, Forest, Wildl, and Range Exp. Sta., Moscow.

Martin, S.C. 1979. Evaluating the impacts of cattle grazing on riparian habitats. p. 35-38. In: O.B. Cope, ed. Proc. Forum-Grazing and Riparian/Stream Ecosystems. Trout Unlimited.

May, B.E., and B. Davis. 1982. Practices for livestock grazing and aquatic habitat protection on western rangelands. p. 271-278. In: J.M. Peek and P.D. Dalke, eds., Wildlife-Livestock Relationships Symposium: Proc. 10. Univ. Idaho, Forest, Wildl., and Range Exp. Sta., Moscow.

McEwen, L.C., and D.R. Dietz. 1965. Shade effects on chemical composition of herbage in the Black Hills. J. Range Manage. 18:184-190.

McLean, A., H.H. Nicholson, and A.L. Van Ryswyk. 1963. Growth, productivity, and chemical composition of a sub-alpine meadow in interior British Columbia. J. Range Manage. 16:235-240.

Mueller-Dombois, D., and H. Ellenberg. 1974. Aims and methods of vegetation ecology. Wiley and Sons.

Phillips, T.A. 1965. The influence of slope gradient, distance from water, and other factors on livestock distribution on national forest cattle allotments of the Intermountain region. USDA Forest Serv. Intermount. Forest and Range Exp. Sta., Range Improvement Notes. 10:9-19.

Platts, W.S. 1979. Livestock grazing and riparian/stream ecosystems-an overview. p. 39-45. In: O.B. Cope, ed. Proc. Forum-Grazing and Riparian/Stream Ecosystems. Trout Unlimited, Inc.

Platts, W.S. 1981. Effects of livestock grazing. In: W.R. Meehan, Tech. ed. Influence of Forest and Rangeland Management on Anadramous Fish Habitat in Western North America. USDA Forest Serv. Gen. Tech. Rep. PNW-124.

Platts, W.S. 1982. Sheep and cattle grazing strategies on riparian-stream environments. p. 251-270. In: J.M. Peek and P.D. Dalke, eds. Wildlife-Livestock Relations Symposium: Proc. 10. Univ. Idaho, Forest, Wildl., and Range Exp. Sta., Moscow.

Pond, F.W. 1961. Effect of three intensities of clipping on the density and production of meadow vegetation. J. Range Manage. 14:34-38.

Reid, E.H., and G.D. Pickford. 1946. Judging mountain meadow range condition in eastern Oregon and eastern Washington. USDA Circ. 748.

Roath, L.R. 1980. Cattle grazing habits and movements related to riparian habitats and forest ranges with inference to acute dietary bovine pulmonary emphysema. Ph.D. Diss., Oregon State Univ., Corvallis.

Roath, L.R., and W.C. Krueger. 1982. Cattle grazing and behavior on a forested range. J. Range Manage. 35:332-338.

Skovlin, J.M. 1967. Fluctuations in forage quality on summer range in the Blue Mountains. USDA Forest Serv. Res. Paper PNW-44.

Thom, E.C. 1958. Cooling-degree days. Air-cond., Heat., and Vent. 55:65-72.

Thomas, J.W., C. Maser, and J.E. Rodiek. 1979. Riparian zones in managed rangelands-their importance to wildlife. p. 21-30. In: O.B. Cope, ed. Proc. of the Forum-Grazing and Riparian/Stream Ecosystems. Trout Unlimited, Inc.

BLM_0080367

# Grazing Studies: What We've Learned

**Jerry L. Holechek, Hilton Gomez, Francisco Molinar, and Dee Galt**

During our careers in range management we've encountered few range professionals who have actually read any of the long-term stocking rate and grazing system studies that provide the scientific foundation for modern range management. Part of the problem is that many of these studies were published as United States Department of Agriculture reports or university experiment station bulletins that are buried in libraries or government archives. Generally they are lengthy, detailed documents that do not lend themselves to easy reading. However in our opinion knowledge of these studies is essential to anyone engaged in range management, ranching or range research. We believe less controversy would exist over approaches to grazing management, range condition, and range trend if teachers, scientists, and mangers had a more thorough understanding of the "classics."

Our objective is to identify these "classic" studies and provide a brief synopsis of their findings. We will focus on forage production, range condition, range trend, livestock production, and financial returns. Rather than attempting to discuss all the studies, we will concentrate on those involving native (non-seeded) rangelands that are most complete in terms of replication in time and space, collection of biological and financial data, and interpretation of results. A previous analysis of grazing studies is provided by Van Pollen and Lacey (1979). However their review focused only on herbage responses and much new information has become available over the past 20 years.

## Description by Grazing Region

More scientific information is available on grazing management from the Great Plains and western coniferous forest types than from arid rangelands (Table 1). It is remarkable that although the sagebrush grassland is one of the largest range types, there have been no long term, replicated stocking rate studies with cattle on this type. Season of grazing use studies involving sheep are available from eastern Idaho (Laycock 1970). Frischknecht and Harris (1968) reported a thorough study of crested wheatgrass response to cattle grazing intensities and systems in Utah. It is also noteworthy that more information exists for cattle than for sheep. Stocking rates have been better evaluated than rotation grazing systems. Several scientific reports on specific aspects of the studies listed in Table 1 can be found in the *Journal of Range Management.*

## Grazing Intensity: What is Moderate Stocking?

Nearly all stocking rate studies characterize grazing intensity treatments as heavy, moderate and light. However we have found in talking with students, range professionals and ranchers that considerable confusion exists over what these terms mean. The best explanation we've found was provided by Klipple and Bement (1961). They define heavy grazing as a degree of herbage utilization that does not permit desirable forage species to maintain themselves. Moderate grazing means a degree of herbage utilization that allows the palatable species to maintain themselves but usually does not permit them to improve in herbage producing ability. Light grazing means a degree of herbage utilization that allows palatable species to maximize their herbage producing ability.

The primary measure of grazing intensity used in long term grazing studies has been percent use of palatable forage species. Although it has limitations as a measure of grazing intensity, percent use is more easily understood by ranchers and non-range professionals than other measurements such as stubble heights, percentage of grazed plants, or minimum residues (Jasmer and Holechek 1984). When several years of data were collected, percent use of forage has been well related to changes in productivity of primary forage plants, livestock performance, and financial returns.

When all the stocking rate studies were averaged, heavy grazing averaged 57% use of primary forage species compared to 43% for moderate and 32% use for light grazing (Table 2). Conventional wisdom has been that moderate stocking involves 50% use of forage. This guideline applies well in the southern pine forest, humid grasslands, and annual grasslands, but results in rangeland deterioration in the semi-arid grasslands, desert and coniferous forest rangelands. Here research was remarkably consistent in showing that moderate grazing involved about 35–45% use of forage (Johnson 1953, Klipple and Costello 1960, Beetle et al. 1961, Paulsen and Ares 1962, Houston and Woodward 1966, Launchbaugh 1967, Martin and Cable 1974, Skovlin et al. 1976, Sims et al. 1976).

Conservative stocking is a term commonly used by range researchers to define a level of grazing between light and moderate, generally involving about 35% use of forage. Several researchers recommended conservative stocking over either light or moderate stocking in their summaries.

## Forage Production and Stocking Rate

Forage production across studies averaged 23% higher under moderate than heavy grazing and 36% higher under light than heavy grazing (Table 2). This analysis, however, is a bit misleading because in some studies the lightly stocked pastures were initially in lower or higher ecological condition than those heavily and/or moderately stocked. When changes in forage production through time were taken into account by averaging the first and last three

Table 1. Primary long term grazing management studies from various native rangeland types in North America.

| Rangeland Type | Location | Annual Precipitation (Inches) | Type of Animal Studied | Duration of Study (Years) | Primary References | Treatments Studied |
|---|---|---|---|---|---|---|
| Southern Pine Forest | Georgia | 48 | cattle | 4 | Halls et al. 1956 | Stocking rates |
|  | Louisiana | 58 | cattle | 10 | Pearson & Whitaker 1974 | Stocking rates |
| Tall Grass Prairie | Kansas | 38 | cattle | 7 | Herbel & Anderson 1959 | Stocking rates & grazing systems |
|  | Texas | 37 | cattle | 6 | Drawe 1988 | Grazing systems |
| Southern Great Plains | Texas | 19 | sheep | 10 | Taylor & Garza 1986 | Grazing systems |
|  | Texas | 27 | cattle | 6 | Heitschmidt et al. 1990 | Stocking rates & grazing systems |
|  | Texas | 17 | cattle/sheep/goats | 13 | Taylor et al. 1993 | Stocking rates & grazing systems |
|  | Oklahoma | 23 | cattle | 9 | Shoop & McIlvain 1971 | Stocking rates |
| Central Great Plains | Kansas | 23 | cattle | 20 | Launchbaugh 1957, 1967 | Stocking rates |
|  | Colorado | 15 | cattle | 12 | Sims et al. 1976 | Stocking rates |
|  | Colorado | 12 | cattle | 13 | Klipple & Costello 1960 | Stocking rates |
|  | Nebraska | 13 | cattle | 10 | Burzlaff & Harris 1969 | Stocking rates |
|  | Wyoming | 15 | cattle | 13 | Manley et al. 1997 | Stocking rates & grazing systems |
| Northern Great Plains | South Dakota | 15 | cattle | 9 | Johnson et al. 1951 | Stocking rates |
|  | Montana | 13 | cattle | 10 | Houston & Woodward 1966 | Stocking rates |
|  | Alberta | 12 | sheep | 19/9 | Smoliak 1960, 1974 | Stocking rates & grazing systems |
|  | Alberta | 15 | cattle | 5 | Willms et al. 1986 | Stocking rates |
| Annual Grassland | California | 20 | cattle | 14 | Bentley & Talbot 1951 | Stocking rates |
|  | California | 35 | sheep | 5 | Rosiere 1987 | Stocking rates |
| Palouse Prairie | Oregon | 20 | cattle | 12 | Skovlin et al. 1976 | Stocking rates & grazing systems |
| Western Coniferous Forest | Colorado | 15 | cattle | 16 | Johnson 1953, Smith 1967 | Stocking rates |
|  | Wyoming | 24 | cattle | 8 | Beetle et al. 1961 | Stocking rates |
|  | Oregon | 20 | cattle | 12 | Skovlin et al. 1976 | Stocking rates & grazing systems |
|  | Oregon | 21 | cattle | 5 | Holechek et al. 1987 | Grazing systems |
| Pinyon-Juniper | New Mexico | 15 | cattle | 10 | Pieper et al. 1991, Holechek 1994 | Stocking rates & grazing systems |
| Chihuahuan Desert | New Mexico | 9 | cattle | 37 | Paulsen & Ares 1962 | Stocking rates |
| Sonoran Desert | Arizona | 10 | cattle | 13 | Martin & Cable 1974 | Stocking rates & grazing systems |
|  | Arizona | 14 | cattle | 10 | Martin & Severson 1988 | Grazing systems |
| Salt Desert | Utah | 7 | sheep | 13 | Hutchings & Stewart 1953 | Stocking rates |

years of study for each stocking rate, heavy stocking overall resulted in a 20% decline in forage production, moderate stocking had no change, and light stocking resulted in an 8% increase. In drought years moderately stocked pastures produced 20% more forage than those heavily stocked. Forage production was 49% higher under light than heavy grazing and 24% higher under light than moderate grazing. These studies consistently showed that the greatest benefit of light or conservative stocking in terms of forage production occurred in the dry years.

## Range Trend and Stocking Rate

Heavy stocking consistently caused a downward trend in ecological condition, light stocking caused an upward trend, and slight improvement occurred under moderate stocking (Table 2). Invariably the decreasers (most productive and palatable forage species) showed a decline in cover under heavy stocking while they tended to increase under light stocking. The longer the time the study involved, the more divergence there was between heavy and light stocking in terms of vegetation composition (Houston and Woodward 1966, Launchbaugh 1967, Smith 1967, Smoliak 1974, Martin and Cable 1974, Skovlin et al. 1976). Generally

**Table 2. Summary of 25 studies on effects of grazing intensity on native vegetation and livestock production in North America.**

| | Grazing intensity | | |
| --- | --- | --- | --- |
| | Heavy | Moderate | Light |
| Average use of forage (%) | 57 | 43 | 32 |
| Average forage production (lbs./acre) | 1,175[1] (1,065)[2] | 1,473[1] (1,308)[2] | 1,597[1] |
| Forage production drought years (lbs./acre) | 820[1] | 986[1] | 1,219[1] |
| Range trend in ecological condition | down (92%)[3] | up (52%)4 | up (78%)[4] |
| Average calf crop (%) | 72[1](77)[2] | 79[1](84)[2] | 82[1] |
| Average lamb crop (%) | 78 | 82 | 87 |
| Calf weaning wt (lbs.) | 381[1](422)[2] | 415[1](454)[2] | 431[1] |
| Lamb weaning wt (lbs.) | 57 | 63 | --- |
| Gain per steer (lbs.) | 158 | 203 | 227 |
| Steer/calf gain per day (lbs.) | 1.83 | 2.15 | 2.30 |
| Steer/calf gain per acre (lbs.) | 40.0 | 33.8 | 22.4 |
| Lamb gain per acre (lbs.) | 26.0 | 20.4 | 13.8 |
| Net returns per animal ($) | 38.06[1] (29.00)[2] | 51.57[1] (39.71)[2] | 58.89[1] |
| Net returns per acre ($) | 1.29[1] (1.72)[2] | 2.61[1] (2.24)[2] | 2.37[1] |

[1]Average for those studies comparing heavy, moderate, and light grazing (studies comparing only heavy and moderate grazing excluded).
[2]Average for all studies
[3]Percentage of studies with downward trend.
[4]Percentage of studies with upward trend.

these studies provide support for Dyksterhuis (1949) theories of plant responses to grazing management. However different stocking rates generally had more impact on forage production than plant composition.

## Livestock Production and Stocking Rate

Heavy stocking consistently lowered calf and lamb crops, animal weight gains, and fleece production compared to moderate stocking (Table 2). Livestock death losses were higher under heavy compared to moderate stocking. However per acre gains were consistently higher under heavy than moderate stocking. Generally the researchers believed this would change if the study was carried out 20–40 years because of soil erosion and large scale replacement of palatable forage species with those that are unpalatable, low in productivity, or poisonous (Houston and Woodard 1966, Launchbaugh 1967, Shoop and McIlvain 1971). Because plant composition change and soil erosion are slow, non-linear processes, the adverse impacts of heavy grazing on livestock production cannot be well quantified with 10–15 year studies (Shoop and McIlvain 1971).

## Financial Returns and Stocking Rate

When all studies were averaged, moderate stocking rates gave 31% higher net financial returns per acre than heavy stocking and 11% higher financial returns than light stocking. In 4 of the 20 studies, heavy stocking gave higher net returns per acre than moderate stocking. These studies were all in humid grassland or forest areas, where heavy stocking involved 45–60% use of palatable forage species.

With the exception of Pearson and Whitaker (1974) in the southern pine forest, the authors expressed considerable doubt about continued financial advantage of heavy stocking. This doubt centered around the gradual loss of grazing capacity that was occurring under heavy stocking.

Several studies have demonstrated that ruinous financial losses can occur under heavy stocking and drought (Launchbaugh 1957, Shoop and McIlvain 1971, Whitson et al. 1982). In contrast conservative stocking is one of the surest ways to minimize financial loss from drought (Boykin et al. 1962). Our analysis of the various stocking rate studies indicates on a short term basis (1–5 years), a rancher using conservative stocking will forego at worst only 10–25% of the profits possible with moderate stocking. However when severe drought occurs conservative stocking will give 30–60% higher net returns than moderate stocking. Conservative stocking also has the benefit of increasing grazing capacity through time on degraded rangelands. This benefit was not financially quantified in the various stocking rate studies. After taking these factors into account, Martin (1975) concluded that conservative stocking (35% use of forage) would give the highest long term financial returns on semi-desert rangelands in southern Arizona.

## Grazing Systems

### Range Vegetation

Unlike stocking rate studies, research comparing continuous or season-long and rotation grazing systems has shown much inconsistency regarding influences on rangeland vegetation (Table 3). Across all studies forage production was 7% higher under rotation compared to continuous grazing. In the semi-arid and desert range types, rotation grazing systems generally showed no advantage over continuous or season-long grazing. However in the more

| Table 3. Summary of 15 studies on effects of rotation grazing systems on native rangeland vegetation and livestock production in North America. | | |
|---|---|---|
| Characteristic | Season-Long or continuous grazing | Rotation Grazing |
| Average use of forage (%) | 41.8 | 42.4 |
| Average forage production (lbs./acre) | | +7% |
| Range Trend | up=61%, stable-31%, down=8% | up=69%, stable =8%, down = 23% |
| Average calf crop (%) | 89.4 | 85.9 |
| Calf weaning wt. (lbs.) | 504.6 | 494.1 |
| Net returns ($/acre) | 6.60 | 6.37 |

humid range types, forage production averaged 20–30% higher under rotation grazing. Generally rotation grazing has been more beneficial to desirable forage species in the humid types than continuous grazing. However in semi-arid and arid areas, rotation has had no definite advantage. In mountainous areas rotation grazing systems give convenient areas (riparian zones) opportunity for recovery, and can be advantageous over season-long grazing.

## Livestock Performance

In most studies, continuous or season-long grazing has given higher calf crops and animal weight gains than rotation grazing when stocking rates were the same (Table 3). A notable exception has been the Merrill 3 herd/4 pasture system developed for Texas rangelands (Taylor and Garza 1986, Drawe 1988, Heitschmidt et al. 1990). We believe the reason the Merrill system has given equal or superior livestock performance to continuous grazing is that it uses 75% of the range at all times and livestock movements are minimal.

## Financial Returns

Financial returns per acre average about 4% higher under continuous or season-long grazing than rotation grazing systems. The only grazing system showing a consistent financial advantage over continuous grazing was the Merrill 3 herd/4 pasture system. This advantage was due to increased grazing capacity through time, higher overall livestock performance, and better performance by vegetation and livestock during drought.

## Some Conclusions and Thoughts for Future Research

Heavy grazing continues to be an important problem on rangelands in the United States and other parts of the world. This is somewhat puzzling in view of the fact that 25 long term grazing studies are consistent in showing it to be a losing proposition, financially, as well as biologically. Torell et al. (1991) using a Colorado prairie study (Sims et al. 1976), found profit-maximizing stocking rates were well below those that would deteriorate the rangeland resource. Workman (1986), as well as several studies we reviewed, drew the same conclusion. Therefore we believe ignorance,

rather than monetary incentive, is the main reason why overgrazing is still such a serious problem.

Rotation grazing systems have been widely recommended by various government agencies concerned with range management. However research shows stocking rate reductions from heavy to conservative, have much higher probability of increasing grazing capacity, reducing risk, increasing financial returns, and reducing erosion. The United States Department of Agriculture, Natural Resources Conservation Service continues to recommend 50% use of forage resources. However the research convincingly shows 40–45% use is moderate on most rangelands and 30–35% use is needed for improvement in rangeland vegetation.

Many of the rotation grazing systems were studied using heavy stocking rates. Moderate continuous grazing typically gave better vegetation, livestock, and financial performance than rotation grazing at heavy stocking rates. However under moderate stocking rates there is evidence that some rotation grazing systems give equal or superior vegetation, livestock, and financial performance to continuous grazing (Holechek et al. 1987, Heitschmidt et al. 1990, Taylor et al. 1993).

The Merrill 3 herd/4 pasture system has proven superior to continuous grazing on Texas rangelands. The Merrill 3 herd/4 pasture system differs from all others in that it involves multiple herds and only 25% of the rangeland receives non-use at any time. This system has been studied using moderate to conservative stocking rates. This allows sensitive areas and decreaser plants opportunity for recovery without placing stress on plants and livestock in grazed areas. Livestock with greatest nutritional requirements, such as replacement heifers, can be rotated into the non-use pasture. The multi-herd approach also accommodates common-use grazing. The Merrill system can be modified for areas with seasonal precipitation, such as New Mexico, by dividing the ranch into 4 pastures and providing each pasture with growing season non-use once every 4 years. We have talked to many ranchers outside of Texas who have had considerable success with the Merrill multi-herd approach. We believe this approach should receive experimental evaluation in other range types.

As a final word, we express tremendous gratitude to the many great range people involved in conducting the classic studies. They involved much effort, time, creativity, and cost. In these studies a wealth of information remains to be discovered by those willing to do some reading and thinking.

BLM_0080371

## Literature Cited

**Beetle, A.A., W.M. Johnson, R.L. Land, M. May, and D.R. Smith. 1961.** Effect of grazing intensity on cattle weights and vegetation of the Bighorn Experimental Pastures. Univ. of Wyoming Agr. Exp. Sta. Bull. 373.

**Bentley, J.R., and M.W. Talbot. 1951.** Efficient use of annual plants on cattle ranges in the California foothills. U.S. Dept. Agr. Circ. 870.

**Boykin, C.C., J.R. Gray, and D.P. Caton. 1962.** Ranch production adjustments to drought in eastern New Mexico. New Mexico Agr. Exp. Sta. Bull. 470.

**Burzlaff, D.E. and L. Harris. 1969.** Yearling steer gains and vegetation changes of western Nebraska rangelands under three rates of stocking. Nebr. Agr. Exp. Sta. Bull. 505.

**Drawe, D.L. 1988.** Effects of three grazing treatments on vegetation, cattle production, and wildlife on the Welder Wildlife Foundation Refuge, 1974–1982. Welder Wildlife Foundation Contrib. B-8, Sinton, Tex.

**Dyksterhuis, E.J. 1949.** Condition and management of rangeland based on quantitative ecology. J. Range Manage. 2:104–115.

**Frischknecht, N.C., and L.E. Harris. 1968.** Grazing intensities and systems on crested wheatgrass in central Utah: Response of vegetation and cattle. U.S. Dept. Agr. Tech. Bull. 1338.

**Halls, L.K., O.M. Hale, and B.L. Southwell. 1956.** Grazing capacity of wiregrass-pine ranges of Georgia. Georgia Agr. Exp. Sta. Tech. Bull. N.S. 2.

**Heitschmidt, R.K., J.R. Conner, S.K. Canon, W.E. Pinchak, J.W. Walker, and S.L. Dowhower. 1990.** Cow/calf production and economic returns from yearling continuous deferred rotation and rotational grazing treatments. J. Agr. Prod. 3:92–99.

**Herbel, C.H. and K.L. Anderson. 1959.** Response of true prairie vegetation on major Flint Hills range sites to grazing treatment. Ecol. Manager. 29:171–198.

**Holechek, J.L. 1994.** Financial returns from different grazing management systems in New Mexico Rangelands 16:237–240.

**Holechek, J.L., T.J. Berry, and M. Vavra. 1987.** Grazing system influences on cattle diet and performance on mountain range. J. Range Manage. 40:55–60.

**Houston,  W.R. and R.R. Woodward. 1966.** Effects of stocking rates on range vegetation and beef cattle production in the northern Great Plains. U.S. Dept. Agr. Tech. Bull. 1357.

**Hutchings, S.S. and G. Stewart. 1953.** Increasing forage yields and sheep production on intermountain winter ranges. U.S. Dept. Agr. Cic. 925.

**Jasmer, G.E. and J.L. Holechek. 1984.** Determining grazing intensity on rangeland. J. Soil Water Conserv. 39:32–35.

**Johnson, W.M. 1953.** Effect of grazing intensity upon vegetation and cattle gains on ponderosa pine-bunchgrass ranges of the front range of Colorado. U.S. Dept. Agr. Circ. 929.

**Johnson, L.A., L.A. Albee, R.O. Smith, and A. Moxon. 1951.** Cows, calves, and grass. South Dakota Agr. Exp. Sta. Bull. 412.

**Klipple, G.E. and R.E. Bement. 1961.** Light grazing—Is it economically feasible as a range improvement practice? J. Range Manage. 14:57–62.

**Klipple, G.E. and D.F. Costello. 1960.** Vegetation and cattle responses to different intensities of grazing on shortgrass ranges of the central Great Plains. U.S. Dept. Agr. Tech. Bull 1216.

**Launchbaugh, J.L. 1957.** The effect of stocking rate on cattle gains and on native shortgrass vegetation in west central Kansas. Kansas Agr. Exp. Sta. Bull. 394.

**Launchbaugh, J.L. 1967.** Vegetation relationships associated with intensity of summer grazing on a clay upland range site in the Kansas 20-24 inch precipitation zone. Kansas Agr. Exp. Sta. Tech. Bull. 154.

**Laycock, W.A. 1970.** The effects of spring and fall grazing on sagebrush grass ranges in eastern Idaho. Int. Grassl. Cong. Proc. 11:52–54.

**Manley, W.A., R.H. Hart, M.A. Smith, J.W. Waggoner Jr., and J.T. Manley. 1997.** Vegetation, cattle, and economic responses to grazing strategies and pressure. J. Range Manage. 50:638–646.

**Martin, S.C. 1975.** Stocking strategies and net cattle sales on semidesert range. U.S. Dept. Agr. For. Serv. Res. Pap. RM-146.

**Martin, S.C., and D.R. Cable. 1974.** Managing semidesert grass-shrub ranges: Vegetation responses to precipitation, grazing, soil texture, and mesquite control. U.S. Dept. Agr. Tech. Bull. 1480.

**Martin, S.C. and K.E. Severson. 1988.** Vegetation response to the Santa Rita grazing system. J. Range Manage. 41:291–296.

**Paulsen, H.A. and F.N. Ares. 1962.** Grazing values and management of black grama and tobosa grasslands and associated shrub ranges of the southwest. U.S. Dept. Agr. Tech. Bull. 1270.

**Pearson, H.A. and L.B. Whitaker, 1974.** Forage and cattle responses to different grazing intensities on southern pine range. 27:444–446.

**Pieper, R.D., E.E. Parker, G.B. Donart, and J.D. Wright. 1991.** Cattle and vegetational response to four-pasture and continuous grazing systems. New Mexico Agr. Exp. Sta. Bull. 576.

**Rosiere, R. 1987.** An evaluation of grazing intensity influences on California animal range. J. Range Manage. 40:160–165.

**Shoop, M.C. and E.H. McIlvain. 1971.** Why some cattlemen overgraze and some don't. J. Range Manage. 24:252–257.

**Sims, P.L., B.E. Dahl, and A.H. Denham. 1976.** Vegetation and livestock response at three grazing intensities on sandhill rangeland in eastern Colorado. Colorado State University Exp. Sta. Tech. Bull. 130.

**Skovlin, J.M., R.W. Harris, G.S. Strickler, and G.A. Garrison. 1976.** Effects of cattle grazing methods on ponderosa pine-bunchgrass range in the Pacific northwest. U.S. Dept. Agr. Tech. Bull. 1531.

**Smith, D.R. 1967.** Effects of cattle grazing on a ponderosa pine-bunchgrass range in Colorado. U.S. Dept. Agr. For. Serv. Tech, Bull. 1371.

**Smoliak, S. 1960.** Effects of deferred-rotation and continuous grazing on yearling steer gains and shortgrass prairie vegetation of southeastern Alberta. J. Range Manage. 13:239-243.

**Smoliak, S. 1974.** Range vegetation and sheep production at three stocking rates on *Stipa-Bouteloua* prairie. J. Range Manage. 27:23–26.

**Taylor C.A. Jr. and N.E. Garza Jr. 1986.** Rambouillet ewe response to grazing systems at the Texas Range Station. Sheep Ind. Dev. Res. Dig. 3:35–40.

**Taylor, C.A. Jr., N.E. Garza Jr. and T.D. Brooks. 1993.** Grazing systems on the Edwards Plateau of Texas: Are they worth the trouble? II. Rangelands 15:57–61.

**Torell, L.A., K.S. Lyon, and E.B. Godfry. 1991.** Long-run versus short-run planning horizons and rangeland stocking rate decision. Amer. J. Agr. Econ. 73:795–807.

**Van Poollen, H.W., and J.R. Lacey. 1979.** Herbage response to grazing systems and stocking intensities. J. Range Manage. 82:250–253.

**Whitson, R.E., R.K. Heitschmidt, M.M. Kothman, and G.K. Lundgren. 1982.** The impact of grazing systems on the magnitude and stability of ranch income in the Rolling Plains of Texas. J. Range Manage. 35:526–533.

**Willms, W.D., S. Smoliak, and G.B. Schaalje. 1986.** Cattle weight gains in relation to stocking rate on rough fescue grassland. J. Range Manage. 39:182–187.

**Workman, J.P. 1986.** Ranch economics. Macmillan Publ. Co., New York.

Authors are professor and adjunct professors Range Science, Department of Animal and Range Sciences, New Mexico State University, Las Cruces, NM 88003 and Range Consultant, Las Cruces, NM 88005. This paper was supported by the New Mexico Agricultural Experiment Station. and was part of project 1-5-27417.

J. Range Manage.
56: 133-139 March 2003

# Moderate and light cattle grazing effects on Chihuahuan Desert rangelands

JERRY HOLECHEK, DEE GALT, JAMUS JOSEPH, JOSEPH NAVARRO, GODFREY KUMALO, FRANCISCO MOLINAR, AND MILT THOMAS

*Authors are Professor, Department of Animal and Range Sciences, New Mexico State University, Las Cruces, N.M. 88003; private Range Consultant, 3000 Devandale Drive, Las Cruces, N.M. 88005; Graduate Research Assistants, Department of Animal and Range Sciences, New Mexico State University, Las Cruces, N.M. 88003; Professor, Center for Biological Studies, University of Juarez, Chihuahua, Mexico; and Assistant Professor, Department of Animal and Range Sciences, New Mexico State University, N.M 88003.*

## Abstract

Vegetation changes were evaluated over a 13 year period (1988–2000) on moderately grazed and lightly grazed rangelands in the Chihuahuan Desert of south central New Mexico. During the study period, grazing use of primary forage species averaged 49 and 26% on moderately and lightly grazed rangelands, respectively. Autumn total grass and black grama (*Bouteloua eriopoda* Torr.) standing crop were consistently higher on the lightly than moderately grazed rangeland throughout the study. Total grass standing crop declined on the moderately grazed rangeland when the last 3 years of study were compared to the first 3 years (10 versus 124 kg ha⁻¹), but showed no change on the lightly grazed rangeland (320 versus 357 kg ha⁻¹). Black grama, the primary perennial grass in the Chihuahuan Desert, increased in autumn standing crop on the lightly grazed rangeland, but decreased on the moderately grazed rangeland. Dropseed (*Sporobolus* spp.) autumn standing crop decreased on both rangelands during the study. However, this decrease was greater on the moderately grazed rangeland (97% decline) than on the lightly grazed rangeland (67% decline). Perennial grass survival following a 3-year period of below average precipitation was higher on the lightly grazed (51%) than the moderately grazed rangeland (11%). Severe grazing intensities on the moderately grazed rangeland during the dry period (1994–1996) appear to explain differences in grass survival between these 2 rangelands. Our study and several others show that light to conservative grazing intensities involving about 25–35% use of key forage species can promote improvement in rangeland ecological condition in the Chihuahuan Desert, even when accompanied by drought.

Key words: Stocking rate, arid lands, livestock, range management

Chihuahuan Desert rangelands in the southern half of New Mexico and north central Mexico support nearly a half million animal units of livestock and numerous species of wildlife. Because of aridity and fragile soils, these rangelands are easily damaged by poorly controlled livestock grazing (Paulsen and Ares 1962, Buffington and Herbel 1965). Better information is

This research was supported by the New Mexico Agr. Exp. Sta., Las Cruces, N.M. 88003 and was part of project 0172944.

Manuscript accepted 8 Jun. 02.

## Resumen

Durante un periodo de 13 años (1988–2000) se evaluaron los cambios de vegetación en pastizales del Desierto Chihuahuense de la región sur central de New Mexico y que fueron apacentados ligeramente y moderadamente. Durante el periodo de estudio la utilización de las principales especies forrajeras promedio de 49 y 26% para los pastizales con apacentamiento moderado y ligero respectivamente. A través del estudio la biomasa total en pie de los zacates en otoño y la del "Black grama" (*Bouteloua eriopoda* Torr.) fueron consistentemente mayores en el pastizal apacentado ligeramente que en el apacentado moderadamente. Al comparar los últimos 3 años del estudio con los primeros 3 años se detectó que la biomasa total en pie disminuyo en el pastizal apacentado moderadamente ligeramente (320 versus 357 kg ha⁻¹), pero no mostró cambios en el pastizal apacentado ligeramente (320 versus 357 kg ha⁻¹). El "Black grama", el principal zacate perenne del desierto Chihuahuense, aumento su biomasa en pie en otoño en el pastizal apacentado ligeramente, pero disminuyó en el pastizal apacentado moderadamente. Durante el estudio la biomasa en pie del "Dropseed" (*Sporobolus* spp.) producida en otoño disminuyó en ambos pastizales. Sin embargo, esta disminución fue mayor en el pastizal apacentado moderadamente (97% de disminución) que en el apacentado ligeramente (67% de disminución) La sobrevivencia de los zacates perennes después de un periodo de 3 años por debajo de la precipitación promedio fue mayor en el apacentamiento ligero (51%) que en el apacentamiento moderado (11%). Intensidades severas de apacentamiento ocurridas durante el periodo seco (1994-1996) en el pastizal apacentado moderadamente parecen explicar las diferencias en la sobrevivencia de los zacates entre estos dos pastizales. Nuestro estudio y algunos otros muestran que intensidades de apacentamiento de ligeras a conservadoras con un 25 - 35% de uso de las especies forrajeras clave pueden promover el mejoramiento de la condición ecológica del Desierto Chihuahuense, aun cuando se presenten sequías.

needed on plant successional changes on Chihuahuan Desert rangelands under different stocking strategies. About 70% of the Chihuahuan Desert in southern New Mexico is controlled by the Bureau of Land Management (BLM). Generally, BLM rangelands are managed for multiple uses with a goal of about 50% use of perennial grasses over long time periods. In some years, grazing use may be lighter and other years heavier depending on annual precipitation. Various studies reviewed by Holechek et al. (1999) have indicated conservative grazing (about 35% use of

BLM_0080373

perennial grasses) through time promotes increased forage productivity and may give higher financial returns than moderate grazing (about 45% use of perennial grasses).

During the 13-year period from 1988 to 2000, we evaluated long-term vegetation changes on 2 adjoining Chihuahuan Desert rangelands in southwestern New Mexico with similar soils, climate, and terrain (flat) that were assigned different stocking strategies. One rangeland unit was grazed lightly with the goal of 30% use of perennial grasses while the other was grazed moderately for 50% use. Variable stocking rates were applied to both rangelands taking into account changing forage conditions among years. Our objectives were to evaluate trend in forage production, herbaceous cover, brush cover, species composition, and rangeland condition on the 2 rangelands.

This research is a continuation of a long-term study initially reported by Holechek et al. (1994). During the 1982–1990 period, they found forage production increased on the 2 rangelands in our study in response to above average precipitation and conservative grazing use. Our study provides a detailed evaluation of vegetation changes on the 2 rangelands in the 1988–2000 period.

## Materials and Methods

### Study Areas

Our 2 study areas were a lightly grazed site on the New Mexico State University Chihuahuan Desert Rangeland Research Center and an adjoining Bureau of Land Management (BLM) moderately grazed site (32° 32' 30" N 106° 52' 30" W) (Fig. 1). Both study areas are approximately 1,300 ha in size. The area is bound by the San Andres Mountains on the east and several isolated mountains on the west. Elevation varies from 1,190 to 1,380 m with level or gently rolling hills. Soils are primarily shallow, fine sandy loams (Aridisols) of the Simona-Cruces association (Tembo 1990). Topography is relatively flat with all slopes under 5%.

Long-term (1930–2000) average annual precipitation on the Chihuahuan Desert Rangeland Research Center is 23.6 cm yr[-1]. Seasonal patterns of precipitation are characterized by small amounts in spring and a peak in late summer (August) with gradually reduced amounts during fall. A smaller peak occurs in early winter (January) (Pieper and Herbel 1982). Total and growing season precipitation were collected





Fig. 1. The fenceline between the moderately grazed range (left) and lightly grazed range (right) in February 1991 (top) and February (2001) bottom.

annually at 10 locations on the Chihuahuan Desert Rangeland Research Center rangeland (Table 1).

Vegetation is classified as Chihuahuan Desert grassland and shrubland (Paulsen and Ares 1962). Most of the grassland areas have been invaded by woody species during the last 100 years (Brown 1950, Dick-Peddie 1966). The principal vegetation communities are black grama (*Bouleoua eriopoda* Torr.) grassland, honey mesquite (*Prosopis glandulosa* Torr.) shrubland, creosotebush (*Larrea tridentata* Lar.) shrubland, and tarbush (*Flourensia cernua* D.C.) shrubland (Paulsen and Ares 1962, Pieper and Herbel 1982). Annual forbs include leatherleaf cro-

ton (*Croton pottsii* Lam.), nightshades (*Solanum* spp.), globemallows (*Sphaeralcea* spp.), and Russian thistle (*Salsola iberica* L.). The presence of these forbs is dependent on seasonal precipitation.

A detailed grazing history of the Chihuahuan Desert Rangeland Research Center and BLM study areas is provided by Holechek et al. (1994). Both areas were predominantly black grama grassland with a minor woody component when the Chihuahuan Desert Rangeland Research Center was established in 1927. Zones of degradation were minimized because watering points were widely spaced. Although information is vague, stocking rates on the Chihuahuan Desert Rangeland

BLM_0080374

Table 1. Total and growing season (July, August, September) precipitation (cm) on the Chihuahuan Desert Rangeland Research Center from 1988–2000.

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 13 Year Average | Long-term Average (1930-2000) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (cm) | | | | | | |
| Total precipitation | 30.0 | 19.3 | 21.2 | 38.4 | 39.1 | 25.1 | 17.8 | 17.0 | 20.1 | 29.5 | 20.8 | 28.0 | 27.4 | 25.6 | 23.6 |
| Growing season (July, August, September) Precipitation | 17.8 | 10.2 | 19.1 | 18.3 | 12.4 | 13.5 | 5.1 | 10.2 | 12.7 | 14.0 | 9.6 | 15.8 | 3.4 | 12.5 | 12.4 |

Research Center range averaged 40 ha per animal unit (AU), forage production averaged near 360 kg ha⁻¹, and forage use averaged about 35% during the 1930's and 1940's. On the adjacent BLM study site, stocking rates averaged 24 ha AU⁻¹ and grazing use averaged between 60–70%. A continuous (year-long) grazing system has been used on both study areas from the past to the present. Black grama cover was greatly reduced on both study areas during extended drought in the 1953–1956 period. Herbicide treatments to control brush were applied to approximately 90% of the Chihuahuan Desert Rangeland Research Center study site in the 1957 to 1964 period (Holechek et al. 1994). Mesquite kill varied from 64 to 93%. The BLM study area received herbicide treatment in 1955, but no evaluations were made of percent mesquite kill or herbage response.

Grazing on the Chihuahuan Desert Rangeland Research Center study area has been carefully controlled since 1967 when the stocking rate was initially reduced to 67 ha AU⁻¹ (Beck 1978, Holechek 1991, Holechek et al. 1994). During the 24-year period from 1967 to 1991, grazing utilization averaged about 30%. Both rangeland ecological condition and forage production steadily increased. This allowed a gradual stocking rate increase from 67 to 45 ha AU⁻¹ with no increase in forage use or sacrifice in cattle performance (Holechek 1992).

The general goal on the BLM rangeland since 1967 has been to remove about 50% of the perennial grass production. The stocking rate from the late 1960's to 1981 averaged 42 ha AU⁻¹. In the 1981 to 1990 period, the rancher destocked the range to an average rate of 72 ha AU⁻¹. This management change and above average precipitation resulted in a major increase in forage production and ecological condition (Holechek et al. 1994).

## Procedures

Eight permanent transects (each 6.2 km in length) spaced 500-m apart were located across each study site (CDRRC and BLM) to evaluate vegetation canopy cover and standing crop. During the autumn of 1988, 1989, 1990, 1998, 1999, and 2000, incremental measurements of herbaceous foliar cover were taken seasonally along each transect using a modification (Holechek and Stephenson 1983) of the line intercept procedure outlined by Canfield (1941). At 100-m intervals, a 1-m rod incremented at 1-mm intervals was placed perpendicular to the transect and percent foliar cover was recorded by species. Each transect consisted of 64 sampling points. Three detailed measurements of shrub foliar cover were made at 2-km intervals along each transect using 40 x 2-m belt transects (Canfield 1941). These belt transects covered an area of 240-m² per transect.

Above ground standing crop (kg ha⁻¹) was sampled at the end of the summer growing season (October) from 1988 to 2000. Vegetation was clipped at ground level from 10 systematically located quadrats (0.5 x 1.0-m) placed at approximately 600-m intervals along each of the 6.2-km transects. Vegetation was hand separated by species in the field, oven dried at 60°C for 72 hours, and weighed. Only current-year's growth was measured. Livestock grazing was suspended on the BLM study area from 1 May 1998 to 1 November 1999 and during the growing season (1 July through 30 September) in 2000. This allowed us to evaluate herbage standing crop in the autumn on the BLM rangeland during the last 3 years of study without herbage removal by livestock during the growing season. Because the Chihuahuan Desert Rangeland Research Center rangeland was continuously (year-long) grazed, autumn current-year standing crop of forage underestimated ungrazed forage production. Forage use levels were light to conservative on both rangelands in the 1988–1990 period. Therefore, we consider autumn current-year growth to be a reasonable estimate of baseline herbage production. We made no adjustments for utilization.

Late June of each year was used to evaluate grazing intensity because it is the end of the forage cycle prior to new growth of perennial grasses which usually occurs in July (Paulsen and Ares 1962). Grazing intensity was evaluated on each study area using procedures of Anderson and Currier (1973) as modified by Holechek and Galt (2000). These procedures involved assessing grazing intensity on each study area through a combination of perennial grass stubble heights and ungrazed residual biomass of forage plants. Four permanent key areas were systematically established within each study area for these assessments. These key areas were selected by dividing each pasture into 4 equal parts and then locating the key area near the center of each part. All key areas were 1.3 to 1.8 km from water.

In October 1999, the percentages of live and dead perennial grasses were evaluated on all transects. The procedure involved recording the nearest plant at 200-m intervals along transects as live or dead based on the presence or absence of live above ground biomass. Dead plants were characterized by all blackish above ground biomass while presence of green or yellow above ground biomass characterized living plants.

Rangeland ecological condition scores were calculated from current USDA Natural Resources Conservation Service site guides for New Mexico (shallow sandy site) using the Dyksterhuis (1949) procedure. Relative percent composition of autumn current-year standing herbage on the Chihuahuan Desert Rangeland Research Center and BLM rangelands was used to calculate rangeland ecological condition scores for each year of study (1988–2000).

A repeated measures analysis of variance using the mixed model procedure of SAS (Littell et al. 1996) was used to compare autumn current-year total standing herbage, total grass standing herbage, black grama standing herbage and ecological scores across stocking strategies (2) and years (13). Transects were used as

BLM_0080375

replications (8 per stocking strategy). Autumn herbaceous standing crop, standing crop relative composition, vegetation foliar cover, and foliar cover relative composition were compared on the lightly grazed and moderately grazed rangelands using data pooled across the first 3 years and the last 3 years of study. A randomized factorial analysis of variance was used with the 2 grazing treatments (light and moderate) and the 2 time periods (1988–1990, 1998–2000) as factors and transects (8 per stocking strategy) as replications. In an analysis of grazing experiments, Holechek et al. (1999) found data pooled across the first and last 3 years of study gave the most meaningful comparisons of long-term vegetation changes. This was because ecological condition and forage production were often not equivalent across grazing treatments at study initiation as in our case. The least significant difference mean separation procedure was used to compare means if analysis of variance indicated a significant (P < 0.05) difference (Steel and Torrie 1980). Comparisons of percentage of live plants between the Chihuahuan Desert Rangeland Research Center and BLM rangelands in 1999 were made using the standard t-test with the 8 transects in each treatment as replicates.

## Results and Discussion

A comparative summary of stocking rate, forage utilization, vegetation standing crop, and rangeland ecological scores on the lightly and moderately grazed rangelands during the 13 year study period is given in Table 2. Stocking rate data in Table 2 are based on the forage cycle year starting 1 July (beginning of forage growth) rather than on the calendar year. This coordinates vegetation standing crop data collected in October with forage utilization data collected the following June.

Over the 13 year study period, total annual precipitation averaged 109% of the long-term average (23.6 cm $yr^{-1}$) (Table 1). During the first 6 years of study, annual precipitation averaged 122% of the long-term average. However, during the last 7 years, total annual precipitation was 97% of the long-term average. Drought occurred in 1994. Major stocking rate adjustments were made on both rangelands in response to changing precipitation and forage conditions (Table 2). The general approach on the lightly grazed rangeland was to stock at 70% of grazing capacity in years of above average to near average growing season precipitation and to destock under conditions of severe

drought. Some minor adjustments were made in cattle numbers in the late autumn of each year. If at any time average stubble height of black grama dropped below 5.5 cm, the pasture would be completely destocked for at least 1 growing season. This occurred in late July 1994 and the pasture was immediately destocked. Restocking was not initiated until January 1997 because of poor forage growth in 1996 (Table 2).

On the moderately grazed rangeland, the approach was to stock at grazing capacity (230 animal unit years) unless excessive grazing (over 55% use of forage) was observed at the end of the forage cycle (June) for 2 consecutive years. If this condition was met, then the stocking rate would be reduced for at least 1 growing season. Recent precipitation conditions and forage availability in the pasture were also used in stocking rate decisions. If forage became severely depleted, complete destocking was an option. Major stocking rate reductions were made in 1994, 1995, 1998, 1999, and 2000 on the moderately grazed rangeland (Table 2).

Total vegetation, total grass, and black grama standing crop differed (P < 0.05) among stocking strategies and years (Table 2). Interactions between stocking strategies and years were significant (P <

Table 2. Stocking rate, forage use, forage production, and rangeland ecological condition scores for the lightly grazed and moderately grazed rangelands from 1988–2000.

| | 88/89 | 89/90 | 90/91 | 91/92 | 92/93 | 93/94 | 94/95 | 95/96 | 96/97 | 97/98 | 98/99 | 99/00 | 00/01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lightly Grazed Rangeland | | | | | | | | | | | | | |
| Stocking rate (ha AUY[-1])[1] | 49 | 49 | 49 | 44 | 40 | 50 | 320 | 0 | 210 | 48 | 42 | 40 | 61 |
| Forage utilization (%)[2] | 33 | 28 | 33 | 22 | 18 | 33 | 50 | 0 | 10 | 33 | 38 | 18 | 31 |
| Autumn vegetation standing crop (kg ha[-1])[3] | 527[cd] | 335[e] | 414[d] | 716[b] | 1006[a] | 281[ef] | 11[h] | 150[g] | 255[f] | 579[c] | 457[d] | 559[c] | 396[de] |
| Autumn grass standing Crop (kg ha[-1])[3] | 452[b] | 270[cd] | 349[c] | 554[b] | 842[a] | 225[d] | 7[c] | 57[e] | 92[c] | 301[cd] | 305[cd] | 403[bc] | 252[d] |
| Autumn black grama standing crop (kg ha[-1])[3] | 95[ef] | 68[g] | 59[g] | 119[d] | 380[a] | 86[fg] | 5[i] | 48[h] | 66[g] | 169[cd] | 120[d] | 222[b] | 115[df] |
| Rangeland ecological condition score | 62[bc] | 57[c] | 57[c] | 48[cd] | 59[c] | 53[c] | 56[c] | 64[b] | 81[a] | 72[b] | 68[b] | 88[a] | 74[ab] |
| Moderately Grazed Rangeland | | | | | | | | | | | | | |
| Stocking rate (ha AUY[-1])[1] | 83 | 61 | 46 | 47 | 47 | 47 | 71 | 98 | 47 | 47 | 282 | 304 | 142 |
| Forage utilization (%)[2] | 21 | 31 | 38 | 33 | 30 | 48 | 60 | 75 | 80 | 75 | 85 | 20 | 45 |
| Autumn vegetation standing crop (kg ha[-1])[3] | 229[b] | 227[b] | 420[a] | 405[a] | 500[a] | 210[b] | 45[dc] | 22[e] | 78[d] | 160[c] | 134[cd] | 260[b] | 186[bc] |
| Autumn grass standing crop (kg ha[-1])[3] | 104[c] | 108[c] | 159[b] | 201[ab] | 251[b] | 140[bc] | 13[d] | 3[d] | 18[d] | 12[d] | 2[d] | 8[d] | 20[d] |
| Autumn black grama standing crop (kg ha[-1])[3] | 2[c] | 34[ab] | 2[c] | 38[a] | 49[a] | 20[b] | <1[c] | <1[c] | 3[c] | <1[c] | <1[c] | <1[c] | 2[c] |
| Rangeland ecological condition score | 40[ab] | 48[a] | 31[b] | 34[b] | 39[b] | 40[ab] | 36[b] | 30[bc] | 26[c] | 22[cd] | 10[e] | 17[de] | 21[cd] |

[1]Stocking rate is for beginning of growing season (July 1) to end of dormancy the following year (June 30).
[2]Estimated in June of following year using procedures of Holechek and Galt (2000).
[3]Current-years growth unadjusted for grazing use.
a–iMeans within rows with different letters differ (P < 0.05).

BLM_0080376

Table 3. Average autumn herbaceous standing crop (kg ha[-1]) and relative herbaceous composition (%) on lightly grazed (LG) and moderately grazed (MG) Chihuahuan Desert rangelands in south central New Mexico for the 1988–1990 and 1998–2000 periods.

| Species or group | Autumn Standing Crop | | | | Standing Crop Relative Composition | | | |
| | LG | | MG | | LG | | MG | |
| | 88–90 | 98–00 | 88–90 | 98–00 | 88–90 | 98–00 | 88–90 | 98–00 |
| | (kg ha[-1]) | | | | (%) | | | |
| Aristida spp. | 60[b] | 45[b] | 13[c] | 2[d] | 14[a] | 10[a] | 4[b] | 1[b] |
| Bouteloua eriopoda | 74[b] | 152[a] | 13[c] | 1[d] | 17[b] | 32[a] | 4c | <1[d] |
| Erioneuron pulchellum | 4[b] | t[b] | 21[a] | 3[b] | 1[a] | <1[a] | 7[a] | 2[b] |
| Muhlenbergia porteri | 5[a] | t[a] | 2[a] | 1 | 1[a] | <1[a] | 1[a] | <1[a] |
| Sporobolus spp. | 169[a] | 56[b] | 62[b] | 3c | 40[a] | 12[c] | 21[b] | 2[d] |
| Other grasses | 44[a] | 66[a] | 13[b] | t[c] | 10[a] | 14[a] | 4[b] | <1[b] |
| Total grasses | 357[a] | 320[a] | 124[b] | 10[c] | 84[a] | 68[b] | 42[c] | 5[d] |
| Total forbs | 14[c] | 73[a] | 12[c] | 40[b] | 3[c] | 15[b] | 4[c] | 21[a] |
| Gutierrezia sarothrae | 54[b] | 77[b] | 157[a] | 143[a] | 13[c] | 16[c] | 54[b] | 74[a] |
| Total vegetation | 425[a] | 471[a] | 292[b] | 193[c] | 100 | 100 | 100 | 100 |

[1]Data were pooled across the first 3 years and last 3 years of study for trend comparisons as suggested by Holechek et al. (1999).
[a,b]Means within rows with different letters differ (P < 0.05).
t = trace

0.05). We will focus our discussion on standing crop trends over time for each stocking strategy concentrating on comparisons between the first and last 3 years of the study (Table 3).

Standing crop of total vegetation and total grasses showed no change (P > 0.05) on the lightly grazed rangeland, but declined (P < 0.05) on the moderately grazed rangeland when the last 3 years were compared to the first 3 years of the study (Table 3). Black grama standing crop increased on the lightly grazed rangeland, but decreased on the moderately grazed rangeland during the study period. Black grama is the primary decreaser perennial grass in the Chihuahuan Desert (Canfield 1939, Paulsen and Ares 1962). Dropseed (Sporobolus spp.) standing crop decreased (P < 0.05) on both rangelands. We attribute this decrease to below average precipitation in the 1994–1996 period. Dropseeds are less drought tolerant than black grama (Campbell 1929, Herbel and Gibbens 1996). Total forb standing crop increased (P < 0.05) on both rangelands in 1998–2000 compared to 1988–1990. Forbs in the Chihuahuan Desert are responsive to winter–spring precipitation. Winter–spring precipitation was higher in 1998–2000 than 1988–1990.

Broom snakeweed (Gutierrezia sarothrae Pursh), the primary poisonous plant found on both rangelands, showed no change (P > 0.05) in autumn standing crop on either rangeland when the last and first 3 years of study were compared (Table 3). Broom snakeweed is a short-lived, cyclic half-shrub that can cause abortion in livestock and has severely depressed productivity of perennial grasses on New Mexico rangelands (McDaniel et al. 1993). Populations of broom snakeweed are closely related to climatic conditions (Pieper and McDaniel 1990). Above normal autumn through spring precipitation favors broom snakeweed establishment. Broom snakeweed standing crop levels averaged nearly twice as high (P < 0.05) on the moderately grazed as on the lightly grazed rangeland.

Total grass, total forb, and black grama foliar cover averaged higher (P < 0.05) on the lightly grazed than the moderately grazed rangeland (Table 4). However, total shrub cover was higher (P < 0.05) on the moderately grazed rangeland. Most canopy cover components had significant interactions (P < 0.05) between stocking strategy and time period.

Generally, vegetation foliar cover (Table 4) showed the same trends as autumn standing crop for primary herbaceous components with a few exceptions. We cannot explain why total autumn standing crop of forbs increased (P < 0.05) between 1988–1990 and 1998–2000, but foliar cover showed no change (P > 0.05). We believe this is probably a sampling aberration.

Total shrub and honey mesquite foliar cover showed no changes (P > 0.05) during the period of study on either rangeland. Honey mesquite canopy cover on the lightly grazed range was only half (P < 0.05) that on the moderately grazed rangeland. This is explained in part by more intensive control of mesquite with herbicides on the lightly grazed rangeland prior to the initiation of our study.

Both herbaceous standing crop and foliar cover showed major changes (P < 0.05) in relative vegetation composition when the last and first 3 years of the study were compared (Tables 3 and 4). They were consistent in showing a shift to lower (P < 0.05) total grass and dropseed com-

Table 4. Average autumn vegetation foliar cover (%) and relative composition on lightly grazed (LG) and moderately grazed (MG) Chihuahuan Desert rangelands in south central New Mexico for the 1988–1990 and 1998–2000 periods.

| Species or group | Vegetation Foliar Cover | | | | Relative Foliar Vegetation Composition | | | |
| | LG | | MG | | LG | | MG | |
| | 88–90 | 98–00 | 88–90 | 98–00 | 88–90 | 98–00 | 88–90 | 98–00 |
| | (%) | | | | | | | |
| Aristida spp. | 0.4[a] | 0.3[a] | 0.2[a] | 0.2[a] | 4[a] | 2[a] | 1[a] | 1[a] |
| Bouteloua eriopoda | 0.4[a] | 0.6[a] | 0.1[b] | t[b] | 4[a] | 5[a] | <1[a] | <1[a] |
| Erioneuron pulchellum | 0.1[a] | 0.2[a] | 0.2[a] | 0.2[a] | 1[a] | 2[a] | 1[a] | 1[a] |
| Sporobolus spp. | 1.4[a] | 0.4[c] | 0.9[ab] | t[c] | 13[a] | 3[b] | 4[b] | <1[b] |
| Total grasses | 2.9[a] | 2.2[a] | 1.6[b] | 0.4[c] | 26[a] | 17[b] | 7[c] | 2[d] |
| Croton pottsii | 0.3[a] | 0.2[a] | ta | t[a] | 2[a] | 1[a] | <1[a] | <1[a] |
| Total forbs | 0.4[a] | 0.4[a] | 0.2[c] | 0.5[a] | 4[a] | 3[a] | 1[a] | 2[a] |
| Gutierrezia sarothrae | 1.3[b] | 2.0[b] | 6.8[a] | 8.4[a] | 12[b] | 16[b] | 31[a] | 34[a] |
| Ephedra spp. | 0.2[a] | 0.2[a] | 0.3[a] | 0.3[a] | 2[a] | 2[a] | 1[a] | 1[a] |
| Yucca elata | 1.2[a] | 1.3[a] | 0.7[a] | 0.7[a] | 11[a] | 10[a] | 3[b] | 3[b] |
| Acacia constricta | 0.6[b] | 0.6[b] | 1.3[a] | 1.5[a] | 5[a] | 5[a] | 6[a] | 6[a] |
| Prosopis glandulosa | 4.5[b] | 6.2[b] | 11.2[a] | 12.6[a] | 41[a] | 48[a] | 51[a] | 52[a] |
| Total shrub cover | 6.5[b] | 8.3[b] | 13.5[a] | 15.1[a] | 59[a] | 64[a] | 61[a] | 62[a] |
| Total vegetation cover | 11.1[b] | 12.9[b] | 22.0[a] | 24.4[a] | 100 | 100 | 100 | 100 |

[1]Data were pooled across the first 3 years and last 3 years of study for trend comparisons as suggested by Holechek et al. (1999).
[a,b]Means within rows with different letters differ (P < 0.05).
t = trace

BLM_0080377

ponents on both rangelands and a higher forb component on the moderately grazed rangeland.

Rangeland ecological scores, based on the USDA-NRCS method and current New Mexico range site guides, averaged higher (P < 0.05) on the lightly than moderately grazed rangeland (Table 1). They showed an upward trend (P < 0.05) on the lightly grazed rangeland, but a downward trend (P < 0.05) on the moderately grazed rangeland (Table 2). Rangeland ecological condition scores on both rangelands showed considerable fluctuation among years (Table 2).

We believe our study provides support for the model of Dyksterhuis (1949) regarding rangeland vegetation responses to grazing and climate. However, we cannot reject the state-and-transition model of Westoby et al. (1989). They are not competing models. Both high mesquite foliar cover (13%) and lack of perennial grasses make it doubtful that meaningful improvement can occur in ecological condition on the moderately grazed rangeland through grazing management alone (Herbel et al. 1983). Mesquite control will be needed to restore this rangeland to a healthy condition as defined by the United States Department of Interior (2000).

Perennial grass plant survival percentages were higher (P < 0.05) for all 3 grasses [black grama, dropseeds, and threeawns (Aristida spp.)] evaluated on the lightly compared to the moderately grazed rangeland (Table 5). Most perennial grass mortality on both rangelands likely occurred during the period of below average precipitation in 1994–1996 (Table 2). During the summer of 1997 when above average rainfall occurred, most black grama plants on the lightly grazed rangeland showed green tops, but those on the moderately grazed

**Table 5. Percentages of live perennial grass plants on long-term lightly grazed (LG) and long-term moderately grazed (MG) Chihuahuan Desert rangelands in south central New Mexico in Autumn 1999.**

| | LG | MG |
|---|---|---|
| Grass species | | |
| | - - - (% live plants) - - - | |
| Bouteloua eriopoda | 80[a] | 10[b] |
| Sporobolus spp. | 23[a] | 5[b] |
| Aristida spp. | 67[a] | 12[b] |
| Other grasses[1] | 35a | 15[b] |
| Average | 51[a] | 11[b] |

[1]Primarily Setaria leucopila and Muhlenbergia porteri.

rangeland remained black. Very few studies have evaluated perennial grass survival under different grazing intensities. In the Edwards Plateau of Texas, perennial grass survival during the 1950's drought was closely related to stocking rate (Young 1956). Lightly stocked pastures had 66% higher grass survival than those heavily stocked and 33% higher than those moderately stocked. Better photosynthetic capability and more extensive root systems of lightly grazed plants under stress are the primary explanations for this relationship. An additional explanation is better soil moisture conditions under light grazing due to more mulch and soil organic matter (Molinar et al. 2001).

Dropseed mortality was over 70% on both rangelands (Table 4). Other studies have shown that black grama is more drought resistant than dropseeds (Paulsen and Ares 1962, Wright and Van Dyne 1976, Herbel and Gibbens 1996). This may be explained by black grama having a more extensive root system and more capability to extract moisture from dry soils than dropseeds.

Forage utilization during the 13 year study period averaged 26% on the lightly grazed rangeland and 49% on the moderately grazed rangeland. Generally forage use levels in excess of 50% are considered heavy based on a review by Holechek et al. (1999). Heavy grazing is defined as a degree of herbage use that does not permit desirable forage species to maintain themselves (Klipple and Bement 1961). Grazing reached the heavy level only in the summer of 1995 on the lightly grazed rangeland, but was heavy to severe for 5 consecutive years (spring 1995 to spring 1999) on the moderately grazed rangeland. Black grama stubble height averaged 11.3 cm on the lightly grazed rangeland, but 5.6 cm on the moderately grazed rangeland during the 13 year study period. A minimum stubble height of 7.6 cm is recommended for maintenance of black grama (Valentine 1970). Dropseed stubble heights averaged 22.5 cm on the lightly grazed rangeland, but 11.2 cm on the moderately grazed rangeland. A minimum stubble height of 15.0 cm is recommended for dropseeds (Holechek and Galt 2000).

Our study is consistent with earlier studies by Canfield (1939), Paulsen and Ares (1962), and Valentine (1970) that light to conservative grazing intensities can be effective in maintaining and increasing forage production on Chihuahuan Desert rangelands dominated by black grama. Our study is also consistent with these studies in showing that heavy to severe

grazing during drought can quickly degrade these rangelands. Our research shows the commonly used guideline of take half and leave half does not work well on arid and semi-arid rangelands. The problem with this guideline is that major destocking would be required in 50% of the years to avoid excessive use of primary grasses (Hutchings and Stewart 1953, Paulsen and Ares 1962, Martin 1975, Galt et al. 2000). In contrast, major destocking is only needed in about 2 years out of 10 when rangelands are stocked lightly. The difficulties of estimating forage production and buying and selling livestock make management for 50% grazing a risky and unsound proposition. Improvements in forage production and rangeland health are unlikely and the probabilities of rangeland degradation and financial ruin are high unless the rancher is extremely savvy and capable of reacting quickly.

## Summary and Conclusions

Our 13 year study (1988–2000) showed an upward vegetation trend on a lightly grazed rangeland while a downward trend occurred on an adjacent moderately grazed rangeland (Fig. 1). Various measures of vegetation change were used to monitor trend in our study.

Even though forage use was estimated to average 49% on the moderately grazed rangeland during the 13 year study period, a sharp downward trend occurred. The rancher attempted to keep livestock numbers in balance with forage supplies, but was unsuccessful in 5 of the 13 years studied. Although sharp reductions were made in cattle numbers during drought years, heavy to severe grazing still occurred. By the last 3 years of study, palatable perennial grasses had been nearly eliminated (Fig. 1). Both brush control and seeding may be needed to obtain meaningful increases in forage production on this rangeland.

In contrast to the moderately grazed rangeland, the lightly grazed rangeland had a strong upward trend in ecological condition. This was primarily due to an increase in production of black grama during the last 3 years of study. Major adjustments in cattle numbers on the lightly grazed rangeland were only needed in 1994 and 1995 when it was completely destocked due to drought and lack of forage.

Our research indicates that severe grazing during drought greatly increases perennial grass mortality compared to light grazing. Rangeland retrogression in

BLM_0080378

the Chihuahuan Desert can occur within 2 years when drought and severe grazing are coupled together. On the other hand, recovery from short-term drought can occur within 3 years if rangelands are destocked before excessive use occurs. Light to conservative grazing is important in non-drought years because it allows black grama to increase crown area and root growth (Canfield 1939, Paulsen and Ares 1962, Valentine 1970, Young 1980). Our study supports the recommendation by various researchers that grazing intensities on Chihuahuan Desert rangelands be kept at around 30 to 35% use of perennial grasses (Canfield 1939, Paulsen and Ares 1962, Valentine 1970, Young 1980, Holechek et al. 1994).

Our data show that a combination of information on precipitation, forage production, grazing intensity, livestock numbers, range condition, and range trend are needed for sound management decisions. We recognize that it is seldom possible to collect all this information due to limitations of money, labor, time, and technology. Light to conservative grazing is most needed where intensive monitoring is not possible or practical. This minimizes the risk of destructive grazing in drought years from failure to adequately destock. Recently, several range professionals have advocated the use of a 25% harvest coefficient in arid and semi-arid areas when stocking rates are set to reduce risk and facilitate range improvement (Lacey et al. 1994, Johnston et al. 1996, White and McGinty 1997, Ward 1999, Galt et al. 2000). Our research on Chihuahuan Desert rangelands supports this recommendation.

As a final point, we believe our study contradicts Donahue's (1999) viewpoint that livestock grazing is not sustainable on arid lands receiving less than 30 cm of annual precipitation. During the 13 year study period, the lightly grazed pasture improved from late seral to climax ecological condition.

## Literature Cited

Anderson, E. W. and W. F. Currier. 1973. Evaluating zones of utilization. J. Range Manage. 26:87–91.

Beck, R. F. 1978. A grazing system for semi-arid lands. Proc. Internat. Rangeland Congr. 1:569–672.

Brown, A. L. 1950. Shrub invasion of southern Arizona desert grasslands. J. Range Manage. 3:172–177.

Buffington, L. C. and C. H. Herbel. 1965. Vegetation changes on semi-desert grassland range from 1858 to 1963. Ecol. Monogr. 35:139–164.

Campbell, R. S. 1929. Vegetation succession in the *Prosopis* sand dunes of southern New Mexico. Ecol. 10:392–398.

Canfield, R. H. 1939. The effect of intensity and frequency of clipping on density and yield of black grama and tobosa grass. U.S. Dept. Agr. Tech. Bull. 681.

Canfield, R. H. 1941. Application of the line intercept method in sampling range vegetation. J. Forest. 39:388–394.

Dick-Peddie, W. A. 1966. Changing vegetation patterns in southern New Mexico, p. 234 –235. In: 16th Field Conf. New Mexico Geol. Soc. Albuquerque, N.M.

Donahue, D. L. 1999. The western range revisited: Removing livestock from public lands to conserve biodiversity. Univ. Oklahoma Press, Norman, Okla.

Dyksterhuis, E. J. 1949. Condition and management of rangeland based on quantitative ecology. J. Range Manage. 2:104–115.

Galt, D., F. Molinar, J. Navarro, J. Joseph, and J. L. Holechek. 2000. Grazing capacity and stocking rate. Rangelands 22(6):7–11.

Herbel, C. H. and R. P. Gibbens. 1996. Post-drought vegetation dynamics on arid rangelands in southern New Mexico. New Mexico Agr. Exp. Sta. Bull. 726.

Herbel, C. H., W.L. Gould, W.F. Liefiste and R.P. Gibbens. 1983. Herbicide treatment and vegetation response to treatment of mesquite in southern New Mexico. J. Range Manage. 36:149–151.

Holechek, J. L. 1991. Chihuahuan desert rangeland, livestock grazing, and sustainability. Rangelands 13(3):115–120.

Holechek, J. L. 1992. Financial benefits of range management practices in the Chihuahuan desert. Rangelands 14(5):279–284.

Holechek, J. L. and D. Galt. 2000. Grazing intensity guidelines. Rangelands 22 (3):11–14.

Holechek, J. L. and T. Stephenson. 1983. Comparison of big sagebrush in northcentral New Mexico under moderately grazing and grazing excluded conditions. J. Range Manage. 36:455–456.

Holechek, J. L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands 20 (2):12–16.

Holechek, J. L., A. Tembo, A. Daniel, M. Fusco, and M. Cardenas. 1994. Long term grazing influences on Chihuahuan Desert Rangeland. Southw. Nat. 39:342–349.

Hutchings, S. S. and G. Stewart. 1953. Increasing forage yields and sheep production on intermountain winter ranges, U.S. Dept. Agr. Circ. 925.

Johnston, P. W., G. M. McKean, and K. S. Daily. 1996. Objective 'safe' grazing capacities for southwest Queensland Australia. Aust. Rangeland J. 18:244-258.

Klipple, G. E. and R. E. Bement. 1961. Light grazing – Is it economically feasible as a range improvement practice? J. Range Manage. 14:57–62.

Lacey, J., E. Williams, J. Rolleri, and M. Marlow. 1994. A guide for planning, analyzing, and balancing forage supplies with livestock demand. Montana State Univ. Ext. Publ. EB-101.

Littell, R. C., G. A. Milliken, W. W. Stroup, and R. B. Woulfinger. 1996. SAS system for mixed models. SAS Inst., Cary, N.C.

Martin, S.C. 1975. Stocking strategies and net cattle sales on semi-desert range. U.S. Dept. Agr. For. Serv. Res. Pap. RM-146.

McDaniel, K. C., L.A. Torell, and J.W. Bain. 1993. Overstory – understory relationships for broom snakeweed – blue grama rangelands. J. Range Manage. 46:506–511.

Molinar, F., D. Galt, and J. Holechek. 2001. Managing for mulch. Rangelands 23(4):3–7.

Paulsen, H. A. and F. N. Ares. 1962. Grazing values and management of black grama and tobosa grasslands and associated shrub ranges of the southwest. U.S. Dep. Agr. Tech. Bull. 1270.

Pieper, R. D. and C. H. Herbel. 1982. Herbage dynamics and primary productivity of a desert grassland ecosystem. New Mexico Agr. Exp. Stat. Bull. 695.

Pieper, R. D. and K. C. McDaniel. 1990. Ecology and management of broom snakeweed. New Mexico State Univ. Agr. Exp. Sta. Bull. 751.

Steel, R. G. and J. H. Torrie. 1980. Principles and procedures of statistics, 2nd Edition. McGraw-Hill Book Co., New York.

Tembo, A. 1990. Influence of watering points and range condition on vegetation of the Chihuahuan Desert. Ph.D. Diss., New Mexico State Univ., Las Cruces, N.M.

United States Department of Interior – Bureau of Land Management. 2000. Interpreting indicators of rangeland health. Tech. Ref. 1733-6.

Valentine, K. A. 1970. Influence of grazing intensity on improvement of deteriorated black grama range. New Mexico Agr. Exp. Sta. Bull. 553.

Ward, N. 1999. Ranchers need support for sustainable ranching: What government can do: A rancher's perspective. Rangelands 21(3):13–17.

Westoby, M. B., B. Walker, and I. Noy-Meir. 1989. Opportunistic management for rangelands not at equilibrium. J. Range Manage. 42:266–274.

White, L. D. and A. McGinty. 1997. Stocking rate decisions. Texas A&M Univ. Agr. Ext. Serv. Publ. 13-5036.

Wright, R. G. and G. M. Van Dyne. 1976. Environmental factors influencing semi-desert grassland perennial grass demography. Southw. Nat. 21:259–274.

Young, S. A. 1980. Phenological development and impact of season and intensity of defoliation of *Sporobolus flexuosus* and *Bouteloua eriopoda*. Ph.D. Diss., New Mexico State Univ., Las Cruces, N.M.

Young, V. A. 1956. The effect of the 1949–1954 drought on the ranges of Texas. J. Range Manage. 9:139–142.

BLM_0080379

**From:** Jonathan B. Ratner
**To:** uformp@blm.gov
**Subject:** Scoping Part 7
**Date:** Sunday, February 07, 2010 4:42:57 PM
**Attachments:** Compaction and Recovery of Rangeland Soils.pdf
Compatibility of Grazing Systems with Fisheries - Platts1989.pdf
DroghtU of AZ.pdf
Effects of Cattle on Arid Ecosystems - Jones 2000SM.pdf

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

Western North American Naturalist 60(2), © 2000, pp. 155–164

# EFFECTS OF CATTLE GRAZING ON NORTH AMERICAN ARID ECOSYSTEMS: A QUANTITATIVE REVIEW

Allison Jones[1]

ABSTRACT.—A quantitative review was conducted of the effects of cattle grazing in arid systems on 16 response variables ranging from soil bulk density to total vegetative cover to rodent species diversity. Various studies from North American arid environments that used similar measures for assessing grazing effects on the same response variables were used for the review; each study was assigned to serve as a single data point in paired comparisons of grazed versus ungrazed sites. All analyses tested the 1-tailed null hypothesis that grazing has no effect on the measured variable. Eleven of 16 analyses (69%) revealed significant detrimental effects of cattle grazing, suggesting that cattle can have a negative impact on North American xeric ecosystems. Soil-related variables were most negatively impacted by grazing (3 of 4 categories tested were significantly impacted), followed by litter cover and biomass (2 of 2 categories tested), and rodent diversity and richness (2 of 2 categories tested). Vegetative variables showed more variability in terms of quantifiable grazing effects, with 4 of 8 categories testing significantly. Overall, these findings could shed light on which suites of variables may be effectively used by land managers to measure ecosystem integrity and rangeland health in grazed systems.

Key words: grazing, grazing effects, arid ecosystems, meta-analysis, rangeland conservation.

The debate regarding ecological effects of domestic livestock grazing on arid rangelands of the western U.S. is far from over, and many conservation biologists have become sufficiently concerned about the issue to join the debate (Brussard et al. 1994, Noss 1994). One can observe abundant examples of apparent overgrazing in North American arid systems (Fleischner 1994). Conservation biologists, however, may be skeptical of grazing literature, especially those studies conducted in the past. Nonetheless, I suggest that there is valuable information available in this abundant body of literature on effects of cattle grazing.

To those familiar with grazing literature, it is clear that there is still no scientific consensus regarding potentially detrimental effects of livestock grazing on arid rangelands (Brussard et al. 1994, Fleishner 1994, Noss 1994). The lack of consensus probably stems in part from inconsistencies in the grazing literature. Results of studies done in different plant communities, or at different sites representing the same community, often contradict one another. For example, a grazing study conducted in an arid shrub/bunchgrass community in central

Utah found that total vegetation cover was greater in grazed areas (Brotherson and Brotherson 1981), whereas another study in shrub/bunchgrass habitat in the adjacent valley reported that total vegetative cover was greater in ungrazed areas (Johansen and St. Clair 1986).

Traditional qualitative literature reviews do little to resolve such controversial issues, as they are subject to biases of the reviewer. For example, Fleischner's (1994) review of effects of grazing in western North America almost exclusively cites prior studies demonstrating detrimental effects of grazing. A range scientist with a contrary bias could easily cite as many studies demonstrating insignificant, and beneficial, effects of grazing. Though Fleischner's study sought to make the case against grazing rather than present a comprehensive review of grazing literature, I cite this example to illustrate that literature reviews can sometimes be a front for specific agendas. A more recent, more comprehensive grazing review completed by Belsky et al. (1999) qualitatively summarizes major effects of livestock grazing on stream and riparian systems in the West.

---

[1]Department of Biology, University of Nevada–Reno, Reno, NV 89557. Present address: the Wild Utah Project, 168 S. Main St., Suite 4, Salt Lake City, UT 84111.

BLM_0080381

This review was less biased than Fleischner's in that it used a more systematic approach in searching the literature.

The purpose of this paper is to present results of a quantitative synthesis of effects of cattle grazing on arid western rangelands. Quantitative reviews provide an alternative to traditional literature reviews and can take many forms. One of the more widely used methods is meta-analysis, which utilizes statistics to synthesize research results and draw general interpretations from a collection of original studies on a common topic (Hedges and Olkin 1985, Gurevitch and Hedges 1993).

A formal meta-analysis in this case would require means and variances of paired grazed and ungrazed sites from a set of similar studies. From these means and variances, one could calculate an effect size for each study, which is a standardized measure of the effect of grazing. However, of 112 studies screened for inclusion in the analyses, only 26 (23%) presented either a measure of variation along with means or data that would allow calculation of variability; thus, it was impossible to use formal meta-analysis for this quantitative review. Furthermore, other methods for quantitative review such as combined probability tests (i.e., Fisher 1932) were inappropriate because most studies screened failed to report exact $P$-values.

Because of these limitations, I grouped papers that used similar measures for assessing effects of grazing on the same response variables, and each study was used as a single data point in paired comparisons of grazed versus ungrazed sites. A similar approach was used by Milchunas and Lauenroth (1993) to assess relative roles of different environmental factors in determining differences between grazed and ungrazed sites worldwide. In yet another similar approach, Milchunas et al. (1998) synthesized published and unpublished data on various guilds of organisms from grazing studies performed at an experimental range in Colorado. While these 2 examples focused on community-level functional responses at first the global and then local level, this paper aims to shed light on the more basic issue of general effects of cattle grazing on arid western rangelands.

The objective of this study was to quantitatively synthesize effects of cattle grazing on arid western rangelands. This was accomplished by grouping individual grazing studies into different categories, based on similarities in response variables measured, and using outcomes of these studies as single data points in paired comparisons of grazed versus ungrazed sites.

## METHODS

Various databases were searched for primary research articles in journals, symposia volumes, and technical government publications concerning effects of livestock grazing on arid rangelands of the western U.S. AGRICOLA and BIOSIS were the primary databases used. Searches were done for the years 1945–1996. The literature was searched using the terms *grazing, cattle grazing,* or *livestock grazing* as primary key words and *effect* or *effects* as secondary key words. Studies were rejected that included grazers other than cattle. In addition, only studies that simultaneously compared grazed areas with nearby ungrazed controls were included. This eliminated all studies that compared only different intensities or levels of grazing (i.e., that lacked an ungrazed control) and studies that made temporal comparisons of the same sites before and after grazing.

Only studies conducted in arid environments of the western U.S. and with site descriptions that included xeric vegetation types were included in the analyses. Most studies used were conducted west of the Rocky Mountains, but a few occurred in arid shrub/grasslands of the western Great Plains or the Southwest. Studies pooled for analysis included sites from Oregon to Kansas and from Montana to Texas, and covered an elevational gradient from alpine to desert ecosystems. Vegetation types in these study areas ranged from forest ecosystems to grasslands. It was necessary to combine data from seemingly disparate study areas in order to achieve pooled sample sizes large enough to analyze. Again, any overall effects revealed through combining these data, despite differences in community type, would constitute general evidence of grazing effects in arid landscapes.

Similarly, it was necessary to lump studies that used different systems of grazing (independent from stocking rates, which are discussed below). Some studies used in my analysis

utilized a spring, summer, or winter grazing regime, or even a combination of these seasons. Others used a deferred-rotation system. Some studies reported multiple years of different grazing systems over time, while others did not report the grazing regime at all. With such a wide range of systems used among studies considered for inclusion in my analysis, it was necessary to combine different types to achieve pooled categories of sufficient size for analysis. Again, any overall effects seen through combining data from many different studies would constitute considerable evidence of grazing effects in western North America.

One hundred twelve studies were initially located on effects of grazing on fauna, flora, and soil properties, but after applying the above criteria for inclusion of studies, 54 were selected for the analyses. Several papers included appropriate data for more than a single analysis, such as articles with data on both vegetation and wildlife in grazed versus ungrazed sites (e.g., Bock et al. 1984, Medin and Clary 1989, 1990). Some papers also contributed 2 or more observations to a given analysis. Examples include those that assessed effects of grazing using the same vegetation variables measured independently in distinctly different community types or sites (e.g., Pieper 1968, Wheeler at al.1980, Roundy and Jordan 1988). However, when non-independent observations were reported, such as a certain response variable being measured in the same grazed and ungrazed locations at different times or subsampling within the same grazed and ungrazed experimental units, these were reduced to single observations by calculating mean values. In some papers investigators compared ungrazed sites with 2 or more sites that were grazed at different intensities. In such cases the lower intensity grazing data were used to represent grazing effects when 2 levels of grazing were used (i.e., "lightly grazed" rather than "heavily grazed" data were used for comparison with an ungrazed control); data for the intermediate grazing intensity were used when 3 levels of grazing were used (i.e., "moderately grazed" was used rather than "lightly grazed" or "heavily grazed" for comparison with an ungrazed control).[2] I was unable to analyze grazing intensity categories (i.e., heavily and lightly grazed categories) separately because the analysis would have resulted in data pools too small for analysis.

The following response variables were separately analyzed: rodent species diversity, rodent species richness, vegetation diversity, total vegetation cover, shrub cover, grass cover, forb cover, total vegetation biomass, tree seedling survival, non-tree seedling survival, cryptogamic crust cover, litter cover, litter biomass, soil bulk density, infiltration rate, and soil erosion. Rodent species diversity measurements used the standard H′ index. Rodent species richness was measured as total number of rodent species present per site. Vegetation diversity values were standard diversity indices (H′) calculated according to percent cover of the 3 broad vegetation types (shrubs, grasses, and forbs) within the study areas. Total vegetation biomass was measured using various methods but always reported as weight per unit area.

Quantitative analysis for these 16 categories included data from several papers grouped by similar response variables and measures that were used to assess effects of grazing on these response variables. Each analysis included 4–18 data points (i.e., paired comparisons of grazed vs. ungrazed areas) taken from 3–16 different studies. Several response variables from the literature review were not analyzed because I did not find sufficient comparable data (i.e., I found <4 data points), or because data from too many papers did not meet the above criteria for inclusion.

Data to be included in each analysis were first tested for normality using the Shapiro-Wilks statistic (SAS 1987). Statistics designed for paired comparisons were used in all analyses of grazing effects. In all cases treatment means for each study were treated as fixed quantities, with no consideration of within-site variation (which generally was not reported in the individual studies). Raw data sets that were normally distributed (12 of 16 analyses) were tested using $t$ tests for paired comparisons. Of the remaining 4 data sets, 3 (seedling survival for non-tree plant species, and litter cover and biomass) were normalized by standardizing differences between ungrazed and grazed measures by dividing by the ungrazed measures (i.e., [ungrazed – grazed] / ungrazed).

---

[2]Studies that defined "heavy," "moderate," and "light" grazing described heavy grazing as 0.5–2 ac AUM⁻¹ (or 50–80% herbage utilization), moderate grazing as 1.5–2.5 ac AUM⁻¹ (or 30–45% herbage utilization), and light grazing as 3–4 ac AUM⁻¹ (or <30% herbage utilization).

These transformed data sets, which reflect the relative reduction due to grazing of the 3 standardized measures, were also analyzed with paired-comparisons $t$ tests. Neither raw nor transformed data were normally distributed from 1 data set (infiltration rates), so a nonparametric Wilcoxon matched-pairs signed-ranks test was applied to this analysis (Siegel 1956).

In all analyses the null hypothesis that grazing has no effect on the measured variables was tested against the 1-tailed alternative. This entailed testing for significant positive or negative deviations from 0 in ungrazed-grazed paired comparisons. For example, grazing would generally be considered detrimental if it caused reduced plant or animal diversity, reduced cover or biomass of plant litter or cryptogamic crusts, reduced seedling survival, or reduced infiltration rates of water into soil. However, for 2 variables analyzed, soil bulk density and erosion, grazing-induced increases would instead be considered detrimental effects, while grazing-induced decreases would be considered positive effects of grazing.

## RESULTS

For each of 16 response variables analyzed, Table 1 shows numbers of papers and data points included in the analysis, identity of each paper included, and statistical results of the analysis. Table 2 shows treatment and control means (grazed versus ungrazed) and difference of the means for each analysis category. Eleven of 16 analyses (69%) revealed significant detrimental effects of livestock grazing on arid rangelands. With a type I error rate of 0.05, only 1 test would be expected to yield significance by chance (i.e., $16 \times 0.05 = 0.80$); the actual number of statistically significant analyses (11/16) was significantly greater than this ($\chi^2 = 130.1$, df $= 1$, $P << 0.001$) In addition, many of the other 5 analyses were quite close to being significant (i.e., the largest $P$-value for the null hypothesis of no grazing effect was 0.111). Furthermore, if a 2-tailed test that grazing had no detrimental effect on the various categories had been used instead, 7 of 16 analyses (44%) would have been significant, and none of these would have indicated beneficial effects.

Overall, the 3 broad categories of variables (soil-related, vegetation-related, and animal-related variables) showed a varied response to

grazing influences. Soil-related variables in particular seemed to reflect detrimental effects of grazing. Among paired grazed and ungrazed areas, the former had significantly reduced cryptogamic crust cover ($P = 0.021$) and infiltration rates (Wilcoxon: $P = 0.002$) and significantly greater soil loss to erosion ($P = 0.097$). Analysis of vegetation variables indicated that grazed areas had significantly reduced litter biomass ($P = 0.009$) and cover ($P = 0.046$), seedling survival (non-trees, $P = 0.028$), total vegetation biomass ($P = 0.005$), and grass and shrub cover ($P = 0.016$ and $0.013$, respectively) than paired ungrazed areas. Rodent categories, the only vertebrate categories for which I was able to gather sufficient data, indicated reduced species diversity ($P = 0.039$) and richness ($P = 0.034$) in response to grazing.

## DISCUSSION

My analyses of data gleaned from the literature suggest that livestock grazing may have detrimental effects on North American arid ecosystems. Because the data are drawn from various studies conducted at different times and in different environments, these effects may be applicable to North American xeric systems in general, rather than to specific locations and/or study periods. Of course, this does not preclude the likely possibility that spatial and temporal heterogeneity in these arid environments play a role either in further exacerbating or in ameliorating these detrimental effects. Moreover, the analyses did not take into account certain details of individual studies, such as stocking rates and intensity and timing of grazing, that could affect measured impacts.

This later issue may be considered problematic because different kinds of grazing systems can result in differential impacts to the land. For example, a particular rotational system developed with great ecological sensitivity may work better in arid lands than perhaps systems that have been "transplanted" from the Midwest. In fact, some range management textbooks (i.e., Heady and Child 1994, Holecheck 1998) give sound evidence of this. However, to effectively take this particular variable into account in this analysis would have required locating many more studies that use the same system and stocking rate and that address the same response variables. Only then would further analysis be feasible.

TABLE 1. Results of tests for detrimental effects of livestock grazing on arid ecosystems.

| Category | N | | | P | Observations with a decrease in dependent variable[b] | Literature sources[c] |
|---|---|---|---|---|---|---|
| | Source | Observations | Test[a] | | | |
| Rodent species diversity (H') | 3 | 15 | t | 0.039 | 13(87%) | 3, 18(7), 19, 25, 29, 30, 33(2), 45 |
| Rodent species richness | 3 | 17 | t | 0.034 | 10(59%) | 3, 16(3), 18(7), 25, 29, 30, 33(2), 45 |
| Vegetation diversity (shrubs, grasses, forbs) | 13 | 15 | t | 0.086 | 7(47%) | 3, 4, 11, 15, 20, 22, 29, 30, 38(3), 40, 45, 49, 50 |
| Shrub cover (%) | 16 | 18 | t | 0.013 | 10(56%) | 3, 4, 7, 11, 15, 20, 21, 22, 29, 30, 38(2), 40, 45, 46(2), 49, 50 |
| Grass cover (%) | 15 | 17 | t | 0.016 | 12(71%) | 3, 4, 7, 11, 15, 20, 22, 29, 30, 31, 38(3), 40, 45, 49, 50 |
| Forb cover (%) | 15 | 17 | t | 0.111 | 9(53%) | 3, 4, 7, 11, 13, 20, 22, 29, 30, 31, 38(3), 40, 45, 49, 50 |
| Total vegetation cover (%) | 14 | 16 | t | 0.051 | 8(50%) | 1, 4, 6, 7, 11, 20, 21, 23, 27, 38(3), 40, 43, 44, 49 |
| Total vegetation biomass (kg ha$^{-1}$) | 7 | 11 | t | 0.005 | 10(91%) | 8, 14, 16(2), 24, 31(2), 37, 38(3) |
| Seedling survival, trees (%) | 5 | 8 | t | 0.098 | 6(75%) | 10, 17, 26, 48, 52(4) |
| Seedling survival, non-trees (%) | 3 | 4 | ts | 0.028 | 4(100%) | 32(2), 35, 47 |
| Cryptogamic crust cover (%) | 6 | 6 | t | 0.021 | 5(83%) | 1, 2, 7, 21, 23, 40 |
| Litter cover (%) | 9 | 12 | ts | 0.046 | 6(50%) | 2, 7, 12, 14, 23, 34, 38(3), 40, 46(2) |
| Litter biomass (kg ha$^{-1}$) | 6 | 7 | ts | 0.009 | 6(86%) | 5, 12, 16(2), 27, 41, 42 |
| Soil bulk density (g cm$^{-3}$) | 7 | 9 | t | 0.094 | 2(22%) | 8, 27, 28(2), 31(2), 34, 42, 51 |
| Soil/water infiltration rate (cm hr$^{-1}$) | 12 | 15 | Wilcoxon | 0.002 | 12(80%) | 5(2), 8, 9, 13, 14, 27, 31(2), 36(2), 39, 42, 51, 53 |
| Soil erosion (kg ha$^{-1}$) | 7 | 9 | ts | 0.007 | 0(0%) | 13, 14, 31(2), 36(2), 39, 51, 54 |

[a]Statistical tests employed were paired-comparison $t$ tests on actual data (t), paired-comparison $t$ tests on data standardized by ungrazed means (ts), or Wilcoxon matched-pairs signed ranks test.

[b]Percentages of observations (usually individual studies) that experienced a decrease in dependent variable due to grazing treatment.

[c]Numbers within parentheses indicate numbers of observations or data points utilized per literature source; no parentheses indicate only 1 observation was utilized. All other numbers identify literature sources utilized as follows: (1) Anderson et al. 1982; (2) Beymer and Klopatek 1992; (3) Bock et al. 1984; (4) Brady et al. 1989; (5) Branson et al. 1962; (6) Brotherson and Brotherson 1981; (7) Brotherson et al. 1983; (8) Brown and Schuster 1969; (9) Buckhouse and Gifford 1976; (10) Conroy and Svejcar 1991; (11) Cottam and Evans 1945; (12) Daddy et al. 1988; (13) Dunford 1954; (14) Gamougoun et al. 1984; (15) Gardner 1950; (16) Grant et al. 1982; (17) Hall et al. 1992; (18) Hanley and Page 1981; (19) Heske and Campbell 1991; (20) Holechek and Stephenson 1983; (21) Jeffries and Klopatek 1987; (22) Jeppson-Innes and Bock 1986; (23) Johnston and St. Clair 1991; (24) Johnston 1956; (25) Johnson 1982; (26) Kingery and Graham 1991; (27) Knoll and Hopkins 1959; (28) Laycock and Conrad 1967; (29) Medin and Clary 1989; (30) Medin and Clary 1990; (31) Merzwig 1968; (32) Mizuhuna et al. 1993; (33) Oldemeyer and Allen-Johnson 1988; (34) Orodho et al. 1990; (35) Owens and Norton 1992; (36) Packer 1953; (37) Pearson 1965; (38) Pieper 1968; (39) Pluhar et al. 1987; (40) Rasmussen and Brotherson 1986; (41) Reardon and Merrill 1976; (42) Rhoades et al. 1964; (43) Rich and Reynolds 1963; (44) Robertson 1971; (45) Rosenstock 1996; (46) Rumsly and Jordan 1988; (47) Saltri and Norton 1987; (48) Schmidt and Stubbendieck 1993; (49) Schuster 1964; (50) Smith and Schmutz 1975; (51) Thompson 1968; (52) Wheeler 1980; (53) Wood 1982; (54) Wood and Blackburn 1981.

BLM_0080385

TABLE 2. Treatment and control means by category, with difference of means.

| | Means ($M$) | | |
|---|---|---|---|
| | Ungrazed ($M_{ugr}$) | Grazed ($M_{gr}$) | $M_{ugr} \to M_{gr}$ |
| Rodent species diversity ($H'$) | 0.564 | 0.438 | 0.126 |
| Rodent species richness | 5.94 | 4.70 | 1.24 |
| Vegetation diversity | 0.284 | 0.261 | 0.023 |
| Shrub cover (%) | 11.01 | 9.56 | 1.45 |
| Grass cover (%) | 25.33 | 20.19 | 5.14 |
| Forb cover (%) | 8.77 | 8.23 | 0.54 |
| Total vegetation cover (%) | 32.06 | 27.48 | 4.58 |
| Total vegetation biomass (kg ha⁻¹) | 1935.8 | 1478.7 | 457.1 |
| Seedling survival, trees (%) | 41.6 | 36.0 | 5.6 |
| Seedling survival, non-trees (%) | 24.78 | 11.67 | 13.11 |
| Cryptogamic crust cover (%) | 34.46 | 19.29 | 15.17 |
| Litter cover (%) | 30.36 | 28.0 | 2.36 |
| Litter biomass (kg ha⁻¹) | 2573.3 | 1034.0 | 1539.3 |
| Soil bulk density (g cm⁻³) | 1.17 | 1.22 | −0.05 |
| Soil/water infiltration rate (cm hr⁻¹) | 9.85 | 6.0 | 3.85 |
| Soil erosion (kg ha⁻¹) | 288.74 | 525.91 | −237.17 |

Furthermore, nearly 54 studies analyzed were found to be *quasi-experiments* (no randomization, but other experimental qualifications are met) rather than strict experiments in which experimental units are randomly assigned to control and treatment. Because of this, I do not infer causation between results presented in this review and western rangelands in general. I view these results as a basis for understanding which features of North American arid environments are most likely to suffer general impacts of grazing rather than as evidence relevant to the issue of the sustainability (or lack of it) of livestock grazing on western rangelands.

Various features of xeric soils appear to be sensitive to effects of cattle grazing (Table 1). Of those variables reflecting potential changes in soils that are generally attributed to trampling and compaction by cattle (Fleischner 1994), such as physical structure (bulk density) and functional properties (erosion, infiltration, cryptogamic crusts), there was statistical evidence for an effect of grazing on all 3 of the latter.

Although there may be some correlation between increase in erosion in grazed areas and a significant decrease in vegetation cover in grazed areas, the analyses, nevertheless, did appear to detect potential impacts of grazing on plant communities. Livestock grazing had significant effects on vascular plants for 4 of 8 vegetation response variables analyzed. Cover of grasses and shrubs, as well as total vegetation biomass, was reduced significantly by

grazing. The indication that shrub cover may be reduced by grazing contradicts other studies (Archer 1989, Schlesinger et al. 1990). However, many of these studies cite grazing as part of a complex of factors (i.e., fire suppression and climate change) that lead to increased shrub abundance.

Because many studies included in the analyses provided data only for vegetation categories such as shrubs, forbs, or grasses, analyses were necessarily limited to such broad categories. Although forb cover and vegetation diversity were statistically similar between grazed and ungrazed areas, much of this apparent lack of response to grazing may simply be an artifact of lumping plant species into broad vegetation categories. For example, lack of a grazing effect on forbs might occur even though palatable species of these plants are depleted by grazing, if this depletion is compensated by increases in unpalatable species or grazing-adapted, exotic weeds. The vegetation diversity category would have had more useful implications for range scientists and managers if it had been possible to include grazing studies that reported vegetation diversity in terms of numbers of native and nonnative species. I urge future investigators of grazing effects to collect and present vegetation data on a species-specific basis.

Rodents also seemed to react negatively to grazing influences. While in rare cases rodent diversity increased in grazed systems (i.e., Grant et al. 1982, Bock et al. 1984), the fact that meta-analysis of published literature

revealed negative overall impacts on rodents suggests that grazing is generally unfavorable for rodent communities on arid rangelands. Effects of domestic grazers on rodents are probably manifested indirectly through associated effects on soils and/or vegetation. For example, some desert rodent species specialize in foraging for seeds in certain soils and thus prefer particular soil properties (Price and Waser 1985, Price and Longland 1989). Grazing-induced changes in physical properties of soils could thus lead to loss of such specialized species or their replacement by a species more suited to the new edaphic conditions. Similarly, reduction in organic litter due to grazing may explain the loss of some species; western harvest mice (*Reithrodontomys megalotis*), for example, exhibit a strong affinity for grass litter (Clark and Kaufman 1991). Moreover, analyses indicated that grazing in these arid ecosystems reduces total vegetation biomass as well as shrub and grass cover (Table 1). Both natural ecotonal transitions from grass- to shrub-dominated habitats (Schroder and Rosenzweig 1975) and experimentally imposed changes in grass, shrub, and/or total vegetation cover (Rosenzweig 1973, Price 1978, Longland 1994) can have profound effects on desert rodent densities and species composition. Thus, it is quite possible that reduced vegetation cover in grazed areas drives the responses of the local rodent community.

The tentative conclusion that North American arid systems may be sensitive to livestock grazing is perhaps unsurprising. Whereas large herbivores that might be considered ecological counterparts to domestic livestock are native to many other arid regions of the world, there is a paucity of large, native grazers in contemporary North American xeric environments. American bison (*Bison bison*), for example, occurred very rarely in the arid West (Mack and Thompson 1982, Berger and Cunningham 1994, Kay 1994). In a worldwide review of effects of grazing by large herbivores, Milchunas and Lauenroth (1993) concluded that an evolutionary history involving grazing animals and the local environment was the most important factor in determining negative impacts of grazing on productivity. North American arid rangelands lack such an evolutionary history. Until Europeans introduced cattle and other grazers to our arid rangelands, the western range was relatively free of large grazing mammals

for 10,000 years (Berger 1986, Berger and Cunningham 1994). Arguments that these plant communities are adapted to grazing because they supported a diverse herbivore fauna during the Pleistocene (Burkhardt 1996) are probably irrelevant to this issue, as plant communities have most certainly changed in the intervening time and there have been few selective agents favoring retention of grazing tolerance.

Certainly, distinguishing effects of herbivory by native species versus livestock grazing is a concern to range scientists. However, it is notable that native grazers such as jackrabbits (*Lepus* spp.) and native browsers such as mule deer (*Odocoileus hemionus*) and pronghorn (*Antilocapra americana*) are usually allowed access to grazing exclosures such as those used in studies compiled in this review. Hence, the absence of grazing and browsing by native herbivores should rarely confound assessments of cattle grazing effects.

When biologists are faced with an abundance of very disparate studies or individual studies that yield no significant effects (as often found in the grazing literature), quantitative analysis allows detection of broad patterns due to a consistent direction of differences among those disparate studies. I used this tool to glean more objective information from the grazing literature than has been revealed in the past. It seems that soil-related variables and vegetative cover variables are most sensitive to grazing in arid systems. These findings may prove useful to rangeland managers, who traditionally have used only 1 or 2 metrics to assess rangeland health, with the most common criterion being soil condition. Perhaps investigation of a whole suite of connected variables, such as cryptogamic crust cover, soil infiltration rates, and litter cover, will give managers a more complete picture of ecosystem integrity in grazed landscapes.

It is imperative that conservation biologists work more closely with range managers and scientists. Livestock grazing is the most widespread land management practice in western North America. Seventy percent of the western U.S. is grazed, including wildlife refuges, wilderness areas, and part of our National Park System. The influence of grazing on arid ecosystems is just beginning to be realized. Conservation biologists could do much toward identifying potential impacts of grazing on biodiversity and ecosystem function by executing

BLM_0080387

more sophisticated grazing studies. A more traditional meta-analysis was unsuitable for this review because most studies used in this analysis were quasi-experiments, and many failed to present any measure of variability. This suggests that, although the literature is rich in studies of grazing effects, there is much room for improved experimental design and data presentation in this area of research.

## ACKNOWLEDGMENTS

Helpful suggestions for this manuscript were provided by W.S. Longland, S.H. Jenkins, H.B. Britten, and J. Berger. I am particularly grateful to W.S. Longland, who provided support with data organization and statistical analyses.

## LITERATURE CITED

ANDERSON, D.C., K.T. HARPER, AND S.R. RUSHFORTH. 1982. Recovery of cryptogamic soil crusts from grazing on Utah winter ranges. Journal of Range Management 35:355–359.

ARCHER, S. 1989. Have southern Texas savannas been converted to woodlands in recent history? American Midland Naturalist 134:545–561.

BELSKY, A.J., A. MATZKE, AND S. USELMAN. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation 54:419–431.

BERGER, J. 1986. Wild horses of the Great Basin. Social competition and population size. University of Chicago Press, Chicago.

BERGER, J., AND C. CUNNINGHAM. 1994. Bison: mating and conservation in small populations. Columbia University Press, New York.

BEYMER, R.J., AND J.M. KLOPATEK. 1992. Effects of grazing on cryptogamic crusts in pinyon-juniper woodlands in Grand Canyon National Park. American Midland Naturalist 127:139–148.

BOCK, C.E., J.H. BOCK, W.R. KENNEY, AND V.M. HAWTHORNE. 1984. Responses of birds, rodents, and vegetation to livestock exclosure in a semidesert grassland site. Journal of Range Management 37:239–242.

BRADY, W.W., M.R. STROMBERG, E.F. ALDON, C.D. BONHAM, AND S.H. HENRY. 1989. Response of a semidesert grassland to 16 years rest from grazing. Journal of Range Management 42:284–288.

BRANSON, F.A., R.F. MILLER, AND I.S. MCQUEEN. 1962. Effects of contour furrowing, grazing intensities, and soils on infiltration rates, soil moisture, and vegetation near Fort Peck, Montana. Journal of Range Management 15:151–158.

BROTHERSON, J.D., AND W.T. BROTHERSON. 1981. Grazing impacts on the sagebrush communities of central Utah. Great Basin Naturalist 41:335–340.

BROTHERSON, J.D., S.R. RUSHFORTH, AND J.R. JOHANSEN. 1983. Effects of long-term grazing on cryptogam crust cover in Navajo National Monument, Arizona. Journal of Range Management 36:579–581.

BROWN, J.W., AND J.L. SCHUSTER. 1969. Effects of grazing on a hardland site in the southern high plains. Journal of Range Management 22:418–423.

BRUSSARD, P.F., D.D. MURPHY, C.R. TRACY. 1994. Cattle and conservation biology—another view. Conservation Biology 8:919–921.

BUCKHOUSE, J.C., AND G.F. GIFFORD. 1976. Sediment production and infiltration rates as affected by grazing and debris burning on chained and seeded pinyon-juniper. Journal of Range Management 29:83–85.

BURKHARDT, J.W. 1996. Herbivory in the Intermountain West. Station Bulletin 58, Forest, Wildlife and Range Experiment Station, University of Moscow, Idaho.

CLARK, B.K., AND D.W. KAUFMAN. 1991. Effects of plant litter on foraging and nesting behavior of prairie rodents. Journal of Mammalogy 72:502–512.

CONROY, S.D., AND T.J. SVEJCAR. 1991. Willow planting success as influenced by site factors and cattle grazing in northeastern California. Journal of Range Management 44:59–63.

COTTAM, W.P., AND F.R. EVANS. 1945. A comparative study of the vegetation of grazed and ungrazed canyons of the Wasatch Range, Utah. Ecology 26:171–181.

DADDY, F., M.J. TRLICA, AND C.D. BONHAM. 1988. Vegetation and soil water differences among big sagebrush communities with different grazing histories. Southwestern Naturalist 33:413–424.

DUNFORD, E.G. 1954. Surface runoff and erosion from pine grasslands of the Colorado Front Range. Journal of Forestry 52:923–937.

FISHER, R.A. 1932. Statistical methods for research workers. 4th edition. Oliver and Boyd, Edinborough.

FLEISCHNER, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629–644.

GAMOUGOUN, N.D., R.P. SMITH, M.K. WOOD, AND R.D. PIEPER. 1984. Soil, vegetation, and hydrologic responses to grazing management on Ft. Stanton, New Mexico. Journal of Range Management 37:538–541.

GARDNER, J.L. 1950. The effects of thirty years of protection from grazing in desert grassland. Ecology 31: 44–50.

GRANT, W.E., E.C. BIRNEY, N.R. FRENCH, AND D.M. SWIFT. 1982. Structure and productivity of grassland small mammal communities related to grazing-induced changes in vegetative cover. Journal of Mammalogy 63:248–260.

GUREVITCH, J., AND L.V. HEDGES. 1993. Meta-analysis: combining the results of independent experiments. Pages 378–398 in S.M Scheiner and J. Gurevitch, editors, Design and analysis of ecological experiments. Chapman and Hall, Inc., New York.

HALL, L.M., M.R. GEORGE, D.D. MCCREARY, AND T.E ADAMS. 1992. Effects of cattle grazing on blue oak seedling damage and survival. Journal of Range Management 45:503–506.

HANLEY, T.A., AND J.L. PAGE. 1981. Differential effects of livestock use on habitat structure and rodent populations in Great Basin communities. California Fish and Game 68:160–174.

HEADY, H.F., AND R.D. CHILD. 1994. Rangeland ecology and management. Westview Press, Boulder, CO.

HEDGES, L.V., AND I. OLKIN. 1985. Stastical methods for meta-analysis. Academic Press, Inc., Boston, MA.

HESKE, E.J., AND M. CAMPBELL. 1991. Effects of an 11-year livestock exclosure on rodent and ant numbers

in the Chihuahuan desert, southeastern Arizona. Southwestern Naturalist 36:89–93.

HOLECHECK, J.L. 1998. Range management: principles and practices. Prentice Hall, Upper Saddle River, NJ.

HOLECHECK, J.L., AND T. STEPHENSON. 1983. Comparison of big sagebrush vegetation in north central New Mexico under moderately grazed and grazing excluded conditions. Journal of Range Management 36:455–456.

JEFFRIES D.L., AND J.M. KLOPATEK. 1987. Effects of grazing on the vegetation of the blackbrush association. Journal of Range Management 40:390–392.

JEPSON-INNES, K., AND C.E. BOCK. 1989. Response of grasshoppers (Orthoptera: Acrididae) to livestock grazing in southeastern Arizona: differences between season and subfamilies. Oecologia 78:430–431.

JOHANSEN, J.R., AND L.L. ST. CLAIR. 1986. Cryptogamic soil crusts: recovery from grazing near Camp Floyd State Park, Utah, USA. Great Basin Naturalist 46: 632–640.

JOHNSON, S.J. 1982. Impacts of domestic livestock grazing on small mammals of forest grazing allotments in southeastern Idaho. Pages 242–250 in L. Nelson, J.M. Peek, and P.D. Dalke, editors, Proceedings of the wildlife-livestock relationships symposium, University of Idaho, Moscow.

JOHNSON, W.M. 1956. The effect of grazing intensity on plant composition, vigor, and growth of pine-bunchgrass ranges in central Colorado. Ecology 37: 790–798.

KAY, C.E. 1994. Aboriginal overkill: the role of Native Americans in structuring western ecosystems. Human Nature 5:359–398.

KINGERY, J.L., AND R.T GRAHAM. 1991. The effect of cattle grazing on ponderosa pine regeneration. Forestry Chronicle 67:245–248.

KNOLL, G., AND H.H. HOPKINS. 1959. The effects of grazing and trampling upon certain soil properties. Transactions of the Kansas Academy of Science 62: 221–231.

LAYCOCK, W.A., AND P.W. CONRAD. 1967. Effect of grazing on soil compaction as measured by bulk density on a high elevation cattle range. Journal of Range Management 20:136–140.

LONGLAND, W.S. 1994. Seed use by desert granivores. Pages 233–237 in S.B. Monsen and S.G. Kitchen, compilers, Proceedings of the ecology and management of annual rangelands. General Technical Report INT-313, U.S. Forest Service, Intermountain Research Station, Ogden.

MACK, R.N., AND J.N. THOMPSON. 1982. Evolution in steppe with few large, hoofed mammals. American Naturalist 119:757–773.

MEDIN, D.E., AND W.P. CLARY. 1989. Small mammal populations in a grazed and ungrazed riparian habitat in Nevada. Research Paper INT-413, U.S. Forest Service, Intermountain Research Station, Ogden, UT.

————. 1990. Bird and small mammal populations in a grazed and ungrazed riparian habitat in Idaho. Research Paper INT-425, U.S. Forest Service, Intermountain Research Station, Ogden, UT.

MEEUWIG, R.O. 1965. Effects of seeding and grazing on infiltration capacity and soil stability of a subalpine range in Utah. Journal of Range Management 18:173–180.

MILCHUNAS, D.G., AND W.K. LAUENROTH. 1993. Quantitative effects of grazing on vegetation and soils over a global range of environments. Ecological Monographs 63:327–351.

MILCHUNAS, D.G., W.K. LAUENROTH, AND I.C. BURKE. 1998. Livestock grazing: animal and plant biodiversity of shortgrass steppe and the relationship to ecosystem function. Oikos 83: 65–74.

MILCHUNAS, D.G., W.K. LAUENROTH, AND P.L. CHAPMAN. 1992. Plant competition, abiotic, and long- and short-term effects of large herbivores on demography of opportunistic species in a semiarid grassland. Oecologia 92:520–531.

NOSS, R.F. 1994. Cows and conservation biology. Conservation Biology 8:613–616.

OLDEMEYER, J.L., AND L.R. ALLEN-JOHNSON. 1988. Cattle grazing and small mammals on the Sheldon National Wildlife Refuge, Nevada. Pages 391–398 in R.C Szaro, K.E. Severson and D.R. Patton, editors, Management of amphibians, reptiles, and small mammals in North America. General Technical Report RM-166, Fort Collins, CO.

ORODHO, A.B., M.J. TRLICA, AND C.D. BONHAM. 1990. Long-term heavy-grazing effects on soil and vegetation in the Four Corners region. Southwestern Naturalist 35:9–14.

OWENS, M.K., AND B.E. NORTON. 1992. Interactions of grazing and plant protection on basin big sagebrush (Artemisia tridentata ssp. tridentata) seedling survival. Journal of Range Management 45:257–262.

PACKER, P.E. 1953. Effects of trampling disturbance on watershed condition, runoff, and erosion. Journal of Forestry 51:28–31.

PEARSON, L.C. 1965. Primary production in grazed and ungrazed desert communities of eastern Idaho. Ecology 46:278–285.

PIEPER, R.D. 1968. Comparison of vegetation on grazed and ungrazed pinyon-juniper grassland sites in south-central New Mexico. Journal of Range Management 21:51–53.

PLUHAR, J.J., R.W. KNIGHT, AND R.K. HEITSCHMIDT. 1987. Infiltration rates and sediment production as influenced by grazing systems in the Texas rolling plains. Journal of Range Management 40:240–243.

PRICE, M.V. 1978. The role of microhabitat in structuring desert rodent communities. Ecology 59:910–921.

PRICE, M.V., AND W.S. LONGLAND. 1989. Use of artificial seed patches by heteromyid rodents. Journal of Mammalogy 70:316–322.

PRICE, M.V., AND N.M. WASER. 1985. Microhabitat use by heteromyid rodents: effects of artificial seed patches. Ecology 66:211–219.

RASMUSSEN, L.L., AND J.D. BROTHERSON. 1986. Response of winterfat communities to release from grazing pressure. Great Basin Naturalist 46:148–156.

REARDON, P.O., AND L.B. MERRILL. 1976. Vegetative responses under various grazing management systems. Journal of Range Management 29:195–198.

RHOADES, E.D., L.F. LOCKE, H.M. TAYLOR, AND E.H. McILVAIN. 1964. Water intake on a sandy range as affected by 20 years of differential stocking rates. Journal of Range Management 17:185–190.

RICH, L., AND H. REYNOLDS. 1963. Grazing in relation to runoff and erosion on chaparral watersheds on central Arizona. Journal of Range Management 16: 322–326.

BLM_0080389

ROBERTSON, J.H. 1971. Changes on a sagebrush-grass range in Nevada ungrazed for 30 years. Journal of Range Management 24:397–400.

ROSENSTOCK, S.S. 1996. Shrub-grassland small mammal and vegetation responses to rest from grazing. Journal of Range Management 49:199–203.

ROSENZWEIG, M.L. 1973. Habitat selection experiments with a pair of coexisting heteromyid species. Ecology 54:111–117.

ROUNDY, B.A., AND G.L. JORDAN. 1988. Vegetation changes in relation to livestock exclusion and rootplowing in southeastern Arizona. Southwestern Naturalist 33:425–436.

SALIHI, D.O., AND B.E. NORTON. 1987. Survival of perennial grass seedlings under intensive grazing in semiarid rangelands. Journal of Applied Ecology 24: 145–151.

SCHLESINGER, W.H., J.F. REYNOLDS, G.L. CUNNINGHAM, L.F. HUENNEKE, W.M. JARREL, R.A. VIRGINIA, AND W.G. WHITFORD. 1990. Biological feedbacks in global desertification. Science 247:1043–1048.

SCHMIDT, T.L., AND J. STUBBENDIECK. 1993. Factors influencing eastern redcedar seedling survival on rangeland. Journal of Range Management 46:448–451.

SCHRODER, G.D., AND M.L. ROSENZWEIG. 1975. Perturbation analysis of competition and overlap in habitat utilization between *Dipodomys ordii* and *Dipodomys merriami*. Oecologia 19:9–28.

SCHUSTER, J.L. 1964. Root development of native plants under three different grazing intensities. Ecology 45:63–70.

SIEGEL, S. 1956. Nonparametric statistics for the behavioral sciences. McGraw-Hill, New York.

SMITH, D.A., AND E.M. SCHMUTZ. 1975. Vegetative changes on protected versus grazed desert grassland ranges in Arizona. Journal of Range Management 28: 453–458.

THOMPSON, J.R. 1968. Effect of grazing on infiltration in a western watershed. Journal of Soil and Water Conservation 23:63–65.

WHEELER, W.P., W.C. KRUEGER, AND M. VAVRVA. 1980. Pages 28–31 *in* The effect of grazing on survival and growth of trees planted in a northeast Oregon clearcut. Special Report 586, Agricultural Experiment Station, Oregon State University, Corvallis.

WOOD, M.K. 1982. Impacts of grazing systems on watershed values. Department of Animal and Range Sciences, New Mexico State University, Las Cruces.

WOOD, M.K., AND W.H. BLACKBURN. 1981. Sediment production as influenced by livestock grazing in the Texas rolling plains. Journal of Range Management 34:228–231.

*Received 18 February 1999*
*Accepted 26 August 1999*

BLM_0080390

THE UNIVERSITY OF ARIZONA.
**Cooperative Extension**

# A Summary of Livestock Grazing Systems Used on Rangelands in the Western United States and Canada

## Introduction

Specialized grazing systems were first conceptualized in the United States at the turn of the 20th century and became a major focus of range researchers and managers by the 1950's (Holechek et al., 1998). In the Intermountain West, deferred-rotation received considerable attention during the 1950's, followed by rest-rotation during the 1970's. More recently, rangeland managers have used short duration grazing to more intensively control when and where domestic animals graze rangelands.

When properly applied, grazing systems are powerful tools that can help rangeland and livestock managers achieve management objectives related to rangeland and livestock production (e.g., forage production, average daily gain), as well as those related to ecosystem structure (e.g., wildlife habitat) and function (e.g., erosion control, water quantity and quality). However, selection of the proper grazing system is contingent upon the uniqueness of the setting in which it is applied (e.g., topography, soils, vegetation types, climate, etc.).

The objectives of this article are to provide an overview of the major grazing systems that have been used on rangelands in the western U. S. and Canada, to summarize the conditions under which they may be applicable (Table 1), and to highlight examples from the southwestern U. S. when relevant. Our discussion is largely a synopsis of Holechek et al's (1998) recent review of grazing systems (chapter 9), and of Vallentine's (1990) discussion of the same topic (chapters 13 and 14).

## Continuous and Season-long Grazing

Continuous or season-long grazing are technically not grazing systems *per se* because there is no attempt to leave a portion of the range ungrazed by livestock for at least part of the growing season (see glossary). Some have speculated that desirable plants, particularly grasses, will be grazed excessively under continuous or season-long grazing. However, research does not support this view when proper stocking is implemented. With continuous grazing, stocking rate must be very light during the growing season because

---

### GLOSSARY OF TERMS AS USED IN THIS ARTICLE

**Continuous grazing** – grazing a particular pasture or area the entire year, including the dormant season (see season-long grazing).

**Deferment** – a period of nongrazing during part of the growing season (see rest).

**Grazing system** – planned effort by rangeland managers to leave some grazing areas unused for at least part of the year.

**Rest** – distinguished from deferment in that nonuse occurs for 12 consecutive months rather than just part of the growing season (see deferment).

**Rotation** - scheduled movement of grazing animals from one pasture to another.

**Season-long grazing** - grazing a particular area or pasture for an entire growing season (see continuous grazing).

---

9/2000                                    AZ1184

**THE UNIVERSITY OF ARIZONA**
**COLLEGE OF AGRICULTURE AND LIFE SCIENCES**
**TUCSON, ARIZONA 85721**

LARRY D. HOWERY[1], JAMES E. SPRINKLE[2], AND JAMES E. BOWNS[3,4]
[1]Assistant Rangeland Management Specialist, The University of Arizona Cooperative Extension Service; [2]Assistant Area Extension Agent, Animal Science, The University of Arizona Cooperative Extension Service; [3]Range Specialist, Utah State University

[4]This article was inspired by a presentation made by Dr. Bowns at the Arizona/Utah Range Livestock Workshop held in St. George and Kanab Utah, April 9-10, 1996. Dr. Bowns' presentation was entitled, "Animal Response to Grazing Systems". We acknowledge Thomas DeLiberto, Robin Grumbles, Kim McReynolds, and George Ruyle for reviewing earlier drafts of this manuscript.

*This information has been reviewed by university faculty*
ag.arizona.edu/pubs/natresources/az1184.pdf

---

Issued in furtherance of Cooperative Extension work, acts of May 8 and June 30, 1914, in cooperation with the U.S. Department of Agriculture, James A. Christenson, Director, Cooperative Extension, College of Agriculture and Life Sciences, The University of Arizona. The University of Arizona College of Agriculture and Life Sciences is an equal opportunity employer authorized to provide research, educational information, and other services only to individuals and institutions that function without regard to sex, religion, color, national origin, age, Vietnam era Veteran's status, or handicapping condition.

adequate forage must be left to carry animals through the dormant season. Under light stocking, animals are allowed maximum dietary selectivity throughout the year. For example, cattle and sheep preferentially select forbs (i.e., broad-leaved plants) during certain times of the year, which can greatly reduce grazing pressure on grasses. Rotation systems that restrict livestock from part of the range during the growing season can waste much of the forb crop because some forb species complete their life cycle quickly and become unpalatable after maturation. Another advantage of continuous or season-long grazing over rotation systems is that livestock are not moved from one pasture to another. Moving livestock too frequently can reduce animal production (weight gains, calf crops, etc.).

Continuous or season-long grazing work best on flat, well-watered areas (i.e., watering points no more than 2 miles apart) where precipitation occurs as several light rains throughout the summer, and where most plants have some grazing value (e.g., the shortgrass prairie, northern mixed prairies of the Great Plains). Continuous or season-long grazing have also worked well in the California annual grasslands where annual plants need only to set seed each year to maintain themselves, in contrast to perennial grasses that store carbohydrates for use during dormancy, and for use during the initiation of growth when dormancy breaks.

## Deferred-rotation

Deferred-rotation grazing was first developed in 1895 and later implemented in the early 20th century by Arthur Sampson (the "father of range management") in the Blue Mountains of Oregon. Sampson's system involved dividing the range into 2 pastures with each pasture receiving deferment until seed set every other year. Several modifications of deferred-rotation have been used involving more than 2 pastures, however, its key feature is that each pasture periodically receives deferment (typically every 2 to 4 years, depending on the number of pastures).

According to Holechek et al. (1998), *plant response* for deferred-rotation grazing was superior to continuous or season-long grazing on Palouse bunchgrass ranges, mountain coniferous forest ranges, sagebrush bunchgrass ranges, and tallgrass prairie ranges. *Animal performance*, however, did not differ in studies comparing continuous, season-long, or deferred-rotation systems on Palouse bunchgrass (Skovlin et al., 1976) or coniferous mountain ranges (Holechek et al., 1987). In the tallgrass prairie, individual animal performance decreased with deferred-rotation compared to continuous grazing (Owensby et al., 1973), possibly due to lower forage quality (i.e., older, more mature forage) in the deferred pastures. However, grazing after seed set, when perennial grasses tend to be more tolerant to graz-

ing, may allow higher stocking rates and compensate for lower gain per animal without damaging rangeland resources.

Deferred-rotation has been used as a tool to address seasonal preferences for riparian plant species exhibited by livestock. Seasonal deferment (and hence, seasonal grazing) in certain wetland areas can help sustain a balance of riparian herbaceous and woody plants by alternating grazing and browsing pressure in ways that inhibit one life form from gaining a competitive advantage over the other. For example, spring or early summer deferment has been used to reduce livestock use of riparian herbaceous plants such as grasses, sedges, and rushes, while summer and fall deferment has been used to reduce livestock use of riparian shrubs and trees (Swanson, 1987: Elmore and Kauffman, 1994). Thus, deferred-rotation, as described here, draws on our knowledge of animal foraging behavior to exclude livestock from riparian areas during the season(s) in which they are most likely to prefer herbaceous or woody plants. Riparian plant species are often cited as critical structural components of wildlife habitat for both game and non-game species (e.g., nesting and hiding cover; Kauffman et al., 1982, Chaney et al., 1990), and as playing a functional role in capturing sediment and dissipating erosive energy in streams (Riparian Area Management, 1993).

## Rest-rotation

The rest-rotation system was designed by Gus Hormay of the U. S. Forest Service and was first implemented in the 1950s and 1960s. Although the original system was designed to rotate grazing and rest periods among 5 pastures using 1 to 3 herds over a 5-year cycle (Hormay, 1970), other variations of rest-rotation have used 3 or 4 pastures in a 3 to 4 year cycle. Hence, under rest-rotation, 1 or 2 pastures are rested the entire year while the remaining pastures are grazed seasonally, depending on the number of pastures and herds. For example, 1 pasture in a 3-year, 3-pasture rest-rotation might be managed as follows during a 3-year cycle: 1) Graze the entire year or growing season, 2) Defer, then graze, and 3) Rest. This schedule rests about 1/3 of the range annually.

Rest-rotation has shown superiority over continuous and season-long grazing on mountain ranges where cattle may heavily use riparian areas under all grazing strategies (Platts and Nelson, 1989). Rest provides an opportunity for the vegetation around natural or developed water to recover and helps meet multiple use objectives (e.g., providing hiding cover for birds and mammals, leaving ungrazed areas for public viewing and enjoyment). Hence, rest-rotation provides many of the advantages for riparian habitats discussed under deferred-rotation. Additionally, rested pastures

BLM_0080392

provide forage for emergency use during severe drought years, and provide opportunities to implement relatively long-term rangeland improvement practices (e.g., burning, reseeding, brush control) during scheduled rest periods. However, a disadvantage of all grazing systems that periodically exclude livestock is that elk or other wild herbivores may graze "rested" pastures, negating some of the benefit of rest or deferment from livestock grazing (Halstead, 1998).

Other disadvantages cited for rest-rotation are reduced individual animal performance due to forced animal movements from pasture to pasture, and increased stocking density in grazed pastures, which can reduce dietary selectivity (Gray et al., 1982). However, this criticism may emanate more from failure to properly adjust stocking rates to compensate for resting 20 to 40% of the total grazing area each year, rather than a definite failure of rest-rotation. For example, research on mountainous range in northeastern Oregon showed that cattle weight gains per hectare or per animal did not differ among rest rotation, deferred rotation, and season-long grazing systems when utilization averaged about 35% for each system over a 5-year period (Holechek et al., 1987). The point to remember is that the benefits of a full year of rest can be nullified if previously rested pastures are overgrazed, particularly in arid regions where frequent drought conditions can impede rangeland recovery (Cook and Child, 1971; Trlica et al., 1977).

## Santa Rita

The Santa Rita grazing system is basically a 1-herd, 3-pasture, 3-year, rest-rotation system that was modified for midsummer rainfall and concomitant forage production patterns that typically occur in the hot semi-desert grasslands in southeastern Arizona (Martin and Severson, 1988). A three-year rotational schedule for 1 pasture is as follows: 1) Rest 12 months (November to October), 2) Graze 4 months (November to February), 3) Rest 12 months (March to February), and 4) Graze 8 months (March to October). Each pasture receives rest during both early spring and "summer-monsoon" growing periods for 2 out of every 3 years, but each year's forage production is also grazed (first year's growth is grazed in winter). A full year of rest before spring grazing allows residual vegetation to accumulate which helps protect new spring forage from heavy grazing. Target utilization levels in grazed pastures are 30-40%. Martin and Severson (1988) concluded that the Santa Rita system promoted recovery of ranges in poor condition, but had little advantage over moderate continuous grazing on ranges in good condition.

## Seasonal Suitability

A common practice of seasonal suitability grazing systems is to partition and manage diverse vegetation types that differ due to elevation, ecological site, ecological condition, or precipitation, and to move animals based on seasonal forage production in the partitioned vegetation types (Holechek and Herbel, 1982). Disparate vegetation types are typically fenced, but livestock movements can also be controlled by turning on (or off) watering points, a technique most commonly employed in the Southwestern U. S.

In Southwestern deserts, seasonal suitability systems use creosote bush (*Larrea tridentata*) and mesquite (*Prosopis* spp.) shrublands during winter and early spring, while tobosa grass (*Hilaria mutica*) and alkali sacaton (*Sporobolus airoides*) ranges are used during summer (or during spring with adequate moisture). Although creosote bush and mesquite dominated shrublands typically have little perennial grass understory, they may contain nutritious plants like 4-wing saltbush (*Atriplex canescens*), winterfat (*Ceratoides lanata*), and cool-season annual forbs, which are preferred by livestock when perennial grasses are dormant (Holechek and Herbel, 1982). Tobosa grass and alkali sacaton are comparatively less nutritious during dormancy, and more efficiently utilized by livestock when they are actively growing. Pastures dominated by Lehmann lovegrass (*Eragrostis lehmanniana*), a warm-season grass introduced from South Africa, can also be used in this system to relieve summer and early fall grazing pressure on native perennial grasses.

Seeded introduced grasses may be an important component of other seasonal suitability systems because of their ability to provide forage both earlier and later than native range. For example, rotating livestock through native range in summer, crested wheatgrass (*Agropyron cristatum*) pastures in spring, and Russian wildrye (*Elymus junceus*) pastures in the fall more than doubled grazing capacity in Alberta (Smoliak, 1968). Seasonal suitability has also been used on mountain ranges in the northwestern U. S. where grassland (south-facing slopes), forest (north-facing slopes), and meadow (riparian) vegetation types provide late spring/early summer use, late summer/early fall use, and fall grazing, respectively (Holechek and Herbel, 1982). In Utah, seasonal suitability has been practiced where desert (winter use), foothill (spring use), and mountain ranges (summer use) are managed as separate, seasonal grazing units (Cook and Harris, 1968).

BLM_0080393

## Best Pasture

Because summer rainfall in the Southwest U. S. usually comes in the form of intense but isolated thunderstorms, summer moisture patterns are typically spotty and unpredictable. It is not uncommon for areas of a ranch separated by only a few miles to vary greatly in the amount of precipitation received from a storm event. The best pasture grazing system, as originally proposed by Valentine (1967), attempts to match cattle movements with irregular precipitation patterns and associated forage production without regard to a rigid rotation schedule. For instance, when a local rain event causes a flush of annual forbs in a particular pasture, cattle are moved to that pasture, and then moved back to the previous pasture once acceptable utilization levels of the ephemeral forb resource have been achieved. On the other hand, if a pasture that is tentatively scheduled for grazing continues to miss localized rainstorms while another pasture continues to receive moisture, the rotation schedule for the two pastures could be flip-flopped. Because livestock movements are not rigidly timed to a particular timetable, the best pasture system requires that land managers command a mindset of high flexibility.

The best pasture system may also be timed to match seasonal forage quality changes across ecological sites, and thus, embraces some elements of the seasonal suitability system. For example, pastures containing black grama (*Bouteloua eriopoda*) as the primary forage species may be deferred until the dormant season when it is higher in protein compared to pastures dominated by blue grama (*Bouteloua gracilis*) or hairy grama (*Bouteloua hirsuta*). Because black grama is relatively less resistant to grazing than many other perennial grasses, winter grazing has less impact on this species than use during the growing season. This approach works best when some of the pastures in the "rotation" contain winter annuals and palatable shrubs.

As with the seasonal suitability grazing system, the best pasture system may involve turning on (or shutting off) watering points in grazed (deferred or rested) pastures. Cattle learned within a year to follow active watering points on a 3,160-acre ranch in southeastern Arizona (Martin and Ward, 1970). Because localized heavy grazing around watering points was controlled during Martin and Ward's 8-year study, perennial grass forage production nearly doubled with the best pasture system compared to continuous grazing.

## Short Duration

Short duration grazing differs from other specialized systems in that a grazing area is typically divided into several small pastures (also called paddocks or cells), each of which may receive *more than one period* of non-use *and* grazing during a single growing season. The number of nonuse and grazing periods depends on the rate and amount of forage produced within each pasture. Short duration grazing commonly uses 5 to 12 pasture units in which there are grazing periods lasting from 3-14 days. Pasture rotations may be conducted more frequently during periods of rapid growth and less frequently during periods of slower growth. A grazing period is followed by a variable nongrazing period of up to 60 days to allow for forage regrowth. The actual duration of each pasture's nongrazing period depends on growing conditions.

Proponents of short duration grazing maintain this system benefits rangeland resources and domestic livestock production in several ways when properly implemented, including: improved soil water infiltration and increased mineral cycling due to animal impact (e.g., "hoof action"), increased photosynthesis that provides longer periods of available leafy forage to livestock, improved mineral distribution and plant utilization, reduced percentage of ungrazed "wolf" plants, lower labor costs, better individual animal performance, and improved rangeland condition. The most attractive contention of short duration grazing to livestock producers is that higher stocking rates and stock densities can be used because of the "shorter duration" of grazing and more intensive management.

Rangeland research indicates that managers should carefully consider several factors before investing in a short duration grazing system, particularly in arid regions (see Holechek et al., 1998, 2000, for recent reviews of short duration grazing research). Arid areas typically have short growing seasons (less than 60 days) due to low precipitation levels, cold weather, or both; this minimizes the positive aspects of repeated periods of heavy defoliation followed by nonuse, especially when inadequate growing conditions (e.g., drought) can limit regrowth potential of heavily grazed plants. Concentrating a large number of animals in smaller pastures that have recently received high intensity storms can cause soil compaction and decrease infiltration rates. Increased trail density around water has been problematic in pastures that have been partitioned around a central watering point. Short duration grazing usually calls for extra labor for herding and large amounts of fencing to partition a large grazing area into smaller grazing areas because it is more costly to fence arid rangelands (less forage/unit area = more fence needed) than more productive areas (more forage/unit area = less fence needed). Frequent pasture rotations can take a toll on animal production measures and care must be taken to prevent mother-dam separations during livestock movements. Finally, there is simply less room for error in arid regions to decide when animals should be moved or destocked; failure

BLM_0080394

to move animals at the correct time or to destock during drought can cause long-term damage to desert grasses.

Holechek et al. (1998) asserted that short duration grazing works best on flat humid areas that have extended growing seasons (at least 3 months), greater than 20 inches of average annual precipitation, and an average annual forage production of greater than 2000 lbs/acre. However, the same authors identified 2 cases where short duration grazing might be successfully used in arid areas: 1) in flat, low-lying areas with deep, productive soils that collect water runoff from less productive upland areas, and 2) on exotic grass seedings (e.g., Lehmann lovegrass, crested wheatgrass) where grazing resistance and capacity may be higher than native rangeland.

## Some Final Thoughts on Grazing Systems

- There is an infinite combination of climates, soils, topography, and vegetation types that occur across the western U. S. and Canada, which makes choosing the "correct" grazing system a challenge. No grazing system will work everywhere, or, as Dr. William Krueger from Oregon State University puts it, "every grazing system will fail somewhere." The system you choose must be tailor-made to your unique situation (Table 1).

- Implementing a grazing system does not eliminate the need to heed basic principles of grazing management (stocking rates, season of use, frequency of use, kind or mix of animals, animal selectivity, etc.).

- Grazing systems require greater, rather than less management input, compared to continuous or season-long grazing. Increased attention to range and livestock *management* (see next point) may often be a primary reason for the success of a particular grazing system.

- Animal distribution tools such as riding (Budd, 1999), proper placement of nutrient blocks (Martin and Ward, 1973), selective culling based on animal behavior characteristics (Howery et al., 1996, 1998), range improvements (burning, reseeding, water developments), and control of access to watering locations (Martin and Ward, 1970) should be implemented in ways that complement the intended management objectives of grazing systems.

- Flexibility is the hallmark of successful range management in arid regions. Strict adherence to animal numbers and livestock movement dates without regard to vagaries in precipitation and

forage production can be counterproductive to both rangeland and livestock production. Adjust stocking rates and rotation dates so that livestock numbers are in balance with forage supply (Howery, 1999).

- Rangeland monitoring is critical to document both successes and failures of grazing systems and other management activities (Smith and Ruyle, 1997). Rangelands are extremely variable in the kind and amount of vegetation they are capable of producing. This variability is apparent across the land (space) and across the years (time) as anyone who has spent time on a ranch knows. Monitoring techniques are available to help you determine how much variability you can expect on your ranch across both space and time. Monitoring data are really the "proof of the pudding" as to whether your grazing system and management practices are accomplishing your goals and objectives (Smith and Ruyle, 1997).

- Evaluate a new grazing system over a period of 6-12 years so that several weather cycles can be evaluated (Martin, 1978). This prevents erroneously assigning success or failure to a new grazing system when abnormally high or low precipitation years may be the primary cause.

## Literature Cited

Budd, B. 1999. Livestock, wildlife, plants and landscapes: Putting it all together (Lessons from Red Canyon Ranch). Pp. 137-142 *In* K. Launchbaugh, K. Sanders, and J. Mosley. Grazing Behavior of Livestock and Wildlife Symposium. Moscow, ID.

Chaney, E., W. Elmore, and W. S. Platts. 1990. Livestock grazing on western riparian areas. Northwest Resource Information Center, Inc., for U. S. EPA. Eagle, ID.

Cook, C. W., and L. E. Harris. 1968. Nutritive value of seasonal ranges. Utah Agric. Exp. Stn. Bull. 472.

Cook, C. W., and R. D. Child. 1971. Recovery of desert plains in various stages of vigor. J. Range Manage. 24:339-343.

Elmore, W., and B. Kauffman. 1994. Riparian and watershed systems:degradation and resoration. Pp. 212-231 *In* M. Vavra, W. A. Laycock, and R. D. Pieper. Ecological implications of livestock herbivory in the West. Soc. Range Manage. Denver, CO.

Gray, J. R., C. Steiger, Jr., and J. Fowler. 1982. Characteristics of grazing systems. N. Mex. Agric. Expt. Sta. Res. Rep. 467. 16pp.

BLM_0080395

Halstead, L. E. 1998. Monitoring elk and cattle forage utilization under a specialized grazing system in Arizona. M. S. Thesis, The University of Arizona, Tucson, Ariz.

Holechek, J. L., and C. H. Herbel. 1982. Seasonal suitability grazing in the Western United States. Rangelands 6:252–255.

Holechek, J. L., T. J. Berry, and M. Vavra. 1987. Grazing system influences on cattle diet and performance on mountain range. J. Range Manage. 40:55–60.

Holechek, J. L., R. D. Pieper, and C. H. Herbel. 1998. Range management principles and practices. 3rd edition. Prentice Hall. 542pp.

Holechek, J. L., H. Gomes, F. Molinar, D. Galt, and R. Valdez. 2000. Short duration grazing: the facts in 1999. Rangelands 22:18–22.

Hormay, A. L. 1970. Principles of rest-rotation grazing and multiple use land management. USDA, Forest Serv. Training Text 4. 26pp.

Howery, L. D. 1999. Rangeland management before, during, and after drought. Arizona Cooperative Extension Bulletin AZ1136.

Howery, L. D., F. D. Provenza, R. E. Banner, and C. B. Scott. 1996. Differences in home range and habitat use among individuals in a cattle herd. Appl. Anim. Behav. Sci. 49:305–320.

Howery, L. D., F. D. Provenza, R. E. Banner, and C. B. Scott. 1998. Social and environmental factors influence cattle distribution on rangeland. Appl. Anim. Behav. Sci. 55:231–244.

Kauffman, J. B., W. C. Krueger, and M. Vavra. 1982. Impacts of a late season scheme on nongame wildlife in Wallowa Mountain riparian ecosystems. Pp. 208–218 in Wildlife-livestock relationships symposium: Proceedings 10. University of Idaho Forest, Wildlife, and Range Experiment Station. Moscow, ID

Martin, C. R. 1978. Grazing systems – What can they accomplish? Rangeman's J. 5:14–16.

Martin, S. C., and D. E. Ward. 1970. Rotating access to water to improve semi-desert cattle range near water. J. Range Manage. 23:22–26.

Martin, S. C., and D. E. Ward. 1973. Salt and meal-salt help distribute cattle use on semidesert range. J. Range Manage. 26:94–97.

Martin, S. C., and K. E. Severson. 1988. Vegetation response to the Santa Rita grazing system. J. Range Manage. 41:291–296.

Owensby, C. E., E. F. Smith, and K. L. Anderson. 1973. Deferred-rotation grazing with steers in the Kansas Flint Hills. J. Range Manage. 26:393–39.

Platts, W. S., and R. L. Nelson. 1989. Characteristics of riparian plant communities with respect to livestock grazing. Pp. 73–81 In Gresswell, R. E. (Ed.), Practical approaches to riparian resource management, May 8–11, 1989, Billings, MT. USDI, Bureau of Land Management.

Riparian Area Management: Process for assessing proper functioning condition. 1993. TR 1737-9. USDI-BLM. 51 pp.

Skovlin, J. M., R. W. Harris, G. S. Strickler, and G. A. Garrison. 1976. Effects of cattle grazing methods on ponderosa pine-bunchgrass range in the Pacific Northwest. USDA, Tech. Bull. 1531.

Smith, E. L., and G. B. Ruyle. 1997. Considerations when monitoring rangeland vegetation. Pp. 1–6 In G. B. Ruyle (Ed.), Some methods for monitoring rangelands. The University of Arizona Cooperative Extension Report 9043.

Smoliak, S. 1968. Grazing studies on native range, crested wheatgrass, and Russian wildrye pastures. J. Range Manage. 21:147–150.

Swanson. S. 1987. Riparian pastures. Nevada cooperative extension fact sheet 87–53. Univ. of Nev., Reno.

Trlica, M. J., M. Buwai, and J. W. Menke. 1977. Effects of rest following defoliations on the recovery of several range species. J. Range Manage. 30:21–27.

Valentine, K. A. 1967. Seasonal suitability, a grazing system for ranges of diverse vegetation types and condition classes. J. Range Manage. 20:395–397.

Vallentine, J. F. 1990. Grazing management. Academic Press, Inc. San Diego. 533pp.

*Any products, services, or organizations that are mentioned, shown, or indirectly implied in this publication do not imply endorsement by The University of Arizona.*

BLM_0080396

**Table 1. Distinguishing features of several grazing systems used in the western United States and Canada, and situations where they may be applicable (see text for details).**

| Type of grazing system | Distinguishing features | May be applicable when you have… |
|---|---|---|
| Continuous or Season-long | Continuously graze an area the entire year (continuous), or the entire growing season (season-long). These are not grazing systems per se (see text). | …flat, well-watered rangeland, where most plants have similar grazing value, with a uniform precipitation pattern that encourages regrowth. …also, may be applicable in some areas of the California annual grasslands. |
| Deferred-rotation | Periodically defers each pasture in the rotation. Animals are rotated through the other pastures on a seasonal basis. | …distribution problems where animals habitually overuse "convenience areas" (e.g., riparian areas), or where there are multiple use objectives. |
| Rest-rotation | Periodically rests each pasture in the rotation for 12-months. Animals are rotated through the other pastures on a seasonal basis. | …generally, same criteria as deferred-rotation. |
| Santa Rita | Modification of the rest-rotation system where each pasture receives rest during both the early spring and "summer-monsoon" growing periods 2 out of every 3 years. | …semidesert grassland where forage production is irregular and heavily influenced by "summer monsoons" and winter precipitation. |
| Seasonal suitability | Diverse vegetation types are partitioned and grazing rotation is managed based on seasonal changes in forage production. | …diverse vegetation types that can be partitioned and managed as separate units based on seasonal differences in plant phenology, forage quantity, and forage quality. |
| Best pasture | Matches cattle movements to vagaries of forage production due to irregular precipitation patterns or disparate range (ecological) sites. | …irregular forage production due to spotty precipitation patterns, or grazing areas that require special management due to species differences in forage production and/or resistance to grazing. |
| Short duration | Frequently rotates a single cattle herd through multiple, smaller pastures allowing for relatively brief periods of rest in previously grazed pastures. Use levels are typically heavy due to increased stocking rates and stock densities. | …generally, the same criteria as for continuous and season-long (but see text). This system typically requires more capital investment and labor than other grazing systems. |

BLM_0080397

# Compatibility of Livestock Grazing Strategies with Fisheries

## WILLIAM S. PLATTS

*Forestry Sciences Laboratory, Intermountain Research Station*
*Forest Service, U. S. Department of Agriculture*
*Boise, Idaho 83702 USA*

*Abstract.*—Livestock grazing strategies and techniques have been developed for upland ranges to increase plant and litter cover, encourage growth of favorable plant species, improve plant species composition, increase plant vigor, and protect soil from erosion. These same objectives must be met when using the riparian area for livestock grazing. Grazing strategies have been preliminarily evaluated here with respect to their compatibility with the requirements of the stream-riparian zone and a productive fisheries. A better understanding of management strategies with respect to their stream-riparian compatibility should help fishery specialists work more closely and effectively with range conservationists in rangeland management.

Livestock grazing strategies and related techniques have been developed to increase forage production, increase plant and litter cover, encourage growth of desirable forage plants, improve range condition, improve plant species composition, decrease soil erosion, and increase plant vigor on grazed lands (Holcheck 1983). Although these strategies should also benefit the fisheries in streams that flow through grazed lands, more information is needed to determine if the objectives are actually being met in stream-riparian zones (the complete stream and its surrounding riparian habitat) and whether they benefit fishery resources (the "fishery" refers to the fish and their complete habitat). Literature that reports evaluations of the compatibility of different grazing strategies with fishery resources is lacking (Meehan and Platts 1978).

Holcheck (1983) reported that, although grazing strategies have been a major focus of range research and management, range specialists still lack specific knowledge of the conditions under which individual grazing strategies give best results. This observation also applies to the status of fisheries research and management. Holcheck (1983) also found little difference in cattle performance (e.g., weight gains) and diet quality between the different grazing strategies (e.g., season-long continuous versus rest rotation). With little clearcut advantage from specialized grazing strategies on upland rangeland sites, there is little economic incentive for managers and users to change from one strategy to another. Therefore, economic benefits from grazing strategies designed to improve stream-riparian zones as well as fisheries must be demonstrated.

This report reviews the ability of current grazing strategies to meet fisheries needs based on the information in the references cited and on personal observation. The evaluation draws heavily on the experiences of the author. Also, the grazing strategies are evaluated based on the commonly used stocking rates and grazing intensities used on today's allotments. Obviously, one cow grazing a large allotment at 1% utilization under any selected grazing strategy would be compatible with fisheries needs. This report, however, evaluates each strategy as commonly used. This report concentrates on the northern Rocky Mountains and the Great Basin, but should have application in other areas. Range specialists and land managers might evaluate some of these strategies differently; I see no problem with this but present this report as a beginning that will be subject to refinement.

Fishery needs are considered as the major objective in the evaluation of each livestock grazing strategy. The management goal is assumed to be that any strategy should attain or maintain all the affected range types (especially riparian) in a condition that will meet the needs of all other beneficial uses. However, the allocation of resources for combining the needs of all the different uses sometimes means that full productive capacity for any one resource may not always be achieved.

## Grazing Strategy Development

Gifford and Hawkins (1976) showed that current grazing strategies failed to significantly increase plant and litter cover on watersheds. They also stated that grazing strategies appear to benefit only certain plant species. It is possible, then, that one plant species will increase in density while another will decrease. The net result may well be no change in watershed protection. Gifford and Hawkins' (1976) findings have application in stream-riparian management. Plant density and species composition changes have affected many stream-riparian systems in the western USA. A prime example is the historic reduction in stream canopy overstory along many western streams (Platts and Nelson, in press).

Historically, range managers have not distinguished between the different plant community types on the uplands from those of riparian ecosystems and have typically subjected both groups to the same grazing management strategy. This management approach is still commonly used and has caused serious fisheries problems because of the disproportionately heavy use of stream-riparian zones by livestock. Rangeland researchers and managers have had difficulty developing grazing strategies that counter the unbalanced animal distribution patterns that develop when livestock concentrate in stream-riparian zones. Holcheck (1983) noted that for any grazing strategy to work it must be tailored to fit the needs of the vegetation, terrain, class or kind of livestock, and the particular ranching operation involved. Today's range and fisheries specialists must tailor grazing to fit the needs of streambanks, stream channels, water quality, and streamside vegetation. If the riparian area is the key to productive fisheries, then the grazing strategy must meet the needs of the key vegetation species, whether they be ungrazable brushy species or palatable grasses.

Specialists have progressed slowly in evaluating grazing strategies with respect to fisheries' needs, and our understanding interrelationship is so far rudimentary. Information and sound conclusions require time to attain, but managers must make decisions daily using the best information available. They do not have the luxury of waiting years for research to find a definitive solution. This report evaluates commonly used grazing strategies based on present limited data.

BLM_0080398

## Options for Strategy Development

Seven major options are available when developing grazing strategies that incorporate fisheries compatibility. To be successful, combinations of the following options are usually required:

(1) control of grazing frequency (includes complete rest);
(2) control of livestock stocking rates;
(3) control of livestock distribution;
(4) control of the timing (season) of forage use;
(5) control of livestock kind and class;
(6) control of forage utilization;
(7) artificial rehabilitation rangeland fisheries.

Controlling animal stocking rates has been the principal option used, but controlling numbers alone has had only limited success on stream-riparian zones. Rest is built into strategies such as rest-rotation to improve plant condition, and deferred strategies use the timing of forage use to enhance plant vigor and seeding success. The control of the the kind and class of livestock can be highly successful but is seldom used. The artificial rehabilitation of rangeland fisheries should be a last-resort option. Natural rehabilitation under proper stewardship should receive first consideration.

## Evaluation of Selected Grazing Strategies and Techniques

Each grazing strategy or technique is evaluated with respect to how its use relates to potential impacts on fishery productivity (Table 1). The range profession does not list or define some of the strategies used in this report; what they do define, they call systems. Problems, benefits, and fishery compatibility are outlined and rated for each grazing strategy (Table 2). Ratings range from 1 to 10, with 1 indicating little or no fishery compatibility and 10 representing complete compatibility with fishery needs. Grazing strategies are evaluated based on their effect on amount of streambank vegetation used, control of animal distribution, effects on streambank stability, ability to maintain brushy species, control of seasonal plant regrowth, and the ability of a stream-riparian habitat to rehabilitate while under the influence of the strategy.

The descriptions of the more commonly used grazing strategies are derived from the works of Kothmann (1974), Gifford and Hawkins (1976), and Holcheck (1983). The definitions used by Kothmann (1974) are used in this report whenever possible. These researchers' work was also used to identify certain problems and benefits. Interpretations on corridor fencing, riparian pasture, rest, rest rotation, double rest rotation, and seasonal preference as related to fisheries needs were taken from Platts (1981, 1984), Platts et al. (1983, 1985), Platts and Wagstaff (1984), and Platts and Nelson (1985a, 1985b, 1985c, 1985d). The grazing strategies were rated (Table 2) using information available in the previous citations and unquantified experiences of the author. This rating guide will need to be reviewed and refined over time, but for now it is something for specialists to work with.

Grazing strategy definitions listed by Kothmann (1974) are used in this report. Kothmann does not define many of the commonly used strategies, so definitions from Holcheck (1983) and Gifford and Hawkins (1976) were used whenever possible. However, any definition will be changed to meet a new definition that appears in updated versions of the range term glossary or the "Glossary of

Table 1.—Potential effects of grazing on aquatic and ripar habitats that should be considered when grazing strategies grazing related techniques are evaluated.

### Stream banks

(1) Shear or sloughing of stream-bank soils by hoof or head tion.

(2) Water, ice, and wind erosion of exposed stream-bank a channel soils because of loss of vegetative cover.

(3) Elimination or loss of stream-bank vegetation.

(4) Reduction of the quality and quantity of stream-bank und cuts.

(5) Increasing stream-bank angle (laying back of stream bank which increases water width and decreases stream depth.

### Water Column

(1) Withdrawal of streamflow to irrigate grazing lands.

(2) Drainage of wet meadows or lowering of the groundwater ble to facilitate grazing access.

(3) Pollutants (e.g., sediments) in return water from grazed pa ture lands, which are detrimental to the fisheries.

(4) Changes in magnitude and timing of organic and inorgar energy (i.e., solar radiation, debris, nutrients) inputs to t stream.

(5) Increases in fecal contamination.

(6) Changes in water column morphology, such as increases stream width and decreases in stream depth, including redt tion of streamshore water depth.

(7) Changes in timing and magnitude of streamflow events fro changes in watershed vegetative cover.

(8) Increases in stream temperature.

### Channel

(1) Changes in channel morphology.

(2) Altered sediment transport processes.

### Riparian Vegetation

(1) Changes in plant species composition (e.g., brush to grass forbs).

(2) Reduction of floodplain and stream-bank vegetation, inclu ing vegetation hanging over or entering into the water cc umn.

(3) Decrease in plant vigor.

(4) Changes in timing and amounts of organic energy leavin the riparian zone.

(5) Elimination of riparian plant communities (i.e., lowering c the water table allowing zeric plants to replace riparia plants).

Aquatic Terms" published by the Western Division of th American Fisheries Society.

### Continuous Season-Long (Cattle)

Continuous season-long (cattle) for this repor is grazing a particular pasture annually throughout th complete vegetation growing season. Kothmann (1974 defines continuous grazing as grazing of a specific uni throughout a year or for that part of a year during whicl grazing is feasible. Under the continuous season-long strat egy, livestock congregate and linger on riparian stream bank areas because of the presence of succulent forage

BLM_0080399

Table 2.—Evaluation and rating of grazing strategies based on the author's personal observations, as related to stream-riparian habitats.

| Strategy | Level to which riparian vegetation is commonly used | Control of animal distribution (allotment) | Stream-bank stability | Brushy species condition | Seasonal plant regrowth | Stream-riparian rehabilitative potential | Rating |
|---|---|---|---|---|---|---|---|
| Continuous season-long (cattle) | Heavy | Poor | Poor | Poor | Poor | Poor | 1[a] |
| Holding (sheep or cattle) | Heavy | Excellent | Poor | Poor | Fair | Poor | 1 |
| Short duration-high intensity (cattle) | Heavy | Excellent | Poor | Poor | Poor | Poor | 1 |
| Three herd — four pasture (cattle) | Heavy to moderate | Good | Poor | Poor | Poor | Poor | 2 |
| Holistic (cattle or sheep) | Heavy to light | Good | Poor to good | Poor | Good | Poor to excellent | 2-9 |
| Deferred (cattle) | Moderate to heavy | Fair | Poor | Poor | Fair | Fair | 3 |
| Seasonal suitability (cattle) | Heavy | Good | Poor | Poor | Fair | Fair | 3 |
| Deferred-rotation (cattle) | Heavy to moderate | Good | Fair | Fair | Fair | Fair | 4 |
| Stuttered deferred-rotation (cattle) | Heavy to moderate | Good | Fair | Fair | Fair | Fair | 4 |
| Winter (sheep or cattle) | Moderate to heavy | Fair | Good | Fair | Fair to good | Good | 5 |
| Rest-rotation (cattle) | Heavy to moderate | Good | Fair to good | Fair | Fair to good | Fair | 5 |
| Double rest-rotation (cattle) | Moderate | Good | Good | Fair | Good | Good | 6 |
| Seasonal riparian preference (cattle or sheep) | Moderate to light | Good | Good | Good | Fair | Fair | 6 |
| Riparian pasture (cattle or sheep) | As prescribed | Good | Good | Good | Good | Good | 8 |
| Corridor fencing (cattle or sheep) | None | Excellent | Good to excellent | Excellent | Good to excellent | Excellent | 9 |
| Rest rotation with seasonal preference (sheep) | Light | Good | Good to excellent | Good to excellent | Good | Excellent | 9 |
| Rest or closure (cattle or sheep) | None | Excellent | Excellent | Excellent | Excellent | Excellent | 10 |

[a]Rating scale based on 1 (poorly compatible) to 10 (highly compatible with fishery needs).

drinking water, gentle terrain, shade, and vegetation. These areas usually receive excessive use even under light stocking rates (Platts and Nelson 1985c). Operating costs are minimal because fencing is minimal and stress to livestock due to gathering, trailing, and changing pastures is reduced. This grazing strategy is seldom compatible under commonly used forage intensity and seasons of use because too much pressure is exerted on riparian plants and streambanks (Platts et al. 1983, 1985; Platts and Nelson 1985b).

## Holding (Sheep or Cattle)

The holding strategy, as used in this report, calls for holding grazing animals for long periods or under heavy stocking rates on a selected area. It differs from the closed herding definition used by Kothmann (1974), which relates primarily to the spread of a herd while grazing and the handling of a herd in a closely bunched manner to restrict the natural spread of the animals when grazing. The holding strategy is different because it is more contained and often used during waiting periods until conditions become right to move animals to other areas. Examples include

BLM_0080400

holding on private pastures, use of U. S. Forest Service administrative pastures, holding on lower elevation meadows until higher elevation areas are ready for grazing or breeding pastures, and holding on areas until transportation to another area can be arranged. This strategy is usually not compatible with fisheries because season and proper use receive little consideration. When sheep are forced to concentrate (i.e., are held) on stream-riparian areas, they adversely affect these environments in much the same way as cattle (Platts 1981).

### Short Duration-High Intensity (Cattle)

This strategy calls for rotating high intensity use over short periods. Kothmann (1974) defines this as any system of grazing management that uses a stocking density index greater than two. The stocking density index is the reciprocal of the fraction: land available to the animals at any one time divided by the land available to the animals for the entire grazing period. This strategy is sometimes called rapid rotation grazing (Steger 1982). It is sometimes used in a wagon-wheel arrangement with several pastures radiating outward, like the spokes of a wheel, and served by a central water supply. Regardless of the design, each paddock or pasture is given a short period of intensive grazing under high animal stocking rates followed by a longer period of rest for recovery.

To be successful, this strategy often requires ranges that receive adequate season-long precipitation or irrigation for plant regrowth. The grazing use probably places too much grazing and mechanical pressure on brushy species and streambanks. The initial expense (mainly fencing) to develop the pastures is high.

The strategy does result in better animal distribution, which results in more even pasture use, and it has been successfully applied on flat upland grassland types (Steger 1982). Stocking rates can often be substantially increased in comparison to corresponding rates under continuous season-long grazing. This short duration-high intensity strategy places livestock in the riparian stream habitat over intervals spanning the entire grazing season.

### Three Herd-Four Pasture (Cattle)

This strategy closely resembles deferred rotation. It calls for grazing each pasture continuously for a year, and then each pasture is given 4-months of nonuse. With four pastures, nonuse can be staggered so that it occurs in each pasture during each period of the year by the end of the 4-year cycle. Livestock are allowed to graze the streambank forage over all periods of the year. Thus, early grazing can cause streambank shear and late grazing can eliminate vegetation needed to buffer high stream flows and ice erosion.

Better plant production has been obtained with this strategy on uplands where adequate precipitation occurs during the entire year. However, constant grazing pressure on brushy plant species occurs during the year of continuous grazing. The 4 months of rest allows some rehabilitation, but only one rest period every 4 years may be insufficient for fishery needs.

### Holistic (Cattle or Sheep)

This strategy, often referred to as the Savory grazing method (Savory and Parsons 1980), is difficult to define because it is largely in the mind of the beholder. The strategy is usually thought of as heavy stocking and frequent

movement of animals dependent upon the growth cycle the plants. The strategy is similar to short duration-hi intensity; the major difference is that the holistic grazi method must include daily planning and flexibility obtain the desired animal performance through the dime sions of time, number, and space (Steger 1982). The timi of grazing and rest is supposedly keyed to plant and s environmental conditions and needs. Neither the holis nor the short duration-high intensity strategies have be adequately tested on stream-riparian zones to draw ma: conclusions. Supposedly, the hoof action and mechanic disturbance of soils will improve infiltration, decrea overland flow, and promote better riparian zones by redi ing peak stream flows. But there is no proof that this is tr for riparian areas.

One excellent feature of the holistic strategy is that t livestock operator is forced to think about manageme options and possible responses and to provide daily sup vision. Most grazing techniques do not require this degr of sophistication. However, the operator will still have d ficulty determining needed forage use, forage timing, al animal movements because these have to be keyed imprecisely defined environmental conditions requirii intensive training and more of the operator's time than usually available. Livestock hooves can churn the so break the surface soil capping, trample ground litter, d turb soils for increased soil porosity, and encourage see ling establishment. Such conditions do not necessari meet the needs of maintaining streambank stabilit streambank morphology, channel form, and brushy veg tation.

Although this strategy has been credited for improv ment of some upland range types (Savory and Parsoi 1980), there is insufficient information to determine if th is true. Most allotments on public lands are too small ai homogeneous to provide the options needed to make th method work. Success has been gained on some lari ranches where needed options are available.

### Deferred (Cattle)

This strategy delays pasture grazing until the mo important forage plants develop seed or attain desire regrowth. Kothmann (1974) defines this strategy as the u of deferment in grazing of a management unit, but not in systematic rotation including other units. This strateg calls for the discontinuance of grazing on various parts oi range in succeeding years, allowing each part to rest su cessively during the growing season to permit seed produ tion, establishment of seedlings, or restoration of pla vigor. The strategy requires more fencing and catt movement than the continuous season-long strategy. Tl deferred late grazing period and higher animal stockir rates may remove vegetation needed to protect strear banks from future ice and water scouring. Early grazir may increase streambank shear.

The periods of nonuse do provide opportunities improve plant vigor and cover for the preferred grazir plants, and more even animal distribution occurs over tl complete pasture than in season-long grazing. This stra egy can be especially effective where considerable differe ces would normally exist between the consumption of d ferent plant species and accessibility of plants to be graze The deferment adds periods of nonuse that can improve tl capability of the vegetation to protect streambanks fro erosion. To be successful, a sufficient amount of herba; needs to remain at the end of each grazing treatment, esp

106

cially at the end of the late grazing period, for fisheries needs.

## Seasonal Suitability (Cattle)

This strategy restricts the use of vegetation to a specific season (Kothmann 1974). The range or allotment is partitioned into pastures based on vegetation types, plant condition classes, or accessibility conditions. The best pasture, from a livestock nutritional standpoint, is selected for use for each season of the year. This strategy has application in those rangelands having high elevation differences or different randomly distributed precipitation patterns. The strategy is sometimes called the "best pasture system."

Higher fencing cost and increasing need to move animals from pasture to pasture to fit seasons of use raises costs. Also, the riparian habitat could be selected as the "best pasture" and therefore could receive levels of use detrimental to fisheries habitat. This strategy does not account for the need to decrease streambank erosion and protect brushy species, and the "best pasture" selection may require higher animal stocking rates per unit area at critical plant growing periods or periods when streambanks are most susceptible to shear.

Selected nonuse periods could allow degraded streambanks and riparian vegetation some time to recover from past damage, but because each pasture may be grazed every year, this programmed nonuse may not be adequate. Riparian areas, because of their nutritional content, would probably receive heavy grazing under this strategy, and fisheries habitats would therefore decline.

## Deferred-Rotation (Cattle)

Rotation is an orderly sequence of use when some or all subdivisions (pastures) are both grazed and deferred during the same grazing season or calendar year. Kothmann (1974) defines deferred-rotation grazing as any strategy having a stocking density index greater than one but less than two, which provides for a systematic rotation of the deferment among pastures. Steger (1982) states that under deferred-rotation strategies, half or more of the land in the system (strategy) is being grazed at any given time, and the time a pasture is grazed equals or exceeds the period of rest. In this strategy, at least one pasture is deferred during part of the grazing season, and this deferment is then rotated among pastures (a minimum of two and frequently four pastures) in succeeding years. This strategy is commonly used to graze one pasture during the early part of the grazing season and then graze the remaining pastures during the late part. The following year the pasture use sequence is altered so the early grazed pasture last year is deferred to late grazing this year.

This strategy requires additional fencing and cattle movement. It calls for alternate year (under the two-pasture design) early livestock grazing when streambanks may be susceptible to shear damage, and for every other year late when plant regrowth may be needed to protect streambanks from ice and flood scour. In some cases the livestock manager can have the option of controlling use levels on critical areas. Because of the deferment, vegetation has the opportunity to store carbohydrates and set seed every other year. The strategy provides some control of animal distribution.

This strategy does provide some nonuse during some critical streamflow and plant growth periods and thus may increase streambank plant cover. Over 2 to 4 years, however, each pasture is grazed over the complete grazing sea-

son providing the possibility of streambank shear and vegetational mat elimination.

## Stuttered Deferred-Rotation (Cattle)

This strategy is similar to deferred-rotation in that one pasture is deferred for part of the plant growth period; this deferment period is rotated among pastures in succeeding years. Under a two-pasture design, the deferred-rotation strategy grazes one pasture early one year and another pasture late, and then the pattern is reversed the following year. In the stutter, the sequence calls for use of one pasture early the first 2 years, and use of the other pasture late the following 2 years, taking 4 years to complete the cycle.

Fisheries compatibility is similar to deferred-rotation except that the two successive years of early grazing on one pasture and late grazing on the other pasture may give brushy species some relief. Because of the deferment, vegetation has the opportunity to store carbohydrates and set seed every other year. The strategy provides some control of animal distribution.

This strategy does provide some nonuse during some critical streamflow and plant growth periods and thus may increase streambank plant cover. Over 2 to 4 years, however, each pasture is grazed over the complete grazing season providing the possibility of streambank shear and vegetational mat elimination.

## Winter (Sheep or Cattle)

Winter grazing is a form of seasonal grazing. Grazing occurs only during winter conditions, and to be successful, streambanks should be frozen and all riparian plants must be dormant. Rangelands must receive only light snowfall to allow livestock access to the forage. Heavy grazing can eliminate the streambank vegetational mat needed to prevent soil erosion due to winter-spring floods or ice events and to transfer grazing from grasses to shrubby species, unless controlled.

Winter grazing can eliminate or reduce supplemental winter feeding. Frozen streambanks are more resilient to mechanical damage minimizing streambank shear. Carbohydrates have returned to the root system, prior to the grazing season, providing the opportunity to increase plant vigor.

## Rest-Rotation (Cattle) - Commonly Three or Four Pasture

The rest-rotation strategy calls for a multipasture design where each pasture receives at least 1 year of complete rest during each grazing cycle. This is an intensive system of management calling for extensive fencing and animal movement whereby grazing is deferred on various parts of the range during succeeding years, allowing the deferred part complete rest for 1 year. Two or more management units are required. Kothmann (1974) defines rotation grazing as a strategy of pasture use embracing short periods of heavy stocking followed by periods of rest for herbage recovery during the same season. It is generally used on tame or cropland pasture. Kothmann does not define rest-rotation.

The fishery habitat rehabilitation gained from the rested year may be nullified by the higher use that occurs on each of the grazed pastures. Also, during each grazing cycle, livestock will have grazed the streambanks during all seasons of use. In 1 year out of each 3-year grazing cycle, assuming a three-pasture design (but it could be any number), the streambank vegetation is grazed late and the cover necessary to buffer erosion from floods and ice is

BLM_0080402

reduced. In 1 year out of each 3-year grazing cycle, stream-banks are grazed when soil moisture is high (usually in spring or early summer), and shear damage can result (Platts and Nelson 1985a).

The year of rest (assuming a three-pasture strategy) gives plants and streambanks the opportunity to rehabilitate from past damage. In 2 years out of the 3-year grazing cycle, the vegetation is left on the streambanks to help buffer any water and ice erosion. In 2 years out of each 3-year grazing cycle, livestock are not grazing stream-banks during the early grazing periods when shear potential may be high. Streams that have a high natural rehabilitative rate can recover during the rest period, but those streams that do not have this high potential may continue to degrade. This strategy appears successful on stream-riparian habitats where the channel is maintained and controlled by vegetation. This usually only applies to ephemeral channels.

### Double Rest-Rotation (Cattle)

In this strategy, the pasture with the highest riparian and stream values receives twice the rest that would normally be applied during a commonly used rest-rotation grazing cycle. In a three-pasture design, the pasture with the highest stream-riparian values is rested continuously for 2 years and then grazed early or late the third year, then rested 2 years and grazed early or late the third year. Thus, it takes 6 years to complete the cycle.

Benefits usually exceed those from the commonly used three-pasture rest-rotation strategy because the stream-riparian habitat has 2 years in a row, instead of one, to rehabilitate from any applied stress. Brushy species have 2 successive years of twig growth before grazing occurs again.

### Seasonal Riparian Preference (Cattle or Sheep)

This strategy, as defined for this report, requires that concerned riparian stream values are in pastures that can be grazed during the season that is most compatible with fishery needs. Kothmann (1974) defines seasonal grazing as grazing restricted to a specific season. Unless closely managed, streambanks can still receive shear stress and late season grazing can reduce the vegetation needed to minimize flood erosion; also, it is difficult to determine seasonal preference because seasonal climatic conditions vary from year to year. The strategy does allow livestock to graze streambanks during their most shear-resistant period and when brushy species would receive the least use. Managers must have a good data base or experience to be able to determine the preferred period of use.

### Riparian Pasture (Cattle or Sheep)

This technique may be a separate strategy or be used as part of or in combination with another strategy. Similar to the seasonal riparian preference strategy, the riparian pasture places the selected stream-riparian habitat, or portions of this habitat, within one or more pastures (Platts and Nelson 1985d). Unlike the seasonal preference pasture that becomes a working pasture within the grazing cycle, the timing and use of forage within the riparian pasture is set strictly to meet previously determined riparian stream objectives. The pasture can be grazed or rested on any given season or year depending on stream-riparian needs.

This strategy usually requires even more fencing, maintenance, and livestock movement than rotational or deferred strategies. Without effective control of animal numbers and animal distribution, the riparian pasture can lead to unbalanced animal distribution and disproportional forage use in the remaining pastures during certain parts of the season.

This strategy allows forage use and timing to be set to match the productivity of the stream-riparian habitat while allowing a much simpler and more economical grazing strategy to be used in the surrounding upland pastures. As the riparian vegetation regains its vigor and productivity, available forage for livestock use can often be increased under this strategy.

### Corridor Fencing (Cattle or Sheep)

In this technique, all the stream-riparian habitat, or required portions thereof, are fenced to try to obtain rest or the application of a desired grazing method. This strategy requires extensive fencing, which increases operating costs while usually eliminating livestock forage within the corridor. Corridor pastures are usually too small and narrow for proper grazing under a pasture concept. Corridor fencing allows onsite stream-riparian habitat to rehabilitate while allowing grazing targets to be met on the uplands using simpler grazing strategies.

### Rest-Rotation with Seasonal Preference (Sheep)

This strategy is the same as that used with rest rotation grazing with cattle, except with sheep the herding allows riparian habitats to be grazed during periods and intensities of least impact. The livestock operator must move sheep into different pastures as determined by the rest-rotation requirements and, in turn, graze riparian zones at selected times. The rest period gives riparian plants and streambanks the opportunity to recover from past use (Platts 1981).

With good herding and compatible sheep stocking rates, this grazing strategy can meet the needs of both the riparian and upland habitats. Because sheep are grazers that usually prefer slopes and upland areas, they naturally tend to graze streambanks less than cattle do. This strategy can be successful and has been found to produce no significant adverse impacts to fishery habitats (Platts 1984).

### Rest or Closure (Cattle or Sheep)

This strategy calls for complete rest (some areas may not be suitable for grazing), or the allotment or selected pastures therein are to be ungrazed until stream-riparian habitats improve to meet fisheries management objectives. Kothmann (1974) defines rest as a period of deferment included as part of a grazing system. Rest is usually thought of as a period of time equaling or exceeding one complete year of nonuse. Rest eliminates all forage use by livestock, so livestock producers could be impacted financially.

Complete rest usually allows riparian stream habitats to immediately move toward their potential productivity, with fisheries products increasing in value (Platts et al. 1983; Platts and Nelson 1985a). This allows degraded allotments, pastures, and stream-riparian habitats to regain the productivity needed so that they can then be placed under suitable grazing strategies.

### Discussion

In the past, no commonly used livestock grazing strategy was capable of maintaining high levels of forage use

BLM_0080403

while rehabilitating damaged streams and riparian zones (Meehan and Platts 1978; Platts 1981). The main reason for this was the fact that range management practices combined different vegetative habitats, including the riparian, into one management unit. Another reason was the natural attraction of livestock, especially cattle, to riparian zones. Presently, no grazing strategy exists that will function under all situations, but with present knowledge, some strategies can produce good results under the right conditions.

The most promising grazing strategies for maintaining or rehabilitating riparian-stream systems are those that include one or more of the following options:

(1) including a riparian pasture within a grazing allotment or operation to allow riverine-riparian ecosystem to be managed separately from the uplands;

(2) fencing streamside corridors to allow stream-riparian habitats to rehabilitate;

(3) changing the kind of livestock (from cattle to sheep on certain ranges) for better grazing compatibility with rangeland types;

(4) adding more rest to the grazing cycle;

(5) reducing intensity of use on streamside forage;

(6) controlling the timing (often season) of forage use so grazing occurs during periods most compatible with riverine riparian ecosystems;

(7) managing grazing programs as specified and required in properly prepared allotment management plans or other proven management guides, therefore giving full consideration to riparian management objectives.

In reference to item 1, in our seven small experimental riparian pastures where cattle numbers were controlled to achieve desired forage use of the riparian vegetation, the utilization of upland forage normally exceeded that of the streamside forage by an average of about 13% — just the opposite of the typical allotment pasture (Platts and Nelson 1985c). Because they are usually drawn to moist sites, cattle will often override the grazing strategy if pasture size is too large for animal control. Also, no grazing strategy is going to work for stream fishery needs if there is not a set amount of vegetation left at the end of the growing season to buffer future ice and flood flows.

With item 2, range and fishery specialists have attempted to solve problems by fencing stream-riparian habitats. Standard cost for two 30-m corridors is about $3,750 (USA) per stream kilometer, with $38 to $125 maintenance costs per stream kilometer per year. About five animal unit months of forage are lost per stream kilometer fenced (Platts and Wagstaff 1984). Fencing streamside corridors is a last resort, but it may allow those grazing strategies that are working well in the uplands, but not in the riparian zone, to be compatible over the watershed as a whole.

In item 3, there is opportunity, especially in the higher elevation areas, to change the grazer from cattle to sheep on those allotments where sheep grazing is more compatible. In two Frenchman Creek study sites, which have been grazed by sheep under a programmed three-pasture rest rotation strategy since 1967, I can find no incompatibility of this strategy with fishery needs (Platts 1984). Proper herding, forage use, and timing of forage use can make this strategy completely compatible with fishery needs.

Item 4 calls for adding more rest to the grazing cycle. Holcheck (1983) has stated that the benefits from rest in one pasture may be nullified by the extra use that occurs on the remaining grazed pastures. Our studies (Platts and Nelson 1985a, 1985c) tend to support his statement when use of the riparian forage is heavy. However, a three-pasture rest rotation strategy can leave a vegetative mat on the streambank on 2 out of every 3 years, 1 year during early grazing and the other during the rested year. A double rest rotation grazing strategy (1 year grazing, 2 years rest) has been successfully used on high elevation pastures (Platts 1984).

Items 5 and 6 need much more study because the proper grazing of streamside vegetation requires tight control of animal distribution. In many areas it is not desirable or economically feasible to fence every streamside corridor to create corridors or riparian pastures (Platts and Wagstaff 1984). Therefore, grazing strategies that have better control over intensity and timing of forage use in riparian areas must be developed. Winter grazing, types of rest rotation strategies, and deferments that allow protective mats to be maintained on the streambank during critical runoff periods show promise, but again, more analysis is needed.

Item 7 calls for proper management of allotments, rangelands, or pastures, as required under the guidance plans. If grazed lands cannot be managed properly, as plans require, then no grazing strategy is going to work.

Fishery specialists, working closely with range specialists, must analyze each grazing plan with respect to its compatibility with fishery resources. Each plan must then be further evaluated to determine how well it meshes with basic and complete watershed needs. The stream and the watershed function as a unit. If the grazing management is not conducive to good watershed conditions, good stream conditions will also not exist.

Once they have deteriorated, many stream-riparian habitats are difficult to rehabilitate and need special management. In many situations, the stream-riparian habitat must be considered the key area for rangeland or pasture management. Livestock grazing under proper strategies with controlled intensities, timing, and animal distribution can permit grazing use of riparian stream ecosystems and foster acceptable results. This move toward better rangeland management could easily give society the highest rate of return for time and money expended.

## References

Gifford, G. F., and R. H. Hawkins. 1976. Grazing systems and watershed management: a look at the record. Journal of Soil and Water Conservation 31(6):281-283.

Holcheck, J. L. 1983. Considerations concerning grazing systems. Rangelands 5(5):208-211.

Kothmann, M. M. 1974. A glossary of terms used in range management. American Society of Range Management, Portland, Oregon.

Meehan, W. R., and W. S. Platts. 1978. Livestock grazing and aquatic environment. Journal of Soil and Water Conservation 33(6):274-278.

Platts, W. S. 1981. Sheep and cattle grazing strategies in riparian-stream environments. Pages 82-92 in Proceedings, wildlife-livestock relationships symposium. University of Idaho Forest and Range Experiment Station, Moscow.

Platts, W. S. 1984. Compatibility of livestock grazing strategies with riparian-stream systems. Pages 67-74 in Proceedings Pacific Northwest range management short course: range watersheds, riparian zones, and economics: interrelationships in management and use. Oregon State University, Corvallis.

BLM_0080404

Platts, W. S., K. A. Gebhardt, and W. L. Jackson. 1985. The effects of large storm events on basin-range riparian stream habitats. Pages 30-34 *in* North American riparian conference proceedings. U. S. Forest Service General Technical Report RM-120, Fort Collins, Colorado.

Platts, W. S., and R. L. Nelson. 1985a. Impacts of rest-rotation grazing on stream banks in forested watersheds in Idaho. North American Journal of Fisheries Management 5:547-556.

Platts, W. S., and R. L. Nelson. 1985b. Stream habitat and fisheries response to livestock grazing and instream improvement structures, Big Creek, Utah. Journal of Soil and Water Conservation 40(4):374-379.

Platts, W. S., and R. L. Nelson. 1985c. Streamside and upland vegetation use by cattle. Rangelands 7(1):5-10.

Platts, W. S., and R. L. Nelson. 1985d. Will the riparian pasture build good streams? Rangelands 7(4):7-11.

Platts, W.S., and R. L. Nelson. In press. Stream canopy and its relationship to salmonid biomass in the intermountain west. Submitted to the North American Journal of Fisheries Management.

Platts, W. S., R. L. Nelson, O. Casey, and V. Crispin. 1983. Riparian-stream habitat conditions on Tabor Creek, Nevada, under grazed and ungrazed conditions. Proceedings of the 63rd Annual Conference of the Western Association of Fish and Wildlife Agencies. 63:162-175.

Platts, W. S., and F. J. Wagstaff. 1984. Fencing to control livestock grazing on riparian habitats along streams: is it a viable alternative? North American Journal of Fisheries Management 4:266-272.

Savory A., and S. Parsons. 1980. The Savory grazing method. Rangelands 2(6):234-237.

Steger, R.E. 1982. Rapid rotation grazing programs in Texas. Rangelands 4(2):75-77.

BLM_0080405



Vol. 30 - No. 1         June 1994

# JOURNAL of the IDAHO ACADEMY OF SCIENCE

*a spectrum of disciplines*

Abstracts and Posters [§] of the 36th Annual Meeting

| | |
|---|---|
| Botany | 1-3 |
| Chemistry | 3-6 |
| Ecology | 6-10 |
| Environmental Science | 10-13 |
| Geology | 13-14 |
| Mathematics | 14-15 |
| Microbiology | 15-19 |
| Pharmacology | 19-20 |
| Physics | 20-21 |
| Science Education | 21-22 |
| Zoology | 22-24 |

Arceuthobium hawksworthii (Viscaceae), A New Species of Dwarf
Mistletoe from Belize
    Delbert Wiens and Charles G. Shaw ... 25-32

Life History of Lygus hesperus Knight: A Review
    D.R. Scott and J.M. Domek ... 33-42

Testing Red Flour Beetle, Tribolium castaneum (Coleoptera: Tenebrionidae)
as Bait for Soil-Borne Entomogenous Fungi From Selected Soils
of the Semi-Arid Intermountain Western U.S.
    I. Majchrowicz, L.P. Kish and K.D. Biever ... 43-48

Compaction and Recovery of Rangeland Soils in the Owyhee Upland, Idaho
    Earl B. Alexander and David R. Gilman ... 49-54

Acknowledgments ... Inside Back Cover

BLM_0080406

Journal of the Idaho Academy of Science
Volume 30, No. 1, June 1994

# COMPACTION AND RECOVERY OF RANGELAND SOILS IN THE OWYHEE UPLAND, IDAHO

**Earl B. Alexander**
1714 Kasba St., Concord, California 94518-3305
and
**David R. Gilman**
Sawtooth National Forest, Twin Falls, Idaho 83301-7976

ABSTRACT—Soil bulk densities were measured inside and outside of two grazing exclosures, in order to ascertain the magnitude of compaction by cattle grazing on rangeland. Cattle have been excluded from the exclosures since 1966; the soils were sampled 26 years later. Recovery has been significant in the surface (2-5 cm), but total porosities were not significantly different inside and outside of the exclosures at greater depths. Surface soil bulk densities were 6% greater outside than inside of one and 17% greater outside than inside of the other exclosure. Corresponding soil porosity differences were -4.4% at one and -10.8% at the other exclosure.

**Key words:** soil porosity, bulk density, Cassia Mountains, grazing, soil compaction, Owyhees.

## INTRODUCTION

Grazing cattle commonly compact soils (Gifford *et al.* 1977, Alexander and Poff 1985, Stephenson and Veigel 1987) and reduce infiltration (Gifford and Hawkins 1987, Branson *et al.* 1981). Many investigators of extensively grazed land in the intermountain west (between the Rocky Mountains and the Sierra-Cascade Range), however, did not detect compaction due to grazing (Daubenmire and Colwell 1942, Laycock and Conrad 1967, Meeuwig 1965).

We sampled soils in two fenced plots from which cattle had been excluded for 26 years, in order to compare soil disturbance and compaction from rested to currently grazed areas. Our main measures of soil disturbance were initially penetration resistance and ultimately bulk density and porosity.

Complete recovery of soils compacted by trampling may take as little as two years in irrigated pastures (Stephenson and Veigel 1987) or three years or longer in extensively grazed and managed rangelands (Cole 1988). It is likely, but not certain, that the soils we sampled inside of the exclosures had reverted to approximately undisturbed bulk densities and total porosities when we sampled them.

## METHODS AND MATERIALS

In 1966, two approximately one-half acre (0.2 ha) rectangular plots were fenced off in areas that had been disced and seeded to crested wheatgrass (*Agropyron cristatum* (L.) Gaertn.) in 1962 (Fig. 1). They are the Coal Banks exclosure at 1540 m and the Beaver

BLM_0080407

Dam exclosure at 1680 m above sea level (Fig. 2). Both exclosures are on footslopes of moderately steep hills in the southeast part of the Cassia Mountains, which are in the Owyhee Upland (Freeman et al. 1945).

Initially, soil compaction was assessed with a 30° cone penetrometer having a 3/4 inch (18.375 mm) base diameter. The following year, soils and shrub cover were sampled randomly at two locations in each of four quadrants delimited by lines from plot center to each of the four corners, and in mirror-image areas outside of each plot, or exclosure. Shrub cover was recorded at 1-foot (0.305 m) intervals on 50-foot (15.24 m) transects.

The soil samples were 68.7 $cm^3$ cores taken from 2-5, 6-9, and 12-15 cm depths. Core samples were dried at about 105°C, weighed, and gravel was separated on a 2-mm sieve. The gravel was weighed and samples were immersed in water to determine the mean specific gravities of the pebble fractions. Gravel content and mean specific gravity were utilized to compute the bulk density of the fine earth (soil < 2 mm) from that of the whole core sample. The soils were described and sampled in hand-dug pits adjacent to the exclosures. The soils were classified as Vitrandic Haploxerolls at the Coal Banks and Vitrandic Haploxeralfs at the Beaver Dam site (Soil Survey Staff 1992).

## RESULTS AND DISCUSSION

The shrub crown cover was obviously greater outside than inside of the exclosures (Table 1). It was about 95% big sagebrush (Artemesia tridentata vaseyana (Rydb.) A.A. Beetle) and 5% rabbitbrush (Chrysothamnus spp.). The grass cover was predominantly crested wheat at the Coal Banks site and crested wheat and smooth brome (Bromus inermis Leyss.) at the Beaver Dam site.

The soil parent materials were locally derived alluvium from predominantly volcanic tuff at the Coal Banks site and from a variety of volcanic and underlying sedimentary rocks at the Beaver Dam site. They were very deep, well-drained soils, with surface textures of silt loam at the Coal Banks and loam at the Beaver Dam site.

The soils were moist when sampled by penetrometer in 1991 and just beginning to dry at the surface when sampled by core in 1992. There were no evident soil moisture differences from inside to outside of exclosures at either plot. Polygonal cracking about 2 or 3 cm deep was evident, particularly outside of the exclosures. Weak, medium to coarse, platy structure, evident in the surface 4 cm (even a little deeper outside of the exclosures) during the dry season, was not observed when the soils were sampled in April of 1992. There were few to common, fine and very fine roots in the uppermost horizons of the soils and few to very few roots from there down to at least 80 cm from the surface. There were ant colonies at both sites. Soils were sampled both inside and outside of the exclosures on the same day, in order to minimize soil strength and bulk density differences due to differences in soil water content.

Table 1. Shrub crown cover inside and outside of the grazing exclosure

| Exclosure | Percent Crown Cover | | |
| --- | --- | --- | --- |
| | Inside | Outside | Unpaired t |
| Coal Banks | 7 | 24 | 3.91[†] |
| Beaver Dam | 4 | 19 | 5.52[†] |

[†] Significant at =0.01, 14 d.f..

Alexander & Gilman — Compaction/Recovery of Rangeland Soils          51

Table 2. Mean bulk densities (g/$cm^3$) inside and outside of the grazing exclosures

| Exclosure | Soil Depth (cm) | Bulk Density | | |
| --- | --- | --- | --- | --- |
| | | Inside | Outside | Unpaired t |
| Coal Banks | 2-5 | .92 | 0.98 | 2.03[*] |
| | 6-9 | .04 | 1.07 | 0.66[ns] |
| | 12-15 | 1.04 | 1.06 | 1.04[ns] |
| Beaver Dam | 2-5 | 0.87 | 1.03 | 5.59[**] |
| | 6-9 | 0.99 | 1.03 | 1.19[ns] |
| | 12-15 | 1.06 | 1.05 | -.22 |

[*] Significant at =0.05, 14 d.f.
[**] Significant at =0.01, 14 d.f.

Exploratory results with the 30° cone penetrometer in moist soil, near field capacity, at the Coal Banks exclosure indicated greater soil resistance outside than inside of the exclosure. The mean stresses at the 0-5, 5-10, and 10-20 cm depths were 9.1, 13.8, and 13.8 kg/$cm^2$ inside and 10.3, 22.2, and 19.8 kg/$cm^2$ outside of the exclosure. Only the difference at 5-10 was significant ( < 0.05), however, due possibly to the large variance and small sample size.

Surface soil (2-5 cm) bulk densities were significantly higher outside than inside of the exclosures (Table 2). The surface soil bulk density differences were 6% at the Coal Banks and 17% at the Beaver Dam exclosure. Soil bulk density differences below 5 cm were nonsigificant, thus failing to confirm compaction at the 5-10 cm depth expected from the exploratory soil penetrometer investigations.

Mean surface soil (2-5 cm) porosities, based on measured particle specific gravities of 2.34 at the Coal Banks and 2.40 at the Beaver Dam exclosure, were 0.606 inside and 0.581 $m^3/m^3$ outside of the Coal Banks and 0.638 inside and 0.573 $m^3/m^3$ outside of the Beaver Dam exclosure. These were inside to outside differences of -4.4% at the Coal Banks and -10.8% at the Beaver Dam exclosure. Soil macroporosity differences were not measured, but they were probably much greater than the total porosity differences.

The differences in bulk density and soil porosity indicate that grazing by cattle compacts surface soils in the Cassia Mountains, but compaction may not be significant below 5 cm. This conclusion is for an area of dispersed grazing and may not be applicable to areas of more intensive trampling.

Starting with the assumption that the soil bulk density was the same both inside and outside of the exclosures in 1966, the current differences may be due to either (1) subsequent compaction outside of the exclosures or (2) amelioration of compaction inside of the exclosures. A long history of grazing in the area supports the second alternative, although discing may have alleviated previous compaction, prior to 1962, somewhat. Assuming that compaction has been ameliorated inside of the exclosures in the 26 years since cattle excluded from them, the mechanisms of amelioration may be (1) wetting and drying, (2) freezing and thawing, and (3) biological activity. All of these processes are active in the Cassia Mountains.

Some important management questions were not addressed in this investigation: ' What have been the effects of grazing and soil compaction on surface runoff and erosion and what has been the effect on productivity? Soil compaction affects macroporosity and infiltration much more than it affects bulk density and total porosity (Alexander and Poff 1985); therefore, a significant decrease in total porosity, corresponding to an increase in bulk density, practically assures that the infiltration is decreased. The second question could be answered relatively easily by measuring the annual plant growth inside and outside of the exclosures. Even though several years would be required to obtain reliable estimates of mean annual production, one or two years of production from both sites might indicate consistent relative differences between inside and outside measurements.

BLM_0080408

## ACKNOWLEDGMENT

We are grateful to Donald G. Oman, District Ranger, for allowing us to sample in the Twin Falls Ranger District of the Sawtooth National Forest.

## LITERATURE CITED

Alexander, E.B. and R. Poff. 1985. Soil Disturbance and Compaction in Wildland Management. USDA, Forest Service, Pacific Southwest Region, Earth Resources Monogr. 8. 157 pp.

Branson, F.A., G.F. Gifford, K.G. Renard, and R.F. Hadley. 1981. Rangeland Hydrology. Society of Range Management, Range Sci. Series, No. 1. 340 pp.

Cole, D.N. 1988. Disturbance and recovery of trampled montane grassland and forests in Montana. USDA, Forest Service, Research Paper INT-389. 37 pp.

Daubenmire, R.F. and W.E. Colwell. 1942. Some edaphic changes due to overgrazing in *Agropyron-Poa* prairie of southwestern Washington. Ecology 23:32-40.

Freeman, O.W., J.D. Forrester and R.L. Lupher. 1945. Physiographic divisions of the Columbia Intermontane Province. Assoc. Am. Geographers, Annals 35:53-75.

Gifford, G.F., R.H. Faust and G.B. Coltharp. 1977. Measuring soil compaction on rangeland. J. Range Manage. 30:457-460.

Gifford, G.F. and R.H. Hawkins. 1978. Hydrologic impact of grazing on infiltration: a review. Water Resources Research 14:305-313.

Laycock, W.A. and P.W. Conrad. 1967. Effect of grazing on soil compaction as measured by bulk density on a high elevation cattle range. J. Range Manage. 20:136-140.

Meeuwig, R.O. 1965. Effects of seeding and grazing on infiltration capacity and soil stability of a subalpine range in central Utah. J. Range Manage. 13:173-180.

Soil Survey Staff. 1992. Keys to Soil Taxonomy. Pocahontas Press, Blacksburg, Virginia. 541 pp.

Stephenson, G.R. and A. Veigel. 1987. Recovery of compacted soil on pastures used for winter cattle feeding. J. Range Manage. 40:46-48.



Figure 1. Locations of the Coal Banks (CB) and the Beaver Dam (BD) grazing exclosures in southern Idaho.

BLM_0080409

54        Journal of the Idaho Academy of Science – Vol. 30, No. 1, June 1994

NOTES





**Figure 2.** The grazing exclosures. A. Coal Banks. B. Beaver Dam.

BLM_0080410

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping Part 8 |
| **Date:** | Sunday, February 07, 2010 4:49:54 PM |
| **Attachments:** | GrandStaircase Capability Guidance Document.pdf |
| | Requirements for Watershed Protection in the Arid West - Packer.pdf |
| | Stocking Desert Range holechek.pdf |
| | Watershed Stabiiity - Ground Cover RN44.pdf |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

Case No. 1:20-cv-02484-MSK   Document 54-2   filed 04/28/21   USDC Colorado   pg 46 of 241

# RESOURCE NOTES

NO. 44          DATE 04/18/01

## Landscape Stability Indicators for Sagebrush Steppe Ecosystems

*by Bruce P. Van Haveren, Ph.D., Senior Scientist, National Science and Technology Center*



**Figure 1.** Valley profile for North Draw, North Fork of Savery Creek, southcentral Wyoming

RANGE

## Background

Sagebrush steppe ecosystems are found primarily within the Intermountain Semidesert Province (Bailey, 1995). It is nearly impossible to find examples of pristine sagebrush steppe. Most of these areas are small relict areas, topographically isolated from human disturbance or protected within special-use areas. West (2000) suggests that none of the original pre-Euroamerican sagebrush steppe remains. Only about one percent of the sagebrush steppe is in late seral stage, consisting of sagebrush-grass communities dominated by sagebrush with a healthy understory of grasses and forbs (Laycock 1991; West 2000). Another 25 to 30 percent of the original sagebrush steppe is in a stagnant late seral stage, close to a threshold of site change. This stage is characterized by relatively high densities of sagebrush (canopy cover >25%), large areas of bare soil in the shrub interspaces, and decreased grass and forb composition. West (2000) claims that most of the land area of the sagebrush steppe has experienced threshold-exceeding changes. Once a threshold is crossed, it becomes very difficult and expensive to move a sagebrush steppe community back across the threshold to a late seral stage. Indicators are needed that will help land managers identify these thresholds.

## Discussion

An ecological indicator is a characteristic of the environment, both abiotic and biotic, that may provide quantitative information on the status of ecological systems. An indicator may be a single environmental variable or be an aggregation of variables expressed as an index. The indicator concept is related to the concept of landscape sensitivity, the capacity of a landscape to resist or absorb impulses of change. Abiotic system stability, as applied to landscapes, is an example of a parameter that can be used to help quantify the ecological condition of wildlands. A recent National Science and Technology Center (NSTC) project identified abiotic indicators of upland landscapes in the Intermountain Semidesert Province, with an initial focus on sagebrush steppe ecosystems.

Success in managing and restoring upland components of landscapes hinges on the ability to read and react to the ecological clues, both biotic and abiotic, that such landscapes reveal. Ecologically responsible land managers seek early warning signals of change on the landscape. They want to identify land-use thresholds or endpoints of ecological condition, they want to know where a watershed or ecosystem lies with respect to those endpoints, and they wish to learn whether the ecological trend is moving towards or away from the endpoints. They need to know when a landscape, such as a headwater basin, is stable or close to a threshold of change or whether it is moving in a downward or upward ecological trend. An example of such an indicator for the sagebrush steppe is hydrologic cover. Hydrologic cover is defined as the sum of live vegetal cover and litter cover

(Sturges, 1986). It is very closely related, in an inverse manner, to bare ground (Van Haveren, 2000). It is also inversely related to runoff potential, in that a high hydrologic cover value would indicate low runoff potential. Based on numerous studies on a variety of plant communities around the western United States, we know that hydrologic cover must be at least 70 percent to reduce runoff from rainfall and to protect soils from erosion. It turns out that hydrologic cover is an excellent indicator of upland watershed stability for sagebrush steppe and is very easy to measure. A review of ground cover studies in sagebrush steppe revealed that litter consistently is the dominant cover component (Van Haveren, in press). This suggests that land managers should pay particular attention to the litter balance on sagebrush steppe rangelands.

Steep headwater basins in the sagebrush steppe are often close to a threshold of geomorphic instability. The presence of gullies in these basins is an indication that the threshold was crossed. The threshold of instability appears to be a function of valley slope, drainage area, and valley width (Patton and Schumm, 1975; Elliott, 1989).

My observations of headwater areas in sagebrush steppe suggest there are two principal valley-floor types that illustrate the importance of valley width to geomorphic instability. Type I valleys are V-shaped, as shown in Figure 1

BLM_0080412



**Figure 2.** Valley profile for Middle Draw, North Fork of Savery Creek, southcentral Wyoming

for a headwater basin in southcentral Wyoming. Valley floors are very narrow and hydrologically connected to the adjacent hillslopes. Type II valleys, illustrated in Figure 2, are characterized by an inflected-U shape and often have wide, swale-like bottoms. Because of the slope breaks, the valley floors are hydrologically disconnected from the hillslopes. Type I valleys tend to be more unstable than Type II valleys. This classification is similar to that proposed for alluvial valleys by Bisson and Montgomery (1996), who differentiated between confined and unconfined valleys.

## Conclusion

Landscape analysis and classification hold considerable promise as tools for land managers concerned with the integrity and health of ecosystems. It may be possible, within a landscape classification system, to identify landform units that are susceptible to ecological change, or close to a threshold of change, and to combine this information with indicators of ecological condition.

## Literature Cited

Bailey, Robert G. 1995. Description of the ecoregions of the United States. 2nd edn. Miscellaneous Publication 1391. Washington DC: USDA Forest Service. 108p.

Bisson, Peter A. and Montgomery, David R. 1996. Valley segments,

stream reaches, and channel units. Pp. 23-51 in Methods in Stream Ecology, Hauer, F. Richard and Lamberti, Gary A. (eds). Chapter 2. 1996. London: Academic Press.

Elliott, John G. 1989. A geomorphically determined valley-erosion threshold for reclaimed surface-mined drainage basins, northwestern Colorado. Pp. 419-429 in Proceedings of the Symposium on Headwaters Hydrology, Woessner, William W. and Potts, Donald F. (eds). Bethesda, MD: American Water Resources Association. 708p.

Laycock, W. A. 1991. Stable states and thresholds of range condition on North American rangelands: a viewpoint. Journal of Range Management 44(5):427-433.

Patton, Peter C. and Schumm, Stanley A. 1975. Gully erosion, northwestern Colorado: a threshold phenomenon. Geology 3:88-90.

Sturges, David L. 1986. Responses of vegetation and ground cover to spraying a high elevation, big sagebrush watershed with 2,4-D. Journal of Range Management 39(2):141-146.

Van Haveren, Bruce P. 2000. Ground cover dynamics in a sagebrush steppe community. Resource Notes 19:1-2.

Van Haveren, Bruce P. In press. Characteristics of litter cover at a high elevation sagebrush steppe site. Submitted to the Journal of Soil and Water Conservation.

West, Neil E. 2000. Synecology and disturbance regimes of sagebrush steppe ecosystems. Pp. 15-26 in Proceedings: Sagebrush Steppe Ecosystems Symposium, Entwistle, P. G.; DeBolt, A. M.; Kaltenecker, J. H. and Steenhof, K. (comp.). Publication No. BLM/ID/PT-001001+1150. Boise, Idaho: Bureau of Land Management. Idaho State Office. 145p.

## Contact

Bruce P. Van Haveren, Ph.D., Science and Research Advisor, BLM NSTC, ST-131 Building 50, Denver Federal Center P.O. Box 25047 Denver, CO 80225-0047 phone (303) 236-0161 fax (303) 236-6450 email bvanhave@blm.gov

RESOURCE NOTES are intended to be early announcements of technical and informational topics for Bureau of Land Management personnel and some of their customers. Information in this RESOURCE NOTE is based on the opinion and experience of the author and has not been peer-reviewed. Conclusions and opinions expressed herein do not necessarily represent those of BLM. Use of trade names does not imply U.S. Government endorsement of commercial products.

If you have received a copy of or heard about RESOURCE NOTES in an indirect way and would like to be included in future mailings, please send the following:

NAME, TITLE, MAILING ADDRESS and a list of the two or three subject areas that you are most interested in or that most directly relate to your job. Send this information to Phil Dittberner, BLM, RS-140, P.O. Box 25047, Denver, CO- 80225-0047 or phil_dittberner@blm.gov or FAX 303-236-3508.

If you would like to prepare a RESOURCE NOTE for distribution, or you have an idea and author in mind for a good RESOURCE NOTE, please contact Phil Dittberner at 303-236-1803, FAX 303-236-3508 or phil_dittberner@blm.gov with the topic and the name of writer, including, an address, phone number, and e-mail address.

Thank you for your interest in RESOURCE NOTES.



National Science & Technology Center
*Bureau of Land Management*

# Stocking Desert Rangelands: What We've Learned

**Jerry L. Holechek, Milton Thomas, Francisco Molinar, and Dee Galt**

Five stocking rate studies from three different locations in the southwestern United States have arrived at essentially the same management recommendations. Desert forage plants can sustain about 40% use of annual herbage production. Use in the drought years approached 55–60% while use in the wet years was near 20–25%. The researchers recommended that desert ranges be routinely stocked for around 30–35% use of average forage production with some destocking in drought years. All the studies have indicated that conservative grazing is a reliable way to increase forage production and improve vegetation composition on degraded rangelands.

The selection of the correct stocking rate is the most important range management decision. Stocking rate selection is a major problem on desert rangelands in the southwestern United States, where forage production can fluctuate 100% among years (Figure 1). Ranchers on public rangelands are expected to comply with vegetation residue and stubble height guidelines to protect soil, watershed, and wildlife resources during periods of extended drought. There is less tolerance for heavy grazing near sacrifice areas (now called sensitive areas) such as creek bottoms, watering points, roads, and corrals. Grazing management plans must now include grazing intensity checks on an annual or semi-annual basis. Declining profit margins and public scrutiny are forcing ranchers to be more careful in stocking rate selection than in the past. At the same time, it is recognized that various rotation grazing systems cannot overcome the rangeland degradation associated with chronic overstocking.

> **The selection of the correct stocking rate is the most important range management decision.**

Past long term research on stocking rate outcomes on desert rangelands is limited to three primary locations. These include the Desert Experimental Range in southwestern Utah (Figure 2), the Santa Rita Experimental Range in southcentral Arizona (Figure 3), and the Jornada Experimental Range and Chihuahuan Desert Rangeland Research Center (Figure 4) in southcentral New Mexico. Research involving replicated pastures assigned different stocking rate levels is available from the Desert Experimental Range and Chihuahuan Desert Rangeland Research Center. Studies on the Desert Experimental Range in Utah have involved wintering sheep while year-long cow-calf operations were evaluated in Arizona and New Mexico.



**Fig. 1.** *Annual precipitation and forage production for the 1967-1999 period on a conservatively grazed pasture on the Chihuahuan Desert Rangeland Research Center in south-central New Mexico. The top graph represents inches of rain and the bottom graph represents pounds of forage production per acre. Annual precipitation averaged 9.67 inches and forage production averaged 185 lbs/acre for the 30 year period. Sources for these data were Beck et al., 1987; Beck and McNeely 1993; and Molinar et al., 1999.*



**Fig. 2.** *A winterfat plant community under long term moderate grazing on the Desert Experimental Range in southwestern Utah (photo courtesy of Dr. Phil Ogden).*

Case No. 1:20-cv-02484-MSK   Document 54-2   filed 04/28/21   USDC Colorado   pg 49 of 241

**Table 1. Influence of grazing intensity on winter sheep production at the Desert Experiment Range in Utah.**

|  | Grazing Intensity | |
|---|---|---|
|  | Moderate | Heavy |
| Duration of study (years) | 13 | 13 |
| Average precipitation (inches) | 6.7 | 6.7 |
| Utilization of forage (%) | 35 | 60 |
| Forage production (lbs/acre) | 198 | 72 |
| Ewe weight change (fall to spring) (lbs) | +9.3 | +1.1 |
| Average fleece weight (lbs) | 10.6 | 9.7 |
| Lamb crop (%) | 88 | 79 |
| Death loss (%) | 3.1 | 8.1 |
| Lamb weaned per ewe (lbs) | 77.0 | 67.0 |
| Net income (3,000 head flock) ($) | 10,400 | 5,100 |
| Net income/ewe ($) | 3.45 | 1.69 |
| Estimated net return ($/acre) | 0.39 | 0.14 |

*Source*: Hutchings and Stewart (1953).

## Desert Experimental Range

Primary results from the Desert Experimental Range reported by Hutchings and Stewart are summarized in Table 1. The moderate stocking rate was superior to the heavy stocking rate in vegetation, sheep, and financial performance characteristics.

Average percent use of all forages across years was 35 and 60% for moderate and heavy grazing intensities, respectively. Shadscale dominated vegetation composition, but winterfat was considered the most desirable forage species. Under moderate winter grazing, winterfat received 55% use of current year growth compared to 66% under heavy grazing. Winterfat production during the last year of study (1947) increased 54% over the first year (1934) under moderate grazing but did not improve under heavy grazing. The most striking improvement in forage production was the recovery of black sagebrush winterfat pastures (Table 2) under moderate compared to heavy grazing. Another interesting observation was that small rabbit-

brush, an unpalatable species, drastically declined under moderate grazing but increased under heavy grazing. Follow up studies summarized by Blaisdell and Holmgren further confirmed these trends in vegetation productivity and composition.

In their recommendations, Hutchings and Stewart suggested that salt desert rangelands should be routinely stocked at 75% of grazing capacity. Grazing capacity refers to the maximum stocking rate possible year after year without causing damage to vegetation or related resources. This would involve about 35—40% use of winterfat in most years and 25—30% use of all forage species. Their rationale for this recommendation was that routinely stocking at capacity will result in overgrazing in one half the years and necessitate heavy use of supplemental feed. The extra herbage left from under grazing in the wet years will help plants recover from drought and build some feed reserves. Even with this approach some destocking will be required in 2 to 3 years out of every 10. After several more years of study on the Desert Experimental Range, Blaisdell and Holmgren strongly reaffirmed these same recommendations.

## Santa Rita Experimental Range

The primary study evaluating grazing management on the Santa Rita Range involved 2 blocks with 3 pastures that were assigned to year-long, summer-fall, or winter-spring grazing by cow-calf herds. Over the 10 year study period (1957 - 1967), Martin and Cable reported that perennial grass cover and yield showed a strong decreasing relationship to increasing forage use. At the same time burroweed, an undesirable species, was positively associated with increasing forage use. Year-long pastures received lower forage use than those grazed seasonally. They, in turn, had higher perennial grass cover. Herbage yields on year-long pastures showed more increase than on seasonally grazed pastures. The authors concluded the consistency with which higher perennial grass



**Fig. 3.** *A long term moderately grazed pasture on the Santa Rita Experimental Range in southcentral Arizona (photo courtesy of Dr. Phil Ogden).*

BLM_0080415

**Table 2. Herbage production per acre within a depleted black sagebrush-winterfat subtype in 1934 and after 4 and 13 years of grazing under moderate and heavy intensities.**

| Species | Initial Yield 1934 | Moderate Grazing 1938 | Moderate Grazing 1947 | Heavy Grazing 1938 | Heavy Grazing 1947 |
|---|---|---|---|---|---|
| | ------------------------------------ (Pounds) ------------------------------------ | | | | |
| Shrubs: | | | | | |
| Black sagebrush | 21 | 45 | 296 | 14 | 28 |
| Small Rabbitbrush | 66 | 100 | 28 | 162 | 247 |
| Winterfat | 181 | 370 | 279 | 205 | 153 |
| Other | 3 | 4 | 4 | 4 | 4 |
| All shrubs | 271 | 514 | 604 | 381 | 425 |
| | | | | | |
| Grasses: | | | | | |
| Galleta | 3 | 6 | 3 | 5 | 3 |
| Indian ricegrass | 10 | 15 | 41 | 11 | 19 |
| Squirreltail | 3 | 4 | 28 | 1 | 5 |
| Other | 4 | 4 | 4 | 4 | 4 |
| All grasses | 16 | 25 | 72 | 17 | 26 |
| | | | | | |
| Forbs: | | | | | |
| Globemallow | 4 | 5 | 2 | 4 | 5 |
| Russian-thistle | 4 | 4 | 6 | 3 | 97 |
| Other | 4 | 1 | 1 | 4 | 1 |
| All forbs | 4 | 6 | 9 | 3 | 102 |
| | | | | | |
| Total | 287 | 545 | 685 | 401 | 553 |
| Usable forage | 142 | 284 | 443 | 161 | 168 |

*Source:* Hutchings and Stewart (1953).

cover and yield were associated with lower utilization levels was too great to be coincidental. On the basis of this study, the authors recommended that a 40% use level be used when assigning stocking rates.

## Jornada Experimental Range

Over a 37 year period (1916–1952) forage plant basal cover and production responses to different grazing intensities were evaluated on 6 pastures stocked for 40% use of forage on an annual basis. Paulsen and Ares reported that black grama, the primary perennial forage grass, maintained the highest basal cover through time on conservatively grazed areas where use was about 35%. Black grama cover was lowest on heavily grazed areas (over 55% use) followed by intermediately grazed areas (40–55% use). It is important to note that protected areas maintained less black grama cover than those conservatively grazed.

Tobosa, the second most important perennial forage grass in the Chihuahuan Desert, maintained the highest basal cover under intermediate grazing (40–55% use). It is associated with lowland areas with clay soils where periodic flooding often occurs.

Important recommendations regarding stocking rates were made by Paulsen and Ares. Sampling errors in evaluating forage production, uneven distribution of cattle grazing, wind erosion, and rabbit and rodent use are unaccountable factors frequently overlooked. They suggested that a coefficient of 30% be used when stocking rates are assigned to black grama rangelands, and not more than 40% of the black grama be removed in any year.

## Chihuahuan Desert Rangeland Research Center

A second study similar to Paulsen and Ares was conducted on the Chihuahuan Desert Rangeland Research Center adjacent to the Jornada Experimental Range. In this 10 year study (1954-1963) cattle grazing treatments involving 20, 35, 50 and 60 percent use were applied annually during dormancy to plots in 3 different pastures. At the end of the study in 1964 Valentine reported that light (20% use) and moderate grazing (35% use) produced 70% more forage than proper (50% use) and more than double heavy grazing (60% use). He concluded that conservative grazing involving about 30–35% use was a sound management approach for improving black grama rangelands.

## Cattle Productivity and Financial Returns

Using computer simulations, Martin evaluated cattle productivity and financial returns under different stocking strategies in the Sonoran Desert. Initially, he concluded from previous studies that moderate stocking across years involves an average of 40% use of perennial grasses. He then went on to calculate net financial returns for cow-calf operations for a 29 year period (1941–1969) varying herd composition and level of stocking relative to the moderate rate (40% use). He based calculations on a 100 animal unit herd and assumed 90 percent calf crop, no death losses, and no influence of stocking rate on cattle productivity. He did acknowledge that in real world situations cattle productivity would be affected by stocking rate. His conclusions were: 1) the cow herd should be maximized rather than keeping a portion as yearlings; 2) flexible stocking is difficult to administer and has major hazards (introducing disease to the herd and reluctance to sell in dry years); and 3) constant stocking at 90 %

**Table 3. Influence of grazing intensity on cow-calf production at the Chihuahuan Desert Rangeland Research Center in south-central New Mexico.**

| | Grazing Intensity | |
|---|---|---|
| | Conservative | Moderate |
| Duration of study (years) | 6 | 6 |
| Average annual precipitation (inches) | 8.6 | 8.6 |
| Utilization of forage (%) | 33 | 45 |
| Forage production (lbs/acre)(1995, 1996) | 115 | 130 |
| Forage production (lbs/acre)(1997, 1998) | 197 | 176 |
| Fall cow weights (lbs) | 1,059 | 1,067 |
| Calf crop (%) | 85 | 78 |
| Calf weaning wt. (lbs) | 485 | 476 |
| Net income/AU ($)[1] | 52.50 | 8.50 |
| Net income/acre ($)[1] | 0.52 | 0.31 |

[1]Financial analyses are only for 1993 and 1994 (Source: Winder et al. 1999).
*Sources:* Molinar et al. 1999, Thomas et al. 1999, and Winder et al. 1999.



**Fig. 4.** *A long term conservatively grazed pasture on the Chihuahuan Desert Rangeland Research Center in southcentral New Mexico.*

of the proper level with some destocking under severe drought would yield the most income with the least risk. A relatively constant stocking rate that would use about 35% of the forage in an average year was considered the best approach.

Holechek examined the same issue for Chihuahuan Desert ranches in New Mexico using a different modeling approach. First he compared long term cattle productivity and financial returns from conservatively stocked pastures on the Chihuahuan Desert Rangeland Research Center with those of surrounding ranches. He found per acre returns on the experimental area were more than triple those of the surrounding ranches. This was due in large part to higher calf crops, higher calf weaning weights, lower supplemental feeding costs, and higher grazing capacity. He then assumed modest increases in calf crops (5%) and weaning weights (30 lbs) would occur if the surrounding ranchers reduced their forage use levels from 45–50% to 35–40%. Under his model, total net income immediately increased under the lower stocking rate compared to what the rancher previously received even though the ranch was supporting 20% fewer cattle. Further exposure to risk from drought and low cattle prices was reduced, and the probability of improved forage production was higher. This resulted in a team of researchers at New Mexico State University implementing a replicated long term stocking rate study on the Chihuahuan Desert Rangeland Research Center.

## Current Research

We designed the current study on the Chihuahuan Desert Rangeland Research Center to evaluate the effects of 30% and 40% forage use levels on long term vegetation productivity,

cow-calf productivity, and financial returns. A complete description of the study is provided by Winder et al. A design involving 2 blocks with 2 pastures each about 2,700 acres in size was used. Stocking recommendations of Paulsen and Ares and Martin and Cable are being closely followed. Each fall, on the basis of quantitative forage inventories, stocking rates are assigned. Depending on pasture stocking treatment, either a 30 or 40% harvest coefficient of current years growth of perennial grasses is used. Sale or retention of replacement heifers and old cows (8 years of age) is used to balance livestock numbers. In June, grazing intensity is evaluated using a combination of clipping, stubble height, and ocular reconnaissance techniques. A minimum stubble height of 3 inches for black grama and 6 inches for mesa dropseed is desired at all times. If stubble heights drop below 2.7 inches on black grama and/or 4.5 inches on mesa dropseed, that pasture is destocked for two consecutive growing seasons. Using these criteria, all pastures were destocked in summer of 1994 and moderately stocked pastures (40% use) had to be destocked in May of 1999. After livestock removal due to drought the pasture is rested for two growing seasons and then stocked in late fall in accordance with current year forage production.

A summary of our findings from initiation of the study in winter 1992 to spring 1999 is provided in Table 3. Our actual use levels have averaged about 10% higher (33 and 45% use) than our targets. We attribute this to forage loss from trampling, rabbits and rodents, and weathering. So far the 30% harvest coefficient has proven superior in vegetation productivity, livestock productivity, and financial returns. After drought in 1994 through 1996, forage production on the con-

servatively stocked pastures increased 71% (1997 and 1998) compared to 35% on those moderately stocked. Calf crops were more influenced by stocking than calf or cow weights. Our financial data cover only the first two years of study (1993–1994). We believe 1997 through 1999 analyses may show more financial benefit from conservative stocking than the 1993–1994 period because the moderately stocked pastures had to be completely destocked in June 1999 while only 40% of the cattle had to be removed from those conservatively stocked.

## Management Implications

The effects of grazing intensity on livestock production and financial returns have been poorly understood. Here the research is remarkably consistent in showing that conservative grazing involving about 30–35% use of forage will give higher livestock productivity and financial returns than stocking at grazing capacity. This is because of higher calf/lamb crops, higher calf/lamb weaning weights, lower death losses, and lower supplemental feed costs. Large financial losses typically occur when livestock must be liquidated due to drought. Conservative stocking greatly reduces these losses compared to moderate stocking. This is because fewer animals must be liquidated during drought and repurchased after the drought ends. Typically, local cow prices are depressed during drought when most ranchers are selling cattle, and sky high afterwards when they are trying to restock their rangelands. In the favorable years, the extra income from stocking at capacity is small compared to the losses that can occur under drought.

Studies from Australia as well as in the United States have shown that in arid and semi-arid areas profit maximizing stocking rates are well below those that would degrade the rangeland resource. Rather than focusing so much on rotation grazing systems and trying to maximize forage harvest efficiency, we believe public rangeland managers and ranchers should place greater emphasis on keeping animal numbers in balance with forage supplies. Studies from desert rangelands in Arizona and New Mexico have shown no advantage of various rotation grazing schemes over continuous grazing in either vegetation or livestock performance. The critical aspects of range management in desert areas are to keep livestock in balance with forage supplies and well distributed over the range. In closing, we hope greater use will be made of the stocking rate technologies and the information we have reviewed in this paper.

## Suporting Literature

Anderson, E. W. and W. F. Currier. 1973. Evaluating zones of utilization. J. Range Manage. 26:87–91.

Beale, F. F., D. M. Orr, W. E. Holmes, N. Palmer, C. J. Erenson and P. S. Bowly. 1986. The effect of forage utilization levels on sheep production in the semiarid southwest of Queensland. Proc. Intn't. Rangel. Cong. 2:30.

Beck, R. F. and R. P. McNeely. 1993. Twenty-five year summary of year-long and seasonal grazing on the College Ranch. Livestock Research Briefs and Cattle Growers Short Course. New Mexico State University, Las Cruces, N.M.

Beck, R. F., R. P. McNeely and H. E. Kiesling. 1987. Seasonal grazing on black grama rangelands: Final Report. Livestock Research Briefs and Cattle Growers Short Course. New Mexico State University, Las Cruces, N.M.

Blaisdell, J. P. and R. C. Holmgren. 1984. Managing intermountain rangelands—salt desert shrub ranges. USDA—Forest Service General Tech. Rept. INT—163. Intermountain Forest and Range Experiment Station, Ogden, Utah.

Boykin, C. C., J. R. Gray and D. P. Caton. 1962. Ranch production adjustments to drought in eastern New Mexico. New Mexico Agr. Expt. Sta. Bull. 470.

Holechek, J. L. 1988. An approach for setting the stocking rate. Rangelands 10:10–14.

Holechek, J. L. 1992. Financial benefits of range management practices in the Chihuahuan Desert. Rangelands 14:279–292.

Holechek, J. L. 1996. Drought and low cattle prices: Hardship for New Mexico ranchers. Rangelands 18:11–13.

Hutchings, S. S. and G. Stewart. 1953. Increasing forage yields and sheep production on intermountain winter ranges. U.S. Dept. Agric. Circ. 925.

Johnston, P. W., G. M. McKeon and K. A. Day. 1996. Objective 'safe' grazing capacities for southwest Queensland Australia: Development of a model for individual properties. Rangel. J. 18:244–258.

Martin, S. C. 1975. Stocking strategies and net cattle sales on semi-desert range. U.S. Dept. Agric. For. Serv. Res. Pap. RM-146.

Martin, S. C. and D. R. Cable. 1974. Managing semidesert grass-shrub ranges: Vegetation responses to precipitation, grazing, soil texture, and mesquite control. U.S. Dept. Agric. Tech. Bull. 1480.

Martin, S. C. and K. E. Severson. 1988. Vegetation response to the Santa Rita grazing system. J. Range Manage. 41:291–296.

Molinar, F., H. Gomes, J. L. Holechek and D. Galt. 1999. Effect of grazing intensity on Chihuahuan Desert vegetation. Livestock Research Briefs and Cattle Growers Short Course. New Mexico State University, Las Cruces.

Paulsen, H. A. and F. N. Ares. 1962. Grazing values and management of black grama and tobosa grasslands and associated shrub ranges of the southwest. U.S. Dept. Agric. Tech. Bull. 1270.

Thomas, M. G., R. Aguilar, J. L. Holechek, C. C. Bailey and M. L. Petersen. 1999. Effect of breed and stocking rate on Chihuahuan Desert Cattle Production: Study II. Initial results. Livestock Research Briefs and Cattle Growers Short Course. New Mexico State University, Las Cruces, N.M.

Torell, L. A., K. S. Lyon and E. B. Godfry. 1991. Long-run versus short-run planning horizons and rangeland stocking rate decision. Amer. J. Agr. Econ. 73:795–807.

Valentine, K. A. 1970. Influence of grazing intensity on improvement of deteriorate black grama range. New Mexico Agr. Exp. Sta. Bull. 553.

Winder, J. A., C. C. Bailey, M. G. Thomas and J. L. Holechek. 1999. Breed and stocking rate effects on Chihuahuan Desert cattle production. J. Range Manage. 52:(in press).

The authors are professor of Range Science, Department of Animal and Range Sciences, New Mexico State University, Las Cruces, New Mexico 88003; professor of Animal Science, Department of Animal and Range Sciences, New Mexico State University, Las Cruces, New Mexico 88003; assistant professor of Range Science, Department of Biology, University of Juarez, Juarez, Mexico; and private range consultant, Las Cruces, New Mexico 88003. This paper was supported by the New Mexico Agricultural Experiment Station and was part of project 1-5-27417.

# Requirements for Watershed Protection
# On Western Mountain Range Lands

**Paul E. Packer**

Research Forester, Retired

U.S. Forest Service

How the plant cover and soil mantle dispose of precipitation determines to great extent the degree of soil stability on watershed slopes and stream-banks. Water that appears as overland flow is undesirable for it promotes soil erosion. Seepage flow down through the soil mantle is the normal manner in which most precipitation finds its way into streams. This kind of flow is desirable for it favors soil stability.

The normal hydrologic processes of watersheds that result in seepage flow can be upset by activities that disturb the plant cover and soil mantle beyond certain limits. This paper will discuss in some detail the establishment of these limits and their interpretation as watershed protection requirements for five important and widely divergent plant cover-soil complexes on mountain ranges in the West.

In many parts of the west heavy grazing during the last hundred and fifty years or less has increased overland flow and soil erosion, often with serious consequences including more frequent flash floods, increased damage to lowlands, and rapid sedimentation of reservoirs. Numerous studies have demonstrated repeatedly that abuse of range land results in adverse hydrologic consequences. These studies show, generally, that under sparse plant cover the normal hydrologic processes of infiltration, percolation, and storage that produce seepage flow are upset, resulting in undesirable overland flow and soil erosion. They also show that on the same kind of land, in fact even on the same piece of land, where a dense cover has been re-established naturally or artificially, these hydrologic processes resume normal operation and produce seepage flow of water through the soil mantle. Thus, the generalization that overland flow and soil erosion vary inversely with total ground cover is valid. Little, if any, need exists for further demonstrations or proof of these relations.

On the other hand, between the extremes of ground cover conditions, fewer studies have been made to establish the specific characteristics and minimum amounts of plant cover and the particular soil conditions required to control overland flow and soil erosion effectively. Even fewer studies have been made to determine the degree and kind of grazing use that will provide the required plant cover and soil conditions. Effective watershed management on most of our western ranges continues to be handicapped by lack of specific information about protective plant and soil requirements and about acceptable limits of grazing use. It is extremely important that specific protection

BLM_0080419

requirements be carefully established because it is the difference between these desired conditions and those actually existing on any given range that determines the leeway, if any, for grazing management.

Most of the research on this problem has been done in the west, principally by scientists of the Intermountain Forest and Range Experiment Station, U.S. Forest Service. Tests utilizing rainfall simulating infiltrometers, together with records from permanent plots and entire watersheds, have yielded information on range watershed protection requirements sufficiently conclusive to warrant their adoption in certain places. In this discussion we will consolidate present knowledge about these requirements and establish some general principles based upon conclusions from a number of individual studies.

## 1. Protection Requirements for Undisturbed Wheatgrass and Cheatgrass Ranges on Granitic Soil

Approximately 16,000 square miles of central Idaho and western Montana consist of soils derived from granitic batholiths, Nearly 7 million acres of range land are characterized by coarse-textured, loose-grained soil on steeply sloping topography. Watershed management research on this range has been focused on the wheatgrass (Agropvron inerme) and cheatgrass (Bromus tectorum) portions.

Initial research on watershed protection requirements for these ranges was designed with two objectives in mind (10). One was to determine which of eight measurable site characteristics dominantly control overland flow and soil erosion. The other was to determine the extent, if any, to which the dominant site characteristics could be altered without losing their effectiveness for control. Wheatgrass and cheatgrass range sites which had not been grazed for 17 years were subjected to 1.87 inches of applied rainfall at a rate of 3.7 inches per hour by means of the Intermountain rainfall simulating infiltrometer (11). Resultant amounts of overland flow and eroded soil were related statistically to values of the following eight characteristics measured on each site: ( 1 ) ground cover density or the percent of the soil surface covered by live plant basal area and litter, (2) average maximum diameter of bare soil openings, (3) erosion pavement, (4) plant cover density or the percent of land surface covered by the projection of aerial plant herbage (5) soil profile depth, (6) root abundance, (7) soil pore space, and (8) slope gradient.

Analysis of these relations revealed that ground cover density and size of bare soil openings were the two site characteristics that exerted dominant influence on both overland flow and soil erosion. Ground cover density had the most influence on overland flow and size of bare soil openings had predominant effect on soil erosion. Together, these factors explained 85 percent of the variance in overland flow and 89 percent of the variance in eroded soil. None of the other factors exerted an additional significant influence. 

BLM_0080420

The average net effects of ground cover density and size of bare openings on overland flow are shown by the curves in Figure 1. The curves indicate that, on sites which are undisturbed by grazing, these two site characteristics have rather sharply defined limits for controlling overland flow. Overland flow from both wheatgrass and cheatgrass range sites decreased rapidly with increases in ground cover from 10 percent to 70 percent. With further increases in ground cover above a density of 70 percent no further material reductions occurred in overland flow. Overland flow also decreased as the bare soil openings became smaller, decreasing most rapidly when the bare soil areas became less than 10 inches in diameter.

The curves in Figure 2 reveal essentially similar relations with respect to the effects of bare opening size and ground cover density on soil erosion.
It is obvious from these relations that minimum amounts of overland flow and erosion occur on both range types under conditions of no bare soil opening or 100 percent ground cover. Almost equal control can be expected where bare openings are extremely small and ground cover densities are as low as 70 percent. The actual degree of control depends upon the manner in which given ground cover densities and bare opening sizes occur together. A supplementary study provided information on the frequency with which various sizes of bare opening were associated with several classes of ground cover on each of these ranges. Figure 3 shows these relations, which, when combined with those of Figures 1 and 2, provide a basis for estimating the amounts of overland flow and erosion to be expected for surface conditions that actually exist on the range.

For example, curve number 1 for wheatgrass range in Figure 3 shows that a 4 inch bare soil opening is the maximum to be expected where prevailing ground cover has at least a 90 percent density. The amount of overland flow associated with a 90 percent ground cover at a mean bare soil opening of 9 inches is 11.1 percent (Figure 1A). This amount, however, is influenced by the smaller than average bare soil opening of 4 inches, being 3.8 percent less than the amount to be expected with a bare opening of 9 inches (Figure 1B). Thus, the net amount of overland flow under these conditions is estimated to be 11.1 minus 3.8 or 7.3 percent. Similar estimates were made of maximum amounts of overland flow and eroded soil to be expected under the various combinations of maximum bare opening and ground cover density shown in Figure 3. These values, when compared with each other, revealed that a ground cover density of 70 percent in combination with a bare soil opening of 4 inches (which is the maximum occurring at that density) permitted virtually no more overland flow or erosion than did any greater amount of ground cover, From this it was concluded that under the impact of a 3.74 inch per hour rainfall for 30 minutes, a ground cover of no less than 70 percent, together with bare openings of no more than 4 inches in diameter, provided the necessary minimum plant cover and soil requirements for effective soil stabilization on ungrazed wheatgrass range occupying granitic soil. Similar requirements for ungrazed cheatgrass range on granitic soil were



BLM_0080421

determined to be at least 70 percent ground cover density in combination with bare openings of no more than 2 inches in diameter.

Rainfall intensities of summer storms in south-central Idaho where this study was made, are known to exceed that employed in the infiltrometer tests (4). However, such intensities normally persist for only brief periods (5 to 10 minutes) and are not likely to continue for 30 consecutive minutes. This raised the question as to whether less stringent ground cover requirements than those concluded from this study might provide effective control of summer storm runoff and erosion. An answer to this question was provided by analyses which developed a series of equations relating overland flow and soil erosion to ground cover and bare opening values for each of the six 5-minute periods of the 30-minute infiltrometer tests (Figure 4) (10). These relations all have a common characteristic: they reveal that, regardless of which 5-minute period is being considered, the amounts of overland flow and soil eroded accelerate rapidly only when the ground cover is reduced to a density of less than 70 percent. This relation is especially noteworthy in the first 5-minute period, which had not been influenced by any previous rainfall or runoff. The evidence from these analyses led to the conclusion that, within each of these two range types, the ground cover conditions required to prevent accelerated storm runoff and erosion are essentially the same regardless of the duration of the high-intensity burst of rainfall or of the time during the storm at which it occurs. It indicates further that there are no less stringent ground cover and bare opening conditions capable of preventing accelerated overland flow and soil erosion from these sites.

## 2. Protection Requirements for Trampled Wheatgrass and Cheatgrass Ranges on Granitic Soil

The study previously discussed revealed that undisturbed wheatgrass and cheatgrass sites having minimum protective ground cover and bare opening requirements could be expected to produce no more than 7.3 and 3.3 percent overland flow and no more than 460 and 260 pounds per acre of eroded soil, respectively. A subsequent study, therefore, was designed to determine what levels of trampling disturbance the two kinds of range could withstand without increasing overland flow and erosion beyond these safe limits on undisturbed range (12).

Wheatgrass and cheatgrass sites were subjected to simulated rainfall of about 3.7 inches per hour for 30 minutes applied with the Intermountain infiltrometer. All sites had at least the minimum amounts of ground cover required for protection on undisturbed ranges. One-third of them supported 70-75 percent cover, one-third had 80 to 85 percent cover, and one-third had 90-95 percent cover. Prior to making the rainfall-runoff tests each site was randomly subjected to one of five degrees of mechanical trampling with a steel "hoof" 0.2 square feet in area. Degree of trampling was controlled by varying the number and spacing of "hoof" impacts from plot to plot, and approximated disturbances of 0, 10, 20,

BLM_0080422

40 and 60 percent of the plot surface. The latter four degrees simulated closely the degree of soil disturbance caused by light, moderate, moderately heavy, and heavy livestock use.

Ground cover density and size of bare soil openings were measured on each plot both before and after trampling treatments. Total amounts of overland flow and eroded soil were measured and these amounts, as well as those of ground cover and bare openings, were subjected to covariance analysis to determine whether or not they had been significantly affected by the trampling treatments.

The results showed that density of ground cover was decreased and the size of bare soil openings enlarged by all levels of trampling on both range types. Where an initial ground cover of 90 to 95 percent was present, none of the trampling treatments were effective in altering ground cover conditions beyond the safe limits established for undisturbed range; that is, to less than 70 percent ground cover or to more than 4 or 2 inches of bare soil opening on wheatgrass and cheatgrass ranges, respectively. On sites with an initial ground cover of 80 to 85 percent, trampling up to 20 percent of the ground area did not cause changes in ground cover beyond these protective limits, but trampling of 40 and 60 percent of the soil surface did. On sites of 70 to 75 percent initial ground cover, all but the 10-percent trampling reduced ground cover and enlarged bare openings significantly beyond the safe limits for protection.

All levels of trampling disturbance on both ranges increased amounts of overland flow and eroded soil above those on undisturbed sites. On both types of range having an initial ground cover of 90 to 95 percent, none of the trampling treatments increased either overland flow or erosion significantly above safe maximum amounts; that is, 7.3 percent runoff and 460 pounds of soil loss per acre from wheatgrass range, and 3.3 percent runoff and 260 pounds of soil loss per acre from cheatgrass range. On sites with 80 to 85 percent ground cover, neither overland flow nor erosion exceeded those levels where trampling was 20 percent or less, but they were significantly in excess of these levels under the  impact of 40 and 60 percent tramplings. On sites supporting 70 to 75 percent initial ground cover, both overland flow and erosion exceeded those safe limits for protection under all but the 10-percent trampling.

Where trampling did not alter ground cover and bare openings beyond the range of conditions required for protection of undisturbed sites, it likewise did not cause overland flow or erosion significantly in excess of the amounts produced from comparable undisturbed sites. The conclusion drawn from this study is that effective control of overland flow and stabilization of soil on trampled wheatgrass and cheatgrass ranges requires ground cover and bare opening conditions which, after alteration by trampling, are not significantly different from the minimum ground cover and maximum bare opening conditions needed for protection of undisturbed sites.

BLM_0080423

| Trampling Disturbance (percent) | Wheatgrass | | Cheatgrass | |
|---|---|---|---|---|
| | Minimum ground cover (percent) | Maximum bare soil opening (inches) | Minimum ground cover (percent) | Maximum bare soil opening (inches) |
| 0 | 70 | 4.0 | 70 | 2.0 |
| 10 | 70 | 2.5 | 70 | 1.6 |
| 20 | 80 | 1.6 | 80 | 1.3 |
| 40 | 90 | 1.0 | 90 | 1.2 |
| 60 | 90 | 1.0 | 90 | 1.2 |

**Table 1**. Initial amounts of ground cover and sizes of bare openings required for protecting wheatgrass and cheatgrass range watersheds subject to different levels of trampling disturbance.

Initial ground cover and bare opening conditions required for protecting these ranges under different levels of trampling disturbance are shown in Table 1. The values in this table show that as the intensity of trampling increases, the ground cover and bare opening requirements for watershed protection become more stringent.

### 3. Protection Requirements for Subalpine-Herbaceous Range on Limestone Soil

The subalpine-herbaceous summer range lies at high elevations in the West, and occupies only a small portion of the mountainous watershed lands. However, on an area basis, it receives and disposes of more precipitation than any other western range land. It is subject to high intensity summer rainstorms and, because the plant cover on much of it has been drastically depleted by overgrazing, these areas are often sources of extremely destructive flash floods. This range type on the Wasatch Plateau in Utah, characterized by a heavy clay soil derived from limestone, is a most serious flood-source area (2).

A study of the effects of ground cover on the stabilization of eroding soil from subalpine range on the Wasatch Plateau has been under way since 1915 on the A and B experimental watersheds, encompassing about 10 acres each at an elevation of 10,000 feet near Ephraim, Utah (3).

At the beginning of the study, the plant cover on watershed A was in a depleted condition from overgrazing. Its density averaged 16 percent and was maintained in that condition by grazing for several years after the study began. Since then watershed A has been protected from grazing and plant cover allowed to recover naturally to a density of about 40 percent. Recovery has been slow because of the extreme degree of deterioration that had taken place on watershed A and because of the adverse growing conditions at an elevation of 10,000 feet.

Plant cover on watershed B was maintained at a density of 40 percent until 1931, when it was reduced to 30 percent by heavier grazing. It remained in this condition until 1946 when

BLM_0080424

heavier grazing was employed to further deplete the plant cover to a condition comparable to that on watershed A in 1915 - namely, a density of 16 percent. In the fall of 1952 watershed B was rehabilitated by artificial reseeding and has not been grazed since.

| Period | Years | Average plant cover (percent) | | Average annual summer storm runoff (ft³/acre) | | | Average annual summer storm sediment (ft³/acre) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | A | B | A | B | Ratio A:B | A | B | Ratio A:B |
| 1 | 1915-1920 | 16 | 40 | 913 | 153 | 6.0:1 | 134 | 25 | 5.4:1 |
| 2 | 1921-1923 | 30 | 40 | 922 | 260 | 3.5:1 | 105 | 37 | 2.8:1 |
| 3 | 1924-1930 | 40 | 40 | 362 | 171 | 2.1:1 | 24 | 10 | 2.4:1 |
| 4 | 1931-1945 | 40 | 30 | 445 | 556 | 1.0:1.2 | 21 | 29 | 1.0:1.4 |
| 5 | 1946-1952 | 40 | 16 | 64 | 288 | 1.0:4.5 | 3 | 36 | 1.0:12.0 |
| 6 | 1953-1958 | 40 | 50 | 292 | 92 | 3.2:1 | 10 | 1 | 10.0:1 |

**Table 2.** Average plant cover density and average annual summer storm runoff and sediment production on watersheds A and B by periods, 1915 to 1958.

To compare the effects of these various plant cover conditions and watershed treatments on summer storm runoff and erosion, the history of these two watersheds is divided into six periods, shown in Table 2 (7). The data show that, while watershed A was in an extremely depleted condition (1915-1920), it produced 6.0 times more runoff and 5.4 times more sediment than watershed B. With reversal of plant cover conditions on these watersheds, however, these relationships have also been reversed. When watershed B was in its more depleted condition (1946-1952) it produced 4.5 times more runoff and 12.0 times more sediment than watershed A.

This reversal of relationships confirms the dominant role of plant cover in the runoff and erosion behavior of these two watersheds. This role has been demonstrated further since 1952, when watershed B was rehabilitated. The runoff and sediment production relations were again reversed, watershed A producing 3.2 times more surface runoff and 10.0 times more sediment than watershed B.

Area A still produces surface runoff and erosion during intense summer storms despite the 40-percent plant cover density that has developed as a result of protection from grazing. This is due to the fact that portions of the channel are still bare and numerous small areas of extremely poor plant cover are interspersed in the more densely vegetated portions of the watershed. Nearly all of these poorly vegetated areas are connected to the main drainage channel by minor gullies that permit rapid surface runoff.

In 1947 an infiltration study was made on area A to define more accurately the minimum ground cover conditions needed for soil stabilization on these small but seriously eroding sites (8). This study, in which a simulated rainfall of 1.5 inches for 20 minutes was applied to sites representing a wide range of cover conditions, provided the

BLM_0080425

ground cover-soil erosion relation shown in (Figure 5). With an increase in from 15 to 65 percent, the amount of soil eroded was reduced by 24,733 pc With an increase in ground cover from 65 to 95 percent the amount of s further reduced, but only by 1,067 pounds per acre. This relation, as well as the A and B experimental watersheds, leads to the conclusion that a ground 65 percent is necessary to prevent the generation of accelerated soil erosic site, on the subalpine range.



Another study in the same area also revealed that the ground cover density-soil erosion relation on heavy clay soil is affected greatly by the bulk density of the soil (9). The amount of soil eroded during an applied rainfall of 3 inches increased as bulk density increased, irrespective of the ground cover condition (Figure 6). This figure shows that a ground cover of 70 percent was sufficient to limit soil erosion to about 60 pounds per acre on sites having a bulk density of 0.90. The same degree of control on sites having a bulk density of 1.35 would require a ground cover of about 97 percent density. These finding are not necessarily in conflict with those from the granitic soil ranges where soil pore space had no significant influence on soil erosion. There, total pore space averaged 42 percent. Because of the coarse, sandy texture of the soil, the non-capillary or large pores comprised 55 percent of the total pore space. It is highly probable, therefore, that most of the pore space values measured were sufficient to have no restrictive effect on infiltration and percolation of water. In any event, where soils are susceptible to compaction by livestock or big game trampling, the implications of such compaction are apparent from this study. 

## 4. Protection Requirements for Aspen-Herbaceous Range on Soils Derived from Gneiss and Schist

The mixed aspen and herbaceous summer range is another important watershed problem area with respect to containing high-intensity rainfall. This range has spawned some of the most devastating summer storm floods that have occurred anywhere in the West (6). They invariably originated on overgrazed sites that were badly depleted. One of the most critical ranges in this respect lies on steep slopes on the Wasatch Mountains in northern Utah. In contrast to the porous granitic soil of the wheatgrass - cheatgrass range in south-central Idaho and the heavy clay soil of the sub-alpine range on the Wasatch Plateau in Central Utah., this range occupies soils of intermediate texture derived mainly from gneiss and schists.

Beginning in 1934, the flood-producing watersheds on a portion of this range in northern Utah were closed to grazing. Flood-source areas in several of these watersheds were contour trenched and rehabilitated by seeding with grass. This treatment proved to be effective in preventing the recurrence of floods despite the fact that since rehabilitation, the watersheds have been subjected to numerous high intensity summer rainstorms, one of which had the highest 5-minute intensity ever recorded in Utah - 8.4 inches per hour.

BLM_0080426

Meanwhile, untreated watersheds in the same general locality have continued to produce similar destructive mud-rock floods (1).

In 1936, 16 plots of from 1/40 to 1/10 acre in size were installed on this area to measure overland flow and erosion. Some plots were located on depleted sites where rills in the soil surface, pedestaled plants, and erosion pavement indicated they were flood-source areas. Others occupied relatively stable sites supporting good vegetal cover. In 1947, after 11 years of records, some plots were denuded of vegetation completely, some were seeded to grass, and others were allowed to respond to natural successional processes. Since, then, through 1957, 11 more years of records have been obtained under a variety of ground cover conditions ranging from completely bare to almost 100 percent density.

During the 22 years from 1936 through 1957, 291 summer rainstorms occurred on these plots. Of these, 130 occurred in the first and 161 in the second 11-year period. Seventy-two of these storms produced overland flow and 34 produced both overland flow and erosion from one or more of the plots. The 34 storms which caused some soil erosion on one or more of the plots provided a basis for developing a relation between eroded soil and overland flow (5). This relation is shown in Figure 7. As runoff doubled from 2.5 to 5.0 percent of the total storm depth, the amount of eroded soil increased about 2½ times - from  32.0 to 80.0 pounds per acre. Doubling of runoff from 5.0 to 10.0 percent caused an increase in erosion of 4¼ times - from 80.0 to 360.0 pounds per acre. Further increases in runoff resulted in still greater rates of erosion. It appears, therefore, that limiting storm runoff to no more than 5.0 percent is an essential prerequisite for maintaining a reasonable level of soil stability on this type of range.

The records from these runoff plots also made it possible to develop relations between storm runoff and ground cover under the impact of low, moderate, and high rates of rainfall. These relations appear in Figure 8. When rainfall rates were not in excess of 1.5 inches per hour, a ground cover of at least 5 percent density was required to hold storm runoff to 5 percent or less. With rainfall rates between 1.5 and 3.0 inches per hour, at least 45 percent ground cover was needed to achieve this degree of runoff control. During major storms, when rainfall exceeded 3.0 inches per hour, containment of storm runoff to 5 percent or less required at least 65 percent ground cover (5).

During the period 1934 - 1947, study of the summer rainstorm characteristics revealed the frequency of recurrence for storms having these intensities (2). Rainstorms having 5-minute maximum intensities of 1.5 inches per hour can be expected to recur on this particular range several times every year. Storms of 1.5 to 3.0 inches per hour can be expected every 2 years, and storms in excess of 3.0 inches per hour every 3 years. This relatively high frequency for torrential summer storms indicates clearly the need for

BLM_0080427

maintaining a reasonably well-distributed plant and litter cover on at least two-thirds of the ground to insure soil stability.

## 5. Protection Requirements for Grass-forb Elk Winter Range on Soils Derived from Sandstone and Shale

Grass-forb vegetated slopes of the upper Gallatin River valley in Montana are the winter range for a large number of elk that summer in Yellowstone National Park and the adjacent national forests. Use of this range by elk is restricted by snowdrifts to south-facing slopes and ridges that have been bared of snow by melting and wind. Trampling and pawing on many sites have deteriorated the ground cover and compacted the soil resulting in accelerated soil erosion.

A recent study on this range provided information about the effects of ground cover, soil bulk density and summer rainstorm intensity on the erosion characteristics of an intermediate-textured soil derived from a mixture of sandstone and shale parent materials (13). Beginning in 1956, 2 series of 5 1/50-acre plots, equipped to measure the amounts of eroded soil, were installed on this range. Four of the 10 plots were protected from further elk use by fencing. Two of these were rehabilitated by reseeding and 2 were allowed to respond to protection naturally. Six of the plots were not protected. Two of these were reseeded, 2 remained untreated, and the other 2, which were surrounded by snowdrifts during the winter and early spring, making them relatively inaccessible to elk, supported an excellent native plant cover resembling pristine conditions. This combination of protection, rehabilitation, and circumstantial location provided a wide range of ground cover conditions on the study sites. Measurements were made of the density of the ground cover, the bulk density of the surface 2 inches of the soil mantle, and the amounts of soil eroded from 4 summer rainstorms having maximum 5-minute rainfall intensities ranging from 0.80 to 1.50 inches per hour.

The relation of eroded soil to ground cover density at mean soil bulk density (1.14) and mean maximum 5-minute rainfall intensity (1.125 inches per hour) is shown in Figure 9. Under these conditions the smallest amount of eroded soil -about 21 pounds per acre - can be expected from sites where the ground cover is 100 percent. Almost as little soil - 23 pounds per acre - was eroded where the ground cover was as low as 70 percent. As the density of the ground cover decreased below 70 percent, however, the amount of eroded soil increased at a rapidly accelerating rate. A ground cover of about 70 percent, therefore, appears to be one of the requirements for preventing accelerated erosion on these range sites.

Increases in soil bulk density above 0.70 caused increases in the amount of eroded soil irrespective of the density of the ground cover (Figure 10). The amount of soil eroded increased quite slowly as the bulk density increased from 0.70 to about 1.20, but accelerated rapidly with further increases in bulk density. It is reasonable to conclude, therefore, that, in addition to a minimum ground cover of about 70 percent density, a soil

BLM_0080428

bulk density of 1.20 or less is a requirement for effective soil stability on the Gallatin elk winter range.

The effect on soil erosion of increases in maximum 5-minute rainfall 0.80 of an inch per hour is shown in Figure 11. As rainfall intensity increa erosion under all conditions of ground cover. The amounts of increased er relatively small on sites having more than about 70 percent ground cover, rapidly as the ground cover density became smaller. It appears, therefore, t of the rainstorm intensities which might occur on the Gallatin elk winter ran cover and soil bulk density characteristics that provide soil stability are not materially from those previously stated. These relations further emphasize t of maintaining enough plant cover and litter on the ground to protect the soil surface against the detaching effect of raindrop impacts and the abrasive forces of overland flow.

## 6. Application of Protection Requirements

Nearly all of the watershed management research on these five important range problem areas has been directed towards determining the specific ground cover and soil conditions that control summer storm overland flow and erosion, spot by spot. It should be borne in mind that these required conditions prevent the generation of accelerated storm runoff and erosion, site by site, where rainfall first strikes the ground. Their capability for controlling overland flow and soil erosion that is already accelerated from upslope source-areas is not known and constitutes another research problem. It should be obvious, however, that if localized control can be obtained on each and every site, the need for more extensive control becomes rather academic. The criteria thus far developed provide tentative goals for watershed management on these ranges.

It is only natural to wonder whether these requirements are applicable to other kinds of ranges and soils. Extremely remarkable is the fact that these five range types, having widely divergent plant cover and soil characteristics, require essentially the same amount of ground cover to provide effective watershed protection against torrential summer rainstorms. In fact, this similarity is remarkable enough to suggest the existence of a plant cover density requirement for watershed protection that is common to all western mountain ranges that receive 10 inches or more of annual precipitation. Comparable studies are needed on other ranges before this generalization can be confirmed or refuted.

Accordingly , studies comparable to those already discussed were instituted on seven highly diverse mountain range sites in Utah, Idaho, and Montana. Simulated rain was applied to plots on these sites for 30 minutes at a constant intensity of 12.7 cm/hr. and the resultant runoff and soil erosion were measured (9). The graph in figure 12 is based on a multiple curvilinear regression equation derived from the data collected on these plots. This graph shows the interactive effects of plant - litter ground cover and slope gradient on soil

BLM_0080429

erosion from those sites. The soil properties in the regression equation are fixed at their averages of 30 percent sand, 24 percent clay, and 8 percent organic matter.

When ground cover was complete, or nearly so, slope gradient was of little consequence. However, slope gradient became of increasing importance as ground cover decreased. At less than 50 percent cover, erosion rates doubled for each 10 percent  increase in slope gradient. The amount of ground cover needed to hold erosion within a specified limit varied widely with slope gradient. For example, if the allowable erosion limit was set at 100 gm/m$^2$, only 43 percent ground cover was needed on a 5 percent slope, but 82 percent cover was needed on a 35 percent slope. Overall, this series of studies indicated that control of soil erosion at levels of 200 gm/m$^2$ or less was obtained on sites having ground cover densities of 70 percent or more, regardless of the differences in slope steepness.

### 7. Summary and Recommendations

These results confirm the conclusion from previously cited studies that 70 percent ground cover is very probably a universal requirement for effective watershed protection on most, if not all, mountainous range lands in the interior West. Consequently, unless or until better criteria become available, the ground cover and soil requirements presented in this paper should furnish effective watershed protection on western mountain range lands -- provided that grazing management practices are employed which recognize these criteria and observe their limits.

BLM_0080430

# LITERATURE CITED

(1)   Bailey, R. W., G. W. Craddock and A. R. Croft 1947. Watershed management for summer flood control in Utah. U. S. Dept. Agr. Misc. Pub. 639.

(2)   Croft, A. R.,, and R. B. Marston 1950. Summer rainfall characteristics in northern Utah. Trans. Amer. Geophy. Union 31(1):83-95.

(3)   Forsling, C. L 1931. A study of the influence of herbaceous plant cover on surface runoff and soil erosion in relation to grazing on the Wasatch Plateau in Utah. U. S. Dept. Agr. Tech. Bul, 220.

(4)   Kidd, W. J., Jr. 1961. High intensity rainstorms on the Boise and Payette National Forests. Intermountain Forest and Range Experiment Station Research Note No. 81.

(5)   Marston, R. B.1952. Ground cover requirements for summer storm runoff control on aspen sites in northern Utah. Jour. Forestry 50(4):303-307.

(6)   Marston, R. B. 1958. The Davis County experimental watershed story. U. S. Dept. Agr., Intermountain Forest and Range Experiment Station. 37 pp., illus.

(7)   Meeuwig, R. O. 1960. Watersheds A and B - A study of surface runoff and erosion in   the subalpine zone of central Utah. Jour. Forestry 58(7):556-560.

(8)   Meeuwig, R. O. 1965. Effects of seeding and grazing on infiltration capacity and soil stability of a sub-alpine range in Central Utah. Jour. Range Management 18(4):173-180.

(9)   Meeuwig, R. O. 1971. Soil stability on high elevation rangeland in the Intermountain area. USDA, Forest Service Research paper, INT94-10p.

(10) Packer, P.E. 1951. An approach to watershed protection criteria. Jour. Forestry 49(9):639-644.

(11) Packer, P.E. 1957. Intermountain infiltrometer. U.S. Dept. Agr., Intermountain Forest and Range  Experiment Station, Misc. Pub. 14,41pp., illus.

(12) Packer, P.E. 1953. Effects of trampling disturbance on watershed condition, runoff and erosion. Jour. Forestry 51 (1):28-31.

(13) Packer, P.E. 1963. Soil stability requirements for the Gallatin elk winter range. Jour. Wildlife Management 27(3):401-410.

BLM_0080431



Figure 1.   Average net overland flow (A) as related to ground cover and (B) as affected by bare soil opening

BLM_0080432



Figure 2. Average net soil erosion (A) as related to bare soil opening and (B) as affected by ground cover.

BLM_0080433





Figure 3.  Frequency and distribution of bare soil opening sizes with varying ground cover on wheatgrass and cheatgrass sites.

BLM_0080434









Figure 4.  Cumulative overland flow and soil erosion from wheatgrass and cheatgrass sites on soil derived from granite at different ground cover densities by successive 5 minute periods.

BLM_0080435



Figure 5.  Relation of eroded soil to ground cover density on experimental watershed A, subalpine-herbaceous range, Utah.

BLM_0080436



Figure 6. Relation of eroded soil to bulk density of the surface 4 inches of soil at several different ground cover densities on subalpine-herbaceous range, Utah.

BLM_0080437



Figure 7.  Relation of soil erosion to summer storm runoff, aspen-herbaceous range, Utah.

BLM_0080438



Figure 9.  Relation of soil erosion to ground cover density at a mean soil bulk density of 1.14 and a maximum 5 minute rainfall intensity of 1.125 inches per hour.

BLM_0080439



Figure 10.  Average change in soil erosion at mean maximum 5 minute rainfall intensity (1.125 inches per hour) due to increases in soil bulk density above a value of 0.70.

BLM_0080440



Figure 11.  Change in soil erosion due to increases in maximum 5 minute rainfall intensity above
0.80 inches per hour at different ground cover densities and mean soil bulk densitiy
(1.14).

BLM_0080441



Figure 12.  Soil erosion as a function of slope gradient and percentage of the soil surface protected by plants and litter.

BLM_0080442



Figure 8.  Relation of summer storm runoff to ground cover under the impact of low, moderate, and high intensity rainfall rates.

BLM_0080443

# MULTIPLE USE GRAZING MANAGEMENT IN THE GRAND STAIRCASE ESCALANTE NATIONAL MONUMENT

## A tool provided to the Monument range staff by the Southern Utah Land Restoration Project

**Lead Authors:**
James Catlin,[1] Joro Walker,[2] Allison Jones,[1] John Carter,[3] and Joe Feller[4]

**September, 2003**

[1] Project Director, the Wild Utah Project.  68 South Main Street, Suite 400.  Salt Lake City, UT 84101
[2] Staff Attorney, Western Resource Advocates.  1471 S 1100 E, Salt Lake City, UT 84105
[3] Staff Scientist for the Utah Office of the Western Watersheds Project.  250 S. Main, Mendon, UT 84325
[4] Professor of Law, Arizona State University, AZ

BLM_0080444

**Acknowledgements.**

We thank the many who helped create this guidance document.

Pat Kimball, who manges the SULRP grazing database was instrumental in this effort
Expert peer review came from a diverse number of scientiests and experts.  Helpful
comments on this document were provided by Neil Cobb, Thomas Fleischner, Andrew
Hartsig, Matthew Loesure, Carrie Norton, Elizabeth Painter, Tom Sisk, Peter Stacey,
Martin Taylor, Ron Younger, and three anonymous peer reviewers.

*GRAZING MANAGEMENT UNDER A*
*MULTIPLE USE MANDATE:*

# TABLE OF CONTENTS

**CHAPTER 1 – Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
1.1  The Monument in the context of southern Utah rangelands, and natural heritage . . . 1
1.2  What the BLM must do in this DEIS process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
1.3  How this document is organized . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

**CHAPTER 2 – Applicable Laws and Regulations** . . . . . . . . . . . . . . . . . . . . . . . . . . 4
2.1  Introduction and legal background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
2.2  FLPMA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    *2.2.1  FLPMA balancing of competing resource values* . . . . . . . . . . . . . . . . . . . . . 7
    *2.2.2  FLPMA's multiple use mandate* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    *2.2.3  Preventing permanent impairment and unnecessary degradation.* . . . . . . . . 11
    *2.2.4  Adherence to the Monument Plan* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
2.3  Fundamentals and Standards and Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
2.4  Clean Water Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
2.5  Endangered Species Act and wildlife protection . . . . . . . . . . . . . . . . . . . . . . . . . . .19
2.6  National Wild and Scenic Rivers Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
2.7  National Historic Preservation Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
2.8  Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

**CHAPTER 3 – Current Conditions in the Monument** . . . . . . . . . . . . . . . . . . . . . . 25
3.1 Ecological Health: identifying compromised habitat . . . . . . . . . . . . . . . . . . . . . . . .25
    *3.1.1  Loss of riparian and spring habitat, and consequences.* . . . . . . . . . . . . . . . 26
    *3.1.2  Changes in veg. composition, structure and biomass and consequences* . .27
    *3.1.3  Spread of exotic plants, and consequences.* . . . . . . . . . . . . . . . . . . . . . . . .30
    *3.1.4. Imperilment of native species.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
3.2  Supporting evidence of ecological conditions in the Monument . . . . . . . . . . . . . . .32
    *3.2.1  GSENM's assessments.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
    *3.2.2  Our own analyses* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
3.3  Causes of above problems are tied to livestock grazing . . . . . . . . . . . . . . . . . . . . . 39
    *3.3.1  Drought combined with livestock grazing.* . . . . . . . . . . . . . . . . . . . . . . . . .41
    *3.3.2  Poor soils combined with livestock grazing* . . . . . . . . . . . . . . . . . . . . . . . 42
    *3.3.3  Livestock grazing impacts on federally listed species* . . . . . . . . . . . . . . . 44
    *3.3.4  Summary: livestock grazing impacts* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
  3.4  Limitations in monitoring/data collection and range health assessment methods and
how they are applied and analyzed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
    *3.4.1  BLM's methods for tracking cattle numbers and actual use* . . . . . . . . . . .49
    *3.4.2  Adequate grazing capacity analysis.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    *3.4.3  Application of the range condition, and trend, concept* . . . . . . . . . . . . . . .51
    *3.4.4  Inconsistencies found in PFC and rangeland health assessments* . . . . . . 52
    *3.4.5  GSENM utilization measurements* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52

3.5  Grazing Management and its contribution to habitat change . . . . . . . . . . . . . . . . . 54
   *3.5.1  Grazing during the growing season.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
   *3.5.2. Rest - Rotational grazing-effectiveness is questioned* . . . . . . . . . . . . . . . . .56

**CHAPTER 4 – Legally Mandated Analyses and Recommended Management
Prescriptions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *58*
4.1  Complete evaluations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
4.2  Make determinations of what is causing impairment . . . . . . . . . . . . . . . . . . . . . . . 59
4.3  Capability Assessment – determining whether lands can sustain grazing. . . . . . . . . 60
   *4.3.1 Capability Factor 1: Slope* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61
   *4.3.2 Capability Factor 2: Soil Stability* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61
   *4.3.3 Capability Factor 3:  Forage Production* . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
   *4.3.4 Capability Factor 4: Distance from Water* . . . . . . . . . . . . . . . . . . . . . . . . . . 62
   *4.3.5 Conclusion* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .62
4.4  Suitability - determining whether grazing is appropriate use of particular lands. . . .63
   *4.4.1 Suitability in Addition to Capability Analysis.* . . . . . . . . . . . . . . . . . . . . . . . .64
   *4.4.2 Cultural Resources* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
   *4.4.3 Recreational and Scenic Values.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
   *4.4.4 Rangeland Recovery* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
   *4.4.5 Streams, Riparian areas and Wetlands.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67
   *4.4.6 Water Quality.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
   *4.4.7 Special Status Species.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68
   *4.4.8 Biological Soil Crusts.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69
   *4.4.9 Land Use Designations and Land Use Plans.* . . . . . . . . . . . . . . . . . . . . . . . .69
   *4.4.10 Economic Values.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
   *4.4.11 Conclusion.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
4.5  Forage analysis/capacity model. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
4.6  Determine whether habitats are functioning for TES species. . . . . . . . . . . . . . . . . . 72
4.7  Remedies the Monument must devise. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
   *4.7.1 Generic prescriptions we recommend.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
   *4.7.2 Grazing prescriptions that are inappropriate.* . . . . . . . . . . . . . . . . . . . . . . . . 82
4.8  Summary, and role of science. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .85

**CHAPTER 5 – Summary and Conclusions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
5.1  The role of science in the Monument's grazing program . . . . . . . . . . . . . . . . . . . . . 88
5.2  This DEIS in light of "Sustainable Working Landscapes" . . . . . . . . . . . . . . . . . . . . 90
5.3  This DEIS as a model for other Resource Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . .90

**LITERATURE CITED**

**APPENDIX A:**  A Science-Based Tool For Determining Whether Grazing Is The Cause
Of Failure To Meet Rangeland Health Standards

**APPENDIX B:**  A Science-Based Tool For Assessing Available Forage And Grazing
Capacity Of GSENM Grazing Allotments To Meet Rangeland Health Standards

# CHAPTER 1 - INTRODUCTION

This guidance document presents an analysis and recommended approach for grazing management in the Grand Staircase Escalante National Monument (GSENM) that will allow rangelands, where healthy, to continue being productive, and, where degraded, to recover. Consistent with BLM's rangeland health standards and other regulations, the guidance recommended here provides methods that will help make range management decisions transparent, gather key ecological data efficiently, and use analysis techniques based on the best scientific knowledge we have today.  While the focus here is on grazing decisions, the approach described will go a long way in helping resolve a number of related issues that range from helping species at risk to the continued viability of ranching.

## 1.1 The Monument in the context of southern Utah rangelands, and natural heritage

From an ecological perspective, properly functioning ecosystems are productive and resilient to major events such as drought.  Having evolved over millennia, these natural communities have adapted to a variety of episodic events.  As a result, they can still thrive in an efficient and productive manner, even after severe drought.  Maintaining and restoring rangelands to their potential ecological condition is a benefit not only to forage grasses and soil communities, but also the myriad of native fish and wildlife species that have evolved with these arid rangeland communities.

Maintaining the health and productivity of (and where needed, restoring) rangelands draws on common values we all share.  The health of the land is a fundamental "endowment" to which all human endeavors are linked.  Even in a time when we are becoming more dependent on a global economy, the foundation for communities still relies on working ecosystems.  Healthy ecosystems directly provide products such as grazing forage and water.  Thus, the core values of local and rural communities by and large relate to the land and its natural processes.  Damaged ecosystems impact agriculture, hunting, fishing, our watersheds, our heritage and eventually put at risk the continued existence of rural communities.

As the population of Utah grows, our communities become ever more dependent on the health of our public lands.  Unfortunately, land use has increased even faster than our population has.  As a result, community water sources, wildlife resources, and recreation are increasingly being compromised.  Changes in grazing management, for example in GSENM, are needed if we are to reverse this trend.

BLM_0080448

## 1.2  What the BLM must do in this DEIS process

When the Monument was founded in 1996, the President made clear that one of the fundamental purposes for establishing the National Monument was established was to protect its outstanding biological diversity.  The Monument Management Plan reinforces the objective to manage in order to preserve biological resources (plan, at pg 2.2).  The evidence of deleterious impacts of cattle grazing to the Monument's biological and ecological resources (many of which are presented in subsequent chapters) is great.

The BLM has an extremely important job in front of it.  The Grand Staircase Escalante National Monument was the first national monument entrusted to the BLM.  The purpose of the upcoming Environmental Impact Statement goes beyond the requirement to renew grazing permits.  In one sense a model for grazing decisions elsewhere, BLM will be retooling grazing within the Monument to meet ecological goals and legal requirements. The BLM did a fine job on the GSENM Final Management Plan that provides clear direction on meeting the objectives of a Monument.  The BLM needs to approach this DEIS in a similar fashion.  The Monument's Management Plan was developed by embracing all relevant science, working closely with the interested public, and being willing to take Monument management and practices in a new direction.  This programmatic DEIS on the Monument's grazing program must do the same.

In the chapters that follow we carefully outline our recommendations on the best approach for BLM in developing this DEIS, and make pointed recommendations based on agency policy, national standards and guidelines, and the best available science.  For example, and of utmost importance, FLPMA requires the BLM to make a reasoned and informed decision as to whether or not grazing is an appropriate use of each part of the Monument.  Given the extraordinarily high ecological, scenic, and cultural values in the Monument, and the generally poor livestock forage available in the Monument, closure of portions of the Monument to grazing should be a high priority in the upcoming DEIS.  For those allotments that the BLM does determine are indeed capable and suitable for supporting grazing, we present new methods for making determinations and setting stocking rates.

BLM would be justified in using this comprehensive guidance document as the basis for the preferred alternative in the DEIS.  In addition to meeting the agency's policies and regulations for grazing and wildlife habitat management, this guidance document is consistent with the management stipulations found in the GSENM management plan.  Indeed, we argue that using this document as the cornerstone of the DEIS will ensure that the grazing plan for GSENM will be consistent with the *Standards and Guidelines for Healthy Rangelands*, and all relevant laws and regulations.

---

BLM_0080449

## 1.3  How this document is organized

Chapter 2 lays out the laws and regulations that BLM must conform with as it conducts NEPA analyses and writes the DEIS, as well as referring to the stipulations of the Land Use Plan and Monument Management Plan that apply to this process, and the Monument's grazing program.

Chapter 3 describes the current conditions in the Monument.  Specifically, we highlight the loss and degradation of springs and riparian areas, the spread of exotic species, and the profound changes seen in the vegetative communities – notably loss of structure, diversity and productivity.  The evidence of these profound changes and their negative repercussions can be found in Monument studies, and studies performed by the authors and other independent scientists in the Monument.  We conclude Chapter 3 with a discussion of how the Monument's grazing program is a significant contributor behind these current conditions in GSENM.

Chapter 4 outlines the analyses the BLM must undertake, and the remedies and prescriptions the Monument must put in place in this DEIS process.  This includes a FLPMA-based Suitability analyses, Forage Capacity analysis, and the determination process.  We offer new, proposed methods for undertaking all of these analyses.[1]  The Monument also needs to devise specific prescriptions that will automatically be engaged in drought years, in allotments that are failing to meet Standards, in allotments that are meeting standards, and so forth.  We give recommendations for these prescriptions, in addition to discussing prescriptions that are inappropriate.

We close (Chapter 5) by arguing that adopting this guidance document as the cornerstone of the DEIS is the only was that the BLM will truly abide by the Standards and Guidelines, and relevant laws and regulations, in this DEIS.  We call on the Monument to take this opportunity to use science in this Monument as a means to test and develop grazing management that leads to healthy and productive rangelands.  We sincerely hope this scientifically driven, and somewhat more "enlightened" NEPA-analysis will serve as a model for other BLM Resource Areas in the West.

Several appendices offer detailed analysis methods as part of developing the EIS. Appendix A presents a process that will help the BLM determine whether grazing is the cause of degradation when rangeland fails to meet BLM's rangeland health standards.  The material in Appendix B develops and illustrates our proposed, science-based model for determining appropriate stocking levels for cattle in GSENM grazing allotments.   Lastly, Appendix C documents a new approach for determining properly functioning condition of lower-elevation streams and riparian zones on the Colorado Plateau.

---

1 Two of these methods (making determinations, and assessing forage capacity and setting revised stocking rates for GSENM allotments) were presented to Dave Wolfe, Thomas O'Dell and Walt Fertig in May and June of this year.

BLM_0080450

# CHAPTER 2 - APPLICABLE LAWS AND REGULATIONS

## 2.1 Introduction and Legal Background

In managing livestock grazing on the Monument, BLM must adhere to a complex web of statutory and regulatory directives. While these dictates may be intricate, their overarching message is clear – BLM is not to take livestock grazing as a given. Rather, the agency must determine on a case-by-case basis if grazing is an appropriate use of the land. In reaching its conclusion, BLM must consider factors ranging from the factual findings in the Proclamation creating the Monument to its determinations that various waters are suitable for designation as Wild and Scenic Rivers. The agency must also factor in its decision making what this document makes abundantly clear – study after peer-reviewed study has shown that grazing has a significant adverse impact on a host of ecosystem and public land values, including the very values that the Monument was designed to protect. As this document also establishes, the adverse impacts of grazing extend to values that are protected by other applicable statutes such as the Clean Water Act and the National Historic Preservation Act.

The other underlying legal obligation owed by BLM to the public is that, where the agency allows grazing to occur, the agency must manage this use so that these same Monument and public land values are protected. The relevant statutes and regulations together require BLM to conserve and restore soils, water, ecosystems, wildlife habitat, and cultural, recreation and scenic resources – and even the range itself. Where livestock grazing has an unacceptable impact on these values, management of livestock must change accordingly.

This document compiles BLM's own data to show that current grazing practices in the Monument are violating the full spectrum of the agency's legal duties. Because of excessive livestock grazing, ecosystems are not properly functioning, the beneficial uses of streams are not being met, cultural resources are being destroyed and delicate soils are being irreparably lost. In response, this document presents a system of livestock grazing, assessment and monitoring that, if implemented, will allow BLM to comply with its legal obligations – or at least will allow the agency to make great strides in that direction. A system of grazing that does not recognize the science and the analysis presented here and does not address the significant failures of current grazing practices in the Monument will not met the agency's legal obligations and will fall hopelessly short of the law.

As the Proclamation creating the Monument makes plain, in managing "existing" livestock grazing, BLM must comply with all applicable laws and regulations. Proclamation No. 6920 (Proclamation) ("existing grazing uses shall continue to be governed by applicable laws and regulations other than this proclamation"). These applicable laws and regulations include the: 1) Federal Land Policy and Management Act, 43 U.S.C. §§ 1701-84, (FLPMA); 2) FLPMA regulations, such as the Fundamentals of Rangeland Health and Utah Standards and Guidelines for Grazing Administration, 43 C.F.R. § 4180, (Fundamentals and Standards and Guidelines); 3) Clean Water Act, 33 U.S.C. §§ 1251 – 1387, (CWA); 4) Endangered Species Act, 16 U.S.C. §§ 1531-43,

BLM_0080451

(ESA); 5) National Wild and Scenic Rivers Act, 16 U.S.C. §§ 1271-87 (WSR Act); and, 6) National Historic Preservation Act, 16 U.S.C. §§ 470-470w-6 (NHPA).  Moreover, BLM must comply with the relevant land use plan – the Grand Staircase-Escalante National Monument Management Plan (Management Plan).  42 U.S.C. §§ 1701(8).

Finally, BLM must manage grazing in the Monument in the context of the Monument Proclamation, which identifies conservation of Monument resources as the focus of BLM's management of this spectacular place.  Monument Proclamation (BLM "**shall** manage the [M]onument . . . to implement the purposes of this proclamation").  This duty to protect Monument resources is so central to its management obligations that BLM stated:  "[t]he Proclamation . . . clearly dictates that the [BLM] protect these [Monument] resources.  **All other considerations are secondary to that edict.**"  Plan at 1.1 (emphasis added).

The Antiquities Act, the source of the President's power to create the Monument, confirms that conserving and safeguarding Monument resources is BLM's core management duty.  Congress passed the Antiquities Act in order to provide for the "proper care and management of the objects to be protected" by designation of a national monument.  16 U.S.C. § 431.[1]  Therefore, the purpose of the Monument designation to protect geologic, paleontological, archeological, historical and biological resources within its borders combined with the broad preservationist goals of the Antiquities Act establish BLM's duty to manage activity within the Monument, including livestock grazing, so that the sensitive and valuable Monument resources are not harmed.

This approach is entirely consistent with the provision of the Monument Proclamation directed at livestock grazing, which states:  "[n]othing in this proclamation shall be deemed to affect **existing** permits or leases for, or levels of, livestock grazing" within the Monument.  Monument Proclamation (emphasis added).  This is because the Proclamation makes clear that "existing grazing uses shall continue to be governed by applicable laws and regulations other than this proclamation." Id.

First, what this provision means is that the Proclamation's protective mandate prevents BLM from allowing any non-existing grazing uses to adversely impact Monument resources.  These non-existing uses include any proposed water developments, fencing, and vegetation manipulation projects, as well as changes in levels of grazing, utilization rates, stocking rates and seasons of use.[2]  Currently closed areas may not be open to grazing unless the agency can establish that doing so will not impact sensitive Monument values.

Second, as is spelled out below, the language of the Proclamation simply further defines BLM's multiple-use obligations under FLPMA.  This statute, the organic legislation governing BLM, requires the agency to manage the public lands, including the

---

[1] Indeed, the broad protective goals of the Act have been upheld in light of a challenge that the Act was designed to protect archeological resources only.  Cappaert v. United States, 426 U.S. 129 (1976).

[2] Where BLM determines that restricting grazing levels will benefit Monument resources its actions will not rule afoul of the Proclamation's edit.

---

BLM_0080452

Monument, in a manner that provides for "a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations . . . ."  These values include "recreation . . . wildlife and fish, and natural, scenic, scientific and historical values."  43 U.S.C. § 1702(c).  Thus, the Proclamation has confirmed certain factual findings – that the lands comprising the Monument are **most** valuable for their geological, archeological, paleontological, historic and biological resources.  In designating the Monument, the President also determined that the long-term needs of the American people are best served by protecting these values above all others.  *For example*, Remarks by the President Establishing the Monument ("[T]oday we will save the Grand Escalante Canyons and the Kaiparowits Plateaus of Utah for our children").[3]

Third, the Proclamation's edit that Monument values be protected serves to emphasize BLM's obligations under other applicable statutes and regulations, including the ESA, CWA, NHPA, WSR Act, Fundaments and Standards and Guidelines, and FLPMA's other protective mandates, such as the prohibition against permanent impairment and undue and unnecessary degradation.  Below we discuss the specific management obligations imposed by these relevant statues and regulations.  Together, these laws constitute a tightly knit web of protective measures that require BLM to manage livestock grazing to conserve and restore the Monument's biological, ecological and cultural values.

## 2.2  FLPMA

As the organic legislation of BLM, FLPMA contains several provisions relevant to livestock grazing on the Monument.  These include:  1) FLPMA's multiple use provision requiring BLM to balance competing resource values to ensure that the public lands are managed in a manner "that will best meet the present and future needs of the American people," 43 U.S.C. § 1702(c); National Wildlife Fed'n v. BLM, 140 IBLA 85, 101 (1997); Management Plan at 41-42; 2) FLPMA's edit that BLM manage resources "without permanent impairment of the productivity of the land and the quality of the environment," 43 U.S.C. § 1702(c), and "to prevent unnecessary or undue degradation of the lands," 43 U.S.C. § 1732(b); 3) FLPMA's mandate that BLM adhere to its land use plans, "in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values," and other purposes, 42 U.S.C. §§ 1701(8), 1712, and, in this case, abide by the Management Plan; and, 4) FLPMA's

---

[3] Specifically, among the resources the President identified as so important to the American people are the area's: 1) "geologic treasure of clearly exposed stratigraphy and structures;" 2) "world class paleontological sites;" 3) "cultural resources . . . outstanding in their variety of cultural affiliation, type and distribution;" 4) "outstanding biological . . . and ecological values" including "unique, isolated communities," "a spectacular array of unusual and diverse soils," "[f]ragile cryptobiotic soils," "relic" and diverse vegetation, and wide unique variety of wildlife species. Id.  The President's focus on the incredible worth of these resources to the American people underscores BLM's duty under FLPMA to regulate grazing, a non-priority use and a threat to public land values, so that the Monument resources are not impaired.

BLM_0080453

implementing regulations, especially the Fundamentals and Standards and Guidelines.  43 C.F.R. § 4180.

### 2.2.1. FLPMA Balancing of Competing Resource Values.

**2.2.1. FLPMA Balancing of Competing Resource Values.**  FLPMA requires BLM to manage the public lands for multiple use.  This means that the agency must make "the most judicious use of the land for some or all of [the various] resource values . . . [and to] use . . . some land for less than all of the resources . . . ."  43 U.S.C. § 1702(c).  This requires BLM to undertake a decision process "to balance competing resource values to ensure that the public lands are managed in a manner 'that will best meet the present and future needs of the American people.'"  43 U.S.C. § 1702(c); Comb Wash at 101; Management Plan at 41-42.  BLM's balancing of values must be reasoned and well-informed.  Therefore, the agency must accumulate sufficient data and consider relevant rigorous science to determine what uses are appropriate in any given area.

Applied to the management of livestock grazing, the analysis must, on a site-specific level, weigh the benefits and harms of grazing to determine if BLM should allow this use in any given area.  Moreover, should the agency conclude that livestock grazing is an appropriate use, BLM must consider multiple-use values in determining how that area should be grazed.  National Wildlife Fed'n v. BLM, No. UT-06-91-1 (DOI, Office of Hearings and Appeals, Hearings Div.) (Dec. 20, 1993) at 25, aff'd Comb Wash (citing 43 U.S.C. §§ 1701(a)(8), 1702(c)).  Therefore, in establishing grazing thresholds such as stocking rates and utilization levels, BLM is required to abide by "FLPMA's mandate [that it] protect the full spectrum of environmental, ecological, cultural, and recreational values."  Id.

### 2.2.2 FLPMA's Multiple Use Mandate.

**2.2.2 FLPMA's Multiple Use Mandate.**  FLPMA, BLM's organic act, requires the agency to manage public lands "under principles of multiple use and sustained yield."  43 U.S.C. § 1732(a).  FLPMA defines "multiple use" as:

> the management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people; . . . a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including, but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historic values; . . .the use of some land for less than all of the resources; . . . without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or greatest unit production. 43 U.S.C. § 1702(c).

By requiring BLM to meet the needs of the American people, FLPMA focuses on fulfilling national, rather than local interests.  Id.  Moreover, FLPMA requires that BLM management include "the use of some land for less than all of the resources . . . ."  Id.  This means that on some lands certain uses must be prohibited in the name of protecting

BLM_0080454

resources harmed by those uses.  To determine where management "for less than all of the resources" is appropriate, BLM must consider "the relative values of the resources . . . ." Id.  Thus, BLM must assess the value, to the American people, of each resource in the Monument, weigh this value against the value of the resource uses that may cause harm to or compete with that resource, and to determine which "combination of uses" are appropriate in any given area.

Although FLPMA does not require economic cost/benefit analysis, it does require that the BLM rationally "balance competing resource values to ensure that public lands are managed in the manner 'that will best meet the present and future needs of the American people.'"  Comb Wash, 140 IBLA at 101.  To this end, the agency must investigate and analyze the condition of the area's "'varied resources and the impacts of grazing upon those resources.'"  Comb Wash, 140 IBLA at 101 (quoting National Wildlife Fed'n v. BLM, No. UT-06-91-1 at 25).

FLPMA also identifies the resources BLM must consider.  It's multiple-use provision cites "recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historic values" as those values BLM is required to incorporate into its examination of harms and benefits.  Elsewhere FLPMA establishes the policy that "public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use."  43 USC § 1701(a)(8).  Thus, what is clear is that livestock is one among many uses and values that BLM must consider in making decisions about grazing management.

Broken down further, FLPMA requires BLM to determine the condition of and consider the impacts of grazing on the components that makeup the Congressionally designated multiple-use values.  Thus, in weighing the benefits and harms of grazing under FLPMA, BLM must consider the effects of grazing on loss of native vegetation, soil erosion, reduced water infiltration and increased surface runoff, trampling of streambanks, degradation of stream channels, trampling and contamination of archaeological sites, degradation of wildlife habitat, scenic and recreational values, and income.  See National Wildlife Fed'n v. BLM, UT-06-91-1 at 24-25.  Ultimately, the question BLM must answer is whether the benefits of grazing an area outweigh the harms caused by livestock to other resource values.  Moreover, if, after the requisite analysis, BLM determines grazing is an appropriate use of an area, the agency must consider the harms and benefits of grazing in determining stocking rates, or the level at which grazing can occur.

Finally, if the agency determines that grazing is an appropriate use of an area, its consideration of multiple use values does not end.  FLPMA further obligates BLM to consider multiple use in determining how that area should be grazed.  National Wildlife Fed'n v. BLM, No. UT-06-91-1 (DOI, Office of Hearings and Appeals, Hearings Div.) (Dec. 20, 1993) at 25, aff'd Comb Wash (citing 43 U.S.C. §§ 1701(a)(8), 1702(c)). Therefore, in managing livestock, such as establishing stocking rates and utilization levels,

---

BLM_0080455

BLM is required to "protect the full spectrum of environmental, ecological, cultural, and recreational values." Id. This means that BLM must take into consideration, when determining the details of grazing management, the impacts of grazing on scenery, water quality, cultural resources – values that are not measured by forage utilization measurements. Id. ("BLM's failure to adequately consider many factors other than range utilization and trend data when setting stocking rates violates FLPMA's mandate to protect the full-spectrum of environmental, ecological, cultural, and recreational values.") Therefore, in setting a stocking rate, BLM must base its grazing management on more than forage utilization, and BLM must monitor grazing impacts to assess harms to multiple use resources by assessing more than utilization levels or stubble heights. By the same token, assessing for compliance with rangeland health standards does not reflect impacts to resource values such as recreation, scenic and cultural resources, and again, grazing management cannot be based on or expressed and monitored solely in terms of rangeland health standards.

*2.2.2.1 The Proclamation and the Management Plan Relative to FLPMA Multiple Use Mandate.* The Proclamation and the Management Plan tip FLPMA balancing in favor of the conservation of particular resources. Proclamation No. 6920. As the BLM acknowledges, the Monument was created by the President of the United States "to protect a spectacular array of scientific, historic, biological, paleontological, and archaeological objects" there. Management Plan at 3. Indeed, "[a]ll other considerations are secondary to that edict." Id. Therefore, as the Management Plan reflects, what is in the best interests of the American people has already been determined: the protection of these sensitive resources. Furthermore, the Proclamation and the Management Plan have determined the relative **value** of the resources – scientific, historic, biological, paleontological and archaeological resources are, in the Monument, always more valuable than other resources. As a result, BLM, guided by the President, has done much of the work that FLPMA requires, and left for the present analysis only one determination: how to manage grazing so that it has no adverse impacts on Monument resources. Where adverse impacts occur, grazing practices must be altered to eliminate these impacts. If the impacts cannot be eliminated, FLPMA and the Management Plan require that grazing be prohibited.

That the protection of the scientific, historic, biological, paleontological and archaeological resources in the Monument is in the best interests of the American people does not conflict with the provision of the Proclamation relating to livestock grazing. In addition to stressing the importance of Monument values, the Proclamation states that "[n]othing in this proclamation shall be deemed to affect **existing** permits or leases for, or levels of, livestock grazing" within the Monument. Proclamation No. 6920 (emphasis added). "[E]xisting grazing uses shall continue to be governed by applicable laws and regulations other than this proclamation." Id.

FLPMA is plainly an applicable law that governs livestock grazing on the Monument. FLPMA requires BLM to weigh competing resource values to ensure management of the Monument is in the best interests of the American people. What best serves these interests has already been determined in the Management Plan – the conservation and protection of Monument values. Based on this mandate, BLM must

BLM_0080456

regulate grazing to accomplish the Monument's protective goals.  Thus, BLM's authority and duty to regulate grazing practices to protect Monument resources exists independently of the Proclamation.  The Proclamation and the Management Plan merely inform the FLPMA balancing BLM must undertake, and tip the scales decidedly in favor of the protection of Monument values from adverse impacts from grazing.

*2.2.2.2 Fundamentals of Rangeland Health and Standards and Guidelines Relative to FLPMA Multiple Use Mandate.*  Compliance with the Fundamentals of Rangeland Health and the Standards and Guidelines does not alleviate BLM of the duty to undertake FLMPA analysis.  Moreover, the agency cannot suggest that compliance with these regulations means that livestock grazing is **not** having an unacceptable effect on FLPMA's multiple-use values.

The Fundamentals of Rangeland Health require that watersheds be "in, or making significant progress toward, properly functional physical condition."  43 C.F.R. 4180.1 (a).  "Ecological processes, including the hydrologic cycle, nutrient cycle, and energy flow, [must be] maintained, or there [must be] significant progress toward their attainment."  43 C.F.R. 4180.1(b).  Habitats of special status species must be restored or maintained, or there must be significant progress toward restoration.  43 C.F.R. 4180.1(d).  Utah's Standards and Guidelines provide methods for implementing these requirements.  *See* 43 C.F.R. 4180.2(b).

These regulatory requirements, however, are insufficient, standing alone, to provide for the balancing of values that is required by law.  Initially, the Fundamentals and Standards and Guidelines do not even consider multiple use values such as recreation, scenic, and cultural resources.  Nor do the Fundamentals and Standards and Guidelines undertake any balancing between the benefits and harms of grazing relative to these values.

Even with regard to ecological multiple use values, compliance with the Fundamentals and Standards and Guidelines does not meet the requirements of FLPMA's balancing requirement.  First, instances where the desired resource conditions are not being met and livestock grazing is a significant factor in the lack of appropriate conditions, suggest strongly that grazing is causing inappropriate levels of harm to the ecological multiple-use values including watershed, wildlife, fish, ecological, environmental, and water resources.

Second, even where BLM believes grazing management changes could be made or have been made to make progress toward achieving the desired conditions, the ailing condition of the ecological processes is strong evidence that grazing has an undue negative impact on ecological multiple-use values in the particular area.  Moreover, even if the BLM could guarantee that the ecological resources would recover, the time this takes, or the changes to grazing management required – such as expensive range development projects – could tip the FLPMA balancing in favor of closing an area to grazing.

Finally, even if BLM could guarantee that grazing and properly functioning ecological conditions could co-exist, FLPMA balancing could reveal that grazing is not is

---

BLM_0080457

the best interests of the American people. This is because a given area could have particularly important ecological values and the interests of the American people might best be served by maintaining this area in a state that exceeds "properly functioning" condition.[4]  For example, an area could be Critical Habitat as defined by the Endangered Species Act. The area could be the only in the Monument that provides habitat for a particular species. Or, the area could support a combination of factors – such as the ecological and cultural resource values. In each of these cases, the harms caused by grazing – even though they do not bring the area into the realm of non-functioning – may not be acceptable given the high value to the American people of leaving the area ungrazed.

Chapter 4 describes in detail the "decision process" BLM must undertake to fulfill its multiple use obligations under NEPA. This process necessarily requires BLM to assign relative values to various resource uses applicable to the Monument. These almost necessarily vary on a site specific basis. BLM must also determine if an area is capable of sustaining livestock grazing – does it have access to water, stable soils, sufficient forage and other qualities that enable it to sustain livestock grazing. If an area is capable of sustaining livestock use, BLM must then, based on the relative value of various uses, determine the best combination of uses to allow in any given area. This analysis must consider that, in the Monument, various values designated in the Proclamation and Management Plan are of particularly high value to the American people. The analysis must also recognize that livestock grazing, particularly as it is currently practiced in the Monument, often has significant adverse impact on various Monument resources including soils and soil crusts, vegetation, wildlife habitat, water quality, and recreational, scenic, cultural and historic resources. Finally, where grazing is appropriate, this same weighing process and consideration of multiple use values must inform management decisions such as stocking rates and utilization levels.

### *2.2.3. Preventing Permanent Impairment and Unnecessary and Undue Degradation.*
FLPMA requires BLM to manage the public lands "without permanent impairment" to the productivity and the quality of the environment and in a manner that prevents "unnecessary **or** undue degradation." 43 U.S.C. §§1701(7), 1732(a) (emphasis added). Moreover, these substantive FLPMA standards animate the procedural requirement of the National Environmental Policy Act to consider all alternatives and take a "hard look" at those alternatives. Thus, BLM's consideration of alternatives must include those that prevent permanent impairment and prevent unnecessary or undue degradation of the public lands. *See, e.g.* Kendall's Concerned Area Residents, 129 IBLA 130, 140-41 (1994); Nez Perce Tribal Exec. Comm., 120 IBLA 34, 36 (1991) (both discussing interplay of FLPMA's multiple use mandate with NEPA analysis).

This document addresses BLM's obligations under this FLPMA provision in two ways. First, it establishes that in several situations, current grazing practices in the

---

[4] Nor does properly functioning ecological condition ensure the conservation of special status species, which may require habitats that are in better condition than "properly functioning." In addition, although the relevant regulations require maintenance or restoration of *current* special status species habitat, they do not provide for the protection and restoration of *potential* habitat.

BLM_0080458

Monument are permanently impairing productivity and the environment. For example, resource damage such as soil erosion and the crushing of biological crusts constitute permanent impairment to the resource. Grazing of marginal areas which cannot recover from livestock use also violates this protective mandate. Damage to and destruction of cultural resources is permanent. Repeated conflicts with recreational values and damage and destruction to the scenic resource also constitutes permanent impairment. Moreover, by allowing inappropriately high utilization levels, which are often also not properly adjusted for season of use, and by allowing stocking rates that are permanently impairing the Monument's resources, BLM is also impermissibly allow permanent impairment of the resources under its management.[5]

Second, the analysis and management proposals provided in this guidance document show that the damage livestock grazing perpetuates on Monument resources is both unnecessary and undue. This is because, where grazing is appropriate, BLM can and must take steps such as reducing utilization and stocking rates, changing seasons of use, and closing areas to grazing to avoid degradation to the land and permanent impairment of the environment and the productivity of the land.

**_2.2.4. Adherence to the Monument Plan._** Under FLPMA, BLM also must develop and adhere to "land use plans" governing administration of grazing and other activities upon BLM lands. This management must occur "in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values," and other purposes. 42 U.S.C. §§ 1701(8), 1712; 43 CFR Part 1600. All resource management decisions made by BLM, including issuance of grazing permits, must conform to the approved land use plan. 43 U.S.C. § 1712; 43 C.F.R. § 1610.5-3(a) ("All future resource management authorizations and actions, as well as budget or other action proposals to higher levels in the bureau of land management and Department, and subsequent more detailed or specific planning, shall conform to the approved plan").

Thus, BLM must administer grazing on the Monument in keeping with the Management Plan. Because the Management Plan is appropriately focused on protecting Monument resources, resources which are highly vulnerable to damage from livestock grazing, the Management Plan requires BLM to change current grazing practices significantly to protect the Monument's soils, native vegetation and wildlife, cultural resources and waters adequately. For example, the Management Plan establishes specific objectives for the management of fish and wildlife. Because BLM must manage all activities on the Monument to achieve these objectives for fish and wildlife, the agency must determine, as part of the grazing decision process, how it can meet these objectives if and when it allows livestock use to occur in any given area. Below, we outline the specific Management Plan objectives (pertaining to fish and wildlife, streams and riparian areas,

---

[5] Interestingly, the Fundamentals and Standards and Guidelines are an effective measure of permanent impairment and loss of productivity relative to ecological factors, and help relate these concepts to BLM's multiple use mandate. Thus, where an area fails, for an extended period of time, to comply with these health indicators, it is sufficiently close to being permanently impaired or to losing its productivity, to constitute a violation of this provision of FLPMA.

---

BLM_0080459

soils, vegetation, and water) that the BLM must adhere to as grazing management decisions are made in the upcoming Grazing DEIS:

*2.2.5.1 GSENM Management Plan objectives for fish and wildlife.*  While many of the elements of the Management Plan speak for themselves relative to livestock grazing, such as those that require Section 7 consultation, the relationship between grazing and other objectives and decisions is more subtle.  For example, in relation to the following objectives of the Management Plan, BLM must consider and analyze in the Grazing DEIS:

FW-3   Any existing TES species recovery and/or management plans relative to the Monument need to be described, and consistency with these recovery/ management plans must be considered in grazing decisions.

FW-4   Grazing decision should emphasize restoring those riparian areas that fail to meet rangeland health standards.  Riparian areas constitute some of the most critical habitats for native species, both aquatic and terrestrial.

FW-5   Preserving the integrity of wildlife corridors, migration routes, and access to key forage, nesting, and spawning areas may be incompatible with facilities constructed and habitat manipulation conducted for livestock grazing.  This decision requires BLM to identify key forage, nesting, and spawning areas in areas that have "developments."  Past chainings and water developments clearly are among the list of developments that should be considered in this DEIS.

SSA-1   The BLM must consider special species in the Monument in the context of livestock grazing.  Domestic livestock grazing in riparian areas has lead to most riparian areas failing to meet habitat needs for raptors.  In upland areas, substantial loss of plant community diversity and biomass has lead to long-term decline in prey populations for a number of raptors listed as special species.

SSA-21   BLM must designate protected "activity centers" of Mexican spotted owls in accordance with the spotted owl recovery plan.  BLM should report these designations and manage grazing to ensure that existing owl habitat provides for the needs of this species, especially the need for an adequate prey supply.  BLM must determine the required prey density needed for owl recovery and assess whether livestock grazing will allow for adequate prey supplies. Grazing decisions must emphasize restoring habitat function for the owl.

SSA-22   An inventory for the southwestern willow flycatcher is underway in GSNM.  BLM should report the findings of this inventory and identify those habitats that meet and do not meet the flycatcher's needs.  Grazing, in particular, can impact this habitat.  Grazing decisions must emphasize restoring habitat function for the flycatcher.

*2.2.5.2 GSENM Management Plan objectives for streams and riparian Areas.*  Similarly, the Management Plan establishes management objectives for riparian areas which must be

---

BLM_0080460

reflected in grazing management practices and decisions:   Specifically, BLM is to manage "riparian areas so as to maintain or restore them to properly functioning condition and ensure that stream channel morphology and functions are appropriate to the local soil type, climate, and land form."  Again, many of the decisions implemented to achieve these objectives are self-explanatory.  However, additional considerations include:

SSA-9       For those allotments with perennial streams, BLM is required to assess that stream's natural flow and whether any past or proposed grazing use or water development will prevent attainment of natural flows.

RIPA-3      BLM is required to identify those actions that are needed to ensure impaired riparian areas are making significant progress toward properly functioning condition, and to monitor the improvement of riparian health in these areas. The Grazing DEIS must report the recovery actions that have been implemented, detail the monitoring that is in place, and describe how grazing is not conflicting with recovery in these areas.

RIPA-6      Grazing decisions should describe how future permitted grazing use will comply with the need to remove exotic riparian plants and allow for full recovery of the invaded habitat.

*2.2.5.3 GSENM Management Plan objectives for soils.*  In addressing management of uses to protect soils, BLM has committed to protection of a key ecological component rarely considered in grazing decisions in the past.  However, the Management Plan, coupled with the agency's statutory and regulatory obligations, require that BLM take this issue head on. Specifically, BLM must manage uses to prevent damage to "soil resources" and ensure the health and distribution of biological soil crusts is "maintained or improved."  Management Plan at 21.   Moreover, the agency must consider, relative to the decisions implementing this objective:

SOIL-1      Perhaps the most widespread, single damaging activity to soils is livestock grazing as traditionally practiced.  In this DEIS, BLM must identify where biological crusts have been damaged by grazing practices, and for those areas with damaged crusts, the grazing decision should include a recovery program.

*2.2.5.4 GSENM Management Plan objectives for vegetation.*  Recognizing the importance of this Monument resource, the GSENM Management Plan requires BLM to "achieve a natural range of native plant associations.  Management activities will not be allowed to significantly shift the makeup of these associations, disrupt their normal population dynamics, or disrupt the normal progression of these associations."  While many provisions of the Management Plan relative to vegetation are straight forward, this does not make them any less important to sound decision-making and appropriate management of livestock grazing.  Other considerations include:

VEG-3       Livestock grazing, as has traditionally been practiced, is perhaps the most all-encompassing surface disturbing activity found in the monument.  Clearly, the

BLM_0080461

grazing DEIS will need to assess the impacts of livestock grazing to vegetation.

SSP-2    Grazing permit operators often drive cross-country as part of their work to maintain grazing facilities, distribute supplemental food and water, and manage livestock. These actions impact the vegetative community, especially special status plant communities.

RHG-9    BLM has made an effort to identify relict plant communities, which are often important as ecological reference areas. Unfortunately, most grazing allotments lack suitable, ungrazed representative reference areas – and thus - relict plant communities.

NW-7    To prevent the introduction of noxious weeds, BLM requires certified weed free hay and the cleaning of machinery used outside the Monument. This should include livestock operator equipment driven in the monument. Many of the trucks, trailers, and ATVs that grazing operators use also operate outside the Monument. Special stipulations should be attached to each grazing permit.

NW-8    Monitoring plots are to be established to assess the effectiveness of noxious weed control. As part of the grazing management program, these plots should assess the impact that continued grazing has on noxious weed control. Grazing exclosures should be a part of this monitoring program.

SEED-1    After fires, a number of factors influence the need to reseed and its potential success. In places where fire has recently occurred, the grazing EIS should describe the application of these factors when making a grazing management decision.

REV-1    Restoration and revegetation also involves a number of factors. BLM should consider the kind of livestock grazing that can occur while still allowing recovery goals to be met.

*2.2.5.5  GSENM Management Plan objectives for water.*  The Management Plan requires BLM to "ensure that the appropriate quality and quantity of water resources are available for the proper care and management of the objects of the Monument," and undertake or sponsor research "to improve management of water." More specifically, the Management Plan specifies:

WAT-1    "New water development for other uses could be permitted for . . better distribution of livestock when deemed to have an overall beneficial effect on Monument resources . . ."

This provision has several ramifications. First, as suggested above, because any new water development is not an existing grazing use, any such project is subject to the Proclamation's substantive requirement that protection of Monument resources prevail

BLM_0080462

over any other resource decision.[6]  Given that upland soils and native vegetation are primary Monument values, it would be difficult, if not impossible to justify subjecting more upland areas to grazing when this use will damage these values.

Second, this provision requires BLM to make two findings before approving a water development – that the project results in better distribution of livestock and that it will benefit the land.  This former finding must be documented, rather than based on conjecture.  The second finding would be again be difficult to support.  Relevant studies show that the supposed redistribution of grazing through water development has not benefited the land.  Rather, the construction of water developments in arid and semiarid areas has led to the degradation of upland soils, vegetation, wildlife habitat, scenery, and aesthetic qualities (Feller, 1997, McAuliffe 1997).  Thus, the Proclamation, Management Plan and the adverse impact of new water developments combined to suggest that new developments cannot be justified in the Monument.  Therefore, grazing practices in the Monument should not rely on this management tool.  Moreover, before any such project is approved, BLM should analyze past water distribution projects and assess their impact on the soil and plant community.

*2.2.5.6 Compliance with the Management Plan.* Finally, this document establishes that current grazing practices are seriously out of line with the Management Plan.  At the same time, the analysis and management recommendations outlined in this guidance document show that only in adopting the grazing practices and analyses presented, can BLM comply with the obligations set forth in the Management Plan.

## 2.3  Fundamentals and Standards and Guidelines

The Fundamentals of Rangeland Health and Standards and Guidelines, 43 CFR § 4180, are binding regulations which require the BLM to "promote healthy sustainable rangeland ecosystems," and ensure these ecosystem components are "properly functioning." 43 CFR § 4100.0-2.  By adhering to the regulations, the BLM will both protect and restore ecosystem values on grazed public lands and provide for the "sustainability of the western livestock industry and communities that are dependent upon productive, healthy public rangelands."  Id.

The Fundamentals of Rangeland Health direct BLM to manage livestock grazing so that:

"[W]ater quality complies with State water quality standards and achieves, or is making significant progress toward achieving, established BLM management objectives such as meeting wildlife needs," 43 C.F.R § 4180.1(c);

---

[6] This substantive requirement goes beyond the factual finding made by the Proclamation that Monument resources and objects are of particularly high value to the American people.

BLM_0080463

"[E]cological processes. . . are maintained, or there is significant progress toward their attainment, in order to support healthy biotic populations and communities," 43 C.F.R. § 4180.1(b);

Watersheds are in, or be making significant progress toward, "properly functioning physical condition, including their upland, riparian-wetland, and aquatic components," 43 C.F.R. § 4180.1(a); and

Habitats must be "restored or maintained" for endangered, threatened and other special status species. 43 C.F.R. § 4180.1(d).

Pursuant to 43 C.F.R. § 4180.2, Standards and Guidelines have been developed for BLM lands in Utah to implement the Fundamentals. In addition to the Fundamentals, the Utah Standards and Guidelines require BLM to consider "the land and its living and nonliving components (soil, air, water, flora, and fauna) . . . **first**." "Only when ecosystems are function properly can the consumptive, economic, political, and spiritual needs of [people] be attained in a sustainable way." The Standards and Guidelines further require that certain conditions reflective of healthy ecosystems be present, such as: 1) sufficient cover and litter to protect soils; 2) the Desired Plant Community; 3) appropriate [f]requency, diversity, density, age classes and productivity of desired native species; and, 4) full support of the beneficial uses of relevant waters. To this end, BLM must undertake specific management actions, such as: 1) [m]aintain viable and diverse populations of plants and animals appropriate for the site; 2) "[p]rovide or improve . . . habitat for Threatened or Endangered Species;" 3) "[a]void grazing conflicts with other species that have the potential of becoming protected or special status species;" and, 4) consider grazing impacts on the quality of the outdoor experience.

BLM's regulations further mandate that grazing permits "shall incorporate terms and conditions to ensure conformance" with these rangeland health fundamentals. 43 C.F.R. § 4130.3-1(c). Additionally, the regulations provide that the "authorized officer shall take appropriate action . . . as soon as practicable, **but not later than the start of the next grazing year** upon determining that existing grazing management needs to be modified to ensure" that these rangeland health fundamentals are satisfied. 43 C.F.R. § 4180.1 (emphasis added); 43 C.F.R. § 4180.2(c); Idaho Watersheds Project v. Hahn, 187 F.3d 1035 (9th Cir. 1999) (43 C.F.R. § 4180.2(c) requires concrete changes to grazing practices where BLM makes triggering determination).

Thus, BLM must manage grazing so that this use does not interfere with healthy ecosystems. The management prescriptions in this document focus on how BLM can achieve this mandate. Section 4.1 of Chapter 4 of this guidance document specifies how BLM should make assessments to evaluate compliance with the Fundamentals and Standards and Guidelines. Appendix A details how the agency should determine whether grazing is the cause of non-compliance with the regulations, thereby triggering corrective management action pursuant to 43 C.F.R. § 4180.1 and 43 C.F.R. § 4180.2(c). Chapter 3 and Appendix A point to reams of studies and analyses that show the adverse impacts grazing has on the very ecosystem values that the Fundamentals and Standards and

BLM_0080464

Guidelines are designed to protect.  Chapter 3, Sections 3.1 and 3.2 show that many of the ecosystem values in the Monument are seriously ailing under present grazing management. Finally, Chapter 4 and Appendix B establishes how BLM can begin the process of complying with the Fundamentals and Standards and Guidelines by reducing stocking rates, reducing utilization levels, closing riparian areas to livestock use, changing seasons of use to avoid grazing in the growing season and otherwise implementing the strategies presented in this document to fulfill its obligation to put ecosystem health first.

## 2.4  Clean Water Act

The goal of the Clean Water Act (CWA) is to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters."  To this end, the CWA requires federal agencies to comply with state water quality standards.  33 USC §§ 1323, 1313. Moreover, FLPMA requires land use plans to provide for compliance with applicable pollution control laws, including state water quality standards.  43 USC  1712 (c)(8).[7]

In 1987, Section 319 was added to the CWA to provide additional emphasis on preventing and correcting nonpoint source pollution problems.  In response, the State of Utah has incorporated narrative biological criteria into its state water quality standards which state that:

> [I]t shall be unlawful . . . to discharge or place any waste or other substance in such a way as will be or may become offensive such as unnatural deposits . . . or cause conditions which produce undesirable aquatic life . . . or result in concentrations or combinations of substances which produce undesirable physiological responses in desirable resident fish, or other desirable aquatic life . . . . Utah Admin. Code R317-2-7.2 (narrative standards).

The State of Utah has designated several stream segments within the Monument as Category 1 High Quality Waters which are thereby subject to an enhanced anti-degradation standard.  Utah Admin. Code R317-2-3.2.  These segments, "determined by the [State] to be of exceptional recreational or ecological significance" include the main drainage and the tributaries of:  1) Calf Creek; 2) Sand Creek; 3) Mamie Creek; and 4) Deer Creek. Utah Admin. Code R317-2-12.  State standards require the maintenance (or anti-degradation) of the **existing** high quality of these waters by, *inter alia*, controlling nonpoint sources of waste "to the extent feasible through implementation of best management practices or regulatory programs."  Utah Admin. Code R317-2-3.2.

---

[7] As mentioned above, the Fundamentals and Standards and Guidelines require the BLM to manage public lands subject to grazing to comply with water quality standards and to achieve management objectives such as meeting wildlife needs.  43 CFR § 4180.1(c); Utah Standard 4 ("BLM will apply and comply with water quality standards established by the State of Utah (R.317-2) . . . . Activities on BLM Lands will fully support the designated beneficial uses described in the Utah Water Quality Standards . . .").

BLM_0080465

As the Management Plan indicates, BLM has undertaken a water quality monitoring program at 60 sites in the Monument "to ensure that Sate and Federal water quality standards are met." Management Plan at 35. The results of this monitoring plan must be incorporated into grazing management on the Monument. Specifically, as this document shows, science has established an indisputable connection between livestock grazing and increased erosion and therefore sediment loading in streams. At the same time, livestock are responsible for the denuding of stream banks, leading to increased temperatures in the water and for depositing fecal matter directly into the stream, thereby increasing levels of fecal coliform and nutrients. Given this link, BLM must respond where there are elevated temperatures, sediments and/or levels of fecal coliform by undertaking the prescriptions described in Chapter 4, Section 4.7.1 to reduce erosion and increase appropriate vegetation in riparian areas.

Of note is that the Department of Water Quality (DWQ) is no longer listing waters as impaired based on increased levels of sediments. This is because DWQ has not determined appropriate or inappropriate sediment levels for Utah's waters. Because a stream may not be listed as impaired for sediments does not mean that it is meeting its beneficial uses and does not mean that it is meeting Utah's water quality standards.

Rather, as the Environmental Protection Agency (EPA) has confirmed, excessive sediments impair a water's beneficial uses:

> [e]xcessive sediments deposited on stream and lake bottoms can choke spawning gravels (reducing survival and growth rates), impair fish food sources, fill in rearing pools (reducing cover from prey and thermal refugia), and reduce habitat complexity in stream channels. Excessive suspended sediments can make it more difficult for fish to find prey and at high levels can cause direct physical harm, such as clogged gills. *Protocol for Developing Sediment TMDLs*, EPA 1999 (EPA 841-B-99-004).

The above report goes on to state:

> Thus, whether pursuant to narrative or numerical standards, BLM must evaluate all waters to determine whether aquatic life is being impaired by sediments. This is particularly true of the Escalante and Paria rivers and Calf Creek where excessive levels of sediment have long been a problem. *See* Management Plan at 34. If sediment levels are not sufficiently indicative of a failure to meet state water quality standards, assessments should include benthic macroinvertebrate data, diurnal dissolved oxygen data, habitat quality evaluations, and fisheries data. Only this way can BLM actually determine if the waters in the Monument are meeting their beneficial uses.

## 2.5  Endangered Species Act and Wildlife Protection

BLM_0080466

The ESA 1) requires all federal agencies to use their authority to conserve endangered and threatened species, 16 U.S.C. §§ 1531(c)(2), 1536(a)(1); 2) requires each federal agency to "insure" that any action it authorizes is not likely "to jeopardize the continued existence of any endangered species or threatened species," Id. § 1536(a)(2);  3) requires federal agencies to consult with, in this case, the Fish and Wildlife Service (FWS), before deciding to carry out or authorize any action that might have an effect on these species; 4) and prohibits federal or state agencies from taking endangered or threatened species.  16 U.S.C. § 1538; 4180 C.F.R. § 4180.1 (d) (BLM must ensure that "[h]abitats are, or are making significant progress toward being, restored or maintained for Federal threatened and endangered species . . . .); Utah Standards and Guidelines, Standard 3 (same).

Again, this document is replete with references to peer-reviewed science that establishes the significant adverse impact that livestock grazing has on wildlife habitat generally, and the southwestern willow flycatcher and Mexican spotted owl specifically.[8] Where BLM is obligated to advance the recovery of listed and special status species, this adverse impact is inappropriate.  Thus, BLM is required to consider the presence of special status species or their habitat and the harm caused to this habitat by livestock in making its determination of whether an area should be grazed.  If the BLM determines grazing is appropriate, management of livestock should guarantee that habitat for these species be of high quality.

Moreover, this duty to "manage uses to prevent damage to fish and wildlife species and their habitats is echoed in the Management Plan.  Management Plan at 12.  Moreover, the plan obligates BLM to "place a priority on protecting riparian and water resources as they relate to fish and wildlife . . . ."  Id.  BLM has also promised that grazing management changes in the Monument "will provide protection for listed and sensitive species . . . ." Id. at 14.

At the same time, BLM's own data confirms that many wildlife habitats in the Monument are in ailing condition.  Ecosystem values are not properly functioning or not functioning at all.  Utilization and stocking levels are often so high that the vegetation that provides cover and forage for wildlife is close to non-existent.

Thus, to meet its obligations to protect wildlife, BLM must significantly alter current grazing management practices.  This means that the agency must undertake the assessments and methodology presented in this document and incorporate the science presented here to ensure that the Monument's wildlife will no longer exist in peril under the influences of excessive livestock use.

## 2.6  National Wild and Scenic Rivers Act

In creating the National Wild and Scenic River System, Congress declared that:

---

[8] These are the two federally listed species that generally receive the most attention in GSENM.

BLM_0080467

selected rivers of the Nation which, with their immediate environments, possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural, or other similar values, shall be preserved in free-flowing condition, and that they and their immediate environments shall be protected for the benefit and enjoyment of present and future generations.

To implement the WSR Act, the BLM manual requires the agency to manage eligible rivers, tentatively classified as wild, scenic, and/or recreational so that "activities and authorized uses shall not be allowed to adversely affect either eligibility or the tentative classification. . . ."  BLM Manual § 8351.32C.  This, together with other provisions of the BLM Manual means that the agency may make a determination in the RMP process to manage an eligible river segment for preservation of WSR Act values. *See*, BLM Manual § 8351.33A.  Such a determination is authorized under section 202 of FLPMA.

In the Management Plan, BLM made such a determination.  After finding 252 miles of stream segments suitable for inclusion in the WSR system, which "will be recommended for Congressional designation into the National Wild and Scenic River System," BLM stated "[t]hose streams found suitable will be managed for protection of the resources associated with the stream."  Management Plan at 61.  Thus, BLM must protect the values which make the water a worthy addition to the WSR system.  These include values which are vulnerable to livestock grazing, such as:  1) high scenic quality; 2) high recreational use: 3) important fish and wildlife habitat; 4) historic homestead and routes; 5) prehistoric sites and rock art; 6) riparian areas; 7) bird habitat, including habitat for southwestern willow flycatcher, peregrine flacon, and Mexican spotted owl; 8) threatened plants; and, 9) fish habitat.

This document is relevant to BLM's obligations under the Management Plan relative to the WSR Act in several ways.  First, it presents science which confirms that livestock grazing does have a significant adverse effect on the very values which make the suitable stream segments eligible for designation under the WSR Act.  Second, it shows that livestock grazing as currently practiced in the Monument is adversely affecting these values – sensitive wildlife and fish habitats are being jeopardized by over utilization, riparian areas are not properly functioning and scenic and cultural resources are being destroyed.  Thus, these practices cannot continue.  Finally, this document presents the methodology, analysis and prescriptions for a grazing system that will be significantly more in keeping with BLM's obligations under the Management Plan.

## 2.7  National Historic Preservation Act

NHPA establishes a policy that "the historical and cultural foundations of the Nation should be preserved as a living part of our community life and development in order to give a sense of orientation to the American people."  16 U.S.C. § 470.  "The preservation of this irreplaceable heritage is in the public interest so that its vital legacy of

---

BLM_0080468

cultural, educational, aesthetic, inspirational, economic, and energy benefits will be maintained and enriched for future generations of Americans."  Id.  Accordingly, BLM must "administer federally owned, administered, or controlled prehistoric and historic resources in a spirit of stewardship for the inspiration and benefit of present and future generations."  16 U.S.C. § 470-1.

To this end, the NHPA requires the BLM to assume "responsibility for the preservation of historic properties which are owned or controlled by" the agency.  16 U.S.C. § 470h-2.  Specifically, the BLM must establish "a preservation program for the identification, evaluation, and nomination to the National Register of Historic Places, and protection of historic properties."  16 U.S.C. § 470h-2(2).  This program must ensure "that historic properties under the jurisdiction or control of the agency, are identified, evaluated, and nominated to the National Register."  16 U.S.C. § 470h-2(2)(A).

In addition, BLM must "take into account the effect of [any "proposed Federal or federally assisted"] undertaking on any district, site, building, structure, or object that is included in or eligible for inclusion in the National Register."  16 U.S.C. 470f.  Properties that are eligible for the National Register include those "that have yielded, or may be likely to yield, information important in prehistory or history."  36 C.F.R. § 60.4.

The Proclamation recognizes the outstanding importance of the cultural resources in the Monument, declaring that the area:

> was a contact point for the Anasazi and Fremont cultures, and the evidence of this mingling provides a significant opportunity for archeological study. The cultural resources discovered so far in the monument are outstanding in their variety of cultural affiliation, type and distribution.  Hundreds of recorded sites include rock art panels, occupation sites, campsites and granaries.  Many more undocumented sites that exist within the monument are of significant scientific and historic value worthy of preservation for future study.

> The monument is rich in human history.  In addition to occupations by the Anasazi and Fremont cultures, the area has been used by modern tribal groups, including the Southern Paiute and Navajo.  John Wesley Powell's expedition did initial mapping and scientific work in the area in 1872. Early Mormon pioneers left many historic objects, including trails, inscriptions, ghost towns such as the Old Paria townsite, rock houses, and cowboy line camps. . .

Indeed, inventories show "extensive use of places within the monument by ancient Native American cultures" and many more "significant" sites have yet to be documented. Id.  At the same time, the Management Plan recognized that this vast array of cultural resources within the Monument can be directly and severely threatened by grazing:

---

BLM_0080469

Livestock grazing has the potential to impact archaeological and historic resources directly by trampling artifacts, mixing cultural materials, pushing over standing structures, rubbing on rock art panels, concentrating use in alcoves, and surface disturbance from construction of range facilities. Indirectly, livestock use has potential to impact archaeological and historic resources by accelerating erosion, leading to destruction of standing structures and uncovering buried artifacts, which may subsequently be trampled. Additionally, concentrating use around range facilities has the potential to impact sites in close proximity to these facilities.

Final EIS at 3.10. Indeed, inventories show "extensive use of places within the monument by ancient Native American cultures" and many more "significant" sites have yet to be documented. Id. The indirect adverse effects of livestock grazing include "accelerating erosion, leading to the destruction of standing structures and uncovering buried artifacts, which may subsequently be trampled." Id. Moreover, where livestock concentrate, such as around water developments or in riparian areas, "has the potential to impact sites in close proximity to" these areas.

In the immediately adjacent Glen Canyon National Recreation Area, the Park Service made alarming conclusions regarding the impairment to cultural resources caused by grazing. The Park Service recognized that cattle trampling quickly affects masonry structures, perhaps the most vulnerable sites, by displacing masonry elements, toppling walls, churning fill, undermining walls and foundations, and destroying interior features. Glen Canyon EA at 27. Long term grazing can result in the total loss of the structure. Id. The agency notes that the stirring and churning of soils caused by livestock use can also obscure subterranean and semi-subterranean structures. EA at 28.

The Park Service also specifies that artifact concentrations and caches are "extremely susceptible to dispersal and destruction as a result of trampling," resulting in broken and damaged pieces, decreased visibility and the complete loss of critical scientific information. Id. at 28. Construction features and information on their use and diversity "are also easily lost or destroyed by grazing livestock." Id. Livestock trailing across midden concentrations can cause severe impacts and "valuable deposits containing perishable baskets and sandals, as well as vegetal and organic remains are often completely destroyed as a result." Id. Cattle even destroy rock art when they rub themselves on cliff faces. Id.

Not surprisingly, the Park Service has documented that of 130 sites regularly assessed, 25 percent have been impacted by cattle:

It is common to find sites where structures are visible only as chunks of mortar scattered amount the dung . . . . Wherever livestock have access, surface artifacts are rare. The integrity of artifact concentrations is lost, and the artifacts themselves are not visible . . . . Midden deposits containing perishable items . . . are actually torn up or churned by livestock. EA at 28.

---

BLM_0080470

The impacts of livestock are compounded because livestock congregate in riparian areas, the very places where "some of the richest archeological deposits in this nation" are located. EA at 29. Indeed, the Park Service estimates that between 9 and 43 percent of riparian cultural sites have been adversely impacted by livestock. Id.

The Park Service comments that other surveys show "even higher levels of grazing impacts." Id. at 29. Near Hite, livestock have damaged 86 percent of the recorded sites. Id. The benchlands above Wahweap and Warm Creeks suffered similar rates of destruction, with 44 percent of Grand Bench sites, the highest concentration in the area, showing "significant evidence of damage by livestock." Id.[9]

As the evidence asserts and BLM itself admits, ongoing livestock use in the Monument is significantly damaging, if not destroying cultural resources. In allowing this devastation to occur, BLM is violating the law. Recognizing its obligations, BLM states that it will manage uses, including grazing, "to prevent damage to archaeological resources . . . ." Management Plan at 11. This effort is to be accompanied by intensive surveys to identify the location of previously undocumented cultural resources. Id. Moreover, should BLM determine impacts to cultural resources are occurring, it must construct "fences or other barriers" or otherwise "protect archaeological and historic resources." Final EIS at 3.12-3.13.

Thus, grazing management on the Monument must include immediate steps to protect the vulnerable and irreplaceable cultural resources there.[10] Wherever the agency knows of livestock damage to resources or the potential of this damage, the agency must close the area to grazing. In regions that have been inventoried for cultural resources, grazing should also be eliminated wherever cultural resources exist in areas where livestock normally congregate: e.g., near fences and water sources, in alcoves, and under shade trees. In regions that have not been inventoried, BLM should immediately undertake Class III inventories to ensure that cultural resources are not impacted.

## 2.8 Conclusion

Examination of BLM's statutory and regulatory responsibilities shows that it must undertake a case-by-case determination of whether grazing is an appropriate use of each area in the Monument. This analysis must take place in the context of the agency's obligations to protect Monument and public lands resources and in the context of the science presented here that establishes the significant harm that livestock grazing has on these resource values. Where the agency determines grazing is appropriate it must also manage that grazing in light of documented resource damage and the agency's protective obligations.

---

[9] It is worth noting that under the Archeological Resource Protection Act of 1979 and other federal statutes that a person involved in the destruction of cultural resources would be subject to criminal charges.
[10] As the Glen Canyon EA also acknowledges, the Standards and Guidelines alone will not guarantee the protection of cultural values as required by FLPMA and NHPA. Glen Canyon EA, 31. Therefore, BLM must adopt additional safeguards to protect archaeological and historic resources.

BLM_0080471

# CHAPTER 3 - CURRENT CONDITIONS IN THE MONUMENT

In order to adequately analyze grazing impacts in the Monument and evaluate the current and proposed future grazing program, the DEIS staff must take a hard look at the current conditions in the Monument. This entails performing rangeland health evaluations for both uplands and riparian areas across the Monument (the Monument staff have been completing these evaluations over the past 2-3 years), and then comprehensively considering the results of these evaluations, always with an eye towards cumulative impacts. It means going through all the relevant files for the Monument grazing allotments, and studying everything from historic stocking levels to current permitted use and actual use, to years of trend data and utilization levels for those allotments.

The authors of this report have begun to analyze the completed rangeland health assessments and the various grazing-related data mentioned above. Based on this initial review, below we outline the chief problems related to resource degradation that are obvious in the GSENM (Section 3.1), such as loss of riparian and spring water sources, the spread of exotic plants, the decline of native and rare species, and changes in plant community composition, structure and productivity.

Then, we explain why the above problems are real (Section 3.2) – not just degradation that we suspect has occurred or which we think we see when we visit the Monument. Rather, the level of degradation of these resources is adequately captured by various studies and data collected over the years, chiefly by the BLM but also by other researchers working in the Monument.

Based on the current conditions in the Monument in which rangelands fail to meet the rangeland health standards, an initial assessment of the various causes of degradation should be made, before the formal process of determinations in undertaken. We make the case that, in general, most of the biotic resource degradation evident in the GSENM can be tied in one way or another to livestock grazing (Section 3.3, however, often livestock grazing impacts act in close conjunction with drought, or poor soils, and in these cases the true impacts of grazing are more difficult to tease out). However, we also make the case that problems with monitoring, data collection and even the rangeland health assessment methods themselves and how they are performed and results analyzed can further cloud the issue of what exactly is leading to resource degradation (Section 3.4). Similarly, various problems we see with grazing management in the Monument can compound impacts caused by livestock grazing in GSENM (Section 3.5).

## 3.1 Ecological Health: identifying compromised habitat

When the Monument was founded in 1996, the President made clear that one of the fundamental values for which the National Monument was established was to protect its outstanding biological diversity. The management plan reinforces the objective to manage so as to prevent damage to the GSENM's biological resources (Plan at pgs 3-5).

BLM_0080472

Unfortunately, there are many examples where the natural resources, natural processes, and biological diversity of the Monument are being compromised. Specifically, we see four areas where habitat condition has been severely compromised over time: loss of riparian and spring water sources and habitat, the spread of exotic plants, the decline of native and rare species, and overall changes in plant community composition, structure and productivity.

### *3.1.1 Loss of riparian and spring habitat, and consequences*.

The Monument's management plan is direct in terms of the importance of maintaining riparian zones and wetlands in good health.  The plan states, "the overall objective with respect to riparian resources within the Monument is to manage riparian areas so as to maintain or restore them to properly functioning conditions and to ensure that stream channel morphology and functions are appropriate to the local soil type, climate and landform" (Plan at pg 20). The plan also states, "the BLM will place a priority on protecting riparian and water resrouces as they relate to fish and wildlife" (Plan at pg 12).

Yet, based on the most current field research conducted by the Monument staff,[1] there are currently 71 springs and seeps within the Monument that are either Functioning At Risk (FAR) with a downward trend, or Not Functioning (NF) at all. In addition, 48 riparian areas are in the same poor shape (NF or FAR with downward trend).[1]  Moreover, recent vegetation research conducted in the Monument has found that rare habitats, such as aspen, wet meadows, and riparian areas, are the most heavily invaded habitats by aggressive exotic plants (NREL 2002).

Wetlands, including both riparian areas and springs, are key to the maintenance of biodiversity within the Monument. The Management plan readily acknowledges this, stating, "riparian areas, though totaling less than 1% of the total lands in the Monument, are some of the most productive [and] ecologically valuable…areas" (Plan at pg. 13).  In addition to supporting rich endemic floras, wetlands are the most productive communities in the arid southwest landscape, with riparian areas in particular providing essential habitat for wildlife breeding, wintering, and migration (Ricketts et al. 1999, Stevens et al. 1977).  Riparian habitats in the Southwest are home to the North American continent's highest breeding bird density (Carothers et al. 1974) and more than one hundred state and federally threatened and endangered species (Johnson 1989).  As such, these riparian areas are therefore crucial for much of the Monument's wildlife. Although most terrestrial vertebrates in the Monument use a large range of habitats, most are dependent on stream, riparian and other wetland habitats during either seasonal migrations or seasons and years when surrounding habitats are dry and unproductive. Riparian corridors are essential not only to migratory vertebrates but to fishes and small terrestrial vertebrates and invertebrates, which are distributionally restricted to these unique habitats (Davidson 1999).  Two of seven recognized centers of endemism for fishes of the western United States are within the Monument, and these organisms clearly rely on functioning streams and rivers (Belnap 1998, Davidson et al. 1996).

---

[1] Lentic and lotic PFC assessments were conducted by Monument staff between 1993 and 2002

BLM_0080473

Some of the rarest species in the Monument and the most spectacular biotic assemblages are those associated with the springs and seeps that dot the landscape within the Grand Staircase- Escalante region (Rushforth 1999). Just as areas with distinctive soil types are inhabited by their own special floras, the uniqueness of spring and seep habitats usually translates into unusual species communities. Isolation may lead as well to genetic differentiation, in which particular sub-populations of plants and animals have adapted to local conditions in a given spring or seep (EDF 1995, Davidson 1999). Moreover, because of the relative isolation of these sites from other areas of similar habitat, their recovery from any form of disturbance is likely to be impeded markedly by the difficulty of recolonization from similar habitats that may be miles away.

When springs and riparian areas are degraded and not functioning properly, a myriad of secondary effects ripple through the ecosystem and biotic communities. For example, one symptom of degraded riparian zones is a lowered water table, which in turn reduces the capacity for water storage in the system, and ultimately reduces or eliminates perennial flows (Chaney et al. 1993, EPA 1993). Degraded streams tend to see accrual of sediments in the channel, alteration of channel substrates, transformation of pools to riffles, widening of the channel, and channel incision. This type of loss in stream channel integrity and diversity is a deleterious modification of aquatic habitat (EPA 1993), with potentially profound effects on aquatic organisms (Platts 1991). Functioning-at-Risk and Non-Functioning riparian zones also have less plant cover to absorb rain and protect the soil from wind and rain erosion (Ellison 1960), and to trap sediment in the stream channel (Carter 2000). Degraded streams also experience increases in stream temperatures through lower summer flows, widening of the stream channel (thus exposing more water surface to solar radiation), and increased solar exposure due to reduced shade from streamside vegetation and to loss of undercut streambanks (Belsky et al. 1999). Increased temperatures can in turn impact fish populations, because of decreases in dissolved oxygen levels triggered by the higher temperatures.

As stated previously, life forms relying on healthy aquatic habitats on the Colorado Plateau include invertebrates, reptiles, amphibians, fish, birds, and mammals. Birds are often referenced as one of the significant suites of species relying on healthy riparian zones. Participants in studies at the High Desert Ecological Research Institute state that "the loss of riparian habitats has been suggested as the most important cause of population decline among land bird species in western North America" (Dobkin et al. 1998). Degradation of riparian habitats, in terms of simplification of riparian habitat structure and composition, and invasion of riparian zones by exotic weeds, has negative repercussions for wildlife, especially neotropical migrants.

### *3.1.2 Significant changes in vegetation composition, structure and biomass, and consequences*. The Monument's Management Plan emphasizes the importance of ensuring that vegetative communities – including cryptobiotic soils – are in a natural, functioning state. The Plan underscores the importance of managing for potential natural communities of native vegetation types: "the Monument will be managed to achieve a

BLM_0080474

**natural range** of native plant associations.  Management activities will not be allowed to significantly shift the makeup of those associations, disrupt their normal population dynamics, or disrupt the progression of those associations" (Plan at pg 22, *emphasis added*).

*3.1.2.1 Structural/Functional health of GSENM plant communities*: Based on the most current field research conducted by the Monument staff,[2] 63 different upland rangeland health assessment sites representing 26 allotments received failing scores (1 or 2) for Upland Health Indicator #12 (Functional and Structural Groups), indicating that these sites are far from a natural state of normal function and structure for those vegetative communities.  This indicates a substantial alteration of structure and function of native vegetation communities in the Monument, and is alarming given the weight the Monument's management plan puts on maintaining these resources in a healthy state.

The structural changes in the plant communities in the Monument have profound impacts on native wildlife and their habitat.  While many would not consider grasslands to have naturally high structural diversity, grasslands do have a vertical structure that develops over time, both within a growing year and from one year to the next, and which is essential to the functions performed by grasslands.  Live and dead standing plants together with fallen dead plant material create the structural diversity and the microclimates necessary to support essential soil microorganisms as well as many species of wildlife (Feller and Brown 2000).

Indeed, loss of structural diversity has many negative repercussions for rangeland wildlife.  For example, low structural diversity of desert vegetation has been linked to low diversity of the native rodent assemblage (Rosenzweig and Winakur 1969).  A lack of structural diversity at the ground cover layer can affect the nesting success and chick survival for ground-nesting birds such as sage grouse that require low-statured sheltering near the nest (Hein et al. 1980, Webb 1993).  A diverse shrub and ground cover layer is important for shading many animals in the desert heat, as well as providing a thermal cover that moderates both high and low temperature extremes (Feller and Brown 2000).  A lack of litter can impact other ground-nesting animals such as harvest mice (*Reithrodontomys megalotis*) that require litter for their nests (Jones 2000).  Structural diversity of vegetation in riparian zones has shown to be of paramount importance to various species of birds ranging from neotropical migrants (Hubbard 1987, Taylor and Littlefield 1986) to Mexican spotted owls (Rinkevich 1991, Willey and Van Riper 1993).  Riparian structural complexity allows more options for foraging, allows riparian birds to avoid detection by avian predators such as northern goshawks and great horned owls, and is also important for creating cool microsites for somewhat "heat intolerant" bird species (Stacey and Hodgson 1999).

---

[2] The upland assessments used in this DEIS were performed by GSENM staff between summer 2000 and December 2002.

BLM_0080475

*3.1.2.2 Another measure of structure - Cryptobiotic Soils*: Cryptobiotic soils provide yet another structural component of vegetative communities in the desert southwest. The Management Plan states, "the overall objective with respect to soil resources within the monument is to manage uses to prevent damage to soil resources and ensure that the health and distribution of biological soil crusts is maintained or improved" (Plan at pg 21). The Monument staff has made it clear that they fully understand the considerable problems caused by loss of cryptobiotic soils, as evidenced in their treatment of these important crusts in the EAs that analyzed whether it was appropriate to retire AUMs on a handful of Monument allotments (i.e. Clark Bench, Willow Gulch allotments). In these analyses the EAs debunk Alan Savory's suggestion that the presence of well-developed biological soil crusts are indicative of poor range condition (BLM 2002a), and acknowledge that the Monument "ha[s] the potential to support a near-continuous cover of cyanobacteria-dominated crusts in interspaces among rocks and vascular plants" (BLM 2002a, p. 13-14, BLM 2002b, p.12). These EAs also documented that at some sites, cryptobiotic soils were "moderately reduced relative to potential" (i.e. at two assessment sites – E0068 and E0069 on the Clark Bench allotment, BLM 2002a).

Tom Stohlgren and his team from the Natural Resource Ecology Lab at Colorado State University have been recently conducting a comprehensive and ongoing (5 year) landscape-scale assessment of vegetative cover in the Monument, and have established 367, 1 km$^2$ modified-Whittaker vegetation plots throughout the Monument. This team has found that when averaging cryptobiotic crust cover across these 367 plots, average cover of crusts was only 24.4% (Stohlgren et al. 2001). Other studies of crust cover in relict sites reveal that anywhere between 38% to near 100% cover of cryptobiotic soils is typical in the soil types typical of the Monument (e.g. West 1983c; John Carter, unpublished data collected in GSENM, 2003).

The substantial loss of cryptobiotic soil cover in GSENM is of great concern. Cryptobiotic crusts, which were historically widespread in western arid lands, are being rapidly depleted across rangelands today. These crusts increase the stability of otherwise easily erodible soils, create excellent microsites for native seed germination, increase water infiltration in a region that receives limited precipitation, and increase fertility of xeric soils often limited in essential nutrients such as Nitrogen and Carbon (Johansen 1993, Belnap et al. 1994).

*3.1.2.3 Plant community productivity*: As evidenced elsewhere in this document, the Monument's vegetative communities are clearly suffering from a drastic loss of forage productivity over the years. Loss of productivity, or overall vegetative biomass, can have many negative repercussions for ecological processes and biological health of rangelands. Natural levels of plant productivity ensure appropriate levels of cover necessary to provide forage and cover for native wildlife, as well as preventing unnatural levels of soil erosion.

BLM_0080476

Measures of productivity are required by law. As we point out in Chapter 2, these are binding standards that may make continued resource productivity one of the very highest management criteria for GSENM.

In closing, we wish to draw to the BLM's attention that some of the vegetation communities in GSENM are far worse off than others. Below (Figure 3.1), we have graphed the ratio of sites with "poor" Rangeland Health Assessment ratings (at least one of three land-health attributes are 3 or below) to those with "high" Rangeland Health Assessment ratings (all land-health attributes rated 4 or above) for each of the seven chief community types in GSENM. One would hope that most ratios would hover around a "1" (or, 1:1 ratio) or below, or that there are not more "poor" sites than "high" sites in any community type. Unfortunately, as Figure 3.1 shows, all community types but one are above the 1:1 ratio, and semidesert grassland and seeded pasture are well above the line, indicating that these vegetative communities are currently faring much worse than most. Indeed, it seems that only pinyon juniper communities are faring well.

**Figure 3.1** Preliminary Ranking of Community Types by Degree of Diminished Land Health, GSENM, Using a Low:High Land-Health Ratio*



*Ratio = (assessments with 'low' ratings) / (assessments with 'high' ratings)
 'low': at least one of three land-health attributes rated as 3 or below
 'high': all land-health attributes rated 4 or above

### 3.1.3  Spread of exotic plants, and consequences.

The Monument's Management Plan states, "the BLM will place a priority on the control of noxious weed species and prevent the introduction of new invasive species" (Plan at pg 22). In addition, E.O. 13112 on exotic species states that federal agencies shall "prevent the introduction of invasive

BLM_0080477

species." The Monument staff has made it clear that they fully understand the considerable problems caused by exotic plants, as evidenced in their treatment of exotics in the EAs that analyzed whether it was appropriate to retire AUMs on a handful of Monument allotments (i.e. Clark Bench, Willow Gulch allotments, BLM 2002a and 2002b).

The Monument is currently suffering a significant and persistent invasion of exotic weeds. A comprehensive and ongoing (5 year) landscape-scale assessment of exotic plant diversity in the Monument, conducted by Stohlgren et al. from the Natural Resource Ecology Lab, have found exotic frequency and coverage to be a considerable problem within the Monument (NREL 2002). So far, this team has documented 44 non-native species on the Monument, seven of which were found to be highly invasive (*Bromus tectorum, Erodium cicutarium, Poa pratensis, Salsola iberica, Tamarix* spp., *Taraxacum officinale*, and *Tragopogon dubius*). Over the past 5 years, the team has established 367, 1 km$^2$ modified-Whittaker vegetation plots throughout the Monument. The most recent data collected shows that cheatgrass (*Bromus tectorum*) is the 3rd most common plant on the plots – occurring on exactly two thirds (66.5%) of the 367 plots (NREL 2002). Stohlgren's team also found that rare habitats, such as aspen, wet meadows, and riparian areas, are the most heavily invaded habitats by exotics.

Based on the most current (2000 through 2002) research conducted by the Monument staff, 46 different upland rangeland health assessment sites representing 25 allotments received failing scores (1 or 2) for Upland Health Indicator #16 (Invasive Plants), indicating that these sites are far from a natural state for these native vegetative communities, which should be virtually free from exotic influences.

Once they are established weeds negatively impact western arid ecosystems in numerous ways. Weed infestations can lead to major changes in community composition (Bock et al. 1986), which often results in reduced biodiversity (Randall 1996) when weeds out-compete and displace certain native plants such as grasses (Rosentreter 1994), and restrict new natives from germinating and spreading. Increased annual exotics in a community, such as cheatgrass, can increase fire frequency by providing much more flammable cover between shrub interspaces than existed historically (Esque 1999, Brooks et al. 1999). Other secondary effects from the invasion of exotics ensue, including altered soil microclimate (Evans and Young 1984), expedited loss of topsoil in xeric environments (Lacy et al. 1989), reduced effectiveness of wildlife habitat  (Davidson et al. 1996, Knick and Rotenberry 1997), and ultimately, such profoundly altered ecosystems that nutrient cycling is disturbed and various disturbance regimes are altered (Mack and D'Antonio 1998).

### *3.1.4.  Imperilment of native species.*

There 46 federal and state-listed threatened, endangered, and sensitive (TES) species known to reside in the Monument. In general, these listed species often have low reproductive potential, restricted geographic ranges, and either persist in small populations or typically experience substantial variation in population size (Terborgh and Winter 1980, Diamond 1984, Pimm et al. 1988, Belovsky et al. 1994). Of course, all of the TES species have specific habitat needs unique to

BLM_0080478

those species.  While some of these species (especially plants) are intrinsically rare due to the unique features of this part of the Colorado Plateau such as climate, position along migratory routes, and distinctive geologic history and unique substrates (Welsh 1978), many of these species are listed because of the undeniable impacts of humans on their habitats over the decades (i.e. sage grouse, which used to be incredibly prevalent across sagebrush step systems throughout the intermountain West).  In general, the mere fact that there are so many imperiled and listed species within the Monument's boundaries should be cause for concern for the BLM.

## 3.2  Supporting evidence of ecological conditions in the Monument

***3.2.1  GSENM assessments***.  Some of the most telling information we have, which paints the clearest picture of the state of the resources in the Monument, is the data, assessments, and evaluations collected and performed by Monument staff.  As we outline below, the BLM's data makes it clear that many of the Monument's biotic resources are degraded or impaired.

3.2.1.1 *PFC assessments*: Based on the most current field research conducted by the Monument staff,[3] there are currently 71 springs and seeps within the Monument that are sufficiently impaired to the point where the Monument must take reparative action: 46 of the springs and seeps were found to be Functioning at Risk (FAR) with a downward trend, and fully 25 of these rare springs were found to not be functioning at all.  A striking indication of the very poor shape these seeps and springs are in is that 71 out of 143 (or, 50%) springs assessed are degraded to the point where corrective action must be taken immediately.  Moreover, the most recent PFC assessments for riparian zones in the Monument[4] revealed that 48 riparian areas within the Monument are sufficiently impaired to the point where the Monument must take reparative action: 27 of assessed riparian zones were found to be Functioning at Risk (FAR) with a downward trend, and fully 21 riparian areas were found to not be functioning at all.  Table 3.1 shows the number of lotic and lentic PFC assessment reaches, per allotment, which are not in Properly Functioning Condition.

3.2.1.2 *Upland rangeland health assessments*: In terms of the uplands in the Monument, the BLM's 2000-2002 assessment results for these areas (using the *Indicators of Rangeland Health* assessment process), indicates that 44 upland assessment sites received average scores (when the scores for the three functional categories are averaged) of less than 3, thus indicating that these 44 sites are not meeting the Standards for Rangeland Health.  Figure 3.1 depicts the number of Rangeland Health Assessment sites, per allotment, which received a score of 3 or less for any of the three main functional assessment categories (soil stability, hydrologic

---

[3]Lentic PFC assessment sites were assessed by Monument staff between 2000 and 2002
[4] Lotic PFC assessment sites were assessed by Monument staff between 1993 and 2002

BLM_0080479

**Table 3.1** The number of times an URH assessment site received a rating of 3 or less for any for any of the three functional categories, and the number of times a riparian area was rated not PFC, for each allotment in GSENM

| Allotment Name | Allotment Number | ACRES | Number of RLH sites with rating of <=3 for any of 3 functional categories | Number of lentic & lotic sites not PFC |
|---|---|---|---|---|
| Alvey Wash | 6001 | 52347 | 10 | 2 |
| Antone Flat | 9999 | 95971 | none conducted | none conducted |
| Big Bowns Bench | 6003 | 18585 | 14 | 2 |
| Big Horn | 6002 | 58551 | 5 | 2 |
| Black Ridge | 6006 | 11644 | 0 | n/c |
| Black Rock | 24008 | 10639 | 3 | n/c |
| Boot | 14009 | 3105 | n/c | n/c |
| Boulder Creek | 6004 | 3085 | 0 | 0 |
| Bunting Well | 25026 | 10375 | n/c | n/c |
| Calf Pasture | 24018 | 2837 | n/c | 0 |
| Cedar Wash | 6005 | 12190 | 8 | n/c |
| Circle Cliffs | 6007 | 37898 | 22 | 4 |
| Clark Bench | 15003 | 25480 | 6 | 0 |
| Cocks Comb | 25055 | 3957 | n/c | n/c |
| Collet | 6008 | 15903 | n/c | n/c |
| Cottonwood | 15004 | 103897 | 26 | 17 |
| Cottonwood Springs | 24027 | 7304 | n/c | n/c |
| Coyote | 5327 | 15427 | 25 | 0 |
| Coyote | 25034 | 32415 | n/c | n/c |
| Death Hollow | 6009 | 19492 | 2 | 2 |
| Deer Creek | 6010 | 17467 | 2 | 2 |
| Deer Range | 25005 | 12219 | 6 | n/c |
| Deer Spring Point | 24030 | 34105 | n/c | n/c |
| Dry Valley | 25006 | 7149 | 7 | n/c |
| Escalante River | 6011 | 36306 | n/c | 0 |
| First Point | 24041 | 2961 | n/c | n/c |
| Fivemile Mountain | 24043 | 18356 | 0 | n/c |
| Flood Canyon | 24044 | 13472 | 0 | 0 |
| Ford Well | 24047 | 9389 | n/c | n/c |
| Fortymile Ridge | 6012 | 56349 | n/c | 4 |
| Franks Resevoir | 5325 | 7126 | n/c | n/c |
| Granary Ranch | 24055 | 2058 | n/c | n/c |
| Hall Ranch | 6036 | 34 | 0 | n/c |
| Haymaker Bench | 6013 | 3180 | 0 | n/c |
| Headwaters | 15011 | 164789 | 44 | 19 |
| Hells Bellows | 24060 | 2521 | n/c | n/c |
| Johnson Canyon | 4121 | 3845 | n/c | n/c |
| Johnson Point | 24065 | 2327 | n/c | n/c |
| Jonson Lakes | 24064 | 10920 | 3 | n/c |

BLM_0080480

| King Bench | 6014 | 54943 | 0 | 0 |
|---|---|---|---|---|
| Lake | 6015 | 20585 | 10 | 19 |
| Last Chance | 6016 | 257555 | 8 | 9 |
| Little Bown Bench | 6022 | 3486 | 0 | n/c |
| Little Desert | 6035 | 2826 | n/c | n/c |
| Lockeridge | 14071 | 5392 | n/c | n/c |
| Lower Cattle | 6017 | 81224 | 7 | 2 |
| Lower Hackberry | 25014 | 19912 | 0 | 3 |
| Lower Sink Valley | 4112 | 2697 | n/c | n/c |
| McGath Point | 6018 | 3141 | n/c | n/c |
| Meadow Canyon | 24081 | 4546 | n/c | n/c |
| Mill Creek | 24082 | 17592 | n/c | n/c |
| Mollies Nipple | 24083 | 103672 | 42 | 0 |
| Moody | 6019 | 43947 | 0 | 0 |
| Mud Springs | 25016 | 15922 | 10 | n/c |
| Muley Twist | 99999 | 45928 | n/c | n/c |
| Neaf | 14086 | 1323 | n/c | n/c |
| Nipple Bench | 25018 | 30805 | 19 | 3 |
| Pet Hollow | 9999 | 13833 | 0 | 0 |
| Phipps | 6024 | 10505 | 0 | 0 |
| Pine Creek | 6023 | 5104 | n/c | 0 |
| Pine Point | 4102 | 9420 | n/c | n/c |
| Rock Creek- Mudholes | 6020 | 73231 | 0 | 11 |
| Rock Reservoir | 5345 | 10320 | n/c | n/c |
| Round Valley | 25020 | 11189 | 8 | n/c |
| Roy Willis | 25054 | 83 | n/c | n/c |
| Rush Beds | 25021 | 18925 | 0 | 4 |
| Salt Water Creek | 6025 | 11877 | n/c | n/c |
| School Section | 14105 | 773 | n/c | n/c |
| Second Point | 4161 | 5870 | n/c | n/c |
| Soda | 6026 | 32549 | 19 | 9 |
| State Block | 25002 | 9289 | n/c | n/c |
| Steep Creek | 6027 | 7625 | 0 | n/c |
| Swallow Park | 14120 | 16529 | 2 | 0 |
| Timber Mountain | 4124 | 7127 | n/c | n/c |
| Upper Cattle | 6028 | 77696 | 2 | 4 |
| Upper Hackberry | 25023 | 22731 | 11 | n/c |
| Upper Paria | 6033 | 81554 | 59 | 16 |
| Upper Varnet | 99999 | 16786 | n/c | 2 |
| Upper Warm Creek | 15024 | 75094 | 3 | 3 |
| Vermilion | 4130 | 44519 | 42 | 5 |
| Wagon Box Mesa | 6029 | 30625 | 0 | n/c |
| Wah Weap | 25025 | 17281 | 0 | n/c |
| White Rock | 6032 | 1373 | n/c | n/c |
| White Sage | 4134 | 2052 | n/c | n/c |
| Willow  Gulch | 6031 | 12354 | 0 | 0 |
| Wiregrass | 4145 | 3507 | 15 | 2 |

BLM_0080481



## Legend

**Total of biotic, water, and soil**



Scored better than 3
1-3
4-6
5-12
13-18
gsenmbound

**Figure 3.1** The number of Rangeland Health Assessment sites, per allotment, which receive a score of 3 or less for any of the three main functional assessment categories (soil stability, hydrologic function, and biotic integrity).

BLM_0080482

function, and biotic integrity).  It is likely that the generally poor showing on the Rangeland Health Assessments in GSENM are driven in a large part by consistently low scores (3 or less) on biotic integrity indicators; Figure 3.2 shows the number of Rangeland Health Assessment sites, per allotment, which received a score of 3 or less for the biotic integrity category.

3.2.1.3 *Utilization:* The Monument's own data on utilization of key forage species, (collected between 1979 and 2002) tells another alarming story.  Out of 1943 records showing utilization levels on key plants, 946 (or 48.6%) of these show utilization levels of 50% or greater, with many cases where utilization rates are 85% and above.  Though the proper utilization rates of preferred forage grasses in southwest deserts is currently a matter of some debate, there is a great deal of consensus that livestock utilization rates of 50% and greater are too high.[5]

3.2.1.4 *Range condition*:  The Monument's Draft Management Plan/DEIS (BLM 1998) reported 37 cases of downward range trend in the Monument, and only 9 cases in which all trend readings in a pasture indicated upward trends only.

All of these factors combined (50% of springs not properly functioning, 48 or 15% of riparian zones not properly functioning, 44 upland pastures not properly functioning, and utilization levels and stocking rates clearly above where they ought to be) describe a serious departure from the ecological goals outlined in the Monument Plan. Overall, about 65% of the grazing allotments in the Monument evaluated thus far have failed to meet at least one of the four standards somewhere on the allotment (which means that the allotment itself has failed to meet standards).  Again, this state of affairs reflects the data collected by the agency itself.  Below, we present several interpretations of the Monument's own data, and additional data collected outside of the agency, to even further the case that the resources in the Monument are in very poor shape indeed.

***3.2.2 Our analyses convey additional information on the state of resources in the Monument***  If the data collected by the BLM is scrutinized and analyzed in a more thorough and slightly different fashion than is currently being done by Monument staff, yet another story can be told.  There is strong evidence that there are many cases in which the resources of the Monument may in fact be in even greater trouble than what the agency's data convey:

3.2.2.1 – When considering the Upland Rangeland Health (RLH) assessment data forms, it is important to scrutinize some telling individual assessment values (scores) and not just use those compiled for groups (soils, water, and biota).  For example, we argue that if certain, particularly key indicators such as RLH #12 (Functional and Structural Groups) and #16 (Invasive Plants) receive scores of 2 or lower, then we would in fact consider the entire assessment area to be FAR, not PFC.

---

[5] See our "Problems with Monitoring" section later in this chapter, and pg 8 (section 3.1.1) of  Appendix A, for more discussion on this topic

BLM_0080483



**Legend**

**Number of survey sites that scored 3 or less**



**Figure 3.2**. The number of Rangeland Health Assessment sites, per allotment, which received a score of 3 or less for the biotic integrity category.

BLM_0080484

In terms of Indicator #12, the rationale behind our special scrutiny of this indicator draws from Part c of Standard 1 and Part b of Standard 2 and Part d of Standard 3 in the Standards and Guidelines which state that the presence of the "desired plant community" identified in the land use plan is a pertinent indicator for evaluating these Standards. It follows logically from the Monument plan decision VEG-00 (plan, at page 22) that the desired plant community is the "potential natural community" reflected in the appropriate NRCS Ecological Site Description for that area. The Clark Bench EA and other permit-buyout EAs provide precedent for this interpretation of VEG-00. Thus, we argue that scores of 2s or below for RLH indicator12 (F/S groups) indicators failure of Standard 1, 2, and 3. It further follows that the assessment site cannot receive a PFC rating with a score of 2 or less for RLH indicator12, even if the average score for the entire assessment is greater than 3. We found 42 separate cases in the upland RLH assessments where assessment sites receiving a 1 or 2 for Indicator 12 still received an overall average rating of 3 or above.

Moreover, the Functional-Group indicator is useful as a stand-alone measure because it's one of the few RLH indicators that is quantitative, and so it can be tied to the Management Plan objectives for vegetation (i.e. the Potential Natural Community as specified in NRCS Ecological Site Descriptions).

The same case can be made for RLH indicator #16 (Invasive Plants). This is also a quantitative indicator and can be linked to a presumed quantitative standard of zero (as laid out in both the Management Plan objectives, and E.O. 11312). For this reason, we stress that an assessment site cannot receive a PFC rating with a score of 2 or less for RLH indicator16, even if the average score for the entire assessment is greater than 3. We found 33 cases in the upland RLH assessments where assessment sites receiving a 1 or 2 for Indicator 16 still received an overall average rating of 3 or above.

3.2.2.2 - By looking at data collected and assessments performed independently of the BLM, we start to see a picture of resources that may be impacted more severely than the Monument's own analyses might suggest:

- An independent group of riparian scientists recently devised an alternative method for assessing proper functioning condition of riparian areas in the Southwest (Stevens et al., in review). As part of the development of this alternative protocol, Stevens et al. field-tested the new method on four different stream reaches in the Monument. While Stevens et al. agreed with the Monument's PFC rating on Deer Creek, Stevens' team did not agree with Monument assessments of PFC for The Gulch and Cottonwood Creek (both which resulted in FAR ratings using the alternative protocol), nor did the team agree with the Monument's FAR rating for Harris Wash (found to be NF with the alternative assessment method).[6]

---

[6] These results were presented by Stevens et al. to the Monument in May of 2002 in a report entitled "Riparian ecosystem evaluation: a review and test of BLM's Proper Functioning Condition assessment

BLM_0080485

- Additionally, another group of researchers has recently independently assessed forage biomass (grasses and forbs) in a number of sites in the Upper Hackberry allotment, focusing on ecological Range Site Types that are prevalent in the Monument.  By performing estimates of ground cover along with clipping studies to determine forage biomass, Catlin et al. (in prep) found that actual biomass of forbs and grasses in numerous Range Site Types were much less than the biomass potential described by the BLM/SCS 1984 Site Write-ups for those soil types.  For example, the researchers found that in all Range Site Types clipped, actual values of forage were anywhere between 25% and 80% less than the potential biomass described by the BLM/SCS 1984 Site Write-ups, often showing differences of hundreds of pounds per acre.

- As mentioned previously, independent field research in the Monument by the National Research Ecology Lab (NREL) in Ft. Collins found that average cover of cryptobiotic soil crusts in the Monument is only 24.4% - lower than would be expected for these soil types (Stohlgren et al. 2001), and that cheatgrass is a significant problem.  This exotic species is likely to be the 3rd most common plant in the Monument – occurring on over 66% of all NREL study plots (NREL 2002).

## 3.3  Causes of Habitat Issues Discussed Above are Generally Tied to Livestock Grazing

The Monument staff is well-aware of the literature that exists that firmly connects the role of livestock grazing in arid lands to degradation of riparian zones and wetlands, alteration of vegetation communities, and spread of exotic plants.[7]  It is clear that the Monument staff is aware of this large body of literature, as it is fairly well-cited in some of the recent grazing related Environmental Assessments (EAs) that have been produced by the Monument (BLM 2002a, 2002b).  As the authors of the upcoming Grazing DEIS are familiar with the scientific literature on this issue, we do not need to go into great detail on this here.

However, there are some examples of grazing impact studies that have been conducted within the Monument's boundaries, and these studies give particular insight into livestock grazing effects on Monument resources.  A study just recently completed by Guenther et al. (in press) in Molly's Nipple allotment compared a long-

---

guidelines."  The most recent version of this manuscript, in review with Journal of Ecological Restoration, can be found in Appendix C.

[7] One of the authors has conducted an extensive literature review on the effects of cattle grazing in the arid West, with a discussion of the implications for BLM grazing management in southern Utah.  This literature review has been made available to some members of the Monument staff who are assembling the Grazing DEIS.  We recommend that Monument staff borrow liberally from this literature review in their preparation of the DEIS.  Please contact the authors if you would like to receive an additional copy of this comprehensive literature review, entitled "Review and analysis of cattle grazing effects in the arid west, with applications for BLM grazing management in southern Utah."

---

BLM_0080486

time grazed area on Deer Springs Point to a long-time ungrazed (relict) mesa top (No Man's Mesa). The study found that the grazed area on Deer0Springs Point had lower vegetative species richness, more exotic species, significantly higher shrub cover but lower shrub diversity, and significantly less cryptobiotic crust cover compared to the non-grazed area on No Man's Mesa.

Another recent study on No Man's Mesa (Harris et al. 2003) also compared conditions on the ungrazed relict mesa top to conditions on two grazed mesas less than 2 km. Away. The researchers used field studies and imaging spectroscopy to investigate the effects of cattle grazing on vegetation cover. They found that there was significantly greater percentage of shrubs (27.3%) and significantly lower composition of grasses (34.4%) on the grazed mesas compared to the relict No Man's Mesa. The authors concluded, " our results suggest that grazing has contributed to woody thickening in these pinyon juniper ecosystems through an increase in shrubs in the understory and intercanopy spaces."

In another grazing effect study conducted in the Monument (mentioned in previous section), researchers compared ground cover and forage (grass and forb) biomass present in the Upper Hackberry allotment to ground cover and forage biomass present in the nearby ungrazed Kodachrome Basin State Park. The researchers found that the mean weight of forage in the Upper Hackberry unit (semidesert sandy loam big sagebrush soil type) ranged from 58 lbs/acre to 195 lbs/acre, whereas the mean weight of forage in the State Park (semidesert sandy loam big sagebrush soil type) was 293 lbs/acre (Catlin et al., in prep). Catlin et al. also found that percent grass cover was twice as high in Kodachrome State Park compared to the same soil type inside the Upper Hackberry allotment.

Last year, the Monument staff completed a number of EAs that analyzed whether it was appropriate to retire AUMs on a handful of Monument allotments (i.e. Clark Bench, Willow Gulch allotments). These EAs gave accounts of livestock-impacted conditions such as this one on Calf Spring in the Clark Bench allotment:

"Calf spring was assessed as FAR …due to accelerated sediment deposition…[which] was attributable to soil destabilization and movement most probably caused by unrestricted livestock access to the pond and wetland….the rate at which the headcut was approaching the earthen dam from below was accelerated due to trampling and shearing of the earthen dam by hoof action. Fecal deposits lined the margin of the pond and were abundant in the wetland. The two most abundant plants at the margin of the pond were the non-native Russian thistle and cocklebur. Establishment of both plants can be facilitated by soil disturbance. Cocklebur is unpalatable and toxic to livestock." (BLM 2002a, pgs 8-9)

These EAs also readily acknowledged the impacts of cattle grazing to semi-arid vegetation types, as they predicted that drastic reductions (near 100%) of cattle

BLM_0080487

on the allotments slated for buy-out would result in "greater structural diversity of vegetation," would "slow the creation of bare-soil habitat available for colonization by native and non-native weeds," would result in "development of vegetation

Lastly, based on the most current field research conducted by the Monument staff, there are currently 71 springs and seeps within the Monument that are either functioning at risk with a downward trend, or not functioning at all. In addition, 48 riparian areas are in the same poor shape (non-functional or FAR with downward trend). Out of the combined 119 wetland (lotic and lentic) PFC assessments that resulted in NF or FAR with downward trend, 70 of them (59%) include assessor comments that implicate cattle grazing as the primary cause (or one of a few primary causes) resulting in the degradation of these wetland areas.

There is currently much debate on the topic of whether current or past, historic grazing practices are the chief cause of observable grazing impacts.[8] Additionally, there is some controversy in the scientific literature concerning how long rangelands need to be rested before the land can recover from overgrazing damage.[9] Furthermore, it is very challenging to disentangle grazing impacts from other, natural situations like drought, or "poor soils." Below, we discuss these issues as they pertain to livestock grazing impacts. These will obviously be very pertinent issues when the Monument staff addresses cumulative impacts as pertains to grazing in the DEIS.

### 3.3.1 Drought combined with livestock grazing.
One reason why riparian and wetland areas can be diminished, vegetation communities altered, and exotic species frequencies increased can be tied to long-term, persistent drought. Yet, there is a fair amount of consensus within the scientific community that drought works in conjunction with continued livestock grazing and/or fire suppression to result in profound changes in vegetative community composition and structure (i.e. the conversion of grasslands to shrublands) (Conley et al. 1992, Fuhlendorf and Smeins. 1997) including admittance of such by the Monument itself (see references in Appendix H, BLM 2002a and b).

Current knowledge leads to the conclusion that drought is not by itself a significant factor for resource degradation in the Monument. The vegetative communities in GSENM have undergone countless droughts over the past few thousand years,[10] many of them severe, yet these past droughts did not lead to dramatic changes in species composition or structure, as numerous scientific studies have found livestock grazing to do in the arid West.

In addition, a study in Capitol Reef National Park (Cole et al. 1997) used packrat middens to describe vegetation changes in the region over time. The authors found that pre-settlement middens contained abundant macro-fossils of plant species palatable to

---

[8] See our "Making Determinations" section (Appendix A, pg 39) for more discussion on this topic
[9] See Chapter 4, section 4.2.1.5 for more discussion on this topic
[10] The precipitation data for the period of record in the Monument is evidence that droughts are very common in this part of Utah (see Appendix B, Section 3.1.6, page 20 for more discussion on precipitation data in GSENM).

BLM_0080488

livestock, such as winterfat (*Ceratoides lanata*) and Indian ricegrass. Their midden analysis demonstrated that drastic vegetation changes, unprecedented during the last 5,000 years, occurred in this part of southern Utah between roughly 1800 and the present. Species typical of overgrazed range, such as snakeweed, rabbitbrush (*Chrysothamnus nauseosus*), and Russian thistle (*Salsola iberica*) were not recorded in middens prior to the introduction of domestic grazing animals. These changes occurred against a background of regular droughts, yet these historic droughts were not severe enough to change the entire nature of the vegetation; these droughts did not nearly represent the level of disturbance that the advent of livestock grazing did almost 200 years ago.

Six out of the last 10 years have been drought years on the Monument. The following example on the 50-mile mountain allotment illustrates the problems that can result when drought is combined with poor grazing management. This part of the Monument received only 30% of the average annual precipitation in 2000. On September 25 of that year the Monument's Rangeland Management Specialist flew over the entire Lake Allotment and stated: "the uplands have been depleted of grass and much of the browse has been eaten. The riparian areas are in deplorable condition! They have been trampled into oblivion. It will take more than one year for them to heal. Conditions grow worse each day" (Allotment Supervision Record, 1. Lake Allotment, 2000). The 2000 forage utilization records for the Lake Allotment demonstrate that average utilization levels for all pastures in the allotment in 2000 were 90% for uplands and 99% for riparian areas. The Rock Creek-Mudholes allotment was in similarly alarmingly poor condition; during the 2000 grazing season, average utilization levels in this allotment were from 73% to 90% in the uplands and 90% in the riparian areas. These data provide convincing evidence that the Monument is not prepared for extreme drought situations, and that the BLM does not recognize the problem until it is too late. Moreover, our graph on page 21 (Section 3.1.6 of our "Making Determinations" Section (Appendix A) uses the case of the Hackberry allotment to illustrate that the BLM often delays reductions in stocking during drought and then returns cattle use quickly to lands before they can recover.

Moreover, the consequences of "drought" (as experienced by the ecosystem) is a function of two factors: (1) site hydrologic conditions (drought is exacerbated as a consequence of site degradation – often caused by livestock grazing - that reduces infiltration and increases runoff) and (2) plant physiological condition (which is certainly diminished by excessive herbivory which can diminish root growth and thus exacerbate drought conditions). These factors are in addition to the climatic conditions we normally consider when we discuss drought and its repercussions to ecosystems. It follows that "ecological drought" could be much more frequent and of greater magnitude than expected simply on the basis of climatic variables alone (Brown, 1995, Thurow 1991, Thurow 2000), and the reason for this are often tied to livestock grazing, as mentioned above.

### 3.3.2 Poor soils combined with livestock grazing. In general, soils are considered "poor" if they are shallow and cannot support deep-rooted grasses, or if they are particularly susceptible to erosion. Below, we chiefly focus on soils that are more prone to erosion,

BLM_0080489

and discuss why this is so, the formulas that determine the degree of susceptibility, and the role livestock grazing has in exacerbating the problem.

*3.3.2.1 – Water erosion.* In Section 2.3.3(2) of our Forage Analysis/Grazing Capacity section (Appendix B), we summarize literature and provide examples of the serious nature of increased erosion due to livestock grazing. As described, grazing, by removing vegetative cover and trampling crusts, increases bare ground. As slope and bare ground percentages increase, erosion increases. Our review of literature coupled with personal observations showed that potential ground cover in the Monument environment is high, approaching 100%, with a potentially high level of cryptogammic crust cover.

NRCS provides erosion factors for wind and water erosion for each soil type it surveys. The erosion factor (K) indicates the susceptibility of a soil erosion by water. It is one of six factors used in the Universal Soil Loss Equation to calculate the annual soil loss by water erosion. Values of K range from 0.05 to 0.69 with the higher values being associated with greater susceptibility of erosion. The USLE, or currently, Revised USLE (RUSLE)[11] is:

$A = R * K * LS * C * P$

Where,
A = estimated average soil loss in tons per acre per year
R = rainfall-runoff erosivity factor
K = soil erodibility factor
L = slope length factor
S = slope steepness factor
C = cover-management factor
P = support practice factor

The most detailed reference on application of the RUSLE can be found at http://www.ott.wrcc.osmre.gov/library/hbmanual/rusle703.htm#downloadah703 and is the USDA manual on RUSLE application to predicting soil erosion by water (USDA 1996).

At the most basic level, however, from the equation it is readily seen that as slope increases, ground cover decreases, and thus soil loss increases. The graph of soil erosion as a function of slope and ground cover provided in our forage capacity/stocking analysis (Appendix B, pg 18) clearly indicates the exponentially increasing nature of soil erosion as slope increases and cover decreases. For 30% slopes, which are at the upper limit for cattle capability given in the graph in Appendix B, it is clear that for that fine-grained soil, as ground

---

[11] Another model developed by USFS (called WEPP) also models sediment and runoff on both rangeland and forested systems. WEPP can be accessed on-line at: http://forest.moscowfsl.wsu.edu/4702/wepp0.html and is being developed by an interagency group including the USFS, Agricultural Research Service, NRCS, BLM and USGS to develop WEPP in order to replace the Universal Soil Loss Equation (USLE).

BLM_0080490

cover declines below 100%, there is a linear decline to 80%. At that point, erosion rates accelerate following an exponential or geometric increase. For that soil type, it is evident that ground cover must be maintained above 80% to constrain erosion by water. This implies a trampling and ground disturbance standard of 20% or less for combined trampling of crusts and removal of plant, litter cover. Thus, it is clear that cattle grazing combined with naturally highly erodible soils (i.e. steep slopes) is a serious confounding factor when determining the true impacts of grazing to land and soil resources.

*3.3.2.2. Wind Erosion:* The Agricultural Research Service[12] also has developed methods of calculating wind erosion.[13] These can be found at: http://www.weru.ksu.edu/weps.html

The general equation is: $E = f(I, K, C, L, V)$, where E is the potential average annual soil loss, I is the soil erodibility index, K is the soil ridge roughness factor, C is the climate factor, L is unsheltered distance across a field, and V is the equivalent vegetative cover. Wind erosion susceptibility is grouped into 8 *Wind Erodibility Groups* by NRCS in their soil surveys. Sands to sandy loams are highly erodible by wind and fall into the three highest erosion categories. Soil disturbance can result in huge soil losses by wind. It is clear from the general relationship given that increased vegetative and soil cover is essential to protect the soil from wind erosion.

As livestock grazing has clearly been implicated in increased rates of soil erosion (see discussion elsewhere in this document), there is no question that livestock grazing combined with easily erodible soils (and other types of "poor" soils) will only serve to exacerbate the problem.

### 3.3.3 Special consideration of livestock grazing impacts on federally listed species.

Of great importance regarding federally listed Threatened and Endangered species in the DEIS is the scientific literature describing the impacts of cattle grazing to federally listed species. This literature, as is pertains to the Mexican spotted owl, southwestern willow flycatcher, and federally listed plants, is summarized below and should be incorporated into the Grazing DEIS.

*3.3.3.1. Mexican spotted owl:* While there have actually not been any studies that have looked at the effects of cattle grazing on Mexican spotted owls (*Strix occidentalis lucida*) (MSOs) themselves, there are studies that have demonstrated impacts of grazing on other raptors (e.g. Duff 1979, Kochert et al. 1988, Kochert 1989). Furthermore, the indisputable impacts that cattle have been shown to have on MSO habitat and prey base on the Colorado Plateau have prompted many ornithologists to voice concern about the potential effects of cattle on MSOs

---

[12] EPA also has methodologies for calculating wind erosion. One of these can be found at: http://www.epa.gov/ttn/chief/ap42/ch13/final/c13s02-5.pdf which is typically applied in calculating emissions for wind erosion for purposes of permitting industrial facilities.

[13] This method is for cropland rather than rangeland.

---

BLM_0080491

(Howe 1994, Willey 1999, Stacey - in TWP 2000). When assessing the effects of cattle grazing on MSOs, two critical life-requirements must be reviewed. One is quality and quantity of suitable habitat, and the effects that cattle grazing has on these parameters. The other is availability of suitable small mammal prey, and the effects cattle grazing has on these communities. These same two avenues of analysis were used in the Mexican Spotted Owl Recovery Plan (USFWS 1995) to determine possible effects of grazing on owls.

Research has shown that MSOs in Utah require well-developed riparian vegetation (Rinkevich and Gutierrez 1997) with dense understories (Rinkevich 1991), and multi-layered, deciduous habitats (Willey 1991 and 1992, and Willey and Van Riper 1993). Research throughout the Colorado Plateau has revealed that MSOs require high canopy closure, high stand density, substantial vertical and horizontal diversity, and a multi-layered canopy resulting from an uneven aged stand (McDonald et al. 1991, Gutierrez et al. 1995, Zwank 1996, Stacey and Hodgson 1999). Furthermore, Stacey and Hodgson (1999) have identified deciduous understory plants as being particularly important to MSOs, because they offer the greatest vertical riparian vegetative structure and canopy cover. Almost all researchers who study habitat requirements for MSOs agree that structural complexity is paramount. Structural complexity allows MSOs to avoid detection by avian predators such as northern goshawks and great horned owls. It is also important for creating cool microsites for the notably "heat intolerant" MSO (Willey 1991 and 1992, Stacey and Hodgson 1999).

Cattle grazing has been shown to impact all of the structural habitat attributes, outlined above, that are important to MSOs. Long-term grazing can inhibit or retard an area's ability to produce mature trees (USDI 1995). While upper canopy species like large cottonwoods are not directly impacted by grazing, cattle grazing in riparian zones has been shown to eliminate or reduce the upper canopy by preventing the establishment of seedlings, which leads to a loss of the upper canopy over time (Gilinski 1977). In addition, long-term negative effects of cattle grazing on tree seedling establishment can result in decreased stand density, and more open, thermally unfavorable micro-sites (Howe 1994). Age structure of riparian trees also becomes even-aged due to cattle grazing (Kauffman et al. 1983). Reduced seedling establishment due to ingestion and trampling by livestock has transformed a variety of southwest riparian systems into even-aged, non-reproducing communities (Carothers 1977, Davis 1977, Szaro 1989). In general, both vertical and horizontal structure of riparian areas is simplified due to cattle grazing (Taylor 1986, Knopf et al. 1988, Medin and Clary 1989), through ingestion and trampling of seedlings by cattle, and butting/rubbing and browsing shrubs and saplings (Howe 1994). Decreased structural complexity can in turn impact quality and quantity of perches used by MSOs for hunting, courtship and territorial defense (Howe 1994).

In addition to impacting quality of MSO habitat through reduction of structural complexity, there are concerns about cattle's impact on quantity of

---

BLM_0080492

MSO habitat.  The MSO recovery plan voices concern about the decrease in herbaceous ground cover attributed to cattle grazing, and thus increased chances of catastrophic fire in MSO habitat (USFWS 1995), with concomitant effects on MSO foraging/wintering/ dispersal/roosting and nesting habitats.   The recovery plan also states that grazing can "generally degrade, and in some cases through erosion and lowering of the water table, virtually eliminate some riparian areas, and reduce them to a non-functioning condition, thereby impairing use of riparian areas by owls."   The Wildlands Project shares this concern; in a recent publication on a New Mexico/Arizona reserve design project that uses the MSO as a focal species, TWP states that, "loss of riparian areas from livestock grazing may be a major factor in continuing population declines" of the MSO (TWP 2000).

The second critical aspect of determining potential effects of cattle on MSOs is to explore the impacts of grazing on the MSO prey base.  It has been suggested that MSOs select habitat based partially on the availability of prey (USDI 1995).  Small mammals by far make up the most important component of MSO diets (Howe 1994). In southern Utah, woodrats (Kertell 1977, Rinkevich 1991, Sureda and Morrison 1998) and white-footed mice, or *Peromyscus* species (Rinkevich 1991, USDI 1995, Willey - unpubl data), have been identified as the most important prey species for MSO. Grazing can influence prey availability and diversity by altering various habitat conditions for small mammals (USDI 1995). In terms of *Peromyscus* species, a study in southeast Utah (Sureda and Morrison 1998) found that these mice were most often found in areas with heavy brush, a component that is not likely to be present in heavily grazed areas.  In New Mexico, cattle grazing has been shown to reduce abundance of Mexican voles (*Microtus mexicanus*) (Ward 1996), another important prey species for MSOs (personal communication, Peter Stacey).  West-wide, cattle grazing has been shown to reduce both species density (NV - Medin and Clary 1989 and 1990) and diversity (UT-Duff 1979, NV-Medin and Clary 1989 and 1990) of rodent populations in riparian areas.

MSOs are not by any means "restricted" to riparian or forested habitats. MSOs inhabit relatively open country along the northwest part of the species' range in southern Utah.  Here, the MSO is strongly associated with steep sandstone canyonlands that include relatively open Great Basin desert scrub and woodland communities (Brown 1982, Willey 1995 and 1998).  Pinyon-juniper habitat has also been identified as an important component of MSO home ranges during summer and fall (Willey 1992).  These mesa/upland habitats contain substantial rodent populations, which can be severely impacted by cattle grazing, via impacts to alterations to vegetative structure and composition (see small mammal section, above).  Sureda and Morrison (1998) found that *Peromyscus* species were significantly more abundant in mesa habitats than canyon (riparian) habitats in southeastern Utah.

BLM_0080493

*3.3.3.2 Southwestern willow flycatcher:* There have been a number of studies that have researched the role of cattle grazing in southwestern willow flycatcher (SWF) (*Empidonax tralii extimus*) habitat degradation, with associated effects on SWF populations. Livestock grazing has been implicated in willow flycatcher habitat loss and habitat changes (Sogge et al. 1997a), reduced quality of willow flycatcher habitat (Taylor 1986, Sanders and Flett 1989) reduced nest productivity (Johnson 1999), and nest failure due to direct impacts by cattle (Stafford and Valentine 1985, Valentine et al. 1988). In light of these considerable impacts cattle have on riparian areas in the southwest, the original petition to list the SWF stated that, "grazing of domestic cattle is probably the single greatest direct and indirect threat to southwestern willow flycatcher habitat" (Suckling et al. 1992).

SWFs are riparian obligates (Paradzick et al. 2000) and require a diverse combination of over - and under-story vegetation (Hubbard 1987). Taylor and Littlefield (1986) also detected a correlation between *Empidonax tralii* abundance and riparian habitat heterogeneity. Knopf et al. (1988) detected a similar correlation, and primarily attributed reduced abundances of sensitive riparian passerines to the impact of cattle on the horizontal patterning of the vegetative community. When willows are "notched" or "highlined" by cattle, they become top heavy with live branches above, with few remaining below. Serena (1982) noted this condition in otherwise suitable habitat in southern California where willow flycatchers were conspicuously absent.

The evidence that cattle grazing reduces SWF numbers is irrefutable. In southern California, Harris et al. (1987) noticed that SWF numbers increased by 50% during a 5-year period in which The Nature Conservancy acquired the area and greatly reduced the intensity of cattle grazing. And SWF appeared on the Brock Canyon allotment in the Gila National Forest the second year after cattle were removed (Suckling et al. 1992). In southeastern Oregon, AUMs on a test plot were steadily lowered from 1973 to 1982, resulting in SWF presence at the site only at the end of the experiment when AUMs had declined by a factor of four (Taylor and Littlefield 1986). In fact, many of the locations where SWF still occur (i.e. Rio Grande Conservancy land outside Albuquerque, the New Mexico Game and Fish wildlife enclosure, Grand Canyon National Park), are areas from which cattle have been excluded or dramatically reduced.

Livestock grazing can also increase parasitism by brown-headed cowbirds (*Molothrus ater*) (Kimball 1993), an exotic nest parasitizer that has been shown to be a factor in willow flycatcher nest failure (Whitfield 1990, Sogge et al. 1997b, and Sedgewick and Iko, unpublished manuscript) and population declines (TWP 2000). Brown-headed cowbirds, formerly associated with bison (*Bison bison*), are now followers of cattle and are attracted to the grass stubble they leave behind (Suckling et al. 1992). Not only do cattle bring cowbirds into riparian areas, they can increase fragmentation of willow habitat, thus creating more edge habitat that makes SWFs susceptible to cowbird parasitism.

---

Multiple Use Grazing Management in the Grand Staircase                                          47

BLM_0080494

The Monument has already acknowledged the impact of cattle grazing to the SWF; in the recent EAs that analyzed whether it was appropriate to retire AUMs on a handful of Monument allotments, the Monument staff wrote, "habitat [for SWF] and change has occurred because of…..livestock grazing" (BLM 2002a p.15, BLM 2002b p. 13).

*3.3.3.3 Threatened/Endangered plants in Utah:* While most research attention usually focuses on federally listed animal species, its important not to discount the adverse effects of cattle grazing on threatened and endangered plants in southern Utah. Southern Utah contains far more T/E plants than one would expect. This is partly the result of intrinsically high rates of endemism in the Colorado Plateau due to climate, the intersection of different ecological provinces on the plateau, and distinctive geologic formations and substrates (Welsh 1978). This results in very small populations of unique plants that have evolved in relative isolation and are adapted to specific habitats. There are nine federally listed (or candidate) species known or suspected to occur within the Monument's boundaries (BLM 1998).

One reason for the preponderance of T/E plants in southern Utah is high intrinsic rates of endemism; the other is that the habitats for these plants have been threatened by many human activities. One of these activities is cattle grazing. With ranges as narrow as those occupied by these rare species, it is conceivable that a whole population of the rarest species could be decimated if it existed within one or two poorly placed or overstocked grazing allotments. Detrimental impacts of cattle grazing have been documented on Townsend's aprica (Townsendia aprica), Wright's fishook cactus (Sclerocactus wrightii), and Winkler's pincushion (Pediocactus wrinkleri) cactus in Capitol Reef National Park (San Juan College 1994). These impacts primarily consisted of death and damage to plants due to trampling. While trampling may not necessarily kill plants, it often destroys the meristem, and the plant fails to produce flowers, fruit, and seeds. The highest percentage of damaged T/E plants in Capitol Reef were found near water sources.

**3.3.4 Summary: livestock grazing impacts.** In closing, we wish to call to the DEIS staff's attention that the above impacts to resources in the Monument (illustrated in Sections 3.1 and 3.2) reflect **actual** use on GSENM allotments – not permitted use. This is significant in that it illustrates that these effects are triggered by lower numbers of cattle than are often permitted. As the Monument staff takes a comprehensive look at the current conditions in GSENM and what might be causing impairment, they need to keep in mind that the determinations, analyses, remedies and future proposals of grazing levels must be carried out at the level of **actual use – not permitted use**. We discuss this problem further, later in this chapter.

BLM_0080495

## 3.4  Limitations in Monitoring/Data Collection and Range Health Assessment Methods and How they are Applied and Analyzed.

As the Monument writes the DEIS, it is instructive to not only look at the most obvious cause of resource degradation: livestock grazing (or grazing combined with other factors like drought and poor soils), but to also consider the various tools and methods the BLM utilizes to set stocking rates, track cattle numbers, measure utilization and trend, and monitor and assess rangelands.  One of the current problems with the Monument's grazing program (and the impacts to the resources that result) stem from problems we perceive in monitoring, data collection and range health assessment methods and how they are applied and results analyzed.[14]

***3.4.1  BLM's methods for tracking cattle numbers and actual use.***  Far too often, it seems that the BLM does not know the exact number of cattle on the range at a given time.   Direct observation by the authors in a few cases has revealed what may be a serious problem should this situation exists in more allotments.  Rancher reported grazing use (actual use reports described by the permittee) appears to be higher than what is actually used.  Rarely does the agency directly count livestock on the land. This practice can result in more grazing use reported than actually occurs.  This in turn can distort the grazing management analysis and lead to incorrect estimates of allowed stocking levels. We hope to work with BLM to make the "actual use" more accurately report rancher grazing use.

One of the key issues in grazing management concerns stocking levels.  As part of the grazing EIS, it is important to report the process that was used to establish today's level of grazing use.  This may require presenting a history of adjustment dating back to when the stocking level was first determined.  The DEIS must also provide information about how often stocking rates and seasons of use have been increased or decreased in the past, why they were changed, and what impact these changes had on utilization and ecological condition.  Livestock must be removed as soon as it is determined minimum stubble heights/maximum utilization levels are being approached, regardless of calendar date or length of time on allotment. Any protocol that does not provide for frequent assessment of utilization and rapid adjustments of stocking rates is not designed to protect the habitats.

***3.4.2  Adequate grazing capacity analysis***.  Levels of livestock use on BLM lands today may or may not have been determined as the result of a range capacity analysis.  The record is unclear on the basis for today's stocking levels.  Where such capacity analysis was performed, such analysis was not consistent with today's rangeland health policy and did not consider the ecological needs of the land.  In some cases, the stocking level may have been derived without capacity analysis.  In these cases, stocking levels represents ongoing adjustments that date back to the initial adjudication under the Taylor Grazing Act more than six decades ago.

---

[14] While we stress that we don't believe all BLM monitoring to be inadequate, by any means (indeed, it is often the only information available on which to base management decisions), existing monitoring data often understate the extent of the problems on BLM rangelands.

BLM_0080496

Past grazing capacity analysis focused on sustained forage production. As a result, this method did not consider key ecological factors such as plant community composition, excessive grazing use in key habitats such as riparian areas, soil nutrient cycle maintenance, and nongame wildlife needs. For the past twenty years, BLM has not used forage capacity analysis in determining stocking levels. This must change as BLM implements the new rangeland health standards developed six years ago. The standards call for management of grazing in deference to the health of ecosystems. Ecosystem health is linked to the productivity of the land and its ability to service local communities on a sustained basis (CSC 1997). The loss of biodiversity, and ecosystem structure and function, has long-term implications for the health of watersheds and the ability of the land to provide abundant forage for a number of uses. BLM needs to undertake forage capacity analyses that will allow the standards to be met, restore and maintain ecosystems, and provide for ecosystem resilience that maintains the productivity of the land over time.

BLM's need for forage capacity analysis as part of the upcoming grazing EIS for the GSENM is justified by community needs, agency policy (both current and proposed), rangeland science, and the agency's legal requirements. Such an ecologically-based forage capacity analysis is timely because grazing capacity has not been systematically reviewed for GSENM allotments for at least two or perhaps four decades. BLM is required to periodically adjust management decisions based on ongoing inventories, and this DEIS will be renewing permits for most, if not all, grazing allotments in the Monument. Furthermore, range capacity based on ecological needs was raised as a significant issue in the GSENM grazing EIS. BLM has a legal requirement to consider this issue as part of the EIS and set new stocking rates based on a sophisticated forage capacity model.

### 3.4.3  *Range condition, and trend, concept*. Range condition trend measurements should describe the changes in range condition over time. Range condition is defined by the Public Rangelands Improvement Act (PRIA) of 1978 (PRIA 43 USC 1901 et seq.) as "the ability in specific vegetative areas to support various levels of productivity in accordance with range management objectives and the land use planning process, and relates to soil quality, forage values (whether seasonal or year round), wildlife habitat, watershed and plant communities, the present state of vegetation of the range site in relation to potential plant community for that site, and the relative degree to which the kinds, proportions, and amounts of vegetation in a plant community resemble that of the desired community for that site" (Coggins, 1984).

We believe there is a problem with the way the BLM carries out typical range condition assessments. BLM limits its assessment of range condition to an analysis of plant community composition as expressed in the percent of each species of plant at a monitoring site, and a comparison of those values to potential community composition of the site. This is a reasonable approach, but can backfire in communities, such as Pinyon-Juniper, which have naturally very low levels of grasses and forbs. PJ communities are often ranked high in terms of range condition, even though grasses and forbs are usually well below their potential. This happens because the potential grass/forb cover of PJ

---

BLM_0080497

communities is usually only a small percentage of the total plant community composition. If all grass and forbs are removed from the site, the condition assessment will still find that the shrub and tree component are well within expected range (say, comprising over 90% of all plants on the site, as one might expect) and so the site is considered in good or excellent condition. What we find is the BLM's range condition assessment method can seriously under-report impaired PJ rangelands.

There are a number of different methods for measuring trend, but each depends on counting the number of plants of each species along a series of transects or in a series of sample quadrants. The BLM identifies "key" or "decreaser" plant species (desirable native forage species that are susceptible to depletion if grazed too heavily) and "increaser" or "invader" species (less palatable or toxic plants that increase in abundance in response to grazing). Range condition trend is considered "upward' or "improving" if key species are increasing in abundance relative to increaser or invader species, "downward" if key species are decreasing, and "stable" or "static" if the species composition of the rangeland is not changing significantly.

There are a number of problems inherent in the use of such trend measurements (Feller and Brown 2000). First, trend studies are designed only to detect changes in rangeland condition from the "status quo" at the beginning of the study period. They do not reflect the extent to which that status quo itself may be a result of drastic grazing-induced ecological changes that occurred before trend studies began. A "stable" trend may simply reflect a system that has reached rock-bottom. Second, BLM trend studies do not directly measure soil compaction, erosion, or loss of soil nutrients. These effects may be reflected in trend measurements only when they have progressed to an advanced stage, at which time it may be too late to take corrective action. Third, BLM trend studies typically utilize only a handful of sample sites to monitor trends on an allotment that may be tens or hundreds of thousands of acres in size. The use of such a limited number of sample locations presumes a degree of spatial uniformity, so that the trend at the monitoring station may be used to infer the trend over a much larger area. This presumption is generally not valid, as livestock grazing impacts typically vary dramatically across an allotment depending on distance to water, terrain features, slope, soil type and livestock movement (Feller and Brown 2000).

Finally, trend studies do not meet the monitoring requirements established by PRIA (outlined above) to assess "the kinds, proportions, and amounts of vegetation" in relation to the potential or desired plant community. In particular, BLM limits its assessment of range condition to an analysis of plant community composition as expressed in the percent of each species of plant in a community. Such an analysis makes no determination on the productivity of the site. Thus a site with seven species of plants producing 150 lb per acre of forage a year would have the same range condition as another site with seven species of plants producing 1,500 lb per acre of forage a year, as long as the relative percentage of those seven species were the same for each of these example sites. As addressed elsewhere in this guidance document, the failure of the BLM to adequately measure productivity of the vegetative community can be seen at many levels of monitoring and range management, and is a requirement required by law.

BLM_0080498

*3.4.4  inconsistencies found in PFC and rangeland health assessments.*   Many of the rangeland health assessment methods and monitoring tools are in danger of being used subjectively and/or misapplied, due to the often unstructured character of the monitoring or assessment methods.  For example, with BLM's PFC assessment protocol for riparian areas, a significant problem with the method is how the individual yes/no ratings translate into a final rating of PFC, FAR, or NF.  The present checklist items are answered with either a "yes," or a "no," without quantitative reference to conditions on the ground.  Moreover, the PFC technical manuals provide no clear instruction to field staff on how to answer difficult checklist items consistently.  The current assessment procedure's leaves much room for subjective judgment. The linkage between indicator conditions and the final rating is not described clearly, and the technical manuals provide insufficient guidance on how to use "yes" and "no" answers with other information to establish a final rating.  This inherent subjectivity built in to the PFC assessment procedure can lead to under-reporting of problem areas.

*3.4.5  Utilization measurements.* Currently, utilization measurements made by the BLM are based on forage species that represent the most dominate perennial grass.  Unfortunately, species most at risk are not measured.  Both the sample sizes used in measuring these variables, and the intervals of sampling, are usually inappropriate.  Moreover, measuring utilization of key forage species does not tell you anything about the overall amount (biomass) of forage that is eaten, or left standing.  As a result, utilization monitoring, as has been practiced, does not show changes in forage productivity over time.

        Perhaps the biggest concern we have concerns the utilization rates that the BLM believes the forage can withstand.  This topic is discussed in more detail on pg. 8 of our "Making Determinations" segment (Appendix A) but, in short, the range science literature tells us that typical utilization levels of about 50% are responsible for significant resource damage across the Colorado Plateau.  In the Monument, BLM has typically set utilization levels at around 50%.  Actual utilization data recorded by BLM shows that actual utilization levels routinely reach and often significantly exceed these permitted levels.

        The standard 50% utilization standard, developed from research on root-growth stoppage as a result of grazing (Crider 1955) and sometimes known as the "take half and leave half" policy, is inappropriate for the Colorado Plateau.   Crider grew several Midwestern perennial grasses under ideal precipitation conditions and monitored root growth changes due to clipping over a period of two months.  Crider concluded that root growth at the end of the growing season was not impaired when a single clipping removed 50% or less of the above ground biomass under these ideal conditions for these particularly robust Midwest perennial grasses.

        The ecological needs of the land were not analyzed by Crider.  Plant regeneration, wildlife habitat structural needs, soil nutrient generation, plant community composition change over the longer term, ecological events (e.g. drought) are a few of the factors not

BLM_0080499

considered in the take half leave half policy. In short this utilization standard is inconsistent with both the goals of the Monument and rangeland health standards. As a result, range scientists have concluded that there is no scientific basis behind BLM's policy for utilization (Caldwell 1984). Still, allowable utilization rates of 50% seem to dominate AMPs in the intermountain West.

That utilization levels of 50% will cause significant damage to ecosystem values is bourn out by the range science literature. For example, in their well-respected range management text, Holechek et al. (2001), summarize multiple long-term studies analyzing utilization, or grazing intensity, and its impact on forage production. Holechek and his colleagues determine, that while acceptable use ranged from 40% to 60% on productive rangelands, acceptable rates ranged from just **30% to 40%** on more arid rangelands, such as those found on the Colorado Plateau. Moreover, the authors caution that only arid and semi-arid "[r]anges in good condition and/or grazed during the dormant season can withstand the higher utilization level [of 40%]" while those "in poor condition or grazed during active growth should received the lower utilization level [of 30%]. (Holechek et al. 1998, p. 206). In yet another meta-analysis of grazing studies, Holechek concludes that "moderate" utilization levels of 50% "results in rangeland deterioration in semi-arid grasslands, desert and coniferous forest rangelands" and heavy utilization rates of 57% "consistently cause a downward trend in ecological condition" in all areas. Holechek et al. (1999, p. 13).

Cook (1971) determined that, to maintain plant vigor and reproduction, utilization should be limited to 25% on plants grazed every spring. He found that 50% spring utilization is acceptable only every other year and only if the plants receive complete, year-long rest in the alternate years. And Galt et al. (1999) recommend a lower or utilization rate of 35% for arid areas. Importantly, they also point out that actual measured use is generally higher than the intended use. For example, on New Mexico rangelands, actual measured use was 10-15% higher than intended due to livestock trampling, wildlife use and weathering. Ultimately, the authors recommend assigning 25% of forage to livestock, 25% to wildlife and natural disappearance and 50% to site protection, concluding that the 25% utilization rate is the "surest way to avoid chronic forage deficits and land degradation" for arid areas.

In the Monument, utilization rates – typically at 50% – are above appropriate levels. Moreover, these rates **do not** take into consideration critical factors such as grazing during the growing season, the condition of the range, or that actual use is higher than intended use. Examples bear this out. The 1983 AMP for the Upper Cattle Allotment, which implements a deferred rotation grazing scheme, allows utilization levels to reach 60% from November 1 to April 15, and 50% during the growing season from April 16 to June 15. The AMP allows these high utilization levels despite BLM determination that 72% of the allotment was in poor to fair condition, and findings of soil erosion, overstocking, and poor cattle distribution. Recent BLM records show that high utilization of the Upper Cattle Allotment has continued – often exceeding 50% to 60% levels. Thus, utilization levels on this allotment not only exceed the 30% levels Holechek recommends for poor condition semi-arid range or range grazed in the growing season,

---

BLM_0080500

but also surpass the 40% utilization levels he considers appropriate for only arid lands in good condition, grazed in the dormant season.

Management of the Lake Allotment similarly allows an untenable utilization level of 60%. This level was set in 1989 despite findings that 58% of the allotment was in poor condition, 17% in fair condition, 24% unsuitable for livestock and only 1% in good condition. The BLM also found riparian areas being utilized on average 85-90%, active erosion throughout the allotment, poor livestock distribution, and poor condition of wildlife habitat. Again, record data shows excessive utilization levels on this allotment. BLM's 1997 allotment evaluation notes indicate that riparian vegetation had disappeared from some areas, and from 1989 to 1996, utilization of riparian areas was 95%. More recent data establishes that significant overuse of uplands and riparian areas on this allotment have continued. Thus, both the permitted utilization and the actual utilization on Lake Allotment greatly exceeds Holechek's recommendations and fails to take into consideration growing season and the condition of the range.

Across the Monument, the story is the same. As a rule, the BLM does not condition permitted utilization levels based on Holechek's findings and does not accommodate growing season or the condition of the particular allotment. Moreover, GSENM's own utilization data confirms that the Monument is routinely overgrazed. Out of 1,943 records showing recent utilization levels on key plants, 946 (or 48.6%) of these show utilization levels of 50% or greater, with many cases of utilization rates of 85% and above.

## 3.5  Grazing Management and its contribution to habitat change

In addition to concerns with various range assessment and monitoring tools and how they're applied, certain practices in grazing management conducted in the Monument (such as season of use stipulations, and rotational grazing), can also help lead to some undesired habitat changes.

***3.5.1. Grazing during the growing season.***  The scientific literature generally concludes that allowing livestock to graze during the growing season is detrimental to the vegetation and soil communities of arid and semiarid climes, such as that of the Colorado Plateau. Therefore, where grazing is allowed during the growing season, use levels or stocking levels must be reduced appropriately to account for the additional loss of annual biomass growth that is lost due to growing season grazing. However, in the Monument, BLM more often than not allows spring grazing to occur, and does so without reducing use or stocking levels.

It is generally established by the scientific literature that livestock grazing during the growing season reduces net annual biomass production and thus increases the likelihood of compromised health of range ecosystems of the arid West (Holechek et al. 2001). Grazing up to the period of flowering may prevent plant recovery and seed generation (Heady 1984). While there is evidence that grazing during the growing season

BLM_0080501

can lead to some compensatory growth in plants that co-evolved with large, hooved ungulates, grazing is damaging to vegetation of the intermountain west, especially during the growing season (Painter and Belsky 1993, and references therein). For example, spring grazing has been shown to increase mortality of certain species of sagebrush (Chambers and Norton 1993), which is a species that has been in considerable decline in Utah.

The dominant grasses in sagebrush-grassland, being cool-season types, complete their growth during spring when soil moisture is highest from the over-winter accumulation of snow. These plants are susceptible to grazing damage during their active spring growing period due to depletion of carbohydrate reserves, loss of seed pools and ultimately loss of the plant entirely. In lower elevation salt-desert shrub communities, with little vegetation growth during dry years, spring grazing can deplete the herbaceous plants and without summer precipitation, no regrowth can occur. In pinyon-juniper communities, with a mixture of warm- and cool-season grasses, spring grazing has been detrimental to the cool-season grasses. This has resulted in increased juniper canopy with loss of the perennial grasses and forbs (Holechek et al, 2001).

A study carried out 1963 by Cook and Stoddart studies the effects of intensity and season of use on the vigor of desert range plants. They studied the effects of different times and intensities of simulated grazing on desert forage species. It was concluded that desert ranges are best adapted for winter grazing, with springtime being the worst time to graze (Cook and Stoddart 1963). In another study on the topic of spring grazing by livestock, Hann et al. (1997) concluded that spring grazing does not provide for successional advancement of riparian vegetation.

These conclusions are echoed by the BLM in the Management Framework Plan for the Escalante Resource Area. The agency found that "[t]he most damage [from grazing] occurs when plants are grazed during the growing season[,] which reduces the amount of food made and stored by the plant." (MFP, Recommendation RM-1.1). Indeed, the BLM confirmed that "[c]ontinued grazing each year during the growing season can severely weaken or kill the plants." As a result, BLM recommended that, with some exceptions, that the period of use on the Escalante allotments be changed so that grazing is not permitted during the growing season.

By far the most compelling reason to foreclose grazing in the spring is the damage that livestock cause to moist and wet soils. The pressure from livestock hooves, especially cattle, easily compacts soil in the spring when the soil is wet and most vulnerable to compaction (Brady 1984, Warren 1987). Fine textured soils or those with inorganic crusts are particularly susceptible when wet (Webb and Wilshire 1983).

Of even more concern is the effect of livestock trampling on the rare and ecologically important cryptobiotic soil crusts in the arid West. Crusts are only metabolically active when wet (Belnap et al. 2001.). Winter use by livestock has been shown to have less of an impact on crust cover and species composition than spring use (Belnap et al. 2001). In a study of livestock grazing impacts on cryptogamic crust

---

BLM_0080502

communities, Marble and Harper (1989) found that grazing in late winter and into spring reduced cryptogamic cover and species richness.

Spring grazing can also be deleterious for various soil-related variables such as streambank morphology and erosion potential. Grazing stream banks during spring when soils are wet or saturated can lead to hoof shear and compaction, resulting in greater stream bank erosion and sedimentation (Trimble and Mendel, 1995; Clary and Leininger 2000). Lusby (1979) demonstrated in western Colorado that early winter grazing results in less runoff and erosion than continuing grazing into spring.

Despite consistent findings that grazing during the growing season degrades various ecosystem values, grazing practices in the Monument do not sufficiently curtail spring grazing. Currently, 46 out of 76 allotments (over 60%) are grazed during some part, or all, of the growing season. Moreover, as stressed above, the Monument does not predicate spring use on light utilization level, contrary to the recommendations of Holechek and others.

### 3.5.2. Rest - Rotational grazing-effectiveness is questioned.

Most commonly, rest rotation, as a standard BLM prescription, implies a one or two year rest for a pasture. In some cases, rest can mean a reduction of the length of grazing or shift in the time of year of grazing. As described below, here is a growing knowledge that rest for such short periods, especially for rangelands that fail to meet rangeland health standards, is not effective.

While many livestock growers advocate the use of special grazing management, such as rotational grazing, as a tool to moderate or ameliorate grazing impacts, the scientific literature is very divided regarding the benefits of these practices as traditionally practiced. In fact, there is evidence that the use of some of these management methods can actually worsen the condition of pastures. Holechek et al (1999) demonstrate the ineffectiveness of rotational grazing systems in improving rangeland conditions, as this paper reviews dozens of studies that show such systems are generally ineffective. In his range management text, Holechek and his colleagues explain that deferred-rotation and rest rotation grazing schemes have not been found to have an appreciable benefit to resource conditions when compared to continuous grazing. In analyzing the former grazing scheme, the authors note that on flat sage brush and shortgrass rangelands, the scheme results in no vegetation benefits when compared to continuous or season-long grazing. Along the same vein, the authors also conclude that "[o]n flat arid and semiarid rangelands, deferred-rotation grazing has shown no advantages over continuous grazing." Holechek et al. (1998, p. 238).

Moreover, Clary and Webster (1989) report that numerous hydrologic studies have upheld the conclusions of Blackburn et al. (1982), who stated that little information supports claims for specialized grazing systems. In a review of recent studies, Pieper and Heitschmidt (1988) found no results to suggest that the application of short-duration grazing has a different effect on hydrologic performance and soil characteristics than does any other grazing system. They concluded that heavy stocking would result in long-

BLM_0080503

term downward trend in hydrologic characteristics and that vegetation growth response in a short-duration grazing system is similar to that expected from any other grazing system. They suggested that stocking rate is and always will be the major factor affecting the degradation of rangeland resources.

Moreover, while rest periods arguably may allow the marginal recovery of individual plants, rotation schemes cannot mitigate the loss of vegetative cover that provides soil protection, thermal regulation, nor can these schemes mitigate water absorption and retention, or the alteration of plant competitive interactions that results from removal of biomass by grazing. These conclusions are echoed in a 1989 Forest Service paper that concludes that short duration livestock grazing has no different effect on hydrologic performance and soil characteristics than any other grazing system. "[H]eavy stocking would result in downward trend in hydrologic characteristics and vegetation growth response in a short-duration grazing system similar to that expected from any other grazing system" (Clary and Webster 1989, pg 6). In sum, they noted, "no grazing system can counteract the negative impacts of overstocking on a long-term basis."

BLM_0080504

# CHAPTER 4 – LEGALLY MANDATED ANALYSES AND RECOMMENDED MANAGEMENT PRESCRIPTIONS

BLM must undertake several detailed analyses to comply with its statutory and regulatory duties. The agency must determine, based on an understanding of the scientifically documented impacts of livestock grazing on ecological, archeological and recreational resources, and on the principles of multiple use management, 1) whether grazing allotments are meeting the standards and guidelines, 2) whether livestock is the cause for lands not meeting rangeland health standards; 3) which Monument lands are capable of supporting livestock grazing; 4) which lands are appropriate or suitable for livestock use; 5) on those lands that are capable and suitable for grazing, the BLM must determine the forage base, or capacity, of the allotment and set refined stocking rates based on an ecological "forage capacity model," and 6) determine whether habitats are functioning for threatened, endangered and sensitive species.

At the same time, BLM must respond to the findings of these analyses. Where livestock grazing is a significant factor in the failure of an area to meet rangeland health standards, the agency must make adequate changes to grazing management to achieve these health standards and must make these changes before the start of the next grazing season. Lands that the agency deems are not capable of supporting livestock grazing must be closed to grazing or should not be deemed available for grazing in calculation of stocking levels. Similarly, lands that are more appropriate for uses other than livestock grazing should be closed to grazing. Moreover, where BLM allows grazing, the agency must still manage grazing in keeping with multiple use objectives and so as to serve best the interests of the American people.

We conclude this chapter with recommendations on management prescriptions that tie in to BLM's rangeland health standards and to the Monument's Management Plan. These include generic prescriptions that should be in place, both for allotments that meet the standards, and those that do not. We also recommend prescriptions that are triggered in times of drought, and give suggestions for more effective monitoring. Below we outline the analyses and remedies must be in place in the Grazing DEIS if it is to conform to the applicable statutes and regulations.

## 4.1 Completing evaluations

When conducting evaluations of whether pastures are meeting the standards and guidelines, it's important to follow the guidance found in H-4180-1 (Manual for Rangeland Health Standards), as closely as possible. Chapter III provides fairly thorough guidance on how the Evaluation process should be executed.

As the BLM evaluates pastures, for each standard in the USGHR the BLM should specify (1) what indicators will be used to evaluate the standard, and (2) what the decision-threshold values are for that indicator in relation to that standard. For example,
- Scores of 3 or below for soil-site stability and/or hydrologic function indicate failure of Standard 1.

BLM_0080505

- Scores 3s or below for biotic integrity indicate failure of Standard 3.
- Lotic and lentic areas that are rated FAR or NF indicate failure of Standard 2.
- Lotic and lentic areas characterized by some threshold value of exotic-species presence indicate failure of Standard 3.
- Lotic and lentic areas characterized by diminished presence or altered size-class structure of woody vegetation indicate failure of Standard 3 (part a).
- Scores of 3 or below for RLH indicator 12 (F/S groups) indicators failure of Standard 1, 2, and 3.

At the same time, Evaluations must be carried out in accordance to the stipulations in the GSENM Management Plan.   For example, there will be cases where a particular site meets rangeland health standards but does not meet Management Plan objectives that are more stringent.  Clark Bench is a great example of this (BLM 2002a). In fact, and from a legal standpoint, "Management-Plan evaluations" should probably be a component separate from Rangeland Health evaluations.

Continuing on this approach, Part c of Standard 1, Part b of Standard 2 and Part d of Standard 3 state that the presence of the "desired plant community" identified in the Land Use Plan is a pertinent indicator for evaluating Standard 1, Standard 2 and Standard 3.  While the GSENM Management Plan does not specify a desired plant community for every site in the landscape, it follows logically from Plan decision VEG-00 (Monument Plan, pg. 22) that the desired plant community is the "potential natural community" reflected in the appropriate Ecological Site Description.  The Clark Bench Buy-out EA and other permit-buyout EAs provide precedent for this interpretation of VEG-00 (BLM 2002a, 2002b).

We assume Evaluations will be done on the basis of management units.  The BLM must specify the minimum amount of failed area (i.e., acres, NOT percentage) that triggers a failure for the entire management unit.  Moreover, this threshold-area value could vary depending on the "significance" of the failed ecological site.  For example, in many allotments, sagebrush sites are relatively minor components of the landscape, but they are highly "significant" from a resource perspective (sagebrush habitats are dramatically declining across the West) and they are almost uniformly degraded.  Other "significant" sites are those which provide habitat for edaphic endemics or other sensitive taxa.  ALL wetland and riparian areas are "significant" - so failure of any of these should trigger failure for the management unit.

## 4.2  Make determinations of what is causing areas to be Functioning at Risk or Not Functioning.

BLM must determine whether grazing is the cause of degradation when rangeland fails to meet BLM's rangeland health standards.  We present a method for complying with this obligation in Appendix A.[1]  This method, which we term a "determination

---

[1] Because of the length of this section, and because we already submitted this portion of the Guidance Document to the Monument, we have attached it as Appendix A.

BLM_0080506

assessment," offers a systematic, repeatable, and legally defensible tool to assist BLM in meeting its obligations under the and the Management Plan and the *Fundamentals of Rangeland Health and Standards and Guidelines for Grazing Administration*, 43 CFR § 4180. To this end, we draw upon expert experience and peer-reviewed science to outline a procedure for determining whether current grazing use or management is a significant factor that causes specific livestock grazing allotments or pastures to be classified as non-functioning or functioning at risk with a downward trend, and therefore not meeting BLM's rangeland health standards.

The determination method described in Appendix A was developed to rely as much as possible on existing data, requires few agency resources, can be consistently replicated, is based in simple observable evidence, and requires technical expertise common to land managers and experienced members of the public.

In keeping with the structure and approach common to other BLM ecological assessment processes, the determination method presented in Appendix A employs the indicators used in BLM's upland and riparian rangeland health assessment methods that describe livestock-related conditions of ecosystem health. The determination process is based on the significance and number of these indicators that document a failure to meet rangeland health standards. The methodology is further designed to establish when, by a preponderance of the evidence, grazing is a significant factor in the failure of an area to support healthy ecosystem conditions, as required by 43 CFR § 4180.

## 4.3. Capability assessment[2] – determining whether lands can sustain livestock grazing.

Among its other obligations, BLM must determine: 1) if public lands are capable of supporting livestock; and if so, 2) the carrying capacity of the lands. The first of these obligations comes from FLPMA's multiple use mandate which, as we have previously detailed, requires BLM to manage public land resources in "the combination that will best meet the needs of the American people." This, in turn, requires BLM to weigh the relative benefits and harms of allowing livestock to graze a particular area. Part of this analysis must be to determine if an area can support and sustain livestock grazing. If it

---

[2] The capability analysis recommended in this section is compatible with the Capability Analysis presented in Section 2.6, pg. 6 of the Forage analysis/capacity brief (Appendix B). The concept of "capability" in both of these models (determining capability in terms of "FLPMA balancing" here, assessing range capacity and stocking rates in Appendix B) are the same. In our Forage/capacity model, the concept is used to exclude particular areas as incapable of supporting livestock grazing when determining stocking rates with a GIS. In the context of FLPMA balancing (here), capacity is used to determine appropriateness of grazing in some or part of a pasture, as well as to inform appropriate grazing management decisions such as stocking rates and utilization levels. In other words, capacity analysis is required, whether by FLPMA or when setting stocking rates. This analysis should occur as a threshold matter, to determine if grazing is an appropriate use of an allotment or portion of an allotment, and it should occur again (or the same analysis reexamined), if the agency concludes grazing is appropriate, as a basis for making sound grazing management decisions in the context of BLM's multiple use mandate.

BLM_0080507

cannot, there is **no** benefit that stems from use for livestock and dedicating the land to other uses will almost necessarily be warranted.

The second obligation comes from BLM's management obligations relative to grazing permits. Under these regulations, each grazing permit must include terms and conditions specifying the "kind and number of livestock, the period(s) of use, the allotment(s) to be used, and the amount of use, in animal unit months . . . ." 43 CFR § 4130.3-1(a). Importantly, "[t]he authorized livestock grazing use **shall not** exceed the livestock carrying capacity of the allotment." Id. BLM defines "livestock carrying capacity" as "the maximum stocking rate possible without inducing damage to vegetation or related resources." 43 CFR § 4100.0-5. Thus, grazing permits must reflect whether lands within an allotment cannot support livestock grazing and therefore have no or de minimus livestock carrying capacity. Stated another way, the livestock carrying capacity of any given area must take into consideration that part or all of the area is incapable of sustaining livestock use.

Several factors – slope, soil stability, forage production, and distance from water – are relevant to determining whether an area, or portion of an area, is capable of sustaining livestock use. Conditions relative to each of these factors must be present in order for an area to be capable of supporting livestock use. In other words, to support livestock use, an area must be characterized by slopes of less than a certain angle, soils of a certain stability and forage production a minimal value, and the area must be within a certain distance from water.

It is also important not to treat allotments as indivisible units. Within a single allotment may be areas capable of sustaining livestock use and areas that are not. For this reason, the carrying capability of different portions of the allotment may vary, and the grazing permit must accurately reflect this. Moreover, where an allotment is predominantly incapable of supporting grazing, eliminating grazing on the entire allotment is appropriate, particularly if areas incapable of supporting livestock use, for example, because of unstable soils, must be protected by fencing.

***4.3.1 Capability Factor 1: Slope***. Cattle prefer "convenient" flat areas, such as valley bottoms, riparian zones and ridge tops, over rough, steep or rugged areas. Holechek et al. (1998). The slope of rangeland dictates not only the ease of access by cattle but also the probability of soil erosion due to disturbance. If stocking rates do not reflect these realities, as Holechek asserts, the result will be "considerable range degradation." Id. For this reason:

> **Only areas characterized by slopes less than 30% are capable of supporting livestock grazing.**

***4.3.2. Capability Factor 2: Soil Stability***. BLM has repeatedly emphasized that grazing has tremendous adverse impacts on soil stability. These impacts are described in detail in Chapter 3. As a result, livestock use on highly erodible soils (e.g. decomposed granite in the arid Southwest) will exacerbate soil loss to an unacceptable level.

---

BLM_0080508

The Natural Resource Conservation Service (NRCS) has surveyed soils in many regions of the country, mapping their location and providing an erosion hazard index. These designations should be the basis for determining if the soil stability of an area is sufficient to support livestock grazing.

**Areas with soils that have a high erosion hazard, and/or unstable or highly erodible soils (as defined by NRCS) should be identified as not capable of supporting livestock grazing. Those with moderate hazard should be analyzed for slope angle and other factors that exacerbate erosion.**

*4.3.3 Capability Factor 3:  Forage Production.*  Rangelands need to produce a minimum amount of forage in order to be capable of sustaining livestock use.  Recognizing this reality, the Forest Service determined that an area is capable of supporting livestock only if it produces more than 200 pounds of forage per acre.

The Kanab-Escalante Grazing EIS sets minimum forage production at 19 kg/ha. Because this number represents half of the amount of forage that must be present to support a cow over 40 acres, it represents the absolute minimum forage production for the present inquiry.

**Only areas with more than 19 kg/ha of air-dry forage biomass are capable of supporting livestock grazing.**

*4.3.4. Capability Factor 4: Distance from Water.*  As Holechek and his colleagues establish, "cattle make little use of areas farther away than 3.2 km (2 miles) from water." Holechek (1998, pg. 209).  Particularly in a climate such as that of the Colorado Plateau, ignoring this critical fact, the authors conclude, has been highly detrimental to resource conditions:  "Failure to adjust stocking rates for travel distance to water has resulted in considerable range degradation, particularly in the hot, arid rangelands of the southwestern United States . . " Holechek (1998, pg. 209).  Only in the winter, when there is snow on the ground or water in pot holes, will water availability cease to be a limiting factor in livestock distribution.  Holechek et al. (2001) recommend that areas more than two miles from water not be considered capable of supporting livestock.

**If grazed in the spring, summer, or fall, areas must be within two miles of water to be capable of supporting grazing.**

*4.3.5 Conclusion.*  In sum, only areas that meet each of the conditions specified above are capable of supporting livestock.  In areas that are not capable of  supporting livestock, grazing is not an appropriate use under FLPMA's multiple use mandate.  Where an area is pocketed with areas incapable of sustaining livestock use, BLM must base carrying capacity and stocking levels only on the portion of the area that **can** support livestock use.  To calculate capacity and stocking levels otherwise will lead to impairment of production and environmental values and will run afoul of BLM's statutory and regulatory responsibilities to accurately determine carrying capacity, to manage the lands

---

BLM_0080509

in a way that best meets the needs of the American people, and to protect and restore ecosystem values.

## 4.4.  Suitability -- determining whether grazing is appropriate use of particular lands.

This section presents a method that fleshes out the "decisionmaking process" BLM must undertake to comply with FLPMA's multiple-use mandate. National Wildlife Fed'n v. BLM, 140 IBLA 85, 101 (1997) ("Comb Wash").  We set forth the origin and detailed the nature of this obligation in Chapter 2.  There we explained that FLPMA requires BLM to balance competing resource values to ensure that the public lands are managed in a manner "that will best meet the present and future needs of the American people."  43 U.S.C. § 1702(c); Comb Wash at 101; Monument Management Plan at 41-42 (Management Plan).

Moreover, FLPMA requires that BLM management include "the use of some land for less than all of the resources . . . ."  Id.  This means that on some lands certain uses must be prohibited in the name of protecting resources harmed by those uses.  To make a determination of where management "for less than all of the resources" is appropriate, BLM must give consideration "to the relative values of the resources . . . ."  Id.  Thus, BLM must assess the value of each resource in the Monument, weigh this value against the value of the resource uses that may cause harm to that resource, and determine which resources uses are appropriate in any given area.  Finally, BLM's balancing of values must be reasoned and well-informed.  Therefore, the agency must accumulate sufficient data and consider relevant rigorous science to determine what uses are appropriate in any given area.

Applied to grazing in the Monument, FLPMA requires BLM to determine which lands are suitable for livestock use, based on the relative weight of the various values and the fact that many Monument values are highly vulnerable to degradation by livestock use.  The process should be transparent, display consistent results, and give fair weight to the importance of the values.

The determination of the "relative value of the resources" is a threshold matter and must occur as part of any legally adequate FLPMA balancing analysis.  In other words, because the definition of multiple use requires that BLM consider the relative values of resources present, BLM cannot make a legally adequate determination regarding grazing management without first completing this analysis.  Moreover, this assessment must occur in the context of the Proclamation creating the Monument, as well as the Management Plan.  As Chapter 2 establishes, the Proclamation and the Management Plan together constitute a factual finding that in the Monument, scientific, historic, biological, paleontological and archaeological resources are always more valuable than other resources.

BLM_0080510

Finally, should the agency conclude that livestock grazing is an appropriate use, BLM must consider multiple-use values in determining how that area should be grazed. National Wildlife Fed'n v. BLM, No. UT-06-91-1 (DOI, Office of Hearings and Appeals, Hearings Div.) (Dec. 20, 1993) at 25, aff'd Comb Wash (citing 43 U.S.C. §§ 1701(a)(8), 1702(c)). Therefore, in establishing grazing thresholds such as stocking rates and utilization levels, BLM is required to abide by "FLPMA's mandate [that it] protect the full spectrum of environmental, ecological, cultural, and recreational values." Id.

Although methods different from the one presented here may satisfy FLPMA's multiple use mandate, BLM must adopt a review process much like that elaborated below. As described more fully, this methodology contains analyses that BLM is required to undertake. Moreover, because BLM's balancing must be reasoned and well-informed, and must consider the "full spectrum" of multiple-use values, the agency is not free to ignore the science cited or the public land values examined here.

### 4.4.1 Suitability in Addition to Capability Analysis.

To carry out FLPMA's multiple use mandate, BLM must determine both if an area is **capable** of supporting livestock use, as well as if the area is **suitable** for grazing.[3]   In other words, the BLM should first determine whether the area can support grazing (see Section 4.3, above), then whether, consistent with its multiple-use objectives, it should support grazing. Suitability determinations involve the impact of grazing on other multiple use values such as recreation, cultural resources, scenery, science, and wildlife.

A suitability determination is required in addition to a capability determination for several reasons. First, because in some areas that can support grazing, grazing will not be an appropriate use. This is because grazing has an unacceptable impact on other multiple use values such as soils, vegetation, wildlife habitat, wildlife, water quality, and cultural, scenic and recreational resources. Second, even where grazing is appropriate, multiple use considerations must guide BLM's management. Thus, in most cases, the amount of grazing for which an area is suitable will be less than the level of grazing that it is capable of sustaining. This is because grazing capacity is the amount of grazing that the area could sustain if it were managed for livestock grazing and for no other use.[4]  Under FLPMA's multiple-use mandate, however, public lands are not to be managed for the benefit of one use to the detriment of all other uses. If the land is to be used for recreation, scenery, cultural resources, science, and wildlife, livestock must share the land with other uses; the capacity of the land to support grazing may not be strained to its limits. This is not to say that each area will require the same balance of uses, but that grazing should not predominate in allocating usage of the land. Some areas may be suitable for grazing to full capacity, but many will not be suitable for grazing at all because only by prohibiting grazing will other uses of the land be adequately protected.

---

[3] This suitability analysis overlaps with our analysis of stocking rates (Appendix B).

[4] See Joseph M. Feller, "The Comb Wash Case: The Rule of Law Comes to the Public Rangelands," 17 Public Land & Resources L. R. 25, 50-51 (1996) ("[G]razing capacity should be considered an outside, upper limit on livestock numbers, not a desirable level or a goal. Grazing by a number of livestock equal to, or even below, an area's measured grazing capacity can, and often does, seriously degrade other resources and seriously affect other land uses that are not taken into account in the measurements used to determine capacity.").

---

BLM_0080511

As with capability analysis, it is also important to avoid treating entire allotments as indivisible units in the course of suitability analysis. This is because, within allotments that are otherwise suitable for grazing, are areas that are not suitable for livestock grazing. For this reason, different areas within the same allotment may require different grazing levels. Where an allotment is predominantly unsuitable for grazing, eliminating grazing on the entire allotment may be appropriate rather than allowing grazing on the suitable portions while building fences to protect the unsuitable areas.

Finally, as detailed in Chapter 2, BLM must undertake its suitability analysis in the context of the Proclamation and the Management Plan that identified that the area's geologic, paleontological, archeological, historical and biological resources are particularly valuable to the American people. As a result, when undertaking suitability analysis, BLM must address each of the Monument values specifically and consider if the adverse impacts grazing has on each value warrants reducing grazing levels or closing the area to grazing.

### *4.4.2 Suitability Factor: Cultural Resources*. As Chapter 2 details, the Proclamation and the Management Plan document the incredible value of the cultural resources in the Monument. At the same time, the Management Plan finds that this vast array of cultural resources within the Monument are directly and severely threatened by grazing. This conclusion is echoed in an environmental analysis of livestock grazing in nearby Glen Canyon National Recreation Area, which found that cattle had impacted 25 percent of cultural sites that were assessed. Glen Canyon National Recreation Area Environmental Assessment (Glen Canyon EA), 28.[5]

> **Areas where livestock grazing has damaged, or has the potential to damage cultural resources are not suitable for livestock use.**

### *4.4.3 Suitability Factor: Recreational and Scenic Values*. The Monument is an incredible resource for its scenic panorama, solitude, and adventure. Recreation in the Monument, world class by any standard, will undoubtedly continue to increase, providing economic revenue to local communities in addition to aesthetic enjoyment to recreationists.[6]

At the same time, grazing impacts often deter recreationists and minimize the enjoyment of their visits. The FEIS accompanying the Management Plan recognizes that

---

[5] The finding by the Park Service that ongoing livestock grazing was damaging and destroying cultural resources in Glen Canyon National Recreation Area is discussed more fully in Chapter 2.

[6] In *Environmental, Economic and Legal Issues Related to Rangeland Water Developments*, Jon Souder undertook to assess the relative value of various uses of the Kaibab Plateau. He determined that "the vast majority of public benefits, whether locally or regionally, result from recreation-related uses of the Central Winter EMA." *How Does Livestock Grazing Fit Into the Larger Societal Uses of Wildlands?* at 304. While Souder represents the relative values of the resources uses in terms of dollars, such an approach is not necessary. Moreover, the assigning of values is not an economic notion, as FLPMA specifically notes that the best combination of resource uses need **not** generate the most economic return. However, FLPMA does require some method for assessing the relative value of the various uses of the land.

BLM_0080512

"[l]ivestock grazing has the potential to impact recreational use by contaminating water sources and by altering vegetation. Additionally, although some visitors may enjoy viewing livestock and livestock operations in the Monument, others may find their presence an aesthetic and physical intrusion." FEIS, 3.88.

In the EA prepared in nearby Glen Canyon National Recreation Area, the Park Service cited visitor surveys that found that the most commonly mentioned dislike of backcountry visitors was cattle grazing. Visitors and recreational users consistently stated that livestock grazing and its impacts adversely affected their experience of Glen Canyon. For example, the Park Service cited a formal survey showing that 48% of backcountry users stated that the impacts of cattle and grazing had a "very negative" or "negative" impact on their experience. EA at 35 (34% stating the impact was "very negative"). In detailing likes and dislikes of their experience of Glen Canyon, the largest percentage (18%) of backcountry named cattle grazing as their number one "dislike." Id. Similarly, other users "listed 'water polluted by cattle,' 'insects associated with cattle,' and 'multiple trails caused by cattle,'" as "dislikes." Id.

The Park Service recognized that still other adverse impacts to the recreational experience include sighting cattle along the road, encountering cattle "sign" at campsites (both in the backcountry and on the lake and river shores), experiencing foul odor from cow manure, and seeing vegetation damage, trailing, trampled cryptobiotic crusts, erosion, and water pollution caused by livestock. EA at 39. Most importantly, this adverse impact is pervasive – livestock graze the majority of Glen Canyon's lands and grazing "is the most visible non-recreational use" within the recreation area. Id. As a result, backcountry users usually cannot escape the adverse impacts associated with grazing. Id.

In addition, the Park Service concluded that the presence of cattle, roads related to cattle operations, and stock trails negatively impact the viewshed. EA at 37. Scenic qualities are also damaged by vegetation utilization, water developments, and impaired streams and springs. Id. Not surprisingly, the Park Service concluded that "[t]he presence of livestock or grazing impacts has a negative impact on the recreational values and desired experiences of visitors within Glen Canyon NRA." EA at 39.

Thus, because grazing impacts to recreational and scenic values cannot be readily mitigated:

**Grazing that significantly impacts popular recreation use or the scenic view is inappropriate.**

***4.4.4 Suitability Factor:  Rangeland Recovery***.  Particularly where vegetation, soils and other ecosystem values are degraded, ecosystem recovery is an important indicator, along with other values, in assessing whether grazing is appropriate use of an area. Rangeland health standards help measure some of the key ecological health values BLM must considered when determining that grazing is appropriate under FLPMA. Rangeland

BLM_0080513

health requirements, however, are insufficient, standing alone, to provide for the weighing of competing uses that is required by law.

As described in Chapter 2, in assessing whether an area is in compliance with the Fundamentals and Standards and Guidelines, BLM must still undertake FLPMA's multiple use value analysis. This is because a given area could have particularly important ecological values and the interests of the American people might best be served by maintaining this area in a state that exceeds "properly functioning" condition.

Moreover, where BLM believes grazing management changes could be made or have been made to make progress toward achieving the desired conditions, the time this takes, or the changes to grazing management required – such as expensive range development projects – could tip the FLPMA balancing in favor of closing an area to grazing. At the same time, livestock grazing in areas that are recovering is of lower relative value. This is, in part, due to the need to take actions that emphasize plant community and soil recovery that give greater weight to plant community growth and less to livestock grazing. Recovery may also be necessary because the area is not capable of sustaining livestock use to any beneficial degree.

Finally, non-compliance with the Fundamentals and Standards and Guidelines also provides insight into values that are being compromised by livestock grazing. Failure to meet the ecosystem standards often indicates that inappropriate harm may have occurred to multiple-use values such as watershed, wildlife, fish, ecological, environmental, and water resources.

**Livestock grazing is inappropriate where this use would prevent a timely recovery of lands currently not in compliance with rangeland health standards. Livestock use is also inappropriate in areas where wildlife habitat of particular worth has been or has the potential to be damaged by livestock use.**

Similarly, as a general matter, where BLM has determined that the value of environmental resources such as soils, vegetation, wildlife, and water quality, is particularly high, BLM must weigh these relative values with the harms caused to them by grazing to determine which resource uses are appropriate. We consider the relevant environmental resources below.

### *4.4.5 Suitability Factor:  Streams, Riparian areas and Wetlands.*  Based on the importance of riparian areas to sustaining Monument values (see Chapter 3, section 3.1.1) and the undeniable link between livestock grazing and damaged riparian areas (see Appendix A, page 17), BLM must determine whether grazing is appropriate in the Monument's riparian areas. To undertake this assessment, BLM must consider the relative value of ungrazed riparian areas vis-à-vis the lost value of grazed riparian areas. Relevant to assessing the importance of riparian areas is the value that healthy riparian

BLM_0080514

provide to wildlife, especially special status species, water quality and hydrological processes.[7]

**Where livestock use causes a riparian area not to function properly, grazing is inappropriate**.

**_4.4.6 Suitability Factor:  Water Quality._**  The FEIS that accompanied the final Monument Management Plan recognizes the adverse impacts of livestock grazing on water quality:

Livestock grazing has the potential to impact water quality through the removal of vegetative cover, which thereby increases soil erosion and subsequently increases the turbidity of streams.  In riparian areas, livestock waste has the potential to increase the bacterial content of the water in streamcourses.  (*Plan, at pg.3.66*).

That an area is not meeting Utah quality standards indicates that the surrounding watershed and/or riparian areas are not healthy.   As shown in Appendix A, page 25, there is an indisputable link between livestock grazing and increased erosion, and therefore sediment loading in streams.  At the same time, livestock denude stream banks, leading to increased temperatures in the water, and deposit fecal matter directly into the stream, thereby increasing levels of fecal coliform and nutrients.

At the same time, maintenance of water quality is of high value to wildlife, downstream agriculture, recreation and aquatic life, and is mandated by law.  As a result,

**Where livestock use causes water quality to fail to meet water quality standards, grazing is inappropriate.**

This is particularly true where high water quality is a priority, particularly in Calf, Sand, Mamie and Deer creek, Utah Admin. Code R317-2-12 (Category 1 High Quality Waters).  Where habitats are valuable for aquatic species and wildlife, or where soils are unstable, grazing could well be inappropriate.  Moreover, if grazing is appropriate, the adverse impact it has on water quality should be factored into grazing management decisions.

**_4.4.7 Suitability Factor:  Special Status Species_**.  As discussed in Chapter 3, many species of wildlife that exist in the Monument, including special status species, have specific habitat needs.  At the same time, these habitats are often rare, degraded or imperiled.  For these reasons, existing and potential habitats for special status species and species with particular habitat needs are of exceptional value.

There are a number of federal and state-listed threatened, endangered, and sensitive (TES) species known to reside in the Monument, including the Mexican spotted

---

[7] Appendix C discusses the factors most important to a determination of whether steams and riparian areas are properly functioning.

BLM_0080515

owl and the southwestern willow flycatcher. Cattle grazing, as is currently practiced, has been determined to be detrimental to the habitat of these species (see discussion in Chapter 3, Section 3.3.3).

As with other environmental resources, BLM must rely on its relative values assessment in the context of the harm grazing causes to wildlife and special status species to determine if an area is appropriate for grazing. Again, because an area is properly functioning for the purposes of providing wildlife habitat does not end the FLPMA balancing inquiry. BLM must also consider biological factors not addressed by the Fundamentals and Standards and Guidelines relative to special status species and their habitats, such as predator control, spread of disease from livestock to wildlife, and cowbird proliferation.

> **Livestock grazing in a manner that prevents habitat from meeting the needs of native wildlife, especially special status species, is inappropriate**

Thus, to fulfill its FLPMA obligations, BLM must identify, with the help of the U.S. Fish and Wildlife Service and Utah Division of Wildlife Resources, any critical habitats and special status species whose habitat and diet needs will not be protected adequately by properly functioning conditions or that will not adequately recover without added safeguards. Where these species or critical habitats are found, BLM should restrict livestock grazing in order to ensure that the critical habitats meet that species' special needs. This is particularly true where the precarious condition of special status species increases their relative value and requires that exceptional steps be taken to ensure their recovery.

*4.4.8 Suitability Factor: Biological Soil Crusts.* As the Proclamation and Management Plan make clear, biological soils crusts are a key Monument value, paying a critical ecological role in soil stability, nitrogen fixation, nutrient availability, seedling germination and plant growth. Moreover, these "fragile" crusts are highly susceptible to damage and annihilation by livestock grazing. *See* Appendix A, page 33, as well as Chapter 3, Section 3.1.2.2.

> **Where areas with biological crusts are susceptible to damage by livestock use and livestock grazing cannot be managed to protect these soils, grazing is inappropriate.**

*4.4.9 Suitability Factor : Land Use Designations and Land Use Plans.* Even if BLM could guarantee that grazing and properly functioning ecological conditions could co-exist, the analysis to determine if grazing is appropriate could reveal that grazing is not is the best interests of the American people. This is because a given area could have particularly important ecological values and, therefore, the interests of the American people might best be served by limiting or not allowing grazing. For example, an area could be Critical Habitat as defined by the Endangered Species Act. The area could be the only in the Monument that provides habitat for a particular species. Or, the area could support a combination of factors – such as the ecological and cultural resource

BLM_0080516

values.  In each of these cases, the harms caused by grazing – even though they do not bring the area into the realm of non-functioning may lead to BLM concluding that livestock grazing is inappropriate for part or all of an allotment for reasons for related to a land designation.

BLM should review land designations such as Existing Outstanding Natural Areas, Areas of Critical Environmental Concern, Special Use Areas for recreation, and other special designated lands to determine if grazing is compatible with the values that led to the designation.

**Grazing is not appropriate in areas where grazing practices are not compatible with those values specifically protected by existing land designations or land use plans.**

***4.4.10 Suitability Factor:  Economic Values***. In its suitability analysis, BLM must put a value on livestock use.  Again, because FLPMA focuses on the needs of the American people, it gives priority to national, rather than regional needs.  Therefore, on some level, the value livestock use, as with the other uses of the Monument, must be couched on a national scale.

Two economic calculations are relevant to weighing the relative value of livestock use vis-à-vis other multiple uses.  The first concerns the economic value of the cow:calf operations that characterize livestock use on the Monument.  In cow:calf operations, the calves produced by the grazing mothers typically stay on the range for nine months and help constitute the marketable crop.  In this context, it is possible to determine the value of producing this crop or the price people will pay for "the use." Price reflects the demand for the use, which indicates the demand for or value of the use. This demand could be further understood in terms of beef production.

However, to accurately determine the value of livestock use, the costs of this use must be subtracted from the worth or value of the marketable crop.  Thus, costs to the permittee and costs to BLM must be factored into the calculation of worth.  Grazing fees should not be considered a cost, because, while fees are a cost to the permittee, they are a benefit to BLM, thereby essentially canceling out.  Thus, the economic value of grazing constitutes the value of the marketable crop minus the costs to BLM and the permittee of creating this crop.  Once BLM establishes the value of livestock use, the agency must compare this to the value of other resources and uses in the Monument on a case-by-case basis to determine the relative value of the various uses.

The second economic analysis concerns BLM's fiscal resources.  The decision to permit livestock grazing with the accompanying stipulations constitutes a promise that BLM can deliver the services necessary to manage grazing within the standards described by law.  This promise covers monitoring, analysis, habitat restoration, enforcement of permit conditions, and range developments.  The cost of supplying these services, particularly if they are necessary to achieving compliance with the law, must be considered in calculating the relative value of livestock grazing.

BLM_0080517

**The relative economic value of livestock use should be determined from the value of the marketable crop minus the costs of grazing. The costs of grazing must include necessary services and facilities provided and paid for by the BLM. Finally, where BLM lacks the resources to manage grazing in compliance with the law, this use is inappropriate.**

*4.4.11 Conclusion*. In sum, BLM's obligation weigh the relative values of FLPMA's multiple use factors and find the combination of uses that best meets the needs of the American people is critical to the successful management of the Monument. Because Monument resources are of particularly high value to the American people and also significantly vulnerable to livestock grazing, this assessment takes on even greater importance. BLM cannot fulfill its obligations to the public unless it makes deliberate, well-reasoned and science based decisions whether, in any given area, grazing is an appropriate use of the land.

## 4.5 Forage analysis/capacity model: setting new stocking rates

Appendix B presents a new model for the Monument staff to use for calculating the forage that can be allocated to livestock while still allowing for the ecological needs of the land to be met.[8] Based on a wide array of range science, this ecologically based forage capacity analysis is a tool to help BLM determine appropriate stocking levels for livestock in the GSENM. This forage capacity model uses computer mapping and ecological field data to estimate the amount of grazing that a grazing permit can allow, while still being in compliance with the standards and guidelines.

The standards call for management of grazing in deference to the health of ecosystems. Ecosystem health is in turn linked to the productivity of the land and its ability to service local communities on a sustained basis (CSC 1997). The loss of biodiversity, and ecosystem structure and function, has long-term implications for the health of watersheds and the ability of the land to provide abundant forage for a number of uses. BLM needs to undertake forage capacity analyses that will meet the standards, and restore and maintain rangeland ecosystems so that these systems will have the resilience that ensures productivity of the land over time.

Such an ecologically based forage capacity analysis is timely because grazing capacity has not been systematically reviewed for most allotments in the GSENM for at least two or perhaps four decades. Galt et al. (2000) recommend that grazing capacity surveys should be conducted every ten years. This is a good recommendation that aligns with typical permit terms and is logical to carry out. BLM is required to periodically adjust management decisions based on ongoing inventories, and this DEIS will be renewing permits for most, if not all, grazing allotments in the Monument. Furthermore,

---

[8] Because this is a lengthy section of the guidance document, and because we already submitted this portion of the guidance document to the GSENM, it is housed as a "stand-alone piece," as Appendix B

BLM_0080518

range capacity based on ecological needs was raised as a significant issue in the GSENM Grazing DEIS.  BLM has a legal requirement to consider this issue as part of the EIS.

The material in Appendix B develops and illustrates our proposed, science-based model for determining appropriate stocking levels for cattle in GSENM grazing allotments.  This new formula separates the ecological needs of the land and wildlife into several categories.  These are: wild herbivore needs;  insect and nematode forage needs; and vegetation community viability, regeneration and resilience including soil stability and resistance to erosion.  Based on literature on these topics, we have developed proposed allocations for these ecological factors.  We demonstrate the utility of this new model by using an actual example in the Monument (the Upper Hackberry allotment).

## 4.6 Determine whether habitats are functioning for threatened, endangered and sensitive species.

In addressing rare species management in GSENM, consideration must be given to recognize, protect and maintain the natural ecosystems and habitats that are essential for long-term viability of the rare species that exist within those ecosystems.  The Presidential Proclamation for GSENM calls for the protection of the region's "objects" and resources – including both biotic and abiotic elements.  This mandated protection of these objects and resources includes associated values and attributes as well (such as predator-prey cycles, nutrient cycling, and population cycles of native species).

The Monument's management plan states, "the BLM will continue to ensure that authorized actions do not jeopardize the continued existence of any special status animal species" (Plan at pg 13).  Authorized actions (recreation, vegetation treatments, and most of all livestock grazing) are not likely to affect Threatened/Endangered/Sensitive (TES) species directly, but rather these impacts will usually indirectly affect these species' habitats.  It is important that the Monument assess whether habitats likely to contain TES species are properly functioning for those species.  This is something that the BLM should be doing on all of its holdings, but is almost never done.

Of relevance to this DEIS process and the assessment of whether habitats are functioning for TES species, the Monument should include in the DEIS an assessment of to what extent livestock grazing is currently impacting or potentially impacting habitats for federally listed species (such as the southwestern willow flycatcher, Mexican spotted owl and federally listed plants).  The Monument has barely begun the process of consultation with the USFWS for this DEIS (personal communication, Dennis Pope), and so the direction that GSENM can take in this process is still very open and available to lend itself to a proactive approach.  Of great importance regarding TES species in the DEIS is the scientific literature describing the impacts of cattle grazing to federally listed species.  This literature, as is pertains to the Mexican spotted owl, southwestern willow flycatcher, and federally listed plants, is summarized in Chapter 3 and should be incorporated into the Grazing DEIS.

BLM_0080519

In summary, the Monument needs to be assessing potential TES habitat for proper function across the Monument, and where habitats are found to not be functioning properly for those species, the BLM needs to determine why.  As shown in Chapter 3 through a review of the scientific literature, its is likely that where cattle grazing occurs within known or suspected habitat for TES species, it will usually be causing these habitats to not function properly for these species.

## 4.7  Remedies the Monument must devise

There are a number of remedies, in a large part based on analyses recommended above, that we recommend BLM implement in the Grazing DEIS.  These remedies primarily take the form of grazing prescriptions that are spelled out in the grazing permits.

***4.7.1 Generic prescriptions that need to be applied to all allotments that will have continued grazing***.  The decision on management of livestock grazing is described in the form of a prescription for each grazing allotment.  These prescriptions can be simple and only prescribe stocking levels and seasons of use.  Prescriptions can also describe rest rotation programs, and present other management directions.

The grazing management prescriptions proposed below differ from those currently issued by BLM in several ways.  The prescriptions presented here assume that grazing use is the same as permitted use for the average forage production year.  Currently, BLM grazing permits list the permitted number of AUMs.  However in many cases, BLM often intends to graze livestock (actual use) at amounts less than the permitted level for normal forage production years.  Unfortunately, this places BLM's decision at risk since the environmental analysis that supports the decision is often based on stocking levels less than permitted.  As a result, the environmental analysis for grazing decisions often fails to meet the requirements of NEPA.

Our proposed prescriptions further differ some from BLM's current prescriptions by describing measurable monitoring indicators that trigger management change.  While BLM monitors trend and utilization, permits and related management plans normally lack a systematic method for making decisions based on monitoring. In addition to this, when management changes are made a record may not show this change and its rationale.  In response to this, the prescriptions presented below provide a clear method that links changes in ecological condition with required changes in grazing management.

In this section we describe steps that guide the development of grazing prescriptions based on a number of conditions.  These prescriptions fall into two general categories.  One set of prescriptions pertains to those rangelands that now meet rangeland health standards.  The second set pertains to range sites that fail to meet the standards.  Monitoring and its use in adapting grazing practices is a critical part of any prescription.  We give special attention to drought situations, and allotments where productivity is

BLM_0080520

clearly impaired.  This section also suggests consistent collection of monitoring and management data.

We recommend that GSENM staff take the following steps when developing a grazing prescription.  These steps incorporate processes described in more detail below, as well as elsewhere in this document:

- Determine which lands are capable of supporting grazing (i.e. is there capable topography, soils, minimal productivity, access to water, etc.  See Section 4.3 and Appendix B).
- Of those areas capable of supporting livestock, determine which are suitable for grazing (take into account management issues, critical and rare habitats, FLPMA balancing, etc.  See Section 4.4 and Appendix B).
- Determine if allotment is meeting the rangeland health standards and guidelines, and/or whether productivity is significantly impaired (less than 50% of available forage predicted by NRCS Ecological Site Descriptions). If all the pastures, wetland areas, and riparian reaches meet the standards, and productivity is not impaired, then go to section 4.7.1.1.  If the allotment is not meeting standards, and/or productivity is impaired, then go to section 4.7.1.2.
- Is the area suffering from drought? If so, section 4.7.1.3 addresses how to adjust stocking rates and grazing management to respond to this condition.
- Implement a comprehensive monitoring program for the allotment, and include these protocols and conditions in the grazing permit.  Section 4.7.1.4 features our discussion on the importance of adequate monitoring, and our suggestions for monitoring.

*4.7.1.1.  Prescription for rangelands that meet the rangeland health standards, and/or productivity is not impaired.*  We recommend the Monument take the following steps for areas that meet the rangeland health standards, and/or productivity is not impaired:

1. Determine the livestock forage capacity based on ecological needs of the land (see Appendix B for our proposed method for doing this).  Set a new stocking rate for the allotment based on this forage analysis.
2. Will grazing use occur during the early part of the growing season (March through May)?  If this is the case, the forage produced during the growing season will be less than its potential, and thus the forage capacity will be similarly reduced.  If livestock grazing occurs for more than 2-3 weeks in the first part of the growing season, reduce the stocking level by half of that amount calculated in step1, above.
3. Will grazing occur in riparian or wetland areas?  Because livestock use riparian areas far more than wild herbivores, a stocking level designed for upland rangelands will lead to over utilization in riparian areas.  We recommend that if livestock are certain to be grazing in riparian areas, reduce the stocking level calculated above by 50%.
4. Make the final stocking rate calculated above part of the grazing permit as the number of permitted AUMs.
5. The monitoring protocol should establish measurable goals for habitat function for key indicator species.  These should include those species most sensitive to habitat

BLM_0080521

change, those in decline or at risk, those most impacted by grazing, and those that are the best indicators of habitat condition. All monitoring methods and goals should be clearly outlined in the grazing permit. We discuss our recommendations for monitoring more thoroughly in Section 4.7.1.4.

6. Determine management actions that will be triggered when monitoring goals are met, and not met. These management actions should be described in the grazing permit.

*4.7.1.2. "Recovery Prescription" for rangelands that do not meet the rangeland health standards, and/or where productivity is impaired.* For reasons described elsewhere in this paper, where rangelands are identified that fail to meet the rangeland health standards, this is often an understatement of the magnitude of the ecological problem with these lands. Similarly, where actual available forage biomass is less than 50% of the potential forage predicted by NRCS, this is an indicator of seriously impaired productivity. For this reason, most rangelands not meeting the rangeland health standards or that contain less than half of the potential annual productivity, require an aggressive "Recovery Prescription[9]:"

1. Using the determination assessment method described in Appendix A, assess whether livestock are one reason that the allotment fails to meet one or more rangeland health standards. If the answer is no (grazing is not the cause), then other management actions outside range management may be required, and the prescription described in section 4.7.1.1, above, should be used. If the answer is yes, then proceed with the next steps.

2. Determine the degree to which conditions differ from their potential and identify the management practices that will lead to the area meeting the standards in the future. Can it be determined that conditions can be restored within the next grazing permit period? If the answer is no (recovery will take longer than 10 years), the area should be designated as unsuitable for grazing.[10] This period of unsuitability will continue until a recovery plan is in place that can ensure that the standards can be met within a lease period. If it is determined that the allotment can be brought back to its ecological potential within the next grazing lease, proceed to step 3, below.

3. For those allotments not meeting the rangeland health standards and/or that have impaired productivity but can feasibly be restored within ten years, implement the following steps:

   (3a) Discontinue grazing during the growing season (typically from March to mid June).

   (3b) Determine the amount of grazing that can occur while still allowing the recovery schedule to be met. The literature cited in the following sections indicates that recovery is very slow even in areas closed to grazing. It is possible that there is no minimum stocking rate that will allow recovery of degraded uplands within decades. Therefore, we recommend complete rest or allocations of only 5% of the annual

---

[9] "Recovery Prescriptions" should also consider recovery from exotic species infestation and the eventual return to a more normal fire regime.

[10] Some parts of an allotment may be unsuitable for grazing because of specific situations (such as deteriorated biological crusts) that can take many decades to recover. In order for part of an area to be successfully managed as unsuitable, some form of control must be implemented to prevent grazing in unsuitable areas. In most cases, this means that the unsuitable area is fenced from grazing use.

BLM_0080522

forage production (during normal precipitation years) to livestock use.

(3c) Will grazing occur in riparian or wetland areas?  Because livestock use riparian areas far more than wild herbivores, a stocking level designed for upland rangelands will lead to over utilization in riparian areas.  If livestock graze riparian areas for periods longer than one week during the growing season, reduce the stocking level decided in step 3b by half.

(3d) Initiate a recovery monitoring program and analysis (see Section 4.7.1.4).  Such analysis should consider the length of time that an area will need to be rested from domestic livestock in order to restore soil nutrients, plant community composition, and productivity to near their potential.  Monitoring on an annual basis should be conducted to measure plant community composition, ground cover (including cryptobiotic crusts and litter), and annual forage production.  If the monitoring shows that these indicators will not be within 50% or better of the site potential by the end of the grazing permit period, grazing use should be discontinued until such a time that the site is on schedule to recovery.

*4.7.1.3.  Special Prescriptions for drought situations.*  In semiarid areas, drought is an expected occurrence.  For example, between 1903 and 2000, 58% of all years in the Kanab region have been below average precipitation years.  Hard winters and long droughts are a natural method of controlling wild herbivores.  Unfortunately, livestock forage is supplemented from developed agricultural lands, protecting livestock from the mortality losses that wildlife would normally experience during drought.  We recommend management prepare in advance of any drought and respond quickly before habitat damage occurs.  For this discussion, we define drought to be precipitation that is less than 2 inches below normal for the year.

Flexibility must be built into the established grazing levels on permits to account for drought, so that a greater proportion of biomass is left when plants are more stressed, such as occurs in drought years.  Since forage production can vary by 500% and plant species respond differently to defoliation under stress, the same proportion of forage used has different impacts in wet and dry years (Vallentine, 1990).  Therefore, no single stocking level is appropriate for all years, all vegetation types, and all plant species.  These differences need to be incorporated into allotment management plans and grazing permits.  As we have repeatedly emphasized and shown in this guidance document, the negative consequences of over-stocking and over-utilization can be severe.

Grazing levels often stay constant well into a drought, thus extending grazing impacts at a level far beyond what the forage base can endure during a drought.  Grazing use should come with the stipulation that, should average standing forage biomass or expected precipitation not occur, then grazing use will be reduced before the start of the grazing season.  During a time of drought, grazing should never occur during the first three months of the growing season, and monitoring should occur during the grazing season and should increase in frequency.  Lastly, grazing levels should not return to previous levels until the productivity of the range has returned to its potential quantities.

*4.7.1.4 Monitoring and management analysis.*  Monitoring for trend and utilization over

---

BLM_0080523

the past four decades in GSENM has not provided the necessary information to assess rangeland health (according to the standards) or range condition as described by PRIA.[11] Upland Rangeland Health assessments conducted over the past four years in the Monument have provided some helpful information. However, these assessments come with some limitations in that they may miss a few key rangeland health indicators. A good example is rangeland forage productivity, which is not measured with current rangeland health methods and monitoring protocols.[12]

In order for BLM to meet its requirements under PRIA, the Monument Management plan and the *Standards and Guidelines for Healthy Rangelands*, monitoring needs to be expanded and given a higher priority. It is critical that monitoring be explicitly tied to specific operational goals, objectives, and expectations; and clearly outline numerical standards that are measured in kg/ha, % cover, population sizes, etc.[13]

We recommend that traditional monitoring change in four ways in GSENM. First, ecological reference areas need to be established that represent riparian areas and habitat types for each allotment. This does not require that all allotments have an exclosure for each of the Range Site Types in the allotment. However, an exclosure of each of the Range Site Types does need to be established somewhere in the Monument, so this exclosure can be compared to grazed examples of this Range Site Type throughout GSENM. Second, annual monitoring must assess forage production. At least every five years, monitoring needs to be conducted that assesses plant community composition, biomass and ground cover for all species, cryptobiotic crusts, and litter. Holechek et al. (2001) recommend this as well. Third, scientific studies of experimental management prescriptions, using hypothesis testing, should be conducted on numerous allotments to validate management practices. Lastly, more accurate records on grazing use and the implementation of prescriptions need to be kept. Below, we go into further detail on these four points as they might relate to reformed monitoring programs for GSENM:

- <u>Establish an adequate number of ecological reference areas</u>. Rangeland health assessments rely on comparison of current conditions with the potential expected for the same area. Very few relict habitats exist in the Monument. Existing exclosures, some of which are thirty years old, are helpful but often deviate from the potential for an area. There are a number of reasons why existing exclosures fail to represent the natural potential plant community. For example, most were

---

[11] BLM has a long history of not doing required monitoring studies. In 1992, the General Accounting Office (GAO) issued a report (GAO/RCED-92-51) on rangeland management, finding that the Department of the Interior's monitoring program had fallen short of agency requirements. It found that required monitoring was not occurring on most grazing allotments; that BLM was not making decisions with the available monitoring data; and that grazing decisions were often not adequately documented.

[12] However, in some Resource Areas in northern Utah and Idaho, BLM is monitoring forage productivity on an annual basis. Particular examples are the Salt Lake Field Office use of forage capacity to determine stocking rate, exclosures, wildlife monitoring and annual capacity surveys to adjust stocking on an annual basis. Another example is the Jarbidge Resource Area in Idaho where annual forage production measurements covering large areas have been conducted beginning in 2001.

[13] That said, the Monument staff should recall that in cases where resources are clearly degraded, the BLM does not need quantitative data to make management changes such as removing such degraded areas from grazing. This is stated in Handbook 4180-1, pg. III-14.

---

BLM_0080524

established after nearly a century of grazing use. Many have plant communities that are at a state where they will not change further without some significant event. In addition, most small exclosures are over-utilized by wild grazers. These small exclosures often provide the last remaining source of lush forage, and are usually easily accessible to rodents, rabbit, and deer. Therefore, heavy use of these small exclosures by native herbivores is common.

It is particularly important that the BLM establish new, large exclosures in riparian areas. In the case of riparian PFC assessments, adequate determination of riparian and stream health requires comparison against the standard of reference (control) sites (see Appendix C). Riparian habitats considered suitable as ecological reference sites should be located, described in detail, and analyzed through PFC assessments to provide controls against which PFC assessment sites can be evaluated. Reference sites should have close to natural conditions, and must be as free as possible from anthropogenic disturbance, especially livestock grazing. Reference sites should be selected across the Monument, and include a wide elevation gradient and in different stream types. Reference sites also will be useful for understanding the range of natural ecological variability in the Colorado Plateau, and for training PFC teams. The data collected from these sites should be used to develop a regional model of stream and riparian habitat structure and characteristics.

In summary, BLM needs to establish large, ecological reference areas in both uplands and riparian zones that better reflect potential plant communities, and must ensure that accurate conclusions are drawn from monitoring sites that are compared to reference areas. These exclosures should be of sufficient size and with several compartments that exclude a variety of native herbivores in order to identify wild herbivore impacts. Also, the establishment of a large exclosure in each of the larger allotments in the Monument should be a priority.

- <u>Monitor key ecological habitat indicators</u>. Past trend monitoring and utilization data offer little insight into range condition or ecological health. Often focused on one or two key forage species preferred by cattle, trend data sample size and data collection frequency offer inadequate insight into plant community composition, ground cover, and range productivity. Often, many native species are not included in the list of key species that are monitored.

Monitoring is required to assess range condition and trend of change of range condition. Section 1902 of the Public Rangelands Improvement Act describes range condition as: "the quality of the land reflected in its ability in specific vegetative areas to support various levels of productivity . . the present state of vegetation of a range site in relation to the potential plant community for that site, and relative degree to which the kinds, proportions, and amounts of vegetation in the plant community resemble that of the desired community for that site."

BLM_0080525

A set of plant indicator ("key") species should be used for monitoring. These should be **native** species and should include several species from each community type. Each community indicator group should include (as applicable) trees, shrubs, forbs, and grasses, and should be selected to include those most sensitive to and/or preferred by livestock, and those only consumed under duress. Important food plants for a large array of wildlife should also be treated as indicator species, as well as plant species that have been found to be good indicators of ecosystem stability, all rare and endemic plant species, and species known to be limited by livestock herbivory and species that are indicative of "endangered habitats" (e.g., riparian lowlands), or are considered rare. Plant species have differing tolerance of grazing (even on the same site), and tolerable utilization for one species may severely stress another. Therefore, stubble heights/utilization levels must be set for minimizing impacts to the most susceptible species or must vary by species.

Currently, monitoring in GSENM is not conducted to the degree required in the land use plan and required for accurately carrying out the upland rangeland health assessments. To improve upon this situation, we recommend that: (1) each year, BLM measure annual forage production[14] for **all "key" native grasses** in each Range Site Type on an allotment; (2) at intervals of no longer than five years, BLM collect data along transects in each allotment Range Site Type to determine plant community composition (including relative abundances of exotics), amount of litter, and crypto-biotic crust cover,[15] (3) on a periodic basis, wild herbivore populations should be inventoried using transects to tabulate wildlife presence such as burrows and feces; and (4) Properly Functioning Condition assessments for riparian areas and wetlands should be conducted at least every other year and Upland Rangeland Health assessments should be conducted at intervals of no more than five years.

Annual photographs should be used to document progress towards standards. Photographs should be carefully standardized following an accepted published protocol (e.g. EPA, 1993; Kinney and Clary, 1994). Where available, photographs showing current range condition should be included in the Grazing DEIS

In summary, without baseline data it is not possible to quantify or evaluate changes, thus not possible to make informed management decisions. Desired conditions need to be defined, using not only current vegetation composition but as much historical and paleobotanical information as possible. the Grazing DEIS should describe comprehensive monitoring plans, with timelines, to ensure that the proper ecological indicators, compliance with standards, and progress towards

---

[14] Estimation of annual production (and methods used) needs to be carefully designed, since, according to Biondini et al. (1991), over-estimations of production are common.
[15] We feel the BLM could do a more comprehensive job surveying cryptobiotic crusts in GSENM. The BLM should produce a map showing those areas capable of having cryptobiotic crusts, and what condition crusts are in those locations (i.e. near potential?).

BLM_0080526

desired condition are measured and reported regularly and accurately. If monitoring is not being done frequently and properly, or if evaluation of the monitoring data cannot take place within a year of data collection, livestock should be excluded from that allotment.

- Hypothesis testing as a form of monitoring. Scientific studies of experimental management prescriptions,[16] using hypothesis testing, should be conducted on numerous allotments to validate management practices.

- Monitoring data management. The Monument's present process for collecting, storing, archiving and distributing grazing-related information could stand improvement. BLM does not clearly define data management and archival protocols, issues that are central to the credibility of this NEPA process. Interpretation of regional patterns and scientific defensibility of management decisions requires ease of access to historical as well as recent data. We wonder to what degree the DEIS staff is currently reviewing the voluminous existing available data to understand local and regional patterns, over decades, in GSENM. Historical and recent field data, as well as all monitoring and management protocols, should be clarified at the local, state and national levels by the BLM, and we strongly recommend that the BLM consider and implement a sound data management strategy for all of its term permit renewal and land management plan revision processes. In all cases, the data collected should be electronically compiled and managed for ease of review and comparison with future site visits and NEPA analyses. Those data should be made available on-line to the public in a national database and in accord with federal information standards.

    In summary, making grazing monitoring and management data more available to the public will lead to broader understanding by the public of range conditions and actual management practices. In the absence of objective visible data, grazing issues become distorted. The political fallout of this distortion can have lasting negative effects on the land. We recommend that BLM continue to educate the public on how rangelands are monitored and make this data more available to the public by way of the internet. Grazing permits, annual amounts of allowed grazing, and reports of grazing use should also be made available over the internet.

*4.7.1.5 Additional discussion of the "Recovery Prescription": how much rest is necessary?* If the BLM finds that the estimated biomass of available forage is 50% or less of the potential production of the site (as defined by NRCS), or that the site is not

---

[16] It has been called to our attention that one alternative in the DEIS may consider "experimental" grazing management, where various Holistic Range Management (HRM) practices advocating by Alan Savory and others will be "tested." We call attention to the scrutiny and skepticism recently directed to these practices by renowned ecologists and conservation biologists (see Appendix D), and the Monument's own EAs for the Buy-out allotments (i.e. Clark Bench, Willow Gulch – see Appendix H: "Effects of herbivory and trampling, BLM 2002a and b).

BLM_0080527

meeting Standards, we argue above that the allotment should receive a special "recovery prescription" (described above).

Little research exists concerning the level of livestock grazing that can occur on "recovering" arid or semi-arid rangelands where productivity is fair or poor.  Further, the literature is inconsistent as to exactly "how much rest" is required to recover degraded rangelands in arid or semi-arid environments.  Below, we highlight some of the key literature that clearly shows that, in general, the recovery of impaired rangelands appears to require long periods of time - certainly more than a year or two of rest.

Many researchers suggest complete rest as the most effective and rapid method to repair grazing damage to soils and other resources, particularly in damaged riparian areas (Clary and Webster, 1989; Chaney et al., 1993).  Elmore and Kauffman (1994) note that livestock exclusion has consistently resulted in the most dramatic and rapid rates of riparian ecosystem recovery.  These authors also note, however, that "simply excluding the riparian area into a riparian exclosure does not address the needs of the upland vegetation or the overall condition of the watershed."  Unless a landscape-level approach is taken, important ecological linkages between uplands and riparian cannot be restored and riparian recovery will likely be limited. This may mean that livestock exclusion must be extended to an entire watershed.

The literature confirms that total, long term rest is effective.  Potter and Krenetsky (1967) found that grass densities and total ground cover tripled following 25 years of non-grazing.  Blydenstein et al. (1957) similarly determined that perennial grass densities and the palatable shrub *Krameria grayi* increased in a Sonoran desert grassland protected from grazing for 50 years, and the authors were most taken by the notable increase in overall plant cover and density.  More recently, Anderson and Inouye (2001) found landscape-scale changes in plant species abundance (greater) and biodiversity (greater) of a previously grazed sagebrush steppe over 45 years of rest, with perennial grasses experiencing a 13-fold increase in cover during that time.  Analyzing riparian areas, Platts and Nelson (1985) determined that herbaceous vegetation can recover within several growing seasons and woody vegetation within 5-10 years if grazing stress is removed from a deteriorated riparian area and sufficient residual shrubs are present to allow re-growth and expansion.

At the same time, others have concluded that short-term rest from grazing may not sufficiently allow for recovery of ecosystem values.  McPherson et al. (1990) compared ungrazed and a formerly grazed (with 5 years of rest) juniper woodlands, finding that the ungrazed plot had more grass, the grazed more forbs.  The authors concluded that "[t]he effects of long-term continuous cattle grazing persisted 5 years after removal of livestock" and that the "succession following grazing will proceed slowly or will be unpredictable."  In a study of the **Kaiparowits Basin**, Jeffries and Klopatek (1987) compared heavily grazed sites, a site ten years into recovery from heavy grazing, and a relict, never-before grazed site.  The authors found that the relict site had significantly more herbaceous cover (comprised mostly of perennial grasses) than all other sites. There were no significant differences between the heavily grazed site and the

BLM_0080528

recovering site for any of the measured parameters, leading the authors to conclude that
recovery from grazing can take a very long time indeed.

Some authors suggest that conservative grazing use and other changes in
management (rest rotation, etc.) can be very effective in protecting soil health, while
maintaining some grazing use. However, Elmore and Kauffman (1994) report 3 major
short-comings of these grazing strategies that fail: (1) the "cookbook approach," or no
recognition of complexities or heterogeneity of riparian zones, (2) many strategies do not
consider woody vegetation, streambank integrity, or riparian function, and (3) many
strategies were developed to maximize livestock production rather than to protect other
resources. Any mitigation or recovery plan must have resource condition as its first
priority, rather than the continuation of historical grazing use.

An interesting study in Canyonlands National Park (Kleiner 1968) offers some
insight into the difficulty of range recovery.[17]  Kleiner compared vegetative cover and
diversity between a recently grazed (four years rest) and ungrazed study sites within the
Park, and found that plant diversity, ground cover and productivity were significantly less
at the rested site than the ungrazed site.  This is an indication that, in this case, four years
of rest was clearly not enough to allow for full recovery of this system.

What level of grazing can occur on degraded rangelands that are only 50% or
less of their potential productivity, while still allowing them to recover?  As evidenced by
the above examples, we argue that the answer is likely to be none, at least for a few
years.  It is even more likely that complete rest for much longer periods, up to several
decades, may be necessary to allow even slight progress towards restoration of
community diversity and production.  Certainly the study by Anderson and Inouye (2001)
shows that progress is very slow (with a period of nearly 50 years in which the plant
community still had not reached potential).  How much rest is necessary to bring back the
desired productivity of these impaired ranges? We don't have an answer to this question.
However, as outlined above, the literature is filled with evidence that prescriptions of
short periods of rest (like those used with rest-rotation schedules) are not enough to
ensure recovery in semiarid desert lands.  Is the answer 5 years, or 10 years, or 25 years?
We look to the Monument to heed its own call for strong science within its borders, and
establish long-term exclosures to study the beneficial effects of long term rest from
grazing, to help determine a definitive "rest prescription" for those allotments that clearly
need to be put into "recovery mode."  Further, the Monument must establish quantitative
and significant goals against which to measure restoration progress, either by comparison
to exclosures or as gains toward potential productivity (as described by NRCS) and
ground cover (as the literature cited herein describes).

***4.7.2 Grazing prescriptions that are inappropriate***.  Certain livestock management
prescriptions are essential to sound grazing management and we have listed many of
these previously in this section.  There are yet another set of prescriptions that are either
unsupported by scientific analysis or rarely appropriate to apply:

---

[17] See pg. 11 of Appendix B for more discussion of the Chestler Park study

---

BLM_0080529

4.6.2.1 *Rest-rotation as traditionally practiced.*   While many advocate the use of special grazing management, such as rotational grazing, as a tool to moderate or ameliorate grazing impacts, the scientific literature is very divided regarding the benefits of these practices.  In fact, there is evidence that the use of some of these management methods, as have been traditionally practiced by federal lands managers, can actually worsen the condition of pastures.  Holechek et al. (1999) demonstrate the ineffectiveness of rotational grazing systems in improving rangeland conditions, and reviews dozens of studies that show such systems are generally ineffective.  In his range management text, Holechek and his colleagues explain that deferred-rotation and rest rotation grazing schemes have not been found to have an appreciable benefit to resource conditions when compared to continuous grazing.  In analyzing the former grazing scheme, the authors note that on flat sage brush and shortgrass rangelands, the scheme results in no vegetation benefits when compared to continuous or season-long grazing.  Along the same vein, the authors also conclude that "[o]n flat arid and semiarid rangelands, deferred-rotation grazing has shown no advantages over continuous grazing."  Holechek et al. (2001).[18]

In addition, Clary and Webster (1989) report that numerous hydrologic studies have upheld the conclusions of Blackburn et al. (1982), who stated that little information supports claims for specialized grazing systems such as rest-rotation.  In a review of recent studies, Pieper and Heitschmidt (1988) found no results to suggest that the application of short-duration grazing has a different effect on hydrologic performance and soil characteristics than does any other grazing system.  They concluded that heavy stocking would result in long-term downward trend in hydrologic characteristics and that vegetation growth response in a short-duration grazing system is similar to that expected from any other grazing system.  They suggested that stocking rate is and always will be the major factor affecting the degradation of rangeland resources.  In addition, Hann et al. (1997, referring to work by Clary and Elmore, 1989, Platts 1989, and Elmore and Kauffman 1994) state that the three-pasture, rest rotation grazing system promotes shrub browsing that can exceed growth during rest years;  three-pasture, deferred rotation inhibits growth of woody species; early rotation damages herbaceous species; rotational grazing leads to declining woody species; and short duration grazing damages streambanks, shrubs, and herbaceous regrowth.  Lastly, Taylor et al. (1997) concluded that "rotational stocking ... was not able to sustain initial species composition at any stocking rate tested."

Moreover, while rest periods arguably may allow the marginal recovery of individual plants, rotation schemes cannot mitigate the loss of soil protection, thermal regulation, or water absorption and retention, or the alteration of plant competition that results from removal of biomass by grazing.  These conclusions are echoed in a 1989 Forest Service paper which concludes that short duration livestock grazing has no different effect on hydrologic performance and soil characteristics than any other grazing system.  "[H]eavy stocking would result in downward trend in hydrologic characteristics and vegetation growth response in a short-duration grazing system is similar to that expected from any other grazing system" (Clary and Webster 1989, pg 6).  In sum, they

---

[18] Deferred-rotation may have a benefit where various areas are more convenient to livestock than others and therefore are more regularly used.

BLM_0080530

noted, "no grazing system can counteract the negative impacts of overstocking on a long-term basis."

In summary, rest rotation involves removing livestock from a pasture for short periods of time, often for only one year. Rest rotation as has been traditionally practiced often rests the land for too short a period of time to allow for recovery. Rest periods for rangelands where productivity is excellent require a short time to recover from light use. However, the more common situation relates to degraded rangelands where a much more extended rest from grazing is needed.

4.7.2.2 *Prescriptions involving new water developments*. It is inappropriate for the Monument to set stocking rates at levels higher than the land and its productivity can support and argue that new water developments will increase the carrying capacity of the allotment. The reliance on water developments and fencing to gain better distribution of livestock ignores the reality that placing water developments in locations previously unavailable to livestock may introduce additional competition for forage in those areas. Given the already depleted forage resource in areas of the allotment accessible to water, these less accessible areas may be the only forage available for wildlife. Installation of water developments can degrade habitats that may be in better ecological condition, resulting in further impacts to wildlife (Holechek et al. 2001).

The BLM often claims that by providing water to cattle in upland areas, they can reduce detrimental grazing impacts along streams and wetlands by luring cattle away from these sensitive areas and into the uplands. A number of studies have recognized that these types of improvements (construction of new watering facilities in uplands) are ineffective at bringing about real improvement in conditions when compared to removal of livestock (e.g. GAO 1988). For example, McInnis and McIver (2001) showed that use of off-stream supplements of water did not significantly reduce stream bank impacts. Most water developments for cattle divert or gather water from other, natural sources; drilling wells to provide stock water can deplete aquifers or disrupt hydrologically connected surface flows (Donohue 1999). Any diversion of water away from riparian areas, seeps, springs and other wetland areas is ecologically damaging: these projects reduce the size of the original wetland, as well as its productivity. Indirect effects similarly ensue in these areas; for example a reduction in surface water area caused by water diversion can lead to a decrease in insect populations, thereby decreasing the wetland's value as potential habitat for bats (RRCS 1999). In addition, additional stock tanks in uplands leads to the condensed density of cattle near a stock tank contributing to pollution of surface waters in the region (Donohue 1999), through storm run-off that will eventually make it back to the wetlands/riparian areas that the BLM was trying to protect in the first place.

Land management agencies and wildlife professionals often claim that man-made water sources in arid habitats inherently benefit wildlife, but these perspectives on benefits are primarily based on game bird and ungulate studies. In light of this, Burkett and Thompson (1994) investigated effects of "human-altered water units" on small mammals, herpetofauna, and invertebrates in New Mexico. After comparing species

BLM_0080531

richness of these guilds in 20 paired comparisons of watering units versus sites without water, they found that animal richness did not differ between water units and non-water units across vegetation communities.

In summary, and as Holechek et al. (2001) have indicated, areas of severe degradation or "sacrifice areas" occur around water sources including water developments. These can extend from one mile to several miles from these sources and out further if stocking rates are too high. Based on this, a single water development can result in an area of soil compaction, erosion and severe loss of ground cover and vegetation for thousands of acres. Holecheck et al. also indicate that installing water developments in locations that have had limited access to livestock in the past may increase ecological damage to areas that are important refuges for relict plant communities and wildlife that have not been displaced by livestock. It is critical that the BLM not rely on future water developments to correct overstocking in GSENM as the evidence is clear that these "improvements" only exacerbate existing problems.

*4.7.2.3 Prescriptions calling for continuation of grazing because range is "past threshold of recovery."* The conclusion that reduction of stocking rates or cessation of grazing on an allotment will not increase rangeland recovery (because the site has supposedly passed through "thresholds" into new "stable" states) is not only refuted by leading range scientists but is belied by the following:

(1) There are numerous rangeland ecosystems, i.e. riparian, grassland, open ponderosa pine-grassland, etc. that adhere to the traditional Clementsian succession model and will recover when disturbances (such as livestock grazing) are removed (Laycock 1994);
(2) Continued grazing can degrade already degraded rangeland systems still further, esp. during droughts, thus moving rangelands into more degraded stable states and making them even more difficult to restore;
(3) Restoration of rangelands, in most cases, can start only with improved soil fertility and enhanced native plant vigor, which are consistently reduced by livestock grazing.

## 4.8 Summary, and Role of Science

In summary, we stress that the above analyses and remedies must be in place in GSENM's comprehensive Grazing DEIS if it is to conform with the *Standards and Guidelines for Healthy Rangelands*, as well as abiding by all existing laws and regulations.

Moreover, we argue that **all** of the above suggested analyses, remedies and prescriptions should be conducted in a scientific manner (not just the monitoring, as we discuss above). From now on, all assessment procedures, grazing management decisions, field data collection, and implementation of grazing prescriptions should essentially be framed as hypotheses for testing. The best science and tools must always be applied. We call to the attention of the DEIS staff the tribute that the GSENM Plan makes to science,

BLM_0080532

and the Plan's clear call for the use of hypothesis testing in evaluating and setting grazing management practices:  "The Monument provides an unparalleled opportunity for the study of scientific resources.  In addition,…this setting allows study of such important [topics] as… improving land **management practices**." (Plan at pg 5); and "the geology, soils, and erosional characteristics in the Monument and the resulting plant communities provide opportunities to test, validate and develop management methods, criteria or techniques which will lead to improved **grazing practices**" (Plan at pgs 42-43, *emphasis added*).

# CHAPTER 5 – SUMMARY AND CONCLUSIONS

When the Monument was founded in 1996, the President made clear that one of the fundamental values for which the National Monument was established was to protect its outstanding biological diversity. In addition, maintaining the health and productivity of southern Utah desert landscapes draws on common values shared among BLM employees, ranchers, and conservationists. As the BLM embarks on a very important process of analyzing and potentially overhauling the Monument's grazing program, it must keep in mind these values, while heeding the considerable evidence of the deleterious impacts of cattle grazing to the Monument's biological and ecological resources. It is clear that some significant changes in grazing management in GSENM are needed.

In this guidance document, we have carefully outlined what BLM must do in this DEIS process, and made pointed recommendations based on agency policy, national Standards and Guidelines, and the best available science. For example, and of utmost importance, FLPMA requires the BLM to make a reasoned and informed decision as to whether or not grazing is an appropriate use of each part of the Monument. And the Monument must make rigorous determinations of whether cattle are indeed the cause of impairment in the Grand Staircase, and act on these determinations. It would behoove the BLM to adopt part or all of the method we propose to make determinations, as it is based firmly in range science. Given the extraordinarily high ecological, scenic, and cultural values in the Monument, and the generally poor livestock forage available in the Monument, closure of portions of the Monument to grazing should be a high priority in the upcoming DEIS. For those allotments that the BLM does determine are indeed capable of and suitable for supporting grazing, we present new methods for setting stocking rates that we strongly urge the Monument to take into account. And lastly, as the Monument devises and weighs alternatives for the DEIS this fall, it must determine how conformance with Standards and/or progress towards conformance with Standards vary among the different proposed alternatives.

BLM would be justified in using this comprehensive guidance document as the basis for the preferred alternative in the DEIS. In addition to meeting the agency's policies and regulations for grazing and wildlife habitat management, this guidance document is consistent with the management stipulations found in the GSENM management plan. Indeed, we are convinced that using this document as the cornerstone of the DEIS is the only way that the grazing plan for GSENM will be consistent with the *Standards and Guidelines for Healthy Rangelands*, and all relevant laws and regulations.

The Grazing DEIS should clearly identify what actions will be taken to improve ecosystem health when standards are not being met and grazing is determined to be the cause of degradation. Using an extensive review of the grazing science literature, the major point that emerges in this document is that increasing grazing intensity leads to

BLM_0080534

increased impacts to the land, most notably degraded streams and riparian areas, changes in vegetation structure and composition, and increased soil impacts such as compaction, erosion and reduced infiltration rates.  It therefore follows that decreases in grazing intensity will reduce or reverse these impacts when they occur.

## 5.1  The role of science in the Monument's grazing program[1]

The much-touted role of scientific study in GSENM (BLM 1998) pertains to grazing too.  The final management plan for GSENM gave great fanfare to the role of science in the Monument.  It is certainly appropriate for the BLM to design objective, long-range studies to isolate the true impacts of practices like differential stocking rates, rotational systems,[2] seasons-of-use, and grazing of different vegetation types on various independent variables.  Then, the findings could lead to important changes in the way the BLM manages cattle.  This would fit nicely into the adaptive management framework described in the GSENM Management Plan, and could set an example for what kinds of management and monitoring efforts are truly required to insure maintenance of native biodiversity and ecosystem processes in arid regions of the intermountain West.  We suspect there are numerous faculty in Colorado Plateau Universities who would like to have their graduate students working with the BLM on important studies such as these.

Of course, any well-designed grazing effect study needs to be compared to ungrazed controls.  The 1-acre exclosures traditionally used by range managers for comparisons are not adequate.   Something that needs to be strongly considered in this DEIS is the retirement of allotments that are failing to meet Standards.  The removal of livestock over very large scales such as those of entire allotments would not only accord with calls from conservation biologists to establish a network of large-scale grazing exclosures throughout western North America (Bock et al. 1993), but was the specific recommendation of over 30 scientists and natural resource experts who provided joint comments and analyses to GSENM during the comment period for the Draft Management Plan (Round River Conservation Studies 1999).  Such large exclosures

---

[1] Unfortunately, many EISs contain inadequate references, use outdated science, and/or rely on scientifically unsubstantiated opinions as science.  Because the public has limited confidence in government agencies to manage public lands (Brunson and Steel. 1994), and because the ecological costs of livestock grazing in arid and semi-arid ecosystems have been clearly elucidated (see chapters 3, 4 and Appendix A), it behooves the DEIS staff to use very solid, contemporary science in analyzing the Monument's grazing program and assessing its environmental consequences.  Also, without the backing of good science and data, statements regarding grazing effects must be treated as personal opinions, and opinions are not an acceptable basis for management decisions.  Use of scientifically unsubstantiated opinions as a basis for management decisions can leave public-land management agencies and their personnel vulnerable to accusations of 'management by myth'.

[2] It has been called to our attention that one alternative in the DEIS may consider "experimental" grazing management, where various Holistic Range Management (HRM) practices advocating by Alan Savory and others will be "tested."  We call attention to the scrutiny and skepticism recently directed to these practices by renowned ecologists and conservation biologists (see Appendix D), and the Monument's own EAs for the Buy-out allotments (i.e Clark Bench, Willow Gulch – see Appendix H: "Effects of herbivory and trampling, BLM 2002a and b).

---

BLM_0080535

would be large enough to demonstrate landscape-level ecological effects, and would include a diversity of habitat types, including both riparian and upland communities.

Moreover, with a number of recent buy-outs recently negotiated by the Grand Canyon Trust in the GSENM, the BLM is in a good position to designate these newly ungrazed allotments for research as well.  The Buy-out allotments, as "laboratories," would allow for invaluable scientific research concerning rates and pathways for successional change for vegetative communities and cryptobiotic soils.  Knowledge gained form such research will aid future management of vegetative and crust communities found on comparable sites in the Monument and across the Colorado Plateau.  In addition, the use of Buy-out allotments for research would expedite experimentation with various treatments designed to restore large, heavily impacted sites such as those associated with water troughs.  Information acquired through this research will facilitate restoration of comparable sites in the Monument and throughout southern Utah.

Importantly, the BLM needs to carefully monitor sites (over the long term) where cattle have been removed and to compare these sites to currently grazed areas to assess effects of cattle removal from the range.  Perfect opportunities for this lie in not only in buy-out pastures, but also in the 40-mile ridge allotments that were recently removed from grazing pressure due to utilization levels in excess of 90%.  Since these allotments are clearly incapable of supporting cattle, they are a likely candidate for a long term recovery study.  We also call on the Monument to turn any existing "grass banks" in GSENM into long-term recovery exclosures.  Tim Graham, of USGS-BRD, is currently conducting a grazing-removal effects analysis in one of the Monument's grass banks (personal communication with Tim Graham).  However, Dr. Graham's data will be useless unless two conditions are met: 1) to detect changes in a system, time is needed.  The study must not be interrupted by any cattle for at least a half-dozen years.  2) The grass bank must be fenced.

W call on GSENM to put its money where its mouth is in regards to GSENM's purported dedication to science within its borders.  This should begin by using opportunities such as buy-out allotments to create large areas free from grazing, and then by inviting scientists and their graduate students to design sophisticated, long-term grazing-impact studies that can seriously inform BLM's grazing management processes.  The Monument is already putting in place a hand-picked Science Advisory Council, and this group of experts should provide input into this DEIS and the reformed grazing management program we expect will result from it.  Above all, all future monitoring in the Monument should use active hypothesis testing as the chief framework for field data collection.

BLM_0080536

## 5.2  This DEIS in light of "Sustainable Working Landscapes"

As the Bureau of Land Management changes how grazing is managed on its holdings, the BLM has the opportunity – through this DEIS process in the Grand Staircase - to ensure that certain key issues (i.e. "FLPMA balancing, forage/capacity analyses, determining causes of impairment, and the crucial issue of permanent impairment of productivity) are identified, reported to the public, and treated in the new policy.  We would argue that in order to sustain ranching, the productivity of our rangelands needs to be restored and any use should occur in deference to the ecological needs necessary to sustain the health and productivity of the land.  The solution of these problems is central to ensure that ranching on public lands is sustainable.

The BLM's proposal to implement "Reserve common allotments" makes the assumption that there are today ungrazed allotments in reserve and available.  We are concerned that this idea may assign retired grazing allotments to be common allotments. Allotments that are today managed for multiple uses other than livestock grazing are likely to be chosen and this would have profound negative effect to the health of the land. We strongly caution the Monument against designating retired AUMs to grassbank status in the Final EIS.  If grassbanks are to be established in the Monument, these allotments should be those that are currently grazed today, and such reserve allotments should be managed to ensure for the health and productivity consistent with ecological needs of all public rangelands.

## 5.3  This DEIS as a model for other Resource Areas

The BLM has an extremely important job in front of it.  The Grand Staircase Escalante National Monument was the first national monument entrusted to the BLM, and is one of very few monuments managed in this way. The purpose of the upcoming Environmental Impact Statement should not just be to quickly usher through term grazing permit renewals in a boiler-plate fashion (as is being done in the Kanab and San Juan Resource Area), but to take a hard look at the true impacts of grazing on the Monument's important resources.  The BLM did a fine job on the GSENM Final Management Plan - even many conservationists have praised it.  The BLM needs to approach this DEIS in a similar fashion by embracing all relevant science, working closely with the interested public, and being ready to take Monument grazing management and practices in a new direction.

This DEIS needs to go beyond the assessment of environmental impacts, however.  It needs to take a hard look at the grazing management practices that have become entrenched in the region, and dissect the entire management program, policies and guidelines that have attributed to those practices.  As of 2001, the state of Utah ranked last of all western states in terms of compliance with the national Fundamentals of Rangeland Health (personal communication, National Wildlife Federation).  Moreover, about 65% of the grazing allotments in the Monument evaluated thus far have failed to meet at least one of the four standards somewhere on the allotment (which means that the

BLM_0080537

allotment itself has failed to meet standards). As evidenced in this guidance document, the BLM's own data and the scientific literature make an overwhelming case that the generally degraded conditions found in the Monument (and on southern Utah rangelands in general) are attributable to cattle grazing. BLM has an opportunity to not only steer the Monument's rangeland health and productivity onto the right track by lowering grazing levels and changing many aspects of grazing management, but also to set an important example and precedent for other Resource Areas that are current undergoing permit renewals and management plan revisions.

In addition, the BLM must come up with thoughtfully written and detailed AMPs for each allotment in the Monument, as it promised in the Final Management Plan (plan, pg. 2.28). These AMPs must foster site-specific implementation of all grazing prescriptions presented in the FEIS.

In closing, this guidance document compiles BLM's own data to show that current grazing practices in the Monument are violating the full spectrum of the agency's legal duties. Because of excessive livestock grazing, ecosystems are not properly functioning, the beneficial uses of streams are not being met, cultural resources are being destroyed and delicate soils are being irreparably lost. In response, this document presents a system of livestock grazing, assessment and monitoring that, if implemented, will allow BLM to comply with its legal obligations – or at least will allow the agency to make great strides in that direction. A system of grazing that does not recognize the science and the analysis presented here and does not address the significant failures of current grazing practices in the Monument will not met the agency's obligations and will fall hopelessly short of the law.

BLM_0080538

*GRAZING MANAGEMENT UNDER A*
*MULTIPLE USE MANDATE:*
# Literature Cited

Achouri, M. and G.F. Gifford. 1984. Spatial and seasonal variability of field measured infiltration rates on a rangeland site in Utah. J Range Manage 37: 451-455.

Aldredge, A.W., Lipscomb, J.F and F.W. Whicker. 1974. Forage intake rates of mule deer estimated with fallout cesium-137. J. Wildl. Manage. 38: 508-516.

Alipayo, D. 1991. Influence of range condition on density and diet of black-tailed jackrabbits and diet of cattle in south-central New Mexico. Dissertation, Range Science Dept., New Mexico State University. Las Cruces, NM.

Alston, J.L. 2002. The mammals of the Grand Staircase-Escalante National Monument, Utah. M.S. Thesis, Department of Integrated Biology, Brigham Young University. Provo, UT.

Anderson, A. N. 1987. Effects of seed predation by ants on seedling densities at a woodland site in SE Australia. Oikos 48:171-174.

Anderson, J.E. and M.L. Shumar. 1986. Impacts of black-tailed jackrabbits at peak population densities on sagebrush steppe vegetation. J. Range Manage 39:152-156.

Anderson, J.L. 1994. Exclosures on the Beaver Dam Slope in Arizona and Utah. Rangelands 16: 184-188.

Anderson, D.C., K.T. Harper, and R.C. Holmgren. 1982. Factors influencing development of cryptogamic soil crusts in Utah deserts. Journal of Range Management 35: 180-185.

Anderson, J.E. and Inouye, R.S. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological monographs 71: 531-

Archer, S. 1989. Have southern Texas savannas been converted to woodlands in recent history? American Midland Naturalist 134:545-561.

_____. and D.E. Smeins. 1991. Ecosystem level processes. Chapter 5 in: (R.K. Heitschmidt and J.W. Stuth, eds.) Grazing management: an ecological perspective. Timber Press, Portland OR.

Armour, C.L., Duff, D.A. and W. Elmore. 1991. The effects of livestock grazing on riparian and stream ecosystems. Fisheries 16: 7-11.

_____. 1994. The effects of livestock grazing on western riparian and stream ecosystems. Fisheries. 19: 9-12.

Arnold, J.F. 1942. Forage consumption and preferences of experimentally fed Arizona and antelope jackrabbits. Ariz. Grassland Exp. Sta. Tech. Bull. No. 98.

Austin, D.D. & P.J. Urness. 1986. Effects of cattle grazing on mule deer diet

BLM_0080539

and area selection. Journal of Range Management 39: 18-21.

Autenrieth, R. E., W. R. Brigham, W. Molini, P. Shields, J. Slosson, M. Wickersham. 1977. Livestock and upland wildlife. Pages 76-86 IN J. W. Menke (ed.). Proc. Workshop on Livestock and Wildlife-Fisheries Relationships in the Great Basin; May 3-5, 1977; Sparks, NV. Spec. Publ. 3301. Univ. California Div. Agric. Sci. Univ. California. Berkeley, CA.

Autenrieth, R. E., W. Molini, C. Braun (eds.). 1982. Sage grouse management practices. Tech. Bull No. 1. Western States Sage Grouse Committee. Twin Falls, ID. 42 pages

Bane-Gaston, K.C. and C. Carlson 2000. Proposed model for conducting capability and suitability determinations for livestock grazing. Unpubl document, EarthJustice Legal Defense Fund, Denver, CO. and National Wildlife Federation, Boulder, CO.

Behnke, R.J. and R.F. Raleigh. 1978. Grazing and the riparian zone: impact and management perspectives. Pgs. 263-267 in: (R.R. Johnson and J.F. McCormick, eds.) Strategies for protection and management of floodplain wetlands and other riparian ecosystems. USFS Gen Tech Rep. WO-12.

Behnke, R.J. and M. Zarn. 1976. Biology and management of threatened and endangered western trouts. General Technical Report RM-28. Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado.

Belnap, J. 1993. Recovery rates of cryptobiotic crusts: inoculant use and assessment methods. Great Basin Naturalist 53:89-95.

_____. 1995. Surface disturbances—their role in accelerating desertification: Environmental Monitoring and Assessment. 37: 39-57.

_____. 1996. Soil surface disturbances in cold deserts: effects on nitrogenase activity in cyanobacterial-lichen soil crusts. Biol. Fertil Soils 23: 362-367.

_____. 1997. Ecological Resources of the Grand Staircase-Escalante National Monument Pp. 17 to 26, in: Learning From the Land: GSENM Science Symposium Proceedings. Cedar City, UT. 1997

_____. 1998. The biota and ecology. Pp. 21-30 in R. B. Keiter, S. B. George, and J. Walker (eds.) Visions of the Grand Staircase Escalante. Utah Museum of Natural History and Wallace Stegner Center, Salt Lake City, UT.

_____ and D.A. Gillette. 1997. Disturbance of biological soil crusts: impacts on potential wind erodibility of sandy desert soils in SE Utah. Land Degradation and Development 8: 355-362.

_____, K.T. Harper, and S.D. Warren. 1994. Surface disturbance of cryptobiotic soil crusts: nitrogenase activity, chlorophyll content, and chlorophyll degradation. Arid Lands Research and Rehabilitation. 8:1-8.

_____, J., R. Rosentreter, S. Leonard, Julie H. Kaltnecker, J. Williams and D. Eldridge. Biological Soil Crusts: Ecology and Management. U.S. Dept. of Interior, Bureau of Land

BLM_0080540

Management National Science and Technology Center, Information and Communications Group, Denver, Colorado.  Technical Reference 1730-2.  110p.

Belsky, A.J.  1986.  Does herbivory benefit plants?:  a review of the evidence.  American Naturalist.  127: 870-892.

_____.  1993.  Overcompensation: herbivore optimization or red herring?  Evolutionary Ecology 7:109-121.

_____ and D. M. Blumenthal. 1995.  Effects of livestock grazing on upland forests, stand dynamics, and soils of the interior West: livestock and the "forest health" crisis. Oregon Natural resources Council, 5325 N Greeley, Portland, OR 97217.  [accepted with slight revision for publication in *Conservation Biology*]

_____, Matzke, A. and S. Uselman.  1999.  Survey of livestock influences on stream and riparian ecosystems in the western United States.  Journal of Soil and Water Conservation.  54:419-431.

Berger, J. 1986.  Wild horses of the Great Basin.  Social competition and population size.  University of Chicago Press, Chicago.

_____, and C. Cunningham.  1994.  Bison: mating and conservation in small populations.  Columbia University Press, New York.

Beymer, R.J. and J.M. Klopatek.  1992.  Effects of grazing on cryptogamic crusts in pinyon-juniper woodlands in Grand Canyon National Park.  American Midl. Nat  127: 139-148.

Bich, B.S., Butler, J.L. and C.A. Schmidt.  1995.  Effects of differential livestock use on key plant species and rodent densities within selected *Oryzopsis hymenoides* / *Hilaria jamesii* communities of Glen Canyon National Recreation Area.  Southwest Naturalist 40: 281-287.

Biondini, M. E., W. K. Lauenroth, and O. E. Sala. 1991. Correcting estimates of net primary production: are we overestimating plant production in rangelands?  Journal of Range Management 44:194–198.

Blaisdale, J.P.  and R.C. Holmgren.  1984.  Managing Intermountain Rangelands – Salt Desert Shrub Ranges.  U.S. Forest Service General Technical Report INT-163.  52pp.

BLM (Bureau of Land Management).  1981.  The Kanab/Escalante Grazing Management Final EIS.  Kanab, Utah.

_____.  1986.  San Juan Resource Management Plan Draft EIS.  BLM San Juan Resource Area, Moab District.  May 1986.

_____.  1991.  Riparian-wetland initiative for the 1990s.

_____.  1994.  Rangeland Reform '94.  Final Environmental Impact Statement.  Prepared by USDI BLM in cooperation with USDA FS.  Washington, D.C.

_____.  1996.  Utilization Studies and Residual Measurements.  Interagency Technical Reference Cooperative Extension Service, USDA Forest Service, Natural Resources

BLM_0080541

Conservation Service and USDOI Bureau of Land Management. By: Bureau of Land Management's National Applied Resource Sciences Center. BLM/RS/ST-96/004+1730.

_____. 1998a. Grand Staircase Escalante National Monument: Draft Management Plan / Draft Environmental Impact Statement. GSENM, Cedar City, UT.

_____. 1998b. Interpreting indicators of rangeland health: draft handbook. Preliminary Publication, BLM, Idaho.

_____. 1999. Interpreting indicators of rangeland health. Draft document (unpublished). July 5, 1999

_____. 2000a. Environmental Assessment for Term grazing permit renewal – Little Boulder and Peters Point Allotments. EA No. UT-090-00-41. BLM, Monticello Field Office, UT.

_____. 2000b. Environmental Assessment for Term grazing permit renewal – Church Rock, East Summit, Stateline & Peters Canyon Allotments. EA No. UT-090-00-10. BLM, Monticello Field Office, UT.

_____. 2000c. Environmental Assessment for Term grazing permit renewal – Bluff Bench, Laws and Brown Canyon Allotments. EA No. UT-090-00-18. BLM, Monticello Field Office, UT.

_____. 2000d. Environmental Assessment for Term grazing permit renewal – Johnson Creek and Horsehead Canyon Allotments. EA No. UT-090-00-10. BLM, Monticello Field Office, UT.

_____. 2001 Grazing permit lease renewal technical program review. Internal Audit Report. BLM. Washington, D.C.

_____. 2002a. EA: Proposed Amendment to the Paria Management Framework Plan to retire animal unit months (AUMs) in the Clark Bench Allotment. EA Number UT-030-02-001, Prepared at the GSENM Field Office, Kanab, UT.

_____. 2002b. EA: Proposed Amendment to the Paria Management Framework Plan to retire animal unit months (AUMs) in the Willow Gulch Allotment. EA Number UT-030-02-002, Prepared at the GSENM Field Office, Kanab, UT.

Blyndenstein, J., Hungerford, C.R., Day, G.I. and R.R. Humphrey. 1957. Effect of domestic livestock exclusion on vegetation in the Sonoran Desert. Ecology 38: 522-526.

Bock, C.E., Bock, J.H., Jepson, K.L., and J.C. Ortega. 1986. Ecological effects of planting African lovegrasses in Arizona. National geographic Research 2: 456-463.

Bock, C.E., J.H. Bock, and H.M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conserv. Biol. 7:731-733.

Bock, C.E., J.H Bock, W.R Kenney, and V.M. Hawthorne. 1984. Responses of birds, rodents, and vegetation to livestock exclosure in a semidesert grassland site. Journal of Range Management 37, 239-242.

BLM_0080542

Bock, C.E., J.H. Bock, and H.M. Smith.  1993.  Proposal for a system of federal livestock exclosures on  public rangelands in the western United States.  Conserv. Biol. 7:731-733.

Bock, C.E., Saab, V.A., Rich, T.D., and D.S. Dobkin.  1993.  Effects of livestock grazing on neotropical migratory landbirds in western North America.  Pgs 296-309 in: (D.M. Finch and P.W. Stangel, eds.) Status and management of neotropical migratory birds.  Gen Tech Rep RM-229.  USFS, Ricky Mtn Forest and Range Exp. Station, Ft Collins, CO.

Bowyer, R.T. and V.C. Bleich. 1984. Effects of Cattle Grazing On Selected Habitats of Southern Mule Deer *Odocoileus hemionus fuliginatus*. California Fish and Game 70: 240-247.

Braun, C. E.  1998. Sage grouse declines in western North America: what are the problems? Proc. Western Assoc. State Fish and Wildl. Agencies, Vol. 78.

Brady, N.C. 1984. The Nature and Properties of Soils. 9th Edition. MacMillan Co. New York, NY.

Brady, W.W,  Stromberg, M.R,  Aldon, E.F,  Bonham, C.D. and S.H. Henry.  1989.  Response of a semi-desert grassland to 16 years of rest from grazing.  J Range Manage 42: 284-288.

Branson, F.A., Miller, R.F., and I.S. McQueen. 1962.  Effects of contour furrowing, grazing intensities, and soils on infiltration rates, soil moisture, and vegetation near Fort Peck, Montana. Journal of Range Management 15:151-158.

Brinson, M.A.  1993.  A hydrogeomorphic classification for wetlands.  U.S. Army waterways Experiment Station Tech. Rep. WRP-DE.

Brooks, M. W., T. C. Esque, and C. R. Schwalbe.  1999.  Abstract.  Effects of exotic grasses via wildfire on desert tortoises and their habitat.  Proceedings of the 24th Desert Tortoise Council Symposium.

Brookshire, E.N.J., J.B. Kauffman, D. Lytjen & N. Otting. 2002. Cumulative effects of wild ungulate and livestock herbivory on riparian willows. Oecologia 132: 559–566.

Brookshire, E.N.J., J.B. Kauffman, D. Lytjen & N. Otting. 2002. Cumulative effects of wild ungulate and livestock herbivory on riparian willows. Oecologia 132: 559–566.

Brotherson, J.D. and W.T. Brotherson.  1981.  Grazing impacts on the sagebrush communities of central Utah.  Great Basin Nat 41: 335-340.

Brotherson, J.D.,  Rushforth, S.R. and J.R. Johansen.  1983.  Effects of long-term grazing on cryptogram crust cover in Navajo National Monument, AZ.  J. Range. Manage 36: 579-581.

Brunson, M. W. and B. S. Steal. 1994. National public attitudes toward federal rangeland management. Rangelands 16(2): 77–81.

Brown, D.E.  1982.  Biotic communities of the American southwest – U.S. and Mexico.  Desert Plants  1-4.

BLM_0080543

Brown, J.W., and J.L Schuster. 1969. Effects of grazing on a hardland site in the southern high plains. Journal of Range Management 22:418-423.]

Brown, R. W. 1995. The water relations of range plants: adaptations to water deficits. Pages 291-413 in D. J. Bedunah and R. E. Sosebee, eds. Wildland Plants: Physiological Ecology and Developmental Morphology. Society for Range Management, Denver.

Bryant, F.C. B.E. Dahl, R.D. Pettit, and C.M. Britton. 1989. Does short-duration grazing work in arid and semiarid regions? Journal of Soil and Water Conservation 44:290-296.

Bryant, H., Blaser, R. and J. Peterson. 1972. Effect pf trampling by cattle on bluegrass yield and soil compaction of a meadowville loam. Agronomy Journal 64: 331-334.

Buckhouse, J.C. and G.F. Gifford. 1976. Water quality implications of cattle grazing on a semi-arid watershed in southeastern Utah. Journal of Range Management 29: 109-113.

Bueker, E.L., Scott, V.E., Reynolds, H.G. and B.A. Donaldson. 1972. Seasonal food habits of mule deer in southwest New Mexico. J. Wildl. Manage. 36:56-63.

Bullen, F.T. 1996. Locusts and grasshoppers as pests of crops and pasture — a preliminary economic approach. Journal of Applied Ecology 3:147-168.

Burkhardt, J.W. 1996. Herbivory in the intermountain west. Station Bulletin 58. Forest, Wildlife and Range Experiment Station, University of Moscow, Idaho.

Caldwell, M.M. 1984. Plant Requirements for Prudent Grazing. In: (Committee on Developing Strategies for Rangeland Management) Developing
Strategies for Rangeland Health, National Research Council. Westview Press. Boulder, CO. Pp 117-152.

Caldwell, M.M and J.H Richards. 1989. Hydrolic lift: water efflux from upper roots improved effectiveness of water uptake by deep roots. Oecologia 79:1-5.

Carothers, S.W. 1977. Importance, preservation, and management of riparian habitats: an overview. Pages 2-4 in R.R. Johnson, and D.A. Jones, technical coordinators. Importance, preservation, and management of riparian habitat: a symposium. General Technical Report RM-43. Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado.

Carothers, S.W., R.R. Johnson, and S.W. Aitchison. 1974. Population structure and social organziation of Southwestern riparian birds. American Zoologist 14: 97-108.

Carter, J.G. 2000. Livestock and water quality. A special publication by Willow Creek Ecology, Menden, Utah.

CAST (Council for Agricultural Science and Technology). 1996. Grazing on Public Lands. Task Force Report No. 129.

Catlin, J, Jones, A, Diehl, P. and J. Allison. 2000. Critique of BLM's method to assess health of riparian and wetland areas. Spec. Pub., the Wild Utah Project, Salt Lake City, UT.

BLM_0080544

Catlin, J, Jones, A, and J. Carter. In Prep. A proposed method for determining forage amounts and setting stocking rates using GIS.

Chambers, J.C. and B.E. Norton. 1993. Effects of grazing and drought on population dynamics of salt desert shrub species on the Desert Experimental Range, Utah. Journal of Arid Environments 24: 261-275.

Chaney, E., Elmore, W. and W.S. Platts. 1993. Managing change: livestock grazing in western riparian areas. Rep to the U.S. Environmental Protection Agency, Reg 8, Denver, CO.

Chapman, J. and G. Feldhamer. 1982. Wild mammals of North America. Johns Hopkins University Press, Baltimore, MD.

Clary, W. P. and W. C. Leininger. 2000. Stubble height as a tool for management of riparian areas. Journal of Range Management 53:562-573.

Clary, W. P. and B. F. Webster. 1989. Managing Grazing of Riparian Areas in the Intermountain Region. Intermountain Research Station, General Technical Report INT-263. United States Department of Agriculture, Forest Service. 11 pp.

Clegg, K. 1994. Density and feeding habits of elk and deer in relation to livestock disturbance. M.S. Thesis, Fisheries and Wildlife Dept, Utah State University, Logan, UT.

Coggins, G.C. 1984 Public rangeland management law: FLPMA and PRIA. Developing strategies for rangeland health, National Research Council. Westview Press. Boulder Colorado 1901-1976

Cole, Kenneth L., Norman Henderson, and David S. Shafer, 1997. Holocene vegetation and historic grazing impacts at Capitol Reef National Park reconstructed using packrat middens. Great Basin Naturalist, 57: 315-326

Conley, W., M.R. Conley, and T.R. Karl. 1992. A computational study of episodic events and historical context in long-term ecological process: climate and grazing in the northern Chihuahuan desert. Coenoses 7:55-60.

Fuhlendorf, S.D., and F.E. Smeins. 1997. Long-term vegetation dynamics mediated by herbivores, weather, and fire in a Juniperus-Quercus savanna. Journal of Vegetation Science 8: 819-828.

Connelly, J.W., Schroeder, M.A., Sands, A.R. and C.E. Braun. 2000. Guidelines for management of sage grouse populations and habitats. Idaho Dept. of Fish and Game, Pocatello, ID.

Cook, C.W. 1971. Effects of Season and Intensity of Use on Desert Vegetation. Utah Agricultural Experiment Station Bulletin: 483.

Cook, C.W., and L.A. Stoddart. 1963. The effect of intensity and season of use on the vigor of desert range plants. Journal of Range Management 16: 315-317

BLM_0080545

Cooperrider, C.K. and B.A. Hendricks. 1937. Soil erosion and streamflow on range and forest lands of the upper Rio Grande watershed in relation to land resources and human welfare. Technical Bulletin 567. USDA, Washington, D.C.

Cottam, W.P., and F.R. Evans. 1945. A comparative study of the vegetation of grazed and ungrazed canyons of the Wasatch Range, Utah. Ecology 26:171-181.

CRC (Committee on Rangeland Classification), Board of Agriculture, and National Research Council.1994. Rangeland health, new methods to classify, inventory, and monitor rangelands. National Academy Press. Washington, D.C.

Crider, F.J. 1955. Root-growth stoppage resulting from defoliation of grass. Soil Conservation Service Technical Bulletin 1120. Washington, D.C. Pp. 1-23.

Croft, A.R., Woodward, L. and D.A. Anderson. 1943. Measurement of accelerated erosion on range-watershed land. J Forestry 41: 112-116.

Currie, P.O. and D.L. Goodwin. 1966. Consumption of forage by balc-tailed jackrabbits on salt desert ranges of Utah. J. Wildl. Mange. 30:304-311.

Dahlem, E.A. 1979. The Mahogany Creek watershed - with and without grazing. Pgs. 31-34 in: (O.B. Cope, ed.) Proceedings of the forum - grazing and riparian/stream ecosystems. Trout Unlimited, Denver, CO.

Daniel, A., Holechek, J., Valdez, R., Tembo, A., Saiwana, L., Fusco, M. and M. Cardenas. 1993. Jack rabbit densities on fair and good condition Chihuahuan desert range. J. Range Manage. 46:524-528.

D'Antonio, C.M., and P.M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23: 63-88.

Daubenmnire, R.F. 1970. Steppe vegetation of Washington. Washington Agriculture Experiment Station Technical Bulletin, 62, 131 pp.

Davidson, D. 1999. Importance of Biodiversity Hotspots: Locally, and at the Landscape Level. Pgs 79-80, in: (Jones, A.L., Editor) Analysis of the Grand Staircase-Escalante National Monument draft management plan: a conservation biology perspective. A special publication by Round River Conservation Studies. Salt Lake City.

Davidson, D.W, Newmark, W.D., Sites, J.W., Shiozawa, D.K., Rickart, E.A., Harper, K.T. and R.B. Keiter. 1996. Selecting wilderness areas to conserve Utah's biological diversity. Great basin Naturalist 56: 95-118.

Davis, G.A. 1977. Management alternatives for the riparian habitat in the southwest. Pgs 59-67 in: (R.R. Johnson and D.A. Jones, technical coordinators) Importance, preservation and management of riparian habitat: a symposium. Gen Tech. Rep. RM-43. USDA USFS, Rocky Mtn For. And Range Exp. Sta., Ft Collins, CO.

Davis, W. and T. Simon (eds). 1995. Biological assessment and criteria: tools for water resource planning and decision making. Lewis Publishers, Boca Raton, FL.

BLM_0080546

Environmental Protection Agency. 1991. Environmental indicators: policies, programs and success stories. Workshop proceedings. Office of policy, planning and evaluation. Washington, D.C.

Demarais, S. and P.R. Krausman. 2000. Ecology and management of large mammals in North America.

Department of the Interior (DOI), BLM. 1984a. Rangeland Monitoring, Planning for monitoring, TR 4400-1.

Department of the Interior (DOI), BLM. 1984b. Rangeland Monitoring, Utilizaiton studies, TR 4400-3.

Department of the Interior (DOI). 1984c. Site writeup area forms for Soil Conservation Service survey data collected by BLM for the Kanab Resource Area as part of the Soil Vegetation Inventory Method (SVIM).

Department of the Interior (DOI), BLM. 1985. Rangeland Monitoring, Trend studies, TR 4400-4.

Detling, J.K. In prep. Do prairie dogs compete with livestock?

Diamond, J.M. 1984. "Normal" extinctions of isolated populations. Pp 191-246 in: M.H. Nitecki, (editor) Extinctions. University of Chicago Press, Chicago, IL.

Diesch, S.L. 1970. Disease transmission of waterborne organisms of animal origins. Pages 266-285 in T.L. Willrich and G.E. Smith, eds. Agricultural practices and water quality. Iowa State University Press, Ames, Iowa.

Dietz, Harland E. 1989. Special report: grass, the stockman's crop and hot to harvest more of it. Sunshine Unlimited, Inc.

Dobkin, D. S. 1995. Management and conservation of sage grouse, denominative species for the ecological health of shrubsteppe ecosystems. USDI-BLM. Portland, OR. 26 pages.

Donohue, D.L. 1999. The western range revisited: removing livestock from public lands to conserve native biodiversity. University of Oklahoma Press, Norman.

Drut, M. S. 1994. Status of sage grouse with emphasis on populations in Oregon and Washington. Portland Audubon Soc. Portland, OR.

Dusek, G. 1975. Range relations of mule deer and cattle in prairie habitat. Journal of Wildlife Management 39: 605-615.

Eckert, R.E., Peterson, F.F., Meurrise, M.S. and J.L. Stevens. 1986. Effects of soil surface morphology on emergence and survival of seedlings in big sagebrush communities. J. Range. Manage. 39: 414-420.

EDF (Environmental Defense Fund). 1995. Defending the desert: conserving biodiversity on BLM lands in the southwest. Spec. pub of the Env. Defense Fund. New York, NY. 1995.

BLM_0080547

Ellison, L.  1960.  Influence of grazing on plant succession of rangelands.  Botanical Review 26: 1-78.

Elmore, W. and B. Kauffman.  1994.  Riparian and watershed systems: degradation and restoration.  Pgs 212-231 in: (M. Vavra, W.A. Laycock, and R.D. Pieper, eds.) Ecological implications of livestock herbivory in the West.  Society for range Management, Denver, CO.

EPA (U.S. Environmental Protection Agency).  1998. Developing an Index of Biological Integrity.  EPA 843-F-98-001e.

EPA (U.S. Environmental Protection Agency).  1990.  Livestock Grazing on Western Riparian Areas.  July, 1990.

EPA (Environmental Protection Agency). 1993.  Monitoring protocols to evaluate water quality effects of grazing management on western rangelands streams.  EPA 910/R-93-017.

Esque, T. C.  1999.  Abstract.  Managing fire and invasive plants in the Mojave Desert: Defining an integrated research program to address knowledge gaps.  Mojave Desert Science Symposium.  Las Vegas, NV. 25 February 1999.

Evans, E. W., and T.R. Seasted. 1995. The relationships of phytophagous invertebrates and rangeland plants. Wildland plants: Physiological ecology and development morphology. D. J Bedunah and R.E. Sosebee editors. Society for Range Management. Denver, CO. 580-634.

Evans, R.A. and J.A. Young.  1972.  Microsite requirements for establishment of annual rangeland weeds.  Weed Science 20:350-356.

_____.  1975.  Enhancing germination of dormant seeds of downy brome.  Weed Science 23:354-357.

_____.  1984.  Microsite requirements for downy brome infestation and control on sagebrush rangelends.  Weed Science 32, Supplement 1: 13-17.

Fagerstone, K.A., Lavoie, G.K. and R.E. Griffith.  1980.  Black-tailed jack rabbit diet and density on rangeland and near agricultural crops.  J. Range Manage. 33:229-233.

Fautin, R.W.  1946.  Biotic communities of the northern shrub biome in western Utah. Ecological Monogr. 16:251-310.

Feller, J.M.  1997.   Legal Constraints on Public Land Livestock Water Developments:  NEPA, FLPMA, MUSYA, and the Wilderness Act.  In: Environmental, Economic, and Legal Issues Related to Rangeland Water Developments.  Proceedings of a Symposium, November 13-15, 1997 Arizona State University College of Law, Tempe, Arizona.  Pp 461-473.

Feller, J.M. and D.E. Brown.  2000.  From old-growth forests to old-growth grasslands: managing rangelands for structure and function.  Arizona Law Review: 319.  2000.

Flather, C.H.; Joyce, L.A. and C.A. Bloomgarden.  1994.  Species endangerment patterns in the U.S.  USDA Forest Ser. Gen Tech Rep. RM-241.  Rocky Mtn. Forest and Range Exp. Sta., Ft. Collins, CO.

BLM_0080548

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8: 629-644.

Floyd-Hanna, M.L. Fleischner, T.L. and D. Hanna. 2000. Effects of historic livestock grazing on vegetation at Chaco Culture National Historic Park. Final Report Environmental Studies Program, Prescott College. Project #CHCU-R98-0819.

Frank, D.A. 1998. The ecology of the earth's grazing ecosystems. BioScience 48: 513-521.

Galt, D, G. Mendez, J. Holechek and J. Joseph. 1999. Heavy winter grazing reduces forage production: an observation. Rangelands 21(4):18-21.

Galt, D., F. Molinar, J. Navarro, J. Joseph, and J. Holechek. 2000. Grazing capacity and stocking rate. Rangelands 22.

Gamougoun, N.D., Smith, R.P., Wood, M.K., and R.D. Pieper. 1984. Soil, vegetation, and hydrologic responses to grazing management on Ft. Stanton, New Mexico. Journal of Range Management 37:538-541.

Gankopp, E.R. 1993. Wolf plants: how finicky are cattle about old growth in standing forage? Special Report 923. Agricultural Exp. Sta., Oregon State Univ., Corvalis.

GAO (General Accounting Office). 1988. Public Rangelands: Some Riparian Areas Restored But Widespread Improvement Will Be Slow. June, 1988.

Gardner, J.L. 1950. The effects of thirty years of protection from grazing in desert grassland. Ecology 31:44-50.

GCNRA (Glen Canyon National Recreation Area) 1999. Grazing Component (Plan) and Environmental Assessment. February 8, 1999.

Gelbard, J.L. 1999. Multiple scale causes of exotic plant invasions in the Colorado Plateau and Great Basin, USA. Master's Project completed in partial fulfillment of MEM Degree. Nicholas School of the Environment, Duke University, Durham, NC.

_____ and J.A. Belsky. In prep. Livestock grazing: a major cause of exotic plant invasions in the American West.

Geisen, S. McElderry, B. Petersen, S. Porter, T. Schoenberg, J. Wagner. 1980. Evaluation of the effects of changes in hunting regulations on sage grouse populations: evaluation of census of females. Job completion report. W-37-R-33, WP-3, J-9c. Colorado Div. Wildl. 89 pages.

Gifford, G.F., Buckhouse, J.C. and F.E. Busby. 1976. Hydrologic impact of burning and grazing on a chained Pinyon-juniper site in southeast Utah. Completion Report. Center for Water Resources Research. USU Project A-022-Utah.

Gifford, G.F. and R.H. Hawkins. 1978. Hydrologic impact of grazing on infiltration: a critical review. Water Resources Research 14: 305-313.

Glinski, R.L. 1977. Regeneration and distribution of sycamores and cottonwood trees along

BLM_0080549

Sonoita Creek, Santa Cruz County, Arizona.  Pages 166-174 in R.R. Johnson, and D.A. Jones, technical coordinators.  Importance, preservation, and management of riparian habitat:  a symposium.  General Technical Report RM-43.  Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado.

Golley, F.B.  1960.  Energy dynamics of a food chain of an oldfeld community.  Ecological Monogr. 30:187-206.

Goodwin, J.G. and C. R. Hungerford.  1979.  Rodent population densities and food habits in Arizona ponderosa pine forests.  Rocky Mtn. Forest and Exp. Sta., USFS Res. Paper RM-214.

Grant, W.E., and E.C. Birney.  1979.  Small mammal community structure in North American grasslands.  J. Mamm.  60: 23-36.

Grant, W.E., Birney, E.C., French, N.R., and D.M. Swift. 1982.  Structure and productivity of grassland small mammal communities related to grazing-induced changes in vegetative cover.  Journal of Mammalogy 63:248-260.

Grayson, D. K.  1993.  The desert's past: a natural prehistory of the Great Basin.  Smithsonian Institution Press.  Washington, D.C.

Green, D.M. and J.B. Kauffman.  1995.  Succession and livestock grazing in a northeast Oregon riparian ecosystem.  J. Range Manage.  48: 307-313.

GSGCP (Gunnison Sage Grouse Conservation Plan).  1997.  Gunnison Basin, Colorado.  June 1997.  Unpublished document.

Guenther, D., Stohlgren, T. and P. Evangelista.  In Press.  A comparison of a near-relict site and a grazed site in a pinyon-juniper community in the Grand Staircase – Escalante National Monument, Utah.

Gutierrez, R.J., Franklin, A.B. and W.S. Lahaye.  1995.  Spotted owl.  The birds of North America. 179: 1-28.

Hacker, R.B.  1984.  Vegetation dynamics in a grazed mulga shrubland community: the mid-story shrubs.  Australian Journal of Botany  32:239-249

_____.  1987.  Species responses to grazing and environmental factors in an arid halophytic shrubland community. Australian Journal of Botany  35:135-150.

Hanley, T.H. and J.L. Page.  1981.  Differential effects of livestock use on habitat structure and rodent populations.  California Fish and Game,  68: 160-173.

Hann, W.J., J.L. Jones, M.G. Karl, et al. 1997. Landscape dynamics of the Basin, Chapter 3. In.  Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins, Vol. II. USDA Forest Service, PNW-GTR-405.

Hansen, R.M. and R.C. Calrk.  1977.  Foods of elk and other ungulates at low elevations in Colorado.  J. Wildl. Manage.  45: 156-171.

BLM_0080550

Harding, J.S., E.F. Benfield, P.V. Bolstad, G.S. Helfman, and E.B.D. Jones III. 1998. Stream biodiversity: The ghost of land use past. Proceedings of the National Academy of Sciences 95(25): 14843-14847.

Harper, K.T., Van Buren, R. and S. Kitchen. 1996. Invasion of alien annuals and ecological consequences in salt desert shrublands of western Utah. In: (J.R. Barrow, E. Durant, R.E. Sosebee and E.J. Tausch, eds.) Proceedings: shrubland ecosystem dynamics in a changing environment. Gen Tech. Rep. –338. USFS Intermountain Research Station. Ogden, UT.

Harris, A.T. and G.P Asner. 2003. Grazing gradient detection with airborne imaging spectroscopy on a semi-arid rangeland. J. Arid Envs 55: 391-404

Harris, A.T., Asner, G.P. and M.E. Miller. 2003. Changes in vegetation structure following long-term grazing in pinyon juniper ecosystems: integrating imaging spectroscopy and field studies. Ecosystems 6: 368-383.

Harris, J.H, Sanders, S.D. and M.A. Flett. 1986. The status and distribution of the willow flycatcher in California. Dept of Fish and Game, Wildlife Manage. Division, Admin. Report 88-1.

Heady, H.F. 1984. Concepts and principles underlying grazing systems. In: (Committee on Developing Strategies for Rangeland Management) Developing Strategies for Rangeland Health, National Research Council. Westview Press. Boulder, CO. 888.

Hein, D., P. Lehner, R. Ryder, J. Bourassa, L. Kolz, C. Braun, S. Emmons, H. Funk, K. Geisen, S. McElderry, B. Petersen, S. Porter, T. Schoenberg, J. Wagner. 1980. Evaluation of the effects of changes in hunting regulations on sage grouse populations: evaluation of census of females. Job completion report. W-37-R-33, WP-3, J-9c. Colorado Div. Wildl. 89 pages.

Hereford, R. and R.H. Webb. 1992. Historic variation of warm-season rainfall, southern Colorado Plateau, southwestern U.S.A. Climatic Change 22: 239-256.

Hewitt, G.B. and J.A.Onsager.1983. Control of grasshopper n rangeland in the United States — a perspective. J. Range Management. 36:202-207.

Hobbs, R.J. and L.F. Huenneke. 1992. Disturbance, diversity, and invasion: implications for conservation. Conservation Biology 6: 324-337.

Hoffmeister, D.F. 1986. Mammals of Arizona. University of Arizona Press.

Holechek, Jerry L. 1996. Financial returns and range condition on southern New Mexico ranches. Rangelands 18(2):52-56.

Holechek, J.L., Pieper, R.D. and C.H. Herbel. 1998. Range Management: principles and practices, Third Edition. Prentice Hall, Englewood cliffs, NJ.

Holechek, J.L., Pieper, R.D. and C.H. Herbel. 2001. Range Management: principles and practices, Fourth Edition. Prentice Hall, Englewood cliffs, NJ.

Holechek, J.L. and T. Stephenson. 1983. Comparison of big sagebrush vegetation in northcentral New Mexico under moderately grazed and grazing excluded conditions. J Range Manage 36:

BLM_0080551

455-457.

Holechek, J.L. et. al.  1999.  Grazing Studies: What We've Learned.  Rangelands.  21(2): 12-16.

Hölldobler, Bert, Edward O. Wilson. 1990. The Ants. Belknap Press, Cambridge, MA. 610 pp.

Horejsi, R.G. and R.H. Smith.  1983.  Impact of a high density deer population ondesert vegetation.  Final report: Federal Aid in Wildlife Restoration Project, W-78-R.  Work Plan 4, Job 20.  July 1981 - June 1983.

Howe, F.  1994.  Suggestions for the management of Mexican spotted owls in Utah.  A report prepared by the Utah Mexican Spotted Owl Technical Team for the Utah Division of Wildlife Resources, Salt Lake City, UT.

Hubbard, J.P.  1987.  The status of the willow flycatcher in New Mexico.  New Mexico Department of Game and Fish, Endangered Species Program, report: 1-29.

Hubert, W.A., Lanka, R.P., Wesche, T.A. and F. Stabler.  1985.  Grazing management influences on two brook trout streams in Wyoming.  Pgs 290-293 in (R.R. Johnson et al., eds.) Riparian ecosystems and their management: reconciling conflicting uses.  USFS Gen Tech Rep RM-120.

Hughes, L.  1981.  Rest-rotation grazing.  The Cattleman.  April 1981: 180-182.

Ingham, R.E. and J.K Detling 1984. Plant-herbivore interaction in a North American mixed-grass prairie.  III. Soil nematode populations and rood biomass on Cynomys ludovicianus colonies and adjacent uncolonized areas. Oecologia 63:307-313.

James, D.W., and J.J. Jurinak.  1978.  Nitrogen fertilization of dominant plants in the northeastern Great Basin Desert.  Pages 219-231 in N.E. West and J. Skujins, editors.  Nitrogen in desert ecosystems.  Dowden, Hutchinson, and Ross, Inc., Stroudsburg, Pennsylvania.

Jeffries, D.L., and J.M. Klopatek.  1987.  Effects of grazing on the vegetation of the blackbrush association.  Journal of Range Management 40: 390-392.

Jensen, Jans C. 1984. Perspectives on BLM forage allocation: calculations with special reference to the limiting factor approach.  Pp. 473-528,  In: (Natl. Research Council/Natl. Academy of Sciences) Developing strategies for rangeland health.  Westview Press,  Boulder, Colorado.

Johansen, J.R.  1993.  Cryptogamic crusts of semiarid and arid lands of North America. J. Phycology 29:140-147.

_____ , S.R. Rushforth and J.D. Brotherson. 1981.  Subaerial algae of Navajo. National Monument, Arizona. Great Basin Naturalist 41(4):433-439.

_____ and L.L. St.Clair. 1986.  Cryptogamic soil crusts:  recovery from grazing near Camp Floyd State Park, Utah, USA.  Great Basin Naturalist 46:632-640.

Johnson, A.S.  1989.  The thin green line: Riparian corridors and endangered species in Arizona and New Mexico.  Pages 35-46 in G. Mackintosh, ed.  In defense of wildlife: Preserving communities and corridors.  Defenders of Wildlife, Washington, D.C.

BLM_0080552

Johnson, M. 1999. Effects of various management alternatives on southwestern willow flycatchers. Pgs 30-37 in: (A.L. Jones, ed.) Analysis of the Grand Staircase-Escalante National Monument Draft Mgt. Plan: a Conservation Biology Perspective. Submitted to BLM by Round River Conservation Studies during comment period for the Draft Mgt. Plan/DEIS for GSENM, Utah.

Johnson, R.D. and J.E. Anderson. 1984. Diets of black-tailed jackrabbits in relation to population density and vegetation. J. Range Manage 37:79-83.

Jones, K.B. 1981. Effects of grazing on lizard abundance and diversity in western Arizona. Southwest. Nat. 26:107-115.

Jones, A. L. and W.S. Longland. 1999. Effects of cattle grazing on salt desert rodent communities. American Midland Naturalist 141:1-11.

Jones, A.L. 2000. Effects of cattle grazing on North American arid ecosystems: a quantitative review. Western North American Naturalist 60: 155-164.

_____. 2001. Review and analysis of cattle grazing effects in the arid West, with implications for BLM grazing management in southern Utah. Special publication by the Wild Utah Project, Salt Lake City, UT.

Kauffman, J.B., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications...a review. Journal of Range Management 37: 430-437.

Kauffman, J.B., Krueger, W.C. and M. Vavra. 1983. Effects of late season cattle grazing on riparian plant communities. J Range Manage 36:685-691.

Karr, J.R. and E.W. Chu. 1999. Restoring like in running waters: better biological monitoring. Island Press, Washington, D.C.

Kay, C.E. 1994. Aboriginal overkill: the role of Native Americans in structuring western ecosystems. Human Nature 5: 359-398.

Kertell, K. 1977. The spotted owl at Zion National Park. Western Birds 8: 147-150.

Kie, J.G. 1996. The effects of cattle grazing on optimal foraging in mule deer (Odocoileus hemionus). Forest Ecology and Management 88: 131-138.

Kimball, R. 1993. Rare bosque bird proposed for endangered list: willow flycatcher classification affects Rio Grande Management. Albuquerque Journal, 28 July 1993.

Kinney , J.W. and W.P. Clary. 1994. A photographic utilization guide for key riparian graminoids. Gen. Tech. Rpt. INT-GTR-308. USDA Forest Service. Intermountain Research Station, Ogden, UT.

Klebenow, D. A. 1969. Sage grouse nesting and brood habitat in Idaho. J. Wildl. Manage. 33(3): 649-662.

Klebenow, D. A. 1970. Sage grouse versus sagebrush control in Idaho. J. Range Manage. 23: 396-400.

BLM_0080553

_____. 1982.  Livestock grazing interactions with sage grouse.  Pages 113-123 IN J. M. Peek and P. D. Dalke (eds.).  Proc. Wildlife-Livestock Relationships Symp.; Apr. 20-22, 1981; Coeur d'Alene, ID.  Univ. Idaho, Forest, Range and Exp. Stn.  Moscow, ID.  614 pages.

Kleiner, E.F.  1983.  Successional trends in an ungrazed, arid grassland over a decade.  J Range Manage 36:1124-118.

_____. and K.T. Harper.  1972.  Environment and community organization in grasslands of Canyonlands N.P.  Ecology 53: 299-309.

Klemmendson, J.O. M. Hironaka, and B. Low. 1984. Inventory of rangeland resources: summary and recommendations. Developing strategies for rangeland health, National Research Council. Westview Press. Boulder Colorado 552-595.

Knick, S. and Rotenberry.  1997.  Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho.  Landscape Ecology  12: 287-297.

Knoll, G., and H.H. Hopkins. 1959.  The effects of grazing and trampling upon certain soil properties.  Transactions of the Kansas Academy of Science 62:221-231.

Knopf, F.L., Sedgewick, J.A. and R.W. Cannon.  1988.  Guild structure of a riparian avifauna relative to seasonal cattle grazing.  J Wildl. Manage 52: 280-290.

Kochert, M. 1989.  Responses of raptors to livestock grazing in the western United States.  Natl. Wildl. Fed. Sci. Tech. Ser., No. 12: 194-203

_____., Milsap, B. and K. Steenhof.  1988.  Effects of livestock grazing on raptors with emphasis on the southwestern U.S.  Natl. Wildl. Fed. Sci. Tech. Ser., No. 12: 325-334.

Kovalchik, B.L., and W. Elmore.  1992.  Effects of cattle grazing systems on willow-dominated plant associations in central Oregon.  Pages 111-119 in W.P Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt, compilers.  Proceedings--Symposium on ecology and management of riparian shrub communities. General Technical Report INT-289. Forest Service, Intermountain Research Station, Ogden, Utah.

Krausman, P.R.  1996.  Rangeland wildlife.  Publication of the Society for Range Management. Denver, CO.

Kuford, C.B.  1958.  Prairie dogs, whitefaces, and blue grama.  Wildl. Monogr. #3.  Publication of the Wildlife Society.

Lacy, J.R. 1987.  The influence of livestock grazing on weed establishment and spread.  Proc. Mont. Acad. Sci.  47:131-146.

Laycock, W.A., and P.W. Conrad. 1967.  Effect of grazing on soil compaction as measured by bulk density on a high elevation cattle range.  Journal of Range Management 20:136-140.

_____, Marlow, C.B. and J.R. Lane.  1989.  Influence of spotted knapweed on surface runoff and sediment yield.  Weed Technology 3: 627-631.

BLM_0080554

Leopold, L.B.  1951.  Vegetation of southwestern watersheds in the nineteenth century.
Geographical Review 41: 295-316.

Loft, E.R.,  Menke, J.W. and J.G. Kie.  1991.  Habitat shifts by mule deer; the influence of cattle
grazing.  J.  Wildl. Manage 55:16-26.

Longhurst, W.M., R.E. Hafenfeld, and G.E. Connolly.  1982.  Deer-livestock relationships in the
Western states. Pages 409-420 in L. Nelson, J.M. Peek, and P.D. Dalke, editors.  Proceedings of
the wildlife-livestock relationships symposium.  Forest, Wildlife, and Range Experiment Station,
University of Idaho, Moscow, Idaho.

Longland, W.S.  1995.  Desert rodents in disturbed shrub communities and their effects on plant
recruitment.  Pp. 209-215 in Proceedings of the Symposium on Wildland          Shrubs and
Arid Land Restoration (B.A. Roundy;0 E.D. McArthur;  J.S. Haley and D.K. Mann, eds.).
USDA-Forest Service Gen. Tech. Rep. INT-GTR-315.
Low, B.S. and J.A. Berlin. 1984.  Natural selection and the management of rangelands. In:
(Committee on Developing Strategies for Rangeland Management) Developing Strategies for
Rangeland Health.  National Research Council. Westview Press. Boulder. 1191 pp.

Losos, E., J. Hayes, A. Phillips, D. Wilcove, and C. Alkire. 1995. Taxpayer-subsidized resource
extraction harms species: double jeopardy. BioScience 45(7): 446-455.

Lusby, G.C.  1979.  Effects of grazing on runoff and sediment yield from desert rangeland near
Badger Wash in western Colorado, 1953-73.  In: Hydrologic effects of land use, Geological
Survey – Water Supply Paper 1532-I.  U.S. Government Printing Office.

Mack, M. C. and C. M. D'Antonio. 1998.  Impacts of biological invasions on disturbance
regimes. Trends in Ecology & Evolution 13:195-197.

Mack, R.N.  1981.  Invasion of Bromus tectorum into western North America: an ecological
chronicle.  Agro-Ecosystems 7: 145-165.

_____.  1989.  Temperate grasslands vulnerable to plant invasions: characteristics and
consequences.  Pgs 155-179 in: (Drake et al. eds.) Biological invasions: a global perspective.
John Willey and Sons, Chinchester.  525 pp.

_____.  and J.N. Thompson. 1982.  Evolution in steppe with  few large, hoofed
mammals.  American Naturalist 119:757-773.

Mackie, R. 1970. Range ecology and relationships of mule deer, elk and cattle in
the Missouri River Breaks, Montana. Wildlife Monographs 20.

Madany, M.H. and N.E. West.  1983.  Livestock grazing fire regime interactions within Zion
National Park.  Ecology  64: 661-667.

Marble, J.R.  1990.  Rangeland microphytic crust management: distribution, grazing impacts, and
mineral nutrition relations.  PhD Dissertation, University of Utah, Salt Lake City.

_____.  and K.T. Harper.  1989.  Effect of timing of grazing on soil-surface cryptogamic
communities in a Great Basin low-shrub desert: a preliminary report.  Great Basin Nat  49:104-
107.

BLM_0080555

McAdoo, K. and J.A. Young.  1990.  Jackrabbits.  Rangelands 2: 135-138.

McAuliffe, J.R.  1997.  Rangeland Water Developments:  Conservation Solution or Illusion?  In: Environmental, Economic, and Legal Issues Related to Rangeland Water Developments. Proceedings of a Symposium, November 13-15, 1997. Arizona State University College of Law, Tempe, Arizona.  Pp 310-338.

McDonnald, C.B,  Anderson, J,  Lewis, J.C,  Mesta, R,  Ratzlaff, a,  Tibbitts, T.J. and S.O. Williams.  1991.  Mexican spotted owl status review.  USDI Fish and Wildlife Service, Albuquerque, N.M.  83pp.

McIlvanie, S.K.  1942.  Grass seedling establishment and productivity  - overgrazed and protected range soils.  Ecology 23: 228-231.

McInnis, Michael L. and James McIver.  2001.  Influence of off-stream supplements on streambanks of riparian pastures.  Journal of Range Management 54:648-652.

McPherson, G. 1990. Effects of cattle grazing and *Juniperus pinchotii* canopy cover on herb cover and production in western Texas. American Midland Naturalist 123: 144-151.

Medin, D.E., and W.P. Clary. 1989.  Small mammal populations in a grazed and ungrazed riparian habitat in Nevada.  Research Paper INT-413.  U.S. Forest Service, Intermountain Research Station, Ogden.

Meeuwig, R.O. 1965.  Effects of seeding and grazing on infiltration capacity and soil stability of a subalpine range in Utah.  Journal of Range Management 18:173-180.

Meehan, W.R. and W.S. Platts.  1978.  Livestock grazing and the aquatic environment.  J. Soil and Water Cons.  33: 274-278.

Meffe, G.K. and C. R. Carrol.  1994.  Principles of conservation biology.  Sinauer Associates, Inc., Sunderland, MA.

Menke, J. W. and M. F. Miller. 1984. Sampling and statistical considerations in range resource inventories: comment and discussion. Developing strategies for rangeland health, National Research Council. Westview Press. Boulder Colorado 801-827.

Milchunas, D.G.;  W.K. Lauenroth and P.L. Chapman.  1992.  Plant competition, abiotic, and long and short term effects of large herbivores.  Oecologia,  92: 520-531.

Milchunas, D.G., and W.K. Lauenroth. 1993.  Quantitative effects of grazing on vegetation and soils over a global range of environments.  Ecological Monographs 63:327-351.

Moggridge, J.T. 1873. Harvesting ants and trap-door spiders: notes and observations on their habits and dwellings. L. Reeve, London. 156 pp.

Mosconi, S.L., and R.L. Hutto.  1982.  The effect of grazing on the land birds of a western Montana riparian habitat.  Pages 221-233 in L. Nelson, J.M. Peek, and P.D. Dalke, editors. Proceedings of the wildlife-livestock relationships symposium.  Forest, Wildlife, and Range Experiment Station, University of Idaho, Moscow, Idaho.

BLM_0080556

Naeth, M., Bailey, A., Pluth, D., Chanasyk, D. and R. Hardin. 1991. Grazing impacts on litter and soil organic matter in mixed prairie and fescue grassland ecosystems. J. Range Manage. 44: 7-12.

Nerny, N.J. and A.G. Hamilton. 1969. Effects of rainfall on range forage and populations of grasshoppers. San Carlo Apache Indian Reservation. Arizona. J. Econ. Entomol. 62:329-333.

Norris, J.J. 1950. Effects of rodents, rabbits and cattle on two vegetation types in semi-desert rangeland. New Mexico Agricultural Exp. Sta. Bulletin No. 353.

Noss, R.F. 1991. Letter. Bulletin of native Plant Society of Oregon, November 1991 issue.

_____. and A.Y. Cooperrider. 1994. Saving Nature's Legacy. Island Press, Washington, D.C.

NPS (National Park Service). 1998. Glen Canyon NRA grazing management plan. Resource Mgt Division, Glen Canyon NRA, Page, AZ. July 1998

NRC (National Research Council). 1994. Rangeland Health. National Academy Press, Washington D.C.

NRCS (Natural Resource Conservation Service). 1982. Soil Survey of Rich County Utah. USDA Soil Conservation Service, Forest Service, USDOI Bureau of Land Management.

NREL (Natural Resource Ecology Lab). 2002. Annual Report for Year Five (3/1/02 – 2/28/03): Landscape-scale Assessment of Native and Exotic Plant Diversity and Microbiotic Crusts in the Grand Staircase – Escalante National Monument, Utah. NREL report, Colorado State University, Ft. Collins, CO.

Oakleaf, R. J. 1971. Relationship of sage grouse to upland meadows in Nevada. M.S. thesis, Univ. Nevada. Reno, NV. 64 pages.

Ohmart, R.D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. Pp 246-279 in: (P. Kraussman, ed.) Rangeland Wildlife. Publication of the Society for Range Management, Denver, CO.

_____ and B.W. Anderson. 1982. North American desert riparian ecosystems. Pgs. 433-479 in: (G.L. Bender, ed.) Reference handbook on the deserts of North America. Greenwood Press, Westport, CT.

Olson, R. and C. Armour. 1979. Economics of improved livestock management approaches. Pgs. 67-71 in: (O.B. Cope, ed.) Proceedings of the forum - grazing and riparian/stream ecosystems. Trout Unlimited, Denver, CO.

Orodho, A.B., Trlica, M.J. and C.D. Bonham. 1990. Long-term heavy grazing on soil and vegetation in the Four Corners region. Southwestern Naturalist 35: 9-14.

Owen, D.F. and R.G. Wiegert. 1976. Do consumers maximize plant fitness? Oikos 27:488-492.

Orr, H. 1960. Soil porosity and bulk density on grazed and protected Kentucky bluegrass range. J. Range Manage. 13:80-86.

BLM_0080557

_____. 1981.   Mutualism between grasses and grazers: an evolutionary hypothesis. Oikos 27:488-492.

Painter, E.L. and A. J. Belsky.  1993.  Application of herbivore optimization theory to rangelands of the western U.S. Ecological applications 2-9.

Paradzick, C. E., R. F. Davis, J. W. Rourke, M. W. Sumner, A. M. Wartell, T. D. McCarthey. 2000.  Southwestern willow flycatcher 1999 survey and nest monitoring report.  Technical report 151.  Nongame Branch.  Arizona Game and Fish Department.

Pearson, L.C. 1965.  Primary production in grazed and ungrazed desert communities of eastern Idaho.  Ecology 46:278-285.

Pellant, M, D.A. Pyke, P. Shaver, J.E. Herrick. 2000. Interpreting indicators of rangeland health. V 3. United States Department of the Interior, Technical Reference 1734-6

Piemeisel, R.L.  1951.  Causes affecting change and rate of change in a vegetation of annuals in Idaho.  Ecology 32: 53-72.

_____ .1991.  Livestock grazing. In: (W.R. Meehan, ed) Influences of forest and rangeland management on salmonid fishes and their habitats.  American Fisheries Society Spec. Pub 19. Bethesda, MD.  Pp 389-423.

_____ and Fred J. Wagstaff. 1984.  Fencing to Control Livestock grazing on Riparian Habitats Along Streams: Is It a Viable Alternative?  N. Amer. J. of Fisheries Management 4: 266-272.

Pimm, S.L., Jones, H.L., and J. Diamond.  1988.  On the risk of extinction.  American Naturalist 132: 757-785.

Platts, W.S.  1991.  Livestock grazing. In: (W.R. Meehan, ed) Influences of forest and rangeland management on salmonid fishes and their habitats.  American Fisheries Society Spec. Pub 19. Bethesda, MD.  Pp 389-423.

Platts, W.S., and R.L. Nelson. 1985. Streamside and upland vegetation use by cattle. *Rangelands* 7: 5-7.

Popolizio, C.A.,  Goetz, H. and P.L. Chapman.  1994.  Short-term response of riparian vegetation to four grazing treatments.  J. Range Manage.  47: 48-53.

Potter, L.D., and J.C. Krenetsky. 1967. Plant succession with released grazing on New Mexico range lands. Journal of Range Management 20: 145-151.

Power, T. M. 1995. The economic importance of federal grazing to the economies of the West. Southern Utah Wilderness Alliance 12(1),

Randall, J.M.  1996.  Weed control for the preservation of biological diversity.  Weed Technology  10: 370-383

Rasmussen, L.L. and J.D. Brotherson.  1986.  Response of winterfat communities to release from grazing pressure.  Great Basin Naturalist 46: 148-156.

BLM_0080558

Rauzi, F. 1963. Water intake and plant composition as affected by differential grazing on rangelands. J. Soil and Water Conservation 18:114-116.

Rauzi, F. and C. Hanson. 1966. Water intake and runoff as affected by grazing. J. Range Manage. 19: 351-356.

Rauzi, F. and F.M. Smith. 1973. Infiltration rates: three soils with three grazing levels in northeastern Colorado. J Range Manage. 26: 126-129.

Rawlings, E.J., Hanson, K.K., Sanford, R.L. and J. Belnap. 1997. The striking effects of land use practices and Bromus tectorum invasion on phosphorous cycling in a desert ecosystem of the Colorado Plateau. Bulletin of the Ecological Society of America 78: 300.

Reardon, P.O., and L.B. Merril. 1976. Vegetative responses under various grazing management systems. Journal of Range Management 29:195-198.

Rhoades, E.D., Locke, L.F., Taylor, H.M., and E.H. McIlvain. 1964. Water intake on a sandy range as affected by 20 years of differential stocking rates. Journal of Range Management 17:185-190.

Rice, B. and M. Westoby. 1978. Vegetative responses of some Great Basin shrub communities protected against domestic stock. J. Range Manage. 31: 28-34.

Rich, L., and H. Reynolds. 1963. Grazing in relation to runoff and erosion on chaparral watersheds on central Arizona. Journal of Range Management 16:322-326.

Ricketts, et al. 1999. Terrestrial ecoregions of North America: a conservation assessment. Island Press, Washington, D.C.

Rinkevich, S.E. 1991. Distribution and habitat characteristics of Mexican spotted owls in Zion N.P. M.S. Thesis. Humboldt State University, Arcata, CA.

_____. and R.J. Gutierrez. 1996. Mexican spotted owl habitat characteristics in Zion National Park. J. Raptor Research. 30: 74-78.

Robertson, J.H. 1971. Changes on a sagebrush-grass range in Nevada ungrazed for 30 years. Journal of Range Management 24:397-400.

Rosenstock, S.S. 1996. Shrub-grassland small mammal and vegetation responses to rest from grazing. J Range Manage 49: 199-203.

Rosentreter R. 1994. Displacement of rare plants by exotic grasses. In: Monsen SB, Kitchen SG, editors. Proceedings, Ecology and Management ofAnnual Rangelands; 1994 Sept; USDA Forest Service, Intermountain Research Station. General Technical Report INT-GTR-313. P. 170-174.

Rosenzweig, M.L. 1977. Coexistence and diversity in heteromyid rodents. Pp. 89-99 in: Evolutionary Ecology. (B. Stochouse and C. Perrins, eds). University Park Press. Baltimore, MD.

BLM_0080559

_____. and J. Winakur.  1969.  Population ecology of desert rodent communities: habitats and environmental complexity.  Ecology,  50: 558-572.

RRCS (Round River Conservation Studies). 1999. (Jones, A.L., ed.) Analysis of the Grand Staircase-Escalante National Monument Draft Mgt. Plan: a Conservation Biology Perspective. Submitted to BLM by Round River Conservation Studies during comment period for the Draft Mgt. Plan/DEIS for GSENM, Utah.

Rushforth, S.R.  1999.  Hanging Garden Ecosystems. Pgs 80-82, in: (Jones, A.L., Editor) Analysis of the Grand Staircase-Escalante National Monument draft management plan: a conservation biology perspective.  A special publication by Round River Conservation Studies. Salt Lake City.

Rychert, R.C., J. Skujins, D. Sorensen, and D. Porcella.  1978.  Nitrogen fixation by lichens and free-living microorganisms in deserts.  Pages 20-30 in N.E. West, and J. Skujins, editors. Nitrogen in desert ecosystems.  Dowden, Hutchinson, and Ross, Inc., Stroudsburg, Pennsylvania.

Salihi, D.O. and B.E. Norton.  1987.  Survival of perennial grass seedlings under intensive grazing in semi-arid rangelands.  J Appl. Ecology 24:145-151.

Sanders, S.D. and M.A. Flett.  1989.  Montane riparian habitat and willow flycatchers: threats to a sensitive environment and species.  USDA Forest Service General Technical Report PSW-110

San Juan College.  1994.  The effects of grazing on threatened and endangered plant species in the Hartnet and Sandy III grazing allotments, Capitol Reef National Park, Utah.  A study conducted for the NPS by San Juan College, Farmington, N.M.

Savage, D. E.  1969.  The relationship of sage grouse to upland meadows in Nevada.  Nev. Coop. Wildl. Res.  Nev. Fish and Game Comm.  Nev. Agr. Exp. Stn. Reno, NV.

Savory, A.  1988.  Holistic Resource Management.  Island Press, Washington, D.C.

Schlesinger, W.H., Reynolds, J.F., Cunningham, G.L., Huenneke, L.F., Jarrel, W.M., Virginia, R.A., and W.G. Whitford. 1990.  Biological feedbacks in global desertification.  Science 247: 1043-1048.

Schmutz, E.M. Michaels, C.C. and B.I. Judd.  1967.  Boysag Point: a relict area on the north rim of the Grand Canyon in Arizona.  J Rage Manage 20: 363-369.

Schofield, W.B.  1985.  Introduction to Bryology.  Macmillan, New York

Schulz, T.T. and W.C. Leininger.  1990.  Differences in riparian vegetation structure between grazed and ungrazed exclosures.  J. Range Manage.  43: 295-299.

Scott, J.A. N.R. French, and J. W. Leetham. 1979. Patterns in consumption in grasslands, p 80-105. In N.R. French (ed.) Perspectives in grassland ecology. Springer-Verlag, New York.

Sedgewick, J.A. and W.M. Iko.  Unpubl.  Costs of brown-headed cowbird parasitism to willow flycatchers: an overview.  Mid-continent Ecological Science Center.  Ft. Collins, CO.

BLM_0080560

Sedwick, J.A. and R.A. Ryder. 1987. Effects of chaining pinyon-juniper on nongame wildlife. Pp. 541-551 in: R.L. Everett, (editor), Proceedings - Pinyon-juniper conference. Gen Tech. Rep. INT-215. USDA Forest Service, Intermountain Station, Ogden, UT.

Serena, M. 1982. The status and distribution of the willow flycatcher in selected portions of the Sierra Nevada. Admin. Rep. 82-5, Wildl. Manage. Branch Dept. Fish and Game, CA.

Sheley, R.L. 1995. Integrated rangeland weed management. Rangelands 17(6) 222-223.

Shepard, H.R. 1972. Rodent effects on pinyon-juniper deer range. Colorado Division of Wildlife Int. Rep. R-63. 1972.

Skovlin, J.M. 1984. Impacts of grazing on wetlands and riparian habitat: a review of our knowledge. Pgs 1001-1104 in: Developing strategies for rangeland management - a report prepared by the committee on developing strategies for rangeland management. Natl Research Council/Natl Acad Sci. Westview Press, Boulder, CO.

Smith, A.D. 1952. Digestibility of some native forages for mule deer. J. Wildl. Manage. 16: 309-312.

_____. 1953. Consumption of native forage species by captive mule deer. J. Range Manage 6: 30-37.

Smith, S.D. and R.S. Nowak. 1990. Ecophtsiology of plants in the intermountain lowlands. In: (C.B. Osmand et al., eds.) Plant biology of the Basin and Range. Springer Verlag, Berlin, Germany.

Sogge, M.K., R.M. Marshall, S.J. Sferra, and T.J. Tibbitts. 1997a. A Southwestern Willow Flycatcher Natural History Summary and Survey Protocol. National Park Service Technical Report NPS/NAUcprs/NRTR-97/12.

Sogge, M.K., T.J. Tibbitts, J.R. Petterson. 1997b. Status and Breeding Ecology of the Southwestern Willow Flycatcher in Grand Canyon. Western Birds 28:142-157.

Soulé, Michael, and John Terborgh. 1999. Continental Conservation, Scientific foundations of regional reserve networks. Island Press, Washington, D.C.

SRM (Society for Range Management). 1989. A Glossary of Terms Used in Range Management 3rd Edition. Society for Range Management, Denver, Colorado.

Stacey, P.B. and A. Hodgson. 1999. Biological diversity in montane riparian ecosystems: the case of the Mexican spotted owl. USDA Forest Service Pro RMPS-P-O.

Stafford, M.D. and B.E. Valentine. 1985. A preliminary report on the biology of the willow flycatcher in the central Sierra Nevada. Cal-Nevada Wildlife Transactions. 1985: 66-77.

Stevens, L.E., B.T. Brown, J.M. Simpson, and R.R. Johnson. 1977. The importance of riparian habitat to migrating birds. Pages 156-164 in R.R. Johnson and D.A. Jones, eds. Importance, preservation and management of riparian habitat: A symposium. General Technical Report RM-43, U.S. Forest Service, Fort Collins, CO.

BLM_0080561

Stevens, R.,  McArthur, E.D. and J.N. Davis.  1992.  Reevaluation of vegetative cover changes, erosion, and sedimentation on two watersheds - 1912-1938.  Pgs. 123-128 in: (W.P. Clary, E.D. McArthur, D. Bedunah and C.L. Wambolt, eds.) Proceedings - Symposium on ecology and management of riparian shrub communities.  USDA Forest Serv. Gen Tech Rep. INT-289.

Stevens, L., Stacey, P., Jones A., Duff, D., Gourley, C., and J. Catlin. In Review.   A protocol for the rapid assessment of southwestern riparian ecosystems.   Submitted to Journal of Restoration Ecology

Stiehl, R. B.  1995.  Habitat evaluation procedures workbook.  National Biological Service Center, Fort Collins, CO.

Stoddart, L.  1938.  Population biology of the black-tailed jackrabbit in northern Utah.  PhD Dissertation, Utah State University.  Logan, UT.

Stoddart, L.A., Smith, A.D. and T.W. Box.  1955.  Range Management.  McGraw-Hill Book Co., San Francisco, CA.

Stohlgren, T.J., Otsuki, Y., Villa, C.A., Lee, M. and J. Belnap.  2001. Patterns of plant invasions: a case example in native species hotspots and rare habitats.  Biological Invasions 3: 37-50.

Stuth, J. W. 1991. Foraging behavior. Pp. 65–83, in R. K. Heitschmidt & J. W. Stuth, Grazing Management: An Ecological Perspective. Timber Press, Portland, OR.

Suckling, K., Hogan, D., and R.D. Silver.  1992.  Petition to list the southwest willow flycatcher as a federally endangered species.  A petition submitted by the Center for Biological Diversity, Biodiversity legal Foundation, Friends of the Owls, and Forest Guardians.

Sureda, M. and M.L. Morrison.  1998.  Habitat use by small mammals in southeast Utah, with reference to Mexican spotted owl management.  Great Basin Nat 58:76-81.

Szaro, R.C.  1989.  Riparian forest and scrubland community types of Arizona and New Mexico. Desert Plants 9: 69-138.

_____ , S.C. Belfit, J.K. Aitkin, and J.N. Rinne.  1985.  Impact of grazing on a riparian garter snake.  Pages 359-363 in R.R. Johnson, C.D. Ziebell, D.R.

_____ and C.P. Pase.  1983.  Short-term changes in a cottonwood-ash-willow association on a grazed and an ungrazed portion of Little Ash Creek in central Arizona.  J. Range Manage.  36: 382-384.

Taylor, D.M.  1986.  Effects of cattle grazing on passerine birds nesting in riparian habitat.  J Range Manage  39:254-258.

_____and C.D. Littlefield.  1986.  Willow flycatcher and yellow warbler response to cattle grazing.  American Birds 40: 1169-1173.

Terborgh, J. and B. Winter.  1980.  Some causes of extinction.  Pp. 119-134 in: M.E. Soule and B.A. Wilcox, editors, Conservation Biology.  Sinauer, Sunderland, MA.

BLM_0080562

Thompson, J.R. 1968.  Effect of grazing on infiltration in a western watershed.  Journal of Soil and Water Conservation 23:63-65.

Thurow, T. L.  1991.  Hydrology and erosion. Pages 141-159 in R. K.  Heitschmidt and J. W. Stuth, eds. Grazing management: An ecological perspective. Timber Press, Portland, Oregon.

_____. 2000. Hydrologic effects on rangeland degradation and restoration  processes. Pages 53-66 in O. Arnalds and S. Archer, eds. Rangeland desertification. Kluwer, Dordrecht.

Tisdale, E.W. and M. Hironaka.  1981.  The sagebrush-grass region: a review of the ecological literature.  Bulletin 33. Idaho Forestry, Range and Wildlife Experiment Station.  Moscow, ID.  31 pp.

Torell, L. A., J. M. Fowler, M. E. Kincaid, and J. M. Hawkes. 1992. The importance of public lands to livestock production in the U.S. Report 32. Range Improvement Task Force, Agricultural Experiment Station Cooperative Extension Service, College of Agriculture and Home Economics, New Mexico State University, Las Cruces.

Trent, J.D.,  Young, J.A. and R.R. Blank.  1994.  Potential role of soil microorganisms in medusahead invasion.  Pgs. 140-143 in: (S.B. Monsen and S.G. kitchen, eds.) Pro: ecology and management of annual grasslands.  USDA For Serv. Intermtn. Res. Sta. Gen. Tech. Rep. INT-GTR-313.

Trimble, S.W. and A.C. Mendel.  1995.  The cow as a geomorphic agent - a critical review. Geomorphology 13: 233-253.

TWP (The Wildlands Project).  2000.   The Sky Islands Wildlands Network Conservation Plan. Special Publication by TWP, Tucson, AZ

UDWR (Utah Division of Wildlife Resources).  1998.  Inventory of sensitive species and ecosystems in Utah: endemic and rare plants.  Utah Reclamation Mitigation and Conservation Commission Mitigation and Conservation Plan.  Chapter 2, pp. 2-37.  Cooperative Agreement No. UC-95-0015 Section V.A.10a.

UDWR (Utah Division of Wildlife Resources).  2003.   2003 Utah big game proclamation. UDWR, Salt Lake City, UT.

Urness, P.  1981.  Desert and chaparral habitats. Pp 347-385, in: (Wallmo, ed.) mule and black-tailed deer of North America.  Univ. of Nebraska Press, Lincoln, NE.

USDA (United States Department of Agriculture).  1996.  Predicting Soil Erosion by Water:  A Guide to Conservation Planning with the Revised Universal Soil Loss Equation (RUSLE).  U.S. Department of Agriculture, Agricultural Research Service Agriculture Handbook Number 703.

UDSI (U.S. Department of the Interior). 1993. Riparian area management: process for assessing proper functioning condition. Bureau of Land Management Technical Reference 1737-9, Denver.

USDI (U.S. Department of the Interior). 1994.  Rangeland Reform '94.  Draft Environmental Impact Statement.  Prepared by the USDI Bureau of Land Management, in cooperation with the USDA Forest Service.  Washington, D.C.

BLM_0080563

_____. 1995. Fundamentals of Rangeland Health.  BLM Grazing Regulations, 43 Code of Federal Regulations, part 4100.

USFS (U.S. Forest Service) and BLM (Bureau of Land Management).  1997.  Eastside Draft EIS. Interior Columbia Basin Ecosystem Management Project, Walla Walla, WA.

USFWS  (U.S. Fish and Wildlife Service).  1995.  Recovery Plan for the Mexican Spotted Owl: Vol.I. Albuquerque, N.M.  172 pp.

USGAO (U.S. General Accounting Office).  1988a.  Public rangelands: some riparian areas restored by widespread improvements will be slow.  GAO/RCED-88-105.  U.S. General Accounting Office, Washington, D.C.

_____. 1988b.  Rangeland management: more emphasis needed on declining and overstocked grazing allotments.  GAO/RCED-88-80.  U.S. General Accounting Office, Washington, D.C.

_____. 1991.  Rangeland management: comparison of rangeland condition reports. GAO/RCED-91-191.  U.S. General Accounting Office, Washington, D.C.

Utah BLM (Bureau of Land Management).  1997.  Standards and Guidelines for Healthy Rangelands.  Utah State Office, Salt Lake City, UT.

Valentine, B.E., T.A. Roberts, S.P. Boland and A.P. Woodman.  1988.  Livestock management and productivity of Willow Flycatchers in the central Sierra Nevada.  Transactions of the Western Section of the Wildlife Society 24:105-114.

Valentine, J.F.  1990.  Grazing management.  Academic Press, San Diego, CA.

Van Harren, B.P.  1983.  Soil bulk density as influenced by grazing intensity.  J. Range Manage., 36: 586-591.

Van Vuren, D. 1982. Comparative ecology of bison and cattle in the Henry Mountains, Utah., University of Idaho Forest, Wildlife and Range Experiment Station, Moscow, Idaho.

Vitousek, P.M.  1990.  Biological invasions and ecosystem processes: towards an integration of population biology and ecosystem studies.  Oikos 57: 7-13.

Vorhies, C.T. and W.P. Taylor.  1933.  The life histories and ecology of jackrabbits.  AZ. State Univ., Agr. Exp. Sta Tech. Bull.  49: 471-587.

Wald, J. and D. Alberswerth.  1989.  Our Ailing Public Rangelands:  Still Ailing! A  Condition Report .  Special publication by the Natural Resources Defense Council.

Wansi, T.  1989.  Botanical content of black-tailed jackrabbit diets on semi-desert rangeland. Masters Thesis, Range Science Dept, New Mexico State University.  Las Cruces, NM.

Ward, J.P.  1996.  Status of Mexican vole populations in the Sacramento mountains, New Mexico.  Special Report, Rocky Mountain Research Station.

Warren, S.D. 1987. Soil hydrologic response to intensive rotation grazing: a state of knowledge.  In:  Y.S. Fok Ed. Infiltration Development and Application. Pre-conference

BLM_0080564

proceedings of the International Conference on Infiltration Development and Application. Water Resources Research Center, University of Hawaii at Manoa, Honolulu.

Warren,S.D.; M.B. Merril; W.H. Blackburn and N.E. Garza. 1985. Soil response to trampling under intensive rotation grazing. Soil Sci. Soc. of Amer. Journal, 50: 1336-1341.

Webb, D. R. 1993. Effects of cattle grazing on sage grouse: indirect biophysical effects. Report to the Wyoming Dept. Game and Fish. Cheyenne, WY.

Webb, R. 2000. Status Review and Petition to List the Gunnison Sage Grouse (Centrocercus minimus). Net Work Associates – Ecological Consulting

Webb, R.H.. 1983. Compaction of desert soils by off-road vehicles. Pp. 51-79 in: Webb, R.H. and Wilshire, H.G., (eds.), Environmental effects of off-road vehicles. Springer-Verlag, New York.

_____. and Wilshire, H.G. (Eds.). 1983. Environmental effects of off-road vehicles: impacts and management in arid regions. Springer-Verlag, New York.

Weigert, R.G. and C.E. Petersen. 1983. Energy transfer in insects. Ann. Rev. Entomol. 28:455-486.

Welsh, S.L. 1978. Problems in plant endemism on the Colorado Plateau. Pp 191-195 in: Intermountain Biogeography: a symposium. Great Basin Naturalist Memoirs. Brigham Young University, Utah.

West, N.E. 1983a. Great Basin – Colorado Plateau sagebrush semi-desert. In: Temperate Deserts and Semi-Deserts ed. N.E. West. Elsevier Scientific, Amsterdam. P 331-349

West, N.E. 1983b. Intermountain salt-desert shrubland. In: Temperate Deserts and Semi-Deserts ed. N.E. West. Elsevier Scientific, Amsterdam. P 375-382.

West, N.E. 1983c. Southeastern Utah galleta-threeawn shrub steppe. In: Temperate Deserts and Semi-Deserts ed. N.E. West. Elsevier Scientific, Amsterdam. P 413-421.

West, N. E. 1996. Strategies for maintenance and repair of biotic community diversity on rangelands. Pages 326-346 in: (R. C. Szaro and D. W. Johnston,(eds.). Biodiversity in managed landscapes. Oxford Univ. Press. New York, NY.

West, N.E and J.A. Young. 2002. Intermountain Valleys and Lower Mountain Slopes. In: North American Terrestrial Vegetation, 2nd Edition, Cambridge University Press, New York. 256-284.

Whitfield, M.J. 1990. Willow flycatcher reproductive response to brown-headed cowbird parasitism. MS Thesis, Cal State, Chico, CA

Willers, B. 2002. Where bison once roamed: the impacts of cattle and sheep on native herbivores. In: (G. Wuerthner and M. Matteson editors) Welfare Ranching: the subsidized destruction of the American West. Island Press. Washington D.C. Pp 241-248.

Willey, D.W. 1991. Effects of grazing on mixed-grassland bird communities in Capitol Reef National Park. Park Serv. Tech. Rep., Capitol Reef N.P., UT 60 pp.

BLM_0080565

_____. 1992. Distribution and habitat ecology of Mexican spotted owls on the Colorado Plateau: Annual Rport, 1991-1992. Utah Div of Wildl. Resources. Salt lake City, UT. Contract No. 91-2577. 34 pp.

_____. 1994. Effects of livestock grazing on grassland birds in Capitol Reef National Park, Utah. Tech Rep NPS/NAUCARE/NPTR - 94/05.

_____. 1995.Mexican spotted owls in Canyonlands of the Colorado Plateau. Pgs 330-331 in: (E.T. LaRoe et al., eds.) Our living resources: a report to the nation on the distribution, abundance, and health of U.S. plants, animals and ecosystems. U.S dept of the Interior, National Biological Service, Washington, D.C.

_____. 1998. Movements and habitat utilization by Mexican spotted owls in the canyonlands of southern Utah. Dissertation, Northern Arizona Univ.

_____ and C. Van Riper III. 1993. Home-range characteristics and juvenile dispersal ecology of Mexican spotted owls in southern Utah. Utah Div of Wildl. Resources - Tech. Rep. Contract No. 91-2577. 44 pp.

Winget, R.N. and M.K. Reichert. 1976. Aquatic survey of selected streams with critical habitats on NRL affected by livestock and recreation. Bureau of Land Management, Final Report. Salt Lake City, UT.

Wood, M.K. 1982. Impacts of grazing systems on watershed values. Published by the Department of Animal and Range Sciences, New Mexico State University, Las Cruces.

WRSOC (White River Shale Oil Corporation. 1983. 1982 Progress Report: Environmental Program for the White River Shale Project. Federal Prototype – Oil Shale Tracts UA and UB.

Yocom, C. F. 1956. The sage hen in Washington state. Auk 73: 540-550.

York, J.C. and W.A. Dick-Peddie. 1969. Vegetation changes in southern New Mexico during the past hundred years. Pgs 153-166 in: (W.G. McGinnies and B.J. Goldman, eds.) Arid lands in perspective. University of Arizona press, Tucson, AZ.

Young, J.A. and F.L. Allen. 1997. Cheatgrass and range science: 1930-1950. J Range Manage 50: 530-535.

Zwank, P.J. 1996. Case study: the Mexican spotted owl. Pgs 124-140 in: (E.A. Herrera and L.F. Huenneke, eds.) Biological diversity in the land of enchantment. New Mexico Journal of Science. 36: 1-375.

BLM_0080566

BLM_0080567

# APPENDIX A:  A SCIENCE-BASED TOOL FOR DETERMINING WHETHER GRAZING IS THE CAUSE OF FAILURE TO MEET RANGELAND HEALTH STANDARDS

**A tool provided to the Monument range staff by the Southern Utah Land Restoration Project**

**September, 2003**

BLM_0080568

# SECTION 1:  INTRODUCTION

This document presents a process, based on the best available science, that will help the Grand Staircase-Escalante National Monument (Monument) determine whether grazing is the cause of degradation when rangeland fails to meet Bureau of Land Management (BLM) rangeland health standards.  The method presented here offers a systematic, repeatable, and legally defensible tool to assist BLM in meeting its obligations under the Fundamentals of Rangeland Health (Fundamentals) and Standards and Guidelines for Grazing Administration (Standards and Guidelines), 43 CFR § 4180. To this end, we draw upon expert experience and peer-reviewed science to outline a procedure for determining whether current grazing use and management is a significant factor that causes specific allotments or pastures to be classified as non-functioning or functioning at risk with a downward trend, and therefore not meeting BLM's rangeland health standards.

The determination method described here relies, to the greatest extent possible, on existing data, requires few agency resources, can be consistently replicated, is based on simple, observable evidence, and requires technical expertise common to land managers and experienced members of the public.

In keeping with the structure and approach common to other BLM ecological assessment processes, the determination method presented here uses the same indicators used in BLM's upland and riparian rangeland health assessment methods that describe livestock-related indicators of habitat health.  Based on how many of these livestock-related indicators are indicating non-functioning conditions, the determination that grazing is the cause of an area not meeting rangeland health standards is based on a preponderance of evidence.

The need for a repeatable and quantitative method to make determinations on whether livestock grazing is causing impairment is relevant to the BLM beyond the borders of the Monument.  The BLM promulgated the Fundamentals and Standards and Guidelines in response to the deteriorated state of the public lands subject to livestock grazing.  The environmental impact statement (EIS) that analyzed the regulations revealed that 68.5 million acres, or 43% of BLM uplands assessed, were in non-functioning condition or were functioning at risk.   According to BLM's most recently published data, 54% of riparian areas are functioning at risk or non-functional[1] – notwithstanding the Bureau's goal, established in 1989, of having 75% of riparian areas in "proper functioning condition" (BLM 1991).

This analysis echoes the findings of previous studies.  In 1989, published land use plan information revealed that 94.7 million acres or 68.9% of BLM lands were in poor or fair condition, while only 43.8 million acres or 31.6% were in good or excellent condition (Wald and Albersworth 1989).  In 1988, the U.S. General Accounting Office concluded that many publicly owned riparian areas "are in degraded condition, largely as a result of

---

[1]   Public Land Statistics (2001). Table 2-2 ("Lower 48 Totals").

BLM_0080569

poorly managed livestock grazing." (GAO 1988, pg.2).  In 1990, the U.S. Environmental Protection Agency (EPA) similarly concluded that "extensive field observations in the late 1980's suggest riparian areas throughout much of the West were in the worst condition in history" (EPA 1990, pg. 2).

The above studies and agency data present a compelling need to identify the cause behind these rangeland conditions.  That is where this guidance document will come in handy.

This document is organized as follows.  First, we set the stage for our analysis, describing the statutory framework that guides BLM in making determinations that livestock is a significant factor in causing an area to fail to meet rangeland health standards (Section 2.0).  We explain the statutory and regulatory foundations for the implementation of the Fundamentals of Rangeland Health and Standards and Guidelines, focusing on the critical determination of whether grazing management practices need to be changed to achieve healthy and sustainable ecosystems.  We cite the BLM Handbook for preliminary guidance on this inquiry.

Second (Section 3.0), we present (1) indicators that present evidence of grazing use and overuse and its known impact to resources, as well as (2) specific habitat attributes tiered directly to BLM's rangeland health assessments that can be used to reach a determination.  The above indicators include utilization monitoring, grazing stocking levels and distribution, season of use, BLM upland and riparian rangeland health assessments, and other observations.  In terms of this last suite of indicators (those based on actual on-the-ground conditions revealed in rangeland health assessments), we feature those where the literature supports that failure to meet these key indicators can be attributed to livestock grazing.  At the close of Section 3.0, we explain how to use the preponderance of evidence in determining that livestock grazing is a significant factor explaining why an allotment fails to meet the rangeland health standards

Third (Section 4.0), we explain how the relevant scientific literature generally rules out other possible factors that might be responsible for impairment in semi-arid and arid lands grazed by livestock in the intermountain West.

BLM_0080570

## SECTION 2:  LEGAL FRAMEWORK FOR DETERMINATION OF WHETHER LIVESTOCK GRAZING IS A SIGNIFICANT FACTOR FOR AN AREA FAILING TO MEET RANGELAND HEALTH STANDARDS

The ailing condition of public lands outlined above confirms that, in failing to achieve healthy and sustainable ecosystems on the public lands, the BLM is violating the dictates of the Federal Land Management Policy Act (FLPMA).  FLPMA, the core authority for BLM's management duties, requires the agency to manage the public lands to "protect the quality of" various values including ecological, environmental, and water resources. 43 U.S.C. § 1701 (a)(8).  The statute also mandates that BLM manage the lands to provide food and habitat for fish and wildlife.  Id.  The BLM must also balance resources uses on the public lands to reflect the long-term interests of the American people, 43 U.S.C. § 1702(c), manage the lands to achieve high annual out put, 43 U.S.C. § 1702(h), and avoid "permanent impairment of the productivity of the land."  43 U.S.C. § 1702(c).

By allowing the condition of much of the public land to become impaired, the BLM is failing to fulfill FLPMA's promise of fruitful lands characterized by well functioning ecological processes and ecosystem values.  Thus, FLPMA requires a prompt response to the ailing state of the public lands and mandates that the conditions envisioned by the Fundamentals and Standards and Guidelines are realized on the public lands.

The Fundamentals of Rangeland Health and Standards and Guidelines, 43 CFR § 4180, are binding regulations which require the BLM to "promote healthy sustainable rangeland ecosystems," and ensure these ecosystem components are "properly functioning." 43 CFR § 4100.0-2.  By adhering to the regulations, the BLM will both protect and restore ecosystem values on the public lands and provide for the "sustainability of the western livestock industry and communities that are dependent upon productive, healthy public rangelands."  Id.

The Fundamentals of Rangeland Health, which apply nationally, describe the ecological conditions that must exist on BLM public lands.  43 CFR § 4180.1.  The Standards and Guidelines, which were developed specifically for BLM lands in Utah and explain, with more specificity, these conditions.  These rangeland health standards dictate that on public lands, 1) upland soils allow water infiltration that sustain or improve productivity; 2) riparian and wetlands areas are in properly functioning condition; 3) Wildlife including, special status species, are maintained an appropriate level.; and 4) water quality standards be met (Department of the Interior 1977).

To implement its regulatory duties, BLM must first determine whether a particular area is characterized by healthy and sustainable ecosystems – and specifically

---

BLM_0080571

the conditions outlined by the Fundamentals and Standards and Guidelines[2]. 40 C.F.R. § 4180. If one or more of these conditions does not exist, BLM must ask itself if current livestock grazing practices need to be changed to achieve the desired conditions. From another angle, BLM must determine whether current grazing management is a significant factor in the failure to realize the various ecosystem values outlined by the regulations.

The BLM Handbook H-4180-1 – Rangeland Health Standards ("Handbook") – confirms that BLM must undertake this inquiry and provides basic guidance as how the agency should proceed. Initially, the Handbook notes that "[w]hen one or more Standards is not achieved nor making significant progress toward achievement,[3] or there is a lack of conformance with guidelines, the causes for the deviation need to be identified." BLM Handbook 4180-1, III-12. To do this, the BLM must list the standard(s) not achieved, review ancillary data, list suspected significant causes, and review both site-specific and landscape-level causes. *Id.*

As part of the determination process, the BLM must determine if existing grazing management practices or levels are significant factors in failing to achieve the Standards or failing to conform to the Guidelines;[4] the agency also must determine whether existing grazing management needs to be modified to ensure that the Fundamentals of Rangeland Health are met, or make significant progress toward being met. *Id.* at III-14. To determine which activity or activities are "significant factors resulting in failure to meet the Standards," the BLM is commanded to "use the best data and resource information available," including "watershed assessments, quantitative data from monitoring and inventories, qualitative information, professional knowledge, and information provided by State agencies, public land users and others." *Id.* at III-13.

The Handbook appropriately recognizes that current grazing practices need not be the **sole** factor creating undesirable condition – only that it be a significant factor – before triggering the need for remedial action. BLM Handbook 4180-1, I-7 ("To be a significant factor, a use may be one of several factors contributing to less-than-healthy conditions; it need not be the sole causal factor inhibiting progress towards the standards").

To implement the federal regulations found in the Fundamentals of Rangeland Health, each state published standards and guidelines for healthy rangelands (Utah BLM 1997). The standards establish ecological standards. The guidelines describe grazing management practices based on meeting these standard. In the case where BLM

---

[2] This involves performing an assessment to see if the standards are met. BLM relies on assessment tools described in a number of technical references: *Interpreting Indicators of Rangeland Health* (TR 1734-6) for upland areas (Pellant et al 2000), the Lentic PFC assessment method (TR 1737-9) for riparian areas and the Lotic PFC assessment method for ponds, marshes, and lakes).

[3] The Standards define "significant progress towards achievement" as either Functioning Properly (PFC), or Functioning at Risk with an upward trend. Non-functioning conditions, or Functioning at Risk with a downward trend convey failure to meet the Standards.

[4] The Handbook defines "Significant Factor" as a "[p]rincipal causal factor in the failure to achieve the land health standard(s) and conform with the guidelines. A significant factor would typically be a use that, if modified, would enable an area to achieve or make significant progress toward achieving the health standard(s)." (BLM Handbook 4180-1, I-7).

---

BLM_0080572

determines that a standard is not met and ecological conditions are moving toward the rangeland health standards, "grazing may be allowed to continue."  The Utah rangeland health guidelines continue, "[o]n lands where a standard is not met, conditions are not improving toward meeting the standard or other management objectives, and livestock is deemed responsible, administrative action with regard to livestock will be taken by the Authorizing Officer pursuant to CFR 4180.2(c)"

Helping Monument staff determine whether current grazing practices are significantly responsible for the deteriorated condition of various ecosystem values is the focus of this document.  We build upon the foundation laid by the regulations and BLM Handbook 4180-1 to produce a science-based checklist for objectively determining whether current grazing practices are the cause of assessment areas failing to meet rangeland health standards.

## SECTION 3:  FACTORS USED TO DETERMINE THAT LIVESTOCK GRAZING IS A SIGNIFICANT FACTOR FOR LANDS THAT FAIL TO MEET RANGELAND HEALTH STANDARDS

This section describes 16 indicators that we suggest be used to determine whether livestock grazing is a significant factor leading to an area not meeting rangeland health standards.  This assessment method draws both from general information on livestock impacts related to utilization and stocking rates, season of use, livestock distribution and grazing in riparian areas; as well as individual habitat attributes used in the BLM's upland (TR 1734-6) and riparian (TR 1737-9) health assessment procedures.

Using these two suites of indicators provides for a qualitative determination procedure that is based on current observable conditions, ecological health assessments, monitoring, and other quantitative measures.  This determination process has been designed for use by trained rangeland health assessors, and is designed to be repeatable regardless

Indicators in determining livestock grazing as the significant cause:

***Livestock use indicators***
1. Livestock Utilization
2. Livestock Stocking Rates
3. Grazing in Growing Season
4. Livestock Distribution
5. Livestock Grazing in Riparian Areas
6. Field Observations that Livestock Use is Dominant Herbivory
7. Livestock Grazing During Drought

***Habitat Indicators***
8. Bare Ground [Upland Rangeland Health (URH) Attribute 4]
9. Soil Compaction [URH Attribute 11]
10. Upland Erosion [URH 1, 3 and 8; Riparian PFC Item (RI) 5]
11. Stream Morphology Alteration and Erosion [RI Item 11 ]
12. Plant Community Vigor, growth and Productivity [URH Attributes 13, 15, 17; RI Items 4, 14]
13. Litter [URH Attribute 14]
14. Plant Community Structure, Function, Composition [URH Attributes 12, RI Items 6 and 7]
15. Invasive Plants [URH Attribute 16]
16. Cryptobiotic Soils [URH Attribute8]

**Figure 1.  Indicators used in proposed method**

BLM_0080573

of who performs the original upland and riparian health assessments on which this determination method is based.

This determination method should be used on an allotment by allotment basis. We recommend that 16 indicators be used in making the determination that livestock is a significant reason that an area fails to meet the rangeland health standards. These indicators are grouped in two sets: livestock use indicators and habitat condition indicators (Table 1). The first set of indicators presents evidence of the degree or intensity of livestock grazing use for a specific allotment, and establishes whether livestock is a significant factor influencing habitat degradation. The second set of indicators assesses habitat conditions measured against the ecological potential of a specific allotment. As you can see, the habitat indicators are taken directly from BLM's upland and riparian rangeland health assessment checklists (TR 1734-6 and TR 1737-9), and are those indicators that have been shown in the ecological literature to be most affected by grazing.

As described at the end of this section, this determination method calls for a rating of one to five points to be assigned to each of our proposed indicators in Figure 1. These scores indicate the degree that livestock grazing is evident at or impacting the site (for livestock use indicators), or the degree that conditions depart from the potential conditions found in an ecological reference site (for the habitat indicators). Table 1 illustrates a conceptual framework of how livestock use indicators and habitat indicators are scored in our proposed determination procedure. The final determination is based on a preponderance of evidence, where the final determination is based on the scores received by the majority of the 16 indicators.

## 3.1. Indicators that Grazing Use is a Significant Factor in Impairment

Several indicators, gleaned from the management of any allotment or pasture, are highly relevant to determining whether livestock grazing practices are the cause of areas being out of compliance with the standards and guidelines. These indicators are: (1) utilization rates – Section 3.1.1; (2) stocking rates – Section 3.1.2; (3) seasons of use – Section 3.1.3; (4) livestock distribution – Section 3.1.4; (5) whether riparian areas are being grazed – Section 3.1.5, (6) whether areas are grazed during drought – Section 3.1.6, and (7) whether there is sign that cattle are the primary herbivore in an area – Section 3.1.7. In other words, the inquiry into to the cause of resource degradation should be undertaken in the context of current grazing practices on the allotment or pasture in question. Where utilization levels are too high – either because they were set too high or because there is a history of over utilization – it is almost certain that livestock grazing is the cause of damage to plant communities, wildlife habitat and soils. Similarly, where stocking rates are too high or seasons of use are inappropriate, all indications are that livestock use is a significant factor in the failure to achieve compliance with the Fundamentals and Standards and Guidelines.

BLM_0080574

**Table 1.  Conceptual framework of how livestock use indicators and habitat indicators are scored in our proposed determination procedure.**

| Degree of livestock grazing | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Livestock use over a longer period of time has lead to 80% or more reduction in annual productivity of the area. Strong primary evidence of heavy livestock use. | Short term intense grazing use or sustained long term moderate use exceeds carrying capacity of forage production. | Continuing grazing use occurs as a level that sustains dominant perennial grasses.  Little direct evidence of livestock trailing and scat. | Grazing use occurs at a level where the forage that remains after the end of the grazing season is 60-80% of potential forage biomass. | Grazing use occurs where the forage that remains at the end of the grazing season is 80% or better of potential plant biomass |
| Degree that habitat condition departs from potential (ecological site description) | | | | |
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Ecological indicators 20% or less of potential. | Ecological indicators between 20 to 40% of potential | Ecological indicators are between 40 to 60% of their potential. | Ecological indicators are between 60 and 80% of their potential. | Ecological indicators are 80% or more of their potential. |
| Score 1 | 2 | 3 | 4 | 5 |
| Grazing is a significant factor | | | Grazing is not a significant factor | |

We address each of these factors in two ways.  First, we speak generally about these factors and their relationship to resource damage, citing the relevant ecological literature.  Second, we consider current grazing practices specifically in the Monument and discuss the connection between these specific practices and livestock-caused impairment.

**3.1.1 Indicator 1:  Livestock Utilization**  According to widely accepted range studies, typical utilization levels – of 50% to 60%  – are responsible for significant resource damage in the Colorado Plateau.  Specifically, in the Monument, BLM has typically set utilization levels at 50% to 60%.  Actual utilization data recorded by BLM shows that actual utilization levels routinely reach and often significantly exceed these permitted levels.  The conclusion must be, therefore, that in the Monument, where there is resource damage and utilization rates are or have been 50% to 60% or more, the resource damage is caused by livestock grazing practices.

BLM_0080575

As an initial matter, the standard 50% utilization standard, developed from research on root-growth stoppage as a result of grazing (Crider 1955) and sometimes known as the "take half and leave half" policy, is inappropriate for the Colorado Plateau. Crider grew several Midwestern perennial grasses under ideal precipitation conditions and monitored root growth changes due to clipping over a period of two months. Crider concluded that root growth at the end of the growing season was not impaired when a single clipping removed 50% or less of the above ground biomass. The concept of "take half and leave half" is further elaborated in a report by Harland Dietz, a Soil Conservation Service scientist (Dietz 1989). He emphasized the link between Crider's root growth research and the concept of "take half and leave half."

The results of Crider's research do not reflect a number of factors that come into play on BLM lands in the arid West, including the applicability to the broad diversity of rangeland plants, grazing practices commonly found on BLM lands, semiarid or arid conditions, plant regeneration, soil nutrient recycling, litter generation, plant community composition, and wildlife habitat structure, and others. As a result, range scientists have concluded that there is no scientific basis behind BLM's policy for utilization (Caldwell 1984). Still, allowable utilization rates of 50% seem to dominate AMPs in the intermountain West.

Moreover, even within Crider's narrow area of research, current grazing utilization policy does not actually follow his recommendations. Crider was only looking at root growth of perennial grasses under ideal growing conditions. Under those conditions, he concluded that up to 50% of the aboveground biomass could be clipped **once** without root growth being significantly impaired. He further concluded that repeated clipping (which more accurately represents multi-month grazing periods common on BLM allotments) would significantly inhibit plant growth when a total of 50% of the biomass is removed. BLM was incorrect to apply the take half and leave half conclusions where grazing leads to numerous clippings and does not take into consideration arid conditions with its varying precipitation patterns.

That utilization levels of 50% to 60% will cause significant damage to ecosystem values is bourn out by the scientific literature. For example, in their well-respected range management text, Holechek et al. (1998), summarize multiple long-term studies analyzing utilization, or grazing intensity, and its impact on forage production. Holechek and his colleagues determine, that while acceptable use ranged from 40% to 60% on productive rangelands, acceptable rates ranged from just **30% to 40%** on more arid rangelands, such as those found on the Colorado Plateau. Moreover, the authors caution that only "[r]anges in good condition and/or grazed during the dormant season can withstand the higher utilization level [of 40%]" while those "in poor condition or grazed during active growth should received the lower utilization level [of 30%]. Holechek et al. (1998, p. 206). In yet another meta-analysis of grazing studies, Holechek concludes that "moderate" utilization levels of 50% "results in rangeland deterioration in semi-arid grasslands, desert and coniferous forest rangelands" and heavy utilization rates of 57% "consistently cause a downward trend in ecological condition" in all areas. Holechek et al. (1999, p. 13).

BLM_0080576

Galt et al. (2000) recommend a lower or utilization rate of 35% for arid areas. Importantly, they also point out that actual measured use is generally higher than the intended use. For example, on New Mexico rangelands, actual measured use was 10-15% higher than intended due to livestock trampling, wildlife use and weathering. Ultimately, the authors recommend assigning 25% of forage to livestock, 25% to wildlife and natural disappearance and 50% to site protection, concluding that the 25% utilization rate is the "surest way to avoid chronic forage deficits and land degradation" for aris areas.

Holechek et al. (1999) define moderate stocking rates in terms of use, or the "degree of herbage utilization that allows the palatable species to maintain themselves[,] but usually does not permit improvement in herbage producing ability." Holechek, et al. (1999, p. 12). When **all** grazing studies were averaged, the authors found that moderate stocking was defined as 43% utilization. However, as stated above, Holechek and his colleagues ultimately defined moderate stocking levels for arid and semiarid climes as between 30% and 40%, with the proviso that the higher level is only appropriate where the range is in good condition and grazing is occurring during the dormant season.

In arid and semi-arid areas such as the Colorado Plateau, higher utilization rates cannot be justified by reliance on deferred-rotation or rest rotation grazing schemes. Again in his range management text, Holechek and his colleagues explain that neither system has been found to have an appreciable benefit to resource conditions when compared to continuous grazing. In analyzing the former grazing scheme, the authors note that on flat sage brush and shortgrass rangelands, the scheme results in no vegetation benefits when compared to continuous or season-long grazing. Along the same vein, the authors also conclude that "[o]n flat arid and semiarid rangelands, deferred-rotation grazing has shown no advantages over continuous grazing." Holechek et al. (1998, p. 238).[5]

The authors take a similarly cautious view of rest-rotation grazing schemes pointing out that "[t]he problem with rest-rotation grazing is that the benefits from rest may be nullified by the extra use that occurs on the grazed pastures." Holechek et al. (1998, p. 244). In any case, Holechek et al. explain that in semiarid and arid climes, successful rest-rotation scheme cannot include heavy stocking rates or heavy use. This is because "[i]t is well established that for most plants in arid areas, 1 [one] or more years of rest will not compensate for 1 [one] year of severe defoliation during the growing season." Holechek et al. (1998); *see also* p. 246 ("A 10-year Nevada study showed that rest-rotation did not overcome the effects of heavy use (65%) during the growing season"). This conclusion was echoed in subsequent work, where the authors noted: "In the semi-arid and desert range types, rotation grazing systems generally showed no advantage over continuous or season-long grazing." Holechek et al. (1999, p. 13).

---

[5] Deferred-rotation may have a benefit where various areas are more convenient to livestock than others and therefore are more regularly used.

BLM_0080577

Moreover, while rest periods arguably may allow the marginal recovery of individual plants, rotation schemes cannot mitigate the loss of soil protection, thermal regulation, or water absorption and retention, or the alteration of plant competition that results from removal of biomass by grazing.  These conclusions are echoed in a 1989 Forest Service paper which concludes that short duration livestock grazing has no different effect on hydrologic performance and soil characteristics than any other grazing system. "[H]eavy stocking would result in downward trend in hydrologic characteristics and [ ]vegetation growth response in a short-duration grazing system is similar to that expected from any other grazing system."  Clary and Webster (1989, pg 6).  In sum, they noted, "no grazing system can counteract the negative impacts of overstocking on a long-term basis."

As evidenced above, in the Monument, utilization rates – typically at 50%-60% – are set well above appropriate levels.  Moreover, these rates **do not** take into consideration critical factors such as grazing during the growing season, the condition of the range, or that actual use is higher than intended use.  Therefore, as Holechek concludes, current grazing management practices are causing a deterioration of the resources and a downward trend in ecological conditions.

Examples bear this out.  The 1983 AMP for the Upper Cattle Allotment, which implements a deferred rotation grazing scheme, allows utilization levels to reach 60% from November 1 to January 21, 50% during the growing season from April 16 to June 15, and 60% from January 22 to April 15.  The AMP allows these high utilization levels despite BLM determination that 72% of the allotment was in poor to fair condition, and findings of soil erosion, overstocking, and poor cattle distribution.  Recent BLM records show that high utilization of the Upper Cattle Allotment has continued – often exceeding 50% to 60% levels.  Thus, utilization levels on this allotment not only exceed the 30% levels Holechek recommends for poor condition range or range grazed in the growing season, but also surpass the 40% utilization levels he considers appropriate for only lands in good condition, grazed in the dormant season.

Management of the Lake Allotment similarly allows an untenable utilization level of 60%.  This level was set in 1989 despite findings that 58% of the allotment was in poor condition, 17% in fair condition, 24% unsuitable for livestock and only 1% in good condition.  The BLM also found riparian areas being utilized on average 85-90%, active erosion throughout the allotment, poor livestock distribution, and poor condition of wildlife habitat.  Again, record data shows excessive utilization levels on this allotment.  BLM's 1997 allotment evaluation notes indicate that riparian vegetation had disappeared from some areas, and from 1989 to 1996, utilization of riparian areas was 95%.  More recent data establishes that significant overuse of uplands and riparian areas on this allotment have continued.  Thus, both the permitted utilization and the actual utilization on Lake Allotment greatly exceeds Holechek's recommendations and fails to take into consideration growing season and the condition of the range.

Across the Monument, the story is the same. As a rule, the BLM does not condition permitted utilization levels based on Holechek's findings and does not

---

BLM_0080578

accommodate growing season or the condition of the particular allotment.  Moreover, actual utilization data confirms that the Monument is routinely overgrazed.  Out of 1,943 records showing recent utilization levels on key plants, 946 (or 48.6%) of these show utilization levels of 50% or greater, with many cases of utilization rates of 85% and above.

In sum, because much of the Monument has been significantly overgrazed, because permitted utilization levels are too high, and fail to reflect the condition of the allotment and whether grazing is occurring during the growing season, and because actual utilization levels often even higher than permitted levels, range science and study confirms with almost certainty, that grazing is the cause of resource degradation.  On a site-specific level, BLM should examine permitted and actual use data and compare it to Holechek's recommendations.  Where ecosystem values are impaired and where Holechek's recommendations are exceeded, and where use does not reflect factors such as allotment condition and the growing season, the conclusion must be that grazing is the cause, or significant factor in the failure of the site to exhibit the desired conditions.  As a result, grazing management must be changed in a meaningful way to guarantee that in the near future, these conditions are achieved.

Table 2 illustrates how, when using the proposed determination method, one should score the utilization indicator (Indicator 1).  Choose the score that best fits the circumstances found in the allotment undergoing a determination assessment.  Enter this score for Indicator 1 on the *Determination that Grazing is the Cause* checklist (Appendix A).

**Table 2. Recommended method for scoring the utilization indicator (Indicator 1) when using our proposed method for making determinations.**

| Livestock utilization scoring | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Utilization is or has been between 60-100% on the allotment | Utilization is or has been between 40-60% on the allotment | Utilization is or has been between 20-40%. | 5-20% grazing utilization | Utilization 5% or less. |
| Score 1 | 2 | 3 | 4 | 5 |

**3.1.2  Indicator 2: Livestock density.**  Inappropriate stocking levels, much like high utilization levels (which are of course the most common outcome of overly high stocking rates), are almost certainly the cause of a failure to achieve desired ecosystem conditions on the public lands.  As Holechek concluded "[h]eavy stocking consistently caused a downward trend in ecological condition, light stocking caused an upward trend, and slight improvement occurred under moderate stocking."  Holechek, et al. (1999, pg. 13).  Grazing management in the Monument consistently allows heavy stocking rates.  Moreover, where the ailing condition of the land requires light stocking rates to allow for

BLM_0080579

recovery, the Monument fails to reduce stocking rates and therefore forestalls any improvement in resource conditions.

As mentioned in the previous section, according to Holechek et al. (1999) stocking rates in the semiarid and arid climate of the Colorado Plateau that result in utilization rates or grazing intensity of more than 40% are considered heavy and therefore will "consistently" degrade ecological conditions. According to Holechek, if these conditions are to be improved, light stocking – or use of less than 30% – is most appropriate.

Yet, the Monument sets stocking rates to allow for grazing intensities that are much too high for: 1) the semiarid and arid conditions of the Colorado Plateau; 2) the many allotments where conditions are less than good; and 3) the many allotments that are grazed during the growing season. Therefore, where ecosystem values are not properly met and utilization is inappropriate and fails to account for resource conditions and whether grazing occurs during the growing season, the likely cause of this degradation is over-stocking, which in turn, is characterized by high to moderate use.

Table 3 illustrates how, when using our new proposed determination method, one should score the livestock density Indicator (Indicator 2). Select the score that best fits the circumstances found in the allotment undergoing a determination assessment. Enter this score for Indicator 2 on the *Determination that Grazing is the Cause* checklist (Appendix A).

**Table 3. Recommended method for scoring the livestock density indicator (Indicator 2) when using our proposed method for making determinations.**

| Livestock densities and scoring* | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Stocking density is above 0.5 acre/AUM | Stocking density is between 0.5 and 1.5 acre/AUM | Stocking density is between 1.5 and 2.5 acre/AUM | Stocking density is between 2.5 and 4 acres/AUM | Stocking density is less than 4 acres/AUM |
| Score 1 | 2 | 3 | 4 | 5 |

*Livestock density thresholds obtained from Jones 2000

**3.1.3 Indicator 3: Livestock grazing during the growing season.** As with high use, the scientific literature generally concludes that allowing livestock to graze during the growing season is detrimental to the vegetation and soil communities of arid and semiarid climes, such as that of the Colorado Plateau. Moreover, as explained above, where grazing is allowed during the growing season, use levels or stocking levels must be reduced appropriately. However, in the Monument, BLM more often than not allows spring grazing to occur, and does so without reducing use or stocking levels. Thus, where resource values are damaged and spring grazing is allowed, particularly at high

BLM_0080580

levels, the conclusion must be that the relevant ecological damage is caused by livestock grazing practices.

The scientific literature establishes that livestock grazing during the growing season is deleterious to the range ecosystems of the arid West (Holechek et al. 2001). Grazing up to the period of flowering may prevent plant recovery and seed generation (Heady 1984). While there is evidence that grazing during the growing season can lead to some compensatory growth in plants that co-evolved with large, hooved ungulates, grazing is damaging to low-elevation vegetation of the intermountain west, especially during the growing season (Painter and Belsky 1993, and references therein). For example, spring grazing has been shown to increase mortality of certain species of sagebrush (i.e. *Artemisia spinescens*) (Chambers and Norton 1993).

The dominant grasses in the sagebrush-grassland, being cool-season types, complete their growth during spring when soil moisture is highest from the over-winter accumulation of snow. These plants are susceptible to grazing damage during their active spring growing period due to depletion of carbohydrate reserves, loss of seed pools and ultimately loss of the plant entirely. In lower elevation salt-desert shrub communities with little vegetation growth during dry years, spring grazing can deplete the herbaceous plants and without summer precipitation, no regrowth can occur. In pinyon-juniper communities, with a mixture of warm and cool-season grasses, spring grazing has been detrimental to the cool-season grasses. This results in increased juniper canopy with loss of the perennial grasses and forbs (Holechek et al, 2001).

A study carried out 1963 by Cook and Stoddart studies the effects of intensity and season of use on the vigor of desert range plants. The authors studied the effects of different times and intensities of simulated grazing on desert forage species, concluding that desert ranges are best adapted for winter grazing, with springtime being the worst time to graze (Cook and Stoddart, 1963).

These determinations are echoed by BLM in the Management Framework Plan for the Escalante Resource Area. The agency found that "[t]he most damage [from grazing] occurs when plants are grazed during the growing season[,] which reduces the amount of food made and stored by the plant." (MFP, Recommendation RM-1.1). Indeed, the agency confirmed that "[c]ontinued grazing each year during the growing season can severely weaken or kill the plants." Id. As a result, BLM recommended that, with some exceptions, that the period of use on the Escalante allotments be changed so that grazing is not permitted during the growing season. *See also* Recommendation RM-2.6.

By far the most compelling reason to foreclose grazing in the spring is the damage that livestock cause to moist and wet soils. The pressure from livestock hooves, especially cattle, easily compacts soil in the spring when the soil is wet and most vulnerable to compaction (Brady 1984, Warren 1987). Fine textured soils or those with inorganic crusts are particularly susceptible when wet (Webb and Wilshire 1983).

BLM_0080581

Of even more concern is the effect of livestock trampling on the rare and ecologically important cryptobiotic soil crusts in the arid West. Crusts are only metabolically active when wet (Belnap et al. 2001). Winter use by livestock has been shown to have less of an impact on crust cover and species composition than spring use (Belnap et al. 2001). In a study of livestock grazing impacts on cryptogamic crust communities, Marble and Harper (1989) found that grazing in late winter and into spring reduced cryptogamic cover and species richness.

Spring grazing can also be deleterious for various soil-related variables such as streambank morphology and erosion potential. Grazing stream banks during spring when soils are wet or saturated can lead to hoof shear and compaction, resulting in greater stream bank erosion and sedimentation (Trimble and Mendel, 1995; Clary and Leininger 2000). Lusby (1979) demonstrated that in western Colorado, early winter grazing results in less runoff and erosion than continuing grazing into spring.

Despite consistent findings that grazing during the growing season degrades various ecosystem values, grazing practices in the Monument do not sufficiently curtail spring grazing. Currently, 46 out of 76 allotments (over 60%) are grazed during some part, or all, of the growing season. Moreover, as stressed above, the Monument does not predicate spring use on light utilization level, contrary to the recommendations of Holechek and others. Thus, where spring use occurs, particularly where utilization levels are moderate or heavy, and plant communities, soil stability, and soil nutrition are compromised, the conclusion must be that livestock grazing is almost certainly the cause of a failure to achieve desired ecosystem health and sustainability.

Table 4 illustrates how, when using our proposed determination method, one should score the spring grazing Indicator (Indicator 3). Select the score that best fits the circumstances found in the allotment undergoing a determination assessment. Enter this score for Indicator 3 on the *Determination that Grazing is the Cause* checklist (Appendix A).

**Table 4. Recommended method for scoring the spring grazing indicator (Indicator 3) when using our proposed method for making determinations.**

| Livestock grazing during the growing season | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Grazing use occurs during more than one month of the growing season | Livestock grazing occurs during the first month of the growing season | Grazing use occurs only during the last month of the growing season | Grazing occurs for no more than one week at end of growing season | No grazing use during the growing season |
| Score 1 | 2 | 3 | 4 | 5 |

### 3.1.4  Indicator 4: Livestock distribution.
The relevant literature makes plain that where livestock are poorly distributed, resource damage in the places they do use is most

BLM_0080582

likely attributable to grazing management practices.   At the same time, livestock grazing in the Monument is plagued with poor livestock distribution, most often because water sources are scarce and cattle will not travel far from water.  In addition, in the heat, cattle are also reluctant to leave the shade and relative coolness of riparian areas.  The Monument is characterized by rugged terrain, steep slopes and other features which force and encourage cattle to use only limited areas of an allotment.

As Holechek and his colleagues establish, "cattle make little use of areas farther away than 3.2 km (2 miles) from water."  Holechek (1998, pg. 209).  Particularly in a climate such as that of the Colorado Plateau, ignoring this critical fact, the authors conclude, has been highly detrimental to resource conditions:  "Failure to adjust stocking rates for travel distance to water has resulted in considerable range degradation, particularly in the hot, arid rangelands of the southwestern United States . . . ."  Holechek (1998, pg. 209).  Only in the winter, when there is snow on the ground or water in pot holes, will water availability cease to be a limiting factor in livestock distribution.

Similar adjustments must be made on the basis of terrain because cattle prefer "convenient" flat areas, such as valley bottoms, riparian zones and ridge tops, over rough, steep or rugged areas.  Holechek et al. (1998).

In a recent study, Holechek et al. (2001) quantified their analysis, providing recommendations for adjusting the stocking rate for cattle in order to account for distance from water and steepness of slope.  These recommendations are found in Table 5.  Galt et al. (2000) indicate that the Natural Resources Conservation Service has adopted these guidelines for slope adjustments.

Table 5.  **Adjustments for distance to water and slope for cattle (Holechek et al 2001).**

| Distance from Water miles | Percent Reduction in Grazing Capacity |
|---|---|
| 0 – 1 | 0 |
| 1 – 2 | 50 |
| >2 | 100 |
| **Slope %** | |
| 0 – 10 | 0 |
| 11 – 30 | 30 |
| 31 – 60 | 60 |
| >60 | 100 |

In sum, proper livestock distribution is a function of terrain, and in semiarid and arid climes, water availability.  Particularly in the Monument, cattle cannot be expected to travel far from water, except for immediately after snowfall or rain.  In addition, they will use convenient areas heavily and forego steep slopes and otherwise rough terrain.  If stocking rates do not reflect these realities, as Holechek asserts, the result will be "considerable range degradation."  Thus, where ecosystem values are damaged in convenient areas and stocking levels do not accurately reflect water availability and

BLM_0080583

terrain, more than likely, grazing management is the cause of the resource damage and grazing practices must be changed so that the desired conditions are restored.

Table 6 illustrates how, when using our proposed determination method, one should score the livestock distribution Indicator (Indicator 4). Two factors are presented in this scoring system. The first is the amount of the suitable grazing lands that are within 2 miles of a water source (the more range near water, the better grazing distribution). The second factor considers the average slope of the allotment, based on Holechek's work. Select the score that best fits the circumstances found in the allotment undergoing a determination assessment. Enter this score for Indicator 4 on the *Determination that Grazing is the Cause* checklist (Appendix A).

**Table 6. Recommended method for scoring the livestock distribution indicator (Indicator 4) when using our proposed method for making determinations.**

| Livestock distribution scoring | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Most of the allotment's suitable range is more than 2 miles from water, and/or average slopes are above 45% | Half of the suitable range is more than 2 miles from water, and/or average slopes are between 35% and 45% | Most of suitable range lands are within 2 miles of water, and/or average slopes are between 20% and 35% | Almost all suitable range is within 2 miles of water, and/or average slopes are between 10% and 20% | All suitable range is within 2 miles of water, and/or average slopes are between 0% and 10% |
| Score 1 | 2 | 3 | 4 | 5 |

### 3.1.5  Indicator 5: Livestock grazing in riparian areas.

Various riparian/wetland indicators required to meet the Standards and Guidelines include adequate "vegetative cover to protect stream banks, [dissipate floods], protect against accelerated erosion, capture sediment, and provide for groundwater recharge," and "vegetation reflecting…soil moisture,…diverse age structure and composition, ….and providing food, cover and other habitat needs for dependent animal species."

Because livestock spend a disproportionate amount of their time in riparian communities, which are the most productive habitats in arid lands generally, and in the Colorado Plateau specifically, the ecological stakes are highest here, and many of the adverse impacts of grazing are magnified. Life forms relying on western aquatic habitats include invertebrates, reptiles, amphibians, fish, birds, and mammals. Birds are often referenced as one of the significant suites of species relying on healthy riparian zones. The stability of populations of various avian species has been used to determine the effects of grazing on riparian vegetation (Knopf et al. 1988, Fitch and Adams 1998). Participants in studies at the High Desert Ecological Research Institute state that "the loss of riparian habitats has been suggested as the most important cause of population decline among landbird species in western North America" (Dobkin et al. 1998).

BLM_0080584

The negative impacts of cattle grazing on wildlife in riparian zones is manifested through impacts to the animals' habitats (i.e. riparian vegetation). Grazing can reduce or totally eliminate vegetation bordering a stream (Szaro and Pase 1983, Platts 1991). Numerous studies have found greater riparian species richness in ungrazed areas compared to grazed riparian zones (USGAO 1988a, Armour et al. 1994, Popolizio et al. 1994, Green and Kaufman 1995). Other studies have found that grazed riparian areas suffer increases in exotics, upland species, and sub-dominant species that are released from competition when dominant wetland plants are grazed down (Great Basin-Schulz and Leininger 1990, eastern Oregon-Green and Kauffman 1995). The spread of wetland exotics, namely tamarisk, has been aided by grazing throughout the west (Ohmart and Anderson 1982, Hobbs and Huenneke 1992). Furthermore, prevention of seedling establishment due to grazing and trampling has transformed a variety of southwest riparian systems into even-aged, non-reproducing vegetative communities (Fleischner 1994). The combination of these influences on vegetation structure and composition is detrimental to wildlife. A review by Skovlin (1984) concluded that grazing results in adverse impacts to both small mammals and birds within riparian areas.

The most well documented effects of grazing on riparian zones are reviewed by Platts (1982), Fleischner 1994, Ohmart (1996), and a most extensive analysis by Belsky et al. (1999) who reviewed over 150 separate studies on grazing effects on western riparian areas. In a survey of 15 experiments, Platts and Wagstaff (1984) concluded "when the riparian and stream habitats are fenced to exclude grazing, riparian habitats improve quickly and stream morphology improves slowly." Platts and Wagstaff, 1984 at 269. Belsky et al. report that they found no systematic investigations showing positive impacts or ecological benefits that could be attributed to livestock activities when grazed reaches were compared to protected areas. In a different forum, Administrative Law Judge Rampton concluded that no factor other than livestock grazing as currently practiced could explain the drastic difference in condition between degraded riparian areas in grazed canyons draining into Comb Wash and superior riparian areas in Grand Gulch, from which cattle had been removed twenty years earlier. National Wildlife Federation v. BLM, No. UT-06-91-1 (U.S. Dep't of Interior, OHA, Hearings Div.) (Dec. 20, 1993).

The National Park Service has also concluded that livestock grazing as currently practiced adversely impacts and impairs water quality and riparian areas (GCNRA, 1999). The agency states that livestock overgrazing reduces plant cover, which results in erosion. Erosion, in turn, leads to an increased sediment load in streams, blocking light penetration and otherwise adversely impacting aquatic life and habitat. Livestock use also deteriorates water quality because cattle trample springs, streams and streambanks. Indeed, as the Park Service notes, "[s]ome springs in the Glen Canyon NRA, such as those on the Kaiparowits Plateau, have been severely damaged by livestock trampling, with in some cases almost total elimination of riparian vegetation" (GCNRA 1999, pg. 19). At the same time, the agency points out that cattle feces in water can cause unnecessary beach closures in Glen Canyon (GCNRA 1999, pg 20).

BLM_0080585

While the BLM touts overall rangeland health improvements over the last century, the U.S. Department of the Interior (in its DEIS: "Rangeland Reform '94") clarifies that these asserted rangeland improvements have for the most part occurred only in upland areas, not in riparian areas. The DEIS further concedes that western riparian areas "have continued to decline and are considered to be in their worst condition in history." Livestock grazing as currently practiced is identified in the DEIS as the chief cause of this deteriorated condition. The reason that riparian zones continue to degrade while upland areas improve is simple; cattle spend anywhere from 5 to 30 times longer in riparian habitats than upland habitats (Skovlin 1984). Moreover, most BLM allotments operate under management plans that were designed to meet the phenological growth requirements of uplands (Ohmart 1996). In fact, one of the more recent manuals on inventorying and monitoring rangelands (NRC 1994) only devoted five sentences to riparian areas. Simply reducing overall livestock numbers on an allotment has proven in multiple cases not to be a solution to riparian degradation (Dahlem 1979, Olson and Armour 1979). Unless fencing, cattle removal or other profound management changes are made, riparian habitats will continue to be degraded under most of the current BLM RMPs.

In sum, livestock grazing has a disproportionately adverse impact on riparian areas – given the chance, cattle will spend most of their time in these cooler, more lush areas, particularly in the spring and summer, and particularly in the hot, dry conditions found on the Colorado Plateau. Much of the Monument is highly susceptible to livestock abuse of riparian areas. Water and shade is scarce, temperatures are hot and snowfall and rain infrequent. These factors combine to encourage cattle to concentrate their use on riparian areas to a significant degree. Therefore, in the Monument, where cattle are allowed access to riparian zones and these areas are damaged, it is more than likely that the damage is attributable to grazing practices which: 1) allow access to riparian areas, and 2) fail to account for severely limited water availability in setting stocking rates. In summary, range science and study confirms with almost certainty, that grazing is the cause of resource degradation in riparian zones.

Table 7 illustrates how, when using our new proposed determination method, one should score the livestock distribution Indicator (Indicator 5). Select the score that best fits the circumstances found in the allotment undergoing a determination assessment. Enter this score for Indicator 5 on the *Determination that Grazing is the Cause* checklist (Appendix A).

BLM_0080586

**Table 7. Recommended method for scoring the livestock in riparian areas indicator (Indicator 5) when using our proposed method for making determinations.**

| Livestock grazing in riparian areas | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Grazing occurs in all riparian areas during growing season | Grazing occurs in most riparian areas outside the growing season | Grazing occurs for less than one month in riparian areas. | Grazing excluded from most riparian areas or grazing occurs for less than a week | Grazing does not occur in riparian areas |
| Score 1 | 2 | 3 | 4 | 5 |

**3.1.6  Indicator 6: Livestock grazing during drought conditions.**  Decisions on the AUMs that a permittee can run are normally made a few months in advance of the start of the season of use described in the grazing permit.  For many of the allotments in the Monument, this decision occurs before the growing season starts.  For this reason, stocking rate is usually set too high for the first year of a drought.  Normal stocking rates, which are set with the expectation of a normal precipitation year, lead to grazing in excess of the forage capacity of the range during the first year of a drought.

BLM does not have current records in the allotment files for multi-year records of stocking levels compared to or tiered to precipitation totals over the years.  Wild Utah Project has compiled such a record for the Upper Hackberry Allotment that could serve as an example.  The precipitation measurement nearest to the Upper Hackberry Allotment is located three miles north of the allotment in Kodachrome State Park.  Using BLM records of grazing use found in BLM's allotment file, we assembled a history of the amount of grazing that occurred in the grazing season, along with the annual precipitation for a period of twenty years.  The grazing season for this allotment begins in the first of November and ends in the middle of June.  The precipitation year is from the first of January to the end of December.   The average annual precipitation for this area is 12 inches a year.  Drought conditions are defined for this allotment as 8 inches of annual precipitation or less.

The precipitation history and grazing chronology for the Upper Hackberry Allotment indicate that three droughts have occurred in the past twenty years.  In 1989, 1996, and 1999 precipitation levels indicated drought conditions.  As figure 2 shows, grazing levels at the start of two of these drought periods remained near average stocking levels despite low precipitation and the resulting low forage production.  Stocking levels

---

BLM_0080587

did respond in advance to low precipitation in the 1999 drought.



**Figure 2 History of precipitation and Grazing, Upper Hackberry Allotment**

Drought tolerance among plants varies. Those most tolerant to drought tend to have slow growth rates and low productivity (Low et al. 1984). Plants less drought tolerant with low reserves may only recover over long periods of time, if at all. The length of time for recovery for upland plants can be seven years or more (Caldwell 1984). In addition, long-term competitive interactions of plant species may in some circumstances be determined during relatively short periods of drought or limited moisture (Caldwell, 1984). Caldwell concluded "[o]ne must question whether management recommendations can be based only on the years of normal precipitation."

Precipitation does not fall uniformly during the year. Again using the Upper Hackberry Allotment example, the late summer and early fall period sees the heaviest precipitation on average (Figure 3). Another lesser period occurs in the late winter at the start of the growing season. Unfortunately, BLM does not factor in seasonal precipitation variation as part of recommending a stocking level for the upcoming grazing. If we had a record such as this, we could more accurately correlate grazing levels with plant productivity in the Monument.

BLM_0080588



**Figure 3.  Seasonal Average Precipitation, Kodachrome Basin, UT**

The score given for this indicator (Table 8) is based on the studies of growth and recovery of range plants during times of reduced precipitation.  To ensure recovery, appropriate levels of grazing during drought periods must leave a greater fraction of standing biomass at the end of the grazing period than can be accommodated during a normal precipitation period.  Enter the score for Indicator 6 on the *Determination that Grazing is the Cause* checklist (Appendix A).

**Table 8. Recommended method for scoring the grazing during drought indicator (Indicator 6) when using our proposed method for making determinations.**

| Livestock grazing During drought periods. | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Slight to Moderate | Slight to None |
| Grazing occurs at the normal stocking rate during the drought. | Grazing occurs at half or more of the normal stocking rate during the drought. | Grazing occurs during the start of a drought but is then discontinued. | Stocking levels are reduced during the drought to leave 75% of forage growth in tact. | No grazing occurs during any drought period. |
| Score 1 | 2 | 3 | 4 | 5 |

**3.1.7 Indicator 7:  field observations that livestock are the dominate herbivore.**  A combination of on the ground observation, BLM records on grazing use, and habitat

---

BLM_0080589

monitoring are used in making the observation of whether livestock are the dominate herbivore in the allotment where the determination of impairment is being made. The BLM data records should be supplemented with field observations, especially when records for an allotment lack key information. BLM's monitoring practices, for example, do not capture herbivore feces density or cowpie densities.

The field observations for this indicator need to answer a number of questions relating to the manner and degree of livestock use in an allotment:

1. Based on livestock trails and hoof prints, how much of the ground shows evidence of livestock use?
2. Based on transects that assess the mass of scat, are livestock the dominate herbivore in this allotment?
3. Based on the topography and condition of fences, does livestock use appear to match the management prescription?
4. Based on field counts, does livestock use numbers and season of use match data in the allotment file?

Scoring for Indicator 7 is a simple binary method. This indicator uses field observations supplemented with agency data on use to verify that livestock use is (1 point) or is not (5 points) the dominate ungulate use in the area.

## 3.2. Specific Habitat Indicators that Livestock Use is a Significant Factor in Impairment

The previous section describes indicators that generally identify the level and intensity of grazing use in an impaired area. In this section, we present indicators that specifically relate to habitat variables that have already been assessed for upland (using *Interpreting Indicators of Rangeland Health*, Tech. Ref. TR 1734-6) and riparian (using Tech Ref. 1737-9) PFC assessments carried out by the BLM.

In order to give this guidance on how to carry out determinations to the Monument, our team of scientists,[6] in collaboration with other scientists[7] with expertise in livestock grazing impacts and riparian and/or upland health assessments, has reviewed all of the indicators on the BLM field checklists for assessing PFC of riparian zones and uplands. For each indicator, we asked ourselves, "**If** this indicator receives a failing score, AND IF other causes of failure for this indicator can be ruled out (i.e. drought, fire suppression,[8] ORV abuse, etc.), **and if** livestock are known to graze this area and signs of livestock are present (i.e. feces, trailing, hoofprints, etc.), **does it follow that**, based on our field experience and knowledge of the grazing literature, the **failure to meet the Standards and Guidelines for this indicator can be attributed to livestock grazing**?

---

[6] Jim Catlin, Allison Jones, and John Carter.
[7] Elizabeth Painter, Peter Stacey
[8] Fire suppression is sometimes itself a cause of livestock grazing

---

BLM_0080590

The answers that our team, with assistance from outside scientists, gave to these questions are based on our collective expert opinion, field experience and knowledge of the literature. Below, we cluster the key indicators into groupings based on similarities of indicators (soil-related variables, etc.). For each set, we provide examples from the literature to bolster our argument that if a riparian or upland site fails the overall PFC assessment conducted by the BLM, and if the assessor finds that many of the indicators below are not meeting standards and other rule out other causes, then the assessor can conclude that the degradation present at the assessment site CAN BE ATTRIBUTED TO LIVESTOCK GRAZING.[9]

### 3.2.1 Indicator 8: PFC indicators relating to bare soils: Upland Rangeland Health Attribute (URHA) 4 (Bare ground).  Based on our field experience and the literature cited below, we argue that if the above indicator relating to bare soils is failing to meet the Standards and Guidelines, and other causes can be ruled out, then grazing is the cause of these assessment sites failing to meet the standards for healthy uplands.

Numerous studies have shown livestock grazing results in reduced ground cover and increased instances of bare ground in arid systems. In fact, measurements and comparisons of bare ground, or (inversely) total vegetative cover between grazed and ungrazed areas are some of the most common variables measured in grazing effect studies. A large number of researchers working in the arid West have found increased amounts of bare ground on grazed sites compared to ungrazed sites or lightly grazed sites (Rauzi 1963, Rich and Reynolds 1963, Meeuwig 1965, Pearson 1965, Rauzi and Hanson 1966, Brown and Schuster 1969, Robertson 1971, Byrant et al. 1972, Rauzi and Smith 1973, grant et al. 1982, Brotherson et al. 1983, Kauffman et al. 1983, Johansen and St. Clair 1986, Rasmussen and Brotherson 1986, Brady et al. 1989, Naeth et al. 1991).

Use the same score from the original field checklist for Upland Rangeland Health Attribute 4 for the scoring for Indicator 8. Enter this score on the *Determination that Grazing is the Cause* checklist (Appendix A).

### 3.2.2 Indicator 9: PFC indicators relating to soil compaction : Upland Rangeland Health Attribute (URHA) 11 (Soil compaction).  Based on our field experience and the literature cited below, we argue that if the above indicator relating to soil compaction is failing to meet the Standards and Guidelines, and other causes can be ruled out, then grazing is the cause of the site failing to meet the standards for healthy uplands.

The role of domestic livestock grazing in increasing soil bulk density is not disputed. We know of no scientific study that compared grazed areas to ungrazed areas and found greater soil bulk density in the ungrazed area. Similarly, we know of no

---

[9] Of course – its important for Monument staff working to review the actual PFC dataforms used in the assessment process for clues to whether grazing is the cause of areas failing to be in compliance with the standards. Out of the combined 119 wetland (lotic and lentic) PFC assessments that resulted in NF or FAR with downward trend, 70 of them (59%) include assessor comments that implicate cattle grazing as the primary cause (or one of a few primary causes) resulting in the degradation of these wetland areas.

---

BLM_0080591

studies that have compared lightly grazed areas to heavily grazed areas and found greater soil bulk density in the lightly grazed sites. Rather, a large number of researchers working in the arid West have found increased soil bulk densities on grazed sites compared to ungrazed sites or lightly grazed sites (Knoll and Hopkins 1959, Orr 1960, Rhoades et al. 1964, Meeuwig 1965, Laycock and Conrad 1967, Thompson 1968, Brown and Schuster 1969, Byrant et al. 1972, Van Harren 1983, Warren et al. 1985, Orodho et al. 1990).

Another measurement of soil compaction is infiltration rates – more compacted soils with higher bulk densities uniformly display lower infiltration rates. A number of studies in the western United States have found greater soil compaction and thus decreased soil infiltration caused by trampling in grazed areas (Knoll and Hopkins 1959, Branson et al. 1962, Rauzi 1963, Rhoades et al. 1964, Meeuwig 1965, Brown and Schuster 1969, Rauzi and Smith 1973, Buckhouse and Gifford 1976, Gifford et al. 1976, Wood 1982, Achouri and Gifford 1984, Gamougoun et al. 1984, Orodho et al. 1990).

Use the same score from the original field checklist for Upland Rangeland Health Attribute 11 for the scoring for Indicator 9. Enter this score on the *Determination that Grazing is the Cause* checklist (Appendix A).

### 3.2.3 Indicator 10: PFC indicators relating to upland erosion: Riparian Item (RI) 5 (Upland watershed not contributing to degradation), Upland Rangeland Health Attribute (URHA) 1 (Presence of rills), URHA 3 (Pedestals/terraces), URHA 8 (Soil surface stability and resistance to erosion).

Various conditions indicating that the physical structure of an ecosystem is in compliance with the Standards and Guidelines, include "sufficient cover and litter to protect the soil surface from...erosion," and "the absence of indicators of excessive erosion such as rills, soil pedestals, and actively eroding gullies." Based on our field experience and the literature cited below, we argue that if the above indicators relating to soil erosion are failing to meet the Standards and Guidelines, and if other causes can be ruled out, then grazing is the cause of these assessment sites failing to meet the standards for healthy riparian zones/uplands.

Livestock grazing as typically practiced contributes to the deterioration of soil stability in deserts (Warren et al. 1985), thus leading to increased soil erosion. Soil erosion is exacerbated by increased surface runoff triggered by the loss of vegetative cover and litter (Ellison 1960), both of which have been shown to be reduced by cattle grazing. As soils take 5,000 to 10,000 years to naturally re-form in arid regions such the Colorado Plateau (Webb 1983), accelerated soil loss caused by grazing is an irreversible loss. Steep slopes with little to no vegetal cover underlain by highly erodible rock – common in the rugged landscape of southern Utah – are particularly susceptible to cattle-induced erosion.

One of the chief hydrological impacts attributed to grazing in the arid west is increased storm runoff caused by an interaction of two chief factors: (1) greater soil compaction and thus decreased soil infiltration caused by trampling (Colorado-Rauzi and Smith 1973, southeastern Utah-Gifford et al. 1976, central Utah-Achouri and Gifford

---

BLM_0080592

1984, Four Corners region-Orodho et al. 1990), and (2) less vegetation, litter, and cyptobiotic soils on the surface to absorb rain (Ellison 1960). Evidence of increased storm-runoff on grazed versus ungrazed watersheds is considerable (Lusby 1979, Meehan and Platts 1978, Stevens et al. 1992). Increased storm runoff indirectly triggered by grazing can, in turn, cause further soil erosion, and flooding (Ohmart and Anderson 1982). These same conclusions are reached in a number of good reviews that describe, indisputably, that livestock grazing leads to significant soil compaction, infiltration and runoff (*see* Gifford and Hawkins 1978, Kauffman and Krueger 1984, Fleischner 1994, Trimble and Mendel 1995, Jones 2000, and Carter 2000).

Numerous studies have also observed severe erosion when comparing heavily grazed to ungrazed sites in the arid west (Cooperrider and Hendricks 1937**,** Croft et al. 1943, Gardner 1950, Kauffman et al. 1983). In a particularly well-designed study (Lusby 1979), a federal inter-agency committee chose Badger Wash, just over the border from Utah in western Colorado, as a representative Colorado Plateau site to assess grazing effects on erosion. BLM was one of the five agencies cooperating in this 20-year study, initiated in 1953, which compared four entire ungrazed watersheds to four others left open to grazing. The findings indicated that runoff was reduced by 40%, and sediment yield by 63%, on ungrazed watersheds compared to grazed watersheds. These conclusions are echoed by a number of good reviews that describe the conclusive, adverse impact of livestock grazing on soil stability (*see* Gifford and Hawkins 1978, Fleischner 1994, Trimble and Mendel 1995, and Jones 2000).

BLM has repeatedly emphasized that grazing has tremendous adverse impacts on soil stability. For example, the agency determined that "[i]mpacts to soils are often secondary to surface disturbing activities or grazing." San Juan Draft EIS at 4-11. In laying out its underlying assumptions and alternative management scenarios in the San Juan Resource Area, the agency concluded that "[t]he major cause of soil loss and sediment yield would be grazing though licensing livestock at the past 5 years average use." Draft EIS at 4-11 (assumptions); Final EIS at 1-105 (no changes). Moreover, the BLM determined that in implementing "Alternative E", soil loss would decrease, but still continue – totaling 8,729,625 tons from 1985 to 2000. Final EIS at 1-127. Importantly, "the major reductions in soil loss" achieved by implementing Alternative E, "would result from the exclusion of livestock from 138,120 acres of land" and from reductions in range treatments. *Id.* Indeed, excluding livestock from a tiny fraction of the resource area would result in a reduction of 34,000 tons per year of soil loss – or 510,000 tons by 2000. *Id.* In turn, with decreases in sedimentation, water quality would improve. Id.[10]

For the scoring of Indicator 10, use the original scores from the completed field checklist for Upland Rangeland Health Attributes 1, 3 and 8, and the original PFC checklist score for Riparian Item 5. The original attribute scores for all four of these

---

[10] Again in assessing Glen Canyon National Recreation Area, the Park Service agreed that livestock grazing as currently practiced adversely impacts soil stability. The Park Service stated: "[r]esearchers have recognized that higher grazing levels contribute to deterioration of soil stability and porosity, cause an increase in erosion and soil compaction, and can remove beneficial soil litter which can improve the physical and biological aspects of the soil ecosystem." Glen Canyon EA at 15 (citations omitted).

BLM_0080593

attributes will need to be averaged.  Use the original (1-5 pt) scores for the upland attributes, and translate "yes" or "no" ratings from the PFC checklist into either a score of "5" or "1" for the riparian checklist item.  Then average these four scores together.  Enter this average score on the *Determination that Grazing is the Cause* checklist (Appendix A).

### 3.2.4 Indicator 11: PFC indicators relating to stream morphology alternation and erosion: Riparian Item (RI) 11 (Adequate cover present to protect banks/dissipate energy).  Based on our field experience and the literature cited below, we argue that if the above indicator relating to stream erosion is failing to meet the Standards and Guidelines, and other causes can be ruled out, grazing is the cause of these assessment sites failing to meet the standards for healthy riparian zones/uplands.

One of the fundamental sources of augmentation of streambanks is trampling by livestock and removal by livestock of supporting vegetation that anchors the banks.  Once streambanks are trampled and devoid of vegetation, they quickly lose their shape and are unable to support the vegetation that is critical to protect banks from high flows and dissipate the energy form these flows.

Cattle grazing eliminates over-hanging banks (Behnke and Zarn 1976, Duff 1979, Hubert et al. 1985), which can be important to maintain streambank integrity and function.  Grazing also leads to loss of shrub cover on streambanks (Kovalchic and Elmore 1992, Chaney et al. 1993), which further serves to anchor banks and stave off erosion triggered by high flows.  Overgrazing by livestock can eventually lead to profound changes in stream morphology through the addition of sediment through bank degradation and off-site soil erosion (Armour et al. 1991).

Because of cattle grazing, bank stability along stream channels is reduced due to fewer plants and roots to anchor the soil, less plant cover to protect the soil from wind and rain erosion, and direct trampling of banks (Carter 2000).  Studies that have shown that grazing reduces streambank stability include Behnke and Zarn (various locations - 1976), Winget and Reichert (UT – 1976), Duff (UT – 1983), Kauffman et al. (OR – 1983), and Stuber (CO - 1985).

Because of the effects of cattle grazing on bank stability, banks essentially "retreat" back, (Platts 1991), thus leading to channel widening (Duff 1979**,** Kauffman et al. 1983, Stuber 1985).  Grazing can also lead to "gullying" (Winegar 1977) and channel incision (Kovalchik and Elmore 1992), due to a combination of bank instability and downcutting from higher flood energy.  The water table is effectively lowered in an incised channel, with associated negative impacts such as a distinct narrowing of the riparian zone.  Most reviewers conclude that livestock have been a contributing factor to the entrenching of stream channels in the southwest (Leopold 1951, Hereford and Webb 1992, Betancourt 1992).

Use the score from the original field checklist for Riparian PFC Checklist Item 11 for the scoring of Indicator 11.  A "yes" on the PFC checklist equals five points under our

BLM_0080594

determination system; a "no" on the PFC checklist translates into a score of 1.  Enter this score on the *Determination that Grazing is the Cause* checklist (Appendix A).

**3.2.5 Indicator 12: PFC indicators relating to plant community vigor, growth, and productivity: Riparian Iteam (RI) 4 (Riparian zone widening), RI 14 (Point bars are revegetating), Upland Rangeland Health Attribute (URHA) 13 (plant mortality/recruitment), URHA 15 (Annual production), URHA 17 (Reproductive capability of perennial plants).**  Based on our field experience and the literature cited below, we argue that if the above indicators relating to vegetative growth and productivity are failing to meet the Standards and Guidelines, and other causes can be ruled out, then grazing is the cause of these assessment sites failing to meet the standards for healthy riparian zones/uplands.

Assuming that estimates of total vegetative cover is a measure of productivity, numerous studies have found increased total vegetative cover, or annual production, on ungrazed or lightly grazed sites compared to grazed sites (Rauzi 1963, Rich and Reynolds 1963, meeuwig 1965, Pearson 1965, Rauzi and Hanson 1966, Brown and Schuster 1969, Robertson 1971, Byrant et al. 1972, Rauzi and Smith 1973, grant et al. 1982, Brotherson et al. 1983, Kauffman et al. 1983, Johansen and St. Clair 1986, Rasmussen and Brotherson 1986, Brady et al. 1989, Naeth et al. 1991).  The impact of livestock grazing on overall growth and productivity of riparian areas has also been documented.  Grazing can reduce or totally eliminate vegetation bordering a stream (Szaro and Pase 1983**,** Platts 1991).  A study by Schultz and Linnegar in Colorado found that 29 years after an exclosure was built in a riparian zone, canopy cover of willows was 8.5 times higher inside the exclosure than outside, and total herbaceous standing crop was 50% greater than that outside of the exclosure.

If a riparian zone is narrowing (as in Riparian Health indicator 4), this too is usually attributable to overgrazing.  Because of the effects of cattle grazing on bank stability, banks essentially "retreat" back, (Platts 1991), thus leading to channel widening (Duff 1979**,** Kauffman et al. 1983, Stuber 1985).  Grazing can also lead to "gullying" (Winegar 1977) and channel incision (Kovalchik and Elmore 1992), due to a combination of bank instability and downcutting from higher flood energy.  The water table is effectively lowered in an incised channel, with associated negative impacts such as a distinct narrowing of the riparian zone.  Most reviewers conclude that livestock have been a contributing factor to the entrenching of stream channels in the southwest (Leopold 1951, Hereford and Webb 1992, Betancourt 1992).

For the scoring of Indicator 12, use the original scores from the completed field checklist for Upland Rangeland Health Attributes 13, 15 and 17, and the original PFC checklist score for Riparian Checklist Items 4 and 14.  The original attribute scores for all five of these attributes will need to be averaged.  Use the original (1-5 pt) scores for the upland attributes, and translate "yes" or "no" ratings from the PFC checklist into either a score of "5" or "1" for the riparian items.  Then average these four scores.  Enter this average score on the *Determination that Grazing is the Cause* checklist (Appendix A).

---

BLM_0080595

**3.2.6 Indicator 13: PFC indicators relating to amount of litter: Upland Rangeland Health Attribute (URHA) 14 (Amount of litter).**  Based on our field experience and the literature cited below, we argue that if the above indicator relating to litter presence is failing to meet the Standards and Guidelines, and other causes can be ruled out, then grazing is the cause of these assessment sites failing to meet the standards for healthy uplands.

Cattle grazing removes soil litter from arid systems, with negative repercussions for nesting wildlife, and protection of desert soils from erosion.  A large number of researchers working in the arid West have found decreased litter abundance on grazed sites compared to ungrazed sites or lightly grazed sites (Knoll and Hopkins 1959, Branson et al. 1962, Rauzi 1963, Rhoades et al. 1964, Reardon and Merril 1976, Rasmussen and Brotherson 1986, Orodho et al. 1990, Willey 1994, Rosenstock 1996).

Use the same score from the original field checklist for Upland Rangeland Health Attribute 14 for the scoring for Indicator 13.  Enter this score on the *Determination that Grazing is the Cause* checklist (Appendix A).

**3.2.7  Indicator 14: PFC indicators relating to plant community structure, function, composition: Riparian Item (RI) 6 (Diverse age structure), RI 7 (Diverse composition), Upland Rangeland Health  Attribute (URHA) 12 (Functional/ structural groups).**  Various conditions indicating that the vegetative component of an ecosystem is in compliance with the Standards and Guidines, include "sufficient cover and litter [to prevent erosion and promote soil moisture], an appropriately diverse plant community that "sustains…properly functioning ecological conditions," and "diverse age structure and composition."  As outlined below, each of these indicators can be severely affected by cattle grazing.  Based on our field experience and the literature cited below, we argue that if the above indicators relating to plant community structure, function, and composition are failing to meet the Standards and Guidelines, and other causes can be ruled out, then grazing is the cause of these assessment sites failing to meet the standards for healthy riparian zones/uplands.

Scientific studies show that livestock grazing as currently practiced has adverse impacts on both the composition and structure of the vegetative community.  Decreases in native plant species diversity, cover, and density as a result of traditional and existing livestock grazing practices have been observed in a wide variety of arid ecosystems in the western United States.  Moreover, these alterations to the vegetative community can, in turn, lead to significant repercussions for successional trajectories, the abiotic environment, and wildlife.

*Community composition*:  Grazing affects species composition of plant communities in two ways: first, active selection by herbivores for or against a specific plant taxon, and second, differential vulnerability of plant taxa to grazing.  Grazing can also delay plant phenology, which, in turn, can have dramatic effects on communities of pollinators and seed dispersers (Fleischner 1994), thereby further disrupting the composition of a vegetative community.  Studies that have documented significantly greater native plant species richness in ungrazed areas compared to those that are grazed include Brady et al. (Arizona - 1989), and Floyd-Hanna et al. (New Mexico - 2000).

---

BLM_0080596

While cattle grazing has been shown to decrease species richness in arid communities, it similarly affects species evenness, with considerable secondary effects. Long-term cattle grazing has been shown to decrease the abundance of perennial grasses and forbs and increase the amount of annual grasses and weeds in western deserts (in northern Arizona-Schmutz et al. 1967; the Great Basin-Rice and Westoby 1978; central Utah-Brotherson and Brotherson 1981; California-Hanley and Page 1981; and Nevada-Medin and Clary,1990). Studies that have focused chiefly on impacts to perennial grasses have found densities of these grasses to be significantly decreased by grazing (in central Utah-Cottam and Evans 1945; New Mexico-Gardner 1950; Arizona-Blydenstein et al. 1957; Capitol Reef N.P.-Rosenstock 1996). Studies that have shown shrub cover to significantly decrease due to cattle grazing include Bock et al. (Arizona - 1984) and Jones (Nevada -1999). Any significant grazing-induced changes in cover, densities or relative abundances of certain plant species or guilds can have profound implications at the community level, as these changes can translate into major conversions of community organization, for example, transforming grassland to desert (Schlesinger et al.1990).

What is true for uplands is true for riparian areas. Numerous studies have found greater riparian species richness in ungrazed areas compared to grazed riparian zones (USGAO 1988a, Armour et al. 1994, Popolizio et al. 1994, Green and Kaufman 1995).

While it is useful to document various studies that demonstrate the deleterious effects of cattle grazing on arid plant communities, previously completed literature reviews comprise the strongest evidence of the impacts cattle have on vegetation in xeric environments. For example, in a quantitative literature review involving 50 independent grazed/ungrazed comparisons from 41 different studies performed in arid environments of the western United States, Jones (2000) found significant negative impacts of cattle grazing on shrub cover, grass cover, vegetation biomass, and seedling survival. Another extensive literature review by Fleischner (1994) cites numerous cases where grazing was shown to have deleterious effects on vegetative communities.

*Vegetation structure*: Intact physical structure of arid ecosystems is very important to native wildlife on large and small scales. Because of grazing, shrub components have appeared where none were before (Archer 1989, Schlesinger et al. 1990), and extensive willow stands have been removed from streams (Oregon - Kovalchik and Elmore 1992), with profound effects on native wildlife. Grazing structurally changes habitat for ground-dwelling vertebrates, such as snakes and lizards, through the loss of low-height vegetation (Jones 1981, Szaro et al. 1985). Grazing similarly affects shrub and woodland riparian forest structure, with impacts on birds that require diverse habitat structure (Taylor1986, Knopf et al 1988).

Prevention of seedling establishment due to grazing and trampling has transformed a variety of southwest riparian systems into even-aged, non-reproducing vegetative communities (Fleischner 1994). The combination of these influences on vegetation structure and composition is detrimental to riparian wildlife. A review by

BLM_0080597

Skovlin (1984) concluded that grazing results in adverse impacts to both small mammals and birds within riparian areas.

*Special consideration of URHI 12 – Functional/Structural Groups*: Indicator 12 deserves extra scrutiny, especially if the assessment site is failing to meet standards for this indicator. This special scrutiny draws from Part c of Standard 1 and Part b of Standard 2 and Part d of Standard 3 in the Standards and Guidelines which state that the presence of the "desired plant community" identified in the land use plan is a pertinent indicator for evaluating these Standards. It follows logically from the Monument plan decision VEG-00 (plan, at page 22) that the desired plant community is the "potential natural community" reflected in the appropriate NRCS Ecological Site Description for that area. The Clark Bench EA and other permit-buyout EAs provide precedent for this interpretation of VEG-00. Moreover, the Functional-Group indicator is useful as a stand-alone measure because it is one of the few RLH indicators that is quantitative, and so it can be tied to the Management Plan objectives for vegetation (i.e. the Potential Natural Community as specified in NRCS Ecological Site Descriptions).

*Scoring Indicator 14 (indicators relating to plant community structure, function, composition)*: For the scoring of Indicator 14, use the original scores from the completed field checklist for Upland Rangeland Health Attribute 12, and the original PFC checklist score for Riparian Checklist Items 6 and 17. The original attribute scores for all three of these attributes will need to be averaged. Use the original (1-5 pt) score for the upland attribute, and translate "yes" or "no" ratings from the PFC checklist into either a score of "5" or "1" for the riparian items. Then average these four scores together. Enter this average score on the *Determination that Grazing is the Cause* checklist (Appendix A).

**3.2.8 Indicator 15: PFC indicators relating to exotic weeds: Upland Rangeland Health Attribute (URHA) 16 (invasive plants).** Based on our field experience and the literature cited below, we argue that if the above indicator relating to exotic weeds is failing to meet the Standards and Guidelines, and other causes can be ruled out, then grazing is the cause of these assessment sites failing to meet the standards for healthy uplands.

One particularly insidious result of cattle grazing in arid western ecosystems is the spread of exotic grasses and weeds. Grazing aids the spread and establishment of alien species in three ways: 1) dispersing seeds in fur and dung; (2) opening up habitat for weedy species; and, 3) reducing competition from native species by eating them (Fleischner 1994). Studies that have found increased densities, cover or biomass of exotic plant species in grazed versus ungrazed sites include Green and Kaufman (Oregon -1995), Drut (Oregon - 1994) and Harper et al. (Utah - 1996).

Once they are established (often assisted by cattle grazing), weeds negatively impact western arid ecosystems in numerous ways. Weed infestations reduce biodiversity (Randall 1996), increase fire frequency (Esque 1999, Brooks et al. 1999), disrupt nutrient cycling (Vitousek 1990), alter soil microclimate (Evans and Young 1984), reduce effectiveness of wildlife habitat (Davidson et al. 1996, Knick and

---

BLM_0080598

Rotenberry 1997), and can expedite loss of topsoil in xeric environments (Lacy et al. 1989).

The ability of cattle to increase a site's susceptibility to invasion has received the most attention from the scientific community. Sites become invasible due to increased bare soils as a result of grazing, which offer greater opportunity for weed establishment, with less competition (Gelbard and Belsky, in prep, and references within). Evans and Young (1972) found that increased soil erosion [caused by grazing] also loosens surface soils and helps bury seeds. Exotic seeds adapted to more erosion-prone environments will benefit from this while natives likely will not. Deposition of nitrogen-rich livestock dung also increases invasion of nitrophilous weeds such as cheatgrass by stimulating germination and enhancing growth over that of native plants (Evans and Young 1975, Smith and Nowak 1990, Trent et al. 1994, and Young and Allen 1997). Finally, cattle grazing can further compound the above impacts by creating warmer and drier soil microclimates, through soil compaction, and loss of plant, microbiotic crust and litter cover. The resulting warmer, drier microclimate reduces the competitive vigor of many native grasses (Piemeissal 1951, Archer and Smeins 1991), thus further increasing viability of aggressive exotics.

Other studies have found that grazed riparian areas suffer increases in exotics, upland species, and sub-dominant species that are released from competition when dominant wetland plants are grazed down (Great Basin-Schulz and Leininger 1990, eastern Oregon-Green and Kauffman 1995). The spread of wetland exotics, namely tamarisk, has been aided by grazing throughout the west (Ohmart and Anderson 1982, Hobbs and Huenneke 1992).

The Park Service agrees that livestock grazing as currently practiced promotes weed infestation. In assessing Glen Canyon National Recreation Area, the Park Service concluded that "[m]ost studies done on the Colorado Plateau and adjacent parts of the Great basin are in general agreement on the effects of livestock grazing on arid and semi-arid vegetation." Glen Canyon EA at 8 (citations omitted). Based on these studies, the Park Service determined that grazing results in a general decline of native palatable bunchgrasses, especially needle-and-thread and Indian ricegrass, while sod grasses, and undesirable native species thrive. *Id.* at 8-9. Where grazing pressure is more intense, the Park Service found that livestock use can "completely eliminate" bunchgrasses, cause decline in sod grasses and result in the invasion and even domination of exotic plants such as cheatgrass. *Id.* at 9. The BLM also admits that livestock are one of the "spreading agents" for noxious weeds, and that "[l]ivestock can bring in noxious weeds and invasive plants from other areas or spread these species within allotments." *E.g.* Bluff Bench EA at 6; Church Rock EA at 6; Stevens EA at 6; and Summit EA at 11.

*Special consideration of URHI 16 – Invasive plants*: Indicator 16 also deserves extra scrutiny, especially if the assessment site is failing to meet standards for this indicator. Somewhat similar to the case made above for RLH indicator 12 (F/S Groups), this is also a quantitative indicator and can be linked to a presumed quantitative standard of zero (as laid out in both the Management Plan objectives, and E.O. 11312).

---

BLM_0080599

*Scoring Indicator 15 (Invasive plants)*: Use the same score from the original field checklist for Upland Rangeland Health Attribute 16 for the scoring for Indicator 15. Enter this score on the *Determination that Grazing is the Cause* checklist (Appendix A).

**3.2.9 Indicator 16: PFC indicators relating to cryptobiotic soils: Upland Rangeland Health Attribute (URHA) 8 (soil surface resistance to erosion) and URHA 18 (biological soil crusts).** While the *Interpreting Indicators of Rangeland Health* manual does not include the words "biological soil crust" in the title of the indicator, the technical reference manual makes clear that this indicator is indeed meant to measure soil crusts. Based on our field experience and the literature cited below, we argue that if the above indicator relating to cryptobiotic soils is failing to meet the Standards and Guidelines, and other causes can be ruled out, grazing is the cause of these assessment sites failing to meet the standards for healthy uplands.

Cryptobiotic crusts, which were historically widespread in western arid lands, are being rapidly depleted across rangelands today. These crusts increase the stability of otherwise easily erodible soils, increase water infiltration in a region that receives limited precipitation, and increase fertility of xeric soils often limited in essential nutrients such as Nitrogen and Carbon (Johansen 1993, Belnap et al. 1994).

Cattle are highly destructive to the fragile cryptobiotic crusts that exist on many BLM lands on the Colorado Plateau. Cryptibiotic crusts are only prominent components of ecosystems in which large-bodied herbivores have been absent from recent evolutionary history; such as in the Colorado Plateau and other regions of the arid west. Under these circumstances, cryptobiotic crusts are easily damaged by livestock (Navajo National Monument, AZ - Johansen et al. 1981 and Brotherson et al. 1983; Utah - Anderson et al. 1982; northern AZ - Beymer and Klopatek 1992; northwest New Mexico - Floyd-Hanna et al. 2000).

While the previously cited studies were conducted on the Colorado Plateau, the majority of studies that have investigated the impacts of cattle grazing and other disturbances on cryptobiotic soils have actually been conducted in southern Utah. These studies paint a vivid picture of the damage done to biological soil crusts. For example, heavy grazing reduced crusts by 98.5% and light grazing reduced crusts by 52.3% at the Desert Experimental Range in southern Utah (Marble 1990). Cryptobiotic crust cover was seven times greater in an ungrazed part of Canyonlands National Park than in a grazed area (Kleiner and Harper 1972). Nitrogenase activity levels in cryptobiotic crusts decreased anywhere from 30% to 100% in disturbed plots relative to undisturbed plots, and that threshold friction velocities (the force required to detach soil particles from the surface) were significantly higher in undisturbed cryptobiotic crusts than in disturbed plots (Moab area - Belnap 1996, Belnap and Gillete 1997). Relict, never-grazed site in the Kaiporwits Basin had significantly more cryptobiotic crust cover than both a light-moderately winter grazed site and a site that had not been grazed for 10 years (Jeffries and Klopatek 1987). Cryptobiotic crust cover more than doubled over a ten year period of rest from grazing in Canyonlands National Park (Kleiner 1983). Lastly, Jayne Belnap, a respected authority on

BLM_0080600

cryptobiotic soils, reports that cattle grazing has greatly impacted cryptobiotic crust integrity within the Grand Staircase-Escalante National Monument (Belnap 1997).

The deleterious effects of cattle on cryptobiotic crusts are not easily repaired or regenerated.  The recovery time for the lichen component of crusts has been estimated at about 45 years (Belnap 1993).  At this time the crusts may appear to have regenerated to the untrained eye.  However, careful observation will reveal that the 45 year-old crusts will not have recovered their moss component, which will take an additional 200 years to fully come back (Belnap and Gillette 1997).

There are numerous secondary effects once crusts are trampled by cattle.  Destruction of crusts increases wind and water erosion of surface soils that were previously protected by the crusts (Howard Wilshire).  This can trigger rapid loss of the underlying topsoil (Webb 1983).  The destruction of cryptobiotic soils by cattle can reduce nitrogen fixation by cyanobacteria, and set back the nitrogen economy of these nitrogen-limited arid ecosystems decades.  A severe loss of nitrates to plants is a significant threat in typically nitrogen poor arid environments, and may even eventually lead to desertification (Belnap 1995).  Once crusts are destroyed, ecosystem structure can be furthered altered when bare ground is available for colonization by exotic weeds (*see* Gelbard, in review, and references within).  In addition, the breaking up of physical and microbiotic soil crusts increases surface roughness, which favors cheatgrass germination (Tisdale and Hironaka 1981, Stohlgren, in press).  The relationship of crust destruction and weeds is further supported by evidence that intact cryptobiotic crusts reduce or prohibit weed establishment by preventing weed seed germination (Eckert et al. 1986, Mack 1989).  Even small reductions in crusts can lead to diminished productivity and health of the associated plant community, with cascading effects on plant consumers (Davidson et al. 1996).

The BLM has noted that "[m]uch of the literature acknowledges that mircophytic crusts do increase water infiltration, provide soil stability, and increase nutrient availability." Bluff Bench EA at 16; Summit EA at 18; Stevens EA at 14; Church Rock EA at 17. The agency also admits, "livestock grazing will impact microphytic crusts to some extent through trampling/destruction." *Id.* In assessing Glen Canyon National Recreation Area, the Park Service also found that grazing adversely affects soil crusts, stating that "[h]eavy or intense, long-term grazing activity has a negative affect on soil productivity by altering soil horizon development and nutrient cycling." Glen Canyon EA at 15.

Use the same score from the original field checklist for Upland Rangeland Health Attribute (URHA) 8 and URHA 18 for the scoring for Indicator 16.  Enter this score on the *Determination that Grazing is the Cause* checklist (Appendix A).

## 3.3 Scoring the Livestock Use Indicators and Specific Habitat Indicators

In order to make a final determination using the proposed method herein, the user should gather all existing information on utilization, stocking rate, season of use, and trend. Maps depicting riparian areas, water sources, and topography (slope) are also needed. Perhaps most importantly, both upland rangeland health assessments (using *Interpreting*

BLM_0080601

*Indicators of Rangeland Health*), and riparian PFC assessments (Using Tech. Ref. 1737-9) would have had to be already completed by the BLM.

For the first five indicators (the suite of Livestock Use Indicators), the user should assign a score of 1-5 based on the information provided above (Tables 2-4, 6 and 7). For the next 9 indicators (the Specific Habitat Use Indicators) the user should follow a different course of action depending on whether the area at issue is an upland or riparian zone. In the case of the upland rangeland health indicators, the assessor should assign the same score that that indicator received from the original upland range assessment using *Interpreting Indicators of Rangeland Health*. The individual riparian PFC indicator scores, on the other hand, did not receive numerical ratings when they were originally assessed in the completed riparian PFC assessment. Rather, these indicators simply receive a "yes" or a "no" rating. To use those ratings in our proposed determination method, translate "yes" scores into a 5 and "no" scores into a 1.

We invoke a simple strategy using the "preponderance of evidence"[11] to make the final determination of whether current livestock grazing practices are the cause of failure to meet the Standards and Guidelines on an allotment or pasture. Appendix A explains the process in more detail, but simply put, many more scores of "1" and "2" on the *Determination that Grazing is the Cause* checklist (Appendix A), and very few scores of "4" and "5" would lead the user to conclude that "grazing is the cause" of resource impairment.

## 3.4 Other factors that can help make the determination that livestock grazing causes impairment

There are a few other factors that are important in the determination process, but are not included directly into our proposed determination procedure, chiefly because these factors are either harder to directly tie to livestock use, or they are not one of the specific habitat indicators included in BLM's upland and riparian PFC assessments. However, it is important that the Monument staff keep the below factors in mind as they carry out determinations, as there are many indications that the below factors are also seriously impacted by livestock grazing

### 3.4.1 Failure of RMP/AMP to achieve ecological goals. BLM uses resource management plans (RMP) and livestock grazing allotment management plans (AMP) to establish goals for livestock management. Goals can include measurable ecological conditions that BLM uses to assess grazing practices. For example, the Upper Hackberry AMP states as a goal that a key forage species, Indian rice grass should cover 6% of the ground. Trend monitoring uses permanent plots to measure the ground cover of this key species. Other goals may set measurable goals for shrubs, wildlife species, or specific grazing prescriptions.

---

[11] This standard comes from BLM itself. It is fairly easy to meet the "preponderance of the evidence" standard. For example, in the context of a civil trial, where this standard is applied, the jury is instructed to find for the party that, on the whole, has the stronger evidence, however slight the edge may be. Black's Law Dictionary (7th Ed. 1999). In other words, the preponderance of the evidence will show that grazing is a significant factor in the non-compliance where the greater weight of the evidence suggests that it is, even if there remains some reasonable doubt that grazing is a significant factor.

BLM_0080602

As one undertakes the determination process, its important to review the goals BLM set for the allotment in past planning efforts to see if monitoring shows achievement of goals related to habitat condition and grazing use. By putting such goals into planning documents relevant to grazing management, the agency is asserting that changes in grazing practices will lead to the attainment of these goals. The conclusion must be, therefore, that where these goals are not met, it more than likely because grazing practices have not be changed, or have not been changes sufficiently, to achieve the goal.

**3.3.2 Wildlife habitat function.** In order to maintain viable populations of expected wildlife species in an allotment, habitats must function to meet the needs of these species. While we do not undertake an exhaustive literature review to outline the connection between livestock grazing and the ability of native habitats to function for native species (chiefly because we do not include this factor as a primary indicator in our proposed determination method necessarily because the connection is hard to directly make) it is demonstrated frequently that livestock grazing can degrade habitats for native wildlife (see Kraussman 1996, and many references therein). While the upland rangeland health assessment process does include some indicators for habitat structure, most of the habitat function needed for wildlife is not captured in either the upland or riparian assessments BLM currently conducts.

We suggest two additional data sources to assist in evaluating the function of habitat for wildlife on Monument grazing allotments. The first looks at species at risk as indicators of habitat function. Monitoring and survey data for these species, especially those species listed as endangered or threatened,[12] provide better information on functioning habitat than that available for most other wildlife species. The second data source relies on the riparian PFC assessment process developed by team of independent scientists and presented to the BLM last year (Appendix B). This biological riparian assessment includes a section specifically suited to judging the function of wildlife habitat.

In sum, as functioning wildlife habitat is often deleteriously affected by livestock grazing, any information that the Monument has on native and sensitive wildlife viability and habitat could prove helpful during the determination process on an allotment. If habitat for native wildlife on the impaired allotment or pasture is found to be non-functioning or at risk, livestock grazing is likely the cause.

---

[12] Grazing in endangered species habitat is particularly problematic. BLM must pay particular attention to degraded resource conditions in potential or existing habitat for special status species. The Fundamentals and Standards and Guidelines require that habitats for special status species, including species listed under the Endangered Species Act, be restored and maintained. At the same time, researchers have documented that livestock grazing has a significant adverse effect on various special status species, including Mexican spotted owl, southwestern willow flycatcher, and several plant species, including Townsend's aprica (*Townsendia aprica*), Wright's fishook cactus (*Sclerocactus wrightii*), and Winkler's pincushion (*Pediocactus wrinkleri*) cactus (see Jones 2001, and references therein). Thus, in the Monument, where these species or their habitat exists, or could exist, and this habitat is not in a desirable condition, more likely than not, livestock grazing is directly or indirectly responsible for habitat degradation.

---

BLM_0080603

# SECTION 4: OTHER POSSIBLE CAUSES FOR AN AREA FAILING TO MEET THE RANGELAND HEALTH STANDARDS

Section 3 references an overwhelming body of literature demonstrating that livestock grazing as currently practiced has myriad impacts to a broad array of ecosystem components; this section references scientific studies that demonstrate that other possible causes – such as wildlife, historic grazing, drought, and poor soils – are unlikely to be major factors contributing to impairment.

## 4.1 Wildlife Herbivory Is Unlikely To Be A Significant Cause Of Impairment

According to the literature, there are few situations where wild herbivores are a significant factor leading to an area failing to meet rangeland health standards.  In those past instances where the BLM has suggested that wildlife is the cause of impairment, the agency does not invoke any scientific literature that demonstrates that wildlife are the most likely source of impairment.  Below are relevant references to literature that demonstrate, when livestock and native, wild ungulates are both present in an area, a solid majority of grazing-related impacts are attributable to the domestic, non-native grazers.

Wild grazers and browsers do not utilize forage in the same manner as domestic livestock, and wild grazers and browsers use riparian areas and water sources in a different manner than do domestic livestock.  An intensive study of riparian and stream health in the Apache-Sitgreaves National Forest in Arizona found that impacts to riparian areas were generally low, even though it was known that these riparian areas were used quite heavily by elk (Rocky Mountain Research Station 2002).

In another study in Oregon, researchers examined the effects of wild ungulates (deer and elk) and domestic sheep browsing on the growth, structure, and reproductive effort of willows (Brookshire et al. 2002).  With the use of exclosures, large herbivore effects on willows were studied in an area browsed by native mammals only and an adjacent area in which domestic sheep also lightly grazed during summer months. Willows inside exclosures responded with pronounced increases in height, crown area, and basal stem diameters while the stature of browsed plants outside exclosures stayed constant or declined. In the area browsed by both sheep and wild herbivores, the size of browsed plants remained at pre-treatment levels for the duration of the study.

The only wildlife species that are likely to have a significant impact on riparian areas are elk, moose, bison, and beaver (personal communication, Robert Ohmart).  Moose and bison are largely absent from southern Utah rangelands, and therefore cannot be responsible for impairment.  Impacts of beaver are limited to the harvest of cottonwoods, willows, and the bulbs of some herbaceous species of vegetation; they do not cause widespread trampling, nor do they cause a general reduction in herbaceous vegetation.  Because the impacts caused by beaver are so distinct, it should be easy for BLM to identify situations where beaver are causing impairment, and it should be easy

BLM_0080604

for the agency to provide information to support their conclusions. Elk may sometimes be a significant factor in causing ecosystem impairment in southern Utah, but this is unlikely in most instances. The number of elk in a riparian area and the amount of time they spend there are critical variables. The relative impacts of elk and cattle grazing can be estimated by comparing cow pies and elk pellet groups. If BLM contends that elk are causing impairment, the agency should be able to provide concrete evidence to support its assertion.

Studies that focus on competition and behavioral interactions between livestock and wild ungulates usually find that deer in particular, but elk as well, are less frequent in areas used by livestock (Dusek 1975, Bowyer and Bleich 1984, Loft et al.1993). The fact that wild ungulates use areas grazed by livestock less frequently can both be attributed to behavioral avoidance (Loft et al.1993), and to the fact that deer and cattle have very different diets (Mackie 1970, Dusek 1975, Austin and Urness 1986, Kie 1996). If wild ungulates generally avoid areas used frequently by cattle, then it would be reasonable to conclude that grazing impacts found in those areas would be caused by livestock.

Wild grazers and browsers are also more evenly distributed across the land and thus do not cause the same type of concentrated, severe impact as livestock do (Willers 2002). Wild, grazing herbivores in expansive, unfenced grazing systems tend not to remain stationary, migrating instead towards optimal grazing conditions. Defoliation caused by native grazers passing through an area removes older plant tissues and promotes the growth of new shoots, a co-evolved situation allowing for rapid recovery of habitat. Fenced lands and management for maximum yields of sedentary domestic livestock inhibit such recovery. Confining native grazers in such fenced-in situations has a similar negative effects (Frank 1998). A study conducted in the Henry Mountains looked at the different grazing patterns of cattle and bison (Van Vuren1982). Rangelands close to streams and lakes were especially prone to overgrazing because cattle congregate in areas close to water. Bison distributed grazing pressure more widely because they grazed steep slopes and areas distant from water. Since bison are nomadic, the plants they forage on have more time to recover.

In a more general sense, many of the scientific papers cited above in other sections lend credence to the notion that impacts from livestock grazing as currently practiced far exceed any possible impacts from wildlife. These studies often allege a comparison between livestock-grazed lands and "ungrazed" lands. However, the "ungrazed lands" in the studies were most likely subject to grazing from wildlife. Therefore, the studies actually compare livestock-grazed areas to wildlife-grazed areas. The studies overwhelmingly show much more damage to natural resources in those areas grazed by domestic livestock.

Because of the conclusive evidence, the BLM must bear the burden of proof that wildlife are a significant factor leading to a low rangeland health assessment. The studies just describe present the kinds of field data collection needed. In order to establish that wildlife are a significant factor, BLM will need to have evidence that large numbers of elk, bison, and (in the case of riparian areas) beavers are in the area. Field transects of

BLM_0080605

habitat use (browse, grazing, tracks, scat) should be coupled with wildlife population surveys to demonstrate this. Vegetation monitoring should include relevant ecological reference sites and relict sites where wildlife may have access but not livestock. If wildlife is a significant cause of impairment, then those sites inaccessible to wildlife but accessible to cattle should not be impaired and areas accessible to wildlife and not cattle should be impaired.

## 4.2 Historic Overgrazing Is Not The Cause Of Contemporary Problems

Alone, resource impairment should not be blamed on "historic" grazing practices, as distinguished from "current" grazing practices. In other words, the literature does not support the idea that historic grazing practices are responsible for damage to ecosystem values, while current grazing practices are not – **unless** current grazing practices are designed specifically for recovery and differ radically from historic practices. Thus, to say that current grazing practices need be changed because resource damage was caused by past grazing practices is not supportable unless current grazing practices include elements such as cessation of grazing, light stocking and utilization rates, grazing during non-growing seasons only, and removal of cattle from riparian areas.

Areas do recover from livestock grazing if grazing is drastically reduced or eliminated. In the context of forage production, Holechek and his colleagues make clear that light utilization and light stocking rates allow overgrazed areas to recover: "In the more arid shrubland ranges of the Southwest and intermountain regions, light grazing can be a useful means of improving forage production . . . ." Holechek 1998, pg. 191. Indeed, Holechek goes so far as to define light stocking rates as those that allow forage recovery: "Light grazing means a degree of herbage utilization that allows palatable species to maximize their herbage producing ability. Holechek 1999, pg. 12. The authors concluded that while "heavy stocking" consistently caused a downward trend in ecological condition, "light stocking" resulted in an upward trend. Holechek, et al. (1999, pg. 13). As explained above, Holechek and his colleagues recommend utilization levels of less than 30% to allow for recovery of productivity.

Importantly, Holechek and his colleagues are concerned only with the recovery of forage or productivity, not the recovery of ecosystem values. Where these resources are to be recovered, the literature confirms that total, long term rest is effective. Potter, L.D., and J.C. Krenetsky (1967) found that grass densities and total ground cover tripled following 25 years of non-grazing. Blydenstein, et al (1957) similarly determined that perennial grass densities and the palatable shrub Krameria grayi increased in a Sonoran desert grassland protected from grazing for 50 years, and were most taken by the notable increase in overall plant cover and density. More recently, Anderson, et al. (2001) found landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years of rest. Analyzing riparian areas, Platts and Nelson determined that herbaceous vegetation can recover within several growing seasons and woody vegetation within 5-10 years if grazing stress is removed from a deteriorated riparian area

BLM_0080606

At the same time, others have concluded that short-term rest from grazing may not be sufficient to allow for recovery of ecosystem values. McPherson et al. (1990) concluded that "[t]he effects of long-term continuous cattle grazing persisted 5 years after removal of livestock" and that the "succession following grazing will proceed slowly or will be unpredictable." In a study of the Kaiparowits Basin, Jeffires and Klopatek (1987) compared heavily grazed sites, a site10 years into recovery from heavy grazing, and a relict, never-before grazed site. The authors found that the relict site had significantly more herbaceous cover (comprised mostly of perennial grasses) than all other sites. There were no significant differences between the heavily grazed site and the recovering site for any of the measured parameters, leading the authors to conclude that recovery from grazing can take a very long time indeed.

Thus, where the temptation is to blame resource degradation on "past" grazing practices, rather than current practices, BLM must establish that current practices are sufficiently light and long lasting to allow for recovery of ecosystem values. Otherwise, current grazing practices must be implicated as causing resource impairment – even though less invasive than previous strategies, these practices are not protective enough to allow the area to heal. Where minimal grazing levels do not allow for significant resource improvement, elimination of livestock grazing for long periods of time is warranted. Moreover, BLM Handbook 4180-1 states that current practices do not necessarily have to be the cause of failure to meet Standards to justify a management change (BLM Tech. Manual H-4180-1, pg III-16).

## 4.3 Drought Is Not The Cause Of Impairment

Current knowledge leads to the conclusion that drought and is not, by itself, a significant factors for certain areas failing to meet the Standards and Guidelines. The vegetative communities of the Monument have undergone countless droughts over the past few thousand years, many of them severe, yet these past droughts did not serve to change species composition or structure dramatically, as numerous scientific studies have found livestock grazing to do in the arid West.

The precipitation data we have for the Monument tells us that droughts are very common in this part of Utah. Below we feature data from three locations with long-term precipitation records in the vicinity of the Monument. These include, from southwest to northeast – the town of Kanab, Kodachrome Basin State Park, and the town of Escalante. Table 9 provides a summary of annual precipitation statistics for these locations.[13] The statistics were calculated for years of record with no more than one day of missing data in any given month. Drought is considered to follow the definition of the Society of Range Management (SRM 1989), which defines drought as years with less than 75% of the average annual precipitation.

---

[13] The data was obtained from the Western Regional Climate Center database which can be found on line at http://www.wrcc.dri.edu/index.html.

BLM_0080607