**Table 9.  Precipitation Statistics for GSENM from Western Regional Climate Center**

| Description | Kanab | Kodachrome | Escalante |
|---|---|---|---|
| Period of Record | 1903 – 2002 | 1980 – 2001 | 1909 - 2001 |
| Years of Record | 86 | 22 | 65 |
| Average, inches | 13.4 | 12.3 | 10.9 |
| Range, inches | 5.43 – 26.61 | 8.74 – 17.49 | 5.49 – 21.46 |
| Year below average | 46 | 12 | 39 |
| Percent years below average | 53.4 | 54.5 | 60.0 |
| Drought threshold, inches | 10.0 | 9.2 | 8.2 |
| No. Drought Years | 21 | 3 | 13 |
| Percent years below drought threshold | 24.4 | 13.6 | 20.0 |

During the 89 years records were kept, drought occurred for at least one station in 27 years, or 30.3% of the time.  Figure 4 provides graphs for each location and shows the extreme variations in annual precipitation experienced across the Monument.  From inspection of Figure 4, it is evident that there were many more years when the annual precipitation was very near the drought threshold.  For example, at Kanab there were 30/86 years, or 34.8% of the time when the drought threshold was either approached or exceeded.  Kodachrome experienced these conditions in 5/30 years or 16.6% of years and at Escalante, 39/65 years or 60% of years approached or exceeded the drought threshold.

Figure 4 (below and following page) shows annual precipitation for the period of record in the GSENM region.



BLM_0080608





   The above data tells us that drought is a normal occurrence in southern Utah, at least for the past 100 years. Paleological records help recount about normal patterns and cycles for southern Utah over an even greater time period. A study in Capitol Reef National Park (Cole et al. 1997) used packrat middens to describe vegetation changes in

BLM_0080609

the region.  The authors found that pre-settlement middens contained abundant macro-fossils of plant species palatable to livestock, such as winterfat (*Ceratoides lanata*) and Indian ricegrass.  Their midden analysis demonstrated that drastic vegetation changes, unprecedented during the last 5,000 years, occurred in this part of southern Utah between roughly 1800 and the present.  Species typical of overgrazed range, such as snakeweed, rabbitbrush (*Chrysothamnus nauseosus*), and Russian thistle (*Salsola iberica*) were not recorded in middens prior to the introduction of grazing animals.  These changes occurred against a background of regular droughts, yet these droughts were not severe enough to change the entire nature of the vegetation; these droughts did not nearly represent the level of disturbance that the advent of livestock grazing did almost 200 years ago.

In yet another relevant study, actually recently conducted in the Monument, Harris and Asner (2003) used field measurements and remotely senses hyperspectral imagery to identify a grazing gradient (of decreasing amounts of bare soil) that radiates out 1.4 km from the water source.  Important to our discussion on grazing and drought, this grazing gradient was confirmed during a period of above-average rainfall.

Six out of the last 10 years have been drought years on the Monument.  But it must be underscored once again that drought is not in and of itself the reason for resource degradation.  Rather, it is drought combined with land management that is "not prepared" for severe drought.  A prime example of this problem is the disastrous situation that ensued over the past few years on 50-mile mountain.

This part of the Monument received only 30% of the average annual precipitation in 2000.  On September 25 of that year the Monument's Rangeland Management Specialist flew over the entire Lake Allotment and stated: "the uplands have been depleted of grass and much of the browse has been eaten. The riparian areas are in deplorable condition! They have been trampled into oblivion.  It will take more than one year for them to heal.  Conditions grow worse each day" (Allotment Supervision Record, 1. Lake Allotment, 2000).  The 2000 forage utilization records for the Lake Allotment demonstrate that average utilization levels for all pastures in the allotment in 2000 were a shocking 90% for uplands and 99% for riparian areas.  The Rock Creek-Mudholes allotment was in similarly alarmingly poor condition; during the 2000 grazing season, average utilization levels in this allotment were from 73% to 90% in the uplands and 90% in the riparian areas.  These data provide convincing evidence that the Monument is not prepared for extreme drought situations, and that BLM is unable to respond to the problem until it is too late.

In sum, drought, an almost ever-present "background" condition in the Monument and across the arid intermountain West, will rarely ever be the sole cause of impairment when resources are degraded.

---

BLM_0080610

## SECTION 5: CONCLUSION

In this paper, we provide BLM with scheme for determining when livestock grazing is a significant factor in the failure of an area to comply with the Fundamentals and Standards and Guidelines. The procedure is based on sound science, field work and extensive experience analyzing livestock grazing and the impacts it has on ecosystem values. We begin with factors tied to livestock use that are highly indicative of grazing as the cause of resource damage. We next focus on many of the same indicators BLM uses in its upland and riparian rangeland health assessment, using these to discover the connection between damage to ecosystem values and livestock grazing. We then suggest that other factors are rarely the cause of undesirable conditions, and recommend means for documenting the few cases in which these factors may lead to non-functioning ecosystems. Finally, we have attached a sample checklist that implements our recommended analysis.

Whether or not this checklist ultimately proves useful, we are confident in our analysis and citation to the literature, which overwhelmingly concludes that in almost all cases where livestock grazing occurs, particularly as grazing is practiced in the Monument, this use is a significant factor in the failure of an area to support healthy and sustainable ecosystems. Given this reality, the BLM must fully explain and provide evidence for any conclusion it makes that livestock grazing is not the cause of damage to uplands and riparian areas in the Monument. Indeed, the Monument is saddled with the burden of proof in this determination process. The published literature already suggests that grazing causes harm, thus the burden of proof is on GSENM to show it does not. Hence, the Monument should assume grazing has caused impairment unless the BLM can produce positive proof that another factor is to blame. That other factors contribute to impairment is undoubted; the BLM has the burden of proof to show that ONLY those other factors and NOT grazing is the cause of not meeting Standards.

**\*\*LITERATURE CITED is included in Literature Cited Section
of Guidance Document\*\***

BLM_0080611

**Attachment for Appendix A:  the Determination that Grazing is the Cause Checklist**

The indicators relevant to the determination process describe the level of livestock grazing and specific habitat conditions for an area failing to meet one or more rangeland health standards.  In this section, we describe a systematic way to use these indicators to arrive at a consistent determination for the impaired allotment or pasture, using BLM data for that allotment.  At the end of each section describing the 16 determination checklist indicators in the determination guidance document, we briefly explain the "scoring system" we recommend.  Below, we provide the summary Determination Checklist and give detailed instructions on how to use it..

The determination that livestock grazing in an allotment is a significant factor leading to the deteriorated condition is based on the propensity of evidence reflected in the scoring system.  The evidence gathered may show several indicators that provide convincing evidence that the level and kind of grazing in the allotment are the cause of the habitat conditions described on the determination checklist.

Here is the sequence of steps to take in assessing the values marked on the determination checklist (following page) for a specific allotment:

1. Are livestock the dominant herbivore in the allotment?
   If the answer to this question is "yes" continue to the next question.  If the answer is "no," management actions will be needed to address both livestock use and the impacts caused by significant use by other herbivores.

2. Is livestock grazing occurring in riparian areas functioning at risk?
   If BLM determined that the a riparian area is NF or FAR with downward trend, livestock are the dominate herbivore, and grazing occurs in riparian areas; the evidence is sufficient to determine that grazing is a significant factor in failing to meet one or more rangeland health standards.  If "yes" then mark the determination box "yes" at the end of the checklist. If "no," continue to 3.

3. Does the preponderance of evidence show that livestock grazing is at an intensity sufficient to cause the failure of an area to meet the rangeland health standards?
   If the checklist shows that most of the scores are in the range of 1 to 3, mark the determination check box "yes" grazing is a significant factor.

This determination process was designed to determine in a short period of time with minimal data collection whether livestock are a significant factor that has lead to an area not meeting its required standard.  The data collected in this process can be used with subsequent assessments to judge if conditions have changed on the impaired allotment or pasture.

BLM_0080612

# Determination Indicator Checklist

*(Determination of whether livestock is a significant factor in the failure of an allotment to meet the Rangeland Health Standards)*

Allotment Name _____   Allotment number _____
Field Office _____
Season of use _____
Permitted use: _____   Average of five years livestock use: _____

1. Upland Rangeland Health Summary (from *Interpreting Indicators of Rangeland Health* - TR 1734-6): place an X, indicating summary findings on soil/site stability, hydrologic function, and biotic integrity for each assessment site in the pasture/allotment in the box below.

|  | Extreme | Moderate to Extreme | Moderate | Slight to Moderate | None to Slight | Comments |
|---|---|---|---|---|---|---|
| Soil/site stability |  |  |  |  |  |  |
| Hydrologic function |  |  |  |  |  |  |
| Biotic integrity |  |  |  |  |  |  |

Comments transcribed from the Upland Rangeland Health field checklist that discuss potential role of grazing in degraded conditions at site:_____
_____
_____

2. Put an X in the appropriate box for the ratings on riparian and wetland PFC assessments (TR 1737-9) performed in the pasture/allotment

| Not functioning | Functioning at Risk | Properly functioning condition |
|---|---|---|
|  |  |  |

Comments transcribed from the riparian PFC field checklist that discuss potential role of grazing in degraded conditions at site: _____

---

BLM_0080613

3. Determination Checklist Livestock Use Indicators (see text from guidance document, pages 8-23 with accompanying Tables 2-4, 6-7) on how to score these livestock use indicators

| Indicator | Description | Rating range | Rating |
|---|---|---|---|
| 1 | Livestock Utilization | 1-5 | |
| 2 | Livestock stocking rates | 1-5 | |
| 3 | Grazing during the growing season | 1-5 | |
| 4 | Livestock distribution | 1-5 | |
| 5 | Livestock grazing in riparian areas | 1-5 | |
| 6 | Field observations, livestock are the dominate herbivore | Yes or no | |
| 7 | Livestock grazing during droughts | 1-5 | |

Below, mark an "X" for each of the above ratings (ranging from 1-5) in the appropriate boxes. A preponderance of evidence (i.e. most "X's" in the 1-3 or yes boxes) will tell you if livestock grazing is the (or one of the) principle causes of impairment.

| Summary of livestock grazing indicators | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Moderate to Slight | Slight to None |
| | | | | |
| 1 | 2 | 3 | 4 | 5 |

4. Specific Habitat indicators tiered to BLM rangeland health assessments

| Indicator | Description | Score | Rating |
|---|---|---|---|
| 8 | Bare ground (Upland Range Health Attribute 4, URHA 4) | 1-5 | |
| 9 | Soil compaction (URHA 11) | 1-5 | |
| 10a | Upland erosion (URHA 1,3, 8) | 1-5 | |
| 10 b | Upland erosion, (Riparian Item 5, RI 5) | Y / N | |
| 11 | Stream morphology and erosion  (RI 11) | Y / N | |
| 12a | Plant community vigor, growth and productivity (URHA 13, 14, 17) | 1-5 | |
| 12b | Plant community vigor, growth and productivity (RI 4, 14) | Y / N | |
| 13 | Litter (URHA 14) | 1-5 | |
| 14a | Plant community structure, function, composition (URHA 12) | 1-5 | |
| 14b | Plant Community structure, function, composition (RI 6,7) | Y/N | |
| 15 | Invasive Plants (URHA 16) | 1-5 | |
| 16 | Cryptobiotic Soils  (URHA 8, 18) | 1-5 | |

BLM_0080614

Below, mark an "X" for each of the above ratings (ranging from 1-5) in the appropriate boxes. A preponderance of evidence (i.e. most "X's" in the 1-3 pt., or "no," boxes) will tell you if livestock grazing is the (or one of the) principle causes of impairment.

| Summary of habitat indicators | | | | |
|---|---|---|---|---|
| Extreme | Moderate to Extreme | Moderate | Moderate to Slight | Slight to none |
| | | | | |
| 1 | 2 | 3 | 4 | 5 |

Determination that livestock is a significant factor for this area failing to meet one or more rangeland health standards

YES ☐          NO ☐

Rationale:

_____
_____
_____
_____


Date_____          Signature _____

BLM_0080615

# APPENDIX B: A SCIENCE-BASED TOOL FOR ASSESSING AVAILABLE FORAGE AND GRAZING CAPACITY OF GSENM GRAZING ALLOTMENTS TO MEET RANGELAND HEALTH STANDARDS

**A tool provided to the GSENM range staff, provided by
the Southern Utah Land Restoration Project**

**September, 2003**

**Lead Authors:**
**James Catlin,[1] John Carter,[2] and Allison Jones[1]**

[1] Project Director, the Wild Utah Project.  68 South Main Street, Suite 400.  Salt Lake City, UT 84101
[2] Staff Scientist for the Utah Office of the Western Watersheds Project.  250 S. Main, Mendon, UT 84325

BLM_0080616

# CHAPTER 1: INTRODUCTION

For public lands that support livestock grazing, grazing permits focus on two key variables: the number of allowed livestock measured in animal unit months (AUM), and the season of grazing. The number of AUMs granted in a permit is contingent on enough forage being available for the quantity of AUMs granted. The decision regarding the number of AUMs to assign to an allotment requires an assessment of the average forage biomass produced in that allotment and then the assignment of a fraction of the total forage to domestic grazers. This section of the guidance document develops a model to use in calculating the amount of forage that can be allocated to livestock while still allowing for the ecological needs of the land to be met.

The economic viability of ranching and the continued existence of ranching-dependent communities is tied to the health and productivity of rangelands. Today we recognize that we need to take a new look at past and current use and management of rangelands. As the BLM itself has noted, "…the land itself is in jeopardy, and the variety of products and values that this land has produced may not be sustained for future generations unless ecosystems are healthy and productive" (Utah BLM 1997). In addition to this general recognition by the agency that "the land is in jeopardy," we make a very strong case elsewhere in this guidance document that on a site-specific level (in this case, in GSENM), the rangelands in GSENM are impaired as well.

Part of the reason that BLM lands are "in jeopardy" is likely a result of many BLM grazing permits currently over-allocating existing forage. Most permitted levels of grazing on BLM lands are the result of forage capacity assessments conducted by the agency long ago. Unfortunately, these past forage capacity assessment methods are in conflict with BLM's current rangeland health standards. Originally designed for grazing use for sustained yield, these earlier capacity assessment methods failed to meet ecological needs of the land and, as a result, many allotments today produce less than their potential. Since the new Utah rangeland health standards were established in 1997, the BLM has developed several analysis tools to implement these standards. However, BLM still lacks a tool to assess forage capacity consistent with these new rangeland standards.

Based on a wide array of range science, the ecologically-based forage capacity analysis described below is a tool to help BLM determine appropriate stocking levels for livestock in the GSENM. This forage capacity model uses computer mapping and ecological field data to estimate the amount of grazing that a grazing permit can allow, while still complying with the standards and guidelines.

## 1.1 Past practices used to determine stocking levels.

Levels of livestock use on BLM lands have not always been determined as the result of a range capacity analysis. Early livestock numbers assigned to grazing allotments were developed over a half-century ago. In many cases, the number of livestock that were allowed to graze was

BLM_0080617

the result of regional political processes that relied on personal experience and subjective data from field trips as part of a politically negotiated settlement (Grazing Service 1946).

In the 1960's, BLM began estimating the number of livestock that could graze on BLM lands based on a calculated production of forage. Some allotments have records from this capacity analysis and others do not. The method involved calculating forage production based on the size of the area and the forage production as assumed on a per acre basis. The forage needs for one cow/calf pair for a month was used to calculate the number of AUMs that an allotment could support. The methods and policies behind the capacity model of this earlier era are not remembered by most BLM staff, and have yet to be discovered by the authors.

In the mid- and late 1970s, a number of public land laws generated a change in BLM's approach to range management. The Federal Land Policy management Act (FLPMA) of 1976 and the Public Rangeland Improvement Act of 1978 required BLM to maintain rangeland inventories. The Soil and Water Resources Conservation Act of 1977 required the Soil Conservation Service to establish a national resources inventory.

As a result of these laws the BLM, under the Carter Administration, developed the Soil-Vegetation Inventory Method (SVIM) in 1979. Originally designed to standardize rangeland sampling for grazing Environmental Impact Statements (CRC 1984), SVIM included calculations of forage capacity on an allotment basis. Field forage was clipped and weighed. Data collected included plant community composition and forage productivity. Areas with common soil and plant communities were the units used in calculating the expected forage production for rangelands. The results were converted into estimated forage production using adjustment factors for phenology, precipitation and proper utilization factors for livestock use (Menke and Miller, 1984). A cow/calf pair (or AUM) was assumed to consume 800 pounds of forage per month (Jensen 1984).

Range capacity often applied the concept of "take half and leave half" (50% utilization). In Appendix A (pg. 8), the origins of the 50% utilization policy now central to many BLM range decisions is explained. BLM commonly recommends stocking levels that assume that livestock will consume 50% of the annual production of grasses and forbs. The assumption made is that this level of consumption by livestock leaves adequate forage for wildlife, while allowing for sustained production of the forage itself. Many have questioned this assumption, especially on arid lands (e.g. Caldwell 1984, Galt et al. 1999, Holechek et al. 2001).

The capacity analysis built into SVIM focused on sustained forage production. As a result, this method did not consider key ecological factors such as plant community composition, excessive grazing use in key habitats such as riparian areas, soil nutrient cycle maintenance, and nongame wildlife needs. Yet in spite of these shortcomings, SVIM was a major step forward in range management.

In the early 1980's, BLM discontinued SVIM. It was replaced with a monitoring program that did not include collection of data on plant community productivity. Klemmendson

BLM_0080618

et al. (1984) reported that the chief reason the BLM discontinued SVIM was political, and driven by the response of the ranching community to SVIM in 1983-84. For the past twenty years, BLM has not used forage capacity analysis in determining stocking levels. Based on the acknowledgement by the BLM that "the land is in jeopardy," as well as the general degraded state of BLM rangelands in southern Utah, we can say with some certainty that the policy of abandoning forage capacity analyses over the past 20 years "is not working."

This must change as BLM implements the new rangeland health standards developed six years ago. The standards call for management of grazing in deference to the health of ecosystems. Ecosystem health is linked to the productivity of the land and its ability to service local communities on a sustained basis (CRC 1994). The loss of biodiversity and ecosystem structure and function has long-term implications for the health of watersheds and the ability of the land to provide abundant forage for a number of uses. BLM needs to undertake forage capacity analyses that will allow the standards to be met, restore and maintain ecosystems, and provide for ecosystem resilience that maintains the productivity of the land over time.

## 1.2 The timeliness of grazing capacity analysis in the upcoming grazing EIS.

BLM's need for forage capacity analysis as part of the upcoming grazing EIS for the GSENM is justified by community needs, agency policy (both current and proposed), rangeland science, and the agency's legal requirements. Such an ecologically-based forage capacity analysis is timely because grazing capacity has not been systematically reviewed for GSENM allotments for at least two or perhaps four decades. BLM is required to periodically adjust management decisions based on ongoing inventories, and this EIS will be renewing permits for most, if not all, grazing allotments in the Monument. Furthermore, range capacity based on ecological needs was raised as a significant issue in the GSENM grazing EIS. BLM has a legal requirement to consider this issue as part of the EIS.

The following chapters will develop and illustrate a science-based model for determining appropriate stocking levels for cattle in GSENM grazing allotments. This new formula for calculating forage availability and capacity is based on both the range science literature and updated estimates of actual available forage for particular soil types. We have divided the ecological needs of the land and wildlife into several categories. These are: wild herbivore forage needs; insect and nematode forage needs; and plant community viability, resilience, and regeneration, including soil stability and (lack of) erosion. Based on literature on these topics, we develop an ecological allocation of the plant community to be used in the forage capacity model. We demonstrate the utility of this new model by using an actual example in the Monument: the Upper Hackberry grazing allotment.

The next section (Chapter 2) describes the method used in the new protocol. Then, Chapter 3 features the results of our test run of the new procedure in the Upper Hackberry allotment. This is followed by Chapter 4, which specifically makes the case for using our proposed capacity model for the GSENM Grazing DEIS, chiefly because it will ensure that allotments in the Monument will conform with the Standards and Guidelines in the future.

BLM_0080619

# CHAPTER 2: METHODS

This chapter outlines the methods used in our proposed science-based formula for determining appropriate stocking levels for cattle in GSENM grazing allotments. This process begins by identifying the areas that are capable and suitable for livestock grazing. For those lands suitable for livestock grazing, the forage produced each year is estimated for each individual soil community based on current field data and existing data collected as part of past BLM, Soil Conservation Service, and National Resources and Conservation Service (NRCS) surveys.

Vegetation requirements for wild herbivores, insects, nematodes, soil stability, nutrient recycling, plant regeneration, and plant resilience lead to an estimate of the amount of forage required to meet ecological needs. Measuring the composition, structure, function and various ecological processes for each specific habitat site in all GSENM allotments is beyond anyone's resources at this time. As a practical necessity, we must resort to the use of indicators to monitor ecosystem health and function. Total annual production of plant biomass and soil litter, for example, can be sampled while energy flows and soil nutrient regeneration are impractical to measure. When assessing the amount of forage that can be removed from an allotment, critical ecological considerations include but are not limited to soil nutrient recycling, soil resilience to erosion, wildlife habitat needs, and plant community productivity and resiliency.

Below, we describe how to use a Geographic Information System (GIS) to take various data inputs and generate a stocking rate that an allotment can support while still meeting rangeland health standards. The work reported here is derived from a study that is ongoing. As we continue to refine this work some changes may be incorporated but they are unlikely to make significant changes to our model and its outcomes.

## 2.1  Initial Adjustments made for Capability[3] of the Pasture to Support Cattle.

We rely on current range science and criteria used by the U.S. Forest Service for the arguments made below. These involve the application of quantitative criteria to adjust for the physical limitations of the land to support livestock grazing. Holechek et al. (2001) provide recommendations for adjusting the stocking rate for cattle in order to account for distance from water and steepness of slope. Galt et al. (2000) have indicated that the NRCS has adopted these

---

[3] The capability analysis recommended in this model is compatible with the Capability Analysis presented in Chapter 4, Section 4.1.3.4. The concept of "capability" in both of these models (assessing range capacity and stocking rates here, determining capability in terms of "FLPMA balancing" in Chapter 4) are the same. Here the concept is used to exclude particular areas as incapable of supporting livestock grazing when determining stocking rates with a GIS. In the context of FLPMA balancing, capacity is used to determine appropriateness of grazing in some or part of a pasture, as well as to inform appropriate grazing management decisions such as stocking rates and utilization levels. In other words, capacity analysis is required, whether by FLPMA or when setting stocking rates. This analysis should occur as a threshold matter, to determine if grazing is an appropriate use of an allotment or portion of an allotment, and it should occur again (or the same analysis reexamined), if the agency concludes grazing is appropriate, as a basis for making sound grazing management decisions in the context of BLM's multiple use mandate.

BLM_0080620

guidelines for slope adjustments.  Suggested reductions in grazing capacity with distance to water and increasing slope are provided in Table 1.

**Table 1.** Adjustments for distance to water and slope for cattle (Holechek et al. 2001)

| Distance from Water (miles) | Percent Reduction in Grazing Capacity |
|---|---|
| 0 – 1 | 0 |
| 1 – 2 | 50 |
| >2 | 100 |
| Slope (%) | |
| 0 – 10 | 0 |
| 11 – 30 | 30 |
| 31 – 60 | 60 |
| >60 | 100 |

Holechek et al. note that snow reduces water availability problems in winter on cold desert ranges of the U.S.  Also, sheep do not require water every day and can use areas further than two miles from water.  Literature cited shows that sheep on New Mexico winter ranges used slopes of less than 45% with no adjustment necessary for slope, whereas slopes greater than 45% were hardly used.

The Caribou National Forest has produced a detailed process paper for determining rangeland capability and suitability for both cattle and sheep ranges (Caribou NF 2001).  It is based on criteria used in Region IV of the Forest Service.  36 CFR 219.20 defines capability as "the potential of an area of land to produce resources, supply goods and services, and allow resource uses under an assumed set of management practices and at a given level of management intensity.  Capability depends on current conditions such as climate, slope, landform, soils and geology, as well as the application of management practices, such as silviculture or protection from fire, insects and disease."  Range surveys have historically been used to identify the land areas that were capable and then by knowing the average forage production, applying a utilization rate, the estimated grazing capacity of the allotment could be determined.  This was then validated through on-ground monitoring, or that was the intent.

The Caribou National Forest lists the following criteria for determining capability:

1. Areas with less than 30% slope for cattle and less than 65% slope for sheep (note that here the Caribou NF differs from Region IV in that Region IV uses 45% slope for sheep)
2. Areas producing more than or having the potential to produce an average of 200 pounds of forage/acre on an air-dry basis over the planning period.
3. Areas with naturally resilient soils that are not unstable or highly erodible.
4. Areas where ground cover (vegetation, rocks, litter) is sufficient to protect the soil from erosion.  They specify a minimum of 60% cover unless local data is available for setting more specific ground cover requirements.
5. Areas accessible to livestock (without dense timber, rock or other physical barriers).
6. Areas within one mile of water or where the ability to provide water exists.

BLM_0080621

Suitability criteria employed by the Caribou NF include consideration of the following as they determine whether livestock grazing is compatible with management goals for the areas descrbed:

1. Developed recreation use sites or special use sites.
2. Special area designations such as Research Natural Areas.
3. Administrative sites, research facilities or study sites.
4. Key wildlife habitat areas.
5. Important habitats for Threatened, Endangered or Sensitive (TES) species.
6. Noxious weed infestations where forage is not used by livestock or use would contribute to an increase of the infestation.
7. Unique habitats such as bogs, fens, jurisdictional wetlands, or rare plant communities.
8. Areas where livestock grazing is impracticable due to economic considerations, either from a permittee or agency standpoint.
9. Transitory range created by timber harvest where the associated mitigation costs to protect timber resource values is excessive.
10. Areas where the social consequences and values foregone are not acceptable.
11. Non-functional streams or stream segments where livestock grazing is the primary cause for the less than satisfactory condition.
12. 303D listed streams or stream segments where livestock grazing is the primary cause for the less than satisfactory conditions.
13. Areas with significant amounts of dispersed recreation.

We combine various features of the suitability and capability criteria used by the Caribou National Forest that are representative of criteria used by most National Forests in the Intermountain Region. These, along with other sources (cited below) are used to make our recommendations for adjustments to the land area that is suitable for grazing and capable of providing forage for grazing in the GSENM. These are:

Areas not capable:
1. Areas inaccessible to livestock (because of cliffs, canyons or other physical barriers)
2. Unstable or highly erodible soils (as defined by NRCS)
3. Areas producing less than or having the potential to produce an average of 19kg/ha (17 lb/acre) on an air-dry basis over the planning period (BLM 1981)[4]
4. Areas with greater than 30% slope
5. Areas more than 2 miles (3.2 km) from water (Fusco 1995, Holechek et al. 2001).

---

[4] Holechek (1996) stated, "When forage production drops below 100 lbs/acre, financial losses are likely even under high cattle prices and above average precipitation." While the current version of our forage capacity model retains the BLM's production threshold of 17 lb/acre (19kg/ha), we may raise this threshold in updated versions of the model, based on Holechek's recommendation.

---

BLM_0080622

Areas not suitable:[5]
1. Key, identified habitats for TES species (i.e. critical habitat identified by USFWS or Utah Division of Wildlife Resources)
2. Unique habitats such as jurisdictional wetlands and springs
3. Rare plant communities
4. Areas that receive high levels of recreation use (i.e. canyon bottoms, like the Gulch)

The capability and suitability factors selected for our capacity model reflect the practical nature of grazing practices in the semiarid lands of southern Utah, ecological and biological considerations that should be of priority in a national monument (i.e. rare plant communities and TES habitat), and current BLM capacity methods. For example, the 19kg/ha (17lb/acre) forage requirement for productivity was borrowed from a 20 year-old grazing EIS for this area (BLM 1981). As noted above, at 200 lb/acre the minimal forage production threshold the Forest Service uses is more current and much higher. In addition, the distance from water factor for forage is appropriate for grazing in arid lands during the warmer time of the year. Most of the allotments in the Monument are spring and summer allotments. While cattle may benefit from snow, standing snow in this region is infrequent and does not remain for long periods of time, and thus cannot be relied on in making grazing management decisions. Even winter grazing, based on our experience in GSENM, relies on surface water sources most of the time. For these reasons, areas greater than 3.2 km from a surface water source are considered unsuitable for livestock grazing in terms of assessing the capacity for livestock grazing of an allotment.

Section 2.4 explains how to use a GIS to determine the amount of the grazing unit (pasture or allotment) that is capable and suitable for supporting livestock.

## 2.2  Determination of Forage Biomass in Allotment

Once the above capability and suitability adjustments to the grazing unit (pasture or allotment) are carried out, the next step is to estimate the kg/ha of annual production of grasses and forbs in the unit. We recommend three options for making this assessment (tiered in order of our opinion of what is most sound and credible, from a scientific standpoint):

[5] This analysis is not to be confused with the analysis mandated by FLPMA's multiple use management mandate and the Comb Wash case, which we explain in Chapter 4 of this guidance document. While some of the factors relevant to the Comb Wash/FLPMA balancing may be similar to those referenced here, the purpose of Comb Wash/FLPMA balancing is to determine if grazing is an appropriate use of particular public lands. A determination that grazing is not an appropriate use would likely necessitate closing some or all of a particular allotment to grazing. Here, in contrast, we maintain that certain attributes and uses of the land mean that the forage there should not be included in the calculation of available forage as explained above. Forage analysis to determine stocking rates is appropriate only where the BLM has already determined that grazing is an appropriate use of a particular area. In other words, Comb Wash/FLPMA balancing should happen first.

BLM_0080623

- The first and most desirable option is for the land manager to perform actual clipping studies in the grazing unit being assessed. Methods of determining forage production that rely on plot clippings are described in BLM (1996). Our measurements were made using the beltline transect method (FSM 2209.21) to assess both cover and annual forage production (for all grasses and forbs, not shrubs) for each Range Site Type[6] in the grazing unit. Earlier BLM monitoring practices used prior to 1996 also used similar sampling methods (DOI 1984a, DOI 1984b, DOI 1985). At the end of each of five 100 ft. radial transects for each site, clip the standing vegetation within a 1 m$^2$ frame to arrive at estimated production of standing crop of grasses and forbs. Clippings should not be limited to palatable species only; clip all grasses and forbs. This could overestimate the available forage for a site. If time allows, be sure to replicate sampling in multiple patches of each Range Site Type, in which the number of replicate patches sampled is determined by the relative abundance of that Range Site Type in the grazing unit. Apply the forage production values for each Range Site Type to others of the same type in the grazing unit, using a GIS (as described below and in Section 2.4).

- If time and/or resources are not sufficient to conduct the clipping studies described above, we then recommend that the user obtain the **actual field data from the NRCS** that were recently used to revise NRCS estimations of forage biomass for Range Site Types in southern Utah.[7] This data, which exists for almost all (if not all) Range Site Types known to occur in the Monument, is an improvement over the traditional NRCS estimates of Range Site Type production (DOI 1984c), as these new clippings were completed for a variety of rangelands including many grazed by livestock. The values used in the traditional Range Site Type estimates made by the Soil Conservation Service and BLM were chiefly based on relict sites. Therefore, the raw clipping data recently collected by the NRCS on a variety of Range Site Types is more applicable to GSENM rangelands, most of which are grazed. Apply the forage production values for each Range Site Type (for all grasses and forbs, not shrubs) to all other Range Site Types of the same type in the grazing unit, using a GIS (as described below and in Section 2.4).

- If the new NRCS raw clipping data are not available for all Range Site Types in the grazing unit being assessed, we then recommend that the user utilize the old NRCS forage production predictions (DOI 1984c), but only for those Range Site Types where the new NRCS clipping data does not exist. These earlier estimates and soil surveys often have average, low, and high production estimates based on precipitation at, below, or above normal precipitation years. Based on our field clipping survey and a review of these earlier NRCS forage

---

[6] As the reader knows, the Natural Resources Conservation Service (NRCS) provides key spatial data for use in this capacity analysis. NRCS soil surveys have developed soil map units which possess common soil characteristics, climate, and composition of the plant community. A grazing allotment usually contains a number of discrete soil map units. The description for a soil map unit includes a certain vegetative community (called "Range Site Type") and the NRCS estimates the annual amount of forage that the Service believes is typically produced for that specific soil unit type. This estimation, broken down into species, is usually based on relict sites and predicts the pounds per acre of annual production one would expect on a healthy and fully productive potential natural plant community for that soil map unit.

[7] The Natural Resources Conservation Service is about to release a new soil survey with updated information. When these data area available, capacity analysis can be run with more current information.

BLM_0080624

estimates, we suggest using the below average forage productions if using the old NRCS predictions. These estimates seem to better reflect forage production on both typical years and drought conditions, which seem to be a common occurrence. In the absence of more current data (described above), apply the forage production data from these earlier NRCS forage estimates to the relevant Range Site Types as attributes in the GIS coverage for the allotment. This is described in more detail later in this section.

Using one of the three methods described above, the land manager should add to the GIS coverage production data as attributes to the coverage for soil map units. This tabular data associated with the coverage will later be exported from the GIS and, in a spreadsheet program, be used to calculate the capacity of the allotment. Additional discussion on the use of GIS and the spreadsheet program can be found in Section 2.4, below.

### 2.2.1 Do results obtained from first two steps necessitate a "recovery prescription?"  We must stress that we mean for this forage capacity model to only be used to assess the carrying capacity of rangeland that has forage production quantities in the "good" or "excellent" range. This means that the amount of forage is 50% or greater of the potential production of the site, as defined by NRCS. If one is using our model to calculate stocking rates we are assuming that the allotment is currently meeting rangeland health standards or is moving toward its potential plant community.

Thus, if the range manager does follow our recommendation to clip the forage in the grazing unit and finds that the actual forage (grass and forb biomass) on the grazing unit is less than 50% of the potential plant community predicted for those soil types, then we argue that the allotment should receive a special management prescription that we call "recovery mode." See Chapter 4, Section 4.2.1.2 of the guidance document for further discussion of this prescription.

Little research exists concerning the level of livestock grazing that can occur on "recovering" arid or semi-arid rangelands where productivity is fair or poor.[8] Further, the literature in inconsistent as to exactly "how much rest" is required to recover degraded rangelands in arid or semi-arid environments. Below, we highlight some of the key literature that clearly shows that, in general, the recovery of impaired rangelands appears to require long periods of time – certainly more than a year or two of rest.

The literature confirms that total, long term rest is effective. Potter and Krenetsky (1967) found that grass densities and total ground cover tripled following 25 years of non-grazing. Blydenstein et al. (1957) similarly determined that perennial grass densities and the palatable shrub *Krameria grayi* increased in a Sonoran desert grassland protected from grazing for 50 years, and were most taken by the notable increase in overall plant cover and density. More recently, Anderson and Inouye (2001) found landscape-scale changes in plant species abundance

---

[8] While there are a number of studies that have looked at changes in rangeland plant communities with the removal of livestock, little is known about the continued forage use by wild herbivores during recovery. Any recovery plan must account for the plant consumption needs for wildlife, soil organisms and insects. In many cases, these forage consumers have depleted populations that need to be restored.

BLM_0080625

(greater) and biodiversity (greater) of a previously grazed sagebrush steppe over four years of rest, with perennial grasses experiencing a 13-fold increase in cover during that time. Analyzing riparian areas, Platts and Nelson (1985) determined that herbaceous vegetation can recover within several growing seasons and woody vegetation within 5-10 years if grazing stress is removed from a deteriorated riparian area and sufficient residual shrubs are present to allow re-growth and expansion.

At the same time, others have concluded that short term rest from grazing may not sufficiently allow for recovery of ecosystem values. McPherson et al. (1990) compared ungrazed and a formerly grazed (with 5 years of rest) juniper woodlands, finding that the ungrazed plot had more grass, the grazed more forbs. The authors concluded that "[t]he effects of long-term continuous cattle grazing persisted 5 years after removal of livestock" and that the "succession following grazing will proceed slowly or will be unpredictable." In a study of the Kaiparowits Basin, Jeffries and Klopatek (1987) compared heavily grazed sites, a site ten years into recovery from heavy grazing, and a relict, never-before grazed site. The authors found that the relict site had significantly more herbaceous cover (comprised mostly of perennial grasses) than all other sites. There were no significant differences between the heavily grazed site and the recovering site for any of the measured parameters, leading the authors to conclude that recovery from grazing can take a very long time indeed.

An interesting study in Canyonlands National Park offers some insight into the difficulty of range recovery. Kleiner (1968) compared two rangelands sites with the Needles District of the Park: Chestler Park and Virginia Park. Grazing in Chestler Park occurred for one or two months at most in the winter and was dependent on snow as a water source for livestock. Four years before Kleiner collected his data, this grazing impact was removed. Virginia Park has been ungrazed for a very long time and is a popular research area because of this. Kleiner's study compared vegetative cover and diversity between the "recently grazed" (four years rest) and ungrazed study sites (his data is summarized in Table 2).

**Table 2.** Comparison of grazed/ungrazed pastures in the Needles District, Canyonlands NP, 1968. Reprinted from Kleiner (1968).

| Comparison of grazed/ungrazed transects | Virginia Park (ungrazed) | Chestler Park (ungrazed 4 yrs) |
|---|---|---|
| Hectares | 97 | 389 |
| Plant species richness /sample site (average) | 21.5 | 15.4 |
| Cryptobiotic speciesrichness/sample site (average) | 6.1 | 2 |
| Total living cover, % | 54.5 | 21.8 |
| Vascular plant living cover, % | 16.8 | 16.8 |
| Litter cover, % | 11.5 | 9.8 |
| Contribution of annuals to the total vegetation (%) | 11.8 | 15.5 |
| Average number of species / sample site | 7.1 | 3.2 |

Records are incomplete on the amount of grazing that occurred over time in Chestler Park. Kleiner reported that, typically, 30-35 horses grazed in Chestler Park for one or two winter

BLM_0080626

months depending on snowfall each year.  Rough, "back of the envelope" calculations indicate that this level of livestock grazing was equivalent to about 50 AUMs, at a density of eight acres per AUM.  If we make the assumption that this area produces about 600 lb of forage per acre on average (based on the typical Range Site Types that occur in the Park), then Chestler Park would produce on average about 230,000 lb. of forage.   Based on these numbers, the grazing use on average amounted to between 15 and 20% of the average forage produced.  This is usually considered to be a level that is "lightly grazed."

The importance of this example is that even at this "low" grazing intensity and with four years of rest, the plant diversity, ground cover, cryptobiotic soil cover, and productivity was significantly less at Chestler Park than Virginia Park.  Photos taken of Virginia and Chestler Park do not reveal the key differences between these sites, such as forage production and plant community diversity.   Photographs that show details of ground conditions, however, do reveal differences, such as a loss of liter and cryptobiotic crusts in Chestler Park.  The lesson that Kleiner teaches us is that so-called "light" grazing can lead to a substantial loss of plant community health.  Moreover, had Chestler Park been grazed during the growing season, further degradation of the vegetative community would have been the likely result.  We conclude that 15-20% winter utilization of forage in southern Utah is still too high to ensure recovery of rangelands to their potential plant community.

So, what level of grazing can occur on degraded rangelands that are only 50% or less of their potential productivity, while still allowing them to recover?  As evidenced by the Chestler Park example, we feel the answer is likely to be none, at least for a few years.  It is even more likely that complete rest for much longer periods, up to several decades may be necessary to allow even slight progress towards restoration of community diversity and production.  Certainly the study by Anderson and Inouye (2001) shows that progress is very slow over a period of nearly 50 years in which the plant community still had not reached potential.  How much rest is necessary to bring back the desired productivity of these impaired ranges?  We don't have an answer to this question.   However, as outlined above, the literature is filled with evidence that prescriptions of short periods of rest (like those used with rest-rotation schedules) are not enough to ensure recovery in semiarid desert lands.  Is the answer 5 years, or 10 years, or 25 years?  We look to the Monument to heed its own call for strong science within its borders, and establish long-term exclosures to study the effects of long term rest from grazing, to help determine an effective "rest prescription" for those allotments that clearly need to be put into "recovery mode."  Further, the Monument must establish quantitative and significant goals against which to measure restoration progress either by comparison to exclosures or as gains toward potential productivity as described by NRCS and towards potential ground cover as the literature cited herein describes.

## 2.3  Forage allocations for ecological needs of the land

BLM_0080627

Those managers using our new capacity model will have by this point determined forage production for each Range Site Type in the grazing allotment. The next step requires that allocations of that available forage base be made to ensure: 1) needs of native mammals for cover and forage, 2) invertebrate forage needs and 3) viability and resilience of the native plant community, including soils, and in the face of drought. These allocations are based on the ecological literature regarding the specific needs of vegetative communities and native wildlife on lower elevation lands of the Colorado Plateau.

### 2.3.1 *Allocations for mammalian herbivores.*

We recommend that an allocation of about 225 kg/ha (see Table 3) be allocated for mammalian herbivores in the Monument.[9] In order to calculate this allocation amount, we selected three primary herbivores (or in the case of folivorous/omnivorous rodents, a guild) that fairly adequately represent the mammalian herbivores present in the GSENM (we chose mule deer, jackrabbits, and rodents). We conducted a thorough search of the scientific literature and located 50 studies that report on both typical densities of these herbivores and their eating habits – reported as biomass of forage (forbs and grasses) consumed. We strove to primarily include studies that were conducted in lower elevation habitats of the Colorado Plateau, though a few others were located in various locations in the intermountain West and southwest.

To calculate the rough amount of forage consumed by these herbivores a year, we used the kilograms of total forage consumed per individual per day, then calculated the percent of the individual's diet that is herbaceous material, then extrapolated that forage amount to total consumed per year by species/guild by multiplying by days of the year and average herbivore densities (Table 3).

**Table 3.** Kg/ha/year of forage (grass and forb) biomass necessary to support typical mammal herbivore populations in southern Utah.

[9] In order to convert this to a percent for use in the GIS forage capacity analysis for the Upper Hackberry allotment described in Section 3, we calculated the percentage this numerical value represented of the (grass and forb) forage predicted by the NRCS Range Site Type descriptions for those range site types in the Upper Hackberry Allotment.

BLM_0080628

| Species | Density | Average total forage per individual | Herbaceous forage in diet | Herbaceous forage per individual | Herb. forage per population per day | Herb forage per population per year |
|---|---|---|---|---|---|---|
| | (individuals per hectare) | (kg./day/individual) | (percent, %) | (kg./day per individual) | (kg/ha/day) | (kg/ha/year) |
| **Deer** | 0.11 | 1.58 | 22.40% | 0.325 | 0.035 | 12.73 |
| *Deer Lit Citations* | *1\*,34,42,43,45* | *2,9.11,12,27,29,37* | *4,10,14,27,29,29* | | | |
| **Jackrabbits** | 2.01 | 0.13 | 74.70% | 0.097 | 0.199 | 72.66 |
| *Jackrabbit Lit Citations* | *5,6,8,20,22,29,29,40* | *4,15,15,22,29,32,33,36* | *3,21,23,24,24,32* | | | |
| **Rodents** | 16.3 | 0.056 | 43% | 0.024 | 0.39 | 142.3 |
| *Rodent Lit Citations* | *16, 17, 18 ,19 ,25 ,26 ,28 ,38,39 ,46,47* | *29,30, 31,31,35* | *38,41,44, 48* | | | |
| | TOTAL HERBACEOUS FORAGE ALLOCATION FOR MAMMALIAN HERBIVORES = | | | | | 227.6 kg/ha/yr |

\*References are as follows: 1.Chapman & Feldhamer 1982, 2.Demaras & Krausman 2000, 3. Fagerstone et al. 1980, 4. Krausman 1996, 5. Daniel et al. 1993, 6. Johnson & Anderson 1984, 7. Kufeld 1973, 8. Anderson and Shumar 1986, 9. Smith 1953, 10. Bueker et al. 1972, 11. Aldredge et al. 1974, 12. Smith 1952, 13. Hobbs et al. 1981, 14. Hansen & Clark 1977, 15. Currie and Goodwin 1966, 16. Fautin 1946, 17. Grant et al. 1982, 18. Nelson & Leege 1982, 19. Grant & Birney 1979, 20. Norris 1950, 21. Fagerstone et al. 1980, 22. Arnold 1942, 23. Alipayo & Daniel 1991, 24. Wansi 1989, 25 WRSOC 1983, 26. Hanley & Page 1981, 27. Urness 1981, 28. Rosenstock 1996, 29. Stoddart et al. 1955, 30. Golley 1960, 31. Koford 1958, 32. Hoffmeister 1986, 33. McAdoo & Young 1990, 34. UDWR 2003, 35.Detling, in prep, 36. Vorhies 1933, 37. Jensen 1984, 38. Goodwin & Hungerford 1979, 39. Shepard 1972, 40. Stoddart 1938, 41.Black & Frischknecht 1971, 42. Horejsi & Smith 1983, 43. Clegg 1994, 44. BLM 1998, 45. AGFD 2003, 46. West 1983a, 47. West 1983b. 48. Alston 2002.

The purpose of this exercise is to roughly estimate, based on the literature, the approximate forage biomass required by mammal herbivores on southern Utah rangelands. Certainly, more research on this topic is needed.  The estimates presented here represent the best information we could locate, and more studies are needed to validate these estimates for the monument. The proposed allocation we came up with does not include the needs of other mammals (i.e. cottontail rabbits, elk, bighorn sheep, pronghorn), nor do we anywhere in this model account for the forage needs of folivorous birds or reptiles.  As such, we argue that this allocation, which we mean to represent all forage and cover needs for all native wildlife on GSENM allotments, is conservative.

### 2.3.2. Allocations for insects and soil invertebrates.

Insects and soil invertebrates such as nematodes and mites are a critical part of rangeland systems.  These have important relationships with plant development, soil nutrient recycling, species interactions, and wildlife that is under-appreciated by many.  Loss of invertebrate biomass in rangelands can have a significant effect on the ecosystem.

BLM_0080629

While we have a fairly complete list of range plants found in Utah's rangelands, knowledge of the invertebrates found on our public lands is less understood. What we do know is that these occupy a significant niche in the southwest deserts. For example, harvester ants have colony populations of tens of thousands of individuals. Even in the driest and hottest parts of North America, the total biomass of one species of harvester ants (*Messor veromesso pergandei*) has the same approximate total biomass as the rodent population in the same area (Hölldobler and Wilson 1990). On a side note - one of the many important ecological functions that ants provide in addition to their role in nutrient cycling, is assisting in the dispersal of plant seeds, as the result of accidental abandonment of seed caches near the nest (Moggridge 1973).

Insect populations vary more radically than most other rangeland components. Super abundances of, for example, the desert locust can consume the equivalent of what 150,000 head of cattle eat (Bullen 1996). The forage capacity model used here will focus on the typical needs of insect population in southwest deserts. Where populations of insects over a short period of time reach extraordinary populations, we suggest that those situations be treated with range management actions taken during a time of drought.

A number of studies have reported the percent of plant growth consumed by insects. For grassland and savannah, insect consumption of a single species varied from less than 1% to 19% with a mean of 3.5% (Wiegert and Peterson, 1983). Rangeland grasshoppers consume between 1-3% in typical years (Mispagel 1978) and up to 99% in periods of super abundance (Nerny and Hamilton 1969). Hewitt and Onsager (1983) suggest that between 21-23% of available range forage is consumed by all grasshopper species in the western U.S. each year.

Nematodes and other soil invertebrates perform critical soil nutrient and structural functions. This complex array of species normally has a higher diversity and biomass than any other rangeland flora and fauna combined. They should be considered as an important component in the consumption of rangeland plants. Ingham and Detling (1984) estimated that nematodes consumed between 6 and 13 % of below-ground net productivity in the mixed grass prairie. Another study by Scott et al. (1979) and Anderson (1987) found that root feeding arthropods and nematodes consume between 7-26% of the net productivity in normal years.

The evidence is clear that a substantial part of the plant community is consumed by invertebrates on a regular basis. Without this consumption, ecological change may occur that may contribute to the long-term loss of ecological health and productivity. Many of the studies just cited occur in habitat conditions somewhat different from that found in the Grand Staircase-Escalante National Monument. But one thing we know for certain is that the soils of this region do support nematodes and insects, which together form a critical component of the southern Utah desert ecosystem. To understand the consumption needs of insects and nematodes within the Monument, the needs for a long list of currently unknown species would need to be compiled. Clearly this is not possible at this time. However, as we continue our research and as more knowledge become available, we hope to refine the number used in this model for invertebrate consumption.

BLM_0080630

For this analysis, we assume that 10% of the annual forage production is required to support invertebrate populations. We suspect that additional research will find that this allocation is indeed too low.

### 2.3.3  Allocations for biomass to provide necessary cover to avoid soil erosion, and to ensure resiliency and regeneration of  vegetative community in the face of drought.

We focused on published reviews to find information regarding (1) potential ground cover (vegetation, litter, crust) for vegetation types occurring in the Colorado Plateau region, (2) the need for a certain "baseline" of cover to protect these communities from soil erosion, and (3) the principle needs of grasses to regenerate and have resiliency in the face of both livestock grazing and drought. More detailed research of source documents is ongoing. Using these three avenues of research, we propose a percent of the forage biomass to be set aside to meet the needs of the soils and vegetative communities in GSENM. Again, we stress that this third and final ecological allocation in our forage capacity model is still under development.

(1) Predicted ground cover in typical vegetation types in GSENM: Much of the research on plant community characteristics for the Colorado Plateau has been conducted as well as summarized by Dr. Neil West of Utah State University Department of Natural Resources. It is important to know potential ground cover in order to approximate historical (pre-livestock) erosion rates and to establish targets for grazing management or restoration. It should be noted that in many of these plant communities, much of the seed pool has been lost due to nearly continuous removal by livestock over the past century, so recovery in arid areas such as this will be slow as Anderson and Inouye (2001) have so well documented.

Sagebrush Semi-Desert vegetation occurs in the Great Basin and Colorado Plateau at intermediate elevations between 1300 – 1800 m in areas of precipitation ranging from 158 – 419 mm. In the Colorado Plateau, these vegetation types are generally associated with mesa tops, benches or pediments with sandy to gravelly soils. They occur immediately above the salt desert shrub type. A survey of a relict site on Cedar Mesa yielded six species of grass including: *oryzopsis hymenoides, bouteloua gracilis, hilaria jamesii, sporobolus airoides, sporobolus cryptandrus and stipa speciosa.* Sagebrush usually makes up over 70% of the relative cover and 90% of the biomass with absolute cover of higher plants ranging from 10 to 40%. Generally, perennial plants are found associated with shrubs and occur in the mounded portions of soil occupied by shrubs. Beneath the shrubs, the ground is litter-covered, with the interspaces between shrubs occupied by crusts. Annual net production varies between about 500 and 1500 kg/ha, most of which is sagebrush. The original estimated livestock grazing capacity for sagebrush semi-desert vegetation had been reduced from about 0.83 AUM/ha to 0.31 AUM/ha by 1970, mostly due to loss of perennial grasses (West, 1983a).

Salt Desert Shrublands occur in the Great Basin and Colorado Plateau at lower elevations and generally in valley bottoms in alkaline or saline soils where precipitation is generally less than 200 mm. Total cover of higher plants varies from 0 on salt pans to 25% on upland sites. Shrubs generally occur in clusters. Native grasses found in these types include: *bouteloua gracilis, elymus cinereus, hilaria jamesii, oryzopsis hymenoides, sitanion hystrix, sporobolus*

BLM_0080631

*airoides, sporobolus cryptandrus and distichlis stricta.* Innerspaces between shrubs are generally lacking in vascular plants and the soil is covered with microphytic crust. Biomass of crust has been measured at 200 kg/ha. Forage production measured at the Desert Experimental Range in Utah varied over 800% between wet and dry years. Forage yield on a shadscale-winterfat range at the Desert Experimental Range varied from a minimum of 34 kg/ha in 1943 to a maximum of 190 kg/ha in 1947. (West, 1983b; Blaisdale and Holmgren, 1984; West et al, 2000).

Southeastern Utah Galleta-Threeawn Shrub Steppe (semi-desert grassland) type is found in deep silty and sandy wind-blown deposits derived from sandstone. Precipitation is a mixture of winter snow and late summer convectional storms. The flora consists of bunch and sod-forming grasses including (cover from transects in Canyonlands NP in %): *hilaria jamesii* (5%), *stipa comata* (5%), *oryzopsis hymenoides* (2%), *bouteloua gracilis* (9%), *vulpia octoflora* (1%), *sporobolus cryptandrus* (2%), *aristida fendleriana* (1%), *sporobolus flexuosus* (trace), *sporobolus airoides* (1%)and *sitanion hystrix* 1%). Vascular plant cover ranges from 25 – 60% and microphytic crust occupies nearly all the bare ground in ungrazed relict sites. In ungrazed Virginia Park in Canyonlands, microphytic crust cover was 38%, in adjacent grazed Chesler Park, crust cover was 5%. Productivity potential of forage on these sites averages 900 kg/ha in favorable years (West, 1983c).

Pinyon-Juniper Woodlands are described briefly by West and Young (2002) as having highly variable understory to compared to adjacent grasslands. On the Colorado Plateau, warm season sod grasses dominate. Total vascular plant cover varies from 40 – 80% with shrubs, herbaceous plants and microphytes occurring in the interspaces between trees. Litter accumulates beneath the tree crowns. Grazing by livestock has depleted what once appeared much like a savanna where fires were frequent enough to keep trees restricted to steep, rocky or dissected topography.

Microphytic Crusts are best developed in semi-arid shrublands. Pediceled (pinnacled) crusts are abundant in pinyon-juniper and sagebrush communities typical of the Colorado Plateau, while rough lichenized crusts are more typical in greasewood and shadscale communities (Johansen, 1993). The soil-holding capabilities of crusts are destroyed by trampling and compaction, resulting in increased runoff. "Total crust cover is inversely related to vascular plant cover, as less plant cover results in more surface available for colonization and growth of crustal organisms." (Belnap et al, 2001). This is also documented in the community-specific references cited earlier.

As the literature cited shows, microphytic crust cover potential is high in the Colorado Plateau vegetation types described, which include those in the Upper Hackberry allotment, where we applied the proposed capacity model (Section 3). Personal surveys of relict areas (John Carter, co-author) as recent as spring 2003 in Grand Staircase indicates that ground cover in the sandy soil types described is greater than 90% including large portions of crust, generally covering the soil between plants.

---

BLM_0080632

(2) Erosion and Livestock Grazing. White et al. (1983) found sediment yield 20-fold higher in a grazed watershed when compared to an ungrazed watershed. USDA (1981) reported that topsoil erosion rates from grazed forest and rangeland were 4.2 tons/acre-year and 3.1 tons/acre-year compared to less than 1 ton for healthy forest and range. Packer (1998) documented that loss of soil in Utah and Idaho watersheds through erosion and runoff increased as ground cover decreased. A decrease in ground cover from 40% to 16% resulted in 6 times more runoff and 5.4 times more sediment yield. Trimble and Mendel (1995) estimated that peak storm runoff from a 120 ha basin in Arizona would be 2 to 3 times greater when heavily grazed than when lightly grazed. Lusby (1979) studied grazing systems including removal of livestock from control watersheds in Badger Wash, Colorado. He found that during the period 1953 to 1973, complete exclusion of livestock resulted in over a 40% decrease in runoff and a reduction of 63% in sediment yield.

The following figure (Figure 1) was taken from Packer (1998) in order to show how soil erosion varies with slope and ground cover by plants and litter. This figure was derived from 5-minute rainfall simulations. At the lowest gradient of 5%, erosion begins to rapidly accelerate when ground cover drops below 60%. At 35% slope, erosion is accelerating rapidly as ground cover decreases below 100%. The fine-grained sandy soils occurring on the Hackberry allotment are susceptible to both wind and water erosion and will erode rapidly when ground cover declines below potential. Management must be designed to minimize trampling of uplands by livestock in order to allow microphytic crusts to return to potential cover values and impede the rapid erosion observed in GSENM.

While the above literature demonstrating the relationship between livestock grazing and erosion rates is certainly instructive, even more telling are those studies that have measured both vegetative cover and erosion rates on both grazed and ungrazed sites in arid regions. For example, Gamougoun et al. (1984) found that the 3-year average of standing biomass in a grazing exclosure in New Mexico was 1,550 kg/ha, whereas a nearby moderately grazed pasture contained a 3-year average of 637 kg/ha of standing biomass. The same study found that the erosion rate (measured as the mean wet sediment production resulting from simulated rainfall) on the ungrazed site was 38 kg/ha, whereas the erosion rate on the moderately grazed site was 153 kg/ha. In a similar study conducted by Meeuwig (1965) in Utah, it was found that combined grass and forb cover on the ungrazed site was 58.4%, whereas forb/grass cover on the grazed site was 49%. The same study found that the erosion rate (measured as the mean wet sediment production resulting from simulated rainfall) on the ungrazed site was 173 lb/acre, whereas the erosion rate on the moderately grazed site was 840 lb/acre.

(3) Ensuring resiliency and regeneration of plant community. The normal utilization standard of 50%, developed from research on root-growth stoppage as a result of grazing (Crider 1955) and sometimes known as the "take half and leave half" policy, is inappropriate for the Colorado Plateau. Crider grew several Mid-western perennial grasses under ideal precipitation and nutrient conditions and monitored root growth changes due to clipping over a period of two months. Crider concluded that root growth at the end of the growing season was not impaired when a single clipping removed 50% or less of the above ground biomass.

BLM_0080633



**Figure 1**. Relationship between vegetative cover, slope and soil erosion. Reprinted from from Packer (1998).

The results of Crider's research do not reflect a number of factors that come into play on BLM lands in the arid West, including the applicability to the broad diversity of rangeland plants, grazing practices commonly found on BLM lands, semiarid or arid conditions, plant regeneration, soil nutrient recycling, litter generation, plant community composition, and wildlife habitat structure. As a result, range scientists have concluded that there is no scientific basis behind BLM's 50% policy for utilization (Caldwell 1984). Still, allowable utilization rates of 50% seem to dominate AMPs on BLM lands in the intermountain West, while recent Forest Plans such as the Wasatch-Cache and Caribou are reducing utilization rates well below this figure to 30 – 40% for areas with much greater precipitation than GSENM. While the range literature does not support even these lower levels, they still represent significant departures from the "take half leave half" philosophy.

BLM_0080634

Even within Crider's narrow area of research, current grazing utilization policy does not actually follow his recommendations. Crider was only looking at root growth of perennial grasses under ideal growing conditions. Under those conditions, he concluded that up to 50% of the aboveground biomass could be clipped **once** without root growth being significantly impaired. He further concluded that repeated clipping (which more accurately represents multi-month grazing periods common on BLM allotments) would significantly inhibit plant growth when a total of 50% of the biomass is removed. BLM was incorrect to apply the "take half and leave half" utilization level where grazing leads to numerous clippings, and on arid lands.

This research tells us that, at the very least, 50% of the above-ground biomass needs to remain each season, to ensure that the plant community remains viable, and can regenerate itself and remain resilient, even in the face of drought (which we know we have to assume on the Colorado Plateau). In fact, Jerry Holechek, well known Range Science Professor and textbook author from New Mexico State University, along with others are now recommending allocations of forage in arid areas that provide residuals of 50% for watershed protection aside from wildlife needs and livestock use (Holechek et al (2001).

Our recommended allocation for grass/forb biomass necessary to protect soils from erosion, while ensuring resiliency and regeneration of plant community. In addition to the suggested forage allocations to mammal herbivores and invertebrates outlined above, we recommend an additional allocation, as do the current leading range scientists such as Holechek, that will ensure the needs of the soils to resist erosion and the vegetation community itself to be able to regenerate and be resilient in the face of both grazing and assumed drought. While our research on this topic is ongoing, the literature featured above clearly shows us that (1) ground cover potential in GSENM is high and most allotments are not currently exhibiting predicted or historic levels of cover, (2) the reduction in ground cover because of livestock grazing definitively increases erosion potential, and (3) no more than 50% of the above ground biomass can be "clipped" (or eaten) by wildlife, invertebrates and livestock each season if the plant community is to remain viable and resilient. Because the nature of the scientific literature is such that it is difficult to exactly say what percentage of annual productivity must remain on the land to resist erosion, for now we are simply recommending, as do Holechek et al (2001), that a 50% allocation of biomass be set aside to ensure the soil and vegetation needs in GSENM.

This allocation does not "overlap" with those we recommend for invertebrates and native mammals, as these allocations represent biomass that will be removed from the vegetative community over the course of a year, and the plant community needs to retain a certain minimum percentage (i.e. 50%) of its biomass to simply remain viable, resilient and regenerate itself. We argue that this 50% allocation is conservative.

**_2.3.5. Allocation of remaining forage for cattle._** Once the above allocations are made, the remaining kg/ha of available forage production can be allocated to cattle. Currently, the BLM divides the available forage by 800 lbs based on the presumed average weight of cattle. For now, we also utilize the 800 lb. (or rather, 364 kg) allocation for our capacity model since this is a standard used by the agency. However, we anticipate revising this number in future iterations

BLM_0080635

of our model.  The 800 lb. allocation may not reflect the increased livestock size now seen on many BLM lands.  Holechek et al. (2001) uses 1000 lbs. as the average weight of cattle.  We recommend that the Monument use the Holechek number for mature cattle (1000 lbs) in order to reflect the larger size of animals today.  A check of the USDA market statistics at http://www.ams.usda.gov/mnreports/lm_ct166.txt reveals that these animals are very large today with average weights of mature cattle above 1000 lbs, more like 1200 lbs with calves running several hundred pounds each.  It is erring to the low side to consider a cow/calf pair as 1000 pounds.

We anticipate using Holecheck's cattle weight  the same in later versions of our model.  But as stated above, we resort for now (in the following Upper Hackberry example) to the cow/calf allocation used by the BLM, thus rendering our model even more conservative.

## 2.4 Using a GIS to assess available forage and make ecological allocations

This section describes how to apply a GIS, incorporating the above recommended capability and suitability adjustments and ecological allocations of forage, to determine the amount of forage that might be available for livestock after these ecological needs are met.   Our recommended forage/capacity model utilizes ArcGIS ESRI (Environmental Systems Research Institute, Inc.) software, and a spreadsheet program such as MS Excel or Corel Quattro Pro.  The GIS data needed for this analysis includes a digital coverage of the grazing allotment boundaries, a soil coverage delineating NRCS soil map units, and a coverage that identifies areas as incapable and/or unsuitable (see page 7) for livestock grazing.  Each soil map unit comes with an associated description of the geology, soil, and plant community.[10]

The steps outlined below explain how values are achieved that are used in our suggested forage/capacity formula.  The formula applied to each soil map unit for forage capacity estimation is as follows:

$$S = \frac{F_s\,(1\text{-}E)AD_w}{800 \text{ (or 364 if using metric)}}$$

S = Stocking capacity in terms of animal unit months
$F_s$ = total Seasonal Forage production
E = Ecological forage allocation, here assumed to be 85%
A = Area (in acres or hectares) of the soil map unit
$D_w$ = Distance to water factor (0-1.6km is 1, 1.6 to 3.2km is 0.5 and over 3.2 km is 0)

The first step of the forage analysis and capacity model requires that the user assemble the necessary information for the capability and suitability of the grazing unit (i.e. pasture or

---

[10] In the early 1980s BLM, in coordination with NRCS (then the Soil Conservation Service) conducted range surveys as part of the preparation of a soil survey.  These soil map unit descriptions were reported as "Site Write-up Areas" (SWAs).  The SWAs recorded the percent weight of the total aboveground plant biomass grown each year for each observed plant species.  The total annual plant growth (in lbs/acre) was also recorded.  A number of other factors were sometimes recorded including percent bare ground, percent ground cover, and slope.

BLM_0080636

allotment).  This includes a topographic coverage depicting slopes of the grazing unit and areas inaccessible to livestock (because of cliffs, canyons or other physical barriers), a hydrographic coverage, and coverages showing other important factors that may render portions of an allotment unsuitable for grazing (i.e. important habitats for TES species, rare plant communities, high recreation use areas, etc.).  Using the clipping feature of the GIS, those parts of each soil map unit on the allotment that are either incapable or unsuitable for grazing are removed.  Calculate the area within the grazing unit that remains within each soil unit.  Enter this value in the "Area" entry in the forage/capacity model formula.

Once the incapable and unsuitable portions of the grazing allotment are removed from each soil map unit, the land manager next determines the amount of available forage in the remaining area.  The NRCS soil coverage is used for this purpose.  A soil map unit may consist of several intermingled plant communities.  For example, soil map unit 15 (SWA L151), consists of 75% semidesert sandy loam big sage, 20% semidesert loam, and 5% semi desert shallow loam vegetation communities.  In our forage capacity model, only grass and forb production is used when estimating the available forage on the grazing unit.  This decision is supported by research on livestock use of forage.  Kinuthia et al. (1992) found that for spring and summer diets of cattle in the Wyoming big sagebrush plant community, 96% of the diet for cattle was graminoids.  Holechek et al (2001) report that cattle consumption of forage is comprised of 76% grasses and 10% forbs in Utah sagebrush communities.  In salt desert shrub communities, more consumption of shrubs will occur.   In most areas, the assumption that cattle forage capacity can be accurately represented by only considering grasses and forbs appears valid.

The estimated forage for each of these plant communities[11] is multiplied by the percent of the soil map unit comprised of that community type.  Repeat this step for each community type within the soil map unit, and add these values together to determine the total forage available on the soil map unit.  Enter this value as the "forage production" entry in the forage capacity model formula.

Next, determine the total percentage of available forage (grass and forb biomass) that is allocated to (1) mammal herbivores, (2) invertebrates, and (3) the needs of the soil and vegetative community.  Our model suggests 10% allocation to invertebrates, 50% allocation for the needs of soil and vegetation, and 227 kg/ha of forage for native mammals.  To convert this value into a percentage, use the estimated forage biomass that is predicted by the NRCS Range Site Type predictions for each soil unit, and determine what percentage our suggested value (227 kg/ha) is of the estimated kg/ha of forage for that soil unit.[12]  Add the percent values of (1), (2), and (3), above, to achieve the total ecological allocation for each soil type.  Multiply this value with the estimated forage for that soil type, and enter this value as the "Ecological Forage allocations" entry in the forage capacity model formula.

[11] Be sure to see pages 7-8 where we make recommendations on how forage for each vegetation community type, or Range Site Type is estimated.
[12] In the Upper Hackberry example we feature in the following section, this calculation resulted in a 25% allocation of forage for herbivores across the entire allotment.  Combined with the other allocations for invertebrates, and soils and vegetation, this resulted in an 85% allocation for ecological needs on the allotment.

BLM_0080637

There are many assumptions the user is making when using this model.  These are:
1. Grazing use is uniformly distributed across all suitable lands.
2. The forage estimates represent the forage production of a soil map unit.
3. Livestock capacity can be adequately estimated using grass and forb production.
4. Average year precipitation and plant production occurs (during below average years such as occur nearly half the time in GSENM, plant productivity will be significantly reduced and this should be taken into account in setting annual stocking rates).
5. Grazing use is uniform among forage plants in each of the distance-to-water zones.
6. Grazing does not occur in a manner or time that prevents the growth of the predicted forage biomass.  Heavy early spring grazing, for example, could curtail the total forage production for a season and grazing during drought could reduce forage production in following years (Galt et al 1999).

Obviously, there will be many situations where these assumptions are not met.  With a couple exceptions (i.e. number 3 above), the forage capacity of an allotment and the resulting estimated stocking rate should usually be further reduced if these assumptions are not met.

To review, here is the sequence of steps to run the capacity model, most of which have already been discussed above:
1. Assemble spatial data for allotment (i.e. allotment boundary, soil map, and unsuitable and incapable areas, hydrology, etc.)
2. Using a GIS, clip the soil map with the allotment boundary.
3. Remove from each soil map unit those lands found to be incapable and unsuitable for grazing (steep slopes, rock outcrops, productivity of less than 19kg/ha of forage)
4. For each soil map unit, add a factor on the amount of land available to graze based on distance from water (see Table 1).
5. Export the soil map unit attributes to a spreadsheet table.
6. Determine soil map unit productivity of grasses and forbs (see pages 7-8 for our recommendations on how to do this.  Actual, on-site clipping is preferred method).
7. Determine the percent of forage required for ecological needs of vegetation, soils and wildlife (ecological allocations).
8. Insert values into soil map unit spreadsheet.
9. Calculate number of animal unit months (AUMs) of forage available for livestock in each soil unit.

In the following chapter, we present an example of how to use this method of forage analysis and capacity estimation, on the Upper Hackberry allotment in the GSENM.

---

BLM_0080638

# CHAPTER 3: EXAMPLE AND DISCUSSION OF FORAGE ANALYSIS FOR THE UPPER HACKBERRY ALLOTMENT

We chose the Upper Hackberry allotment to demonstrate how our GIS model can assess capacity. This allotment was chosen in part because BLM has consistently reported that the grazing permit holder has been "doing a good job of managing their allotment" (BLM 1995), and also because this area represents Range Site Types that are generally common in the Monument. This allotment is part of a regional grazing planning effort and, for this reason, more recent digital data are available. Lastly, we chose this allotment because it is of more modest size (20,000 acres). This allowed us to easily conduct clipping studies of forage productivity.

This allotment is located a few miles south of Kodachrome Basin State Park and ten miles east of Bryce Canyon National Park (Figure 2). The area is dominated by sandy soils, pinyon juniper forests, sagebrush plateaus, sandstone escarpments, badland hills, and entrenched perennial streams on the allotment borders. Based on fifty years of precipitation data, the average annual rainfall for this area is 11 inches and drought occurs frequently.



**Figure 2**. Location map for Upper Hackberry allotment, GSENM

Before we conducted our own clipping survey in Upper Hackberry, we looked to the NRCS

BLM_0080639

data for the soils types present to ascertain what the predicted productivity is for this allotment (Figure 3). For example, the upland loam - basin big sagebrush soil map unit (a prevalent soil type in the allotment) is predicted to produce between 300 to 800 lbs (reflecting the range from a dry year to a wet year) of annual plant growth per acre per year. The predicted composition of this potential plant community for this Range Site Type expects that 30 to 60% of the plant production would be from forbs and grasses and the rest from shrubs and trees. As described above in the Methods Section, we did not include shrubs in the forage base for livestock. Using the NRCS data, we determined that the potential production of the upland loam soil map unit for a potential native plant community would be 400 lbs per acre of grasses and forbs in an average year. Much less would be produced in a dry year.

We conducted our clipping studies of plant productivity in Upper Hackberry during a below average precipitation year (2001) and, for this reason, this analysis produced forage production values that are far less than would occur in an average precipitation year. Since below average precipitation years occur frequently, capacity analysis based on these clipping surveys is very useful, and appropriately conservative.

Thanks to BLM's recent land use plan and upcoming grazing EIS for this area, BLM was able to supply a number of coverages that aided in this analysis. The coverages used in this analysis include Site Writeup Area (SWA) maps (which described soil map units,), grazing allotment boundaries, and surface water sources.

While most of the coverages needed already existed, some modifications were needed. We had to create a map of those lands identified as incapable and unsuitable for grazing. Also, BLM's soil map did not show soil inventories for state and private lands, some of which are found inside the Upper Hackberry Allotment. Using geo-referenced aerial photos, we edited the soil map unit coverage to include polygons for adjacent parcels that used to be state lands.

A number of factors were used to determine which parts of the Upper Hackberry Allotment are capable, and incapable, of supporting grazing (shown in Figure 4 and summarized in Table 4, below). Those parts of the allotment incapable for grazing include those lands where steep slopes and rock outcrops render certain areas inaccessible to cattle. Many of these incapable areas were also identified by BLM in an earlier capacity assessment for Upper Hackberry (1984). We also factored in steep slopes, removing those parts of the allotment from consideration that had slopes steeper than 30% (a criteria also used by the BLM in their 1984 assessment). We also accounted for distance to water in our capability assessment, using the GIS to identify those parts of the allotment that are 0-1.6km from water, 1.6 to 3.2km from water, over 3.2 km from water. Areas over 3.2 km from water were completely removed from the capable area (treatment of the other two classes are described below). Lastly, we removed those areas with annual forage production of less than 19kg/ha (or 17 lb/acre, BLM 1981) based on our clipping studies on the allotment. These last two criteria were not considered by the BLM in their 1984 forage assessment, and we stress that more reasonable figures such as the 100 lb/acre suggested by Holechek (1996) be used as minimum criteria by GSENM.

BLM_0080640



**Figure 3.** Soil map units for the Upper Hackberry grazing allotment, GSENM

BLM_0080641

**Table 4.** Area capable and suitable for livestock grazing in the Upper Hackberry Allotment, defined both by the BLM from their 1984 capacity analysis, and by the authors, utilizing the proposed capacity model.

| | | |
|---|---|---|
| Allotment size | 100% | **22,734 Acres** |
| Capable and suitable for grazing (1984 BLM assessment) | 67% | **14,335 acres** |
| Capable and suitable for grazing (based on BLM standards for slope and inaccessibility, plus areas with >19 kg forage/ha and <3.2 km to water) | 26% | **5,819 Acres** |

There were a number of capability and suitability criteria recommended in our approach (see pages 7-8) that did not apply to the Upper Hackberry test case. We felt that unstable or highly erodible soils (as defined by NRCS) were a moot point in this case, as our slope factor removed steep, erodible slopes, and in addition, we removed the pinyon-juniper dissected slopes Range Site Type because of its extremely low forage production (as demonstrated by our clipping studies). These soil types are known to have unstable and erodible soils. As for our four suitability factors (habitat identified as important for T/E/S species, jurisdictional wetlands and springs, rare plant communities, areas that receive very high levels of recreation use) we found that these components were completely missing or present in near negligible amounts on the Hackberry allotment.

After the parts of the allotment that were incapable of supporting grazing were removed from the analysis, we applied our forage production values (from our clipping studies) to each Range Site Type in each soil map unit the Upper Hackberry GIS coverage. For each soil map unit, we added forage productivity estimates to the relational table generated by the GIS that we used to calculate the grazing capacity. Table 5 shows the forage production, in terms of expected annual growth (lb/acre) of grass and forbs, that our clipping studies indicate is available, and what the NRCS's 1984 Site Write-up's indicate for those soil types.[13]

Using GIS, we added for each soil map unit (soil community) a factor that reflected the amount of forage relative to distance of the area from a water source. For a distance of 0 to 1.6 km from water, all forage is allocated and the factor is 1. For a distance of 1.6 km to 3.2 km from water, half of the forage is available or a factor of 0.5. For distances from water of greater than 3.2 km, no forage is assumed available, or a factor of 0.

Next, the GIS estimated the size of each of these soil area units with their related attributes of capability/suitability, distance from water, and plant productivity. The GIS table with these values was then exported and, using a spreadsheet program, the forage capacity model formula was applied to each individual soil community type. As described in Section 2, our proposed ecological allocation for the Upper Hackberry allotment was 85%, thus leaving 15% of annual

---

[13] The table and figure on the following section (Figure 5 on pg 29 and Table 7 on pg 30) shows that the transects the authors measured on the Upper Hackberry allotment range between 30 and 90% bare ground. Microphytic crust ranged in cover from 0 to 28% indicating that when trampling is minimal in areas where livestock don't linger, crust potential is high and ground cover potential therefore is also high.

BLM_0080642

forage productivity for cattle.



**Figure 4.** Areas within the Upper Hackberry Allotment that are capable, and incapable, of supporting grazing.

   In addition to running the model using our own recommendations for ecological allocations, the model was also run for the traditional "take half and leave half," or 50% allocation to cattle. The results of the capacity model are shown in Table 6.  This table also depicts past capacity analyses conducted by the agency, current permitted use, and average livestock grazing use. Based on the Upper Hackberry Allotment file, the part of the allotment that has traditionally been used for grazing matches that area identified by our GIS model as suitable for grazing.

BLM_0080643

**Table 5.** Upper Hackberry soil community categories and forage production, as indicated by the authors' 2001 clipping studies in the Hackberry allotment, and the NRCS 1984 Site Write-ups.

As evidenced in Table 6 below, both the permitted use and actual use on Upper Hackberry are substantially higher than the level necessary to meet the ecological needs of healthy rangelands. This conclusion is

| Site write-up area unit | Map unit number | Ecosite | 1984 SWA forage (lb/acre) | 2001forage (clipping survey) lb/acre |
|---|---|---|---|---|
| L151 | K 15 | SEMIDESERT SANDY LOAM (BIG SAGE) | 332 | 174 |
| M141 | K 14 | UPLAND LOAM | 5 | 77 |
| M163 | K 16 | UPLAND SANDY LOAM | 138 | 106 |
| S149 | K 14 | seeding | 600 | 150 |
| S167 | K 16 | chaining/seeding | 520 | 107 |

actually an understatement because this capacity analysis is only to be used for rangelands that are at our near their potential productivity, which is not the case in this allotment. Moreover, the 191 AUMs represents a grazing level for plant production found in 1984 during a normal precipitation year. The 93 AUMs represent a level of grazing based on recent plant community productivity clipping surveys during a dry year.

**Table 6.** Forage capacity estimates for the Upper Hackberry Allotment

| | | |
|---|---|---|
| **1967 BLM capacity estimate** | **1,388** | **AUMs** |
| **Permit to graze** | **651** | **AUMs** |
| **Reported grazing use, 5 year average** | **408** | **AUMS** |
| **Amount of allotment BLM found suitable for grazing in 1984 (15,335 out of 22,734 acres)** | **67%** | **percent** |
| **Amount of allotment suitable based on our proposed capacity model (5,819 out of 22,734 acres)** | **26%** | **percent** |
| **Grazing capacity based on 50% forage use of 1984 BLM/SCS forage estimate and calculation of suitability** | **638** | **AUMs** |
| **Grazing capacity based on 15% forage use of 1984 BLM/SCS forage estimate and calculation of suitability** | **191** | **AUMs** |
| **Grazing capacity based on 15% use of 2001 WUP clipping survey forage data and calculation of suitability** | **93** | **AUMs** |

## 3.2 Discussion of results of forage capacity analysis for Upper Hackberry, in light of range conditions.

In addition to performing the necessary clipping studies to carry out our Upper Hackberry forage analysis described above, we also calculated coverage of vegetation on the allotment. These data are featured in Figure 5.

BLM_0080644



**Figure 5.** The authors' ground cover estimates (%) for various Range Site Type cover transects in the Upper Hackberry allotment (data collected fall 2001).

Our initial results of our forage capacity estimate for the Upper Hackberry allotment indicates these pastures are currently producing forage, and vegetative cover, far below their potential. We argue that it's important to analyze these results in light of past and current trend data, monitoring, and rangeland health assessments collected by and carried out by the BLM, in order to corroborate our findings.

BLM range monitoring and recent rangeland health assessments describe, in part, the range condition and ecological health of this allotment. In 2001, BLM visited two riparian sites and found that these riparian areas were functioning at risk, and without positive trends (Table 7). This indicates that these riparian areas were not meeting the rangeland health standards. Visits to the Rock Springs Bench site by the authors verified that heavy livestock grazing was a regular occurrence at these water sources.

BLM_0080645

**Table 7.** Riparian properly functioning condition assessments for the Upper Hackberry Allotment*

| OBS_ID | Riparian/ Wetlands Area | RATING | TREND | Notes |
|---|---|---|---|---|
| LE0505 | Rock Springs | FAR | DOWNWARD | This area is a small spring in a drainage on an upland slope so it's probably naturally marginal conditions. |
| LE1003 | Spring below rockfall on Hackberry | FAR | NOT APPARENT | Trailing from recreation & possible livestock. Contact Spring in Kayenta.  Headcut at mouth that may not be active.  Part of wetland cut down to bedrock.  More willow would better hold wetland together... |

* These data are reproduced from BLM's database created for the upcoming grazing EIS.  The notes are directly taken from BLM's records for these two observation sites.

We believe that BLM's rangeland health assessments for this allotment (Table 8) understate the ecological problems found in this allotment.  Field clipping data on plant community productivity was not collected by BLM when these assessments were made.  Based on our field data for Upper Hackberry, standing forage biomass is believed to be between 10 and 20% of its potential.  According to the BLM's criteria for evaluating rangeland health indicator No. 15 (plant production), this indicator should have received a rating of 2 rather than 3.[14]  Yet another problem with the Monument's rangeland health assessments for this allotment is that no ecological reference site was identified for the Upper Hackberry Allotment.  This would lead one to conclude that no suitable reference sites exist in this allotment, which is an unfortunate commentary on the ecological state of affairs in this area.

**Table 8.** Rangeland health indicator ratings for the Upper Hackberry Allotment.

---

[14] Part of the problem with this indicator is that in rangelands dominated by trees and shrubs, the indicator may not adequately describe loss of forage production in the common situation where forb and grass production is extremely low and shrub and tree production high.

BLM_0080646

These are not ratings for individual indicators, but rather suites of indicators that describe similar categories (soils, hydrology, biotic integrity) are averaged together.

| Observation Site ID | Pasture | SWA soil identification | Soil stability | Hydrologic Function | Biotic Integrity |
|---|---|---|---|---|---|
| E0545 | Rock Springs | S167 | 3 | 3 | 3 |
| E0527 | South Jody | L172 | 3 | 3 | 4 |
| E0528 | South Native | M207 | 4 | 4 | 4 |
| E0546 | South Native | L172 | 5 | 5 | 4 |
| E0530 | South Native | M163 | 4 | 4 | 4 |
| E0531 | South Native | L172 | 4 | 4 | 4 |
| E0532 | Rock Springs | L182 | 4 | 4 | 4 |
| E0538 | Rock Springs | M163 | 4 | 4 | 4 |
| E0539 | Rock Springs | L172 | 4 | 4 | 4 |
| E0535 | South Jody | S149 | 3 | 3 | 3 |
| E0536 | South Jody | L172 | 5 | 5 | 4 |
| E0537 | South Jody | M191 | 5 | 5 | 5 |
| E0529 | South Native | M191 | 5 | 4 | 4 |
| E0533 | North Jody | L182 | 4 | 4 | 4 |
| E0534 | Middle Jody | M141 | 4 | 4 | 4 |
| E0540 | Middle Jody | S149 | 3 | 3 | 3 |

Permanent trend plot sites have been in place in the Upper Hackberry Allotment since 1969. The data from these trend plots are presented in Table 9, which depicts percent ground cover for key grass species, such as crested wheatgrass (*Agropyron cristatum*, a seeded exotic) and other, native, grasses. While these native species receive much less monitoring, that which is conducted shows that coverage of these species is much less than that predicted by the NRCS as the potential plant community, confirming the plot clipping results we obtained represent degraded conditions.

In summary, based on BLM's records and the authors clipping studies, the plant community composition and productivity of this allotment are not currently meeting the standards for rangeland health. The productivity is much lower than it should be. This capacity model assumes that the allotment under analysis meets rangeland health standards and has productivity of at least half or better of the potential productivity for the site. This is not the case for the Upper Hackberry Allotment. Thus, the Upper Hackberry allotment is a likely candidate for the "recovery prescription" described above, and elsewhere in this guidance document.

**Table 9**. Upper Hackberry Allotment monitoring data from

BLM_0080647

permanent trend plots, provided by BLM.  Some data is missing.

| Key Species | Plot | Date | Pasture Name | % ground cover |
|---|---|---|---|---|
| | | | | 0 |
| AGCR | 2-50 A | 7/1/1969 | Jody Pt. | 5 |
| AGCR | 2-50 A | 7/1/1976 | Jody Pt. | |
| AGCR | 2-50 A | 7/1/1993 | Jody Pt. | 1 |
| AGCR | 2-50 A | 7/1/1996 | Jody Pt. | 3 |
| AGCR | 2-50 B | 7/1/1969 | Jody Pt. | 6 |
| AGCR | 2-50 B | 7/1/1976 | Jody Pt. | |
| AGCR | 2-50 B | 7/1/1993 | Jody Pt. | 11 |
| AGCR | 2-50 B | 7/1/1996 | Jody Pt. | 11 |
| AGCR | 2-50 B | 9/15/1996 | Jody Pt. | 11 |
| AGCR | 2-51 A | 7/1/1969 | Jody Pt. | 6 |
| AGCR | 2-51 A | 7/1/1976 | Jody Pt. | 8 |
| AGCR | 2-51 A | 7/1/1993 | Jody Pt. | 10 |
| AGCR | 2-51 A | 7/1/1996 | Jody Pt. | 13 |
| AGCR | 2-51 B | 7/1/1969 | Jody Pt. | 6 |
| AGCR | 2-51 B | 7/1/1976 | Jody Pt. | |
| AGCR | 2-51 B | 7/1/1993 | Jody Pt. | 15 |
| AGCR | 2-51 B | 7/1/1996 | Jody Pt. | 15 |
| BOGR | HB-2B | 9/16/1996 | | 1 |
| MUHLY | HB-2B | 9/16/1996 | | 7 |
| ORHY | HB-2A | 7/13/1982 | | 0 |
| ORHY | HB-2B | 7/13/1983 | | 2 |
| ORHY | HB-2B | 9/11/1984 | | 0 |
| ORHY | HB-2B | 9/11/1984 | | 2 |
| ORHY | HB-2B | 5/16/1988 | | 0 |
| ORHY | HB-2C | 7/13/1982 | | 0 |
| ORHY | HB-2C | 9/11/1984 | | 0 |
| ORHY | HB-2C | 8/27/1985 | | 0 |
| ORHY | HB-2C | 8/27/1985 | | 0 |

BLM_0080648

# CHAPTER 4: CONCLUSIONS AND RECOMMENDATIONS

We offer a new way to assess forage availability and grazing capacity of southern Utah rangelands that uses up-to-date science and technology. The proposed methods provided in this work are all firmly grounded in the latest ecological literature and range science (with numerous allocations borrowed directly from Holechek et al. 2001). Moreover, the widespread adoption of GIS by land managers is aiding many with important management decisions such as setting permitted stocking levels. It is time for the Monument to also use this tool in this important capacity. The grazing capacity analysis described above promises to give permittees and land managers a tool for addressing grazing problems that they have not had before.

One of the key findings outlined in Section 3 (above) is that the forage/grazing capacity of the Hackberry allotment as determined by our proposed model is much less than that currently assumed by BLM. Section 3 also demonstrates many indicators of current overgrazing in the Upper Hackberry Allotment. There are many reasons that the BLM should seriously consider adopting our proposed method (or a variation of this method) to set stocking rates throughout the Monument during this DEIS process. At this time stocking rates established in current grazing permits appear without a systematic analysis of the forage production capacity. We realize that it can be difficult to do forage biomass clippings on every allotment. At the VERY least, the GSENM needs to do GIS analysis to reduce the allotment to truly "useable" sections and then reduce AUMs accordingly.

The chances of actually meeting the Standards and Guidelines are going to be much better if our capacity model (or a form of it) is used in this process. As we point out elsewhere in this guidance document, only about 35% of Monument allotments are so far meeting all four Standards (compared to about an 80% success rating on other Utah BLM lands thus far), and our analysis above indicates these might have been more favorably rated that actual data collection would show. It clearly behooves the Monument to use all available tools at its disposal to strive to do a better job meeting these standards in the future.

Our model reaffirms the need for key plant community data generated from ongoing monitoring. Plant community composition, forage biomass production, litter, and bare ground are a few of the key monitoring data necessary to assess the amount of livestock grazing that is consistent with rangeland health standards. Further, the trend plot data currently collected by the BLM provide inadequate information to analyze the range condition requirements established by the Standards and Guidelines. It is important that the Monument establish a quantitative monitoring protocol to ensure that forage allocations are not exceeded in order to protect ecological health, including plant productivity and wildlife habitat. This protocol must also measure ground cover in order to ensure that this vital component is restored and protected at near potential in order to correct the severe erosion evidenced across the Monument.

BLM_0080649

In closing, we stress that this is a work in progress.  The material presented here will soon be submitted to an academic journal for further peer review.  The review and suggestions by Monument DEIS staff is requested and values.  We intend to run the model on additional GSENM allotment(s), and this will include new clipping studies. We look forward to working with Monument range staff in these endeavors.

**\*\* Cited Literature is in included in Literature Cited Section of the Guidance Document\*\***

---

BLM_0080650

**From:** Jonathan B. Ratner
**To:** uformp@blm.gov
**Subject:** Scoping Part 9a
**Date:** Sunday, February 07, 2010 5:10:21 PM
**Attachments:** Baker Garner Lyon 2009 Cheatgrass & native plants GuSG.pdf
BestScience_2008_sagegrouse_energy.pdf
BLM RMP Sage-Grouse_Strategy_1_3_1.pdf
Connelly 2000a - Sage Grouse Guidelines.pdf
Connelly et al - Rangelands - Setting the Record Straight.pdf

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

# Habitat and Management



# Guidelines to manage sage grouse populations and their habitats

*John W. Connelly, Michael A. Schroeder, Alan R. Sands, and Clait E. Braun*

Abstract   The status of sage grouse populations and habitats has been a concern to sportsmen and biologists for >80 years. Despite management and research efforts that date to the 1930s, breeding populations of this species have declined throughout much of its range. In May 1999, the western sage grouse (C. urophasianus phaios) in Washington was petitioned for listing under the Endangered Species Act because of population and habitat declines (C. Warren, United States Fish and Wildlife Service, personal communication). Sage grouse populations are allied closely with sagebrush (Artemisia spp.). Despite the well-known importance of this habitat to sage grouse and other sagebrush obligates, the quality and quantity of sagebrush habitats have declined for at least the last 50 years. Braun et al. (1977) provided guidelines for maintenance of sage grouse habitats. Since publication of those guidelines, much more information has been obtained on sage grouse. Because of continued concern about sage grouse and their habitats and a significant amount of new information, the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee, under the direction of the Western Association of Fish and Wildlife Agencies, requested a revision and expansion of the guidelines originally published by Braun et al. (1977). This paper summarizes the current knowledge of the ecology of sage grouse and, based on this information, provides guidelines to manage sage grouse populations and their habitats.

Key words   Artemisia, Centrocercus urophasianus, guidelines, habitat, management, populations, sage grouse, sagebrush

The status of sage grouse populations and habitats has been a concern to sportsmen and biologists for >80 years (Hornaday 1916, Patterson 1952, Autenrieth 1981). Despite management and research efforts that date to the 1930s (Girard 1937), breeding populations of this species have declined by at least 17–47% throughout much of its range (Connelly and Braun 1997). In May 1999, the western sage grouse (*C. urophasianus phaios*) in Washington was petitioned for listing under the Endangered Species Act because of population and habitat declines (C. Warren, United States Fish and Wildlife Service, personal communication).

Sage grouse populations are allied closely with sagebrush (*Artemisia* spp.) habitats (Patterson 1952, Braun et al. 1977, Braun 1987). The dependence of sage grouse on sagebrush for winter habitat has been well documented (Eng and Schladweiler 1972, Beck 1975, Beck 1977, Robertson 1991). Similarly, the relationship between sagebrush

Address for John W. Connelly: Idaho Department of Fish and Game, 1345 Barton Road, Pocatello, ID 83204, USA; e-mail: JCsagegrouse@gateway.net. Address for Michael A. Schroeder: Washington Department of Fish and Wildlife, P.O. Box 1077, Bridgeport, WA 98813, USA. Address for Alan R. Sands: Bureau of Land Management, 1387 S. Vinnell Way, Boise, ID 83709-1657, USA; present address: The Nature Conservancy, 2404 Bank Drive, Suite 314, Boise, ID 83705, USA. Address for Clait E. Braun: Colorado Division of Wildlife, Wildlife Research Center, 317 W. Prospect Road, Fort Collins, CO 80526, USA; present address: Grouse Inc., 5572 North Ventana Vista Road, Tucson, AZ 85750-7204,USA.

BLM_0080652



Sage grouse on a nest with good shrub and herbaceous cover. The nest was successful.

habitats and sage grouse nest success has been described thoroughly (Klebenow 1969, Wallestad and Pyrah 1974, Wakkinen 1990, Connelly et al. 1991, Gregg et al. 1994). Despite the well-known importance of this habitat to sage grouse and other sagebrush obligates (Braun et al. 1976, Saab and Rich 1997), the quality and quantity of sagebrush habitats have declined for at least the last 50 years (Braun et al. 1976, Braun 1987, Swenson et al. 1987, Connelly and Braun 1997).

Braun et al. (1977) provided guidelines for maintenance of sage grouse habitats. Since publication of those guidelines, much more information has been obtained on relative size of sagebrush habitats used by these grouse (Connelly 1982, Connelly et al. 1988, Wakkinen et al. 1992), seasonal use of sagebrush habitats (Benson et al. 1991, Connelly et al. 1991), effects of insecticides on sage grouse (Blus et al. 1989), importance of herbaceous cover in breeding habitat (Wakkinen 1990, Connelly et al. 1991, Gregg 1991, Barnett and Crawford 1994, Drut et al. 1994a, Gregg et al. 1994), and effects of fire on their habitat (Hulet 1983; Benson et al. 1991;

Robertson 1991; Fischer 1994; Fischer et al. 1996a, 1997; Pyle and Crawford 1996; Connelly et al. 2000b). Because of continued concern about sage grouse and their habitats and a significant amount of new information, the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee, under the direction of the Western Association of Fish and Wildlife Agencies, requested a revision and expansion of the guidelines originally published by Braun et al. (1977). This paper summarizes the current knowledge of the ecology of sage grouse and, based on this information, provides guidelines to manage sage grouse populations and their habitats.

## Population biology

### Seasonal movements and home range

Sage grouse display a variety of annual migratory patterns (Beck 1975, Wallestad 1975, Hulet 1983, Berry and Eng 1985, Connelly et al. 1988, Wakkinen 1990, Fischer 1994). Populations may have: 1) distinct winter, breeding, and summer areas; 2) distinct summer areas and integrated winter and breeding areas; 3) distinct winter areas and integrated breeding and summer areas; or 4) well-integrated seasonal habitats (nonmigratory populations). Seasonal movements between distinct seasonal ranges may exceed 75 km (Dalke et al. 1963, Connelly et al. 1988), which complicates attempts to define populations. Thus, Connelly et al. (1988) suggested that sage grouse populations be defined on a temporal and geographic basis. Because of differences in seasonal movements among populations (Dalke et al. 1963, Wallestad 1975, Connelly et al. 1988, Wakkinen 1990), 3 types of sage grouse populations can



Sage grouse on a nest with poor shrub and herbaceous cover. This nest was unsuccessful. Photo by Jena Hickey.



Sage grouse on winter range. Note the relatively sparse cover; without snow, the canopy cover of sagebrush in this area exceeds 20%.

be defined: 1) nonmigratory, grouse do not make long-distance movements (i.e., >10 km one way) between or among seasonal ranges; 2) one-stage migratory, grouse move between 2 distinct seasonal ranges; and 3) 2-stage migratory, grouse move among 3 distinct seasonal ranges. Within a given geographic area, especially summer range, there may be birds that belong to more than one of these types of populations.

On an annual basis, migratory sage grouse populations may occupy areas that exceed 2,700 km² (Hulet 1983, Leonard et al. 2000). During winter, Robertson (1991) reported that migratory sage grouse in southeastern Idaho made mean daily movements of 752 m and occupied an area ≥140 km². For a nonmigratory population in Montana, Wallestad (1975) reported that winter home range size ranged from 11 to 31 km². During summer, migratory sage grouse in Idaho occupied home ranges of 3 to 7 km² (Connelly and Markham 1983, Gates 1983).

Despite large annual movements, sage grouse have high fidelity to seasonal ranges (Keister and Willis 1986, Fischer et al. 1993). Females return to the same area to nest each year (Fischer et al. 1993) and may nest within 200 m of their previous year's nest (Gates 1983, Lyon 2000).

### Survival

Wallestad (1975) reported that annual survival rates for yearling and adult female sage grouse were 35 and 40%, respectively, for poncho-tagged birds. However, Zablan (1993) reported that survival rates for banded yearling and adult females in Colorado were similar and averaged 55%; survival rates for yearling and adult males differed, averaging 52 and 38%, respectively. In Idaho, annual survival of male sage grouse ranged from 46 to 54% and female survival from 68 to 85% (Connelly et al. 1994). Lower survival rates for males may be related to physiological demands because of sexual dimorphism and greater predation rates (Swenson 1986).

### Reproduction

Bergerud (1988) suggested that most female tetraonids nest as yearlings. Although essentially all female sage grouse nested in Washington (Schroeder 1997), Connelly et al. (1993) reported that in Idaho up to 45% of yearling and 22% of adult female sage grouse do not nest each year. Gregg (1991) indicated that, of 119 females monitored through the breeding season in eastern Oregon, 26 (22%) did not nest. However, Coggins (1998) reported a 99% nest initiation rate for 3 years for the same population in Oregon. The differences may be related to improved range condition that resulted in better nutritional status of pre-laying hens (Barnett and Crawford 1994).

Estimates of sage grouse nest success throughout the species' range vary from 12 to 86% (Trueblood 1954, Gregg 1991, Schroeder et al. 1999). Nest success also may vary on an annual basis (Schroeder 1997, Sveum et al. 1998a). Wallestad and Pyrah (1974) observed greater nest success by adults than yearlings. However, significant differences in nest success between age groups have not been reported in other studies (Connelly et al. 1993, Schroeder 1997).

Clutch size of sage grouse is extremely variable and relatively low compared to other species of gamebirds (Edminster 1954, Schroeder 1997). Average clutch size for first nests varies from 6.0 to



Sage grouse nest. Photo by Jena Hickey.

BLM_0080654

9.5 throughout the species' range (Sveum 1995, Schroeder 1997).  Greatest and least average clutch sizes have been reported in Washington (Sveum 1995, Schroeder 1997).

Renesting by sage grouse varies regionally from <20% (Patterson 1952, Eng 1963, Hulet 1983, Connelly et al. 1993) to >80% (Schroeder 1997).  Despite regional variation, differences in renesting rates due to age have not been documented (Connelly et al. 1993, Schroeder 1997).  Because of variation in nest initiation, success, and renesting rates, the proportion of females successfully hatching a brood varies between 15 and 70% (Wallestad and Pyrah 1974, Gregg et al. 1994).  Despite this variation, sage grouse generally have low reproductive rates and high annual survival compared to most gallinaceous species (Zablan 1993, Connelly et al. 1994, Connelly and Braun 1997, Schroeder 1997, Schroeder et al. 1999).

Little information has been published on mortality of juvenile sage grouse or the level of production necessary to maintain a stable population. Among western states, long-term ratios have varied from 1.40 to 2.96 juveniles/hen in the fall; since 1985 these ratios have ranged from 1.21 to 2.19 (Connelly and Braun 1997). Available data suggest that a ratio $\geq 2.25$ juveniles/hen in the fall should result in stable to increasing sage grouse populations (Connelly and Braun 1997, Edelmann et al. 1998).

## Habitat requirements

### Breeding habitats

Leks, or breeding display sites, typically occur in open areas surrounded by sagebrush (Patterson 1952, Gill 1965); these sites include, but are not limited to, landing strips, old lakebeds, low sagebrush flats and ridge tops, roads, cropland, and burned areas (Connelly et al. 1981, Gates 1985). Sage grouse males appear to form leks opportunistically at sites within or adjacent to potential nesting habitat.  Although the lek may be an approximate center of annual ranges for nonmigratory populations (Eng and Schladweiler 1972, Wallestad and Pyrah 1974, Wallestad and Schladweiler 1974), this may not be the case for migratory populations (Connelly et al. 1988, Wakkinen et al. 1992). Average distances between nests and nearest leks vary from 1.1 to 6.2 km, but distance from lek of female capture to nest may be >20 km (Autenrieth 1981, Wakkinen et al. 1992, Fischer 1994, Hanf et al. 1994, Lyon 2000).  Nests are placed independent of lek location (Bradbury et al. 1989, Wakkinen et al. 1992).

Habitats used by pre-laying hens also are part of the breeding habitat.  These areas should provide a diversity of forbs high in calcium, phosphorus, and protein; the condition of these areas may greatly affect nest initiation rate, clutch size, and subsequent reproductive success (Barnett and Crawford 1994, Coggins 1998).

Most sage grouse nests occur under sagebrush (Patterson 1952, Gill 1965, Gray 1967, Wallestad and Pyrah 1974), but sage grouse will nest under other plant species (Klebenow 1969, Connelly et al. 1991, Gregg 1991, Sveum et al. 1998a).  However, grouse nesting under sagebrush experience greater nest success (53%) than those nesting under other plant species (22%, Connelly et al. 1991).

Table 1.  Habitat characteristics associated with sage grouse nest sites.

| State | Sagebrush | | Grass | | Reference |
| | Height[a](cm) | Coverage (%)[b] | Height(cm) | Coverage(%)[c] | |
|---|---|---|---|---|---|
| Colo. | 52 | | | | Petersen 1980 |
| Id. | | 15 | | 4 | Klebenow 1969 |
| Id. | 58–79 | 23–38 | | | Autenrieth 1981 |
| Id. | 71 | 22 | 18 | 3–10 | Wakkinen 1990 |
| Id. | | | 19–23 | 7–9 | Connelly et al. 1991 |
| Id. | 61 | | 22 | 30 | Fischer 1994 |
| Id. | | 15–32 | 15–30 | | Klott et al. 1993 |
| Id. | 69 | 19 | 34 | 15 | Apa 1998 |
| Mont. | 40 | 27 | | | Wallestad 1975 |
| Oreg. | 80 | 20 | | | Keister and Willis 1986 |
| Oreg. | | 24 | 14 | 9–32 | Gregg 1991 |
| Wash. | | 20 | | 51 | Schroeder 1995 |
| Wash. | | 19 | | 32 | Sveum et al. 1998a |
| Wyo. | 36 | | | | Patterson 1952 |
| Wyo. | 29 | 24 | 15 | 9 | Heath et al. 1997 |
| Wyo. | 31 | 25 | 18 | 5 | Holloran 1999 |
| Wyo. | 33 | 26 | 21 | 11 | Lyon 2000 |

[a]  Mean height of nest bush.
[b]  Mean canopy coverage of the sagebrush surrounding the nest.
[c]  Some coverage estimates may include both grasses and forbs.

Mean height of sagebrush most commonly used by nesting grouse ranges from 29 to 80 cm (Table 1), and nests tend to be under the tallest sagebrush within a stand (Keister and Willis 1986, Wakkinen 1990, Apa 1998). In general, sage grouse nests are placed under shrubs having larger canopies and more ground and lateral cover as well as in stands with more shrub canopy cover than at random sites (Wakkinen 1990, Fischer 1994, Heath et al. 1997, Sveum et al. 1998a, Holloran 1999). Sagebrush cover near the nest site was greater around successful nests than unsuccessful nests in Montana (Wallestad and Pyrah 1974) and Oregon (Gregg 1991). Wallestad and Pyrah (1974) also indicated that successful nests were in sagebrush stands with greater average canopy coverage (27%) than those of unsuccessful nests (20%). Gregg (1991) reported that sage grouse nest success varied by cover type. The greatest nest success occurred in a mountain big sagebrush (*A. t. tridentata vaseyana*) cover type where shrubs 40–80 cm in height had greater canopy cover at the site of successful nests than at unsuccessful nests (Gregg 1991). These observations were consistent with the results of an artificial nest study showing greater coverage of medium-height shrubs improved success of artificial nests (DeLong 1993, DeLong et al. 1995).

Grass height and cover also are important components of sage grouse nest sites (Table 1). Grass associated with nest sites and with the stand of vegetation containing the nest was taller and denser than grass at random sites (Wakkinen 1990, Gregg 1991, Sveum et al. 1998a). Grass height at nests under non-sagebrush plants was greater ($P<0.01$) than that associated with nests under sagebrush, further suggesting that grass height is an important habitat component for nesting sage grouse (Connelly et al. 1991). Moreover, in Oregon, grass cover was greater at successful nests than at unsuccessful nests (Gregg 1991). Grass >18 cm in height occurring in stands of sagebrush 40–80 cm tall resulted in lesser nest predation rates than in stands with lesser grass heights (Gregg et al. 1994). Herbaceous cover associated with nest sites may provide scent, visual, and physical barriers to potential predators (DeLong et al. 1995).

Early brood-rearing areas occur in upland sagebrush habitats relatively close to nest sites, but movements of individual broods may vary (Connelly 1982, Gates 1983). Within 2 days of hatching, one brood moved 3.1 km (Gates 1983). Early brood-rearing habitats may be relatively open


Radiotelemetry and a pointing dog are used to capture sage grouse chicks for a research project in southeastern Idaho.

(about 14% canopy cover) stands of sagebrush (Martin 1970, Wallestad 1971) with ≥15% canopy cover of grasses and forbs (Sveum et al. 1998b, Lyon 2000). Great plant species richness with abundant forbs and insects characterize brood areas (Dunn and Braun 1986, Klott and Lindzey 1990, Drut et al. 1994a, Apa 1998). In Oregon, diets of sage grouse chicks included 34 genera of forbs and 41 families of invertebrates (Drut et al. 1994b). Insects, especially ants (Hymenoptera) and beetles (Coleoptera), are an important component of early brood-rearing habitat (Drut et al. 1994b, Fischer et al. 1996a). Ants and beetles occurred more frequently ($P=0.02$) at brood-activity centers compared to nonbrood sites (Fischer et al. 1996a).

## Summer–late brood-rearing habitats

As sagebrush habitats desiccate, grouse usually move to more mesic sites during June and July (Gill 1965, Klebenow 1969, Savage 1969, Connelly and Markham 1983, Gates 1983, Connelly et al. 1988, Fischer et al. 1996b). Sage grouse broods occupy a variety of habitats during summer, including sagebrush (Martin 1970), relatively small burned areas within sagebrush (Pyle and Crawford 1996), wet meadows (Savage 1969), farmland, and other irrigated areas adjacent to sagebrush habitats (Connelly and Markham 1983, Gates 1983, Connelly et al. 1988). Apa (1998) reported that sites used by grouse broods had twice as much forb cover as independent sites.

## Fall habitats

Sage grouse use a variety of habitats during fall. Patterson (1952) reported that grouse move from summer to winter range in October, but during

mild weather in late fall, some birds may still use summer range. Similarly, Connelly and Markham (1983) observed that most sage grouse had abandoned summering areas by the first week of October. Fall movements to winter range are slow and meandering and occur from late August to December (Connelly et al. 1988). Wallestad (1975) documented a shift in feeding habits from September, when grouse were consuming a large amount of forbs, to December, when birds were feeding only on sagebrush.

### Winter habitats

Characteristics of sage grouse winter habitats are relatively similar throughout most of the species' range (Table 2). Eng and Schladweiler (1972) and Wallestad (1975) indicated that most observations of radiomarked sage grouse during winter in Montana occurred in sagebrush habitats with >20% canopy cover. However, Robertson (1991) indicated that sage grouse used sagebrush habitats that had average canopy coverage of 15% and average height of 46 cm during 3 winters in southeastern Idaho. In Idaho, sage grouse selected areas with greater canopy cover of Wyoming big sagebrush (*A. t. wyomingensis*) in stands containing taller shrubs when compared to random sites (Robertson 1991).

Table 2. Characteristics of sagebrush at sage grouse winter-use sites.

| State | Canopy Coverage[a] (%) | Canopy Height[a] (cm) | Reference |
|---|---|---|---|
| Colo. | | 24–36[bd] | Beck 1977 |
| Colo. | | 20–30[cd] | Beck 1977 |
| Colo. | 43[b] | 34[b] | Schoenberg 1982 |
| Colo. | 37[c] | 26[c] | Schoenberg 1982 |
| Colo. | 30–38[de] | 41–54[de] | Hupp 1987 |
| Id. | 38[e] | 56[e] | Autenrieth 1981 |
| Id. | 26[b] | 29[b] | Connelly 1982 |
| Id. | 25[c] | 26[c] | Connelly 1982 |
| Id. | 15 | 46 | Robertson 1991 |
| Mont. | 27 | 25 | Eng and Schladweiler 1972 |
| Mont. | >20 | | Wallestad 1975 |
| Oreg. | 12–17[d] | | Hanf et al. 1994 |

[a] Mean canopy coverage or height of sagebrush above snow.
[b] Males
[c] Females
[d] Ranges are given when data were provided for more than one year or area.
[e] No snow present when measurements were made or total height of plant was measured.

In Colorado, sage grouse may be restricted to <10% of the sagebrush habitat because of variation in topography and snow depth (Beck 1977, Hupp and Braun 1989). Such restricted areas of use may not occur throughout the species' range because in southeastern Idaho, severe winter weather did not result in the grouse population greatly reducing its seasonal range (Robertson 1991).

During winter, sage grouse feed almost exclusively on leaves of sagebrush (Patterson 1952, Wallestad et al. 1975). Although big sagebrush dominates the diet in most portions of the range (Patterson 1952; Wallested et al. 1975; Remington and Braun 1985; Welch et al. 1988, 1991), low sagebrush (*A. arbuscula*), black sagebrush (*A. nova*, Dalke et al. 1963, Beck 1977), fringed sagebrush (*A. frigida*, Wallestad et al. 1975), and silver sagebrush (*A. cana*, Aldridge 1998) are consumed in many areas depending on availability. Sage grouse in some areas apparently prefer Wyoming big sagebrush (Remington and Braun 1985, Myers 1992) and in other areas mountain big sagebrush (Welch et al. 1988, 1991). Some of the differences in selection may be due to preferences for greater levels of protein and the amount of volatile oils (Remington and Braun 1985, Welch et al. 1988).

## Effects of habitat alteration

### Range management treatments

*Breeding habitat.* Until the early 1980s, herbicide treatment (primarily with 2,4-D) was the most common method to reduce sagebrush on large tracts of rangeland (Braun 1987). Klebenow (1970) reported cessation of nesting in newly sprayed areas with <5% live sagebrush canopy cover. Nesting also was nearly nonexistent in older sprayed areas containing about 5% live sagebrush cover (Klebenow 1970). In virtually all documented cases, herbicide application to blocks of sagebrush rangeland resulted in major declines in sage grouse breeding populations (Enyeart 1956, Higby 1969, Peterson 1970, Wallestad 1975). Effects of this treatment on sage grouse populations seemed more severe if the treated area was subsequently seeded to crested wheatgrass (*Agropyron cristatum*, Enyeart 1956).

Using fire to reduce sagebrush has become more common since most uses of 2,4-D on public lands were prohibited (Braun 1987). Klebenow (1972) and Sime (1991) suggested that fire may benefit sage grouse populations. Neither Gates (1983),

Martin (1990), nor Bensen et al. (1991) reported adverse effects of fire on breeding populations of sage grouse. In contrast, following a 9-year study, Connelly et al. (1994, 2000b) indicated that prescribed burning of Wyoming big sagebrush during a drought period resulted in a large decline (>80%) of a sage grouse breeding population in southeastern Idaho. Additionally, Hulet (1983) documented loss of leks from fire and Nelle et al. (2000) reported that burning mountain big sagebrush stands had long-term negative impacts on sage grouse nesting and brood-rearing habitats. Canopy cover in mountain big sagebrush did not provide appropriate nesting habitat 14 years after burning (Nelle et al. 2000). The impact of fire on sage grouse populations using habitats dominated by silver sagebrush (which may resprout following fire) is unknown.

Cheatgrass (Bromus tectorum) will often occupy sites following disturbance, especially burning (Valentine 1989). Repeated burning or burning in late summer favors cheatgrass invasion and may be a major cause of the expansion of this species (Vallentine 1989). The ultimate result may be a loss of the sage grouse population because of long-term conversion of sagebrush habitat to rangeland dominated by an annual exotic grass. However, this situation largely appears confined to the western portion of the species' range and does not commonly occur in Wyoming (J. Lawson, Wyoming Department of Game and Fish, personal communication).

Mechanical methods of sagebrush control have often been applied to smaller areas than those treated by herbicides or fire, especially to convert rangeland to cropland. However, adverse effects of this type of treatment on sage grouse breeding populations also have been documented. In Montana, Swenson et al. (1987) indicated that the number of breeding males declined by 73% after 16% of their study area was plowed.

*Brood-rearing habitats.* Martin (1970) reported that sage grouse seldom used areas treated with herbicides to remove sagebrush in southwestern Montana. In Colorado, Rogers (1964) indicated that an entire population of sage grouse appeared to emigrate from an area that was subjected to several years of herbicide application to remove sagebrush. Similarly, Klebenow (1970) reported that herbicide spraying reduced the brood-carrying capacity of an area in southeastern Idaho. However, application of herbicides in early spring to reduce sagebrush cover may enhance some brood-rearing habitats by increasing the amount of herbaceous plants used for food (Autenrieth 1981).

Fire may improve sage grouse brood-rearing habitat (Klebenow 1972, Gates 1983, Sime 1991), but until recently, experimental evidence was not available to support or refute these contentions (Braun 1987). Pyle and Crawford (1996) suggested that fire may enhance brood-rearing habitat in montane settings but cautioned that its usefulness requires further investigation. A 9-year study of the effects of fire on sage grouse did not support that prescribed fire, conducted during late summer in a Wyoming big sagebrush habitat, improved brood-rearing habitat for sage grouse (Connelly et al. 1994, Fischer et al. 1996a). Prescribed burning of sage grouse habitat did not increase amount of forbs in burned areas compared to unburned areas (Fischer et al. 1996a, Nelle et al. 2000) and resulted in decreased insect populations in the treated area compared to the unburned area. Thus, fire may negatively affect sage grouse brood-rearing habitat rather than improve it in Wyoming big sagebrush habitats (Connelly and Braun 1997), but its effect on grouse habitats in mountain big sagebrush communities requires further investigation (Pyle and Crawford 1996, Nelle et al. 2000).

Sage grouse often use agricultural areas for brood-rearing habitat (Patterson 1952, Wallestad 1975, Gates 1983, Connelly et al. 1988, Blus et al. 1989). Grouse use of these areas may result in mortality because of exposure to insecticides. Blus et al. (1989) reported die-offs of sage grouse that were exposed to methamidiphos used in potato fields and dimethoate used in alfalfa fields. Dimethoate is used commonly for alfalfa, and 20 of 31 radiomarked grouse (65%) died following direct exposure to this insecticide (Blus et al. 1989).

*Winter habitat.* Reduction in sage grouse use of an area treated by herbicide was proportional to the severity (i.e., amount of damage to sagebrush) of the treatment (Pyrah 1972). In sage grouse winter range, strip partial kill, block partial kill, and total kill of sagebrush were increasingly detrimental to sage grouse in Montana (Pyrah 1972) and Wyoming (Higby 1969).

In Idaho, Robertson (1991) reported that a 2,000-ha prescribed burn that removed 57% of the sagebrush cover in sage grouse winter habitat minimally impacted the sage grouse population. Although sage grouse use of the burned area declined following the fire, grouse adapted to this disturbance by moving 1 to 10 km outside of the burn to areas

with greater sagebrush cover (Robertson 1991) than was available in the burned area.

### Land use

*Mining–energy development.* Effects of mining, oil, and gas developments on sage grouse populations are not well known (Braun 1998). These activities negatively impact grouse habitat and populations over the short term (Braun 1998), but research suggests some recovery of populations following initial development and subsequent reclamation of the affected sites (Eng et al. 1979, Tate et al. 1979, Braun 1986). In Colorado, sage grouse were displaced by oil development and coal-mining activities, but numbers returned to pre-disturbance levels once the activities ceased (Braun 1987, Remington and Braun 1991). At least 6 leks in Alberta were disturbed by energy development and 4 were abandoned (Aldridge 1998). In Wyoming, female sage grouse captured on leks disturbed by natural gas development had lower nest-initiation rates, longer movements to nest sites, and different nesting habitats than hens captured on undisturbed leks (Lyon 2000). Sage grouse may repopulate an area following energy development but may not attain population levels that occurred prior to development (Braun 1998). Thus, short-term and long-term habitat loss appears to result from energy development and mining (Braun 1998).

*Grazing.* Domestic livestock have grazed over most areas used by sage grouse and this use is generally repetitive with annual or biennial grazing periods of varying timing and length (Braun 1998). Grazing patterns and use of habitats are often dependent on weather conditions (Valentine 1990). Historic and scientific evidence indicates that livestock grazing did not increase the distribution of sagebrush (Peterson 1995) but markedly reduced the herbaceous understory over relatively large areas and increased sagebrush density in some areas (Vale 1975, Tisdale and Hironaka 1981). Within the intermountain region, some vegetation changes from livestock grazing likely occurred because sagebrush steppe in this area did not evolve with intensive grazing by wild herbivores, as did the grassland prairies of central North America (Mack and Thompson 1982). Grazing by wild ungulates may reduce sagebrush cover (McArthur et al. 1988, Peterson 1995), and livestock grazing may result in high trampling mortality of sagebrush seedlings (Owens and Norton 1992). In Wyoming big sagebrush habitats, resting areas from livestock grazing may improve understory production as well as decrease sagebrush cover (Wambolt and Payne 1986).

There is little direct experimental evidence linking grazing practices to sage grouse population levels (Braun 1987, Connelly and Braun 1997). However, grass height and cover affect sage grouse nest site selection and success (Wakkinen 1990, Gregg 1991, Gregg et al. 1994, Delong et al. 1995, Sveum et al. 1998*a*). Thus, indirect evidence suggests grazing by livestock or wild herbivores that significantly reduces the herbaceous understory in breeding habitat may have negative impacts on sage grouse populations (Braun 1987, Dobkin 1995).

*Miscellaneous activities.* Construction of roads, powerlines, fences, reservoirs, ranches, farms, and housing developments has resulted in sage grouse habitat loss and fragmentation (Braun 1998). Between 1962 and 1997, >51,000 km of fence were constructed on land administered by the Bureau of Land Management in states supporting sage grouse populations (T. D. Rich, United States Bureau of Land Management, personal communication). Structures such as powerlines and fences pose hazards to sage grouse because they provide additional perch sites for raptors and because sage grouse may be injured or killed when they fly into these structures (Call and Maser 1985).

### Weather

Prolonged drought during the 1930s and mid-1980s to early 1990s coincided with declining sage grouse populations throughout much of the species' range (Patterson 1952, Fischer 1994, Hanf et al. 1994). Drought may affect sage grouse populations by reducing herbaceous cover at nests and the quantity and quality of food available for hens and chicks during spring (Hanf et al. 1994, Fischer et al. 1996*a*).

Spring weather may influence sage grouse production. Relatively wet springs may result in increased production (Wallestad 1975, Autenrieth 1981). However, heavy rainfall during egg-laying or unseasonably cold temperatures with precipitation during hatching may decrease production (Wallestad 1975).

There is no evidence that severe winter weather affects sage grouse populations unless sagebrush cover has been greatly reduced or eliminated (Wallestad 1975, Beck 1977, Robertson 1991).

## Predation

Over the last 25 years, numerous studies have used radiotelemetry to address sage grouse survival and nest success (Wallestad 1975; Hulet 1983; Gregg 1991; Robertson 1991; Connelly et al. 1993, 1994; Gregg et al. 1994; Schroeder 1997). Only Gregg (1991) and Gregg et al. (1994) indicated that predation was limiting sage grouse numbers, and their research suggested that low nest success from predation was related to poor nesting habitat. Most reported nest-success rates are >40%, suggesting that nest predation is not a widespread problem. Similarly, high survival rates of adult (Connelly et al. 1993, Zablan 1993) and older (>10 weeks of age) juvenile sage grouse indicate that population declines are not generally related to high levels of predation. Thus, except for an early study in Oregon (Batterson and Morse 1948), predation has not been identified as a major limiting factor for sage grouse (Connelly and Braun 1997).

Constructing ranches, farms, and housing developments has resulted in the addition of nonnative predators to sage grouse habitats, including dogs, cats, and red foxes (*Vulpes vulpes*; J. W. Connelly, Idaho Department of Fish and Game, unpublished data; B. L. Welch, United States Forest Service, personal communication) and may be responsible for increases in abundance of the common raven (*Corvus corax*, Sauer et al. 1997). Relatively high raven populations may decrease sage grouse nest success (Batterson and Morse 1948, Autenrieth 1981), but rigorous field studies using radiotelemetry do not support this hypothesis. Current work in Strawberry Valley, Utah, suggests that red foxes are taking a relatively high proportion of the population (Flinders 1999). This may become a greater problem if red foxes become well established throughout sage grouse breeding habitat.

## Recommended guidelines

Sage grouse populations occupy relatively large areas on a year-round basis (Berry and Eng 1985, Connelly et al. 1988, Wakkinen 1990, Leonard et al. 2000), invariably involving a mix of ownership and jurisdictions. Thus, state and federal natural resource agencies and private landowners must coordinate efforts over at least an entire seasonal range to successfully implement these guidelines. Based on current knowledge of sage grouse population and habitat trends, these guidelines have been developed to help agencies and landowners effectively assess and manage populations, protect and manage remaining habitats, and restore damaged habitat. Because of gaps in our knowledge and regional variation in habitat characteristics (Tisdale and Hironaka 1981), the judgment of local biologists and quantitative data from population and habitat monitoring are necessary to implement the guidelines correctly. Further, we urge agencies to use an adaptive management approach (Macnab 1983, Gratson et al. 1993), using monitoring and evaluation to assess the success of implementing these guidelines to manage sage grouse populations.

Activities responsible for the loss or degradation of sagebrush habitats also may be used to restore these habitats. These activities include prescribed fire, grazing, herbicides, and mechanical treatments. Decisions on land treatments using these tools should be based on quantitative knowledge of vegetative conditions over an entire population's seasonal range. Generally, the treatment selected should be that which is least disruptive to the vegetation community and has the most rapid recovery time. This selection should not be based solely on economic cost.

## Definitions

For the purpose of these guidelines, we define an occupied lek as a traditional display area in or adjacent to sagebrush-dominated habitats that has been attended by $\geq 2$ male sage grouse in $\geq 2$ of the previous 5 years. We define a breeding population as a group of birds associated with 1 or more occupied leks in the same geographic area separated from other leks by >20 km. This definition is somewhat arbitrary but generally based on maximum distances females move to nest.

## Population management

1) Before making management decisions, agencies should cooperate to first identify lek locations and determine whether a population is migratory or nonmigratory. In the case of migratory populations, migration routes and seasonal habitats must be identified to allow for meaningful and correct management decisions.

2) Breeding populations should be assessed by either lek counts (census number of males attending leks) or lek surveys (classify known leks as active or inactive) each year (Autenrieth et al. 1982). Depending on number of counts each spring (Jenni and Hartzler 1978, Emmons and Braun

1984) and weather conditions when the counts were made, lek counts may not provide an accurate assessment of sage grouse populations (Beck and Braun 1980) and the data should be viewed with caution. Despite these shortcomings, lek counts provide the best index to breeding population levels and many long-term data sets are available for trend analysis (Connelly and Braun 1997).

3) Production or recruitment should be monitored by brood counts or wing surveys (Autenrieth et al. 1982). Brood counts are labor-intensive and usually result in inadequate sample size. Where adequate samples of wings can be obtained, we recommend using wing surveys to obtain estimates of sage grouse nesting success and juvenile:adult hen (including yearlings) ratios.

4) Routine population monitoring should be used to assess trends and identify problems for all hunted and nonhunted populations. Check stations, wing collections, and questionnaires can be used to obtain harvest information. Breeding population and production data (above) can be used to monitor nonhunted populations.

5) The genetic variation of relatively small, isolated populations should be documented to better understand threats to these populations and implement appropriate management actions (Young 1994, Oyler-McCance et al. 1999).

6) Hunting seasons for sage grouse should be based on careful assessments of population size and trends. Harvest should not be based on the observations of Allen (1954:43), who stated, "Our populations of small animals operate under a 1-year plan of decimation and replacement; and Nature habitually maintains a wide margin of overproduction. She kills off a huge surplus of animals whether we take our harvest or not." To the contrary, sage grouse tend to have relatively long lives with low annual turnover (Zablan 1993, Connelly et al. 1994) and a low reproductive rate (Gregg 1991, Connelly et al. 1993). Consequently, hunting may be additive to other causes of mortality for sage grouse (Johnson and Braun 1999, Connelly et al. 2000*a*). However, most populations appear able to sustain hunting if managed carefully (Connelly et al. 2000*a*).

7) If populations occur over relatively large geographic areas and are stable to increasing, seasons and bag limits can be relatively liberal (2- to 4-bird daily bag limit and a 2- to 5-week season) for hunting seasons allowing firearms (Braun and Beck 1985).

8) If populations are declining (for 3 or more consecutive years) or trends are unknown, seasons and bag limits should be generally conservative (1- or 2-bird daily bag limit and a 1-to 4-week season) for hunting seasons allowing firearms, or suspended (for all types of hunting, including falconry and Native American subsistence hunting) because of this species' population characteristics (Braun 1998, Connelly et al. 2000*a*).

9) Where populations are hunted, harvest rates should be 10% or less of the estimated fall population to minimize negative effects on the subsequent year's breeding population (Connelly et al. 2000*a*).

10) Populations should not be hunted where ≤300 birds comprise the breeding population (i.e., ≤100 males are counted on leks [C. E. Braun, Colorado Division of Wildlife, unpublished report]).

11) Spring hunting of sage grouse on leks should be discouraged or, if unavoidable, confined to males only during the early portion of the breeding season. Spring hunting is considered an important tradition for some Native American tribes. However, in Idaho, 80% of the leks hunted during spring in the early 1990s (*n*=5) had become inactive by 1994 (Connelly et al. 1994).

12) Viewing sage grouse on leks (and censusing leks) should be conducted so that disturbance to birds is minimized or preferably eliminated (Call and Maser 1986). Agencies should generally not provide all lek locations to individuals simply interested in viewing birds. Instead, 1 to 3 lek locations should be identified as public viewing leks, and if demand is great enough, agencies should consider erecting 2–3 seasonal blinds at these leks for public use. Camping in the center of or on active leks should be vigorously discouraged.

13) Discourage establishment of red fox and other nonnative predator populations in sage grouse habitats.

14) For small, isolated populations and declining populations, assess the impact of predation on survival and production. Predator control programs are expensive and often ineffective. In some cases, these programs may provide temporary help while habitat is recovering. Predator management programs also could be considered in areas where seasonal habitats are in good condition but their extent has been reduced greatly. However, predator management should be implemented only if the available data (e.g., nest success <25%, annual survival of adult hens <45%) support the action.

BLM_0080661

## General habitat management

The following guidelines pertain to all seasonal habitats used by sage grouse:

1) Monitor habitat conditions and propose treatments only if warranted by range condition (i.e., the area no longer supports habitat conditions described in the following guidelines under habitat protection). Do not base land treatments on schedules, targets, or quotas.

2) Use appropriate vegetation treatment techniques (e.g., mechanical methods, fire) to remove junipers and other conifers that have invaded sage grouse habitat (Commons et al. 1999). Whenever possible, use vegetation control techniques that are least disruptive to the stand of sagebrush, if this stand meets the needs of sage grouse (Table 3).

3) Increase the visibility of fences and other structures occurring within 1 km of seasonal ranges by flagging or similar means if these structures appear hazardous to flying grouse (e.g., birds have been observed hitting or narrowly missing these structures or grouse remains have been found next to these structures).

4) Avoid building powerlines and other tall structures that provide perch sites for raptors within 3 km of seasonal habitats. If these structures must be built, or presently exist, the lines should be buried or poles modified to prevent their use as raptor perch sites.

## Breeding habitat management

For migratory and nonmigratory populations, lek attendance, nesting, and early brood rearing occur in breeding habitats. These habitats are sagebrush-dominated rangelands with a healthy herbaceous understory and are critical for survival of sage grouse populations. Mechanical disturbance, prescribed fire, and herbicides can be used to restore sage grouse habitats to those conditions identified as appropriate in the following sections on habitat protection. Local biologists and range ecologists should select the appropriate technique on a case-

Table 3. Characteristics of sagebrush rangeland needed for productive sage grouse habitat.

| | Breeding | | Brood-rearing | | Winter[e] | |
|---|---|---|---|---|---|---|
| | Height (cm) | Canopy (%) | Height (cm) | Canopy (%) | Height (cm) | Canopy (%) |
| Mesic sites[a] | | | | | | |
| Sagebrush | 40–80 | 15–25 | 40–80 | 10–25 | 25–35 | 10–30 |
| Grass-forb | >18[c] | ≥25[d] | variable | >15 | N/A | N/A |
| Arid sites[a] | | | | | | |
| Sagebrush | 30–80 | 15–25 | 40–80 | 10–25 | 25–35 | 10–30 |
| Grass/forb | >18[c] | ≥15 | variable | >15 | N/A | N/A |
| Area[b] | >80 | | >40 | | >80 | |

[a] Mesic and arid sites should be defined on a local basis; annual precipitation, herbaceous understory, and soils should be considered (Tisdale and Hironaka 1981, Hironaka et al. 1983).

[b] Percentage of seasonal habitat needed with indicated conditions.

[c] Measured as "droop height"; the highest naturally growing portion of the plant.

[d] Coverage should exceed 15% for perennial grasses and 10% for forbs; values should be substantially greater if most sagebrush has a growth form that provides little lateral cover (Schroeder 1995).

[e] Values for height and canopy coverage are for shrubs exposed above snow.1

by-case basis. Generally, fire should not be used in breeding habitats dominated by Wyoming big sagebrush if these areas support sage grouse. Fire can be difficult to control and tends to burn the best remaining nesting and early brood-rearing habitats (i.e., those areas with the best remaining understory), while leaving areas with poor understory. Further, we recommend against using fire in habitats dominated by xeric mountain big sagebrush (*A. t. xericensis*) because annual grasses commonly invade these habitats and much of the original habitat has been altered by fire (Bunting et al. 1987).

Although mining and energy development are common activities throughout the range of sage grouse, quantitative data on the long-term effects of these activities on sage grouse are limited. However, some negative impacts have been documented (Braun 1998, Lyon 2000). Thus, these activities should be discouraged in breeding habitats, but when they are unavoidable, restoration efforts should follow procedures outlined in these guidelines.

### Habitat protection

1) Manage breeding habitats to support 15–25% canopy cover of sagebrush, perennial herbaceous cover averaging ≥18 cm in height with ≥15% canopy cover for grasses and ≥10% for forbs and a diversity of forbs (Barnett and Crawford 1994, Drut et al. 1994a, Apa 1998) during spring (Table 3). Habitats meeting these conditions should have a high priority for wildfire suppression and should

not be considered for sagebrush control programs. Sagebrush and herbaceous cover should provide overhead and lateral concealment from predators. If average sagebrush height is >75 cm, herbaceous cover may need to be substantially greater than 18 cm to provide this protection. There is much variability among sagebrush-dominated habitats (Tisdale and Hironaka 1981, Hironaka et al. 1983), and some Wyoming sagebrush and low sagebrush breeding habitats may not support 25% herbaceous cover. In these areas, total herbaceous cover should be ≥15 % (Table 3). Further, the herbaceous height requirement may not be possible in habitats dominated by grasses that are relatively short when mature. In all of these cases, local biologists and range ecologists should develop height and cover requirements that are reasonable and ecologically defensible. Leks tend to be relatively open, thus cover on leks should not meet these requirements.

2) For nonmigratory grouse occupying habitats that are distributed uniformly (i.e., habitats have the characteristics described in guideline 1 and are generally distributed around the leks), protect (i.e., do not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks. For nonmigratory populations, consider leks the center of year-round activity and use them as focal points for management efforts (Braun et al. 1977).

3) For nonmigratory populations where sagebrush is not distributed uniformly (i.e., habitats have the characteristics described in guideline 1 but distributed irregularly with respect to leks), protect suitable habitats for ≤5 km from all occupied leks. Use radiotelemetry, repeated surveys for grouse use, or habitat mapping to identify nesting and early brood-rearing habitats.

4) For migratory populations, identify and protect breeding habitats within 18 km of leks in a manner similar to that described for nonmigratory sage grouse. For migratory sage grouse, leks generally are associated with nesting habitats but migratory birds may move >18 km from leks to nest sites. Thus, protection of habitat within 3.2 km of leks may not protect most of the important nesting areas (Wakkinen et al. 1992, Lyon 2000).

5) In areas of large-scale habitat loss (≥40% of original breeding habitat), protect all remaining habitats from additional loss or degradation. If remaining habitats are degraded, follow guidelines for habitat restoration listed below.

6) During drought periods (≥2 consecutive years), reduce stocking rates or change manage-



Sage grouse just leaving a nest in good-condition breeding habitat in southwestern Idaho. Note the height of grass and herbaceous cover.

ment practices for livestock, wild horses, and wild ungulates if cover requirements during the nesting and brood-rearing periods are not met. Grazing pressure from domestic livestock and wild ungulates should be managed in a manner that at all times addresses the possibility of drought.

7) Suppress wildfires in all breeding habitats. In the event of multiple fires, land management agencies should have all breeding habitats identified and prioritized for suppression, giving the greatest priority to those that have become fragmented or reduced by >40% in the last 30 years.

8) Adjust timing of energy exploration, development, and construction activity to minimize disturbance of sage grouse breeding activities. Energy-related facilities should be located >3.2 km from active leks whenever possible. Human activities within view of or <0.5 km from leks should be minimized during the early morning and late evening when birds are near or on leks.

*Habitat restoration*

1) Before initiating vegetation treatments, quantitatively evaluate the area proposed for treatment to ensure that it does not have sagebrush and herbaceous cover suitable for breeding habitat (Table 3). Treatments should not be undertaken within sage grouse habitats until the limiting vegetation factor(s) has been identified, the proposed treatment is known to provide the desired vegetation response, and land-use activities can be managed after treatment to ensure that vegetation objectives are met.

2) Restore degraded rangelands to a condition that again provides suitable breeding habitat for sage grouse by including sagebrush, native forbs

(especially legumes), and native grasses in reseeding efforts (Apa 1998). If native forbs and grasses are unavailable, use species that are functional equivalents and provide habitat characteristics similar to those of native species.

3) Where the sagebrush overstory is intact but the understory has been degraded severely and quality of nesting habitat has declined (Table 3), use appropriate techniques (e.g., brush beating in strips or patches and interseed with native grasses and forbs) that retain some sagebrush but open shrub canopy to encourage forb and grass growth.

4) Do not use fire in sage grouse habitats prone to invasion by cheatgrass and other invasive weed species unless adequate measures are included in restoration plans to replace the cheatgrass understory with perennial species using approved reseeding strategies. These strategies could include, but are not limited to, use of pre-emergent herbicides (e.g., Oust®, Plateau®) to retard cheatgrass germination until perennial herbaceous species become established.

5) When restoring habitats dominated by Wyoming big sagebrush, regardless of the techniques used (e.g., prescribed fire, herbicides), do not treat >20% of the breeding habitat (including areas burned by wildfire) within a 30-year period (Bunting et al. 1987). The 30-year period represents the approximate recovery time for a stand of Wyoming big sagebrush. Additional treatments should be deferred until the previously treated area again provides suitable breeding habitat (Table 3). In some cases, this may take <30 years and in other cases >30 years. If 2,4-D or similar herbicides are used, they should be applied in strips such that their effect on forbs is minimized. Because fire generally burns the best remaining sage grouse habitats


This breeding habitat is in poor condition because of a lack of understory.

(i.e., those with the best understory) and leaves areas with sparse understory, use fire for habitat restoration only when it can be convincingly demonstrated to be in the best interest of sage grouse.

6) When restoring habitats dominated by mountain big sagebrush, regardless of the techniques used (e.g., fire, herbicides), treat ≤20% of the breeding habitat (including areas burned by wildfire) within a 20-year period (Bunting et al. 1987). The 20-year period represents the approximate recovery time for a stand of mountain big sagebrush. Additional treatments should be deferred until the previously treated area again provides suitable breeding habitat (Table 3). In some cases, this may take <20 years and in other cases >20 years. If 2,4-D or similar herbicides are used, they should be applied in strips such that their effect on forbs is minimized.

7) All wildfires and prescribed burns should be evaluated as soon as possible to determine whether reseeding is necessary to achieve habitat management objectives. If needed, reseed with sagebrush, native bunchgrasses, and forbs whenever possible.

8) Until research unequivocally demonstrates that using tebuthiuron and similar-acting herbicides to control sagebrush has no long-lasting negative impacts on sage grouse habitat, use these herbicides only on an experimental basis and over a sufficiently small area that any long-term negative impacts are negligible. Because these herbicides have the potential of reducing but not eliminating sagebrush cover within grouse breeding habitats, thus stimulating herbaceous development, their use as sage grouse habitat management tools should be examined closely.


Nest habitat is measured in Owyhee County, southwestern Idaho.



John Crawford explains Oregon's sage grouse research program to field-trip attendees during a meeting of the Western States Sage and Columbian sharp-tailed Grouse Technical Committee.

### Summer–late brood-rearing habitat management

Sage grouse may use a variety of habitats, including meadows, farmland, dry lakebeds, sagebrush, and riparian zones from late June to early November (Patterson 1952, Wallestad 1975, Connelly 1982, Hanf et al. 1994). Generally, these habitats are characterized by relatively moist conditions and many succulent forbs in or adjacent to sagebrush cover.

#### Habitat protection

1) Avoid land-use practices that reduce soil moisture effectiveness, increase erosion, cause invasion of exotic plants, and reduce abundance and diversity of forbs.

2) Avoid removing sagebrush within 300 m of sage grouse foraging areas along riparian zones, meadows, lakebeds, and farmland, unless such removal is necessary to achieve habitat management objectives (e.g., meadow restoration, treatment of conifer encroachment).

3) Discourage use of very toxic organophosphorus and carbamate insecticides in sage grouse brood-rearing habitats. Sage grouse using agricultural areas may be adversely affected by pesticide applications (Blus et al. 1989). Less toxic agrichemicals or biological control may provide suitable alternatives in these areas.

4) Avoid developing springs for livestock water, but if water from a spring will be used in a pipeline or trough, design the project to maintain free water and wet meadows at the spring. Capturing water from springs using pipelines and troughs may adversely affect wet meadows used by grouse for foraging.

#### Habitat restoration

1) Use brush beating or other mechanical treatments in strips 4–8 m wide in areas with relatively high shrub-canopy cover ($\geq$35% total shrub cover) to improve late brood-rearing habitats. Brush beating can be used to effectively create different age classes of sagebrush in large areas with little age diversity.

2) If brush beating is impractical, use fire or herbicides to create a mosaic of openings in mountain big sagebrush and mixed-shrub communities used as late brood-rearing habitats where total shrub cover is $\geq$35%. Generally, 10–20% canopy cover of sagebrush and $\leq$25% total shrub cover will provide adequate habitat for sage grouse during summer.

3) Construct water developments for sage grouse only in or adjacent to known summer-use areas and provide escape ramps suitable for all avian species and other small animals. Water developments and "guzzlers" may improve sage grouse summer habitats (Autenrieth et al. 1982, Hanf et al. 1994). However, sage grouse used these developments infrequently in southeastern Idaho because most were constructed in sage grouse winter and breeding habitat rather than summer range (Connelly and Doughty 1989).

4) Whenever possible, modify developed springs and other water sources to restore natural free-flowing water and wet meadow habitats.

### Winter habitat management

Sagebrush is the essential component of winter habitat. Sage grouse select winter-use sites based on snow depth and topography, and snowfall can affect the amount and height of sagebrush available to grouse (Connelly 1982, Hupp and Braun 1989, Robertson 1991). Thus, on a landscape scale, sage grouse winter habitats should allow grouse access to sagebrush under all snow conditions (Table 3).

#### Habitat protection

1) Maintain sagebrush communities on a landscape scale, allowing sage grouse access to sagebrush stands with canopy cover of 10–30% and heights of at least 25–35 cm regardless of snow cover. These areas should be high priority for wildfire suppression and sagebrush control should be avoided.

2) Protect patches of sagebrush within burned areas from disturbance and manipulation. These areas may provide the only winter habitat for sage grouse and their loss could result in the extirpation of the grouse population. They also are important

seed sources for sagebrush re-establishment in the burned areas. During fire-suppression activities do not remove or burn any remaining patches of sagebrush within the fire perimeter.

3) In areas of large-scale habitat loss ($\geq 40\%$ of original winter habitat), protect all remaining sagebrush habitats.

*Habitat restoration*

1) Reseed former winter range with the appropriate subspecies of sagebrush and herbaceous species unless the species are recolonizing the area in a density that would allow recovery (Table 3) within 15 years.

2) Discourage prescribed burns >50 ha, and do not burn >20% of an area used by sage grouse during winter within any 20–30-year interval (depending on estimated recovery time for the sagebrush habitat).

## Conservation strategies

We recommend that each state and province develop and implement conservation plans for sage grouse. These plans should use local working groups comprised of representatives of all interested agencies, organizations, and individuals to identify and solve regional issues (Anonymous 1997). Within the context of these plans, natural resource agencies should cooperate to document the amount and condition of sagebrush rangeland remaining in the state or province. Local and regional plans should summarize common problems to conserve sage grouse and general conditions (Table 3) needed to maintain healthy sage grouse populations. Local differences in conditions that affect sage grouse populations may occur and should be considered in conservation plans. Natural resource agencies should identify remaining breeding and winter ranges in Wyoming big sagebrush habitats and establish these areas as high priority for wildfire suppression. Prescribed burning in habitats that are in good ecological condition should be avoided. Protection and restoration of sage grouse habitats also will likely benefit many other sagebrush obligate species (Saab and Rich 1997) and enhance efforts to conserve and restore sagebrush steppe.

Although translocating sage grouse to historical range has been done on numerous occasions, few attempts have been successful (Musil et al. 1993, Reese and Connelly 1997). Thus, we agree with Reese and Connelly (1997) that translocation efforts should be viewed as only experimental at this time and not as a viable management strategy.

More information is needed on characteristics of healthy sagebrush ecosystems and the relationship of grazing to sage grouse production. Field experiments should be implemented to evaluate the relationship of grazing pressure (i.e., disturbance and removal of herbaceous cover) to sage grouse nest success and juvenile survival (Connelly and Braun 1997). The overall quality of existing sage grouse habitat will become increasingly important as quantity of these habitats decrease. Sage grouse populations appear relatively secure in some portions of their range and at risk in other portions. However, populations that have thus far survived extensive habitat loss may still face extinction because of a time lag between habitat loss and ultimate population collapse (Cowlishaw 1999).

*Acknowledgments.* This is a contribution from Colorado Federal Aid in Wildlife Restoration Project W-167-R, Idaho Federal Aid in Wildlife Restoration Project W-160-R, and Washington Federal Aid in Wildlife Restoration Project W-96-R. We thank state and federal representatives to the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee for providing comments on earlier drafts. We are very grateful to A. A. Apa, J. A. Crawford, J. T. Flinders, T. P. Hemker, M. Pellant, and T. D. Rich for their contributions to the development of these guidelines. We also thank K. P. Reese and an anonymous reviewer for helpful comments on this manuscript. Finally, we greatly appreciate the thoughts and suggestions provided by many other individuals interested in conservation and management of sage grouse.

## Literature cited

ALDRIDGE, C. L. 1998. Status of the sage grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association, Wildlife Status Report 13, Edmonton, Canada.

ALLEN, D. L. 1954. Our wildlife legacy. Funk and Wagnalls, New York, New York, USA.

ANONYMOUS. 1997. Gunnison sage grouse conservation plan, Gunnison Basin, Colorado. Colorado Division of Wildlife, Fort Collins, USA.

APA, A. D. 1998. Habitat use and movements of sympatric sage and Columbian sharp-tailed grouse in southeastern Idaho. Dissertation, University of Idaho, Moscow, USA.

AUTENRIETH, R. E. 1981. Sage grouse management in Idaho. Idaho Department of Fish and Game, Wildlife Bulletin 9, Boise, Idaho, USA.

BLM_0080666

AUTENRIETH, R. E., W. MOLINI, AND C. E. BRAUN. 1982. Sage grouse management practices. Western States Sage Grouse Committee, Technical Bulletin 1, Twin Falls, Idaho, USA.

BARNETT, J. F., AND J. A. CRAWFORD. 1994. Pre-laying nutrition of sage grouse hens in Oregon. Journal of Range Management 47: 114–118.

BATTERSON, W. M., AND W. B. MORSE. 1948. Oregon sage grouse. Oregon Game Commission Fauna Series 1, Portland, USA.

BECK, T. D. I. 1975. Attributes of a wintering population of sage grouse, North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

BECK, T. D. I. 1977. Sage grouse flock characteristics and habitat selection during winter. Journal of Wildlife Management 41: 18–26.

BECK, T. D. I., AND C. E. BRAUN. 1980. The strutting ground count: variation, traditionalism, management needs. Proceedings of the Western Association of Fish and Wildlife Agencies 60: 558–566.

BENSON, L. A., C. E. BRAUN, AND W. C. LEININGER. 1991. Sage grouse response to burning in the big sagebrush type. Proceedings, issues and technology in the management of impacted western wildlife. Thorne Ecological Institute 5:97–104.

BERGERUD, A. T. 1988. Population ecology of North American grouse. Pages 578–648 *in* A. T. Bergerud and M. W. Gratson, editors. Adaptive strategies and population ecology of northern grouse. University of Minnesota, Minneapolis, USA.

BERRY, J. D., AND R. L. ENG. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. Journal of Wildlife Management 49:237–240.

BLUS, L. J., C. S. Staley, C. J. Henny, G. W. Pendleton, T. H. Craig, E. H. Craig, and D. K. Halford. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. Journal of Wildlife Management 53: 1139–1146.

BRADBURY, J. W., R. M. GIBSON, C. E. McCARTHY, AND S. L. VEHRENCAMP. 1989. Dispersion of displaying male sage grouse. II. The role of female dispersion. Behavioral Ecology and Sociobiology 24: 15–24.

BRAUN, C. E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Proceedings, issues and technology in the management of impacted western wildlife. Thorne Ecological Institute 2:227–231.

BRAUN, C. E. 1987. Current issues in sage grouse management. Proceedings of the Western Association of Fish and Wildlife Agencies 67: 134–144.

BRAUN, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78: 139–156.

BRAUN, C. E., AND T. D. I BECK. 1985. Effects of changes in hunting regulations on sage grouse harvest and populations. Pages 335–344 *in* S. L. Beasom and S. F. Roberson, editors. Game harvest management. Caesar Kleberg Wildlife Research Institute, Kingsville, Texas, USA.

BRAUN C. E., T. BRITT, AND R. O. WALLESTAD. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99–106.

BRAUN C. E., M. F. BAKER, R. L. ENG, J. W. GASHWILER, AND M. H. SCHROEDER. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulletin 88: 165–171.

BUNTING, S. C., B. M. KILGORE, AND C. L. BUSHEY. 1987. Guidelines for prescribed burning sagebrush-grass rangelands in the northern great basin. United States Department of Agriculture, Forest Service, General Technical Report INT-231, Ogden, Utah, USA.

CALL, M. W., AND C. MASER. 1985. Wildlife habitats in managed rangelands—the great basin of southeastern Oregon. Sage grouse. United States Department of Agriculture, Forest Service, General Technical Report PNW-187, Portland, Oregon, USA.

COGGINS, K. A. 1998. Sage grouse habitat use during the breeding season on Hart Mountain National Antelope Refuge. Thesis, Oregon State University, Corvallis, USA.

COMMONS, M. L., R. K. BAYDACK, AND C. E. BRAUN. 1999. Sage grouse response to pinyon-juniper management. Pages 238–239 *in* S. B. Monson and R. Stevens, compilers. Proceedings: ecology and management of pinyon-juniper communities. United States Department of Agriculture, Forest Service, RMRS-P9, Fort Collins, Colorado, USA.

CONNELLY, J. W., JR. 1982. An ecological study of sage grouse in southeastern Idaho. Dissertation, Washington State University, Pullman, USA.

CONNELLY, J. W., J. ARTHUR, AND O. D. MARKHAM. 1981. Sage grouse leks on recently disturbed sites. Journal of Range Management 52: 153–154.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese. 2000*a*. Effects of predation and hunting on adult sage grouse *Centrocercus urophasianus* in Idaho. Wildlife Biology 6: in press.

CONNELLY, J. W., AND C. E. BRAUN. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3/4: 123–128.

CONNELLY, J. W., H. W. BROWERS, AND R. J. GATES. 1988. Seasonal movements of sage grouse in southeastern Idaho. Journal of Wildlife Management 52: 116–122.

CONNELLY, J. W., AND L. A. DOUGHTY. 1989. Sage grouse use of wildlife water developments in southeastern Idaho. Pages 167–173 *in* S. Stiver and G. Tsukomoto, editors. Symposium on wildlife water developments. Nevada Department of Fish and Game, Reno, USA.

CONNELLY, J. W., R. A. FISCHER, A. D. APA, K. P. REESE, AND W. L. WAKKINEN. 1993. Renesting of sage grouse in southeastern Idaho. Condor 95: 1041–1043.

CONNELLY, J. W., AND O. D. MARKHAM. 1983. Movements and radionuclide concentrations of sage grouse in southeastern Idaho. Journal of Wildlife Management 47: 169–177.

CONNELLY, J. W., K. P. REESE, R. A. FISCHER, AND W. L. WAKKINEN. 2000*b*. Response of sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28: 90–96.

CONNELLY, J. W., K. P. REESE, W. L. WAKKINEN, M. D. ROBERTSON, AND R. A. FISCHER. 1994. Sage grouse ecology report. Idaho Department of Fish and Game, Job Completion Report W-160-R-19, Subproject 9, Boise, Idaho, USA.

CONNELLY, J. W., W. L. WAKKINEN, A. D. APA, AND K. P. REESE. 1991. Sage grouse use of nest sites in southeastern Idaho. Journal of Wildlife Management 55: 521–524.

COWLISHAW, G. 1999. Predicting the pattern of decline of African primate diversity: an extinction debt from historical deforestation. Conservation Biology 13: 1183–1193.

DALKE, P. D., D. B. PYRAH, D. C. STANTON, J. E. CRAWFORD, AND E. F. SCHLATTERER. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27: 810–841.

DELONG, A. K. 1993. Relationships between vegetative structure and predation rates of artificial sage grouse nests. Thesis,

BLM_0080067

Oregon State University, Corvallis, USA.

DELONG, A. K., J. A. CRAWFORD, AND D. C. DELONG, JR. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. Journal of Wildlife Management 59:88–92.

DOBKIN, D. S. 1995. Management and conservation of sage grouse, denominative species for the ecological health of shrubsteppe ecosystems. United States Department of Interior, Bureau of Land Management, Portland, Oregon, USA.

DRUT, M. S., J. A. CRAWFORD, AND M.A. GREGG. 1994a. Brood habitat use by sage grouse in Oregon. Great Basin Naturalist 54: 170–176.

DRUT, M. S., W. H. PYLE, AND J.A. CRAWFORD. 1994b. Diets and food selection of sage grouse chicks in Oregon. Journal of Range Management 47:90–93.

DUNN, P. O., AND C. E. BRAUN. 1986. Summer habitat use by adult female and juvenile sage grouse. Journal of Wildlife Management 50: 228–235.

EDELMANN, F. B., M. J. ULLIMAN, M. J. WISDOM, K. P. REESE, AND J. W. CONNELLY. 1998. Assessing habitat quality using population fitness parameters: a remote sensing-GIS-based habitat-explicit population model for sage grouse (Centrocercus urophasianus). Idaho Forest, Wildlife and Range Experiment Station, Technical Report 25, Moscow, USA.

EDMINSTER, F. C. 1954. American game birds of field and forest. Charles Scribner's Sons, New York, New York, USA.

EMMONS, S. R., AND C. E. BRAUN. 1984. Lek attendance of male sage grouse. Journal of Wildlife Management 48: 1023–1028.

ENG, R. L. 1963. Observations on the breeding biology of male sage grouse. Journal of Wildlife Management 27:841–846.

ENG, R. L., AND P. SCHLADWEILER. 1972. Sage grouse winter movements and habitat use in central Montana. Journal of Wildlife Management 36: 141–146.

ENG, R. L., E. J. PITCHER, S. J. SCOTT, AND R. J. GREENE. 1979. Minimizing the effect of surface coal mining on a sage grouse population by a directed shift of breeding activities. Pages 464–468 in G. A. Swanson, technical coordinator. The mitigation symposium: a national workshop on mitigating losses of fish and wildlife habitats. United States Department of Agriculture, Forest Service, General Technical Report RM-65, Fort Collins, Colorado, USA.

ENYEART, G. 1956. Responses of sage grouse to grass reseeding in the Pines area, Garfield County, Utah. Thesis, Utah State Agricultural College, Logan, USA.

FISCHER, R. A. 1994. The effects of prescribed fire on the ecology of migratory sage grouse in southeastern Idaho. Dissertation, University of Idaho, Moscow, USA.

FISCHER, R.A., A. D. APA, W. L.WAKKINEN, K. P. REESE, AND J.W. CONNELLY. 1993. Nesting-area fidelity of sage grouse in southeastern Idaho. Condor 95:1038–1041.

FISCHER, R. A., K. P. REESE, AND J. W. CONNELLY. 1996a. An investigation on fire effects within xeric sage grouse brood habitat. Journal of Range Management 49: 194–198.

FISCHER, R. A., K. P. REESE, AND J. W. CONNELLY. 1996b. Influence of vegetal moisture content and nest fate on timing of female sage grouse migration. Condor 98:868–872.

FISCHER, R. A., K. P. REESE, AND J.W. CONNELLY. 1997. Effects of prescribed fire on movements of female sage grouse from breeding to summer ranges. Wilson Bulletin 109:82–91.

FLINDERS, J.T. 1999. Restoration of sage grouse in Strawberry Valley, Utah, 1998-99 report. Utah Reclamation Mitigation and Conservation Commission, Progress Report. Brigham Young University, Provo, Utah, USA.

GATES, R. J. 1983. Sage grouse, lagomorph, and pronghorn use of a sagebrush grassland burn site on the Idaho National Engineering Laboratory. Thesis, Montana State University, Bozeman, USA.

GATES, R.J. 1985. Observations of the formation of a sage grouse lek. Wilson Bulletin 97:219–221.

GILL, R. B. 1965. Distribution and abundance of a population of sage grouse in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

GIRARD, G. L. 1937. Life history, habits, and food of the sage grouse, Centrocercus urophasianus Bonaparte. University of Wyoming, Publication 3, Laramie, USA.

GRATSON, M.W., J.W. UNSWORTH, P. ZAGER, AND L. KUCK. 1993. Initial experiences with adaptive resource management for determining appropriate antlerless elk harvest rates in Idaho. Transactions of the North American Wildlife and Natural Resources Conference 58:610–619.

GRAY, G. M. 1967. An ecological study of sage grouse broods with reference to nesting, movements, food habits and sagebrush strip spraying in the Medicine Lodge drainage, Clark County, Idaho. Thesis, University of Idaho, Moscow, USA.

GREGG, M. A. 1991. Use and selection of nesting habitat by sage grouse in Oregon. Thesis, Oregon State University, Corvallis, USA.

GREGG, M. A., J. A. CRAWFORD, M. S. DRUT, AND A. K. DELONG. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58: 162–166.

HANF, J.M., P. A. SCHMIDT, AND E. B. GROSHENS. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988–1993. United States Department of Interior, Bureau of Land Management, Series P-SG-01, Prineville, Oregon, USA.

HEATH, B. J., R. STRAW, S. H. ANDERSON, AND J. LAWSON. 1997. Sage grouse productivity, survival, and seasonal habitat use near Farson, Wyoming. Wyoming Game and Fish Department, Project Completion Report, Laramie, USA.

HIGBY, L.W. 1969. A summary of the Longs Creek sagebrush control project. Proceedings, Biennial Western States Sage Grouse Workshop 6: 164–168.

HIRONAKA, M., M. A. FOSBERG, AND A. H. WINWARD. 1983. Sagebrush-grass habitat types of southern Idaho. Idaho Forest, Wildlife and Range Experiment Station, Bulletin 35, Moscow, Idaho, USA.

HOLLORAN, M.J. 1999. Sage grouse (Centrocercus urophasianus) seasonal habitat use near Casper, Wyoming. Thesis, University of Wyoming, Laramie, USA.

HORNADAY, W.T. 1916. Save the sage grouse from extinction, a demand from civilization to the western states. New York Zoological Park Bulletin 5:179–219.

HULET, B.V. 1983. Selected responses of sage grouse to prescribed fire, predation, and grazing by domestic sheep in southeastern Idaho. Thesis, Brigham Young University, Provo, Utah, USA.

HUPP, J.W. 1987. Sage grouse resource exploitation and endogenous reserves in Colorado. Dissertation, Colorado State University, Fort Collins, USA.

HUPP, J. W., AND C. E. BRAUN. 1989. Topographic distribution of sage grouse foraging in winter. Journal of Wildlife Management 53:823–829.

JENNI, D. A., AND J. E. HARTZLER. 1978. Attendance at a sage grouse lek: implications for spring censuses. Journal of Wildlife Management 42: 46–52.

JOHNSON, K. H., AND C. E. BRAUN. 1999. Viability and conservation of an exploited sage grouse population. Conservation Biology 13:77–84.

KEISTER, G. P., AND M. J. WILLIS. 1986. Habitat selection and success of sage grouse hens while nesting and brooding. Oregon Department of Fish and Wildlife, Progress Report W-87-R-2, Subproject 285, Portland, Oregon, USA.

KLEBENOW, D. A. 1969. Sage grouse nesting and brood habitat in Idaho. Journal of Wildlife Management 33:649–661.

KLEBENOW, D. A. 1970. Sage grouse versus sagebrush control in Idaho. Journal of Range Management 23:396–400.

KLEBENOW, D. A. 1972. The habitat requirements of sage grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305–315.

KLOTT, J. H., AND F. G. LINDZEY. 1990. Brood habitats of sympatric sage grouse and Columbian sharp-tailed grouse in Wyoming. Journal of Wildlife Management 54:84–88.

KLOTT, J. H., R. B. SMITH, AND C. VULLO. 1993. Sage grouse habitat use in the Brown's Bench area of south-central Idaho. United States Department of Interior, Bureau of Land Management, Idaho State Office, Technical Bulletin 93–4, Boise, Idaho, USA.

LYON, A.G. 2000. The potential effects of natural gas development on sage grouse (*Centrocercus urophasianus*) near Pinedale, Wyoming. Thesis, University of Wyoming, Laramie, USA.

LEONARD, K. M., K. P. REESE, AND J.W. CONNELLY. 2000. Distribution, movements, and habitats of sage grouse *Centrocercus urophasianus* on the Upper Snake River Plain of Idaho: changes from the 1950's to the 1990's. Wildlife Biology 6: in press.

MACK, R. N., AND J. N. THOMPSON. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119: 757–773.

MACNAB, J. 1983. Wildlife management as scientific experimentation. Wildlife Society Bulletin 11:397–401.

MARTIN, N.S. 1970. Sagebrush control related to habitat and sage grouse occurrence. Journal of Wildlife Management 34: 313–320.

MARTIN, R. C. 1990. Sage grouse responses to wildfire in spring and summer habitats. Thesis, University of Idaho, Moscow, USA.

MCARTHUR, E. D., A. C. BLAUER, AND S. C. SANDERSON. 1988. Mule deer-induced mortality of mountain big sagebrush. Journal of Range Management 41:114–117.

MUSIL, D. D., J.W. CONNELLY, AND K. P. REESE. 1993. Movements, survival, and reproduction of sage grouse translocated into central Idaho. Journal of Wildlife Management 57:85–91.

MYERS, O. B. 1992. Sage grouse habitat enhancement: effects of sagebrush fertilization. Dissertation, Colorado State University, Fort Collins, USA.

NELLE, P. J., K. P. REESE, AND J.W. CONNELLY. 2000. The long-term effect of fire on sage grouse nesting and brood-rearing habitats on the Upper Snake River Plain. Journal of Range Management 53:586–591.

OWENS, M. K., AND B. E. NORTON. 1992. Interactions of grazing and plant protection on basin big sagebrush (*Artemisia tridentata* spp. *tridentata*) seedling survival. Journal of Range Management 45:257–262.

OYLER-MCCANCE, S. J., N. W. KAHN, K. P. BURNHAM, C. E. BRAUN, AND T. W. QUINN. 1999. A population genetic comparison of large and small-bodied sage grouse in Colorado using microsatellite and mitochondrial DNA markers. Molecular Ecology, 8: 1457–1465.

PATTERSON, R. L. 1952. The sage grouse in Wyoming. Sage Books, Denver, Colorado, USA.

PETERSEN, B. E. 1980. Breeding and nesting ecology of female sage grouse in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

PETERSON, J. G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. Journal of Wildlife Management 34: 147–155.

PETERSON, J. G. 1995. Ecological implications of sagebrush manipulation: a literature review. Montana Fish, Wildlife, and Parks, Helena, USA.

PYLE, W. H., AND J. A. CRAWFORD. 1996. Availability of foods of sage grouse chicks following prescribed fire in sagebrush–bitterbrush. Journal of Range Management 49:320–324.

PYRAH, D. B. 1972. Effects of chemical and mechanical sagebrush control on sage grouse. Montana Fish and Game Department, Job Completion Report W-105-R-6, Helena, USA.

REESE, K. P., AND J. W. CONNELLY. 1997. Translocations of sage grouse *Centrocercus urophasianus* in North America. Wildlife Biology 3/4:235–241.

REMINGTON, T. E., AND C. E. BRAUN. 1985. Sage grouse food selection in winter, North Park, Colorado. Journal of Wildlife Management 49: 1055–1061.

REMINGTON, T. E., AND C. E. BRAUN. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings, Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute 5: 128–132.

ROBERTSON, M. D. 1991. Winter ecology of migratory sage grouse and associated effects of prescribed fire in southeastern Idaho. Thesis, University of Idaho, Moscow, USA.

ROGERS, G. E. 1964. Sage grouse investigations in Colorado. Colorado Game, Fish, and Parks Department, Technical Publication 16, Denver, Colorado, USA.

SAAB, V.A., AND T. D. RICH. 1997. Large-scale conservation assessment for neotropical migratory land birds in the interior Columbia River Basin. United States Department of Agriculture, Forest Service, General Technical Report PNW-GTR-399, Portland, Oregon, USA.

SAUER, J. R., J. E. HINES, J. FALLON AND G. GOUGH. 1997. The North American breeding bird survey, results and analysis 1996–98. Version 98.1. United States Geological Survey, Patuxent Wildlife Research Center, Laurel, Maryland, USA.

SAVAGE, D. E. 1969. Relation of sage grouse to upland meadows in Nevada. Nevada Fish and Game Commission, Job Completion Report, Project W-39-R-9, Job 12, Reno, Nevada, USA.

SCHOENBERG, T.J. 1982. Sage grouse movements and habitat selection in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

SCHROEDER, M. A. 1995. Productivity and habitat use of sage grouse in north-central Washington. Washington Department of Fish and Wildlife, Job Progress Report Project W-96-R, Olympia, USA.

SCHROEDER, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933–941.

SCHROEDER, M. A., J. R. YOUNG, AND C. E. BRAUN. 1999. Sage grouse (*Centrocercus urophasianus*). Pages 1-28 *in* A. Poole and E Gill, editors. The birds of North America, No. 425. The Birds of North America, Philadelphia, Pennsylvania, USA.

SIME, C. A. 1991. Sage grouse use of burned, non-burned, and seeded vegetation communities on the Idaho National

Engineering Laboratory, Idaho. Thesis, Montana State University, Bozeman, USA.

SVEUM, C. M. 1995. Habitat selection by sage grouse hens during the breeding season in south-central Washington. Thesis, Oregon State University, Corvallis, USA.

SVEUM, C. M., W. D. EDGE, AND J. A. CRAWFORD. 1998a. Nesting habitat selection by sage grouse in south-central Washington. Journal of Range Management 51:265–269.

SVEUM, C. M., J. A. CRAWFORD, AND W. D. EDGE. 1998b. Use and selection of brood-rearing habitat by sage grouse in south-central Washington. Great Basin Naturalist 58:344–351.

SWENSON, J. E. 1986. Differential survival by sex in juvenile sage grouse and gray partridge. Ornis Scandinavica 17:14–17.

SWENSON, J. E., C. A. SIMMONS, AND C. D. EUSTACE. 1987. Decrease of sage grouse *Centrocercus urophasianus* after plowing of sagebrush steppe. Biological Conservation 41:125–132.

TATE, J., JR., M. S. BOYCE, AND T. R. SMITH. 1979. Response of sage grouse to artificially created display ground. Pages 464–468 *in* G. A. Swanson, technical coordinator. The mitigation symposium: a national workshop on mitigating losses of fish and wildlife habitats. United States Department of Agriculture, Forest Service, General Technical Report RM-65, Fort Collins, Colorado, USA.

TISDALE, E. W., AND M. HIRONAKA. 1981. The sagebrush-grass region: a review of the ecological literature. Idaho Forest, Wildlife, and Range Experiment Station, Bulletin 33, Moscow, USA.

TRUEBLOOD, R. W. 1954. The effect of grass reseeding in sagebrush lands on sage grouse populations. Thesis, Utah State Agricultural College, Logan, USA.

VALE, T. R. 1975. Presettlement vegetation in the sagebrush-grass area of the Intermountain West. Journal of Range Management 28:32–36.

VALLENTINE, J. F. 1989. Range development and improvements. Third edition. Academic, San Diego, California, USA.

VALLENTINE, J. F. 1990. Grazing management. Academic, San Diego, California, USA.

WAKKINEN, W. L. 1990. Nest site characteristics and spring-summer movements of migratory sage grouse in southeastern Idaho. Thesis, University of Idaho, Moscow, USA.

WAKKINEN, W. L., K. P. REESE, AND J. W. CONNELLY. 1992. Sage grouse nest locations in relation to leks. Journal of Wildlife Management 56:381–383.

WALLESTAD, R. O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. Journal of Wildlife Management 35:129–136.

WALLESTAD, R. O. 1975. Life history and habitat requirements of sage grouse in central Montana. Montana Fish and Game Department, Technical Bulletin, Helena, USA.

WALLESTAD, R. O., AND D. B. PYRAH. 1974. Movement and nesting of sage grouse hens in central Montana. Journal of Wildlife Management 38:630–633.

WALLESTAD, R. O., AND P. SCHLADWEILLER. 1974. Breeding season movements and habitat selection of male sage grouse. Journal of Wildlife Management 38:634–637.

WALLESTAD, R. O., J. G. PETERSON, AND R. L. ENG. 1975. Foods of adult sage grouse in central Montana. Journal of Wildlife Management 39:628–630.

WAMBOLT, C. L., AND G. F. PAYNE. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. Journal of Range Management 39:314–319.

WELCH, B. L., J. C. PEDERSON, AND R. L. RODRIQUEZ. 1988. Selection of big sagebrush by sage grouse. Great Basin Naturalist 48:274–279.

WELCH, B. L., F. J. WAGSTAFF, AND J. A. ROBERSON. 1991. Preference of wintering sage grouse for big sagebrush. Journal of Range Management 44:462–465.

YOUNG, J. R. 1994. The influence of sexual selection on phenotypic and genetic divergence among sage grouse populations. Dissertation, Purdue University, West Lafayette, Indiana, USA.

ZABLAN, M. A. 1993. Evaluation of sage grouse banding program in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.



John W. (Jack) Connelly (left) is a wildlife research biologist with the Idaho Department of Fish and Game. He received his B.S. in fish and wildlife resources from the University of Idaho and M.S. in wildlife biology and Ph.D. in zoology from Washington State University. He has been a member of The Wildlife Society for 25 years and is past-president of the Idaho Chapter and current president of the Northwest Section. He has been involved with research on sage grouse since 1977. Michael A. (Mike) Schroeder (right) is the upland bird research biologist for the Washington Department of Fish and Wildlife. He received his B.S. in wildlife ecology from Texas A&M University, M.S. in zoology from the University of Alberta, and Ph.D. in wildlife biology from Colorado State University. He has been a member of The Wildlife Society for 21 years. He has been studying Washington populations of sage grouse, sharp-tailed grouse, and spruce grouse since 1992. Alan R. Sands retired after 21 years as a wildlife biologist for the Bureau of Land Management and is now employed by The Nature Conservancy as a field representative for southwestern Idaho. He received his B.A. in math and science from San Diego State University and M.S. in wildlife management from Humboldt State University. He has been a member of The Wildlife Society for 25 years and is past vice-president of the Idaho Chapter. Clait E. Braun (center) recently retired from the Colorado Division of Wildlife. He received his B.S. in soil science from Kansas State University, M.S. from the University of Montana in forest wildlife management, and Ph.D. from Colorado State University in wildlife biology. He has been a member of The Wildlife Society for 39 years and is past-editor of The Journal of Wildlife Management, past-president of the Central Mountain and Plains Section, past Council Member, and past-president of The Wildlife Society.



# Setting the Record Straight: A Response to "Sage-Grouse at the Crossroads"

## By J. W. Connelly, C. E. Braun, M. A. Schroeder, and C. A. Hagen

*Editor's Note: The Brunner paper was submitted as an opinion paper and should have been labeled as a Viewpoint paper and does not represent the opinion of the Society for Range Management.*

The status of sage-grouse (*Centrocercus* spp.) has been a concern to scientists and conservationists since the early part of the twentieth century[1] and significant range-wide population declines have been documented.[1-3] As a result, extensive research has been conducted on sage-grouse populations, behavior, and habitats[1,4,5] and a large body of literature now exists describing the species' biology and conservation issues. Despite this wealth of available information on sage-grouse populations and habitats, a review article by Brunner[6] was recently published that was replete with ambiguous or misleading information on sage-grouse population biology and habitat.

Schroeder et al.[7] provided a detailed critique of a recent sage-grouse issue paper[8] that contained much misleading information. Unfortunately, their critique was immediately followed by publication of Brunner's[6] article containing even more misinformation than the paper reviewed by Schroeder et al. This second paper contributed to the uncertainty associated with management of sage-grouse and added further confusion to the complex problem of sage-grouse conservation and sagebrush (*Artemisia* spp.) steppe management. Thus, the purpose of our paper is to briefly document the vast amount of information available on sage-grouse

populations and habitat needs, and then examine statements made by Brunner[6] to assess the validity of his report with respect to available information.

### Current Knowledge

At least eight general reviews of sage-grouse population characteristics and sagebrush habitats have been published since 1999 (Table 1). These reports provide comprehensive overviews of sage-grouse ecology, and trends in sage-grouse populations and habitats. They also contain many references, allowing readers to assess the detailed knowledge supporting these reports. Seven of the eight reports were subject to peer review.

### Brunner (2006)

Despite the vast amount of information generally available on sage-grouse (Table 1), Brunner[6] authored a paper entitled "Sage-grouse at the crossroads," which contained numerous factual errors and many statements that were unsupported by scientific data. To clarify misunderstandings and minimize or eliminate confusion, we organize these statements under population and habitat subheadings and address them accordingly.

#### Populations

*The Gunnison sage-grouse was listed under ESA.* In January 2000, a petition was submitted to the US Fish and Wildlife Service (USFWS) requesting Gunnison sage-grouse (*C. minimus*) be listed under the Endangered Species Act. The USFWS made a decision in April 2006 that listing this

This article has been peer reviewed.

BLM_0080671

| Table 1. Extensive reviews of sage-grouse and sagebrush rangeland published since 1999 ||||
| Year | Topic | Reference no. | Source |
|---|---|---|---|
| 1999 | Sage-grouse species account | 4 | Birds of North America |
| 2000 | Sage-grouse management guidelines | 12 | Wildlife Society Bulletin |
| 2002 | Sage-grouse ecology | 30 | Policy Analysis Center for Western Public Lands |
| 2003 | Sagebrush habitats | 31 | Condor |
| 2004 | Sage-grouse ecology/management | 5 | Rangeland Ecology and Management |
| 2004 | Sage-grouse populations/habitat | 1 | Western Assoc. of Fish and Wildlife Agencies |
| 2005 | Sagebrush habitats | 27 | USDA Forest Service |
| 2005 | Sage-grouse habitats | 25 | USDA Forest Service |

species was not warranted (Federal Register 71:199953-199982). From December 2000 (Federal Register 65:82310-82312) to 2006, the Gunnison sage-grouse was officially designated as a "candidate" for federal listing, but was never listed as either threatened or endangered.

*Sage-grouse "strut" in February.* Although sage-grouse can display in late February at lower elevations with mild climates, most breeding activity occurs from mid-March to late April. At higher elevations male lek attendance can persist into late May or early June.[4,9,10]

*White-tailed deer eat sage-grouse eggs.* Elk (*Cervus elaphus*) have been reported eating sage-grouse eggs[11] but we are unaware of any reports of white-tailed deer (*Odocoileus virginianus*) eating sage-grouse eggs. Moreover, given habitat preferences of white-tailed deer, it would be unusual to find this species in sage-grouse breeding habitat.

*Only 50% of sage-grouse survive the first winter—predators and harsh weather account for 45%–48% of these birds.* Sage-grouse only feed on leaves and buds of sagebrush during winter. Despite this reasonably austere diet, winter is normally not a markedly severe time for sage-grouse. In fact, birds usually gain weight during winter and reach their peak weights in early March, at the start of the breeding season.[4] Sage-grouse have high annual survival rates and overwinter survival is also high, often reaching or exceeding 90%.[12–14] However, high winter mortality was recently documented in Montana following severe winter storms.[15]

*The sage-grouse's natural reluctance to fly indicates that hawks and eagles take a heavy toll.* In addition to low overwinter mortality discussed above, sage-grouse are strong flyers and can attain speeds of at least 78 km·hr⁻¹ with single flights of 10 km or more.[4] Moreover, sage-grouse populations can occupy annual ranges exceeding 2,700 km² and movements between seasonal habitats can range from 8 to 34 km.[1,4,16] Although golden eagles (*Aquila chrysaetos*) and some hawks are common predators of sage-grouse,[4] the relatively high annual survival rates reported for sage-grouse[1,32] certainly do not support the contention that these raptors "take a heavy toll."

*A comparison of sage-grouse on the Sheldon Antelope Range (where cattle have been outlawed) and adjacent grazed lands show the flocks are healthier on grazed ranges.* M. A. Gregg (US Fish and Wildlife Service, personal communication, 2007) conducted research on and adjacent to Sheldon National Wildlife Refuge and reported that sage-grouse numbers (i.e., lek counts) increased on Sheldon and adjacent grazed Bureau of Land Management lands. During the years of his research (2000–2004), the lek on which he trapped most of the sage-grouse used in his study occurred on Sheldon. Attendance at this lek increased from 87 to 225 males during his study. Further, grazing was not "outlawed" from the Refuge. Grazing permits were purchased at fair market value from willing sellers (M. A. Gregg, personal communication, 2007). Moreover, research at Hart Mountain National Antelope Refuge indicated that sage-grouse productivity increased following removal of livestock grazing.[17]

*The "natural 10-year boom-and-bust cycle" among sage-grouse.* Although evidence exists suggesting sage-grouse populations might be cyclic,[18] there is no published information suggesting this is a "boom and bust" phenomenon similar to that of snowshoe hares (*Lepus americanus*) and ruffed grouse (*Bonasa umbellus*). More importantly, regardless of cyclic patterns in sage-grouse populations, compelling data now exist documenting the long-term declines of both species.[1,3] From 1965 to 2003, greater sage-grouse (*Centrocercus urophasianus*) declined an average of 2% per year. Rates of change varied among areas within the range of greater sage-grouse but populations have clearly declined over the long term in at least 8 of 10 states for which data were adequate to allow analysis.[1] These declines likely resulted from large-scale habitat loss[1] and possibly low recruitment rates.[2]

*Habitat*
Hens have the "best success" if they use an area where sagebrush "…is scattered, about 14–20 inches tall." Numerous studies show that sage-grouse nest in areas characterized by 15%–25% canopy cover of sagebrush with an average height of 40–80 cm (16–31 inches) and a healthy understory of grasses

**36**

BLM_0080672

and forbs.[12,19] Sagebrush in these stands would not generally be described as "scattered." A recent study in Wyoming concluded that sage-grouse avoid nesting in sparse stands of sagebrush.[11]

*Recent studies show that predation and cover are not closely linked.* Research in Oregon, Wyoming, and Idaho[20–23] has demonstrated the importance of cover for successful nesting by sage-grouse. We are not aware of any published studies indicating there is no relationship between cover and predation of sage-grouse nests. Several studies have documented the importance of tall grasses to successful nesting attempts.[19–21] Numerous studies have documented sage-grouse vital rates.[1-4] In general, clutch sizes range from 7 to 9 eggs, and overall nest success is about 50%. High annual survival and generally high nest success rates suggest that predation does not pose much of a problem for this species in areas where cover is adequate.

*Chicks may be trapped in tall, coarse grass and starve.* We can not find any references in the scientific literature supporting this statement. However, the importance of herbaceous cover to nesting sage-grouse has clearly been demonstrated,[12,19,21] and numerous researchers have concluded that sage-grouse nest success is largely influenced by herbaceous understory.[21] Recent work[24] in Alberta indicated that chick loss declined as grass cover increased and that grass heights must exceed 35–40 cm before habitats become risky to chicks.

*Chicks must have relatively bare ground.* This observation has not been substantiated in the literature. Early brood-rearing areas occur relatively close to the nest site, an area that is characterized by a healthy herbaceous understory.[19] Holloran[11] summarized the importance of herbaceous cover in early brood-rearing habitat and noted that broods in Wyoming used areas within or near sagebrush stands averaging 20% canopy cover, and that increased productivity was positively associated with the abundance of insects and herbaceous cover.

*Grouse prefer Lahontan sagebrush during summer.* Summer habitats vary a great deal. Sage-grouse can use meadow areas, riparian zones, or farmland.[12,19] In all cases, however, birds seek areas rich in succulent forbs with stands of sagebrush for escape cover and roosting. The diet of sage-grouse during summer often is comprised largely of forbs and insects. Sagebrush is eaten, but in most areas low sagebrush (*A. arbuscula*), Wyoming sagebrush (*A. t. wyomingensis*), and mountain sagebrush (*A. t. vaseyana*) are consumed.[4] There is little published information on the importance of Lahontan sagebrush to sage-grouse during summer or any other time of year. It is a subspecies of low sagebrush and is likely eaten by sage-grouse where it occurs.

*During the winter sage-grouse eat alkali sagebrush.* Sage-grouse are a sagebrush obligate. Both species of sage-grouse depend on big sagebrush (*A. tridentata*) throughout most of their range, but within the northern and eastern edges of the range of greater sage-grouse (*C. urophasianus*) this species depends largely on silver sagebrush (*A. cana*). Moreover, both low sagebrush and black sagebrush (*A. nova*) provide important habitat in many areas.[1,12] Numerous studies have documented the importance of big sagebrush and low sagebrush to wintering sage-grouse.[5,12,13,25] Alkali sagebrush (*A. longiloba*) is generally confined to heavy soils derived from alkaline shales and also grows on lighter limey soils.[26] It can be consumed by sage-grouse during winter but there is little information on its overall importance to wintering grouse.[1]

*Cattle manure attracts and breeds insects, and these insects in turn feed sage-grouse; where there are no cattle there are few birds.* We would not argue that cattle manure attracts and breeds insects, but are unaware of any research suggesting that insects associated with manure are important to sage-grouse. For the first 1–2 weeks of life, sage-grouse chicks depend on insects (often ants and beetles) and then switch to forbs. When chicks reach 3–6 weeks of age, the hen begins moving the brood to summer range. Both insects and forbs are quite abundant in sagebrush habitat in good ecological condition. At least 23 species of beetles and 23 species of ants are associated with big sagebrush, indicating the importance of this plant species to insects consumed by sage-grouse.[27] Recent research concluded that annual grazing by livestock in nesting habitat could negatively impact the following years' nest success.[21] As indicated above, livestock grazing no longer occurs on Sheldon National Wildlife Refuge nor does it occur on Hart Mountain National Antelope Refuge; however, sage-grouse populations at both of these areas are growing at similar rates to those of adjacent grazed pastures (M. A. Gregg, personal communication, 2007; Oregon Department of Fish and Wildlife, unpublished data). There appears to be no published information supporting the assertion that "…where there are no cattle, there are precious few birds."

*Empirical evidence indicates that sage-grouse follow the cattle as they are rotated between pastures.* This comment also appears to lack support in the scientific literature. The phrase "empirical evidence" suggests that an experiment has taken place. If this is the author's contention, he should have cited the source for this claim. Although positive impacts of cattle grazing on sage-grouse have been identified in the scientific literature,[28] no mention was made of sage-grouse following cattle. The large number of documented negative impacts of livestock grazing in sagebrush shrub steppe appears to neutralize or outweigh any positive effects.[17,28]

*Forbs grow only on disturbed soil.* Although disturbed areas often support stands of exotic forbs and grasses, numerous forbs are native to sagebrush-dominated areas. We can find no evidence supporting this statement (except as it relates to exotic forbs or weeds). Investigators in Idaho concluded that unlike most areas in sagebrush steppe with a long history of grazing, their study area (with much less gazing) supported an abundance of perennial grasses and a high diversity of forbs.[29]

BLM_0080673

## Conclusions

The Society for Range Management website characterizes the journal *Rangelands* as providing a forum for "scientifically correct" information. We argue that the paper by Brunner[6] contains little scientific information but is replete with opinion and unsubstantiated statements. We see nothing wrong with individuals expressing opinions in natural resource journals, as long as those papers are identified as such. However, the article by Brunner[6] was not identified as opinion. Thus there is a danger that information provided in this article could be viewed as "fact." The dissemination of scientifically correct data and identification of uncertainty associated with the conservation and management of sage-grouse is very important and could be facilitated by collaborative efforts sponsored jointly by range and wildlife professionals. These efforts should be built on a foundation of good science. We suggest that *Rangelands* demonstrate its commitment to good science by formally withdrawing the paper by Brunner.[6]

## Literature Cited

1. CONNELLY, J. W., S. T. KNICK, M. A. SCHROEDER, and S. J. STIVER. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Cheyenne, WY: Western Association of Fish and Wildlife Agencies. Unpublished Report. 610 p.

2. CONNELLY, J. W., and C. E. BRAUN. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. *Wildlife Biology* 3:229–234.

3. SCHROEDER, M. A., C. L. ALDRIDGE, A. D. APA, J. R. BOHNE, C. E. BRAUN, S. D. BUNNELL, J. W. CONNELLY, P. A. DEIBERT, S. C. GARDNER, M. A. HILLIARD, G. D. KOBRIGER, S. M. MCADAM, C. W. MCCARTHY, J. J. MCCARTHY, D. L. MITCHELL, E. V. RICKERSON, and S. J. STIVER. 2004. Distribution of sage-grouse in North America. *Condor* 106:363–376.

4. SCHROEDER, M. A., J. R. YOUNG, and C. E. BRAUN. 1999. Sage grouse (*Centrocercus urophasianus*). *In* A. Poole, and F. Gill [EDS.]. The Birds of North America, No. 425. Philadelphia, PA: The Birds of North America, Inc. p. 1–28.

5. CRAWFORD, J. A., R. A. OLSON, N. E. WEST, J. C. MOSLEY, M. A. SCHROEDER, T. D. WHITSON, R. F. MILLER, M. A. GREGG, and C. S. BOYD. 2004. Ecology and management of sage-grouse and sage-grouse habitat. *Journal of Range Management* 57:2–10.

6. BRUNNER, J. 2006. Sage-grouse at the crossroads. *Rangelands* 28(3):15–16.

7. SCHROEDER, M. A., J. W. CONNELLY, C. L. WAMBOLT, C. E. BRAUN, C. A. HAGEN, and M. R. FRISINA. 2006. Society for Range Management issue paper: ecology and management of sage-grouse—a reply. *Rangelands* 28:3–7.

8. SOCIETY FOR RANGE MANAGEMENT. 2005. Ecology and management of sage-grouse and sage-grouse habitat. Issue paper created by the Society of Range Management. Wheat Ridge, CO: Society for Range Management. 8 p.

9. ENG, R. L. 1963. Observations of the breeding biology of male sage grouse. *Journal of Wildlife Management* 27:841–846.

10. CONNELLY, J. W., K. P. REESE, and M. A. SCHROEDER. 2003. Monitoring of greater sage-grouse habitats and populations. Moscow, ID: Idaho Forest, University of Idaho College of Natural Resources Experiment Station, Bulletin 80. 50 p.

11. HOLLORAN, M. J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming [dissertation]. Laramie, WY: University of Wyoming. 211 p.

12. CONNELLY, J. W., M. A. SCHROEDER, A. R. SANDS, and C. E. BRAUN. 2000. Guidelines to manage sage grouse populations and their habitats. *Wildlife Society Bulletin* 28:967–985.

13. ROBERTSON, M. D. 1991. Winter ecology of migratory sage grouse and associated effects of prescribed fire in southern Idaho [thesis]. Moscow, ID: University of Idaho. 88 p.

14. WIK, P. A. 2002. Ecology of greater sage-grouse in south-central Owyhee County, Idaho [thesis]. Moscow, ID: University of Idaho. 141 p.

15. MOYNAHAN, B. J., M. S. LINDBERG, AND J. W. THOMAS. In press. Factors contributing to process variance in annual survival of female greater sage-grouse in northcentral Montana. *Ecological Applications* 16:1529–1538.

16. CONNELLY, J. W., H. W. BROWERS, and R. J. GATES. 1988. Seasonal movements of sage-grouse in southeastern Idaho. *Journal of Wildlife Management* 52:116–122.

17. COGGINS, K. A. 1998. Relationship between habitat changes and productivity of sage grouse at Hart Mountain National Antelope Refuge, Oregon [thesis]. Corvallis, OR: Oregon State University. 61 p.

18. RICH, T. 1985. Sage grouse population fluctuations: evidence for a 10-year cycle. Boise, ID: Department of Interior Bureau of Land Management Technical Bulletin 85-1. 29 p.

19. HAGEN, C. A., J. W. CONNELLY, and M. A. SCHROEDER. 2007. A meta-analysis of greater sage-grouse *Centrocercus urophasianus* nesting and brood-rearing habitats. *Wildlife Biology* 13(Suppl):42–50.

20. GREGG, M. A.), J. A. CRAWFORD, M. S. DRUT, and A. K. DELONG. 1994. Vegetational cover and predation of sage grouse nests in Oregon. *Journal of Wildlife Management* 58:162–166.

21. HOLLORAN, M. J., B. J. HEATH, A. G. LYON, S. J. SLATER, J. L. KUIPERS, and S. H. ANDERSON. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. *Journal of Wildlife Management* 69:638–649.

22. CONNELLY, J. W., W. L. WAKKINEN, A. D. APA, and K. P. REESE. 1991. Sage-grouse use of nest sites in southeastern Idaho. *Journal of Wildlife Management* 55:521–524.

23. DELONG, A. K., J. A. CRAWFORD, and D. C. DELONG. 1995. Relationship between vegetational structure and predation of artificial sage grouse nests. *Journal of Wildlife Management* 59:88–92.

24. Aldridge, C. L. 2005. Identifying habitats for persistence of Greater Sage-grouse (*Centrocercus urophaisanus*) in Alberta, Canada [dissertation]. Edmonton, Alberta, Canada: University of Alberta. 250 p.

25. BRAUN, C. E., J. W. CONNELLY, and M. A. SCHROEDER. 2005. Seasonal habitat requirements for sage-grouse: spring, summer, fall, and winter. *In* N. L. Shaw, M. Pellant, and S. B. Monson [COMPS.]. Sage-grouse Habitat Restoration Symposium Proceedings. Fort Collins, CO: US Department of Agriculture, Forest Service, Rocky Mountain Research Station. RMRS-P-38. p. 38–42.

BLM_0080674

26. McArthur, E. D. 1999. Sagebrush systematics and distribution. *In* P. G. Entwistle, A. M. DeBolt, J. H. Kaltenecker, and K. Steenhof [comps.]. Proceedings: Sagebrush Steppe Symposium. Boise, ID: Bureau of Land Management publication Number BLM/ID/PT-001001+1150. p. 9–14.

27. Welch, B. L. 2005. Big sagebrush: a sea fragmented into lakes, ponds and puddles. Denver, CO: US Department of Agriculture, Forest Service General Technical Report RMRS-GTR-144. 210 p.

28. Beck, J. L., and D. L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. *Wildlife Society Bulletin* 28:993–1002.

29. Anderson, J. E., K. T. Ruppel, J. M. Glennon, K. E. Holte, and R. C. Rope. 1996. Plant communities, ethnoecology, and flora of the Idaho National Engineering Laboratory. Idaho Falls, ID: Environmental Science and Research Foundation ESRF-005. 111 p.

30. Wambolt, C. L., A. J. Harp, B. L. Welch, N. Shaw, J. W. Connelly, K. P. Reese, C. E. Braun, D. A. Klebenow, E. D. McArthur, J. G. Thompson, L. A. Torell, and J. A. Tanaka. 2002. Conservation of greater sage-grouse on public lands in the western U.S.: implications of recovery and management policies. Caldwell, ID: Policy Analysis Center for Western Public Lands. Policy Paper SG-02-02. 41 p.

31. Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late: conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611–634.

*Authors are Principal Wildlife Research Biologist, Idaho Department of Fish and Game, Department of Biological Sciences, Idaho State University, Pocatello, ID 83209, jcsagegrosue@aol.com (Connelly); Director, Grouse, Inc., 5572 North Ventana Vista Road, Tucson, AZ 85750 (Braun); Research Scientist, Washington Department of Fish and Wildlife, PO Box 1077, Bridgeport, WA 98813 (Schroeder); and Sage-Grouse Coordinator, Oregon Department of Fish and Wildlife, 61374 Parrell Road, Bend, OR 97702 (Hagen).*

BLM_0080675

# Bureau of Land Management

# National Sage-Grouse Habitat Conservation Strategy

### 1.3.1 Guidance for Addressing Sagebrush Habitat Conservation in BLM Land Use Plans

## U.S. Department of the Interior

## November 2004

BLM_0080676

# Guidance for Addressing
# Sagebrush Habitat Conservation in BLM Land Use Plans

This guidance is intended to help BLM planning teams include sagebrush habitat and sagebrush-dependent wildlife species (including sage-grouse) considerations in BLM land use planning efforts.  Planning teams should use this guidance in planning areas with sagebrush habitat for land use plans in progress (to the extent practicable for plans well underway), new planning starts and plan amendments.  This guidance may be supplemented, as appropriate, with additional information from completed State- or local-level sage-grouse strategies or plans.

Pursuant to the BLM Sage-grouse Habitat Conservation Strategy (Action 1.3.4), each State Director must, by April 2005, develop a process and schedule to update deficient land use plans to adequately address sage-grouse and sagebrush conservation needs.  BLM state-level conservation strategies and/or plans should continue to be developed in concert with state agency-led efforts consistent with mutually agreed-upon schedules.

This guidance focuses on sagebrush habitat as a whole rather than on sage-grouse or other individual species because it is important to plan for the conservation of habitat for all wildlife species.  It is also BLM policy to consider all special status species in planning (§6840.02B).  This should assist in the conservation of species and reduce the need for listings under the Endangered Species Act.

This guidance describes how planning teams can incorporate sagebrush considerations into each of the basic steps involved in preparing a land use plan and associated NEPA analyses as listed below:

1.   Prepare to Plan
2.   Conduct Scoping
    a.  Issue Statement
    b.  Planning Criteria
3.   Analyze the Management Situation

4.   Develop Alternatives
    a.  Goals and Objectives
    b.  Allowable Uses and
       Management Actions
5.   Estimate Effects of Alternatives

## 1.  Prepare to Plan

IM 2001-038 (Development/Approval of Preparation Plans for New Planning Starts) lists the items that a preparation plan should include.  Listed below are select components of the preparation plan where planning teams should address sagebrush habitat and associated wildlife species (including sage-grouse):

- Anticipated planning issues and management concerns (see step 2.a below);
- Preliminary planning criteria and outstanding questions that must be addressed to support management decisions (see step 2.b below);
- Available data and data collection/format standards employed;
- Known or anticipated data gaps; and

BLM_0080677

- Data standards, work-month costs, staffing and skill requirements, and estimated time-frames needed to establish an integrated, automated geospatial database for filling in data gaps.

## 2. Conduct Scoping

### a. Issue Statement

Land use plans should include an issue statement that (1) describes the status of sagebrush-obligate species such as sage-grouse and (2) identifies the need to allocate land uses and identify management activities to help conserve sagebrush habitat and sagebrush-obligate species on BLM-administered lands.

### b. Planning Criteria

Planning criteria should be based on federal laws, regulations and policies that guide land management decisions that affect the conservation of sagebrush habitat and sagebrush-obligate species on BLM-administered land (43 CFR 1610.4-2).

Listed below are the most significant federal laws, regulations and policies upon which such criteria may be based (see Attachment 1 for a summary of these items).

- Endangered Species Act of 1973 (ESA)
- Federal Land Policy and Management Act (FLPMA) of 1976 (43 U.S.C. 1701 *et seq.*)
- Sikes Act of 1974, Title II (16 U.S.C. 670g *et seq.*), as amended
- 43 CFR 1610 (Planning regulations)
- 43 CFR 4180 (Rangeland Health Standards)
- BLM Rangeland Health Standards Handbook (H-4180-1)
- BLM Land Use Planning Handbook (H-1601-1)
- BLM Manual 6840 - Special Status Species Management

It is recommended that planning teams also consider the information below in developing planning criteria, as they deal specifically with sage-grouse considerations.

- Western Association of Fish and Wildlife Agencies (WAFWA) Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats (Connelly et al., 2004)
- State and local sage-grouse conservation plans
- Relevant local and regional data relative to sage-grouse and other sagebrush-dependent wildlife species
- Relevant scientific literature, such as the WAFWA Guidelines for Management of Sage-grouse Populations and Habitats (Connelly et al, 2000)
- Other appropriate information

BLM_0080678

Planning teams may also want to consider 50 CFR Chapter IV – the Fish and Wildlife Service Policy for the Evaluation of Conservation Efforts when Making Listing Decisions (PECE). This policy provides a framework and criteria for evaluating conservation efforts that have not yet been implemented or have not yet demonstrated effectiveness.

## 3. Analyze the Management Situation

The Analysis of the Management Situation (AMS) should describe the following information about sagebrush habitat and sagebrush-obligate species (including sage-grouse) in the planning area:

- Decisions from all applicable planning documents (Resource Management Plans, plan amendments, etc) that are affecting or could affect sagebrush habitat.
- The importance of the planning area to habitat for sagebrush-obligate species from a regional perspective. For example, state whether any portion of the habitat is part of a sage-grouse stronghold within the state.
- Current condition and extent of habitat for sagebrush-obligate species.
- Areas of highest priority for protecting, maintaining and restoring sagebrush habitat. Consider the size, condition, and connectivity of habitat areas when identifying priority areas. Emphasize habitat for sagebrush-obligate species when identifying priority areas for sagebrush as a whole.
- Trends of habitat condition and extent for sagebrush-obligate species.
- Indicators or criteria that will be used to evaluate the effects of the alternatives.
- Management opportunities to respond to identified issues or conflicts (that could be arrayed in a range of alternatives).

Use maps and other materials from State wildlife agencies, BLM, and/or other sources to gather information about the importance of the planning area to sagebrush-obligate species (including sage-grouse) from a regional perspective and the current condition and extent of sagebrush habitat. Most BLM States have completed or are in process of completing "broad resolution" maps of sage-grouse habitat. IM 2004-136 also addresses this task. These maps display vegetative cover and its current or potential utility to sage-grouse, and are therefore useful information sources regarding sage-grouse habitat.

The broad resolution maps may not provide information about the specific locations and conditions of seasonal sage-grouse habitats (breeding, nesting/early brood rearing, late brood-rearing and wintering). Use available local maps to describe the seasonal habitats within the planning area. If seasonal habitat information is not available at present, prepare maps at the planning area scale according to guidelines in state strategies (if completed) or BLM's Guidance for the Management of Sagebrush Plant Communities for Sage-grouse Conservation (if state strategies are not completed), in partnership with State wildlife agencies.

## 4. Develop Alternatives

The alternatives should identify and evaluate reasonable, feasible and effective options for conserving sagebrush habitats and associated species in accordance with BLM's multiple-use mandate in FLPMA.

Ensure that each alternative contains considerations for sagebrush habitat conservation by (1) developing one or more goals related to sagebrush habitat with emphasis on sage-grouse habitat that will apply to all alternatives, (2) including objectives in each alternative that pertain to the goals, and (3) identifying allowable uses or management actions to achieve the objectives. This method will ensure that all alternatives, including the preferred alternative, will include sagebrush and sage-grouse habitat considerations.

Evaluate different levels of sagebrush (and associated sage-grouse) habitat conservation in the range of alternatives. The amount of sagebrush and sage-grouse conservation will vary as the alternatives respond to other resource concerns or demands. The evaluation of different levels of habitat conservation will help determine which combination represents the best balance of sagebrush and sage-grouse habitat conservation and resource use over the long term.

Describe and analyze at least one alternative that maximizes conservation of sagebrush habitat (emphasizing special status species habitat) through objectives, land use plan decisions and management direction. This alternative may or may not be designated as the Preferred Alternative.

### a. Goals and Objectives

Develop planning goals for protection/maintenance and restoration/rehabilitation of sagebrush habitat. Write objectives for each alternative that will achieve the goals to different degrees. Some objectives can be the same across some or all of the alternatives. For example, two alternatives may have the objective of initiating restoration/rehabilitating X percent of potential habitat by 2015, and another alternative may have the objective of initiating restoration/rehabilitating Y percent of potential habitat by 2015.

Listed below are recommended goals for the protection/maintenance and restoration/rehabilitation of sagebrush habitat. These goals may need to be modified for a given planning area based on the information that is available about the location and extent of sagebrush habitat and sagebrush-obligate species (especially sage-grouse) populations.

**Protection/maintenance goal** (focus on currently occupied high-priority habitat)

- Sustain the integrity of the sagebrush biome to provide the amount, continuity, and quality of habitat that is necessary to maintain sustainable populations of sage-grouse and other species by achieving the following results:

BLM_0080680

1. Maintain large patches of high quality sagebrush habitats, with emphasis on patches occupied by sage-grouse.
2. Maintain connections between sagebrush habitats, with emphasis on connections between habitats occupied by sage-grouse.

**Restoration/rehabilitation goal**

- Identify the amount of habitat that should undergo restoration and/or rehabilitation during the life of the plan and initiate restoration and/or rehabilitation by achieving the following results:
    1. Reconnect large patches of sagebrush habitat with emphasis on reconnecting patches occupied by stronghold and isolated populations of sage-grouse.
    2. Enlarge the size of patches of sagebrush habitats with emphasis on patches occupied by sage-grouse.

## b. Allowable Uses and Management Actions

Set forth allowable uses and management actions in the plan to accomplish the objectives.  Identify actions for protection/maintenance and restoration/rehabilitation to conserve sagebrush habitat with an emphasis on habitat for sage-grouse and other sagebrush-obligate species.

Include prescriptions, standards, and other mitigation measures to help protect/maintain and restore/rehabilitate sagebrush habitat according to the Suggested Management Practices section of BLM's Guidelines for the Management of Sagebrush Plant Communities for Sage-Grouse Conservation.  Suggested Management Practices are provided for the maintenance and restoration of sagebrush vegetative communities that have been lost, fragmented, or are intact but of diminished quality.  The Suggested Management Practices are cross-referenced to a variety of land management activities which could affect sagebrush communities.

See Attachment 2 for sample stipulations that could be included in land use plans.

## 5. Estimate Effects of Alternatives

Describe the direct, indirect, and cumulative impacts to sagebrush habitat and associated sage-grouse habitat (current occupied habitat and potential restoration/rehabilitation areas).  Describe also impacts to populations of sage-grouse and other significant sagebrush-obligate species (if applicable).  Quantify the impacts to the extent possible (e.g., Alternative A would allow for X miles of new roads or cause X acres of surface disturbance or X acres of sagebrush habitat loss in current sage-grouse habitat).

BLM_0080681

Attachment 1

## Reference Materials for Planning Criteria for Sagebrush Habitat

Listed below are summaries of federal laws, regulations and policies that guide land management decisions affecting sagebrush habitat.  The excerpts provided support and/or influence consideration of sagebrush and sage-grouse habitat in land use planning efforts.  These should be considered in developing planning criteria in BLM land use plans, as appropriate.

### Federal Land Policy & Management Act (FLPMA) of 1976, (43 U.S.C. 1701 *et seq.*)

Sec.102. [43 U.S.C. 1701], Declaration of Policy.  (a) The Congress declares that it is the policy of the United States that: (8) the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use.

### Sikes Act of 1974, Title II (16 U.S.C. 670g *et seq.*), as amended

This Act directs the Secretaries of Interior and Agriculture to, in cooperation with the State agencies, develop plans to "develop, maintain, and coordinate programs for the conservation and rehabilitation of wildlife, fish and game.  Such conservation and rehabilitation programs shall include, but not limited to, specific habitat improvement projects, and related activities and adequate protection for species considered threatened or endangered."

### 43 CFR 1610 - Planning regulations

**Sec. 1610.4-3 Inventory data and information collection.**  (a) The District or [Field] manager shall arrange for resource, environmental, social, economic and institutional data and information to be collected, or assembled if already available.  New information and inventory data collection will emphasize significant issues and decisions with the greatest potential impact.  Inventory data and information shall be collected in a manner that aids application in the planning process, including subsequent monitoring requirements.

**Sec. 1610.4-4 Analysis of the management situation.**  The District or [Field] Manager shall analyze the inventory data and other information available to determine the ability of the resource area to respond to identified issues and opportunities…

BLM_0080682

**Sec. 1610.7-2 Designation of areas of critical environmental concern.**  Areas having potential for Areas of Critical Environmental Concern (ACEC) designation and protection management shall be identified and considered throughout the resource management planning process…(a) The inventory data shall be analyzed to determine whether there are areas containing resources, values, systems or processes or hazards eligible for further consideration for designation as an ACEC.  In order to be a potential ACEC, both of the following criteria shall be met:

(1) Relevance.  There shall be present a significant historic, cultural, or scenic value; a fish or wildlife resource or other natural system or process; or natural hazard.

(2) Importance.  The above described value…shall have substantial significance and values…

## 43 CFR 4180 – Rangeland Health Standards

The regulations at 43 CFR 4180.1(d) require the management of rangelands so that "habitats are, or are making significant progress toward being, restored or maintained for Federal threatened and endangered species, Federal Proposed,…and other special status species."

## BLM Rangeland Health Standards Handbook (H-4180-1)

BLM's 4180 Handbook expands upon the 4180 regulations to state that standards apply to all ecosystems falling under BLM management (not just rangelands) and all activities managed by BLM (not just livestock grazing).  BLM developed Land Health Standards in each state to define minimum resource conditions that must be achieved and maintained to meet the four fundamentals of rangeland health described in 43 CFR 4180.1.

## BLM's Land Use Planning Handbook (H-1601-1) – *Note:  this handbook is currently under revision.  Asterisks indicate places where wording may change according to the draft revised version of the handbook from April 2004.*

Appendix C of this handbook states that RMP decisions…

- Should identify strategies* and* decisions to conserve and recover special status species.
- Should identify actions and area-wide use restrictions needed to achieve desired population and habitat conditions.
- Should be sufficiently detailed to protect*/enhance habitat pending development of implementation-level plans.
- May include stipulations or criteria that would apply to implementation actions.
- Should be consistent with approved conservation agreements (CAs), biological opinions (BOs), etc.

Appendix C also states that implementation decisions should…

- Identify programmatic and site-specific actions to implement Land Use Plan (LUP)* decisions.
- Include an implementation schedule.*

BLM_0080683

**BLM Manual 6840 - Special Status Species Management**

The 6840 Manual provides for BLM to implement management plans that conserve candidate and Bureau-sensitive species and their habitats, and to ensure that actions authorized, funded, or carried out by the BLM do not contribute to the need for the species to become listed under the provisions of the Endangered Species Act.

BLM_0080684

Attachment 2

# Oil and Gas Leasing Stipulations (RMP Format - Example)

The table below includes sample stipulations for No Surface Occupancy (NSO) and Timing Limitation (TL) that could benefit sage-grouse habitat conservation. Consider including stipulations such as these in land use plan revisions or amendments.

| Type of Stipula-tion | Protected Resource | RMP Acres Affected (Approx.) | Stipulation Description |
|---|---|---|---|
| NSO | Greater Sage-grouse Leks [CODE XXX] | [insert total RMP NSO acres for Sage-grouse] | STIPULATON: Greater Sage-grouse Leks. This area encompasses sage-grouse leks. Surface Occupancy is not allowed within [insert distance] of identified lek sites. Purpose: To protect lek and nesting habitat within [insert distance] of active leks. (XXXXX RMP, Page XX) EXCEPTION: The Field Manager may grant an exception if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. MODIFICATION: The Field Manager may modify in extent, or substitute with a timing limitation, if an environmental analysis finds that a portion of the NSO area is nonessential to site utility or function, or that the proposed action could be conditioned so as not to impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. The stipulation may also be modified if the proponent, BLM, State wildlife agency, and where necessary, other affected interests, negotiate compensation or mitigation that satisfactorily offsets anticipated impacts to sage-grouse breeding activities and/or habitats. WAIVER: This stipulation may be waived, if after consulting with the State wildlife agency, it is determined that the site has been permanently abandoned or unoccupied for a minimum of __ years; site conditions have changed such that there is no reasonable likelihood of site occupation for a subsequent minimum period of __ years. |
| TL | Greater Sage-grouse Nesting Habitat Associated with Leks [CODE XXX] | [insert total RMP TL acres for Sage-grouse] | STIPULATON: Sage-grouse Nesting Habitat. This area encompasses suitable sage-grouse nesting habitat associated with individual leks. No new surface use is allowed (exploration, construction, and drilling), within [insert distance] of identified leks from [insert date] through [insert date]. This stipulation does not apply to operation and maintenance of existing production facilities and roads. PURPOSE: To protect sage-grouse nesting activities associated with individual leks on sagebrush vegetation types. (XXXXX RMP, Page XX) EXCEPTION: The Field Manager may grant an exception if an environmental analysis determines that the action, as proposed or conditioned so as not to affect nest attendance, egg, chick survival, or nesting success. An exception could also be granted if the proponent, BLM, and State wildlife agency and where necessary, other affected interests, negotiate compensation or mitigation that would satisfactorily offset the anticipated losses of nesting habitat or nesting activities. Actions designed to enhance the long-term utility or availability of suitable sage-grouse habitat may be exempted from this timing limitation. MODIFICATION: The Field Manager may modify the size and shape of the Timing Limitation area if an environmental analysis indicates the actual habitat suitability for nesting is greater or less than the [insert distance] radius. Timeframes may be modified based on studies documenting local periods of actual use. WAIVER: This stipulation may be waived, if after consulting with the State wildlife agency, it is determined that the described lands are incapable of serving the long-term requirements of sage-grouse nesting habitat and that these ranges no longer warrant consideration as components of sage-grouse nesting habitat. |

BLM_0080685



WYOMING GAME AND FISH DEPARTMENT

5400 Bishop Blvd. Cheyenne, WY 82006
Phone: (307) 777-4600 Fax: (307) 777-4610
Web site: http://gf.state. wy.us

GOVERNOR
DAVE FREUDENTHAL

DIRECTOR
TERRY CLEVELAND

COMMISSIONERS
BILL WILLIAMS, DVM – President
JERRY GALLES – Vice President
CLARK ALLAN
CLIFFORD KIRK
FRED LINDZEY
RON LOVERCHECK
ED MIGNERY

January 29, 2008

MEMORANDUM

TO:        Terry Cleveland and John Emmerich

FROM:      Tom Christiansen and Joe Bohne

COPY TO:   Jay Lawson, Bill Rudd, Reg Rothwell, Bob Oakleaf

SUBJECT:   Multi-State Sage-Grouse Coordination and Research-based
           Recommendations

As assigned by Assistant Director Emmerich, we have been working with other state fish and
wildlife agencies in WAFWA Sage-Grouse Management Zones 1 and 2 (MT, CO, UT, SD, ND,
WY) in order to coordinate interpretation of recent sage-grouse research related to oil and gas
development.

Attached for your review, please find the latest and final document capturing the multi-state
interpretation of the recent science related to sage-grouse conservation and oil and gas
development. It has been well scrutinized by staff from MT, WY, CO, and UT and there is
consensus on the content by the participants. South Dakota was unable to attend the initial
meeting in Salt Lake City on January 8-9, but they have been provided with meeting notes and
the resulting document.

It is our recommendation that WGFD acknowledge this document as the correct interpretation of
the recently published sage-grouse research and use this information to update and augment
department documents and policies. It should be used in the forthcoming discussions with the
BLM regarding their update to their sage-grouse Instruction Memorandum. In addition, we
suggest that in order for this document to serve the broadest purpose for sage-grouse
conservation four additional actions are needed. First, the document should be shared with
Governor Freudenthal's staff. Second, we recommend that the Director's Office enter into
discussions with MT FWP Director Jeff Hagener to ensure consistency in the application of these
recommendations between our border states, and especially with the WY and MT BLM State
Field Offices. Third, we recommend the document be submitted to WAFWA's Sage-Grouse
Technical Committee as well as the WAFWA Executive Committee for their consideration and
use. Finally, we recommend this document be included with other materials sent to the USFWS
for consideration in their review of the status of sage-grouse and measures in place to conserve
those populations.

We look forward to your direction on how to proceed.

*"Conserving Wildlife – Serving People"*

**Using the Best Available Science to Coordinate Conservation Actions that Benefit Greater Sage-Grouse Across States Affected by Oil & Gas Development in Management Zones I-II (Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming)**

## Background

Greater Sage-grouse are widely considered in scientific and public policy arenas to be a species of significant conservation concern. Loss, degradation and fragmentation of important sagebrush grassland habitats have negatively impacted sage-grouse populations. Much of this loss of habitat function is occurring in Sage-grouse Management Zones (MZ) 1 and 2 (Stiver et al. 2006) in Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming as a result of oil and gas development (Connelly et al. 2004). Oil and gas development is rapidly increasing within these areas. In response to those concerns, states and provinces are in various stages of completing or updating management plans in order to provide for long-term sage-grouse conservation. Special emphasis is being placed on oil and gas development as it rapidly spreads across much of the eastern range of sage-grouse.

The recent decision by B. Lynn Winmill, Chief U.S. District Judge (2007), which remands the original 2005 not warranted decision back to the USFWS for reconsideration, has highlighted the need for States to coordinate their application of best available science. Representatives from the state agencies with authority for managing fish and wildlife from the major sage-grouse and energy producing states comprising MZ 1 and 2 and sage-grouse researchers who have published new findings, met on January 8 and 9, 2008 in Salt Lake City. The objectives of the meeting were to better understand the application of most recent peer-reviewed science within the context of oil and gas development and coordinate and compare implementation of conservation actions utilizing that information.

## Review Process

The participants at this meeting represented technical science and management advisors from each of the states. Researchers having the most recently peer reviewed and published articles concerning sage grouse and oil and gas development were invited to present their findings and answer questions. State agency participants agreed that the goal was not to establish state or regional policy or to determine the management actions that will be implemented in any or all states within MZ 1 or 2. Rather, the goal was to reach agreement on the conservation concepts and strategies related to oil and gas development that are supported by current published peer-reviewed and unpublished literature. If implemented, these concepts and strategies likely will not eliminate impacts to sage-grouse populations that result from energy development. However, when used in combination with other conservation measures, these actions may enhance the likelihood that sage-grouse populations will persist at levels that allow historical uses such as grazing and agriculture and maintain their current distribution and abundance, thereby avoiding the need to list sage-grouse under the federal Endangered Species Act.

1

Each researcher was invited to present their findings and to answer questions posed by the states. Following this, each state provided an overview of their review of the science and their resulting management actions and recommendations. The group then collectively reviewed, debated and agreed on the concepts and strategies supported by that science. The focus of the meeting was on five key issues: core areas, no-surface-occupancy zones, phased development, timing stipulations, well-pad densities, and restoration. Scientific data are available to inform many other issues related to sage-grouse management and conservation that were not reviewed (e.g., BMPs).

**Core Areas**

Identification and protection of core areas, sometimes also referred to as crucial areas, will help maintain or achieve target goals for populations including distribution and abundance.

Full field energy development appears to have severe negative impacts on sage-grouse populations under current lease stipulations (Lyon and Anderson 2003, Holloran 2005, Kaiser 2006, Holloran et al. 2007, Aldridge and Boyce 2007, Walker et al 2007, Doherty et al. 2008). Much of greater sage-grouse habitat in MZ 1 and 2 has already been leased for oil and gas development. These leases carry stipulations that have been shown to be inadequate for protecting breeding and wintering sage-grouse populations during full field development. (Holloran 2005, Walker et. al. 2007, Doherty et al. 2008) New leases continue to be issued utilizing these same stipulations. To ensure long-term persistence of populations and meet goals set by the states for sage-grouse, identifying and implementing greater protection within core areas from impacts of oil and gas development is a high priority.

In order to conserve core areas it is essential that they be identified and delineated. Sage-grouse populations occur over large landscapes comprising a series of leks and lek complexes with associated seasonal habitats. Therefore, core areas should capture the range required by a defined population to maintain itself. This concept is consistent with Crucial Wildlife Habitats recently endorsed by the Western Governor's Association (2007). Criteria that could be used to identify and map core areas include, but are not limited to: (1) lek densities, (2) displaying male densities, (3) sagebrush patch sizes, (4) seasonal habitats (breeding, summering, wintering areas), (5) seasonal linkages, or (6) appropriate buffers around important seasonal habitats.

Research indicates that oil or gas development exceeding approximately 1 well pad per square mile with the associated infrastructure, results in calculable impacts on breeding populations, as measured by the number of male sage-grouse attending leks (Holloran 2005, Naugle et al. 2006). Because breeding, summer, and winter habitats are essential to populations, development within these areas should be avoided. If development cannot be avoided within core areas, infrastructure should be minimized and the area should be managed in a manner that effectively conserves sagebrush habitats within that area.

2

**No Surface Occupancy (NSO)**

At the scale that NSOs are established, they alone will not conserve sage-grouse populations without being used in combination with core areas. The intent of NSOs is to maintain sage-grouse distribution and a semblance of habitat integrity as an area is developed.

*Breeding Habitat - Leks*

Research in Montana and Wyoming in coal-bed methane natural gas (CBNG) and deep-well fields suggests that impacts to leks from energy development are discernable out to a minimum of 4 miles, and that some leks within this radius have been extirpated as a direct result of energy development (Holloran 2005, Walker et al. 2007). Walker et al. (2007) indicates that the current 0.25-mile buffer lease stipulation is insufficient to adequately conserve breeding sage-grouse populations in areas having full CBNG development. A 0.25-mi. buffer leaves 98% of the landscape within 2 miles open to full-scale energy development. In a typical landscape in the Powder River Basin, 98% CBNG development within 2 miles of leks is projected to reduce the average probability of lek persistence from 87% to 5% (Walker et al. 2007). Only 38% of 26 leks inside of CBNG development remained active compared to 84% of 250 leks outside of development (Walker et al. 2007). Of leks that persisted, the numbers of attending males were reduced by approximately 50% when compared to those outside of CBNG development (Walker et al. 2007).

The impact analyses provided in Walker et al. (2007) are based on a 7-year dataset where probability of lek persistence is strongly related to extent of sagebrush habitat and the extent of energy development within 4 miles of the lek and the extent of agricultural tillage in the surrounding landscape. The estimated probabilities of lek persistence are only reliable for the length of the dataset, and it is not understood how other stressors (e.g., West Nile virus [Naugle et al. 2004], invasive weeds [Bergquist et al. 2007]) will cumulatively impact sage-grouse over longer time periods. While increased NSO buffers alone are unlikely to conserve sage-grouse populations, results from Walker et al. 2007 suggest they will increase the likelihood of maintaining the distribution and abundance of grouse and should increase the likelihood of successful restoration following energy development.

Additional information provided in Walker et al. (2007) allows managers and policy makers to estimate trade-offs associated with allowing development within a range of different distances from leks (Figures 1a and 1b). These probabilities will also need to be applied over larger landscapes in future analyses to better understand projected region- and state-wide population impacts under current and future development scenarios. Walker et al. (2007) studied lek persistence from 1997-2005 in relation to coal bed natural gas (CBNG) development in the Powder River Basin. These models are based on projected impacts of full-field development within (a) 2 miles and (b) 4 miles of the lek. We present results from these models (rather than models with impacts at smaller scales)

3

because development within 2 and 4 miles of leks are known to decrease breeding populations as measured by the number of displaying males (Holloran et al. 2005, Walker et al. 2007), and 52% and 74-80% of hens are known to nest within 2 and 4 miles of leks, respectively (Holloran and Anderson 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008). Sizes of NSO buffers required to protect breeding populations may be underestimated because leks in CBNG fields have fewer males per lek and a time lag occurs (avg. 3-4 years) between development and when leks go inactive. As a result, it is expected that not only will lek persistence decline, the number of males per lek will also decline. In contrast, sizes may be overestimated where high lek densities cause buffers from adjacent leks to overlap. Additional time is required to develop models demonstrating the probabilities of lek persistence at well-pad densities less than full development.



Figure 1a. Estimated probability of lek persistence (dashed lines represent 95% CIs) in fully-developed[1] coal-bed natural gas fields within an average landscape in the Powder River Basin (74% sagebrush habitat, 26% other habitats types) with different sizes of no-surface-occupancy (NSO) buffers around leks, assuming that only CBNG within 2 miles of the lek affects persistence. Buffer sizes of 0.25 mi., 0.5 mi., 0.6 mi., and 1.0 mi. result in estimated lek persistence of 5%, 11%, 14%, and 30%. Lek persistence in the absence of CBNG averages ~85%.

---

[1] Defined as entire area outside the NSO buffer, but within 2 miles, being within 350 meters of a well.

BLM_0080690



Figure 1b.  Estimated probability of lek persistence (dashed lines represent 95% CIs) in fully-developed[2] coal-bed natural gas fields within an average landscape in the Powder River Basin (74% sagebrush habitat, 26% other habitats types) with different sizes of no-surface-occupancy (NSO) buffers around leks, assuming that only CBNG within 4 miles of the lek affects persistence.  Buffer sizes of 0.25 mi., 0.5 mi., 0.6 mi., 1.0 mi., and 2.0 mi. result in estimated lek persistence of 4%, 5%, 6%, 10%, and 28%. Lek persistence in the absence of CBNG averages ~85%.

Figures 1a and 1b provide an illustration of the trade-offs between differing NSO buffers in relation to lek persistence in developing CBNG fields.  The group does not offer a specific NSO recommendation but provides these graphs to guide decision-making.

*Breeding Habitat - Nesting and Early Brood-rearing*

Yearling female greater sage-grouse avoid nesting in areas within 0.6 miles of producing well pads (Holloran et al. 2007), and brood-rearing females avoid areas within 0.6 miles of producing wells (Aldridge and Boyce 2007).  This suggests a 0.6-mile NSO around all suitable nesting and brood-rearing habitats is required to minimize impacts to females during these seasonal periods.  In areas where nesting habitats have not been delineated, research suggests that greater sage-grouse nests are not randomly distributed. Rather, they are spatially associated with lek location within 3.1 miles in Wyoming (Holloran and Anderson 2005).  However, a 4-mile buffer is needed to encompass 74-80% (Moynahan

---

[2] Defined as entire area outside the NSO buffer, but within 4 miles, being within 350 meters of a well.

5

BLM_0080691

2004, Holloran and Anderson 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008). These suggest that all areas within at least 4-miles of a lek should be considered nesting and brood-rearing habitats in the absence of mapping.

*Winter Habitat*

NSO or other protections may also need to be considered for crucial winter range. Survival of juvenile, yearling, and adult females are the three most important vital rates that drive population growth in greater sage-grouse (Holloran 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008). Although overwinter survival in sage-grouse is typically high, severe winter conditions can decrease hen survival (Moynahan et al 2006). Crucial wintering habitats can constitute a small part of the overall landscape (Beck 1977, Hupp and Braun 1989). Doherty et al. (2008) demonstrated that sage-grouse avoided otherwise suitable wintering habitats once they have been developed for energy production, even after timing and lek buffer stipulations had been applied (Doherty et al. 2008). For this reason, increased levels of protection may need to be considered in crucial winter habitats.

**Phased Development**

Population-level impacts and avoidance associated with energy development have been documented (Braun et al. 2002, Lyon and Anderson 2003, Holloran 2005, Kaiser 2006, Holloran et al. 2007, Aldridge and Boyce 2007, Walker et al 2007, Doherty et al. 2008). Phased development maximizes the amount of area within a landscape that is not being impacted by development at any one time, and can occur at multiple spatial scales (e.g., phased development of separate fields in a landscape, phased development of infrastructure within a single unit or field, or phased development within a single lease). Unitization, clustering, and geographically staggered development are all forms of phased development. As a tool to minimize impacts to sage-grouse, developing oil and gas resources by employing one of these phased methods may help maintain large, functional blocks of sage-grouse habitat.

**Timing Stipulations**

As with NSOs, at the scale that timing stipulations are established, they alone will not conserve sage-grouse populations without being used in combination with core areas. The intent of timing stipulations is to help maintain sage-grouse distribution and a semblance of habitat integrity as an area is developed. Timing stipulations are of lesser value at the scale of full-field development.

*Breeding Habitat - Leks*

Traffic during the strutting period when males are on a lek results in declines in male attendance when road-related disturbance is within 0.8 miles (Holloran 2005). The distance traveled by males from the lek during the breeding season has been reported in varying ways but generally averages 0.6 miles from a lek (Colorado Greater Sage-Grouse

6

Conservation Plan Steering Committee 2008 - see Appendix B).  Additionally, females breeding on leks within 1.9 miles of natural gas development had lower nest initiation rates and nested farther from the lek compared to non-impacted individuals (Lyon and Anderson 2003), suggesting disturbance to leks influence females as well. Local variations may influence the application of specific dates, which are typically within a window of March 1 and May 31.

*Breeding Habitat - Nesting and Early Brood-rearing*

Often, timing stipulations (periods where no activity that creates disturbance are allowed) for breeding habitat have been applied using a radius around a lek.  However, nesting and brood-rearing habitat is not uniformly distributed around the lek.  Mapping of habitat would allow for more accurate application of this stipulation.  Research on the distribution of nests relative to leks and on the timing of nesting indicates that timing stipulations to protect nesting hens and their habitat should be in place from March through June in mapped breeding habitat or (when nesting habitat has not been mapped) within 4 miles of active lek sites (Moynahan 2004, Holloran et al. 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008).

*Winter Habitat*

Research suggests that no surface occupancy should also be applied to important wintering habitats (Doherty et al. 2008), but if development occurs, impacts would be reduced if development activities were avoided between December 1 and March 15.

**Well-Pad Densities**

Leks tend to remain active when well-pad densities within 1.9 miles of leks are less than 1 pad per square mile (Holloran 2005) but leks tend to go inactive at higher pad densities (Holloran 2005, Naugle et al. 2006).

**Restoration**

The purpose of restoration in sage-grouse habitat should be the removal of infrastructure associated with energy development from the land surface and subsequent re-establishment of native grasses, forbs, and shrubs, including sagebrush, to promote natural ecological function.  Restoration should reestablish functionality of seasonal habitats for sage-grouse.  Thus a field should not be considered restored until sagebrush-grassland habitats have been reestablished.

**Future Needs**

Time did not allow for a detailed discussion of specific Best Management Practices for oil and gas development and restoration, seasonal habitat mapping, or future research. These topics are all recognized as needing action in the immediate future.

BLM_0080693

## Literature Cited

Aldridge, C. L., and M. S. Boyce. 2007. Linking occurrence and fitness to persistence: a habitat-based approach for endangered greater sage-grouse. Ecological Applications 17:508-526.

Beck, T. D. I. 1977. Sage grouse flock characteristics and habitat selection during winter. Journal of Wildlife Management 41:18-26.

Bergquist, E., P. Evangelista, T. J. Stohlgren, and N. Alley. 2007. Invasive species and coal bed methane development in the Powder River Basin, Wyoming. Environmental Monitoring and Assessment. 128:381-394.

Braun, C. E., O. O. Oedekoven, and C. L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse. Transactions North American Wildlife and Natural Resources Conference 67:337-349.

Colorado Greater Sage-Grouse Conservation Plan Steering Committee. 2008. The Colorado Greater Sage-Grouse Conservation Plan. Colorado Division of Wildlife. Denver, CO. Unpublished Report.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA.

Doherty, K.E., D.E. Naugle, B.L. Walker, J.M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management *In Press.*

Holloran, M. J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Dissertation. University of Wyoming, Laramie, USA.

Holloran, M. J. and S. H. Anderson. 2005. Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. Condor 107:742-752.

Holloran, M. J., B. J. Heath, A. G. Lyon, S. J. Slater, J. L. Kuipers, and S. H. Anderson. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. Journal of Wildlife Management 69: 638-649.

Holloran, M. J., R. C. Kaiser, and W. A. Hubert. 2007. Population response of yearling greater sage-grouse to the infrastructure of natural gas fields in southwestern Wyoming. Completion report. Wyoming Cooperative Fish and Wildlife Research Unit, Laramie, WY, USA.

BLM_0080694

Hupp, J. W. and C. E. Braun. 1989. Topographic distribution of sage grouse foraging in winter. Journal of Wildlife Management 53: 823-829.

Kaiser, R. C. 2006. Recruitment by greater sage-grouse in association with natural gas development in western Wyoming. Thesis. University of Wyoming. Laramie, USA.

Lyon, A. G. and S. H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Moynahan B. J. 2004. Landscape-scale factors affecting population dynamics of greater sage-grouse *(Centrocercus urophasianus)* in northcentral Montana, 2001–2004. Dissertation, The University of Montana. Missoula, USA.

Moynahan, B.J., M.S. Lindberg, and J.W. Thomas. 2006. Factors contributing to process variance in annual survival of female greater sage-grouse in north-central Montana. Ecological Applications 16:1529-1538.

Naugle, D. E., C. L. Aldridge, B. L. walker, T. E. Cornish, B. J. Moynahan, M. J. Holloran, K. Brown, G. D. Johnson, E. T. Schmidtmann, R.T. Mayer, C. Y. Kato, M. R. Matchett, T. J. Christiansen, W. E. Cook, T. Creekmore, R. D. Falise, E. T. Rinkes, and M. S. Boyce. 2004. West Nile virus: pending crisis for greater sage-grouse. Ecology Letters 7:704-713.

Naugle, D. E., B. L. Walker, and K. E. Doherty. 2006. Sage-grouse population response to coal-bed natural gas development in the Powder River Basin: interim progress report on region-wide lek-count analyses. Unpublished Report, University of Montana, Missoula, USA.

Stiver, S.J., A.D. Apa, J.R. Bohne, S.D. Bunnell, P.A. Deibert, S.C. Gardner, M.A. Hilliard, C.W. McCarthy, and M.A. Schroeder. 2006. Greater sage-grouse comprehensive conservation strategy. Western Association of Fish and Wildlife Agencies. Unpublished report. Cheyenne, Wyoming.

Walker, B.L., D. E. Naugle, and K.E. Doherty. 2007. Greater sage-grouse population response to energy development and habitat loss. Journal of Wildlife Management 71:2644-2654.

Western Governor's Association. 2007. Wildlife corridors initiative oil and gas working group report. http://www.westgov.org/wga/publicat/OilGas07.pdf. Accessed 15 January 2007.

BLM_0080695

Appendix 1.

**Participants (Alphabetical)**

Dr. Tony Apa, Colorado Division of Wildlife
Mr. Joe Bohne, Wyoming Game and Fish Department
Mr. Tom Christiansen, Wyoming Game and Fish Department
Mr. Jeff Herbert, Montana Department of Fish, Wildlife and Parks
Mr. Bill James, Utah Division of Wildlife Resources
Mr. Rick Northrup, Montana Department of Fish, Wildlife and Parks
Mr. Dave Olsen, Utah Division of Wildlife Resources
Mr. Aaron Robinson, North Dakota Game and Fish
Ms. Pam Schnurr, Colorado Division of Wildlife
Mr. T.O. Smith, Montana Department of Fish, Wildlife and Parks
Mr. Brett Walker, Colorado Division of Wildlife

**Invited Guests**

Dr. Matt Holloran, Wyoming Wildlife Consultants, LLC
Dr. David Naugle, University of Montana

10

BLM_0080696

RESEARCH ARTICLE

•

# Effect of Imazapic on Cheatgrass and Native Plants in Wyoming Big Sagebrush Restoration for Gunnison Sage-grouse

**William L. Baker[1]**

Ecology Program and Department of Geography
Dept. 3371, 1000 E. University Avenue
University of Wyoming
Laramie, WY 82071

**Jim Garner**

Colorado Division of Wildlife

2300 S. Townsend Ave.

Montrose, CO 81401

**Peggy Lyon**

Colorado Natural Heritage Program
114 County Road 5
Ridgway, CO 81432

•

[1] Corresponding author:
bakerwl@uwyo.edu; 307-766-2925

*Natural Areas Journal* 29:204–209

**ABSTRACT:** Imazapic has shown potential to control invasive weeds, such as cheatgrass (*Bromus tectorum* L.), during ecological restoration, but effects on non-target native plants are poorly known. In a replicated field experiment, as part of restoration for Gunnison sage-grouse (*Centrocercus minimus*) in Colorado, imazapic was applied in the fall at a high rate (175 g/ha) to control cheatgrass in mowed Wyoming big sagebrush (*Artemisia tridentata* Nutt. ssp. *wyomingensis* Beetle & Young). Cheatgrass was reduced, but only by 67%, and non-native forbs were reduced by 80% by the following summer. However, native forbs also declined (by 84%). Two native congeners declined, but others were not affected. Damage to native forbs would likely be detrimental to sage-grouse and other wildlife if it occurred over large areas. Perhaps application of imazapic just to cheatgrass plants or patches and application earlier in restoration would allow control with less adverse effects on native forbs.

*Index terms:* forbs, Gunnison sage-grouse, native plants, restoration

## INTRODUCTION

*Bromus tectorum* L. (cheatgrass) is a non-native annual grass that can invade natural vegetation in the western United States, particularly after disturbance, and is capable of seriously disrupting restoration efforts. It can kill established or recovering native plants by competing for, and exhausting, spring moisture (Melgoza et al. 1990); it can also increase fire hazard, possibly leading to fires that favor more cheatgrass (Billings 1990). If these effects occur, they can hamper or prevent restoration of native plants. Where cheatgrass was present, but not dominant before disturbance, there may be a window of a few years after a disturbance during which cheatgrass re-establishes in patches from a surviving seed bank or by invasion from nearby areas (Shinneman 2006; Getz and Baker 2008). Initial patches may expand laterally, eventually coalescing and dominating across the matrix of vegetation (Shinneman 2006).

If cheatgrass control was applied and successful during the initial invasion window (Moody and Mack 1988), this could allow native plants time to re-establish. If so, an intensive initial cheatgrass control effort might allow successful native plant restoration. The best control method would kill cheatgrass, but not adversely affect native plants.

The herbicide imazapic has shown potential to control cheatgrass, while showing limited adverse effects on native plants, soil, or water (Shinn and Thill 2002, 2004; Kyser et al. 2007). Imazapic reduced some established native perennial grasses (e.g., western wheatgrass (*Pascopyrum smithii*)

and bluebunch wheatgrass (*Pseudoroegneria spicata spicata*)) when applied directly in spring, but they recovered within one year after treatment (Shinn and Thill 2004). About 100 species survived post-emergence imazapic application in Kentucky (Barnes 2007), but vigor of native perennial grasses and forbs was reduced by spring or fall application of imazapic in California (Kyser et al. 2007). Imazapic also reduced height and biomass of seeded species when applied before planting (Shinn and Thill 2004).

Fall pre-emergence application of imazapic, followed by seeding of native species, led to reductions in cheatgrass seed production – but not in plant density one year after treatment (Bekedam 2005). Some seeded native species emerged less after imazapic application than without imazapic application (Bekedam 2005). However, relatively little is known about effects of imazapic on established native plants when applied in the fall to reduce cheatgrass emergence. The restoration objective was to experimentally test the effectiveness of fall application of imazapic in controlling cheatgrass, while not harming native plants during recovery after mowing in Wyoming big sagebrush (*Artemisia tridentata* Nutt. ssp. *wyomingensis* Beetle & Young).

## METHODS

### Study Site

The study site is part of the Colorado Division of Wildlife's Dry Creek Basin State Wildlife Area (SWA), at 38.04 N latitude and 108.56 W longitude; it lies in a semi-arid basin on the interface between

BLM_0080697

the San Juan Mountains and Colorado Plateau at about 2010 m elevation. Annual precipitation about 25 km to the northeast at Norwood, Colorado, averages 22.3 cm with a peak in July to September associated with the North American monsoon (National Climate Data Center, Asheville, N.C.). The basin serves as an important ungulate winter range and part of the occupied habitat of *Centrocercus minimus* Young, Braun, Oyler-McCance, Hupp & Quinn (Gunnison sage-grouse), a bird that, until April 2006, was listed as a Candidate Species under the U.S. Endangered Species Act. The SWA has Wyoming big sagebrush and *Artemisia nova* A. Nelson (black sagebrush) communities, both commonly in a degraded condition with low native forb and grass cover after about a century of domestic livestock grazing (USDI Bureau of Land Management 2007). Livestock grazing was removed from the study area in 1978, but grazing by native ungulates is ongoing, particularly in winter.

## Design and Analysis

In the summer of 2002, the Colorado Division of Wildlife mowed approximately 56 ha of Wyoming big sagebrush, in a mosaic with 55 patches about 1 ha each, to improve native forb and graminoid cover and increase habitat value for Gunnison sage-grouse. After mowing, a mix of native and non-native grasses and forbs was seeded with a rangeland drill. Our study began in 2006, four years after mowing and seeding, because by the spring of 2006, cheatgrass was evident at moderate densities throughout the vegetation.

The experiment was a replicated repeated measures experiment done with a single treatment factor having two levels: herbicide application and control; thus, the design is an improvement over before-after-control-impact (BACI) designs (Underwood 1994). Mowed patches were mapped from aerial photography and georectified in a GIS for use in identifying study sites. Preliminary study revealed vegetation differences along a gradual elevational gradient, so the set of patches was blocked into a lower and upper area. Soil in the lower area was a Barx fine sandy loam

(Haplargid), and in the upper area was an Abra loam (Calciorthid) (USDA NRCS and USDI BLM 2001). Each treatment was replicated three times in each block for a total of 12 treatment units (six herbicide and six control). Treatments and replicates were randomly assigned to available units within each block. Before treatment, statistical power of the design was estimated, using G*Power (Erdfelder et al. 1996), to be 0.91 to detect even a small effect (0.0625 s.d. units change – after herbicide relative to before herbicide). Thus, the design was considered adequate to detect expected effects of imazapic on the response variables.

Response variables, measured identically before and after treatment, included mean percent cover of: (1) native shrubs, (2) native graminoids, (3) native forbs, (4) nonnative graminoids (cheatgrass), and (5) nonnative forbs. Percent cover was arcsine transformed for statistical analysis. The experiment lacked sufficient replicates or statistical power to test other variables. The null hypothesis was that mean change over time (before vs. after treatment) is not different between herbicide and control areas for each of the five response variables. This was evaluated by testing for a significant time-herbicide interaction using Wilks' Lambda as the test statistic (O'Brien and Kaiser 1985). Since the response variables are likely correlated (von Ende 2001), the SPSS general linear model program (SPSS 2007) was used to perform a repeated measures multivariate analysis of variance (MANOVA; O'Brien and Kaiser 1985; von Ende 2001). If the multivariate null hypothesis was rejected, it was followed by Bonferroni-corrected univariate $F$ tests to determine where differences occurred (O'Brien and Kaiser 1985).

## Field Methods

In early June 2006, prior to herbicide application, a permanent 50-m long sampling transect was oriented parallel to the long axis of each patch to be treated, beginning approximately 5 m from the northernmost and easternmost margin, to provide an unbiased location. The transect was made permanent by placing rebar at the origin

and every 10 m. Geographical coordinates of the origin and end were recorded using a GPS, and a digital photograph was taken with the rebar at the origin in the foreground and the centerline of the transect in the background. Within the transect, sequential 1-m x 1-m quadrats ($n = 50$, except one transect with $n = 25$ because of accidental damage to part of transect) were sampled along the left side of the transect line viewed from the origin. Within each quadrat, percent canopy cover and maximum height of each live vascular plant, as well as percent cover of biological soil crust, bare ground, rocks, and dead and partially dead sagebrush, were visually estimated. The mean for each response variable was calculated among all the quadrats in each transect. Sample data are presented showing mean height and cover response by species, to aid in formulating future hypotheses, but statistical inferences are not possible.

On 12 October 2006, imazapic was applied at 175 g/ha (0.175 kg ai/ha), using a sprayer mounted on an all-terrain vehicle, to a 10-m wide swath centered on the transect in each of the six herbicide treatment units. The vehicle could have contributed to the observed effect, but only to a minor degree. Application occurred at the end of the growing season in a single pass and no damage to the vegetation was visible after application. The following spring, a distinct difference was evident between the spayed and unsprayed areas, but the track of the all-terrain vehicle was not visible at all. Moreover, the tires of the vehicle are about 0.15 m wide, but the sprayed swath is 10 m wide.

In the eight months after application, precipitation at the closest weather station (25 km northeast) at Norwood, Colorado (2140 m elevation), was 27.8 cm, compared to a mean of 22.3 cm; and snowfall was 139 cm compared to a mean of 150 cm (National Climate Data Center, Asheville, N.C.). Thus, precipitation was nearly average after treatment. In June 2007, all transects were re-sampled as they were prior to treatment.

BLM_0080698

## RESULTS

Time by itself, as expected, had a significant effect (Wilks' Lambda = 0.13, corresponding $F = 7.96$, $d.f. = 5$, $p = 0.013$ and observed power = 0.90), merely confirming that change occurred in response variables during the experiment. More important, the multivariate null hypothesis of no difference in change (2006 vs. 2007), in comparing herbicide and control for all response variables, can be rejected (Wilks' Lambda = 0.098, approximate $F = 10.99$, $d.f. = 5$, $p = 0.006$ and observed power = 0.97). Thus, a different change occurred in herbicide and control transects in at least one response variable. Means for the response variables and for individual species show the pattern of change (Table 1). Follow-up univariate tests of the time-herbicide interaction showed that change in all response variables, except native shrubs, differed significantly ( < 0.05) between herbicide and control treatments (Table 2).

Cheatgrass was substantially reduced by fall application of imazapic. Cheatgrass almost doubled in percent cover in control transects, but declined 67% in transects treated with imazapic (Table 1). Non-native forbs increased by a factor of 4 in control transects, but declined 80% in transects treated with imazapic (Table 1). Unfortunately, cheatgrass still had an average 2% cover and non-native forbs 1.6% cover after treatment, probably sufficient to allow recovery of cheatgrass to higher levels without re-treatment.

Native forbs, shrubs, and graminoids also all increased in control transects from 2006 to 2007 (Table 1), likely reflecting ongoing recovery from the 2002 mowing and favorable growing conditions in 2006-2007. Native forbs more than doubled, on average, in control transects, but declined about 84% in transects treated with imazapic (Table 1). Native shrubs appeared to increase by about twice as much in transects treated with imazapic, relative to controls, because of a strong increase of *Gutierrezia sarothrae* Pursh (Britton & Rusby) (broom snakeweed) in transects treated with imazapic (Table 1), but this difference was not statistically significant (Table 2).

Native graminoids more than doubled in percent cover in control transects and in transects treated with imazapic (Table 1), but observed power was only 0.6 (Table 2). Pre-treatment percent cover of native graminoids, by chance, was twice as high in control transects as in imazapic transects (Table 1). This suggests that the response of native graminoids to imazapic was likely not well determined by the experiment.

Sample means for percent cover suggest some plant species may be more sensitive to imazapic than are others (Table 1), but differences in population means could not be formally tested and the data suggest only potential patterns. Nearly all non-native plants, including cheatgrass, increased substantially in control transects, but were substantially reduced in transects treated with imazapic, as was the weedy native annual, *Lappula occidentalis* S. Watson (Greene) (flatspine stickseed). The most abundant native forbs (on average, before treatment), *Packera multilobata* (Torr. & A. Gray ex A. Gray) W.A. Weber & A. Löve (lobeleaf groundsel) and *Sphaeralcea coccinea* Nutt. (Rydb.) (scarlet globemallow), both declined strongly in transects treated with imazapic. Among native graminoids, *Poa secunda* J. Presl (Sandberg bluegrass) and *Elymus trachycaulus* Gould ex Shinners (slender wheatgrass) appeared most reduced by imazapic. The only common native species not reduced by imazapic were *Elymus elymoides* Ref. (Swazi) (squirreltail) and broom snakeweed. Most other species had low pre-treatment cover and their response is likely not well measured.

Height data also could not be formally tested statistically, but suggest potential patterns. In control transects, 24 of 26 plant species increased on average in mean height from 2006 to 2007 (Table 1). In contrast, in imazapic transects only 16 of 26 species increased in mean height from 2006 to 2007, height increases were less in imazapic transects than in controls for 24 of 26 species, and 10 of 26 species declined in height in imazapic transects (Table 1). Most species that declined in height also declined in cover, suggesting an overall decrease in size.

## DISCUSSION

As expected from past research (e.g., Kyser et al. 2007), cheatgrass was reduced by fall application of imazapic as a pre-emergent. However, other studies have shown higher cheatgrass control, near 100%, with both lower and higher rates of fall application (e.g., 53-140 g/ha--Kyser et al. 2007; 280 g/ha--Shinn and Thill 2002). Incomplete control in our study occurred while control areas had a doubling of cheatgrass and a quadrupling of non-native forb cover (Table 1). Thus, where non-natives were increasing, imazapic reduced the increase.

Previous studies showed tolerance to imazapic varied among species, with members of the Hordeae grass tribe particularly tolerant, but other species more vulnerable to injury (Kyser et al. 2007). The Hordeae grass, squirreltail, was also tolerant of imazapic in this study, but another Hordeae grass, slender wheatgrass, appeared reduced, as were other native perennial grasses, particularly *Poa secunda* (Table 1).

This study showed large reductions, about 84% on average, in nearly all native perennial forbs (Table 1), a larger suite of forbs than evaluated in previous studies of cheatgrass control. Four native forbs were tolerant to imazapic in another study of fall application of imazapic, at somewhat lower application rates (< 140 g/ha--Kyser et al. 2007) than the 175 g/ha used here, but vigor of the four native forbs was substantially reduced at 280 g/ha (Kyser et al. 2007). In our study, both cover and height reductions occurred in many species in imazapic-treated areas (Table 1), suggesting a decline in biomass similar to that found previously (Shinn and Thill 2004). Further study is needed to determine whether affected species will recover from these reductions.

The substantial reduction in native forbs in this study from fall application at 175 g/ha, without achieving full control of non-natives, indicates that fall application of imazapic to control cheatgrass can also significantly damage native forbs. More research is needed on effects on native plants at lower application rates. Unfor-

BLM_0080699

**Table 1.** Response of species groups (e.g., native shrubs) and individual species to herbicide and control. Table entries are mean percent canopy cover and mean height, in cm. Omitted are species without at least a single percent cover value ≥ 0.10. Values in bold are from the SPSS repeated measures multivariate analysis of variance. Diff. is the 2007 value minus the 2006 value.

| Species | CONTROL 2006 | CONTROL 2007 | CONTROL Diff. | IMAZAPIC 2006 | IMAZAPIC 2007 | IMAZAPIC Diff. | CONTROL 2006 | CONTROL 2007 | CONTROL Diff. | IMAZAPIC 2006 | IMAZAPIC 2007 | IMAZAPIC Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ------------------------------%Cover------------------------------ | | | | | | ------------------------Height (cm)------------------------------ | | | | | |
| **NATIVE SHRUBS** | **8.87** | **11.27** | **2.40** | **8.42** | **12.63** | **4.21** | | | | | | |
| *Artemisia tridentata* ssp. *wyomingensis: < 75% alive* | 0.26 | 0.23 | -0.03 | 0.47 | 0.47 | 0.00 | 0.83 | 0.30 | -0.53 | 0.49 | 0.73 | 0.24 |
| *Artemisia tridentata* ssp. *wyomingensis: > 75% alive* | 0.29 | 0.71 | 0.42 | 0.42 | 0.93 | 0.51 | 1.77 | 3.58 | 1.81 | 1.67 | 2.69 | 1.02 |
| *Artemisia tridentata* ssp. *wyomingensis: 0% alive* | 6.73 | 7.08 | 0.35 | 6.47 | 6.86 | 0.39 | | | | | | |
| *Gutierrezia sarothrae* | 1.55 | 3.15 | 1.60 | 1.01 | 4.23 | 3.22 | 0.60 | 6.29 | 5.69 | 3.92 | 8.77 | 4.85 |
| **NATIVE GRAMINOIDS** | **14.67** | **32.90** | **18.23** | **7.80** | **16.32** | **8.52** | | | | | | |
| *Achnatherum hymenoides* | 0.19 | 1.32 | 1.13 | 0.22 | 0.25 | 0.03 | 1.48 | 8.18 | 6.70 | 2.59 | 1.31 | -1.28 |
| *Bouteloua gracilis* | 0.02 | 0.10 | 0.08 | 0.01 | 0.09 | 0.08 | 0.22 | 0.48 | 0.26 | 0.09 | 0.24 | 0.15 |
| *Elymus elymoides* | 6.02 | 14.10 | 8.08 | 3.62 | 11.77 | 8.15 | 17.84 | 27.49 | 9.65 | 13.39 | 20.59 | 7.20 |
| *Elymus trachycaulus* | 3.74 | 8.54 | 4.80 | 1.77 | 1.66 | -0.11 | 13.94 | 26.20 | 12.26 | 6.83 | 4.79 | -2.04 |
| *Pascopyrum smithii* | 1.36 | 3.00 | 1.64 | 0.49 | 1.67 | 1.18 | 7.20 | 11.04 | 3.84 | 4.12 | 5.57 | 1.45 |
| *Poa secunda* | 3.30 | 5.83 | 2.53 | 1.54 | 0.76 | -0.78 | 9.32 | 14.83 | 5.51 | 6.51 | 2.26 | -4.25 |
| **NATIVE FORBS** | **5.35** | **13.80** | **8.45** | **10.18** | **1.63** | **-8.55** | | | | | | |
| *Achillea millefolium* var. *occidentalis* | 0.01 | 0.25 | 0.24 | 0.02 | 0.09 | 0.07 | 0.06 | 0.49 | 0.43 | 0.26 | 0.34 | 0.08 |
| *Chaetopappa ericoides* | 0.14 | 0.32 | 0.18 | 0.27 | 0.50 | 0.23 | 0.14 | 0.25 | 0.11 | 0.30 | 0.30 | 0.00 |
| *Erigeron concinnus* | 0.21 | 1.17 | 0.96 | 0.03 | 0.10 | 0.07 | 0.74 | 2.02 | 1.28 | 0.27 | 0.52 | 0.25 |
| *Eriogonum microthecum* | 0.00 | 0.19 | 0.19 | 0.01 | 0.11 | 0.10 | 0.00 | 0.25 | 0.25 | 0.19 | 0.22 | 0.03 |
| *Lappula occidentalis* | 0.25 | 4.32 | 4.07 | 1.50 | 0.00 | -1.50 | 2.82 | 11.91 | 9.09 | 3.40 | 0.02 | -3.38 |
| *Packera multilobata* | 2.21 | 1.60 | -0.61 | 4.14 | 0.12 | -4.02 | 0.02 | 2.60 | 2.58 | 0.18 | 0.66 | 0.48 |
| *Penstemon strictus* | 0.07 | 1.31 | 1.24 | 0.06 | 0.10 | 0.04 | 0.55 | 3.73 | 3.18 | 0.51 | 0.23 | -0.28 |
| *Schoenocrambe linifolia* | 0.14 | 0.51 | 0.37 | 0.29 | 0.09 | -0.20 | 1.47 | 9.52 | 7.95 | 2.87 | 1.40 | -1.47 |
| *Sphaeralcea coccinea* | 2.25 | 3.81 | 1.56 | 3.84 | 0.40 | -3.44 | 1.91 | 5.08 | 3.17 | 2.83 | 1.20 | -1.63 |

*continued*

BLM_0080700

Table 1. Continued.

| Species | CONTROL (%Cover) 2006 | 2007 | Diff | IMAZAPIC (%Cover) 2006 | 2007 | Diff | CONTROL (Height cm) 2006 | 2007 | Diff | IMAZAPIC (Height cm) 2006 | 2007 | Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NON-NATIVE GRAMINOIDS** | **11.37** | **22.22** | **10.85** | **7.15** | **2.33** | **-4.82** | | | | | | |
| Bromus tectorum | 11.36 | 22.21 | 10.85 | 7.10 | 2.33 | -4.77 | 12.05 | 24.62 | 12.57 | 12.54 | 6.16 | -6.38 |
| **NON-NATIVE FORBS** | **1.43** | **6.22** | **4.79** | **1.55** | **0.33** | **-1.22** | | | | | | |
| Ceratocephala testiculata | 0.00 | 0.93 | 0.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.41 | 0.41 | 0.00 | 0.00 | 0.00 |
| Erodium cicutarium | 0.00 | 0.53 | 0.53 | 0.00 | 0.01 | 0.01 | 0.00 | 0.31 | 0.31 | 0.00 | 0.07 | 0.07 |
| Lactuca serriola | 0.03 | 0.45 | 0.42 | 0.10 | 0.02 | -0.08 | 0.20 | 1.51 | 1.31 | 0.09 | 0.17 | 0.08 |
| Marrubium vulgare | 0.14 | 0.26 | 0.12 | 0.30 | 0.02 | -0.28 | 0.23 | 0.68 | 0.45 | 0.90 | 0.07 | -0.83 |
| Salsola tragus | 0.19 | 0.00 | -0.19 | 0.00 | 0.02 | 0.02 | 0.90 | 0.03 | -0.87 | 0.10 | 0.13 | 0.03 |
| Sanguisorba minor | 0.88 | 2.84 | 1.96 | 1.09 | 0.04 | -1.05 | 0.95 | 8.92 | 7.97 | 2.08 | 0.16 | -1.92 |
| Sisymbrium altissimum | 0.00 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 3.89 | 3.89 | 0.00 | 0.00 | 0.00 |
| Tragopogon dubius | 0.12 | 0.52 | 0.40 | 0.04 | 0.18 | 0.14 | 0.07 | 5.12 | 5.05 | 0.20 | 1.61 | 1.41 |
| **GROUND COVERS** | | | | | | | | | | | | |
| Bare ground | 26.54 | 33.43 | 6.89 | 33.65 | 46.84 | 13.19 | | | | | | |
| Biological soil crust | 0.05 | 0.02 | -0.03 | 0.00 | 0.02 | 0.02 | | | | | | |
| Litter-covered ground | 36.28 | 30.61 | 5.67 | 41.39 | 34.18 | -7.21 | | | | | | |
| Rock-covered ground | 0.03 | 0.04 | 0.01 | 0.25 | 0.35 | 0.10 | | | | | | |

tunately, longer term studies are needed as well, since it is unclear from this first-year study which species will recover after documented reductions and whether the longer term outcome will be beneficial or detrimental to restoration.

Declines in forbs documented in this study, however, would likely be detrimental to sage-grouse and other wildlife if applied over a large area. However, our study did not begin until four years after mowing when cheatgrass was already extensive. Perhaps if imazapic was applied to individual cheatgrass plants or cheatgrass patches sooner after restoration actions (mowing in this case), cheatgrass control could be achieved without adverse effects on forbs over the whole restoration area. Our study suggests that aerial or ground application over large areas could damage or delay native forb recovery.

*William L. Baker is a professor in the Program in Ecology and the Department of Geography at the University of Wyoming where he studies ecological restoration, invasive species, fire ecology, and other topics.*

*Jim Garner is a Wildlife Conservation Biologist working for the Colorado Division of Wildlife. His current focus of work is the protection and restoration of habitat to preserve and enhance local Gunnison sage-grouse populations.*

*Peggy Lyon is the Western Slope Botanist for the Colorado Natural Heritage Program at Colorado State University, where she conducts rare plant surveys and other botanical and ecological field studies.*

## LITERATURE CITED

Barnes, T.G. 2007. Using herbicides to rehabilitate native grasslands. Natural Areas Journal 27:56-65.

Bekedam, S. 2005. Establishment tolerance of six native sagebrush steppe species to imazapic (Plateau®) herbicide: implications for restoration and recovery. M.S. thesis, Oregon State University, Corvallis.

Billings, W.D. 1990. Bromus tectorum, a biotic

BLM_0080701

Table 2. Univariate $F$ tests of time-herbicide interaction for individual percent-cover response variables..

| Response variable | $F$ | $p$ | Observed power |
|---|---|---|---|
| Native shrubs | 0.99 | 0.342 | 0.15 |
| Native graminoids | 6.17 | 0.032 | 0.61 |
| Native forbs | 27.65 | 0.000 | 1.00 |
| graminoids | 40.59 | 0.000 | 1.00 |
| Non-native forbs | 11.83 | 0.006 | 0.87 |

cause of ecosystem impoverishment in the Great Basin. Pp. 301-322 in G.M. Woodwell, ed., The Earth in Transition: Patterns and Processes of Biotic Impoverishment. Cambridge University Press, Cambridge, U.K.

Erdfelder, E., F. Faul, and A. Buchner. 1996. GPOWER: a general power analysis program. Behavior Research Methods, Instruments, & Computers 28:1-11.

Getz, H.L., and W.L. Baker. 2008. Invasion of cheatgrass into burned piñon-juniper woodlands in western Colorado. American Midland Naturalist 159:489-497.

Kyser, G.B., J.M. DiTomaso. M.P. Doran, S.B. Orloff, R.G. Wilson, D.L. Lancaster, D.F. Lile, and M.L. Porath. 2007. Control of medusahead (*Taeniatherum caput-medusae*) and other annual grasses with imazapic. Weed Technology 21:66-75.

Melgoza, G., R.S. Nowak, and R.J. Tausch. 1990. Soil water exploitation after fire: competition between *Bromus tectorum* (cheatgrass) and two native species. Oecologia 83:7-13.

Moody, M.E., and R.N. Mack. 1988. Controlling the spread of plant invasions: the importance of nascent foci. Journal of Applied Ecology 25:1009-1021.

O'Brien, R.G., and M.K. Kaiser. 1985. MANOVA method for analyzing repeated measures designs: an extensive primer. Psychological Bulletin 97:316-333.

Shinn, S.L., and D.C. Thill. 2002. The response of yellow starthistle (*Centaurea solstitialis*), annual grasses, and smooth brome (*Bromus inermus*) to imazapic and picloram. Weed Technology 16:366-370.

Shinn, S.L., and D.C. Thill. 2004. Tolerance of several perennial grasses to imazapic. Weed Technology 18:60-65.

Shinneman, D.J. 2006. Determining restoration needs for piñon-juniper woodlands and adjacent ecosystems on the Uncompahgre Plateau, western Colorado. Ph.D. diss., University of Wyoming, Laramie.

SPSS. 2007. Statistical Package for the Social Sciences. SPSS, Chicago, Ill.

Underwood, A.J. 1994. On beyond BACI: sampling designs that might reliably detect environmental disturbances. Ecological Applications 4:3-15.

USDA NRCS and USDI BLM. 2001. Soil survey of San Miguel Area, Colorado, Parts of Dolores, Montrose, and San Miguel Counties. U.S. Government Printing Office, Washington, D.C.

USDI Bureau of Land Management. 2007. Environmental assessment—livestock grazing use on seven BLM allotments in the vicinity of Dry Creek Basin, Colorado. Dolores Public Lands Office, Dolores, Colo.

von Ende, C.N. 2001. Repeated-measures analysis: growth and other time-dependent measures. Pp. 134-157 in S.M. Sheiner and J. Gurevitch, eds., Design and Analysis of Ecological Experiments. Oxford University Press, New York.

BLM_0080702

| | |
|---|---|
| **From:** | Jonathan B. Ratner |
| **To:** | uformp@blm.gov |
| **Subject:** | Scoping 9b |
| **Date:** | Sunday, February 07, 2010 5:09:37 PM |
| **Attachments:** | BLM"s management considerations for sagebrush sm.pdf |

Jonathan B. Ratner
Director - WWP Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 877-746-3628
Fax: 707-597-4058

# Management Considerations for Sagebrush (*Artemisia*) in the Western United States:  a selective summary of current information about the ecology and biology of woody North American sagebrush taxa



**U. S. Department of the Interior**
**Bureau of Land Management**
**Washington, D.C.**

**February 2002**

Attachment 1-1

BLM_0080704

# Management Considerations for Sagebrush (*Artemisia*) in the Western United States
## Bureau of Land Management

Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Sagebrush Biome Characteristics and Components . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Climate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Vegetation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Soils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Biological Soil Crusts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Other Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Taxonomy of Artemisia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Taxonomy and Variation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Federal Geographic Data Standards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Management Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Ecological Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Historical Range of Variation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Density and Extent of *Artemisia* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Natural Reestablishment of *Artemisia* Populations . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Fire Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Prescribed Fire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Mechanical Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Herbicides . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Livestock Grazing and Browsing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Native Ungulate Browsing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Biological Soil Crusts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Spatial and Temporal Considerations Related to Cumulative Effects Analysis . . . . . . . . . . 18
        Spatial Component . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        Temporal Component . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Acknowledgments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

References and Literature Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Appendix A.  Summary of Artemisia species and subspecies characteristics, site preferences, and
    management responses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Appendix B.  Microbiotic crust evaluation form and example. . . . . . . . . . . . . . . . . . . . . . . . . . 66

Appendix C.  Principles of Cumulative Effects Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

Attachment 1-2

BLM_0080705

# Management Considerations for Sagebrush (*Artemisia*) in the Western United States Bureau of Land Management

## PURPOSE

These management considerations for sagebrush were prepared in response to concerns regarding the long-term loss, degradation, and fragmentation of sagebrush vegetation (Connelly et al. 2000, Wisdom et al. 2000, West and Young 2000) throughout the West and attendant declines in populations of plant and animal species that depend on sagebrush habitats for part or all of their respective life cycles.

This document is intended to be a supplemental reference to assist BLM field office staff and managers when authorizing activities that may affect sagebrush communities, and during the revision of land use and activity plans relevant to sagebrush community management. It is not issued as either management direction or agency policy. Instead, it presents a selective summary of current information about the ecology and biology of woody North American sagebrush (*Artemisia*) taxa and describes how sagebrush plant communities and certain species and sub-species respond to management treatments and disturbances, including fire, livestock grazing and mechanized and chemical restoration practices. The management considerations themselves are recommendations that are more analogous to "best management practices."

While it is essential to understand the biological and ecological effects of management actions upon individual sagebrush species and their associated plant and animal communities, it is equally and perhaps even more important to understand the overall management context within which actions will be considered. Issues of scale in land management have become increasingly significant due to declines in the populations of widely distributed species such as sage-grouse. Accordingly, a discussion of Spatial and Temporal Considerations Related to Cumulative Effects Analysis is included in the management considerations.

Selected sagebrush species and subspecies information summaries are presented in Appendix A. As new information about sagebrush and the management of sagebrush ecosystems and habitats becomes available, these management considerations will be revised to incorporate new findings.

## INTRODUCTION

Kuchler (1970) and West and Young (2000) describe sagebrush ecosystems as occupying about1 153 million acres of the western United States, dominating substantial portions of the entire western landscape. Collectively, they comprise the sagebrush biome. A large percentage of the sagebrush biome is on public land managed by both the USDI Bureau of Land Management (BLM) and USDA Forest Service (USFS).

Within this document, the terms sagebrush plant communities and sagebrush communities are used interchangeably to refer to the various assemblages of different sagebrush species and associated other shrubs, forbs and grasses. In describing the number and types of sagebrushes, McArthur and his colleagues recognize 11 species and 14 subspecies (McArthur et al. 1998, McArthur and Sanderson 1999, McArthur 1999) .

Attachment 1-3

Since settlement of the West began, there has been a substantial reduction in both the quantity and quality of sagebrush ecosystems. Westwide, sagebrush ecosystems and plant communities have been degraded or completely eliminated due to agricultural conversion, livestock grazing, invasions by exotic plants, oil and gas development, mining activities, fire management activities and policies, urban and suburban sprawl, water diversions, stream entrenchment, pinyon pine and juniper encroachment, off-highway vehicle activities, utility lines and corridors, arson, and altered wildfire cycles and fire behavior.

Many remaining sagebrush plant communities are at high risk of loss from wildfire as the result of weed infestations and unnatural fuels accumulations. As of 2000, within the Great Basin alone, three million acres of public land had become monocultures of cheatgrass (*Bromus tectorum*), an exotic annual that outcompetes most native plants and creates a high wildfire risk. Another 14 million acres are infested with cheatgrass to the extent that conversion to a cheatgrass monoculture is likely inevitable. Fragmentation of sagebrush communities is an additional problem, even for those of higher quality (Hann et al. 1997, Wisdom et al. 2000). West (1999) estimates that about 25 percent of the total sagebrush steppe has made the transition to annual grasslands.

As devastating as the conversion to cheatgrass monocultures has been, these monocultures are not necessarily the end product facing land managers. Other exotic plants are invading cheatgrass-dominated communities and potentially degrading rangeland health even further (Hann et al. 1997), thus making the eventual restoration of sagebrush communities even more problematic.

### Sagebrush Biome Characteristics and Components

The following is a condensed, generalized description of sagebrush biome characteristics and components. More complete descriptions are contained in West and Young (2000) and Miller and Eddleman (2000).

- **Climate**

  Sagebrush occurs throughout the West, a region of wide climactic variation. Within this variation, the sagebrush zone is typified by long cool to cold winters, hot, dry summers, and persistent winds. Precipitation, much of which falls in the form of snow at higher elevations, is generally sparse (6 - 16 inches annually) and occurs primarily in fall, winter and spring,

- **Vegetation**

  As noted earlier, the sagebrush biome encompasses approximately 153 million acres of the western United States. The BLM manages about 70 million acres. Within this biome, there are two major ecosystem types; sagebrush steppe and Great Basin sagebrush (Kuchler 1985). The sagebrush steppe ecosystem is about 44.8 million hectares (110.7 million acres) in size, and is characterized by more mesic, cooler climatic regimes than the Great Basin sagebrush ecosystem, which is about 17.9 million acres (44.2 million acres) (West and Young 2000). Geographic subdivisions of the sagebrush steppe ecosystem are the Columbia Basin, northern Great Basin, Snake River Plain and Wyoming Basin (Miller and Eddelman 2000). Sagebrush in this region is co-dominant with perennial bunchgrasses. Geographic subdivisions of Great Basin sagebrush are the southern Great Basin and Colorado Plateau (Miller and Eddelman 2000). Sagebrush in this region is dominant, with grasses being few and sparse.

Attachment 1-4

- **Soils**

  Most soils of the sagebrush-steppe are Mollisols which are commonly very dark colored, mineral soils with pH ranges from neutral to moderately alkaline. Most Mollisols within the range of the sagebrush-steppe are in a xeric (summer dry, winter wet) moisture regime and are classified as Xerolls. With descending elevation and/or latitude, the Xerolls become marginal with Aridisols until Aridisols are the dominant soil Order. Aridisols are soils in which water is not available to plants for long periods. They are typically light colored mineral soils with pH ranges from neutral to strongly alkaline. Aridisols typify the Great Basin sagebrush ecosystem. In many valley bottoms of the Great Basin that are lower in elevation than the Great Basin sagebrush zone, Aridisols contain high accumulations of salts and alkali, giving rise to the salt desert shrub zone.

  Soil moisture regimes within sagebrush ecosystems are most commonly either Aridic (soils are dry for more than half the growing season and they are not moist for as long as 90 consecutive days during the growing season), or Xeric (soils in which large water deficits occur in the summer). Soils with a Udic soil moisture regime (not dry for as long as 90 cumulative days) do occur but are very localized.

  Three soil temperature regimes predominate in the range of the sagebrush ecosystem: Cryic (very cold soils of the Rocky Mountains, Sierra and Cascade ranges, northern Great Plains, and high elevations of the inter-mountain West), Frigid (cold soils at high elevations of the mid- and northern Rocky Mountains, Sierra and Cascade ranges, and the inter-mountain West) and Mesic (soils with moderate temperatures in mid-elevations of the inter-mountain West, Midwest, Great Plains and western ranges.

- **Biological Soil Crusts**

  Biological soil crusts consist of lichens, bryophytes, algae, microfungi, cyanobacteria, and bacteria growing on or just below the soil surface (Eldridge and Greene 1994). The ecological roles of biological soil crusts can vary widely in importance depending on crust composition and biomass and ecosystem characteristics (Belnap et al. 2001). Biological soil crusts contribute significantly to soil stabilization by reducing wind and water erosion of soil surfaces (Belnap and Gillette 1997, 1998; McKenna-Neumann et al. 1996). Biological soil crusts can be important sources of fixed carbon on sparsely vegetated areas (Beymer and Klopatek 1991) and fixed nitrogen for plants and soils in desert ecosystems (Evans and Ehleringer 1993; Belnap 1994). Through increasing soil temperatures, they may contribute to ecosystem processes such as microbial activity, plant nutrient uptake, soil water evaporation, seed germination time, and seedling growth rates (Belnap et al. 2001).

  In addition to holding soil in place and restricting the amount of erosion, biological soil crusts also influence the type of material eroded from the soil. Laboratory studies showed that water erosion resulted in the erosion of mainly fine soil particles (silt and clay) from a sparsely-covered crust surface, while the extensively covered surface lost only coarse sand (Eldridge and Tozer 1997). Since most soil nutrients are bound onto the silts and clays, the loss of these fine particles represents a reduction in soil fertility and hence productivity. Wind erosion would be expected to have similar effects.

  Attachment 1-5

The relationship of biological crusts and the health of *Artemisia* stands is being studied in several different locations.

**Other Factors**

A few other factors that affect the health of *Artemisia* populations are presented below, however their ecological role(s) or significance is not well understood. As research provides additional information about them, management strategies will be amended to incorporate the new information.

- **Soil Mycorrhizae**

  Sagebrush are mycorrhizal obligates, particularly big sagebrush taxa, and the recovery of *Artemisia* on a given site is dependent on the recovery of the mycorrhizae, as well as the other factors discussed above. Research investigating the effects of fire, invasion by exotic plant species, or site occupancy by other non-mycorrhizal species on the recovery of mycorrhizae is in progress. Such information is essential for the successful management and restoration *of Artemisia* landscapes.

- **Insects**

  The sagebrush defoliator (*Aroga websteri*), also called the Aroga moth, can cause severe defoliation (Gates 1964), primarily of sagebrush taxa in the Tridentatae subgenus: *A. arbuscula, A. bigelovii, A. cana* spp. *cana, A. nova, A. pygmaea, A. tridentata* spp. *tridentata, A. t.* spp. *wyomingensis* and *A. tripartita* (Hsiao 1986). *Artemisia spinescens*, although not in Tridentatae, is also defoliated. Infestations can kill sagebrush or significantly reduce the vigor of sagebrush plants. High temperatures and low precipitation cause *Aroga* populations to decline drastically. The most promising strategy for avoiding defoliation where it may be a serious problem is to develop new plant materials that are unacceptable to the defoliator. The moth's high degree of host specificity suggests that this would be a feasible approach (Hsiao 1986). The extent and significance of *Aroga* defoliation in sagebrush ecosystems has not been evaluated.

  The leaf-feeding beetles *Trirhabda pilosa* and *T. attenuata* may cause significant damage to *A. tridentata* in certain situations (Pringle 1960, Fisser and Lavigne 1961). The extent and significance of leaf-feeding beetle damage in sagebrush ecosystems have not been evaluated.

- **Parasites, Fungus and Diseases**

  A snowmold fungus can reduce the canopy cover and kill *A. t.* spp. *vaseyana, A. t.* spp. *tridentata* and *A. nova* in areas of deep snow accumulation (Sturges and Nelson 1986). At least 16" of snow are required to maintain temperatures conducive to fungal growth. The extent and significance of this fungus in sagebrush ecosystems has not been evaluated.

- **Voles**

  When vole (*Microtus* sp.) population cycles coincide with suitable weather conditions, voles can

Attachment 1-6

cause extensive sagebrush kills by girdling plants (Mueggler 1967, Frischknecht and Baker 1972). The extent and significance of vole girdling in sagebrush ecosystems has not been evaluated.

### TAXONOMY OF ARTEMISIA

Taxanomic keys, range maps, photos, or illustrations are not included in this document because there is no single comprehensive publication on *Artemisia* containing this information. The references cited provide some of this information, and there may be additional references that contain more details relative to local situations. Each field office should obtain the most current and complete information available for its respective area.

- **Taxonomy and Variation**

  A prerequisite for successful management of *Artemisia* is knowing which species, subspecies, forms, and ecotypes of *Artemisia* occur on the landscape under consideration, because the ecology and response to disturbances is highly variable among the species and subspecies (Appendix A). The *Artemisia* group contains a high level of variation, intergrades, and local adaptations that contribute to a complex taxonomy (Hall and Clements 1923, Winward and Tisdale 1977, Daubenmire 1978, 1982, McArthur and Plummer 1978, Winward 1980, Hironaka et al. 1983, Miles and Leonard 1984, Schultz 1986, McArthur 1983, McArthur and Goodrich 1986, Mozingo 1986, Walton et al. 1986).

  Variation within *Artemisia* occurs not only within species, subspecies, forms, or populations, but among individual plants as well. The size, productivity, morphology, and vigor of individuals depend on the composition, depth, texture, chemical, and physical characteristics of the soil. It is well established that the palatability of individual *Artemisia* taxa also varies (Stevens and McArthur 1974, Sheehy and Winward 1981, Hironaka et al. 1983, Wambolt et al. 1987, Welch et al. 1991).

  It is essential that land managers use the latest published information and available expertise to determine the local taxa and learn about management options. The information used should include both taxonomic keys and ecological site information (Winward 1983, Miles and Leonard 1984, West and Young 2000). Selected sagebrush species and sub-species information summaries are presented in Appendix A.

- **Federal Geographic Data Standards**

  The Federal Geographic Data Standards (Anderson et al. 1998, Grossman et al. 1998, http://www.nbs.gov/fgdc.veg/) list the following two formations that pertain to sagebrush: Microphyllus Evergreen Shrubland (generally big sagebrushes) and Dwarf Shrubland (generally low sagebrushes). As of December 2001, these standards had not yet been applied to create a uniform map across the sagebrush biome.

Attachment 1-7

BLM_0080710

## MANAGEMENT CONSIDERATIONS

- **Ecological Sites**

  Soils and site capability are the foundations for ecological response. The characteristics of various ecological sites and their distribution within a given management area should be thoroughly understood prior to vegetation manipulation or other management actions. Site characteristics vary according to the potential natural community, plant species composition, annual production, soils, effective precipitation, erosion potential and other factors (National Research Council 1994). When ecological sites are properly classified, managers can have a reasonable expectation as to what type of ecological response can be expected following various types of disturbance (USDA 1991). This prerequisite knowledge applies to *Artemisia* as well as other taxa.

  It is particularly important to identify and understand that on certain ecological sites, exotic annuals such as cheatgrass have drastically altered succession and created new stable vegetation states (Hann et al. 1997) (West and Young 2000). Management actions such as prescribed burns can accelerate the transition of vegetation state(s) on these ecological sites from those that support *Artemisia* to those that will support exotic annual grasses and/or forbs, with intensive vegetation restoration then required to reverse the transition.


- **Historical Range of Variation**

  Science teams participating in the Interior Columbia Basin Ecosystem Management Project (ICBEMP, http://www.icbemp.gov) utilized the concept of historical range of variation when conducting analyses or making recommendations at a broad-scale (Hann et al. 1997, Wisdom et al., 2000). The HRV provides an unbiased, value-neutral "baseline" for comparing the effects of proposed actions. A value-neutral baseline is important in avoiding management prescriptions that favor vegetation communities and habitat of certain species over those of others.

  The HRV incorporates the relationships between the energy of a system and the processes of disturbance, such as herbivory and fire. HRV can serve as a tool for understanding the causes and consequences of change in ecosystem characteristics over time. Not only can HRV be used to help describe native systems, but it can also serve as a benchmark for understanding the effects of human-induced changes on the landscape. This includes aiding in the comparison of alternative management scenarios for the future.

  The components of HRV are many. Establishing HRV for a given geographic region, to the level of detail produced for the ICBEMP (Hann et al. 1997), may be prohibitive in the short-term, yet some of the basic data that concern *Artemisia* dynamics typically are readily available. Key among these are soil type, historical precipitation patterns, temperature patterns, fire return intervals and the nature and degree of herbivory. The idea is to understand the historical ranges within which factors such as canopy cover of sagebrush on a given site varied over time and how it was spatially distributed across the landscape. These temporal and spatial patterns are not only an integral part of the ecosystem itself, but they have shaped the evolution and adaptations of many other organisms in that ecosystem. Mimicking the HRV in all likelihood will lead to the

Attachment 1-8

BLM_0080711

healthiest and most resilient ecosystem for the future.

Although managers can attempt to maintain or achieve landscape conditions within HRV, such achievement may well be obtainable only within those systems that have not been substantially altered. Livestock grazing, exotic invasives, urban development, roads, fire frequency and other familiar factors complicate the ability to manage within HRV. In addition, climate changes over the past 150 years may have changed successional trajectories on any given ecological site to make a return to the HRV of the mid-1800s unachievable (Tausch et al. 1993, Miller and Wigand 1994). Even so, the HRV remains a useful conceptual standard that should help land managers understand the tradeoffs of different management strategies.

- **Density and Extent of *Artemisia* (Limiting Factors and Management Objectives)**

Historically, *Artemisia* communities have existed in a variety of conditions, ranging from nearly pure grasslands in *Artemisia-Agropyron* sites following fire, to nearly pure sagebrush on black sagebrush (*A. nova*) sites or Wyoming big sagebrush sites following a century or more without fire. While it may seem at least theoretically possible, in the absence of major aberrations in successional processes such as the presence of cheatgrass, to produce a landscape with any configuration and density of *Artemisia*, this is not the case. Biological, physical, and past and ongoing disturbance regimes constrain the possibilities (Hann et al. 1997). It is within these constraints that the real possibilities of land management objectives exist. Attainable objectives for patch size, canopy cover and landscape connectivity should recognize these limitations.

Managers should determine, within the biological and physical constraints on a given area, actions that can reasonably be implemented to meet management objectives. The historical sagebrush landscape existed as a dynamic mosaic of vegetation with individual species adapted either to the mosaic, or to portions of it. Noxious weeds, both those that are here now and those that are yet to come, pose significant threats to even the most pristine sites.

Considering the tremendous lost sagebrush over the past century, it might seem wise in the short term to protect all remaining sagebrush. While total protection might be the correct stop-gap strategy in certain areas, it cannot be the cornerstone of a long-term design for land health. Determining how much sagebrush to protect and how to manage at any given time is crucial in determining the long and short-term survival of the species that rely on sagebrush habitats.

- **Reestablishment of *Artemisia* Populations**

Although a single sagebrush plant may produce 500,000 seeds in a typical year (Welch et al. 1990), yields are normally much lower (Monsen 1999). Seed production is directly related to precipitation, and there is vast annual variation in the amount of seed produced on a given site (Young and Evans 1975, Monsen and Shaw 1986, Walton et al. 1986). *Artemisia* seeds rarely survive for more than a year in the soil (Young and Evans 1975, McDonough and Harniss 1974, Caldwell 1978), and very few *Artemisia* seeds germinate and survive beyond the first year

Attachment 1-9

BLM_0080712

(Walton et al. 1986). Either during or following years of poor precipitation, sagebrush recovery on project sites may be much slower, and a conservative approach in manipulating cover through management actions is warranted.

Big sagebrush seeds (all *A. tridentata* subspecies) are small and exceedingly light, with about 4.5 million seeds per kilogram (2 million per pound) (Monsen, 1999). They are dispersed to some degree by the wind, despite having no particular adaptations for wind dispersal. Nonetheless, maximum dispersal distances are only around 30 m from the parent plant and 85-90% of all seeds fall within 1 m of the edge of the sagebrush canopy (Young and Evans 1989, Wagstaff and Welch 1990). It is very important to maintain live sagebrush plants, at least in small patches, across any landscape to provide seed sources for reestablishment. Long-distance dispersal by wind is ineffective in recolonizing large burns, seedings or other disturbances (Meyer 1994).

During fire suppression actions, consistent with ensuring human safety and the protection of property, pockets of unburned *Artemisia* within fire perimeters should be maintained as much as possible to maintain natural seed sources. The practice of "burning out" sagebrush stands and "blacklining" along roads, canals and other wide barriers should be avoided. Any other activities that would further reduce sagebrush on the landscape should be evaluated to determine if safe, feasible alternatives can be used.

- **Wildfire**

Sagebrush is readily killed by fire (Blaisdell 1953, Harniss and Murray 1973). Most species, subspecies and ecotypes do not resprout, and therefore must regenerate from seed. This suggests that, in general, sagebrush is not well-adapted to fire. Only *A. tripartita*, *A. cana* and *Artemisia tridentata vaseyana* (form *spiciformis*) can resprout from root crowns or lower stem bases after being top-killed by fire (Winward 1985). (ed. note: form *spiciformis* is herein spp. *spiciformis*)

The ability of most *Artemisia* species to maintain themselves over time, where the natural fire-regime has not been altered due to invasion by cheatgrass or other weeds in spite of periodic burning, however, suggests that *Artemisia* might be considered fire-tolerant (Winward 1985).

Historically, fire return intervals were 12-15 years for mountain big sagebrush (*A. t. vaseyana*) (Miller and Rose 1999) and 60-110 years or longer for other taxa, such as Wyoming big sagebrush (*A. t. wyomingensis*) on the driest sites (Whisenant 1990, Peters and Bunting 1994). Some low sagebrush (*A. arbuscula* ssp. *arbuscula*) sites probably never burned because they never had enough fuel to carry a fire under any conditions. The invasion of fire-adapted exotic species such as cheatgrass has altered the vegetation composition and succession on sites, as well as fire return intervals and burning characteristics. It has made them much more likely to burn, and to burn repeatedly. Return intervals in cheatgrass-dominated landscapes are under five (5) years (Whisenant 1990). On these sites, sagebrush can quickly be eliminated, especially if a second fire occurs before new plants can produce seed (4-6 years). After sagebrush is eliminated, seeding will be necessary to restore sagebrush within a time-frame meaningful to contemporary human society.

Attachment 1-10

BLM_0080713

While the speed, intensity and temperature of fires are relatively unimportant to individual sagebrush plants (Britton and Clark 1985), those factors obviously have a great impact on the burn pattern and its ultimate effect on the landscape

One study suggests that all wildfires in sage-grouse breeding and nesting habitat should be vigorously suppressed (Connelly 2001). However, another study concludes that the negative, or positive, effects of fire to native understory species are dependent on a site's moisture regime and plant community conditions (Miller and Eddleman 2001).

Detrimental or beneficial fire effects on sage grouse habitat are dependent on 1) site potential, 2) site condition, 3) functional plant group(s) is limiting, and 4) pattern and size of the burn (Miller and Eddleman 2000). Thus, the management response to wildfire (and potential uses of prescribed fire) will vary considerably; appropriate management responses to fire for specific sites can be described in a Fire Management Plan, although the response must still be adjusted by fire behavior and fire occurrence patterns.

- **Prescribed Fire**

In any situation involving sagebrush, the use of prescribed fire should be approached very conservatively. A even higher degree of caution must be used when considering applying prescribed fire to sagebrush vegetation communities on soils in mesic temperature/xeric or aridic moisture regimes, because of the heightened risk of invasion by exotic annuals. With respect to sage grouse habitat, although prescribed fire can have a role as a tool for recovering habitats with deteriorated herbaceous components, there is conflicting scientific evidence supporting its routine use in sagebrush management (Connelly 2001, Miller and Eddleman 2000). The least controversial use of prescribed fire to alter sagebrush communities appears to be on ecological sites dominated by mountain big sagebrush *(A. t. vaseyana)*.

Discussing sage grouse breeding habitat management, Connelly et al. (2001) state: "Generally, fire should not be used in breeding habitats dominated by Wyoming big sagebrush if these areas support sage grouse. Fire can be difficult to control and tends to burn the best remaining nesting and early brood-rearing habitats (i.e., those areas with the best remaining understory), while leaving areas with poor understory. Further, we recommend against using fire in habitats dominated by xeric mountain big sagebrush (*A. tridentata xericensis*) because annual grasses commonly invade these habitats and much of the original habitat has been altered by fire (Bunting et al. 1987)." Activity in leks declined for at least 2 to 5 years following treatment (Connelly, et al. 2000). In a study in mountain big sagebrush, nesting habitat declined for some 20 years following treatment, until canopy cover has increased (Nelle, et al. 2000).

Winward, Connelly and Bohne (pers. comm. 2001) recommend that the spatial extent of burned areas created as a result of prescribed fire range from being a few hundred square feet in size to approximately two acres, and only occasionally range up to five acres in size, in small randomly distributed spots. They strongly discourage the creation of large burned areas within sagebrush stands. However, optimal patch sizes and spatial and temporal distributions of treatments in the various *Artemesia* species and the habitat use(s) by sage grouse must yet be defined.

Attachment 1-11

BLM_0080714

- **Mechanical Treatment**

Mechanical treatment clearly has an advantage over fire in that the treatment area can be more precisely controlled. However, mechanical treatments vary greatly in their effects on sagebrush. The tops of plants can be reduced or removed with methods such as shredding, roller chopping and hand slashing. In most cases, this produces a temporary reduction in canopy cover and many taxa regrow vigorously (USDI BLM 1991).

Entire plants can be removed with hand grubbing, bulldozing, beating, chaining, root plowing and disk plowing (Pechanec et al. 1965, USDI BLM 1991). Bulldozing, beating and chaining are capable of killing 90% of the old plants whose rigid stems tend to break while killing less (20-30%) of the younger, more flexible individuals (Pechanec et al. 1965). Large amounts of litter may be generated by mechanical treatment, which may contribute to larger and hotter fires if and when burning does occur. However this same litter may provide protective cover for post-treatment plant seedlings.

Root and disk plowing completely remove sagebrush and can damage most other species as well (Monsen and Shaw 1986, USDI BLM 1991). Reestablishment of sagebrush seedlings can be poor because seeds can become buried too deeply. This impairment of seedling establishment can persist for years because the original seeds on the site largely perish after one year (see Natural Reestablishment of *Artemisia* Populations, above). Vigor of mature plants also may decline following this type of treatment. Basal and root sprouting may not occur and plants can be killed if the main stem is uprooted or severed.

A drawback to soil disturbing mechanical actions is that biological crusts may be damaged or destroyed as a result of direct disturbance and the accumulation of litter on the soil surface. Desirable microsites for the germination and establishment of *Artemisia* seedlings may also be eliminated. Winter season soil disturbance is less likely to damage biological crusts than disturbance during other seasons. The potential to damage biological crusts, however, must be weighed against the potential consequences of a failure to act. Irreversible dominance by annual species such as cheatgrass can prevent the return of even well-developed biological crusts (Kaltenecker 1997, Kaltenecker et al. 1999).

- **Herbicides**

The effects of herbicide applications are very complex because the combination of varied site conditions, the chemicals themselves, application rates and application conditions can lead to a wide variety of outcomes (USDI BLM 1991). Though herbicides can result in a complete elimination of sagebrush cover, the control over their application offers certain advantages (Pechanec et al.1965, Tisdale and Hironaka 1981, Monsen and Shaw 1986, Whisenant 1986).

The use of herbicides may be preferable to prescribed fire in some situations. Where factors such as fuel loading or post-fire plant composition are not within the management objectives for the site, herbicides may be a tool to consider. Damage to non-target species is perhaps the most serious complication of herbicide use (USDI BLM 1991). As for any treatment, there must be a

Attachment 1-12

BLM_0080715

clear potential for sites to recover to a healthy condition and the capability to fully manage them following treatment.

- **Livestock Grazing and Browsing**

Excessive, or poorly managed livestock grazing, such as too high a stocking rate over the grazing period, or uncontrolled or poorly timed grazing, causes degradation of sagebrush ecosystems. Improper livestock grazing practices change the proportion of shrubs, grasses, and forbs, increase the opportunity for invasion and dominance by exotic annual grasses and forbs, shorten the growing season, and can cause an overall decline in site potential through loss of topsoil. This decline in site potential often decreases the ability of soils to capture, store, and release water, causing sagebrush ecosystems to become more arid, which in turn provides less green plant material for shorter periods of time (Miller and Eddleman 2000).

It is well established that excessive livestock grazing increases the cover of *Artemisia* in many systems by reducing the competition from other plants (Whisenant 1990, Daddy 1988). Very often it is these other plants, especially native bunchgrasses and forbs, that are far below healthy levels in the ecosystem and that are the first to be eliminated under excessive livestock grazing (Watts and Wambolt 1996, West and Young 2000). While sagebrush densities could be increased in this way, it would likely be incompatible with attainment of BLM's Standards for Healthy Rangelands.

Grayson (1993) states that "The native grasses of the floristic Great Basin are not adapted to *heavy* [emphasis added] grazing by large mammals,"and the sagebrush biome is a large portion of the floristic Great Basin. Hann et al. (1997) and Holechek et al. (1999) summarize many studies and provide recommendations for livestock grazing for the vegetation communities in the Great Basin. In general, Platou and Tueller (1985, in Hann et al. 1997), propose that livestock grazing, and livestock grazing systems that emulate native grazing regimes of the vegetation communities in the late Holocene (pre-Euro-American settlement) would be more compatible with the evolutionary history of vegetation in the sagebrush biome. However, pre-Euro-American settlement conditions no longer exist in the sagebrush biome, because of agricultural and urban development, livestock grazing, the introduction of exotic plants, and changes in disturbance regimes.

Increasingly, because of the magnitude of such changes and projected trends for even more, a major issue being raised with respect to livestock grazing is whether livestock can be managed in a manner that is compatible with maintaining healthy native plant communities. The following summarizes the literature that attempts to answer this question.

Archer and Smeins (1991, in Hann et al. 1997) proposed that some traditional livestock grazing management practices are not compatible with native plant communities. They identified several examples of poor compatibility that are applicable to the sagebrush biome: (1) Traditionally, livestock are concentrated at artificially high levels. In contrast, densities of native herbivores varied seasonally and annually; (2) Fences prevent livestock from moving to new areas when the abundance of desired forages decreases. Consequently, traditional grazing practices result in higher frequencies and intensities of defoliation than would have occurred with pre-Euro-American settlement grazing regimes; (3) Mortality of native herbivores was a feedback loop that

Attachment 1-13

reduced grazing pressure, permitting recovery of native vegetation after periods of forage overuse. Supplemental feeding precludes mortality of livestock and thus maintains grazing over a greater portion of the year and over a higher frequency of years, compared with grazing that was exerted by native herbivores; and (4) Prolonged grazing in the sagebrush biome has decreased the capacity of grasses to competitively exclude woody plants, such as sagebrush. Therefore, sagebrush density and canopy cover increases at a faster rate compared with no grazing. In addition, fire frequency and intensity are concurrently reduced because the prolonged grazing prevents the accumulation of fine fuels.

Grazing systems have been promoted to mitigate or prevent the detrimental effects to native plant communities in the sagebrush biome. Rest-rotation grazing has been suggested as a grazing method that approximates the manner in which native ungulates grazed the Great Basin shrublands and shrub-grasslands (Platou and Tueller 1985, in Hann et al. 1997). Seasonal grazing (Vallentine 1990, in Hann et al. 1997), characterized by livestock moving to higher elevation with increasing temperatures and changes in plant phenology, might also approximate past grazing by native ungulates if constraints of land ownership, tenure, or administration do not prove to be problematic.

Under specific circumstances, rest-rotation, deferred, deferred rotational, and seasonal grazing methods have all been demonstrated to sustain rangeland plant communities within the sagebrush biome (Vallentine 1990, in Hann et al. 1997). However, none of these grazing methods have been conclusively more effective than light to moderate stocking rates under continuous seasonal grazing (Hart and Norton 1988, Heady 1975, Stoddart et al. 1975, Vallentine 1990, in Hann et al. 1997). Despite the array of grazing methods conceived and promoted since 1950 in the United States, there has been, and continues to be, considerable debate over compatibility with native plant communities. In addition, all of the livestock grazing recommendations for the sagebrush biome summarized in this section are based upon either short-term studies or short to long-term observations, rather than long-term studies. According to Holechek et al. (1999) ". . . although the sagebrush grassland is one of the largest range types, there have been no long term, replicated stocking rate studies with cattle in this type."

Grazing methods, and no grazing, are unlikely to elevate many plant communities that are in a low successional steady state to a higher successional state (Archer and Smeins 1991, in Hann et al. 1997). Sustainable grazing management relies on knowledge of critical thresholds and manipulation of livestock so these critical thresholds are not exceeded. Continued stocking at near-normal levels during periods of moderate to severe drought is probably the greatest cause of rangeland deterioration (Vallentine 1990, in Hann et al. 1997). Reduced stocking rates during drought, and for some time after drought, are necessary to minimize damage and hasten recovery of perennial vegetation (Vallentine 1990, in Hann et al. 1997; Holechek et al. 1999).

Holechek et al. (1999) report that improvement in rangeland vegetation can be achieved through changes in livestock grazing methods, and through changes in livestock stocking rates. They present two science findings that are very important to the sagebrush biome: (1) rotation livestock grazing methods in semi-arid and desert areas, which includes the sagebrush biome, show no advantage compared with continuous or season-long grazing methods; and (2) research shows that stocking rate reductions, from heavy down to conservative (35% or less forage use) have much greater probability of improvement in rangeland vegetation, compared with rotation livestock

Attachment 1-14

grazing methods. The greatest benefit accruing to light or conservative stocking (35% or less forage use on palatable forage species) in terms of forage production occurred in dry years.

Where invasive exotic annual plants, such as cheatgrass and mustards, have produced an unnaturally high density of fine fuels that make sites much more susceptible to fire, grazing can reduce these fuels and lessen the likelihood of wildfire (Vallentine and Stevens 1994). However the timing of the livestock grazing is critical. It has to be judiciously applied within a very short window of time in early spring, before remnant native perennial species are growing, or else the livestock will consume the remnant native species along with the exotics.

Late autumn browsing by sheep can reduce sagebrush cover. When suitable alternative forage is lacking, animals are essentially forced to browse sagebrush because herbaceous growth is dried, reduced and less palatable (Laycock 1967). Very heavy browsing by cattle also can reduce cover of *A. t. wyomingensis* purely through mechanical damage (Watts and Wambolt 1996). If these extreme stocking levels are repeated through time, rather than during a one-time event, the understory grasses and forbs can be extirpated from the site.

In Oregon, domestic sheep showed highest preference for low sagebrush (*A. arbuscula* spp. *arbuscula*) and medium preference for black sagebrush (*A. nova*). Sheep utilized, but did not prefer, Bolander silver sagebrush (*A. cana* spp. *bolanderi*) and mountain and foothill big sagebrush. They showed least preference for Wyoming and basin big sagebrush (Sheehy and Winward 1981).

- **Native Ungulate Browsing**

It is important to understand how native ungulates, primarily deer, elk and pronghorn antelope, may affect the potential for progress in achieving desired habitat conditions. The effects of big game use on sagebrush cover can range from negligible to substantial, depending on a variety of factors; population levels, the amount of sagebrush habitat available, sagebrush species and palatability, and seasonal or other climatic conditions, such as snow depth or drought.

In comparing shrub parameters of Northern Yellowstone Winter Range sagebrush habitat types that were either continually browsed or protected for 32 to 37 years, Wambolt and Sherwood (1999) determined that canopy cover and winter forage production of *A. tridentata* was significantly reduced by elk browsing. Their evaluation of 19 sites in this study showed that the average big sagebrush cover inside exclosures was three times that outside the exclosures. This relationship held for both Wyoming big sagebrush and mountain big sagebrush sites, and for all aspects, topographies and precipitation levels.

Both pronghorn and mule deer also often forage heavily on big sagebrush taxa (Welch and McArthur 1979). Wambolt (1996) and Personius et al. (1987) reported mule deer and elk preferences for four sagebrush taxa as being, from most preferred to least preferred, mountain big sagebrush, Wyoming big sagebrush, basin big sagebrush, and black sagebrush. In Oregon, mule deer showed highest preference among seven sagebrush taxa for low sagebrush, mountain big sagebrush, foothill big sagebrush (a relatively low elevational variant of mountain big sagebrush) and Bolander silver sagebrush (*A. cana bolanderi*), intermediate preference for basin big sagebrush and Wyoming big sagebrush, and least preference for black sagebrush, with genetic

Attachment 1-15

variation between kinds of sagebrush taxa appearing to be more influential in animal preference than environmental variation within a taxon (Sheehy and Winward 1981).

- **Biological Soil Crusts**

    Soil surface disturbing activities, including livestock grazing, off-highway vehicle use, and recreational hiking, can reduce the maximum potential development of biological soil crusts. Fire can also deplete biological soil crusts at least temporarily. A high density of exotic annual plants, such as cheatgrass and medusahead, and the resultant litter accumulation, poses a long-term threat to biological soil crust development and maintenance. Airborne pollutants and urbanization can also negatively affect the abundance and composition of biological soil crusts. Except where habitat is completely displaced, for example urban areas, or altered by dominance by exotic annuals, initial recovery of biological soil crusts is fairly rapid (ranging from a few years to 100 years) after the disturbances abate. Cyanobacteria and algae are the first stage of recovery, with later successional stages of recovery characterized by bryophytes and lichens (Belnap and Gardner 1993, Rosentreter 1986).

    Biological soil crusts, which are particularly important in basin big sagebrush (*A. t.* spp. *tridentata*) and Wyoming big sagebrush (*A. t.* spp. *wyomingensis*) sites (Kaltenecker and Wicklow-Howard 1994, Kaltenecker 1997), were speculated to have been widely destroyed by trampling during the excessive livestock grazing of the late 1800s and early 1900s (Poulton 1955, Daubenmire 1970, Mack and Thompson 1982, MacCracken et al. 1983, St. Clair et al. 1993). Eldridge and Tozer (1997) state that in Australia, crusts in dry landscapes have not co-evolved with hard-footed domestic animals such as sheep, goats and cattle so they are easily destroyed by excessive trampling by these animals.

    Continuous season-long livestock grazing is deleterious to biological soil crusts, as shown by Jeffries and Klopatec (1987) and Brotherson et al. (1983). Likewise, short-duration livestock grazing strategies characterized by intense physical impact to the soil surface are deleterious to biological soil crusts, particularly on rangeland characterized by wet winter and dry summer climates in the Great Basin (Johansen 1986) and the Columbia Basin.

    Livestock grazing impacts on biological soil crusts, and the thresholds (characterized by timing and intensity of livestock grazing pressure) at which those impacts become limiting to on-site sustainability and productivity of biological soil crusts, is a topic worthy of considerably more research (Kaltenecker and Wicklow-Howard 1994). Livestock grazing/biological soil crust studies conducted by Anderson et al. (1982) and Marble and Harper (1988) in the eastern Great Basin are particularly noteworthy because their long-duration grazing controls allow comparison of treatment effects. Heavy (probably connotes high levels of livestock grazing pressure), early winter livestock grazing when soils are wet or frozen is not deleterious to biological soil crust cover. Heavy livestock grazing that persists into late winter and early spring, however, becomes deleterious (Marble and Harper 1988) because it limits the time available for regrowth of biological soil crust organisms. Growth of biological soil crust organisms can continue from late winter through early spring because of optimal soil water conditions, but this growth is disrupted

Attachment 1-16

BLM_0080719

if livestock grazing persists. After early to late spring, soil water conditions are no longer optimal for biological soil crust development. We believe that the results from these studies apply particularly to the salt desert shrub and adjacent dry sagebrush (particularly the low sagebrush, basin big sagebrush, and Wyoming big sagebrush) potential vegetation types.

In discussing biological soil crusts, soil environment and vascular plants, Belnap et al. (2001) describe characteristic differences in seed entrapment and seed germination associated with biological soil crusts in hot and cold deserts. In noting the differences, though, they point out that introduced annual grasses that lack burial mechanisms have shown inhibited germination on all intact biological soil crust types in both hot and cold deserts. Citing Larsen (1995), Belnap et al. (2001) point out that, " ... in contrast to native annuals, the density of the exotic annual grass *Bromus tectorum* was lower on intact crusts. *Bromus* density was greater on crusts that were broken, but left in place."

Native annual seeds germinate in the light on the soil or upon the biological soil crust surface. In contrast, cheatgrass seeds germinate best when buried in the soil or covered by litter. This suggests that cheatgrass is excluded by biological soil crusts (Larsen 1995). A decrease in cheatgrass density allows space for *Artemisia* seedlings to become established. Biological soil crusts exclude cheatgrass by physically blocking the seeds from penetrating the soil surface.

The maintenance of the sagebrush steppe is, in part, dependent on the structure that develops with the existence of biological soil crusts. These crusts encourage a clumped vascular plant structure which may reduce the risk of fire by creating a discontinuous fuel that is less prone to carry fire.

Some *Artemisia* ecological sites lack biological soil crusts while other sites have crusts as a major functional component. Table 1 indicates which species and subspecies of *Artemisia* may be found in association with high or low microbiotic crust cover.

High potential for biological crust development exists within the salt desert shrub type, drier portions of the big sagebrush cover type (such as Wyoming big sagebrush), and the low sage cover type. However a site-specific evaluation of potential biological crust development should be performed because the degree of biological crust development within these and other cover types depends on factors such as spoil texture, amount of vascular plant cover, precipitation, and other factors.

Attachment 1-17

BLM_0080720

Table 1.  Relative cover of biological soil crusts in sagebrush (*Artemisia*) vegetation types (adapted from Belnap et al.  2001).

| HIGH biological crust cover | LOW biological crust cover |
|---|---|
| **Tall Sagebrush** ||
| Wyoming big sagebrush<br>*A. tridentata* ssp. *wyomingensis* | subalpine big sagebrush<br>*A. tridentata* ssp. *spiciformis* |
| basin big sagebrush<br>*A. tridentata* ssp. *tridentata* | xeric big sagebrush<br>*A. tridentata* ssp. *xericensis* |
| mountain big sagebrush<br>*A. tridentata* ssp. *vaseyana*<br>    (biological crust cover high or low<br>    depending on site characteristics) | mountain big sagebrush<br>*A. tridentata* ssp. *vaseyana*<br>    (biological crust cover high or low<br>    depending on site characteristics) |
|  | silver sagebrush<br>*A. cana* |
|  | three-tip sagebrush<br>*A. tripartita* |
| **Short Sagebrush** ||
| low sagebrush<br>*A. arbuscula* | alkali sagebrush<br>*A. longiloba* |
| black sagebrush<br>*A. nova* | fuzzy sagebrush<br>*A. papposa* |
| stiff sagebrush<br>*A. rigida* |  |
| Bigelow sagebrush<br>*A. bigelovii* |  |
| fringed sage<br>*A. frigida* |  |

To assist with evaluating the potential for microbiotic crust development based on biological and physical features and the potential effects of management actions, an analysis matrix is provided in Appendix B.  The matrix is taken from Appendix 13a: Biological Crust Evaluation, of the Interior Columbia Basin Ecosystem Supplemental Draft Environmental Impact Statement, Volume 2 (USDA Forest Service/USDI Bureau of Land Management 2000a).  It is a tool that may be used at site-specific scales to pinpoint where there is high potential for biological crust development, and under what conditions biological crust development is affected by land uses such as livestock grazing and recreation (USDA Forest Service/USDI Bureau of Land

Attachment 1-18

Management 2000b).  This information can also help in analyzing the effects of livestock grazing on biological crust in environmental assessments or environmental impact statements.  An example of a completed matrix is included as part of Appendix B.

- **Spatial and Temporal Considerations Related to Cumulative Effects Analysis**

Historically many National Environmental Policy Act (NEPA) analyses for natural resource impacts on federal public lands have not adequately considered the cumulative effects of management actions, particularly for impacts to the total habitat required through time by wide-ranging wildlife species such as sage grouse, migratory songbirds, Canada lynx and some large ungulate populations.  Impact analysis, particularly at the project level, has frequently been limited to using environmental assessments (EAs) to describe impacts that would occur within an immediate project area or within local field office or ranger district boundaries.  Little to no ecological consideration was given to the ways in which local actions affecting natural resources within any given administrative unit were complementing, or conflicting with, the impacts to those same resources as a result of decisions and actions taking place in another part of their range.

In some of the environmental impact statements (EIS) prepared for BLM land use plans developed in the 1970s and 1980s, one consequence of failing to adequately consider both the true geographic extent of resources affected by local actions, and the length of time during which those impacts would have effect, has been more optimistic conclusions about the impacts of proposed actions than was warranted.  When preparing new impact analyses, it is instructive to review the conclusions of prior EISs prepared in that time period.  In addition to reviewing prior EIS's prepared for a given planning unit, a review of conclusions contained in EISs prepared for adjacent planning units can provide further insights into the need for analyses to be scaled to, for example, the complete range of a wildlife population that spends only part of the year within one planning unit.

The Council on Environmental Quality (CEQ), responsible for administering the NEPA, has prepared a handbook that addresses the complex issue of cumulative effects, outlines general principles, presents useful steps, and provides information on methods of cumulative effects analysis and data sources. The handbook, Considering Cumulative Effects Under the National Environmental Policy Act, addresses both spatial and temporal considerations.  Though not issued as formal CEQ guidance, readers are strongly encouraged to become familiar with it.  As of Janaury 2002, it was posted on the internet at http://ceq.eh.doe.gov/nepa/ccenepa/ccenepa.htm. The handbook's eight principles of cumulative effects analysis, Chapter 1, Table 1-2, are reproduced in Appendix C.

1) **Spatial Component**.  The geographic area(s) to be considered for impact analysis should be delineated based on the resource(s) under consideration.  Depending on the resource(s) affected and the nature of the action(s), the area(s) may be fairly small in size or, in the case of wide-ranging species, unique circumstances, or multiple offices conducting similar activities over a broad geographic range, they may be very large, such as sub-basins.  For a land use plan in the sagebrush biome, the sub-basin level is recommended for conducting cumulative effects analyses. Scoping can help refine appropriate cumulative effects analysis areas.

Attachment 1-19

BLM_0080722

Once the analysis areas are determined, all pertinent information pertaining to impacts should be analyzed in conformance with NEPA procedures. Most critically, for sagebrush, the type, canopy cover, vigor and ecological condition of *Artemisia spp.* vegetation should be described. Past burns, seedings and other vegetation changes should be noted. Roads, urban development, private lands and other obvious factors that cause fragmentation and loss of connectivity within the area(s) should be described for analysis. Any management plans, or planned management activities that affect the health of sagebrush communities must also be considered. This approach provides appropriate spatial perspective(s) and allows for improved cumulative effects analysis across the landscape.

2) **Temporal Component.** The time periods considered in cumulative effects analyses commonly address either the expected effective life of projects or, in the case of land use plans and land and resource management plans, the expected life of such plans, with projections. For vegetation manipulation projects, impacts have often been analyzed over an expected interval that would pass until the vegetation either achieved a desired plant community (after which time management would seek to keep it in that specified condition), or until it would return to the condition it was in before the action and retreatment might be needed. It is particularly important to define the correct time period for assessment of prescribed burns, because fire return intervals may be well in excess of 100 years in some sagebrush vegetation types (Whisenant 1990, Peters and Bunting 1994). Irrespective of project type, as a minimum, the analyses should address the entire time period of vegetation recovery on project areas both on-site, and within the context of overall plant community condition across the entire spatially defined area for the resource(s) under consideration (e.g., a two-stage migratory sage grouse population whose range encompasses two or more administering offices and other lands).

As NEPA analysis becomes more sophisticated with improvements in technology, natural resource science and modeling,, cumulative effects analyses that are more reflective of the true spatial and temporal frames will become easier, more accurate, and have greater utility in management planning.

Attachment 1-20

BLM_0080723

**ACKNOWLEDGMENTS**

The BLM extends its appreciation to the following individuals who either prepared sections of this document, or materially improved its content through their thoughtful insights and comments on earlier drafts: Jeff Aardahl, Al Bammann, Hugh Barrett, Steve Caicco, John Fend, Steve Grabowski, Mark Hilliard, Julie Hilty, Chris Jauhola, Ron Lambeth, Mike "Sherm" Karl, Dick Mayberry, Melanie Miller, Mike Pellant, Jody Peters, Tim Reuwsaat, Tom Roberts, and Todd Thompson.

Attachment 1-21

BLM_0080724

REFERENCES AND LITERATURE CITED

Anderson, D.C., K.T. Harper, and R.C. Holmgren. 1982. Factors influencing development of cryptogamic crusts in Utah deserts. Journal of Range Management 35:180-185.

Anderson, M. P, P. Bourgeron, M. T. Bryer, R. Crawford, L. Engelking, D. Faber-Langendoen, M. Gallyoun, K. Goodin, D. H. Grossman, S. Landaal, K. Metzler, K. D. Patterson, M. Pyne, M. Reid, L. Sneddon, and A. S. Weakley. 1998. International classification of ecological communities: Terrestrial vegetation of the United States. Vol. II. The national vegetation classification system: List of types. The Nature Conservancy. Arlington, VA, USA.

Archer, S. and F. E. Smeins. 1991. Ecosystem-level processes. *In* Heitschmidt, R. K. and J. W. Stuth, eds. Grazing management: an ecological perspective. Portland, OR: Timber Press: 109-138. *Cited in* Hann et al. (1997).

Barrington, M., S. Bunting and G Wright. 1988. A fire management plan for Craters of the Moon National Monument. Cooperative Agreement CA-9000-8-0005. Univ. Idaho, Range Resources Department. Moscow, ID.

Beardall, L. E. and V. E. Sylvester. 1976. Spring burning for removal of sagebrush competition in Nevada. Pp. 539-547 *in* Proceedings, Tall Timbers fire ecology conference and fire and land management symposium. Tall Timbers Research Station 14.

Bedell, T. E. 1998. Glossary of terms used in range management. Fourth edition. Society for Range Management. Denver, CO

Beetle, A. A. 1960. A study of sagebrush: The section *Tridentatae* of *Artemisia*. Ag. Exper. Sta. Bull. 368. Univ. Wyoming. Laramie, WY.

_____. 1977. Recognition of *Artemisia* subspecies--a necessity. Pp. 35-42 *in* K. L. Johnson, ed.. Wyoming shrublands: Proceedings, 6th Wyoming shrub ecology workshop. Laramie, WY.

Beetle, A. A. and K. L. Johnson. 1982. Sagebrush in Wyoming. Agricultural Experiment Sta. Bull. 779. Univ. Wyoming. Laramie, WY.

Belnap, J. 1994. Potential role of cryptobiotic soil crusts in semiarid rangelands. Pp. 179-185 In: Ecology and management of annual rangelands. Report INT-GTR-313. USDA Forest Service.

Belnap, J. 1995. Soil Surface Disturbances: Their Role in Accelerating Desertification. Environmental Monitoring and Assessment 37:39-57.

Belnap, J. and J. S. Gardner. 1993. Soil microstructure in soils of the Colorado Plateau: the role of the cyanobacterium *Microcoleus vaginatus*. Great Basin Nat. 53:40-47.

Belnap, J. and D. A. Gillette. 1997. Disturbance of biological soil crusts: impacts on potential wind erodibility of sandy desert soils in southeastern Utah, USA. Land Degradation and Development. 8:355-362.

Attachment 1-22

Belnap, J. and D. A. Gillette. 1998.  Vulnerability of desert soil surfaces to wind erosion: impacts of soil texture and disturbance.  Journal of Arid Environments.  39:133-142.

Belnap, J., D. Eldridge, J. H. Kaltenecker, S. Leonard, R. Rosentreter and J. Williams.  2001.  Biological soil crusts: ecology and management.  Technical Reference 1730-2, U.S. Department of the Interior, Bureau of Land Management. Denver, CO.

Belnap, J., K. T. Harper, and S. D. Warren.  1995.  Influence of cryptobiotic soil crusts on elemental content of tissue in two desert seed plants.  Arid Soil Research and Rehabilitation. 9:107-115.

Belnap, J., R. Prasse, and K. T. Harper.  2001.  Influence of biological soil crusts on soil environments and vascular plants.  *In:* Belnap J., and O. L. Lange (Eds.).  2001.  Biological Soil Crusts: Structure Function and Management.  Ecological Studies, Vol. 150, Analysis and Synthesis. Springer-Verlag.  Berlin.

Bernard, S. R. and K F. Brown. 1977. Distribution of mammals, reptiles, and amphibians by BLM physiographic regions and A.W. Kuchler's  associations for the eleven western states. Technical Note 301.  U.S. Department of the Interior, Bureau of Land Management. Denver, CO.

Beymer, R. J., and J. M. Klopatek.  1991.  Potential contribution of carbon by microphytic crusts in pinyon-juniper woodlands.  Arid Soil Research and Rehabilitation  5:187-198.

Blackburn, W. H., R. E. Eckert and P. T. Tueller. 1969.  Vegetation and soils of the Cow Creek Watershed. R-49.  Univ. Nevada, Agricultural Experiment Station.  Reno, NV.

Blackburn, W. H., R. E. Eckert and P. T. Tueller. 1969.  Vegetation and soils of the Coils Creek Watershed. R-48.  Univ. Nevada, Agricultural Experiment Station. Reno, NV.

Blaisdell, J. P.  1953.  Ecological effects of planned burning of sagebrush-grass range on the upper Snake River Plains.  USDA Tech. Bull. 1075.

Blaisdell, J. P., R. B. Murray and E. D. McArthur. 1982.  Managing Intermountain rangelands - sagebrush-grass ranges. U.S. Department of Agriculture, Forest Service,  Intermountain Forest and Range Experiment Station. Gen. Tech.  Rep. INT-134. Ogden, UT.

Borland, J. 1998.  True grit: Cold-hardy sagebrush.  Hortus West 9:1-5.

Britton, C. M. 1979. Fire on the range. Western Wildlands. 5:32-33.

Britton, C. M. and M. H. Ralphs. 1979. Use of fire as a  management tool in sagebrush ecosystems. Pp. 101-109 *in* The sagebrush ecosystem: a  symposium: Proceedings. Utah State Univ., Logan, UT.

Britton, C. M. and R. G.  Clark. 1985. Effects of fire on sagebrush  and bitterbrush. Pp. 22-26 in K. Sanders and J. Durham, eds. Rangeland fire effects: A symposium.  U.S. Department of the Interior, Bureau of Land  Management, Idaho State Office. Boise, ID.

Attachment 1-23

BLM_0080726

Brotherson, J.D., S.R. Rushforth, and J.R. Johansen. 1983. Effects of long-term grazing on cryptogam crust cover in Navajo National Monument, Arizona. Journal of Range Management 35:579-581.

Bryant, F. C. and B. Morrison. 1985. Managing plains mule deer in Texas and eastern New Mexico. Depart. Range and  Wildlife Manage.  Management Note 7. Texas Tech University. Lubbock, TX.

Bunting, S. C., B. M. Kilgore and C. L. Bushey. 1987.  Guidelines for prescribed burning sagebrush-grass rangelands in the  northern Great Basin. USDA For. Ser. Gen. Tech. Rep. INT-231. Ogden, UT.

Caldwell, M. M. 1978.  Physiology of sagebrush. Pp. 74-85 in The sagebrush ecosystem: A symposium. Utah State Univ. Logan, UT.

Clary, W. P.  1986.  Black sagebrush response to grazing in the east-central Great Basin.  Pp. 181-185 in E. D. McArthur and B. L. Welch, compilers. Proceedings--symposium on the  biology of Artemisia and Chrysothamnus. USDA For. Ser. Gen. Tech. Rep. INT-200. Ogden, UT.

Clifton, Nancy A. 1981. Response to prescribed fire in a Wyoming big  sagebrush/bluebunch wheatgrass habitat type. 39 pp. MS Thesis. University of  Idaho, Moscow, ID.

Connelly, J. W.  2001.  Sage-grouse and fire: Smokey the Bear was right!  Abstracts of The Wildlife Society Eighth Annual Conference, September 25-29, 2001, Reno/Tahoe, NV. p 104.

Connelly, J.W., K.P. Reese, R.A. Fischer, and W.L. Walchiner, 2000.  Response of a sage grouse breeding population to fire in southeastern Idaho.  Wildlife Soc. Bull. 28:90-96.

Connelly, J. W., M. A. Schroeder, A. R. Sands and C. E. Braun. 2000. Guidelines for management of sage grouse populations and habitat. Wildlife Soc. Bull., 28(4):967-985.

Daddy, F. M., J. Trlica, and C. D. Bonham.  1988.  Vegetation and soil water differences among big sagebrush communities with different grazing histories.  Southwestern Nat. 33:413-424.

Daubenmire, R. 1970. Steppe vegetation of Washington. Wash. Agric. Exp. Sta. Bull. 62.

_____. 1975. Ecology of Artemisia tridentata subsp. tridentata in the state of Washington. Northwest Sci. 49: 24-35.

_____. 1978.  Plant geography with special reference to North America.  Academic Press.  New York.

_____. 1982. The distribution of Artemisia rigida in Washington: A challenge to ecology and geology.  Northwest Sci. 56:162-164.

Davis, C. A., P. E. Sawyer, J. P. Griffing and B. D. Borden. 1974. Bird  populations in a shrub-grassland area, southeastern New Mexico. Ag. Exper. Sta. Bull. 619. New Mexico State Univ. Las Cruces, NM.

Dealy, J. E., D. A. Leckenby and D. M. Concannon. 1981.  Wildlife habitats on managed rangelands--the

Attachment 1-24

Great Basin of southeastern Oregon: plant communities and their importance to wildlife. USDA For. Ser. Gen. Tech. Rep. PNW-120. Portland, OR.

Defenders of Wildlife. 1998. Oregon's living landscape: Strategies and opportunities to conserve biodiversity. Washington, DC.

Eldridge, D.J. and R.S.B. Greene. 1994. Microbiotic soil crusts: a review of their roles in soil and ecological processes in the rangelands of Australia. Australian Journal of Soil Research 32:389-415.

Eldridge, D. J., and M. E. Tozer. 1997. A practical guide to soil lichens and bryophytes of Australia's dry country. Department of Land and Water Conservation. Sydney, NSW.

Evans, R. D., and J. R. Ehleringer. 1993. A break in the nitrogen cycle in aridlands? Evidence from [15] N of soils. Oecologia. 94:314-317.

Fisser, H. G. and R. J. Lavigne. 1961. A leaf feeding beetle found on threetip sagebrush. J. Range Manage. 14:278-279.

Frischknecht, N. C. and M. F. Baker. 1972. Voles can improve sagebrush rangelands. J. Range Manage. 25:466-468.

Gates, D. H. 1964. Sagebrush infested by leaf defoliating moth. J. Range Manage. 17:209-210.

Goodwin, Duwayne Leroy. 1956. Autecological studies of *Artemisia* tridentata, Nutt. Pullman, WA: State College of Washington; 1956. 79 p. Ph. D. dissertation.

Grayson, D.K. 1993. The desert's past: a natural prehistory of the Great Basin. Washington, DC: Smithsonian Institution Press. 356 pp.

Grossman, D. H., D. Faber-Langendoen, A. S. Weakley, M. Anderson, P. Bourgeron, R. Crawford, K. Goodin, S. Landaal, K. Metzler, K. D. Patterson, M. Pyne, M. Reid and L. Sneddon. 1998. International classification of ecological communities: Terrestrial vegetation of the United States. Vol. I. The national vegetation classification system: Development, status, and applications. The Nature Conservancy. Arlington, VA, USA.

Hall, H. M. and F. E. Clements. 1923. The phylogenetic method in taxonomy: The North American species of *Artemisia*, *Chrysothamnus* and *Atriplex*. The Carnegie Institute of Washington. Washington, DC.

Hann, W. J., J. L. Jones, M. G. "Sherm" Karl, P. F. Hessburg, R. E. Kean, D. G. Long, J. P. Menakis, C. H. McNicoll, S. G. Leonard, R. A. Gravenmier, and B. G. Smith. 1997. An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins, Vol. II. Landscape dynamics of the basin. U.S. Dept. Agric., Pacific Northwest Res. Stat., For. Serv. Gen. Tech. Rep. PNW-GTR-405, Portland, OR.

Harniss, R. O. and R. B. Murray. 1973. 30 years of vegetal change following burning of sagebrush-grass

Attachment 1-25

range.  J. Range Manage. 26:322-325.

Hart, R. H., and B. E. Norton.  1988.  Grazing management and vegetation response.  *In* Tueller, P. T., ed. Vegetation science applications for rangeland analysis and management.  Kluwer Academic Publishers.  Boston, MA.  pp 493-525.  *Cited in* Hann et al. (1997).

Harvey, S. J. 1981. Life history and reproductive strategies in *Artemisia*.  Unpublished M.S. Thesis. Bozeman, MT.

Heady, H. F.  1975.  Range Management.  McGraw-Hill, New York, NY.  460 p.  *Cited in* Hann et al. (1997).

Hironaka, M., M. A. Fosberg and A. H. Winward. 1983. Sagebrush-grass habitat types of southern Idaho. Forest, Wildlife and Range Exper. Sta. Bull. No. 35. University of Idaho. Moscow, ID.

Hitchcock, C. L. and A. Cronquist. 1973. Flora of the Pacific Northwest. Univ. Washington Press. Seattle, WA

Holechek, J. L. 1981. Brush control impacts on rangeland wildlife.  J. Soil and Water Conserv. 36:265-269.

Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: What we've learned. Rangelands 21:12-16.

Hopkins, William E. 1979. Plant associations of the Fremont National  Forest. USDA For. Ser. R6-ECOL-79-004. Portland, OR.

Hopkins, W. E. and B. L. Kovalchik. 1983. Plant associations of the Crooked River National Grassland. USDA For. Ser. R6-Ecol-133-1983. Portland, OR.

Hsiao, T. H.  1986.  Biology and demography of the sagebrush defoliator and its impacts on big sagebrush.  Pp. 191-198 *in* E. D. McArthur and B. L. Welch, compilers. Proceedings--symposium on the  biology of *Artemisia* and *Chrysothamnus*.; USDA For. Ser. Gen.  Tech. Rep. INT-200. Ogden, UT.

Jackson, A. S. 1965. Wildfires in the Great Plains grasslands. In:  Proceedings, 4th annual Tall Timbers fire ecology conference; 1965 March  18-19; Tallahasee, FL. Tallahasee, FL: Tall Timbers Research Station:  241-259.

Jeffries, D.L., and J.M. Klopatec. 1987. Effects of grazing in the vegetation of the blackbrush association. Journal of Range Management 40: 390-392.

Johansen, J.R. 1986. Importance of cryptogamic soil crusts to arid rangelands: implications for short duration grazing. In: Tiedeman, J., editor: Short duration grazing, p. 58-64. Washington State University, Pullman, WA.

Johnson, W. M. 1969. Life expectancy of a sagebrush control in central Wyoming J. Range Manage.

Attachment 1-26

22:177-182.

Johnson, J. R. and G. F. Payne. 1968. Sagebrush reinvasion as affected by some environmental influences. J. Range Manage. 21: 209-213.

Kaltenecker, J. H. 1997. The recovery of microbiotic crusts following post-fire rehabilitation on rangelands of the western Snake River Plain. M S. Thesis. Boise State Univ. Boise, ID.

Kaltenecker, J. H. and M. Wicklow-Howard. 1994. Microbiotic soil crusts in sagebrush habitats of southern Idaho. Unpubl. report. Boise State Univ. Boise, ID.

Kaltenecker, J., M. Wicklow-Howard, and R. Rosentreter. Biological soil crusts in three sagebrush vegetation types recovering from long-term grazing. In:eds. Symposium on Shrubland Ecotones. Ephraim, UT. 12-24 Aug. 1998.

Küchler, A. W. 1970. Potential natural vegetation. National Atlas of the U. S. A. Government Printing Office. Washington, DC.

Kuchler, A.W. 1985. Potential natural vegetation, National Atlas of the U. S. A. U. S. Department of the Interior, Geological Survey. Reston, VA.

Larsen, K. D. 1995. Effects of microbiotic crusts on the germination and establishment of three range grasses. Unpublished thesis. Boise State University, Boise, ID.

Laycock, W. 1967. How heavy grazing and protection affect sagebrush-grass ranges. J. Range Manage. 20:206-213.

MacCracken, J. G., L. E. Alexander, and D.W. Uresk. 1983. An important lichen of southeastern Montana rangelands. J. Range Manage. 36:35-37.

Mack, R. N. and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. Am. Nat. 119:757-773.

Marble, J.R., and K.T. Harper. 1988. Effect of timing and grazing on soil-surface cryptogamic communities in a Great Basin low-shrub desert: a preliminary report. Great Basin Naturalist 49:104-107.

McArthur, E. D. 1999. Sagebrush systematics and distribution. Pp. 9-14 *in* Entwhstle, P. G., A. M. DeBolt, J. H. Kaltenecker, and K. Steenhof, compilers. 2000. Proceedings: Sagebrush Steppe Ecosystems Symposium. Bureau of Land Management Publication No. BLM/ID?PT-001001+1150, Boise, Idaho, USA.

McArthur, E. D. 1981. Shrub selection and adaptation for rehabilitation plantings. Pp. 1-8 *in* Proceedings--shrub establishment on disturbed arid and semi-arid lands symposium; 1980 December 2-3; Laramie, WY. Laramie, WY: Wyoming Game and Fish Department.

Attachment 1-27

BLM_0080730

McArther, E. D., and S. C. Sanderson. 1999. Cytogeography and chromosome evolution of subgenus *Tridentatae* of *Artemisia* (Asteraceae). American Journal of Botany 86:1754-1775.

McArthur. E.D., J. Mudge, R. Van Buren, W. R. Andersen, S. C. Sanderson, and D. G. Babbel. 1998. Randomly amplified polymorphic DNA analysis (DAPD) of *Artemisia* subgenus *Tridentatae* species and hybrids. Great Basin Naturalist 58:12-27.

_____. 1983. Taxonomy, origin, and distribution of big sagebrush (*Artemisia tridentata*) and allies (subgenus *Tridentatae*). Pp. 3-11 *in* R. L. Johnson, ed. Proceedings of the first Utah shrub ecology workshop. Utah State Univ. Logan, UT.

McArthur, E. D., A. C. Blauer, A. P. Plummer, and R. Stevens. 1979. Characteristics and hybridization of important Intermountain shrubs. III. Sunflower family. Res. Pap. INT-220. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 82 p.

McArthur, E. D. and S. K Goodrich. 1986. *Artemisia tridentata* spp. *spiciformis*: Distribution and taxonomic placement. Pp. 55-57 *in* E. D. McArthur and B. L. Welch, compilers. Proceedings--symposium on the biology of *Artemisia* and *Chrysothamnus*. USDA For. Ser. Gen. Tech. Rep. INT-200. Ogden, UT.

McArthur, E. D. and P. Plummer. 1978. Biogeography and management of native western shrubs: A case study, section Tridentatae of *Artemisia*. Great Basin Nat. Memoirs No. 2: 229-243.

McDonough, W. T. and R. O. Harniss. 1974. Seed dormancy in *Artemisia tridentata* Nutt. subspecies *vaseyana* Rydb. Northwest Sci. 48:17-20.

McKenna-Neuman, C., C. D. Maxwell, and J. W. Boulton. 1996. Wind transport of sand surfaces crusted with photoautotrophic microorganisms. Catena. 27:229-247.

Meyer, S. E. 1994. Germination and establishment ecology of big sagebrush: Implications for community restoration. Pp. 244-251 *in* S. B. Monsen and S. G. Kitchen, eds. Proceedings - Ecology and management of annual rangelands. USDA For. Ser. Gen. Tech. Rep. INT-GTR-313. Ogden, UT.

Miles, R. L. and S. G. Leonard. 1984. Documenting soil-plant relationships of selected sagebrush species using the soil resource information system. Soil Sur. Hori. 25:22-26.

Miller, R. F. and J. A. Rose. 1999. Fire history and western juniper encroachment in sagebrush steppe. J. Range Manage. 52:550-559.

Miller, R. F., and P. E. Wigand. 1994. Holocene changes in semiarid pinyon-juniper woodlands: Response to climate, fire, and human activities in the U. S. Great Basin. BioScience. 44:465-474.

Miller, R.F. and L.E. Eddleman. 2000. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Technical Bulletin 151, Oregon State University, Agricultural Experiment Station.

Attachment 1-28

Monsen, S. B. 1999. Establishment of big sagebrush (*Artemisia tridentata*) in semiarid environments. Pp 81-86 *In* Entwhistle, P. G., A. M. DeBolt, J. H. Kaltenecker, and K. Steenhof, compilers. 2000. Proceedings: Sagebrush Steppe Ecosystems Symposium. Bureau of Land Management Publication No. BLM/ID/PT-001001+1150, Boise, Idaho, USA.

Monsen, S. B. and N. L. Shaw. 1986. Response of an alkali sagebrush/fescue site to restoration treatments. Pp. 126-133 in E. D. McArthur and B. L. Welch, compilers. Proceedings--symposium on the biology of *Artemisia* and *Chrysothamnus*. USDA For. Ser. Gen. Tech. Rep. INT-200. Ogden, UT.

Morgan, P., G. H. Aplet, J. B. Haufler and others xx. 1994. Historical range of variability: A useful tool for evaluating ecosystem change. Pp. 87-111 *in* H. Sampson and D. L. Adams, eds. Assessing forest ecosystem health in the inland West. Haworth Press, Inc. New York.

Mozingo, H. 1986. Shrubs of the Great Basin. Univ. Nevada Press. Reno, NV.

Mueggler, W. F. 1956. Is sagebrush seed residual in the soil of burns or is it wind-borne? Research Note No. 35. USDA For. Ser. Intermountain Forest and Range Experiment Station. Ogden, UT.

_____. 1967. Voles damage big sagebrush in southwestern Montana. J. Range Manage. 20:88-91.

Mueggler, W. F. and W. L. Stewart. 1980. Grassland and shrubland habitat types of western Montana. USDA For. Ser. Gen. Tech. Rep. INT-66. Ogden, UT.

National Resource Council. 1994. Rangeland health: New methods to classify, inventory, and monitor rangelands. National Academy Press. Washington, DC.

Nelle, P.J., K.P. Reese, and J.W. connelly. 2000. Longterm effects of fire on sage grouse habitat. J. of Range Manage. 53:586-591.

Pechanec. J., A. Plummer, J. Robertson and A. Hull. 1965. Sagebrush control on rangelands. USDA Handbook No. 277. Washington, DC.

Pellant, M. 1994. History and applications of the Intermountain greenstripping program. Pp. 63-68 *in* S. B. Monsen and S. G. Kitchen, eds. Proceedings - Ecology and management of annual rangelands. USDA For. Ser. Gen. Tech. Rep. INT-GTR-313. Ogden, UT.

Personius, T.L., C.A. Wambolt, J.R. Stephens, and R.G. Kelsey. 1987. Crude terpenoid influence on mule deer preference for sagebrush. J. Range Manage. 40:84-88.

Peters, E. F. and S. C. Bunting. 1994. Fire conditions pre- and post-occurrence of annual grasses on the Snake River Plain. Pp. 31-36 *in* S. B. Monsen and S. G. Kitchen, eds. Proceedings - Ecology and management of annual rangelands. USDA For. Ser. Gen. Tech. Rep. INT-GTR-313. Ogden, UT.

Platou, K. A., and P. T. Tueller. 1985. Evolutionary implications for grazing management systems. Rangelands. 7:57-61. *Cited in* Hann et al. (1997).

Attachment 1-29

Pringle, W. L.  1960.  The effect of a leaf feeding beetle on big sagebrush in British Columbia.  J. Range Manage. 13:139-142.

Poulton, C. E. 1955. Ecology of the non-forested vegetation in Umatilla and Morrow Counties, Oregon. Ph.D. diss. Washington State Univ., Pullman.

Rich, T. D. and C. Beardmore.  1997.  Priority bird species by state in the Western U. S.: 1997 status report. Western Working Group, Partners In Flight.  Boise. ID.

Rosentreter, R. 1986. Compositional patterns within a rabbitbrush (*Chrysothamnus*) community of the Idaho Snake River plain. In: McArthur, E.D., and Welch, B.L., compilers: Proceedings–symposium on the biology of *Artemisia* and *Chrysothamnus*; 1984 July 9-13; Provo, UT. General Technical Report INT-GTR-200. U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 398 p.

Rosentreter, R. and R. G. Kelsey.  1991. Xeric big sagebrush, a new subspecies in the *Artemisia tridentata* complex.  J. Range Manage. 44:330-335.

Saab, V. A., and T. D. Rich.  1997.  Large-scale conservation assessment for Neotropical migratory land birds in the interior Columbia River Basin.  USDA, Pacific Northwest Res. Stat., For. Serv. Gen. Tech. Rep. PNW-GTR-399. Portland, OR.

St. Clair, L. L., J. R. Johansen and S. R. Rushforth. 1993. Lichens of soil crust communities in the Intermountain area of the western United States. Great Basin Nat. 53:5-12.

Schultz, L. M. 1986. Taxonomic and geographic limits of *Artemisia* subgenus Tridentatae (Beetle) McArthur (Asteraceae: Anthemidea). Pp. 20-28 *in* E. D. McArthur and B. L. Welch, compilers. Proceedings–symposium on the  biology of *Artemisia* and Chrysothamnus; 1984 July 9-13; Provo, UT. Gen.  Tech. Rep. INT-200. Ogden, UT: U.S. Department of Agriculture, Forest  Service, Intermountain Research Station: 126-133.

Sheehy, D. P. and A. H. Winward. 1981.  Relative palatability of seven *Artemisia* taxa to mule deer and sheep.  J. Range Manage. 34:397-399.

Stevens, R. and E. D. McArthur.  1974.  A simple field technique for identification of some sagebrush taxa.  J. Range Manage. 27:325-326.

Stoddart, L. A., A. D. Smith, and T. W. Box.  1975.  Range Management.  Third ed.  McGraw-Hill, New York, NY.  532 p.  *Cited in* Hann et al. (1997).

Sturges, D.L., and D.L. Nelson. 1986.  Snow depth and incidence of a snowmold disease on mountain big sagebrush.  In: Durant E. McArthur and Bruce L. Welch (eds.), Proc. Symp. on the Biology of *Artemisia*  and Chrysothamnus.  USDA Forest Serv. Gen. Tech. Rep. INT-200.

Tausch, R. T., P. E. Wigand, and J. W. Burkhardt.  1993.  Viewpoint: Plant community thresholds, multiple steady states, and multiple successional pathways: Legacy of the quaternary?  J. Range Manage. 46:439-447.

Attachment 1-30

Tisdale, E. W. and M. Hironaka. 1981. The sagebrush-grass region: a review of the ecological literature. Forest, Wildlife and Range Experiment Station. Bull. 33. Univ. Idaho. Moscow, ID.

Urness, P. J. 1966. Influence of range improvement practices on composition, production and utilization of *Artemisia* deer winter range in Cental Oregon. Ph.D. Diss., Oregon State University.

USDA. 1991. Ecological classification and inventory handbook. FSH 2090.11. Washington, DC.

USDA Forest Service/USDI Bureau of Land Management. 2000a. Appendix 13a *In* Interior Columbia Basin Supplemental Draft Environmental Impact Statement, Volume 2; Appendices. Interior Columbia Ecosystem Management Project. March 2002.

USDA Forest Service/USDI Bureau of Land Management. 2000b. Pp 85-86 *In* Interior Columbia Basin Final Environmental Impact Statement *Proposed Decision.* Interior Columbia Ecosystem Management Project. December 2000.

USDI and USDA. 1995. Federal wildland fire management policy and program review: Final report. USDI and USDA. Washington, DC.

USDI BLM. no date. Fire effects in plant communities on the public lands. U.S. Department of the Interior, Bureau of Land Management.

USDI BLM. 1991. Final environmental impact statement: Vegetation treatment on BLM lands in thirteen western states. Wyoming State Office. Cheyenne, WY.

Vallentine, J. F. 1990. Grazing management. Academic Press. San Diego, CA. 533p. *Cited in* Hann et al. (1997).

Vallentine, J.F. and A.R. Stevens. 1994. Use of livestock to control cheatgrass–a review, p. 202-206, In: Monsen, S.B., and S.G. Kitchen, compilers, Proceedings–ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, Utah.

Volland, L. A. and J. D. Dell. 1981. Fire effects on Pacific Northwest forest and range vegetation. USDA For. Ser. Pacific Northwest Region, Range Management and Aviation and Fire Management. Portland, OR.

Wagstaff, F. L. and B. L. Welch. 1990. Rejuvenation of mountain big sagebrush on mule deer winter ranges using onsite plants as a seed source. In McArthur, E. D., Romney, E. M., Smith, S. D., Tueller, P. T., compilers. Proceedings- Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management. USDA For. Ser. Gen. Tech. Rep. INT-276. Ogden, UT.

Wagstaff, F. L. and B. L. Welch. 1991. Seedstalk production of mountain big sagebrush enhanced through short-term protection from heavy browsing. J. Range Manage. 44:72-74.

Walton, T. P., R. S. White, and C. L. Wambolt. 1986. *Artemisia* reproductive strategies: a review with

Attachment 1-31

BLM_0080734

emphasis on plains silver sagebrush. Pp. 67-74 *in* E. D. McArthur and B. L. Welch, compilers. Proceedings--symposium on the biology of *Artemisia* and Chrysothamnus. USDA For. Ser. Gen. Tech. Rep. INT-200. Ogden, UT.

Wambolt, C.L. and G.F. Payne. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. J. Range Manage. 39:314-319.

Wambolt, C.L. 1996. Mule deer and elk foraging preference for four sagebrush taxa. J. Range Manage. 49:499-503.

Wambolt, C. L. and H. W. Sherwood. 1999. Sagebrush response to ungulate browsing in Yellowstone. J. Range Manage. 52:363-369.

Wambolt, C. L., R. G. Kelsey, T. L. Personius, [et al. xx]. 1987. Preference and digestibility of three big sagebrush subspecies and black sagebrush as related to crude terpenoid chemistry. Pp. 71-73 in F. D. Provenza, J. T. Flinders, and E. D. McArthur, compilers. Proc. Symp. Plant-Herbivore Interactions. USDA For. Ser. Gen. Tech. Rep. INT-222. Ogden, UT.

Watts, M.J. and C.L. Wambolt. 1996. Long-term recovery of Wyoming big sagebrush after four treatments. J. Environmental Manage. 46:95-102.

Welch, B. L. and E. D. McArthur. 1979. Feasibility of improving big sagebrush (*Artemisia tridentata*) for use on mule deer winter ranges. Pp. 451-457 *in* J. R. Goodin and D. K. Northington, eds. Arid land plant resources. Texas Tech. Univ. Lubbock, TX.

Welch, B. L., F. J. Wagstaff and G. L. Jorgensen. 1990. 'Hobble Creek' mountain big sagebrush seed production. Pp. 167-170 *in* E. D. McArthur, E. M. Romney, S. D. Smith and P. T. Tueller, compilers. Symposium on cheatgrass invasion, shrub die-off and other aspects of shrub biology and management. USDA For. Service Gen. Tech. Rep. INT-276.

Welch, B. L., F. J. Wagstaff, J. A. Roberson. 1991. Preference of wintering sage grouse for big sagebrush. J. Range Manage. 44: 462-465.

West, N. E. 1999. Synecology and disturbance regimes of sagebrush steppe ecosystems. Pp. 15-26 *in* Entwistle, P. G., A. M. DeBolt, J. H. Kaltenecker, and K. Steenhof, compilers. Sagebrush Steppe Ecosystems Symposium. BLM Pub. No: BLM/ID/PT-001001+1150. Boise, ID.

West, N. E. and J. A. Young. 2000. Intermountain valleys and lower mountain slopes. Pp. 255-284 *in* M. G. Barbour and W. D. Billings, eds. North American terrestrial vegetation. Cambridge Univ. Press. Cambridge, U. K.

West, N. E. and M. A. Hassan 1985. Recovery of sagebrush-grass vegetation following wildfire. J. Range Manage. 38:131-134.

Western State Sage Grouse Committee. 1982. Sage grouse management practices. Western States Sage Grouse Committee Tech. Bull. #1. Twin Falls, ID.

Attachment 1-32

BLM_0080735

Whisenant, S. G. 1986. Herbicide use in *Artemisia* and *Chrysothamnus* communities: Reducing damage to nontarget species. Pp. 115-121 *in* Proceedings: Shrubland ecosystem dynamics in a changing environment, J. R. Barrow, E. D. McArthur, R. E. Sosebee and R. J. Tausch, compilers. USDA Forest Service Gen. Tech. Rep. INT-GTR-338. Ogden, UT, USA.

_____. 1990. Changing fire frequencies on Idaho's Snake River Plains: Ecological and management implications. Pp. 4-10 *in* E. D. McArthur, E. M. Romney, S. D. Smith and P. T. Tueller, compilers. Symposium on cheatgrass invasion, shrub die-off and other aspects of shrub biology and management. USDA For. Service Gen. Tech. Rep. INT-276.

White, R. S. and P. O. Currie. 1983. The effects of prescribed burning on silver sagebrush. J. Range Manage. 36:611-613.

White, R. S. and P. O. Currie. 1984. Phenological development and water relations in Plains silver sagebrush. J. Range Manage. 37:503-507.

Winward, A. H. 1980. Taxonomy and ecology of sagebrush in Oregon. Ag. Exper. Sta. Bull. 642. Oregon State Univ. Corvallis, OR.

_____. 1983. Using sagebrush ecology in wildland management. Pp. 15-19 *in* K. L. Johnson, ed. First Utah shrub ecology workshop. Utah State Univ. Logan, UT.

_____. 1985. Fire in the sagebrush-grass ecosystem--the ecological setting. Pp. 2-6 *in* K. Sanders and J. Durham, eds. Rangeland fire effects: a symposium. U.S. Department of the Interior, Bureau of Land Management, Idaho State Office. Boise, ID.

Winward, A. H., J. C. Connelly, and J. Bohne. pers. comm. 2001. Recommendations discussed during a December 7, 2001, meeting at the U.S. Forest Service Region 4 office, Ogden, UT.

Winward, A. H. and E. W. Tisdale. 1977. Taxonomy of the *Artemisia tridentata* complex in Idaho. For, Wildl. And Range Exp. Sta. Bull. 19.

Wisdom, M. J., R. S. Holthausen, D. C. Lee, B. C. Wales, W. J. Murphy, M. R. Eames, C. D. Hargis, V. A. Saab, T. D. Rich, F. B. Samson, D. A. Newhouse and N. Warren. 2000. Source habitats for terrestrial vertebrates of focus in the Interior Columbia Basin: Broad-scale trends and management implications. U.S. Dept. Agric., For. Serv., Pacific Northwest Res. Stat. Gen. Tech. Rep. PNW-GTR-485, Portland, OR.

Wright, Henry A. 1972. Shrub response to fire. In: McKell, Cyrus M.; Blaisdell, James P.; Goodin, Joe R., eds. Wildland shrubs--their biology and utilization: Proceedings of a symposium; 1971 July; Logan, UT. Gen. Tech. Rep. INT-1. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station: 204-217.

Wright, H. A. and A. W. Bailey. 1980. Fire ecology and prescribed burning in the Great Plains--a research review. USDA For. Ser. Gen. Tech. Rep. INT-77. Ogden, UT.

Attachment 1-33

BLM_0080736

Wright, Henry A.; Bailey, Arthur W. 1982. Fire ecology: United States and southern Canada. New York: John Wiley & Sons. 501 p.

Wright, H. A., L. F. Neuenschwander and C. M. Britton. 1979. The role and use of fire in sagebrush-grass and pinyon-juniper plant communities: A state-of-the-art review. USDA For. Ser. Gen. Tech. Rep. INT-58. Ogden, UT.

Young, Richard P. 1983. Fire as a vegetation management tool in rangelands of the Intermountain Region. Pp. 18-31 *in* S. B. Monsen and N. Shaw, compilers. Managing Intermountain rangelands--improvement of range and wildlife habitats. USDA For. Ser. Gen. Tech. Rep. INT-157. Ogden, UT.

Young, J. A. and R. A. Evans. 1971. Medusahead invasion as influenced by herbicides and grazing on low sagebrush sites. J. Range Manage. 24: 451-454.

Young, J. A. and R. A. Evans. 1975. Germinability of seed reserves in a big sagebrush community. Weed Sci. 23:358-364.

Young, J.A., and R.A. Evans. 1978. Population dynamics after wildfires in sage-brush grasslands. J. of Range Management. 31 :283-289.

Young, J. A. and R. A. Evans. 1989. Dispersal and germination of big sagebrush (*Artemisia tridentata*) seeds. Weed Sci. 37:201-206.

Zschaechner, G. A. 1985. Studying rangeland fire effects: a case study in Nevada. Pp. 66-84 in K. Sanders and J. Durham, eds. Rangeland fire effects: Proceedings of the symposium. U.S. Department of the Interior, Bureau of Land Management. Idaho State Office. Boise, ID.

Attachment 1-34

BLM_0080737

**Appendix A.  Summary of Artemisia species and subspecies characteristics, site preferences, and management responses.**

The summaries that follow are presented in three groups, associated primarily with soil temperature gradient.  These groups are derived from the ordination of major sagebrush taxa against gradients of soil temperature and soil moisture presented by West and Young (2000), but do not necessarily reflect the soil moisture gradient component of the ordination.  Also, the West and Young ordination depicts silver sagebrush, which they assign to the Dwarf Sagebrushes of Cooler Sites, only to the species level.  Based on known and probable soil temperature relations, all three subspecies of silver sagebrush in these summaries are placed in that group.  The first common name shown for species is that used by McArthur (1999).  Additional common names in the summaries are from other sources.

**Dwarf Sagebrushes of Warmer Sites**

| | |
|---|---|
| Bigelow sagebrush | *Artemisia bigloveii* |
| Black sagebrush | *A. nova* |
| Pygmy sagebrush | *A. pygmaea* |
| Low sagebrush | *A. arbuscula* spp. *arbuscula* |
| Stiff sagebrush | *A.rigida* |
| Tall threetip sagebrush | *A. tripartita* spp. *tripartita* |

**Large Sagebrushes**

| | |
|---|---|
| Sand sage | *A. filifolia* |
| Xeric big sagebrush | *A. xericensis* |
| Wyoming big sagebrush | *A. tridentata* spp. *wyomingensis* |
| Basin big sagebrush | *A. tridentata* spp. *tridentata* |
| Rothrock sagebrush | *A. rothrockii* |
| Mountain big sagebrush | *A. tridentata* spp. *vaseyana* |
| Snowbank big sagebrush | *A. tridentata* spp. *spiciformis* |

**Dwarf Sagebrushes of Cooler Sites**

| | |
|---|---|
| Wyoming threetip sagebrush | *A. tripartita* spp. *rupicola* |
| Alkali sagebrush | *A. longiloba* |
| Cleftleaf sagebrush | *A. arbuscula* spp. *thermopola* |
| Coaltown sagebrush | *A. argilosa* |
| Silver sagebrush | *A. cana* spp. *viscidula* |
| Bolander silver sagebrush | *A. cana* ssp. *bolanderi* |
| Plains silver sagebrush | *A. cana* ssp. *cana* |

Information in the summaries pertaining to states of occurrence, leaf persistence, elevation, flowering periods, habit, vegetation spreading, seed/pound, moisture regime, and soil are from Borland (1998) unless otherwise indicated.  Other information is from literature as cited in the text.

Two highly recommended internet sources of sagebrush information are the PLANTS database of the Natural Resource Conservation Service, http://plants.usda.gov/plants, and the Fire Effects Information System (FEIS) database, http://www.fs.fed.us/database/feis.  As of January 2002, the FEIS contained 21 *Artemisia* species and subspecies.  The following summaries address most of the species included in the FEIS, and additional species and subspecies that are not in the FEIS database.

Attachment 1-35

BLM_0080738

# Dwarf Sagebrushes of Warmer Sites

| | |
|---|---|
| **Species:** | *Artemisia biglovii* |
| **Common Names:** | Bigelow sagebrush, flat sagebrush, slender gray sagebrush |
| **States of Occurrence:** | Texas (west), Colorado (south), New Mexico, Arizona, Utah, Nevada, Califomia |
| **Deciduous or Evergreen:** | Deciduous above, late deciduous below |
| **Elevation:** | 3,200-8,000' |
| **Flowers:** | August to October |
| **Habit:** | Low, spreading, 8-16" tall |
| **Vegetative Spreading:** | Stem layers rarely |
| **Seed/lb:** | 2,710,000 |
| **Moisture Regime:** | Dry to very dry |
| **Soil:** | Rocky, sandy |
| **Soil Moisture:** | Aridic |
| **Soil Temperature:** | Mesic |
| **Fire Tolerance:** | Intolerant        This species is in the FEIS database. |

---

**Response to Fire:** Bigelow sagebrush is severely damaged or killed by fire (McArthur 1981) and burned areas are reoccupied through on-site or wind-borne seed (Wright et al.1979). Bigelow sagebrush does not sprout after fire or other disturbance (Wright et al. 1979, Walton et al.1986). Little is documented concerning the germination requirements or seedling establishment of Bigelow sagebrush. The timing of burn may influence recovery rates of many shrubs in sagebrush-grassland communities (Wright et al. 1979).

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-36

# Dwarf Sagebrushes of Warmer Sites

| | |
|---|---|
| **Species:** | *Artemisia nova* |
| **Common Names:** | Black sagebrush, little black sagebrush, small sagebrush |
| **States of Occurrence:** | Great Basin |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 4,500-9,500' |
| **Flowers:** | August to October |
| **Habit:** | Erect from spreading base, 6-18" tall |
| **Vegetative Spreading:** | None |
| **Seeds/lb:** | 907,000 |
| **Moisture Regime:** | Dry |
| **Soil:** | Calcareous with rocky pavement, stony, well-drained, thin pH 6.5-7.5 |
| **Soil Moisture:** | Aridic |
| **Soil Temperature:** | Mesic |
| **Fire Tolerance:** | Intolerant      This species is in the FEIS database. |

**Response to Fire:** Black sagebrush is highly susceptible to fire. Plants are readily killed by all fire intensities and do not sprout (Wright et al. 1979). Its intricate branches, low stature and non-sprouting habit make it very vulnerable (Volland and Dell 1981) where fires can carry through this community. Following burning, reestablishment occurs through off-site seed sources (Tisdale and Hironaka 1981, Wright et al.1979, Young 1983). Information concerning reestablishment after burning is lacking. Effective soil moisture and patterns of burning have an influence upon the rate of site recovery.

Historically fire has had little or no influence in communities dominated by black sagebrush (Winward 1985). Typically the sparse vegetation of most black sagebrush stands precludes the occurrence of fire (Clary 1986). In fact, dwarf sagebrush species are commonly recognized as potential natural fire breaks. Beardall and Sylvester (1976) found that low sagebrush communities in Nevada did not burn on a hot day in mid-August despite wind speeds of up to 25 miles per hour (40.3 km per hour). Use of prescribed burning is not usually feasible where black sagebrush forms dense stands.

Attachment 1-37

**Species:**      *Artemisia nova*

Since black sagebrush stands do not readily burn, existing response data involves information obtained from study sites where this species is not a dominant vegetation component.  In Utah, West and Hassan (1985) found no evidence of black sagebrush reestablishment up to 2 years following a late July fire.  Most black sagebrush seeds are dispersed close to the parent plant.  Fire in this type is not recommended.

**Response to Browsing:**  Black sagebrush was consistently reduced in cover by both cattle and sheep winter grazing (Clary 1986).  On some sites, reduction were severe.  Low-elevation stands experienced the greatest reductions.  Moderate use during mid-winter appears to be compatible with maintaining black sagebrush cover (Clary 1986).

Black sagebrush sites also often have well developed biological crusts due to the calcareous nature of many of the site soils.  These crusts also sometimes have a high proportion of nitrogen-fixing species.  Mechanical trampling damage can be very detrimental to the health of these sites, particularly through damage to conditions for seedling establishment.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:**  All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-38

BLM_0080741

# Dwarf Sagebrushes of Warmer Sites

| | |
|---|---|
| **Species:** | *Artemisia pygmaea* |
| **Common Names:** | Pygmy sagebrush |
| **States of Occurrence:** | Within the Great Basin of Nevada, Utah to northern Arizona, Uinta Basin of Utah and Colorado |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 5,200-7,500' |
| **Flowers:** | August to September |
| **Habit:** | Cushion-like, 8-10" tall |
| **Vegetative Spreading:** | None |
| **Seeds/lb:** | 440,000 |
| **Moisture Regime:** | Very dry |
| **Soil:** | Calcareous, clay, gravels, gypseous, shale |
| **Soil Moisture:** | Aridic |
| **Soil Temperature:** | Mesic-frigid |
| **Fire Tolerance:** | Intolerant      This species is in the FEIS database. |

---

**Response to Fire:** Pygmy sagebrush is killed by fire but readily reoccupies a site through seed (Beetle 1960, McArthur et al. 1979). It does not resprout following fire or other disturbance (Beetle 1960, Walton et. al. 1986).

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-39

BLM_0080742

# Dwarf Sagebrushes of Warmer Sites

**Species:**              *Artemisia arbuscula* ssp. *arbuscula*

**Common Names:**         Low sagebrush, gray low sagebrush, scabland sagebrush, dark sagebrush,
                          little sagebrush, dwarf sagebrush

**States of Occurrence:** Southern Colorado to western Montana, through Utah, Idaho to northern
                          California, Oregon, and Washington

**Deciduous or Evergreen:** Evergreen

**Elevation:**            3,000-12,200'

**Flowers:**              August to September

**Habit:**                Dwarf, irregular shape 15-20", 15-30" wide

**Vegetative spreading:** Seldom layers

**Seeds/lb:**             980,000

**Moisture Regime:**      dry

**Soil:**                 Harsh, infertile, alkaline, rocky, shallow, hardpan, gravelly, calcic

**Soil Moisture:**        Aridic

**Soil Temperature:**     Mesic

**Fire Tolerance:**       Intolerant         This subspecies is in the FEIS database.

---

**Response to Fire:**  Gray low sagebrush is a nonsprouter which is readily killed by fire (Britton and
Ralphs 1979, Beetle and Johnson 1982). It reestablishes on burned sites through small, light,
wind-dispersed seed but this may require 10 years or more (Young 1983). Many gray low sagebrush
communities are characterized by a depauperate understory with significant amounts of exposed soil and
rock, and stands often lack enough fuels to carry a fire (Beardall and Sylvester1976, Blaisdell et al. 1982,
Bunting et al. 1987). Consequently, fires in gray low sagebrush communities are comparatively rare. In
fact, these sites can even be used as fuel breaks (Young and Evans 1971, Young 1983).

The possibility of fire is increased during years of above-average precipitation which can result in
increased herbaceous growth. This is especially true on sites that have been invaded by weedy species
such as medusahead (*Taeniatherum caput-medusae*) or cheatgrass (*Bromus tectorum*) (Bunting et al.
1987, Young and Evans 1971). Recovery time of gray low sagebrush following fire is variable and is
described as "slow to rapid." Recovery may occur within 2 to 5 years under favorable conditions but may
require more than 10 years on harsh sites.

Attachment 1-40

BLM_0080743

**Species:**   *Artemisia arbuscula* ssp. *arbuscula*

Even when conditions allow fire spread, prescribed burning in low sagebrush sites often produces few benefits (Blaisdell et al. 1982., Young 1983); many experts recommend against widespread burning in low sagebrush types (Bunting et al.1987). Erosion may also be a problem on many harsh sites where revegetation proceeds very slowly. Reliable prescriptions have not yet been developed for use in low sagebrush habitat types (Blaisdell et al.1982).

**Response to Browsing:** *A. arbuscula* sites are greatly preferred by mule deer and domestic sheep (Sheehy and Winward 1981). Trampling damage can occur on sites supporting this taxa because soils are often saturated in early spring (Hironaka et al. 1983). Livestock should be kept off low sagebrush sites until soils have dried out. These sites also have the potential for well developed biological crusts where the soil surface is covered by rock. Mechanical trampling damage can be particularly detrimental to the establishment of *A. arbuscula* seedlings on these sites.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** This taxa is readily killed by herbicides (Tisdale and Hironaka 1981).

Attachment 1-41

# Dwarf Sagebrushes of Warmer Sites

| | |
|---|---|
| **Species:** | *Artemisia rigida* |
| **Common Names:** | Stiff sagebrush, scabland sagebrush |
| **States of Occurrence:** | Columbia River Basin of eastern Washington, Oregon, and western Idaho |
| **Deciduous or Evergreen:** | Deciduous |
| **Elevation:** | 3,000-7,000' |
| **Flowers:** | September to October |
| **Habit:** | Low, spreading, with thick, brittle branches, to 16" tall |
| **Vegetative Spreading:** | Possible root sprouts |
| **Seeds/lb:** | 550,000 |
| **Moisture Regime:** | Dry |
| **Soil:** | Rocky, shallow |
| **Soil Moisture:** | Xeric |
| **Soil Temperature:** | Mesic |
| **Fire Tolerance:** | Intolerant       This species is in the FEIS database. |

**Response to Fire:** Preliminary tests suggest that stiff sagebrush does not sprout after clipping to a height of 1 to 1.5 inches (3-4 cm) (Tisdale and Hironaka 1981). Establishment following fire depends on off-site seed. Because stiff sagebrush does not sprout, it is likely that it would be killed by most fires. The sparse herbaceous understory of stiff sagebrush stands make them practically immune to fire (Tisdale and Hironaka 1981); consequently they can be used for fire control lines (Clifton 1981).

**Response to Browsing:** This taxa is heavily browsed by big game animals in winter but the effects of this are not known (Hironaka et al. 1983). The shallow, rocky soils where stiff sagebrush often grows are good sites for the development of biological crusts. Mechanical trampling damage may occur, thus degrading the site's capability for new seedling establishment.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-42

BLM_0080745

# Dwarf Sagebrushes of Warmer Sites

| | |
|---|---|
| **Species:** | *Artemisia tripartita* spp. *tripartita* |
| **Common Names:** | Tall threetip sagebrush, Idaho threetip sagebrush |
| **States of Occurrence:** | British Columbia south through Washington to Nevada, east to northern Utah and western Montana |
| **Deciduous or Evergreen:** | Evergreen to early deciduous |
| **Elevation:** | 3,000-9,000' |
| **Flowers:** | August to September |
| **Habit:** | Erect, freely branching, 6' tall |
| **Vegetative Spreading:** | Root sprouts, stem layers, stump sprouts |
| **Seed/lb:** | 2,490,000 estimated |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Moderate to deep, well-drained, loamy, sandy |
| **Soil Moisture:** | Aridic - xeric |
| **Soil Temperature:** | Mesic |
| **Fire Tolerance:** | Varies from tolerant to intolerant.  See Response to Fire discussion.  This species is in the FEIS database, but not to the subspecies level. |

**Response to Fire:**  Tall threetip sagebrush can sprout or layer following fire (Beetle and  Johnson 1982, Hironaka et al. 1983, Winward 1985).  In some areas, fire may cause a large number of plants to sprout.  However, Hironaka et al. (1983) caution that there may be significant ecotypal variation in this taxa and that populations in different areas may respond differently to the same burn conditions.

Fires can spread in threetip sagebrush stands (Britton 1979) and kill aerial plant parts.  The shrub can reestablish through stump-sprouting and layering (Mueggler and Stewart 1980).  Beetle (1960) notes that tall threetip sagebrush sprouts vigorously from the stump following fire; layering may also occur. Volland and Dell (1981) list the shrub as a weak sprouter in Oregon and Washington.

**Response to Browsing:** No information

**Response to Mechanical Treatment:**  No information

Attachment 1-43

BLM_0080746

**Species:**        *Artemisia tripartita* spp. *tripartita*


**Response to Herbicides:**  All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-44

BLM_0080747

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia filifolia* |
| **Common Names:** | Sand sagebrush, threadleaf sagebrush, oldman sagebrush |
| **States of Occurrence:** | South Dakota to Wyoming, Colorado, Nebraska, Kansas, Texas, Utah, Nevada, New Mexico, Oklahoma, south to Chihuahua, Mexico |
| **Deciduous or Evergreen:** | Semi-deciduous |
| **Elevation:** | 2,700-7,500' |
| **Flowers:** | August to September |
| **Habit:** | Freely branched, rounded, 2-4' tall |
| **Vegetative Spreading:** | None |
| **Seed/lb:** | 3,135,000 |
| **Moisture Regime:** | Dry |
| **Soil:** | Sandy, deep |
| **Soil Moisture:** | Xeric |
| **Soil Temperature:** | Mesic |
| **Fire Tolerance:** | See Response to Fire discussion. This species is in the FEIS database. |

**Response to Fire:** Specific fire adaptations of sand sagebrush are not well documented. In the northern Texas panhandle, sand sagebrush is considered a "nonsprouter' (Wright et al. 1972) and is often severely damaged or even killed by fire (U. S. Department of the Interior, Bureau of Land Management. [no date], Wright et al. 1972). Conversely, it is described as a fire-tolerant species capable of resprouting after fire in the southern Great Plains (Wright and Bailey 1980, 1982).

Ecotypic differences in sprouting capabilities obviously exist. Similarly, differences in season of burn, soil characteristics, fire intensity and severity, and climatic factors may also influence the sprouting ability of sand sagebrush. Many sand sagebrush stands are characterized by an abundance of exposed sand and sparse understory vegetation. Fires are probably infrequent on such sites. Fires, however, have been historically important in many grassland or shrubland communities of the Great Plains and Southwest which support the growth of sand sagebrush (Jackson 1965). Fires presumably carry well in sand sagebrush stands with a dried herbaceous understory of forbs and grasses.

Attachment 1-45

BLM_0080748

**Species:**     *Artemisia filifolia*

Sand sagebrush quickly reoccupies burned sites with an abundance of seedlings (Jackson 1965). It is not known if sand sagebrush typically resprouts, or if reestablishment is through seed. Sand sagebrush produces an abundance of light, wind-dispersed seed, and relatively rapid reestablishment through off-site sources is frequently possible. Grazing may slow recovery of sand sagebrush following fire.

Areas dominated by sand sagebrush, shinnery oak, and skunkbush sumac (*Rhus trilobata*) in Texas and eastern New Mexico have been burned to promote forbs and to encourage new shrub. Such fires can enhance the value of these areas to mule deer and other wildlife species. Recommended procedure is to burn small patches of 5 acres or less in years with greater than normal fall and winter precipitation. The patches should be left unburned for 10 to 12 years and scattered more than 0.25 miles apart to encourage mule deer utilization of these areas (Bryant and Morrison 1985). Burning small patches or swaths minimizes adverse impacts on many wildlife species including small birds (Davis et al. 1974, Holechek 1981). Lesser prairie chickens are more mobile than many other species and can reportedly tolerate brush control on blocks of 370 to 740 acres (150-300 hectares) (Holechek 1981).

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-46

BLM_0080749

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia tridentata* spp. *xericensis* |
| **Common Names:** | Xeric big sagebrush, Scabland big sagebrush |
| **States of Occurrence:** | West central Idaho |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 2,500-4,500' |
| **Flowers:** | Early August |
| **Habit:** | More branched paniculate inflorescence than mountain big sagebrush |
| **Vegetative Spreading:** | Radiate with uneven-top (compared to mountain big sagebrush) |
| **Seed/lb:** | 2,500,000 (Best estimate) |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Basaltic and granitic soils |
| **Soil Moisture:** | Xeric |
| **Soil Temperature:** | Mesic |
| **Fire Tolerance:** | Intolerant     This subspecies is <u>not</u> in the FEIS database. |

**Response to Fire:** Fires in this habitat burn very hot, killing associated perennial species such as *Agropyron spicatum.* Natural replacement after fire is by exotic medusahead (*Teaniatherum caput-medusae*) and cheatgrass (*Bromus tectorum*) with successional trends towards squirreltail (*Sitanion hystrix*) and later, bluebunch wheatgrass (*Pseudoroegneria spicata*) (Rosentreter and Kelsey 1991).

**Response to Browsing:** This species tends to increase in density if the understory is grazed. The deep soils encourage the shrubs to develop deep root systems, allowing annual grasses to occupy much of the upper soil profile beneath and adjacent to the shrub canopy (Rosentreter and Kelsey 1991).

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-47

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia tridentata* spp. *wyomingensis* |
| **Common Names:** | Wyoming big sagebrush |
| **States of Occurrence:** | Wyoming Basin east to Montana, Wyoming, Colorado, Idaho, North Dakota |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 5,000-7,000' |
| **Flowers:** | Late July to September |
| **Habit:** | Basally branched, rounded, uneven topped, 4-38" tall |
| **Vegetative Spreading:** | None |
| **Seed/lb:** | 1,215,000-3,000,000 |
| **Moisture Regime:** | Dry |
| **Soil:** | Dry, shallow, well-drained, gravelly, fine-textured silt-loams |
| **Soil Moisture:** | Aridic-Xeric |
| **Soil Temperature:** | Mesic-frigid |
| **Fire Tolerance:** | Intolerant      This subspecies is in the FEIS database. |

**Response to Fire:** Wyoming big sagebrush is readily killed by fire. If the foliage is exposed to a minimum temperature of 194°F for a period of at least 30 seconds, the plant will die. In essence, any fire passing through a plant will cause mortality (Britton and Clark 1985). Some plants in Montana were reported to have survived the burning of lower branches.

Site productivity affects the ease with which big sagebrush will burn. Highly productive sites have greater plant density and more biomass which provide more fuel to carry a fire. Within the three major subspecies of big sagebrush, mountain big sagebrush (ssp. *vaseyana*) is most flammable, basin big sagebrush (ssp. *tridentata*) is intermediate, and Wyoming big sagebrush is least flammable (Britton and Clark 1985).

Attachment 1-48

**Species:**        *Artemisia tridentata* spp. *wyomingensis*

Prolific seed production and high rates of germination enables big sagebrush to reestablish rapidly after fire.  Wind-, water-, and animal-carried seed contribute to regeneration on a site (Goodwin 1956, Tisdale and Hironaka 1981).  Soil-stored seed is thought to be important in the reestablishment of mountain big sagebrush (ssp. *vaseyana*) (Mueggler 1956).  On-site seed storage permits rapid reestablishment even where most shrubs in an area are eliminated.

Postfire reestablishment of Wyoming big sagebrush has not been widely documented.  On xeric Wyoming big sagebrush sites, several years may be required for seedling establishment to occur (Clifton 1981, Wambolt and Payne 1986, West and Hassan 1985, Young and Evans 1978).  During years of low precipitation, few sagebrush plants may become established, and it may take many years before recolonization takes place.  In the Great Basin, these sites are at very high risk for permanent degradation as a result of invasion by exotic plants.  Even under favorable conditions, site recovery may take 60-100 years.

**Response to Browsing:**  In a central Wyoming study, grazing was shown to have a pronounced effect on the longevity of a Wyoming big sagebrush control effort.  On plots which had been sprayed but not grazed, sagebrush remained in a reduced state for 14 to 17 years.  Fourteen years after spraying, the number of young plants was about 30 percent less than on the untreated plots.  The number of mature plants was about 50 percent below that measured on the control.  After 17 years, the number of young plants on sprayed and grazed plots was much greater than that for unsprayed and grazed, or sprayed and ungrazed areas.  The increase in sagebrush cover and concomitant decrease in forage began 5 years after treatment.  Part of the measured decrease in forage production may be due to the tendency of livestock to utilize the treated areas more heavily, reducing the vigor of understory plants (Johnson 1969).

**Response to Mechanical Treatment:** Mechanical or chemical treatments are generally most suitable for *wyomingensis* sites because there often is insufficient fine fuels to allow for controlled burns (Hironaka et al. 1983).

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).  In a central Wyoming study, plots which had been sprayed but not grazed, has sagebrush in a reduced state for 14 to 17 years.  Fourteen years after spraying, the number of young plants was about 30 percent less than on the untreated plots.  The number of mature plants was about 50 percent below that measured on the control.  After 17 years, the number of young plants on sprayed and grazed plots was much greater than that for unsprayed and grazed, or sprayed and ungrazed areas.  The increase in sagebrush cover and concomitant decrease in forage began 5 years after treatment.  Part of the measured decrease in forage production may be due to the tendency of livestock to utilize the treated areas more heavily, reducing the vigor of understory plants (Johnson 1969).

Attachment 1-49

BLM_0080752

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia tridentata* spp. *tridentata* |
| **Common Names:** | Basin big sagebrush, big sagebrush |
| **States of Occurrence:** | Montana south to New Mexico and all western states, extreme southwest North Dakota |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 1,500-10,600' |
| **Flowers:** | August to October |
| **Habit:** | Erect, spreading, heavily branched, uneven topped, 3-6 (15)' tall, 5-8' wide |
| **Vegetative Spreading:** | None |
| **Seed/lb:** | 2,500,000 |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Deep, well-drained, fertile, coarse to fine |
| **Soil Moisture:** | Aridic-xeric |
| **Soil Temperature:** | Frigid-mesic |
| **Fire Tolerance:** | Intolerant        This subspecies is in the FEIS database. |

**Response to Fire:** Adult big sagebrush plants are killed by most fires. If sagebrush foliage is exposed to temperatures above 195 degrees Fahrenheit (90 deg C) for longer than 30 seconds, the plant dies (Britton and Clark 1985). Prolific seed production from nearby unburned plants coupled with high germination rates enable seedlings to establish rapidly following fire. Wind-, water-, and animal-carried seed contribute to regeneration on a site (Goodwin 1956, Johnson and Payne 1968, Tisdale and Hironaka 1981).

Site productivity affects the ease with which big sagebrush will burn. Highly productive sites have greater plant density and more biomass, providing more fuel to carry a fire. Of the three major subspecies of big sagebrush, basin big sagebrush is considered intermediate in flammability. Mountain big sagebrush is most flammable, and Wyoming big sagebrush is least flammable (Britton and Clark 1985).

The rate of stand recovery depends on the season of burn as, season affects the availability of seed, postfire precipitation patterns, and the amount of interference offered by other regenerating plant species, particularly exotic annual grasses (Britton and Clark 1985, Daubenmire 1975, Zschaechner 1985).

Attachment 1-50

**Species:**        *Artemisia tridentata* spp. *tridentata*

Where sagebrush stands are dense, rangeland fire may stimulate the growth of forage plants and increase their accessibility.  Grazing must be closely monitored in the postfire stand.  If the vigor of understory plants is low or their cover is reduced too greatly, newly bared soil may become a seedbed for sagebrush rather than the desired grasses and forbs.  Where big sagebrush has been removed by chemical means, it has regained its pretreatment cover in 17 years on stands where grazing was not controlled (Johnson 1969).

**Response to Browsing:** Browsing impact generally is not an issue because this taxa has low palatability for both wildlife and domestic livestock (Hironaka et al. 1983).  However mechanical trampling damage to soil crusts does occur when these sites are grazed during the hot, dry season.  The result is soil erosion and a much less suitable substrate for the establishment of new *A. t. tridentata* seedlings.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-51

BLM_0080754

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia rothrockii* |
| **Common Names:** | Rothrock sagebrush, timberline sagebrush |
| **States of Occurrence:** | Southern California (Uncertain about Wyoming, Colorado, Nevada, or Utah) |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 8,500-11,000' |
| **Flowers:** | August to September |
| **Habit:** | Wide, low, 4-32" tall, 1-2' wide |
| **Vegetative Spreading:** | Stem layers and root sprouts |
| **Seed/lb:** | No information |
| **Moisture Regime:** | Dry |
| **Soil:** | Deep, fine to coarse, well-drained |
| **Soil Moisture:** | Xeric |
| **Soil Temperature:** | Frigid-cryic |
| **Fire Tolerance:** | Tolerant    This species is <u>not</u> in the FEIS database. |

**Response to Fire:** No information

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-52

BLM_0080755

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia tridentata* spp. *vaseyana* |
| **Common Names:** | Mountain big sagebrush, Vasey sagebrush |
| **States of Occurrence:** | Throughout the Rocky Mountains |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 4,600-10,000' |
| **Flowers:** | July to September |
| **Habit:** | Spreading, even-topped, 2-4 (6)' tall |
| **Vegetative Spreading:** | Stem layers rarely |
| **Seed/lb:** | 1,760,000-2,500,000 |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Deep, well drained, pH +-7.0 |
| **Soil Moisture:** | Udic |
| **Soil Temperature:** | Cryic |
| **Fire Tolerance:** | Intolerant       This subspecies is in the FEIS database. |

**Response to Fire:** Fire return intervals in mountain big sagebrush communities historically were 12-15 years (Miller and Rose 1999). Plants are easily killed by fire in all seasons by even light intensity fires (Blaisdell et al. 1982). Mountain big sagebrush will not resprout, but this taxa can rapidly reestablish itself from seed under the typically more mesic conditions of *vaseyana* sites (Harniss and Murray 1973). Seedlings on burned-over areas arise both from seed introduced into the area from an adjacent unburned seed source and from seed stored in the soil that remains viable after burning. Seed present in the upper soil layers can be stimulated during low to moderate severity fires (Hironaka et al. 1983, Mueggler 1956). Reproductive maturity may occur in 3 to 5 years. Preburn density and cover may be achieved in 15 to 20 years under favorable conditions (Hironaka et al. 1983).

Mesic site conditions and fuel discontinuities may result in unharmed mountain big sagebrush plants or groups of plants within light and moderately severe burns. Whereas the normally mesic site conditions often preclude severe burns, severe wildfires are more likely to occur on steep, south slopes during hot, dry summers. Such severe fires leave few unburned plants and consume most of the seed stored in the litter and upper soil. These sites also are highly susceptible to invasion by exotic plants.

Attachment 1-53

**Species:**    *Artemisia tridentata* spp. *vaseyana*

Rapid reestablishment and growth of sagebrush is aided by:  1) reduction in bunchgrasses, 2) suitable soil surface moisture conditions for seedling establishment, and 3) the tendency of soil stored seed to be stimulated by fire.  Natural establishment of seedlings may be slow where severe burns occur on steep slopes because of unstable soil surface conditions, intense surface temperatures, and poor moisture conditions.  It may take 30 years or more before preburn densities and coverages of mountain big sagebrush are regained on severe burns.  Rapid reestablishment is more likely on sandy or gravelly soils which are well suited for supporting sagebrush but have poor potential for herbaceous plants.  Sagebrush returns slowly on fine-textured soils with good potential for production of herbaceous species (Blaisdell et al. 1982, Hironaka et al. 1983).

**Response to Browsing:** This taxa is relatively palatable and provides an important source of browse for wintering big game (Hironaka et al. 1983).  Effects of browsing are not known.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).  Up to 90% canopy reduction can be obtained with 2,4-D, dicamba, picloram or clopyralid.  The latter compound is preferred where this sagebrush occurs with bitterbrush (*Purshia tridentata*) or serviceberry (*Amelanchier* sp.).  Clopyralid has relatively minor effects on members of the Rosaceae (Whisenant 1986).

Attachment 1-54

BLM_0080757

# Large Sagebrushes

| | |
|---|---|
| **Species:** | *Artemisia tridentata* spp. *spiciformis*, also described as *A. t. vaseyana* form *spiciformis* |
| **Common Names:** | Subalpine big sagebrush |
| **States of Occurrence:** | Colorado, northcentral Wyoming, southeastern Idaho, central Utah (see McArthur and Plummer 1978, Schultz 1986, McArthur and Goodrich 1986) |
| **Deciduous or Evergreen:** | Evergreen |
| **Elevation:** | 8,800-10,000' |
| **Flowers:** | July to September |
| **Habit:** | 2-4' tall |
| **Vegetative Spreading:** | Stem layers |
| **Seed/lb:** | No information |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Basic, deep |
| **Soil Moisture:** | Udic |
| **Soil Temperature:** | Cryic |
| **Fire Tolerance:** | Tolerant      This subspecies is <u>not</u> in the FEIS database. |

**Response to Fire:** Winward (1985) reports that this form will resprout following fire, which is especially significant as it is the only member of the big sagebrush group with this capacity. No other information on this taxa is available.

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-55

BLM_0080758

# Dwarf Sagebrushes of Cooler Sites

| | |
|---|---|
| **Species:** | *Artemisia tripartita* spp. *rupicola* |
| **Common Names:** | Wyoming three-tip sagebrush |
| **States of Occurrence:** | Central and southeast Wyoming |
| **Deciduous or Evergreen:** | Evergreen to early deciduous |
| **Elevation:** | 7,000-9,000' |
| **Flowers:** | August to September |
| **Habit:** | Decumbent, 6" tall, 12-20" wide |
| **Vegetative Spreading:** | Root sprouts, stem layers, and stump sprouts |
| **Seed/lb:** | 2,490,000 (Estimate) |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Rocky, gravelly, shallow to deep |
| **Soil Moisture:** | Xeric |
| **Soil Temperature:** | Frigid-cryic |
| **Fire Tolerance:** | Tolerant | This species is in the FEIS database, but not to the subspecies level. |

**Response to Fire:** Wyoming threetip sagebrush can sprout from its root crown following fire (Beetle 1960, 1977; Winward 1985). It may also layer (Beetle 1960). Fire on some sites occupied by its sister taxa, *A. tripartita tripartita,* may cause a large number of plants to sprout. However, Hironaka et al. (1983) caution that there may be significant ecotypal variation in this taxa and that populations in different areas may respond differently to the same burn conditions.

Wyoming threetip sagebrush can stump-sprout or sprout from its rootcrown following fire (Beetle 1960, Beetle 1977). However, sprouting ability varies considerably regionally, indicating that several ecotypes may exist (Barrington *et al.* 1988, Bunting et al. 1987).

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.* 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-56

# Dwarf Sagebrushes of Cooler Sites

| | |
|---|---|
| **Species:** | *Artemisia longiloba* |
| **Common Names:** | alkali sagebrush, early sagebrush, longleaf sagebrush |
| **States of Occurrence:** | Foothills on both sides of the Continental Divide, west to southwest Montana, Utah, Idaho, Nevada, Oregon |
| **Deciduous or Evergreen:** | Not persistent |
| **Elevation:** | 5,500-8,000' |
| **Flowers:** | June |
| **Habit:** | Spreading, 6-9 (18)" tall |
| **Vegetative Spreading:** | Stem layers |
| **Seed/lb:** | 2,655,000 |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Alkaline shales, light to tight clays, shallow, claypan |
| **Soil Moisture:** | Xeric |
| **Soil Temperature:** | Frigid-cryic |
| **Fire Tolerance:** | Intolerant    This species is in the FEIS database. |

**Response to Fire:** Prescribed burning on early sagebrush sites has rarely been attempted because the understory is normally not sufficient to carry fire (Monsen and Shaw 1986). The two publications on this species are in conflict as to its fire tolerance. A mid-June burn in an early sagebrush/Idaho fescue stand resulted in spotty kills, leaving enough seed to ripen on unburned shrubs to provide a good seed source. A large number of the burned shrubs recovered via regrowth from remaining branches. However, Dealy et al. (1981) report that early sagebrush does not sprout from the root or stump and reestablishes following fire via seed.

One year after a mid-June burn there was a 26 percent reduction of early sagebrush. Burning can be used to reduce shrub density and is a good tool if retention of some shrubs is desired. Shrub seedlings could increase rapidly if a sufficient understory is not present to control early sagebrush through competition (Monsen and Shaw 1986).

**Response to Browsing:** Trampling damage can occur on sites supporting this taxa because soils are often saturated in early spring (Hironaka et al. 1983).

Attachment 1-57

BLM_0080760

**Species:**      *Artemisia longiloba*


**Response to Mechanical Treatment:** Discing resulted in a 65% reduction in total shrub population one year later while chaining resulted in a 33% reduction.  Seedling establishment was poor as seeds may have been buried too deeply by these treatments.  This impairment of seedling establishment persisted for five years following treatment.  Further, the vigor of mature plants declined more rapidly on the treated sites as compare to the controls suggesting that mechanical damage continued to take a toll.  Basal and root sprouting did not occur and plants were killed if the main stem was uprooted or cut off.  Generally, discing is a more severe treatment than chaining (Monsen and Shaw 1986).

**Response to Herbicides:** Spraying with 2, 4-D resulted in a complete eradication of sagebrush cover (Monsen and Shaw 1986) and the reductions persisted longer than on the disced and chained sites.  Spraying must be completed early in the season (by 20 May in southern Idaho) to be effective.

Attachment 1-58

BLM_0080761

# Dwarf Sagebrushes of Cooler Sites

**Species:** *Artemisia arbuscula* spp. *thermopola*

**Common Names:** cleftleaf sagebrush, hotsprings sagebrush, thermopola sagebrush, low sagebrush

**States of Occurrence:** Southern Colorado to western Montana, through Utah, Idaho to northern California, Oregon, and Washington

**Deciduous or Evergreen:** Evergreen

**Elevation:** 5,000-9,000'

**Flowers:** August to September

**Habit:** Spreading, 6-9 (12)" tall, 12-16" wide

**Vegetative Spreading:** None

**Seed/lb:** 980,000

**Moisture Regime:** Semi-dry

**Soil:** Sterile, often volcanic, shallow, claypan, non-calcic

**Soil Moisture:** Possibly xeric

**Soil Temperature:** Frigid-cryic

**Fire Tolerance:** Intolerant     This subspecies is in the FEIS database.

---

**Response to Fire:** Evidence suggests that cleftleaf sagebrush is readily killed by fire. It is not known to sprout, but reestablishes through light, off-site, wind-dispersed seed from surviving plants adjacent to the burn, as is the case for most *Artemisia* taxa. Gray low sagebrush can recover within 2 to 5 years with favorable conditions, but more than 10 years may be required under less favorable circumstances (Hopkins and Kovalchik 1983). However, recovery time is not well documented.

Low sagebrush communities are characterized by much exposed soil and surface rock along with a lower species richness and density of forbs and grasses than that found in many other *Artemisia* types. Many stands lack sufficient fuels to carry a fire even on hot days with winds up to 40 km/hr (25 mph) (Beardall and Sylvester 1976, Bernard and Brown 1977, Blackburn et al. 1969). Consequently, fires in cleftleaf sagebrush communities are probably rare. The probability of fire increases as herbaceous growth increases as a result of above-average precipitation or increased protection from grazing (Blackburn et al. 1969). Weedy species such as medusahead and cheatgrass will increase flammability of low sagebrush stands (Blackburn et al. 1969, Hopkins 1979). Gray low sagebrush has been successfully used as a fuelbreak when adjacent big sagebrush communities have been burned (Hitchcock and Cronquist 1973, Hopkins and Kovalchik 1983).

Attachment 1-59

**Species:**          *Artemisia arbuscula* spp. *thermopola*

Prescribed fires may not be possible or desirable in cleftleaf sagebrush stands.  Fires in most low sagebrush communities produce relatively few benefits (Beardall and Sylvester1976, Blackburn et al. 1969, Hopkins and Kovalchik  1983).

**Response to Browsing:**  *A. arbuscula* sites are greatly preferred by mule deer and domestic sheep (Sheehy and Winward 1981).  Trampling damage can occur on sites supporting this taxa because soils are often saturated in early spring (Hironaka et al. 1983).  Livestock should be kept off low sagebrush sites until soils have dried out.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:**  All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-60

BLM_0080763

# Dwarf Sagebrushes of Cooler Sites

**Species:**                        *Artemisia argilosa*

**Common Names:**                   Coaltown sagebrush

**States of Occurrence:**           Jackson County, Colorado

**Deciduous or Evergreen:**         Deciduous

**Elevation:**                      8,000'

**Flowers:**                        July to August

**Habit:**                          Erect, 20-32" tall

**Vegetative Spreading:**           None

**Seed/lb:**                        No information

**Moisture Regime:**                No information

**Soil:**                           Strongly alkaline, poor drainage, shaley

**Soil Moisture:**                  Udic

**Soil Temperature:**               Cryic

**Fire Tolerance:**                 Tolerant        This species is <u>not</u> in the FEIS database.

---

**Response to Fire:** No information

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No Information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec *et al.*1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-61

BLM_0080764

# Dwarf Sagebrushes of Cooler Sites

| | |
|---|---|
| **Species:** | *Artemisia cana* spp. *viscidula* |
| **Common Names:** | Mountain silver sagebrush, silver sagebrush, coaltown sagebrush |
| **States of Occurrence:** | Southwest Montana to New Mexico, west to Arizona, Nevada, Utah, and Idaho |
| **Deciduous or Evergreen:** | Not persistent |
| **Elevation:** | 5,500-10,000' |
| **Flowers:** | August to September |
| **Habit:** | Erect, thickly branched, 3.3' tall |
| **Vegetative Spreading:** | Stem layers and root sprouts |
| **Seed/lb:** | 2,200,000 |
| **Moisture Regime:** | Semi-dry |
| **Soil:** | Deep, rich loams |
| **Soil Moisture:** | Udic |
| **Soil Temperature:** | Cyric |
| **Fire Tolerance:** | Tolerant        This subspecies is in the FEIS database. |

**Response to Fire:** Fire effects information on mountain silver sagebrush has not been widely documented. Studies on the morphologically similar plains silver sagebrush indicate that the extent to which plants survive burning is directly related to fire intensity and severity. Totally consumed plants sustain higher mortalities than those less thoroughly burned. This trend is further accentuated by season of burning; more plants survive spring burns than fall burns (White and Currie 1983). Apparently soil moisture and phenological stage at the time of burning have a significant influence on plant survival (White and Currie 1984) as well.

Information from related species indicates that silver sagebrush resprouts vigorously via root sprouts and rhizomes following fire (Beetle 1960, Winward 1985). Apparently, however, resprouting abilities differ between the mountain (ssp. *viscidula*) and high desert (ssp. *bolanderi*) subspecies (Young 1983). Postburn regeneration also involves the germination of off-site, wind-dispersed seed (Wright et al. 1979). Preburn coverages are rapidly regained in most cases. Studies on plains silver sagebrush indicate that as burn intensity and severity increase, plant mortality also increases and regrowth decreases (White and Currie 1983).

Attachment 1-62

BLM_0080765

**Species:**   *Artemisia cana* spp. *viscidula*

Herbaceous production is potentially quite high on mesic sites characterized by mountain silver sagebrush (Winward 1980), and dense stands are candidates for control measures.  Although burning appears to be an effective means of managing plant densities in the plains subspecies, the degree to which these data apply to mountain silver sagebrush is unknown.  The mesic nature of most areas dominated by this subspecies suggests that burns must be well-timed, especially where shrub control is an objective.

**Response to Browsing:** No information

**Response to Mechanical Treatment:** No information

**Response to Herbicides:**  All varieties of *Artemisia* are readily killed by herbicides (Pechanec et al. 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-63

BLM_0080766

# Dwarf Sagebrushes of Cooler Sites

| | |
|---|---|
| **Species:** | *Artemisia cana* spp. *bolanderi* |
| **Common Names:** | Bolander silver sagebrush, white sagebrush, silver sagebrush |
| **States of Occurrence:** | Central Oregon, western Nevada, eastern California |
| **Deciduous or Evergreen:** | Evergreen to deciduous |
| **Elevation:** | Up to 5,000' |
| **Flowers:** | August to September |
| **Habit:** | Erect, spreading, much branched, 8-24" tall |
| **Vegetative Spreading:** | Stem layers and root sprouts |
| **Seed/lb:** | 846,000-2,200,000 |
| **Moisture Regime:** | Moist |
| **Soil:** | Extremely clayey, alkaline, granitic |
| **Soil Moisture:** | Possibly Udic |
| **Soil Temperature:** | Frigid-cyric |
| **Fire Tolerance:** | Tolerant     This subspecies is in the FEIS database. |

**Response to Fire:** Bolander silver sagebrush resprouts vigorously from the root crown (Beetle 1960, Dealy et al. 1981) and rhizomes following most fires, suggesting that this taxon is adapted to higher fire return frequencies. Postfire regeneration also involves the germination of wind-dispersed seed (Volland and Dell 1981, Wright et al. 1979, Hironaka et al.1983). In most cases, recovery is relatively rapid. Fire response information on the silver sagebrush complex as a whole indicates that densities are rapidly regained and even enhanced following burning.

The ability of Bolander silver sagebrush stands to carry fire is low because of seasonally high water tables and sparse understories. Plant manipulation via prescribed burning in communities dominated by this subspecies appears questionable because few species are adapted to the moisture regimes and alkaline soils characterized by these sites (Dealy *et al.*1981, White and Currie 1983).

**Response to Browsing:** No Information

**Response to Mechanical Treatment:** Silver sagebrush can regenerate from root sprouts following disturbance (Harvey 1981, Walton et al. 1986) and can recover quickly following mechanical disturbance (Urness 1966).

Attachment 1-64

**Species:**        *Artemisia cana* spp. *bolanderi*

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-65

# Dwarf Sagebrushes of Cooler Sites

| | |
|---|---|
| **Species:** | *Artemisia cana* spp. *cana* |
| **Common Names:** | Plains silver sagebrush, silver sagebrush, hoary sagebrush |
| **States of Occurrence:** | Southern Alberta, Saskatchewan south through Montana, western and central North Dakota, South Dakota, Wyoming, northwest Nebraska, and northern Colorado |
| **Deciduous or Evergreen:** | Evergreen to deciduous |
| **Elevation:** | 5,000-10,000' |
| **Flowers:** | August to September |
| **Habit:** | Erect, rounded, freely branched, 3-5' tall |
| **Vegetative Spreading:** | Root spouts, rhizomes, and stem layers |
| **Seed/lb:** | 846,000-2,200,000 |
| **Moisture Regime:** | Moist |
| **Soil:** | Coarse, well-drained, deep, loam to sandy pH 6.5-8.5 |
| **Soil Moisture:** | Udic |
| **Soil Temperature:** | Cyric |
| **Fire Tolerance:** | Tolerant       This species is in the FEIS database. |

**Response to Fire:** Like *A. c. bolanderi*, the ability of this taxon to sprout suggests a history of higher fire return intervals and an adaptation to burning. Plants that are not killed by fire resprout vigorously, both through basal and root sprouts, and may return to pre-burn canopy coverage in three years. Plants that are burned annually up to three consecutive years, and not killed, will continue to sprout, although vigor declines substantially.

Burning causes complete top-kill of plains silver sagebrush regardless of the degree to which aerial plant parts are consumed. The extent to which plants survive burning, however, is directly related to fire intensity. Totally consumed plants sustain higher mortalities than those less thoroughly burned. This trend is further accentuated by season of burning as it relates to fire severity and plant phenology. More plants survive spring burns than fall burns (White and Currie 1983, 1984).

This range in plant response suggests that fire can be an effective method of managing plant densities, at least over periods of a few years. On winter ranges where this subspecies is a palatable forage, spring burning can be used to enhance plant coverages and rejuvenate stands. Where plant control is deemed necessary, fall burning can drastically reduce coverages. Silver sagebrush apparently experiences moisture stress as the season progresses, which is compounded in thick stands (White and Currie 1984).

Attachment 1-66

BLM_0080769

**Species:**     *Artemisia cana* spp. *cana*


**Response to Browsing:** Big game browse on silver sagebrush but are not known to cause obvious reductions in extent.  Livestock do not use this taxa.

**Response to Mechanical Treatment:** No information

**Response to Herbicides:** All varieties of *Artemisia* are readily killed by herbicides (Pechanec et al. 1965, Tisdale and Hironaka 1981, Western States Sage Grouse Committee 1982, Monsen and Shaw 1986, Whisenant 1986).

Attachment 1-67

BLM_0080770

**Appendix B.  Microbiotic crust evaluation form and example.**

INSTRUCTIONS FOR USING THE MATRIX

The matrix is split into two main parts: 1) The potential for microbiotic crust development based on biological and physical factors and 2) The potential for management actions to negatively impact microbiotic crusts.

1.      **Potential for microbiotic crust development based on biological and physical factors.**

The first step in use of the matrix is to determine whether or not the site has the potential to support a well-developed microbiotic crust. **Knowledge of local ecological sites (particularly soil characteristics and vegetation potential) is essential for use of the matrix.** The factors listed are closely related and are components of the ecological site description, however variation in any one factor can influence microbiotic crust cover and its relative importance to the ecological stability of the site.

In general, ecological sites dominated by shrubs listed in the first column will consistently have a well-developed microbiotic crust. The main characteristic that will modify crust cover is soil surface texture. For example, low sagebrush communities often have a well-developed microbiotic crust. Low sagebrush communities occurring on calcareous, gravelly loams and silt loams (such as alluvial deposits from the Lemhi Range) have well developed lichen crusts that occupy fine-textured, mineral soil within the gravel matrix (and, in fact, are protected by the gravel). In constrast, low sagebrush communities occurring on rocky, well-drained, rhyolitic soils in the Owyhee Mountains have little potential for crust development due to high cover of rock fragments and coarser, rhyolite-derived soils.

A second important cut is the potential herbaceous plant density. Note that mountain big sagebrush is listed in the "moderate", "low", and "very low" columns. Communities at the drier end of the mountain big sagebrush zone will have greater cover of biological crust due to lower density of herbaceous plants, limited by effective precipitation. More productive sites will have mosses and lichens occuring beneath a dense herbaceous layer. However the vascular plant component has higher cover and is more important in these communities for soil protection relative to the microbiotic crust.

Status of existing vegetation on the site is determined using the "Current ecological condition" or categories under "Artificial seedings". Sites where vegetation structure has been modified due to introduction of invasive weeds or rhizomatous grasses seeded into areas that naturally supported bunchgrass vegetation will have reduced potential for microbiotic crust. Sites that have become dominated by annual species such as cheatgrass or medusahead wildrye have lowered potential for microbiotic crust development due to high plant density, litter accumulation, and frequent fire. Microbiotic crusts will recover on burned sites seeded with bunchgrasses, forbs and shrubs, if the resulting community structure is similar to that of the potential natural community and contains open interspaces.

2.      **Potential for management actions to negatively impact microbiotic crusts.**

After determination of the potential for microbiotic crust development, livestock impacts can be evaluated using two criteria: season of use and utilization levels (from monitoring data). Microbiotic crusts require moisture for growth and reproduction, however moisture requirements are minute compared to vascular plants. Growth is promoted by cool season, as opposed to summer, moisture. Microbiotic crusts are fragile when dry (dormant), but quite pliable when moist. The least impact occurs when the crust is moist or frozen. Regrowth potential is greatest during periods when cool season moisture is

Attachment 1-68

BLM_0080771

consistent for several weeks. For example, late fall use has low impacts because: 1) the microbiotic crust is likely to be moist and pliable due to dew, frost, and periodic rain; 2) there is a considerable length of time between the period of use and the dry, hot season. Late spring use may also occur under conditions listed in #1 above, however, the dry, hot season is imminent and the crust may not have time to recover from trampling impacts via reattachment and regrowth. Once the crust is fragmented, the soil surface is vulnerable to erosion by wind and water. In addition, the crust fragments can be removed from the site along with surface soil, reducing the potential for future recovery.

Vegetation utilization is representative of stocking rates or length of grazing period. Hoof action impacts the crust (the crust is not grazed). Severe to high utilization is indicative of localized concentration of animals and heavy trampling. Again, trampling impacts will be somewhat dependent on season of use and soil texture.

Attachment 1-69

BLM_0080772

## Microbiotic Crust Evaluation

Impacts of livestock grazing on microbiotic crust are judged to be **significant, present but not significant or not present.** This judgment is based upon **data (incorporate data here) and/or completion of the following matrix.**

| Potential for microbiotic crust development based on physical and biological factors (based on site potential): High----------------------->Moderate---------------------->Low---------------->Very Low | | | |
|---|---|---|---|
| **Dominant shrub or tree** | salt desert shrub Wyoming big sage-brush, basin big sagebrush, low sagebrush, black sagebrush, stiff sagebrush, Bigelow sagebrush | Wyoming big sagebrush basin big sagebrush mountain big sagebrush low sagebrush black sagebrush stiff sagebrush | mountain big sagebrush xeric big sagebrush subalpine big sagebrush threetip sagebrush, silver sagebrush, alkali sage-brush, fuzzy sagebrush, juniper, pinyon pine | mountain big sagebrush mountain shrub |
| **Herbaceous plant density** | low | low-moderate | moderate-high | high |
| **Dominant herbaceous life form** | bunchgrass | bunchgrass | rhizomatous | rhizomatous |
| **Annual precipitation** | < 12" | 12-14" | >14-16" | >16" |
| **Soil surface texture** | silts silt loams clays (excluding shrink/swell clays) | loamy | sandy | coarse sand gravel or broken rock (>80% rock fragment) |
| **Historical fire return interval** | >50 years | 25-50 years | 10-25 years | <10 years |
| **Current ecological condition** | mid- to late-seral or potential natural community | early- to mid-seral | disturbed to early-seral | disturbed with/without high weed cover |
| **Artificial Seedings:** | | | |
| **Date since seeding** | >20 years | 10-20 years | 5-10 years | <5 years |
| **Primary seeded life-forms** | bunchgrasses | bunchgrasses | rhizomatous grasses | rhizomatous grasses |
| Potential for management actions to impact microbiotic crusts: High----------------------->Moderate---------------------->Low---------------->Very Low | | | |
| **Livestock season of use** | summer | late spring early fall | early spring late fall | winter |
| **Vegetation utilization** | severe to high | moderate | light | slight |

Attachment 1-70

BLM_0080773

**Microbiotic Crust Evaluation - Completed Example**

| 1. Potential for microbiotic crust development based on biological and physical factors (based on site potential): High-------------------->Moderate-------------------->Low---------------->Very Low | | | |
|---|---|---|---|
| **Dominant shrub or tree** | salt desert shrub✓ Wyoming big sagebrush basin big sagebrush low sagebrush black sagebrush stiff sagebrush | Wyoming big sagebrush basin big sagebrush mountain big sagebrush low sagebrush black sagebrush stiff sagebrush | mountain big sagebrush xeric big sagebrush subalpine big sagebrush threetip sagebrush, silver sagebrush, alkali sagebrush, fuzzy sagebrush, juniper, pinyon pine | mountain big sagebrush mountain shrub |
| **Herbaceous plant density** | low✓ | low-moderate | moderate-high | high |
| **Dominant herbaceous life form** | bunchgrass✓ | bunchgrass | rhizomatous | rhizomatous |
| **Annual precipitation** | < 12''✓ | 12-14" | >14-16" | >16" |
| **Soil surface texture** | silts✓ silt loams clays (excluding shrink/swell clays) | loamy | sandy | coarse sand gravel or broken rock (>80% rock fragment) |
| **Historical fire return interval** | >50 years ✓ | 25-50 years | 10-25 years | <10 years |
| **Current ecological condition** | mid- to late-seral or potential natural community | early- to mid-seral | disturbed to early-seral ✓ | high weed cover |
| **Artificial Seedings:** | | | | |
| **Date since seeding** | >20 years | 10-20 years | 5-10 years | <5 years |
| **Primary seeded life-forms** | bunchgrasses | bunchgrasses | rhizomatous grasses | rhizomatous grasses |
| 2. Potential for management actions to negatively impact microbiotic crusts: High-------------------->Moderate-------------------->Low---------------->Very Low | | | |
| **Livestock season of use** | summer | late spring early fall | early spring late fall ✓ | winter |
| **Vegetation utilization** | severe to high ✓ | moderate | light | slight |

The top of the matrix indicates the potential for microbiotic crust cover is high and season of use by livestock should result in low impact to the crust. However, level of use when livestock are present is high (e.g. >80% utilization). This indicates that impacts of livestock on microbiotic crust are probably significant due to vegetation use levels and the associated trampling impacts. Field observations support this analysis as microbiotic crust is present but highly fragmented (clumps <1" inch diameter) and primarily restricted to protected areas under shrubs. Reducing livestock numbers would probably result in improved cover and distribution of microbiotic crust.

Attachment 1-71

BLM_0080774

## Appendix C.  Principles of Cumulative Effects Analysis

The following principles of cumulative effects analysis are reproduced from Considering Cumulative Effects Under the National Environmental Policy Act, Chapter 1: Introduction to Cumulative Effects Analysis, prepared by the Council on Environmental Quality.

**1. Cumulative effects are caused by the aggregate of past, present, and reasonably foreseeable future actions.**

The effects of a proposed action on a given resource, ecosystem, and human community include the present and future effects added to the effects that have taken place in the past. Such cumulative effects must also be added to effects (past, present, and future) caused by all other actions that affect the same resource.

**2. Cumulative effects are the total effect, including both direct and indirect effects, on a given resource, ecosystem, and human community of all actions taken, no matter who (federal, nonfederal, or private) has taken the actions.**

Individual effects from disparate activities may add up or interact to cause additional effects not apparent when looking at the individual effects one at a time. The additional effects contributed by actions unrelated to the proposed action must be included in the analysis of cumulative effects.

**3. Cumulative effects need to be analyzed in terms of the specific resource, ecosystem, and human community being affected.**

Environmental effects are often evaluated from the perspective of the proposed action. Analyzing cumulative effects requires focusing on the resource, ecosystem, and human community that may be affected and developing an adequate understanding of how the resources are susceptible to effects.

**4. It is not practical to analyze the cumulative effects of an action on the universe; the list of environmental effects must focus on those that are truly meaningful.**

For cumulative effects analysis to help the decision-maker and inform interested parties, it must be limited through scoping to effects that can be evaluated meaningfully. The boundaries for evaluating cumulative effects should be expanded to the point at which the resource is no longer affected significantly or the effects are no longer of interest to affected parties,.

**5. Cumulative effects on a given resource, ecosystem, and human community are rarely aligned with political or administrative boundaries.**

Resources typically are demarcated according to agency responsibilities, county lines, grazing allotments, or other administrative boundaries. Because natural and sociocultural resources are not usually so aligned, each political entity actually manages only a piece of the affected resource or ecosystem. Cumulative effects analysis on natural systems must use natural ecological boundaries and analysis of human communities must use actual sociocultural boundaries to ensure including all effects.

**6. Cumulative effects may result from the accumulation of similar effects or the synergistic interaction of different effects.**

Repeated actions may cause effects to build up through simple addition (more and more of the same type of effect), and the same or different actions may produce effects that interact to produce cumulative effects greater than the sum of the effects.

Attachment 1-72

BLM_0080775

**Appendix C.  Principles of Cumulative Effects Analysis** (continued)

**7. Cumulative effects may last for many years beyond the life of the action that caused the effects.**
Some actions cause damage lasting far longer than the life of the action itself (e.g., acid mine drainage, radioactive waste contamination, species extinctions). Cumulative effects analysis needs to apply the best science and forecasting techniques to assess potential catastrophic consequences in the future.

**8. Each affected resource, ecosystem, and human community must be analyzed in terms of he capacity to accommodate additional effects, based on its own time and space parameters.**
Analysts tend to think in terms of how the resource, ecosystem, and human community will be modified given the action's development needs. The most effective cumulative effects analysis focuses on what is needed to ensure long-term productivity or sustainability of the resource.

Attachment 1-73

BLM_0080776



**Wyoming Office**
**PO Box 1160**
**Pinedale, WY 82941**
**Email: Wyoming@WesternWatersheds.org**
**Web site: www.WesternWatersheds.org**

*Working to protect and restore Western Watersheds*

**Western**
**Watersheds**
**Project**

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Ave.
Montrose, CO 81401

BLM_0080777



**Wyoming Office**
**PO Box 1160**
**Pinedale, WY 82941**
**Tel: (877) 746-3628**
**Fax: (707) 597-4058**
**Email: Wyoming@WesternWatersheds.org**
**Web site: www.WesternWatersheds.org**     *Working to protect and restore Western Watersheds*

**Western
Watersheds
Project**

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Ave.
Montrose, CO 81401

February 7, 2010

1 A-GE

RMP Scoping Comments

Western Watersheds Project is concerned with the lack of any meaningful requirements or direction in RMP's developed over the last decade. We hope the Uncompahgre Field Office does not take that approach.

2 A-PI LG

We are currently litigating 18 RMP's for a wide range of defects including such basic issues is failure to consider a no-grazing alternative. The attachment Utilization Review looks at the common 50% utilization rate allowed and shows it is excessive. We also attach a review of livestock weights and forage utilization that must be taken into account in the analyses.

3 A-PI LG

There must be an analysis of the impacts of the thousands of water developments for livestock, the thousands of miles of fences and their impacts on wildlife, the loss of riparian and wetland areas due to water developments nor the thousands of acres of watershed and plant community degradation that occur around livestock water developments. There must be an analysis of the watershed impacts from livestock grazing including the degree of loss of ground cover, the accelerated rate of erosion compared to natural conditions with intact plant and biological crust communities, the loss of ground water and watershed storage or the impacts on the Colorado River System and its endangered species. The Colorado River Salinity Control Act must be directly addressed in regards to livestock, erosion, sedimentation and salinity.

4 A-PI WSA

Western Watersheds Project supports conservation and protection of our public lands and asks that, restrictions and analyses as specifically outlined below (bullet points) and based on the science provided in the attachments to these comments.

•       Protect all wilderness quality lands by closing them to off road vehicles and livestock

5 A-PI LG

•       Address livestock grazing and the science of management including that in the Appendices. Livestock have the most significant impacts on soil, water, wildlife and plant communities and ecosystems due to its near universal presence across the RA.

•       No reallocation of forage should occur for livestock in allotments that have not been grazed except to reallocate that forage to watershed protection and wildlife.

6 A-PI LG

BLM_0080778

**7 A-PI ACEC**

• All the ACECs should be closed to livestock grazing. No new leasing for oil, gas and minerals should occur in these areas and in all other areas until the current leases expire and/or are being developed. The low percentage of active leases relative to those leased dictates no further leasing during this planning period and former leases are closed and restored.

**8 A-PI WET**

• The riparian goal of PFC is totally inadequate because PFC is only a minimal hydrologic evaluation, is highly subjective and biased. PFC does not address habitat or water quality. Regarding stubble height standards, they are ineffective because they are typically not enforced, do not represent use in riparian areas and little strips of sedges do not filter sediment. For filtering sediment, intact riparian areas with vegetated stream banks and fully vegetated riparian areas are needed to reduce erosion and filter sediment. These deficiencies should be addressed by closing all riparian areas to livestock.

**9 A-PI VEG**

Rangeland Health is used as a goal, yet RH, like PFC is subjective, has not been documented to result in improved conditions and is a subjective measure with great bias. Reference areas should be the standard and these should be ungrazed, and their characteristics used to judge conditions in areas grazed or used for mining, oil and gas, oil shale, tar sands, and other extractive or land disturbing uses.

**10 A-PI CC**

• Drought management should close all allotments during years of below normal precipitation due to the long recovery times for native plants when grazed and during dry years. This is especially the case for plant communities and soils that are already damaged. Forage should be allocated 100% to wildlife and watershed protection during below normal years, which occur more than half the time.

**11 A-PI OHV**

• Off-road vehicles including dirt bikes, ATVs, aerial vehicles should be banned from the RA. Four wheel drive vehicles (Trucks, SUVs) should be limited to main roads and dispersed camping areas adjacent to roads. Self-powered recreation should be emphasized. No new dispersed camping locations should be allowed

**12 A-PI NRED**

• No mineral, oil and gas leasing or development should occur in roadless and/or wilderness quality lands or habitats for sensitive species. No new leasing should be allowed until existing leases expire or are developed.      **13 A-PI NRED**

**14 A-PI**

• Spring sources and their watershed must be protected from surface disturbance, including livestock grazing and trampling and dewatering for development must be limited to minimally impact the associated wetland, riparian and wildlife values.

**15 A-PI WR**

• Maintenance of water tables in riparian and wetland areas should be a mandate because water is precious in arid environments and BLM should not sacrifice soil and ground water storage to activities such as grazing and trampling of livestock or OHVs. Buffers for all uses must be established to restore these degraded systems. They should be closed to livestock to control coliform pollution, provide a buffer to protect water quality, limit erosion and sedimentation and due to the importance for wildlife.

**16 A-PI FW**

• Predator Control should be eliminated and let natural processes occur. Owners of livestock grazed on public lands must accept this risk. It is time to allow coyotes, foxes, badgers, ravens, mountain lions and others to function in their role of keeping deer out of riparian zones, controlling rodent populations, consuming carrion and providing the ecosystem benefits that come with predators. Livestock owners should not be allowed to kill predators as there are many methods they can use to protect their livestock that don't result in killing of predators.

**17 A-PI LG**

• Fire and Fuels Management should include recognition of the role of livestock in fostering cheatgrass, juniper expansion, sagebrush expansion, weeds and invasives, and loss of biological crust. Livestock should not be grazed in areas where cheatgrass exists or areas that are susceptible to cheatgrass invasion.

**18 A-PI LG**

• Lands not available for livestock grazing should include areas with soils subject to moderately high to high erosion by wind and water and slopes over 30% in addition to the areas listed. Riparian areas should be placed off limits to livestock due to the severe degradation and the need to "accelerate restoration" as required by FLPMA. Tinkering

around with Rangeland Health and PFC assessments with their inherent subjectivity and bias or riparian stubble height measures which are universally abused and have not proved effective is a flawed approach. These should be abandoned in favor of definitive actions and quantitative based monitoring with comparisons to reference areas instead of kicking the can down the road while the land, water supply and wildlife suffer for more decades.

- 10% of the Field Office should be excluded from permitted livestock grazing in order to serve as controls.

19 A-PI LG

The following sections provide additional comments and scientific information which the RMP must consider in its planning and analysis.

Livestock Grazing

20 A-PI LG

In 2004, WWP submitted a review of livestock grazing management science to all Field Offices and the State Office in an effort to have BLM incorporate the best available science into its range management. A copy of that document is included with these comments. In addition, an update of the AUM forage consumption value to reflect current livestock weights was completed in 2009. This analysis is also attached. It shows that the forage values BLM uses underestimate forage consumption by livestock such that taking into account the most current information on livestock weights would automatically reduce current permitted numbers in each allotment and pasture by 1/3. WWP has also reviewed the impacts of livestock on water quality, watersheds and riparian areas showing that the impacts are well understood.

21 A-PI LG

Additional concerns with livestock grazing are the destruction of soil crusts and removal of soil stabilizing vegetation, thus impairing soil and microbiotic function. Such functions as nutrient cycling, water infiltration and storage are drastically altered. By grazing livestock on the sensitive and erodible soils found in the RA, BLM is impairing watershed function, creating salinity problems in the Colorado River, which is in opposition to the Colorado River Salinity Control Act. This also results in the impairment of habitat for sensitive, threatened and endangered fish. It is BLM's obligation to research and provide citations and a summary of this research that clearly documents the role of livestock grazing within upland and riparian ecosystems in altering watershed function as well as water quality, and delineate what particular practices will be followed to protect water quality, including effectiveness monitoring.

For example, sediment load and turbidity increase from watershed inputs, instream trampling, disturbance and erosion from denuded streambanks, reduced sediment trapping by riparian and instream vegetation, loss of bank stability and increased peak flows from compaction. Fine sediments increase in depositional environments (pools, quiet water areas) from the increased erosion and spawning gravels are made unusable due to high sediment content (Belsky and Uselman, 1999 ). White et al (1983) found sediment yield 20-fold higher in a grazed watershed when compared to an ungrazed watershed. USDA (1981) reported that topsoil erosion rates from grazed forest and rangeland were 4.2 tons/acre-year and 3.1 tons/acre-year compared to less than 1 ton for healthy forest and range. Packer (1998) documented that loss of soil in Utah and Idaho watersheds through erosion and runoff increased as ground cover decreased. A decrease in ground cover from 40% to 16% resulted in 6 times more runoff and 5.4 times more sediment yield. Trimble and Mendel (1995) estimated that peak storm runoff from a 120 ha basin in Arizona would be 2 to 3 times greater when heavily grazed than when lightly grazed.

**22 A-PI LG**

Even under moderate stocking rates, grazing contributes to the deterioration of soil stability in deserts (Warren et al. 1985) , thus leading to increased soil erosion. Soil erosion is further exacerbated by increased surface runoff triggered by loss of vegetative cover and litter (Ellison 1960) , both of which have been shown by numerous studies to be reduced by livestock grazing. Numerous studies have observed severe erosion in the western United States when comparing heavily grazed areas to ungrazed sites (e.g. Cottam and Evans 1945 , Gardner 1950 , Lusby 1979 , and Kauffman et al. 1983 ). Furthermore, there are a number of extensive literature reviews on this topic that describe the indisputable impact of livestock grazing on soil stability and erosion (see Gifford and Hawkins 1978 , Fleischner 1994 , and Jones 2000 ). The Lusby study cited here was conducted on tributaries of the Colorado River and demonstrated the significant change in sediment delivery and runoff in a watershed that was closed to livestock grazing when compared to its paired watershed that continued to be grazed.

**23 A-PI LG**

The effects of surface disturbance by livestock on soils, biological crusts and plant communities as they interact with wind must be analyzed in an appropriate model that takes into account ground cover, shrub and forest cover, erosion factor, wind patterns and speed to determine the impacts on ambient air quality and human health in nearby communities, National Parks and the region from particulate pollution. This analysis must include consideration of all other surface disturbing activities such as recreational vehicles, normal traffic, oil, gas and mineral exploration, development and production activities. In addition, the release of greenhouse gases ($CO_2$ and $CH_4$) and other organic or inorganic pollutants must be calculated and modeled to determine the impacts on air quality, climate change and global warming, wildlife and human health in a like manner. For example the report recently released by the United Nations, Livestock's Long Shadow, shows that the greenhouse gas emissions from livestock are greater than that from transportation.

**24 A-PI LG**

The BLM should conduct a capability analysis to determine the areas that might be available for livestock grazing, excluding steep slopes >30%, low forage production <200 lbs/areas, ecosystems converted by wildfire or invasive weeds, and the ability of sensitive soils to respond following impacts (arid elevations, reclamation, soil chemistry, drought). Then, in consideration of wildlife competition and recreation impacts, determine those lands that will be made available (suitable) for livestock grazing. Areas that should not be considered suitable include riparian areas, wilderness areas, wilderness study areas, ACECs, sensitive soils, crucial wildlife areas, and public campgrounds and other administrative sites. Once this is done, BLM should then apply the current forage capacity and livestock consumption rates to determine the appropriate stocking rates and incorporate management as described in Appendix 1. This analysis, which will result in significantly reduced grazing, should determine the levels and management of livestock for analysis for comparison with a NO Grazing Alternative and the Status Quo, or No Action Alternative.

**25 A-PI FW**

The DEIS must analyze the role and values of predators in controlling rodent populations and fulfilling their role in a healthy ecosystem. This is addressed here under Livestock issues because the reason predators are persecuted is the failure of the livestock industry to manage their livestock and the blame is placed on predators for losses. Studies have documented the importance of predators to restoration of plant communities, particularly riparian and aspen areas. These have correlated loss of cottonwood recruitment with extirpation of wolves and increased elk browsing in Yellowstone NP ; demonstrated the loss of cottonwood recruitment and riparian degradation in Zion NP where cougar populations have been eliminated, resulting in deer consumption of cottonwood seedlings, while in areas with cougars, healthy riparian areas and cottonwood recruitment

occur ; postulated the elk/wolf relationship in YNP will rebalance plant community structure, including aspen ; in Banff NP, wolf exclusion decreased aspen recruitment, willow production and increased browsing intensity ; and documented aspen decline associated with removal of wolves in YNP.

In addition to the role of predators in restoring ecosystem function, predator control efforts cost lives in helicopter crashes and other means; disturb non-target wildlife with helicopters, airplanes, off-road vehicles and human disturbance; and place humans and their pets at risk from M44s, snares, leg-hold traps and other obnoxious means. BLM must take a pro-active stance in eliminating this practice as it represents a basic conflict between livestock, wildlife and recreational users.

**26 A-PI LG**

The role of livestock grazing in establishing infestations of cheatgrass or other flammable conditions such as increasing juniper expansion, sagebrush expansion and increasing fuel loads must be addressed and the costs and benefits evaluated. The recent book, Wildfire, by George Wuerthner explores this topic in great detail and its content should be included in the analysis.

**27 A-PI LG**

As described above, stocking rates and grazing systems must take into account the precipitation and forage production elements with proper stocking rates based on utilization rates that are sustainable. The DEIS must present an allotment by allotment summary of current monitoring information that describes the trend or condition as compared to the existing RMP. Claims of streams and riparian areas in PFC ignore that PFC is a minimal classification that does not address the wildlife habitat attributes of these most important areas, water quality or instream habitat for fish. In addition, springs, seeps and wetlands condition and trend are not described. Where is the analysis of utilization and annual stocking rates?

The DEIS must propose science based utilization standards for upland and riparian areas, stream bank stability standards or other critical livestock management mechanisms. The DEIS must provide specific monitoring requirements to satisfy the FLPMA mandate for effectiveness monitoring.

**27 A-PI LG**

Livestock grazing within arid regions of the west have damaged 80% of streams and riparian ecosystems (USDI 1994a) . Impacts from livestock grazing include affects to soils, vegetation, stream hydrology, channel morphology, fisheries, riparian-dependent wildlife, water quality, water temperature, and sedimentation (Belsky 1999) . However, between 60-80% of birds and other wildlife species are dependent on support from riparian habitats for food, nesting, cover, shade, shelter, breeding and water sources (Ohmart 1996 , Chaney et al. 1990 , Thomas et al. 1979 ). With similar attractions, studies have found cattle spend between 5-30 times as much time in these highly productive riparian zones which can supply up to 81% of the forage consumed from only 1.9% of the allotment by area (Roath and Krueger 1982 , Skovlin 1984 ). Saab et al (1995) concluded that 46% of the 68 neotropical migrant birds which utilize riparian habitat declined in abundance in response to livestock grazing. Nutrient concentrations from livestock urine and manure can accumulate within grazed streams, reducing dissolved oxygen and aquatic species composition (Schepers et al. 1982 , , Taylor et al. 1989 ). Livestock trampling and vegetative removal along streambanks results in increased erosion, wider channel widths, and sedimentation of streams also reducing habitat quality and biodiversity of fisheries, amphibians, and invertebrates which serve as prey bases for other wildlife (Belsky 1999). Studies have found that use of proper grazing systems such as rest-rotation, seasonal, or deferred grazing, reduced stocking rates and fencing away from stream corridors can reduce grazing impacts from cattle

within riparian areas unless topographic limitations force them to remain in riparian zones (e.g., Clary and Webster 1989 , Elmore and Kauffman 1994 , Burton and Kozel 1996 , Weller 1996 ), but no grazing system was compatible with a healthy aquatic ecosystem (Meehan and Platts (1978) .

The DEIS must analyze the role and values of predators in controlling rodent populations and fulfilling their role in a healthy ecosystem.  This is addressed here under Livestock issues because the reason predators are persecuted is the failure of the livestock industry to manage their livestock and the blame is placed on predators for losses.  Studies have documented the importance of predators to restoration of plant communities, particularly riparian and aspen areas.  These have correlated loss of cottonwood recruitment with extirpation of wolves and increased elk browsing in Yellowstone NP ; demonstrated the loss of cottonwood recruitment and riparian degradation in Zion NP where cougar populations have been eliminated, resulting in deer consumption of cottonwood seedlings, while in areas with cougars, healthy riparian areas and cottonwood recruitment occur ; postulated the elk/wolf relationship in YNP will rebalance plant community structure, including aspen ; in Banff NP, wolf exclusion decreased aspen recruitment, willow production and increased browsing intensity ; and documented aspen decline associated with removal of wolves in YNP.

note: these paragraphs are all duplicates of earlier paragraphs

to the role of predators in restoring ecosystem function, predator control public health and safety issues by costing lives in helicopter crashes and ; increasing disturbance to non-target wildlife with helicopters, airplanes, off-road vehicles and human disturbance and place humans and their pets at risk from M44s, snares, leg-hold traps and other obnoxious means.  BLM must take a pro-active stance in eliminating this practice as it represents a basic conflict between livestock, wildlife and recreational users.

The role of livestock grazing, motorized recreation, and mineral and oil/gas extraction in establishing and spreading infestations of invasive cheatgrass, knapweed and increases in other flammable conditions such as increasing juniper expansion, sagebrush expansion and increasing fuel loads must be addressed in the DEIS and the economic costs and benefits evaluated.   The recent book, Wildfire, by George Wuerthner explores this topic in great detail and its content should be included in the analysis.

28 A-PI REC

Motorized Recreation

Motorized recreation has been and remains largely unpatrolled, unenforced and is bordering on an outlaw activity because riders of ATVs, dirt bikes, etc understand there is none to minimal enforcement.  In view of the President's declaration that our dependence on foreign oil is a National Security issue and we must engage in conservation, BLM should take this mandate seriously to minimize greenhouse gases, soil erosion and noise pollution.   The science on this issue as presented in the new book, Thrillcraft by George Wuerthner is a comprehensive source that BLM must consult in evaluating any alternatives regarding Motorized Recreation.

29 A-PI REC

The BLM should at a minimum, analyze alternatives including No Action (status quo), No ATVs, Dirt Bikes or Snowmobiles, or the new experimental playtoys, Personal Aerial Vehicles, and the level of use allowed in the current set of alternatives.  Some of the science regarding this issue is presented in the following paragraphs.

30 A-PI REC

Enforcement:  The USU Institute for Outdoor Recreation and Tourism has conducted studies showing that nearly 40% of riders admit going off legal trails on their last ride .

The Forest Service published a Technical Report in 2005 (RWU – 2905) that recognized there is a lack of evidence that educational programs lead to behavioral changes in motorized users.  The DEIS must provide evidence that any proposed mitigation and enforcement efforts will be effective for those alternatives that allow any level of use by these machines.

31 A-PI REC

Noise and Safety:  The DEIS must address safety and noise effects to non-motorized users and wildlife.  Quiet environments are becoming extremely rare.  In a recent study by a professional sound recorder who visited 15 western and Midwestern states, it was found that quiet periods longer than a minute and a half without the sound of motors were difficult to find .  Another study pointed out that in 1999, the decibel levels of conversation among Americans had risen to 65 decibels, up 10 decibels from a decade earlier, or a doubling of volume due to elevation of background noise levels .  While it is recognized by OSHA and other health officials that exposure to noise of 85 decibels and higher leads to hearing loss, noise at even lower levels can lead to physiological changes in blood pressure, sleep, digestion, and other stress-related disorders.  Former U.S. Surgeon General William H. Stewart stated that, "Calling noise a nuisance is like calling smog an inconvenience." , , , ,   Loud noise, even within established health guidelines, can lead us to feel, angry, frustrated, annoyed and prone to violence in addition to contributing to hearing loss.  In the period between 1982 and 2000, the incidence of measurable hearing loss increased by 15 to 60%, depending on the age group.   In 1999, the U.S. Census Bureau rated noise as the single biggest neighborhood problem among those surveyed. More than one in ten people cited traffic noise as of concern and nearly half of those said they had considered moving as a way of escaping such noise .  The EPA has found that 20% of those surveyed are "highly annoyed" when sound levels reach 55 decibels .  Federal regulations for highways dictate that if a new or expanded road will yield noise levels of 67 decibels or higher, efforts must be made to bring about a substantial reduction in noise levels.  Generally this involves construction of sound barriers .

After Zion National Park banned private vehicles and instituted a low pollution shuttle bus system, visitors commented that the absence of RVs with generators running, buses with clouds of diesel fumes and noise were noticeable and that  they could now hear birds calling, streams running, and other low-volume sounds of nature that were previously obliterated by "vehicle noise".    Noise is a particularly objectionable aspect of snowmobile use.  A Park Service report showed that even "quiet" snowmobiles could be heard more than two miles away, thus affecting a four mile wide area adjacent to travel corridors or use areas .  This means that a snowmobile traveling 50 miles in one day, which they can easily do, can affect an area of 200 square miles.  A visitor survey at Grand Teton National Park found that 96% thought snowmobiles had a negative impact on the park because of noise, air pollution and negative effects on wildlife .

31 A-PI REC

Air and Water Pollution:  Public Lands and National Forests should function primarily as the watershed for local communities and for preserving natural stream flows and water quality.  The combined effects of sediments from watershed uses such as roads, OHVs, grazing and logging, have not been addressed in a comprehensive analysis.    No evaluation has been done for the contribution of hazardous pollutants to the air and watersheds where motorized vehicles are used.  Atmospheric inversions and canyon environments can trap and hold these hazardous air pollutants and raise exposures to people and wildlife.

Fuel and lubricants used in these machines spill on the ground and are carried out in exhaust streams and then deposited into the snow and soils wherever they go.  They

contain benzene, xylene, toluene, polycyclic aromatic hydrocarbons and other hazardous organic chemicals . As the Montana DEQ states, "A portion of the air/fuel/lubricant charge escapes directly to the atmosphere with the combustion products, producing poor fuel economy and releasing high levels of hydrocarbons as air pollutants. This phenomenon is known as "short circuiting." EPA models and emission factors should be used to determine the impacts on the environment and exposures to cross country skiers and snowmobile users from these machines. Other information is available showing that noise levels of both two-cycle and four-cycle engines reach levels up to 110 dB even in four stroke engines. EPA and the Montana Department of Environmental Quality have provided research on this issue. The EPA and Montana DEQ websites provide links to much of this information and EPA has modeling protocols to allow prediction of emissions from these vehicles .

Accumulations of motorized hydrocarbon pollutants from rubber tires, fuel and motor oils collect on rocks and within pothole waters within streams and canyon (USDI, 2005 Jeep Safari EA) which can support and adversely affect wildlife, growth of amphibians and invertebrates used for prey bases (Lefcort et al, 1997). Vehicle disturbance within streams can also negatively affect reproduction of amphibians where eggs and growth occur in warm pools which can be fatally crushed or covered with silt as vehicles pass (Schelz, Salt Creek Report 2001). Limitations on the number of motorized uses and areas of use need to be included in the BLM Preferred alternative of the DRMP/EIS to reduce these motorized impacts.

The pollutants emitted by these machines are carcinogenic to humans and highly persistent in the environment, adversely affecting terrestrial and aquatic organisms, including reduced plant productivity, tree mortality and making plants susceptible to disease and pests.

32 A-PI FW

Road densities must be analyzed nor have their effects on wildlife been analyzed. Researchers, including those with the Forest Service have documented the effects of roads and OHVs on wildlife and the benefits of roadless areas. For example, Gilbert , Noss and Wisdom et al describe the detrimental effects of road density and human activity on large mammals causing large displacements away from roads and mechanized activity.

Thank you,

Jonathan B Ratner
Director – Wyoming Office

# Uncompahgre Resource Management Plan



We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010.  Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to:  BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO  81401.

First Name___**Garry**_____ Last Name___**Baker**_____ Date _**February 8, 2010**___

Mailing Address_____**107 S. Cascade Ave.**_____

City___**Montrose**_____ State___**CO**_____ Zip___**81401**_____

E-mail Address_____**gbaker@cityofmontrose.org**_____

**Would you like to be added to the RMP mailing list to receive future project-related information?  (Your name will not be shared.)  Yes:  x Email materials**
Please note that planning materials are also available at our website:  www.UFORMP.com

**Please indicate your affiliation by checking the following boxes (check all that apply):**

**X** Individual (no affiliation)     ❑Citizen's Group     ❑Regulatory Agency
❑Non-profit Organization     ❑Elected Representative     **x** Federal, State or Local Gov't

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

**1. Do you live within the planning area?** ❑Unit 1 ❑Unit 2 **x** Unit 3 ❑Unit 4 ❑Unit 5 ❑No
*(Refer to map for unit numbers)*

**2. If you do not live in the planning area, where do you live:** ❑Colorado (west slope) ❑Colorado (front range or plains) ❑Other State - Which?_____ ❑ Other Country - Which?_____

**3. If you live in the planning area, how long have you lived here? Years_____10 Months __3___**

**4. Why do you live here?** ❑Occupation ❑Family ❑Proximity to public lands   **x** Recreational Opportunities ❑Other_____

> *The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank you for taking the time to provide your input.*

**What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?**

1 A-PI REC

1. I'm concerned with the lack of active management of the "forgotten lands" directly east and southeast of Montrose (Unit 3). These areas are close to town, and have a lot of potential for convenient recreational opportunities like hiking/biking trails. Unfortunately these lands are unmanaged—there is little signage, no formal trailheads, few apparent BLM patrols, etc. Trash dumping and numerous use trails detract from the quality of these lands.

2. The BLM should reconsider the tracts near the City of Montrose identified for disposal (Unit 3). These tracts should be kept under public ownership, and used for open space and non-motorized recreation.

2 A-PI LR
3 A-PI REC (both comments contained in these two sentences)

BLM_0080786

4 B-NP = first sentence of this paragraph

5 A-PI LN = first two sentences of this paragraph

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

Trailheads should be built on large BLM tracts near the Montrose city limits (Unit 3) to allow recreational access without requiring driving to the trailheads. Some of these trailheads will require access across private lands. The BLM and local government jurisdictions should work to acquire, or re-acquire these accesses (some may be public roads that have been encroached upon). A system of wayfinding signage should be implemented to assist recreational use of BLM lands near the city.

This would be a great place for singletrack hiking/biking trails that could connect all the way east to Shinn Park and south to Buckhorn Rd. (Unit 3)

6 B-NP = third sentence only

7 A-PI REC

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

I recommend a travel management plan and the creation of managed, new singletrack trails in these areas (Unit 3).

In general, non-motorized travel near the City of Montrose should be encouraged (Unit 3). Non-motorized travel near populated areas is more compatible than the nuisances associated with motorized travel (noise, dust, and fumes).

8 A-PI TM

9 A-PI REC

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

I would like to see increased visitation and use of areas near Montrose (Unit 3) by users who follow the rules and respect the land. Increasing carefully managed recreational opportunities near the City of Montrose will have economic benefits. Compared to other towns Montrose has few "backyard" outdoor recreational opportunities. Managing lands near town for recreation will encourage people to visit Montrose and stay a few days instead of just picking up supplies.

10 A-PI REC

**Please provide any additional comments that you have regarding this project.**

The BLM should actively solicit input and involvement by the Montrose Economic Development Council, the Montrose Chamber of Commerce, and the Montrose Visitor's and Convention Bureau. These organizations should more actively promote the recreational opportunities near Montrose, which would encourage sustainable and economically beneficial uses.

11 A-PI SE

Received
FEB 8 2010
Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revises the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts.  The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land.  Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use.  That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America.  Our club members adhere to a code of ethics that obligate us to leave the land better than we found it.  Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated.  Current regulations present more than enough restrictions.  Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Jerry Ahrens

Barbara Ahrens

BLM_0080788

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

*Jerry A. Brown*

Jerry A. Brown
Member of Wesco GPAA

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades.  Currently it has an important recreational value to the community.  Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River.  We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit.  Please do not impact our abilities to prospect for gold or other metals by this planning process.  In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings.  I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat).  Most prospectors are concerned about the environment.  Many clean trash, left by others.  If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel.  The holes I have dredged are generally occupied by fish the following day as areas of protection from the current.  However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process.  The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080791

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

## REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources. Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

*Patricia Erikson*

IN

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

RECEIVED
FEB 0 4 2010
BY:

6 A-PI WSR
continued

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

## REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata. California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Bill Maddox
2-2-10
Thank you!

BLM_0080796

IN

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Received
MAR 2 4 2010
Uncompahgre Field Office

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080797

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080798

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration.

Received

FEB 8 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Richard C. Dodson

BLM_0080800

Received

FEB 1 0 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompagnre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Received
FEB 1 6 2010
Uncompahgre Field Office

02-05-10

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080804

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Harold W. Hillis

BLM_0080806

Mr. Bruce Krickbaum

RMP Project Manager



Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.



Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades.  Currently it has an important recreational value to the community.  Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River.  We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit.  Please do not impact our abilities to prospect for gold or other metals by this planning process.  In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings.  I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat).  Most prospectors are concerned about the environment.  Many clean trash, left by others.  If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel.  The holes I have dredged are generally occupied by fish the following day as areas of protection from the current.  However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080807

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080808