"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Bill Maddox

2-2-10

Thank you!

BLM_0080810

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Received

FEB 1 6 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080812

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

## REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Michael A. Ol—

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401



Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080814

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

*[signature: Josh Owens]*

Mr. Bruce Krickbaum
RMP Project Manager
Bureau of Land Management
2465 S. Townsend Av.
Montrose, CO. 81401

FEB 1 7 2010

Dear Mr. Krickbaum:

I am writing this in support of maintaining the present RMP governing the San Miguel river. I do not believe that putting the section from Placerville to the Pinon bridge into the "Wild and Scenic Rivers" act will benefit the largest amount of the river users and the public at large. Putting this section into the WSR really only benefits fishermen, rafters, and tourists at the expense of the local water users and the domestic water supply for Nucla.

I am a member of the Colorado GPAA prospectors club from Olathe. We have several claims in this area. We have tried to find out what changes to our claims that the WSR designation would cause. We have not received any concrete answers to our questions, only ideas and "maybe this or that could occur" types of answers. Apparently there are no actual written guidelines about what happens to an active but unpatented placer claim. This appears to be done with the intent to deny access to the claims utilizing any flimsy excuse that can be dreamed up by the BLM personnel. There seems to be a national trend in the BLM management to exclude local water rights and local water users in favor of tourists, fishermen, rafters and other so - called ECO friendly groupies.

There especially seems to be an unspoken, wink-and-a-nod, bias against placer miners. We maintain that responsible prospecting does not harm the public land and water ways. Our club has a strict code of ethics which we follow and which you can see at: www.wescogpaa.org. We actually take better care of our claim lands than the vaunted fishermen and rafters. After the rafting season is over in the area from the diversion dam down to the Pinon bridge we have to clean up their trash and human excrement that they leave. Our mining activities do not interfere with other users. Most mining occurs after the diversion dam diverts 90% of the river water, when that section is not used by rafters or fishermen.

I am attaching some references to research that shows that suction dredging does little harm to fish and gravel spawning beds. Also I have attached an article from the ICMJ magazine about Oregon Suction Dredging which shows the standards that the Army Corps of Engineers uses to evaluate suction dredging. Also on page 22 of your 1989 San Miguel River ACEC & SRMA RMP Amendment it states that "Within the past ten years placer mining activity has had little effect on the section of the river from Deep Creek, downstream to Horsefly Creek."

I'm sure your gang of academics can find other research that shows that suction dredging is worse than the second coming of Sadam Hussein, it just depends on what your group wants to find to support its foregone conclusions.

I would urge you to be open minded instead. This whole process seems to be a politically correct land and water rights grab by the BLM using the department of Ecology and the United States Congress as the sledge hammers to push us "little people" off of our claims.

I completely disagree with this effort to put so much water and land off limits to Coloradoans just to keep tourists and PC politicians happy. That would be a poor decision on your departments part.

In conclusion, I would rather that your group left most of the mainstream of the San Miguel out of the WSR designation and continued to manage the resource under the present ACEC and SRMA. I do not see a good reason to change the status quo for that section of the river from Telluride to Naturita. It is protected well enough as things stand now. Don't create more problems by changing the status of the river.

Billy L. Pease
West. Slope GPAA Member

BLM_0080818

# Oregon Suction Gold Dredgers Score Big Win
### by Scott Harn

Back in July 2005 the Oregon Department of Environmental Quality (DEQ) began issuing their new 700-PM Suction Dredge Mining General Permit. The permit was immediately challenged in court by the Northwest Environmental Defense Center, the Siskiyou Project and the Hells Canyon Preservation Council. The groups claimed the permit violated parts of the Clean Water Act, Oregon water pollution control laws, and the Oregon Environmental Quality Commission failed to follow procedural requirements.

To represent mining interests, the Eastern Oregon Mining Association, Guy Michael, and Robert Heitmanek sought and were granted intervention in the case.

The main issues in this case involved the DEQ's authority to regulate discharges under sections 402 and 404 of the Clean Water Act. The US Army Corps of Engineers has authority to issue section 404 permits that deal with the discharge of dredged material. The EPA has authority to issue section 402 permits that deal with pollution-related discharges.

The Corps is still operating under a determination that has been in place since the early 1990s, which states, "except in extraordinary circumstances... suction dredge mining using an intake nozzle size equal to or less than 4 inches and hand mining in waters of the United States would have de minimis effects on the aquatic environment. Therefore, these activities will generally not be regulated by the Corps and no permit is required."

In late December 2009, the Oregon Court of Appeals ruled that the 700-PM permit was invalid. The court found that "small suction dredge mining involves discharges of dredged material that are permitted by the Corps and discharges of turbid wastewater that are permitted by the EPA. The 700-PM permit does not grapple with those distinctions, regulating all discharges of waste from small suction dredge mining without regard to the nature of the discharge. Thus, because of its lack of specificity and

consequent overbreadth, the permit exceeds EQC's statutory authority to implement the Clean Water Act."

The Eastern Oregon Mining Association is requesting clarification from the court to determine what permit, if any, is required by suction dredge gold miners now that the 700-PM permit has been ruled invalid.

In the meantime, the Oregon De-

*Let them know you saw it in ICMJ's PROSPECT*



# Black Cat Mining.com
### 285 Moore Street, Harrisburg, OR 97446

- GOLD PROSPECTING
- ROCKHOUNDING
- TREASURE HUNTING
- GREAT GEAR
- GREAT PRICES
- FAST SHIPPING

Visit our new shop in Harrisburg, Oregon, a quick hop off I-5 at exit 209

Order Online
http://www.blackcatmining.com

Order By Phone
541-995-5137 M-F, 9-5 PST

---



# ROARING CAMP

*Daily Guided Gold Panning Tours to Roaring Camp on the Mokelumne River*

- Family recreation • See our placer gold mine operation
- Camp cabins and tent camping by the week!
— Rafting, diving, swimming in natures most beautiful swimming hole, fishing, hiking trails, exploring, rock collecting, gold panning, horseshoes, wildlife & all types of ranch animals

*ALL of this plus the BEST gold mining in the MOTHER LODE!*

Manufacturers of

For Information-Reservations:
Box 278M • Pine Grove, CA 95665

---

## Assaying For NOBLE METALS

Using an Oxy-Acetylene Torch and a few homemade supplies, I have performed several thousands of assays for silver, gold, platinum, palladium, iridium, rhodium and ruthenium. With flame temperatures, ranging from 5600°F to 5800°F, it is technically possible to recover all the platinum group metals, but up until now, I haven't knowingly recovered any osmium. These assays can be performed at home or out in the field.

After crushing and screening, these two gram samples seldom require more than 10 to 12 minutes for fusing, scorifying and cupelling. After cooling, we measure the noble metal bead's diameter, then compare that to a chart to determine the ounces per ton of noble metals from this ore.

### See www.butlerlab.com for more information.
My *Torch Assay Manual* sells for $40.00, postpaid.

### CHARLES L. BUTLER
1-760-379-3330 • www.butlerlab.com
113 Jones Street, Bodfish, CA 93205

---

HOME ALASKA GOLD FREE DREDGING

As Num 83, I've decided to sell some of my patented mining claims I have surveyed 73 acres into 26 mining claims

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

RMP Project Manager
Bruce Krickbaum
2465 S Townsend Ave.
Montrose, CO 81401

Dick Steele DVM
6897 Peach Valley Road
Delta, CO 81416
596-9184
GMVHSteele@aol.com

*Received Uncompahgre Field Office FEB 18 2010*

Mr. Krickbaum

I would like to submit the following comments in reference to the BLM Uncompahgre RMP scoping and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings.

I would recommend the San Miguel above Pinion Bridge not be designated a Wild and Scenic River. If it is, the area from the BLM/private land boundary just below the confluence of the San Miguel and Clay Creek downstream to the BLM/private land boundary just below the confluence of the San Miguel and Horsefly Creek, is the only area that fits the description of wild and scenic. The remainder of the area is a patchwork of private and BLM lands which have roads, power lines, ditches, campgrounds, and other attributes that are inconsistent with the terms wild and scenic. Furthermore I object to the Wild and Scenic River designation on any of the rivers in the Uncompahgre planning area.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain

size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547,       Work       Order       No.       2,       Final       Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Sincerely,
Dick Steele DVM

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompagne RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades.  Currently it has an important recreational value to the community.  Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River.  We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit.  Please do not impact our abilities to prospect for gold or other metals by this planning process.  In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings.  I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat).  Most prospectors are concerned about the environment.  Many clean trash, left by others.  If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel.  The holes I have dredged are generally occupied by fish the following day as areas of protection from the current.  However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process.  The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080825

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

## REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

BLM_0080827

Received

FEB 8 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise
the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San
Miguel River.

Mineral development. including pipelines and other infrastructure should be managed
responsibly to minimize resource conflicts.  The Mining Law of 1872 provides the legal
framework (rights) for mining and prospecting activities on public land.  Small-scale placer
miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to
placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing
regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use.  That is one reason I am a proud
member of the Western Colorado Chapter of the Gold Prospectors Association of America.  Our
club members adhere to a code of ethics that obligate us to leave the land better than we found
it.  Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be
facilitated.  Current regulations present more than enough restrictions.  Planning decisions to
facilitate the development of mining operations present significant positive opportunity for
communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Jerry Ahrens

Barbara Ahrens

BLM_0080828

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

*Jerry A. Brown*

Jerry A. Brown
Member of Wesco GPAA

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Received

FEB  8 2010

~~~~~~~ Field Office

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080831

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986

## REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources. Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Patricia Erikson

IN

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

1 A-PI WSR

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

2 A-PI WSR

3 A-PI WSR

4 B-NP

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

5 A-PI WSR

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

6 A-PI WSR

BLM_0080833

6 A-PI WSR
continued

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080834

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

*Bill Maddox*

2-2-10

*Thank you!*

BLM_0080835

BLM_0080836

IN

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401



Received

MAR 24 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080837

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080838

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration.

*Loyd G. Garcia*

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Received

FEB  8 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Richard C. Dorson

BLM_0080840

Received

FEB 1 0 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080842

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Received
FEB 1 6 2010
Uncompahgre Field Office

02-05-10

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080844

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Harold W. Hillis

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:



RECEIVED
FEB 0 4 2010
BY:

I would like to submit the following comments in reference to the BLM Uncompahgre
RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.



Gold prospecting by panning, high banking, and dredging have been occurring on the San
Miguel River for many decades. Currently it has an important recreational value to the
community. Every weekend prospectors from the local communities and occasionally
prospectors from out of state seek gold on many sections of the River. We do this for
many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4.
for profit. Please do not impact our abilities to prospect for gold or other metals by this
planning process. In addition, as mining on federal lands is a federal statutory right and a
mining claim is site specific, blanket closures could constitute a physical property
takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if
it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage
and pamphlets in high use areas to educate novices as to what is allowed verses what is
not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the
environment. Many clean trash, left by others. If informed of what impacts to avoid
prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed
material and depositing it as loose gravel. The holes I have dredged are generally
occupied by fish the following day as areas of protection from the current. However the
holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on
fish and aquatic species that should be taken into consideration in the planning process.
The following are a few quotes to summarize their findings:

BLM_0080847

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

*Bill Maddox*

2-2-10

*Thank you!*

BLM_0080850

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Received

FEB 1 6 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

Michael A. Ol—

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401



Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

BLM_0080854

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect..."

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

BLM_0080855

'Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadromous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

*[signature]*

Mr. Bruce Krickbaum
RMP Project Manager
Bureau of Land Management
2465 S. Townsend Av.
Montrose, CO. 81401

FEB 1 7 2010

Dear Mr. Krickbaum:

I am writing this in support of maintaining the present RMP governing the San Miguel river. I do not believe that putting the section from Placerville to the Pinon bridge into the "Wild and Scenic Rivers" act will benefit the largest amount of the river users and the public at large. Putting this section into the WSR really only benefits fishermen, rafters, and tourists at the expense of the local water users and the domestic water supply for Nucla.

I am a member of the Colorado GPAA prospectors club from Olathe. We have several claims in this area. We have tried to find out what changes to our claims that the WSR designation would cause. We have not received any concrete answers to our questions, only ideas and "maybe this or that could occur" types of answers. Apparently there are no actual written guidelines about what happens to an active but unpatented placer claim. This appears to be done with the intent to deny access to the claims utilizing any flimsy excuse that can be dreamed up by the BLM personnel. There seems to be a national trend in the BLM management to exclude local water rights and local water users in favor of tourists, fishermen, rafters and other so - called ECO friendly groupies.

There especially seems to be an unspoken, wink-and-a-nod, bias against placer miners. We maintain that responsible prospecting does not harm the public land and water ways. Our club has a strict code of ethics which we follow and which you can see at: www.wescogpaa.org. We actually take better care of our claim lands than the vaunted fishermen and rafters. After the rafting season is over in the area from the diversion dam down to the Pinon bridge we have to clean up their trash and human excrement that they leave. Our mining activities do not interfere with other users. Most mining occurs after the diversion dam diverts 90% of the river water, when that section is not used by rafters or fishermen.

I am attaching some references to research that shows that suction dredging does little harm to fish and gravel spawning beds. Also I have attached an article from the ICMJ magazine about Oregon Suction Dredging which shows the standards that the Army Corps of Engineers uses to evaluate suction dredging. Also on page 22 of your 1989 San Miguel River ACEC & SRMA RMP Amendment it states that "Within the past ten years placer mining activity has had little effect on the section of the river from Deep Creek, downstream to Horsefly Creek."

I'm sure your gang of academics can find other research that shows that suction dredging is worse than the second coming of Sadam Hussein, it just depends on what your group wants to find to support its foregone conclusions.

BLM_0080857

I would urge you to be open minded instead. This whole process seems to be a politically correct land and water rights grab by the BLM using the department of Ecology and the United States Congress as the sledge hammers to push us "little people" off of our claims.

I completely disagree with this effort to put so much water and land off limits to Coloradoans just to keep tourists and PC politicians happy. That would be a poor decision on your departments part.

In conclusion, I would rather that your group left most of the mainstream of the San Miguel out of the WSR designation and continued to manage the resource under the present ACEC and SRMA. I do not see a good reason to change the status quo for that section of the river from Telluride to Naturita. It is protected well enough as things stand now. Don't create more problems by changing the status of the river.


Billy L. Pease
West. Slope GPAA Member

BLM_0080858

## Oregon Suction Gold Dredgers Score Big Win
### by Scott Harn

Back in July 2005 the Oregon Department of Environmental Quality (DEQ) began issuing their new 700-PM Suction Dredge Mining General Permit. The permit was immediately challenged in court by the Northwest Environmental Defense Center, the Siskiyou Project and the Hells Canyon Preservation Council. The groups claimed the permit violated parts of the Clean Water Act, Oregon water pollution control laws, and the Oregon Environmental Quality Commission failed to follow procedural requirements.

To represent mining interests, the Eastern Oregon Mining Association, Guy Michael, and Robert Heitmanek sought and were granted intervention in the case.

The main issues in this case involved the DEQ's authority to regulate discharges under sections 402 and 404 of the Clean Water Act. The US Army Corps of Engineers has authority to issue section 404 permits that deal with the discharge of dredged material. The EPA has authority to issue section 402 permits that deal with pollution-related discharges.

The Corps is still operating under a determination that has been in place since the early 1990s, which states, "except in extraordinary circumstances... suction dredge mining using an intake nozzle size equal to or less than 4 inches and hand mining in waters of the United States would have de minimis effects on the aquatic environment. Therefore, these activities will generally not be regulated by the Corps and no permit is required."

In late December 2009, the Oregon Court of Appeals ruled that the 700-PM permit was invalid. The court found that "small suction dredge mining involves discharges of dredged material that are permitted by the Corps and discharges of turbid wastewater that are permitted by the EPA. The 700-PM permit does not grapple with those distinctions, regulating all discharges of waste from small suction dredge mining without regard to the nature of the discharge. Thus, because of its lack of specificity and

*Let them know you saw it in ICMJ's PROSPECT*

consequent overbreadth, the permit exceeds EQC's statutory authority to implement the Clean Water Act."

The Eastern Oregon Mining Association is requesting clarification from the court to determine what permit, if any, is required by suction dredge gold miners now that the 700-PM permit has been ruled invalid.

In the meantime, the Oregon De-



# Black Cat Mining.com
285 Moore Street, Harrisburg, OR 97446

- GOLD PROSPECTING
- ROCKHOUNDING
- TREASURE HUNTING
- GREAT GEAR
- GREAT PRICES
- FAST SHIPPING

Visit our new shop in Harrisburg, Oregon, a quick hop off I-5 at exit 209

Order Online
http://www.blackcatmining.com

Order by Phone
541-995-5137 M-F, 9-5 PST



# ROARING CAMP
*Daily Guided Gold Panning Tours to Roaring Camp on the Mokelumne River*

- Family recreation • See our placer gold mine operation
- Camp cabins and tent camping by the week!
— Rafting, diving, swimming in natures most beautiful swimming hole, fishing, hiking trails, exploring, rock collecting, gold panning, horseshoes, wildlife & all types of ranch animals

*ALL of this plus the BEST gold mining in the MOTHER LODE!*

Manufacturers of

For Information-Reservations:
Box 278M • Pine Grove, CA 95665

## Assaying For NOBLE METALS

Using an Oxy-Acetylene Torch and a few homemade supplies, I have performed several thousand of assays for silver, gold, platinum, palladium, iridium, rhodium and ruthenium. With flame temperatures, ranging from 5600°F to 5800°F, it is technically possible to recover all the platinum group metals, but up until now, I haven't knowingly recovered any osmium. These assays can be performed at home or out in the field.

After crushing and screening, these two gram samples seldom require more than 10 to 12 minutes for fusing, scorifying and cupelling. After cooling, we measure the noble metal bead's diameter, then compare that to a chart to determine the ounces per ton of noble metals from this ore.

## See www.butlerlab.com for more information.
My *Torch Assay Manual* sells for $40.00, postpaid.

## CHARLES L. BUTLER
1-760-379-3330 • www.butlerlab.com
113 Jones Street, Bodfish, CA 93205

HOME ALASKA GOLD FREE DREDGING

As Hum 83, I've decided to sell some of my patented mining claims I have surveyed 73 acres into 26...

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata. California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

BLM_0080860

RMP Project Manager
Bruce Krickbaum
2465 S Townsend Ave.
Montrose, CO 81401

Dick Steele DVM
6897 Peach Valley Road
Delta, CO 81416
596-9184
GMVHSteele@aol.com

*Uncompahgre Field Office — Received FEB 18 2010*

Mr. Krickbaum

I would like to submit the following comments in reference to the BLM Uncompahgre RMP scoping and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings.

I would recommend the San Miguel above Pinion Bridge not be designated a Wild and Scenic River. If it is, the area from the BLM/private land boundary just below the confluence of the San Miguel and Clay Creek downstream to the BLM/private land boundary just below the confluence of the San Miguel and Horsefly Creek, is the only area that fits the description of wild and scenic. The remainder of the area is a patchwork of private and BLM lands which have roads, power lines, ditches, campgrounds, and other attributes that are inconsistent with the terms wild and scenic. Furthermore I object to the Wild and Scenic River designation on any of the rivers in the Uncompahgre planning area.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain

BLM_0080861

size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

REFERENCE STUDIES:

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

BLM_0080862

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Sincerely,
Dick Steele DVM

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

I would like to submit the following comments in reference to the BLM Uncompahgre RMP planning and consideration for inclusion in the Wild and Scenic Rivers designation.

Gold prospecting by panning, high banking, and dredging have been occurring on the San Miguel River for many decades. Currently it has an important recreational value to the community. Every weekend prospectors from the local communities and occasionally prospectors from out of state seek gold on many sections of the River. We do this for many reasons: 1. the recreational value, 2. enjoyment of the outdoors, 3. the exercise, 4. for profit. Please do not impact our abilities to prospect for gold or other metals by this planning process. In addition, as mining on federal lands is a federal statutory right and a mining claim is site specific, blanket closures could constitute a physical property takings. I would prefer the San Miguel not be designated a Wild and Scenic River but if it is the recreational classification would be the only acceptable designation.

Impacts from uses can be minimized by provision of information in the form of signage and pamphlets in high use areas to educate novices as to what is allowed verses what is not allowed (i.e. impacting riparian habitat). Most prospectors are concerned about the environment. Many clean trash, left by others. If informed of what impacts to avoid prospectors will generally comply and remind others.

Suction dredging produces excellent spawning habitat by breaking up hard packed material and depositing it as loose gravel. The holes I have dredged are generally occupied by fish the following day as areas of protection from the current. However the holes are refilled every year by spring runoff.

Below I have provided references to studies concerning the effects of suction dredging on fish and aquatic species that should be taken into consideration in the planning process. The following are a few quotes to summarize their findings:

The California Department of Fish and Game (CDFG, 1997) concluded, "Suction dredging can have significant short-term and localized adverse impacts on local benthic invertebrate abundance and community composition. However, over the long-term, the impacts appear to be less than significant. Colonies of invertebrates generally re-colonize areas disturbed by suction dredges within a relatively short period of time ranging from one to two months." "Impacts to benthic invertebrate communities of suction dredging with 6 inch or smaller sized nozzles appear to be less than significant." "Effects to benthic and/or invertebrate communities, turbidity and water quality appear to be less than significant. They are usually localized and temporary in duration."

A U.S. Army Corps of Engineers study on suction dredge mining found de minimus impact on aquatic resources and provided "official recognition of what suction dredgers have long claimed: that below a certain size [4 inches], the effects of suction dredging are so small and so short-term as to not warrant the regulations being imposed in many cases."

A recent 2003 study by Peter B. Bayley, Response of fish to cumulative effects of suction dredge and hydraulic mining in the Illinois subbasin, Siskiyou National Forest, Oregon, concluded:

"The statistical analyses did not indicate that suction dredge mining has no effect on the three responses measured, but rather any effect that may exist could not be detected at the commonly used Type I error rate of 0.05. The fact that the analysis was able to detect a negative effect of another mining process, HM, on native salmonids, is an indication of the long-lasting effect that hydraulic mining has had on the environment, particularly on riparian zones and floodplain sections in geomorphically unconstrained reaches."

"The reader is reminded of the effect of scale. Localized, short-term effects of suction dredge mining have been documented in a qualitative sense. However, on the scales occupied by fish populations such local disturbances would need a strong cumulative intensity of many operations to have a measurable effect…"

Attached is a list of additional studies that have been done concerning the effects of suction dredge mining on fish and aquatic species. The following are a few quotes to summarize their findings:

"The results from Resurrection Creek indicated that there was no difference in the macroinvertebrate community between the mining area and the locations downstream of the mining area in terms of macroinvertebrate density and taxa richness. The sampling was done 35 days after mining had been completed for the season and shows a rapid recovery of the mined areas." (The U.S. Environmental Protection Agency – 2001.)

"Dredge tailings are often referred to as good salmonid spawning substrate. In the Trinity River, chinook salmon have been observed spawning in the tailing piles of suction dredges ( E. Miller pers. comm. ). Steelhead in Idaho streams have been reported to spawn in gravels recently disturbed by human activities ( Orcutt et al. 1968 ). In the American River , Prokopovich and Nitzberg ( 1982 ) have shown salmon spawning gravels have mostly originated from old placer mining operations." (Hassler, Somer & Stern 1986)

"Anadramous salmonids held and spawned in Canyon Creek in close proximity to suction dredge activity. During the 1984-1985 spawning season, fall-run chinook salmon, coho salmon and steelhead spawned in areas actively dredged during the 1984 dredge season (fig.). In August 1985, spring-run chinook salmon and summer-run steelhead were holding near areas where suction dredges were being operated (fig. 23). During the 1985 spawning season, fall and spring-run chinook salmon spawned in areas actively dredged during the 1985 dredge season (fig. 24)." (Hassler, Somer & Stern 1986)

## REFERENCE STUDIES.

Badali, Paul J., 1988, Prepared Statement to Sate of Idaho, Department of Water Resources, Recreational Dredging Seminar on February 3, 1988.

Harvey, Bret C., 1986, Effects of suction dredging on fish and invertebrates in two California streams. North American Journal of Fisheries Management 6:401-409.

Hassler, Thomas J., Somer, William L., Stern, Gary R., 1986, Impacts of Suction Dredge Mining on Anadramous Fish, Invertebrates and Habitat in Canyon Creek, California. California Cooperative Fishery Research Unit, U.S. Fish and Wildlife Service, Humbolt State University, Cooperative Agreement No. 14-16-0009-1547, Work Order No. 2, Final Report.

Huber, C. and D. Blanchet, 1992, Water quality cumulative effects of placer mining on the Chugach National Forest, Kenai Peninsula, 1988-1990. U.S. Forest Service, Chugach National Forest, Alaska Region. 74 pages.

Lewis, Robert Pollution Bioanalyst III, 1962, Results of Gold Suction Dredge Investigation. Memorandum of September 17, 1962. California Department of Fish and Game. Sacramento, California, 7 pp.

North, Phillip A., 1993, A Review of the Regulations and Literature Regarding the Environmental Impacts of Suction Gold Dredges. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office.

Somer, W. L., and Hassler, T. J., 1992, Effects of suction-dredge gold mining on benthic invertebrates in Northern California Stream. North American Journal of Fisheries Management 12:244-252.

Stern, Gary R., 1988, Effects of suction dredge mining on anadramous salmonid habitat in Canyon Creek, Trinity County, California. M. S. Thesis, Humbolt State University, Arcata, California, 80 pp.

U.S. Environmental Protection Agency, 2001, Fact Sheet NPDES Permit AKG-37-5000, U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, 16 pp.

Thank you for your consideration;

BLM_0080867



IN

**Uncompahgre**
**Resource Management Plan**

NATIONAL SYSTEM OF PUBLIC LANDS

Received

FEB 1 0 2010

Uncompahgre Field Office

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Shawn, Barney_    Last Name _Mock_    Date _Feb. 09, 2010_

Mailing Address _P.O. Box 556_

City _Naca_    State _CO_    Zip _81424_

E-mail Address: _____

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☒ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____ ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _54 & 58 Respectively_

Why do you live here? ☒ Occupation ☒ Family ☒ Proximity to public lands ☐ Recreational Opportunities
☐ Other

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

_Comments on attached letter_

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

**1 A-GE**

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?



Leave it alone as it is.

**2 A-PI WSR**

issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Stop the Wild and Scenic Designation process

No more Wilderness or National Parks, either

**3 A-PI WSA**

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of ... sers, etc.)?

**4 A-GE**

Public land should remain just that. Multiple uses should

**5 A-PI REC**

be the way to go. Permit large groups so that they can be

**6 A-PI REC**

monitored. Discourage massive Bike Tours. They ruin it for

the rest of us. Snow mobiles are made too noisy.

**7 A-PI REC**

hy additional comments that you have regarding this project.

Largely a waste of time and tax payer money. Colorado needs to focus attention on the Russian Olive Invasion. Nothing will be scenic after they take over.

**8 A-GE**

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0080869

To: Bruce Krickbaum,
RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

February 09, 2010

This letter is for the purpose of formally disagreeing with the overall scope and plans of the future Wild and Scenic River Areas along with the proposed in-stream flows taking place across the state. This is one of the largest land grab and water rights acquisitions taken by the State of Colorado since its enactment forty-two years ago. The fall 2009 scoping process plans to take into consideration over 23 rivers and streams in southwest Colorado alone. If designated, water rights or future development within one-quarter of a mile of the water will be essentially shut down because of State and Federal regulations.

Not only does this seem monumental in size and scope, many of these proposed WSA's blatantly ignore private landowner rights and privileges. This, in particular, is what drives the motivation for this letter. As landowners in much of the Uncompahgre scoping process, it seems difficult to see these designations as anything but a future headache in dealing with ever increasing government policies. The BLM in this area was founded as a multi-use section with grazing, mining, and mineral uses that will forever be changed if these areas are designated as Wild and Scenic.

The implementation of WSA's and in-stream flows reduce, if not choke, all forms of future development. Restrictions come in waves, such as the limitations of oil and gas exploration, junior water right acquisition by Federal government with disregard to senior water right owners, and private land ownership regulation by agencies such as the BLM. What strikes the most trepidation is the fact that most of the proposed WSA's (Lion Creek, Ice Lake Creek, San Miguel River, and La Sal Creek in particular) lie primarily within private land. Consideration of leasing uses prior to October 21, 1971 will be scrutinized and ultimately discounted. Once declared as such, private land developments will be met with resistance and/or total refusal. WSA's ultimately lead to the retardation of many other activities such as logging industries, oil and gas development, road closure, and recreational restrictions or limitations.

In closing, it is crucial that the bombardment of proposed WSA's and in-stream flows by the BLM Uncompahgre Field Office in particular be stopped. Private land and senior water rights are in jeopardy of becoming mitigated. Oil and gas exploration and production will be monumentally affected by the ensuing regulations even if valid existing rights were to be recognized.

Sincerely,

Barney Mock
Shawn Mock

to WHOM IT MAY CONCERN.

IN

Received

FEB 2 2 2010

Uncompahgre Field Office

1 A-PI WSR

I AM PART OF THE WESTERN CHAPTER OF THE G.P.A.A. AND DO NOT BELIEVE THAT THE SAN MEGUAL RIVER SHOULD BE PART OF THE SENIC RIVER ADMINDMENT. WE TAKE GOOD CARE OF THE RIVER BY KEEPING IT CLEAN AND TRACH FREE. ALL THE PANNING FOR GOLD THAT WE DO DOES NOT AFFECT THE RIVER FLOW AS SPRING RUN OFF PUTS IT BACK AS IT HAS ALWAYS BEEN.

THE GOVERNMENT IS GETTING TO LARG AS IT IS, WE DO NOT NEED THIS IN WESTERN COLORADO AS WATER RIGHTS ARE THE MOST IMPORTANT THING IN THE WEST.

2 A-PI WSR

TANKS

Jerry Ahrens

BLM_0080871



# Uncompahgre
# Resource Management Plan


NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.**
Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name **Kevin**          Last Name **Clark**          Date **2-10-10**

Mailing Address **P.o. Bx. 301**

City **Naturda**                    State **Co**          Zip **81422**

E-mail Address: _____

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?  (Yes)  ☐ e-mail materials only  ☐ e-mail and hard-copy materials          ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)          ☐ Non-profit Organization          ☐ Citizen's Group

☐ Federal, State, or Local Government          ☐ Elected Representative          ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☒ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): _____  ☐ Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____  Years: **16**

Why do you live here? ☒ Occupation ☐ Family ☒ Proximity to public lands ☒ Recreational Opportunities
☐ Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions would be helpful at this point in the planning process, as are any other comments. When answering the following questions, refere* ~~to appropriate the planning units~~ *on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for your comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

road Clouser's, ADV Access, snowmobiling, hunding & fishing camping, grazing, mining, wood cutting

1 A-PI TM

2 A-PI REC

3 A-PI LG

4 A-PIMI

5 A-PI FR

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

none leave everything in it Nadural way.

6 A-GE

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

do many people in the managment department.
make idormation more public Knowingly, make suggestion
or changes

7 A-GE

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

people user's should not have a # put on it
behavior of the people should be leave it like
you found it or in better shap

Please provide any additional comments that you have regarding this project.

8 A-GE

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401



US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

FEB 12 2010

8140135436 C003

BLM_0080873

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Received

FEB 6 2009

Umpahgre Field Office

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land. Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use. That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our club members adhere to a code of ethics that obligate us to leave the land better than we found it. Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated. Current regulations present more than enough restrictions. Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Patricia Erikson

BLM_0080874



IN

RECEIVED

FEB 0 4 2010

BY:

02-03-10

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

**1 A-PI WSR**, CO 81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

**2 A-PI WSR**

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land. Small-scale placer miners on the San Miguel River do not present a resource conflict.

**3 A-PI WSR**

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

**4 A-PI WSR**

Special conditions of approval should <u>not</u> be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

**5 A-PI WSR**

There are visual considerations with respect to public land use. That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our club members adhere to a code of ethics that obligate us to leave the land better than we found it. Please see www.wescogpaa.org to review this code in detail.

**6 A-PI WSR**

Mineral development provides exceptionally positive social and economic effects and should be facilitated. Current regulations present more than enough restrictions. Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Harold W. Hillis

Received

FEB 1 0 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land. Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use. That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our club members adhere to a code of ethics that obligate us to leave the land better than we found it. Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated. Current regulations present more than enough restrictions. Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Gregory Hamblin

Received

FEB 1 0 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development. including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts.  The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land.  Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use.  That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America.  Our club members adhere to a code of ethics that obligate us to leave the land better than we found it.  Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated.  Current regulations present more than enough restrictions.  Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Received

FEB 1 0 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development. including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts.  The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land.  Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use.  That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America.  Our club members adhere to a code of ethics that obligate us to leave the land better than we found it.  Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated.  Current regulations present more than enough restrictions.  Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Shalaina Hamblin

BLM_0080878



02-03-10

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revises the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land. Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use. That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our club members adhere to a code of ethics that obligate us to leave the land better than we found it. Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated. Current regulations present more than enough restrictions. Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Harold W. Hillis

BLM_0080879

Received

FEB 1 0 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land. Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use. That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our club members adhere to a code of ethics that obligate us to leave the land better than we found it. Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated. Current regulations present more than enough restrictions. Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Jeannine Lenz

BLM_0080880



Received

FEB  6 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revise:
the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San
Miguel River.

Mineral development. including pipelines and other infrastructure should be managed
responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal
framework (rights) for mining and prospecting activities on public land. Small-scale placer
miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to
placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing
regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use. That is one reason I am a proud
member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our
club members adhere to a code of ethics that obligate us to leave the land better than we found
it. Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be
facilitated. Current regulations present more than enough restrictions. Planning decisions to
facilitate the development of mining operations present significant positive opportunity for
communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely, Elle Lewi

Elle Lewis

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Please include my input as the Bureau of Land Management Uncompahgre Field Office revises the Resource Management Plan for the Uncompahgre planning area.

Do not take any action that would adversely affect our ability to pursue placer mining on the San Miguel River.

Mineral development, including pipelines and other infrastructure should be managed responsibly to minimize resource conflicts. The Mining Law of 1872 provides the legal framework (rights) for mining and prospecting activities on public land. Small-scale placer miners on the San Miguel River do not present a resource conflict.

Public lands, especially in the Pinion Bridge area of the San Miguel River, should remain open to placer gold prospecting; this activity does not conflict with other land uses.

Special conditions of approval should not be placed on mineral development because existing regulations would make such conditions redundant and unnecessarily cumbersome.

There are visual considerations with respect to public land use. That is one reason I am a proud member of the Western Colorado Chapter of the Gold Prospectors Association of America. Our club members adhere to a code of ethics that obligate us to leave the land better than we found it. Please see www.wescogpaa.org to review this code in detail.

Mineral development provides exceptionally positive social and economic effects and should be facilitated. Current regulations present more than enough restrictions. Planning decisions to facilitate the development of mining operations present significant positive opportunity for communities in southwest Colorado.

Please do not restrict us from the right and heritage of placer mining.

Sincerely,

Lesley Lewis

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

Received

FEB 1 0 2010

Uncompahgre Field Office

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Chris Denion

BLM_0080883

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Received

FEB 1 0 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Shay Danion

BLM_0080884

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:



RECEIVED

FEB 0 4 2010

BY:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Patricia Erikson

BLM_0080885

BLM_0080886

IN

RECEIVED
FEB 0 4 2010
BY:

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

**1 A-PI WSR**

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

**2 A-PI WSR**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

**3 A-PI WSR**

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

**4 A-PI WSR**

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

**5 A-PI WSR**

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

**6 A-PI WSR**

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

*Patricia Erikson*

IN

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO  81401

Received

MAR **2**.4 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands.  As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting.  We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands.  As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship.  Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org.  Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims.  We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses.  Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom.  Allow prospecting on our public lands.

Your fellow American,

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401



Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Brandon Hamblin

BLM_0080889

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Received

FEB 1 0 2010

Uncompahgre Field Office

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Tina Hamblin

BLM_0080890

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Violet Hamblin

BLM_0080891

Received

FEB  6 2009

Uncompahgre Field Office

02-04-16

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Harold W. Hillis

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

alex Lenz

BLM_0080893



Received

FEB 6 2010

Uncompahgre Field Office

Mr. Bruce Krickbaum

RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Jacob Lewis
Jacob Lewis

Mr. Bruce Krickbaum



RMP Project Manager

Bureau of Land Management

2465 S. Townsend Avenue

Montrose, CO 81401

Dear Mr. Krickbaum:

The purpose of this letter is to voice my strong support of maintaining accessibility, and usability of our public lands. As a citizen prospector, I strongly oppose any designation to public lands that would inhibit our *freedoms* to utilize them in the American spirit we both know very well: "with liberty and happiness."

As your office works through the Resource Management Plan process for the Uncompahgre planning area, we strongly and sincerely urge you: **do not further restrict our ability to prospect on our public lands!**

Of specific interest to me and many others, the San Miguel river, especially the Pinon Bridge area, should remain open to placer gold prospecting. We are acutely concerned that your office may be preparing to designate this area such that our liberty to enjoy the spirit, heritage and traditions of our gratifying hobby could be restricted.

Responsible prospecting is not detrimental to public lands. As a member of the Western Colorado Chapter of the Gold Prospectors Association of America, my fellow club members and I are bound by a strict code of ethics that evidences our commitment to responsible land stewardship. Further, it has been demonstrated repeatedly that suction dredging enhances the biological viability of waterways.

Please take a moment review our code of ethics at www.wescogpaa.org. Put simply, if we do not follow club rules we are not allowed the privilege of prospecting club claims. We have good reason to believe our club members take better care of the area than the public at large – by virtue of our demonstrated integrity, not governmental restriction.

Prospecting does not interfere with other land uses. Most waterway prospecting occurs after water levels have receded to the extent rafting, kayaking, fishing and other activities are not practicable or otherwise out-of-season.

Protect and maintain our freedom. Allow prospecting on our public lands.

Your fellow American,

Steve Lewis

BLM_0080895

# DOLORES-SAN MIGUEL RIVER BASINS
## SUPPLEMENTAL COMMENT PERIOD

*A series of initial public meetings were hosted by the BLM Uncompahgre RMP SWRAC Subgroup in Norwood, Naturita and Telluride, CO in late Fall 2010. The two-hour evening gatherings opened with a presentation by Roy Smith of the BLM, outlining the Wild and Scenic Rivers Act and various activities it requires. Following the presentation, those in attendance were encouraged to participate in a question-and-answer session with the presenter, and then to provide general comments regarding the process and likely impacts of any suitability findings and subsequent action on the San Miguel and Dolores river segments and tributaries under consideration.*

*The following provides a summary of the comments made at each meeting.*

### Norwood, CO - November 29, 2010

- Increasing regulations restrict rights and add to the complexity of agricultural production. This will hinder the ability of agricultural producers to make a living.
- There will be increased pressure on domestic use of water if there is a federal water right attached to WSR designation.
- BLM already has the ability to manage this land without another designation.
- WSR designation will only increase traffic on the river.
- BLM is shutting off land uses and this is one more tool to do that. WSR adds another layer of bureaucracy.
- I see the Act as discriminatory in-and-of itself; leads to limited access.
- I see this as shutting us off from natural resources. This is of concern, as it impacts our ability to do business.

### Naturita, CO - November 30, 2010

- I feel that WSR is a taking of our private property rights.
- As a private land owner, I have a significant negative response to all of this.
- If this river is WSR, what will happen to the gold panners who come to this town?
- I'm worried about water availability in our community. We need a reservoir, and I think WSR could negatively impact this.
- I see the potential future need for a hydro-electric plant in the area.

### Telluride, CO - December 1, 2010

- We can capitalize on the beauty and economic impacts of these rivers. I'd like to see designation move forward.
- The issue of dust is important to look at in the suitability process.
- I see WSR as adding more "bureaucratic layers."
- I appreciate the BLM process. We (Trout Unlimited) are interested in cold water processes. We like to see leakages reduced, etc., and encourage you to look at ditches.

BLM_0080896

DOLORES-SAN MIGUEL RIVER BASINS
SUPPLEMENTAL COMMENT PERIOD

- We can no longer look at the earth as here to serve people. Rather, people need to protect the earth for the future. I encourage the BLM to "do the right thing." (implied: move forward with WSR suitability/designation)

## Norwood, CO - January 20, 2011

- Landowner from Nucla, CO: Paradox Valley has little remaining riparian habitat, that needs to be protected, as long as landowner water rights are preserved. The commenter supports WSR designation for all the segments of the Dolores and San Miguel Rivers that are pristine and have scenic ORVs, as the country needs to preserve what is left of our natural lands and ecosystems.

- Commenter states that, given Colorado water law, existing water rights, and new water filings, the natural river hydrograph appears to be in jeopardy. Since the riparian and aquatic ecosystems depend on seasonal flow variation, federal actions seem to be the only way to balance human needs and ecosystem function. The commenter's have personal knowledge of the following segments and support a finding of suitable for these eligible segments: Beaver Creek, Dry Creek, Naturita Creek (alter segment to avoid private lands that become an issue), Saltado Creek, San Miguel River 1, 2, 3, 5 and 6, Tabeguache Creek, Lower Dolores River, and La Sal Creek 2 and 3.

- Comment questions why proposed changes control access to and use of streams by landowners and the public, when the intent of the WSR Act is to prevent dams and why so much private land is included with some of the segments, expresses concern about the potential impacts to private land associated with WSR designation, and states that NEPA requires that inconsistencies between federal, state, and local agencies be disclosed in the EIS, and wonders when this information will be available.

- The commenter objects to all WSR designations in the BLM Uncompahgre Field Office. Primary concerns are impacts to private lands and water rights. "Many ranches and towns which subsist upon these very streams will be hinders incalculably. Mining, drill, and industry of all shapes will be the victims of WSR proposals for years to come"

2

BLM_0080897

DOLORES-SAN MIGUEL RIVER BASINS
SUPPLEMENTAL COMMENT PERIOD

SEGMENT COMMENT SUMMARIES

## 14 - BEAVER CREEK

- Landowner at confluence of Goat and Beaver creeks: No one runs this river. There's not a trail, nothing; it is completely remote, and one of the region's most unique areas. There even are tons of fish and no one ever goes there.

- The riparian habitat here is unique, due to Beaver Mesa drainage. This should be protected.

- All of this is located in an ACEC. Why not "Wild" suitability? Is it because of the diversion? (Response by Barbara Sharrow: Eligibility determined this to be "Scenic," due to power and gas lines passing through here.) Please consider a "Wild" designation, and split it up if necessary to get some portion(s) "Wild."

- Questions whether it would be feasible to reclassify Beaver and Saltado Creeks as recreational. The commenter states the potential future pipeline and water impoundment on these drainages may impact the wild and scenic values adversely.

- #1011100 - 1/1/2011: Trout Unlimited, Gunnison Gorge Anglers supports finding the subject segments suitable because of the need to protect the ORVs. Very wild area. The old logging road washes out after about five miles. Good trout fishing in this area.

- Commenter recommends the full length of Beaver Creek be found Suitable. Beaver Creek holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River. The connection of the upper portion of the stream to Forest service land amplifies the potential benefits of management under Suitability. Federal land ownership of nearly 100% will simplify effective implementation of protective management.

## 15 - DRY CREEK

- The commenter recommends the full length of Dry Creek be found Suitable. This segment traverses a uniquely un-roaded landscape, providing important wildlife support and general ecological vibrancy. Federal land ownership of nearly 100% will simplify effective implementation of protective management.

## 16 - NATURITA CREEK

- Commenter notes that, because of the limited public access to Naturita Creek, it might be best managed with mechanisms other than WSR designation.

- #1191101 - 1/19/2011: Commenter recommends that Naturita Creek be divided into two segments based on differing land status, remoteness, and ORVs on the upper reach (upstream of County Road W35) compared to the reach downstream of the same county road.

- This rare habitat for exemplary populations of potentially endangered fish warrants the strongest possible protection for streamflows, related corridor vegetation, and water quality. While the

3

low percentage of federal ownership along the corridor might preclude a finding of Suitability, other administrative protections, including cooperative measures with landowners and other government agencies should be included in the resource management plan.

## 17 - SALTADO CREEK

- Commenter questions whether it would be feasible to reclassify Beaver and Saltado Creeks as Recreational. The commenter states that a potential future pipeline and water impoundment on these drainages could adversely impact the WSR.

- #1011100 - 1/1/2011, Trout Unlimited, Gunnison Gorge Anglers supports finding the segment suitable because of the need to protect the ORVs.

- The commenter recommends the at least the federally owned portion of Saltado Creek be found Suitable. Saltado Creek holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River.

## 18 - SAN MIGUEL RIVER, SEGMENT 1

- I would like to remind the Sub-RAC members that these are segments that should be considered also from the national and statewide perspectives. There are only a handful of suitable segments in question, and we know there are more beautiful stretches than that. When people ask "why do anything?," we need to remember that the suitability discovery process gets other organizations to notice these areas. For example, the ORV "recreation" (boating and fishing) brings much money into the area. The DOW creates a report that tracks this, for example, and the San Miguel River area is generating revenues of more than $17 million per year; boating alone is worth $1 million per year (written comments/reports submitted).

- In terms of recreational values, I am very much for a WSR designation.

- We support WSR designation for this segment, and suggest particularly that the health of the ecosystem needs to be maintained here.

- There are 10-12 outfitters on this river because it is special and unique in the state – protecting this economic resource is important.

- There is potential for uranium and gold mining along this stretch, which could have potential problems under WSR, but this could be compatible with all of the other values.

- Property owner: I would like to see WSR designation here, as well as increased recreational use. It is important to protect this segment for additional water rights. Water rights for recreational users would protect downstream users.

- No segment should have a designation, leave it alone.

- Landowner: There are too many layers of regulation already.

- Gold Prospectors' Association: Placer mining is not mentioned in the description for any of these segments.

4

DOLORES-SAN MIGUEL RIVER BASINS
SUPPLEMENTAL COMMENT PERIOD

- Mineral resources are still here, with the potential to be developed. Recreation should not push this out.

- In light of the ACEC, I would like to see this segment found suitable.

- WSR designation protects economic aspects of the river, fisheries and clean water.  Placer mining could be very destructive on a large scale.

- Commenter is opposed to finding the San Miguel River Segment 1 suitable because the river is presently adequately protected by the BLM and miners who work in the area.

- There is too much private land in this segment to be found suitable.

- The BLM's Special Recreation Management Area rules do an excellent job of providing river protection and another layer of government protection is not needed.

- States that designation will add complexity to managing the river and will not be good for communities and landowners that depend on the river's water.

- #1071100 - 01/07/11: This San Miguel segment has amazing recreational values including boating and fly fishing.  WSR designation will improve the general economy and economic value of property in the region.

- #1011100 - 1/1/2011:  Trout Unlimited, Gunnison Gorge Anglers supports finding the subject segments suitable because of the need to protect the ORVs.  Recreational fishing is important for this area.

- The commenter recommends the full length of the San Miguel River Segment 1 be found Suitable. This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel River.

## 19 - SAN MIGUEL RIVER, SEGMENT 2

- This segment really needs help because there are so many cattle ranches. There are actually fences in the river in some places.  Protecting this area would be wonderful.

- This really deserves the "Wild" designation. It is a very special stretch.

- This segment seems ideal for "Wild" designation because of its lack of private land, as compared with other segments.

- This is a good example of what the BLM could manage since there is no private land on this segment.

- Nucla rancher:  I think "Wild" designation is over the top. Good in-stream flow will solve the problem that this designation is hoping to solve.

- Naturita rancher:  Wouldn't rafting impact the "Wild" designation?  This should not be designated as "Wild" because of the recreational use on the river.  I am not in favor of the designation.

BLM_0080900

DOLORES-SAN MIGUEL RIVER BASINS
SUPPLEMENTAL COMMENT PERIOD

- Is opposed to any designation on San Miguel River Segment 2 for fear it would become incompatible with his cattle grazing permits. States that managing and administering San Miguel 2 would be difficult it is remote and hard to access.

- Commenter does not agree with the Wild Classification, but would support either a Scenic or Recreational Classification.

- #1011100 - 1/1/2011:  Trout Unlimited, Gunnison Gorge Anglers supports finding the subject segments suitable because of the need to protect the ORVs.

- The commenter recommends the full length of the San Miguel River Segment 2 be found Suitable. This relatively short segment of the San Miguel River contains unusually undisturbed stream and corridor features, warranting the strongest possible protection.

## 20 - SAN MIGUEL RIVER, SEGMENT 3

- Recommends that the San Miguel Segment 3 be reclassified as recreational to be consistent with San Miguel Segments 1, 4, and 5.

- Commenter is oppose to a suitable finding on San Miguel River Segment 3 because: the existence of the paralleling county road, CC Diversion Dam in the San Miguel River, Transco Pipeline and a powerline cross the river, two BLM campgrounds occur in the river corridor.

- Commenter is opposed to WSR designation for the San Miguel River (especially segment 3) based on existing development along the river corridor and potential impacts to commenter's private land that lies within the river corridor.

- #1191100 - 1/19/2011:  Commenter opposes WSR designation for the San Miguel River (especially segment 3).  Opposition is based on existing development along the river corridor and the potential impacts to commenter's private land that lies within the river corridor.

- #1011100 - 1/1/2011:  Trout Unlimited, Gunnison Gorge Anglers support finding the subject segments suitable because of the need to protect the ORVs.

- The commenter recommends the full length of the San Miguel River Segment 3 be found Suitable. This segment's uniquely wild condition affords recreational experiences important to the local economy and to local sense of place. The cooperative investment in improving the CC Diversion Dam to support stream health and fish populations should be augmented by a finding of Suitability that preserves these values.

## 21 - SAN MIGUEL RIVER, SEGMENT 5

- Commenter opposes any portion of this segment being found suitable as a result of: the "play wave" no longer occurs because of past flooding, Mustang Ditch water is taken out of the river near the upper terminus, river flows drop to almost no flow from July to October, there is a proposal to build a dam on Horsefly Creek, adding more government layers could interfere with the water supplies for Nucla and Naturita.

6

BLM_0080901

- Commenter is opposed to finding this segment suitable resulting from it is 81.5% private, few recreational activities occur on the river. Protecting the historical and vegetation ORVs could be better accomplished with other management rules.

- Land ownership of this segment is so fragmented that it would make management impractical.

- Commenter expresses concern that WSR designation could preclude future uranium mining.

- In addition to ensuring strong and enduring protection for the public lands segments of the river, the BLM should engage landowners and other land managers to ensure cooperative measures to protect a continuous - healthy river corridor, and ensure a natural hydrograph flow contribution to the Dolores River.

## 22 - SAN MIGUEL RIVER, SEGMENT 6
- Commenter states that this segment is a possible candidate for WSR even though it is only 3.25 miles long.

- Commenter expresses concern that WSR designation could preclude future use of existing roads.

- Commenter expresses concern that WSR designation could preclude future uranium mining.

- The commenter recommends the at least the federally owned portion of this segment be found Suitable. This segment, including the confluence with the Dolores River is of critical importance to preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for native fishes and to protect and enhance the healthy, native riparian vegetation along this segment.

## 23 - TABEGUACHE CREEK, SEGMENT 1
- The commenter recommends the full length of the Tabeguache Creek Segment 1 be found Suitable. This stream traverses a uniquely un-roaded, wild landscape providing important wild support and general ecological vibrancy along the stream, and compliments the congressionally designated national forest upstream.

## 24 - TABEGUACHE CREEK SEGMENT 2
- The commenter recommends the at least the federally owned portion of this segment be found Suitable. This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of this segment should be protected to maintain and enhance the quality of the contributing streamflows.

## 25 - LOWER DOLORES RIVER
- I would like gold/mineral prospectors' interests to be considered.

- The Nature Conservancy states that this segment currently does not include reserved water rights. Water preservation for fish is key.

BLM_0080902

- We have been landowners in this area for the past 115 years and have several different irrigation projects and four different water rights.  We manage a wild river without the help of the BLM. We are against any BLM involvement.

- The hydrology is important for three native warm-water fish. The section below the confluence has no protection for these fish.

- CDOW states that any alternatives considered in lieu of WSR designation need to protect flow in the lower Dolores River for warm water fish species.  The San Miguel River contributes much of the flow in the Lower Dolores River.

- The commenter recommends the at least the federally owned portion of this segment be found Suitable. Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. Because this iconic river is already significantly diminished and threatened by river impoundment upstream, of the UFO study are, every possible protection must be applied to, and appropriate for, that protection.

## 26 - NORTH FORK OF MESA CREEK

- The owner takes care of this segment. I think the management has been good, so I see no reason for change.

- We are against any designation.

- Any designation would prevent hauling from any of the adjacent mesas.

- Expressed concern that WSR designation could preclude future use of existing roads.

## 27 - DOLORES RIVER, SEGMENT 2

- There is economic value in this area, whether there is water or not. People often enjoy this segment and its view from their vehicles.  The values here are economic, scenic and relaxation.

- I am a landowner with water rights.   What if I want to change the point of diversion?

- On this segment, we are especially concerned about future potential mining.

- This segment offers a viable route for haul trucks.  A scenic designation would negatively affect that.

- CDOW:  Any alternatives considered in lieu of WSR needs to enhance flows in the Dolores River above the San Miguel River confluence for warm water fish species.

- Suitability offers the most effective management tool to support this exceptionally diverse and significant suite of values that are dependent on a dynamic and naturally functioning river canyon ecosystem.

## 28 - ICE LAKE CREEK, SEGMENT 2

- This provides natural flows into the La Sal River.  Preserving this gem is important.

BLM_0080903

DOLORES-SAN MIGUEL RIVER BASINS
SUPPLEMENTAL COMMENT PERIOD

- There is a road in this segment that might be highly visible from Ice Lake Creek. This may affect 'scenic' designation.

- The access road to the uranium mines is very short.

- I own the lower portion of the canyon. X2 road goes up between the two canyons. Limited access and existing water rights should prevent this from being suitable for BLM designation.

## 29 - LA SAL CREEK, SEGMENT 1

- This segment is almost all privately owned land. It would be nice to protect the water, but it's hard to manage what you don't own, so I assume this will be difficult for the BLM.

- I am a property owner on La Sal Creek, and by proxy tonight also represent Lion Creek and Spring Creek ranches. We share the same goals as BLM. We are talking about a narrow canyon, which would make growth undesirable. There are four landowners in this area who work together. To increase the degree of federal management does not make sense.

- There is no access to this area for fishing. I own part of the property and we will not allow anyone to trespass to use the river here.

- There is too much private property in this segment, and so the BLM cannot effectively manage it.

- Two comments received imply that: The bottom land of this segment is 87% private land. A higher degree of federal management under WSR designation of La Sal Creek Segment 1 and its inflow streams would be difficult at best due to public access issues and reluctance of land owners to grant easements.

## 30 - LA SAL CREEK, SEGMENT 2

- A junior reserved water right will help prevent an endangered fish situation.

- There is a lot of truck traffic going into this area. Be aware that this mine could go back into production.

- This area contains the only road to Cashen mine.

- If the mine opens again, what limitations could be imposed if the creek segment is designated as scenic?

- The commenter recommends the full length of this segment found Suitable. This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities, and provides significant flow to the Dolores River. The presence of a healthy population of regionally imperiled native fish, and a globally rare riparian ecosystem, provide complete justification for the strongest possible protective measures in this segment.

## 31 - LA SAL CREEK, SEGMENT 3

- If you create a wild area, it will only increase the number of people visiting the area, effectively having the opposite impact that you'd like to have. This needs to be considered, and I think it can be handled via effective use of current management practices.

BLM_0080904

- The La Sal is important for the health of the Dolores. It is an important segment for potential water development, mining and water storage. Protecting this inflow to the Dolores protects the fish and fish habitat in ways that McPhee cannot do.

- Since this segment is 99% BLM land, this seems like a no-brainer and should be suitable.

- With the rock formations in this area, uranium potential could be high. So I think that 'wild' designation may not be a good idea. I suggest caution with this designation.

- The commenter recommends the full length of this segment found Suitable. If ever a stream segment were suitable under the definition of the Wild and Scenic Rivers Act, this is the one. The segment lies wholly within the Dolores River Canyon WSA, supporting rare riparian and scenic vibrancy. La Sal creek is among the more significant flow contributors to the severely depleted Dolores River.

## 32 - LION CREEK, SEGMENT 2

- The existing water rights and mines should prevent designation.

- Flowing in a box canyon, Lion Creek is naturally protected by the lay of the land. The mouth of Lion Creek is traversed entirely by private land which raises public access issues.

- While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment-and its streamflows- should be protected in other manners to ensure its continuing contribution to the health of the watershed. The values in this area should be carefully considered for additional management protections through the Resource Management plan.

## 33 - SPRING CREEK

- Mineral exploration potential is high here. Scenic designation would cause a deterrent to this activity.

- This creek provides seasonal streamflows to La Sal Creek and the Dolores River. This segment was also included within CNHP's Potential Conservation Area in order to encompass globally rare plant communities. The values on federal lands in this area should be carefully considered for additional management protections through the Resource Management Plan.

## 34 - DOLORES RIVER, SEGMENT 1

- The UFO's Dolores River Segment 1 is an essential part of the segment upstream in the San Juan FO and also compliments Dolores River Segment 2. As such, its extensive and diverse outstandingly remarkable values and values-related flows warrant the highest possible protection.

10

BLM_0080905

**San Miguel County Open Space Commission (OSC) (dupes San Miguel County comments):**

In keeping with OSC's mission statement, San Miguel County's Land Use Code, and the San Miguel Watershed Coalition's, Watershed Plan to protect and conserve natural habitat for flora and fauna, the OSC supports a finding of suitability for the eligible segments of the San Miguel and Dolores River. Segment specific comments are as follows:

Beaver Creek:

The commenter believes this segment should be found "suitable" for Wild and Scenic designation with a classification of "Scenic". This segment's management is largely controlled by BLM as the river segment is 99.5% federal with little private lands included in the half mile corridor. We believe this determination best serves the public interest.

Dry Creek:

The commenter believes this river segment should have a finding of "suitable" with a classification of "Wild". It's primitive nature and intriguing geologic features represent ORVs warranting protection. In addition, this segment's management is largely under the control of the BLM as the river segment is 99.3% public and the lands in the half mile corridor are 97.1 % public. We believe this designation best serves the public interest.

Naturita Creek:

The commenter believes this river segment should be found "suitable" for W&S designation with a classification of "Scenic". This segment contains public lands of outstanding primitive character in San Miguel County frequented by county residents and visitors. It is adjacent to National Forest lands proposed for special protections based on their wilderness character. We would like to see similar protective management on this river segment, particularly for the portion in San Miguel County. We believe the primitive nature of the public lands and the ORV as a tributary used as a spawning area for three BLM and Colorado sensitive species and its value in the upper reaches of the segment as a wild trout fishery warrant this designation. We believe this finding would best serve the public interest.

Saltado Creek:

The commenter believes this river segment should be found "suitable" for W &S designation with a classification of "Wild". This river segment and corridor is over three quarters federally owned putting most of the lands under management by the BLM. Other private landowners are also in support of such designation. This corridor is essentially free of development and is extremely primitive. We believe this designation best serves the public interest.

San Miguel River, Segment 1:

The commenter believes this river segment should be found to be "suitable" for W&S designation with a classification of "recreational". This segment has the greatest contribution to our local economies due to it wide range of ORVs and proximity to population centers. This segment also has special significance because of its location on a scenic byway and outstanding accessibility and

11

BLM_0080906

exposure to the driving tourist.

This segment contributes millions of dollars to our local economies and defines the experience of traveling through San Miguel County. The commenter believes these ORVs warrant protection and it is in the best interest of the public that this river segment receives this designation.

San Miguel River, Segment 2:

The BOCC believes this segment should be found to be "suitable" for W &S designation with a classification of "Wild". We concur with the ID team that this segment contains scenic, recreational, wildlife, and vegetation ORVs.

This area is essentially primitive and is perhaps the most outstanding segment of the San Miguel. We believe it represents an irreplaceable natural asset which can continue support our local economies indefinitely. We believe this segment's ORVs warrant special protection and are deserving of this designation. We believe this designation best serves public interest.

San Miguel River, Segment 3:

The commenter believes this segment should be found "suitable" for W&S designation with a classification of "scenic". Although this segment is substantially impacted by diversions for the CCC Ditch, we believe it has the ORVs of recreation, fish, wildlife and vegetation noted by the ID team. This segment contributes substantially to our local economy by being a favorite of kayakers. In addition, it has outstanding Southwest Canyon Riparian Habitat with more than 300 bird species observed, and the river harbors exemplary population of three BLM and Colorado native fish species.

San Miguel River, Segments 5 and 6:

The commenter believes these river segments should be found "suitable" for W &S designation with a designation of "Recreational. The Unaweep- Tabeguache Scenic Byway which parallels the river through both of these segments extends into San Miguel County and connects to the San Juan Skyway. This Byway is promoted nationally and internationally and we believe it plays an important role in bringing driving tourists and travelers into our county. We believe it would be beneficial to have a continuity of management along throughout this corridor.

Additionally, this area contains an intact native warm water fishery containing exemplary populations of BLM and Colorado sensitive species. These segments also support population of New Mexico Privet riparian shrub lands and other vegetative associations considered globally imperiled. We believe these ORVs warrant protection and it is in the public interest that they receive the designation suggested in the Eligibility Report.

Tabeguache Creek Segments I and 2:

The commenter concurs with the ID team that these stream segments contain the vegetation and cultural values identified in the Eligibility Report and should be found "suitable" for W &S designations with the classification of "Wild" in the upper segment and "Recreational" in the lower segment. The upper reach is exceptionally wild and the stream is 100% federally owned and the corridor is 99.4% publicly owned. This affords the BLM an outstanding opportunity to manage the

BLM_0080907

DOLORES-SAN MIGUEL RIVER BASINS
SUPPLEMENTAL COMMENT PERIOD

land in a fashion that preserves the identified ORVs. The lower section contains more private land we therefore believe the "Recreational" classification is appropriate. However we believe these segments should receive the suggested designation to protect the outstanding vegetation and cultural values as well as the wild character of the canyon.

Lower Dolores:

The commenter believes this segment should be found "Suitable" for W &S designation with a classification as "Scenic". This segment is paralleled by a continuation of the Unaweep-Tabeguache Scenic Byway. We believe this Byway is an outstanding regional economic asset that brings driving travelers and boaters into San Miguel County. In addition, we again stress the need to protect the "exemplary populations" of three sensitive warm water native fish species. Colorado has committed to actively participate in this effort. This segment has additional importance as historic habitat for a federally endangered species, the Colorado pike minnow. We believe it is in the public interest that this segment's ORVs be protected and it receives the designation suggested in the Eligibility Report.

**San Miguel River Segment 1**
This San Miguel segment has amazing recreational values including boating and fly fishing. WSR designation will improve the general economy and economic value of property in the region.
**San Miguel River Segment 3**
Commenter is opposed to WSR designation for the San Miguel River (especially segment 3). Opposition is based on existing development along the river corridor and the potential impacts to commenter's private land that lies within the river corridor.
**Naturita Creek**
Commenter recommends that Naturita Creek be divided into two segments based on differing land status, remoteness, and ORVs on the upper reach (upstream of County Road W35) compared to the reach downstream of the same county road.
**Saltado Creek, Beaver Creek, and San Miguel River Segments 1, 2, and 3**
The commenter is supportive of finding the subject segments suitable because of the need to protect the ORVs.

13

BLM_0080908

The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our **IN** ... you for taking the time to provide your input.

## Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name___**Peter**_____ Last Name___**Winn**_____ Date__**2-14-10**_____

Mailing Address_____**202 North Avenue 102**_____
City_____**Grand Junction**_____ State_____**CO**_____ Zip____**81501**___

E-mail Address_____**petewinn@bresnan.net**_____

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☒ Email materials ☐Hard-copy materials ☐No
Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☐Individual (no affiliation) ☐Citizen's Group ☐Regulatory Agency
☒ Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☐Unit 5 ☒ No
*(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☒ Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?_____ ☐ Other Country - Which?_____

3. If you live in the planning area, how long have you lived here? Years_____Months_____

4. Why do you live here? ☐Occupation ☐Family ☐Proximity to public lands ☐Recreational Opportunities ☐Other_____

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

Limited access for people with disabilities. See the 1990 Americans with Diabilities Act and the BLM's MOU with Wilderness Enquiry for ideas. BLM should take the initiative to improve access to lands and river segements it manages (via land access) for people with disabilities.

1 A-PI TM

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**



River trip boat ramps

2 B-NP

3 A-GE

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

Flexibility for change during periods between RMP issuances, without waiting years. Include the potential for Memorandums of Understanding such as that between BLM and Wilderness Inquiry or NPS and the Wounded Warrior Project.

4 A-GE

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

River use capacity studies need to be completed before these can be determined (available campsites, boat ramp location and spacing options, cooperative agreements with landowners for river access, environmental studies.

**Please provide any additional comments that you have regarding this project.**

BLM needs to create an allocation and river use application process for organizations that provide river trip support to people with disabilities. These allocations and processes are available in Canyonlands National Park and Dinosaur National Park (this latter has an excellent model for allowing access for people with disabilities to river segments which require restrictions on public use to avoid overuse). BLM, as another division of the Department of Interior, should communicate with these parks for advice on special population allocations.

5 A-PI REC

BLM_0080910

IN

Mr. Bruce Krickbaum
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401



FEB 1 7 2010

BY:

Dear Sir:

I want you to know that I am a sincerely concerned citizen and ask that you please read this letter in its entirety before drawing any conclusions.

1 B-GE

I truthfully believe that the BLM and National Forest bureaucracies have morphed into organized policies of terror against the citizens of this country. This first came to my attention when the BLM started intimidating senior citizens for picking up arrowheads (even though it is their right to do so according to the Congressional Record). Most recently this was further confirmed by the debacle in Blanding Utah among others that I know of. How can the federal government implant a felon to entrap citizens using government money and bribes with any degree of integrity! Then, go beyond that and "attack" in assault gear en masse on these people and their families, both physically and verbally. I thought an American citizen was innocent until charged and then proven guilty. The compounding arrogance was visited upon us by Ken Salazar who with glee on television denounced these citizens as scum.

As government bureaucrats BLM employees were hired to manage the citizens property. Now they have co-opted to insert themselves as police against the citizens. Thomas Jefferson said: "The two enemies of the people are criminals and government, so let us tie the second down with the chains of the constitution so the second will not become the legalized version of the first."

2 B-GE

When you discipline your children for violating family rules do you put a knife to their throat to get their attention? Stop this insult and deception that your new policies are good for the people and the environment. You have more than enough legal authority by which to manage the land. You don't need more corrosive laws that take away constitutional and inalienable rights. An angry public will not serve you well.

I write to you anonymously for I fear retaliation for my critical comments. It is a sad day when a citizen feels it necessary to be this critical of the government placed in authority over him. I know that these feelings are shared by many others. You as a single employee may not be able to change anything, but I feel it is important that the bureaucracy know that these feelings do exist by a public which does its best to be law abiding citizens and not cause deliberate harm to public lands which daily seem less and less public.

Sincerely,

A concerned citizen

BLM_0080911

BLM_0080912



AS

## Uncompahgre
## Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name _Dennis_     Last Name _Kalvels_     Date _2-17-10_

Mailing Address _601 E. 18th Ave, Suite 250, Denver CO 80203_

City _State of Colorado_     State _____     Zip _____

E-mail Address: _dennis.kalvels @ state.co.us_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: [X] e-mail materials only   [ ] e-mail materials and hard-copy materials     [ ] No

Please indicate your affiliation by checking the following boxes (check all that apply):

[ ] Individual (no affiliation)     [ ] Non-profit Organization     [ ] Citizen's Group

[X] Federal, State, or Local Government     [ ] Elected Representative     [ ] Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area?   [ ] Unit 1 [ ] Unit 2 [ ] Unit 3 [ ] Unit 4 [ ] Unit 5 [ ] No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in:   [ ] Colorado (west slope)   [ ] Colorado (front range or plains)
    [ ] Another State (which): _____   [ ] Another Country (which): _____

If you do live in the planning area, how long have you lived here? Months: _____ Years: _____

Why do you live here? [ ] Occupation [ ] Family [ ] Proximity to public lands [ ] Recreational Opportunities
    [ ] Other _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

State of Colorado in cooperation with Federal, State, Local and Tribal agencies operates a statewide public safety communications system known also as Digital Trunked Radio (DTR) system covering the Uncompahgre RMP area. DTR provides capability for public safety interoperable communications for many agencies in the RMP area.

It may be important to include the DTR system capabilities and requirements in the RMP. DTR provides capability for public safety interoperable communications for multiple jurisdictions and governmental agencies (Emergency Medical Services, Law enforcement, fire protection and other governmental activities) in the RMP area. Concern is providing locations on BLM lands throughout the RMP area for communications sites and vehicle access to these sites.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

1 A-PI LR

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tabe shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

210 500007



STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE





$ 00.44⁰

02 1A
0004615246    FEB 24 2010
MAILED FROM ZIP CODE 60216

US
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



# United States Department of the Interior



**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Montrose County
Brian Wilson, County Engineer
PO Box 1289
Montrose, CO 81402

Dear Mr. Wilson:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080915



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Montrose County
Kristin Scuderi, Community Relations Director
161 S. Townsend Ave.
Montrose, CO 81401

Dear Ms. Scuderi:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080916

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Montrose County
Steve White, Senior Planner
317 South Second St.
Montrose, CO 81401

Dear Mr. White:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080917



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Montrose County
Dennis Murphy, Planning Commission Chair
161 S. Townsend Ave.
Montrose, CO 81401

Dear Mr. Murphy:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080918



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Sandy Head, Montrose County Economic Development Coordinator
100 Tessitore Court, Suite A
Montrose, CO 81401

Dear Ms. Head:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080919



# United States Department of the Interior



## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Edward Page
Montrose County CSU Extension
1001 N. 2nd Street
Montrose, CO 81401

Dear Mr. Page:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080920



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Montrose
Kerwin Jensen, Community Development Director
PO Box 790
Montrose, CO 81402

Dear Mr. Jensen:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080921



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Montrose
Garry Baker, Senior Planner
PO Box 790
Montrose, CO 81402

Dear Mr. Baker:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080922

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Montrose
Kristine Manlove Bagnara, Planning Commission Chair
PO Box 790
Montrose, CO 81402

Dear Ms. Manlove Bagnara:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080923

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Jenni Sopsic
Montrose Visitor and Convention Bureau
1519 E. Main St.
Montrose, CO 81401

Dear Ms. Sopsic:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080924



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Paul Gottlieb
Olathe Chamber of Commerce & Visitor Center
PO Box 106
Olathe, Colorado  81425

Dear Mr. Gottlieb:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080925



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ouray County
Mark Castrodale, Senior Planner
PO Box 28
Ridgway, CO 81432

Dear Mr. Castrodale:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080926



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ouray County
Ken Lipton, Planning Commission Chair
PO Box 28
Ridgway, CO 81432

Dear Mr. Lipton:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080927

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Ouray
Bud Zanett, Planning Commission Chair
PO Box 468
Ouray, CO 81427

Dear Mr. Zanett:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080928



# United States Department of the Interior



**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Ouray
Mike Fedel, Land Use Coordinator
PO Box 468
Ouray, CO 81427

Dear Mr. Fedel:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080929

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Ouray
Dee Williams, Community Development Committee Chair
PO Box 468
Ouray, CO 81427

Dear Ms. Williams:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080930



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Ridgway
Jen Coates, Planning/Community Development Coordinator
PO Box 10
Ridgway, CO 81432

Dear Ms. Coates:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080931



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ridgway State Park
Kirsten Copeland, Park Manager
28555 Highway 550
Ridgway, CO 81432

Dear Ms. Copeland:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080932



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Department of Wildlife
Kelly Crane, CDOW Representative – Ridgway
67876 Tulare Rd
Montrose, CO 81403

Dear Ms. Crane:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080933