

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ouray Chamber & Resort Association
Jennifer Loshaw
PO Box 145
Ouray CO, 81427

Dear Ms. Loshaw:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080934



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ridgway Area Chamber of Commerce
Susan Prather
50 Racecourse Road
Ridgway, CO 81432

Dear Ms. Prather:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080935



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

San Miguel County
Mike Rozycki, Planning Department Director
PO Box 548
Telluride, CO 81435

Dear Mr. Rozycki:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080936



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

San Miguel County
Kris Holstrom, Planning Commission Chair
PO Box 548
Telluride, CO 81435

Dear Kris Holstrom:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080937



# United States Department of the Interior



**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

San Miguel County
Linda Luther, Open Space & Recreation
PO Box 1170
Telluride, CO 81435

Dear Ms. Luther:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080938

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Yvette Henson, CSU Extension Director
PO Box 130
Norwood, CO 81432

Dear Ms. Henson:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080939



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Norwood
Amy Levek, Contract Planner
PO Box 528
Norwood, CO 81423

Dear Ms. Levek:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1)  Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2)  Identify desired local economic and social conditions;
3)  Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4)  Identify partnerships with local communities, organizations, and cooperating agencies; and
5)  Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080940



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Telluride
Michael Davenport, Planning and Building Director
PO Box 397
Telluride, CO, 81435

Dear Mr. Davenport:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080941



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Mountain Village
Chris Hawkins, Director of Community Development
455 Mountain Village Blvd. Suite A
Mountain Village, CO 81435

Dear Mr. Hawkins:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080942



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Mountain Village
Open Space and Recreation Board
455 Mountain Village Blvd. Suite A
Mountain Village, CO 81435

Dear Ms. Giuliani and Messrs. Witkowski, Whitelaw, Horn, Theile, Thorpe, and Felicelli:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080943

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Department of Wildlife
Joe Koch CDOW Representative – Norwood
95 Buckboard Drive Unit B
Norwood, CO 81423

Dear Mr. Koch:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080944



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Telluride Tourism Board
Scott McQuade, CEO
PO Box 1009
Telluride, CO 81435

Dear Mr. McQuade:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080945

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Norwood Chamber of Commerce
Terry Esch
PO Box 116
Norwood, CO 81423

Dear Mr. Esch:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080946



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Division of Wildlife
Tony Bonacquista, CDOW Representative – Naturita
PO Box 272
Nucla, CO 81424

Dear Mr. Bonacquista:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080947



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Delta County
Erick Sowell, Senior Planner
501 Palmer St. Suite 105
Delta, CO 81416

Dear Mr. Sowell:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080948

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Delta County Economic Development
Brad Harding
PO Box 627
Delta, CO 81416

Dear Mr. Harding:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080949



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Robbie LeValley
Delta County CSU Extension
525 Dodge Street
Delta, CO 81416

Dear Robbie LeValley:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080950

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Hotchkiss
Tom Wills, Planning Commission Chair
PO Box 369
Hotchkiss, CO 81419

Dear Mr. Wills:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080951

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Nathan Sponseller
Hotchkiss Area Chamber of Commerce
PO Box 158
Hotchkiss, CO 81419

Dear Mr. Sponseller:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080952



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Division of Wildlife
Kyle Banks, CDOW Representative – Hotchkiss
PO Box 987
Hotchkiss, CO 81419

Dear Mr. Banks:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080953

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Olathe
Wayne Blair, Planning and Zoning Board
419 Horton
Olathe, CO 81425

Dear Mr. Blair:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080954



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Olathe
Wayne Trounce, Public Works Department
419 Horton
Olathe, CO 81425

Dear Mr. Trounce:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080955



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ouray County
County Engineer
111 Mall Rd.
Ridgway, CO 81432

Dear Ouray County Engineer:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080956



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

San Miguel County c/o Buckhorn Geotech
Norm Aufderhiede, Engineer
222 S. Park Ave
Montrose, CO 81401

Dear Mr. Aufderhiede:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080957



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Telluride
Nancy Matthews, Open Space Commission
PO Box 397
Telluride, CO 81435

Dear Ms. Matthews:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080958



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Telluride
Scott Andrews, Planning & Zoning Commission
PO Box 397
Telluride, CO 81435

Dear Mr. Andrews:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080959



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Telluride
Mark Dollard, Ecology Commission
PO Box 397
Telluride, CO 81435

Dear Mr. Dollard:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080960



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Nucla-Naturita Visitor Center
Leah Cristen
PO Box 425
Naturita, CO 81422

Dear Ms. Cristen:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080961



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Paonia
Brian Ayers, Planning Commission
PO Box 460
Paonia, CO 81428

Dear Mr. Ayers:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080962



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Paonia Chamber of Commerce
Regna Jones
PO Box 366
Paonia, CO 81428

Dear Ms. Jones:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080963

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Jevin R. Croteau
EnCana Oil & Gas Inc.
370 17th St., Ste. 1700
Denver, Colorado 80202

Dear Mr. Croteau:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080964



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Kenneth Emory
2551 Silver Way
Montrose, CO 81401

Dear Mr. Emory:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1)  Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2)  Identify desired local economic and social conditions;
3)  Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4)  Identify partnerships with local communities, organizations, and cooperating agencies; and
5)  Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080965



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Al Heaton
23589 CR M
Cortez, CO  81321

Dear Mr. Heaton:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080966

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Kathy Welt
36320 Highway 92
Hotchkiss, Colorado 81419

Dear Ms. Welt:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080967



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

James M. Young
High Country Romagnola
P.O. Box 804
Norwood, Colorado 81423

Dear Mr. Young:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080968



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Andrew Gulliford, PhD
1180 Oak Drive
Durango, CO 81301

Dear Dr. Gulliford:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080969

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Peter Mueller
PO Box 3140
Telluride, CO  81435

Dear Mr. Mueller:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080970

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Wally White
1062 E 2nd Ave.
Durango, CO  81301

Dear Mr. White:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1)  Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2)  Identify desired local economic and social conditions;
3)  Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4)  Identify partnerships with local communities, organizations, and cooperating agencies; and
5)  Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080971



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Andrea Robinsong
P.O. Box 745
Hotchkiss, Colorado 81419

Dear Ms. Robinsong:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080972



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Dan Morse
P.O. Box 2991
103 Maroon Avenue
Crested Butte, CO 81224

Dear Mr. Morse:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080973



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Jim Cochran
23825 Hwy. 149
Powderhorn, CO  81243

Dear Mr. Cochran:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080974



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

William Ela
30507 L Road
Hotchkiss, Colorado  81419

Dear Mr. Ela:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080975

 

# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Gerald Koppenhafer, DVM
7388 County Rd 41
Mancos, CO 81328

Dear Mr. Koppenhafer:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080976



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Alan Staehle
P.O. Box 714
Ouray, Colorado 81427

Dear Mr. Staehle:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080977



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Tony Gurzick
415 Turner Drive
Durango, CO  81303

Dear Mr. Gurzick:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080978



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Levi Broyles
USFS Paonia Ranger District
P.O. Box 1030
Paonia, CO 81428

Dear Mr. Broyles:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080979

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Judy Schutza
USFS Norwood District
1150 Forest
Norwood, CO 81423

Dear Ms. Schutza:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080980



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ron Turley
DOE-WAPA
1800 S. Rio Grande Ave
Montrose, CO 81401

Dear Mr. Turley:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080981



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Charles Richmond, Forest Supervisor
USFS – GMUG
2250 Hwy 50
Delta, CO  81416

Dear Mr. Richmond:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080982



# United States Department of the Interior



## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Patricia Gelatt
U.S. Fish and Wildlife Service
764 Horizon Dr. So., Annex A
Grand Junction, CO  81506-3946

Dear Ms. Gelatt:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080983



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Russell George
Colorado Department of Transportation
4201 E Arkansas Ave
Denver, CO  80222

Dear Mr. George:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1)  Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2)  Identify desired local economic and social conditions;
3)  Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4)  Identify partnerships with local communities, organizations, and cooperating agencies; and
5)  Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080984



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Tom Spezze
Colorado Division of Wildlife
151 East 16th St.
Durango, CO  8130

Dear Mr. Spezze:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080985



# United States Department of the Interior



**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Kurt Mill
Colorado State Parks
1313 Sherman St., #618
Denver, CO  80203

Dear Mr. Mill:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080986



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Harris Sherman
Colorado Dept of Natural Resources
1313 Sherman St, Rm 718
Denver, CO  80203

Dear Mr. Sherman:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1)  Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2)  Identify desired local economic and social conditions;
3)  Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4)  Identify partnerships with local communities, organizations, and cooperating agencies; and
5)  Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080987



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Vickie Kujawa
Southern Ute Tribe
PO Box 737
Ignacio, CO  81137

Dear Ms. Kujawa:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080988



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Lynn Hartman
Ute Mountain Ute
PO Box 468
Towaoc, CO  81334

Dear Ms. Hartman:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080989



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Betsy Chapoose, Environmental Coordinator
Ute Indian Tribe
PO Box 190
Fort Duchesne, UT  84026

Dear Ms. Chapoose:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080990



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

The Honorable Michael Bennett
225 North 5th Street, Suite 511
Grand Junction, CO 81501

Dear Senator Bennett:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080991



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

The Honorable Mark Udall
400 Rood Ave, Suite 215
Grand Junction, CO 81501

Dear Senator Udall:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080992



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

The Honorable John Salazar
225 North 5th Street, Suite 702
Grand Junction, CO 81501

Dear Representative Salazar:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080993



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Mark LeValley
P.O. Box 835
Hotchkiss, CO  81419

Dear Mr. LeValley:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080994

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ross Allen
29736 Highway 92
Hotchkiss, CO 81419

Dear Mr. Allen:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080995



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Bill Steele
Public Lands Partnership
P.O. Box 801
Ridgway, CO 81432

Dear Mr. Steele:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080996



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Delta
James Shoopman, City Planner
360 Main Street
Delta, CO 81416

Dear Mr. Shoopman:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080997



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

City of Delta
Gerald Roberts, Planning Commission Chair
360 Main Street
Delta, CO 81416

Dear Mr. Roberts:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0080998



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Orchard City
Wayne Moore, Planning Commission Chair
9661 2100 Road
Austin CO 81410

Dear Mr. Moore:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0080999

You are invited to attend whichever meeting is preferable. The workshop locations, dates, and times are:

| | |
|---|---|
| Montrose | Tuesday, March 9, 2010, 1:30 pm – 4:30 pm |
| Delta | Wednesday, March 10, 2010, 9:00 am – Noon |
| Hotchkiss | Wednesday, March 10, 2010, 2:00 pm – 5:00 pm |
| Ridgway | Tuesday, March 16, 2010, 2:00 pm – 5:00 pm |
| Norwood | Wednesday, March 17, 2010, 9:00 am – Noon |
| Naturita | Wednesday, March 17, 2010, 2:30 pm – 5:30 pm |

Contact Bill Bottomly at (970) 901-9079 or (970) 249-7056 if you need additional information.

RSVP to Bill Bottomly by Tuesday, March 2, 2010 to let BLM know which workshop you plan to attend or if you cannot attend.

We look forward to hearing from you and to your continued participation in the RMP revision.

Sincerely,

Barbara Sharrow

Barbara Sharrow
Field Manager
Uncompahgre Field Office

Enclosure: Uncompahgre Planning Area map
Draft agenda for workshop

BLM_0081000



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Public Lands Partnership
Bill Steele
P.O. Box 801
Ridgway, CO 81432

Dear Mr. Steele:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081001

You are invited to attend whichever meeting is preferable to you. The workshop locations, dates, and times are:

| | |
|---|---|
| Montrose | Tuesday, March 9, 2010, 1:30 pm – 4:30 pm |
| Delta | Wednesday, March 10, 2010, 9:00 am – Noon |
| Hotchkiss | Wednesday, March 10, 2010, 2:00 pm – 5:00 pm |
| Ridgway | Tuesday, March 16, 2010, 2:00 pm – 5:00 pm |
| Norwood | Wednesday, March 17, 2010, 9:00 am – Noon |
| Naturita | Wednesday, March 17, 2010, 2:30 pm – 5:30 pm |

Please share this information with PLP members that have economic expertise or a special interest in the workshop objectives.

Contact Bill Bottomly at (970) 901-9079 or (970) 249-7056 if you need additional information.

RSVP to Bill Bottomly by Tuesday, March 2, 2010 to let BLM know which workshop you plan to attend or if you cannot attend.

We look forward to hearing from you and to your continued participation in the RMP revision.

Sincerely,

Barbara Sharrow
Field Manager
Uncompahgre Field Office

Enclosure:    Uncompahgre Planning Area map
              Draft agenda for workshop

BLM_0081002

You are invited to attend whichever meeting is preferable to you. The workshop locations, dates, and times are:

| | |
|---|---|
| Montrose | Tuesday, March 9, 2010, 1:30 pm – 4:30 pm |
| Delta | Wednesday, March 10, 2010, 9:00 am – Noon |
| Hotchkiss | Wednesday, March 10, 2010, 2:00 pm – 5:00 pm |
| Ridgway | Tuesday, March 16, 2010, 2:00 pm – 5:00 pm |
| Norwood | Wednesday, March 17, 2010, 9:00 am – Noon |
| Naturita | Wednesday, March 17, 2010, 2:30 pm – 5:30 pm |

Please share this information with PLP members that have economic expertise or a special interest in the workshop objectives.

Contact Bill Bottomly at (970) 901-9079 or (970) 249-7056 if you need additional information.

RSVP to Bill Bottomly by Tuesday, March 2, 2010 to let BLM know which workshop you plan to attend or if you cannot attend.

We look forward to hearing from you and to your continued participation in the RMP revision.

Sincerely,

Barbara Sharrow

Barbara Sharrow
Field Manager
Uncompahgre Field Office

Enclosure:   Uncompahgre Planning Area map
            Draft agenda for workshop

BLM_0081003



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Montrose County
Board of County Commissioners
161 S. Townsend Ave.
Montrose, CO 81401

Dear Commissioners Ellis, Henderson, and White:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
Identify local economic and social issues, conditions, and trends, including relationships between
    communities and BLM lands;
Identify desired local economic and social conditions;
Identify opportunities to advance local economies and social goals through planning decisions,
    within the authority of BLM or other partners;
Identify partnerships with local communities, organizations, and cooperating agencies; and
Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081004



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ouray County
Board of County Commissioners
PO Box C
Ouray, CO 81427

Dear Commissioners Albritton, Meinert, Padgett:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0081005

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

San Miguel County
County Commissioners
PO Box 1170
Telluride, CO 81435

Dear Commissioners Fisher, May, and Goodtimes:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081006



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Telluride
Telluride Town Council
PO Box 397
Telluride, CO, 81435

Dear Councilpersons Saunders, Carnevale, Oyster, Meyers, Werner, and Brady:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0081007

 **United States Department of the Interior** 

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Mountain Village
Town Council
455 Mountain Village Blvd. Suite A
Mountain Village, CO  81435

Dear Councilpersons Greenspan, Child, Cox, Garner, Schillaci, and Jett:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081008



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Delta County
Board of County Commissioners
501 Palmer St. Suite 227
Delta, CO 81416

Dear Commissioners McCracken, Hovde, and Lund:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081009




# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Town of Nucla
Mayor and Trustees
PO Box 219
Nucla, CO 81424

Dear Ms. Morris, Ms. Pierce, Mr. Brown, Mr. Craig, Mr. Sonnenberg, and Mr. Labota:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081010

**Drew Vankat**

| | |
|---|---|
| **From:** | Kate Wynant [kate.wynant@empsi.com] |
| **Sent:** | Wednesday, February 17, 2010 12:09 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | FW: Uncompahgre RMP Scoping Comments |

**Kate Wynant**
EMPSi  Environmental Management and Planning Solutions, Inc.
3775 Iris Avenue, Suite 1A
Boulder, CO  80301
tel:  303-447-7160     fax:  866-625-0707

*www.EMPSi.com*     *Bringing clarity to the complex* ™

*GSA Contract GS10F-0412S*     *HUBZone-certified*

Denver     Reno     San Francisco     Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

**From:** Jonathan B. Ratner [mailto:jonathan@westernwatersheds.org]
**Sent:** Wednesday, February 17, 2010 9:57 AM
**To:** Kate Wynant
**Subject:** RE: Uncompahgre RMP Scoping Comments

Yes, these were background info for scoping. Part 12 has the cover letter.

Part 6 has not gone through despite repeated attempts using various from email addresses. All have been rejected by your spam filter.

Could you have your IT folks white list:

Jonathan@WesternWatersheds.org
Wyoming@WesternWatersheds.org
JRatner@Wyoming.com

Let me know when corrected and I will try again.

Thanks for your help with this

**From:** Kate Wynant [mailto:kate.wynant@empsi.com]
**Sent:** Wednesday, February 17, 2010 9:05 AM
**To:** Jonathan B. Ratner
**Cc:** uformp@blm.gov
**Subject:** Uncompahgre RMP Scoping Comments

Mr. Ratner:

On behalf of the BLM, we received 13 e-mails from you on Sunday, February 7 containing several documents. Thank you for your submissions. The e-mails themselves did not contain any text, so please let us know if you

3/11/2010

would like to submit any specific comments, including something such as, "Please consider the attachments submitted on Sunday, February 7, 2010, in developing the RMP." That way we can get them in the official record as comments received during scoping.

Additionally, the e-mails were numbered (thank you), and it appears some e-mails may be missing. We received the following:
Scoping Part 1
Scoping Part 2
Scoping Part 3a
Scoping Part 3b
Scoping Part 4
Scoping Part 5a
Scoping 5b
Scoping Part 7
Scoping Part 8
Scoping Part 9a
Scoping 9b
Scoping Part 10
Scoping Part 12

From the list above, it appears we would be missing two e-mails presumably titled, "Scoping Part 6" and "Scoping Part 11." If you could re-send those e-mails if they are in fact missing, or let us know that we received everything.

Thank you again for taking the time to submit all of the material that you did.

Kate Wynant

**Kate Wynant**
EMPSi  Environmental Management and Planning Solutions, Inc.
3775 Iris Avenue, Suite 1A
Boulder, CO  80301
tel:  303-447-7160    fax: 866-625-0707

*www.EMPSi.com    Bringing clarity to the complex* ™

*GSA Contract GS10F-0412S        HUBZone-certified*

Denver      Reno      San Francisco      Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

3/11/2010

BLM_0081012



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ridgway Trails Group
Richard Durnan, Chair
PO Box 2065
Ridgway, CO 81432

Dear Mr. Durnan:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0081013



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ouray Trails Group
Roger Smith
PO Box 50
Ouray, CO 81427

Dear Mr. Smith:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081014



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Telluride Business Alliance
Jennifer Hayes
PO Box 1277
Telluride, CO 81435

Dear Ms. Hayes:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081015



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Debbie West
Verizon Wireless
126 West Gemini Drive
Tempe, AZ 85283

Dear Ms. West:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081016



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Val Stow
Synergist Group
326 Main Street, Suite 225
Grand Junction CO 81501

Dear Val Stow:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081017



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Tim Atwater
Mountain Natural Gas
370 Van Gordon Street, Suite 4000
Lakewood, CO 80228

Dear Mr. Atwater:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081018



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Dick Pate
Redwine Resources Inc.
410 17th Street, Suite 1320
Denver, CO 80202

Dear Mr. Pate:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081019



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Mark Mansell
Qwest
222 West 5th Street, Room 103
Pueblo, CO 81003

Dear Mr. Mansell:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081020



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Jim Hanson
Public Service of Colorado
550 15th Street, Suite 700
Denver, CO 80202

Dear Mr. Hanson:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081021



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Kent Tomlinson
Nucla-Naturita Telephone
421 Main Street
Nucla, CO 81424

Dear Mr. Tomlinson:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081022



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ken Lawrence
Lawrence Multimedia
P.O Box 443
Norwood, CO 81423

Dear Mr. Lawrence:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081023



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Shelly Moore
Hoak Media
Post Office Box 789
Grand Junction, CO 81502

Dear Ms. Moore:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081024



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Phil Bourassa
High Mesa Gravel LLC
805 North Crest Drive, Suite 101
Grand Junction, CO 81506

Dear Mr. Bourassa:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of
their land use plan, also known as a Resource Management Plan (RMP). The Planning Area
map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The
BLM is hosting six three-hour workshops to provide an opportunity for local government
officials, community business leaders, and other citizens to discuss regional economic
conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships
   between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions,
   within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene,
and facilitate the workshops. A BLM representative will attend to observe the meetings and will
answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will
post on the project website (http://www.uformp.com).

BLM_0081025



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Kevin Berrett
Delta County Tele-Comm
132 Grand Ave
Paonia, CO 81428

Dear Mr. Berrett:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081026



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

David Kelly
San Miguel Power Association
PO Box 817
Nucla, CO 81424

Dear Mr. Kelly:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081027



# United States Department of the Interior



## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Don Vickers
Mountain Coal Co. LLC
West Elk Mine
PO Box 591
Somerset, CO 81434

Dear Mr. Vickers:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081028



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Jim Cooper
Oxbow Mining Elk Creek Mine
PO Box 535
Somerset, CO 81434

Dear Mr. Cooper:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1)  Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2)  Identify desired local economic and social conditions;
3)  Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4)  Identify partnerships with local communities, organizations, and cooperating agencies; and
5)  Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081029



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Bill Bear
Bowie Resources
PO Box 1488
Paonia, CO 81428

Dear Mr. Bear:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081030



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Robert Guinn
SG Interests LTD
100 Waugh, Suite 400
Houston, TX 77010

Dear Mr. Guinn:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

BLM_0081031



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Sam Thurner
Riviera Drilling and Exploration Co.
1441 N. Mayfair Road
Milwaukee, WI 53226

Dear Mr. Thurner:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

---

BLM_0081032