

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Lee Fyock
Gunnison Energy Corporation
1801 Broadway, Suite 1200
Denver, CO 80202

Dear Mr. Fyock

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

John Muire
Cabot Oil and Gas
600 17th Street, Suite 900 North
Denver, CO 80202

Dear Mr. Muire:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 # United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Karl Myers
Tri-State
2200 S. Rio Grande Avenue
Montrose, CO 81401

Dear Mr. Myers

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:

1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 # United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Ken Davenport
DMEA
11925 6300 Road
Montrose, CO 81401

Dear Mr. Davenport:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Con Hirschfield
Thunder Mountain 4-Wheelers
P.O. Box 203
Delta CO 81416

Dear Con Hirschfield:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Suzanne Jones
The Wilderness Society
1660 Wynkoop Street, Suite 850
Denver CO 80202

Dear Ms. Jones:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 # United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Roz McClellan
Rocky Mountain Recreation Initiative
1567 Twin Sisters Road
Nederland CO 80466

Dear Ms. McClellan:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Bryan Martin
Colorado Mountain Club
PO Box 1348
Carbondale CO 81623

Dear Mr. Martin:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Martha Grewel
Black Canyon Audubon
PO Box 387
Delta CO 81416

Dear Ms. Grewel:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Rob Peters
WSERC
PO Box 1612
Paonia CO 80302

Dear Mr. Peters:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Hilary White
Sheep Mountain Alliance
PO Box 389
Telluride CO 81435

Dear Ms. White:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Amy Montano
Western Colorado Congress
124 North Sixth Street
Grand Junction CO 81502

Dear Ms. Montano:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:

1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



**United States Department of the Interior**

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

David Gann
The Nature Conservancy
1404 Hawk Parkway
Montrose CO 81401

Dear Mr. Gann:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Friends of the Uncompahgre River
Elizabeth Roscoe
121 Park Ave
Montrose, CO 81401

Dear Ms. Roscoe:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Delta-Montrose Technical College
Caryn Gibson, Director
1765 Hwy 50
Delta, Co 81416

Dear Ms. Gibson:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Jim Free
Uncompahgre Plateau Project
PO Box 2014
Montrose CO 81401

Dear Mr. Free:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:

1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Anthony Theos
Colorado Wool Growers Association
8833 Ralston Road, Suite 200
Arvada, CO 80002

Dear Mr. Theos:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Terry Frankhauser
Colorado Cattlemen's Association
8833 Ralston Road
Arvada, CO 80002

Dear Terry Frankhauser:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Megan Mueller
Center for Native Ecosystems
1536 Wynkoop Street, Suite 303
Denver CO 80202

Dear Ms. Mueller:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Joe Neuhof
Colorado Environmental Coalition
546 Main Street, #402
Grand Junction, CO 81501

Dear Mr. Neuhof:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:

1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Heather Tischbein
Uncompahgre Valley Association
PO Box 1931
Grand Junction, CO 81502

Dear Ms. Tischbein:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Plateau Mountain Bike Trail Association
Chris Muhr, President
PO Box 4602
Grand Junction, CO 81502

Dear Mr. Muhr:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Plateau River Outfitters Association
Julia Schneider
PO Box 1662
Buena Vista, CO 81211

Dear Ms. Schneider:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Colorado Outfitters Association
Dick Ray
481 A Highway 84
Pagosa Springs, CO 81147

Dear Mr. Ray:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Gold Prospectors Association of America, Western Colorado Chapter
Jay Castle
545 N. Coffman Lane
Olathe, CO 81425

Dear Mr. Castle:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Energy Fuels Resources
Dick White
PO Box 888
Nucla, CO 81424

Dear Mr. White:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Western Small Miners Association
James D. Black
225 Redvale Rd
PO Box 34
Redvale, CO 81431

Dear Mr. Black:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:

1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Great Northern Gas Company
Randy Marsing
621 17th Street, Suite 2150
Denver, CO 80202

Dear Mr. Marsing:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Dennison Mines
595 Bay Street, Suite 402
Toronto, Ontario
M5G 2C2
CANADA

Dear Sir or Madam:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Nuvemco LLC
Tom Digrappa
Linda "Sue" Carter
10771 3200 Road
Hotchkiss, CO 81419

Dear Mr. Digrappa and Ms. Carter:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

 

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

IN REPLY REFER TO:
1610 (RMP)

February 17, 2010

Uncompahgre Watershed Planning Partnership
Sarah Sauter
PO Box 1679
Paonia, CO 81428

Dear Ms. Sauter:

The Bureau of Land Management (BLM) Uncompahgre Field Office has initiated a revision of their land use plan, also known as a Resource Management Plan (RMP). The Planning Area map is enclosed.

Social science and economic information will be integrated into the RMP planning process. The BLM is hosting six three-hour workshops to provide an opportunity for local government officials, community business leaders, and other citizens to discuss regional economic conditions, trends, and strategies.

Objectives of the workshops are to:
1) Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands;
2) Identify desired local economic and social conditions;
3) Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners;
4) Identify partnerships with local communities, organizations, and cooperating agencies; and
5) Identify important sources of information regarding social and economic issues.

A draft agenda is enclosed. Consultants and facilitators have been hired to organize, convene, and facilitate the workshops. A BLM representative will attend to observe the meetings and will answer questions if needed.

Each workshop will be recorded and the discussion made available in a report, which BLM will post on the project website (http://www.uformp.com).

You are invited to send one representative from your organization to one or more meetings, whichever meeting(s) is preferable to your organization. The workshop locations, dates, and times are:

| | |
|---|---|
| Montrose | Tuesday, March 9, 2010, 1:30 pm – 4:30 pm |
| Delta | Wednesday, March 10, 2010, 9:00 am – Noon |
| Hotchkiss | Wednesday, March 10, 2010, 2:00 pm – 5:00 pm |
| Ridgway | Tuesday, March 16, 2010, 2:00 pm – 5:00 pm |
| Norwood | Wednesday, March 17, 2010, 9:00 am – Noon |
| Naturita | Wednesday, March 17, 2010, 2:30 pm – 5:30 pm |

Contact Bill Bottomly at (970) 901-9079 or (970) 249-7056 if you need additional information.

RSVP to Bill Bottomly by Tuesday, March 2, 2010 to let BLM know which workshop you plan to attend or if you cannot attend.

We look forward to hearing from you and to your continued participation in the RMP revision.

Sincerely,

Barbara Sharrow

Barbara Sharrow
Field Manager
Uncompahgre Field Office

Enclosure: Uncompahgre Planning Area map
Draft agenda for workshop

IN

Mr. Bruce Krickbaum
RMP Project manager
Bureau of Land Management
2465 S. Townsend Avenue
Montrose, Colo. 81401

FEB 17 2010
BY:

Dear Mr. Krickbaum:

A-PI WSR

Regarding the change in management of the San Miguel River and Dolores River corridors I feel that going to a scenic or more may be too restrictive. The potential loss of private property rights would be costly to a large number of people.

The recreational value would not be increased and the scenery can not be improved. Keeping the management as it has been would be best I feel.

Lonnie Taylor

10

Received
FEB 2 2 2010
Field Office

IN

1 A-PI WSR

Mr. Bruce Krickbaum,

I am writing to voice my opinion in regar to the Wild and Scenic River Act. There is no sensible reason to turn the San Miguel River into a Wild and Scenic River.

2 A-PI WSR

As a member of the Western Colorado chapter of the GPAA, I do not want to be treated the same way the governmen treated the American Indian. We have claims on the river that have been granted by you, and now you are threatening to take them back. Too often the government to back lands granted to the Native Americans.

3 A-PI WSR

The water ditch managed by Mustang Water would have to be destroyed under your plan. This ditch serves ranchers and the Town of Nucla. Would the utilities that currently cross the river have to be rerouted, and at whose expens

4 A-PI WSR

Let's keep this river the way it is now so that All Americans can use the river the way we have been able to use it.

Thanks for your consideration



# Uncompahgre Resource Management Plan

note: end of unique comments and start of form letter

...ou to provide your comments by filling out and submitting this comment form by February 26, 2010. Email ...form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, ...baum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

Received
FEB 22 2010
Uncompahgre Field Office

First Name Jerry Last Name Brown Date 2-18-10

Mailing Address 654 Howard St.

City Delta State CO Zip 81416

E-mail Address ______

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☐Email materials ☒Hard-copy materials ☐No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☐Individual (no affiliation) X☑Citizen's Group - WSGPAA ☐Regulatory Agency
☐Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☐Unit 5 ☐No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☑Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?______ ☐ Other Country - Which?______

3. If you live in the planning area, how long have you lived here? Years______Months______

4. Why do you live here? ☐Occupation ☐Family ☑Proximity to public lands ☑Recreational Opportunities ☐Other______

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR,** just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.
**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**
**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR.**

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

**Please provide any additional comments that you have regarding this project.**

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers.** To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act.** The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

Jerry Brown

# Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name ~~Don Douglas~~ Don Last Name Douglas Date 2-18-10

Mailing Address Po Box 554

City CEADEREDGE State CO Zip 81413

E-mail Address ______

Received FEB 22 2010 Uncompahgre Field Office

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☐Email materials ☒Hard-copy materials ☐No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☐Individual (no affiliation) X☐Citizen's Group - WSGPAA ☐Regulatory Agency
☒Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☐Unit 5 ☐No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☒Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?______ ☐ Other Country - Which?______

3. If you live in the planning area, how long have you lived here? Years______ Months______

4. Why do you live here? ☐Occupation ☐Family ☒Proximity to public lands ☒Recreational Opportunities ☐Other______

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR,** just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.

**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**

**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR.**

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

**Please provide any additional comments that you have regarding this project.**

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers.** To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act.** The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

# Uncompahgre Resource Management Plan

NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

Received FEB 22 2010 Uncompahgre Field O

First Name Joseph Keith Last Name Fellin Date__

Mailing Address 2261 Essex Ct

City Montrose State CO Zip 81401

E-mail Address KFellin@ci.co.Montrose.US

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☒Email materials ☐Hard-copy materials ☐No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☐Individual (no affiliation) ☒Citizen's Group - WSGPAA ☐Regulatory Agency
☐Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☒Unit 5 ☐No *(Refer to map for unit numbers)*
2. If you do not live in the planning area, where do you live: ☒Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?____ ☐ Other Country - Which?____
3. If you live in the planning area, how long have you lived here? Years 47yr Months____
4. Why do you live here? ☒Occupation ☒Family ☒Proximity to public lands ☒Recreational Opportunities ☐Other____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR,** just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.

**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**

**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR.**

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

**Please provide any additional comments that you have regarding this project.**

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers**. To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act**. The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

 IN

# Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

Uncompahgre Field Office
FEB 12 2010
Received

First Name Bill Last Name Pease Date 4 Feb-2010

Mailing Address 286 SE Greenwood AV

City Cedaredge State CO Zip 81413

E-mail Address pzpod22@yahoo.com

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: X■Email materials ❑Hard-copy materials ❑No
Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

❑Individual (no affiliation) X■Citizen's Group - WSGPAA ❑Regulatory Agency
❑Non-profit Organization ❑Elected Representative ❑Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? X■Unit 1 ❑Unit 2 ❑Unit 3 ❑Unit 4 ❑Unit 5 ❑No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ❑Colorado (west slope) ❑Colorado (front range or plains) ❑Other State - Which?______ ❑ Other Country - Which?______

3. If you live in the planning area, how long have you lived here? Years 1 Months 10

4. Why do you live here? ❑Occupation ❑Family ❑Proximity to public lands ❑Recreational Opportunities ❑Other Retired

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

1 A-PI WSR

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

2 A-PI WSR nd th 3 A-PI WSR t changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR,** just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

4 A-PI WSR nd the 5 A-PI WSR changes would you make to administration (such as management actions, rules, regulations, etc.)?

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.

**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**

**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR.**

6 A-PI WSR

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

7 A-PI WSR

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

8 A-PI WSR e 9 A-PI WSR 10 A-PI WSR garding this project.

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers.** To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act.** The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

IN

February 19, 2010
452 Grand avenue
Delta, CO 81416-2023

Received
FEB 22 2010
Uncompahgre Field Office

BLM UFO
ATTN: Bruce Krickbaum
RMP Project Manager
2465 S. Townsend ave.
Montrose, CO 81401

Sir:

1 A-PI REC

2 A-PI WAS (rest of page)

My wife and I are lifelong residents of Colorado. We enjoy camping, hiking, fishing, hunting, rock-hounding, and most recently gold prospecting. It is with great concern that we have recently learned of the BLM plan to put a large portion of the San Miguel River into a Wild and Scenic program.

We do not agree with the BLM plan to place that section into a WSR program. The enclosed papers express our views and total dissatisfaction with the BLM plan. In addition we also believe that the plan is being pushed by a few who believe that public land should be used only by them in their own method. This is basically discrimination on their part and by the BLM if this plan continues.

(over)

3 A-PI WSR

We have visited that portion of the San Miguel and there was not enough water in the river to raft, canoe, or kayak. The setting was serene and beautiful and should be enjoyed by all, including gold prospectors. We have just started learning to pan for gold, not in hopes of hitting vast riches but in the enjoyment of being outdoors in an enjoyable hobby.

4 A-PI WSR

We would hate to see the BLM pursue their program of turning the San Miguel into a Wild and Scenic River. Contrary to what our state governor believes about Colorado loving California, we totally disagree with him and those supporters. Following their example of shutting down all personal dredging for gold is totally unacceptable to our state.

Please remember that your logo at the top of the enclosed papers says that it is a National System of Public Lands. Keep it open to all activities including gold prospecting.

Sincerely,

Thomas F Panter



# Uncompahgre Resource Management Plan

Note: end of unique comments and start of form letter

...omments by filling out and submitting this comment form by February 26, 2010. Email ...n.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, ...Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name Thomas Last Name Panter Date 2-19-2010

Mailing Address 452 Grand Avenue

City Delta State Colorado Zip 81416-2023

E-mail Address twfpanter@yahoo.com

Uncompahgre Field Office
FEB 22 2010
Received

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☒Email materials ☒Hard-copy materials ☐No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☐Individual (no affiliation) X☒Citizen's Group - WSGPAA ☐Regulatory Agency
☐Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☒Unit 4 ☐Unit 5 ☐No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☐Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?______ ☐ Other Country - Which?______

3. If you live in the planning area, how long have you lived here? Years 29 Months 6

4. Why do you live here? ☒Occupation ☐Family ☐Proximity to public lands ☐Recreational Opportunities ☐Other______

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR,** just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.

**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**

**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR.**

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

**Please provide any additional comments that you have regarding this project.**

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers.** To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act.** The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

 # Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

Uncompahgre Field Office
FEB 1 9 2010
Received

First Name Bill Last Name Pease Date 4 Feb-2010

Mailing Address 286 SE Greenwood AV

City Cedaredge State CO Zip 81413

E-mail Address pzpod22@yahoo.com

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: X☒Email materials ☐Hard-copy materials ☐No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☐Individual (no affiliation) X☒Citizen's Group - WSGPAA ☐Regulatory Agency
☐Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? X☒Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☐Unit 5 ☐No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☐Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?____ ☐ Other Country - Which?____

3. If you live in the planning area, how long have you lived here? Years 1 Months 10

4. Why do you live here? ☐Occupation ☐Family ☐Proximity to public lands ☐Recreational Opportunities ☐Other Retired

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR**, just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.

**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**

**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR**.

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

**Please provide any additional comments that you have regarding this project.**

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers.** To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act.** The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

A-PI WSR (first page only--rest is form letter)

IN

Dear Sir or Whom it may concern

The pro posed action to turn the San Meigel River into Wild + Secenic is propostercus, I am a small time recreational prospector who enjoy's my time on the river. while there I clean up behind my self and other's.

In my opinion I do more good than harm to the river and it's ajacecent lands. as well as influencant the economy of the local area.

Thank you for listing

Tom Wettersched

[signature]

745 JOHN CT

Fruita CO 81521

Received

FEB 22 2010

Uncompahgre Field Office



# Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name Tommy Last Name Walterscheid Date 2-18-10

Mailing Address 745 JOANN CT

City Fruita State CO Zip 81521

E-mail Address Walterscheid@Bresnan.net

Received FEB 22 2010 Uncompahgre Field Office

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☐Email materials ☒Hard-copy materials ☐No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☒Individual (no affiliation) X☐Citizen's Group - WSGPAA ☐Regulatory Agency
☐Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☐Unit 5 ☒No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☒Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?______ ☐ Other Country - Which?______

3. If you live in the planning area, how long have you lived here? Years 25 Months______

4. Why do you live here? ☒Occupation ☒Family ☒Proximity to public lands ☒Recreational Opportunities ☒Other SPACE

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank*

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

**San Miguel River section from the irrigation diversion dam near Horsefly Creek down to the Pinon bridge. I do not believe it should become part of the WSR system for several reasons:**

1. The river bed below the diversion dam is almost dry from June to November due to local water needs.
2. Presence of a 30" trans-Colorado gas pipeline crossing under the river near the diversion dam.
3. Overhead power line crossing about a quarter mile upstream (S) of the Pinon bridge.
4. A road extending up the east side of the river that is used to access and maintain: 2 campgrounds, the diversion dam, the gas pipeline, the power line, private land alongside the river, and the water ditch.
5. A water ditch (CCC ditch managed by Mustang Water) that runs from the dam along the east side of the river above the road for this entire section of the river. Ditch is inside the WSR 1/4 mile river bank zone.
6. Presence of extensive old placer mining activity above the Ledges Campground done in the 1950's.
7. Negative effects that the WSR designation would have on the ability of Mustang Water to provide water for Nucla and its other customers, and for any maintenance or improvements to the dam and ditch system.
8. No outstanding geologic formations, absence of rare or endangered plants, no historical sites.
9. Negative impact on private ranchers grazing livestock and raising hay on their land in the 1/4 mile zone.

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**This section of the river is not outstanding, it would take too many changes to make it fit the intent of the WSR act. It would require destroying the dam and ditch to make this section a good candidate for the WSR classification. This would negatively impact the domestic water supply for Nucla and the livelihoods of the farmers and ranchers who depend on the Mustang Water Authority who operate the diversion dam and CCC ditch.**

**It would be best to remove this section of the river from consideration for inclusion in the WSR,** just like the next section of the river below the Pinon bridge that flows past Nucla and through Naturita.

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

The simple way to manage this section of the river is to exclude it from the WSR designation and manage it with the present (1989) ACEC / SRMA regulations. This section of the river is very much like the section of the river that runs from the Pinon bridge downstream through Naturita.
**It seems as though this whole effort by the BLM to include so much of the San Miguel river system into the WSR is meant only to satisfy the wants and desires of a few fishermen, rafters, kayakers, and tourists.**
**The BLM does not seem to care about the water needs of, or the hardships and negative effects on: local ranchers, farmers, Nucla townspeople, and miners, that would result if this section of the river is included in the WSR.**

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**This section of the river is only used by the rafters, fishermen, and kayakers during spring runoff.** Around the middle of June after water diversion has started, the water flow drops too low for boating and fishing. Then the gold miners clean up the trash and feces left on their claims by the boaters and fishermen. The miners use the river bed for placer mining into the month of November. In addition to cleaning up the boating and fishing refuse, the miners also remove hazardous mercury and lead (lost fishing weights and bullets) from the river bottom environment which benefits fish and whoever eats the fish.

**Townspeople, local farmers, and ranchers utilize the resource throughout most of the year. The present management system provides the best access and use of the valuable water resources for the most people without negatively impacting the area.**

**Please provide any additional comments that you have regarding this project.**

The present ACEC & SRMA plans provide protection for the habitat, the river, and the many water users. It is also compatible with private landowners. **Putting this section of the river into the WSR system will only cause water problems with townspeople, private landowners, ranchers, and farmers.** To me, the WSR is a bad plan for most of the main stream of the San Miguel . It might make sense to put some of the river's tributaries into the WSR such as Horsefly and Beaver Creeks. Also some more remote sections of the river could be included, such as the river between Clay Creek and upstream of the diversion dam. **But a lot of the San Miguel downstream from Telluride is too developed and settled to meet the original intent of the WSR act.** The BLM's money and people could be better utilized working in other more pressing areas of land management. Trying to put most of the watercourses in the Uncompahgre management area into a WSR designation isn't wanted or needed, and **doing this just to please some tourists isn't wise.**

Feb 18, 2010

Received
FEB 24 2010
Uncompahgre Field Office

1 A-PI WSR

To Whom It May Concern:

I am writing to express my concern for more restrictions regarding the San Miguel River. I am a prospector and current placer claim holder on the San Miguel.

It has been proven that dredging with a small dredge (4" or less) not only cleans the sediment left from snow melt and storms and enhances fishing habitat, but also cleans the river of harmful mercury and lead from fishing.

We as prospectors live by a code of ethics leaving the area cleaner than we found it, many times cleaning up trash and feces left by kayakers and rafters. We fill in our holes. We are good stewards of the land. We do not interfere with kayakers and rafters as they require high water and we require low water.

Please protect our freedom to access and use this river that we love, respect, and protect.

Ilene Lewis
Montrose, Colorado

IN

Received
FEB 2 2 2010
Uncompahgre Field Office

18 FEB 2010

Dear Mr Krickbaum:

I am a member of The Colorado GPAA Prospectors club of Olathe, we have several claims on The San Miguel River from Placerville to The Pinion Bridge where we Enjoy Gold Prospecting.

1 A-PI WSR

We take better care of our claims Area and The River Than The Rafters and Kyackers. And our mining Activities Do not interfere with Them.

2 A-PI WSR

I Do not Believe That Putting The River Area That we lose into the "Wild and Scenic Rivers" Act will Benefit The Public at Large.

3 A-PI WSR

I'm 67 years old and a Native of Western Colorado And I Think That I should Have a Right to Enjoy The Water Area's in Question with out Some Body telling me That I Can't.

Duane C. Renfrow
P.O. Box 665
Montrose, Colo 81402-0665

RECEIVED
MAR 1 2010
BY:

IN

2/19/2010

To whom it may concern:

I am employed by Mica Ag Inc/ Escalante Ranch as the irrigater of the land.

1 A-PI DE-WSR

I am very concerned about the decision to turn the Gunnison River and Escalante Creek areas into the wild and scenic.

I am strongly opposed to the decision to do so as it poses great threat to my job in provision for my family of five if MICA AG INC/Escalante Ranch is terminated.

Please consider the livelihood of those who live on and around the Gunnison River and the Escalante Creek areas. We are concerned citizens who excercise our rights as American citizens in voting processes and legal matters.

In the event of being driven out of our home, adequate compensation will be expected.

Concerned citizen, Alan Malcolm

BLM 0081087

IN

Received
FEB 24 2010
Uncompahgre Field Office

Feb. 19, 2010

RMP project manager
Bruce Kickbaum
2465 S. Townsend Ave.
Montrose, Co. 81401

R.E. Uncomphagre resource management plan:

Mr. Kickbaum;

1 A-PI WSR

This plan for the San Miguel and Deloris river area is very disturbing to me.

I strongly oppose any plan like this to our public lands. which would revoke our freedom to use them.

2 A-PI WSR

Our country desperetely needs a clean sourch of renewable energy and, hydropower is a clean sourch. At the time we have no other real resources

BLM 0081088

and until we get some and
it becomes plentiful, our
Country needs gas, oil, and
mineral such as uranium.

3 A-PI WSR

Please! Do not restrict
or revoke our freedom to
use our public lands
for clean responsible mineral
extraction and please do
not restrict our uncompahgre
BLM resource with a
wild and scenic designation.

Judy Nobles
P.O. box 178
Austin, Co. 81410

**SG Interests I, Ltd.**                    100 Waugh, Suite 400                    Houston, Texas  77007

February 19, 2010

Transmitted via email to UFORMP@blm.gov
and US Mail

Bruce Krickbaum
RMP Project Manager
2465 S. Townsend Ave
Montrose, CO  81401

Re:  Uncompahgre Resource Management Plan

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Resource Management Plan (RMP) for public lands and federal minerals in the Uncompahgre Resource Area managed by the Bureau of Land Management.

SG Interests (SG) has owned oil and gas leases in the northeast portion of the Uncompahgre RMP Planning Area (Muddy Creek Area) since 2000.  We have drilled 16 wells in the Muddy Creek Area, and are planning on drilling another 4 to 6 this coming season.  So far all of our wells are capable of producing natural gas in paying quantities.  We have also invested in the drilling of a water disposal well and installation of water transportation pipelines to dispose of produced water from some of the 16 wells mentioned above, in order to responsibly reduce vehicle traffic in this area and dispose of produced water in approved formations thousands of feet underground.  At this time, SG owns approximately 70,000 acres of oil and gas leases in the Muddy Creek Area of which approximately 60,000 are federal leases.  We plan to continue to develop the natural gas resources in the area as evidenced by our ongoing Bull Mountain Unit Environmental Assessment for the development of 150 wells which is currently in process with the Uncompahgre Field Office, as well our permitting efforts to develop other leases outside of the Unit.  As you know, in 2009 we completed the 25.5 mile Bull Mountain Pipeline under Special Use Permits issued by the BLM and USFS to transport gas from the Muddy Creek Area to regional and national markets.

SG has undertaken these development activities with the assumption and understanding that it is the desire of the BLM, Department of the Interior, and American public to develop this significant on-shore energy resource in a responsible and prudent manner to meet our nation's energy needs.

SG Interests I, Ltd., A Limited Partnership                    Gordy Oil Company, General Partner
(713) 951-0100        Fax: (713) 951-0191

SG has been a partner with the US Forest Service and Colorado Division of Wildlife by contributing to hundreds of acres of habitat improvement for the benefit of regional big game herds which has had significantly more benefit to the wildlife resources of the area than what our potential impacts have been. Our contributions to CDOW's and the USFS's efforts included regeneration of elk and mule deer winter range habitats in the Muddy Creek basin, moose and big game habitat utilization studies, and prescribed fires on the White River National Forest for the benefit of big game winter ranges and elk calving areas. All of these activities would not have taken place if it were not for our understanding of how we fit in as a long-term partner in management of our public lands, and that the development of mineral resources can co-exist with multiple uses of our public lands, and provide a realized on-the-ground benefit to public lands management in these times of funding shortfalls.

SG Interests has made significant capital investments in infrastructure in the development of federal mineral interests in the Muddy Creek Area. SG has been operating in the area for 7 years now and has developed long-term relationships with land owners and local governments. These investments are dependent on the continued availability and access to our mineral leases, some of which we purchased 10 years ago. We purchased those early mineral leases with no protest from outside special interests groups, who are now more interested in limiting the multiple-use land ethic and have been attempting to limit our access to legally purchased mineral leases. We would appreciate the BLM's recognition of our long-term investment in the area, and realize that we are committed to the responsible, appropriate, and beneficial utilization of the publicly owned mineral resource.

SG Interests activities in the area have had a significant beneficial economic impact through the hiring of local residents. We have utilized local contractors and businesses for much of our development and operational efforts. We realize that you are hearing from many folks who are opposed to our efforts, but we contend that there are many locals who appreciate, benefit from, and desire our efforts to continue. Indeed, many of the long-time ranching families in the area strongly appreciate and are willing partners in our efforts, and are still able to continue their multi-generational agricultural operations due to our presence and partnership with them.

SG's oil and gas development activities in the Muddy Creek Area have not displaced any other uses such as recreation or grazing. Natural gas development, public lands grazing, hunting, fishing and recreational use of our public lands have seen a long-time coexistence on the Western Slope of Colorado and in the Muddy Creek Area, while still preserving the values of Wilderness and open spaces. Despite this one special interest group is pursuing by congressional means to designate part of the Muddy Creek Area (a part which contains 50 miles of classified roads, power lines, oil and gas pipelines, 10 gas wells, and 1 compressor station) as Wilderness. This area does not meet the qualifications criteria as Wilderness, and their congressional means bypasses the public process and ignores our legal right to develop valid pre-existing leases. Nevertheless, we are optimistic and committed to continuing the responsible multiple-use ethic and continuing our positive relationship with land management agencies, local governments and

local communities in providing a diverse economic base for the area while responsibly extracting a locally and nationally important energy resource following stringent environmental regulations. We believe that developing energy resources utilizing the latest technology will have long-term benefits for local communities, national energy policy, and global environments by conducting business here in the U.S. and by doing it right.

1 A PI NRED

[In the development of the RMP for the Uncompahgre Resource Area, we would like the BLM to consider the capital investment SG and other energy development companies have made in the legal purchase of federal and private mineral interests under the assumption that we would be able to develop these resources. If we had believed that there would be a restriction or change in policy that curtailed this development, we would have likely considered other alternatives. Changing of policy at this time would be unfair, arbitrary, and would have significant impacts on energy companies, local businesses and their families] [We would like the BLM to consider the economic benefit that natural gas exploration and extraction has on local, regional, and national economies, and the benefit from having a broad-based economy for the North Fork of the Gunnison River valley, the Roaring Fork valley, the Uncompahgre River valley, and the Grand Valley.]

2 A PI SE

3 A PI NRED

We would like the BLM to consider the environmental benefit of developing national energy resources, which are done under the highest environmental scrutiny and highest standards in the world, as opposed to the development of energy resources in other countries which do not have our standards of environmental protection and stewardship. Global impacts of energy development are extremely complex and nuanced, and natural gas is still considered one of the most abundant, environmentally benign, and attainable resources. We contend that development of energy resources here in the U.S. will have less of a global impact compared to the environmental costs of development in other countries, and the subsequent transportation of those resources to the U.S. and we would like the BLM to consider this in their Environmental Impact Statement for the RMP.

4 A PI NRED FW

We would like the BLM to consider SG's and our partner, Gunnison Energy Corporation's contributions to local projects designed to enhance and improve habitat for big game on our public lands, which have not only benefited wildlife, but also benefited the public land users that enjoy wildlife for hunting opportunities, but also for non-consumptive uses. These habitat improvement projects have been completed, or are near completion at this time, and show how local energy companies are committed to on-the-ground benefits and can cooperate with local land management agencies and land owners.

5 A PI NRED

We would like the BLM to consider how we are required to follow and/or obtain permits from the following related to mitigating environmental impacts of oil and gas exploration and development: BLM's Onshore Orders, Gold Book Standards and Guidelines and Best Management Practices; CDOW's Standards for Oil and Gas Operations; Gunnison County's Temporary Regulations for Oil and Gas Operations; sections 401 and 404 of the Clean Water Act; the Clean Air Act; Colorado Oil and Gas Conservation Commissions' Rules, Orders and

6 APL NRLD

Permit stipulations; Colorado Department of Public Health and Environment Air Quality Control Division permits; CDPHE Water Quality Control division for stormwater permits; NPDES Temporary Discharge Permit and Minimal Industry Discharge Permit; Department of Transportation's Office of Pipeline Safety; National Historic Preservation Act; Endangered Species Act; and full disclosure under NEPA along with any conditions of approval, terms and conditions, or project design criteria desired by these regulatory and permitting bodies, not to mention the adherence to the Code of Federal Regulations enforced by the BLM, USFS, US Army Corps of Engineers, Environmental Protection Agency and US Fish and Wildlife Service.

7 API NRED

[We have witnessed many occasions where opponents of natural gas exploration and development have claimed that we are not required to follow any environmental regulation and that development of federal minerals will therefore have undue environmental impacts because our industry is unregulated. We humbly and strongly contend otherwise.]

Sincerely,

Robert H. Guinn, II
Vice President - Land

**EXPLORATION RESEARCH, DEVELOPMENT AND ANALYSIS**

P. O. Box 3264
Montrose, Colorado 81401

February 20, 2010

FEB 23 2010

Mr. Bruce Krickbaum
RMP Project Manager
2465 S. Townsend Avenue
Montrose, Colorado 81401

Dear Mr. Krickbaum:

1
A-PI
NRED
TM

ERDA, a Colorado firm dedicated to aiding the mineral exploration business with finding new mineral deposits and the valuation of existing mineral rights for the purpose of proving or disproving exisiting resources, has deep concerns regarding its historic access to mineralized lands on the Uncompahgre Plateau. I personally own acreage at 56320 Holly Road, Olathe, Colorado, from which I launch personalized exploration investigations for coal, oil and gas, uranium, and base and precious metals utilizing jeeps, ATV's and other small wheel based vehicles. We take care to use existing traveled paths so as to minimally disturb any natural resources, but we do need continuing access to these lands via vehicle in order to minimize timely access and transport heavy, single bodied exploration equipment such as surveying tools, gravimeters, magnetometers, etc. Both forest service and BLM lands are accessed from my existing access. Please do not effectuate any management plans or operations which would minimize my existing access to these lands via small wheel based four-wheel drive vehicles, or the use of commonly utilized exploration equipment and techniques.] [The mineral deposits located under the Uncompahgre Plateau are of vital interest, concern, employment opportunity, and tax-base of the United States, State of Colorado, Montrose County, and surroundings.]

2
A-PI
NRED

3
A-GE

Please continue to provide the multiple users of these natural resources the opportunity to make comments on the behalf of the constituency.

I may be reached by calling 970/323-5452 for consultation.

Sincerely yours,

Roy C. Kirkman

Roy C. Kirkman
Principal Investigator

Cc: Perry Pendley, Esq.
Mountain States Legal Foundation

1 970-859-7296 BRSC_PVU Received 09:45:05 02-25-2010 1 /2
FEB 2 5 2010
Field Office

# Uncompahgre Resource Management Plan

PUBLIC LANDS

IN

...ourage you to provide your comments by filling out this comment form by February 26, 2010. Email ...ompleted form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name Tawnia Last Name Welch Date 21 Feb 2010

Mailing Address PO Box 642

City Naturita State Co Zip 81422

E-mail Address marke-welch@yahoo.com

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ☐Email materials ☐Hard-copy materials ☒No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

☒Individual (no affiliation) ☐Citizen's Group ☐Regulatory Agency
☐Non-profit Organization ☐Elected Representative ☐Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ☐Unit 1 ☐Unit 2 ☐Unit 3 ☐Unit 4 ☒Unit 5 ☐No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ☐Colorado (west slope) ☐Colorado (front range or plains) ☐Other State - Which?____ ☐ Other Country - Which?____

3. If you live in the planning area, how long have you lived here? Years 12 Months 5

4. Why do you live here? ☐Occupation ☒Family ☐Proximity to public lands ☐Recreational Opportunities ☐Other____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank you for taking the time to provide your input.*

1 A-PI WSR

...r concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

My concern is regarding the BLM's misrepresentation of Dry Creek. (Hydrologic Unit - San Miguel, River section 15).
Dry creek is not free flowing. It is a dry creek bed 90% of the time in a normal year. The other 10% it is a flash flood, dry in 3-4 days! If you move sage grouse here they will die of thirst! The BLM even refers to it as "intermittent," then later refers to the area as having "low precipitation."

2 A-PI WSR

[Keeping in mi]nd the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

For this area to be considered "wild", it should not contain a uranium mill reclamation site, as it is far from scenic. The scenic geological features will not be changed or harmed by leaving the area open to the public.

* ~~Hecla mining at the south end of the valley.~~

3 A-PI WSR

Keeping in mind the issues above, what changes would you make to administration (such as management [...] regulations, etc.)?

I would leave the area as it is. The public uses the area for Hunting and OHV use. There is no sage grouse population here, but if there was, then I would halt importing predators such as the Lynx, and I would permit trapping of larger predators such as coyotes.

3 A-PI WSR

[Keeping in mi]nd the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

The Dry creek area is inherently remote. Access is limited to ORV's and hikers. I would not pave any roads to the area, nor would I ~~er~~ limit access in anyway, as the existing users are few, and seasonal - ie. hunters and cattle ranchers.

Please provide any additional comments that you have regarding this

4 A-PI WSR

Please consider the economy of Nucla/Naturita area before limiting our resources. We live off of mining and cattle and cannot remain self sustaining with our lands and rights (to hunt, water rights) given to the Government.

5 A-PI WSR



IN

# Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name James Last Name Dowell Date Feb. 22, 2010

Mailing Address P.O. Box 42

City Austin State Colorado Zip 81410

E-mail Address: Gold2bear@yahoo.com

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group

☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) ____________

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☒ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): ____________ ☐ Another Country (which): ____________

If you do live in the planning area, how long have you lived here? Months: ______ Years: 50

Why do you live here? ☒ Occupation ☐ Family ☒ Proximity to public lands ☒ Recreational Opportunities
☐ Other ____________

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

1.) I have great concerns about the government regulating and managing of our recreational and public lands. We as tax paying citizens of this great country know that all this management plan is no more than a government expansion and control over the private sector. Just more regulations and rules to limit our recreational use of our lands.

2.) I have concerns about the illegal closing of access roads and trails in certain areas of our public lands.

3.) I take issue with the government catering only to a small minority of environmental whacko's that want to close access to our public lands because of a fish, bugs, birds, and animals that may or may not live in a certain areas of a river or canyon.

4.) I am concerned about the lack of common sense in managing our public lands.

5.) I am concerned about our government view that if your not an environmental whacko you shouldn't have access to our recreation lands such as recreational prospecting, and fishing.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

s far as physical changes to the landscape of our public lands is open up all the access trails and roads and maintain them instead of sitting at a desk wasting or tax dollars on regulating our public lands through a management plan to keep us off the recreational land.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

s far as management changes are to start working with claims holders, fishermen and all kinds of recreation list's on access to the rivers and streams of our public land. The governments logic is, if there is a complaint from some environmental whacko is to close an area down from and human activity. We need some common sense in taking care of our public lands and some common sense stewardship on the publics part.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

personally think the regulation on camping time on our BLM and Forest Service lands should be changed from 14 days to 30 days. e should be no restrictions on the size of the groups that are using the resources for recreation. I think that all the users of our recreational public lands should use common sense stewardship of the land and water on our public lands.

Please provide any additional comments that you have regarding this project.

personally think our tax dollars would have been better spent on road and trail maintenance not drawing up a plan of attack on the ordinary citizens that use public lands for recreation. The plan was put together to limit and drive out certain recreational groups such as fisherman and recreational dredgers that have legitimate placer claims on the San Miguel River or any other river that have placers on them. And last but not least my comment form is going to be sent to every conservative Governor, Senator, Representative and prospecting club in the state.

***(Please tri-fold this sheet & tape shut before mailing – Do not staple)***

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

RECEIVED
FEB 25 2010
BY:

 Received
FEB 22 2010
Uncompahgre Field Office

IN

Dear Sirs,

My Name is Keith Fellin I am 3rd generation From South west colorado, and a member of WSGPAA. My Family came to Ouray Colo in the Late 1890's and Helped start and make a strong hold of the minning industry in Colo. It helped Develope and mold colorado as we Know it Today Just like the timber and cattle Industry did. So. In my opionion there are to many regulations and Imposition on our lands today, please continue to let us prospect in a recreational way and enjoy our out Doors the way the good lord has intended for us to do.

In god we trust

Keith Fellin

# Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling ou AL ment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name Doug Last Name Fritz Date 2/22/10

Mailing Address 295875 Redlands Mesa Rd

City Hotchkiss State CO Zip 81419

E-mail Address hfd1@tds.net

Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.) Yes: ■Email materials ❑Hard-copy materials ❑No

Please note that planning materials are also available at our website: www.UFORMP.com

Please indicate your affiliation by checking the following boxes (check all that apply):

❑Individual (no affiliation) ❑Citizen's Group ❑Regulatory Agency
❑Non-profit Organization ❑Elected Representative ■Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ❑Unit 1 ■Unit 2 ❑Unit 3 ❑Unit 4 ❑Unit 5 ❑No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ❑Colorado (west slope) ❑Colorado (front range or plains) ❑Other State - Which?______ ❑ Other Country - Which?______

3. If you live in the planning area, how long have you lived here? Years 38 Months______

4. Why do you live here? ■Occupation ■Family ■Proximity to public lands ❑Recreational Opportunities ❑Other______

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank you for taking the time to provide your input.*

1 A-PI VRM

What issues or concerns do you have regarding public land uses or resources within the Uncompahgre RMP planning area?

3.1 Visual Management: Hotchkiss Area seems good, but I would bump up the area N. of Town to Class 1, and add Leroux Creek to the Class 2 level. That's a value judgment I place on those lands. (not data driven)

7.1 Coal, Oil and Gas: I would strongly recommend effective regulations for wildfire prevention and protection for drill sites and gas prep buildings in the Oak Mesa and Leroux Creek areas. Leroux Creek is the watershed source for the Town of Hotchkiss, and is a critical infrastructure asset.

8.2 WUI: We are thankful for the good working relationship between the Hotchkiss Fire Dist. and BLM, and acknowledge both organizations have worked to build this partnership. Some areas of improvement can be achieved: BLM should follow NIMS practices by better accommodating and utilizing local resources on WUI incidents, and actively engage in integrating local management personnel into their system. Also, we have been working for years to begin fuel reduction projects near Hotchkiss, and are hopeful that these beneficial projects will begin soon. We're pleased and confident in the personnel BLM has in place for these tasks, both in years past and presently. HFD is going to provide them as much support as is asked for, and trusts BLM will also support this team and effort.

2 A-PI NRED

3 A-PI FM

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

Consider becoming more NIMS compliant, not by edict, but by stepping up to integrate local resources. By leadership.

4 A-PI FM

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

**Please provide any additional comments that you have regarding this project.**

 # Uncompahgre Resource Management Plan

We encourage you to provide your comments by filling ou AL ment form by February 26, 2010. Email your completed form to UFORMP@blm.gov, or print your completed form and fax it to 1-970-240-5367 or mail it to: BLM UFO, Attn: Bruce Krickbaum, RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name Doug Last Name Fritz Date 2/22/10

Mailing Address 295875 Redlands Mesa Rd

City Hotchkiss State CO Zip 81419

E-mail Address hfd1@tds.net

**Would you like to be added to the RMP mailing list to receive future project-related information? (Your name will not be shared.)** Yes: ■Email materials ❑Hard-copy materials ❑No

Please note that planning materials are also available at our website: www.UFORMP.com

**Please indicate your affiliation by checking the following boxes (check all that apply):**

❑Individual (no affiliation) ❑Citizen's Group ❑Regulatory Agency
❑Non-profit Organization ❑Elected Representative ■Federal, State or Local Government

*Please answer the following four questions about your relationship to the Uncompahgre Planning Area:*

1. Do you live within the planning area? ❑Unit 1 ■Unit 2 ❑Unit 3 ❑Unit 4 ❑Unit 5 ❑No *(Refer to map for unit numbers)*

2. If you do not live in the planning area, where do you live: ❑Colorado (west slope) ❑Colorado (front range or plains) ❑Other State - Which?____ ❑ Other Country - Which?____

3. If you live in the planning area, how long have you lived here? Years 38 Months____

4. Why do you live here? ■Occupation ■Family ■Proximity to public lands ❑Recreational Opportunities ❑Other____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, where applicable please reference the planning units in the Planning Unit Map on our Planning webpage. Thank you for taking the time to provide your input.*

**What issues or concerns do you have regarding public land uses or resources within the Uncompahgre 1 A-PI LR area?**

Land Transfer: Most of the areas around Hotchkiss depicted by the map showing potential land disposal parcels are fine. The parcels chosen are surrounded by private lands, have access, and can be developed or purchased by citizens for conservation purposes resulting in better land stewardship than BLM has been able to provide. Ownership of lands, particularly the hodgepodge of public and private lands in this area complicates firefighting. One parcel chosen needs to be examined closely with the Town of Hotchkiss, and may be taken out of the proposed sale because there may be a needed ROW to correct water problems. 

**Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?**

**Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?**

**Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?**

2 A-PI LR

**Please provide any additional comments that you have regarding this project.**

Making these lands available to ownership by private citizens will increase the local tax base, and will allow for better management of the lands than BLM has been able to provide.

IN

Received
FEB 2 2 2010
Uncompahgre Field Office

1 A-PI WSR

To whom it may concern

As a gold prospectors who has gold claims on the San Miguel River we are concerned that there was no information given about our rights as prospectors. All that was metioned as boaters and fisherman.

We don't want it to be part of the WSR system. We are not doing any damage to the river. We feel we are cleaning up the river. We have picked up trash (from the boaters) we have gotten mercury out, broken glass, lead weights.

We also feel that it will affect the water rights of the people in Nucla.

2 A-PI WSR

Please concider our rights

Wekea Littlefield
Vice President WCCPAA.

IN

Received
FEB 22 2010
Uncompahgre Field Office

1 A-PI WSR

Dear Mr. Kricklaum:

I am writing this in support of maintaining the present RMP governing the San Miguel river. I do not believe that putting the section from Placerville to the Pinon bridge into the "Wild and Scenic Rivers" act will benefit the largest amount of the river users and the public at large. Putting this section into the WSR really only benefits fisherman, Rafters, and tourist at the expense of the local water users and the domestic water supply for Nucla.

I am a member of the Colorado GPAA Prospectors club from Olathe. We have several claims in this area. We have tried to find out what changes to our claims that the WSR designation would cause.

2 A-PI WSR

This all appears to be done with the intent to deny access to the claims utilizing any flimsy excuse that can be dreamed up by the BLM Personnel. There seems to be a national trend in the BLM management to exclude local water rights and local water uses in favor of tourist, fisherman, Rafters and other so-called ECO FRIENDLY groupies.

3 A-PI WSR

Please leave the San Miguel River alone the is already enough Regulations in effect as it stands.

Thank you
Willis [signature]

IN

Received
FEB 22 2010
Uncompahgre Field Office

1 A-PI WSR

Sir -

As The Owner of A BLM Mining Claim on The San Miguel River Above The Pioneer Bridge, I Find it Unbelievable That You DoNot Have Anything in your Brochure About Prospecting on The River And Have Not Included our Interest in Any of Findings

2 A-PI WSR

Please take The Time to Familiar your Self with our Group And Understand what we Do.

Thank You

Ronnie Rocco
[illegible] Dr
Grand Jct Co 81501

IN

Received
FEB 22 2010
Uncompahgre Field Office

Dear Sir

1 A-PI WSR

I am an owner of a placer claim on the San Miquel River above the Pinyon Bridge. I wanted to write and let you know about the good things I am doing to improve the river and the quality of the fish Population. Not only do I remove lead from the river, I remove old mercury from 1900 mining habits. By creating temporary fish gabions there is a better area for fish to spawn. I also clean the camp ground areas and am a good steward of the river.

2 A-PI WSR

3 A-PI WSR

Thank you

Mike Shutte

IN

Received
FEB 2 2 2010
Uncompahgre Field Office

To Whom it may concern

1 A-PI WSR

I am writing to oppose the plans that the BLM is wanting, to make the rivers around here a very limited use situation. That is not the best intrest of all the people that live here in Colorado. Especially the ones that work and actually mostly support the income of these Govt. + State agencies.

Enough is Enough

Thank you

Guy Wright

Guy Wright
970-209-8634



# Uncompahgre
# Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name JEFF Last Name CAMPBELL Date 2/23/2010

Mailing Address 16739 SHAVANO VALLEY ROAD

City MONTROSE State COLORADO Zip 81403

E-mail Address: JEFFCAMPBELL@TERESACAMPBELLCPA.COM

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group
☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) ______

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): ______ ☐ Another Country (which): ______

If you do live in the planning area, how long have you lived here? Months: ______ Years: 32

Why do you live here? ☒ Occupation ☒ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other ______

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on page 1 of the Uncompahgre RMP Newsletter (December 2009) or refer to the project Web site to download the map. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.*

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

1 A-PI WSR

My main concern is when is the Government going to wake up and realize they are broke, no money.This is just more governmental land grabs, that will end up costing tax payers more money. Nothing good will come from the change of designation for the San Miguel. The process you are going through right now is costing a bankrupt government more money.

We hold claims on the river, multiple families could eek out a livening if necessary. We pay fees every year to the BLM for being a claim holders, it makes no sense to take more money out of the BLMs coffers to add more regulation, plus take away more of our public lands.

2 A-PI WSR

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

All of these questions are summed up in my previous comments. The BLM needs to generate income, not add more employs and regulations. Look around, tax revenue is down and your wasting more tax dollars for what. Please wake up, the San Miguel isn't broken stop trying to fix it.

3 A-PI WSR

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



Received
FEB 2 5 2010
Uncompahgre Field Office

**GUNNISON ENERGY CORPORATION**
**AN OXBOW COMPANY**

February 23, 2010

Bruce Krickbaum,
RMP Project Manager
2465 S. Townsend Ave
Montrose, CO 81401

Re: Uncompahgre Resource Management Plan

Gunnison Energy Corporation ('GEC') appreciates the opportunity to comment to Uncompahgre Field Office on the proposed Resource Management Plan. GEC has been involved in natural gas exploration in the northern portions of the Uncompahgre Resource Area since 2000. We hold numerous federal as well as fee oil and gas leases in the southern end of the Piceance Basin and we are actively exploring for and producing natural gas from these same leases.

1 A-PI NRED

The Piceance Basin extends from the North Fork Valley northward into Wyoming and has been an active and very productive oil and gas producing source, especially along the I-70 corridor. The southern end of the basin has been explored as far back as the 1950's. Only now has the technology and to some extent the infrastructure become available to fully explore and determine the real potential of the southern end of the Basin. We believe the North Fork Valley has very high potential to contribute to not only Colorado's energy requirements but to the nation as a whole. We, therefore, encourage the BLM to work with the State of Colorado, local governments and the oil and gas industry to make the natural resources available the nation needs so badly.

2 A-PI NRED

GEC and other natural gas exploration companies have invested millions of dollars of capital to obtain the rights to explore and hopefully develop resources. Coal mining companies in the North Fork Valley have done the same. Both extractive industries are key to the future of economic development in the area. BLM must take this into consideration when re-writing the Plan. [Radical changes in the direction of the Plan would potentially upset years of planning and millions of dollars of investment from all the various industries present in the Valley.]

3 A-PI NRED

4 A-PI NRED

Plan changes, specifically changes in lease stipulations, should be made carefully so they do not adversely affect existing lease stipulations whether on BLM, US Forest or split estate. [Stipulations as finalized in the 1991 Oil and Gas Leasing Amendment should be left as they currently are. Oil and gas exploration is not an overnight event. Serious long term planning is required to evaluate and produce oil

1801 Broadway, Suite 1200 Denver, Colorado 80202
Phone: 303-296-4222 Fax: 303-296-4555

and gas no matter where the operations occur. This requires years of planning which includes designing operations for existing stipulations that are in place during the planning phase. Changes in any stipulations can be very disruptive, cost millions of dollars and consume years. Therefore, GEC recommends the BLM take a very cautious look at any stipulation changes from the 1991 document.

5 A-PI NRED TM

Access is key to an oil and gas operation. Planning for operations includes determining what existing access is available and designing along the access to reduce surface disturbance, reduce habitat fragmentation and cost of construction. GEC discourages the closure of public roads and rights of way. Thousands of acres of valid existing oil and gas leases exist and can only be reached by existing access at this time. BLM must closely evaluate any changes to access roads to avoid conflicts with developing these valid rights.

6 A-PI TM

Not only is the access useful for oil and gas exploration and production it benefits other resource uses such as 4-wheeling, mountain bike riding, snowmobiling, coal mining and timber harvest to name only a few. Basically, the closure of roads and off road access is not considering multiple use of the many resources in the Resource Planning Area. GEC encourages a strong multi-resource approach with the new Plan.

7 A-PI LU

Energy throughout the Western US is heavily dependent upon delivery which means access to and from the energy sources whether it be natural gas, coal or even wind farms. Corridors for rail roads, electric transmission lines, pipelines for natural gas transportation and access roads should receive high priority for consideration and evaluation. Permitting of these rights of ways can and does take years. GEC encourages BLM to develop procedures to evaluate and approve energy related access in an efficient and timely manner.

8 A-PI NRED 9 A-PI SE

The RMP process must update the Reasonable Foreseeable Development Scenario for the Recourse Area. New exploration and development technology has begun to prove up reserves of natural gas through out the Rocky Mountain States. The scenarios of 1991 are severely under stated. [This is also true for the social and economic evaluations for the area. Both resource quantities and economics for the Resource Area should receive a thorough evaluation.]

Thank you for this opportunity to comment.

Sincerely,

Lee Fyock
Gunnison Energy Corporation



**Drew Vankat**

**From:** ron.applebach@comcast.net
**Sent:** Wednesday, February 24, 2010 7:53 PM
**To:** uformp@blm.gov
**Subject:** Comments needed

# Uncompahgre Resource Management Plan Comments

Name: Ron Applebach

Date: 2/24/2010

Mailing Address: 3870 Holland St. Wheat Ridge CO 80033

Email: ron.applebach@comcast.net

Please add me to the projects mailing list to receive future project-related information. Please deliver updates via: email only

Affiliation: Individual

I live in a suburb of Denver yet ride all over the state and look forward to riding peach valley in Montrose. Unless its closed for OHV use. I belive it was recently improved.

1 A-PI TM

**What issues or concerns do you have regarding public land resources or uses with the Uncompahgre RMP planning area?**

Issues and concerns I have are as follows. I

2 A-GE

believe the BLM has a difficult job in finding a balance between recreation, conservation and use for the good of the public. Currently Colorado has over 66 million acres of designated Wilderness areas, several new proposals for additional Wilderness are working their through congress. While I support conservation and the concept of a Wilderness area, I also believe there needs to be a balance with multiple use. I feel that a vocal minority of anti-access groups have pressured the BLM to restrict resource exploration including gas and coal at a time when our nation needs these resources to reduce our dependency on foreign resources purchased from countries that don't particularly like Americans. We need monitoring and governance but we need to continue/increase our use of these resources in a way that is beneficial to all Americans and will help us reduce our dependency on foreign resources.

3 A-PI WSA

4 A-PI MI

Regarding recreation, it seems that there are user conflicts between motorized recreation and non-motorized recreation. I enjoy hiking, fishing and hunting on public lands, if I am hiking on a motorized trail, I take this into consideration and expect to encounter motorized vehicles, this does not bother me, if it did bother me, I would simply hike on a non-motorized trail.

5 A-PI REC

On several occasions we have come upon hikers and horseback riders who have scowled and cast unpleasant looks our way and refused to return our friendly wave. All I can say is I hope these hikers or horse owners never become old or ill because if/when they do, they might find themselves on a dreaded ATV, getting nasty glares from a new generation of hiker or horseback rider. For these reasons I would encourage the BLM to increase motorized opportunities and clearly mark trails as either open or closed to motorized travel. During my many hikes I have NEVER seen a motorized vehicle on a non-motorized trail. Motorized recreation is a legitimate use of public lands, just as horseback riding and hiking are.

6 A-PI REC

**Keeping in mind the issues above, what changes would you make physically to the landscape?**

7 B-NP

I would like to see more areas developed for recreation

such as what the BLM has done at Peach Valley.  This is a model of controlled recreation, proper signage is in place and this is a great resource to many families in our area.   On any sunny weekend you'll find hikers, bicyclist, horseback riders, ATV riders and motorcycles all enjoying our public land in harmony.  There are trails for all groups, great job BLM!  I feel the Delta adobes could be developed in a similar way, people come from all over the state to enjoy these types of areas, it brings money to our area and promotes outdoor recreation.  I would also like to see the BLM take a role of using our public lands for the common good of the people, and not just a conservation/preservation agenda.

7 B-NP continued
8 A-GE

**Keeping in mind the issues above, what changes would you make to administration?**

8 A-PI REC

I would like to see more land developed and opened for recreation of all forms.  I feel some areas need better signage as to what is an open trail and what mode of transportation is allowed on that trail.  Again, I am against more Wilderness or Wilderness Study Areas, we have enough.  For example, take the dominguez/escalante area that was recently turned into a NCA and includes 66,000 more acres of Wilderness.  Many people will never be able to enjoy the scenic beauty of this area due to it now being inaccessible unless you are the hardiest of hiker or horseback rider.  I feel land can be protected without locking everyone out.  This area was not being damaged by over use or rampant ATV or motorcycle use.  Many canyons and special places I enjoy are now totally off limits unless I can hike for several days to access them.  I feel this is wrong and unnecessary and caters to that vocal minority of ultra-conservative, well funded, environmentalist who probably never visited this area in the first place.

9 B-NP
10 A-PI WSA

**Keeping in mind the issues above, what changes would you make to social characteristics?**

11 A-GE

12 A-PI REC

I would truly like for everyone to be more tolerant of other user groups, treat each other with respect and realize we all enjoy the same outdoors for the same reasons.  This goes for both motorized users and non-motorized users .  It seems more and more areas are either closed or the size reduced, which concentrates all users into smaller and smaller areas where conflict is more likely to arise.  If we have more land open to recreation, then we will have fewer user conflicts.  I also feel more land needs to be made available for the publics good, including resource exploration, powerline construction and general community uses.  I am

13 A-PI MI
14 A-PI LR
15 A-GE (all three comments contained in this one sentence)

3/11/2010

aware of the proposed powerline from Peach Valley to Flat Top and know several property owners who have had a constant battle with the power company and the BLM regarding where this line will be located. I have been told the BLM wanted the power line to cross PRIVATE land and not go on BLM land. This is very questionable as the power line will cost more to construct as easements will need to be purchased from all the private land owners, landowners will have a power line in their back yards, thus reducing the value of their property. All these additional cost will be passed on to the consumers, who as the economy stumbles, are in no shape to absorb un-necessary increases in their power bills. By putting this on adobe BLM land, everyone wins, with the exception of the ultra-conservative environmentalist who favors plants over people, hardship over prosperity.

16 A-PI LR

**Additional comments regarding this project**

17 A-GE

I would encourage the BLM to consider the average citizen when making land management decisions. Many people who use public lands are not aware of Travel Management Plans or any other changes in how land is managed. The typical citizen might only use public lands few times a year and doesn't have the resources or knowledge on how to get involved in these types of decisions. It would seem the well organized and well funded conservationist/environmentalist groups are the most vocal and are always pressuring the BLM and Forest Service to further restrict the public from public lands, while the public is unaware of these changes until it is too late and the land is already locked up. Every single year there is yet another Wilderness proposal before congress, this year alone there are at least 3 major pushes for more Wilderness in Colorado alone. Today's kids are glued to electronic gadgets and spend most of their time on a couch and will never get an appreciation for the outdoors if all the land is locked up and the only way for them to enjoy being outside is to go for a hike. Today's youth need places to ride mountain bikes, motorcycles and ATVs, however, I do believe we need to increase peoples awareness about proper trail etiquette. We need more education about trail maintenance and teach people to stay on the trails and not tear up the land by irresponsible use. I believe most people that do ride off trail or enter sensitive wetlands do so not out of disrespect for the land but out of ignorance, not even realizing the consequences of their actions, to curb this we need better education regarding responsible land use. Thank you for allowing me to comment.

18 A-PI REC

Page 5 of 5

3/11/2010

BLM_0081116

**Drew Vankat**

**From:** Barbara_Sharrow@blm.gov
**Sent:** Wednesday, February 24, 2010 8:43 AM
**To:** uformp@blm.gov; bruce_krickbaum@blm.gov
**Subject:** Fw: Immediate Action Requested!

**Attachments:** comment letter on revised RMP.doc

comment letter on revised RMP....

Barbara Sharrow
Uncompahgre Field Office Manager

970-240-5315 - office
970-596-1515 - cell

----- Forwarded by Barbara Sharrow/MOFO/CO/BLM/DOI on 02/24/2010 08:42 AM -----

"Welt, Kathy" <KWelt@archcoal.com>

02/24/2010 07:34 AM

To
"Barbara_Sharrow@blm.gov" <Barbara_Sharrow@blm.gov>

cc

Subject
FW: Immediate Action Requested!

Barb,

FYI - Here's a preview of what you will likely see from this anti-O&G group on the RMP. Not much in the way of helpful information, but pretty consistent on their storyline so far. I believe that I'd mentioned before that the author, Robin Smith, is also a member of WildEarth Guardians who's fighting BLM, the Forest Service and the mines to shut down methane venting, and thus, coal mining.

Kathy Welt,
Environmental Engineer III
Mountain Coal Company, LLC
West Elk Mine
P.O. Box 591
Somerset, CO 81434
Phone (970) 929-2238
Cell (970) 433-1022
Fax (970) 929-5050

From: Robin Smith [mailto:lbcranch@tds.net]

Sent: Monday, February 22, 2010 7:31 AM
To: Undisclosed recipient list
Subject: Immediate Action Requested!

This email is from Citizens For A Healthy Community, a recently formed non-profit organization working to protect people and their environment from irresponsible oil and gas development in the Delta County region.

The Bureau of Land Management's (BLM) Uncompaghre Field Office is currently undergoing revision of their Resource Management Plan. This Plan will guide the agency in the management of 900,000 acres of publicly-owned land over the next twenty years. Much of this land is in Delta County and the surrounding area. BLM is currently holding a public comment period on the plan revision and is asking for your input. Please write BLM today and let them know you have concerns about natural gas production. Here is some background information:

Ø The BLM has already leased approximately 100,000 acres of federal minerals in the North Fork area for oil and gas drilling.

Ø Tens of thousands of additional acres are available for oil and gas leasing in the Delta County region under the current Resource Management Plan.

Ø Eleven natural gas wells have already been drilled in the Bull Mountain area, just north of the Paonia Reservoir on the west side of Route 133. So far, 150 wells have been proposed for this area.

Ø Construction of a 25-mile pipeline to transport this gas to a facility on the north side of the Grand Mesa was recently completed. It is estimated that it will take gas from at least 1,300 wells to fill this pipeline.

Ø Natural gas drilling will take place this summer on the proposed 25,000-acre Oak Mesa Unit, which is located entirely in Delta County and sits between Dry Creek on the West, East Roatcap Creek on the East, the Forest Service boundary on the North, and the South Rim of Oak Mesa.

HERE'S HOW YOU CAN HELP!

Compose your own letter to send to BLM; personalize the attached letter; or simply print a copy of the attached letter, sign it, and mail it in today.

Letters should be mailed to:

Bruce Krickbaum, RMP Project Manager
Bureau of Land Management, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Please forward this email to all of your friends who are interested in natural gas issues in Delta County.

Sincerely,
Board of Directors, Citizens For A Healthy Community Brad Burritt Danielle Carré Daniel Feldman Mitch Gershten Ashley Krest Robyn Morrison Robin Smith

***Email Disclaimer: The information contained in this e-mail, and in any accompanying documents, may constitute confidential and/or legally privileged information. The information is intended only for use by the designated recipient. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that any dissemination, distribution, copying, or

other use of, or taking of any action in reliance on this e-mail is strictly prohibited. If you have received this e-mail communication in error, please notify the sender immediately and delete the message from your system.(See attached file: comment letter on revised RMP.doc)



Bruce Krickbaum, RMP Project Manager
Bureau of Land Management, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

February 24, 2010

Dear Mr. Krickbaum,

This letter is to advise you that I am totally in favor of gas and oil wells in Delta County as long as they are supervised and managed in a reasonable manner. I have recently been contacted by *Citizens For A Healthy Community* asking that I write to you about my feelings on this issue. So I am complying with their request.

1 A-PI NRED

Thank you for your time.

Sincerely,

Sharon Beard

Sharon Beard
P.O. Box 842
Paonia, CO 81428

## Drew Vankat

**From:** bruce_krickbaum@blm.gov
**Sent:** Wednesday, February 24, 2010 10:53 AM
**To:** peter@claryinc.com
**Cc:** Julie_Jackson@blm.gov; UFO AR
**Subject:** Fw: Jumbo Mtn issue in Paonia

**Attachments:** UFO RMP Fact Sheet Providing Substantive Comments[1].pdf

UFO RMP Fact Sheet Providing S..

Peter,

The comment period for the RMP is being extended, and I now anticipate it to end on March 26. I expect to publish the date on our Planning web site (www.uformp.com) by Friday.

It appears you are interested in SRMA, trails, and such. As you learned from the Recreation Focus Group Meetings or scoping meetings, the RMP will cover these and much more. All management of public lands will be considered, and well as all uses.

Comments can be handled by a few methods. They do need to be in writing.
1) Send an electronic letter (attachment) to: uformp@blm.gov. A direct link to this email address in on the web page shown above (1st paragraph).
2) Send a letter to me, at the address shown below.
3) Fill out the comment form that is on the web page, and either send it to the email address (uformp@blm.gov), or send a paper copy to me.

For an organization, the comment form (#3) may not allow sufficient space.
I recommend a letter.

Regarding format, it is best if the letter is organized and clear. Not knowing the comments, it is difficult for me to know how the format the letter. It would, however, be best to address the issues/comments one point at a time. I am attaching a sheet we had at the scoping meetings that discusses substantive comments.
(See attached file: UFO RMP Fact Sheet Providing Substantive Comments[1].pdf)

Feel free to contact me if I didn't answer your questions, or if you need additional information.

Thank you, Bruce

<><><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, RMP Project Lead
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

970.240.5384

----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 02/24/2010 10:32 AM
-----

Julie M
Jackson/MOFO/CO/B

LM/DOI

02/24/2010 10:27 AM

To: Bruce Krickbaum/MOFO/CO/BLM/DOI@BLM

cc:

Subject: Fw: Jumbo Mtn issue in Paonia

Can you please address Peter's questions below. Thanks

Julie Jackson
Outdoor Recreation Planner
2465 S. Townsend Ave
Montrose, CO 81401
(970) 240-5310
Julie_Jackson@blm.gov

"To the world you might be one person, but to one person, you just might be the world."
"The happiest people don't have the best of everything. They just make the best of everything."
----- Forwarded by Julie M Jackson/MOFO/CO/BLM/DOI on 02/24/2010 10:27 AM -----

Peter Clary <peter@claryinc.com>

02/24/2010 10:26 AM

To: Julie Jackson <julie_jackson@blm.gov>

cc:

Subject: Jumbo Mtn issue in Paonia

Julie,

I realize that the comment period for public input for the RMA that covers the Paonia area closes on Feb 26th. On behalf of the Paonia Chamber of Commerce, I will be submitting a short comment. Can you give me any pointers on how this is done, suggestions on format etc? Also, what is the actual mechanism for submitting our comment?

Thanks,

Peter Clary
Paonia Chamber Of Commerce Board member
Bike rider
Trail runner

Received

FEB 2 4 2010

Uncompahgre Field Office

IN

To: Mr. Bruce Krickbaum
RMP Project Manager - Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

1 A-PI NRED

Subject - Resource Management Plan Revision

Mr. Krickbaum,

I am concerned that the BLM is not adequately protecting public lands for future generations, and is instead bowing to pressure from those who have a financial interest in drilling for natural gas.

I don't have anything against responsible extraction and use of natural gas, but the methods used recently throughout the state by the gas industry have been damaging to our natural resources. It is clear when one travels the I-70 corridor that the oil and gas industry have ruined the landscape in that area for centuries to come. It is even more clear when you look at the area from an airplane. I am concerned about three things in particular:

2 A-PI NRED

1. Use of hydraulic fracturing is ruining one of our most precious resources: fresh water. It is clear that, in pursuit of their short term profits, the industry is ruining our water tables IN PERPETUITY! Once these water resources are ruined, there is no hope of repairing them. The industry wont even say what they are using for hydraulic fracturing fluids, that should raise a red flag to any reasonable person. What will future generations think of our stewardship of this precious resource when they have to distill their water in order to use it safely?
2. Roads, drill pads, and all of the other construction in otherwise natural areas of the state destroy the pristine nature of these areas for centuries for all Coloradoans. The profits gained from the extraction of the natural gas benefit a relatively small number of people, and even those profits, along with the tax revenues that they generate, won't last for long.
3. In the rush to drill for gas, the industry is running roughshod over the interests of property owners, and is ruining their property.

3 A-PI NRED

4 A-PI NRED

Our unspoiled natural areas are this state's most precious resource. The short term increase in tax revenues is no excuse, in my opinion, for continuation of policies that are ruinous to our natural resources and the beauty of our state.

5 A-PI NRED

Thank you for listening to my opinions.

David J. Congour
62847 Ohlm Rd.
Montrose, CO
81403
970-901-8757

# MEMORANDUM OF UNDERSTANDING
# BETWEEN
# DELTA COUNTY, COLORADO
# AND THE
# BUREAU OF LAND MANAGEMENT
# UNCOMPAHGRE FIELD OFFICE

## I. INTRODUCTION

The Bureau of Land Management (BLM), Uncompahgre Field Office is undertaking a major revision of their Resource Management Plan (RMP), a process that began in the spring of 2009. The BLM anticipates that the RMP revision and associated environmental impact statement (EIS) will take approximately four years to complete.

Delta County is eligible to become a Cooperating Agency for the duration of the RMP/EIS process. Cooperating Agency status provides an opportunity for the BLM, Delta County and other Cooperating Agencies to work together to enhance the BLM's planning efforts.

This Memorandum of Understanding (MOU) sets forth roles and responsibilities for the Cooperating Agencies as agreed upon between Delta County and the Uncompahgre Field Office (UFO) for the purposes of collaborative planning and production of the RMP and EIS.

## II. PURPOSE

In carrying forth its responsibilities and mandates under the National Environmental Policy Act and Council of Environmental Quality regulations at 40 Code of Federal Regulations (CFR), Part 1500 and the Federal Land Policy and Management Act (as amended) CFR Part 1600, the BLM recognizes a compelling need to ensure that the interests of Delta County are accounted for, and that they are meaningfully engaged in the above stated resource management planning effort and associated EIS.

As such, Delta County has requested, and the BLM has agreed to grant, Cooperating Agency Status pursuant to 40CFR 1501.6, 1501.2, and 1501.8. Under the regulations, the BLM recognizes that Delta County has special expertise as it relates to various aspects of the planning effort described above.

## III. AGENCY DESIGNATIONS

Appendix A specifies Agency Representatives. Each participating entity will designate one primary representative to attend meetings and to act as a point of contact to ensure coordination and exchange information between Delta County and the BLM during the planning process. An entity may change its representative at any time by providing written notice to the other party. Cooperating Agencies may also involve "in-house" specialists in discussions, when a specific topic warrants such expertise.

## IV. AUTHORITIES FOR AGREEMENT

Authority for the BLM and Delta County to participate in this agreement is provided by the National Environmental Policy Act, 42 USC 4321 et seq. and 40 CFR 1501.6 – Cooperating Agencies, 1506.2 – Elimination of Duplication with State and Local Procedures, and 1508.5 – Cooperating Agency (CA).

Additional authority comes from the Federal Land Policy Management Act, 43 USC 1712 et seq., which mandates coordination of BLM planning and management efforts with the programs of state and local governments which may be affected by those planning actions.

## V. ROLES AND RESPONSIBILITIES

### A. RESPONSIBILITIES OF THE BUREAU OF LAND MANAGEMENT, UFO

The BLM UFO is responsible for the following:

i. To prepare and ensure the content and quality of the Draft RMP/Draft EIS, the Proposed RMP/Final EIS, and the Record of Decision/Approved RMP.

ii. To provide Delta County with meaningful opportunities for participation, including involvement in:

- identifying issues and concerns of relevance to the planning effort,
- identifying or providing data that is suitable, available and relevant to the planning effort,
- reviewing and commenting on draft sections of the EIS for which Delta County provided input due to its special expertise.

iii. To consider and incorporate information and comments provided by Delta County into EIS documents to the extent possible and where appropriate.

iv. To make all final determinations regarding the content of the EIS document.

## B. RESPONSIBILITIES OF DELTA COUNTY

Delta County has special expertise in a number of areas related to planning, and as such, is responsible for the following:

i. Along with other involved Cooperating Agencies, to participate in the planning process to the fullest extent possible.

ii. To assist the BLM with the identification of issues and concerns to be addressed through the planning effort.

iii. To provide data of potential relevance and value to the RMP revision/EIS effort. This data may include but is not limited to the following:

- approved Delta County programs, plans and policies potentially affected by the RMP,
- information regarding planning area resources and current and proposed uses and management actions,
- environmental analyses on issues for which Delta County has special expertise,
- socio-economic data such as demographics, activities and values.

iv. To review and provide comments during specified review periods on preliminary baseline and other technical reports for which Delta County has contributed data or other pertinent information.

v. To review and provide comments during specified review periods concerning the following sections of the preliminary Draft EIS:

- preliminary range of alternatives to be considered in detail,
- relevant portions of the "Affected Environment" section (including the socio-economic portion),
- relevant portions of the "Environmental Consequences" section,
- relevant portions of the "Consultation and Coordination" section, including information on consistency reviews.

vi. During public review periods for the Draft EIS, to provide the BLM with a consolidated comprehensive review of the Draft EIS.

vii. To assist the BLM with analyzing and reviewing public comments and data, and with the development of the Proposed RMP/Final EIS.

## VI. FUNDING

Each entity agrees to fund its own expenses associated with this planning process.

## VII. JOINT RESPONSIBILITIES

The parties agree to use their best efforts to meet the timeframes established in the agreement, to work cooperatively, and to resolve differences as quickly as possible.

## VIII. IMPLEMENTATION, AMENDMENT AND TERMINATION

This agreement becomes effective upon signature by all parties, and may be subsequently amended through written agreement of all signatories. The parties agree to jointly develop a framework for information exchange and feedback within 60 days of the signing of this agreement.

Delta County or the BLM may terminate this agreement by providing written notice of termination to the other party. If not terminated sooner, this agreement will end when the Notice of Availability for the Final EIS is published in the Federal Register.

Nothing in this agreement will abridge or amend the authorities and responsibilities of Delta County or the BLM or any other party on any matter under their respective jurisdictions.

Nothing in this agreement may be construed to require either Delta County or the BLM to obligate or pay funds or in any other way take action in violation of the Anti-Deficiency Act (31 USC 1341) or any State or County law or ordinance.

## IX. SOVEREIGN IMMUNITY

Neither signatory waives their sovereign immunity by entering into this Memorandum of Understanding. Each fully retains all immunities and defenses provided by law with respect to any actions based on or occurring as a result of this agreement.

## X. SIGNATURES

The parties hereto have executed this Memorandum of Understanding as of the dates shown below.

BUREAU OF LAND MANAGEMENT

Barbara L. Sharrow — 2-24-2010

Barbara L. Sharrow, Field Manager
Uncompahgre Field Office, BLM

Date

DELTA COUNTY, COLORADO

Lela J. McCracken — 2-2-2010

Lela J. McCracken, Chair
Delta County Commissioners

Date

## APPENDIX A – AGENCY REPRESENTATIVE

REPRESENTING: **DELTA COUNTY, COLORADO**

Susan Hansen, County Administrator
County Administrator
Delta County
501 Palmer St, #227
Delta, CO 81416
Phone: 970-874-2102
Fax: (970) 874-2114 ATTN: Susan Hansen
Email: shansen@deltacounty.com

REPRESENTING: **BUREAU OF LAND MANAGEMENT UNCOMPAHGRE FIELD OFFICE**

Bruce Krickbaum
RMP Project Manager
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
Phone: (970) 240-5384
Fax: (970) 240-5367
Email: bruce_krickbaum@blm.gov



DELTA COUNTY, COLORADO
BOARD OF COUNTY COMMISSIONERS
COUNTY COURTHOUSE • 501 PALMER STREET • SUITE 227 • DELTA • COLORADO • 81416-1796
PHONE: (970) 874-2100 FAX: (970) 874-2114
www.deltacounty.com

Dist. 1: Lela J. "Jan" McCracken - Dist. 2: C. Bruce Hovde - Dist. 3: R. Olen Lund

February 4, 2010

Bruce Krickbaum
RMP Project Manager
Uncompahgre Field Office
2465 South Townsend Ave.
Montrose CO 81401

Re: Resource Management Plan Memorandum of Understanding

Dear Mr. Krickbaum:

I am enclosing the the original MOU, which has been signed by Lela J. McCracken, Chairman of the Board of Delta County Commissioners.

Please route this contract to the appropriate people for approval, and return the completely signed contract when it becomes available.

If you need any additional information or have any questions, please feel free to call me at (970) 874-2101

Thank you.

Sincerely,

Carolyn Clemens

Carolyn S. Clemens
Executive Assistant

Enclosure: Memorandum of Understanding

Received
FEB 2 6 2010
Uncompahgre Field Office

IN

# Uncompahgre Resource Management Plan

NATIONAL SYSTEM OF PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name Michael & Joellen Therrell Last Name Morgan Date 2/24/2010

Mailing Address P.O. Box 346

City Nucla State Co Zip 81424

E-mail Address:

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? (Yes:) ☐ e-mail materials only ☐ e-mail and hard-copy materials ☐ No

Hamber3307 at A.D.L. . Com

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group

☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) Morgan Ranches

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No

*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope) ☐ Colorado (front range or plains)

☐ Another State (which): ☐ Another Country (which):

If you do live in the planning area, how long have you lived here? Months: Years:

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities

☐ Other Ranching Since 1959

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled*** **Uncompahgre RMP Planning Units.** ***You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Our concerns are with the Wild River Scenic issue. We are against the proposal. We want the San Miguel River left like it had been 60 years in the past.

1 A-PI WSR

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

OVER ▶

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

There Should be NO landscape Changes because the width along the River does not allow for Any.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

2 A-PI WSR

3 A-PI WSR

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Keep the River on the Multi-Use Concept.

Please provide any additional comments that you have regarding this project.

We Are ALL against the Instream Flow ??

4 A-PI WSR

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First Class Stamp Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



AL

# Uncompahgre Resource Management Plan

NATIONAL
SYSTEM OF
PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name: Norwood Water Commission / Town of Norwood  Last Name: ____  Date: 2-24-10

Mailing Address: P.O. Box 528

City: Norwood  State: CO  Zip: 81423

E-mail Address: norwoodparker@centurytel.net

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?  Yes: ☐ e-mail materials only ☒ e-mail and hard-copy materials ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group
☒ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) ____

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☒ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): ____ ☐ Another Country (which): ____

If you do live in the planning area, how long have you lived here? Months: ____ Years: ____

Why do you live here? ☒ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other ____

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled ... RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

1 A-PI NRED

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

Town of Norwood/Norwood Water Commission urges the BLM to respect the Town of Norwood's Source Water Protection Area by not approving Gas + Oil leases within the boundary.

We are concerned that the 2006 field season was not long enough to collect the needed data for the draft Wild + Scenic River Eligibility Report.

We are concerned that Segment classifications will hinder Norwood Water Commission's future development of a Conditional 5 cfs water right on the San Miguel River.

2 A-PI WSR

3 A-PI WSR

...cluding ... will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, ... as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

OVER ▶

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

No comment

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

No comment

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

No Comment

Please provide any additional comments that you have regarding this project.

No Comment

***(Please tri-fold this sheet & tape shut before mailing – Do not staple)***

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

IN

**Drew Vankat**

**From:** Ma Mere [ssamuelson@wildblue.net]
**Sent:** Wednesday, February 24, 2010 11:05 AM
uformp@blm.gov
Wild and Scenic River San Miguel and Delores

1 A-PI WSR (all three pictures)

Ducks on the San Miguel in Placerville, Colorado



American Dipper on the San Miguel River



Eagle along the Delores River

To whom it may concern:

2 A-PI WSR

I am writing in support of designating the parts of the San Miguel and Delores Rivers that are being considered as Wild and Scenic.

These rivers are truly a great part of the heritage of this area and they are so unique with their wildlife and with their views...absolutely awesome views and absolutely awesome wildlife.

And they are so unique rivers rolling though these mountains and canyons.

The wild life and the views are just SO outstanding THAT THEY need to be preserved for future generations.

I would send you lots of photos in support of my stand for I am a great fan of these awesome rivers and have

2 A-PI WSR

3 A-PI WSR

4 A-PI WSR

5 A-PI WSR

photographed extensively for our great outdoors is a gift.

I am so, so, so fortunate to be able to photograph along the rivers!

The rivers need this protection to keep them healthy and keep them out of some commercial venture for personal profit (such as the experimental water playgrounds for kayakers where tons and tons of cement is poured in our rivers so a few elite folks can "play" on their toys in the river!).

The wildlife along the rivers is so unique.

The canyons are so unique as in the red soil of the San Miguel River Canyon from Deep Creek onward !

The San Miguel is used for awesome fly fishing from April thru November (if the snow doesn't interfere!).

The river is a place to just pull over such as one can do in the county parks along the San Miguel and just breath some fresh air,

listen to the river and be among the beauty of the river.

Can I do anything else to be of assistance in the designation of the San Miguel and Delores Rivers as Wild and Scenic?

Respectfully submitted,

SamanthaLyn Samuelson

6 A-PI WSR

Received

FEB 2 4 2010

Uncompahgre Field Office

February 22, 2010

To Bruce Krickbaum
RMP Project Manager
Montrose, Colorado

From Karla Tschoepe
Owner Wildwood Ranch
Stucker Mesa Road
PO Box 25
Paonia, Co 81428

We are addressing the planned gas drilling on Oak Mesa.

1 A-PI WR NRED

Wildwood Ranch is located in Unit 7, and lies at the base of Oak Mesa's southeastern slope. Our concerns are that toxic chemicals could get into our water sources — reservoirs, wells, springs, and irrigation systems.

2 A-PI WR NRED

The North Fork Valley is noted for its many organic growers and contaminated water sources could put them and us out of business.

3 A-PI NRED

There is a lot of private land on Oak Mesa but the mineral rights are federally owned. It has been shown in other places in western Colorado where drilling has been done, that the drillers have treated land owners in a very cavalier manner. No regard for their property or their persons. We hope this will not happen on Oak Mesa.

4 A-PI NRED

We would expect the Bureau of Land Management to have diligent oversight on all operations conducted on Oak Mesa — settling ponds for toxic waste water, water procurement, road construction and road use on private property.

5 A-PI NRED

With a heavy heart, I envision Oak Mesa being destroyed as other places have been by the gas drilling.

[signature]

IN

Received

FEB 26 2010

Uncompahgre Field Office

# Uncompahgre Resource Management Plan

NATIONAL
SYSTEM OF
PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name Zene Last Name Weimer Date 2/24/2010

Mailing Address Box 428

City Nucla State Co Zip 81424

E-mail Address: None

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? (Yes:) ☐ e-mail materials only ☐ e-mail and hard-copy materials ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group

☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) Weimer Ranches

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No

*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☒ Colorado (west slope) ☐ Colorado (front range or plains)

☐ Another State (which): ☐ Another Country (which):

If you do live in the planning area, how long have you lived here? Months: Years: 65

Why do you live here? ☐ Occupation ☐ Family ☐ Proximity to public lands ☐ Recreational Opportunities

☐ Other Ranching/Farming Since 1906

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled* Uncompahgre RMP Planning Units. *You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

My comments are with the Wild and Scenic River issue. I'm completely against the proposal. Leave the San Miguel River like it's been in the past. Weimer Ranch own land on both side of Dolores River at Mesa Creek.

1 A-PI WSR

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours (from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

OVER ▶

2 A-PI WSR

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Due to the Nature of the canyon width along with the River there is NO Room for any Landscape changes. Any time you disturbe the soils you introduce weeds

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Keep the River on the multiuse concept.

3 A-PI WSR

Please provide any additional comments that you have regarding this project.

Weimer Ranch is completely against the instream flow.

4 A-PI WSR

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First
Class Stamp
Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

February 25th, 2010

IN

Received
FEB 26 2010
Uncompahgre Field Office

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 South Townsend Av.
Montrose, CO 81401

Planning Team,

Thanks for the opportunity to comment on the Uncompahgre RMP.

I have read the comments submitted by The Thunder Mountain Wheelers ATV club from Delta,CO. I have to agree with the majority of their comments and commend their organization toward collaborative, responsible representation of all forms of recreation on public lands.

1 A-PI TM

I want to reassure some very important points towards multiple use access. First is the fact that the Colorado OHV program has grown from 55,000 registrations in 2000 to 133,000 registrations in 2009. With the amount of growth within the public wanting to recreate in this area utilizing off road vehicles it would make sense to me that our public land managers would recognize the demand and carefully plan for this increase by providing better access and more loop system trails for this growing demand.

2 A-PI TM

There exists a multitude of historic multiple use routes throughout the UFO management area. I believe the OHV community deserves the RMP team accurately GPS all existing travel routes. An accurate inventory of existing routes is paramount towards the outcome of multiple use routes being evaluated. The most contentious OHV issue comes from the removal of any historic multiple use route without any justifiable scientific basis.

3 A-PI REC

This discriminatory segregation of historically shared multiple use routes is my main concern. I request the RMP planning team to be cautious of influence from the anti-multiple use community towards protecting/outlawing said routes from their historic uses.

4 A-PI REC

The non-mechanized public land visitors have multiple choices of recreation opportunities within a short distance from the towns and villages near these BLM lands. These lands have been set a side specifically for these visitors. I really appreciate the fact the RMP is looking at recommending the Adobes north of Delta as an open multiple use area. I adamantly commend the BLM for seeing the value of this type of multiple use for the future. I'm proud to share this Adobe land with the county landfill and look forward to sharing it in the future.

5 A-PI TM

I also believe the multiple use designation of public lands within the UFO is a huge asset towards current and future economies of the surrounding communities. Lots of businesses rely on multiple use access granted towards these lands.

6 A-PI REC

Thank you for your time and concern.

Sincerely,
Kevin Anderson
2535 Iris Court
Montrose, CO 81401

Received
FEB 2 6 2010
Uncompahgre Field Office

# Uncompahgre Resource Management Plan

IN

NATIONAL
SYSTEM OF
PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name: Valarie  Last Name: Crespin  Date: 2-25-10
Mailing Address: P.O. Box 154
City: Nucla  State: Co.  Zip: 81424
E-mail Address: ______

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: ☐ e-mail materials only ☐ e-mail and hard-copy materials ☑ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group
☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) ______

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) ☐ Colorado (front range or plains)
☐ Another State (which): ______ ☐ Another Country (which): ______

If you do live in the planning area, how long have you lived here? Months: 1 Years: 47

Why do you live here? ☑ Occupation ☑ Family ☑ Proximity to public lands ☑ Recreational Opportunities
☐ Other ______

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled*** **Uncompahgre RMP Planning Units.** ***You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

We do not need WSR Act in Colo. The San Miguel
River doesn't need the WSA act. designations. | of
the regulations, rules, and management are in place
to date to manage our public lands for multiple
use | the well being and health of our public lands |.
There's no need for over regulating our public lands.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

OVER →

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

It should stay looking as it has for all these years. If you make modifications to the landscape Physically, it is no longer what it was.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

Administration should work more with the local Communities; towns, counties, and State. To help To help Sustain local needs and multiple use.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Same as it is today and has been for many generations. These are public lands, shouldn't people be able to enjoy them?

Please provide any additional comments that you have regarding this project.

We do not need any WSR designation in Colo. public lands should remain multiple uses. management is in place today, it works well now, it will work well into the future.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First Class Stamp Here

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401



IN

# Uncompahgre Resource Management Plan

NATIONAL
SYSTEM OF
PUBLIC LANDS

We encourage you to provide your comments by filling out and submitting this comment form by **February 26, 2010.** Please mail your completed form to the address on the opposite side or fax it to 1-970-240-5367. Comments may also be submitted via e-mail to uformp@blm.gov.

First Name Winona Last Name Cressler Date 2-25-10

Mailing Address P.O. Box 593

City Nucla State CO Zip 81424

E-mail Address:

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? (Yes:) ☐ e-mail materials only ☐ e-mail and (hard-copy materials) ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation) ☐ Non-profit Organization ☐ Citizen's Group

☐ Federal, State, or Local Government ☐ Elected Representative ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable)

*Please answer the following four questions about your relationship to the Uncompahgre RMP Planning Area:*

Do you live within the planning area? ☐ Unit 1 ☐ Unit 2 ☐ Unit 3 ☐ Unit 4 ☐ Unit 5 ☐ No
*(Refer to map for unit numbers)*

If you do not live in the planning area, do you live in: ☐ Colorado (west slope) in Nucla ☐ Colorado (front range or plains)
☐ Another State (which): ☐ Another Country (which):

If you do live in the planning area, how long have you lived here? Months: Years: 40 yrs.

Why do you live here? ☐ Occupation ☒ Family ☐ Proximity to public lands ☐ Recreational Opportunities
☐ Other

***The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening and learning from our neighbors, friends, and stakeholders. Your answers to the following questions will be helpful at this point in the planning process, as are any other comments. When answering the following questions, reference as appropriate the planning units on the map titled Uncompahgre RMP Planning Units. You may attach additional sheets of paper for long comments. Thank you for taking the time to provide your input.***

What issues or concerns do you have regarding public land resources or uses within the Uncompahgre RMP planning area?

tural resources are for our use, not to be closed off from the public to "preserve" them. rmers and ranchers need water for crops and animals. The ditch water and rights are important to our community. ewood and timber are also important for our community. ing roads or areas from being used is not right. use of our natural resources for livelihood is more important than for "wild", "scenic" or "recreation". R chers need pasture in the high country.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the EIS. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

OVER →

Keeping in mind the issues above, what changes would you make physically to the landscape (such as what should it look like, modifications, etc.)?

Roads that have been in use for many years should be left open.

Keeping in mind the issues above, what changes would you make to administration (such as management actions, rules, regulations, etc.)?

People should be allowed to get firewood from standing dead trees, or downed timber.

Keeping in mind the issues above, what changes would you make to social characteristics (such as number of users, size of groups, behavior of users, etc.)?

Please provide any additional comments that you have regarding this project.

*(Please tri-fold this sheet & tape shut before mailing – Do not staple)*

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Place First Class Stamp Here

RECEIVED
March 1, 2010
Uncompahgre F.O.

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401