According to *The Gold Book*, companies are required to put up a minimum bond of $10,000 for oil and gas lease operations. In lieu of a $10,000 lease bond, a bond of not less than $25,000 for statewide operations may be required. According to *Oil and Gas at Your Door? A Landowner's Guide to Oil and Gas Development*:

> A recent study indicates that the costs of plugging and reclaiming a single orphaned well site in the western states can range from $19,000 to $75,000. Based on these numbers, it appears that in most states financial assurance bonds are inadequate to cover the costs of properly plugging and restoring well sites.

> …According to industry statistics, approximately 2% of the three million wells (i.e., 60,000 wells) that have been drilled in the United States are considered orphaned. As already mentioned, it can cost between $19,000 and $75,000 to properly plug and abandon a single well. That means that at the present time $1.1 billion to $4.5 billion of taxpayers' money will have to be spent to properly plug and abandon all of the orphaned wells in the U.S.

With the actual cost of reclaiming a well ranging from $19,000 to $75,000, financial assurance requirements need to be increased to reflect this reality. In addition, the cap on the amount of money put into financial assurance regardless of the number of wells the company has drilled should be removed. With these measures in place, there will be some assurance that energy companies—not the American public—will bear the cost of adequately plugging and reclaiming well sites.

**16 A-PI NRED**

**Comment 15**
The revised RMP should require oil and gas companies to install and/or retrofit their well pads and all other facilities with dark sky lighting that cannot be viewed from any neighboring property.

Prevention of light pollution shall be accomplished by various means such as pointing lights down, shielding that lights only the ground, and automatic switches on non-essential lights that automatically turn off lights between 9 p.m. to 6 a.m.

**17 A-PI NRED**

**Comment 16**
The revised RMP should require much of the recovered or produced water resulting from natural gas drilling to be reclaimed, purified, and made available for use by local communities.

According to *What You Need To Know About Natural Gas Production* (a DVD produced by *The Endocrine Disruption Exchange*), one million gallons of fluids (mostly water) are typically used each time a well undergoes hydraulic fracturing. Each well can be fracked as many as ten times, and each well pad may contain up to 28 - 30 wells.

Thus one well pad has the potential for contaminating and wasting 300 million gallons of water. Just seven well pads have the potential of contaminating and wasting 2.1 billion gallons of water,

7

BLM_0081272

more than the 1.9 billion gallons of fresh water Delta County uses annually. In the arid west, it is inconceivable that BLM permits energy companies to contaminate and waste so much water in the process of extracting natural gas.

A reasonable and prudent requirement of BLM would ensure much of this water is reclaimed, purified, and made available for use by the local communities as compensation for having to bear the brunt of natural gas activities.

18 A-PI NRED

**Comment 17**

The revised RMP should require energy companies to provide site specific air quality monitoring data for a one-year period prior to commencing construction of any new oil or gas facility and continue monitoring throughout the life of the facility. Further, the revised RMP should state that BLM is fully committed to ensuring that air quality in our region will not be degraded as a result of any leasing, permitting, or unitization decision.

The industrialization of our wild areas by the natural gas industry is rapidly resulting in large increases in nitrogen oxides and volatile organic compounds being released in the air. When these two compounds combine in the presence of sunlight, ground ozone is produced similar to urban smog. This air pollution poses a serious threat to human health. In *What You Need To Know About Natural Gas Production,* Theo Colborn states:

> One molecule of ozone can burn a hole in the deep alveolar tissue in human lungs. It is well documented that daily exposure to ozone leads to early aging in the lungs. They become brittle and dry out. The lungs cannot repair this kind of damage. Every exposure incident builds on the damage that was already there. Chronic ozone exposure can cause asthma, chronic obstructive pulmonary disease, and other pulmonary diseases. Children are especially vulnerable.

While ozone was always thought to be only an urban problem, today in rural and wild areas of Delta County and the Grand Mesa, we are experiencing urban levels of air pollution as a result of natural gas production. Deleterious health effects will likely increase in the future in our community if BLM does not protect our air quality.

19 A-PI WSA

**Comment 18**

BLM should remove the following areas from the "not suitable" for wilderness category and place them in the "suitable" for wilderness category in the revised RMP:

- Adobe Badlands Wilderness Study Areas (WSA);

- Camel Back WSA; and

- the section of the Tabeguache Area that is in the UFO.

8

BLM_0081273

We urge BLM to actively work with Congress to promote passage of legislation to designate these WSAs and the Tabeguache Area as wilderness.

20 A-PI WSA

The UFO encompasses approximately 900,000 acres of publicly owned lands. These lands are required by law to be managed for multiple use and sustained yield, such as grazing, mining, timber harvesting, and recreation. One popular form of recreation includes the use of wilderness to provide opportunities for solitude and primitive, unconfined recreation in protected roadless areas. Wilderness users enjoy hiking, camping, fishing, hunting, horseback riding, wildlife viewing, and photography. Wilderness designation also provides BLM with a tool for protecting rare plant communities and wildlife habitat.

Currently 83,520 acres, or nine percent, of the UFO have been designated as wilderness. If the Adobe Badlands WSA, Camel Back WSA, and the Tabeguache Area are designated as wilderness, total wilderness acreage will increase to 121,587 acres, or 14 percent, of the total UFO acreage.

At the RMP Open House held in Hotchkiss on February 12, *Citizens for a Healthy Community* learned that with the exception of the currently designated wilderness areas, WSAs, and the Tabeguache Area, no location in the remaining 780,000 acres of BLM land in the UFO is farther than approximately 1 mile from a road.

With 86 percent of the landscape available for grazing, mining, timber harvesting, and off-road recreation, it seems reasonable and prudent that a management plan that emphasizes balanced multiple uses would include 14 percent of the landscape for non-motorized activities in a roadless landscape.

9

BLM_0081274



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes __X__ No _____
If yes, what was it? _____ learned more about lumbar mill and sources of fuel/energy _____

2. Did we miss anything we should know about your community? _____
Poverty level as measured by # of students On free/reduced meals (n 55% in RE-1J)

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No_____
If yes or no, how so? ___ As a city planning commissioner and local grant writer, I understand much — am always learning

4. Did you consider the workshop a productive use of your time today? Yes __X__ No_____
If no, why not? _____

5. What could we have done to make the workshop better? ___ faster thru stats, more discussion about next steps in process

KRISTINE BAGNARA



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
### ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ✓  No _____

If yes, what was it? _Ag Income is big, but NO articulation of the value of a healthy Landscape._

2. Did we miss anything we should know about your community? _____
_Healthy Landscapes – Productive watersheds – Value of Open space – BLM Lands Near Communities Does the BLM have a Land disposal Plan – Land Consolidation_

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓  No _____

If yes or no, how so? _Tell us how the BLM can Contribute To each of these._

4. Did you consider the workshop a productive use of your time today? Yes _____  No _____

If no, why not? _Struggling on why wildlife habitat is Not Important – To Local Economy?_

5. What could we have done to make the workshop better? _Better Power Point Slides are Poor Quality._



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes_____ No___✓___

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ___✓___ No_____

If yes or no, how so? _____*Evaluation of the stats*_____

___*was interesting*_____

4. Did you consider the workshop a productive use of your time today? Yes ___✓___ No_____

If no, why not? ___*Learned more about the community*___

_____

5. What could we have done to make the workshop better? ___*Define the*___

___*items ranked in the break out.*___

___*Should rank 0—5 not 1-3*___



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes_____ No __X__

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __X__ No____

If yes or no, how so? _The BLM should further develop outdoor recreation like Mountain Biking to build the economic base._

4. Did you consider the workshop a productive use of your time today? Yes __X__ No __X__

If no, why not? _Too much background info not enough actual info gathering._

5. What could we have done to make the workshop better? _Spend more time on what you want to gather. The facilitator didn't seem to know what we were supposed to be doing._

BLM_0081278



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ✓ No _____

If yes, what was it? *economics? demographics*

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No _____

If yes or no, how so? *regional interconnections*

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes ✓ No _____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? *no suggestions*.
*Thanks*

_____



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
### UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No __✓__

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_Recreation & Higher Education were not options_

_on the rating sheet_

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __✓__ No____

If yes or no, how so? _Different perspectives f Attendees_

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes __✓__ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_Move through Statistics a little faster_

_____

BLM_0081280



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
### UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes __☒__ No_____

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __☒__ No____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes __☒__ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _DATA Slides_
_were Poorly prepared - TAke time to mAke_
_An effective presentation_

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE

## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community?  Yes _X_  No _____

If yes, what was it? _Stats_ _____

_____

_____

2. Did we miss anything we should know about your community? _Not really_ ____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health?  Yes _X_  No _____

If yes or no, how so? _their connection_ _____

_____

_____

4. Did you consider the workshop a productive use of your time today?  Yes _X_  No _____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____

BLM_0081282



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes _X_ No_____

If yes, what was it? _We forget how important it is to work together and have good, productive synergy. Partnerships are very important._

2. Did we miss anything we should know about your community? _We are a very diverse community. Infrastructure is in need of help._

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes _X_ No_____

If yes or no, how so? _Absolutely! Very good data - I'll be able to use it in my work._

4. Did you consider the workshop a productive use of your time today? Yes _X_ No_____

If no, why not? _____

5. What could we have done to make the workshop better? _Lots of information was covered - More time? or less info? - not a good idea_



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community?  Yes_____  No ✕

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____Importance of recreation_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health?  Yes_____  No ✕

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today?  Yes ✕  No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better?  better baseline data.
— define terms so we all understand the same meaning
— facilitator needs to understand the question
on the form so the groups are answering the
same question



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No ✓

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No_____

If yes or no, how so? _reinforced how much we depend_

_on each part BLM USFS city and_

_Counties_ /

4. Did you consider the workshop a productive use of your time today? Yes ✓ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
### ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No _X_

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

*Importance of outdoor recreation in this area — WITHOUT add'l fees and/or taxes*

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes _X_ No____

If yes or no, how so? *Hopefully, opened others eyes —*

_____

4. Did you consider the workshop a productive use of your time today? Yes _X_ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? *Better graphs — (colors)*

BLM_0081286



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No ✓

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _Need more_
_discussion about growing sustainable, clean tourism_
_(hiking, mountain biking, etc.)_

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No_____

If yes or no, how so? _There are many competing priorities._
_A diversified economy is important to a healthy_
_economy._

4. Did you consider the workshop a productive use of your time today? Yes___ ✓ No_____

If no, why not? _Economic indicators presentation should_
_have been shorter._

5. What could we have done to make the workshop better? _See above — more_
_brainstorming on interrelationship of BLM to_
_economic development — i.e., recreational uses._

BLM_0081287



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes __X__ No_____

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

*Need an all weather road from the*
*west End to the Montrose county seat*

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __X__ No_____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes__X__ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

*Better define the "Community Potential Eval"*

_____

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE

**Uncompahgre Resource Management Plan Revision and EIS
ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes _X_ No_____

If yes, what was it? *I'm fairly new to the area so I learned about some energy sources that are and are not feasible.*

2. Did we miss anything we should know about your community? *Not that I can think of right now.*

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes _X_ No_____

If yes or no, how so? _____

4. Did you consider the workshop a productive use of your time today? Yes _X_ No_____

If no, why not? *I learned a lot. Thanks for organizing this.*

5. What could we have done to make the workshop better? *Maybe shorten it by an hour if possible.*

BLM_0081289



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ☒ No _____

If yes, what was it? _Interest in government Agencies_ _____

_____

_____

2. Did we miss anything we should know about your community? _No_ _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ☒ No _____

If yes or no, how so? _Cross section of input_ _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes ☒ No _____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _Fresh ▓▓▓ Data_

_On Communities_ _____

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes __X__ No _____
If yes, what was it? _That everyone believes ag to be #1_
_____
_____

2. Did we miss anything we should know about your community? _Recreation opportunities_
_Possibly higher education_
_____
_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __X__ No _____
If yes or no, how so? _That everyone is affected by all aspects_
_we talked about today._
_____

4. Did you consider the workshop a productive use of your time today? Yes __X__ No _____
If no, why not? _____
_____
_____

5. What could we have done to make the workshop better? _____
_Time — speed things up - group cut to a_
_minimum amount of time._



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
### UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No __X__

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __X__ No____

If yes or no, how so? _Every thing is tide together somehow._

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes __X__ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____

BLM_0081292

*1 of 2*



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



### Uncompahgre Resource Management Plan Revision and EIS

### ECONOMIC WORKSHOPS

Date: March 7, 2010

Location: Montrose , Colorado

| | NAME / AFFILIATION | PHONE NUMBER | EMAIL |
|---|---|---|---|
| 1 | Willie Suwade COA | 970·996·2244 | crazyhorseoutfitter@hotmail |
| 2 | Gary F. Ocawe | | |
| 3 | Andrea Robinsong | | |
| 4 | KRISTINE BAGNARA | 252-3487 | CITY OF MONTROSE PLANNING COMMISSION |
| 5 | Sue CARTER / Nudenco | | |
| 6 | Norm Aufderheide | 970 497 8801 | Norm@buckhorngeo.com |
| 7 | Jim Hanson | 303·571·7367 | jim.hanson@xcelenergy.com |
| 8 | Ralph Files | | |
| 9 | JOHN BALDUS | | |
| 10 | Brian Wilson | 252-2000 | bwilson@montrosecounty.net |
| 11 | Jedd Sondergard | | |
| 12 | Jim Free | | |
| 13 | Andy Goldman | | |
| 14 | WAYNE TROUNCE | | |
| 15 | Linda Luther | 369-5469 | lendal@sanmiguelcounty.org |

2 8 2



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



TAKE PRIDE
IN AMERICA

**Uncompahgre Resource Management Plan Revision and EIS**

## ECONOMIC WORKSHOPS

Date: March 9, 2010    2:00 – 5:00 pm

Location: Montrose , Colorado

| | NAME / AFFILIATION | PHONE NUMBER | EMAIL |
|---|---|---|---|
| 1 | Tara Kinsey MCPC | 249-1830 | |
| 2 | Gary Baker City of Montrose | 240-1475 | gbaker.@city.ofmontrose |
| 3 | Dennis Murphy Montrose Co Planning Comm | | |
| 4 | Jamie Crandall Parker / USFS | 240-9129 | tcrandallparker@fs.fed.us |
| 5 | Eric Sanford SG | 252-0696 | esanford@sginteresk.com |
| 6 | Jenni SapSil Montrose ACT | 249-3200 | jenni@montroseACT.com |
| 7 | Kerwin Jensen City of Montrose | 240-1478 | kjensen@ci.montrose.co.us |
| 8 | STEVE WHITE, MONTROSE CO | 252-4550 | SWHITE@MONTROSECounty.us |
| 9 | John Reams Western Small Miners | | |
| 10 | Stu Krebs | | |
| 11 | Lee Frock | 203 293 2913 | lee.frock@oxbow.com |
| 12 | Randolph Paulman | | |
| 13 | Scott Harold | | |
| 14 | Gary Ellis | 2524532 Boee | gellis@montrose county.net |
| 15 | JESSE SMITH | 309-5440 | JSMITH@MONTROSECOUNTY.net |
| 16 | David White | 252-4531 | dwhite@montrosecounty |
| 17 | Kristin Scuderi | 252-4505 | kscuderi@montrosecounty.net |



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS**

Montrose, Colorado – Tuesday, March 9, 2010 (1:30–4:30 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

    Attendees:

    Bruce Krickbaum – BLM Uncompahgre Field Office (UFO), Planning & Environmental Coordinator and RMP project lead

    Bill Bottomly – West Slope Mediation and Facilitation, LLC

    John Martin – Martin Economics

    Zoe Ghali – EMPSi

    Other attendee's name – Affiliation
    Other attendee's name – Affiliation

3. Community Economic Profile
    - How communities function
    - Snapshot of the data and identification of data sources
    - Review of the data
    - Community feedback on the data

4. Overview of Community Assessment Results

5. Group Discussions
    - How do you perceive your community?
    - What do you want your community to be?
    - Break into groups and complete community potential evaluation

BLM_0081295

6. Summary of Group Discussions and Community Potential Evaluation

7. How does the BLM fit in with your community?
   - How does the use of public land fit into community objectives?
   - What can BLM do to partner with your community (county, etc.) to reach its potential?

8. Summary of Workshop and Questions of BLM Representative(s)

9. Complete Workshop Evaluation

10. What Is Next and Project Contacts
    - Project website: www.uformp.com
    - Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0081296



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
### ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ✓ No_____

If yes, what was it? *Population dynamics & age groups Classification - Growth projections. Industry make-up & GDP.*

2. Did we miss anything we should know about your community? *Future predictions for industry make-up etc.*

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No_____

If yes or no, how so? _____

4. Did you consider the workshop a productive use of your time today? Yes ✓ No_____

If no, why not? _____

5. What could we have done to make the workshop better? *Use of more visual aides & pictures depicting various resources, businesses and community structure representative of the County.*



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community?  Yes_____  No ✕_____

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _yes, the severance_ tax income is a priority to Schools etc. and is being controlled politically In the past years we have reduced natural gas permits from 5000 to less than 100.

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health?  Yes ✕ ___ No_____

If yes or no, how so? _Tax Income is controllable_ _____

_____

_____

4. Did you consider the workshop a productive use of your time today?  Yes ✕ ___ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ✓ No____

If yes, what was it? _Employment / income stats_

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No____

If yes or no, how so? _somewhat ← Need to see_
_have future effects younger people coming_
_in & potential economic growth_

4. Did you consider the workshop a productive use of your time today? Yes ✓ No____

If no, why not? _Good to hear & see what "facts"_
_are around_

_____

5. What could we have done to make the workshop better? _Comparisons_
_of stats is difficult because of_
_# years between collection of data_
_ie comparing 2000 & 2008/2009 figures_



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes _X_ No_____

If yes, what was it? _Government is bigger than I realized._

2. Did we miss anything we should know about your community? _How it_

_How hard we work for the little we make._

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes _X_ No_____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes_____ No_____

If no, why not? _____ _Not really_ _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes___✓___ No_____

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No_____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes_____ No_____

If no, why not? __We didn't really address the BLM__
__& what we need the community__
__potential was address) in terms of the BLM__

5. What could we have done to make the workshop better? _____
__Survey ambiguos__

_____



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



### Uncompahgre Resource Management Plan Revision and EIS
### ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No ✓

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No____

If yes or no, how so?  I am concerned That BLM will Take The results of This To increase Their Justification for more control of our community and life.

4. Did you consider the workshop a productive use of your time today? Yes_____ No ✓

If no, why not?  No set statement of Goal

_____

_____

5. What could we have done to make the workshop better?  The surveys were To Ambiguous

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No __X__

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __X__ No_____

If yes or no, how so? by hearing views from different people

_____

4. Did you consider the workshop a productive use of your time today? Yes__X__ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? Clearer definition of the categories. Different groups approached the list from such a different angle that the score couldn't be a true reflection

BLM_0081303

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE

## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes _____ No ✗

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

  NO — it WAS COVERED ADEQUATELY

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✗ No _____

If yes or no, how so? PRESENTATION OF ECONOMIC & DEMOGRAPHIC

Data AND TRENDS

_____

4. Did you consider the workshop a productive use of your time today? Yes ✗ No _____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? IT WORKED

WELL FOR THE PARTICIPANTS

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ___X___ No_____

If yes, what was it? _Economy seems better than I_

_expected_ _____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ___X___ No_____

If yes or no, how so? _Found out new sources of Funding_

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes ___X___ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ✓ No_____

If yes, what was it? _Mining_____

_____

2. Did we miss anything we should know about your community? _Housing_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No____

If yes or no, how so? _labor in the Community_____

_____

4. Did you consider the workshop a productive use of your time today? Yes ✓ No____

If no, why not? _____

_____

5. What could we have done to make the workshop better? _more Breaks and_

_faster speeches.._____



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ✓ No _____

If yes, what was it? __The statistics were almost all new news to me. very informative__

2. Did we miss anything we should know about your community? __No__

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✓ No _____

If yes or no, how so? __It reinforced what I had suspected.__

4. Did you consider the workshop a productive use of your time today? Yes ✓ No _____

If no, why not? _____

5. What could we have done to make the workshop better? __not bad — could be quicker__



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No___

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_relative size between Counties._

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No_____

If yes or no, how so? _____

_data was unbalanced._

_____

4. Did you consider the workshop a productive use of your time today? Yes___ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____

BLM_0081308

pg 1 of 2

 

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE

**Uncompahgre Resource Management Plan Revision and EIS**

## ECONOMIC WORKSHOPS

Date: March 10, 2010

Location: _____ Delta _____, Colorado

| NAME / AFFILIATION | PHONE NUMBER | EMAIL |
|---|---|---|
| Dick Disner | ████████ | ████████ |
| Bob Johnson | ████████ | ████████ |
| Mitch Meier | | |
| Kelli Hepler | 874-9532 | Kellia@westerncolorado.or |
| Gar Hensdfeld | ████████ | ████████ |
| Mike Nylson | ████████ | ████████ |
| Doug Atchley | ████████ | ████████ |
| Eric Sorrell | 874-2106 | ESorrell@deltacounty.com |
| Collin Ewing | 874-275-2164 | allin_ewing@fws.gov |
| Kaye Simonson | 255-7189 | kaye.Simonson@mesacounty.us |
| Roger Bentley | ████████ | N/A |
| Brian Sorenson | 874-5726 | brian.sorenson@co.usda.gov |

BLM_0081309

pg 2 of 2



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS

### ECONOMIC WORKSHOPS

Date: March 10, 2010

Location: _____ Delta _____, Colorado

| NAME / AFFILIATION | PHONE NUMBER | EMAIL |
|---|---|---|
| Ron Austin | | |
| Pat Means | | |
| Nelson Cederberg | | |
| David Varley  Orch Cit | | |
| Missy Rogers | | |

**Drew Vankat**

| | |
|---|---|
| **From:** | Kate Wynant |
| **Sent:** | Wednesday, March 03, 2010 11:36 AM |
| **To:** | UFO AR |
| **Subject:** | FW: BLM Uncompahgre RMP; Extension to Comment Period |

Kate Wynant
EMPSi  Environmental Management and Planning Solutions, Inc.
3775 Iris Avenue, Suite 1A
Boulder, CO  80301
tel:  303-447-7160    fax:  866-625-0707


www.EMPSi.com    Bringing clarity to the complex ™
GSA Contract GS10F-0412S        HUBZone-certified
Denver       Reno       San Francisco       Washington, DC


PLEASE NOTE: This message, including any attachments, may include privileged,
confidential and/or inside information. Any distribution or use of this communication by
anyone other than the intended recipient is strictly prohibited and may be unlawful. If
you are not the intended recipient, please notify the sender by replying to this message
and then delete it from your system.


-----Original Message-----
From: bruce_krickbaum@blm.gov [mailto:bruce_krickbaum@blm.gov] On Behalf Of
uformp@blm.gov
Sent: Tuesday, March 02, 2010 12:47 PM
Subject: BLM Uncompahgre RMP; Extension to Comment Period


Dear Interested Party:

The deadline to submit comments during the scoping period for the BLM, Uncompahgre
Resource Management Plan (RMP) Revision has been extended. All comments must now be
received by the end of Monday, March 29, 2010.

The Notice of Intent, which officially kicks of a formal 30-day scoping comment  period,
was published in the Federal Register on Thursday,
February 25, 2010.  All comments received before February 25, 2010, will
still be considered.

The new RMP will provide overall management direction for the next two decades for the
almost 700,000 surface acres of public lands and two million subsurface acres of federal
mineral estate in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel counties managed
by the BLM.
During this first opportunity for public comment, the BLM is asking the public to help
identify issues to be addressed in the plan revisions, as well as offer potential
solutions. The BLM will use the information it receives during scoping as it prepares the
Draft RMP revision and associated Draft Environmental Impact Statement.

Comments may be:

1.       Mailed to: BLM Uncompahgre RMP, Attn: Bruce Krickbaum,
          2465 South Townsend Avenue, Montrose, CO 81401

2.       Faxed to 1-970-240-5367

BLM_0081311

3.      Emailed to uformp@blm.gov

For further information about the planning process, visit the Uncompahgre Field Office
Land Use Planning webpage at www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html, or contact
the projectmanager, Bruce Krickbaum, at (970) 240-5300.

2

IN

Barb Steele
1897 Peach valley
Delta, CO 81416



USA 28

**RMP Project Manager**
**Bruce Krickbaum**
**2465 S. Townsend Ave.**
**Montrose, CO  81401**

RECEIVED
MAR 1 0 2010
BY:_____

© 2009 USPS

BLM_0081313

1 A-PI WSR

2 A-PI WSR

3 A-PI NRED

3 A-PI NRED

Please do not restrict our Uncompahgre BLM resources by a Wild and Scenic designation or closure through the Resource Management Plan. Hydropower is a clean source of renewable energy which our country desperately needs. Until other real, economical, and renewable resources become plentiful, we will need uranium, oil, and gas. Plentiful energy resources equal security, prosperity, and peace for America. I strongly oppose any designation to our public lands that would inhibit our freedoms to utilize them for responsible mineral extraction or energy development.

Barbara Steele

BLM_0081314



Megan Kier
11467 George Creek Rd
81418 CO



USA28

**RMP Project Manager**
**Bruce Krickbaum**
**2465 S. Townsend Ave.**
**Montrose, CO  81401**



© 2020 USPS ® RECYCLED

BLM_0081315

Please do not restrict our Uncompahgre BLM resources by a Wild and Scenic designation or closure through the Resource Management Plan. Hydropower is a clean source of renewable energy which our country desperately needs. Until other real, economical, and renewable resources become plentiful, we will need uranium, oil, and gas. Plentiful energy resources equal security, prosperity, and peace for America. I strongly oppose any designation to our public lands that would inhibit our freedoms to utilize them for responsible mineral extraction or energy development.

Megan Kier



Jenne Ludlam
27218 Cactus Park Road
Cedaredge, CO 81413

PM
GRAND JUNCTION
23 FEB
2010

RMP Project Manager
Bruce Krickbaum
2465 S. Townsend Ave.
Montrose, CO 81401

USA 28

FEB 24 2010

BLM_0081317

Please do not restrict our Uncompahgre BLM resources by a Wild and Scenic designation or closure through the Resource Management Plan. Hydropower is a clean source of renewable energy which our country desperately needs. Until other real, economical, and renewable resources become plentiful, we will need uranium, oil, and gas. Plentiful energy resources equal security, prosperity, and peace for America. I strongly oppose any designation to our public lands that would inhibit our freedoms to utilize them for responsible mineral extraction or energy development.

Jonne Sudlam

Brandy Moravshed
21650 myers rd.
Eckert. CO 81418



**RMP Project Manager**
**Bruce Krickbaum**
**2465 S. Townsend Ave.**
**Montrose, CO 81401**





RECEIVED
BY: MAR 10 2010

Please do not restrict our Uncompahgre BLM resources by a Wild and Scenic designation or closure through the Resource Management Plan. Hydropower is a clean source of renewable energy which our country desperately needs. Until other real, economical, and renewable resources become plentiful, we will need uranium, oil, and gas. Plentiful energy resources equal security, prosperity, and peace for America. I strongly oppose any designation to our public lands that would inhibit our freedoms to utilize them for responsible mineral extraction or energy development.

Brandy Mortashed



Teresa Neuberger
2361 Pioneer Road
Delta, CO 81416



**RMP Project Manager**
**Bruce Krickbaum**
**2465 S. Townsend Ave.**
**Montrose, CO  81401**



FEB 24 2010

BLM_0081321

Please do not restrict our Uncompahgre BLM resources
by a Wild and Scenic designation or closure through the
Resource Management Plan. Hydropower is a clean
source of renewable energy which our country
desperately needs. Until other real, economical, and
renewable resources become plentiful, we will need
uranium, oil, and gas. Plentiful energy resources equal
security, prosperity, and peace for America. I strongly
oppose any designation to our public lands that would
inhibit our freedoms to utilize them for responsible
mineral extraction or energy development.

Teresa Neuberger

BLM_0081322

Barb Steele
6897 Peach Valley
Delta, CO 81416



USA 28

**RMP Project Manager**
**Bruce Krickbaum**
**2465 S. Townsend Ave.**
**Montrose, CO  81401**

RECEIVED

MAR 1 0 2010

BY:_____

BLM_0081323

Please do not restrict our Uncompahgre BLM resources
by a Wild and Scenic designation or closure through the
Resource Management Plan. Hydropower is a clean
source of renewable energy which our country
desperately needs. Until other real, economical, and
renewable resources become plentiful, we will need
uranium, oil, and gas. Plentiful energy resources equal
security, prosperity, and peace for America. I strongly
oppose any designation to our public lands that would
inhibit our freedoms to utilize them for responsible
mineral extraction or energy development.

Barbara Steele

BLM_0081324



Dick Steele DVM
6897 Peach Valley Road
Delta, CO 81416

19 FEB 2010



USA 28

RMP Project Manager
Mr. Bruce Kirckbaum
2465 S. Townsend Ave
Montrose, CO 81401

FEB 22 2010

© 2008 USPS ♻ recycled

BLM_0081325

Please do not restrict our Uncompahgre BLM resources by a Wild and Scenic designation or closure through the RMP. Hydropower is a clean source of renewable energy which our country desperately needs. Until other economical and renewable resources become limited, we will need uranium, gas and oil. Plentiful energy resources equal security, prosperity, and peace for America. I strongly oppose any designation to our public lands that would inhibit our freedoms, to utilize them for responsible mineral extraction or energy development.

Orel [signature]

BLM_0081326



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community?  Yes_____  No X____

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health?  Yes X___ No_____

If yes or no, how so? *More people were concerned with Renwal energy.*

4. Did you consider the workshop a productive use of your time today? Yes X___ No X___

If no, why not? *Had to take time off of work*

_____

_____

5. What could we have done to make the workshop better? _____

*needed more info on the phone*

_____



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes _____ No ✓

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes ✗ No _____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes _____ No _____

If no, why not? *Undecided*

_____

_____

5. What could we have done to make the workshop better? *Been clearer about what the meeting was to be about when questioned on the phone*



## United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS
ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes _X_ No _____
If yes, what was it? _Some actual statistics_ _____

_____

_____

2. Did we miss anything we should know about your community? _Not enough discussion or statistics reflecting variety and importance of agricultural operations_

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes _X_ No _____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes _X_ No _____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _Need more discussion of importance of ecosystem health on communities. Also more discussion of potential for impacts of gas development on water, air and social impacts on communities (negative impacts, in these cases)_

BLM_0081329

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE

## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No ✕

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community?  *no*_____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No_____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes ✕ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? *its getting better*

_____

_____

BLM_0081330



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS
ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes __✓__ No_____
If yes, what was it? _perspectives of other attendees_
_____
_____

2. Did we miss anything we should know about your community? _____
_____
_____
_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No __✓__
If yes or no, how so? _I've been thinking about this for some_
_time._____
_____

4. Did you consider the workshop a productive use of your time today? Yes __✓__ No_____
If no, why not? _____
_____
_____

5. What could we have done to make the workshop better? _____
_____
_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



TAKE PRIDE
IN AMERICA

## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes __X__ No_____

If yes, what was it? _____Economic data etc_____

_____

_____

2. Did we miss anything we should know about your community? _____

_____

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes __X__ No_____

If yes or no, how so? ___Examing economic data in a group_____
___setting ._____

_____

4. Did you consider the workshop a productive use of your time today? Yes __X__ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_Better definition of some questions on the survey._
_Also the survey should include written directions regarding_
_the area to be considered. IE: " The BLM lands in the_
_North Fork Valley."_



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
### ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes ☒ No ✓

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

*NO*

_____

_____

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No ✓

If yes or no, how so? *I felt the numeric information was not really that accurate.*

_____

4. Did you consider the workshop a productive use of your time today? Yes ✓ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

*Clarify that participants should evaluate needs, desires, etc either as to their individual communities or the entire region (UFO).*



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No X_____

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? Move planning unit line between Hotchkiss & Paonia to the South. Crawford Hotchkiss & Paonia are making efforts to work together economically

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No X

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes_____ No_____

If no, why not? A lot of the figures presented were outdated and that was a concern considering the recent economic situations

5. What could we have done to make the workshop better? _____

_____

_____

BLM_0081334



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS – March 2010**

EVALUATION

1. Did you hear anything new about your community? Yes_____ No __X__

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

Concerned that numbers don't reflect current
trends in housing costs - because most socio economic
data is 18-24 years old - nat'l + state economic
climate has updated.

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No_____

If yes or no, how so? _____

_____

_____

4. Did you consider the workshop a productive use of your time today? Yes_____ No_____

If no, why not? _____

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS – March 2010

### EVALUATION

1. Did you hear anything new about your community? Yes_____ No _X_

If yes, what was it? _____

_____

_____

2. Did we miss anything we should know about your community? _____

Of course, LOTS. You would have to live here to understand the dynamics. I wouldn't expect you to cover all.

3. Did the information presented today help you get a better understanding of how community economic dynamics play a role in community economic health? Yes_____ No _X_

If yes or no, how so? _I am in a position that I deal with that daily_

_____

4. Did you consider the workshop a productive use of your time today? Yes _X_ No _____

If no, why not? _____ _I hope there is follow up_

_____

_____

5. What could we have done to make the workshop better? _____

_____

_____

BLM_0081336



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



### Uncompahgre Resource Management Plan Revision and EIS

## ECONOMIC WORKSHOPS

Date: March 10, 2010

Location: _HOTCHKISS_ , Colorado

| NAME / AFFILIATION | PHONE NUMBER | EMAIL |
|---|---|---|
| Robbie LeValley | | |
| Ross Allen | | |
| Gloria Crank | | |
| Robin Nicholoff | | |
| Kathy Welt | 929 2238 | Kwelt@archcoal.com |
| Sheila Maki | | |
| Monica Wiitanen | | |
| Tony Prendergast | | |
| Susan Hansen | 874-2102 | shansen@delta county.com |



pg 2 of 2



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE

**Uncompahgre Resource Management Plan Revision and EIS**

## ECONOMIC WORKSHOPS

Date: March _10_, 2010

Location: _Hotch Kiss_____, Colorado

| NAME / AFFILIATION | PHONE NUMBER | EMAIL |
|---|---|---|
| Mike Owens | | |
| Sue Carter | | |
| Bill Crank | | |
| Marlin & Debra Lite | | |
| Brad Burritt (WSER | | |
| Wendell A. Koontz | | |

BLM_0081338



## Uncompahgre RMP Planning Area

**Legend:**
- Uncompahgre RMP Boundary
- Uncompahgre Field Office Boundary
- Dominguez Escalante NCA
- Gunnison Gorge NCA
- County Boundaries
- Town
- BLM Wilderness*
- Forest Service Wilderness
- National Park Service Wilderness
- Bureau of Land Management
- National Park Service
- Other Federal
- Private
- State
- State, County, City Areas
- US Forest Service
- Major Roads

14 Miles

The Uncompahgre RMP decison area excludes the Gunnison Gorge and Dominguez-Escalante NCAs. Separate plans have and/or will be made for those areas.

*The Colorado Wilderness Act of 1993 protects the wilderness characteristics of the Roubideau and Tabeguache Areas but does not label them as Wilderness. They are illustrated on this map as Wilderness.

Projection NAD 1983, UTM Zone 13
February 2010

No alleged warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.

BLM_0081339



**PUBLIC LANDS ADVOCACY**

CLAIRE M. MOSELEY
EXECUTIVE DIRECTOR

WWW.PUBLICLANDSADVOCACY.ORG

1155 SOUTH HAVANA STREET, #11-327, AURORA, CO 80012 • PHONE (303) 506-1153 • FAX (866) 851-4560
EMAIL CLAIRE@PUBLICLANDSADVOCACY.ORG

March 30, 2010

Bruce Krickbaum
RMP Project Manager
Bureau of Land Management
2465 S. Townsend Ave                    VIA Email: uformp@blm.gov
Montrose, CO 81401

RE: SCOPING – UNCOMPAHGRE RMP REVISION

Dear Mr. Krickbaum:

On behalf of Public Lands Advocacy (PLA), following are issues we have identified for consideration in the amendment of the Uncompahgre Resource Management Plan being prepared by the Montrose Field Office. PLA is a nonprofit trade association whose members include independent and major oil and gas producers, as well as nonprofit trade and professional organizations that have joined together to foster environmentally sound exploration and production on public lands. We are interested in this revision because the area contains significant oil and gas resources as evidenced by the leasing and production the area has experienced.

Following are our recommendations for scoping issues:

♦ **Planning Requirements for Fluid Minerals**

It is important for mineral resources to be considered at an equal level with all other resource values. As such, it is necessary for these resources to be represented equitably in not only the planning criteria, but also factors which will be considered by alternative, effects to be addressed in the analysis of environmental consequences and determinations used to select a preferred alternative.

We recommend the following factors be included by BLM in the planning analysis:
- ♦ Management options that would protect or enhance opportunities to explore for and develop oil and gas resources will be examined.
- ♦ Management options for surface resource management that are compatible with oil and gas resource management objectives
- ♦ Reasonable mitigation measures designed to limit or avoid impacts to surface resources as a means to lessen restrictions on access to public lands for leasing

- ♦ Lack of oil and gas resource potential or current industry interest will not be used as a basis for closing lands or imposing constraints on exploration and development activities

The effects on oil and gas opportunities from surface management is only tied to -- not limited to -- economic impacts. Access to public lands for purposes of exploring for and producing oil and gas resources must be considered a separate issue from economic impacts. It is necessary to explain how surface management constrains the availability of public lands for leasing, exploration and potential development. Moreover, compliance with the various leasing laws that require all lands to be evaluated for lease is an access issue that has nothing to do with economics.

We urge that an analysis of the following types of effects be included in the environmental consequences section of the RMP:

- ♦ Effects on opportunities to explore for, lease, and develop oil and gas resources resulting from restrictive surface management decisions.
- ♦ The application and viability of reasonable mitigation.
- ♦ Limit the study to any residual effects that may be present after standard lease terms and conditions have been imposed. (For example, under the 43 CFR 3101 regulations, a two-month occupancy restriction can be imposed under standard terms and conditions of a lease for purposes of protecting critical habitat. Therefore, if the typical restriction used to protect calving areas is two months, no stipulation is needed because the BLM has the authority to restrict an operator, if necessary, to protect such areas under the standard terms of the lease. A lease notice apprising the lessee that calving grounds exist on the lease would be sufficient.)

- ♦ **Interim Development**

According to IM-2001-191: "*When a RMP is being amended or revised, BLM will continue to process site-specific permits, sundry notices, and related authorizations on existing leases in an expeditious manner while ensuring compliance with NEPA and other laws, regulations, and policies.*

*The BLM has the authority and discretion to condition its approval of proposed actions (APDs and other site specific activities) with reasonable measures (including relocation, redesign or delays in the proposed action) so as to reduce the effect of actions on other resource values and uses, consistent with the lease rights granted (see 43 CFR 3101.1-2). That is, BLM can use its authority and discretion to condition its approval of proposed actions to not constrain alternatives under consideration in a RMP revision or amendment consistent with the lease rights granted. Actions that may appear to reduce a lessee's right to reasonably develop a lease should be cleared through the State Director and Regional Solicitor's Office.*"

We urge BLM to follow the requirements in the Instruction Memorandum during the planning process.

- ♦ **Socio-economic considerations and benefits from oil and gas activities**

A comprehensive analysis of the socio-economic benefits of oil and gas development activities in the area should be included in the review. In addition to lease rentals and royalty payments, state and local taxes also need to be identified and incorporated into the benefits analysis. Specifically, a discussion analyzing the costs of administering the minerals program and industry's financial contributions to local, state and federal treasuries is necessary.

♦ **Areas considered to have low, moderate, high and unknown potential for oil and gas**

BLM is responsible for assessing the potential for occurrence of oil and gas resources during the analysis process. The mere lack of potential or lack of current industry interest must not be considered a basis for closing lands or imposing severe constraints on future development. Levels of interest can change overnight, rendering an area previously considered to have low potential highly prospective due to new information, technology or economics. It is important that future opportunities to explore for and develop oil and gas resources not be indiscriminately foreclosed.

♦ **Reasonably Foreseeable Development Scenario**

We recommend that, in addition to directly contacting operators and lessees in the area for their geological input, BLM use a method that incorporates historical data on what types of impacts have typically occurred in the area. It will be impossible to determine exactly how many miles of roads will be needed or how big a specific well pad may be until an Application for Permit to Drill is filed. Therefore, the agency should use a local average for these types of uses. Furthermore, the discussion of cumulative impacts related to possible development should include not only possible impacts of oil and gas activities, but also the measures available to mitigate adverse effects. In addition, we support an approach for defining reasonably foreseeable development that addresses acceptable levels of surface disturbance rather than the number of wells in then planning area. This gives both BLM and industry needed flexibility in future development opportunities, such as drilling multiple wells from a single pad or taking into consideration wells that have been plugged and abandoned.

♦ **Mitigation**

Section 1502 of the Council on Environmental Quality Regulations on the National Environmental Policy Act directs that mitigation measures be identified in the EIS which may be employed to reduce or entirely avoid impacts to other resource values. While this could be construed to mean that only lease stipulations need to be identified, it is also important to discuss other types of mitigation which may be utilized at the time of oil and gas drilling, both exploration and development, such as area-wide standards and guidelines for oil and gas operations. This information is necessary because it illustrates that with appropriate mitigation, oil and gas activities are compatible with other resource uses, including those in sensitive areas.

♦ **Surface Resource Management Decisions**

Many past BLM planning documents have discussed the impacts oil and gas activities may have on other resource values, but they have failed to adequately describe the effects surface resource management decisions may have on future subsurface opportunities and activities. Therefore, we strongly urge BLM to specifically describe the impacts of surface management decisions and trade-offs as they relate to future oil and gas leasing and development opportunities.

♦ **Valid Existing Rights**

We support BLM's statement in the scoping notice that valid existing lease rights will be honored in the new plan. Nevertheless, BLM needs to specify in the planning documents if and how valid existing lease rights could be impacted by new leasing or surface management decisions. Specifically, potential conditions of approval for operations and other changes should be identified. For example, if BLM modifies its Visual Resource Management land classifications as a result of the planning

process, it is critical that the impacts on existing leasing and development be addressed.  However, we recommend against modifying VRM classes in developed areas to a more restrictive classification in order to avoid potential conflicts with valid existing lease rights.

Thank you for this opportunity to provide our views.  Please do not hesitate to contact me if you would like to discuss these comments in greater detail.

Sincerely,

Claire M. Moseley



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



### Uncompahgre Resource Management Plan Revision and EIS
### ECONOMIC WORKSHOPS

Delta, Colorado – Wednesday, March 10 (9:00 AM – 12:00 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

    Attendees:

    Bruce Krickbaum – BLM Uncompahgre Field Office (UFO), Planning & Environmental Coordinator and RMP project lead

    Bill Bottomly – West Slope Mediation and Facilitation, LLC

    John Martin – Martin Economics

    Zoe Ghali – EMPSi

    Other attendee's name – Affiliation
    Other attendee's name – Affiliation

3. Community Economic Profile
    - How communities function
    - Snapshot of the data and identification of data sources
    - Review of the data
    - Community feedback on the data

4. Overview of Community Assessment Results

5. Group Discussions
    - How do you perceive your community?
    - What do you want your community to be?
    - Break into groups and complete community potential evaluation

6.  Summary of Group Discussions and Community Potential Evaluation

7.  How does the BLM fit in with your community?
    - How does the use of public land fit into community objectives?
    - What can BLM do to partner with your community (county, etc.) to reach its potential?

8.  Summary of Workshop and Questions of BLM Representative(s)

9.  Complete Workshop Evaluation

10. What Is Next and Project Contacts
    - Project website: www.uformp.com
    - Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

---

BLM_0081345



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS

Hotchkiss, Colorado – Wednesday, March 10, 2010 (2:00 – 5:00 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

    Attendees:

    Bruce Krickbaum – BLM Uncompahgre Field Office (UFO), Planning & Environmental Coordinator and RMP project lead

    Bill Bottomly – West Slope Mediation and Facilitation, LLC

    John Martin – Martin Economics

    Zoe Ghali – EMPSi

    Other attendee's name – Affiliation
    Other attendee's name – Affiliation

3. Community Economic Profile
    - How communities function
    - Snapshot of the data and identification of data sources
    - Review of the data
    - Community feedback on the data

4. Overview of Community Assessment Results

5. Group Discussions
    - How do you perceive your community?
    - What do you want your community to be?
    - Break into groups and complete community potential evaluation

6. Summary of Group Discussions and Community Potential Evaluation

7. How does the BLM fit in with your community?
   - How does the use of public land fit into community objectives?
   - What can BLM do to partner with your community (county, etc.) to reach its potential?

8. Summary of Workshop and Questions of BLM Representative(s)

9. Complete Workshop Evaluation

10. What Is Next and Project Contacts
    - Project website: www.uformp.com
    - Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0081347



MARTIN ECONOMICS

# UNCOMPAHGRE ECONOMICS WORKSHOP

BLM_0081348

# UNCOMPAHGRE FIELD OFFICE



BLM_0081349

# OVERVIEW OF PRESENTATION

- 1. Model of Local Economy
- 2. People
- 3. Jobs
- 4. Income
- 5. Households
- 6.  Natural Resources
- 7. Key Points
- 8. BLM Contributions & Recreation Possibilities
- 9. Community Aspects

BLM_0081350

# A SIMPLE MODEL OF A LOCAL ECONOMY



**Static Rain Barrel Model**

Earned & Captured Dollars

Outlays for Imports

Prosperity Level

Leakages of Investment Dollars

Estate Settlements

Leakages of Consumption Dollars

High School Graduates

Taxes, Social Security

Waste Due to Inefficiency

**Figure 1**   out        out

BLM_0081351

# POPULATION

## Study Area Population Totals (1980-2008)

| Location | 1980 | 1990 | 1980-1990 Percent Change | 2000 | 1990-2000 Percent Change | 2008 * | 2000-2008* Percent Change | 1980-2008* Percent Change |
|---|---|---|---|---|---|---|---|---|
| Delta | 21,225 | 20,980 | -1.2% | 27,834 | 32.7% | 32,600 | 13.5% | 48.9% |
| Gunnison | 10,689 | 10,273 | -3.9% | 13,956 | 35.9% | 15,259 | 9.3% | 42.5% |
| Mesa | 81,530 | 93,145 | 14.2% | 116,255 | 24.8% | 144,440 | 24.2% | 77.2% |
| Montrose | 24,323 | 24,423 | 0.3% | 33,423 | 36.9% | 41,302 | 23.5% | 69.6% |
| Ouray | 1,925 | 2,295 | 19.2% | 3,742 | 63.0% | 4,703 | 25.7% | 144.3% |
| San Miguel | 3,192 | 3,653 | 14.4% | 6,594 | 80.5% | 7,771 | 17.9% | 143.5% |
| **Study Area Total** | **142,913** | **154,769** | **8.3%** | **201,813** | **30.4%** | **245,075** | **21.4%** | **71.5%** |
| Colorado | 2,889,733 | 3,294,394 | 14.0% | 4,301,261 | 30.6% | 5,011,390 | 16.5% | 73.4% |

Source: Colorado Division of Local Government, Colorado State Demography Office

* 1980, 1990, 2000 census data, 2009 population estimates

BLM_0081352

# POPULATION PROJECTIONS



BLM_0081353

# POPULATION DISTRIBUTION BY AGE

## Study Area Estimated Age of Population (2008)

| Location | 19 and under | 20-34 | 35-44 | 45-64 | 65-84 | 85+ | Median Age |
|---|---|---|---|---|---|---|---|
| Delta County | 7,898 | 5,385 | 3,685 | 8,691 | 5,135 | 801 | 41.9 |
| Gunnison County | 4,079 | 3,362 | 2,530 | 4,052 | 1,116 | 120 | 35.7 |
| Mesa County | 38,962 | 30,543 | 18,131 | 36,221 | 18,088 | 2,499 | 36.5 |
| Montrose County | 11,436 | 7,578 | 5,281 | 10,618 | 5,518 | 868 | 38.2 |
| Ouray County | 1,074 | 767 | 590 | 1,581 | 636 | 52 | 43.7 |
| San Miguel County | 1,631 | 1,523 | 1,771 | 2,511 | 298 | 30 | 38.6 |
| **Study Area Total** | **65,080** | **49,158** | **31,988** | **63,674** | **30,791** | **4,370** | |
| State | 1,399,784 | 1,051,374 | 745,292 | 1,321,080 | 437,390 | 56,407 | 35.8 |

Source: Colorado Division of Local Government, State Demography Office 2010

BLM_0081354

# POPULATION – RACE/ETHNICITY

## Study Area Population by Race/Ethnicity (2008 estimate)

| Population | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
|---|---|---|---|---|---|---|
| Hispanic or Latino ethnicity of any race | 4229 | 982 | 17,606 | 7,198 | 236 | 685 |
| | 13.5% | 6.4% | 13.8% | 21.2% | 5.7% | 9.0% |
| **Not Hispanic or Latino, by Race** | | | | | | |
| White | 26,239 | 14,751 | 122,470 | 39,376 | 4,252 | 7,391 |
| | 83.5% | 90.2% | 79.3% | 79.3% | 91.8% | 88.2% |
| Black or African American | 229 | 148 | 1,591 | 291 | 3 | 21 |
| | 0.7% | 1.0% | 0.7% | 0.7% | 0.1% | 0.1% |
| American Indian or Alaskan Native | 471 | 216 | 2,044 | 702 | 99 | 100 |
| | 1.5% | 1.4% | 1.7% | 1.7% | 2.1% | 1.1% |
| Asian | 225 | 152 | 1,410 | 327 | 15 | 121 |
| | 0.7% | 1.0% | 0.8% | 0.8% | 0.3% | 1.2% |
| Native Hawaiian and Other Pacific Islander | 17 | 5 | 255 | 20 | 2 | 6 |
| | 0.1% | 0.0% | 0.1% | 0.0% | 0.0% | 0.1% |

Source: US Census Bureau 2008, Population Division, 2008 estimate data

Note- The sum of the five race groups adds to more than the total population because individuals may report more than one race.

BLM_0081355

# POPULATION – RACE/ETHNICITY

## Percent of Population of Hispanic/Latino Origin of any Race (2000-2008)



Source: Colorado Division of Local Government, State Demography Office 2010

BLM_0081356

# KEY POINTS - #1

- ✖ Montrose and Mesa Counties most diverse.

- ✖ Gunnison and Ouray Counties least diverse.

- ✖ Expect population growth in Mesa, Delta and Montrose Counties.

- ✖ If you want to feel young move to Gunnison County.

BLM_0081357

# EMPLOYMENT CHARACTERISTICS

## Study Area Employment Characteristics (2007)

| Industry | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
|---|---|---|---|---|---|---|
| Farm employment | 1,408 | 311 | 1,998 | 1,383 | 87 | 120 |
| Forestry, fishing, related activities | 356 | 72** | 299 | 386 | * | * |
| Mining | 552 | 784+ | 3,425 | * | * | * |
| Utilities | 72 | 66 | 234 | 226 | * | 15 |
| **Construction** | **1,566** | **1,714** | **9,054** | **3,298** | **619** | **1,469** |
| Manufacturing | 828 | 135 | 3,743 | 1,595 | 60 | 163 |
| Wholesale trade | 356 | 91 | 2,768 | 613 | 33 | 49 |
| Retail trade | 1,990 | 1,319 | 11,006 | 2,794 | 291 | 618 |
| Transportation and warehousing | 195 | 184 | 3,239 | 797 | * | 76 |
| Information | 198 | 130 | 1,147 | 280 | 41 | 159 |
| Finance and insurance | 444 | 349 | 3,551 | 676 | 97 | 199 |
| Real estate and rental and leasing | 836 | 1,164 | 4,717 | 1,384 | 302 | 1,180 |
| Professional, scientific, and technical services | 679 | 676 | 4,286 | 1,203 | 204 | 544 |
| Management of companies and enterprises | 43 | 15 | 134 | 40 | * | 39 |
| Administrative and waste services | 646 | 458 | 4,649 | 992 | * | 352 |
| Educational services | * | 229 | 608 | 121 | * | 121 |
| Health care and social assistance | * | 445 | 9,921 | 2,062 | * | 258 |
| Arts, entertainment, | 239 | 919 | 1,868 | 428 | 108 | 608 |
| Accommodation and food services | 846 | 1,687 | 6,574 | 1,431 | 555 | 1,131 |
| Other services, except public administration | 991 | 749 | 4,885 | 1,572 | 171 | 519 |
| **Government and government enterprises** | **2,461** | **1,847** | **9,374** | **3,041** | **374** | **839** |
| Total Employment | 15,983 | 13,361 | 87,453 | 24,517 | 3,287 | 8,674 |

SOURCE: DOC BEA 2009  NAISC data * Disclosure suppression of data, total employment for counties reflects BEA estimate of this number
** Data from 2005, 2007 data suppressed., + Data from 2006, 2007 data suppressed

BLM_0081358

# Employment Characteristics
# Long term trends for Delta County
# 1970 - 2000



Source: BEA SIC data in Headwaters EPS profile, 2010. Note that BEA switched to a different classification system (NAICS) system in 2001.

Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and Real Estate, and Services (Health, Legal, Business and Other).

BLM_0081359

# Employment Characteristics
# Long term trends for Gunnison County
# 1970 - 2000



Source: BEA SIC data in Headwaters EPS profile, 2010. Note that BEA switched to a different classification system (NAICS) system in 2001.

Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and Real Estate, and Services (Health, Legal, Business and Other).

BLM_0081360

# Employment Characteristics
# Long term trends for Mesa County
# 1970 - 2000



Source: BEA SIC data in Headwaters EPS profile, 2010. Note that BEA switched to a different classification system (NAICS) system in 2001.

Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and Real Estate, and Services (Health, Legal, Business and Other).

# Employment Characteristics
# Long term trends for Montrose County
# 1970 - 2000



Source: BEA SIC data in Headwaters EPS profile, 2010. Note that BEA switched to a different classification system (NAICS) system in 2001.

Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and Real Estate, and Services (Health, Legal, Business and Other).

BLM_0081362

# Employment Characteristics
# Long term trends for Ouray County
# 1970 - 2000



Source: BEA SIC data in Headwaters EPS profile, 2010. Note that BEA switched to a different classification system (NAICS) system in 2001.

Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and Real Estate, and Services (Health, Legal, Business and Other).

BLM_0081363

# Employment Characteristics
# Long term trends for San Miguel County
# 1970 - 2000



Source: BEA SIC data in Headwaters EPS profile, 2010. Note that BEA switched to a different classification system (NAICS) system in 2001.

Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and Real Estate, and Services (Health, Legal, Business and Other).

BLM_0081364

# UNEMPLOYMENT

## Unemployment Levels by County (1990-2009)

Not seasonally adjusted

| Year | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
|------|-------|----------|------|----------|-------|------------|
| 1990 | 7.0% | 7.3% | 5.9% | 6.3% | 9.7% | 5.1% |
| 1995 | 5.9% | 6.1% | 5.3% | 5.6% | 4.9% | 4.0% |
| 2000 | 3.7% | 2.7 % | 3.3% | 3.7% | 2.6% | 3.0% |
| 2005 | 5.1% | 4.0% | 5.0% | 4.8% | 3.5% | 4.3% |
| 2006 | 4.1% | 3.2% | 4.0% | 4.1% | 3.2% | 3.5% |
| 2007 | 3.4% | 2.9% | 3.3% | 3.7% | 3.0% | 3.2% |
| 2008 | 4.4% | 3.6% | 3.9% | 5.0% | 3.7% | 4.0% |
| 2009* | 6.6% | 5.0% | 8.1% | 8.2% | 5.4% | 6.1% |

Source: Bureau of Labor Statistics 2010
* preliminary data, through November 2009

# LOCATION OF WORK TO RESIDENCE



**Location of Work Related to Residence-workers 16 years and over**

Source: Colorado Division of Local Government, State Demography Office 2010

BLM_0081366

# COMMUTING TO WORK



## Mean Commuting Time

Source: Colorado Division of Local Government, State Demography Office 2010

BLM_0081367

# KEY POINTS - #2

- Ouray County commutes outside to work and Gunnison County does not.

- Government and Construction are significant employers.

- Unemployment has remained lower than the national average.

BLM_0081368

# INCOME

### Study Area Labor and Non-Labor Income (2007)

| County | Personal Income Total (millions of $) | Labor income | | Non-Labor income (including dividends, interest, rent, personal transfer receipts) | |
|---|---|---|---|---|---|
| | | Millions of $ | Percent of Personal Income Total | Millions of $ | Percent of Personal Income Total |
| Delta | 821 | 466 | 56.8% | 355 | 43.2% |
| Gunnison | 484 | 310 | 64.0% | 174 | 36.0% |
| Mesa | 4,503 | 2,942 | 65.3% | 1,561 | 34.7% |
| Montrose | 1,146 | 715 | 62.4% | 430 | 37.6% |
| Ouray | 183 | 98 | 53.7% | 85 | 46.3% |
| San Miguel | 373 | 232 | 62.2% | 140 | 37.8% |
| **Study Area Total** | **7,510** | **4,763** | **63.4%** | **2,746** | **36.6%** |
| **Colorado** | **199,483** | **143,723** | **72.0%** | **55,761** | **28.0%** |

Source: DOC BEA 2009
Percentages do not add to 100% due to adjustments for social security, residence and other factors made by the BEA.

# INCOME

## Study Area Income Distribution

| Income (2008) | | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|---|
| Median Household Income | 2008 | $40,994 | $43,621* | $51,930 | $51,659 | $59,725* | $61,074* |
| | 2000 | $32,785 | $36,916 | $35,864 | $35,234 | $42,019 | $48,514 |
| Per Capita Income | 2008 | $20,813 | NA | $26,580 | $24,298 | NA | NA |
| | 2000 | $17,152 | $21,407 | $18,715 | $17,158 | $24,335 | $35,329 |
| Persons Below Poverty Level | 2008 | 11.7% | 12.0%* | 10.2% | 11.1% | 7.6%* | 8.2%* |
| | 2000 | 12.1% | 15.0% | 19.5% | 12.6% | 7.2% | 10.4% |
| Families Below Poverty Level | 2008 | 9.8% | NA | 7.4% | 7.8% | NA | NA |
| | 2000 | 8.5% | 6.0% | 7.0% | 8.9% | 6.0% | 6.6% |

*model estimate
NA= data not available for this county
Source: US Census Bureau
Data from 2000 census in 1999 dollars
Data from 2006-2008 estimates in 2008 dollars

BLM_0081370

# PER CAPITA INCOME – DELTA COUNTY

**Per Capita Income as a Percent of the United States, 2007**



COLORADO                    DELTA

BLM_0081371

# PER CAPITA INCOME – GUNNISON COUNTY

**Per Capita Income as a Percent of the United States, 2007**



COLORADO

GUNNISON

BLM_0081372

# PER CAPITA INCOME – MESA COUNTY

**Per Capita Income as a Percent of the United States, 2007**



COLORADO

MESA

BLM_0081373

# PER CAPITA INCOME – MONTROSE COUNTY

**Per Capita Income as a Percent of the United States, 2007**



COLORADO          MONTROSE

BLM_0081374

# PER CAPITA INCOME – OURAY COUNTY

## Per Capita Income as a Percent of the United States, 2007



COLORADO                    OURAY

BLM_0081375

# PER CAPITA INCOME – SAN MIGUEL COUNTY

**Per Capita Income as a Percent of the United States, 2007**



COLORADO

SAN MIGUEL

BLM_0081376

# INCOME - POVERTY

## Percent of Individuals below Poverty Level (2000-2008)



Source: US Census Bureau 2000, 2008 Population Division

BLM_0081377

# KEY POINTS - #3

* Poverty levels much lower in Ouray and San Miguel Counties.

* Incomes highest in Ouray and San Miguel Counties, lowest in Delta and Montrose Counties.

* Non labor income significantly higher within the region than the state average.

BLM_0081378

# HOUSING

## Study Area Housing Affordability (1990 and 2000)

| Location | 1990 Housing Unit: Median Value | 1990 Percent of Median Income Necessary to Buy House | 1990 Housing Affordability Index | 2000 Housing Unit: Median Value | 2000 Percent of Median Income Necessary to Buy House | 2000 Housing Affordability Index |
|---|---|---|---|---|---|---|
| Delta County | $106,324 | 23% | 109 | $189,400 | 26% | 97 |
| Gunnison County | $68,511 | 20% | 127 | $115,500 | 22% | 116 |
| Mesa County | $82,477 | 19% | 131 | $118,900 | 20% | 128 |
| Montrose County | $78,788 | 19% | 133 | $121,200 | 21% | 119 |
| Ouray County | $120,290 | 25% | 100 | $244,700 | 35% | 72 |
| San Miguel County | $208,432 | 41% | 61 | $358,200 | 42% | 60 |
| State | $108,564 | 19% | 129 | $166,600 | 21% | 119 |

Source: Headwater Institute EPS 2010
Values in 2000 dollars

BLM_0081379

# HOUSEHOLDS

## Study Area Household Characteristics
## 2000-2008 Comparison

| | | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|---|
| **Average Household Size (persons)** | 2008 | 2.43 | 2.29 | 2.46 | 2.50 | 2.37 | 2.17 |
| | 2000 | 2.43 | 2.30 | 2.47 | 2.52 | 2.36 | 2.18 |
| **Total Housing Units** | 2008 | 14,100 | 10,931 | 61,589 | 17,257 | 2,970 | 6,333 |
| | 2000 | 12,374 | 9,135 | 48,427 | 14,202 | 2,146 | 5,197 |
| **Occupied Housing Units** | 2008 | 12,617 | 6,228 | 57,092 | 16,238 | 1,975 | 3,567 |
| | 2000 | 11,058 | 5,649 | 45,823 | 13,043 | 1,576 | 3,015 |
| **Vacant Housing Units** | 2008 | 1,483 | 4,703 | 4,497 | 1,019 | 995 | 2,766 |
| | 2000 | 1,316 | 3,486 | 2,604 | 1,159 | 570 | 2,182 |

Source: US Census Bureau 2000 data, Colorado Department of Local Affairs, State Demography Office 2008 estimates

BLM_0081380

# KEY POINTS - #4

✖ Housing is taking more income to sustain itself.

✖ Vacancy rates highest in three counties (Gunnison, Ouray, San Miguel).

✖ Housing more affordable in Mesa, Montrose and Gunnison Counties.

# AGRICULTURE

## Study Area Agricultural Data (2007)

| Data | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel | Total Study Area | Colorado |
|---|---|---|---|---|---|---|---|---|
| Number of farms | 1,294 | 217 | 1,767 | 1,045 | 105 | 123 | 4,551 | 37,054 |
| Acreage in farms | 252,530 | 173,679 | 372,511 | 321,056 | 93,839 | 150,947 | 1,364,562 | 31,604,911 |
| Market Value of Agricultural Products Sold ($ 1,000) | 46,800 | 10,731 | 61,230 | 67,160 | 3,604 | 3,350 | 192,875 | 6,061,134 |
| Livestock poultry and products ($ 1,000) | 26,642 | 8,927 | 30,969 | 43,908 | 2,991 | 2,696 | 500,247 | 4,079,735 |
| Crops including nursery and greenhouse crops ($ 1,000) | 20,158 | 1,804 | 30,262 | 23,252 | 613 | 654 | 79,121 | 1,981,399 |

Source: NASS Agricultural Census 2007

BLM_0081382

# OIL PRODUCTION

## Oil Production (barrels) (2005-2009)

| County | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Delta | 857 | 74 | 149 | 8 | 7 |
| Gunnison | 86 | 2,239 | 1,809 | 1,926 | 979 |
| Mesa | 20,194 | 38,437 | 64,719 | 120,933 | 88,553 |
| Montrose | 0 | 0 | 0 | 0 | 0 |
| San Miguel | 13,583 | 9,673 | 5,629 | 5,249 | 3,027 |

Source: Colorado Oil and Gas Conservation Commission 2010.

BLM_0081383

# NATURAL GAS PRODUCTION

## Natural Gas Production (mmcf) (2005-2009)

| County | 2005 | 2006 | 2007 | 2008 | 2009 |
|--------|------|------|------|------|------|
| Delta | 353 | 47 | 10 | 10 | 5 |
| Gunnison | 4 | 520 | 1,066 | 1,198 | 872 |
| Mesa | 10,281 | 15,040 | 27,766 | 36,949 | 25,519 |
| Montrose | 0 | 0 | 0 | 0 | 0 |
| San Miguel | 20,777 | 24,489 | 17,775 | 14,034 | 8,399 |

Source: Colorado Oil and Gas Conservation Commission 2010.

BLM_0081384

# COAL


## Coal Mines and Coal Production*

| Related BLM Field Office | Company Name | Mine Name | Yearly Coal Production (Tons) |
|---|---|---|---|
| UFO | Bowie Resources, LLC | Bowie No. 2 | 5,000,000 |
| UFO | Mountain Coal Company | West Elk | 6,400,000 |
| UFO | Oxbow Mining, LLC | Elk Creek | 6,000,000 |
| GJFO | Central Appalachia Mining | McClane Canyon | 325,000 |
| SJFO | National King Coal | King | 420,000 |

**\*Note that table includes coal mines on BLM lands only**

BLM_0081385

# KEY POINTS - #5

* Agriculture prominent in three counties (Delta, Mesa, Montrose).

* Mesa and San Miguel Counties have oil and gas.

* Coal production is significant in the region.

BLM_0081386

# SUMMARY OF KEY POINTS

- The region's future population growth will be in existing populated areas.

- Expect employment growth in service sectors, government and construction.

- Non labor income is significant and will become a greater driver of the economy in the future.

- Housing affordability will be key to region's livability in the future.

- Natural Resources have a prominent role in the region's future.

BLM_0081387

# BLM CONTRIBUTIONS:  WHAT THE PUBLIC LAND HAS TO OFFER!



BLM_0081388

# UNCOMPAHGRE FIELD OFFICE AND LAND OWNERSHIP



BLM_0081389

# ACREAGE IN RMP PLANNING AREA



BLM_0081390

# ACREAGE IN RMP PLANNING AREA

| County | BLM-UFO | Local Gov. | NPS | Private | State | USFS | Total Acres RMP Area | Total Acres in County |
|---|---|---|---|---|---|---|---|---|
| **Delta** | 120,669 | 3,655 | | 285,157 | | 189,201 | 598,681 | 730,950 |
| **Gunnison** | 13,368 | 8 | | 74,527 | | 338,845 | 426,748 | 2,072,838 |
| **Mesa** | 11,931 | 164 | | 5,404 | | 94,115 | 111,614 | 2,129,760 |
| **Montrose** | 447,987 | 3,592 | 27,126 | 375,640 | 5 | 328,354 | 1,182,703 | 1,433,990 |
| **Ouray** | 24,471 | 4,642 | | 188,752 | 324 | 126,426 | 344,616 | 345,901 |
| **San Miguel** | 57,227 | 224 | | 195,692 | 6,681 | 169,875 | 429,700 | 823,360 |
| **Total** | 675,654 | 12,286 | 27,126 | 1,125,172 | 7,010 | 1,246,816 | | |

Source: UFO BLM 2010a

BLM_0081391

# RECEIPTS FROM PUBLIC LAND USE



Source: UFO BLM 2010b

BLM_0081392

# CONTRIBUTIONS



Fiscal Year 2009 PILT Payments to UFO Counties

Source: US DOI 2010

BLM_0081393

# BLM RECREATION IN THE FIELD OFFICE



BLM_0081394

# THANK YOU – QUESTIONS OR COMMENTS?

- For more information  or if you have questions or comments on the Economic Workshop Contact:
- John V. Martin
- Martin Economics
- 208-284-4425
- Ecnjohn@aol.com

- For questions or comments on the Uncompahgre Field Office Resource Management Plan Contact:
- Mr. Bruce Krickbaum
- 970-240-5300
- WWW.UFORMP.COM

BLM_0081395

# References

✖ Colorado Division of Local Government, State Demography Office. Internet Web Site: http://www.dola.state.co.us/demog/index.html. Accessed January-March 2010.

✖ Colorado Oil and Gas Conservation Commission, 2010. Colorado Oil and Gas information System. Internet Web site: http://cogcc.state.co.us/cogis/. Accessed February 2010.

✖ Headwaters Economics, Economic Profile System (EPS) 2010. Socioeconomic Profiles produced for Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel Counties. Internet Web Site: http://www.headwaterseconomics.org/eps/

✖ US BLM, Uncompahgre Field Office (UFO) 2010a. Land Status GIS data.

✖ US BLM, Uncompahgre Field Office (UFO) 2010b. FY 2009 Receipts Data.

✖ US Bureau of Labor Statistics 2010. Unemployment Data. Interne Website: http://data.bls.gov/PDQ/servlet/SurveyOutputServlet. Accessed January 2010.

✖ US Census Bureau 2000. 2000 Census Summary Data (SF1, SF2, SF3). Internet Website: http://www.census.gov/prod/cen2000

✖ US Census Bureau 2008. Population Division. Annual Estimates of the Resident Population by Sex, Race Alone or in Combination, and Hispanic Origin for Counties in Colorado. File: 7/1/2008 County Characteristics Resident Population Estimates File. Internet Web Site: http://www.census.gov/popest/estimates.html

✖ US Census Bureau 2006-2008. American Community Survey Data 2006-2008. Internet Web Site: http://www.census.gov/acs/www/.

✖ USDA, NASS Agricultural Census 2007. County Data- Colorado. Internet Web site: http://www.agcensus.usda.gov/Publications/2007/Full_Report/index.asp.

✖ US DOC BEA 2009. Regional Economic Information System Data from tables Ca25N,Ca30, Ca1-3, and Ca05N. Updated April 2009. Internet Web Site: http://www.bea.gov/regional/index.htm#state. Accessed January 2010

✖ US DOI 2010. Payment in Lieu of Taxes (PILT) Payment by States Data for FY 2009. Internet web site: http://www.nbc.gov/pilt/pilt/states.cfm. Accessed 1/19/2010.

BLM_0081396

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    EmbeddedFile1.xls

BLM_0081397

**Spreadsheet Placeholder(file available in native format)**

**File Name:**              EmbeddedFile2.xls

BLM_0081398

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    EmbeddedFile3.xls

BLM_0081399

**Spreadsheet Placeholder(file available in native format)**

**File Name:**            EmbeddedFile4.xls

BLM_0081400



## Uncompahgre RMP Planning Units

The Uncompahgre RMP decison area excludes the Gunnison Gorge and Dominguez-Escalante NCAs. Separate plans have and/or will be made for those areas.

*The Colorado Wilderness Act of 1993 protects the wilderness characteristics of the Roubideau and Tabeguache Areas but does not label them as Wilderness. They are illustrated on this map as Wilderness.

| | |
|---|---|
| Bureau of Land Management | Dominguez Escalante National Conservation Area |
| National Park Service | Gunnison Gorge National Conservation Area |
| Other Federal | Planning Unit |
| Private | Uncompahgre RMP Boundary |
| State | Uncompahgre Field Office Boundary |
| State, County, City Areas | Special Recreation Management Area |
| US Forest Service | Area of Critical Environmental Concern |
| BLM Wilderness Study Areas | County Boundaries |
| BLM Wilderness* | |
| Forest Service Wilderness | |
| National Park Service Wilderness | |

10 Miles

Projection NAD 1983, UTM Zone 13
December 17, 2009

No alleged warranty is made as to the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.

BLM_0081401