ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

0

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Anthony Straka
26 Honey Ln
Wappingers Falls, NY 125

202-429-3945

**Lisa Garcia**

346 Sandalwood Lane , San Antonio, TX 78216

March 27, 2010 8:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for your time and consideration.

Sincerely,

Lisa Garcia
346 Sandalwood Lane
San Antonio, TX 78216

ɔpment allowed under the
at minimizes damage to
ɪreas. The RMP should
ɪir and water. Thank you.

ects to those zones. Any oil and gas develo
strained, subject to phased development th
ential wildlife habitat, and other sensitive a
ium and other mining to protect our land, a

limit renewable energy proj
RMP must be carefully con
unique natural features, ess
impose strict limits on uran

Sincerely,

Audrey Evans
3540 Hillside Ave.
Norco, CA 92860



nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n to my comments!

no un

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your attentic

Sincerely,

Glenn R. Stewart, Ph.D.
4524 Briney Point Road
La Verne, CA 91750



inimizes damage to unique
he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank You.

Sincerely,

Crystal Martinez
1868 Lake Shore Drive
Romeoville, IL 60446



nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

que comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no uni

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Donna Bonetti
1170 B Monroe Dr
Boulder, CO 80303



inimizes damage to unique
he RMP should impose
water.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air, and v

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Vikram Neal Seetharaman
32280 Wintergreen Drive
Solon, OH 44139



he RMP should impose
vater.

que comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uni

natural features, essential w
strict limits on uranium and

Thank you for your time.

Sincerely,

Richard DeCicco
6168 Walnut St.
Mays Landing, NJ 08330

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bob Toth
6881 W. Greenbriar Dr.
Glendale, AZ 85308

comments

no unique

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

) unique comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

nc

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Diane Carney
4418 Alderwood Way
Sacramento, CA 95864



Sincerely,

Carla and Jeff Stoutamyer
4562 Village Springs Place
Atlanta, GA 30338

no unique comments



unique comments
no

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

t.

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Cindy R. Wagner
547 East Bells View Ln. Ex
Purlear, NC 28665

inimizes damage to unique
ne RMP should impose
water.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air, and v

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Martha W Bushnell
502 Ord Drive
Boulder, CO 80303-4732

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dale McMullan
PO Box 82
742 Main Street
Lancaster, MA 01523-0082

ose lands, as well as
of energy development
ping protect wildlife
ge.

t in the RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

osed to motorized and mechanized use. The
ver corridors, should be closed to all forms
g these lands has the added benefits of help
and mitigating the impacts of climate chang

e zones for renewable energy development
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect the land, air, and w

ity to comment.

characteristics should be cl
potential wild and scenic ri
and transmission. Protectin
habitat, cultural resources,

Also, BLM should designat
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for the opportun

Sincerely,

Michael J. Strawn
29631 Palomino
Warren, MI 48093



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jackie Walker
197 Natures Way
Brunswick, GA 31525



vater. Thanks

other mining to protect our land, air and w

strict limits on uranium and

Sincerely,

Eldon Ball
3200 N E 140th St., #11
Seattle, WA 98125

comments

no unique c



he RMP should impose
vater.

omments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

natural features, essential w
strict limits on uranium and

Sincerely,

Margaret Adam
PO Box 5197
Bozeman, MT 59717

he RMP should impose
vater.

' revision.

ents

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ity to comment on the Uncompahgre RMP

no unique comm

natural features, essential w
strict limits on uranium and

Thank you for the opportun

Sincerely,

Steven Moore
P.O. Box 1233
Snohomish, WA 98291



ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural re

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Justin Lamkin
6 Shepherd's Way
Kittery Point, ME 03905

rt of the RMP to ensure
l uses. Lands with
zed use. Those lands, as
ll forms of energy
enefit of helping protect
ate change. Protecting
ni Mitchell, wrote, "... You

2 A-GE

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose

mprehensive travel management plan as pa
ndscape level, accounting for impacts of al
hould be closed to motorized and mechaniz
cenic river corridors, should be closed to al
ion. Protecting these lands has the added be
ources, and mitigating the impacts of clim
onal priority because, as the songwriter, Jo
, 'til it's gone".

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th

BLM should complete a co
that planning is done at a la
wilderness characteristics s
well as potential wild and s
development and transmiss
wildlife habitat, cultural res
these areas should be a nati
don't know what you've got

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w



BLM_0082122



Mehier, UT 74000

ırt of the RMP to ensure
l uses. Lands with
zed use. Those lands, as
nergy "development".
: habitat, cultural

vable energy
ose zones. Any oil and gas
regulated and subject to
res, essential wildlife

mprehensive travel management plan as pa
ndscape level, accounting for impacts of al
hould be closed to motorized and mechaniz
cenic river corridors, should be closed to eı
he added benefit of helping protect wildlife
e impacts of climate change.

the BLM should designate zones for renew
and limit renewable energy projects to the
llowed under the RMP should be carefully
minimizes damage to unique natural featu
areas.

BLM should complete a co
that planning is done at a la
wilderness characteristics s
well as potential wild and s
Protecting these lands has t
resources, and mitigating tl

It would seem obvious that
"development" in the RMP,
"development" ultimately a
phased implementation that
habitat, and other sensitive

Sincerely,

Mike Lara
PO Box 142
Boulder, CO 80306



ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Richard Parker
153 Crane Neck Street
West Newbury, MA 01985

inimizes damage to unique
he RMP should impose
vater.

all have learned from past

A-GE

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

areful consideration. As you know, and we
valuable resources are hard to restore.

should be carefully constrai
natural features, essential w
strict limits on uranium and

Again thank you for your c
experience, once gone these

Sincerely,

Betty Victoria
3630 Sebastian Circle
Reno, NV 89503

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

d consideration.

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your time an

Sincerely,

Martha Christy
59 Walcott Avenue
Jamestown, RI 02835



lamage to unique natural
' must impose strict limits

ue comments

ct to phased development that minimizes d
habitat, and other sensitive areas. The RMP
g to protect our land, air and water.

no uniq

carefully constrained, subje
features, essential wildlife l
on uranium and other mini

Sincerely,

micheal erickson
2515 south 9th street #160
minneapolis, MN 55406



mments

no unique co

3634 Harvard Drive
Oceanside, CA 92056

inimizes damage to unique
ne RMP should impose
vater.

ie comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

0

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael Powell
PO Box 1641
Dripping Springs, TX 7862

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Laura Kowalchuk
563 Greene Tree Place
Fairborn, OH 45324



to desecrate this beautiful
y the solitude and the voice
somewhere away from

I TM (full graph)

where these offroad vehicles have the right
who visit these wild lands in order to enjoy
engines. Relegate them to a fenced-in area
hem play in their own manmade sand box.

A-P

Quite frankly, I do not see
land. There are more of us
of Nature....not the roar of
this beautiful area and let th

Sincerely,

Wilma Miller
802 S.E. 7th Street
#E-305
Deerfield Beach, FL 33441



, essential wildlife habitat,
nium and other mining to

inimizes damage to unique natural features
he RMP should impose strict limits on urai
ter.

phased development that m
and other sensitive areas. T
protect our land, air and wa

mments

no unique co

Thank you.

Sincerely,

Margaret Wood
213 Jennifer Court
Suffolk, VA 23434-2076

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mark Jacobs
71 Carrie Road
Negaunee, MI 49866

comments

no unique



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Anne Valdez
140 Bellevue
Springfield, MA 01108



omments
no unique co

Thank you.

Sincerely,

Martha Huggins
108 Stepp Pond. Trl.
Hendersonville, NC 28792

inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

d consideration in this important matter.

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your time an

Sincerely,

Shirley Smith
25115 E. Broadway Ave.
# 3
Veneta, OR 97487



inimizes damage to unique
he RMP should impose
vater.

inique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Absolutely!!!

Sincerely,

a musset
1221 S Thurmond
sheridan, WY 82801

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

que comments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

3112

no uni

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

DEBORAH SMITH
3044 N.W. 30TH
OKLAHOMA CITY, OK 7

t them. Or a multitude of
om think of making money
e Earth SECOND. Don't

A-GE

adorable!! No one with a heart could resis
live in a world run by people,most of wh
being of people,animals and the rest of th

't pollute and destroy.

an Otter close up? They are
other creatures,just trying t
first,and the health and wel
be callous and selfish.

Be humane and caring. Do

Sincerely,

Rachel Berg
400 W.43rd St.
Apt.35-A
NY, NY 10036



he RMP must limit

ildlife habitat, and other sensitive areas. Tl

o non wilderness-quality areas.

natural features, essential w

uranium and other mining t

Sincerely,

Torger Johnson
6252 Outlook Ave
Oakland, CA 94605

ue comments

no unic

inimizes damage to unique
he RMP should impose
vater.

2 B-GE (continued on next page)

n Gray Whale important.

t action to ensure a

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

1 A-GE

randon M Bean.

ve these executives why saving the Wester

my comments. I look forward to your swift
Iceland.

should be carefully constrai
natural features, essential w
strict limits on uranium and

P.S. I Love Wildlife love B

Thank you for helping to sa

Thank you for considering
complete ban on whaling ir

Sincerely,



BLM_0082144



inimizes damage to unique
ne RMP should impose
vater.

ealize that some energy
d dry, it is essential that
ote beauty.

1 A-PI ED
2 A-PI WSA

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

I know and love this part of the world. I re
out when all the resources have been sucke
it ecological integrity and its wild and rem

should be carefully constrai
natural features, essential w
strict limits on uranium and

This is my backyard, and
development is necessary, l
this area will have retained

Sincerely,

James Rosenthal
P.O. Box 676
Norwood, CO 81423

inimizes damage to unique
he RMP should impose
vater.these extractive
rded and now they want to

-PI ED

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
the lands which they were previously awar
their agenda?

should be carefully constrai
natural features, essential w
strict limits on uranium and
industries have not worked
grab more permits. what is

Sincerely,

bob tyson
2117 lindell
murphysboro, IL 62966

RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

s for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique co

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Brian McKee
2349 E. First St.
Tucson, AZ 85719

on that tie up our courts for

They are not ours to

A-GE (both graphs)

r do they have reckless polluters like Exxo
ibly cleaning up their messes.

trust for future generations of Americans.

federal deficits like ours, no
decades rather than respons

We hold our public lands in
diminish or destroy.

Sincerely,

Susan Chandler
3008 N 25th St
Ft Pierce, FL 34946-1705

inimizes damage to unique ned, subject to phased development that m should be carefully constrai

he RMP should impose ildlife habitat, and other sensitive areas. Tl natural features, essential w

vater. other mining to protect our land, air and w strict limits on uranium and

ease.. storing, place must not be SOLD OUT. Pl This most beautiful, soul re

A-PI WSA

Sincerely,

Donna Schwartz
203 Jan Lynn Street
Siloam Springs, AR 72761

, essential wildlife habitat,

protect our land, air and

ue comments

inimizes damage to unique natural features

rict limits on uranium and other mining to

no uniq

phased development that m
and other sensitive areas.

The RMP should impose st
water.

Sincerely,

Jean King
4205 Colgate Way
Livermore, CA 94550



omments

no unique c

Drew Martin
500 Lake Ave. #102
500 Lake Ave. #102
Lake Worth, FL 33460

inimizes damage to unique
he RMP should impose
vater.

nments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique con

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your time!

Sincerely,

Michelle Buerger
50 Schroeder Ct. #104
Madison, WI 53711

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
/ater.

comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Candy DeBerry, Ph.D.
60 South Lincoln Street
Washington, PA 15301

inimizes damage to unique
ne RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you kindly.

Sincerely,

Jennifer Pantaleo
4884 21st Ave S. Apt. 110
Fargo, ND 58103

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Charles Hens
1638 NE Woodridge Ln
Bend, OR 97701

inimizes damage to unique
he RMP should impose
/ater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kathy Day
4408 Leonard Parkway
Richmond, VA 23221



conyers, GA 30012

BLM_0082158

inimizes damage to unique
he RMP should impose
vater.

1 A-PI VRM

d as anywhere in the US. I
poil the land in their use of
e left wild and free.

2 A-PI WSA

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

s there, and found the beauty to be as gran
from short term profiteers that will surely s
atter what they claim. Please let this area be

should be carefully constrai
natural features, essential w
strict limits on uranium and

I have been in the mountain
This land needs protection
it. They always have, no ma

Sincerely,

Thomas Johnson
2455 Holloway Mtn Rd
Blowing Rock, NC 28605



unique comments
no



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gail Camhi
724 16th Avenue
#5
San Francisco, CA 94118

no unique comments

inimizes damage to unique
he RMP should impose
water.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air, and v

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Marilyn Martin
6020 Loganwood Drive
Rockville, MD 20852-3458

nt allowed under the RMP
lopment that minimizes
sensitive areas. The RMP
protect our land, air and

o those zones. Any oil and gas developme
ed and constrained, subject to phased deve
atures, essential wildlife habitat, and other
rict limits on uranium and other mining to

renewable energy projects
should be carefully delinea
damage to unique natural f
should impose especially st
water.

Sincerely,

William Honsa
3144 Broadway
Eureka, CA 95501



inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Scott Brooks
2200 Maple Ave.
Lisle, IL 60532



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Marilynn Szydlowski
11125 Orr Avenue NE
Albuquerque, NM 87111

no unique comments



ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Steven Hasty
1203 Fleetwood Plaza
Laurel Park, NC 28739

nt allowed under the RMP
inimizes damage to unique
ne RMP should impose
vater.

o unique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

n

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary dullinger
119 East Sterns
Temperance, MI 48182



inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jeanne Deane
22 Ivy Lane E
Monmouth, OR 97361

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nents

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comm

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

David Bowen
8609 Ewing Drive
Bethesda, MD 20817

Sincerely,

Mike Stieber
861 Inca Pkwy
Boulder, CO 80303

nts

no unique commer

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Brian Skowron
4957 Mills St.
La Mesa, CA 91942

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nents

ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

D.

no unique comr

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Malcolm MacPherson, Ph.I
34 Coyote Mountain Rd.
Santa Fe, NM 87505

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Tim Miller
11242 S. Lakeview Dr.
Milton, FL 32583

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Catharine Stringfellow
860 Acapulco Rd NE
Rio Rancho, NM 87144



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ted von Hippel, Ph.D.
1504 Bay Road, Apt 822
Miami Beach, FL 33139

nique comments

no u

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nerations. Thank you for

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

ect these beautiful wildlands for future ger

A-PI WSA

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

It is imperative that we prot
your consideration.

Sincerely,

Heidi Nichols
7205 Bullion Hill Rd.
Flagstaff, AZ 86004

he RMP should impose
vater.

comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n to this vital matter.

no unique

natural features, essential w
strict limits on uranium and

Thank you for your attentic

Sincerely,

Scott Weber
10293 SW Eastridge St.
Portland, OR 97225

inimizes damage to unique
he RMP should impose
vater. We humans can not
't last.

A-GE

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
nd ravaging the planet of its llife, or it won

should be carefully constrai
natural features, essential w
strict limits on uranium and
just go on over producing a

Sincerely,

anne hammond
5091 neptune dr
solon, OH 44139

BLM should designate zon[illegible] renewable energy projects [illegible] should be carefully constrai[illegible] natural features, essential w[illegible] strict limits on uranium and [illegible]

[illegible]s for renewable energy development in th[illegible] [illegible]o those zones. Any oil and gas developme[illegible] [illegible]ned, subject to phased development that m[illegible] [illegible]ildlife habitat, and other sensitive areas. T[illegible] other mining to protect our land, air and w[illegible]

[illegible] RMP, and limit [illegible]nt allowed under the RMP [illegible]inimizes damage to unique [illegible]he RMP should impose [illegible]ater.

Sincerely,

Phillip Kehn
9 Poplar Ave.
Elsmere
Wilmington, DE 19805



rater.

standing of things in
ent trips to Colorado on
s there. Please place

n from Georgia has no knowledge or under
PA program manager and have made frequ
are a great deal about environmental issues
p of your concerns.

A-GE (full graph)

You may think that a perso
Colorado. I am a retired El
business and pleasure and c
resource protection at the t

Sincerely,

Wesley Crum
3983 Tamarack Dr, #20473
Jasper, GA 30143

inimizes damage to unique
he RMP should impose
vater.

IKES AND CAMPING IN
E NOISE AND
NE!!!!!!!!!!!!!!

1 A-PI REC
2 A-PI TM

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

AND OTHERS WHO ENJOY QUIET HI
SHOULD NOT BE SUBJECTED TO TH
!!! THEIR RIGHTS DO NOT TRUMP MI

should be carefully constrai
natural features, essential w
strict limits on uranium and

I HAVE RIGHTS TOO!!! I
OUR NATIONAL PARKS
POLLUTION OF ORV'S!!

Sincerely,

Joy Cassidy
6098 E. Hayden Lake Rd.
Hayden, ID 83835

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

8

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Patricia Smith
6860 Woodgate Ct.
Colorado Springs, CO 8091



ments
no unique comr

Sharon Tkacz
14829 Hook Hollow Road
Novelty, OH 44072

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

ue

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Elissa Weindling
421 South Lexington Aven
White Plains, NY 10606

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Hood
7695 Cook Road
Plain City, OH 43064

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium anc

Sincerely,

Marcia Halligan
S 4001 River Road
Viroqua, WI 54665

inimizes damage to unique
he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

net Loudin

no uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Frank %pa_first_name% Ja
P. O. Box 1017
Eastsound, WA 98245

ianagement plan as part of
ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

should complete a comprehensive travel m
nning is done at a landscape level, accounti
acteristics should be closed to motorized ar
vild and scenic river corridors, should be cl
ion. Protecting these lands has the added be
ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

energy development. BLM
the RMP to ensure that plan
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Carol Edwards
905 Forest Ave. Unit 2N
Evanston, IL 60202



inimizes damage to unique
he RMP should impose
vater. Don't destroy those

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
ved and protected.

A-PI WET

should be carefully constrai
natural features, essential w
strict limits on uranium and
wetlands. Keep them preser

Sincerely,

Michael Guest
851 Stanton Court
Carmel, IN 46033

202-429-3945

**Jan Kristie**

5601 Moddison AVe , Sacramento, CA 95819

March 25, 2010 2:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

As a former resident of Colorado, I want to thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jan Kristie
5601 Moddison AVe
Sacramento, CA 95819



BLM_0082192

inimizes damage to unique
he RMP should impose
vater.

se keep this uppermost in

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ource. Once it is developed it is gone. Pleas
this decision.

A-PI WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and

This is a unique natural res
you thinking while making

Sincerely,

Lawrence Spatz
56 bridge st
Lanesborough, MA 01237

inimizes damage to unique
he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n to this very important issue.

nc uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your attentic

Sincerely,

L McLean
319 NW 77th Street
Seattle, WA 98117

inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

nc

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Margaret Smith
1668 Newbury Neck Road
Surry, ME 04684

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Cynthia Upp
4288 Redonda Lane
Dayton, OH 45416



t and imperiled wildlife,
t free from roads and other

' revision.

unique comments

kcountry recreation. It is home to importan
ise, that rely on large intact tracts of habitat

ource protection in the Uncompahgre RMF

no u

opportunities for quiet bac
such as Gunnison sage grou
infrastructure.

Thus, please emphasize res

Sincerely,

Connally Mears
7149 South Marshall Street
Littleton, CO 80128



inimizes damage to unique
he RMP should impose
vater.

inique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Steven Federman
4029 W. Bancroft St. Apt I
Ottawa Hills, OH 43606



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

07-1339

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Eric Simpson
828 Ocean Crest Rd.
Cardiff-by-the-Sea, CA 92(

ng for impacts of all uses

ning is done at a landscape level, accounti

the RMP to ensure that plar and sorts.

nd mechanized use. Those ompletely barred as well to

acteristics should be closed to motorized ar ild and scenic river corridors, should be cc ment and energy transmission.

Lands with wilderness char lands, as well as potential w all forms of energy develop

ildlife habitat, cultural cost to anyone.

have the added benefit of helping protect w e impacts of climate change at little or no

Protecting these lands will resources, and mitigating th

development in the RMP, evelopment allowed under development that insures a

signate as well zones for renewable energy projects to those zones. Any oil and gas de y constrained, and made subject to phased

BLM's scientists should des and limit renewable energy the RMP should be carefull



BLM_0082201



comments

no unique c

Joyce Weir
Box 973
Newport, WA 99156



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

nts

es for renewable energy development in the
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique comme

3827

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

MeiLi McCann-Sayles
1696 Ocean Dr
McKinleyville, CA 95519-

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Randall Tyers
63 Oakvale Ave.
Berkeley, CA 94705

inimizes damage to unique
he RMP should impose
vater. AND FINALLY
RESTORED TO
DER SUPERVISION
OVISIONS.

A-PI SE

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
D FOR EXPLORATION ETC. MUST BE
HING ITS ORIGIANL CONDITION UNL
S SOCIETY WITH ENFORCEMENT PR

should be carefully constrai
natural features, essential w
strict limits on uranium and
WHAT LAND IS OPENEI
SOMETHING APPROACI
FROM THE WILDERNES

Sincerely,

Alan Burrell
137 Dornoch Drive
Pawleys Island, SC 29585



BLM_0082206

inimizes damage to unique
ne RMP should impose
vater. Thank you for

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
n this very important issue.

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and
listening to my comments c

Sincerely,

Eric Luciano
2833 Sage Creek Road
Fort Collins, CO 80528

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ruth Stambaugh
93 Bird Creek Estate Rd
Black Mountain, NC 28711

202-429-3945

**Leila Raim**

144 Dominga , Fairfax, CA 94930

March 25, 2010 11:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

As a retired national park ranger-naturalist and active conservationist,, I thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leila Raim
144 Dominga
Fairfax, CA 94930

BLM should designate zon[e]es for renewable energy development in th[e] RMP, and limit renewable energy projects t[o] those zones. Any oil and gas developme[n]t allowed under the RMP should be carefully constrai[ned], subject to phased development that m[inimizes] damage to unique natural features, essential w[ildlife] habitat, and other sensitive areas. T[h]e RMP should impose strict limits on uranium and other mining to protect our land, air and w[ater].

Sincerely,

Paul Schielke
4 Trethorne Drive
Ballston Lake, NY 12019



A-PI WSA

ng creatures that call them

t we protect our wild lands and all the livir

It is absolutely essential tha home.

Sincerely,

Paulette Zimmerman
5254A Oleatha Ave.
St. Louis, MO 63139-1338

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Claire Kugelman-Kropp
15985 41st Ave.
Clearlake, CA 95422

inimizes damage to unique
'he RMP should impose
water.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

d consideration of my comments.

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your time an

Sincerely,

Marc David Garcia
5413 North 8th Street
McAllen, TX 78504-2766

omments

no unique co



BLM_0082214

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique c

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kim Brush
PO Box 28158
Scottsdale, AZ 85255

inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Peter Oliver
31 Mohawk Rd.
Andover, MA 01810

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

0

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Paul Moss
1849 Whitaker Street
White Bear Lake, MN 5511

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

my comments.

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering

Sincerely,

Barry Schechtman
5954 Caminito Cardelina
La Jolla, CA 92037



inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Theresa Shelton
1610 Judah St.
San Francisco, CA 94122

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no uniqu

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Linda Thompson
58462 Jasmine Rd.
Montrose, CO 81403



no unique comments

Sincerely,

Derek West
7399 Salaida Road
Mentor, OH 44060

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

no unique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Pamela Waterworth
10001 Old Franklin Ave.
Seabrook, MD 20706-2319

David Potter
3930 Rio Vista Way
Klamath Falls, OR 97603

inimizes damage to unique
he RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jenny Wilder
19607 Sandy Ln
Apple Valley, CA 92308



1 A-GE

nged by the last n mind. Wildlife habitat, Colorado. I was fortunate sured experience.

2 A-PI WSA

e regulation in your plan that was shortcha ng rush with ONLY economic objectives i s are also important aspects of this part of ago while on my honeymoon. It was a trea

Thank you for providing th administration in its headlo native lands, and wild river to visit it a couple of years

Sincerely,

Sidney White
Two Wednesday Hill Road
Lee, NH 03861-6533

inimizes damage to unique
he RMP should impose
vater.

plance on our planet.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

mot. All creatures big and small deserve a

A-GE

should be carefully constrai
natural features, essential w
strict limits on uranium and

We speak for those who ca
Thanks you.

Sincerely,

lorraine gilbert
2930 sunset view
signal hill, CA 90755

inimizes damage to unique
he RMP should impose
vater.

racting gas and oil in
dents due to the resulting
n the affected areas was
eversible health issues

A-PI NRED
A-PI PH
A-PI WR
A-PI SE
A-PI FW
ill graph)

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

cumentary on the "fracking" method of ext
hat is highly hazardous to the health of resi
. The devaluation of homes and property i
amification was the severe, chronic and irre
mals.

stricted mining!

1
2
3
4
5
(fu

should be carefully constrai
natural features, essential w
strict limits on uranium and

I recently watched a TV do
Colorado and other states th
water supply contaminatior
devastating, but the worst r
suffered by humans and ani

PLEASE do not allow unre

Sincerely,

Brenda Rusching
7748 Via Del Sogno - 92
92
Fort Wayne, IN 46818



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Diane Kennedy
11267 108th Lane N
Largo, FL 33778

Sincerely,

Stephen Knowlton
77 Church St.
Fair Haven, NJ 07704

e comments

no uniqu



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Leroy Porter
PO Box 905
Columbia Falls, MT 59912

ue comments

no uniqu

-0905

inimizes damage to unique
he RMP should impose
vater.
nt in our use of natural
eas with your protection of
nuch.

A-PI WSA

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
eless, selfish, and thoughtless up to this poi
elping us sustain our wildlife santuaries are
we still have some. Thank you so very m

should be carefully constrai
natural features, essential w
strict limits on uranium and
We have been reckless, car
resources. Thank you for h
these marvelous lands whil

Sincerely,

Ruth Skaar
513 Oneida Street
Beaver Dam, WI 53916

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Greg Volkman
P.O. Box 716
Rufus, OR 97050



43

12019 Wesco Dr
Maryland Heights, MO 630



ıments

no unique con

Sincerely,

john furlong
countyline rd
Trevose, PA 19053



ildlife habitat, and other sensitive areas.

natural features, essential w

Thank you.

Sincerely,

M R Wood
P.O. Box 109
Slanesville, WV 25444

e comments

no unique

inimizes damage to unique
he RMP should impose
vater.

nts

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique commen

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bruce B. Collette, Ph.D.
Pageland Farm
P.O. Box 108
Casanova, VA 20139



BLM_0082238



BLM_0082239

otect our land, air and

impose strict limits on any activities to prc

the RMP. The RMP should water.

Sincerely,

mments

no unique coı

Clara Beeler
2202 N. CR 275 E.
Logansport, IN 46947

202-429-3945

**David R Guinnup**

228 Channing Drive Buckley, Bear, DE 197011256

March 25, 2010 7:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

NOTE: I have personally seen this area of Colorado several times, including twice in the last 20 months.

Sincerely,

David R Guinnup
228 Channing Drive
Buckley
Bear, DE 19701-1256

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you.

Sincerely,

Nanette MacMillan
PO Box 1208
Groton, MA 01450

ents

no unique comm



: RMP, and limit
ıt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ments

:s for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique com

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Patricia Liske
2200 Trinidad
Falls Church, VA 22043

ıanagement plan as part of
ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
ıt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

should complete a comprehensive travel m
nning is done at a landscape level, accounti
acteristics should be closed to motorized ai
vild and scenic river corridors, should be cl
ion. Protecting these lands has the added be
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

energy development. BLM
the RMP to ensure that plar
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

joseph Rodgers
4348a w. valencia rd.
TUCSON, AZ 85746



vater.

other mining to protect our land, air and w

strict limits on uranium and

Sincerely,

Teigen Belle
76 Horne Settlement Drive
Elmsdale B2T 1H3

comments

no unique

inimizes damage to unique
he RMP should impose
ater.

America because natural
to the whole world.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect the land, air and w

hough I do not live in the United States of
e an intrinsic value and are of importance

A-PI WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and

I have written to you even t
areas and native species hav

Sincerely,

Simon Validzic
Froudeova 1
Novi Zagreb 10020

nt allowed under the RMP
inimizes damage to unique
'he RMP should preferably
If not prohibited altogether,

comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
mining to protect our land, air and water. I
es must be imposed.

no unique c

renewable energy projects t
should be carefully constrai
natural features, essential w
prohibit uranium and other
strict limits on these activit

Thank you.

Sincerely,

M. A. McDonald
2653 2nd Ave #3
Sacramento, CA 95818



inimizes damage to unique
he RMP should impose
vater.

lren and mine.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

rth for future generations, your grand-chilc

A-GE

should be carefully constrai
natural features, essential w
strict limits on uranium and

We need to preserve this ea

Thank you.

Sincerely,

Steven Skal
630 Churchill Avenue D
Columbus, OH 43214

e RMP, and limit
ELOPMENT ALLOWED
subject to phased
ial wildlife habitat, and
and other mining to

nique comments

es for renewable energy development in the
o those zones. ANY OIL AND GAS DEV
LD BE CAREFULLY CONSTRAINED, s
s damage to unique natural features, essent
MP should impose strict limits on uranium
IR AND WATER.

no ui

BLM should designate zon
renewable energy projects t
UNDER THE RMP SHOU
development that minimize
other sensitive areas. The R
PROTECT OUR LAND, A

Sincerely,

Johnnie Herber
223 Evergreen Circle
Georgetown, TX 78626



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Rodney and Terri Jones
3255 E 2120 Rd
Hugo, OK 74743

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

urces, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural re

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Douglas Fowley
5312 Orrville Ave.
Woodland Hills, CA 91367



nd mechanized use.

d be closed to all forms of

3 A-PI ED

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique

mining to protect our land,

acteristics should be closed to motorized a

ential wild and scenic river corridors, shoul
nsmission.

es for renewable energy development in the
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas.

se the strictest limits on uranium and other

following:

Lands with wilderness char

Those lands, as well as pote
energy development and tra

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w

The RMP should also impo
air and water.

Protecting these lands brings us benefits in helping protect wildlife habitat, preserving our cultural resources, and mitigating the impacts of climate change.

Not to mention, it's the right thing to do.

Thank you.

Sincerely,

L Steele
PO Box 1133
Olathe, CO 81425



inimizes damage to unique
he RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and
Thank you for your time.

Sincerely,

Tammy Whitney
8060 W. U.S. Hwy 36
Modoc, IN 47358



nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

unique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael John Mayo
143 Shotwell Park
Syracuse, NY 13206



A-PI TM

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

climate change.

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jo-Ann Sramek
4882 Woodridge Drive
Duluth, MN 55811-3914

t, and other sensitive areas.

protect our land, air and

t to preserve our

e natural features, essential wildlife habitat

rict limits on uranium and other mining to p

n and interest in this matter. It is importan
t them from over-development.

A-PI WSA

minimizes damage to uniqu

The RMP should impose st
water.

Thank you for your attentic
wilderness areas and protec

Sincerely,

Trudy Ramirez
320 Quincy St. NE
Albuquerque, NM 87108

inimizes damage to unique
he RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Geoffrey Doman
13900 Cohasset Street
Van Nuys, CA 91405



ue comments

no uniq

Linda Harrour
4355 Rilea Way # 1
Oakland, CA 94605

202-429-3945

**Jean Naples**

9 Benson Street , West Haverstraw, NY 10993

March 25, 2010   1:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

The Dolores River Basin of southwest Colorado represents some of the most colorful and spectacular wild lands in the state. Geological formations millions of years in the making, healthy river systems and unspoilt desert all provide a pristine environment for wildlife, including the endangered peregrine falcon, mountain lions and river otters. Much of this land has been identified by Colorado conservationists as prime lands for Wilderness protection.

Please keep these lands wild and free.

I am writing to  encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.



BLM_0082262



he RMP should impose
/ater.

le comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

natural features, essential w
strict limits on uranium and

Sincerely,

Brian Houser
6841 Cedar Brook Glen
New Albany, OH 43054

ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ning is done at a landscape level, accounti
acteristics should be closed to motorized a
vild and scenic river corridors, should be cl
ion. Protecting these lands has the added be
ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

the RMP to ensure that plan
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

James %pa_first_name% Ann Ellen Tuomey
HC 74 Box 22605
El Prado, NM 87529



inimizes damage to unique
he RMP should impose
vater.No cattle grazing

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and
permits,

Sincerely,

don Langston
315 s. locust st. box 334
crescent, OK 73028



BLM_0082267

inimises damage to unique
he RMP should impose
vater.

omments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Brian Cumber
1/22 Girrahween Drive
Glenfield
North Shore City 0629

inimizes damage to unique
he RMP should impose
/ater.

ıblic and financial benefit
ystem and is not a

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

of these valuable lands will yield more pu
which causes irreparable harm to the ecos

A-PI WSA

should be carefully constrai
natural features, essential w
strict limits on uranium anc

IN the long term, protectior
than short term exploitatior
sustainable enterprise.

Sincerely,

Genette Foster
1748 Monte Vista
Pasadena, CA 91106-1312

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

George Allerton
6120 Panama Avenue
Richmond, CA 94804

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

mments

no unique co

Thank you.

Sincerely,

Lynn Cascio
150 Main St.
Huntington, NY 11743

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Lisa Olsen
8221 S Monaco Ct
Centennial, CO 80112-302

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Susan McRae
1231 Miller Ave NE
Olympia, WA 98506

inimizes damage to unique
he RMP should impose
vater.

iments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

l to do.

no unique com

should be carefully constrai
natural features, essential w
strict limits on uranium and

These are the least you nee

Sincerely,

Diane Soddy
9033 Hosler Rd
Leo, IN 46765



e comments
no uniqu

Sincerely,

Theresa Rieve
5321 Dent Avenue
San Jose, CA 95118



inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

JOHN TANNER
2042 E ARBOR AVE
MESA, AZ 85204



he RMP should impose
vater.

inique comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

natural features, essential w
strict limits on uranium and

Sincerely,

Michael Halmick
5926 Rock Road
Bourbon, MO 65441

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Cleon Dilks
230 Pleasant St.
Anoka, MN 55303

nt allowed under the RMP
inimizes damage to unique
ne RMP should impose
vater.

o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Karen Fedorov
8044 Tackett Lane
Bealeton, VA 22712



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

e comments

no unique

jim scheidt
2532 33rd av s
minneapolis, MN 55406



ures, essential wildlife
s on uranium and other

e the risk of damage to unique natural feat
areas. The RMP should impose strict limits
air and water.

under the RMP, to eliminat
habitat, and other sensitive
mining to protect our land,

Sincerely,

Benjamin Martin
329 Ward St
Wallingford, CT 06492

mments

no unique co



pes not damage unique
he RMP should impose
vater.

o unique comments

ned, subject to phased development that do
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

n

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

David Winkel
5625 Park Road NE
Seattle, WA 98105-2423

BLM should designate zon[e]s for renewable energy development in th[e] RMP, and limit renewable energy projects t[o] those zones. Any oil and gas developmen[t] allowed under the RMP should be carefully constrai[ned], subject to phased development that m[inimizes] damage to unique natural features, essential w[ildlife] habitat, and other sensitive areas. T[he] RMP should impose strict limits on uranium and other mining to protect our land, air and w[ater].

Sincerely,

Alliison Ostrer
625 SW 155th St
Burien, WA 98166



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Matthew Lipschik
1780 E. 13 St.
B'klyn., NY 11229

unique comments

no

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jason Uttley
18 Shipstern St
Salt
Kingscliff 2487

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for listening.

Sincerely,

Jean Finney
7901 South Lamar Road
Smyrna, TN 37167

inimizes damage to unique
he RMP should impose
vater.

a most positive manner.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

at this vital issue has been taken care of in

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

I look forward to reading th

Sincerely,

Andrea Roland
1179 Inlet Road
Amboy, IL 61310



e RMP, and limit nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

es for renewable energy development in the o those zones. Any oil and gas developmen ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

BLM should designate zone renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Jacob Kjome
10761 100th Ave N
Maple Grove,, MN 55369

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Catherine Okimoto
RR 4 Box 2251
Pahoa, HI 96778

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Philip Hult
401A County Road 2425 N
Mahomet, IL 61853

inimizes damage to unique
ne RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Randy Willig
4224 Edith Drive
Fort Collins, CO 80526

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

N. SUKUMAR
14 Wilde Street
TROY, NY 12180



he RMP should impose
vater.

e comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

natural features, essential w
strict limits on uranium and

Sincerely,

Carl Pribanic
7013 Caldwell Lane
Plano, TX 75025

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique c

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ulrich Merten
4422 Leon Street
San Diego, CA 92107

A-PI WSA (full graph)

e must protect it now.

cannot ever get it back so w

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Susan Ebershoff-Coles
PO Box 725
Danville, IN 46122

inimizes damage to unique
he RMP should impose
vater.

so to preserve our natural

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ther areas in the south does these things als
from your great example.

B-GE

should be carefully constrai
natural features, essential w
strict limits on uranium and

I can hope Tennessee and c
heritage and possibly learn

Sincerely,

Kimberly Rowlett
3342 Tunnel Hill
Cleveland, TN 37311



BLM_0082297

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Evan Anderson
205 Copper Hill Dr.
Cary, NC 27518

inimizes damage to unique
he RMP should impose
vater.

I understand there are
It is important to protect as

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

and to be maintained as intact as possible.
eigh, but wilderness can never be restored.
Ve won't get another chance.

A-PI WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and

We Coloradoans need this l
many opinions you must w
much as we possibly can. V

Sincerely,

Judy Blaisdell
1013 CR 525
Bayfield, CO 81122

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

acity to implement
res. Please do not make
ations that may be

unique comments

es for renewable energy development in the
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

ear and realistic about BLM's practical cap
promised monitoring and mitigation measu
have the capacity to keep, or create expecta

onsidering my comments.

nc

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

The RMP should also be cl
decisions, and to carry out p
promises that you may not l
unrealistic.

Thank you very much for c

Sincerely,

Richard Spotts
1125 W Emerald Drive
Saint George, UT 84770

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Consuelo Larrabee
1805 queen anne ave n
Seattle, WA 9



l water, wilderness and

om Stewart Udall, "Plans to protect air and protect man."

comments.

A-PI WSA

I am reminded of a quote fr wildlife are in fact plans to

Thank you for reading my c

Sincerely,

Carmela De Rose
2028 - 8th St
San Fernando, CA 91340



inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

-1160

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kermit Cuff
338 Mariposa Ave. #2
Mountain View, CA 94041

inimizes damage to natural
mpose strict limits on

que comments

ned, subject to phased development that m
d other sensitive areas. The RMP should i
o protect our land, air and water.

my comments on the RMP.

no uni

should be carefully constrai
features, wildlife habitat, a
uranium and other mining t

Thank you for considering

Sincerely,

Sharon Morris
23693 Glenbrook Lane
Hayward, CA 94541

inimizes damage to unique
tive areas. The RMP
land, air and water.

ue comments

ned, subject to phased development that m
, essential wildlife habitat, and other sensi
on uranium and other mining to protect our

n to these views.

no uniq

I

should be carefully constrai
natural and cultural feature
should impose strict limits

Thank you for your attentic

Sincerely,

Kimberley Sonderegger
2395 Lake Pancoast Dr Ap
Miami Beach, FL 33140

inimizes damage to unique
he RMP should impose
vater. This is essential for

nique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
es of this area.

5616

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and
maintaining the key qualitie

Sincerely,

Don Schwarz
3388 Lennox Court
Lawrenceville, GA 30044-

ter sensitive areas. The
t our land, air and water.

unique comments

features, essential wildlife habitat, and oth
ans on uranium and other mining to protec

no

maintain the unique natural
RMP should impose strict l

Sincerely,

Karen Demers
25 River Rd #3A
Brunswick, ME 04011

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

o unique comments

nc

Sincerely,

Bina Robinson
POB 26
Swain, NY 14884

A-PI WSA

Sincerely,

Jean Mortensen
6141 N DUNKIRK CT
AURORA, CO 80019

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Anna Price
15755 Annesley Road
East Liverpool, OH 43920

no unique comments

inimizes damage to unique
ne RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

my views.

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering

Sincerely,

John Novak
3137 Park Avenue
Minneapolis, MN 55407



development allowed
elopment that minimizes
sensitive areas. The RMP
land, air and water.

o unique comments

o those zones. If you must, any oil and gas
arefully constrained, subject to phased dev
atures, essential wildlife habitat, and other
on uranium and other mining to protect our

12

renewable energy projects
under the RMP should be c
damage to unique natural fe
should impose strict limits

Sincerely,

John Leith
162 Islington Rd.
Auburndale, MA 02466-10

Marc Rachmuth
2125 Bermuda Dunes Place
Oxnard, CA 93036

BLM_0082314

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Norman Bishop
4898 Itana Circle
4898 Itana Circle
Bozeman, MT 59715



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Naomi Steinfeld
1187 East 3rd St. #304
Long Beach, CA 90802

comments

no unique

202-429-3945

**Paul Franzmann**

925 Bonnie Brae St. , Walla Walla, WA 99362

March 24, 2010 10:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I strongly encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paul Franzmann
925 Bonnie Brae St.
Walla Walla, WA 99362

n the RMP, and limit

ılly constrained, subject to
:, essential wildlife habitat,
nium and other mining to

ıo unique comments

zones for renewable energy development i
o those zones.

nt allowed under the RMP should be carefı
inimizes damage to unique natural features
he RMP should impose strict limits on urar
ter.

r

The BLM should designate
renewable energy projects t

Any oil and gas developme
phased development that m
and other sensitive areas. T
protect our land, air and wa

Sincerely,

Stephen Burns
25 S Lincoln Avenue, #307
Orchard Park, NY 14127



:s damage to unique natural
' should impose strict limits

que comments

bject to phased development that minimize
abitat and other sensitive areas. The RMP
g to protect our land, air and water.

my comments.

no unic

be carefully constrained, su
features, essential wildlife l
on uranium and other minir

Thank you for considering

Sincerely,

Eugene Gorrin
2607 Frederick Terrace
Union, NJ 07083-5603

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Juli Ames-Curtis
1830 North Ridge Lane
Estes Park, CO 80517

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

)4

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

David Rudin
3620 St. Charles Street
Colorado Springs, CO 809(

: RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

vicki hood
1212whistlers lane
roseburg, OR 97470



Sincerely,

omments

no unique co

Marilyn Davey
3195 Calle Osuna
Oceanside, CA 92056



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mark Tischler
418 Brighton Dr.
Wheaton, IL 60189

omments

no unique c

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dennis Roscetti
2243 N 68th Street
Wauwatosa, WI 53213

inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thanks.

Sincerely,

Joseph and Diane Williams
3880 Stikes Drive, S.E.
Lacey, WA 98503



inimizes damage to unique
he RMP should impose
vater. This is the time to

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
e for our children and grandchildren.

should be carefully constrai
natural features, essential w
strict limits on uranium and
stand for a sustainable futu

Sincerely,

Geoff Patton
2208 Parker Ave
Wheaton, MD 20902



inimizes damage to unique
he RMP should impose
vater.

nique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Judith Weil
921 Reynolds Farm Lane
Longmont, CO 80503

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Andy Hughes
54 Noons Quarry Rd
Milford, NH 03055

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Emily DeHuff
237 NE 121st Street
Newport, OR 97365



no unique comments

Sincerely,

Pamela Smith
4824 Overhill Drive
Fort Collins, CO 80526



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

unique comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no u

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Frances Schwartzwald
2505 Vega St
Grand Prairie, TX 75050

d spaces left. A-P WSA

e RMP, and limit nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

es for renewable energy development in the o those zones. Any oil and gas developmen ned, subject to phased development that m ildlife habitat, and other sensitive areas. Th other mining to protect our land, air and w

BLM should designate zon renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Susan Haberkorn
3200 Brookeview Ct
Naples, FL 34120

inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

email.

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for reading my

Sincerely,

Rose Jenkins
1012 N. High Street
Duncannon, PA 17020

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Eugene Heise
3420 Kirklees Road
Winston-Salem, NC 27104



inimizes damage to unique
he RMP should impose
vater.

nned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium anc

Sincerely,

Richard Creswell
2557 S Dover St #88
Lakewood, CO 80227-3161

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
S PRECIOUS LANDS.

I WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and
PLEASE PRESERVE THI

Sincerely,

A-F

Susan Artman
PO Box 446
Halifax, PA 17032



inimizes damage to unique
he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Katherine Russell
17 Roque Moraes Ct., #1
Mill Valley, CA 94941

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

James Cunningham
938 Deacon Cir
Columbus, OH 43214



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique c

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Arnold Lelis
1600 Brawley St Apt 3
Stevens Point, WI 54481

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

ve

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you.

Peace!

Sincerely,

Gene and Doris Peters
10149 W. Loma Blanca Dr.
Sun City, AZ 85351-1171



BLM_0082342

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Stephanie Glatt
800 El Bosque Road
Santa Barbara, CA 93108

comments

no unique

Sincerely,

nments

no unique cor

Edward Holmes
3917 Happy Valley Rd.
Lafayette, CA 94549

inimizes damage to unique
he RMP should impose
vater.

ments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

OMPAHGRE NOW. THANK YOU.

no unique comm

should be carefully constrai
natural features, essential w
strict limits on uranium and

PLEASE PROTECT UNCO

Sincerely,

Conor SORAGHAN
4366 saratoga ave
san diego, CA 92107

inimizes damage to unique
he RMP should impose
vater.

mments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

1148

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ruth Foster
1244 Arbor Rd. #512
Winston Salem, NC 27104-



inimizes damage to unique
he RMP should impose
vater. Mahalo for your

ments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique com

should be carefully constrai
natural features, essential w
strict limits on uranium and
kokua,

Sincerely,

Evelyn Baumberger
PO Box 3850
Lihue, HI 96766

inimizes damage to unique
ne RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

e comments

no unique

Dee Kramer
5033 Mari Way
Mariposa, CA 95338

be appropriately sited

ipahgre Plateau of
ild places, wildlife habitat,

addition, off-road vehicle recreation must b

long-term management plan for the Uncom
es strong provisions for the protection of wi

A-PI WSA

our land, air and water. In a
outside of sensitive lands.

Please help ensure that the l
southwest Colorado include
and wild rivers.

Sincerely,

Marsha Penner
4532 Jutland Place
San Diego, CA 92117

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ue comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

kristi chapin
po box 35
lafayette, CO 80026



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Scott Harrison
12332 Country Ln
Santa Ana, CA 92705

que comments

no uniq



Sincerely,

Barbara Gurtler
6723 N. Wilshire Ct.
Peoria, IL 61614

nique comments

no ur

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Matthew Emmer
4143 Via Marina
Marina del Rey, CA 90292



no unique comments

BLM_0082354



inimizes damage to unique
he RMP should impose
vater.

10 unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sandra Christopher
1425 N. Kenwood St.
Burbank, CA 91505

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Anne Rhodes
91 Ed Hill Rd.
Freeville, NY 13068

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

unique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no u

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dean Amel
3013 4th St. N.
Arlington, VA 22201-1605



BLM_0082358



A-GE

Sincerely,

Nalani Jay
1450 Southdown Rd.
Hillsborough, CA 94010

ning deserts? Floods? And
ıd with asphalt and sprawl
s, floods, deserts . When
ıreas that we have left.

B-GE

weather conditions constantly? Newly forn
generations. Cut down trees, cover the lar
the list goes on. What do we get? mudslide
Γ protect what wild, natural and nurturing a

Do we not hear of extreme
yet humans have known fo
development, fossil fuels -
will we learn that we MUS

Sincerely,

Lesley Fitzpatrick
West Gore St.
Stratford, ON N5A 1J8



Sincerely,

Caprice Potter
po box 2
Aptos, CA 95001

inimizes damage to unique
he RMP should impose
vater.

nments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique con

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Matthew Boice
1739 E. Girard Pl.
#818
Englewood, CO 80113

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

)3

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Marianne Bell
1786 Sage Ln.
Lake Havasu City, AZ 864(



inimizes damage to unique he RMP should impose vater.

ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Orion Bobo
11305 Messina Ct
Reno, NV 89521

que comments

no uni

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

agnino
ella

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Frank and Mary Ann Graff
10207 E. Calle Pueblo Estr
Tucson, AZ 85747

inimizes damage to unique
he RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

in this matter.

167 Lorry Lane Pacifica, Ca. 94044

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for consideratio

Sincerely, Meryl Sunshine

Sincerely,

MERYL SUNSHINE
167 LORRY LANE
PACIFICA, CA 94044

inimizes damage to unique
he RMP should impose
our land, air and water.
preservation and

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
s) on uranium and other mining to protect
hat need to be addressed with wilderness p

A-PI WSA

1

should be carefully constrai
natural features, essential w
strict limits (or outright ban
These are crucial concerns
sustainability in mind.
Thank you.

Sincerely,

Cynthia Piper
5052 Girdle Road
West Farmington, OH 444



inimizes damage to unique
he RMP should impose
vater.

:omments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

V and B Jones
POB 5090
Torrance, CA 90510

inimizes damage to unique
he RMP should impose
vater.

ı. Please protect the land
or listening.

A-PI WSA

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ıd loved the beauty and serenity of the area
o see and future generations. Thank you fo

should be carefully constrai
natural features, essential w
strict limits on uranium and

I used to life in Colorado an
and water for my children t

Sincerely,

Cathy Caldie
6580 S 650 W
Columbus, IN 47201-9301

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert Shalit
350 Water Street
Keene, NH 03431

inimizes damage to unique
he RMP should impose
vater.

ould like to have unspoiled

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

a with my family for over 20 years and we
dren and thier children in the future.

A-PI WS

should be carefully constrai
natural features, essential w
strict limits on uranium and

I have vacationed in this ar
places to take my grandchil

Sincerely,

Joseph Schmidt
7120 Hastings St
Metairie, LA 70003



ique comments

no uni

Sincerely,

Justine Krulas
140 Brookside Drive
Glendale Heights, IL 60139



nium and other mining to

mments

he RMP should impose strict limits on urai

ter.

opinions.

no unique cc

and other sensitive areas. T

protect our land, air and wa

Thanks for considering my

Sincerely,

John Zeiger
63 beacon hill rd
ardsley, NY 10502

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

8

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you.

Sincerely,

Patricia Nickles
1625 East Maple Avenue, #
El Segundo, CA 90245

sential wildlife habitat, and
ı and other mining to
aged from any such
er.

ue comments

ould damage its unique natural features, es
MP should impose strict limits on uranium
ter. Let this wilderness area remain undam
otected as a legacy for all our people foreve

no unic

the wilderness areas as it w
other sensitive areas. The R
protect our land, air and wa
activities and keep them pro

Sincerely,

Randy Hershey
4133 Wimbledon Circle
Lawrence, KS 66047

inimizes damage to unique
he RMP should impose
vater.

powergeneration farms as

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

otected from the encroachment of windmill
strial development.

A-PI RED

should be carefully constrai
natural features, essential w
strict limits on uranium and

This land should also be pr
they are no more than indus

Sincerely,

al burt
2007 S Joyce St
Arlington, VA 22202

inimizes damage to unique
inally, the RMP should
ir, and water.

nique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. F
ium and other mining to protect our land, a

ration of this request.

no u

should be carefully constrai
natural features, essential w
impose strict limits on uran

Thank you for your conside

Sincerely,

David Bachman
144 Sycamore Avenue
Bridgewater, NJ 08807

inimizes damage to unique
he RMP should impose
vater. They should also
aken from our public lands.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
tizens receive royalties for any resources ta

should be carefully constrai
natural features, essential w
strict limits on uranium and
make sure that American ci

Thank you.

Sincerely,

Virgene Link
P.O.Box 543
Anacortes, WA 98221

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

no unique comments

o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Patricia Gaertner
5704 Pine Lane
Crozet, VA 22932



ninimizes damage to unique
he RMP should impose
vater.

no unique comments

ited, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

James Lukas
961 Ellington Circle
Greenwood, IN 46143-846

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ry Agnes Hardie

no unique comments

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dan %pa_first_name% Ma
1749 Ducker Court
Concord, CA 94519

he RMP should impose
/ater.

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

Hardin King
765 N Pershing St #6
Mt Angel, OR 97362

comments

no unique



he RMP should impose
vater.

omments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

natural features, essential w
strict limits on uranium and

Sincerely,

Larry Lambeth
2635 W. Alta
Springfield, MO 65810

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Peter Curia
2048 N. 68Th Place
Scottsdale, AZ 85257-2637

e comments

no uniqu

illy constrained, subject to
, essential wildlife habitat,
nium and other mining to

nments

nt allowed under the RMP should be carefi
inimizes damage to unique natural features
he RMP should impose strict limits on urai
ter.

no unique com

Any oil and gas developme
phased development that m
and other sensitive areas. T
protect our land, air and wa

Sincerely,

Bettina Bickel
9218 N. 51st Dr.
Glendale, AZ 85302



nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

unique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no u

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

misha cohen
211 Highland Parkway
rochester, NY 14620

inimizes damage to unique
ne RMP should impose
vater.

nments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique con

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sylvia Correnti
PO Box 372120
Satellite Beach, FL 32937

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Richard Booth
26250 Dreschfield
Grosse Ile, MI 48138

202-429-3945

**Sandy Dvorsky**

433 Mary St , Maplewood, MN 55119

March 24, 2010 7:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

My comment on the Uncompahgre RMP revision: The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

The BLM should emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.

Lands with wilderness characteristics should be closed to motorized and mechanized use. Absolutely.

Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones.

Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.



BLM_0082390

RMP and limit renewable

efully constrained, subject
res, essential wildlife

o protect our land, air, and

nents

s for renewable energy development in the
es.
ent allowed under the RMP should be care
minimizes damage to unique natural featu
areas.
strict limits on uranium and other mining t

no unique comn

BLM should designate zon
energy projects to those zo
* Any oil and gas developn
to phased development that
habitat, and other sensitive
* The RMP should impose
water.

Sincerely,

Helen Shoup
11927 Atwell
Houston, TX 77035



Sincerely,

omments

no unique co

Carolyn Barkow
7844 Whelan Dr
San Diego, CA 92119



inimizes damage to unique
he RMP should impose
water.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert Yoder
325 17th Ave. E. #1
seattle, WA 98112



inimizes damage to unique

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas.

no uni

should be carefully constrai
natural features, essential w

Sincerely,

Terry Pavletic
12810 W. North Lane
New Berlin, WI 53151

 inimizes damage to unique
he RMP should impose
/ater.

' BE RETURNED TO ITS
'O PROTECT THIS

A-PI WSA

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

VELOPED AND EXPLOITED, IT CAN'T
PLEASE DO WHAT IS NECESSARY T
S, BUT FOR FUTURE GENERATIONS.

should be carefully constrai
natural features, essential w
strict limits on uranium and

ONCE THIS LAND IS DE
PREVIOUS CONDITION.
AREA, NOT JUST FOR U

Sincerely,

Stuart Mork
7710 31st Ave NW
Seattle, WA 98117

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ue comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

my comments.

no uniq

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering

Sincerely,

Ruth Frear
10236 W. Hendee
Beach Park, IL 60087



inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Barbara and Jim Dale
909 Vernon St.
Decorah, IA 52101-1653

inimizes damage to unique
he RMP should impose
vater!

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas! T
other mining to protect our land, air and w

ita Cross

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dave %pa_first_name% R
1051 Avenida Serena
Marble Falls, TX 78654



BLM_0082399



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ue comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniq

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jan Stevenson
2137 W. Admiral Rd.
Stillwater, OK 74074-2504

d wilderness is essential to
erations in the spirit and

s to be of paramount importance.  Protecte
omething we must pass down to future gen
lt and Ansel Adams.

A-PI WSA

5

I consider all of these point
our long-term well being, s
tradition of Teddy Rooseve

Sincerely,

David Payne
5016 N. Seminole Ave.
Winter Park, FL 32792-721

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nents

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comm

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Nick Sabetto
221 Bear Valley Road
Fort Loudon, PA 17224

inimizes damage to unique
he RMP should impose
vater. Thank you for

omments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

should be carefully constrai
natural features, essential w
strict limits on uranium and
considering my views.

Sincerely,

Elizabeth Booth
2049 Glenco Terrace
Fort Worth, TX 76110

Gerrit Crouse
38 4th Avenue
Apt. 2-N
Nyack, NY 10960

he RMP should impose
vater, Progress has it's
han likely, you can never
another mistake called
e and consideration in this

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
trees and change the Landscaping, more tl
od's plan when you realize that you made a
vhat God made alone. Thanks for your tim

2 A-PI WSA

natural features, essential w
strict limits on uranium and
setbacks. Once you remove
put it back to it's original G
human error. Please leave w
matter.

Sincerely,

Susan Szambelak
PO BOX 2131
Wildwood, NJ 08260

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jon Krecker
1100 James Circle
Lafayette, CO 80026

inimizes damage to unique
he RMP should impose
vater.

t land back to its original
in the first place.

A-PI WSA

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

elopment or drilling it is lost. You can't pu
mistake was made in not leaving it alone i

should be carefully constrai
natural features, essential w
strict limits on uranium and

Once land is opened to dev
condition when you admit a

Sincerely,

carol parkola
3861 dogwood ave
pbg, FL 33410

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

it and animal life that
protect these lands.

ources, and mitigating the impacts of clim

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

or OUR survival too ... not just for the pla
t of this earth that we all live on. PLEASE
now it's a tough job !

A-PI WSA

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Wild areas are a necessity f
depends on our manageme
Thanks for all you do ... I k

Sincerely,

Russell Schumann
4 MOUNTAIN GREEN CIRCLE
Baltimore, MD 21244



to protect our land, air and

ments

well as uranium and other mining in order

no unique comm

oil and gas development as water.

Sincerely,

John Geer
7507 NW 9th Ave.
Vancouver, WA 98665

NDS ARE SAFE

B-GE

RMP, and limit nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

D HOMELESS PEOPLE KNOW ARE LA

es for renewable energy development in the o those zones. Any oil and gas developmen ned, subject to phased development that m ildlife habitat, and other sensitive areas. T other mining to protect our land, air and w

STARVING PEOPLE ANI

BLM should designate zon renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

KATHERINE POWERS
4151 E Cty Rd t
Danbury, WI 54830

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Dabney
258 Hwy 55
Jamestown, KY 42629

nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

ients

o those zones. Any oil and gas developme ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

no unique comm

renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

David Harrison
585 Washington Street S
Salem, OR 97302

inimizes damage to unique
he RMP should impose
vater.

newable resources; when

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

so a chosen few can profit from the non-re

l WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and

Destroying our ecosystems
all is destroyed, then what?

Sincerely,

A-P

Ellie Thorpe
1953 Guseman Rd
Gulf Breeze, FL 32563



BLM_0082415

inimizes damage to unique
he RMP should impose
vater.

oil and gas drilling. We

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

r natural Wilderness to development and c
ains.

A-PI WSA
A-PI NRED

should be carefully constrai
natural features, essential w
strict limits on uranium and

We have lost so much of ou
must protect what little rem

Sincerely,

1
2

Grace Neff
800 28th Ave. S.E.
Albany, OR 97322



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

nments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique cor

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jerry Dixon
Box 1058
Seward, AK 99664

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nique comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no u

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

carol Hirth
1309 Cornell
Berkeley, CA 94702

202-429-3945

**Robert+Julia Kenny+Glover**

7292 Maxwelton Road , Clinton, WA 98236

March 24, 2010 6:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

We encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert+Julia Kenny+Glover
7292 Maxwelton Road
Clinton, WA 98236



comments

no unique

Sincerely,

Peter Steinhart
717 Addison Ave.
Palo Alto, CA 94301

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Marilyn Miller
2820 West Lawrence Ave.
Springfield, IL 62704-1073



inimizes damage to unique
he RMP should impose
vater. Thank you.

ique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no un

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

(The Rev.) Allan B. Jones
722 Orchard Street #2
Santa Rosa, CA 95404

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sherie Helstien
625 Main St.
Apt. 433
New York, NY 10044

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ources, and mitigating the impacts of clim

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael Skolones
5401 Tholozan Avenue
Saint Louis, MO 63109



inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Leonard Zimmerman
1551 Ala Wai Blvd.
Honolulu, HI 96815

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Zakkary Zoah
1830 Lakeshore Ave #403
Oakland, CA 94606

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
. to impose strict air quality
ur subsurface water

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air (need
eral requirements), and water, especially o

A-PI WR

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and
standards in addition to Fed
aquifers.

Sincerely,

warren barton
1280 west rahn rd
dayton, OH 45459

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

que comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uni

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dirk Faegre
225 Ashville Rd
Gouldsboro, ME 04607

he RMP should impose
/ater.

01 and the thought of any
eping with our highest
ire generations.

A-PI WSA

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

breathtakingly beautiful area myself in 20
his amazing wilderness is totally not in kee
orts to protect this incredible jewel for futu

natural features, essential w
strict limits on uranium and

I have traveled through this
kind of commercial use of t
ideals. I urge all of your eff

Sincerely,

Roger Beck
45421 Sunset Ln
Apt 5
Palm Desert, CA 92260



BLM_0082430



no unique comments

BLM_0082431

inimizes damage to unique
he RMP should impose
/ater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Please protect these lands!

Sincerely,

Gregory Kaczynski
151 Liberty Street, Front
Southington, CT 06489

no unique comments



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Ferm
5062 New Sweden Rd
Bainbridge Island, WA 981

e comments

10

no uniqu



Sincerely,

Mon Yee
PO Box 1245
El Segundo, CA 90245

o unique comments

n

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

e comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniqu

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Fred Finney
PO Box 106
Saint Joseph, IL 61873



inimizes damage to unique
he RMP should impose
vater.

ique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Keiko Martinez
9 Mayfair Drive
San Francisco, CA 94118

inimizes damage to unique
lo not favor the RMP

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. I c
er mining.

ion of my views.

no uniq

should be carefully constrai
natural features, essential w
permitting uranium and oth

I appreciate your considerat

Sincerely,

Vinnedge Lawrence
299 Saddleback Road
West Baldwin, ME 04091

inimizes damage to unique
he RMP should impose
vater.

nique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Peter and Vicky Stuart
8 Training Field Road
West Newbury, MA 01985



jue comments
no unic

Sincerely,

Trevor Ycas
718 East 8th Avenue
Durango, CO 81301

inimizes damage to unique
he RMP should impose
vater.

mments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Lisa Koehl
26 Mason Hill Road
Brooklyn, CT 06234

inimizes damage to unique
he RMP should impose
water.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air, and v

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Darcy Quinn
177 Tallavana Trail
Havana, FL 32333

inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ation.

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for you conside

Sincerely,

Kaye Aurigemma
10846 Martindale Drive
Westchester, IL 60154



BLM_0082443



inimizes damage to unique
ne RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

14

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mha Atma S. Khalsa
1536 Crest Dr.
Los Angeles, CA 90035-33



ue comments
no uniqu

Sincerely,

carol rust
16710 sw royalty pkwy
king city, OR 97224

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ources, and mitigating the impacts of clim

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jim Steitz
564 Esslinger Drive
Gatlinburg, TN 37738

and gas development is
ardous environmental
nent that minimizes
sensitive areas. The RMP
protect endangered land,

3 A-PI NRED

MP should be allowed, because even if oil
liots who run those things will create a haz
lds agree to be subject to phased developn
atures, essential wildlife habitat, and other
other mining in the Uncomahgre region to
and mining hazardous activities.

should allowed under the R
carefully constrained, the ic
threat, even if BLM leaseh
damage to unique natural fe
should forbid uranium and
air and water from oil, gas

Sincerely,

Jack Neff
P.O. Box 491272
Los Angeles, CA 90049



inimizes damage to unique
'he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

8

no uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Geraldine Owens
600 Stuart Street
Lynchburg, VA 24501-551



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Chris MacKrell
4835 E Anaheim St # 211
Long Beach, CA 90804



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Chris Moore
2126 S. Josephine St.
Denver, CO 80210

no unique comments



no unique comments

Sincerely,

Andrea Bloom
3309 Porter St. NW
Washington, DC 20008



inimizes damage to unique
he RMP should impose
vater.

wildlands. Please!

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

u can to protect and preserve our precious

A-PI WSA

61

should be carefully constrai
natural features, essential w
strict limits on uranium and

Please continue to do all yo

Thank you.

Sincerely,

Mark Crane
2101 N. Highland Avenue
Los Angeles, CA 90068-26

under the RMP must be
natural features, wildlife
on uranium and other
ion for uranium, oil and
of sensitive lands.

no unique comments

es. Any oil and gas development allowed
ed development that minimizes damage to
areas. The RMP must impose strict limits
air and water. Any development in this reg
eation must be appropriately sited outside

energy projects to those zo
constrained, subject to phas
habitat, and other sensitive
mining to protect our land,
gas, or off road vehicle rec

Sincerely,

Susan Birch
5418 High Tor Hill
Columbia, MD 21045

nt allowed under the RMP
minimizes damage to
reas. The RMP needs to
ir and water.

nique comments

o those zones. Any oil and gas developme
ained, subject to phased development that
ential wildlife habitat, and other sensitive a
ium and other mining to protect our land, a

king a ecofriendly choice!!

no u

renewable energy projects t
needs to be carefully constr
unique natural features, ess
impose strict limits on uran

Thanks for listening and ma

Sincerely,

Karen Jackson, Lcsw
1105 Terminal Way, #202
Reno, NV 89502



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

T.Ed. Webb
825 Kimry Moor
Fayetteville, NY 13066

inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

d.
Ponds Farm

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Corey E. Olsen
W334S724 Cushing Park R
CEO Pipe Organs/Golden F
Delafield, WI 53018

r development of wild
towards the Utah border)
l gas / oil rigs rip through
or our children's children's

st Colorado, I am very much against furthe
s drive west on the interstates to the north (
s done - the lights and noises of the natural
OUGH ALREADY!!! Leave something fo

2 A-PI ED

As a landowner in southwe
lands./All you have to do i
to see what development ha
the night like cannons. EN
children.

Sincerely,

Michael May
14840 Trappers Trail
Novelty, OH 44071

oads and other infrastructure.

tracts of habitat free from r

iding extensive unroaded
al soundscapes and
y off-road vehicles or
ıanagement plan as part of
ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

size resource protection in this RMP, provi
ationists can experience solitude and natur
ife and wild rivers can thrive unimpeded b
should complete a comprehensive travel m
nning is done at a landscape level, accounti
acteristics should be closed to motorized a
ild and scenic river corridors, should be cl
on. Protecting these lands has the added b
ources, and mitigating the impacts of clim

I encourage BLM to empha
areas where quiet-use recre
viewsheds, and where wild
energy development. BLM
the RMP to ensure that pla
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

e RMP, and limit
nt allowed under the RMP

es for renewable energy development in th
o those zones. Any oil and gas developme

BLM should designate zon
renewable energy projects t

should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

N Refes
67 E. 2 St
New YOrk, NY 10003

nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

ique comments

o those zones. Any oil and gas developmen ned, subject to phased development that m ildlife habitat, and other sensitive areas. Th other mining to protect our land, air and w

no un

renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

J. William Inslee
332 Country Club Rd.
Coatesville, PA 19320



que comments
no uni

Sincerely,

betty winholtz
405 acacia
morro bay, CA 93442

gating the impacts of climate change.

e RMP, and limit
nt allowed under the RMP
pment that minimizes
sensitive areas. The RMP
our land, air and water.

ue comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
LLY constrained, subject to phased develo
atures, essential wildlife habitat, and other
its on uranium and other mining to protect

no uniqu

cultural resources, and miti

BLM should designate zon
renewable energy projects t
should be VERY CAREFU
damage to unique natural fe
should impose STRICT lim

Sincerely,

Steven Markell
154 Greenfield
Irvine, CA 92614

inimizes damage to unique
'he RMP should impose
/ater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

e comments

no uniqu

Howard K. Beale, Jr.
38 Bartlett Street
Northborough, MA 01532

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Deborah Vines-Sharp
241 Old Mill Road
Valley Cottage, NY 10989



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Travis Burnham
108 Central Ave, Apt. D
Greenville, SC 29601



he RMP should impose
vater.

ique comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uni

natural features, essential w
strict limits on uranium and

Sincerely,

Eileen Heaser
449 San Miguel Way
Sacramento, CA 95819



inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Chris Still
1121 Chino Street
Santa Barbara, CA 93101

he RMP should impose
/ater.

ınd and wildlife in this

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ot destroying some of the most beautiful la

WSA

L

natural features, essential w
strict limits on uranium and

Please act intelligently by n
country. Thank you.

Sincerely, A-PI

Margaret Adams
c/o Logun
1071 Manhattan Ave, Apt 3
Brooklyn, NY 11222

inimizes damage to unique
he RMP should impose
vater.

e comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

tention.

no uniqu

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thanks for your time and a

Sincerely,

Ellen Atkinson
207 Arnett Blvd
Danville, VA 24540



he RMP should impose
vater.

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

Peter F. Schultz
501 Andrus Rd
Downers Grove, IL 60516

que comments

no uni

inimizes damage to unique
he RMP should impose
vater.

jue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

d attention to this important matter.

no unic

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your time an

Sincerely,

Karen Matthews
7806 Edgeway Drive
Houston, TX 77055



inimizes damage to unique
he RMP should impose
vater.

nique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jana Lane
11 Hillcrest Court
Oakland, CA 94619

ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

/IRONMENTAL
/IINING, AND OIL

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique

ning is done at a landscape level, accounti
acteristics should be closed to motorized a
vild and scenic river corridors, should be cl
on. Protecting these lands has the added b
ources, and mitigating the impacts of clim

S AT THE HEART OF AMERICA'S ENV
IUCH BETTER THAN COAL, OTHER M
WILDLANDS.

2 A-PI RED

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m

the RMP to ensure that pla
Lands with wilderness char
lands, as well as potential w
development and transmis
wildlife habitat, cultural res

RENEWABLE ENERGY
PROTECTION DUTIES. M
EXPLOITATION OF OUR

BLM should designate zon
renewable energy projects
should be carefully constra

natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

FROM 10 DAVIDSON FAMILY VOTERS: Drs Dirk, Bruce, and Mary Davidson, Dr. Brad Warden, Ms. Wendy Davidson, Ms Amanda Davidson, Mr. Eric Davidson, Mr. Rives Hebblewhite Davidson, Drs. Paul Davidson and Mary Hebblewhite.

On behalf of the next generation of American human beings.

Sincerely,

Mary Hebblewhite
3005 River North Pkwy
Sandy Springs, GA 30328

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

unique comments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Susan Norton
1814 East Shore Drive
Ithaca, NY 14850

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
/ater.

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Carol Fletcher
1331 S Zeeb
Ann Arbor, MI 48103



The RMP should impose
d water.

no unique comments

RMP, no matter how carefully constrained.
and other mining to protect our land, air an

ever be allowed under the F
complete bans on uranium a

Sincerely,

Brien Brennan
7200 S. Fork Dr.
Red Bluff, CA 96080

inimizes damage to unique
he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

Casazza

no uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mr %pa_first_name% Mrs
2249 Berwyn Street
Union, NJ 07083

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique com

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Keaka Jackson
2653 W 32nd Ave
Denver, CO 80211



BLM_0082480

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ources, and mitigating the impacts of clim

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Helen Stephens
PO Box 1272
Valdez, AK 99686



BLM_0082482

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Betsy Gudz
P.O. Box 1553
7972 Maple Avenue SE
Snoqualmie, WA 98065

inimizes damage to unique
he RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Francis Mangels
736 Pine ridge
Mt Shasta, CA 96067

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
/ater.

ue comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no uniq

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ronald Clayton
510 Hamlin St. Apt. C
Asheboro, NC 27203



he RMP should impose

mments

ildlife habitat, and other sensitive areas. Tl
otect our land, air and water.

no unique co

natural features, essential w
strict limits on mining to pr

Sincerely,

Gary Wooler
14604 W 62nd Pl
Arvada, CO 80004



he RMP should impose
/ater.

comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n to these matters of great concern to me.

no unique

7

natural features, essential w
strict limits on uranium and

Thank you for your attentic

Sincerely,

Elisabeth Lapeyre
PO Box 2666
Ranchos de Taos, NM 875

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique co

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Rita Lewis
65 Grannies Creek
Newton, WV 25266

/ater.

:nts

other mining to protect our land, air and w

no unique comme

strict limits on uranium and

Sincerely,

Anthony Kurland
10 Veazie Villas
Veazie, ME 04401

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Susan Horn
1107 Road to Six Flags E
Arlington, TX 76011-5076

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nts

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique commer

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Stephen C. Jett
333 Court St.
Abingdon, VA 24210

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique c

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mark Hull-Richter
2605 N. Linwood Ave.
Santa Ana, CA 92705

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Lani Schwitzer
9396 Creekwood Dr
Eden Prairie,, MN 55347

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Thomas Dukes
512 Rittiman Road
San Antonio, TX 78209

e comments

no unique



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Thomas Slawson
4728 N Calle Lampara
Tucson, AZ 85718

ique comments

no un



BLM_0082496



Eldon Francis
6609 Milano Court SE
Olympia, WA 98513

unique comments

no

inimizes damage to unique
he RMP should impose
vater. Better yet, ban all

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
nerica's natural wonders.

A-PI MI

should be carefully constrai
natural features, essential w
strict limits on uranium and
mining that destroys our Ar

Sincerely,

Barrie Stebbings
390A Cedar
Bolinas, CA 94924

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Elizabeth Brensinger
6239 Schochary Rd.
New Tripoli, PA 18066

no unique comments

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Nancy Herlinger
6110 Pecan Lane
Katy, TX 77493-1101

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

57

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

John Savlove
po box 19
North Bennington, VT 052

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Janice Deem
1821 5th Ave 237D
San Rafael, CA 94901

under the RMP must be
lamage to unique natural
P must impose strict limits

mments

es. Any oil and gas development allowed
ct to phased development that minimizes d
abitat, and other sensitive areas. The RMI
g to protect our land, air and water.

Mrs. B. Jones %pa_last_name% Family

no unique co

energy projects to those zo
carefully constrained, subje
features, essential wildlife l
on uranium and other minir

Sincerely,

Colonel %pa_first_name%
Quartz Hill
Sunriver
Bend, OR 97707

nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

unique comments

o those zones. Any oil and gas developmen ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

no

renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Elizabeth Mcleod
175 Country Lane
Alto, NM 88312



Craig Barrington
1731 Hunters Run
New Braunfels, TX 78132

hat contribute to the global
nes for renewable energy
zones, subject to re-
mate change. The RMP
land, air and water from

4 A-PI MI

logical resources. I support
ifacts such as rock art and
courage public
if such development is
ism and loss of scientific

CR (full graph)

l favor renewable energy over fossil fuels t
entire biosphere. BLM should designate zo
nd limit renewable energy projects to those
nformation about renewable energy and cli
on uranium and other mining to protect our
y byproducts of mining.

be paid to preserving cultural and paleontol
velopment of public displays of cultural art
uch as fossils and dinosaur trackways to en
ement in the protection of these resources,
expose these resources to possible vandal

5 A-PI

Energy development shoul
warming that threatens the
development in the RMP, a
evaluation in light of new i
should impose strict limits
the toxic as well as unsightl

Particular attention should
a limited and thoughtful de
paleontological resources s
appreciation for and involv
careful not to unnecessaril
value.



BLM_0082507



inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

xon

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Vernon and Mary Joyce Di
6217 Upper Hightower Rd.
Hiawassee, GA 30546

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

nique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no ur

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jamaka Petzak
1222 Graynold Ave.
Glendale, CA 91202



Sincerely,

J. Moreira
Box 343
Barrington, RI 02806

unique comments

no



unique comments
no

Sincerely,

Richard Jackson
40 john st
Shelburne, VT 05482



inimizes damage to unique
he RMP should impose
vater.

iique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no ur

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Charles Lawson
27400 132nd Ave se F302
Kent, WA 98042



BLM_0082513

e comments

no unique

Walter Phillips
2 Crescent Hill Ave
Arlington, MA 02474

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Rachel Wells
832 Metropolitan Avenue
Brooklyn, NY 11211

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

12

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Joy Beckner
15268 Kingsman Circle
Chesterfield, MO 63017-74

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Maura O'Connor
124 Jeandell Drive
Newark, DE 19713-2959

que comments

no uni



nt allowed under the RMP
inimizes damage to unique
ne RMP should impose
/ater.

unique comments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Elizabeth Claman
347 West Bissell Ave.
Richmond, CA 94801

he RMP should impose
vater.

and we need to keep it at
om sensitive areas like the

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

oil and gas development is going to occur-a
it MUST be kept securely FAR AWAY fro
e Uncompahgre.

1 A-PI NRED
2 A-PI SDA

natural features, essential w
strict limits on uranium and

To the extent that any new
an absolute bare minimum-
Dolores River Basin and th

Sincerely,

Martin Horwitz
1326 23rd Avenue
San Francisco, CA 94122

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

marilyn Flam
9480 S.W. 91 St.
Miami, FL 33176

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kirsten Lear
219 Anita Place
Santa Fe, NM 87505

unique comments

nc



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

no unique comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

richard johnson
39560 modoc pt rd
chiloquin, OR 97624

that minimizes damage to
reas. Further, the RMP
land, air and water.

no unique comments

nstrained, subject to phased development
ential wildlife habitat, and other sensitive a
n uranium and other mining to protect our

my comments.

RMP should be carefully co
unique natural features, ess
should impose strict limits

Thank you for considering

Sincerely,

Kristin Hurley
13243 Aubrey St.
Poway, CA 92064



inimizes damage to unique
he RMP should impose
vater. Thank you.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

ique comments

no un

Sincerely,

Barry Weaver
HC 31 Box 101
Jasper, AR 72641

inimizes damage to unique
he RMP should impose
vater.

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ity to comment.

nc uni

should be carefully constrai
natural features, essential w
strict limits on uranium anc

Thank you for the opportur

Sincerely,

Ellen Perchonock
3300 Darby Rd.
Haverford, PA 19041

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your time,

Sincerely,

Jennifer Malik
1802 Beck Drive #7
Urbana, IL 61802

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ue comments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

ncompahgre for future generations.

no uniqu

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for protecting U

Sincerely,

Fred Werner
640 Panoramic Way
Oakland, CA 94704

inimizes damage to unique
he RMP should impose
vater.

mediate action to protect

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

nd grandchildren and yours, please take im
l wildlife.

no

should be carefully constrai
natural features, essential w
strict limits on uranium and

On behalf of my children a
the Uncompahgre lands and

Sincerely,

Rhoda Holabird
2244 Beverly Glen Pl.
Los Angeles, CA 90077

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Andrew Lavrin
6438 Fairborn Terrace
New Carrollton, MD 20784

ater.

eoning population growth, /e must preserve what we balance of nature on this Dodo. Please consider

pping the world to sustain it's reckless burg crificed to greed and short-sightedness. W . When we have irrevocably destroyed the nned ourselves to become as extinct as the

A-PI WSA

As humankind keeps devel our wild places are being sa have now or it will be gone planet, we will have conder this in all that you do.

Sincerely,

Roberta Mescavage
77 Berwick Road
Ogunquit, ME 03907

e wilderness of that state is
ct these beautiful areas so

, I have relatives in Colorado. Enjoying th
ts. Please take all necessary steps to prote
enjoy them.

A-PI WSA

While I live in Indianapolis
always a big part of my visi
that we can all continue to e

Thank you for your time.

Sincerely,

Jan Luckett
1150 East 54th Street
Indianapolis, IN 46220



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

6

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

C. E. Loutzenhiser
16281/2 Cheyenne Bldvd
Colorado Springs, CO 809(



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ron Brinkley
1742 Page St.
San Francisco, CA 94117

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should ban or
ir and water.

e comments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
ium and other mining to protect our land, a

no unique

0

wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
impose strict limits on uran

Sincerely,

Thomas Wark
6600 Vista Del Reino
Las Cruces, NM 88007 892



ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique c

ROAD
93420-6119

wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

THOMAS DANFIELD
3751 SANTO DOMINGO
ARROYO GRANDE, CA 9

inimizes damage to unique
he RMP should impose
vater.

hank you for hearing my

que comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

beautiful and diverse lands in the state. Tl

nc uni

should be carefully constrai
natural features, essential w
strict limits on uranium and

These are some of the most
views.

Sincerely,

Cathleen Hauenstein
1131 Parkview Lane
Eagan, MN 55123



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

que comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniq

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Edward Bala
171 Villa Crest Dr.
Sate College, PA 16801



inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

William Hay
2045 Windcliff Dr.
Estes Park, CO 80517

unique comments

no

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert McArtor
2312 Blythe Rd
Wilmington, NC 28403

inimizes damage to unique
he RMP should impose
vater.

unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ration.

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your conside

Sincerely,

Whitney Metz
100 1/2 East Main Street
Mannington, WV 26582



inimizes damage to unique
he RMP should impose
r land, air and water.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our people and ou

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Beverly Cummings
2360 Carter Road
Dubuque, IA 52001

iique comments

no ur

inimizes damage to unique
he RMP should impose
vater.

A-PI ED

ristine Wilderness !

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ependence without sacrificing America's P

should be carefully constrai
natural features, essential w
strict limits on uranium and

We can achieve Energy Ind

Sincerely,

Frank Millin
2209 N.E. 2nd. St.
Pompano Beach, FL 33062

iding extensive unroaded
al soundscapes and
y off-road vehicles or
ianagement plan as part of
ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique

size resource protection in this RMP, provi
ationists can experience solitude and natur
ife and wild rivers can thrive unimpeded b
should complete a comprehensive travel m
ning is done at a landscape level, accounti
acteristics should be closed to motorized a
ild and scenic river corridors, should be cl
on. Protecting these lands has the added b
ources, and mitigating the impacts of clim

s for renewable energy development in the
o those zones. Any oil and gas developme
ned, subject to phased development that m

I encourage BLM to empha
areas where quiet-use recre
viewsheds, and where wildl
energy development. BLM
the RMP to ensure that plan
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai

natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Hodie
1440 Melbrook
Munster, IN 46321



he RMP should impose
vater.

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

angela Christopher
801 e 157 st
cleveland, OH 44110

que comments

no uni



Sincerely,

James Schall
1114 Baxter St
Johnson City, TN 37601

unique comments

no



ng to protect our land, air

also not allow any uranium and other mini

the RMP. The RMP should and water.

Sincerely,

Ellen Franzen
970 Jones Street
Berkeley, CA 94710

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Livingston
3135 E CR 456
Skandia, MI 49885

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

CS Post
3015 Riverdale Ave
Apt 6L
Bronx, NY 10463

unique comments

no

BLM should designate zon[...] renewable energy projects t[...] should be carefully constrai[...] natural features, essential w[...] strict limits on uranium and[...]

[...]es for renewable energy development in the [...]o those zones. Any oil and gas developme[...] [...]ned, subject to phased development that m[...] [...]ildlife habitat, and other sensitive areas. Th[...] other mining to protect our land, air and w[...]

[...]e RMP, and limit [...]nt allowed under the RMP [...]inimizes damage to unique [...]he RMP should impose [...]water.

Sincerely,

shelley Sechrist
3729 Hamilton Rd
Belgrade, MT 59714

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Darren Strain
4824 Shepherd Street
Brookhaven, PA 19015

no unique comments

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Paula Rotondi
8217 Chehalis Rd
Blaine, WA 98230



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

o unique comments

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dean Silver
1035 Timberline Ter
Box 9
Ashland, OR 97520

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ique comments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no un

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Tim Thorne
64542 CR 21`
Goshen, IN 46526



· land, air and water.

on uranium and other mining to protect our

should impose strict limits

que comments

no uniq

Sincerely,

Mark Sawyer
22327 98th Ave. W.
Edmonds, WA 98020

inimizes damage to unique
he RMP should impose
vater.

ments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique com

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Theresa Lianzi
1400 South Ocean Drive
Apt 1504
Hollywood, FL 33019

inimizes damage to unique
he RMP should impose
vater.

ı and those who want to

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

s now threatened by the general populatioı
s. Please protect them.

A-PI WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and

We have so many wild area
make a profit off these land

Sincerely,

Kathleen Tripp
1228 S. 4th Street
St. Charles, IL 60174

inimizes damage to unique
he RMP should impose
vater.

ents

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique comm

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jose Carmona
2120 Old Daytona Rd.
Port Orange, FL 32128

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bea Atalig
245 W Lyons St
Garner, IA 50438

nique comments

no u

inimizes damage to unique
ne RMP should impose
/ater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sasha Auffrey
281 Bahama st
Dieppe, ME 28669

comments

no unique

RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Raymond Litzsinger
1159 Gross Avenue
Green Bay, WI 54304

omments

no unique c



BLM_0082562



he RMP should impose
/ater.

comments

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

natural features, essential w
strict limits on uranium and

Sincerely,

Jeffery Garcia
PO Box 1166
Mendocino, CA 95460



already has more then
ls to drive on. The thrills
ne of thrill driving, we lose

ure.

A-PI WSA

have human greed involved. Big business
ir products. We also have millions of roac
ds to be curbed. For a small amount of tin
ert, and ocean land.
we can't just destroy for our personal pleas

We need land that does not
enough land to 'harvest' the
of driving on wild land, nee
lots of life in the forest, des
There needs to be land that

Sincerely,

Vivianne Mosca-Clark
3565 East Fork Rd.
Williams, OR 97544

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Thomasin Kellermann
76 Union Street
Bristol, RI 02809



inimizes damage to unique
he RMP should impose
vater.

and grandchildren!

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ete and healthy ecosystem for our children

A-GE

should be carefully constrai
natural features, essential w
strict limits on uranium and

Please help ensure a compl
The Woodzy Family

Sincerely,

doug woodzy
po box 32
fox island, WA 98333

inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kenneth King
633 Terrace Avenue
Half Moon Bay, CA 94019

202-429-3945

**Michael Hill**

5719-C Harpers Farm Road , Columbia, MD 21044

March 24, 2010 2:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thanks for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive un-roaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Hill
5719-C Harpers Farm Road
Columbia, MD 21044

that minimizes damage to
reas. The RMP should
ir and water.

mments

nstrained, subject to phased development
ential wildlife habitat, and other sensitive a
ium and other mining to protect our land, a

no unique cc

RMP should be carefully cc
unique natural features, ess
impose strict limits on uran

Sincerely,

John Sisson
1410 Vine St., #6
Denver, CO 80206

ılly constrained, subject to
ɛatures, essential wildlife

protect our land, air and

e comments

nt allowed under the RMP should be carefı
INIMIZES DAMAGE to unique natural fe
areas.
ɾict limits on uranium and other mining to ɾ

no uniqu

Any oil and gas developme
phased development that M
habitat, and other sensitive
The RMP should impose st
water.

Sincerely,

Arlene Ruksza-Lenz
7911 W Cortland St
Elmwood Park, IL 60707

inimizes damage to unique
he RMP should impose
vater.

ique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no ur

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Virginia Ogburn-Matthews
259 Harvest Moon Dr`
Georgetown, SC 29440



inimizes damage to unique
ne RMP should impose
vater.

ique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no un

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Scott Korman
20 Linford Rd.
Great Neck, NY 11021

he RMP should impose
vater.

loped can never be
velt would have hoped..or

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

to the next generations. What is once deve
me common sense, and act as Teddy Rose

-PI WSA

natural features, essential w
strict limits on uranium and

These lands are our legacy
pristiine again. Let's use sc
Stuart Udall.

Sincerely,

A

Barbara Eshbaugh
209 McKee Ave
209 McKee Ave
Oxford, OH 45056

nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

o those zones. Any oil and gas developmen ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

John Benschoter
701 Hummingbird Ln
Ruston, LA 71270

o unique comments

n

inimizes damage to unique
he RMP should impose
vater.

o unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Chris Frost
20 Village Park Ct
Scotch Plains, NJ 07076



Sincerely,

Linda Gray
P.O. Box 1814
Sedona, AZ 86339

omments

no unique c



Jim Kraus
202 High Country Road
Bozeman, MT 59718

que comments

no uni

culates? Where will we go
emain?

B-GE

n the air is choked with pollution and partic
kness of our urban areas if no wild places r

a steward of this Earth and its inhabitants.

What shall we breathe whe
to escape the stress and dar

God guide your decision as

Sincerely,

Eileen Trainor
503 Picasso Drive
San Marcos, TX 78666

inimizes damage to unique
he RMP should impose
vater.

no unique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Don Margeson
439 Tennessee Ave. NE
St. Petersburg, FL 33702



rise to the occasion and

e comments

it is an incredibly beautiful place. Please r
ople, our children and grandchildren.

my comments

no unique

I have been to this area and
save it for the American Pe

Thank you for considering

Sincerely,

Marie Snavely
445 South Cedar Street
Lititz, PA 17543



inimizes damage to unique
ne RMP should impose

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
to protect our land, air and water.

should be carefully constrai
natural features, essential w
strict limits on other mining

Sincerely,

ue comments

no uniq

Francine Meinelschmidt
7921-D Greenway Blvd.
Miramar, FL 33023

inimizes damage to unique
he RMP should impose
vater.

jue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ka Poland

no unic

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely Anna Szaszorows

Sincerely,

Anna Szaszorowska
u. Nenckiego 116
Wroclaw, YT 52223



impacts of climate change.

BLM should limit renewab[le] energy projects to very specific zones de[signated for that purpose,] and not any others. Oil and gas development allowed under the RMP s[hould be carefully] constrained and monitored, subject to phased development that minim[izes damage to natural] features, essential wildlife habitat, and other sensitive areas. The RMP [should impose strict limits] on uranium and other minin[g] to protect our land, air and water.

Sincerely,

David Davidson
117 Elm Spring
San Antonio, TX 78231

inimizes damage to unique
he RMP should impose
vater.

nd gold mining in the past

PI MI

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

learn from history. Remember the silver ar
ways with arsenic contamination.

A-

should be carefully constrai
natural features, essential w
strict limits on uranium and

Please tell me that you did
and what it did to the water

Sincerely,

Mary Lechtenberger
45320 Sandy Hill Lane
Avoca, IA 51521-2030

Sincerely,

Mary Biddle
108 Barley Place
Wake Forest, NC 27587

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jeff Bremer
3320 Chimney Rock Ln
Nacogdoches, TX 75965

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Todd Steele
10211 Chambord Knoll
Fort Wayne, IN 46835

que comments

no uniq

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Georgia Weatherhead
7442 Spring Village Dr
Springfield, VA 22150

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater for now and future

nments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and
generations.

Sincerely,

Mary Reed
962 Darrow Rd
Duanesburg, NY 12056

inimizes damage to unique
he RMP should impose
vater.

nique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your help.

Sincerely,

Derek Gendvil
9030 W. Sahara Ave. #360
Las Vegas, NV 89117



Fort Collins, CO 80525

BLM_0082591

inimizes damage to unique
he RMP should impose
vater.

ue comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no uniq

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Elizabeth Cabell
4271 E. Links Pky.
Centennial, CO 80122



BLM_0082593

he RMP should impose
vater.

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

M'Lou Christ
900 SE 13th
Portland, OR 97214



inimizes damage to unique
he RMP should impose
water.

ique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air, and v

no un

should be carefully constrai
natural features, essential w
strict limits on uranium anc

Sincerely,

Judy W. Soffler
8 Termakay Drive
New City, NY 10956-6434



BLM_0082596



areas for us, our children

A-P WSA

rotect and preserve these wild and pristine to mention the wildlife that call it "home".

PLEASE, do your best to p and future generations, not

Thank you!

Sincerely,

Yvonne Martin
5 Odd Bits Lane
Asheville, NC 28806



BLM_0082598



inimizes damage to unique
ne RMP should impose
vater.

ique comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no un

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

B Stickney
162 County Road 215
Woodville, AL 35776

Thank you very much for c onsidering these comments and for your cc nscientious stewardship of some of America's finest la nds.

Sincerely,

Oscar Balaguer
10917 Vallejo Way
Sacramento, CA 95818

A-GE

Sincerely,

Bradford Castalia
712 N. Seventh Ave.
Tucson, AZ 85705

:nt allowed under the RMP,
ral features, essential
: the RMP to impose strict

efully constrain any oil and gas developme
ent that minimizes damage to unique natur
ensitive areas. I urge the BLM to formulate
mining to protect our land, air and water.

projects to those zones. Car
subject to phased developm
wildlife habitat, and other s
limits on uranium and other

Sincerely,

Philip Tomlinson
54 High Street
Apt 402
Greenfield, MA 01301

comments

no unique c

inimizes damage to unique
he RMP should impose
water.

l. This land belongs to WE
wn greedy PROFIT!

A

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

nds, NOT less, and NO mining of any kind
developers, who rape our lands for their ow

1 A-PI WS
2 A-PI MI

should be carefully constrai
natural features, essential w
strict limits on uranium and

I want MORE quiet wild la
the PEOPLE, NOT greedy

Sincerely,

Beverley Tierney
2407 Jefferson
Carlsbad, CA 92008

inimizes damage to unique
he RMP should impose
vater.

nents

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique comr

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Tim Rice
3860 Pheasent Ridge Drive
Blaine, MN 55449



inimizes damage to unique
he RMP should impose
vater.

comments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

-1881

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

SHARMAYNE BUSHER
9515 NE 80TH AVE
VANCOUVER, WA 9866

inimizes damage to unique
he RMP should impose
vater.

ments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique com

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Fay Payton
5902 298th Ave NE
Carnation, WA 98014

, essential wildlife habitat,
nium and other mining to

inimizes damage to unique natural features
he RMP should impose strict limits on urai
ter.

phased development that m
and other sensitive areas. T
protect our land, air and wa

e comments

no uniqu

Sincerely,

Rick Baraff
1208 Anza St
San Francisco, CA 94118

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

55

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gene Ayres
19230 Forest Park Dr. NE
G-222
Lake Forest Park, WA 981

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural re

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Judith May
1329 5th Ave
San Francisco, CA 94122



BLM_0082610

inimizes damage to unique
he RMP should impose
vater.

ults of mining.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

es much more than we need any of the res

A-PI WSA

should be carefully constrai
natural features, essential w
strict limits on uranium and

We need the quiet wild plac

Sincerely,

Kiilani Ocean
88 Pine
Encinitas, CA 92024



bitat, and other sensitive
ing to protect our land, air

omments

iique natural features, essential wildlife hal
ose strict limits on uranium and other mini

no unique c

since it will only damage ui
areas. The RMP should imp
and water.

Sincerely,

Janet Bautista
6225 64th Ave W
University Pl, WA 98467



Sincerely,

Wendy Ebersberger
153 Chapman Ln
Front Royal, VA 22630

nments

no unique con

nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

comments

o those zones. Any oil and gas developmei ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

no unique

renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Hubert Krah
52 Cass Street
Portsmouth, NH 03801

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

ruth hardy
7757 anderson oaks drive
cincinnati, OH 45255

 ɛnefit of helping protect
ate change.

ɛ RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ons. We trust you will

ɛnts

on. Protecting these lands has the added be
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

ne to read our concerns and recommendati
s and thoughtful consideration.

no unique comme

development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for taking the ti
give them your most seriou

Sincerely,

Dan and Mrs. Janet W. Blair
PO Box 330
306 S. College Street
Joseph, OR 97846



ments

no unique com

BLM_0082618



inimizes damage to unique
he RMP should impose
vater.

nments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique cor

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Ellen Kelley
939 York Street
San Francisco, CA 94110



he RMP should impose
/ater.

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

Nike Stevens
15300 Horse Creek Rd
Bozeman, MT 59715



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ue comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniqu

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Emily Lancaster
95 Renfield St.
Guelph, ON N1E 4A5



he RMP should impose
/ater.

ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

F Hammer
1490 Chestnut St
San Francisco, CA 94123

ique comments

no un



inimizes damage to unique
he RMP should impose
vater.

omments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Joel Meier
100 Park Ave W Apt 1508
Denver, CO 80205



protect our land, air and

e comments

rict limits on uranium and other mining to

no uniqu

The RMP should impose st
water.

Sincerely,

Harry Freiberg
610 Mardon Ct
Brookings, OR 97415

inimizes damage to unique he RMP should impose vater.

ır environment is crucial. possible. There are no

ned, subject to phased development that m ildlife habitat, and other sensitive areas. Tl other mining to protect our land, air and w

s important, preserving and maintaining ou to keep our lands as clean and habitable as

A-PI ED

should be carefully constrai natural features, essential w strict limits on uranium and

Meeting our energy needs i Every effort must be made other options.

Sincerely,

Fritz Milas
3435 Olive Ave
Long Beach, CA 90807



inimizes damage to unique
he RMP should impose
vater.

ments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique com

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Deborah Weinischke
POB 602
Floyd, VA 24091

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Shari Harris
11512 28th Ave. NE
Seattle, WA 98125

ents

no unique comm



inimizes damage to unique
he RMP should impose
vater.

omments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kevin Peer
P.O. Box 153
Whitethorn, CA 95589

ate change.

: RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Julie Penny
3662 Noyac rd
Sag Harbor, NY 11963

ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in th
o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

e

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Brian Gingras
52 Bradford Commons Lan
Braintree, MA 02184

inimizes damage to unique
he RMP should impose
vater.

ients

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

isidering my comments.

no unique comm

should be carefully constrai
natural features, essential w
strict limits on uranium and

Thanks for your time in co

Sincerely,

Laurel Cohen
1932 Old Colony Lane
Maitland, FL 32751

202-429-3945

**J. Capozzelli**

315 W. 90 St. , New York, NY 10024

March 24, 2010 1:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please Emphasize Resource Protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I urge the BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

The BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

The BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

The Dolores River Basin of southwest Colorado represents some of the most colorful and spectacular wild lands in the state. Geological formations millions of years in the making, healthy river systems and unspoilt desert all provide a pristine environment for wildlife, including the endangered peregrine falcon, mountain lions and river otters.

Much of this land has been identified by Colorado conservationists as prime lands for Wilderness protection. These lands are prized for their outstanding natural values and recreation opportunities by people across the nation. Please help us keep these lands wild and free.



BLM_0082633



nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Paula Bourgeois
108 Cedar Trail
Woodland Park, CO 80863

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bonnie MacRaith
2592 Maple Ln.A
Arcata, CA 95521



inimizes damage to unique
he RMP should impose
vater.

mments

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique co

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Julie Luepke
4612 Palm Av
Des Moines, IA 50310



/ater.

que comments

other mining to protect our land, air and w

no unic

strict limits on uranium and

Sincerely,

Erik Jacobson
407 S. Polk St. #2
Moscow, ID 83843



' must impose strict limits you.

ique comments

abitat, and other sensitive areas. The RMP g to protect our land, air and water. Thank

no un

)A

features, essential wildlife l on uranium and other minir

Sincerely,

JOHN B. MORGEN
44325 CAMINO LAVANI
LA QUINTA, CA 92253



unique comments
no

Sincerely,

Richard Sassaman
9 Strawberry Hill
Bar Harbor, ME 04609

nt allowed under the RMP inimizes damage to unique he RMP should impose vater.

unique comments

o those zones. Any oil and gas developme ned, subject to phased development that m ildlife habitat, and other sensitive areas. T other mining to protect our land, air and w

no

renewable energy projects should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Warren Icke
12350 E Roger Road
Tucson, AZ 85749

inimizes damage to unique
he RMP should impose
vater.

ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Allen Janis
425 Garden City Dr.
Monroeville, PA 15146-12:

58

no unique comments



BLM_0082642

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e comments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Leslie Smith
688 Tumbleweed Cir
Incline Village, NV 89451

nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ments

o those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

no unique com

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Alexis Morris
1384 11th Avenue
San Francisco, CA 94122

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Don McQuinn
17244 Sylvester Rd SW
Seattle, WA 98166



Jim Cronin
P.O Box 9544
Spokane, WA 99209

comments

no unique